**Fill in this information to identify the case:**

Debtor name: PG&E Corporation

United States Bankruptcy Court for the: Northern District of California

Case number (*If known*):

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders
12/15

The following is a list of creditors holding the 50 largest unsecured claims against the Debtors (on a consolidated basis). This list includes claims which the Debtors dispute. This list does not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, this list does not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 50 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Bank of New York Mellon<br>400 South Hope Street, Suite 500<br>Los Angeles, CA 90071 | Raymond Torres<br>Tel: (213) 630-6175<br>Fax: (213) 630-6298<br>Email: raymond.torres@bnymellon.com | Senior Debt | | | | $3,000,000,000 |
| 2 | Citibank, N.A.<br>388 Greenwich Street<br>New York, NY 10013 | Amit Vasani<br>Tel: (212) 816-4166<br>Fax: (646) 291-1685<br>Email: amit.vasani@citi.com | Senior Debt | | | | $2,885,000,000 |
| 3 | Bank of New York Mellon<br>400 South Hope Street, Suite 500<br>Los Angeles, CA 90071 | Raymond Torres<br>Tel: (213) 630-6175<br>Fax: (213) 630-6298<br>Email: raymond.torres@bnymellon.com | Senior Debt | | | | $1,150,000,000 |
| 4 | Bank of New York Mellon<br>400 South Hope Street, Suite 500<br>Los Angeles, CA 90071 | Raymond Torres<br>Tel: (213) 630-6175<br>Fax: (213) 630-6298<br>Email: raymond.torres@bnymellon.com | Senior Debt | | | | $950,000,000 |
| 5 | Bank of New York Mellon<br>400 South Hope Street, Suite 500<br>Los Angeles, CA 90071 | Raymond Torres<br>Tel: (213) 630-6175<br>Fax: (213) 630-6298<br>Email: raymond.torres@bnymellon.com | Senior Debt | | | | $850,000,000 |
| 6 | Bank of New York Mellon<br>400 South Hope Street, Suite 500<br>Los Angeles, CA 90071 | Raymond Torres<br>Tel: (213) 630-6175<br>Fax: (213) 630-6298<br>Email: raymond.torres@bnymellon.com | Senior Debt | | | | $800,000,000 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | Bank of New York Mellon<br>400 South Hope Street, Suite 500<br>Los Angeles, CA 90071 | Raymond Torres<br>Tel: (213) 630-6175<br>Fax: (213) 630-6298<br>Email: raymond.torres@bnymellon.com | Senior Debt | | | | $800,000,000 |
| 8 | Bank of New York Mellon<br>400 South Hope Street, Suite 500<br>Los Angeles, CA 90071 | Raymond Torres<br>Tel: (213) 630-6175<br>Fax: (213) 630-6298<br>Email: raymond.torres@bnymellon.com | Senior Debt | | | | $675,000,000 |
| 9 | Bank of New York Mellon<br>400 South Hope Street, Suite 500<br>Los Angeles, CA 90071 | Raymond Torres<br>Tel: (213) 630-6175<br>Fax: (213) 630-6298<br>Email: raymond.torres@bnymellon.com | Senior Debt | | | | $600,000,000 |
| 10 | Bank of New York Mellon<br>400 South Hope Street, Suite 500<br>Los Angeles, CA 90071 | Raymond Torres<br>Tel: (213) 630-6175<br>Fax: (213) 630-6298<br>Email: raymond.torres@bnymellon.com | Senior Debt | | | | $600,000,000 |
| 11 | Bank of New York Mellon<br>400 South Hope Street, Suite 500<br>Los Angeles, CA 90071 | Raymond Torres<br>Tel: (213) 630-6175<br>Fax: (213) 630-6298<br>Email: raymond.torres@bnymellon.com | Senior Debt | | | | $600,000,000 |
| 12 | Bank of New York Mellon<br>400 South Hope Street, Suite 500<br>Los Angeles, CA 90071 | Raymond Torres<br>Tel: (213) 630-6175<br>Fax: (213) 630-6298<br>Email: raymond.torres@bnymellon.com | Senior Debt | | | | $600,000,000 |
| 13 | Bank of New York Mellon<br>400 South Hope Street, Suite 500<br>Los Angeles, CA 90071 | Raymond Torres<br>Tel: (213) 630-6175<br>Fax: (213) 630-6298<br>Email: raymond.torres@bnymellon.com | Senior Debt | | | | $550,000,000 |
| 14 | Bank of New York Mellon<br>400 South Hope Street, Suite 500<br>Los Angeles, CA 90071 | Raymond Torres<br>Tel: (213) 630-6175<br>Fax: (213) 630-6298<br>Email: raymond.torres@bnymellon.com | Senior Debt | | | | $500,000,000 |
| 15 | Bank of New York Mellon<br>400 South Hope Street, Suite 500<br>Los Angeles, CA 90071 | Raymond Torres<br>Tel: (213) 630-6175<br>Fax: (213) 630-6298<br>Email: raymond.torres@bnymellon.com | Senior Debt | | | | $500,000,000 |
| 16 | Bank of New York Mellon<br>400 South Hope Street, Suite 500<br>Los Angeles, CA 90071 | Raymond Torres<br>Tel: (213) 630-6175<br>Fax: (213) 630-6298<br>Email: raymond.torres@bnymellon.com | Senior Debt | | | | $450,000,000 |
| 17 | Bank of New York Mellon<br>400 South Hope Street, Suite 500<br>Los Angeles, CA 90071 | Raymond Torres<br>Tel: (213) 630-6175<br>Fax: (213) 630-6298<br>Email: raymond.torres@bnymellon.com | Senior Debt | | | | $450,000,000 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18 | Bank of New York Mellon<br>400 South Hope Street, Suite 500<br>Los Angeles, CA 90071 | Raymond Torres<br>Tel: (213) 630-6175<br>Fax: (213) 630-6298<br>Email: raymond.torres@bnymellon.com | Senior Debt | | | | $400,000,000 |
| 19 | Bank of New York Mellon<br>400 South Hope Street, Suite 500<br>Los Angeles, CA 90071 | Raymond Torres<br>Tel: (213) 630-6175<br>Fax: (213) 630-6298<br>Email: raymond.torres@bnymellon.com | Senior Debt | | | | $400,000,000 |
| 20 | Bank of New York Mellon<br>400 South Hope Street, Suite 500<br>Los Angeles, CA 90071 | Raymond Torres<br>Tel: (213) 630-6175<br>Fax: (213) 630-6298<br>Email: raymond.torres@bnymellon.com | Senior Debt | | | | $400,000,000 |
| 21 | Bank of New York Mellon<br>400 South Hope Street, Suite 500<br>Los Angeles, CA 90071 | Raymond Torres<br>Tel: (213) 630-6175<br>Fax: (213) 630-6298<br>Email: raymond.torres@bnymellon.com | Senior Debt | | | | $400,000,000 |
| 22 | Bank of New York Mellon<br>500 Grant Street<br>BNY Mellon Center, Suite 410<br>Pittsburgh, PA 15258 | Timothy J. Marchando<br>Tel: (412) 236-4788<br>Fax: (412) 236-1928<br>Email: timothy.marchando@bnymellon.com | Pension | | | | $378,837,539 |
| 23 | Bank of New York Mellon<br>400 South Hope Street, Suite 500<br>Los Angeles, CA 90071 | Raymond Torres<br>Tel: (213) 630-6175<br>Fax: (213) 630-6298<br>Email: raymond.torres@bnymellon.com | Senior Debt | | | | $375,000,000 |
| 24 | Bank of New York Mellon<br>400 South Hope Street, Suite 500<br>Los Angeles, CA 90071 | Raymond Torres<br>Tel: (213) 630-6175<br>Fax: (213) 630-6298<br>Email: raymond.torres@bnymellon.com | Senior Debt | | | | $375,000,000 |
| 25 | Bank of New York Mellon<br>400 South Hope Street, Suite 500<br>Los Angeles, CA 90071 | Raymond Torres<br>Tel: (213) 630-6175<br>Fax: (213) 630-6298<br>Email: raymond.torres@bnymellon.com | Senior Debt | | | | $350,000,000 |
| 26 | Mizuho<br>1251 Ave. of the Americas, 32nd Fl.<br>New York, NY 10020 | Peter Bickford<br>Tel: (212) 282-4945<br>Fax: (212) 282-4486<br>Email: peter.bickford@mizuhocbus.com | Senior Debt | | | | $350,000,000 |
| 27 | Bank of New York Mellon<br>400 South Hope Street, Suite 500<br>Los Angeles, CA 90071 | Raymond Torres<br>Tel: (213) 630-6175<br>Fax: (213) 630-6298<br>Email: raymond.torres@bnymellon.com | Senior Debt | | | | $350,000,000 |
| 28 | Bank of America<br>NY1-199-22-00, 1 Bryant Park, 22nd Floor<br>New York, NY 10036 | Patrick Boultinghouse<br>Tel: 1 (646) 855-4576<br>Fax: (214) 290-8374<br>Email: Patrick.boultinghouse@baml.com | Senior Debt | | | | $300,000,000 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 29 | Bank of New York Mellon<br>400 South Hope Street, Suite 500<br>Los Angeles, CA 90071 | Raymond Torres<br>Tel: (213) 630-6175<br>Fax: (213) 630-6298<br>Email: raymond.torres@bnymellon.com | Senior Debt | | | | $300,000,000 |
| 30 | Bank of New York Mellon<br>400 South Hope Street, Suite 500<br>Los Angeles, CA 90071 | Raymond Torres<br>Tel: (213) 630-6175<br>Fax: (213) 630-6298<br>Email: raymond.torres@bnymellon.com | Senior Debt | | | | $300,000,000 |
| 31 | Bank of New York Mellon<br>400 South Hope Street, Suite 500<br>Los Angeles, CA 90071 | Raymond Torres<br>Tel: (213) 630-6175<br>Fax: (213) 630-6298<br>Email: raymond.torres@bnymellon.com | Senior Debt | | | | $300,000,000 |
| 32 | The Okonite Company Inc.<br>2440 Camino Ramon, Ste. 315<br>San Ramon CA, 94583 | Patrick Nash<br>Tel: (925) 830-0801<br>Fax: (925) 830-0954<br>Email: sfpo@okonite.com | Trade | | | | $295,114,344 |
| 33 | Bank of New York Mellon<br>400 South Hope Street, Suite 500<br>Los Angeles, CA 90071 | Raymond Torres<br>Tel: (213) 630-6175<br>Fax: (213) 630-6298<br>Email: raymond.torres@bnymellon.com | Senior Debt | | | | $250,000,000 |
| 34 | Bank of New York Mellon<br>400 South Hope Street, Suite 500<br>Los Angeles, CA 90071 | Raymond Torres<br>Tel: (213) 630-6175<br>Fax: (213) 630-6298<br>Email: raymond.torres@bnymellon.com | Senior Debt | | | | $250,000,000 |
| 35 | MUFG<br>1251 Avenue of the Americas<br>New York, NY 10020-1104 | Nietzsche Rodricks<br>Tel: (212) 782-5568<br>Email: nrodricks@us.mufg.jp | Senior Debt | | | | $250,000,000 |
| 36 | Deutsche Bank<br>100 Plaza One, 8th Floor<br>MS JCY03-0801<br>Jersey City, NJ 07311 | Kathryn Fischer<br>Tel: (201) 593-2238<br>Fax: (732) 578-4635<br>Email: kathryn.fischer@db.com | Senior Debt | | | | $200,000,000 |
| 37 | Deutsche Bank<br>100 Plaza One, 8th Floor<br>MS JCY03-0801<br>Jersey City, NJ 07311 | Kathryn Fischer<br>Tel: (201) 593-2238<br>Fax: (732) 578-4635<br>Email: kathryn.fischer@db.com | Senior Debt | | | | $165,000,000 |
| 38 | Deutsche Bank<br>100 Plaza One, 8th Floor<br>MS JCY03-0801<br>Jersey City, NJ 07311 | Kathryn Fischer<br>Tel: (201) 593-2238<br>Fax: (732) 578-4635<br>Email: kathryn.fischer@db.com | Senior Debt | | | | $148,550,000 |
| 39 | Wells Fargo<br>One West Fourth Street<br>Winston-Salem, NC 27101 | Shelley C. Anderson<br>Tel: (336) 747-8817<br>Fax: (336) 747-8957<br>Email: Shelley.C.Anderson@wellsfargo.com | Pension | | | | $110,639,648 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 40 | Deutsche Bank<br>100 Plaza One, 8th Floor<br>MS JCY03-0801<br>Jersey City, NJ 07311 | Kathryn Fischer<br>Tel: (201) 593-2238<br>Fax: (732) 578-4635<br>Email: kathryn.fischer@db.com | Senior Debt | | | | $100,000,000 |
| 41 | Deutsche Bank<br>100 Plaza One, 8th Floor<br>MS JCY03-0801<br>Jersey City, NJ 07311 | Kathryn Fischer<br>Tel: (201) 593-2238<br>Fax: (732) 578-4635<br>Email: kathryn.fischer@db.com | Senior Debt | | | | $74,275,000 |
| 42 | Deutsche Bank<br>100 Plaza One, 8th Floor<br>MS JCY03-0801<br>Jersey City, NJ 07311 | Kathryn Fischer<br>Tel: (201) 593-2238<br>Fax: (732) 578-4635<br>Email: kathryn.fischer@db.com | Senior Debt | | | | $74,275,000 |
| 43 | Deutsche Bank<br>100 Plaza One, 8th Floor<br>MS JCY03-0801<br>Jersey City, NJ 07311 | Kathryn Fischer<br>Tel: (201) 593-2238<br>Fax: (732) 578-4635<br>Email: kathryn.fischer@db.com | Senior Debt | | | | $50,000,000 |
| 44 | Deutsche Bank<br>100 Plaza One, 8th Floor<br>MS JCY03-0801<br>Jersey City, NJ 07311 | Kathryn Fischer<br>Tel: (201)-593-2238<br>Fax: (732) 578-4635<br>Email: kathryn.fischer@db.com | Senior Debt | | | | $50,000,000 |
| 45 | MRO Integrated Solutions LLC<br>Maxwell Way, Ste. 200<br>Fairfield, CA 94534 | Tracy M. Tomkovicz<br>Tel: (925) 335-4000<br>Fax: (925)228-3668<br>Email: tracyt@mrois.com | Trade | | | | $29,968,049 |
| 46 | Roebbelen Contracting Inc.<br>1241 Hawks Flight Ct.<br>El Dorado Hills, CA 95762 | Frank Lindsay<br>Tel: (916) 939-1194<br>Fax: (916) 939-4028<br>Email: FrankL@roebbelen.com | Trade | | | | $21,875,522 |
| 47 | McKinsey & Company Inc.<br>PO Box 7247-7255<br>Philadelphia, PA 19170 | Rob Bland<br>Tel: (540) 271-4000<br>Fax: (415) 318-5200<br>Email: ron_bland@mckinsey.com | Professional Services | | | | $16,817,755 |
| 48 | Quanta Energy Services LLC<br>Post Oak Blvd., Ste. 2600<br>Houston, TX 77056 | B.J. Ducey<br>Tel: (713)629-7600<br>Fax: (713) 629-7676<br>Email: BDucey@QuantaServices.com | Trade | | | | $16,358,984 |
| 49 | ARB Inc.<br>26000 Commercentre Dr.<br>Lake Forest, CA 92630 | Leah Panlilio<br>Tel: (949) 598-9242<br>Fax: 949-595-5526<br>Email: contractssf@prim.com | Trade | | | | $13,379,205 |
| 50 | Turner Construction Company<br>343 Sansome St., Ste. 500<br>San Francisco, CA 94104 | Craig Jones<br>Tel: (415) 705-8916<br>Fax: (415) 274-2900<br>Email: dcosta@tcco.com | Trade | | | | $13,138,697 |

Fill in this information to identify the case:

Debtor name: PG&E Corporation

United States Bankruptcy Court for the: Northern District of California

Case number (If known): _____

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct to the best of my information and belief:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/29/19
MM /DD /YYYY

X  /s/ Jason P. Wells
Signature of individual signing on behalf of debtor

Jason P. Wells
Printed name

Senior Vice President and Chief Financial Officer
Position or relationship to debtor