| | |
|---|---|
| Roberto J. Kampfner (SBN 179026) | Thomas E Lauria (*pro hac vice* pending) |
| WHITE & CASE LLP | Matthew C. Brown (*pro hac vice* pending) |
| 555 South Flower Street, Suite 2700 | WHITE & CASE LLP |
| Los Angeles, CA 90071 | Southeast Financial Center |
| Telephone: (213) 620-7700 | 200 South Biscayne Boulevard, Suite 4900 |
| Facsimile: (213) 452-2329 | Miami, Florida 33131-2352 |
| rkampfner@whitecase.com | Telephone: (305) 371-2700 |
| | Facsimile: (305) 385-5744 |
| J. Christopher Shore (*pro hac vice* pending) | tlauria@whitecase.com |
| WHITE & CASE LLP | mbrown@whitecase.com |
| 1221 Avenue of the Americas | |
| New York, New York 10020-1095 | |
| Telephone: (212) 819-8200 | |
| Facsimile: (212) 354-8113 | |
| cshore@whitecase.com | |

*Attorneys for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE** that Sempra Energy, San Diego Gas & Electric Company ("**SDG&E**"), and Southern California Gas Company ("**SoCalGas**" and together with Sempra Energy and SDG&E, "**Sempra**"), creditors and parties in interest in the above-captioned bankruptcy cases (the "**Bankruptcy Cases**"), by and through their counsel, White & Case LLP, hereby enter this appearance pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and request that the counsel listed below be

added to the official mailing matrix, CM/ECF, and service lists in the Bankruptcy Cases. Sempra requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in the Bankruptcy Cases and copies of all papers served or required to be served in the Bankruptcy Cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, and all other matters arising herein or in any way related to the Bankruptcy Cases, including in adversary proceedings, be given and served upon White & Case LLP at the following addresses:

| | |
|---|---|
| Roberto J. Kampfner (SBN 179026)<br>WHITE & CASE LLP<br>555 South Flower Street, Suite 2700<br>Los Angeles, CA 90071<br>Telephone: (213) 620-7700<br>Facsimile: (213) 452-2329<br>rkampfner@whitecase.com | Thomas E Lauria (*pro hac vice* pending)<br>Matthew C. Brown (*pro hac vice* pending)<br>WHITE & CASE LLP<br>Southeast Financial Center<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, Florida 33131-2352<br>Telephone: (305) 371-2700<br>Facsimile: (305) 385-5744<br>tlauria@whitecase.com<br>mbrown@whitecase.com |
| J. Christopher Shore (*pro hac vice* pending)<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, New York 10020-1095<br>Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113<br>cshore@whitecase.com | |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request applies to and includes not only the notices and papers referenced in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, all orders, notices and pleadings relating to any application, motion, petition, objection, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile transmission, electronic mail, telex or otherwise that (i) affects, or seeks to affect, or may

potentially affect in any way, any rights or interests of any creditor or party-in-interest in these Cases; (ii) affects, or seeks to affect (a) the above-captioned Debtors and/or their estates or (b) property or proceeds thereof in the possession, custody, or control of others that any of the Debtors or their estates may seek to use; or (iii) requires or seeks to require any act, delivery of any property, payment or other conduct by Sempra.

**PLEASE TAKE FURTHER NOTICE** that Sempra does not, by filing this Notice of Appearance and Request for Service of Papers nor any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Notice of Appearance and Request for Service of Papers constitute a waiver of any of its rights: (i) to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) to trial by jury in any proceeding so triable in these cases, or any controversy or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Sempra is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Sempra expressly reserves.

DATED: January 29, 2019          WHITE & CASE LLP

                                 By:  /s/ *Roberto J. Kampfner*
                                      Roberto J. Kampfner
                                      *Attorney for Sempra* (SBN 179026)