**Exhibit B**

**Illustration of Cash Management System**





Case 19-30088    Doc# 7-2    Filed: 01/29/19    Entered: 01/29/19 00:33:59    Page 3 of 3