**Exhibit C**

**Surety Bonds**

**Surety Bonds**

| | Obligee | Surety | Type of Bond | Bond Amount | Surety Bond Number(s) |
|---|---|---|---|---|---|
| 1. | Alameda County Flood Control and Water Conservation District | Liberty Mutual Insurance Company | Encroachment Permit | 25,000.00 | 070206065 |
| 2. | Cabot Boulevard-Hayward | Liberty Mutual Insurance Company | Court Bond - Preliminary Injunction | 10,000.00 | 07S201849 |
| 3. | California Dept. of Transportation | Liberty Mutual Insurance Company | Bond to Guarantee Toll Charges | 1,800.00 | 070001933 |
| 4. | California Regional Water Quality Control Board, Colorado River Basin Region | Liberty Mutual Insurance Company | Financial Guarantee Bond for Corrective Action Costs | 821,318.31 | |
| 5. | California Regional Water Quality Control Board, Colorado River Basin Region | Liberty Mutual Insurance Company | Financial Guarantee Bond for Closure Costs | 3,830,945.21 | 070015531 |
| 6. | California Regional Water Quality Control Board, Lahontan Region | Liberty Mutual Insurance Company | Financial Guarantee Bond for Corrective Action Costs | 1,466,043.54 | 070015534 |
| 7. | California Regional Water Quality Control Board, Lahontan Region | Liberty Mutual Insurance Company | Financial Guarantee Bond for Closure Costs | 6,510,482.87 | 070015533 |
| 8. | California Regional Water Quality Control Board, Lahontan Region | SAFECO Insurance Company of America | Financial Guarantee Bond | 4,753,200.00 | 6581808 |
| 9. | California State Lands Commission | Liberty Mutual Insurance Company | Bond Accompanying Lease - PRC 1531.2 | 50,000.00 | 070024590 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | Obligee | Surety | Type of Bond | Bond Amount | Surety Bond Number(s) |
|---|---|---|---|---|---|
| 10. | City and County of San Francisco | Liberty Mutual Insurance Company | Street Excavation Bond | 25,000.00 | 070014751 |
| 11. | City and County of San Francisco | Liberty Mutual Insurance Company | Permit Bond | 133,532.00 | 070015543 |
| 12. | City and County of San Francisco, CA | Liberty Mutual Insurance Company | Parking Tax Collection Bond | 100,000.00 | 07S201840 |
| 13. | City of Bakersfield | Liberty Mutual Insurance Company | Performance Bond and Labor and Materials Bond - Pipeline Replacement Project; West Side of Bakersfield, CA | 166,426.40 | 070206055 |
| 14. | City of Carmel - by-the -Sea | Liberty Mutual Insurance Company | work at Carmel Way/2nd/Monte Verde/3rd/Dolores/San Carlos/Camino Del Monte | 500,000.00 | 070206075 |
| 15. | City of Carmel - by-the -Sea | Liberty Mutual Insurance Company | Encroachment Permit Bond - Term - No Renewal | 1,000,000.00 | 070206080 |
| 16. | City of Dixon | Liberty Mutual Insurance Company | Encroachment Permit Bond - Permit #31228891(E); Replace Damaged Sub Surface Enclosure Lid/Frame & Bring to Current Grade of New Driveway | 13,034.00 | 070014752 |
| 17. | City of Emeryville, Department of Public Works | Liberty Mutual Insurance Company | Permit Bond - Removal of Nine Street Trees at Various Locations in the City | 80,064.00 | 070024570 |
| 18. | City of Galt | Liberty Mutual Insurance Company | Franchise Bond - Gas | 1,000.00 | 070001917 |
| 19. | City of Lompoc | Liberty Mutual Insurance Company | Franchise Bond - For Transmission of Electricity | 1,000.00 | 070001936 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | Obligee | Surety | Type of Bond | Bond Amount | Surety Bond Number(s) |
|---|---|---|---|---|---|
| 20. | City of Roseville | Liberty Mutual Insurance Company | Permit #EN14-0110, Asphalt Pavement Restoration, City of Roseville, CA | 111,000.00 | 070018928 |
| 21. | City of Sacramento | SAFECO Insurance Company of America | Pole Attachment Bond - SmartMeter | 10,000.00 | 6581811 |
| 22. | City of San Carlos | Liberty Mutual Insurance Company | Removal Bond | 20,000.00 | 070024581 |
| 23. | City of Selma | Liberty Mutual Insurance Company | Annual Encroachment Permit No. 14-148 in Connection with Utility Work in Public Streets | 100,000.00 | 070018949 |
| 24. | City of Selma | Liberty Mutual Insurance Company | Annual Encroachment Permit | 100,000.00 | 070020703 |
| 25. | City of Stockton | Liberty Mutual Insurance Company | Monitoring Wells Around - PG&E Facility @ 535 Center Stockton | 3,500.00 | 070001927 |
| 26. | City of Stockton | Liberty Mutual Insurance Company | Franchise Bond - Gas | 1,000.00 | 070001914 |
| 27. | City of Stockton | Liberty Mutual Insurance Company | Franchise Bond - Electricity | 1,000.00 | 070001916 |
| 28. | City of Victorville | Liberty Mutual Insurance Company | Franchise Bond - Gas - Ordinance No. 453 | 15,000.00 | 070001920 |
| 29. | City of Willows | Liberty Mutual Insurance Company | Encroachment Permit Bond | 1,500.00 | 070001928 |
| 30. | City of Willows | Liberty Mutual Insurance Company | Encroachment Permit Bond | 1,500.00 | 070001929 |
| 31. | City of Willows | Liberty Mutual Insurance Company | Encroachment Permit (Ground Monitoring Well) | 1,500.00 | 070001930 |

| | Obligee | Surety | Type of Bond | Bond Amount | Surety Bond Number(s) |
|---|---|---|---|---|---|
| 32. | Contra Costa Health Services | Liberty Mutual Insurance Company | Well Drilling Performance Bond | 5,000.00 | 070020712 |
| 33. | County of Fresno | Liberty Mutual Insurance Company | Franchise Bond - Gas | 1,000.00 | 070001915 |
| 34. | County of Fresno | Liberty Mutual Insurance Company | Franchise Bond - Electricity | 1,000.00 | 070001919 |
| 35. | County of Kern | Liberty Mutual Insurance Company | Franchise Bond - Gas | 1,000.00 | 070001913 |
| 36. | County of Kern | Liberty Mutual Insurance Company | Franchise Bond - Electricity | 1,000.00 | 070001912 |
| 37. | County of Marin | Liberty Mutual Insurance Company | 2014 Annual Encroachment Permit - Excavation Work for Both Gas & Electric Utilities | 20,000.00 | 070015544 |
| 38. | County of San Bernardino | Liberty Mutual Insurance Company | Temporary Use Permit | 5,000.00 | 070014118 |
| 39. | County of San Luis Obispo | SAFECO Insurance Company of America | Well Monitoring Implementation | 25,000.00 | 6581797 |
| 40. | County of San Luis Obispo | Liberty Mutual Insurance Company | Cell Site Restoration Bond - BKS Cambria DRC2012-00097 | 3,750.00 | 070015549 |
| 41. | County of San Luis Obispo | Liberty Mutual Insurance Company | Cell Site Restoration - Pinancho Ranch - DRC2012-00096 | 597,750.00 | 070015548 |
| 42. | County of San Luis Obispo | Liberty Mutual Insurance Company | Permit Bond - PG&E / DRC2017-00034 | 375,375.00 | 070206047 |
| 43. | County of Santa Barbara | Liberty Mutual Insurance Company | Towers/Structure Removal Bond | 720.00 | 070018944 |

| | Obligee | Surety | Type of Bond | Bond Amount | Surety Bond Number(s) |
|---|---|---|---|---|---|
| 44. | County of Santa Cruz | Liberty Mutual Insurance Company | Franchise Bond - Gas | 1,000.00 | 070002210 |
| 45. | County of Santa Cruz | Liberty Mutual Insurance Company | Franchise Bond - Electricity | 1,000.00 | 070002209 |
| 46. | County of Sonoma | Liberty Mutual Fire Insurance Company | License / Permit Bond | 10,000.00 | 070020699 |
| 47. | County of Tuolumne | Liberty Mutual Insurance Company | Franchise Bond - Electricity | 1,000.00 | 070001918 |
| 48. | Department of Public Works, City of San Rafael, CA | Liberty Mutual Insurance Company | Encroachment Permit Bond - Permit No. EP16-710 | 50,000.00 | 070014766 |
| 49. | Federal Bureau of Prisons | Liberty Mutual Insurance Company | Performance and Payment Bond - Energy Conservation Project - FBOP (Taft CI) | 19,672,391.00 | 070014747 |
| 50. | Hart High-Voltage Apparatus Repair and Testing Co., Inc. | Liberty Mutual Insurance Company | Appeal Bond - Case No. CV003013 | 311,962.00 | 070020711 |
| 51. | Her Majesty the Queen in Right of Canada | Liberty Mutual Insurance Company | Goods & Services Tax Bond | 1,000,000.00 | LMTO-100029-013 |
| 52. | Huron Investments, LLC | Liberty Mutual Insurance Company | Preliminary Injunction Bond | 100,000.00 | 070015552 |
| 53. | Jeff Alexander dba Big N Deep Agricultural Development and Jeff Alexander Farming | Liberty Mutual Insurance Company | Temporary Restraining Order Bond - Case No. BCV-15-101623 | 50,000.00 | 070020709 |

| | Obligee | Surety | Type of Bond | Bond Amount | Surety Bond Number(s) |
|---|---|---|---|---|---|
| 54. | Save Oroville Trees; William Guerin; City of Oroville and Does 1-200 | Liberty Mutual Insurance Company | Preliminary Injunction | 50,000.00 | 070018936 |
| 55. | Sierra Pacific Industries, Inc. - Martell Forestry Division | SAFECO Insurance Company of America | Log transport and road maintenance on roads | 15,000.00 | 6581909 |
| 56. | Solano County | Liberty Mutual Insurance Company | Road Construction | 200,000.00 | 070020694 |
| 57. | State of CA Dept of Industrial Relations - Office of Self Insurance plans | XL Specialty Insurance Company | Self - Insurance Bond | 20,355,766.00 | US00088869SU19A |
| 58. | State of CA Dept of Industrial Relations - Office of Self Insurance plans | XL Specialty Insurance Company | Self - Insurance Bond | 25,000,000.00 | US00088878SU19A |
| 59. | State of California | The Ohio Casualty Insurance Company | Notary Bond | 15,000.00 | 32S487930 |
| 60. | State of California | Liberty Mutual Insurance Company | Blanket Oil and Gas Well Indemnity Bond | 400,000.00 | 070005646 |
| 61. | State of California | Liberty Mutual Insurance Company | Encroachment Permit Bond - Permit No. 0415-6US1811 | 10,000.00 | 070020700 |
| 62. | State of California | Liberty Mutual Insurance Company | Encroachment Permit Bond - Permit #08-16-6-MW-0147 | 5,000.00 | 070014774 |
| 63. | State of California | Liberty Mutual Insurance Company | Contractors License | 12,500.00 | 070004191 |
| 64. | State of California | Liberty Mutual Insurance Company | CA Contractors License | 15,000.00 | 070001950 |

| | Obligee | Surety | Type of Bond | Bond Amount | Surety Bond Number(s) |
|---|---|---|---|---|---|
| 65. | State of California | Liberty Mutual Insurance Company | Lease Bond - Lease No. PRC 9347.1 | 1,000,000.00 | 070206063 |
| 66. | State of California | Liberty Mutual Insurance Company | Bond Accompanying Lease - Work Order No. W27117 | 7,500.00 | 070024561 |
| 67. | State of California - EDD | Liberty Mutual Insurance Company | Guarantee Bond | 12,054,600.00 | 070024582 |
| 68. | State of California Board of Equalization | Liberty Mutual Insurance Company | Motor Vehicle Fuel Distributor Bond | 1,000.00 | 070001926 |
| 69. | State of California Department of Transportation | Liberty Mutual Insurance Company | Performance Bond of State Highway Encroachment Permittee | 40,000.00 | 070005125 |
| 70. | State of California Lands Commission | Liberty Mutual Insurance Company | Bond Accompanying Lease - Gas Storage Lease - Mcdonald Island Gas Field | 50,000.00 | 070001934 |
| 71. | State of California State Lands Commission | Liberty Mutual Insurance Company | Mitigation Monitoring Performance Lease Bond for CA state lease PRC8856.1 | 400,000.00 | 070008888 |
| 72. | State of California State Lands Commission | Liberty Mutual Insurance Company | Lease Bond - PRC8856.1 | 50,000.00 | 070008887 |
| 73. | State of California State Lands Commission | Liberty Mutual Insurance Company | Lease Bond - PRC W26721 | 1,000,000.00 | 070014754 |
| 74. | State of California State Lands Commission | Liberty Mutual Insurance Company | Lease Bond | 50,000.00 | 070005654 |
| 75. | State of California State Lands Commission | Liberty Mutual Insurance Company | Lease Bond | 560,000.00 | 070011823 |
| 76. | State of California State Lands Commission | Liberty Mutual Insurance Company | Lease Bond | 200,000.00 | 070011824 |

| | Obligee | Surety | Type of Bond | Bond Amount | Surety Bond Number(s) |
|---|---|---|---|---|---|
| 77. | State of California State Lands Commission | Liberty Mutual Insurance Company | Lease Bond | 780,000.00 | 070011825 |
| 78. | State of California State Lands Commission | Liberty Mutual Insurance Company | Lease Bond | 560,000.00 | 070011826 |
| 79. | State of California State Lands Commission | Liberty Mutual Insurance Company | Lease Bond | 240,000.00 | 070013452 |
| 80. | State of California State Lands Commission | Liberty Mutual Insurance Company | Lease Bond | 220,000.00 | 070013453 |
| 81. | State of California State Lands Commission | Liberty Mutual Insurance Company | Lease Bond | 570,000.00 | 070018938 |
| 82. | State of California State Lands Commission | Liberty Mutual Insurance Company | Bond Accompanying Lease PRC 8677.1 | 50,000.00 | 070004164 |
| 83. | State of California State Lands Commission | Liberty Mutual Insurance Company | Bond Accompanying Lease PRC 8664.1 | 50,000.00 | 070004165 |
| 84. | State of California State Lands Commission | Liberty Mutual Insurance Company | Bond Accompanying Lease PRC 6205.1 | 470,000.00 | 070015547 |
| 85. | State of California State Lands Commission | Liberty Mutual Insurance Company | Bond Accompanying Lease #PRC W26189 | 25,000.00 | 070004195 |
| 86. | State of California, State Lands Commission | Liberty Mutual Insurance Company | Bond Accompanying Lease - Lease No. PRC 7526.2 | 50,000.00 | 070206060 |
| 87. | The City of Fresno | Liberty Mutual Insurance Company | Franchise Bond | 100,000.00 | 070008603 |
| 88. | U.S. Customs and Border Protection | Liberty Mutual Insurance Company | US Custom and Border Protection - Customs Bond #9906Q7283 | 50,000.00 | 070002253 |

| | Obligee | Surety | Type of Bond | Bond Amount | Surety Bond Number(s) |
|---|---|---|---|---|---|
| 89. | United States of America | Liberty Mutual Insurance Company | Performance and Payment Bond - GSA Appraiser's Building and US Customs House; Contract No. GS-00P-14-BSD-1137 | 4,434,600.00 | 070024571 |
| 90. | United States of America | Liberty Mutual Insurance Company | Contract No. W9124J-13-G0001 | 6,705,109.20 | 070018933 |
| 91. | United States of America (Government) | Liberty Mutual Insurance Company | Performance and Payment Bond - Energy Management Services - Under Area Wide Contract No. GS-00P-14-BSD-1137 | 1,111,442.17 | 070206051 |
| 92. | United States of America and Dept. of Veterans Affairs Program Contracting Activity Central VA-PCAC | Liberty Mutual Insurance Company | Performance and Payment Bond - Veterans Affairs Medical Center; Contract No. GS-00P-14-BSD-1137 | 6,536,360.00 | 070024573 |
| 93. | United States of America and Dept. of Veterans Affairs Program Contracting Activity Central VA-PCAC | Liberty Mutual Insurance Company | Performance and Payment Bond - VAMC Martinez; VAMC Mather; VAMC McClennan; Contract No. GS-00P-14-BSD-1137 | 3,920,630.00 | 070024574 |
| 94. | United States of America and Dept. of Veterans Affairs Program Contracting Activity Central VA-PCAC | Liberty Mutual Insurance Company | Performance and Payment Bond - Menlo Park VA Medical Center; Contract No. GS-00P-14-BSD-1137 | 5,719,750.00 | 070024572 |

| | Obligee | Surety | Type of Bond | Bond Amount | Surety Bond Number(s) |
|---|---|---|---|---|---|
| 95. | United States of America Bureau of Land Management | Liberty Mutual Insurance Company | Lease Bond - Serial Number CACA-57753 | 30,000.00 | 070206058 |
| 96. | United States of America; Department of Veterans Affairs Program Contracting Activity Central VA-PCAC; Dominion Federal Corporation; Sunflower Bank | Liberty Mutual Insurance Company | Performance and Payment Bond - Project: VA VISN 21 San Francisco | 20,562,900.55 | 070024591 |
| 97. | US Army Corps of Engineers | Liberty Mutual Insurance Company | Wetland Reclamation Bond | 400,000.00 | 070008886 |
| 98. | US Army Corps of Engineers | Liberty Mutual Insurance Company | Permit/Performance Bond to Construct 1 Acre of Wetland | 146,500.00 | 070003118 |
| 99. | USA - Federal Aviation Administration | Liberty Mutual Insurance Company | Energy Management Services | 6,101,701.00 | 070015557 |
| 100 | USDA Forest Service | Liberty Mutual Insurance Company | Reclamation Performance Bond | 48,000.00 | 07S201899 |
| 101 | USDA Forest Service | Liberty Mutual Insurance Company | Reclamation Bond | 2,912,143.00 | 070008879 |
| 102 | Zone 7 of Alameda County Flood Control and Water Conservation District | Liberty Mutual Insurance Company | Encroachment Permit Bond | 150,000.00 | 070015537 |