**Exhibit B**

**Taxing Authorities List**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

DEBTORS' MOTION TO PAY PREPETITION TAXES
AND ASSESSMENTS – EXHIBIT B

Case: 19-30088    Doc# 11-2    Filed: 01/29/19    Entered: 01/29/19 00:56:47    Page 1 of 5

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Taxing Authority | Address | Tax Type |
|---|---|---|
| Alameda County Tax Collector | 1221 Oak Street, Room 131<br>Oakland, CA 94612-4223 | Property Tax |
| Alpine County Tax Collector | P.O. Box 217<br>Markleeville, CA 96120 0217 | Property Tax |
| Amador County Tax Collector | 810 Court Street<br>Jackson, CA 95642-2132 | Property Tax |
| Butte County Tax Collector | 25 County Center Drive, Suite 125<br>Oroville, CA 95965-3367 | Property Tax |
| Calaveras County Tax Collector | 891 Mountain Ranch Road, Suite 2<br>San Andreas, CA 95249-9713 | Property Tax |
| Colusa County Tax Collector | 547 Market Street, Suite 111<br>Colusa, CA 95932 | Property Tax |
| Contra Costa County Treasurer-Tax Collector | 625 Court Street, Room 100<br>Martinez, CA 94553 | Property Tax |
| El Dorado County Tax Collector | P.O. Box 678002<br>Placerville, CA 95667-8002 | Property Tax |
| Fresno County Tax Collector Treasurer-Tax Collector | P.O. Box 1247<br>Fresno, CA 93715-1247 | Property Tax |
| Glenn County Tax Collector Department of Finance Tax Collector | 516 W. Sycamore St.<br>Willows, CA 95988 | Property Tax |
| Humboldt County Tax Collector | 825 Fifth Street, Room 125<br>Eureka, CA 95501-1100 | Property Tax |
| Kern County Tax Collector | 1115 Truxtun Avenue, 2nd Floor<br>Bakersfield, CA 93301 | Property Tax |
| Kings County Tax Collector | 1400 W. Lacey Blvd.<br>Hanford, CA 93230 | Property Tax |
| Lake County Tax Collector | 255 North Forbes Street, Room 215<br>Lakeport, CA 95453-4743 | Property Tax |
| Lassen County Tax Collector | 220 So. Lassen Street, Suite 3<br>Susanville, CA 96130 | Property Tax |
| Madera County Tax Collector | 200 W 4th Street<br>Madera, CA 93637-3548 | Property Tax |

DEBTORS' MOTION TO PAY PREPETITION TAXES
AND ASSESSMENTS – EXHIBIT B

| | | |
|---|---|---|
| Marin County Tax Collector Administration Bldg., Civic Center | P.O. Box 4220 San Rafael, CA 94913-4220 | Property Tax |
| Mariposa County Tax Collector | P.O. Box 247 Mariposa, CA 95338-0247 | Property Tax |
| Mendocino County Tax Collector | 501 Low Gap Road, Room 1060 Ukiah, CA 95482-4498 | Property Tax |
| Merced County Tax Collector | 2222 M Street Merced, CA 95340 | Property Tax |
| Modoc County Tax Collector | 204 South Court Street Alturas, CA 96101 | Property Tax |
| Monterey County Tax Collector | P.O. Box 891 Salinas, CA 93902-0891 | Property Tax |
| Napa County Tax Collector | 1195 Third Street, Suite 108 Napa, CA 94559-3050 | Property Tax |
| Treasurer-Tax Collector County of Nevada | P.O. Box 128 Nevada City, CA 95959-0128 | Property Tax |
| Placer County Tax Collector | 2976 Richardson Drive Auburn, CA 95603-2640 | Property Tax |
| Plumas County Tax Collector | P.O. Box 176 Quincy, CA 95971-0176 | Property Tax |
| Sacramento County Reports & Account Services | 700 H Street, Room 1710 Sacramento, CA 95814 | Property Tax |
| San Benito County Treasurer-Tax Collector | 440 Fifth Street, Room 107 Hollister, CA 95023 | Property Tax |
| San Bernardino County Tax Collector | 268 W Hospitality Lane, First Floor San Bernardino, CA 92415-0360 | Property Tax |
| San Diego County Treasurer – Tax Collector | P.O. Box 129009 San Diego, CA 92112 | Property Tax |
| San Francisco Tax Collector Secured Property Tax | P.O. Box 7426 San Francisco, CA 94120-7426 | Property Tax |
| San Joaquin County Tax Collector | P.O. Box 2169 Stockton, CA 95201-2169 | Property Tax |
| San Luis Obispo County Tax Collector | 1055 Monterey Street, Room D-290 County Government Center San Luis Obispo, CA 93408 | Property Tax |

| | | |
|---|---|---|
| San Mateo County Tax Collector | P.O. Box 45878<br>San Francisco, CA 94145-0878 | Property Tax |
| Treasurer Tax Collector<br>County of Santa Barbara | P.O. Box 579<br>Santa Barbara, CA 93102-0579 | Property Tax |
| County of Santa Clara<br>Department of Tax and Collections | 70 West Hedding Street<br>East Wing, 6th Floor<br>San Jose, CA 95110-1767 | Property Tax |
| San Cruz County Tax Collector | P.O. Box 1817<br>Santa Cruz, CA 95061-1817 | Property Tax |
| Shasta County Tax Collector | P.O. Box 991830<br>Redding, CA 96099-1830 | Property Tax |
| Sierra County Tax Collector | P.O. Box 376<br>Downieville, CA 95936 | Property Tax |
| Siskiyou County Tax Collector | 311 Fourth Street, Room 104<br>Yreka, CA 96097-2944 | Property Tax |
| Tax Collector<br>Solano County Treasury | P.O. Box 7407<br>San Francisco, CA 94120-7407 | Property Tax |
| Sonoma County Tax Collector | P.O. Box 3879<br>Santa Rosa, CA 95402-3879 | Property Tax |
| Stanislaus County Tax Collector | P.O. Box 859<br>Modesto, CA 95353-0859 | Property Tax |
| Sutter County Tax Collector | P.O. Box 546<br>Yuba City, CA 95992-0546 | Property Tax |
| Tehama Tax Collector | P.O. Box 1150<br>Red Bluff, CA 96080 | Property Tax |
| Trinity Tax Collector | P.O. Box 1297<br>Weaverville, CA 96093 | Property Tax |
| Tulare County Treasurer-Tax Collector | P.O. Box 30329<br>Los Angeles, CA 90030-0329 | Property Tax |
| Tuolumne Tax Collector | P.O. Box 3248<br>Sonora, CA 95370 | Property Tax |
| Yolo County Tax Collector | P.O. Box 1995<br>Woodland, CA 95776-1995 | Property Tax |
| Yuba County Tax Collector | 915 8th Street, Suite 103<br>Marysville, CA 95901-5273 | Property Tax |
| Department of the Treasury<br>Internal Revenue Service Center | Ogden, UT 84201-0012 | Federal Income Tax /<br>Federal Excise Tax |

| | | |
|---|---|---|
| California Franchise Tax Board | PO Box 942857<br>Sacramento, CA 942857-0501 | State Corporation Franchise Tax / State Excise Tax |
| California Department of Tax and Fee Administration | PO Box 942879<br>Sacramento, CA 94279-8012 | Sales & Use Tax |
| California Department of Tax and Fee Administration | PO Box 942879<br>Sacramento, CA 94279-8012 | Vendor and User Fuel Tax |
| California Department of Tax and Fee Administration | PO Box 942879<br>Sacramento, CA 94279-8012 | Regulatory Fees |
| City and County of San Francisco<br>Business Taxes Section | P.O. Box 7425<br>San Francisco, CA 94120-7425 | CCSF Gross Receipts Tax and Payroll Tax |
| California Public Utilities Commission | 505 Van Ness Avenue<br>San Francisco, CA 94102 | Regulatory Fees |
| Federal Energy Regulatory Commission | 888 First Street, NE<br>Washington, DC 20426 | Regulatory Fees |
| US Nuclear Regulatory Commission | Washington, DC 20555-0001 | Regulatory Fees |
| US Securities and Exchange Commission | 100 F St. NE MS 6041B<br>Washington D.C. | Regulatory Fees |