WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice* pending)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice* pending)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice* pending)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Proposed Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>      **Debtor.**<br><br>**Tax I.D. No. 94-3234914** | Case Nos. 19 -_____ (___)<br>     19 -_____ (___)<br><br>Chapter 11<br><br>**APPLICATION OF DEBTORS PURSUANT TO B.L.R. 4002-1 FOR ORDER APPOINTING JASON P. WELLS AS RESPONSIBLE INDIVIDUAL** |
| **In re:**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>      **Debtor.**<br><br>**Tax I.D. No. 94-0742640** | Date:<br>Time:<br>Place: |

DEBTORS' APPLICATION TO APPOINT
RESPONSIBLE INDIVIDUAL

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), hereby submit this Application (the **"Application"**), pursuant to Rule 4002-1 of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "**Bankruptcy Local Rules**"), for entry of an order appointing Jason P. Wells as the individual with primary responsibility for the duties and obligations of each of the Debtors during the Chapter 11 Cases (the "**Responsible Individual**").

By this Application, the Debtors seek to appoint Jason P. Wells, Senior Vice President and Chief Financial Officer of PG&E Corporation, as the Responsible Individual for each Debtor in accordance with Bankruptcy Local Rule 4002-1.

Mr. Wells's contact information is:

> Jason P. Wells, Senior Vice President and Chief Financial Officer
> PG&E Corporation
> 77 Beale Street
> San Francisco, CA 94177
> Tel.: (929) 333-8977
> Fax: (212) 257-5452
> Email: jwellspge@primeclerk.com

A proposed form of order granting the relief requested herein is annexed hereto as **Exhibit A** (the "**Proposed Order**").

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated: January 29, 2019

**WEIL, GOTSHAL & MANGES LLP**

**KELLER & BENVENUTTI LLP**

By:  /s/ Tobias S. Keller
      Tobias S. Keller

*Proposed Attorneys for Debtors and Debtors in Possession*