**Exhibit A**

**[PROPOSED] Order**

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice* pending)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice* pending)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice* pending)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Proposed Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br>           **Debtor.** <br><br> **Tax I.D. No. 94-3234914** | Case Nos. 19 -_____ (___) <br>            19 -_____ (___) <br><br> Chapter 11 <br><br> **[PROPOSED] ORDER PURSUANT TO B.L.R. 4002-1 APPOINTING JASON P. WELLS AS RESPONSIBLE INDIVIDUAL** <br><br> Date: <br> Time: <br> Place: |
| **In re:** <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br>           **Debtor.** <br><br> **Tax I.D. No. 94-0742640** | |

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

Upon the Application, dated _____, 2019 (the "**Application**"),[1] of PG&E Corporation ("**PG&E Corp**.") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**"), pursuant to Rule 4002-1 of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "**Bankruptcy Local Rules**"), for entry of an order appointing Jason P. Wells as the individual with primary responsibility for the duties and obligations of the Debtors during the Chapter 11 Cases (the "**Responsible Individual**"); and this Court having reviewed the Application; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted, as provided herein.

2. Jason P. Wells is hereby appointed as the Responsible Individual for each Debtor during these Chapter 11 Cases pursuant to Bankruptcy Local Rule 4002-1.

3. Mr. Wells's contact information is:

> Jason P. Wells, Senior Vice President and Chief Financial Officer
> PG&E Corporation
> 77 Beale Street
> San Francisco, CA 94177
> Tel.: (929) 333-8977
> Fax: (212) 257-5452
> Email: jwellspge@primeclerk.com

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

** END OF ORDER **

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Application.