**Exhibit C**

**13 Week Budget**

**Pacific Gas & Electric**
**Cash Forecast - CONSOLIDATED**
**USD'000**
**As of January 28, 2019**

| | Fcast Week 1 2/2/2019 | Fcast Week 2 2/9/2019 | Fcast Week 3 2/16/2019 | Fcast Week 4 2/23/2019 | Fcast Week 5 3/2/2019 | Fcast Week 6 3/9/2019 | Fcast Week 7 3/16/2019 | Fcast Week 8 3/23/2019 | Fcast Week 9 3/30/2019 | Fcast Week 10 4/6/2019 | Fcast Week 11 4/13/2019 | Fcast Week 12 4/20/2019 | Fcast Week 13 4/27/2019 | 13 Week TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Flow from Operations** | | | | | | | | | | | | | | |
| **Receipts** | | | | | | | | | | | | | | |
| Customer Receipts - Electric | 282,949 | 317,042 | 305,054 | 277,498 | 310,448 | 273,371 | 267,072 | 298,816 | 258,557 | 240,413 | 241,750 | 263,496 | 241,622 | 3,578,087 |
| Customer Receipts - Gas | 137,250 | 151,474 | 145,746 | 132,580 | 146,468 | 120,723 | 117,941 | 131,959 | 114,181 | 92,455 | 92,970 | 101,332 | 92,920 | 1,577,999 |
| Other Receipts | 2,889 | 8,491 | 5,051 | 5,051 | 414 | 2,275 | 119,500 | 4,500 | 4,500 | 5,775 | 4,500 | 4,500 | 61,290 | 228,736 |
| **Total Operating Receipts** | **423,088** | **477,007** | **455,851** | **415,129** | **457,330** | **396,369** | **504,512** | **435,275** | **377,238** | **338,643** | **339,219** | **369,328** | **395,832** | **5,384,822** |
| **Disbursements** | | | | | | | | | | | | | | |
| Payroll & Benefits | (17,360) | (114,763) | (13,920) | (118,879) | (159,236) | (114,189) | (286,768) | (114,736) | (151,408) | (117,502) | (104,640) | (112,762) | (185,013) | (1,611,175) |
| Energy Purchases - Electricity | (3) | (20,576) | (20,303) | (79,431) | (2,345) | (25,694) | (20,860) | (20,860) | (147,784) | (7,500) | (7,500) | (23,809) | (186,897) | (563,563) |
| Energy Purchases - Natural Gas | (2,376) | (40,356) | (7,337) | (40,356) | (3,669) | - | (44,220) | (7,075) | (37,145) | - | (33,615) | (6,112) | (33,615) | (255,877) |
| Customer Rebates | (9,014) | (9,014) | (9,014) | (9,014) | (9,014) | (9,014) | (9,014) | (9,014) | (9,014) | (9,014) | (9,014) | (9,014) | (9,014) | (117,176) |
| CCA | (46,838) | (52,481) | (50,497) | (45,935) | (51,389) | (45,252) | (44,209) | (49,464) | (42,800) | (39,796) | (40,018) | (43,617) | (39,997) | (592,293) |
| Operations & Maintenance | (61,925) | (116,784) | (123,338) | (118,351) | (100,596) | (92,093) | (107,631) | (109,991) | (124,426) | (97,644) | (107,533) | (88,466) | (90,667) | (1,339,445) |
| P-Card | (6,981) | (6,981) | (3,491) | (3,491) | (3,491) | (3,491) | (3,491) | (3,491) | (3,491) | (3,491) | (3,491) | (3,491) | (3,491) | (52,361) |
| Facilities | (1,825) | (6,578) | (1,778) | (4,805) | (3,275) | (3,228) | (3,228) | (3,228) | (6,254) | (3,275) | (3,228) | (3,228) | (6,254) | (50,183) |
| Insurance | (14) | (133) | (388) | (1,607) | (9) | (4,350) | (16) | (84) | (7,390) | (412) | (341) | (3,787) | (229) | (18,759) |
| Taxes & Fees | (81,206) | (814) | (1,963) | (9,025) | (26,638) | (1,757) | (19,992) | (106,026) | (19,983) | (57,521) | (186,467) | (3,206) | (33,761) | (548,360) |
| Admin & Prof Svcs | (5,000) | (12,403) | (12,403) | (12,403) | (35,305) | (24,805) | (24,805) | (29,368) | (24,805) | (35,305) | (24,805) | (24,805) | (24,805) | (291,017) |
| Other Operating | (2,000) | (8,988) | (8,988) | (8,988) | (12,790) | (11,807) | (11,807) | (11,807) | (11,807) | (12,490) | (11,433) | (10,607) | (10,607) | (134,122) |
| **Total Operating Disbursements** | **(234,541)** | **(389,870)** | **(253,420)** | **(452,284)** | **(407,757)** | **(335,680)** | **(576,041)** | **(465,143)** | **(586,308)** | **(383,950)** | **(532,084)** | **(332,903)** | **(624,350)** | **(5,574,331)** |
| **Intercompany** | | | | | | | | | | | | | | |
| Intercompany | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Intercompany** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| **Total Cash Flow from Operations** | **188,546** | **87,137** | **202,432** | **(37,154)** | **49,573** | **60,689** | **(71,529)** | **(29,869)** | **(209,070)** | **(45,307)** | **(192,865)** | **36,425** | **(228,518)** | **(189,509)** |
| **Non-Operating Cash Flows** | | | | | | | | | | | | | | |
| Settlements | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Reorg Professional Fees | - | - | (2,155) | - | - | - | (2,855) | - | - | - | - | (19,569) | - | (24,579) |
| Collateral Postings | - | - | - | (408,000) | - | - | - | - | - | - | - | - | - | (408,000) |
| Debt Service | (57,950) | - | - | - | (13,195) | - | - | - | - | (8,521) | - | - | - | (79,666) |
| Other Non-Operating | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Non-Operating Cash Flows** | **(57,950)** | **-** | **(2,155)** | **(408,000)** | **(13,195)** | **-** | **(2,855)** | **-** | **-** | **(8,521)** | **-** | **(19,569)** | **-** | **(512,245)** |
| **Debt Principal** | | | | | | | | | | | | | | |
| Debt Borrowing | 750,000 | - | - | - | 1,500,000 | - | - | - | - | - | - | - | - | 2,250,000 |
| Debt Paydown | - | - | - | - | (750,000) | - | - | - | - | - | - | - | - | (750,000) |
| **Total Debt Principal** | **750,000** | **-** | **-** | **-** | **750,000** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **1,500,000** |
| **Net Cash Flow** | **880,596** | **87,137** | **200,277** | **(445,154)** | **786,377** | **60,689** | **(74,384)** | **(29,869)** | **(209,070)** | **(53,828)** | **(192,865)** | **16,856** | **(228,518)** | **798,247** |
| **Cash Balance** | | | | | | | | | | | | | | |
| Opening Balance (Book) | 860,000 | 1,740,596 | 1,827,733 | 2,028,010 | 1,582,856 | 2,369,233 | 2,429,923 | 2,355,539 | 2,325,670 | 2,116,600 | 2,062,772 | 1,869,908 | 1,886,764 | 860,000 |
| Net Cash from Operations | 188,546 | 87,137 | 202,432 | (37,154) | 49,573 | 60,689 | (71,529) | (29,869) | (209,070) | (45,307) | (192,865) | 36,425 | (228,518) | (189,509) |
| Net Non-Operating Cash Flows | (57,950) | - | (2,155) | (408,000) | (13,195) | - | (2,855) | - | - | (8,521) | - | (19,569) | - | (512,245) |
| Net Debt Principal | 750,000 | - | - | - | 750,000 | - | - | - | - | - | - | - | - | 1,500,000 |
| Ending Balance (Book) | 1,740,596 | 1,827,733 | 2,028,010 | 1,582,856 | 2,369,233 | 2,429,923 | 2,355,539 | 2,325,670 | 2,116,600 | 2,062,772 | 1,869,908 | 1,886,764 | 1,658,247 | 1,658,247 |
| Float | 12,502 | 17,502 | 22,502 | 27,502 | 32,502 | 37,502 | 42,502 | 47,502 | 52,502 | 52,502 | 52,502 | 52,502 | 52,502 | 52,502 |
| Ending Balance (Bank) | 1,753,098 | 1,845,235 | 2,050,512 | 1,610,358 | 2,401,735 | 2,467,424 | 2,398,041 | 2,373,172 | 2,169,102 | 2,115,274 | 1,922,410 | 1,939,266 | 1,710,748 | 1,710,748 |

**Pacific Gas & Electric**
**Cash Forecast - Supplemental**
**USD'000**
**As of January 28, 2019**

| | Fcast Week 1 | Fcast Week 2 | Fcast Week 3 | Fcast Week 4 | Fcast Week 5 | Fcast Week 6 | Fcast Week 7 | Fcast Week 8 | Fcast Week 9 | Fcast Week 10 | Fcast Week 11 | Fcast Week 12 | Fcast Week 13 | 13 Week TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2/2/2019 | 2/9/2019 | 2/16/2019 | 2/23/2019 | 3/2/2019 | 3/9/2019 | 3/16/2019 | 3/23/2019 | 3/30/2019 | 4/6/2019 | 4/13/2019 | 4/20/2019 | 4/27/2019 | |
| **Liquidity** | | | | | | | | | | | | | | |
| Cash Balance CORP | 369,604 | 369,549 | 367,049 | 366,477 | 364,389 | 364,348 | 360,146 | 359,783 | 359,085 | 358,994 | 358,648 | 338,736 | 338,046 | 338,046 |
| Cash Balance UTILITY | 1,370,992 | 1,458,185 | 1,660,961 | 1,216,379 | 2,004,844 | 2,065,574 | 1,995,393 | 1,965,887 | 1,757,515 | 1,703,779 | 1,511,260 | 1,548,028 | 1,320,200 | 1,320,200 |
| less: Customer Deposits | (250,000) | (250,000) | (250,000) | (250,000) | (250,000) | (250,000) | (250,000) | (250,000) | (250,000) | (250,000) | (250,000) | (250,000) | (250,000) | (250,000) |
| less: Working Capital Reserve | (450,000) | (450,000) | (450,000) | (450,000) | (450,000) | (450,000) | (450,000) | (450,000) | (450,000) | (450,000) | (450,000) | (450,000) | (450,000) | (450,000) |
| Available Cash UTILITY | 670,992 | 758,185 | 960,961 | 516,379 | 1,304,844 | 1,365,574 | 1,295,393 | 1,265,887 | 1,057,515 | 1,003,779 | 811,260 | 848,028 | 620,200 | 620,200 |
| DIP Availability | 750,000 | 750,000 | 750,000 | 750,000 | 4,000,000 | 4,000,000 | 4,000,000 | 4,000,000 | 4,000,000 | 4,000,000 | 4,000,000 | 4,000,000 | 4,000,000 | 4,000,000 |
| **Ending Utility Liquidity** | **1,420,992** | **1,508,185** | **1,710,961** | **1,266,379** | **5,304,844** | **5,365,574** | **5,295,393** | **5,265,887** | **5,057,515** | **5,003,779** | **4,811,260** | **4,848,028** | **4,620,200** | **4,620,200** |
| **DIP Balance - Revolver** | | | | | | | | | | | | | | |
| Opening Balance | - | 750,000 | 750,000 | 750,000 | 750,000 | - | - | - | - | - | - | - | - | - |
| Debt Borrowing | 750,000 | - | - | - | - | - | - | - | - | - | - | - | - | 750,000 |
| Debt Paydown | - | - | - | - | (750,000) | - | - | - | - | - | - | - | - | (750,000) |
| **Ending Balance** | **750,000** | **750,000** | **750,000** | **750,000** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| **DIP Availability - Revolver** | | | | | | | | | | | | | | |
| Total Facility | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 3,500,000 | 3,500,000 | 3,500,000 | 3,500,000 | 3,500,000 | 3,500,000 | 3,500,000 | 3,500,000 | 3,500,000 | 3,500,000 |
| Less: Outstanding Loan Balance | (750,000) | (750,000) | (750,000) | (750,000) | - | - | - | - | - | - | - | - | - | - |
| Less: Outstanding LOCs | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Ending Availability** | **750,000** | **750,000** | **750,000** | **750,000** | **3,500,000** | **3,500,000** | **3,500,000** | **3,500,000** | **3,500,000** | **3,500,000** | **3,500,000** | **3,500,000** | **3,500,000** | **3,500,000** |
| **DIP Balance - Term Loan** | | | | | | | | | | | | | | |
| Opening Balance | - | - | - | - | - | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | - |
| Debt Borrowing | - | - | - | - | 1,500,000 | - | - | - | - | - | - | - | - | 1,500,000 |
| Debt Paydown | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Ending Balance** | **-** | **-** | **-** | **-** | **1,500,000** | **1,500,000** | **1,500,000** | **1,500,000** | **1,500,000** | **1,500,000** | **1,500,000** | **1,500,000** | **1,500,000** | **1,500,000** |
| **DIP Availability - Term Loan** | | | | | | | | | | | | | | |
| Total Facility | - | - | - | - | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 |
| Less: Outstanding Loan Balance | - | - | - | - | (1,500,000) | (1,500,000) | (1,500,000) | (1,500,000) | (1,500,000) | (1,500,000) | (1,500,000) | (1,500,000) | (1,500,000) | (1,500,000) |
| **Ending Availability** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| **DIP Balance - Delayed Draw Term Loan** | | | | | | | | | | | | | | |
| Opening Balance | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Debt Borrowing | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Debt Paydown | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Ending Balance** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| **DIP Availability - Delayed Draw Term Loan** | | | | | | | | | | | | | | |
| Total Facility | - | - | - | - | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 |
| Less: Outstanding Loan Balance | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Ending Availability** | **-** | **-** | **-** | **-** | **500,000** | **500,000** | **500,000** | **500,000** | **500,000** | **500,000** | **500,000** | **500,000** | **500,000** | **500,000** |