**Exhibit B**

**Utility Service List**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Vendor # | Utility Provider | Address | Type of Service |
|---|---|---|---|
| 1045621 | Aces Waste Services | 6500 Buena Vista Road, Ione, CA 95640 | Waste Removal |
| 1000134 | Alameda County Water | 43885 S. Grimmer Blvd, Fremont, CA 94538 | Water |
| 1033078 | Alameda Municipal Power | 2000 Grand St, Alameda, CA 94501 | Electric |
| 1082014 | Amador Valley Industries | 3110 Busch Rd, Pleasanton, CA 94566 | Waste Removal |
| 1015388 | Amador Water Agency | 12800 Ridge Rd, Sutter Creek, CA 95685 | Water |
| 1068126 | American Water Services | 2415 University Ave # 2, East Palo Alto, CA 94303 | Water |
| 1088166 | Amerigas Propane | 1879 E Main St, Quincy, CA 95971 | Gas |
| 1009703 | Angels, City of | 584 S Main St, Angels Camp, CA 95222 | Sewage / Water |
| 1017982 | Antioch, City of | 200 H Street Antioch, CA 94509-1285 | Sewage / Water |
| 1002260 | Arcata, City of | 736 F Street, Arcata, CA 95521 | Sewage |
| 1032269 | Atascadero Mutual Water | 5005 El Camino Real, Atascadero, CA 93422 | Water |
| 1069057 | Atlas Waste Management | 1306 White CT, Santa Maria, CA 93456 | Waste Removal |
| 1042454 | Bakersfield, City of | 1715 Chester Avenue, Bakersfield, CA 93301 | Sewage / Waste Removal |
| 1007338 | California Water Service | 3725 S H St, Bakersfield, CA 93304 | Water |
| 1115747 | Basin Properties | 300 E. 2nd St., Suite 1210, Reno NV 89501 | Water |
| 1011641 | Bella Vista Water | 11368 E. Stillwater Way, Redding, CA 96003 | Water |
| 1011860 | Bertolotti Disposal | 231 Flamingo Dr, Modesto, CA 95358 | Waste Removal |
| 1093915 | Bertolotti Newman Disposal | 231 Flamingo Dr, Modesto, CA 95358 | Waste Removal |
| 1032307 | Buellton, City of | 107 W Hwy 246, Buellton, CA 93427 | Sewage / Water |
| 1110022 | Burney Disposal | 37484 Cornaz Dr, Burney, CA 96013 | Waste Removal |
| 1013215 | Burney Water District | 20222 Hudson St, Burney, CA 96013 | Sewage / Water |
| 1069514 | California American Water | 1025 Palm Avenue, Imperial Beach, CA 91932 | Water |
| 1103801 | California Waste Recovery | 175 Enterprise Ct, STE A, Galt, CA 95632 | Waste Removal |
| 1062247 | Carmel Marina Corporation | 1240 Commercial Parkway, Castroville, CA 95012 | Waste Removal |

| Vendor # | Utility Provider | Address | Type of Service |
|---|---|---|---|
| 1092990 | Central Valley Waste | 1333 E Turner Rd, Lodi, CA 95240 | Waste Removal |
| 1002435 | California Water Service | 2222 Dr ML King Jr PKY, Chico, CA 95928 | Water |
| 1096648 | Civic Center Square | 906 N Street, STE 200, Frenso CA 93721 | Electric / Gas |
| 1031727 | Clearlake Waste Solutions | 3515 Taylor Dr, Ukiah, CA 95482 | Waste Removal |
| 1016128 | Clovis, City of | 1033 Fifth Street, Clovis, CA 93612 | Sewage / Water |
| 1001763 | Coalinga, City of | 155 W Durian Ave, Coalinga, CA 93210 | Removal / Water |
| 1016228 | Coastside County Water Dist | 766 Main Street, Half Moon Bay, CA 94019 | Water |
| 1006224 | Colusa, City of | 425 Webster Street, Colusa, CA 95932 | Sewage / Water |
| 1020105 | Concord, City of | 1950 Parkside Drive, Concord, CA 94519 | Sewage |
| 1016678 | Concord Disposal Service | 4080 Mallard Dr, Concord, CA 94520 | Waste Removal |
| 1031077 | Consolidated Utilities | 9700 Goethe Rd, Sacramento, CA 95827 | Sewage |
| 1016938 | Contra Costa Water District | 1331 Concord Ave, ConcoRd, CA 94520 | Water |
| 1017030 | Corning, City of | 794 Third St, Corning, CA 96021 | Sewage / Water |
| 1088881 | County of Nevada Dept of Sanitation | 950 Maid Ave STE 290, Nevada City, CA 95959-8617 | Waste Removal |
| 1031412 | County of Shasta | 1855 Placer St, Redding, CA 96001 | Sewage / Water |
| 1001844 | California Water Service | 949 B Street, Los Altos, CA 94024-6002 | Water |
| 1033243 | Daly City, City of | 333-90th Street, Daly City, CA 94015 | Water |
| 1017910 | Davis, City of | 23 Russell Boulevard, Davis, CA 95616 | Sewage / Water |
| 1017929 | Davis Waste Removal | 2727 2nd St, Davis, CA 95618 | Waste Removal |
| 1018393 | Dinuba, City of | 405 E El Monte, Dinuba, CA 93618 | Water |
| 1002427 | California Water Service | 201 S 1St Street, Dixon, CA 95620 | Water |
| 1014473 | Downieville Public Utility Dist | 118 Lavezzola Rd, Downieville, CA 95936 | Water |
| 1019002 | East Bay Municipal Utility Dist | 375 Eleventh St, Oakland, CA 94623 | Water |
| 1019283 | Eel River Disposal | 965 Riverwalk Drive, Fortuna, CA 95540 | Waste Removal |

| Vendor # | Utility Provider | Address | Type of Service |
|---|---|---|---|
| 1110478 | El Dorado Disposal | 580 Truck St, Placerville, CA 95667 | Waste Removal |
| 1019398 | El Dorado Irrigation Dist | 2890 Mosquito Rd, Placerville, CA 95667 | Sewage / Water |
| 1014093 | Emadco Disposal Service | 40287 Oak Park Way, Oakhurst, CA 93644 | Waste Removal |
| 1013460 | Eureka, City of | 531 K Street, Euereka, CA 95501 | Sewage / Water |
| 1020067 | Fairfield Municipal Utilities | 1000 Webster Street, Fairfield, CA 94533 | Sewage / Water |
| 1007320 | Folsom, City of | 50 Natoma Street, Folsom, CA 95630 | Water |
| 1020849 | Fort Bragg, City of | 416 N Franklin Street, Fort Bragg, CA 95437 | Sewage / Water |
| 1020865 | Fortuna, City of | 621 11th Street, Fortuna, CA 95540 | Sewage / Water |
| 1014201 | Fresno, City of | 2600 Frenso Street, Frenso, CA 93721 | Water |
| 1078620 | Garberville Sanitary District | 919 Redwood Dr, Garberville, CA 95542 | Waste Removal / Water |
| 1021989 | Geyersville Water Works/Harry K. Bosworth | 21060 Geyserville Ave, Geyserville, CA 95441 | Water |
| 1022054 | Gilroy, City of | 7351 Rosanna Street, Gilroy, CA 95020 | Sewage / Water |
| 1001069 | Gilton Solid Waste Management | 755 S Yosemite Ave, Oakdale, CA 95361 | Waste Removal |
| 1022615 | Grass Valley, City of | 125 E Main St, Grass Valley, CA 95945 | Sewage / Water |
| 1022696 | Great Oaks Water Co | 20 Great Oaks Blvd STE 120, San Jose, CA 95119 | Water |
| 1110258 | Greenwaste of Tehama | 1805 Airport Blvd, Red Bluff, CA 96080 | Waste Removal |
| 1081320 | Greenwaste Recovery | 1500 Berger Dr, San Jose, CA 95112-2703 | Waste Removal |
| 1014117 | Hayward Water System | 777 B St, Hayward, CA 94541 | Sewage / Water |
| 1023569 | Health Sanitation Service | 1850 W Betteravia Rd, Santa Maria, CA 93455 | Waste Removal |
| 1023808 | Highlands Water Company | 14580 Lakeshore Dr, Clearlake, CA 95422 | Water |
| 1006247 | Hollister, City of | 375 Fifth St, Hollister, CA 95023 | Sewage / Water |
| 1024541 | Humboldt Community Service Dist | 5055 Walnut Dr, Eureka, CA 95503 | Sewage / Water |
| 1096996 | Humboldt Sanitation | 2585 Central Ave, McKinleyville, CA 95519 | Waste Removal |
| 1025064 | Indian Wells Valley | 500 W Ridgecrest Blvd, Ridgecrest, | Water |

| Vendor # | Utility Provider | Address | Type of Service |
|---|---|---|---|
| | Water Dist | CA 93556 | |
| 1001168 | Industrial Waste & Salvage | 3457 S. Cedar Avenue, Fresno, CA 93725 | Waste Removal |
| 1110262 | Intermountain Disposal | 920 Blairsden-Graeagle Rd, Graeagle, CA 96103 | Waste Removal |
| 1017698 | Jackson, City of | 33 Broadway, Jackson, CA 95642-2393 | Water |
| 1020952 | Kern County Waste Management | 2700 M Street, #500, Bakersfield, CA 93301-2372 | Waste Removal |
| 1039056 | California Water Service | 620-H Broadway St, Kinge City, CA 93930-3200 | Sewage / Water |
| 1026712 | Lake Alpine Water Company | 301 Schimke Rd, Bear Valley, CA 95223 | Water |
| 1013797 | Lake County Special District | 230 N Main St, Lakeport, CA 95453-4816 | Sewage / Water |
| 1006308 | Lakeport, City of | 225 Park St, Lakeport, CA 95453 | Sewage / Water |
| 1026751 | Lakeport Disposal | 501 N. Main Street, Suite A, Lakeport, CA 95453 | Waste Removal |
| 1006324 | Lemoore, City of | 119 Fox St, Lemoore, CA 93245 | Sewage / Water |
| 1027218 | Linden County Water District | 18243 E Highway 26, Linden, CA 9523 | Water |
| 1006328 | Live Oak, City of | 9955 Live Oak Blvd, Live Oak, CA 95953 | Water |
| 1055735 | Livermore, City of | 1052 S Livermore Ave, Livermore, CA 94550-4899 | Sewage |
| 1023979 | California Water Service | 195 South N St, Livermore, CA 94550-4350 | Water |
| 1092457 | Livermore Sanitation | 7000 National Dr, Livermore, CA 94550 | Waste Removal |
| 1027334 | Lodi, City of | 310 W. Elm Street, Lodi CA 95240 | Removal / Water |
| 1006340 | Lompoc, City of | 100 Civic Center Plaza, Lompoc, CA 93438 | Water |
| 1027435 | Los Banos, City of | 520 J Street, Los Banos, CA 93635 | Water |
| 1027836 | Madera, City of | 205 W Fourth St, Madera, CA 93637 | Waste Removal / Water |
| 1028026 | Manteca, City of | 1001 W Center St, Manteca, CA 95337 | Waste Removal / Water |
| 1092716 | MarBorg Industries | 728 E Yanonali, Santa Barbara, CA 93103 | Waste Removal |
| 1012752 | Marin Municipal Water Dist | 220 Nellen Ave, Corte Madera, CA 94925 | Water |

| Vendor # | Utility Provider | Address | Type of Service |
|---|---|---|---|
| 1028088 | Marin Sanitary Service | 1050 Andersen Dr, San Rafael, CA 94901 | Waste Removal |
| 1028097 | Mariposa Public Utility Dist | 4992 7th St, Mariposa, CA 95338 | Sewage / Waste Removal |
| 1016634 | California Water Service | 131 D St, Marysville, CA 95901 | Water |
| 1042901 | Mendo Pacific Reuse | 3200 Taylor Drive, Ukiah, CA 95482 | Waste Removal |
| 1006414 | Menlo Park, City of | 701 Laurel St, Menlo Park, CA 94025 | Water |
| 1011416 | Merced, City of | 678 West 18th St, Dept UB, Merced, CA 95340 | Sewage / Water |
| 1065960 | Mid-Peninsula Water Dist | 3 Dairy Ln, Belmont, CA 94002 | Water |
| 1081400 | Midstate Solid Waste & Recycling | 3360 La Cruz Way, Paso Robles, CA 93446 | Waste Removal |
| 1074858 | Mid Valley Disposal | 15300 W. Jensen Avenue, Kerman, CA 93630 | Waste Removal |
| 1024963 | Millbrae, City of | 621 Magnolia Avenue, Millbrae, CA 94030 | Sewage / Water |
| 1017375 | Millview County Water District | 3081 N State Street, Ukiah, CA 95482 | Water |
| 1028854 | Miramonte Sanitation | 6801 Ave 430, Reedley, CA 93654 | Waste Removal |
| 1035579 | Modesto Irrigation Dist - MID | 1231 Eleventh St, Modesto, CA 95354 | Electric |
| 1029071 | Monterey City Disposal | 10 Ryan Ranch Rd, Monterey, CA 93940 | Waste Removal |
| 1029091 | Monterey Regional Water | 5 Harris Ct, #D, Monterey, CA 93940 | Water |
| 1014009 | Morgan Hill, City of | 495 Alkire Ave, Morgan Hill, CA 95037-4129 | Sewage / Water |
| 1014271 | Mountain View, City of | 500 Castro St, Mountain View, CA 94039-7540 | Water |
| 1029390 | Napa, City of | 1340 Clay Street, Napa CA 94559 | Water |
| 1080836 | Napa County Recycling & Waste | 598 Lincoln Avenue, Napa, CA 94559 | Waste Removal |
| 1080837 | Napa Recycling & Waste | 598 Lincoln Avenue, Napa, CA 94559 | Waste Removal |
| 1001908 | Nevada Irrigation Dist (Rollins) | 1036 W Main St, Grass Valley, CA 95945 | Water |
| 1035166 | Newman, City of | 938 Frenso St, Newman, CA 95360 | Water |
| 1029743 | North Coast County Water Dist | 2400 Francisco Blvd, Pacifica, CA 94044 | Water |
| 1042834 | North Marin Water District | 999 Rush Creek PL, Novato, CA 94945 | Water |

| Vendor # | Utility Provider | Address | Type of Service |
|---|---|---|---|
| 1029821 | Novato Disposal Service | 3400 Standish Avenue, Santa Rosa, CA 95407 | Waste Removal |
| 1011754 | Novato Sanitary District | 500 Davidson St, Novato, CA 94945 | Sewage |
| 1029878 | Oakdale, City of | 280 N Third Ave, Oakdale, CA 95361 | Sewage / Water |
| 1029880 | Oakdale Irrigation District | 1205 E F Street, Oakdale, CA 95361 | Water |
| 1074543 | Oildale Mutual Water | 2836 McCray, Bakersfield, CA 93308 | Water |
| 1029991 | Orland, City of | 815 4th St, Orland, CA 95963 | Sewage / Water |
| 1029994 | Oroville, City of | 1735 Montgomery St, Oroville, CA 95965 | Sewage |
| 1023167 | California Water Service | 1905 High St, Oroville, CA 95965-4939 | Water |
| 1030126 | Paradise Irrigation District | 6332 Clark Rd, Paradise, CA 95969 | Water |
| 1030168 | Parlier, City of | 1100 E Parlier Ave, Parlier, CA 93648 | Water |
| 1092065 | Petaluma Refuse & Recylcing | 1309 Dynamic St, Petaluma, CA 94954 | Waste Removal |
| 1033152 | Petaluma, City of | 11 English St, Petaluma, CA 94953-6011 | Water |
| 1030328 | Pine Grove CSD | 19840 State Highway 88, Pine Grove, CA 95665 | Water |
| 1030339 | Pismo Beach, City of | 760 Mattie Rd, Pismo Beach, CA 93449-2056 | Sewage / Water |
| 1030390 | Placer County Water Agency | 144 Ferguson Rd, Auburn, CA 95603 | Water |
| 1030399 | Placerville, City of | 3101 Center St, Placerville, CA 95667 | Sewage / Water |
| 1092018 | Poso Canal Company | P.O. Box 511, Los Banos, CA 93635 | Sewage |
| 1032579 | Price Disposal | 8665 S Union Ave, Bakersfield, CA 93307 | Waste Removal |
| 1006026 | Quincy Community Service Dept | 900 Spanish Creek Rd, Quincy, CA 95971 | Sewage / Water |
| 1010396 | Recology Auburn Placer | 12305 Shale Ridge Rd, Auburn, CA 95602 | Waste Removal |
| 1101756 | Recology Grover Environmental | 235 N First St, Dixon, CA 95620 | Waste Removal |
| 1059450 | Recology-Butte Colusa | 2720 S 5th Ave, Oroville, CA 95965 | Waste Removal |
| 1043674 | Recology Golden Gate | 900 7th St, San Francisco, CA 94107 | Waste Removal |
| 1022217 | Recology Golden Gate | 250 Executive Park BLVD StE 21, San Francisco, CA 94134 | Waste Removal |
| 1035443 | Recology Humboldt | 949 W Hawthorne St, Eureka, CA | Waste Removal |

| Vendor # | Utility Provider | Address | Type of Service |
|---|---|---|---|
| | County | 95501 | |
| 1094390 | Recology San Mateo County | 225 Shoreway Rd, San Carlos, CA 94070 | Waste Removal |
| 1116820 | Recology Sonoma Marin | 3400 Standish Avenue, Santa Rosa, CA 95407 | Waste Removal |
| 1041049 | Recology South Bay | 650 Martin Ave, Santa Clara, CA 95050 | Waste Removal |
| 1003704 | Recology South Valley | 1351 Pacheco Pass Highway, Gilroy, CA 95020-9579 | Waste Removal |
| 1031635 | Recology Sunset Scavenger Co | 250 Executive Park Blvd StE 2100, San Francisco, CA 94134 | Waste Removal |
| 1031935 | Recology Vacaville Solano | 1 Town Square PL, VACAVILLE, CA 95688 | Waste Removal |
| 1031940 | Recology Vallejo | 2021 Broadway, Vallejo, CA 94589 | Waste Removal |
| 1000372 | Recology Yuba-Sutter | 3001 N Levee Rd, Marysville, CA 95901 | Waste Removal |
| 1030755 | Red Bluff, City of | 555 Washington St, Red Bluff, CA 96080 | Sewage / Water |
| 1006528 | Redding, City of | 3611 Avtech Parkway, Redding, CA 96002 | Removal |
| 1104265 | Redrock Environmental | 21739 Rd 19, Chowchilla, CA 93610 | Waste Removal |
| 1061372 | Redwood City, City of | 1017 Middlefield Road, Redwood City, CA 94063 | Sewage / Water |
| 1091225 | Republic Services | 18500 N Allied Way, Phoenix, AZ 85054 | Waste Removal |
| 1080899 | Republic Services/Allied Waste Services | 441 N Buchanan Circle, Pacheco, CA 94553-5119 | Waste Removal |
| 1008934 | Republic Services | 1145 W Charter Way, Stockton, CA 95206 | Waste Removal |
| 1097105 | Republic Services/Allied Waste Services | 5501 N Golden State Blvd, Frenso, CA 93722 | Waste Removal |
| 1015262 | Republic Services/Allied Waste | 18500 North Allied Way, Phonex, AZ 85054 | Waste Removal |
| 1030860 | Republic Services/Richmond Sanitary Service | 3260 Blume Dr, Richmond, CA 94806 | Waste Removal |
| 1031490 | Republic Services/Solano Garbage Co #846 | 18500 North Allied Way, Phonex, AZ 85054 | Waste Removal |
| 1095145 | Republic Services/Allied Waste Services | 18500 N Allied Way, Phoenix, AZ 85054 | Waste Removal |
| 1030867 | Rio Vista, City of | One Main Street, Rio Vista, CA | Water |

DEBTORS' MOTION APPROVING ADEQUATE ASSURANCE PROCEDURES FOR UTILITY PROVIDERS – EXHIBIT B

7

| Vendor # | Utility Provider | Address | Type of Service |
|---|---|---|---|
| | | 94571 | |
| 1001709 | Rio Vista Sanitation Service | 100 Main Street, Rio Vista, CA 94571 | Waste Removal |
| 1019960 | Roseville, City of | 311 Vernon St, Roseville, CA 95678-0998 | Electric / Sewage / Water |
| 1031083 | Sacramento Municipal Utility Dist - SMUD | 6301 S St, Sacramento, CA 95852-1555 | Electric |
| 1031074 | Sacramento, City of | Utility Billing, 915 I Street, Sacramento, CA 95814 | Water |
| 1007230 | California Water Service | 254 Commission St., Salinas, CA 93901-3737 | Water |
| 1006629 | San Bruno, City of | 570 Linden Ave, San Bruno, CA 94066 | Water |
| 1031182 | San Carlos, City of | 600 Elm St, San Carlos, CA 94070 | Sewage |
| 1031321 | Santa Clara Valley Water District | 5750 Almaden Expway, San Jose, CA 95118-3686 | Water |
| 1012194 | California Water Service | 341 North Delaware, San Mateo, CA 94401 | Water |
| 1031244 | SFPUC - San Fran Water Dept | 1155 Market Stree, San Francisco, #11, CA 94103 | Water |
| 1031285 | San Jose Water Co | 110 W Taylor St, San Jose, CA 95110 | Water |
| 1005364 | San Luis Garbage | 4388 Old Santa Fe Rd, San Luis Obispo, CA 93401 | Waste Removal |
| 1089152 | San Luis Obispo, City of | 879 Morro Street, San Luis Obispo, CA 93401 | Sewage / Water |
| 1012608 | San Rafael Sanitation | 1400 Fifth Avenue, San Rafael, CA 94901 | Sewage |
| 1034504 | Santa Cruz Municipal Utilities | 212 LocuSt St, Santa Cruz, CA 95060 | Sewage / Water |
| 1031329 | Santa Maria, City of | 110 E Cook St, Santa Maria CA 93454 | Sewage / Water |
| 1031337 | Santa Rosa, City of | 69 Stony Circle, Santa Rosa, CA 95401 | Sewage / Waste Removal |
| 1049000 | California Water Service | 2042 2nd St, Selma, CA 93662-2241 | Water |
| 1031371 | Scotts Valley Water District | 2 Civic Center Dr, Scottis Valley, CA 95066 | Water |
| 1048150 | Solid Waste of Willits | 351 Franklin Avenue Willits, CA 95490 | Waste Removal |
| 1072453 | South County Sanitary | 4388 Old Santa Fe Road, San Luis Obispo, CA 93401 | Waste Removal |
| 1029998 | South Feather Water & | 2310 Oro Quincy Highway, Oroville, | Water |

| Vendor # | Utility Provider | Address | Type of Service |
|---|---|---|---|
| | Power | CA 95966 | |
| 1034527 | South San Francisco Scavenger | 500 E Jamie Ct, South San Francisco, CA 94083-0348 | Waste Removal |
| 1032916 | Southern California Edison | 2244 Walnut Grove Ave, Rosemead, CA 91770 | Electric |
| 1031525 | Southern California Gas | 555 West Fifth Street, Los Angeles, CA 90013 | Gas |
| 1028456 | California Water Service | 1550 W Fremont St, Stockton, CA 95203-2643 | Sewage / Water |
| 1031596 | Stockton, City of | 425 N El Dorado St, Stockton, CA 95202 | Sewage |
| 1092962 | Stockton Scavengers | 1240 Navy Dr, Stockton, CA 95206 | Waste Removal |
| 1009793 | Suburban Propane | 2874 S Cherry Ave, Frenso, CA 93706-5405 | Gas |
| 1031671 | Taft, City of | 209 E Kern St, Taft, CA 93268 | Sewage / Waste Removal |
| 1032667 | Templeton Community Svcs Dist | 420 Crocker St, Templeton, CA 93465 | Water |
| 1031739 | Total Waste Systems of Mariposa | 4705 CA-49, Mariposa, CA 95338 | Waste Removal |
| 1110846 | The Promontory | 750 Pismo St, San Luis Obispo, CA 93401 | Water |
| 1032664 | Tom's Trash | 41865 Highway 299, Willow Creek, CA 95573 | Waste Removal |
| 1031745 | Tracy, City of | 333 Civic Center Plz, Tracy, CA 95376 | Water |
| 1000152 | Tracy Delta Disposal | 30703 S MacArthur Dr, Tracy, CA 95377 | Waste Removal |
| 1031773 | Trinity Public Utility District | 26 Ponderosa Ln, Weaverville, CA 96093 | Electric |
| 1057088 | Tuolumne Utilities District | 18885 Nugget Blvd, Sonora, CA 95370 | Sewage / Waste Removal |
| 1031787 | Turlock, City of | 144 S Broadway, Turlock, CA 95380-5454 | Water |
| 1007165 | Turlock Irrigation Dist - TID | 333 East Canal Dr, Turlock, CA 95381 | Electric |
| 1110265 | USA Waste of California | 1001 W Bradley Ave, El Cajon, CA 92020-1501 | Waste Removal |
| 1104781 | Utility Management Services (UMS) | 6317 Oleander Drive, Suite C, Wilmington, NC 28403 | Sewage |
| 1039004 | Vacaville, City of | 650 Merchant St, Vacaville, CA 95688 | Water |

DEBTORS' MOTION APPROVING ADEQUATE ASSURANCE PROCEDURES FOR UTILITY PROVIDERS – EXHIBIT B

9

| Vendor # | Utility Provider | Address | Type of Service |
|---|---|---|---|
| 1007442 | Vallejo, City of | 555 Santa Clara St, Vallejo, CA 94590-5922 | Water |
| 1020869 | (VSFCD) | 450 Ryder St. Vallejo, CA 94590 | Sewage |
| 1032032 | Wasco, City of | 764 E Street, Wasco, CA 93280 | Sewage / Water |
| 1092851 | Waste Management of Alameda | 172 98th Ave, Oakland, CA 94603 | Waste Removal |
| 1009687 | Waste Management - USA Waste of Calif | 8592 Commercial Way, Redding CA 96001 | Waste Removal |
| 1096809 | Waste Management of Antelope Valley | 1200 W City Ranch Rd, Palmdale CA 93551 | Waste Removal |
| 1006171 | Waste Management of Corning | 1001 Fannin Street, Houston, Texas 77002 | Waste Removal |
| 1088168 | Waste Management of Fort Bragg | 1001 Fannin Street, Houston, Texas 77002 | Waste Removal |
| 1074137 | Waste Management - Fresno | 1001 Fannin Street, Houston, Texas 77002 | Waste Removal |
| 1110204 | Waste Management of Nevada | 1001 Fannin Street, Houston, Texas 77002 | Waste Removal |
| 1010510 | Waste Management of North Valley Disposal | 1001 Fannin Street, Houston, Texas 77002 | Waste Removal |
| 1088169 | Waste Management - Ukiah | 450 Orr Springs Rd, Ukiah, CA 95482 | Waste Removal |
| 1036521 | Watsonville, City of | 275 Main St, 4th Floor, Watsonville, CA 95076 | Water |
| 1032056 | West Kern Water District | 800 Kern St, Taft, CA 93268 | Water |
| 1025771 | West Sacramento, City of | 1110 W Capitol Ave, West Sacramento, CA 95691 | Water |
| 1053786 | County | 100 East Sunnyoaks Avenue, Campbell, CA 95008 | Water |
| 1032092 | Westside Waste Management | 274 East Cedar Street, Taft, CA 93268 | Waste Removal |
| 1032117 | Willits, City of | 111 E Commercial St, Willits, CA 95490 | Water |
| 1033919 | California Water Service | 1070 W Wood Street, STE A1, Willows, CA 95988 | Sewage / Water |
| 1032119 | Willow Creek Community | 135 Willow Rd., Willow Creek, CA 95573 | Water |
| 1032130 | Winters, City of | 318 First St, Winters, CA 95694 | Water |
| 1032137 | Woodland, City of | 300 First Street, Woodland, CA 95695 | Sewage / Water |
| 8000358 | American Messaging Services LLC | 1720 Lakepointe Dr. # 100, Lewisville, TX 75057 | Telephone |

| Vendor # | Utility Provider | Address | Type of Service |
|---|---|---|---|
| 8000131 | AT&T | 208 S. Akard Street, Dallas, Texas 75202 | Telephone |
| 8000308 | AT&T | 208 S. Akard Street, Dallas, Texas 75202 | Telephone |
| 8000394 | AT&T | 208 S. Akard Street, Dallas, Texas 75202 | Telephone |
| 1091453 | AT&T | 208 S. Akard Street, Dallas, Texas 75202 | Telephone |
| 1091035 | AT&T | 208 S. Akard Street, Dallas, Texas 75202 | Telephone |
| 1091030 | AT&T Corp | 208 S. Akard Street, Dallas, Texas 75202 | Telephone |
| 8000359 | AT&T Mobility II LLC | 208 S. Akard Street, Dallas, Texas 75202 | Telephone |
| 1088211 | AT&T Mobility II LLC | 208 S. Akard Street, Dallas, Texas 75202 | Telephone |
| 8000390 | Bright House Networks LLC | 5000 Campuswood Drive, Suite 1, East Syracuse, NY 13057 | Internet |
| 8000064 | Calaveras Telephone Co | 513 Main St, Copperopolis, CA 95228 | Telephone |
| 8000367 | Charter Communications | 400 Atlantic Street, Stamford, Connecticut 06901 | Telephone / Internet |
| 8000549 | Citizens Telecommunications | 401 Merritt 7, Norwalk, CT 06851 | Telephone / Internet |
| 8000354 | Comcast | 1500 Market Street, Phildelphia, PA 19102 | Telephone / Internet |
| 8000609 | CVIN LLC | 9479 North Fort Washington, Suite 105, Fresno, CA 93730 | Telephone |
| 1113371 | CVIN LLC | 9479 North Fort Washington, Suite 105, Fresno, CA 93730 | Telephone |
| 8000604 | Equinix Inc. | One Lagoon Drive, Redwood City, CA 94065 | Internet |
| 8000594 | Frontier Communications | 401 Merritt 7, Norwalk, CT 06851 | Internet |
| 8000163 | Frontier Communications of America | 180 South Clinton Avenue, Rochester, NY 14646-0002 | Internet |
| 8000321 | Globalstar USA | 300 Holiday Square Blvd., Covington, Louisiana 70433 | Telephone |
| 8000110 | Hornitos Telephone Co. | 30 N. LaSalle Street, Suite 4000, Chicago, IL 60602 | Telephone |
| 8000351 | Integra Telecom | 5160 Orbitor Drive, Mississauga, ON, L4W 5H2 | Telephone |

| Vendor # | Utility Provider | Address | Type of Service |
|---|---|---|---|
| 8000370 | Jaroth Inc. | 14472 Wick Boulevard, San Leandro, CA 94577 | Telephone |
| 8000115 | Kerman Telephone Co. | 811 South Madera Avenue, Kerman, CA 93630 | Telephone |
| 8000360 | Level 3 Communications LLC | 100 CenturyLink Drive, Monroe, Louisiana 71203 | Telephone |
| 8000539 | Mediacom Communications Corp | 1 Mediacom Way, Mediacom Park, New York, NY 10918 | Internet |
| 8000312 | Nextel Communications | 6200 Sprint Parkway, Overland Park, Kansas | Telephone |
| 8000419 | NI Satellite Inc. | 4950 West Prospect Road, Fort Lauderdale, FL 33309 | Telephone |
| 8000409 | Pacific Bell Telephone Company | 208 S. Akard Street, Dallas, Texas 75202 | Telephone |
| 8000233 | Pinnacles Telephone Co. | 340 Live Oak Rd, Paicines, CA 95043 | Telephone |
| 8000629 | Plumas Sierra Telecommunications | 73233 CA-70, Portola, CA 96122 | Internet |
| 2000923 | Satcom Global FZE | United Kingdom | Telephone |
| 8000140 | Sierra Telephone Co Inc. | 49150 Rd, #426, Oakhurst, CA 93644 | Telephone |
| 1020934 | Southwestern Bell Telephone LP | 208 S. Akard Street, Dallas, Texas 75202 | Telephone |
| 8000292 | Sprint | 6200 Sprint Parkway, Overland Park, Kansas | Telephone |
| 8000373 | Suddenlink Communications | 1111 Stewart Avenue, Bethpage, New York, 11714 | Internet |
| 8000363 | Surewest Directories | 1225 Pleasant Grove, Suite 140, Roseville, CA 95678 | Internet |
| 8000107 | TDS Telecom | 30 N. LaSalle Street, Suite 4000, Chicago, IL 60602 | Telephone |
| 8000074 | US Celluar | 30 N. LaSalle Street, Suite 4000, Chicago, IL 60602 | Telephone |
| 8000559 | US Telepacific Corp | 90071 | Telephone |
| 8000348 | USA Mobility Wireless Inc | 6850 Versar Center, Suite 420, Springfield, VA 22151 | Telephone |
| 8000489 | Verizon Business Network Services | 1095 Avenue of the Americas, New York, NY 10036 | Telephone |
| 8000596 | Verizon Business Network Services | 1095 Avenue of the Americas, New York, NY 10036 | Telephone |
| 1092223 | Verizon Wireless | 1095 Avenue of the Americas, New York, NY 10036 | Telephone |
| 8000144 | Volcano Telephone Co. | 20000 CA-88, Pine Grove, CA 95665 | Telephone |

| Vendor # | Utility Provider | Address | Type of Service |
|---|---|---|---|
| 8000514 | WaveDivision Holdings LLC | 401 Parkplace Center, Suite 103, Kirkland, WA 98033 | Internet |
| 8000599 | Xetra Networks Inc. | 3590 Mt Acadia Blvd, San Diego, CA 92111 | Internet |
| 8000624 | Zayo Group Holdings Inc. | 1821 30th Street, Unit A, Boulder, CO 80301 | Internet |