Michael St. James, CSB No. 95653
St. James Law, P.C.
22 Battery Street, Suite 888
San Francisco, California 94111
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

Counsel for Garcia and Associates

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Santa Rosa Division

In re

PG&E CORPORATION

    Debtor

Case No. 19-30088

Chapter 11

**Notice of Appearance and
Request for Special Notice**

TO:     Parties in Interest

PLEASE TAKE NOTICE THAT Garcia and Associates, a party in interest of the above the Debtor, requests that notice of all matters identified by Fed. R. Bankr. P. 2002, be provided to its counsel as follows:

>Michael St. James, Esq.
>ST. JAMES LAW, P.C.
>22 Battery Street, Suite 888
>San Francisco, California  94111
>(415) 391-7566 Telephone
>(415) 391-7568 Facsimile
>Ecf@stjames-law.com

DATED:     January 29, 2019                   Respectfully submitted,

ST. JAMES LAW, P.C.


By:   /s/  *Michael St. James*  .
          Michael St. James
          Counsel for Garcia and Associates