Isaac M. Pachulski (CA Bar No. 62337)
Debra I. Grassgreen (CA Bar No. 169978)
Gabriel I. Glazer (CA Bar No. 246384)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: ipachulski@pszjlaw.com
dgrassgreen@pszjlaw.com
gglazer@pszjlaw.com
jlucas@pszjlaw.com

Attorneys for The Baupost Group, L.L.C., as the general partner and investment manager for certain entities

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-19-30088 |
| PACIFIC GAS & ELECTRIC CORP., et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |
| | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE** that The Baupost Group, L.L.C., as the managing general partner and/or investment manager for certain entities ("Baupost") as creditors or equityholders of the Debtors' estates, hereby requests, pursuant to Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure, or pursuant to any other applicable rule or statute, that notice of all matters which may come before the Court be given to:

        PACHULSKI STANG ZIEHL & JONES LLP
        Isaac M. Pachulski
        Debra I. Grassgreen
        Gabriel I. Glazer
        John W. Lucas
        150 California Street, 15th Floor
        San Francisco, CA 94111
        Telephone: (415) 263-7000 / Facsimile: (415) 263-7010
        E-mail: ipachulski@pszjlaw.com
                dgrassgreen@pszjlaw.com
                gglazer@pszjlaw.com
                jlucas@pszjlaw.com

1

The foregoing request includes, without limitation, all notices, papers, and disclosure statements referred to in Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure, and also includes notice of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by electronic mail, mail, hand delivery, telephone, telegraph, facsimile, or otherwise.

This notice of appearance and request for special notice is without prejudice to: (1) Baupost's rights, remedies, claims, actions, defenses, setoffs, or recoupments, in law or in equity, against the above-captioned debtor and any other entities either in this case or in any other action, all of which rights, remedies, claims, actions, defenses, setoffs and recoupments are expressly reserved, and (2) any objection which may be made to the jurisdiction of the Court, and shall not be deemed or construed to submit the Parties to the jurisdiction of the Court.

Dated: January 29, 2019        PACHULSKI STANG ZIEHL & JONES LLP

*/s/ John W. Lucas*
Isaac M. Pachulski
Debra I. Grassgreen
Gabriel I. Glazer
John w. Lucas

Attorneys for The Baupost Group, L.L.C., as the general partner and investment manager for certain entities

2