| | |
|---|---|
| 1 | Debra Grassgreen |
| 2 | Karl Knight |
|   | 1339 Pearl Street, Suite 201 |
|   | Napa, CA 94558 |
| 3 | E-mail: dgrassgreen@gmail.com |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 |
| PACIFIC GAS & ELECTRIC CORP., | Chapter 11 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE** that Debra Grassgreen and Karl Knight (together, the "Parties"), individually as creditors of the Debtors' estates, hereby request, pursuant to Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure, or pursuant to any other applicable rule or statute, that notice of all matters which may come before the Court be given to:

> Debra Grassgreen
> Karl Knight
> 1339 Pearl Street, Suite 201
> Napa, CA 94558
> E-mail: dgrassgreen@gmail.com

with a copy to:

> Thomas J. Brandi, Esq.
> Law Offices of Thomas J. Brandi
> 345 Pine Street, 3rd Floor
> San Francisco, CA 94104
> tjb@brandilaw.com
> (415). 989.1800

1

1  The foregoing request includes, without limitation, all notices, papers, and disclosure statements referred to in Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure, and also includes notice of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by electronic mail, mail, hand delivery, telephone, telegraph, facsimile, or otherwise.

This notice of appearance and request for special notice is without prejudice to: (1) the Parties' rights, remedies, claims, actions, defenses, setoffs, or recoupments, in law or in equity, against the above-captioned debtor and any other entities either in this case or in any other action, all of which rights, remedies, claims, actions, defenses, setoffs and recoupments are expressly reserved, and (2) any objection which may be made to the jurisdiction of the Court, and shall not be deemed or construed to submit the Parties to the jurisdiction of the Court.

Dated: January 29, 2019

By: */s/ Debra I. Grassgreen*
Debra I. Grassgreen

DOCS_SF:99205.1 08442/030