GREGORY A. ROUGEAU (194437)
BRUNETTI ROUGEAU LLP
235 Montgomery Street, Suite 410
San Francisco, CA 94104
Telephone: (415) 992-8940
Facsimile: (415) 992-8915
e-mail: grougeau@brlawsf.com

Counsel for Creditor
KORTICK MANUFACTURING COMPANY

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case Nos. 19- 30088 |
| PG&E CORPORATION, | *[Jointly Administered]* |
| Debtor. | Chapter 11 |
| Tax I.D. No. 94-3234914 | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**TO: THE DEBTOR IN POSSESSION, CREDITORS AND PARTIES IN INTEREST:**

The undersigned, attorneys for FRASE ENTERPRISES, INC. dba KORTICK MANUFACTURING COMPANY ("Kortick"), a creditor of the Debtor PG&E CORPORATION (the "Debtor"), hereby requests notice of all hearings, or trial dates, motions and notices of motions, applications, disclosure statements, plans of reorganization, applications for compromise, applications to abandon properties, applications for approval to sell property of the estate or to pay expenses or claims, copies of monthly operating reports, copies of statements of deposits, and returns of sale of real or personal property for Court approval, whether such notice, application, or the like is sent by the Court, the debtor, or any other party-in-interest in this case, and request that

1
NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

all notices, applications, or the like be sent to the address below, and that such address be added to the Court's master mailing list:

        Gregory A. Rougeau
        BRUNETTI ROUGEAU LLP
        235 Montgomery Street, Suite 410
        San Francisco, CA 94104
        Telephone: (415) 992-8940
        Facsimile: (415) 992-8915
        e-mail: grougeau@brlawsf.com

Dated: January 29, 2019                BRUNETTI ROUGEAU LLP

                                          By:   */s/ Gregory A. Rougeau*
                                                  Gregory A. Rougeau
                                                  Attorneys for Creditor
                                                  FRASE ENTERPRISES, INC. dba
                                                  KORTICK MANUFACTURING
                                                  COMPANY