**PROSKAUER ROSE LLP**
Martin J. Bienenstock (*pro hac vice* pending)
Brian S. Rosen (*pro hac vice* pending)
Maja Zerjal (*pro hac vice* pending)
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
        brosen@proskauer.com
        mzerjal@proskauer.com

Michael A. Firestein (SBN 110622)
Lary Alan Rappaport (SBN 87614)
Steve Y. Ma (SBN 320997)
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone: (310) 557-2900
Fax: (310) 557-2193
Email: mfirestein@proskauer.com
        lrappaport@proskauer.com
        sma@proskauer.com

*Attorneys for Ad Hoc Group of Institutional Par Bondholders
of Pacific Gas and Electric Co.*

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>**Debtor.**<br><br>**Tax I.D. No. 94-3234914** | Case Nos.  19-30088 (DM)<br>               19-30089 (DM)<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |
| **In re:**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtor.**<br><br>**Tax I.D. No. 94-0742640** | |

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned chapter 11 cases of PG&E Corporation, *et al.* (collectively, the "Debtors") on behalf of the Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co. (the "Ad Hoc Group"), pursuant to rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and hereby requests that any and all notices given or required to be given, and all papers served or required to be served, in these cases be delivered to and be served upon the persons identified below at the following addresses:

Martin J. Bienenstock, Esq. *(pro hac vice admission pending)*
Brian S. Rosen, Esq. *(pro hac vice admission pending)*
Maja Zerjal, Esq. *(pro hac vice admission pending)*
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, New York 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
Email: mbienenstock@proskauer.com
Email: brosen@proskauer.com
Email: mzerjal@proskauer.com

- and -

Michael A. Firestein, Esq.
Lary Alan Rappaport, Esq.
Steve Ma, Esq.
**PROSKAUER ROSE LLP**
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone: (310) 557-2900
Fax: (310) 557-2193
Email: mfirestein@proskauer.com
Email: lrappaport@proskauer.com
Email: sma@proskauer.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders and notices of

2

applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, electronic mail or otherwise, in these cases and any proceedings therein.

This Notice of Appearance and any subsequent appearance, pleading, claim or suit shall not be deemed or construed to be a waiver of the rights of the Ad Hoc Group: (1) to have final orders in non-core matters entered only after de novo review by a United States District Court Judge; (2) to trial by jury in any proceeding so triable in these cases or in any case, controversy or proceeding related to these cases; (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to any other rights, claims, actions, defenses, setoffs or recoupments to which the Ad Hoc Group is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

Dated: January 29, 2019

**PROSKAUER ROSE LLP**

/s/ *Martin J. Bienenstock*
Martin J. Bienenstock *(pro hac vice pending)*
Brian S. Rosen *(pro hac vice pending)*
Maja Zerjal *(pro hac vice pending)*
Eleven Times Square
New York, New York 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

- and -

Michael A. Firestein (SBN 110622)
Lary Alan Rappaport (SBN 87614)
Steve Y. Ma (SBN 320997)
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
Telephone: (310) 557-2900
Fax: (310) 557-2193

*Attorneys for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co.*

3

# CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2019, I electronically filed the above Notice of Appearance and Request for Notice with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to e-mail addresses on file with the Court's ECF System.

Dated: January 29, 2019.                         **PROSKAUER ROSE LLP**

By:   Lary Alan Rappaport
              Lary Alan Rappaport

*Attorneys for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co.*

4