LOCKE LORD LLP
Meagan S. Tom (SBN 273489)
meagan.tom@lockelord.com
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

Bradley C. Knapp (*pro hac vice pending*)
bknapp@lockelord.com
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130
Telephone: (504) 558-5210
Fax: (504) 910-6847

W. Steven Bryant (*pro hac vice pending*)
sbryant@lockelord.com
600 Congress Street, Suite 2200
Austin, Texas 78701
Telephone: (512) 305-4700
Fax: (512) 305-4800

Attorneys for Creditor
*International Brotherhood of Electrical Workers Local Union 1245*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | CASE NO.: 19-30088 |
| | CASE NO.: 19-30089 |
| PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY | Chapter 11 |
| Debtors | (JOINT ADMINISTRATION PENDING) |
| | **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE** |

**PLEASE TAKE NOTICE** that pursuant to, *inter alia*, Bankruptcy Rules 2002, 3017, 9007 and 9010, and 11 U.S.C. §§ 102(1) and 342, **Locke Lord LLP** hereby enters its appearance for International Brotherhood of Electrical Workers Local Union 1245 ("IBEW"), and request that copies of all notices given or required to be given in this case and all papers served or required to be served in this case, be served upon them at the following addresses:

Meagan S. Tom
**LOCKE LORD LLP**
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816
meagan.tom@lockelord.com

W. Steven Bryant (*pro hac vice pending*)
**LOCKE LORD LLP**
600 Congress Street, Suite 2200
Austin, Texas 78701
Telephone: (512) 305-4700
Fax: (512) 305-4800
sbryant@lockelord.com

Bradley C. Knapp (*pro hac vice pending*)
**LOCKE LORD LLP**
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130
Telephone: (504) 558-5210
Fax: (504) 910-6847
bknapp@lockelord.com

**PLEASE TAKE FURTHER NOTICE**, that this Notice of Appearance and Demand for Service is not consent to the jurisdiction of the Bankruptcy Court or a waiver of any procedural or substantive right; and neither this nor any subsequent appearance, pleading, claim or suit is intended to nor shall it be deemed or construed as a waiver of (i) the right to have final orders in applicable matters entered only after a *de novo* review by a District Court Judge; (ii) the right to trial by jury in any proceeding so triable in these cases (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which IBEW is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly

/ / /

/ / /

/ / /

reserved.

Dated: January 29, 2019  Respectfully submitted,

LOCKE LORD LLP


By: _/s/ Meagan S. Tom_
    Meagan S. Tom
Attorneys for Creditor
*International Brotherhood of Electrical Workers Local Union 1245*

3