

Signed and Filed: January 29, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>    Debtor-in-Possession.<br>_____ | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11 |
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtor-in-Possession.<br>_____ | Bankruptcy Case<br>No. 19-30089-DM<br><br>Chapter 11 |

### ORDER SETTING EXPEDITED HEARING

The debtors, Pacific Gas and Electric Company and PGE Corporation, having filed petitions under Chapter 11 of the Bankruptcy Code early on January 29, 2019, and having filed various motions seeking expedited relief,

The court will hold a hearing on January 29, 2019, at 1:30 p.m. PST, in Courtroom 17, U.S. Bankruptcy Court, Sixteenth Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  Instructions regarding access to the courtroom and regarding attendance at the hearing via telephone are available on the court's website at http://www.canb.uscourts.gov/.  Prior authorization for telephonic attendance at this hearing will not be required.

This hearing will be specifically and solely for the court and

principal counsel to discuss the scheduling of important hearings in the first days or weeks of these cases.  The court does not intend to make any rulings or listen to arguments on pending motions or take any other definitive actions at this hearing other than setting certain specific matters for later consideration. Further notice will be given regarding those future hearings.

While the parties, the public and the media will not be excluded, participation at this initial hearing will be limited in scope to the above matters to be discussed with counsel.  The hearing will be concluded no later than 3:30 p.m. PST.

**\*\*\* END OF ORDER \*\*\***