SALLY J. ELKINGTON - SBN 142619
JAMES A. SHEPHERD - SBN 264400
**ELKINGTON SHEPHERD LLP**
Historic Tribune Tower
409 - 13th Street, 10th Floor,
Oakland, CA 94612
tel (510) 465-0404
fax (510) 465-0202
email: jim@elkshep.com

Attorneys for W. BRADLEY ELECTRIC, INC.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION, INC,<br><br>    Debtor in Possession.<br>_____<br><br>In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtor in Possession.<br>_____ | Case. No. 19-30088 DM<br><br>Chapter 11<br><br><br><br><br>Case. No. 19-30089 DM<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

PLEASE TAKE NOTICE that Elkington Shepherd LLP appears as counsel in the above-captioned cases on behalf of W. Bradley Electric, Inc., a creditor therein ("WBE"). WBE requests under Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and other applicable law that an entry be made on the court matrix and that all notices and papers filed and/or served in these cases be served upon:

    Sally J. Elkington
    James A. Shepherd
    ELKINGTON SHEPHERD LLP
    409 - 13th Street, 10th Floor
    Oakland, CA 94612
    Telephone (510) 465-0404
    Facsimle (510) 465-0202
    sally@elkshep.com
    jim@elkshep.com.

This notice of appearance and request for notice is without prejudice to: (1) WJB's rights, remedies, claims, actions, defenses, setoffs or recoupments, in law or in equity, against the above-captioned debtors and any other entities either in this case or in any other action, all

of which rights, remedies, claims, actions, defenses, setoffs and recoupments WJB expressly reserves; and (2) shall not be construed to submit WJB to the jurisdiction of this Court in any matter.

DATED: January 29, 2019

ELKINGTON SHEPHERD LLP

By: /s/ James A. Shepherd
Attorneys for W. BRADLEY ELECTRIC, INC., Creditor