JOHN A. VOS, ESQ. (#80790)
1430 Lincoln Avenue
San Rafael, CA 94901
(415) 485-5330
For Interested party
JOHN A. VOS

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re:  ) No: 19-30088 DM
    PACIFIC GAS & ELECTRIC COMPANY, Debtor  )
_____)

## REQUEST FOR NOTICE

_____The undersigned requests notice of all proceedings in this case, and that he be added to the mailing matrix effective immediately.
.
Dated: January 29, 2019                                       Respectfully submitted,

                                                                      __/s/_____
                                                                       John A. Vos, Esq.
                                                                       Counsel for Vos