PROVENCHER & FLATT LLP
Douglas B. Provencher SBN 77823
823 Sonoma Avenue
Santa Rosa, CA 95404-4714
Telephone: (707) 284-2380
Facsimile: (707) 284-2387

Attorneys for Interested Parties

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E Corporation,**<br><br>Debtor. | Case No. 19-30088<br><br>Chapter 11<br><br>**REQUEST FOR NOTICE**<br><br>Honorable Dennis Montali |

The undersigned requests notice of these proceedings be sent to:

    Douglas Provencher
    Provencher & Flatt, LLP
    823 Sonoma Avenue
    Santa Rosa, CA 95404
    (707) 284-2380
    (707) 284-2387 facsimile

Dated: January 29, 2019            Provencher & Flatt LLP

                                             By /s/*Douglas B. Provencher*
                                             Douglas B. Provencher (77823)