EDWARD J. TREDINNICK (#84033)
GREENE RADOVSKY MALONEY
  SHARE & HENNIGH LLP
Four Embarcadero Center, Suite 4000
San Francisco, California 94111-4106
Telephone: (415) 981-1400
Facsimile: (415) 777-4961
E-mail: etredinnick@greeneradovsky.com

Attorneys for Creditor,
City and County of San Francisco

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>Debtor.<br><br>Tax I.D. No. 94-3234914 | Case No.: 19-30088<br><br>Case No.: 19-30089 |
| In re<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtor.<br><br>Tax I.D. No. 94-0742640 | Chapter 11<br><br>NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES AND DEMAND FOR SERVICE OF PAPERS |

PLEASE TAKE NOTICE that the undersigned appear on behalf of the City and County of San Francisco a Municipal Corporation, as well as all of its agencies, departments, or instrumentalities through which it acts or does business, which are creditors of the Debtors, and hereby gives this notice of appearance in the above-captioned proceedings and request notice of all hearings herein and makes its demand for service of all papers herein including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010 and §342 and §1109(b) (if applicable) of the Bankruptcy Code. All notices given or required to be given in this case and all papers served or required to be served in this

case shall be given to and served upon the undersigned at the following office address and telephone number:

>Edward J. Tredinnick, Esq.
>Greene Radovsky Maloney Share & Hennigh LLP
>Four Embarcadero Center, Suite 4000
>San Francisco, CA 94111-4106
>Telephone: (415) 981-1400
>Facsimile: (415) 777-4961
>E-mail: etredinnick@greeneradovsky.com

>-and-

>Owen Clements, Esq.
>San Francisco City Attorney's Office
>1390 Market Street, 7th Floor
>San Francisco, CA 94102
>Telephone: (415) 554-3944
>Facsimile: (415) 437-4644
>E-mail: Owen.Clements@sfcityatty.org

PLEASE TAKE FURTHER NOTICE that, subject to any order entered in this case limiting notice in particular circumstances, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any plan of reorganization or disclosure statement, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above referenced bankruptcy case and any proceedings related thereto.

This Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of the rights of City and County of San Francisco, or any of its agencies, departments, or instrumentalities to (i) have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or

proceeding related to this case, (iii) have the District Court withdraw the reference in any matters subject to such withdrawal, or (iv) any other rights, claims, setoffs, or recoupments to which it may be entitled, which it expressly reserves.

DATED: January 29, 2019            Greene Radovsky Maloney Share & Hennigh LLP

By:   /s/ Edward J. Tredinnick
      Edward J. Tredinnick
      Attorneys for City and County of San Francisco, including all of its agencies, departments, or instrumentalities.

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
FOUR EMBARCADERO
CTR, SUITE 4000
SAN FRANCISCO, CA
94111