1  TIMOTHY S. LAFFREDI (WI SBN 1055133)
   Assistant United States Trustee
2  LYNETTE C. KELLY (SBN 120799)
   Trial Attorney
3  MARTA E. VILLACORTA (NY SBN 4918280)
   Trial Attorney
4  United States Department of Justice
   Office of the U.S. Trustee
5  450 Golden Gate Avenue, Suite 05-0153
   San Francisco, CA 94102
6  Telephone: (415) 705-3333
   Facsimile: (415) 705-3379
7  Email: lynette.c.kelly@usdoj.gov;
          marta.villacorta@usdoj.gov
8
   Attorneys for James L. Snyder,
9  Acting United States Trustee for Region 12[1]

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088 DM |
| PG&E CORPORATION, | Chapter 11 |
| Debtor-in-Possession. | |
| In re | Case No. 19-30089 DM |
| PACIFICE GAS AND ELECTRIC COMPANY, | Chapter 11 |
| Debtor-in-Possession. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for James L. Snyder, the Acting United States Trustee for Region 12, and requests that all required notices be directed to:

---

[1] James L. Snyder, Acting United States Trustee for Region 12, is acting in this appointment for Tracy Hope Davis, United States Trustee for Region 17, who has recused herself.

| | |
|---|---|
| | Office of the United States Trustee<br>Attn: Lynette C. Kelly<br>450 Golden Gate Avenue, Suite 05-0153<br>San Francisco, CA 94102<br>Email: lynette.c.kelly@usdoj.gov |
| Dated: January 29, 2019 | JAMES L. SNYDER<br>ACTING UNITED STATES TRUSTEE FOR REGION 12<br><br>/s/ Lynette C. Kelly<br>Trial Attorney |