RICHARD A. LAPPING (SBN 107496)
  *Rich@TrodellaLapping.com*
TRODELLA & LAPPING LLP
Richard A. Lapping (SBN: 107496)
Trodella & Lapping LLP
540 Pacific Avenue
San Francisco, CA 94133
Telephone:    (415) 399-1015
Facsimile:    (415) 651-9004

Attorneys for Valero Refining Company-California

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>　　　　　　　　　Debtor.<br><br>Tax I.D. No. 94-3234914 | Case No.: 19-30088-DM<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Valero Refining Company-California ("Valero") in connection with the chapter 11 case of the above-captioned debtor (the "Debtor"), and pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010 and Bankruptcy Code Section 1109(b), requests that the following names be added to any service list in the chapter 11 case and that all notices given or required to be given in the chapter 11 case and all papers served or required to be served in the chapter 11 case, be given and served upon:

    Richard A. Lapping
     *Rich@TrodellaLapping.com*
    Trodella & Lapping LLP
    540 Pacific Avenue
    San Francisco, CA 94133
    Telephone: (415) 399-1015

PLEASE TAKE FURTHER NOTICE that this request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and

1

Trodella & Lapping LLP
540 Pacific Avenue
San Francisco, CA 94133

notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, e-mail, or otherwise (1) that affects or seeks to affect in any way any rights or interest of any creditor or party-in-interest in the chapter 11 case, including Valero, with respect to: (a) the Debtor; (b) property of the estate, or proceeds thereof, in which the Debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtor may seek to use; or (2) that requires or seeks to require any act, delivery, or any property, payment, or other conduct by Valero.

PLEASE TAKE FURTHER NOTICE that Valero intends that neither this Notice of Appearance and Request for Notice nor any later appearance, claim, or suit shall waive (1) its right to have final orders in non-core matters entered only after de novo review by a District Judge; (2) its right to trial by jury in any proceeding so triable in the chapter 11 case or any case, controversy, or proceeding relating to the chapter 11 case; (3) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, setoffs, or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: January 29, 2019        TRODELLA & LAPPING LLP

By:    /s/ Richard A. Lapping
       Richard A. Lapping
       Attorneys for Valero Refining Company-
       California

2