TIMOTHY S. LAFFREDI (WI SBN 1055133)
Assistant United States Trustee
LYNETTE C. KELLY (SBN 120799)
Trial Attorney
MARTA E. VILLACORTA (NY SBN 4918280)
Trial Attorney
United States Department of Justice
Office of the U.S. Trustee
450 Golden Gate Avenue, Suite 05-0153
San Francisco, CA 94102
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: lynette.c.kelly@usdoj.gov;
marta.villacorta@usdoj.gov

Attorneys for James L. Snyder,
Acting United States Trustee for Region 12[1]

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>        Debtor-in-Possession. | Case No. 19-30088 DM<br><br>Chapter 11 |
| In re<br><br>PACIFICE GAS AND ELECTRIC COMPANY,<br><br>        Debtor-in-Possession. | Case No. 19-30089 DM<br><br>Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for James L. Snyder, the Acting United States Trustee for Region 12, and requests that all required notices be directed to:

---

[1] James L. Snyder, Acting United States Trustee for Region 12, is acting in this appointment for Tracy Hope Davis, United States Trustee for Region 17, who has recused herself.

| | |
|---|---|
| 1 | Office of the United States Trustee |
| 2 | Attn: Marta E. Villacorta |
| | 450 Golden Gate Avenue, Suite 05-0153 |
| 3 | San Francisco, CA 94102 |
| | Email: Marta.Villacorta@usdoj.gov |
| 4 | |

Dated: January 29, 2019       JAMES L. SNYDER
                              ACTING UNITED STATES TRUSTEE FOR
                              REGION 12

                              /s/ Marta E. Villacorta
                              Trial Attorney