R. Alexander Pilmer (State Bar No. 166196)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: alexander.pilmer@kirkland.com

Stephen E. Hessler, P.C. (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: stephen.hessler@kirkland.com

Marc Kieselstein, P.C. (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: marc.kieselstein@kirkland.com

Attorneys for the FEDERAL MONITOR

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION, *et al.*,[1]<br><br>Debtors. | CASE NO. 19-30088<br><br>Hon. Dennis Montali<br><br>**NOTICE OF APPEARANCE OF FEDERAL MONITOR** |

PLEASE TAKE NOTICE THAT R. Alexander Pilmer, Stephen E. Hessler, P.C., and Marc Kieselstein, P.C. of Kirkland and Ellis LLP, hereby appear in the above-captioned cases as counsel on behalf of the federal monitor appointed on January 26, 2017, by the United States District Court for the Northern District of California (the "Federal Monitor").

Pursuant to Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are PG&E Corporation [4914] and Pacific Gas and Electric Company [2640]. The location of the Debtors' corporate headquarters is 77 Beale Street, P.O. Box 770000, San Francisco, California 94177.

1    "Bankruptcy Rules"), the undersigned requests all papers served in these cases be delivered to and be
2    served upon the parties identified below at the following address and further request that they be added
3    to the master service list:

4
R. Alexander Pilmer (State Bar No. 166196)
KIRKLAND & ELLIS LLP
5
555 California Street
San Francisco, CA 94104
6
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
7
Email: alexander.pilmer@kirkland.com

8
Stephen E. Hessler, P.C. (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
9
601 Lexington Avenue
New York, NY 10022
10
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
11
Email: stephen.hessler@kirkland.com

12
Marc Kieselstein, P.C. (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
13
300 North LaSalle
Chicago, IL 60654
14
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
15
Email: marc.kieselstein@kirkland.com

16

17

18

19   DATED: January 29, 2019         */s/ R. Alexander Pilmer*
20                                   R. Alexander Pilmer

21                                   R. Alexander Pilmer (State Bar No. 166196)
                                     KIRKLAND & ELLIS LLP
22                                   555 California Street
                                     San Francisco, CA 94104
23                                   Telephone: (415) 439-1400
                                     Facsimile: (415) 439-1500
24                                   Email: alexander.pilmer@kirkland.com

25                                   Stephen E. Hessler, P.C. (*pro hac vice forthcoming*)
                                     KIRKLAND & ELLIS LLP
26                                   601 Lexington Avenue
                                     New York, NY 10022
27                                   Telephone: (212) 446-4800
                                     Facsimile: (212) 446-4900
28                                   Email: stephen.hessler@kirkland.com

| | |
|---|---|
| 1 | Marc Kieselstein, P.C. (*pro hac vice forthcoming*) |
| 2 | KIRKLAND & ELLIS LLP |
|   | 300 North LaSalle |
| 3 | Chicago, IL  60654 |
|   | Telephone: (312) 862-2000 |
| 4 | Facsimile: (312) 862-2200 |
|   | Email: marc.kieselstein@kirkland.com |
| 5 | Attorneys for the FEDERAL MONITOR |