| | |
|---|---|
| 1<br>2<br>3<br>4 | John D. Fiero (CA Bar No. 136557)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>150 California Street, 15th Floor<br>San Francisco, California 94111-4500<br>Telephone: 415.263.7000<br>Facsimile: 415.263.7010<br>E-mail: jfiero@pszjlaw.com |
| 5 | Attorneys for TRC Companies, Inc. |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E Corporation,<br><br>        Debtors.<br><br>In re:<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>        Debtors. | Case No.   19-30088 (DM)<br>               19-30089 (DM)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE** that TRC Companies, Inc. ("TRC") as a creditor of the Debtors' estates, hereby requests, pursuant to Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure, or pursuant to any other applicable rule or statute, that notice of all matters which may come before the Court be given to:

> John D. Fiero
> Pachulski Stang Ziehl & Jones LLP
> 150 California Street, 15th Floor
> San Francisco, California 94111-4500
> Telephone: 415.263.7000
> Facsimile: 415.263.7010
> E-mail:    jfiero@pszjlaw.com

1

DOCS_SF:99260.1 84996/001
Case: 19-30088    Doc# 52    Filed: 01/29/19    Entered: 01/29/19 12:04:42    Page 1 of 2

The foregoing request includes, without limitation, all notices, papers, and disclosure statements referred to in Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure, and also includes notice of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by electronic mail, mail, hand delivery, telephone, telegraph, facsimile, or otherwise.

This notice of appearance and request for special notice is without prejudice to: (1) TRC's rights, remedies, claims, actions, defenses, setoffs, or recoupments, in law or in equity, against the above-captioned debtor and any other entities either in this case or in any other action, all of which rights, remedies, claims, actions, defenses, setoffs and recoupments are expressly reserved, and (2) any objection which may be made to the jurisdiction of the Court, and shall not be deemed or construed to submit the Parties to the jurisdiction of the Court.

Dated: January 29, 2019 PACHULSKI STANG ZIEHL & JONES LLP

*/s/ John D. Fiero*
John D. Fiero

Attorneys for TRC Companies, Inc.