David L. Neale (SBN 141225)
LEVENE, NEALE, BENDER, YOO
& BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DLN@LNBYB.COM

Counsel for California Independent System Operator

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>　　　　Debtor-in-Possession. | Bankr. Case No. 19-30088-DM<br><br>Chapter 11 |
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　Debtor-in-Possession. | Bankr. Case No. 19-30089-DM<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF NOTICES OF PLEADINGS AND INCLUSION IN COURTESY NOTIFICATION OF ELECTRONIC FILINGS** |

**PLEASE TAKE NOTICE** that the California Independent System Operator, a party in interest in the above-captioned chapter 11 bankruptcy case, through its counsel of record, Levene, Neale, Bender, Yoo & Brill L.L.P., and LLP hereby requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 4001, 6006, 9007 and 9013, and 11 U.S.C. §§ 102(1), 342 and 1109(b), that all notices given or required to be given in this case, and all pleadings and other papers served or required to be served in this case be served upon the following:

1

**David L. Neale, Esq.**
**Levene, Neale, Bender, Yoo & Brill L.L.P.**
**10250 Constellation Blvd., Suite 1700**
**Los Angeles, CA 90067**
**Telephone: (310) 229-1234**
**Facsimile: (310) 229-1244**
**Email: DLN@LNBYB.COM**

**With a copy to:**

**Keith J. Cunningham**
**Pierce Atwood LLP**
**Merrill's Wharf**
**254 Commercial Street**
**Portland, ME 04101**
**Telephone: 207.791.1187**
**Facsimile: 207.791.1350**
**Email: kcunningham@PierceAtwood.com**

This Request for Special Notice includes the notices and papers referred to in Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, among others, and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, or any other document brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, facsimile or otherwise.

This request also includes courtesy notification delivered via the Court's Case Management/Electronic Filing (CM/ECF) system as a Notice of Electronic Filing (NEF).

Dated: January 29, 2019                Levene, Neale, Bender, Yoo & Brill L.L.P.

                                       By:   /s/ David L.Neale
                                             DAVID L. NEALE
                                             LEVENE, NEALE, BENDER,
                                             YOO & BRILL L.L.P.
                                             Counsel for California Independent
                                             System Operator

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF NOTICES OF PLEADINGS AND INCLUSION IN COURTESY NOTIFICATION OF ELECTRONIC FILINGS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 29, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On January 29, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 29, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 29, 2019, | Jason Klassi | /s/ Jason Klassi |
|---|---|---|
| Date | Printed Name | Signature |

**19-30088 Notice will be electronically mailed to:**

Peter J. Benvenutti on behalf of Plaintiff PG&E Corporation
pbenvenutti@kellerbenvenutti.com

Peter J. Benvenutti on behalf of Plaintiff Pacific Gas and Electric Company
pbenvenutti@kellerbenvenutti.com

Debra I. Grassgreen on behalf of Creditor Debra Grassgreen
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Roberto J. Kampfner on behalf of Interested Party San Diego Gas & Electric Company
rkampfner@whitecase.com

Roberto J. Kampfner on behalf of Interested Party Sempra Energy
rkampfner@whitecase.com

Roberto J. Kampfner on behalf of Interested Party Southern California Gas Company
rkampfner@whitecase.com

Tobias S. Keller on behalf of Debtor PG&E Corporation
tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com

Lynette C. Kelly on behalf of U.S. Trustee Office of the U.S. Trustee / SF
lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov

Samuel M. Kidder on behalf of Interested Party NextEra Energy Inc., et al.
skidder@ktbslaw.com

Richard A. Lapping on behalf of Creditor Valero Refining Company-California
rich@trodellalapping.com

John William Lucas on behalf of Interested Party The Baupost Group, L.L.C.
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Valerie Bantner Peo on behalf of Interested Party California Community Choice Association
vbantnerpeo@buchalter.com

Douglas B. Provencher on behalf of Interested Party Provencher & Flatt
dbp@provlaw.com

Lary Alan Rappaport on behalf of Interested Party Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co.
lrappaport@proskauer.com, PHays@proskauer.com

Gregory A. Rougeau on behalf of Creditor Gregory Frase Enterprises, Inc. dba Kortick Manufacturing Company
grougeau@brlawsf.com

James A. Shepherd on behalf of Creditor W. Bradley Electric, Inc.
jim@elkshep.com, ecf@elkshep.com

Michael St. James on behalf of Interested Party Garcia and Associates
ecf@stjames-law.com

4

1  Meagan S. Tom on behalf of Creditor International Brotherhood of Electrical Workers Local Union 1245
2  Meagan.tom@lockelord.com, autodocket@lockelord.com

3  Edward Tredinnick on behalf of Creditor City and County of San Francisco
   etredinnick@grmslaw.com

4  Marta Villacorta on behalf of U.S. Trustee Office of the U.S. Trustee / SF
5  marta.villacorta@usdoj.gov

6  John A. Vos on behalf of Interested Party John A. Vos, A
   InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com