G. LARRY ENGEL (SBN 53484)
**ENGEL ADVICE, LLC**
12116 Horseshoe Lane
Nevada City, CA 94123
Phone: 415.370.5943
Email: larry@engeladvice.com

MARK GORTON (SBN 099312)
THOMAS G. MOUZES (SBN 099446)
**BOUTIN JONES INC.**
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Phone: 916.321.4444
Fax: 916.441.7597
Email: mgorton@boutinjones.com

JESSICA R. MULLAN, GENERAL COUNSEL (SBN 263435)
**SONOMA CLEAN POWER AUTHORITY**
50 Santa Rosa Avenue, Fifth Floor
Santa Rosa, CA 95494
Phone: 707.890.8485
Email jmullan@sonomacleanpower.org

*Attorneys for Creditor and Party-in-Interest*
*SONOMA CLEAN POWER AUTHORITY*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC GAS and ELECTRIC COMPANY,<br><br>    Debtor. | **Case No. 19-30089**<br>**Chapter 11** |
| In re<br><br>PG&E CORP.,<br><br>    Debtor. | **Case No. 19-30088**<br>**Chapter 11**<br><br>**REQUEST FOR NOTICE AND INCLUSION IN MAILING LIST**<br><br>Date:<br>Time:<br>Courtroom: 17<br>Place: 450 Golden Gate Ave., 16th Floor<br>   San Francisco, CA 94102<br>Judge: Hon. Dennis Montali |

1

PLEASE TAKE NOTICE that Engel Law, P.C., Boutin Jones Inc. and Jessica R. Mullan, General Counsel are counsel of record in the above-captioned cases on behalf of Sonoma Clean Power Authority, a California joint powers authority[1] and a "governmental unit" (as defined in Bankruptcy Code section 101) ("SCPA").

Pursuant to Federal Rules of Bankruptcy Procedure, Rules 2002, 9007 and 9010(b), and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code (Title 11, United States Code), SCPA hereby requests that copies of all notices, pleadings or papers given or required in this case and copies of all notices, pleadings or papers served or required to be served in this case be given to and served upon the following.

> G. Larry Engel
> Engel Law, P.C.
> 12116 Horseshoe Lane
> Nevada City, CA 94123
> Email: larry@engeladvice.com
>
> -and-
>
> Mark Gorton
> Boutin Jones Inc.
> 555 Capitol Mall, Suite 1500
> Sacramento, CA 95814
> Email: mgorton@boutinjones.com
>
> -and-
>
> Jessica Mullan, General Counsel
> Sonoma Clean Power Authority
> 50 Santa Rosa Avenue, Fifth Floor
> Santa Rosa, CA 95494
> Email: jmullan@sonomacleanpower.org

PLEASE TAKE FURTHER NOTICE that the foregoing request encompasses, without limitation, notice of any and all orders, notices, petitions, schedules, statements, pleadings, applications, motions, requests or demands, whether formal or informal, written or oral, regardless how transmitted, that affect or purport to affect in any way any rights or interests of the debtor or any creditors or parties in interest in this case.

---

[1] The governmental units that are members of the SCPA joint powers authority are Cloverdale, Cotati, Petaluma, Santa Rosa, Rohnert Park, Sebastopol, Sonoma, Sonoma County (unincorporated areas), Windsor, Fort Bragg, Willits, Point Arena, and Mendocino County (unincorporated areas).

PLEASE TAKE FURTHER NOTICE that the foregoing request is subject to the reservation of rights contained in the attached **Exhibit A**.

DATED: January 29, 2019

BOUTIN JONES INC.

By: /s/ Mark Gorton
Mark Gorton

-and-

ENGEL LAW, P.C.
G. Larry Engel

-and-

SONOMA CLEAN POWER AUTHORITY
Jessica R. Mullan, General Counsel

*Attorneys for Creditor and Party-in-Interest*
*SONOMA CLEAN POWER AUTHORITY*

## EXHIBIT A

### *RESERVATION OF RIGHTS*

Except as provided above, nothing herein nor in any other appearance, pleading, claim, proof of claim, suit, motion or any other writing or conduct shall constitute a waiver by SCPA of any procedural or substantive rights, remedies, claims, or defenses including, without limitation: (a) the right to have all matters, except monetary "damages claims," probation violations, and criminal complaints, heard and resolved by the California Public Utilities Commission; (b) the right to have any and all final orders in any and all matters entered only after de novo review by a United States District Court Judge; (c) the right to have any matter heard and tried before an Article III court or, in the event of any applicable Chapter 9 case, such other bankruptcy court; (d) the right to trial by jury in any proceeding as to any and all matters so triable therein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, whether or not such jury trial right is pursuant to statute or the United States Constitution, as well as the rights of State governmental units as such for sovereign immunity or under applicable laws, including the Fifth and Tenth Amendments; (e) the right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; (f) other rights, claims, actions, remedies, defenses, setoffs, recoupments or other matters to which SCPA is entitled under any agreements or at law or in equity or under the United States Constitution, including those protecting public funds or which may be enforced as police or regulatory powers under Section 362(b)(4) or under 28 U.S.C. § 959; and (g) the right to be served directly with pleadings commencing an adversary proceeding, contested matter or other proceeding or action.

All of the above rights, claims, defenses, and remedies are hereby expressly reserved. The filing of this Statement and participating in these bankruptcy cases, or any of them, shall <u>not</u> be deemed to constitute a concession or admission of jurisdiction in the case or cases or before this court or any other court. SCPA does <u>not</u> consent to the bankruptcy court's jurisdiction or the jurisdiction of any other court. SCPA does <u>not</u> consent to the entry of final judgments, orders and/or decrees by the bankruptcy judge/bankruptcy court. At all times, SCPA demands a jury trial. SCPA does <u>not</u> consent to the bankruptcy court/bankruptcy judge conducting any jury trial.

4