SHAWN M. CHRISTIANSON (SBN: 114707)
VALERIE BANTNER PEO (SBN: 260430)
BUCHALTER
A Professional Corporation
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: 415.227.0900
Fax: 415.227.0770
Email: schristianson@buchalter.com

Attorneys for Creditor
ORACLE AMERICA, INC.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>            Debtor. | Case No. 19-30088-DM<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

PLEASE TAKE NOTICE that Oracle America, Inc. ("Oracle"), hereby requests that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this bankruptcy proceeding including, without limitation, all notices pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, be given and served upon:

    Shawn M. Christianson, Esq.
    Valerie Bantner Peo, Esq.
    Buchalter, A Professional Corporation
    55 Second Street, 17th Floor
    San Francisco, California 94105-3493
    Telephone: (415) 227-0900
    Facsimile: (415) 227-0770
    schristianson@buchalter.com
    vbantnerpeo@buchalter.com

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 35553015v1

1
REQUEST FOR NOTICE AND NOTICE OF APPEARANCE

Case: 19-30088   Doc# 56   Filed: 01/29/19   Entered: 01/29/19 13:15:10   Page 1 of 2

Neither this Request for Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Oracle's: (i) right(s) to have all core matters subject to Article III jurisdiction heard and decided by a district judge; (ii) right(s) to have final orders in non-core matters entered only after de novo review by a district judge; (iii) right(s) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iv) right(s) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; (v) right(s) to have any and all appropriate matters heard and resolved by the California Public Utilities Commission, the Federal Energy Regulatory Commission, or any other agency of competent jurisdiction; or (vi) other rights, claims, actions, defenses, setoffs or recoupments to which Oracle is, or may be, entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

BUCHALTER, A Professional Corporation

Dated: January 29, 2019         By: /s/ Shawn M. Christianson
                                     SHAWN M. CHRISTIANSON
                                     Attorneys for ORACLE AMERICA, INC.

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 35553015v1

2
REQUEST FOR NOTICE AND NOTICE OF APPEARANCE

Case: 19-30088    Doc# 56    Filed: 01/29/19    Entered: 01/29/19 13:15:10    Page 2 of 2