G. LARRY ENGEL (SBN 53484)
**ENGEL ADVICE, LLC**
12116 Horseshoe Lane
Nevada City, CA 94123
Phone: 415.370.5943
Email: larry@engeladvice.com

MARK GORTON (SBN 099312)
THOMAS G. MOUZES (SBN 099446)
**BOUTIN JONES INC.**
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Phone: 916.321.4444
Fax: 916.441.7597
Email: mgorton@boutinjones.com

JESSICA R. MULLAN, GENERAL COUNSEL (SBN 263435)
SONOMA CLEAN POWER AUTHORITY
50 Santa Rosa Avenue, Fifth Floor
Santa Rosa, CA 95494
Phone: 707.890.8485
Email: jmullan@sonomacleanpower.org

*Attorneys for Creditor and Party-in-Interest*
*SONOMA CLEAN POWER AUTHORITY*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC GAS and ELECTRIC COMPANY,<br><br>Debtor. | **Case No. 19-30089**<br><br>**Chapter 11**<br><br>**PROOF OF SERVICE RE REQUEST FOR NOTICE AND INCLUSION IN MAILING LIST** |
| In re<br><br>PG&E CORP.,<br><br>Debtor. | **Case No. 19-30088**<br><br>**Chapter 11**<br><br>Date:<br>Time:<br>Courtroom: 17<br>Place: 450 Golden Gate Ave., 16th Floor<br>San Francisco, CA 94102<br>Judge: Hon. Dennis Montali |

1

# PROOF OF SERVICE

I am employed in the County of Sacramento; my business address is 555 Capitol Mall, Suite 1500 action.

On January 29, 2019, I served the within:

1. **REQUEST FOR NOTICE AND INCLUSION IN MAILING LIST**
2. **PROOF OF SERVICE**

[X] **(by mail)** on all parties in said action by regular, first class United States mail, postage fully pre-paid, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Boutin Jones Inc., mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Sacramento, California.

[ ] **(by personal delivery)** by personally delivering a true copy thereof to the person(s) and at the address(es) set forth below.

[ ] **(by overnight delivery)** on the following party(ies) in said action by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, in a designated area for outgoing overnight mail, addressed as set forth below. In the ordinary course of business at Boutin Jones Inc., mail placed in that designated area is picked up that same day for delivery the following business day.

[ ] **(by facsimile)** by transmitting a true copy thereof to the persons at the following telecopier numbers and obtaining electronic confirmation that the transmissions have been received.

| | |
|---|---|
| Pacific Gas and Electric Company<br>77 Beale Street<br>PO Box 770000<br>San Francisco, CA 94177 | ***Debtor*** |
| Tobias S. Keller<br>Keller and Benvenutti LLP<br>650 California St. #1900<br>San Francisco, CA 94108 | ***Attorneys for Debtor*** |
| U.S. Trustee<br>Office of the U.S. Trustee / SF<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102 | ***U.S. Trustee*** |

***Please see following page***

2

Proof of Service Request for Notice

| | |
|---|---|
| Kenneth N. Klee<br>David M. Stern<br>Samuel M. Kidder<br>KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>1999 Avenue of the Stars, Thirty-Ninth Floor<br>Los Angeles, California 90067 | ***Request for Special Notice***<br>Attorneys for NextEra Energy Inc., et al. |
| Isaac M. Pachulski<br>Debra I. Grassgreen<br>Gabriel I. Glazer<br>John W. Lucas<br>PACHULSKI STANG ZIEHL & JONES LLP<br>150 California Street, 15th Floor<br>San Francisco, CA 94111 | ***Request for Special Notice***<br><br>Attorneys for The Baupost Group, L.L.C. |
| Joseph Corrigan<br>Iron Mountain Information Management, LLC<br>One Federal Street<br>Boston, MA 02110 | ***Request for Special Notice***<br>Iron Mountain Information Management, LLC |
| Robert J. Yorio<br>CARR & FERRELL LLP<br>120 Constitutiuon Drive<br>Menlo Park, CA 94025 | ***Request for Special Notice***<br>Attorneys for PRABHAKAR GOEL and GOEL FAMILY VENTURES I LP |
| Meagan S. Tom<br>LOCKE LORD LLP<br>101 Montgomery Street, Suite 1950<br>San Francisco, CA 94104 | ***Request for Special Notice***<br>Attorneys for International Brotherhood of Electrical Workers Local Union 1245 |

***[x] See attached mailing matrix for additional parties served by first class mail***

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 29, 2019, at Sacramento, California.

_____
GLORIA M. KENDRICK

3

Proof of Service Request for Notice