CALIFORNIA PUBLIC UTILITIES COMMISSION
Arocles Aguilar, SBN 94753
505 Van Ness Avenue
San Francisco, California 94102
Telephone: (415) 703-2015
Facsimile: (415) 703-2262
Email: arocles.aguilar@cpuc.ca.gov

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Alan W. Kornberg
Brian S. Hermann (*pro hac vice* pending)
Walter R. Rieman, SBN 139365
Sean A. Mitchell (*pro hac vice* pending)
Neal P. Donnelly (*pro hac vice* pending)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: akornberg@paulweiss.com
      bhermann@paulweiss.com
      wrieman@paulweiss.com
      smitchell@paulweiss.com
      ndonnelly@paulweiss.com

*Attorneys for the California Public Utilities Commission*

**FILED**
JAN 29 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> Debtor. <br><br> Tax I.D. No. 94-3234914 <br><br> **In re:** <br><br> **PACIFIC GAS AND ELECTRIC COMPANY** <br><br> Debtor. <br><br> Tax I.D. No. 94-0742640 | Case Nos.    19 - 30088 (DM) <br>                   19 - 30089 (DM) <br><br> Chapter 11 Cases <br><br> **NOTICE OF ENTRY OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS** <br><br> [No Hearing Requested] |

**PLEASE TAKE NOTICE** that the California Public Utilities Commission (the "Commission") enters its appearance by and through its counsel, Arocles Aguilar and Paul, Weiss, Rifkind, Wharton & Garrison LLP, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that the names of the undersigned representatives be added to the mailing list maintained by the Clerk in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and that the Clerk and all other parties in interest in the Chapter 11 Cases provide all notices and all papers served on any party, filed with the Court or delivered to the Office of the United States Trustee in the Chapter 11 Cases, to all of the persons listed directly below:

CALIFORNIA PUBLIC UTILITIES COMMISSION
Arocles Aguilar, SBN 94753
505 Van Ness Avenue
San Francisco, California 94102
Telephone: (415) 703-2015
Facsimile: (415) 703-2262
Email: arocles.aguilar@cpuc.ca.gov

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Alan W. Kornberg
Brian S. Hermann
Walter R. Rieman, SBN 139365
Sean A. Mitchell
Neal P. Donnelly
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: akornberg@paulweiss.com
bhermann@paulweiss.com
wrieman@paulweiss.com
smitchell@paulweiss.com
ndonnelly@paulweiss.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only all of the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, reports, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing

and any other document brought before this Court with respect to the Chapter 11 Cases and any proceeding therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, delivery, telephone, telegraph, telecopier, telex, or otherwise filed or given with regard to the Chapter 11 Cases and the proceedings therein, all of which shall be sent to all of the persons listed above.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, proof of claim, claim or suit is intended or shall be deemed or construed as:

(a) a consent by the Commission to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving the Commission;

(b) a waiver of any right of the Commission to (i) have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a Bankruptcy Judge may not enter a final order or judgement consistent with Article III of the United States Constitution, (ii) have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (iii) trial by jury in any proceeding so triable in the Chapter 11 Cases or in any case, controversy, or proceeding related to the Chapter 11 Cases, (iv) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (v) any and all rights, claims, actions, defenses, setoffs, recoupments or remedies to which the Commission is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved hereby; or

(c) a waiver of any objections or defenses that the State of California, the Commission or any other agency, unit or entity of the State of California may have to this Court's jurisdiction over the State of California, the Commission or such other agency, unit or entity based upon the Eleventh Amendment to the United States Constitution or related principles of sovereign immunity or otherwise, all of which objections and defenses are hereby reserved.

**PLEASE TAKE FURTHER NOTICE** this Notice of Appearance shall not be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

Dated: January 29, 2019

CALIFORNIA PUBLIC UTILITIES COMMISSION

By: /s/ Arocles Aguilar
Arocles Aguilar, SBN 94753
505 Van Ness Avenue
San Francisco, California 94102
Telephone: (415) 703-2015
Facsimile: (415) 703-2262
Email: arocles.aguilar@cpuc.ca.gov

-and-

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
Alan W. Kornberg
Brian S. Hermann
Walter R. Rieman, SBN 139365
Sean A. Mitchell
Neal P. Donnelly
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: akornberg@paulweiss.com
bhermann@paulweiss.com
wrieman@paulweiss.com
smitchell@paulweiss.com
ndonnelly@paulweiss.com

*Attorneys for the California Public Utilities Commission*