Mark McKane, P.C. (SBN 230552)
Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
mark.mckane@kirkland.com
michael.esser@kirkland.com
-and-
David R. Seligman, P.C.
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
david.seligman@kirkland.com
-and-
Aparna Yenamandra
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
aparna.yenamandra@kirkland.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PG&E Corporation, Pacific Gas & Electric Company | Case No. 19-30088 (DM)<br>Case No. 19-30089 (DM) |
| Debtors. | (Joint Administration Requested) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Calpine Corporation on behalf of itself and its subsidiaries, including: Geysers Power Company, LLC; Gilroy Energy Center, LLC; Los Esteros Critical Energy Facility, LLC; Russell City Energy Company, LLC; Calpine King City Cogen, LLC; Calpine Energy Services L.P.; Calpine Energy Solutions, LLC; and O.L.S. Energy Agnews, Inc. (collectively, "Calpine"), a party in interest in the above captioned cases, through their counsel Kirkland & Ellis LLP, hereby enter their appearance pursuant to Rules 2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy

Procedure, Rule 9010-1 of the Bankruptcy Local Rules for the Northern District of California, and Section 1109(b) of the Bankruptcy Code, and requests that all notices given or required to be given and all papers served in these cases be delivered to and be served at the following address and further request to be added to the master service list:

Mark McKane, P.C.
Michael P. Esser
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP

555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
mark.mckane@kirkland.com
michael.esser@kirkland.com
-and-
David R. Seligman, P.C.
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
david.seligman@kirkland.com
-and-
Aparna Yenamandra
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
aparna.yenamandra@kirkland.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints and demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive or otherwise impair or limit (a) Calpine's right to have final orders in non-core matters entered only after de novo review by a District Court Judge, (b) Calpine's right to have all core matters heard and decided by a District Court Judge; (c) Calpine's right to trial by jury in any

proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (d) Calpine's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (e) any other rights, claims, actions, defenses, setoffs, or recoupments to which Calpine is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Calpine expressly reserves.

*[Reminder of Page Left Intentionally Blank]*

Dated: January 29, 2019  
San Francisco, California

KIRKLAND & ELLIS LLP

BY: */s/ Michael P. Esser*
Michael P. Esser (SBN 268634)
Attorney for Calpine