Sander L. Esserman *(Pending Admission Pro Hac Vice)*
Cliff I. Taylor *(Pending Admission Pro Hac Vice)*
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689
Telephone: 214-969-4910
Email: esserman@sbep-law.com
        taylor@sbep-law.com

Scott Summy *(Pending Admission Pro Hac Vice)*
John Fiske *(Pending Admission Pro Hac Vice)*
BARON & BUDD, P.C.
3102 Oak Lawn Avenue #1100
Dallas, TX 75219
Telephone: 214-521-3605
Email: ssummy@baronbudd.com
        jfiske@baronbudd.com

Gregory C. Nuti (CSBN 151754)
Christopher H. Hart (CSBN 184117)
Kimberly S. Fineman (CSBN 184433)
NUTI HART LLP
411 30TH Street, Suite 408
Oakland, CA 94609-3311
Telephone: 510-506-7152
Email: gnuti@nutihart.com
        chart@nutihart.com
        kfineman@nutihart.com

Attorneys for Public Entities Impacted by the Wildfires[1]

NUTI HART LLP
411 30TH STREET, SUITE 408
OAKLAND, CA 94609-3311
TELEPHONE: 510-506-7152

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>     Debtor-in-Possession. | Case No. 19-30088-DM<br>Chapter 11 |
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>     Debtor-in-Possession. | Case No. 19-30089-DM<br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE BY PUBLIC ENTITIES IMPACTED BY THE WILDFIRES** |

---

[1] The "Public Entities Impacted by the Wildfires" are Town of Paradise, City of Santa Rosa, City of Napa, City of Clearlake, Butte County, Yuba County, Nevada County, Lake County, Mendocino County, Napa County, Sonoma County, Sonoma County Agricultural Preservation and Open Space District, Sonoma County Community Development Commission, Sonoma County Water Agency, Sonoma Valley County Sanitation District and Calaveras County Water District.

**PLEASE TAKE NOTICE** that Stutzman, Bromberg, Esserman & Plifka, P.C., Baron & Budd, P.C., and Nuti Hart LLP hereby appear as counsel of record for the Public Entities Impacted by the Wildfires in the above-captioned case, pursuant to Bankruptcy Rule 9010(b).

**PLEASE TAKE FURTHER NOTICE** that counsel for the Public Entities Impacted by the Wildfires hereby request that, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), all notices given or required to be given to creditors, creditors holding the largest claims, any creditors' committee or other committee, or any other parties in interest, including without limitation, notices given pursuant to Bankruptcy Rules 2002(a), (b), (c), and (f), whether sent by the Court, the Debtor, any trustee, or any other party in this case, and all papers served or required to be served in connection with any such matter, be served at the following address and that, pursuant to Bankruptcy Rule 2002(g), the following addresses be added to the Court's master mailing list:

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.
Sander L. Esserman
Cliff I. Taylor
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689
Telephone: 214-969-4910
Email: esserman@sbep-law.com
        taylor@sbep-law.com

BARON & BUDD, P.C.
Scott Summy
John Fiske
3102 Oak Lawn Avenue #1100
Dallas, TX 75219
Telephone: 214-521-3605
Email: ssummy@baronbudd.com
        jfiske@baronbudd.com

and

///

///

//

NUTI HART LLP
411 30TH STREET, SUITE 408
OAKLAND, CA 94609-3311
TELEPHONE: 510-506-7152

Case: 19-30088    Doc# 60    Filed: 01/29/19    Entered: 01/29/19 12:55:54    Page 2 of 3
NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

NUTI HART LLP
Gregory C. Nuti (CSBN 151754)
Christopher H. Hart (CSBN 184117)
Kimberly S. Fineman (CSBN 184433)
411 30TH Street, Suite 408
Oakland, CA 94609-3311
Telephone: 510-506-7152
Email: gnuti@nutihart.com
       chart@nutihart.com
       kfineman@nutihart.com

Dated:  January 29, 2019          STUTZMAN, BROMBERG, ESSERMAN &
                                  PLIFKA, P.C.


                                  By:  /s/ Sander L. Esserman
                                  ———————————————————————————
                                       Sander L. Esserman

                                  Counsel for Creditors
                                  Public Entities Impacted by the Wildfires


Dated:  January 29, 2019          BARON & BUDD, P.C.


                                  By:  /s/ Scott Summy
                                  ———————————————————————————
                                       Scott Summy

                                  Counsel for Creditors
                                  Public Entities Impacted by the Wildfires


Dated:  January 29, 2019          NUTI HART LLP


                                  By:  /s/ Gregory C. Nuti
                                  ———————————————————————————
                                       Gregory C. Nuti

                                  Counsel for Creditors
                                  Public Entities Impacted by the Wildfires

NUTI HART LLP
411 30TH STREET, SUITE 408
OAKLAND, CA 94609-3311
TELEPHONE: 510-506-7152

3
NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE