Sander L. Esserman *(Pending Admission Pro Hac Vice)*
Cliff I. Taylor *(Pending Admission Pro Hac Vice)*
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689
Telephone: 214-969-4910
Email: esserman@sbep-law.com
 taylor@sbep-law.com

Scott Summy *(Pending Admission Pro Hac Vice)*
John Fiske *(Pending Admission Pro Hac Vice)*
BARON & BUDD, P.C.
3102 Oak Lawn Avenue #1100
Dallas, TX 75219
Telephone: 214-521-3605
Email: ssummy@baronbudd.com
 jfiske@baronbudd.com

Gregory C. Nuti (CSBN 151754)
Christopher H. Hart (CSBN 184117)
Kimberly S. Fineman (CSBN 184433)
NUTI HART LLP
411 30TH Street, Suite 408
Oakland, CA 94609-3311
Telephone: 510-506-7152
Email: gnuti@nutihart.com
 chart@nutihart.com
 kfineman@nutihart.com

Attorneys for Public Entities Impacted by the Wildfires[1]

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>   Debtor-in-Possession. | Case No. 19-30088-DM<br>Chapter 11 |
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>   Debtor-in-Possession. | Case No. 19-30089-DM<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

---

[1] The "Public Entities Impacted by the Wildfires" are Town of Paradise, City of Santa Rosa, City of Napa, City of Clearlake, Butte County, Yuba County, Nevada County, Lake County, Mendocino County, Napa County, Sonoma County, Sonoma County Agricultural Preservation and Open Space District, Sonoma County Community Development Commission, Sonoma County Water Agency, Sonoma Valley County Sanitation District and Calaveras County Water District.

| | |
|---|---|
|1| I declare under penalty of perjury under the laws of the United States of America that the following is true and correct:|
|2| |
|3| I am employed in the City of Oakland, County of Alameda, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of Nuti Hart LLP, and my business address is 411 30th Street, Suite 408, Oakland, California 94609-3311.|

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

I am employed in the City of Oakland, County of Alameda, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of Nuti Hart LLP, and my business address is 411 30th Street, Suite 408, Oakland, California 94609-3311.

I served the attached document(s):

> **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE BY PUBLIC ENTITIES IMPACTED BY THE WILDFIRES**

by the following means:

☑ <u>BY ECF.</u> Based on court rules or an agreement of the parties to accept service by electronic transmission, on January 29, 2019, I caused the document(s) to be filed via the Court's Electronic Case Filing (ECF) which to the best of my knowledge will cause links to such document(s) to be transmitted electronically to the persons at their respective notification who are registered ECF participants.

- **Peter J. Benvenutti** pbenvenutti@kellerbenvenutti.com
- **Tobias S. Keller** tkeller@kellerbenvenutti.com
- **Lynette C. Kelly** lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- **Office of the U.S. Trustee / SF** USTPRegion17.SF.ECF@usdoj.gov
- **Marta Villacorta** marta.villacorta@usdoj.gov

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my knowledge and belief. Executed on January 29, 2019, at Oakland, California.

*/s/ Nicole C. White*
Nicole C. White