**IRELL & MANELLA LLP**
Craig Varnen (170263)
Andrew J. Strabone (301659)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: cvarnen@irell.com
       astrabone@irell.com

Michael H. Strub, Jr. (153828)
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200
Email: mstrub@irell.com

**CLEARY GOTTLIEB SHEEN & HAMILTON LLP**
Lisa Schweitzer (*pro hac vice* pending)
Margaret Schierberl (*pro hac vice* pending)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Email: lschweitzer@cgsh.com
       mschierberl@cgsh.com

Attorneys for BlueMountain Capital Management. LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PACIFIC GAS & ELECTRIC CORP., et al.,<br><br>Debtors. | Case Nos. 19-30088<br>19-30089<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE** that BlueMountain Capital Management, LLC ("BlueMountain"), as a party in interest in the above-captioned cases, hereby appears by its counsel, Irell & Manella LLP and Cleary Gottlieb Sheen & Hamilton LLP, and each such counsel hereby enters its appearance pursuant to 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 9010(b), and such counsel

hereby requests, pursuant to rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, N.D. Cal. L.R. 2002-1, and 11 U.S.C. §§ 342 and 1109(b), that copies of all notices and pleadings given or filed in this case be given and served upon them at the following addresses, emails, and telephone numbers:

**IRELL & MANELLA LLP**

Craig Varnen
Andrew J. Strabone
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: cvarnen@irell.com
astrabone@irell.com

Michael H. Strub, Jr.
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200
Email: mstrub@irell.com

**CLEARY GOTTLIEB SHEEN & HAMILTON LLP**

Lisa Schweitzer (*pro hac vice* pending)
Margaret Schierberl (*pro hac vice* pending)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Email: lschweitzer@cgsh.com
mschierberl@cgsh.com

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail,

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

hand delivery, e-mail, telephone, telecopy or otherwise filed or made with regard to the above-referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE THAT** neither this Notice of Appearance, nor any former or later appearance, pleading, claim or suit shall constitute a consent to jurisdiction, nor shall it waive (1) BlueMountain's right to have final orders in non-core and core matters in which the Bankruptcy Court does not have final adjudicatory authority entered only after de novo review by a District Court Judge, (2) BlueMountain's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) BlueMountain's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs, or recoupments to which BlueMountain may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments BlueMountain expressly reserves.

DATED: January 29, 2019  **IRELL & MANELLA LLP**

Michael H. Strub, Jr.
*Attorneys for BlueMountain Capital Management, LLC*