David V. Duperrault, SBN 99637
Kathryn E. Barrett, SBN 162100
SILICON VALLEY LAW GROUP
One North Market Street, Suite 200
San Jose, CA 95113
Tele: (408) 573-5700
Fax: (408) 573-5701
Email: dvd@svlg.com;
       keb@svlg.com

Attorneys for TURN—The Utility Reform Network

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>           Debtor.<br><hr>In re:<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>           Debtor.<hr> | Case No.: 19-30088 (DM)<br>              19-30089 (DM)<br><br>Chapter 11<br><br>NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES |

**NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES**

     PLEASE TAKE NOTICE that TURN—The Utility Reform Network, by its attorneys, Silicon Valley Law Group, appear in the captioned case pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure ("FRBP"), and request notice of all matters which must be noticed to any claimant, any creditor, any committee, or any other party in interest pursuant to, without limitation, FRBP Rules 2002, 3017, 4001, 6004, 9007, 9013 and 9014, or otherwise, and copies of all other papers filed or served upon any party in interest, whether sent by the Court, the debtor, the United States Trustee, any committee or any interested party in this case; and it further requests that such notices be sent as set forth below and that the following

---
NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES

1

addresses be added to the Court's Master Mailing List and to the mailing list of each party in interest:

TURN—The Utility Reform Network
785 Market St, Suite 1400
San Francisco, CA 94103
Attn: Mark Toney, Executive Director
mtoney@turn.org
Thomas Long, Legal Director
tlong@turn.org

And

David V. Duperrault
Kathryn E. Barrett
SILICON VALLEY LAW GROUP
One North Market Street, Suite 200
San Jose, CA 95113
dvd@svlg.com
keb@svlg.com

Attorneys for TURN – The Utility Reform Network


Dated:  January 29, 2019            SILICON VALLEY LAW GROUP


                                    By: /s/ David V. Duperrault
                                        David V. Duperrault
                                        Attorneys for TURN – The Utility Reform Network