John H. MacConaghy (CA Bar 83684)
MACCONAGHY & BARNIER
645 First Street West
Sonoma, CA 95476
Telephone: (707) 935-3205
Facsimile: (707) 935-7051
macclaw@macbarlaw.com

On Behalf of the Individual Plaintiffs Executive
Committee appointed by the California Superior Court
in the North Bay Fire Cases, Judicial Council
Coordination Proceeding Number 4955, Pursuant to the
terms of the Court's Case Management Order No. 1

MacConaghy & Barnier
Attorneys at Law
Sonoma, CA

## IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    Debtor.<br><br>Tax I.D. No. 94-3234914<br><br><br><br><br><br><br>_____<br><br>In re:<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtor.<br><br>Tax I.D. No. 94-0742640<br><br>_____ | **Case Nos.: 19-30088 (DM)**<br>           **19-30089 (DM)**<br><br>**Chapter 11**<br><br>**NOTICE OF APPEARANCE OF STATE COURT APPOINTED EXECUTIVE COMMITTEE OF INDIVIDUAL PLAINTIFFS IN NORTH BAY FIRES LITIGATION AND REQUEST FOR SERVICE OF PAPERS AND NOTICE** |

**PLEASE TAKE NOTICE** pursuant to Bankruptcy Rules 2002 and 9010(b), Individual

Plaintiffs Executive Committee appointed by the Superior Court of California, San Francisco in

the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to

the terms of the Court's Case Management Order No. 1 ("Individual Plaintiffs Executive

Committee"), by and through its counsel, MacConaghy & Barnier, LLP, hereby requests that all

notices given or required to be given in the above-captioned cases, and all papers served or required

to be served in these cases, be given to and served on the undersigned, and on:

> Frank M. Pitre
> Alison E. Cordova
> Abigail D. Blodgett
> COTCHETT, PITRE & McCARTHY, LLP
> San Francisco Airport Office Center
> 840 Malcolm Road, Suite 200
> Burlingame, CA 94010
> Telephone: (650) 697-6000
> Facsimile: (650) 697-0577
> fpitre@cpmlegal.com
> acordova@cpmlegal.com
> ablodgett@cpmlegal.com
>
> Michael A. Kelly
> Khaldoun A. Baghdadi
> Max Schuver
> WALKUP MELODIA KELLY & SCHOENBERGER
> 650 California Street, 26th Floor
> San Francisco, CA 94108
> Telephone: (415) 981-7210
> Facsimile: (415) 391-6965
> mkelly@walkuplawoffice.com
> kbaghdadi@walkuplawoffice.com
> mschuver@walkuplawoffice.com
>
> Bill Robins, III
> Robert Bryson
> ROBINS CLOUD LLP
> 808 Wilshire Boulevard, Site 450
> Santa Monica, CA 90401
> Telephone: (310) 929-4200
> Facsimile: (310) 566-5900
> robins@robinscloud.com
> rbryson@robinscloud.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request applies to and includes

not only notices and papers referenced in the Bankruptcy Rules and the Bankruptcy Code, but also

includes, without limitation, all orders, notices and pleadings relating to any application, motion,

MacCONAGHY & BARNIER
ATTORNEYS AT LAW
SONOMA, CA

petition, objection, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile transmission, electronic mail, telex or otherwise that: (i) affects, or seeks to affect, or may potentially affect in any way, any rights or interests of any creditor or party in interest in these cases, including Individual Plaintiffs Executive Committee; (ii) affects, or seeks to affect (a) the above-captioned debtors and/or their estates or (b) property or proceeds thereof in the possession, custody or control of others that the debtors or their estates may seek to use; or (iii) requires or seeks to require any act, delivery of any property, payment or other conduct by Individual Plaintiffs Executive Committee.

**PLEASE TAKE FURTHER NOTICE** that Individual Plaintiffs Executive Committee does not, by filing this Notice of Appearance or any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Notice of Appearance constitute a waiver of its respective rights: (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) to trial by jury in any proceeding so triable in this case, or any controversy or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, setoff or recoupments to which Individual Plaintiffs Executive

/

/

/

/

/

/

/

MacConaghy & Barnier
ATTORNEYS AT LAW
SONOMA, CA

Committee is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs or recoupments are hereby reserved.

Dated:    January __, 2019                     Respectfully submitted,

MACCNAGHY & BARNIER

By:            _/s/ John H. MacConaghy_
               John H. MacConaghy (CA Bar 83684)
               645 First Street West
               Sonoma, CA 95476
               Telephone:  (707) 935-3205
               Facsimile:  (707) 935-7051
               macclaw@macbarlaw.com

Attorney for Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1

MacConaghy & Barnier
Attorneys at Law
Sonoma, CA

- 4 -