G. LARRY ENGEL (SBN 53484)
**ENGEL ADVICE, LLC**
12116 Horseshoe Lane
Nevada City, CA 94123
Phone: 415.370.5943
Email: larry@engeladvice.com

MARK GORTON (SBN 099312)
THOMAS G. MOUZES (SBN 099446)
**BOUTIN JONES INC.**
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Phone: 916.321.4444
Fax: 916.441.7597
Email: mgorton@boutinjones.com

JESSICA R. MULLAN (SBN 263435)
General Counsel
**SONOMA CLEAN POWER AUTHORITY**
50 Santa Rosa Avenue, Fifth Floor
Santa Rosa, CA 95404
Phone: 707.890.8485
Email: jmullan@sonomacleanpower.org

*Attorneys for Creditor and Party-in-Interest*
*SONOMA CLEAN POWER AUTHORITY*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | **Case No. 2019-30089** |
| | Chapter 11 |
| PACIFIC GAS and ELECTRIC COMPANY, | |
| Debtor. | |
| In re | **Case No. 2019-30088** |
| | Chapter 11 |
| PG&E CORP., | |
| Debtor. | **DECLARATION OF GEOFFREY G. SYPHERS IN SUPPORT OF SONOMA CLEAN POWER AUTHORITY'S STATEMENT OF SUPPORT FOR DEBTORS' MOTION FOR POSTPETITION FINANCING AND PUBLIC PROGRAMS MOTION AND RESERVATION OF RIGHTS** |
| | Date: January 29, 2019 |
| | Time: 1:30 p.m. |
| | Courtroom: 17 |
| | Place: 450 Golden Gate Ave., 16th Floor |
| | San Francisco, CA 94102 |
| | Judge: Hon. Dennis Montali |

1

DECLARATION OF GEOFFREY G. SYPHERS ISO SONOMA CLEAN POWER AUTHORITY'S STATEMENT OF SUPPORT FOR DEBTORS' MOTION FOR FINANCING AND PUBLIC PROGRAMS AND RESERVATION OF RIGHTS

Case: 19-30088 Doc# 67 Filed: 01/29/19 Entered: 01/29/19 14:13:52 Page 1 of 37

991310.5

I, Geoffrey G. Syphers, declare as follows:

1. I am the Chief Executive Officer for the Sonoma Clean Power Authority ("SCPA").

2. The statements in this declaration are based on my knowledge, information, or belief.

3. I am authorized to make this declaration on behalf of SCPA.

4. I have reviewed, or caused to be reviewed, SCPA's governing documents and other relevant information related to SCPA's operations including SCPA's records related to procurement, billing, revenues, budget and other similar matters as well as documents and information related to Pacific Gas and Electric Company's ("PG&E") plans to file for Chapter 11 bankruptcy protection.

5. I submit this declaration in support of Sonoma Clean Power Authority's Statement of Support for the Debtors' Motion for Postpetition Financing and Public Purpose Motion (the "Motions") and Reservation of Rights.

6. SCPA is a California joint powers authority that acts as a Community Choice Aggregator ("CCA"). CCAs are a statutorily authorized alternative to PG&E.

7. The Parties/Participants in SCPA are governmental units across Sonoma and Mendocino Counties, including Cloverdale, Cotati, Petaluma, Santa Rosa, Rohnert Park, Sebastopol, Sonoma, Sonoma County (unincorporated areas), Windsor, Fort Bragg, Willits, Point Arena, and Mendocino County (unincorporated areas).

8. Like other CCAs, SCPA has various powers under California law, including but not limited to the power to generate, buy and sell power and aggregate electric load for themselves and customers within their jurisdictions.

9. In addition to studying, promoting, developing, conducting, operating, and managing energy, energy efficiency and conservation, and other energy-related programs, SCPA's purpose is to (a) reduce greenhouse gas emissions in Sonoma County and neighboring regions; (b) provide electric power and other forms of energy to customers at a competitive cost; (c) carry out programs to reduce total energy consumption; (d) stimulate and sustain the local economy, including by developing or promoting local distributed energy resources; and (e) promote long-

2

DECLARATION OF GEOFFREY G. SYPHERS ISO SONOMA CLEAN POWER AUTHORITY'S STATEMENT OF SUPPORT FOR DEBTORS' MOTION FOR POSTPETITION FINANCING AND PUBLIC PURPOSE MOTION AND RESERVATION OF RIGHTS

Case: 19-30088   Doc# 386   Filed: 01/29/19   Entered: 01/29/19 14:13:52   Page 2 of 37

991310.5

term electric rate stability, energy security, reliability, and resilience.

10. SCPA is governed by a Board of Directors (the "SCPA Board"). The SCPA Board has also established a Community Advisory Committee ("CAC"). The SCPA Board is referred to herein as SCPA's Local Governing Board.

11. SCPA is regulated by both SCPA's Local Governing Board and the California Public Utilities Commission ("CPUC") or ("Commission").

12. SCPA launched service May 2014 and expanded service to Mendocino County in June 2017. When a CCA program becomes effective, all PG&E residential customers within the CCA program's service area automatically become customers of the CCA, unless they choose to opt out.

13. SCPA serves over 223,000 accounts, including approximately 193,000 in Sonoma County and 30,000 in Mendocino County. This represents approximately 87% of all eligible customers' accounts in Sonoma and Mendocino Counties. SCPA received $173.1 million in revenue from its customer accounts in 2018.

14. SCPA operates under PG&E Electric Rule No. 23 ("Rule 23").

15. SCPA entered into a Community Choice Aggregator (CCA) Service Agreement (the "Service Agreement") with PG&E on December 4, 2013.

16. SCPA's Service Agreement is in substantially the form of PG&E's Electric Standard Form 79-1029.

17. SCPA's Service Agreement was approved by the CPUC in Resolution E-4624 on November 14, 2013.

18. Under SCPA's Service Agreement, SCPA participates in a consolidated billing process with PG&E, where SCPA revenues from SCPA customers for SCPA energy, programs, services and other offerings are collected and remitted by PG&E to SCPA.

19. As discussed in more detail below, California law makes PG&E the only entity that SCPA and other CCAs can work with for the provision of these CCA customer billing services.

20. In addition to SCPA's consolidated billing relationship with PG&E, SCPA has entered into numerous contracts for renewable energy and other energy and capacity products,

3

1    including contracts for Resource Adequacy, a capacity product, where PG&E is SCPA's direct

2    counterparty.

3         21.    I am also a member of the Board of Directors, Vice President and Legislative

4    Liaison for the California Community Choice Association ("CalCCA"), a California non-profit

5    organization representing the 19 operating community choice programs around California.

6         22.    In my roles at CalCCA, I am familiar with other CCA programs in California.

7         23.    Like SCPA, other CCA programs are administered by local governments with a

8    mission to provide competitive alternatives to investor-owned utility ("IOU") sources, such as

9    PG&E.  Other CCA programs in PG&E territory are established by individual cities and/or

10   counties, or by multiple public entities joining together as SCPA has done.

11        24.    Like SCPA, other CCA programs provide reliable service, clean energy at

12   competitive rates, and innovative programs that benefit people, the environment and the economy

13   in communities across California.

14        25.    Statewide, 19 CCAs, including SCPA, independently procure energy and capacity

15   and provide a wide array of programs and services directly to over 8 million CCA customers

16   (more than 2.5 million customer accounts).

17        26.    In PG&E territory, approximately 41% of the load will be served by CCAs in 2019.

18   As of August 2018, the 11 Northern California CCAs in the PG&E territory have executed

19   contracts totaling 1,239 MW of renewable energy from new California facilities with commercial

20   operation dates between 2018 and 2021.

21        27.    By applicable state law and regulation, PG&E is responsible for providing

22   transmission and distribution services to CCA customers (delivering power) as well as billing

23   services. CCAs provide power generation services and are responsible for securing sufficient

24   electricity supplies to meet the needs of their customers.

25        28.    PG&E serves as the exclusive statutory billing agent on behalf of each CCA within

26   its territory, and has an obligation to timely remit to the CCA as described in PG&E Rule 23,

27   Section Q, Subsections 1, 3 and 4, amounts due from and paid by customers of the CCAs and

28   other amounts owed by the CCAs (the "CCA Customer Revenue").

DECLARATION OF GEOFFREY G. SYPHERS ISO SONOMA CLEAN POWER AUTHORITY'S STATEMENT OF SUPPORT
FOR PSO'S MOTION TO DISCONTINUING FUNDING OF PUBLIC PURPOSE AND LOW-INCOME PROGRAMS

Case 19-30088    Doc 1558    Filed 04/23/19    Entered 04/23/19 22:52:22    Page 4 of 37
991310.5

29. On or about January 12, 2019, I learned that PG&E had announced its intent to file for Chapter 11 bankruptcy protection and had reportedly provided its 15-day notice of such intent.

30. That prompted SCPA's General Counsel, as well as the General Counsels from other CCAs that serve CCA customers in PG&E service territory or otherwise hold energy and/or capacity contracts with PG&E, in their common interest, to quickly confer about the impact of such a filing and proposed solutions.

31. On January 14, 2019, PG&E's CCA Relations Manager, David Gutierrez contacted me and several other CCAs concerning PG&E's plans for a Chapter 11 bankruptcy filing.

32. Mr. Gutierrez represented to me that he was calling all the CCAs to inform them of the 15-day advance notice of a bankruptcy filing, which he said would "happen on January 29 [2019]."

33. Mr. Gutierrez explained to me "the reason is that litigation and liabilities are such that the best way forward is a Chapter 11 reorganization." He said that PG&E's action "doesn't mean much for the day-to-day operations of CCAs," adding "there won't be any changes in [PG&E's] staff, call center, we will continue to do all metering and billing as normal, credit collections, and when we're paid we will remit payment to the CCAs both before a [bankruptcy] filing and after."

34. During the conversations, I requested assurance that the Chapter 11 filing would not disrupt business as usual and especially would not impact the ability of the CCAs to continue to deliver energy to their customers, including specific requests that (a) Mr. Gutierrez please provide these commitments in writing and also requesting bankruptcy court approval, to which Mr. Gutierrez replied to me that the draft motion is already written, and he has seen it, and it already contains the request that the court approve continued normal payments to the CCAs; and (b) the section of the motion be provided in writing. Mr. Gutierrez told me he thought that might be possible, and would find out.

35. I asked that PG&E also please provide in writing that "PG&E will assume all CCA agreements, including the Service Agreements," and for contact information so SCPA's attorney could directly contact PG&E's bankruptcy counsel. Mr. Gutierrez replied to me that he would

5

1    make both these requests tomorrow and would reply to me within two days.

2          36.    Based on information and belief, Mr. Gutierrez also represented to other CCAs that:

3    (1) PG&E will continue to timely remit to CCAs those CCA revenues received from customers for

4    CCA charges that PG&E collects on behalf of CCAs both before and after a bankruptcy filing as

5    normal, and that PG&E had already drafted first day motions to address these critical issues; and

6    (2) there will not be changes to PG&E's staffing in its call center and PG&E will continue to do

7    all metering, billing and credit collection.

8          37.    At or near the same time, I became aware that a similar message had been

9    communicated directly to elected officials serving on SCPA Local Governing Boards by PG&E

10   Public Affairs staff.

11         38.    Based on information and belief, I became aware that PG&E Public Affairs staff

12   delivered a similar message to elected officials serving on the governing boards for other CCAs.

13         39.    The General Counsel for SCPA and the General Counsels for the other 10 CCAs

14   serving the PG&E territory joined in a letter dated and sent January 16, 2019 to counsel for PG&E

15   as a meet and confer outreach seeking adequate assurances that the chapter 11 will not adversely

16   affect PG&E's timely performance under section 366.2(c)(9) of the California Public Utilities

17   Code, PG&E Electric Rule No. 23, and individual CCA's related force of law Service Agreements

18   and all other consolidated billing service obligations. A true and accurate copy of that letter is

19   attached as **Exhibit 1**.

20         40.    SCPA Bankruptcy Counsel and PG&E Counsel conferred by telephone concerning

21   the most urgent nature of the CCAs' need for normal and uninterrupted remittance of CCA

22   customer payments through PG&E to CCAs in order for CCAs to meet their obligations to their

23   CCA customers, suppliers, contractors, and lenders. Compounding the urgency of this request is

24   that PG&E is identified in the statute as the exclusive billing agent, and CCAs have no option to

25   utilize another billing agent for their billing and collection.

26         41.    PG&E, through its bankruptcy counsel by letter dated and sent January 19, 2019

27   indicating the CCA Customer Revenue will be carved out and excluded from (a) any security

28   interest or lien upon property of the Debtors granted under the postpetition financing and (b) any

authorization to use cash collateral, except that PG&E will timely remit the CCA Customer Revenue to SCPA or other applicable CCA in the ordinary course of business consistent with applicable laws, regulations and contracts. A true and accurate copy of that letter is attached as **Exhibit 2**.

42.     In addition, SCPA and PG&E have reached agreement that in connection with the Vendor or other First Day Motions, the CCA Customer Revenue shall be timely remitted to SCPA or the applicable CCA as above. Based on these agreements, SCPA supports the Motions, while reserving all other rights.

43.     I have personal knowledge of the facts set forth in this declaration and, if called as a witness could and would competently so testify, except for statements included herein made upon information or belief, for which I have specified the basis therefor.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Executed on January 29, 2019.


_____*/s/ Geoffrey G. Syphers*_____
Geoffrey G. Syphers

991310.5

# EXHIBIT 1

January 17, 2019

John R. Simon
Interim Chief Executive Officer
PG&E Corporation
77 Beale Street, 32nd Floor
San Francisco, CA 94105
john.simon@pge-corp.com

Janet C. Loduca
Senior Vice President and Interim General Counsel
PG&E Corporation, Pacific Gas and Electric Company
77 Beale Street, B30A
San Francisco, CA 94105
jllc@pge.com

Peter J. Benvenutti
Partner
Keller & Benvenutti LLP
650 California Street, Suite 1900
San Francisco, CA 94108
pbenvenutti@kellerbenvenutti.com

Tobias S. Keller
Partner
Keller & Benvenutti LLP
650 California Street, Suite 1900
San Francisco, CA 94108
tkeller@kellerbenvenutti.com

Stephen Karotkin
Partner
Weil, Gotshal, & Manges LLP
767 Fifth Avenue
New York, New York
stephen.karotkin@weil.com

RE:   **Adequate Assurances to Community Choice Aggregators ("CCAs") from Pacific Gas and Electric Company ("PG&E") that its Chapter 11 Bankruptcy Filing Will Not Adversely Affect PG&E Performance Pursuant to section 366.2(c)(9), PG&E Electric Rule No. 23, Related Service Agreements and All Other Consolidated Billing Service Obligations**

Mr. Simon, Ms. Loduca, Mr. Benvenutti, Mr. Keller and Mr. Karotkin,

On January 14, 2019, PG&E's CCA Relations Manager, David Gutierrez contacted several Community Choice Aggregators ("CCAs") concerning PG&E's plans for a Chapter 11 bankruptcy filing. During the conversations, the CCAs requested assurance that the Chapter 11 filing would not impact the ability of the CCAs to continue to deliver energy to their customers. Mr. Gutierrez represented to several CCAs that: (1) PG&E will continue to timely remit to CCAs those CCA revenues received from customers for CCA charges that PG&E collects on behalf of CCAs both before and after a bankruptcy filing as normal, and that PG&E had already drafted first day motions to address these critical issues; and (2) there will not be changes to PG&E's staffing in its call center and PG&E will continue to do all metering, billing and credit collection.

A similar message has been communicated directly to elected officials serving on CCA governing boards by PG&E Public Affairs staff.

The purpose of this letter is to formally request that PG&E expeditiously memorialize its commitments with respect these matters in writing to the undersigned entities, all of which operate CCA programs. The collection of CCA revenues from CCA customers and the prompt remittance of these revenues to CCAs is required by section 366.2(c)(9) of the California Public Utilities Code, PG&E Electric Rule No. 23 ("Rule 23"), individual Community Choice Aggregator (CCA) Service Agreements ("CCA Service Agreement") with PG&E approved by the California Public Utilities Commission ("CPUC") (each substantially in the form of Electric Sample Form No. 79-1029), and all other applicable statutes, regulations, CPUC decisions and contractual arrangements with undersigned entities in the operation of their respective CCAs.

As of today, 19 CCAs independently procure energy and capacity and provide a wide array of programs and services directly to over 8 million CCA customers (more than 2.5 million customer accounts). In 2019, approximately 41% of the load in PG&E territory will be served by CCAs. As of August 2018, Northern California CCAs have executed contracts totaling 1,239 MW of renewable energy from new California facilities with commercial operation dates between 2018 and 2021.

The normal and uninterrupted remittance of CCA customer payments through PG&E to CCAs is of the *utmost* importance in order for CCAs to meet their obligations to their customers, suppliers, contractors, and lenders. This is critical because PG&E is identified in the statute as the exclusive billing agent, and CCAs have no option to utilize another billing agent for their billing and collection. We greatly appreciate that PG&E acknowledges its role as collecting "payments on behalf of the CCA" (PG&E Community Choice Aggregation FAQ); however, in light of PG&E's impending bankruptcy filing, the undersigned entities require additional assurances in the form of a written commitment to maintain its current operations with respect to their respective CCAs.

Specifically, in order to provide adequate protection of CCA ownership interests in those proceeds and assurances of PG&E's future timely performance after its Chapter 11 bankruptcy filing, the undersigned entities have an immediate need for the following from PG&E in a form and substance satisfactory to the undersigned entities to facilitate early Bankruptcy Court approval:

1. Pursuant to 11 U.S.C. section 365, assumption by PG&E of the CCA Services Agreements and related contracts;

2. In connection with the debtor's post-petition financing under 11 U.S.C. section 364 and/or cash collateral use authorization under 11 U.S.C. section 363, Bankruptcy Court approved carve-outs of "CCA Customer Revenue" (namely, "amounts paid by the CCA customer for payment of CCA charges" [PG&E Rule 23; Section Q.3]) from all PG&E debtor in possession financing, cash collateral motions, and other PG&E motions or actions in the Chapter 11 case, as well as in any asset sales under 11

U.S.C. Section 363 or as to any PG&E plan of reorganization, and budgetary authorization to timely remit the CCA Customer Revenue to the CCAs;

3. Consistent with the right of the undersigned entities in the CCA Customer Revenues under 11 U.S.C. section 541(d) and applicable non-bankruptcy law, timely remittance by PG&E in the ordinary course of business consistent with the applicable laws, regulations and contracts of the CCA customer revenue and other amounts owned by undersigned entities; and

4. Pursuant to 11 U.S.C. section 362, relief from the automatic stay concerning the CCA Services Agreements and related contracts (particularly as related to Section 1.3 of the CCA Service Agreement, which among other things, incorporates by reference Rule 23 and PG&E's duty with respect to the timely remittance of CCA Customer Revenues).

We would greatly appreciate the ability to review drafts of the applicable motions to ensure that all issues critical to the CCAs and their customers are adequately addressed.

The commitments and assurances requested by the undersigned entities should not be construed as a waiver of any rights or remedies available under any contract executed between any of the undersigned entities and PG&E, or those rights and remedies available at law and in equity, or otherwise. The undersigned entities expressly reserve their right to seek any remedy available under any contract, or at law and in equity, or otherwise, including but not limited to the right to request reasonable assurances from PG&E.

In order to timely memorialize these matters, the undersigned entities, all of which operate a CCA program, suggest that the relevant PG&E bankruptcy and financing counsel, including those preparing any PG&E debtor-in-possession financing confer at their earliest opportunity with the counsel of the undersigned entities identified below. For your convenience, we have enclosed an attachment with the pertinent contact information for counsel for each CCA.

///

///

///

We appreciate your prompt attention to this time critical matter.

Sincerely,

Counsel for:

CLEAN POWER SF
CITY OF SAN JOSE
EAST BAY COMMUNITY ENERGY AUTHORITY
MARIN CLEAN ENERGY
MONTEREY BAY COMMUNITY POWER
PENINSULA CLEAN ENERGY
PIONEER COMMUNITY ENERGY
REDWOOD COAST ENERGY AUTHORITY
SILICON VALLEY CLEAN ENERGY
AUTHORITY
SONOMA CLEAN POWER AUTHORITY
VALLEY CLEAN ENERGY ALLIANCE

[Signature Pages Follow]

CC:      David Gutierrez, Senior Manager 3rd Party Relations, Community Vitality,
         Pacific Gas and Electric Company

Enclosure:    **Attachment A**: Contact Information for Counsel for CCAs

| Name | Organization | Title | Phone Number | Email |
|------|-------------|-------|-------------|-------|
| Theresa L. Mueller | CleanPowerSF | Deputy City Attorney | (415) 554-4640 | theresa.mueller@sfcityatty.org |
| Richard Doyle | City of San Jose | City Attorney | (408) 535-1950 | richard.doyle@sanjoseca.gov |
| Ed Moran | City of San Jose | Assistant City Attorney | (408) 535-1920 | ed.moran@sanjoseca.gov |
| Leah S. Goldberg | East Bay Community Energy | General Counsel | (510) 838-5266 | lgoldberg@ebce.org |
| Shalini Swaroop | Marin Clean Energy | General Counsel | (415) 464-6040 | sswaroop@mceCleanEnergy.org |
| Robert M. Shaw | Monterey Bay Community Power | General Counsel | (831) 641-7211 (831) 755-5359 | rshaw@mbcommunitypower.org |
| David Silberman | Peninsula Clean Energy | General Counsel | (650) 363-4250 | dsilberman@smcgov.org |
| Elise Nelson | Pioneer Community Energy | General Counsel | (530) 889-4044 | Enelson@placer.ca.gov |
| Nancy Diamond | Redwood Coast Energy Authority | General Counsel | (707) 826-8540 | ndiamond@ndiamondlaw.com |
| Gregory Stepanicich | Silicon Valley Clean Energy Authority | General Counsel | (415) 421-8484 | gstepanicich@rwglaw.com |
| Jessica Mullan | Sonoma Clean Power Authority | General Counsel | (707) 890-8485 | jmullan@sonomacleanpower.org |
| Harriet Steiner | Valley Clean Energy Alliance | General Counsel | (916) 325-4000 | Harriet.steiner@bbklaw.com |

By: _____

Theresa L. Mueller
Deputy City Attorney
CLEANPOWERSF

EAST BAY COMMUNITY ENERGY AUTHORITY

Leah S. Goldberg
General Counsel

By: _Shalini Swaroop_ (signature)
Shalini Swaroop
General Counsel
MARIN CLEAN ENERGY

By: _____

Robert M. Shaw, Deputy County Counsel
General Counsel
MONTEREY BAY COMMUNITY POWER AUTHORITY

By: _David A. Silberman_

David A. Silberman
General Counsel
PENINSULA CLEAN ENERGY

By: _Elise Nelson_

Elise Nelson
General Counsel
PIONEER COMMUNITY ENERGY

By: _Nancy Diamond_

Nancy Diamond, Esq.
General Counsel
REDWOOD COAST ENERGY AUTHORITY

CITY OF SAN JOSE

RICHARD DOYLE, City Attorney

By: _____
  ED MORAN
  Assistant City Attorney

Exhibit 1

Case: 19-30088  Doc# 67  Filed: 01/29/19  Entered: 01/29/19 14:13:52  Page 18 of 16 of

37

By: _____

Gregory W. Stepanicich, General Counsel
Silicon Valley Clean Energy Authority

Letter from CCAs to PG&E

Exhibit 1

By: _____

Jessica R. Mullan
General Counsel
SONOMA CLEAN POWER AUTHORITY

Counsel for:

VALLEY CLEAN ENERGY ALLIANCE

By: _____

Harriet A. Steiner
General Counsel

Exhibit 1

# EXHIBIT 2



KELLER **KB** BENVENUTTI

650 California Street, Suite 1900
San Francisco, California 94108

*Tobias S. Keller*
*tkeller@kellerbenvenutti.com*
*(415) 796-0709*

January 18, 2019

<u>VIA ELECTRONIC MAIL ONLY</u>

To Distribution (Exhibit A)

      Re:    <u>Pacific Gas and Electric Company Community Choice Aggregators</u>

Dear Counsel:

      This letter responds to your January 17, 2019 letter seeking confirmation of representations provided to your organizations by PG&E's Community Choice Aggregator (CCA) Relations Manager, David Gutierrez, concerning PG&E's expected plans for a Chapter 11 filing. This letter confirms, as Mr. Gutierrez explained, the following:

      1.    PG&E intends to continue to timely remit to CCAs those CCA revenues received from customers for CCA charges that PG&E collects on behalf of CCAs prior to the initiation of any Chapter 11 case.

      2.    PG&E intends to file a motion or motions on or about the first day of any Chapter 11 case that would seek the Bankruptcy Court's authorization to continue the activities described above and to acknowledge the CCAs' interest in certain cash collected by PG&E.

      3.    PG&E intends to continue to do all metering, billing and credit collection pertaining to CCA accounts in the ordinary course of business, consistent with PG&E's tariffs and other existing legal obligations.

PG&E is optimistic that its first-day motions (as described in item 2 above) will be approved by the Bankruptcy Court. Nonetheless, PG&E cannot provide any formal assurances of how, or when, a Bankruptcy Court would rule on such a motion.

　　　　With respect to your request that PG&E provide you with a draft of its motions, PG&E has authorized me to coordinate with you to the extent prudent (including, for instance, sharing language to be proposed in relevant orders). Similarly, you have made additional requests (*e.g.*, assumption of your contracts) that we will review more carefully once the immediate "first day" challenges have been addressed.

　　　　Be assured that PG&E values its relationships with your organizations and your common customers, and PG&E will do its best to see that the objectives confirmed in this letter are met.

　　　　If you would like to consult further about these issues directly with PG&E personnel, please feel free to contact Mr. Gutierrez or Steve Frank, Managing Counsel, in PG&E's law department, at 415-973-6976, steven.frank@pge.com.

Very truly yours,

Tobias S. Keller

cc:　　John Simon
　　　　Janet LoDuca
　　　　Stephen Karotkin
　　　　Peter Benvenutti
　　　　David Gutierrez
　　　　Steven Frank

L001B.DOCX

**Distribution**

| Name | Organization | Title | Phone Number | Email |
|------|-------------|-------|-------------|-------|
| Theresa L Mueller | CleanPowerSF | Deputy City Attorney | (415) 554-4640 | theresa.mueller@sfcityatty.org |
| Richard Doyle | City of San Jose | City Attorney | (408) 535-1950 | richard.doyle@sanjoseca.gov |
| Ed Moran | City of San Jose | Assistant City Attorney | (408) 535-1920 | ed.moran@sanjoseca.gov |
| Leah S. Goldberg | East Bay Community Energy | General Counsel | (510) 838-5266 | lgoldberg@ebce.org |
| Shalini Swaroop | Marin Clean Energy | General Counsel | (415) 464-6040 | sswaroop@mceCleanEnergy.org |
| Robert M. Shaw | Monterey Bay Community Power | General Counsel | (831) 641-7211 (831) 755-5359 | rshaw@mbcommunitypower.org |
| David Silberman | Peninsula Clean Energy | General Counsel | (650) 363.4250 | dsilberman@smcgov.org |
| Elise Nelson | Pioneer Community Energy | General Counsel | (530) 889-4044 | Enelson@placer.ca.gov |
| Nancy Diamond | Redwood Coast Energy Authority | General Counsel | (707) 826-8540 | ndiamond@ndiamondlaw.com |
| Gregory Stepanicich | Silicon Valley Clean Energy Authority | General Counsel | (415) 421-8484 | gstepanicich@rwglaw.com |
| Jessica Mullan | Sonoma Clean Power Authority | General Counsel | (707) 890-8485 | jmullan@sonomacleanpower.org |
| Harriet Steiner | Valley Clean Energy Alliance | General Counsel | (916) 325-4000 | Harriet.steiner@bbklaw.com |

L001B.DOCX

## PROOF OF SERVICE

I am employed in the County of Sacramento; my business address is 555 Capitol Mall, Suite 1500, Sacramento, California 95814. I am over the age of eighteen years and not a party to the foregoing action.

On January 29, 2019, I served the within:

> **(1) SONOMA CLEAN POWER AUTHORITY'S STATEMENT OF SUPPORT FOR DEBTORS' MOTION FOR POSTPETITION FINANCING AND RESERVATION OF RIGHTS**

> **(2) SONOMA CLEAN POWER AUTHORITY'S STATEMENT OF SUPPORT FOR DEBTORS' PUBLIC PROGRAMS MOTION AND RESERVATION OF RIGHTS**

> **(3) DECLARATION OF GEOFFREY G. SYPHERS IN SUPPORT OF SONOMA CLEAN POWER AUTHORITY'S STATEMENT OF SUPPORT FOR DEBTORS' MOTION FOR POSTPETITION FINANCING AND PUBLIC PROGRAMS MOTION AND RESERVATION OF RIGHTS**

**[X]** **(by mail)** on all parties in said action by regular, first class United States mail, postage fully pre-paid, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Boutin Jones Inc., mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Sacramento, California.

**[ ]** **(by personal delivery)** by personally delivering a true copy thereof to the person(s) and at the address(es) set forth below.

**[ ]** **(by overnight delivery)** on the following party(ies) in said action by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, in a designated area for outgoing overnight mail, addressed as set forth below. In the ordinary course of business at Boutin Jones Inc., mail placed in that designated area is picked up that same day for delivery the following business day.

**[ ]** **(by facsimile)** by transmitting a true copy thereof to the persons at the following telecopier numbers and obtaining electronic confirmation that the transmissions have been received.

PG&E Corporation                              ***Debtor***
77 Beale Street
PO Box 770000
San Francisco, CA 94177

Tobias S. Keller                              ***Attorneys to Debtor***
Keller and Benvenutti LLP
650 California St. #1900
San Francisco, CA 94108

***[x] Service list continued on following page***

1

| | |
|---|---|
| U.S. Trustee<br>Office of the U.S. Trustee / SF<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102 | *U.S. Trustee* |
| Lynette C. Kelly<br>Office of the United States Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102 | *Attorneys for U.S. Trustee* |
| Marta Villacorta<br>Office of the United States Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102 | *Attorneys for U.S. Trustee* |
| Michael St. James, Esq.<br>ST. JAMES LAW, P.C.<br>22 Battery Street, Suite 888<br>San Francisco, California 94111 | *Request for Special Notice*<br>Attorneys for Garcia and Associates |
| Valerie Bantner Peo, Esq.<br>Shawn M. Christianson, Esq.<br>Buchalter, A Professional Corporation<br>55 Second Street, 17th Floor<br>San Francisco, California 94105-3493 | *Request for Special Notice*<br>Attorneys for CALIFORNIA COMMUNITY CHOICE ASSOCIATION |
| Kenneth N. Klee<br>David M. Stern<br>Samuel M. Kidder<br>KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>1999 Avenue of the Stars, Thirty-Ninth Floor<br>Los Angeles, California 90067 | *Request for Special Notice*<br>Attorneys for NextEra Energy Inc. et al |
| PACHULSKI STANG ZIEHL & JONES LLP<br>Isaac M. Pachulski<br>Debra I. Grassgreen<br>Gabriel I. Glazer<br>John W. Lucas<br>150 California Street, 15th Floor<br>San Francisco, CA 94111 | *Request for Special Notice*<br>Attorneys for The Baupost Group, L.L.C. |
| Debra Grassgreen<br>Karl Knight<br>1339 Pearl Street, Suite 201<br>Napa, CA 94558 | *Request for Special Notice* |

*[x] Service list continued on following page*

| | |
|---|---|
| Thomas J. Brandi, Esq.<br>Law Offices of Thomas J. Brandi<br>345 Pine Street, 3rd Floor<br>San Francisco, CA 94104 | *Request for Special Notice* |
| Gregory A. Rougeau<br>BRUNETTI ROUGEAU LLP<br>235 Montgomery Street, Suite 410<br>San Francisco, CA 94104 | *Request for Special Notice*<br>Attorneys for KORTICK MANUFACTURING<br>COMPANY |
| Meagan S. Tom<br>LOCKE LORD LLP<br>101 Montgomery Street, Suite 1950<br>San Francisco, CA 94104<br>Telephone: (415) 318-8810<br>Fax: (415) 676-5816<br>meagan.tom@lockelord.com | *Request for Special Notice*<br>Attorneys for International Brotherhood of<br>Electrical Workers Local Union 1245 |
| Sally J. Elkington<br>James A. Shepherd<br>ELKINGTON SHEPHERD LLP<br>409 - 13th Street, 10th Floor<br>Oakland, CA 94612 | *Request for Special Notice*<br>Attorneys for W. BRADLEY ELECTRIC, INC. |
| John A. Vos, Esq.<br>1430 Lincoln Avenue<br>San Rafael, CA 94901 | *Request for Special Notice* |
| R. Alexander Pilmer<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104 | *Request for Special Notice*<br>Attorneys for FEDERAL MONITOR |
| Stephen E. Hessler, P.C. (pro hac vice<br>forthcoming)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022 | *Request for Special Notice*<br>Attorneys for FEDERAL MONITOR |
| Marc Kieselstein, P.C. (pro hac vice<br>forthcoming)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654 | *Request for Special Notice*<br>Attorneys for FEDERAL MONITOR |
| John D. Fiero<br>Pachulski Stang Ziehl & Jones LLP<br>150 California Street, 15th Floor<br>San Francisco, California 94111-4500 | *Request for Special Notice*<br>Attorneys for TRC Companies, Inc. |

*[x] Service list continued on following page*

3

| | |
|---|---|
| 1 | David L. Neale, Esq. |
| 2 | Levene, Neale, Bender, Yoo & Brill L.L.P. |
| 3 | 10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA 90067 |

David L. Neale, Esq.  
Levene, Neale, Bender, Yoo & Brill L.L.P.  
10250 Constellation Blvd., Suite 1700  
Los Angeles, CA 90067

***Request for Special Notice***  
Attorneys for California Independent System Operator

Keith J. Cunningham  
Pierce Atwood LLP  
Merrill's Wharf  
254 Commercial Street  
Portland, ME 04101

***Request for Special Notice***  
Attorneys for California Independent System Operator

Shawn M. Christianson, Esq.  
Valerie Bantner Peo, Esq.  
Buchalter, A Professional Corporation  
55 Second Street, 17th Floor  
San Francisco, California 94105-3493

***Request for Special Notice***  
Attorneys for ORACLE AMERICA, INC.

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**
**Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) <u>1/29/19</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:**

Peter J. Benvenutti    pbenvenutti@kellerbenvenutti.com  
Shawn M. Christianson    schristianson@buchalter.com  
David V. Duperrault    dvd@svlg.com, edn@svlg.com  
Michael P. Esser    michael.esser@kirkland.com  
John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com  
Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com  
Roberto J. Kampfner    rkampfner@whitecase.com  
Tobias S. Keller    tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com  
Lynette C. Kelly    lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov  
Samuel M. Kidder    skidder@ktbslaw.com  
Richard A. Lapping    rich@trodellalapping.com  
John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com  
Kerri Lyman    klyman@irell.com, lgauthier@irell.com  
David L. Neale    dln@lnbrb.com  
Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com  
Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov  
Valerie Bantner Peo    vbantnerpeo@buchalter.com  
R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com  
M. Ryan Pinkston    rpinkston@seyfarth.com, jwoods@seyfarth.com  
Douglas B. Provencher    dbp@provlaw.com  
Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com  
Gregory A. Rougeau    grougeau@brlawsf.com  
James A. Shepherd    jim@elkshep.com, ecf@elkshep.com

4

Michael St. James    ecf@stjames-law.com
Meagan S. Tom    Meagan.tom@lockelord.com, autodocket@lockelord.com
Edward Tredinnick    etredinnick@grmslaw.com
Marta Villacorta    marta.villacorta@usdoj.gov
John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com

*[x] See attached mailing matrix for additional parties served by first class mail*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 29, 2019, at Sacramento, California.

_____
CARMELIA V. DOMINGO

Label Matrix for local noticing
0971-3
Case 19-30088
Northern District of California
San Francisco
Tue Jan 29 13:28:21 PST 2019

Arocles Aguilar
California Public Utilities Commission
505 Van Ness Ave.
San Francisco, CA 94102-3298

CA Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

CA Franchise Tax Board
Special Procedures Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

California Community Choice Association
Buchalter, A Professional Corporation
c/o Valerie Bantner Peo
55 2nd St. 17th Fl.
San Francisco, CA 94105-3493

Chief Tax Collection Section
Employment Development Section
P.O. Box 826203
Sacramento, CA 94230-0001

Shawn M. Christianson
Buchalter, Nemer, Fields and Younger
55 2nd. St. 17th Floor
San Francisco, CA 94105-3493

City and County of San Francisco
City Attorney
City Hall Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102-4682

David V. Duperrault
Silicon Valley Law Group
50 W San Fernando St. #750
San Jose, CA 95113-2450

Elizabeth J. Cabraser, Richard M. Heimann, L
275 Battery Street, 29th Floor
SEE ATTACHMENT FOR ADDITIONAL ADDRESS
San Francisco, CA 94111-3305

Elizabeth J. Cabraser, Richard M. Heimann, L
275 Battery Street, 29th Floor
San Francisco, CA 94111-3305

Michael P. Esser
Kirkland & Ellis LLP
555 California St, 27th Fl
San Francisco, CA 94104-1603

John D. Fiero
Pachulski, Stang, Ziehl, and Jones
150 California St. 15th Fl.
San Francisco, CA 94111-4554

Gregory Frase Enterprises, Inc. dba Kortick
c/o Gregory A. Rougeau, Esq.
Brunetti Rougeau LLP
235 Montgomery St., Ste. 410
San Francisco, CA 94104-2907

Mark Gorton
Boutin Jones, Inc.
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603

Mark A. Gorton
McDonough, Holland and Allen
500 Capitol Mall18th Fl
Sacramento, CA 95814

Debra Grassgreen
1339 Pearl Street
Suite 201
Napa, CA 94559-2556

Debra I. Grassgreen
Pachulski, Stang, Ziehl, and Jones LLP
150 California St. 15th Fl.
San Francisco, CA 94111-4554

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

J. Christopher Shore
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020-1016

KEVIN BURNETT; LESLIE MOORE; DARWIN CRABTREE
275 Battery Street, 29th Floor
San Francisco, CA 94111-3305

Roberto J. Kampfner
Law Offices of White and Case
633 W 5th St. #1900
Los Angeles, CA 90071-2087

Tobias S. Keller
Keller and Benvenutti LLP
650 California St. #1900
San Francisco, CA 94108-2736

Lynette C. Kelly
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102-3661

Samuel M. Kidder
Klee, Tuchin, Bogdanoff and Stern LLP
1999 Ave. of the Stars, 39th Fl.
Los Angeles, CA 90067-6049

LORE OLDS, dba SKY VINEY ARDS SKYLA OLDS et
275 Battery Street, 29th Floor
San Francisco, CA 94111-3305

Richard A. Lapping
Trodella & Lapping LLP
540 Pacific Ave.
San Francisco, CA 94133-4608

John William Lucas
Pachulski Stang Ziehl and Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4554

Kerri Lyman
Irell and Manella LLP
840 Newport Center Dr. #400
Newport Beach, CA 92660-6396

Matthew C. Brown
WHITE & CASE LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131-2352

Jessica Mullan
Sonoma Clean Power Authority
50 Santa Rosa Avenue, Fifth Floor
Santa Rosa, CA 95404-4908

David L. Neale
Levene, Neale, Bender, Rankin and Brill
1801 Ave. of the Stars #1120
Los Angeles, CA 90067

NextEra Energy Inc., et al.
700 Universe Boulevard
Juno Beach, FL 33408-2657

Gregory C. Nuti
Nuti Hart LLP
411 30th St. #408
Oakland, CA 94609-3311

Office of the U.S. Trustee / SF
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102-3661

Oracle America, Inc.
Buchalter
c/o Shawn Christianson
55 Second Street, 17th Floor
San Francisco, ca 94105-3493

PG&E Corporation
77 Beale Street
PO Box 770000
San Francisco, CA 94177-0001

Paul Weiss, Rifkind,
Wharton & Garrison LLP
Alan W. Kornberg
1285 Avenue of the Americas
New York, New York 10019-6031

Paul Weiss, Rifkind,
Wharton & Garrison LLP
Brian S. Hermann
1285 Avenue of the Americas
New York, New York 10019-6031

Paul Weiss, Rifkind,
Wharton & Garrison LLP
Neal P. Donnelly
1285 Avenue of the Americas
New York, New York 10019-6031

Paul Weiss, Rifkind,
Wharton & Garrison LLP
Sean A. Mitchell
1285 Avenue of the Americas
New York, New York 10019-6031

Paul Weiss, Rifkind,
Wharton & Garrison LLP
Walter R. Rieman
1285 Avenue of the Americas
New York, New York 10019-6031

Valerie Bantner Peo
Buchalter Nemer, A Professional Corp.
55 Second St. 17th Fl
San Francisco, CA 94105-3493

R. Alexander Pilmer
Kirkland and Ellis LLP
333 South Hope St.
Los Angeles, CA 90071-1406

M. Ryan Pinkston
Seyfarth Shaw LLP
131 S Dearborn St. #2400
Chicago, IL 60603-5577

Douglas B. Provencher
Law Offices of Provencher and Flatt
823 Sonoma Ave.
Santa Rosa, CA 95404-4714

Lary Alan Rappaport
Proskauer Rose LLP
2029 Century Park E #2400
Los Angeles, CA 90067-3010

Roberto J. Kampfner
WHITE & CASE LLP
555 South Flower Street,
Suite 2700
Los Angeles, CA 90071-2433

Gregory A. Rougeau
Brunetti Rougeau LLP
400 Montgomery St. #1000
San Francisco, CA 94104-1224

San Diego Gas & Electric Company
8326 Century Park Court
San Diego, CA 92123-1576

Sempra Energy
488 8th Avenue
San Diego, CA 92101-7123

James A. Shepherd
Elkington Shepherd LLP
409 13th St. 10th Fl.
Oakland, CA 94612-2607

Southern California Gas Company
555 West Fifth Street
Los Angeles, CA 90013-1011

Michael St. James
St. James Law
22 Battery St. #888
San Francisco, CA 94111-5522

The Baupost Group, L.L.C.
c/o Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4554

Thomas E Lauria
WHITE & CASE LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131-2352

Meagan S. Tom
Locke Lord LLP
44 Montgomery St. #4100
San Francisco, CA 94104-4815

Edward Tredinnick
Greene, Radovsky, Maloney and Share
4 Embarcadero Center #4000
San Francisco, CA 94111-4101

Turner Construction Company
311 California Street
Suite 450
San Francisco, CA 94104-2616

U.S. Attorney
Civil Division
450 Golden Gate Ave.
San Francisco, CA 94102-3661

Marta Villacorta
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102-3661

John A. Vos
Law Offices of John A. Vos
1430 Lincoln Ave.
San Rafael, CA 94901-2021

John A. Vos A
1430 Lincoln Ave.
San Rafael, CA 94901-2021

W. Bradley Electric, Inc.
c/o Elkington Shepherd LLP
409 13th Street
10th Floor
Oakland, CA 94612-2607


**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**


(u)Ad Hoc Group of Institutional Bondholders

(u)Ad Hoc Group of Institutional Par Bondhold

(u)BlueMountain Capital Management, LLC


(u)Butte County

(u)Calaveras County Water District

(u)California Independent System Operator


(u)California Public Utilites Commision

(u)Calpine Corporation

(u)City of Clearlake


(u)City of Napa

(u)City of Santa Rosa

(u)Federal Monitor


(u)Garcia and Associates

(u)International Brotherhood of Electrical Wo

(u)Lake County


(u)Mendocino County

(u)Napa County

(u)Nevada County


(u)Provencher & Flatt

(u)Sonoma County

(u)Sonoma County Agricultural Preservation an

(u)Sonoma County Community Development Commis

(u)Sonoma County Water Agency

(u)Sonoma Valley County Sanitation District

(u)TRC Companies, Inc.

(u)TURN-The Utility Reform Network

(u)Town of Paradise

(u)Valero Refining Company-California

(u)Yuba County

End of Label Matrix
Mailable recipients    63
Bypassed recipients    29
Total                  92