**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re:
Debtor(s): PG&E CORPORATION

Case No. 19-30088-DM

## DEBTOR ELECTRONIC NOTICING REQUEST (DeBN)

CHECK ONLY ONE BOX FOR THE APPLICABLE SECTION BELOW:

**[X] ACTIVATION REQUEST:** (Check this box to receive notices and orders from the Bankruptcy Court by email)

Pursuant to Bankruptcy Rule 9036, I hereby request to receive court notices and orders by email, instead of U.S. mail, from the Bankruptcy Noticing Center (BNC) via the DeBN program. I understand and agree to the following:

- This request is limited to receipt of notices and orders filed by the Bankruptcy Court. I will continue to receive documents filed by other parties, such as the trustee and creditors, by U.S. mail or otherwise per court rules.
- I will receive email notice of court filed documents in current or future bankruptcy cases or adversary proceedings from any bankruptcy court in which I am listed with the same name and address, including when I am listed as a creditor.
- If BNC receives an email bounce-back (undeliverable email), my DeBN account will be automatically disabled. I will then receive notices and orders via U.S. mail. I must file an updated request form to reactivate my account.
- Enrollment in DeBN is completely voluntarily. I may file a request to deactivate my account at any time.

**[ ] UPDATE ACCOUNT INFORMATION:** (Check this box to make changes to your existing DeBN account)

I request the following update(s) to my DeBN account:

  I have a new email address as indicated below.

  I filed a new bankruptcy case. I have an existing DeBN account. Please review my account to ensure my name and address in my account match this new case.

  I request reactivation of my DeBN account so I may receive court notices and orders by email, instead of U.S. mail.

**[ ] DEACTIVATE ELECTRONIC NOTICING:** (Check this box to request deactivation of your DeBN account)

I request deactivation of my DeBN account. I understand that by deactivating my account, I will begin receiving notices and orders filed by the U.S. Bankruptcy Court via U.S. mail, instead of email. I understand that I will continue to receive electronic notices until such time as the Court has deactivated my account.

*I am a debtor in this bankruptcy case, or the debtor's authorized representative if the debtor is a business entity. I have read the applicable section check-marked above and understand and agree to the terms and conditions set forth therein. The Bankruptcy Court and the BNC do not bear any liability for errors resulting from the information I have submitted on this form.*

*Joint debtors who each request enrollment or already have a DeBN account must file separate forms.*

Signature: /s/ Kimberly Winick                    Date: 1/29/2019

Print Name (and title if business entity authorized representative): Kimberly S. Winick, Esq.

Email Address: kwinick@clarktrev.com

For more information about the DeBN program visit the Court website at: www.canb.uscourts.gov          (5/15)
Attorneys: File this form in ECF using the docket event: Bankruptcy Events > Miscellaneous > Debtor Request Regarding Electronic Noticing