Thomas R. Phinney, CA State Bar No. 159435
Donna T. Parkinson, CA State Bar No. 125574
**PARKINSON PHINNEY**
3600 American River Drive, Suite 145
Sacramento, California 95864
Telephone:     (916) 449-1444
Facsimile:     (916) 449-1440
E-mail: tom@parkinsonphinney.com

Counsel for Creditor Yuba County Water Agency

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re

PG&E CORPORATION,

        Debtor.

Case No.  19-30088

**REQUEST FOR NOTICE**

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Yuba County Water Agency, is a creditor in this case and hereby requests special notice of all events in the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules.

Counsel's contact information for purpose of service is:

    Thomas R. Phinney
    PARKINSON PHINNEY
    3600 American River Drive, Suite 145
    Sacramento, California 95864
    e-mail: tom@parkinsonphinney.com

Dated: January 29, 2019        PARKINSON PHINNEY

By: *Thomas R. Phinney*
_____
Thomas R. Phinney
Attorneys for Yuba County Water Agency