Roberto J. Kampfner (SBN 179026)
WHITE & CASE LLP
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
rkampfner@whitecase.com

J. Christopher Shore (*pro hac vice* pending)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020-1095
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
cshore@whitecase.com

Thomas E Lauria (*pro hac vice* pending)
Matthew C. Brown (*pro hac vice* pending)
WHITE & CASE LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352
Telephone: (305) 371-2700
Facsimile: (305) 385-5744
tlauria@whitecase.com
mbrown@whitecase.com

*Attorneys for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company*

FILED
JAN 29 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>Debtor.<br><br>Tax I.D. No. 94-3234914<br><br>In re:<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtor.<br><br>Tax I.D. No. 94-0742640 | Case No. 19-30088 (DM)<br>Case No. 19-30089 (DM)<br><br>Chapter 11<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY THOMAS E LAURIA *PRO HAC VICE*** |

Pursuant to Rule 1001-2(a) of the Bankruptcy Local Rules of the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Local Rules**") and Rule 11-3 of the Civil Local Rules of the United States District Court for the District of Northern

California (the "**Local Rules**"), Thomas E Lauria, an active member in good standing of the state bars of Florida and Texas, who is therefore a member in good standing of the bars of the highest courts in those states, hereby applies for admission to practice in the United States Bankruptcy Court for the Northern District of California (the "**Court**") on a *pro hac vice* basis representing Sempra Energy, San Diego Gas & Electric Company ("**SDG&E**"), and Southern California Gas Company ("**SoCalGas**" and together with Sempra Energy and SDG&E, "**Sempra**") in the above-captioned bankruptcy cases.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules, the Bankruptcy Dispute Resolution Program of this Court, and the Bankruptcy Local Rules; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, and telephone number of that attorney is:

> Roberto J. Kampfner (SBN 179026)
> WHITE & CASE LLP
> 555 South Flower Street, Suite 2700
> Los Angeles, CA 90071
> Telephone: (213) 620-7700

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 29, 2019          WHITE & CASE LLP

By: *Thomas Lauria*
Thomas E Lauria
*Attorney for Sempra*



# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida  )

County of Leon  )

In Re: 0044083
Thomas E Lauria
White & Case 200 S Biscayne Blvd Ste 4900
Miami, FL 33131-2346

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **March 27, 1995**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 25th day of **January, 2019**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-33332



Case: 19-30088    Doc# 70    Filed: 01/29/19    Entered: 01/29/19 15:52:11    Page 3 of 5

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

January 25, 2019

Re: Mr. Thomas E. Lauria, State Bar Number 11998025

To Whom It May Concern:

This is to certify that Mr. Thomas E. Lauria was licensed to practice law in Texas on May 08, 1987, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

*[signature]*

Linda A. Acevedo
Chief Disciplinary Counsel
LA/web



```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611140001
Cashier ID: almaceh
Transaction Date: 01/29/2019
Payer Name: LEGAL SUPPORT NETWORK LLC
----------------------------------
PRO HAC VICE                        ✓
 For: Thomas E Lauria
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:       $310.00
PRO HAC VICE
 For: Christopher Shore
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:       $310.00
PRO HAC VICE
 For: Matthew C Brown
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:       $310.00
----------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 131893
 Amt Tendered:  $930.00
----------------------------------
Total Due:      $930.00
Total Tendered: $930.00
Change Amt:     $0.00

PGandE
19-30088DM
19-30089DM

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```