Roberto J. Kampfner (SBN 179026)
WHITE & CASE LLP
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
rkampfner@whitecase.com

Thomas E Lauria (*pro hac vice* pending)
Matthew C. Brown (*pro hac vice* pending)
WHITE & CASE LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352
Telephone: (305) 371-2700
Facsimile: (305) 385-5744
tlauria@whitecase.com
mbrown@whitecase.com

J. Christopher Shore (*pro hac vice* pending)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020-1095
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
cshore@whitecase.com

*Attorneys for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company*

**FILED**

JAN 29 2019

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

FAXED

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>      Debtor.<br><br>Tax I.D. No. 94-3234914 | Case No. 19-30088 (DM)<br>Case No. 19-30089 (DM)<br><br>Chapter 11<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY J. CHRISTOPHER SHORE *PRO HAC VICE*** |
| In re:<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>      Debtor.<br><br>Tax I.D. No. 94-0742640 | |

Pursuant to Rule 1001-2(a) of the Bankruptcy Local Rules of the United States

Bankruptcy Court for the Northern District of California (the "**Bankruptcy Local Rules**") and Rule 11-3 of the Civil Local Rules of the United States District Court for the District of Northern California (the "**Local Rules**"), J. Christopher Shore, an active member in good standing of the state bar of New York, who is therefore a member in good standing of the bar of the highest court in that state, hereby applies for admission to practice in the United States Bankruptcy Court for the Northern District of California (the "**Court**") on a *pro hac vice* basis representing Sempra Energy, San Diego Gas & Electric Company ("**SDG&E**"), and Southern California Gas Company ("**SoCalGas**" and together with Sempra Energy and SDG&E, "**Sempra**") in the above-captioned bankruptcy cases.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules, the Bankruptcy Dispute Resolution Program of this Court, and the Bankruptcy Local Rules; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, and telephone number of that attorney is:

   Roberto J. Kampfner (SBN 179026)
   WHITE & CASE LLP
   555 South Flower Street, Suite 2700
   Los Angeles, CA 90071
   Telephone:   (213) 620-7700

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 29, 2019            WHITE & CASE LLP

                                   By: *[signature]*
                                   J. Christopher Shore
                                   *Attorney for Sempra*

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# JOHN CHRISTOPHER SHORE

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **March 1, 1993**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**January 28, 2019**

1888

*Clerk of the Court*

Case: 19-30088    Doc# 71    Filed: 01/29/19    Entered: 01/29/19 16:06:12    Page 3 of 4

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611140001
Cashier ID: almaceh
Transaction Date: 01/29/2019
Payer Name: LEGAL SUPPORT NETWORK LLC
----------------------------------
PRO HAC VICE
 For: Thomas E Lauria
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:       $310.00
PRO HAC VICE                    ✓
 For: Christopher Shore
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:       $310.00
PRO HAC VICE
 For: Matthew C Brown
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:       $310.00
----------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 131893
 Amt Tendered:  $930.00
----------------------------------
Total Due:       $930.00
Total Tendered:  $930.00
Change Amt:      $0.00

PGandE
19-30088DM
19-30089DM

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```