JEFFREY C. KRAUSE, SBN 94053
  jkrause@gibsondunn.com
GENEVIEVE G. WEINER, SBN 254272
  gweiner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

MICHAEL A. ROSENTHAL, NY SBN 4697561
  mrosenthal@gibsondunn.com
  (*pro hac vice* pending)
ALAN MOSKOWITZ, NY SBN 4760476
  amoskowitz@gibsondunn.com
  (*pro hac vice* pending)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Attorneys for Topaz Solar Farms LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E Corporation,<br><br>           Debtor.<br><br>Tax I.D. No. 94-3234914<br><br>In re:<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>           Debtor.<br><br>Tax I.D. No. 94-0742640 | CASE NO. 3:19-bk-30088<br>*Joint Administration Pending*<br><br>Chapter 11<br><br>Assigned to the Hon. Dennis Montali<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE** that Topaz Solar Farms LLC ("Topaz Solar"), creditor and party-in-interest in the above-captioned bankruptcy case (the "Bankruptcy Cases"), by and through its counsel, Gibson, Dunn & Crutcher LLP, hereby enters this appearance pursuant to section 1109(b) of the title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and

Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that the counsel listed below be added to the official mailing matrix, CM/ECF, and service lists in the Bankruptcy Cases. Topaz Solar requests, pursuant to Bankruptcy Rule 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings be given or required to be given in the Bankruptcy Cases and copies of all papers served or required to be served in the Bankruptcy Cases, including but not limited to, all notices (including those required by the Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, and all other matters arising herein or in any way related to the Bankruptcy Cases, including in adversary proceedings, be given and served upon Gibson, Dunn & Crutcher LLP at the following addresses:

| | |
|---|---|
| Jeffrey C. Krause<br>Genevieve G. Weiner<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Email: Jkrause@gibsondunn.com<br>        Gweiner@gibsondunn.com<br>Telephone:   213.229.7000<br>Facsimile:    213.229.7520 | Michael A. Rosenthal<br>Alan Moskowitz<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY  10166-0193<br>Email: Mrosenthal@gibsondunn.com<br>        Amoskowitz@gibsondunn.com<br>Telephone:   212.351.4000<br>Facsimile:    212.351.4035 |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request applies to and includes not only the notices and papers referenced in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, all orders, notices, and pleadings relating to any application, motion, petition, objection, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand deliver, facsimile transmission, electronic mail, tele or otherwise and that (i) affects, or seeks to affect, or potentially affect in any way, any rights or interests of any creditor or party-in-interest in these Bankruptcy Cases; (ii) affects, or seeks to affect (a) the above-captioned Debtors and/or their estates or (b) property or proceeds thereof in the possession, custody, or control of others that any of the Debtors or their estates may see to use; or (iii) requires or seeks to require any act, delivery of any property, payment or other conduct of Topaz Solar.

1  **PLEASE TAKE FURTHER NOTICE** that Topaz Solar does not, by filing this Notice of
2  Appearance and Request for Service of Papers, waive, nor shall this filing constitute a waiver of, any
3  of its rights: (i) to have final orders in non-core matters entered only after de novo review by a
4  District Judge; (ii) to trial by jury in any proceeding so triable in these cases; or any controversy or
5  proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter
6  subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses,
7  setoffs or recoupments to which Topaz Solaris or may be entitled, in law or in equity, all of which
8  rights, claims, actions, defenses, setoffs and recoupments Topaz Solar expressly reserves.

Dated: January 29, 2019

GIBSON, DUNN & CRUTCHER LLP

By:  /s/ Genevieve G. Weiner
     Jeffrey C. Krause
     Michael A. Rosenthal
     Genevieve G. Weiner
     Alan Moskowitz

Attorneys for Topaz Solar Farms LLC

103181968.3