Kirsten A. Worley, Bar No. 222513
kw@wlawcorp.com
Worley Law, P.C.
1572 Second Avenue
San Diego, CA 92101
Telephone: 619-550-1004
Facsimile: 619-550-1051

Attorneys for Ballard Marine Construction, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtor.<br><br>Tax I.D. No. 94-0742640 | Case No. 19-30088-DM<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Ballard Marine Construction, Inc. ("Ballard") in connection with the Chapter 11 case of the above-captioned debtor (the "Debtor"), and pursuant to Federal Rules of Bankruptcy Procedure, Rules 2002, 9007, and 9010, and 11 U.S.C. §1109(b), requests that the following names be added to any service list in the Chapter 11 case, and that all notices given or required to be given, and all papers served or required to be served in the in the Chapter 11 case and all related actions be given and served upon:

> Kirsten A. Worley
> kw@wlawcorp.com
> Worley Law, P.C.
> 1572 Second Avenue
> San Diego, CA 92101
> Telephone: 619-550-1004

///

///

|   |   |
|---|---|
| 1 | Todd W. Blischke |
| 2 | TBlischke@williamskastner.com |
|   | Williams Kastner |
| 3 | 601 Union Street, Suite 4100 |
|   | Seattle, WA 98101-2380 |
| 4 | Telephone: 206-628-6623 |

PLEASE TAKE FURTHER NOTICE that this request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders, notices of any application, motion, petition, pleading, request, objection, complaint, or demand, any amendments to the Schedules or Statement of Financial Affairs, all creditors committee notices, and all other notices required by the United States Bankruptcy Code and Rules and/or the Local Rules of the above-referenced court, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile transmission, e-mail, or otherwise. The foregoing request includes the attorneys' request to be added to the master mailing list and the ECF/PACER electronic notice list for the above-referenced case.

PLEASE TAKE FURTHER NOTICE that Ballard intends that neither this Notice of Appearance and Request For Notice nor any later appearance, pleading, claim, or suit shall waive (1) its right to have final orders in non-core matters entered only after de novo review by a District Judge; (2) its right to trial by jury in any proceeding so triable in the Chapter 11 case or any case, controversy, or proceeding related to the Chapter 11 case; (3) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under agreements, in law or in equity, all of which rights are expressly reserved.

///

///

///

///

///

- 2 -

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

1 | It is so respectfully submitted,
2 | Dated: January 29, 2019     Worley Law, P.C.
4 | By: /s/ Kirsten A. Worley
5 | Kirsten A. Worley
   | Attorneys for
6 | Ballard Marine Construction, Inc.