THOMAS F. KOEGEL (SBN 125852)
tkoegel@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, California 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

MONIQUE D. ALMY (*pro hac vice* pending)
malmy@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2935
Facsimile: (202) 628-5116

Attorneys for Creditors and
Parties-in-Interest NEXANT

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>　　　　Debtor. | Case No. 3:19-bk-30088<br><br>Chapter Number: 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE** that Nexant, creditor and party in interest in the above-captioned bankruptcy case (the "**Bankruptcy Case**"), by and through its counsel, Crowell & Moring LLP, hereby enters this appearance pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and requests that the counsel listed below be added to the official mailing matrix, CM/ECF, and service lists in the Bankruptcy Case. Nexant requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in the

Bankruptcy Case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, and all other matters arising herein or in any way related to the Bankruptcy Case, including in adversary proceedings, be given and served upon Crowell & Moring LLP at the following address:

| | |
|---|---|
| Thomas F. Koegel<br>CROWELL & MORING LLP<br>3 Embarcadero Center, 26th Floor<br>San Francisco, California 94111<br>Telephone: (415) 986-2800<br>Facsimile: (415) 986-2827<br>tkoegel@crowell.com | Monique D. Almy<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 624-2935<br>Facsimile: (202) 628-5116<br>malmy@crowell.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request applies to and includes not only the notices and papers referenced in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, all orders, notices and pleadings relating to any application, motion, petition, objection, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile transmission, electronic mail, telex or otherwise that (i) affects, or seeks to affect, or may potentially affect in any way, any rights or interest of any creditor or party-in-interest in this case; (ii) affects, or seeks to affect (a) the above-captioned Debtor and/or its estate or (b) property or proceeds thereof in the possession, custody, or control of others that any of the Debtor or its estate may seek to use; or (iii) requires or seeks to require any act, delivery of any property, payment or other conduct by Nexant.

**PLEASE TAKE FURTHER NOTICE** that Nexant does not, by filing this Notice of Appearance and Request for Service of Papers nor any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Notice of Appearance and Request for Service of Papers constitute a waiver of any of its rights: (i) to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) to trial by jury in any proceedings so triable in this case, or any controversy or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or

| | |
|---|---|
| 1 | discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or |
| 2 | recoupments to which Nexant is or may be entitled, in law or in equity, all of which rights, |
| 3 | claims, actions, defenses, setoffs and recoupments Nexant expressly reserves. |

Respectfully submitted,

DATED: January 29, 2019        CROWELL & MORING LLP

By: */s/*
    Thomas F. Koegel
    Monique D. Almy
    Attorneys for Creditors and Parties-in-Interest
    NEXANT