Andy S. Kong (SBN 243933)
Christopher K.S. Wong (SBN 308048)
**ARENT FOX LLP**
555 W. Fifth Street, 48th Floor
Los Angeles, CA 90013
Telephone:  213.629.7400
Facsimile:   213.629.7401
andy.kong@arentfox.com
christopher.wong@arentfox.com

Attorneys for Genesys Telecommunications
Laboratories, Inc.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 |
| **PG&E CORPORATION,** *et al.*, | Chapter 11 |
| Debtors.[1] | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: PG&E Corporation [4914] and Pacific Gas and Electric Company [2640].

**TO THE DEBTORS AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE THAT** pursuant to Rules 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, Arent Fox LLP hereby files this *Notice of Appearance and Request for Service of Papers* as counsel for creditor Genesys Telecommunications Laboratories, Inc. ("Genesys"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, Genesys respectfully requests that all notices given or required to be given in this proceeding and all papers served or required to be served in this proceeding, be served upon:

> **ARENT FOX LLP**
> Attn: Andy S. Kong, Esq. and Christopher K.S. Wong, Esq.
> 555 West Fifth Street, 48th Floor
> Los Angeles, CA 90013-1065
> Telephone: 213.629.7400
> Facsimile: 213.629.7401
> andy.kong@arentfox.com
> christopher.wong@arentfox.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended, or shall be deemed, to waive the right of Genesys: (1) to have final orders in non-core matters entered only after *de novo* review by a higher court; (2) to trial by jury in any proceeding so triable herein or in any related case, controversy or proceedings; (3) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (4) to contest jurisdiction or appropriate venue of the Bankruptcy Court in this proceeding or is intended or shall be deemed to waive any other rights, claims, actions, defenses, setoffs or recoupments to

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES
AFDOCS/17621586.1
Case: 19-30088  Doc# 80  Filed: 01/29/19  Entered: 01/29/19 18:13:55  Page 2 of 8

which Genesys is or may be entitled under agreements or in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that Genesys additionally requests that the Debtors and the Clerk of the Court place the foregoing names and address on any mailing matrix or list of creditors to be prepared or existing in the above-referenced case.

Dated: January 29, 2019

By: /s/ *Andy S. Kong*
Andy S. Kong
**ARENT FOX LLP**
Attorneys for Genesys Telecommunications Laboratories, Inc.

# PROOF OF SERVICE

I, Yvonne Li, declare as follows:

I am a citizen of the United states and over the age of eighteen (18) years and not a party to the within action.

My business address is 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

On January 29, 2019, I served document(s) described as:

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

on the interested parties in this action by placing [ ] the original [x] true copies thereof enclosed in sealed envelopes addressed as follows:

**JUDGE:**

Hon. Dennis Montali - "Chambers Copies"
U.S. Bankruptcy Judge
Mail Box 36099
450 Golden Gate Avenue
San Francisco, CA 94102

[x]  BY MAIL: Service was accomplished by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth above.

[x]  BY E-MAIL/NEF: Service was accomplished through the Notice of Electronic Filing ("NEF") for parties and counsel who are registered ECF Users and those identified below:

*Peter J. Benvenutti on behalf of Plaintiff PG&E Corporation*
*pbenvenutti@kellerbenvenutti.com*

*Peter J. Benvenutti on behalf of Plaintiff Pacific Gas and Electric Company*
*pbenvenutti@kellerbenvenutti.com*

*Shawn M. Christianson on behalf of Creditor Oracle America, Inc.*
*schristianson@buchalter.com*

*Jonathan R. Doolittle on behalf of Creditor Lodi Gas Storage, L.L.P.*
*jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com*

*Jonathan R. Doolittle on behalf of Creditor Nevada Irrigation District*
*jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com*

*Jonathan R. Doolittle on behalf of Creditor Wild Goose, LLC*
*jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com*

*David V. Duperrault on behalf of Creditor TURN-The Utility Reform Network*
*dvd@svlg.com, edn@svlg.com*

*Michael P. Esser on behalf of Interested Party Calpine Corporation*
*michael.esser@kirkland.com*

*John D. Fiero on behalf of Creditor TRC Companies, Inc.*
*jfiero@pszjlaw.com, ocarpio@pszjlaw.com*

*Mark A. Gorton on behalf of Attorney Mark Gorton*
*mgorton@boutininc.com, cdomingo@boutininc.com*

*Mark A. Gorton on behalf of Creditor Sonoma Clean Power Authority*
*mgorton@boutininc.com, cdomingo@boutininc.com*

*Mark A. Gorton on behalf of Creditor Jessica Mullan*
*mgorton@boutininc.com, cdomingo@boutininc.com*

*Debra I. Grassgreen on behalf of Creditor Debra Grassgreen*
*dgrassgreen@pszjlaw.com, hphan@pszjlaw.com*

*Roberto J. Kampfner on behalf of Interested Party San Diego Gas & Electric Company*
*rkampfner@whitecase.com*

*Roberto J. Kampfner on behalf of Interested Party Sempra Energy*
*rkampfner@whitecase.com*

*Roberto J. Kampfner on behalf of Interested Party Southern California Gas Company*
*rkampfner@whitecase.com*

*Tobias S. Keller on behalf of Debtor PG&E Corporation*
*tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com*

*Lynette C. Kelly on behalf of U.S. Trustee Office of the U.S. Trustee / SF*
*lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov*

*Samuel M. Kidder on behalf of Interested Party NextEra Energy Inc., et al.*
*skidder@ktbslaw.com*

*Jane Kim on behalf of Debtor PG&E Corporation*
*jkim@kellerbenvenutti.com*

*Thomas F. Koegel on behalf of Creditor Nexant Inc.*
*tkoegel@crowell.com*

| | |
|---|---|
| 1 | *Richard A. Lapping on behalf of Creditor Valero Refining Company-California* |
| 2 | *rich@trodellalapping.com* |
| 3 | *John William Lucas on behalf of Interested Party The Baupost Group, L.L.C.* |
| 4 | *jlucas@pszjlaw.com, ocarpio@pszjlaw.com* |
| 5 | *Kerri Lyman on behalf of Interested Party BlueMountain Capital Management, LLC* |
| 6 | *klyman@irell.com, lgauthier@irell.com* |
| 7 | *John H. MacConaghy on behalf of Interested Party Individual Plaintiffs Executive Committee Appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the* |
| 8 | *macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com* |
| 9 | *David L. Neale on behalf of Interested Party California Independent System Operator* |
| 10 | *dln@lnbrb.com* |
| 11 | *Gregory C. Nuti on behalf of Creditor Butte County* |
| 12 | *gnuti@nutihart.com, nwhite@nutihart.com* |
| 13 | *Gregory C. Nuti on behalf of Creditor Calaveras County Water District* |
|    | *gnuti@nutihart.com, nwhite@nutihart.com* |
| 14 | *Gregory C. Nuti on behalf of Creditor City of Clearlake* |
| 15 | *gnuti@nutihart.com, nwhite@nutihart.com* |
| 16 | *Gregory C. Nuti on behalf of Creditor City of Napa* |
| 17 | *gnuti@nutihart.com, nwhite@nutihart.com* |
| 18 | *Gregory C. Nuti on behalf of Creditor City of Santa Rosa* |
|    | *gnuti@nutihart.com, nwhite@nutihart.com* |
| 19 | *Gregory C. Nuti on behalf of Creditor Lake County* |
| 20 | *gnuti@nutihart.com, nwhite@nutihart.com* |
| 21 | *Gregory C. Nuti on behalf of Creditor Mendocino County* |
| 22 | *gnuti@nutihart.com, nwhite@nutihart.com* |
| 23 | *Gregory C. Nuti on behalf of Creditor Napa County* |
| 24 | *gnuti@nutihart.com, nwhite@nutihart.com* |
| 25 | *Gregory C. Nuti on behalf of Creditor Nevada County* |
|    | *gnuti@nutihart.com, nwhite@nutihart.com* |
| 26 | *Gregory C. Nuti on behalf of Creditor Sonoma County* |
| 27 | *gnuti@nutihart.com, nwhite@nutihart.com* |
| 28 | |

| | |
|---|---|
| 1 | *Gregory C. Nuti on behalf of Creditor Sonoma County Agricultural Preservation and Open Space District* |
| 2 | *gnuti@nutihart.com, nwhite@nutihart.com* |
| 3 | |
| 4 | *Gregory C. Nuti on behalf of Creditor Sonoma County Community Development Commission*<br>*gnuti@nutihart.com, nwhite@nutihart.com* |
| 5 | *Gregory C. Nuti on behalf of Creditor Sonoma County Water Agency* |
| 6 | *gnuti@nutihart.com, nwhite@nutihart.com* |
| 7 | *Gregory C. Nuti on behalf of Creditor Sonoma Valley County Sanitation District* |
| 8 | *gnuti@nutihart.com, nwhite@nutihart.com* |
| 9 | *Gregory C. Nuti on behalf of Creditor Town of Paradise*<br>*gnuti@nutihart.com, nwhite@nutihart.com* |
| 10 | *Gregory C. Nuti on behalf of Creditor Yuba County* |
| 11 | *gnuti@nutihart.com, nwhite@nutihart.com* |
| 12 | *Office of the U.S. Trustee / SF* |
| 13 | *USTPRegion17.SF.ECF@usdoj.gov* |
| 14 | *Valerie Bantner Peo on behalf of Interested Party California Community Choice Association*<br>*vbantnerpeo@buchalter.com* |
| 15 | |
| 16 | *Thomas R. Phinney on behalf of Creditor Yuba County Water Agency*<br>*tom@parkinsonphinney.com* |
| 17 | *R. Alexander Pilmer on behalf of Interested Party Federal Monitor* |
| 18 | *alexander.pilmer@kirkland.com, keith.catuara@kirkland.com* |
| 19 | *M. Ryan Pinkston on behalf of Creditor Turner Construction Company*<br>*rpinkston@seyfarth.com, jwoods@seyfarth.com* |
| 20 | |
| 21 | *Douglas B. Provencher on behalf of Interested Party Provencher & Flatt*<br>*dbp@provlaw.com* |
| 22 | |
| 23 | *Lary Alan Rappaport on behalf of Interested Party Ad Hoc Group of Institutional Bondholders of Pacific Gas and Electric Co.* |
| 24 | *lrappaport@proskauer.com, PHays@proskauer.com* |
| 25 | *Lary Alan Rappaport on behalf of Interested Party Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co.* |
| 26 | *lrappaport@proskauer.com, PHays@proskauer.com* |
| 27 | *Gregory A. Rougeau on behalf of Creditor Gregory Frase Enterprises, Inc. dba Kortick Manufacturing Company* |
| 28 | *grougeau@brlawsf.com* |

| | |
|---|---|
| 1 | *James A. Shepherd on behalf of Creditor W. Bradley Electric, Inc.* |
| 2 | *jim@elkshep.com, ecf@elkshep.com* |
| 3 | *Michael St. James on behalf of Interested Party Garcia and Associates* |
| 4 | *ecf@stjames-law.com* |
| 5 | *Meagan S. Tom on behalf of Creditor International Brotherhood of Electrical Workers Local Union 1245* |
| 6 | *Meagan.tom@lockelord.com, autodocket@lockelord.com* |
| 7 | *Edward Tredinnick on behalf of Creditor City and County of San Francisco* |
| 8 | *etredinnick@grmslaw.com* |
| 9 | *Marta Villacorta on behalf of U.S. Trustee Office of the U.S. Trustee / SF* |
|   | *marta.villacorta@usdoj.gov* |
| 10 | *John A. Vos on behalf of Interested Party John A. Vos, A* |
| 11 | *InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com* |
| 12 | *Genevieve G. Weiner on behalf of Creditor Topaz Solar Farms LLC* |
| 13 | *gweiner@gibsondunn.com* |
| 14 | *Kimberly S. Winick on behalf of Interested Party California Community Choice Association* |
|   | *kwinick@clarktrev.com, knielsen@clarktrev.com* |
| 15 | *Kirsten A. Worley on behalf of Creditor Ballard Marine Construction, Inc.* |
| 16 | *kw@wlawcorp.com, admin@wlawcorp.com* |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. This declaration was executed on January 29, 2019 at Los Angeles, California.

*/s/ Yvonne Li*
YVONNE LI
Declarant