David B. Shemano (State Bar No. 176020)
dshemano@shemanolaw.com
SHEMANOLAW
1801 Century Park East, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 492-5033

Attorney for East Bay Community Energy Authority

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 19-30088 |
| PG&E CORPORATION, | Chapter 11 |
|     Debtor and Debtor in Possession. | |
| | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

East Bay Community Energy Authority hereby appears in this case and requests that all notices, papers and pleadings to which it is entitled be served as follows:

>Leah S. Goldberg (State Bar No. 157278)
>General Counsel
>EAST BAY COMMUNITY ENERGY AUTHORITY
>1111 Broadway, 3rd Floor
>Oakland, CA 94607
>Telephone: (510) 838-5266
>Email: lgoldberg@ebce.org

with a copy to:

>David B. Shemano (State Bar No. 176020)
>SHEMANOLAW
>1801 Century Park East, Suite 1600
>Los Angeles, CA 90067
>Telephone: (310) 492-5033
>Email: dshemano@shemanolaw.com

DATED: January 29, 2019         **SHEMANOLAW**

By:   /s/ David B. Shemano
         David B. Shemano

Attorney for East Bay Community Energy Authority