UNITED STATES DEPARTMENT OF JUSTICE
Joseph H. Hunt, Assistant Attorney General
Civil Division
Ruth A. Harvey, Director
Kirk Manhardt, Deputy Director
Matthew Troy (GA Bar No. 717258)
Marc S. Sacks (GA Bar No. 621931)
Danielle A. Pham (CA Bar No. 269915)
Trial Attorneys
P.O. Box 875, Ben Franklin Station
Washington, D.C. 20044-0875
Telephone: (202) 514-7451
Email: marcus.s.sacks@usdoj.gov
      danielle.pham@usdoj.gov

David L. Anderson (CA Bar No. 149604)
United States Attorney
Northern District of California

Attorneys for the United States

IN THE UNITED STATES BANKRUPTYC COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>        Debtor-in-Possession.<br><br>In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>        Debtor-in-Possession. | Bankruptcy Case No. 19-30088-DM<br><br>Chapter 11<br><br><br>Bankruptcy Case No. 19-30089-DM<br><br>Chapter 11 |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the United States of America, by and through the U.S. Department of Justice, hereby enters its appearance for the Federal Energy Regulatory Commission ("FERC").

Pursuant to Bankruptcy Rule 2002 and Section 342 of the Bankruptcy Code, the United States requests that its name be added to the mailing list maintained by the Clerk for this case, and that all notices given and all papers served on any party, filed with the Court, or delivered to the Office of the United States Trustee in any of these cases be served upon the United States at the addresses set forth below. The foregoing request includes all of the notices and papers referred to in the Bankruptcy Rules, Bankruptcy Code, and Local Bankruptcy Rules, and also includes, without limitation, disclosure statements, plans of reorganization, schedules, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, cash-flow reports, requests or petitions, answering or reply papers, memoranda and brief in support of any of the foregoing and any other document brought before this Court with respect to this case and any proceeding therein, whether formal or informal, and whether written or oral. Please serve all such notices and papers on:

> Danielle A. Pham
> U.S. Department of Justice
> Civil Division
> (202) 514-7451 (direct)
> (202) 514-9163 (fax)
> danielle.pham@usdoj.gov

Her office addresses are:

> P.O. Box 875
> Ben Franklin Station
> Washington, DC 20044-0875
> (regular mail)

and

1100 L Street, NW
Room 7106
Washington DC, 20005
(hand delivery/overnight mail)

Because postal service mail to this government attorney presently is substantially delayed for security screening, please transmit all papers addressed to her by electronic mail or if electronic mail is not available, by facsimile.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed or construed to be a waiver of the rights: (i) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) to a trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) to any other rights, claims, actions, setoffs, or recoupments to which the United States is or may be entitled.

Dated: January 30, 2019		Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON (CA Bar No. 149604)
United States Attorney
Northern District of California

RUTH A. HARVEY
Director

KIRK MANHARDT
Deputy Director

/s/ Danielle A. Pham
MATTHEW TROY (GA Bar No. 717258)
MARC S. SACKS (GA Bar No. 621931)
DANIELLE A. PHAM (CA Bar No. 269915)
Trial Attorneys
U.S. Department of Justice, Civil Division
P.O. Box 875, Ben Franklin Station
Washington, D.C. 20044-0875
Telephone: (202) 514-7451
Facsimile: (202) 514-9163
E-mail: danielle.pham@usdoj.gov

ATTORNEYS FOR THE UNITED STATES
OF AMERICA

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 30, 2019, I electronically filed the foregoing NOTICE OF APPEARANCE AND REQUEST FOR NOTICE with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ Danielle A. Pham
DANIELLE A. PHAM
Commercial Litigation Branch
Civil Division
United States Department of Justice
