UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA



In re
PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY

Debtor(s).

Case No. 19-30088
Chapter 11

APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a)(29) and Civil L.R. 11-3, W. Steven Bryant, an active member in good standing of the bar of Texas, hereby applies for admission to practice in the Northern District of California on *a pro hac vice* basis representing International Brotherhood of Electrical Workers Local Union 1245 in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

   Meagan S. Tom

   Locke Lord LLP; 101 Montgomery Street, Suite 1950, San Francisco, CA 94104

   (415) 318-8810.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/29/2019

W. Steven Bryant

Case: 19-30088    Doc# 87    Filed: 01/29/19    Entered: 01/30/19 08:56:26    Page 1 of 3

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

January 11, 2019


Re: Mr. William Steven Bryant, State Bar Number 24027413


To Whom It May Concern:

This is to certify that Mr. William Steven Bryant was licensed to practice law in Texas on November 01, 2000, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.


Sincerely,

Linda A. Acevedo
Chief Disciplinary Counsel
LA/web



CORRECTED

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611139974
Cashier ID: almaceh
Transaction Date: 01/29/2019
Payer Name: locke lord llp

PRO HAC VICE
 For: locke lord llp
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:      $310.00

NON-SCANNABLE CHECK
 Check/Money Order Num: 2401849
 Amt Tendered: $310.00

Total Due:       $310.00
Total Tendered: $310.00
Change Amt:      $0.00

19-30088
chapter 11

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.