**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro (pro hac vice pending)
(pzumbro@cravath.com)
Kevin J. Orsini (pro hac vice pending)
(korsini@cravath.com)
Omid H. Nasab (pro hac vice pending)
(onasab@cravath.com)
825 Eighth Avenue
New York, NY 10019
Tel: 212 474 1000
Fax: 212 474 3700

-and-

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:  (415) 496-6723
Fax:  (415) 636-9251

*Proposed Attorneys for Debtors and Debtors in Possession*

FILED
JAN 29 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>　　　　Debtor.<br><br>Tax I.D. No. 94-3234914 | Case Nos:　19-30088　(　)<br>　　　　　　　19-30089　(　)<br><br>Chapter 11<br><br>APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| In re:<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　Debtor.<br><br>Tax I.D. No. 94-0742640 | |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, <u>Kevin J. Orsini</u>, an active member in good standing of the bar of the <u>Southern District of New York</u> hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing <u>Pacific Gas and Electric Company and PG&E Corporation</u>, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

<u>Tobias S. Keller (#151445)</u>

<u>KELLER & BENVENUTTI LLP</u>

<u>650 California Street, Suite 1900</u>

<u>San Francisco, CA 94108</u>

<u>(415) 496-6723</u>

<u>tkeller@kellerbenvenutti.com</u>

I declare under penalty of perjury that the foregoing is true and correct.

Dated: <u>January 29, 2019</u>    _____

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611139989
Cashier ID: almaceh
Transaction Date: 01/29/2019
Payer Name: cravath swaine and moore llp

PRO HAC VICE
 For: kevin orsini
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:         $310.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 260312
 Amt Tendered:  $310.00

Total Due:      $310.00
Total Tendered: $310.00
Change Amt:     $0.00

PGandE


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```