JOSEPH A. EISENBERG P.C. (CAL. SBN 52346)
2976 E. State Street, Suite 120 – No. 111
Eagle, Idaho 83616
Telephone: (208) 206-2029
E-mail Address: JAE1900@yahoo.com

Attorney for The Act 1 Group, Inc.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>      Debtor. | Case No. 3:19-bk-30088-DM<br>Chapter 11 |
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>      Debtor. | Case No. 3:19-bk-30089-DM<br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS** |

**TO THE CLERK OF THE COURT, THE UNITED STATES TRUSTEE, THE DEBTOR, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Joseph A. Eisenberg P.C. hereby appears as counsel for The Act 1 Group, Inc. ("Act 1"), creditor herein. Pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of Title 11 of the United States Code, Act 1 requests that all notice that are required to be given and all pleadings and orders that are required to be served in the above-captioned chapter 11 case (the "Chapter 11 Case") be served to the following address:

JOSEPH A. EISENBERG P.C.
2976 E. State Street, Suite 120 – No. 111
Eagle, Idaho 83616
E-mail Address: JAE1900@yahoo.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, formal or informal, and whether transmitted or conveyed by mail, hand delivery, facsimile transmission, e-mail, telephone, telegraph, telex or otherwise, which affects the above-captioned debtor (the "Debtor") or the property of or in the possession, custody or control of the Debtor or which is otherwise filed or given with regard to the above-referenced case.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a district Judge, (2) to trial by jury in any proceeding so triable in this care or any case, controversy, or proceeding related to this case, or (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Notices and Documents is without prejudice to Act 1's rights, remedies, claims, actions, defenses, setoffs, or recoupments, in law or in equity, against the Debtors and any other entities either in this case or in any other action, all of which rights, remedies, claims, actions, defenses, setoffs and recoupments are expressly reserved.

PLEASE TAKE FURTHER NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 3017(a), Act 1 further requests that all plans and disclosure statements filed herein by any party served upon Act 1's undersigned counsel.

DATED: January 29, 2019             JOSEPH A. EISENBERG P.C.

                                    By:      /s/ Joseph A. Eisenberg
                                        JOSEPH A. EISENBERG
                                        Attorney for The Act 1 Group, Inc.

| | |
|---|---|
| 1 | JOSEPH A. EISENBERG P.C. (CAL. SBN 52346) |
| 2 | 2976 E. State Street, Suite 120 – No. 111<br>Eagle, Idaho 83616 |
| 3 | Telephone: (208) 206-2029<br>E-mail Address: JAE1900@yahoo.com |
| 4 | Attorney for The Act 1 Group, Inc. |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>         Debtor. | Case No. 3:19-bk-30088-DM<br>Chapter 11 |
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>         Debtor. | Case No. 3:19-bk-30089-DM<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, declare that I am employed in the County of Los Angeles. I am over the age of 18 years and not a party to the within entitled action. My business address is 1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067-4308.

On January 30, 2019, I served the following pleading: **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**, in this action as follows:

☒    (TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF))

On <u>January 30, 2019</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Peter J. Benvenutti     pbenvenutti@kellerbenvenutti.com
- Shawn M. Christianson     schristianson@buchalter.com
- Jonathan R. Doolittle     jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- David V. Duperrault     dvd@svlg.com, edn@svlg.com
- Michael P. Esser     michael.esser@kirkland.com

- John D. Fiero   jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Mark A. Gorton   mgorton@boutininc.com, cdomingo@boutininc.com
- Debra I. Grassgreen   dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Roberto J. Kampfner   rkampfner@whitecase.com
- Tobias S. Keller   tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly   lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Samuel M. Kidder   skidder@ktbslaw.com
- Jane Kim   jkim@kellerbenvenutti.com
- Thomas F. Koegel   tkoegel@crowell.com
- Andy S. Kong   kong.andy@arentfox.com
- Richard A. Lapping   rich@trodellalapping.com
- John William Lucas   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Kerri Lyman   klyman@irell.com, lgauthier@irell.com
- John H. MacConaghy   macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- David L. Neale   dln@lnbrb.com
- Gregory C. Nuti   gnuti@nutihart.com, nwhite@nutihart.com
- Office of the U.S. Trustee / SF   USTPRegion17.SF.ECF@usdoj.gov
- Valerie Bantner Peo   vbantnerpeo@buchalter.com
- Danielle A. Pham   danielle.pham@usdoj.gov
- Thomas R. Phinney   tom@parkinsonphinney.com
- R. Alexander Pilmer   alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston   rpinkston@seyfarth.com, jwoods@seyfarth.com
- Douglas B. Provencher   dbp@provlaw.com
- Lary Alan Rappaport   lrappaport@proskauer.com, PHays@proskauer.com
- Gregory A. Rougeau   grougeau@brlawsf.com
- David B. Shemano   dshemano@pwkllp.com
- James A. Shepherd   jim@elkshep.com, ecf@elkshep.com
- Michael St. James   ecf@stjames-law.com
- David M. Stern   dstern@ktbslaw.com
- Meagan S. Tom   Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward Tredinnick   etredinnick@grmslaw.com
- Marta Villacorta   marta.villacorta@usdoj.gov
- John A. Vos   InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Genevieve G. Weiner   gweiner@gibsondunn.com
- Kimberly S. Winick   kwinick@clarktrev.com, knielsen@clarktrev.com
- Kirsten A. Worley   kw@wlawcorp.com, admin@wlawcorp.com

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on January 30, 2019, at Los Angeles, California.

Dated: January 30, 2019

_____
Billie Terry