1  Timothy Graulich (*pro hac vice* pending)
   timothy.graulich@davispolk.com
2  Eli J. Vonnegut (*pro hac vice* pending)
   eli.vonnegut@davispolk.com
3  David Schiff (*pro hac vice* pending)
   david.schiff@davispolk.com
4  DAVIS POLK & WARDWELL LLP
   450 Lexington Avenue
5  New York, New York 10017
   Telephone: (212) 450-4000
6  Facsimile: (212) 701-5800

7  Andrew D. Yaphe (SBN 274172)
   andrew.yaphe@davispolk.com
8  DAVIS POLK & WARDWELL LLP
   1600 El Camino Real
9  Menlo Park, California 94025
   Telephone: (650) 752-2000
10 Facsimile: (650) 752-2111

11 *Counsel for Citibank N.A, as*
   *Administrative Agent for the*
12 *Utility Revolving Credit Facility*

13

14                    **UNITED STATES BANKRUPTCY COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16

17 In re                                    Case No. 19-30088-DM
                                            Chapter 11
   PG&E CORPORATION and PACIFIC GAS
18 & ELECTRIC COMPANY,                      (Joint Administration Pending)

19                    Debtors.             **NOTICE OF APPEARANCE AND**
                                           **REQUEST FOR SPECIAL NOTICE**
20

21

22         PLEASE TAKE NOTICE that the undersigned hereby appear in the above-captioned

23 proceedings as counsel to Citibank N.A. as Administrative Agent for the Utility Revolving

24 Credit Facility ("Citibank"), and request, pursuant to Rules 2002, 3017(a), 9007 and 9010(b) of

25 the Federal Rules of Bankruptcy Procedure, and Sections 102(1) and 1109(b) of the United

26 States Bankruptcy Code, that all notices given or required to be given in connection with the

27 above-captioned proceedings, and all papers served or required to be served in connection

28 therewith, be given and served upon:

Timothy Graulich
Eli J. Vonnegut
David Schiff
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone:     (212) 450-4000
Facsimile:     (212) 701-5800
timothy.graulich@davispolk.com
eli.vonnegut@davispolk.com
david.schiff@davispolk.com

Andrew D. Yaphe
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone:     (650) 752-2000
Facsimile:     (650) 752-2111
andrew.yaphe@davispolk.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in these proceedings whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

This appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a consent to jurisdiction of the Bankruptcy Court over Citibank. Further, this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a waiver of any of Citibank's substantive or procedural rights, including without limitation: (i) Citibank's right to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) Citibank's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) Citibank's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs or recoupments, all of which Citibank expressly reserves.

Dated: January 29, 2019

DAVIS POLK & WARDWELL LLP

Andrew D. Yaphe (SBN 274172)
andrew.yaphe@davispolk.com
1600 El Camino Real
Menlo Park, California 94025
Telephone:     (650) 752-2000
Facsimile:      (650) 752-2111

Timothy Graulich (*pro hac vice* pending)
timothy.graulich@davispolk.com
Eli J. Vonnegut (*pro hac vice* pending)
eli.vonnegut@davispolk.com
David Schiff (*pro hac vice* pending)
david.schiff@davispolk.com
450 Lexington Avenue
New York, New York 10017
Telephone:     (212) 450-4000
Facsimile:      (212) 701-5800

*Counsel for Citibank N.A. as Administrative Agent*
*for the Utility Revolving Credit Facility*

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE