Thomas C. Mitchell (CA State Bar No. 124438)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5732
Facsimile: (415) 773-5759
Email: tcmitchell@orrick.com

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

In re:

PG&E CORPORATION, *et al.*,

Debtors.

Case No. 19-30088-DM
(Joint Administration Requested)

Chapter 11

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

(no hearing scheduled)

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. §§ 342 and 1109(b), Rules 2002, 3017, 9007, 9010 of the Federal Rules of Bankruptcy Procedure, and the Local Rules of the United States Bankruptcy Court for the Northern District of California, the undersigned hereby enters an appearance in the above-captioned cases on behalf of EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC (collectively, the "Parties"), and request that all notices given or required to be given in these cases or any related adversary proceedings and all papers served or required to be served in these cases or any related adversary proceedings be given and served upon:

Leslie A. Freiman, Esq.
Randy Sawyer, Esq.
**c/o EDP Renewables North America LLC**
808 Travis
Suite 700
Houston, TX 77002
Telephone: 713-265-0350
Facsimile: 713-265-0365
Email: Leslie.Freiman@edpr.com
       Randy.Sawyer@edpr.com

Lorraine McGowen, Esq.
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-5114
Facsimile: (212) 506-5151
Email: lmcgowen@orrick.com

Debra Felder, Esq.
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8567
Facsimile: (202) 339-8500
Email: dfelder@orrick.com

Thomas C. Mitchell, Esq.
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5732
Facsimile: (415) 773-5759
Email: tcmitchell@orrick.com

    **PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in these cases or any related adversary proceedings and that such service be by mailing one copy of each, unless otherwise directed by the Court, to the parties listed above.

    **PLEASE TAKE FURTHER NOTICE** that the Parties intend that neither this Notice of Appearance nor any prior or subsequent pleading, claim, or suit shall waive

(1) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the Northern District of California (the "District Court"), (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Parties are or may be entitled under agreements in law or in equity.

Dated: January 29, 2019

*/s/ Thomas C. Mitchell*
Thomas C. Mitchell (Calif. State Bar No. 124438)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5732
Facsimile: (415) 773-5759
Email: tcmitchell@orrick.com

*Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC*