NEWMEYER & DILLION LLP
JAMES J. FICENEC, SBN 152172
James.Ficenec@ndlf.com
JOSHUA B. BEVITZ, SBN 221404
Joshua.Bevitz@ndlf.com
1333 N. California Blvd, Suite 600
Walnut Creek, California 94596
(925) 988-3200; (925) 988-3290 (Fax)

Attorneys for EXPONENT, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION, INC.,<br><br>    Debtors-in-Possession. | CASE NO.:  19-30088 DM<br>CHAPTER NO.: 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtor-in-Possession. | |

  PLEASE TAKE NOTICE that Newmeyer & Dillion, LLP appears as counsel in the above-captioned cases on behalf of Exponent, Inc., a creditor therein ("Exponent"). Exponent requests under Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and other applicable law that an entry be made on the court matrix and that all notices and papers filed and/or served in these cases be served upon:

NEWMEYER & DILLION LLP
JAMES J. FICENEC, SBN 152172
James.Ficenec@ndlf.com
JOSHUA B. BEVITZ, SBN 221404
Joshua.Bevitz@ndlf.com
1333 N. California Blvd, Suite 600
Walnut Creek, California 94596
(925) 988-3200; (925) 988-3290 (Fax)

This notice of appearance and request for notice is without prejudice to: Exponent's rights, remedies, claims, actions, defenses, setoffs or recoupments, in law or in equity, against the above-captioned debtors and any other entities either in this case or in any other action, all of which rights, remedies, claims, actions, defenses, setoffs and recoupments Exponent expressly reserves; and (2) shall not be construed to submit Exponent to the jurisdiction of this Court in any matter.

Dated: January 30, 2019  NEWMEYER & DILLION LLP

By: */s/ James J. Ficenec*
James J. Ficenec
Attorneys for
EXPONENT, INC.