| | |
|---|---|
| 1 | **WEIL, GOTSHAL & MANGES LLP** |
| 2 | Stephen Karotkin (*pro hac vice* pending) (stephen.karotkin@weil.com) |
| 3 | Matthew Goren (*pro hac vice* pending) (matthew.goren@weil.com) |
| 4 | Kevin Bostel (*pro hac vice* pending) (kevin.bostel@weil.com) |
| 5 | 767 Fifth Avenue<br>New York, NY 10153-0119 |
| 6 | Tel: (212) 310-8000<br>Fax: (212) 310-8007 |
| 7 | -and- |
| 8 | **KELLER & BENVENUTTI LLP** |
| 9 | Tobias S. Keller (#151445) (tkeller@kellerbenvenutti.com) |
| 10 | Jane Kim (#298192) (jkim@kellerbenvenutti.com) |
| 11 | 650 California Street, Suite 1900<br>San Francisco, CA 94108 |
| 12 | Tel: (415) 496-6723<br>Fax: (415) 636-9251 |



FILED
JAN 29 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

*Proposed Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtor.<br><br>Tax I.D. No. 94-0742640 | Case Nos: 19-30088 ( )<br>19-30089 ( )<br><br>Chapter 11<br><br>APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| In re:<br><br>PG&E CORPORATION,<br><br>Debtor.<br><br>Tax I.D. No. 94-3234914 | |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, John Nolan, an active member in good standing of the bar of New York State, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Pacific Gas and Electric Company and PG&E Corporation, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Tobias S. Keller (#151445)

KELLER & BENVENUTTI LLP

650 California Street, Suite 1900

San Francisco, CA 94108

(415) 496-6723

tkeller@kellerbenvenutti.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 29, 2019

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611139987
Cashier ID: nunees
Transaction Date: 01/29/2019
Payer Name: Thomas B. Rupp
```

PRO HAC VICE
 For: Max Africk
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:         $310.00
PRO HAC VICE
 For: Kevin Bostel
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:         $310.00
PRO HAC VICE
 For: Andriana Georgallas
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:         $310.00
PRO HAC VICE
 For: Matthew Goren
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:         $310.00
PRO HAC VICE
 For: Stephen Karokin
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:         $310.00
PRO HAC VICE
 For: Kevin Kramer
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:         $310.00
PRO HAC VICE
 For: Jessica Liou
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:         $310.00
PRO HAC VICE
 For: John Nolan
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:         $310.00
PRO HAC VICE
 For: Ray C. Schrock
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:         $310.00
PRO HAC VICE
 For: Theodore Tsekerides
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:         $310.00

CREDIT CARD
 Amt Tendered:   $3,100.00

Total Due:       $3,100.00
Total Tendered:  $3,100.00
Change Amt:      $0.00

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.