
FILED
JAN 30 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtor(s).<br><br>In re<br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtor(s). | Case Nos. 19-30088 (DM)<br>and 19-30089 (DM)<br>Chapter 11<br><br>APPLICATION FOR ADMISSION OF ATTORNEY<br>*PRO HAC VICE* |

Pursuant to B.L.R. 1001-2(a)(29) and Civil L.R. 11-3, David Neier, an active member in good standing of the bar of Southern District of New Nork, hereby applies for admission to practice in the Northern District of California on *a pro hac vice* basis representing Macquarie Energy LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Justin E. Rawlins, Winston & Strawn LLP

333 S. Grand Avenue, Los Angeles, CA 90071-1543

Telephone: (213) 615-1700 / Fax: (213) 615-1750.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 29, 2019

DAVID NEIER

David Neier
dneier@winston.com
WINSTON & STRAWN LLP
200 Park Avenue, 40th Floor
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611140017
Cashier ID: almaceh
Transaction Date: 01/29/2019
Payer Name: NATIONWIDE LEGAL LLC

PRO HAC VICE
 For: David Neier
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:         $310.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 5030225
 Amt Tendered: $310.00

Total Due:      $310.00
Total Tendered: $310.00
Change Amt:     $0.00

PGandE
19-30088 DM
19-30089 DM

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```