UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION** *et al.,*

Debtors.[1]

§ § § § § § §

Case No. 19-30088 (DM)

Chapter 11

(Joint Administration Pending)

### REQUEST TO RECEIVE NOTICE OF ELECTRONIC FILING (NEF)

PLEASE TAKE NOTICE THAT Prime Clerk LLC, as proposed Claims and Noticing Agent for the above-referenced Debtors, requests that NEFs be provided to ecf@primeclerk.com in separate emails (one email for each filed document) for the following Bankruptcy Cases and Adversary Proceeding(s):

| Bankruptcy Case or Adversary Proceeding Name | Case or AP Number |
| --- | --- |
| PG&E Corporation | 19-30088 |
| Pacific Gas and Electric Company | 19-30089 |
| PG&E Corporation, Pacific Gas and Electric Company v. Federal Energy Regulatory Commission | 19-03003 |

PLEASE TAKE FURTHER NOTICE THAT Prime Clerk LLC requests that NEFs be provided for any additional Adversary Proceedings that may be associated to the Debtors in the future.

Dated: January 30, 2019

PRIME CLERK LLC

_____
HERB BAER
Director

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: PG&E Corporation [4914] and Pacific Gas and Electric Company [2640]. The Debtors' mailing address is 77 Beale Street, P.O. Box 770000, San Francisco, California 94177.