| | |
|---|---|
| 1 | Abigail V. O'Brient (SBN 265704) |
| 2 | Andrew B. Levin (SBN 290209) |
|   | **MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C**. |
| 3 | 2029 Century Park East, Suite 3100 |
|   | Los Angeles, CA 90067 |
| 4 | Tel:    310-586-3200 |
|   | Fax:   310-586-3200 |
| 5 | Email:  avobrient@mintz.com; ablevin@mintz.com |
| 6 | Attorneys for Creditor and Party-in-Interest |
|   | Marin Clean Energy |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>           Debtor.<br><br>Tax I.D. No. 94-3234914 | Case Nos. 19-30088<br>                   19-30089<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |
| In re:<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>           Debtor.<br><br>Tax I.D. No. 94-0742640 | Judge:   Honorable Dennis Montali<br>Dept.:     17 |

**PLEASE TAKE NOTICE** that Mintz Levin Cohn Ferris Glovsky and Popeo, P.C., as counsel to Marin Clean Energy, hereby requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, and 9007, that copies of all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon:

> Abigail V. O'Brient
> Andrew B. Levin
> MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
> 2029 Century Park East, Suite 3100
> Los Angeles, CA 90067
> Tel:    310-586-3200
> Fax:   310-586-3200
> Email:  avobrient@mintz.com; ablevin@mintz.com

84372393v.1

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any (i) right to have final orders entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any related case, controversy or proceedings; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to contest jurisdiction or appropriate venue in this proceeding; (v) right to have all appropriate matters heard and resolved by the California Public Utilities Commission or any other agency of competent jurisdiction; or (vi) other rights, claims, actions, defenses, setoffs or recoupments which exist pursuant to agreement, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: January 30, 2019

**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**

/s/ Abigail V. O'Brient
Abigail V. O'Brient
Andrew B. Levin

Attorneys for Creditor and Party-in-Interest
Marin Clean Energy

84372393v.1

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2029 Century Park East, Suite 3100, Los Angeles, California 90067. On January 30, 2019, I served the within document:

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

| | |
|---|---|
| ☒ | **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.<br>On January 30, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below.<br>**SEE SERVICE LIST ATTACHED** |
| ☒ | **BY FIRST-CLASS MAIL**: By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.<br><br>I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.<br>**SEE SERVICE LIST ATTACHED** |

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 30, 2019, at Los Angeles, California.

                                  */s/ Jazmin Leon*
                                  JAZMIN LEON

84372393v.1

# SERVICE LIST
*In re PG&E Corporation, Case No. 19-30088*

**VIA NEF**

Case No. 19-30088 Notice will be electronically mailed to:

- Peter J. Benvenutti    pbenvenutti@kellerbenvenutti.com
- Shawn M. Christianson    schristianson@buchalter.com
- Jonathan R. Doolittle    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- David V. Duperrault    dvd@svlg.com, edn@svlg.com
- Joseph A. Eisenberg    jae@jmbm.com, bt@jmbm.com
- Michael P. Esser    michael.esser@kirkland.com
- James J. Ficenec    jficenec@archernorris.com, ybullock@archernorris.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutininc.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Roberto J. Kampfner    rkampfner@whitecase.com
- Tobias S. Keller    tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly    lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Samuel M. Kidder    skidder@ktbslaw.com
- Jane Kim    jkim@kellerbenvenutti.com
- Thomas F. Koegel    tkoegel@crowell.com
- Andy S. Kong    kong.andy@arentfox.com
- Richard A. Lapping    rich@trodellalapping.com
- John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Kerri Lyman    klyman@irell.com, lgauthier@irell.com
- John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Thomas C. Mitchell    tcmitchell@orrick.com
- David L. Neale    dln@lnbrb.com
- Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Valerie Bantner Peo    vbantnerpeo@buchalter.com
- Danielle A. Pham    danielle.pham@usdoj.gov
- Thomas R. Phinney    tom@parkinsonphinney.com
- R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston    rpinkston@seyfarth.com, jwoods@seyfarth.com
- Douglas B. Provencher    dbp@provlaw.com
- Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins    jrawlins@winston.com
- Gregory A. Rougeau    grougeau@brlawsf.com
- David B. Shemano    dshemano@pwkllp.com
- James A. Shepherd    jim@elkshep.com, ecf@elkshep.com
- Michael St. James    ecf@stjames-law.com
- David M. Stern    dstern@ktbslaw.com
- Meagan S. Tom    Meagan.tom@lockelord.com, autodocket@lockelord.com

- Edward Tredinnick    etredinnick@grmslaw.com
- Marta Villacorta    marta.villacorta@usdoj.gov
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Genevieve G. Weiner    gweiner@gibsondunn.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
- Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com

**VIA U.S. MAIL**

Arocles Aguilar
California Public Utilities Commission
505 Van Ness Ave.
San Francisco, CA 94102

Andrew Yaphe
Davis Polk & Wardwell LLP
1600 El Camino Real
Menlo Park, CA 94025