Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Telephone: (415) 616-0466
Facsimile: (415) 398-2820
sfinestone@fhlawllp.com
jhayes@fhlawllp.com
rwitthans@fhlawllp.com

Attorneys for Creditors
Aggreko, MCE Corp., Nor-Cal
Pipeline Services, and
Roebbelen Contracting, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>Debtor-in-Possession. | Case No. 19-30088-DM<br>Chapter 11<br>Hon. Dennis Montali |
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtor-in-Possession. | Case No. 19-30089-DM<br>Chapter 11<br>Hon. Dennis Montali<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE** that creditors and parties-in-interest Aggreko, MCE Corp., Nor-Cal Pipeline Services, and Roebbelen Contracting, Inc., by and through their counsel, Finestone Hayes LLP, hereby enter their appearances pursuant to 11 U.S.C. §1109(b) and Federal Rule of Bankruptcy Procedure 9010(b), and request that the counsel listed below be added to the official mailing matrix, CM/ECF, and service lists in the above-captioned bankruptcy cases (the "Bankruptcy Cases"). Aggreko, MCE Corp., Nor-Cal Pipeline Services, and Roebbelen Contracting, Inc. further request, pursuant to Federal Rules of Bankruptcy Procedure 2002 and

9007, that copies of all notices and pleadings given or required to be given to creditors, creditors holding the largest claims, any creditors' committee or other committee, or any other parties-in-interest in the Bankruptcy Cases, including all notices, reports, pleadings, motions, applications, lists, schedules, and statements, whether filed or sent by the Court, the Debtor, any trustee, or any other party in this case, be served at the following address and that, pursuant to Bankruptcy Rule 2002(g), the following addresses be added to the Court's mailing list:

> FINESTONE HAYES LLP
> Stephen D. Finestone
> Jennifer C. Hayes
> 456 Montgomery St., 20th Floor
> San Francisco, CA 94104
> Telephone: 415-421-2624 (S. Finestone)
> 415-616-0466 (J. Hayes)
> 415-481-5481 (R. Witthans)
> Email: sfinestone@fhlawllp.com
> jhayes@fhlawllp.com
> rwitthans@fhlawllp.com

Dated: January 30, 2019

FINESTONE HAYES LLP

By: *Jennifer C. Hayes*
Jennifer C. Hayes
Attorneys for Creditors Aggreko, MCE Corporation, Nor-Cal Pipeline Services, and Roebbelen Contracting, Inc.