MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Interested Party

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE | Case No. 19-30088-DM |
| PG&E CORPORATION, | Chapter 11 |
| Debtor. | NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE |

PLEASE TAKE NOTICE THAT Iain A. Macdonald of Macdonald | Fernandez LLP hereby enters his appearance as attorney for Interested Party, and requests that all notices given or required to be given and all papers served or required to be served in this case including, in accordance with Rules 2002(a)(2), (3), and (7), and 9007 of the Bankruptcy Rules, and Sections 102(1), and 342(a), and 1009(b) of the Bankruptcy Code, be provided to and served upon its counsel at the following address and telephone number:

> Iain A. Macdonald, Esq.
> Macdonald | Fernandez LLP
> 221 Sansome Street, Third Floor
> San Francisco, CA 94104-2323
> Telephone: (415) 362-0449
> Facsimile: (415) 394-5544
> Email: imac@macfern.com

Dated: January 30, 2019                MACDONALD | FERNANDEZ LLP


By: /s/ Iain A. Macdonald
Iain A. Macdonald, Attorneys for Interested Party

1