Timothy Graulich (*pro hac vice* pending)
timothy.graulich@davispolk.com
Eli J. Vonnegut (*pro hac vice* pending)
eli.vonnegut@davispolk.com
David Schiff (*pro hac vice* pending)
david.schiff@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

Andrew D. Yaphe (SBN 274172)
andrew.yaphe@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

*Counsel for Citibank N.A as Administrative Agent for the Utility Revolving Credit Facility*

**FILED**
JAN 29, 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

I hereby declare that I am and was at the time of the service mentioned in this declaration employed in the County of San Mateo, California. I am over the age of 18 years and not a party to the within action. My business address is Davis Polk & Wardwell LLP, 1600 El Camino Real, Menlo Park, California 94025.

On January 29, 2019, I served copies of the following documents:

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE;**

**CERTIFICATE OF SERVICE**

on the parties in the action address as follows:

| | | |
|---|---|---|
| 1 | Tobias S. Keller<br>Keller and Benvenutti LLP<br>650 California St. #1900<br>San Francisco, CA 94108<br>(415) 796-0709<br>tkeller@kellerbenvenutti.com<br><br>*Counsel for Debtor PG&E Corporation* | Debra I. Grassgreen<br>Pachulski, Stang, Ziehl, and Jones LLP<br>150 California St. 15th Fl.<br>San Francisco, CA 94111-4500<br>(415)263-7000<br>dgrassgreen@pszjlaw.com<br><br>*Creditor Debra Grassgreen* |
| 2 | Gregory A. Rougeau<br>Brunetti Rougeau LLP<br>400 Montgomery St. #1000<br>San Francisco, CA 94104<br>(415) 992-8957<br>(415) 992-8940 (fax)<br>grougeau@brlawsf.com<br><br>*Creditor Gregory Frase Enterpreises, Inc. d/b/a Kortick Manufacturing Company* | James A. Shepherd<br>Elkington Shepherd LLP<br>409 13th St. 10th Fl.<br>Oakland, CA 94612<br>(510) 465-0404<br>(510) 465-0202 (fax)<br>jim@elkshep.com<br><br>*Creditor W. Bradley Electric, Inc.* |
| 3 | Meagan S. Tom<br>Locke Lord LLP<br>44 Montgomery St. #4100<br>San Francisco, CA 94104<br>(415) 318-8810<br>(415) 676-5816 (fax)<br>meagan.tom@lockelord.com<br><br>*Creditor International Brotherhood of Electrical Workers Local Union 1245* | Roberto J. Kampfner<br>Law Offices of White and Case<br>633 W 5th St. #1900<br>Los Angeles, CA 90071<br>(213)620-7729<br>rkampfner@whitecase.com<br><br>*Counsel for Interested Parties San Diego Gas & Electric Company, Sempra Energy, and Southern California Gas Company* |
| 4 | Samuel M. Kidder<br>Klee, Tuchin, Bogdanoff and Stern LLP<br>1999 Ave. of the Stars, 39th Fl.<br>Los Angeles, CA 90067<br>(310) 407-4019<br>skidder@ktbslaw.com<br><br>*Counsel for Interested Party NextEra Energy Inc. et al.* | John William Lucas<br>Pachulski Stang Ziehl and Jones LLP<br>150 California Street, 15th Floor<br>San Francisco, CA 94111<br>(415) 263-7000 x5108<br>jlucas@pszjlaw.com<br><br>*Counsel for Interested Party The Baupost Group, L.L.C.* |
| 5 | Valerie Bantner Peo<br>Buchalter Nemer, A Professional Corp.<br>55 Second St. 17th Fl<br>San Francisco, CA 95105<br>(415)364-6735<br><br>*Counsel for Interested Party California Community Choice Association* | Lary Alan Rappaport<br>Proskauer Rose LLP<br>2029 Century Park E #2400<br>Los Angeles, CA 90067-3010<br>(310) 557-2900<br>lrappaport@proskauer.com<br><br>*Counsel for Interested Party Ad Hoc Group of Institutional Par Bondholders of Pacific Gast and Electric Co.* |

| | |
|---|---|
| Michael St. James<br>St. James Law<br>22 Battery St. #888<br>San Francisco, CA 94111<br>(415)391-7566<br>ecf@stjames-law.com<br><br>*Counsel for Interested Party Garcia and Associates* | Lynette C. Kelly<br>Marta Villacorta<br>Office of the United States Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102<br>(415) 252-2065<br>lynette.c.kelly@usdoj.gov<br>marta.villacorta@usdoj.gov<br><br>*Counsel for Office of the U.S. Trustee/SF* |
| Douglas B. Provencher<br>Law Offices of Provencher and Flatt<br>823 Sonoma Ave.<br>Santa Rosa, CA 95404<br>(707)284-2380<br>dbp@provlaw.com<br><br>*Counsel for Interested Party Povencher & Flatt* | Edward Tredinnick<br>Greene, Radovsky, Maloney and Share<br>4 Embarcadero Center #4000<br>San Francisco, CA 94111<br>(415) 981-1400<br>etredinnick@grmslaw.com<br><br>*Counsel for Creditor City and County of San Francisco* |
| John A. Vos<br>Law Offices of John A. Vos<br>1430 Lincoln Ave.<br>San Rafael, CA 94901<br>(415) 485-5332<br>InvalidEMailECFonly@gmail.com<br><br>*Counsel for Interested Party John A. Vos* | Richard A. Lapping<br>Trodella & Lapping LLP<br>540 Pacific Ave.<br>San Francisco, CA 94133<br>(415)399-1015<br>rich@trodellalapping.com<br><br>*Counsel for Valero Refining Company-California* |

☐ (BY OVERNIGHT DELIVERY) I placed the documents listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agrent for delivery.

☒ (BY US MAIL) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Menlo Park, California and placed for collection and mailing following ordinary busines practices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019 at Menlo Park, California.

*/s/ Angela Quach*