| | |
|---|---|
| 1 | G. LARRY ENGEL (SBN 53484) |
| | **ENGEL ADVICE, LLC** |
| 2 | 12116 Horseshoe Lane |
| | Nevada City, CA 94123 |
| 3 | Phone: 415.370.5943 |
| | Email: larry@engeladvice.com |
| 4 | |
| | MARK GORTON (SBN 099312) |
| 5 | THOMAS G. MOUZES (SBN 099446) |
| | **BOUTIN JONES INC.** |
| 6 | 555 Capitol Mall, Suite 1500 |
| | Sacramento, CA 95814 |
| 7 | Phone: 916.321.4444 |
| | Fax: 916.441.7597 |
| 8 | Email: mgorton@boutinjones.com |
| 9 | JESSICA R. MULLAN, GENERAL COUNSEL (SBN 263435) |
| | SONOMA CLEAN POWER AUTHORITY |
| 10 | 50 Santa Rosa Avenue, Fifth Floor |
| | Santa Rosa, CA 95494 |
| 11 | Phone: 707.890.8485 |
| | Email: jmullan@sonomacleanpower.org |
| 12 | |
| | *Attorneys for Creditor and Party-in-Interest* |
| 13 | *SONOMA CLEAN POWER AUTHORITY* |

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30089 |
| PACIFIC GAS and ELECTRIC COMPANY, | Chapter 11 |
| Debtor. | **AMENDED PROOF OF SERVICE RE REQUEST FOR NOTICE AND INCLUSION IN MAILING LIST** |
| In re | Case No. 19-30088 |
| PG&E CORP., | Chapter 11 |
| Debtor. | Date:<br>Time:<br>Courtroom: 17<br>Place: 450 Golden Gate Ave., 16th Floor<br>San Francisco, CA 94102<br>Judge: Hon. Dennis Montali |

1

# PROOF OF SERVICE

I am employed in the County of Sacramento; my business address is 555 Capitol Mall, Suite 1500 action.

On January 29, 2019, I served the within:

1. **AMENDED REQUEST FOR NOTICE AND INCLUSION IN MAILING LIST**
2. **PROOF OF SERVICE**

[X] **(by mail)** on all parties in said action by regular, first class United States mail, postage fully pre-paid, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Boutin Jones Inc., mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Sacramento, California.

[ ] **(by personal delivery)** by personally delivering a true copy thereof to the person(s) and at the address(es) set forth below.

[ ] **(by overnight delivery)** on the following party(ies) in said action by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, in a designated area for outgoing overnight mail, addressed as set forth below. In the ordinary course of business at Boutin Jones Inc., mail placed in that designated area is picked up that same day for delivery the following business day.

[ ] **(by facsimile)** by transmitting a true copy thereof to the persons at the following telecopier numbers and obtaining electronic confirmation that the transmissions have been received.

| | |
|---|---|
| PG&E Corporation<br>77 Beale Street<br>PO Box 770000<br>San Francisco, CA 94177 | ***Debtor*** |
| Tobias S. Keller<br>Keller and Benvenutti LLP<br>650 California St. #1900<br>San Francisco, CA 94108 | ***Attorneys to Debtor*** |

*[x] Service list continued on following page*

| | | |
|---|---|---|
| 1 | U.S. Trustee<br>Office of the U.S. Trustee / SF<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102 | *U.S. Trustee* |
| 2 | Lynette C. Kelly<br>Office of the United States Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102 | *Attorneys for U.S. Trustee* |
| 3 | Marta Villacorta<br>Office of the United States Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102 | *Attorneys for U.S. Trustee* |
| 4 | Michael St. James, Esq.<br>ST. JAMES LAW, P.C.<br>22 Battery Street, Suite 888<br>San Francisco, California 94111 | *Request for Special Notice*<br>Attorneys for Garcia and Associates |
| 5 | Valerie Bantner Peo, Esq.<br>Shawn M. Christianson, Esq.<br>Buchalter, A Professional Corporation<br>55 Second Street, 17th Floor<br>San Francisco, California 94105-3493 | *Request for Special Notice*<br>Attorneys for CALIFORNIA COMMUNITY CHOICE ASSOCIATION |
| 6 | Kenneth N. Klee<br>David M. Stern<br>Samuel M. Kidder<br>KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>1999 Avenue of the Stars, Thirty-Ninth Floor<br>Los Angeles, California 90067 | *Request for Special Notice*<br>Attorneys for NextEra Energy Inc. et al |
| 7 | PACHULSKI STANG ZIEHL & JONES LLP<br>Isaac M. Pachulski<br>Debra I. Grassgreen<br>Gabriel I. Glazer<br>John W. Lucas<br>150 California Street, 15th Floor<br>San Francisco, CA 94111 | *Request for Special Notice*<br>Attorneys for The Baupost Group, L.L.C. |

*[x] Service list continued on following page*

Case: 19-30088  Doc# 114  Filed: 01/30/19  Entered: 01/30/19 14:05:28  Page 3 of 5
Amended Proof of Service Request for Notice
992867.1

| | | |
|---|---|---|
| 1 | Debra Grassgreen<br>Karl Knight<br>1339 Pearl Street, Suite 201<br>Napa, CA 94558 | *Request for Special Notice* |
| 2 | | |
| 3 | | |
| 4 | Thomas J. Brandi, Esq.<br>Law Offices of Thomas J. Brandi<br>345 Pine Street, 3rd Floor<br>San Francisco, CA 94104 | *Request for Special Notice* |
| 5 | | |
| 6 | Gregory A. Rougeau<br>BRUNETTI ROUGEAU LLP<br>235 Montgomery Street, Suite 410<br>San Francisco, CA 94104 | *Request for Special Notice*<br>Attorneys for KORTICK MANUFACTURING COMPANY |
| 7 | | |
| 8 | | |
| 9 | Meagan S. Tom<br>LOCKE LORD LLP<br>101 Montgomery Street, Suite 1950<br>San Francisco, CA 94104<br>Telephone: (415) 318-8810<br>Fax: (415) 676-5816<br>meagan.tom@lockelord.com | *Request for Special Notice*<br>Attorneys for International Brotherhood of Electrical Workers Local Union 1245 |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | Sally J. Elkington<br>James A. Shepherd<br>ELKINGTON SHEPHERD LLP<br>409 - 13th Street, 10th Floor<br>Oakland, CA 94612 | *Request for Special Notice*<br>Attorneys for W. BRADLEY ELECTRIC, INC. |
| 14 | | |
| 15 | | |
| 16 | John A. Vos, Esq.<br>1430 Lincoln Avenue<br>San Rafael, CA 94901 | *Request for Special Notice* |
| 17 | | |
| 18 | R. Alexander Pilmer<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104 | *Request for Special Notice*<br>Attorneys for FEDERAL MONITOR |
| 19 | | |
| 20 | | |
| 21 | Stephen E. Hessler, P.C. (pro hac vice forthcoming)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022 | *Request for Special Notice*<br>Attorneys for FEDERAL MONITOR |
| 22 | | |
| 23 | | |
| 24 | Marc Kieselstein, P.C. (pro hac vice forthcoming)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654 | *Request for Special Notice*<br>Attorneys for FEDERAL MONITOR |
| 25 | | |
| 26 | | |
| 27 | *[x] Service list continued on following page* | |
| 28 | 4 | |

| | | |
|---|---|---|
| John D. Fiero<br>Pachulski Stang Ziehl & Jones LLP<br>150 California Street, 15th Floor<br>San Francisco, California 94111-4500 | | *Request for Special Notice*<br>Attorneys for TRC Companies, Inc. |
| David L. Neale, Esq.<br>Levene, Neale, Bender, Yoo & Brill L.L.P.<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA 90067 | | *Request for Special Notice*<br>Attorneys for California Independent System Operator |
| Keith J. Cunningham<br>Pierce Atwood LLP<br>Merrill's Wharf<br>254 Commercial Street<br>Portland, ME 04101 | | *Request for Special Notice*<br>Attorneys for California Independent System Operator |
| Shawn M. Christianson, Esq.<br>Valerie Bantner Peo, Esq.<br>Buchalter, A Professional Corporation<br>55 Second Street, 17th Floor<br>San Francisco, California 94105-3493 | | *Request for Special Notice*<br>Attorneys for ORACLE AMERICA, INC. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 30, 2019, at Sacramento, California.

*/s/ Gloria M. K*
GLORIA M. KENDRICK