1  Barry S. Glaser, State Bar No. 70968
   bglaser@swesq.com
2  **STECKBAUER WEINHART, LLP**
   333 S. Hope Street, 36th Floor
3  Los Angeles, California 90071
   213.229.2868 - Telephone
4  213.229.2870 - Facsimile

5  Attorneys for SONOMA COUNTY
   TREASURER & TAX COLLECTOR

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 3:19-30088-DM |
| PG&E CORPORATION | Chapter 11 |
| Debtor (s). | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, THE DEBTOR AND ITS ATTORNEYS OF RECORD, UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that the undersigned counsel for SONOMA COUNTY TREASURER & TAX COLLECTOR, a party-in-interest in the above-captioned bankruptcy proceeding, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following pursuant to, *inter alia,* Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure ("Rules"):

Barry S. Glaser, Esq.
**STECKBAUER WEINHART, LLP**
333 S. Hope Street, 36th Floor
Los Angeles, California 90071.
Telephone No. (213) 229-2868
Facsimile No. (213) 229-2870
Email: bglaser@swesq.com

The above counsel further request that they be placed on the Court's ECF notification and service list.

PLEASE TAKE FURTHER NOTICE that this notice includes the types of notice referred to in Federal Rules of Bankruptcy Procedure 2002, 3017(d), 4001, 6006(c), 9010 and 9013, including, without limitation, all schedules, requests, notices, motions, complaints, stipulations, settlements, proposed disclosure statements, plans of reorganization, or other pleadings.

PLEASE TAKE FURTHER NOTICE that this notice shall not be construed as a consent to the jurisdiction of the Court over the party filing this notice, consent to have final orders in noncore matters entered without de novo review by the United States District Court, waiver of trial by jury as to matters so triable in this case, waiver of the rights to seek withdrawal of reference, mandatory or discretionary abstention, or as a waiver or limitation of any right or remedy available to such party, all of which are expressly reserved.

Dated: January 30, 2019    Respectfully submitted,

**STECKBAUER WEINHART, LLP**

By:  /s/ Barry S. Glaser
     Barry S. Glaser
Attorneys for SONOMA COUNTY TREASURER & TAX COLLECTOR