FILED

JAN 3 0 2019

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION,

    Debtor.

Tax I.D. No. 94-3234914

In re:

PACIFIC GAS & ELECTRIC COMPANY,

    Debtor.

Tax I.D. No. 94-0742640

Case No. 19-30088 (DM)
Case No. 19-30089 (DM)

Chapter 11

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY THOMAS E LAURIA *PRO HAC VICE***

Thomas E Lauria, whose business Address and telephone number is

    Thomas E Lauria
    WHITE & CASE LLP
    Southeast Financial Center
    200 South Biscayne Boulevard, Suite 4900
    Miami, Florida 33131-2352
    Telephone:    (305) 371-2700

and who is an active member in good standing of the bars Dock Florida and Texas having applied in

the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company.

IT IS HEREBY ORDERED that the application of Thomas E Lauria is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

DATED: JAN 3 0 2019

Honorable Dennis Montali
UNITED STATES BANKRUPTCY JUDGE