FILED

JAN 30 2019

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION,

      Debtor.

Tax I.D. No. 94-3234914

In re:

PACIFIC GAS & ELECTRIC COMPANY,

      Debtor.

Tax I.D. No. 94-0742640

Case No. 19-30088 (DM)
Case No. 19-30089 (DM)

Chapter 11

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY MATTHEW C. BROWN *PRO HAC VICE***

   Matthew C. Brown, whose business Address and telephone number is

    Matthew C. Brown
    WHITE & CASE LLP
    Southeast Financial Center
    200 South Biscayne Boulevard, Suite 4900
    Miami, Florida 33131-2352
    Telephone: (305) 371-2700

and who is an active member in good standing of the bar of Florida having applied in the above-

| | |
|---|---|
| 1 | entitled action for admission to practice in the Northern District of California on a *pro hac vice* |
| 2 | basis, representing Sempra Energy, San Diego Gas & Electric Company, and Southern California |
| 3 | Gas Company. |
| 4 | IT IS HEREBY ORDERED that the application of Matthew C. Brown is granted, subject |
| 5 | to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate |
| 6 | appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated |
| 7 | in the application will constitute notice to the represented party. All future filings in this action |
| 8 | are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the |
| 9 | United States Bankruptcy Court for the Northern District of California. |

DATED: JAN 3 0 2019

Honorable Dennis Montali
UNITED STATES BANKRUPTCY JUDGE