

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re **PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY**

Debtor(s).

Case No. **19-30088**

Chapter **11**

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**W. Steven Bryant**, whose business address and telephone number is

Locke Lord LLP, 600 Congress Street, Suite 2200, Austin, Texas 78701
(512) 305-4700

and who is an active member in good standing of the bar of **Texas**

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing International Brotherhood of Electrical Workers Local Union 1245

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

Dated: **JAN 3 0 2019**

_____
**Judge Dennis Montali**
United States Bankruptcy Judge