| | |
|---|---|
| 1 | CRAVATH, SWAINE & MOORE LLP |
| | Paul H. Zumbro (pro hac vice pending) |
| 2 | (pzumbro@cravath.com) |
| | Kevin J. Orsini (pro hac vice pending) |
| 3 | (korsini@cravath.com) |
| | Omid H. Nasab (pro hac vice pending) |
| 4 | (onasab@cravath.com) |
| | 825 Eighth Avenue |
| 5 | New York, NY 10019 |
| | Tel: 212 474 1000 |
| 6 | Fax: 212 474 3700 |
| 7 | -and- |
| 8 | KELLER & BENVENUTTI LLP |
| | Tobias S. Keller (#151445) |
| 9 | (tkeller@kellerbenvenutti.com) |
| | Jane Kim (#298192) |
| 10 | (jkim@kellerbenvenutti.com) |
| | 650 California Street, Suite 1900 |
| 11 | San Francisco, CA 94108 |
| | Tel:  (415) 496-6723 |
| 12 | Fax:  (415) 636-9251 |

FILED
JAN 30 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

*Proposed Attorneys for Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION,

    Debtor.

Tax I.D. No. 94-3234914

In re:

PACIFIC GAS AND ELECTRIC COMPANY,

    Debtor.

Tax I.D. No. 94-0742640

Case Nos: 19-30088 ( )
19-30089 ( )

Chapter 11

ORDER GRANTING APPLICATION FOR ADMISSION OF KEVIN ORSINI *PRO HAC VICE*

# ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Kevin J. Orsini, whose business address and telephone number is:

CRAVATH, SWAINE & MOORE LLP

85 Eighth Avenue

New York, NY 10019

(212) 474-1000

and who is an active member in good standing of the bar of the Southern District of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Pacific Gas and Electric Company and PG&E Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

Dated: JAN 3 0 2019

_____
United States Bankruptcy Judge