EMILY P. RICH, Bar No. 168735
TRACY L. MAINGUY, Bar No. 176928
CAITLIN GRAY, Bar No. 305118
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: bankruptcycourtnotices@unioncounsel.net
erich@unioncounsel.net
tmainguy@unioncounsel.net
cgray@unioncounsel.net

Attorneys for Creditor Engineers and Scientists of California, Local 20, IFPTE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| In Re<br><br>PG&E CORPORATION,<br><br>            Debtor. | Case Nos. 19-30088 and 19-30089<br><br>CHAPTER 11 |
| In Re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>            Debtor, | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MAILING LIST** |

PLEASE TAKE NOTICE that the undersigned attorneys enter their notice of appearance in the above-entitled case on behalf of creditor Engineers and Scientists of California, Local 20, IFPTE and give this notice of appearance and request of all matters that must be noticed to creditors, the Trustee, the Debtors, or other parties in interest, and further request notice of limited Notice Proceedings. For purposes of notice and service, the following address shall be used:

///

///

1

NOTICE OF APPEARANCE
Case No. 19-30088 and 19-30089

| | |
|---|---|
| 1 | Engineers and Scientists of California, Local 20, IFPTE |
| 2 | c/o Emily P. Rich<br>WEINBERG ROGER & ROSENFELD |
| 3 | 1001 Marina Village Parkway, Suite 200<br>Alameda, California 94501-1091 |
| 4 | Telephone: (510) 337-1001<br>Fax: (510) 337-1023 |
| 5 | Email: bankruptcycourtnotices@unioncounsel.net<br>erich@unioncounsel.net |
| 6 | tmainguy@unioncounsel.net<br>cgray@unioncounsel.net |

This request includes the type of notice referred to in Bankruptcy Rules 2002(i) and 3017(a), 4001, 9007 and Section 1109 of the Bankruptcy Code, and also includes without limitation, all schedules, notices or any orders, applications, complaints, answers, demands, replies, hearings, motions, petitions, pleadings, disclosure statements, plans, requests, memoranda or briefs in support of any of the foregoing, and any other documents brought before the court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telex, facsimile transmission or otherwise.

Dated: January 30, 2019

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ Emily P. Rich
    EMILY P. RICH

Attorneys for Creditor Engineers and Scientists of California, Local 20, IFPTE

147061\1008214

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
Case: 19-30088 Doc# 123 Filed: 01/30/19 Entered: 01/30/19 14:47:48 Page 2 of 5
Case No. 19-30088 and 19-30089

# CERTIFICATE OF SERVICE

I am a citizen of the United States and an employee in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501.

I hereby certify that on January 30, 2019, I electronically filed the forgoing NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MAILING LIST with the U.S. Bankruptcy Court, Northern District California, by using the Court's CM/ECF system.

Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 30, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED SERVICE LIST

On (date) January 30, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST

I certify under penalty of perjury that the above is true and correct. Executed at Alameda, California, on January 30, 2019.

*/s/ Stephanie Mizuhara*
Stephanie Mizuhara

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

Case: 19-30088  Doc# 123  Filed: 01/30/19  Entered: 01/30/19 14:47:48  Page 3 of 5

Case No. 19-30088 and 19-30089

# SERVICE LIST

- Peter J. Benvenutti pbenvenutti@kellerbenvenutti.com
- Shawn M. Christianson schristianson@buchalter.com
- Jonathan R. Doolittle jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- David V. Duperrault dvd@svlg.com, edn@svlg.com
- Joseph A. Eisenberg jae@jmbm.com, bt@jmbm.com
- Michael P. Esser michael.esser@kirkland.com
- James J. Ficenec jficenec@archernorris.com, ybullock@archernorris.com
- John D. Fiero jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Mark A. Gorton mgorton@boutininc.com, cdomingo@boutininc.com
- Debra I. Grassgreen dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Roberto J. Kampfner rkampfner@whitecase.com
- Tobias S. Keller tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Samuel M. Kidder skidder@ktbslaw.com
- Jane Kim jkim@kellerbenvenutti.com
- Thomas F. Koegel tkoegel@crowell.com
- Andy S. Kong kong.andy@arentfox.com
- Richard A. Lapping rich@trodellalapping.com
- John William Lucas jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Kerri Lyman klyman@irell.com, lgauthier@irell.com
- John H. MacConaghy macclaw@macbarlaw.com, smansour@macbarlaw.com; kmuller@macbarlaw.com
- Thomas C. Mitchell tcmitchell@orrick.com
- David L. Neale dln@lnbrb.com
- Gregory C. Nuti gnuti@nutihart.com, nwhite@nutihart.com
- Office of the U.S. Trustee / SF USTPRegion17.SF.ECF@usdoj.gov
- Valerie Bantner Peo vbantnerpeo@buchalter.com
- Danielle A. Pham danielle.pham@usdoj.gov
- Thomas R. Phinney tom@parkinsonphinney.com
- R. Alexander Pilmer alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston rpinkston@seyfarth.com, jwoods@seyfarth.com
- Douglas B. Provencher dbp@provlaw.com
- Lary Alan Rappaport lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins jrawlins@winston.com
- Gregory A. Rougeau grougeau@brlawsf.com
- David B. Shemano dshemano@pwkllp.com
- James A. Shepherd jim@elkshep.com, ecf@elkshep.com
- Michael St. James ecf@stjames-law.com
- David M. Stern dstern@ktbslaw.com
- Meagan S. Tom Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward Tredinnick etredinnick@grmslaw.com
- Marta Villacorta marta.villacorta@usdoj.gov
- John A. Vos InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com

2

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE
Case No. 19-30088 and 19-30089

- Genevieve G. Weiner gweiner@gibsondunn.com
- Kimberly S. Winick kwinick@clarktrev.com, knielsen@clarktrev.com
- Kirsten A. Worley kw@wlawcorp.com, admin@wlawcorp.com

**VIA U.S. MAIL**

Arocles Aguilar
California Public Utilities Commission
505 Van Ness Ave.
San Francisco, CA 94102

Andrew Yaphe
Davis Polk & Wardwell LLP
1600 El Camino Real
Menlo Park, CA 94025