**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro (pro hac vice pending)
(pzumbro@cravath.com)
Kevin J. Orsini (pro hac vice pending)
(korsini@cravath.com)
Omid H. Nasab (pro hac vice pending)
(onasab@cravath.com)
825 Eighth Avenue
New York, NY 10019
Tel: 212 474 1000
Fax: 212 474 3700

-and-

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Proposed Attorneys for Debtors and Debtors in Possession*

FILED
JAN 30 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION,

    Debtor.

Tax I.D. No. 94-3234914

In re:

PACIFIC GAS AND ELECTRIC COMPANY,

    Debtor.

Tax I.D. No. 94-0742640

Case Nos: 19-30088 ( )
19-30089 ( )

Chapter 11

**ORDER GRANTING APPLICATION FOR ADMISSION OF OMID NASAB *PRO HAC VICE***

Case: 19-30088    Doc# 124    Filed: 01/30/19    Entered: 01/30/19 14:49:36    Page 1 of 2

# ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Omid H. Nasab, whose business address and telephone number is:

CRAVATH, SWAINE & MOORE LLP

85 Eighth Avenue

New York, NY 10019

(212) 474-1000

and who is an active member in good standing of the bar of the Southern District of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Pacific Gas and Electric Company and PG&E Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

Dated: JAN 3 0 2019

_____
United States Bankruptcy Judge