1  EMILY P. RICH, Bar No. 168735
   TRACY L. MAINGUY, Bar No. 176928
2  CAITLIN GRAY, Bar No. 305118
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501
   Telephone (510) 337-1001
5  Fax (510) 337-1023
   E-Mail: bankruptcycourtnotices@unioncounsel.net
6         erich@unioncounsel.net
          tmainguy@unioncounsel.net
7         cgray@unioncounsel.net

8  Attorneys for Creditor SEIU United Service Workers - West

9                   UNITED STATES BANKRUPTCY COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      (SAN FRANCISCO DIVISION)

12

13  In Re                                  Case Nos. 19-30088 and 19-30089

14  PG&E CORPORATION,                      CHAPTER 11

15                          Debtor.

16

17  In Re                                  **NOTICE OF APPEARANCE AND**
                                           **REQUEST FOR SPECIAL NOTICE**
18  PACIFIC GAS AND ELECTRIC COMPANY,      **AND INCLUSION ON MAILING LIST**

19                          Debtor,

20

21

22          PLEASE TAKE NOTICE that the undersigned attorneys enter their notice of appearance

23  in the above-entitled case on behalf of creditor Engineers and Scientists of California, Local 20,

24  IFPTE and give this notice of appearance and request of all matters that must be noticed to

25  creditors, the Trustee, the Debtors, or other parties in interest, and further request notice of limited

26  Notice Proceedings. For purposes of notice and service, the following address shall be used:

27  ///

28  ///

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

                                    1

NOTICE OF APPEARANCE
Case No. 19-30088 and 19-30089

SEIU United Service Workers - West
c/o Emily P. Rich
WEINBERG ROGER & ROSENFELD
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone: (510) 337-1001
Fax: (510) 337-1023
Email: bankruptcycourtnotices@unioncounsel.net
        erich@unioncounsel.net
        tmainguy@unioncounsel.net
        cgray@unioncounsel.net

This request includes the type of notice referred to in Bankruptcy Rules 2002(i) and 3017(a), 4001, 9007 and Section 1109 of the Bankruptcy Code, and also includes without limitation, all schedules, notices or any orders, applications, complaints, answers, demands, replies, hearings, motions, petitions, pleadings, disclosure statements, plans, requests, memoranda or briefs in support of any of the foregoing, and any other documents brought before the court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telex, facsimile transmission or otherwise.

Dated:  January 30, 2019

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

/s/  Caitlin Gray

By:      CAITLIN GRAY

Attorneys for Creditor SEIU United Service Workers - West

147061\1008225

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

Case: 19-30088   Doc# 126   Filed: 01/30/19   Entered: 01/30/19 15:52:26   Page 2 of 5
Case No. 19-30088 and 19-30089

## **CERTIFICATE OF SERVICE**

I am a citizen of the United States and an employee in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is1001 Marina Village Parkway, Suite 200, Alameda, California 94501.

I hereby certify that on January 30, 2019, I electronically filed the forgoing NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MAILING LIST with the U.S. Bankruptcy Court, Northern District California, by using the Court's CM/ECF system.

Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 30, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED SERVICE LIST

On (date) January 30, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST

I certify under penalty of perjury that the above is true and correct. Executed at Alameda, California, on January 30, 2019.

*/s/ Stephanie Mizuhara*
Stephanie Mizuhara

**WEINBERG, ROGER &
ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway,
Alameda, California 94501
(510) 337-1001

<u>**SERVICE LIST**</u>

- Peter J. Benvenutti pbenvenutti@kellerbenvenutti.com
- Shawn M. Christianson schristianson@buchalter.com
- Jonathan R. Doolittle jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- David V. Duperrault dvd@svlg.com, edn@svlg.com
- Joseph A. Eisenberg jae@jmbm.com, bt@jmbm.com
- Michael P. Esser michael.esser@kirkland.com
- James J. Ficenec jficenec@archernorris.com, ybullock@archernorris.com
- John D. Fiero jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Mark A. Gorton mgorton@boutininc.com, cdomingo@boutininc.com
- Debra I. Grassgreen dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Roberto J. Kampfner rkampfner@whitecase.com
- Tobias S. Keller tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Samuel M. Kidder skidder@ktbslaw.com
- Jane Kim jkim@kellerbenvenutti.com
- Thomas F. Koegel tkoegel@crowell.com
- Andy S. Kong kong.andy@arentfox.com
- Richard A. Lapping rich@trodellalapping.com
- John William Lucas jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Kerri Lyman klyman@irell.com, lgauthier@irell.com
- John H. MacConaghy macclaw@macbarlaw.com, smansour@macbarlaw.com; kmuller@macbarlaw.com
- Thomas C. Mitchell tcmitchell@orrick.com
- David L. Neale dln@lnbrb.com
- Gregory C. Nuti gnuti@nutihart.com, nwhite@nutihart.com
- Office of the U.S. Trustee / SF USTPRegion17.SF.ECF@usdoj.gov
- Valerie Bantner Peo vbantnerpeo@buchalter.com
- Danielle A. Pham danielle.pham@usdoj.gov
- Thomas R. Phinney tom@parkinsonphinney.com
- R. Alexander Pilmer alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston rpinkston@seyfarth.com, jwoods@seyfarth.com
- Douglas B. Provencher dbp@provlaw.com
- Lary Alan Rappaport lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins jrawlins@winston.com
- Gregory A. Rougeau grougeau@brlawsf.com
- David B. Shemano dshemano@pwkllp.com
- James A. Shepherd jim@elkshep.com, ecf@elkshep.com
- Michael St. James ecf@stjames-law.com
- David M. Stern dstern@ktbslaw.com
- Meagan S. Tom Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward Tredinnick etredinnick@grmslaw.com
- Marta Villacorta marta.villacorta@usdoj.gov
- John A. Vos InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
(510) 337-1001

1  • Genevieve G. Weiner gweiner@gibsondunn.com
   • Kimberly S. Winick kwinick@clarktrev.com, knielsen@clarktrev.com
2  • Kirsten A. Worley kw@wlawcorp.com, admin@wlawcorp.com

3

4  **VIA U.S. MAIL**

5  Arocles Aguilar
   California Public Utilities Commission
6  505 Van Ness Ave.
   San Francisco, CA 94102
7

8  Andrew Yaphe
   Davis Polk & Wardwell LLP
9  1600 El Camino Real
   Menlo Park, CA 94025
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
(510) 337-1001

3

Case: 19-30088   Doc# 1526   Filed: 04/30/19   Entered: 04/30/19 14:52:46   Page 5 of 5
Case No. 19-30088 and 19-30089