JEFFER MANGELS BUTLER & MITCHELL LLP
ROBERT B. KAPLAN (Bar No. 76950)
*rbk@jmbm.com*
Two Embarcadero Center, 5th Floor
San Francisco, California 94111-3813
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584

Attorneys for Peter Ouborg

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>Debtor.<br><br>Tax I.D. No. 94-3234914<br><br>In re:<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtor.<br><br>Tax I.D. No. 94-074264 | Case No. 19-30088<br>19-30089<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**<br><br>Dept.:    17<br><br>The Hon. Hon. Dennis Montali |

The undersigned attorneys for Peter Ouborg ("Ouborg") hereby notice of all hearings, or trial dates, motions and notices of motions, applications, disclosure statements, plans of reorganization, applications for compromise, applications to abandon properties, applications for approval to sell property of the estate or to pay expenses or claims, copies of monthly operating reports, copies of statements of deposits, and returns of sale of real or personal property for Court approval, whether such notice, application, or the like is sent by the Court, the debtor, or any other

party-in-interest in this case, and request that all notices, applications, or the like be sent to the address below, and that such address be added to the Court's master mailing list:

>Peter Ouborg
>c/o Robert B. Kaplan, Esq.
>Jeffer Mangels Butler & Mitchell LLP
>Two Embarcadero Center, 5th Floor
>San Francisco, CA  94111
>rbk@jmbm.com

THIS ENTRY OF APPEARANCE AND REQUEST FOR NOTICE is without prejudice to Ouborg's rights, remedies and claims against other entities or any objection that may be made to the jurisdiction or venue of the Court or venue of this case, and shall not be deemed or construed to be a waiver of Ouborg's rights (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Ouborg is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Ouborg hereby expressly reserves.

DATED: January 30, 2019

JEFFER MANGELS BUTLER & MITCHELL LLP
ROBERT B. KAPLAN

By:  /s/ Robert B. Kaplan
ROBERT B. KAPLAN
Attorneys for Peter Ouborg

# PROOF OF SERVICE

## In Re PG&E Corporation, Case No. 19-30088

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is Two Embarcadero Center, 5th Floor, San Francisco, CA 94111-3813.

On January 30, 2019, I served true copies of the following document(s) described as **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

as follows:

### SEE ATTACHED SERVICE LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Jeffer Mangels Butler & Mitchell LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at San Francisco, California.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 30, 2019, at San Francisco, California.

Donna Schmidt

# SERVICE LIST
## In Re PG&E Corporation, Case No. 19-30088

**VIA NEF**
Case No. 19-30088 Notice will be electronically mailed to:

- Peter J. Benvenutti    pbenvenutti@kellerbenvenutti.com
- Shawn M. Christianson    schristianson@buchalter.com
- Jonathan R. Doolittle    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- David V. Duperrault    dvd@svlg.com, edn@svlg.com
- Joseph A. Eisenberg    jae@jmbm.com, bt@jmbm.com
- G. Larry Engel    larry@engeladvice.com
- Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
- James J. Ficenec    jficenec@archernorris.com, ybullock@archernorris.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutininc.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Jennifer C. Hayes    jhayes@fhlawllp.com
- Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com
- Tobias S. Keller    tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly    lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Samuel M. Kidder    skidder@ktbslaw.com
- Jane Kim    jkim@kellerbenvenutti.com
- Thomas F. Koegel    tkoegel@crowell.com
- Andy S. Kong    kong.andy@arentfox.com
- Richard A. Lapping    rich@trodellalapping.com
- John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Kerri Lyman    klyman@irell.com, lgauthier@irell.com
- John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald    iain@macfern.com, ecf@macfern.com
- Thomas C. Mitchell    tcmitchell@orrick.com
- Courtney L. Morgan    morgan.courtney@pbgc.gov
- David L. Neale    dln@lnbrb.com
- Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Valerie Bantner Peo    vbantnerpeo@buchalter.com
- Danielle A. Pham    danielle.pham@usdoj.gov
- Thomas R. Phinney    tom@parkinsonphinney.com
- R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston    rpinkston@seyfarth.com, jwoods@seyfarth.com
- Douglas B. Provencher    dbp@provlaw.com
- Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins    jrawlins@winston.com
- Gregory A. Rougeau    grougeau@brlawsf.com
- David B. Shemano    dshemano@pwkllp.com
- James A. Shepherd    jim@elkshep.com, ecf@elkshep.com
- Michael St. James    ecf@stjames-law.com
- David M. Stern    dstern@ktbslaw.com
- Meagan S. Tom    Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward Tredinnick    etredinnick@grmslaw.com
- Marta Villacorta    marta.villacorta@usdoj.gov
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

- Genevieve G. Weiner    gweiner@gibsondunn.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
- Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com

**VIA U.S. MAIL**

Arocles Aguilar
California Public Utilities Commission
505 Van Ness Ave.
San Francisco, CA 94102

Prime Clerk LLC
830 Third Avenue
3rd Floor
New York, NY 10017

Michael H Strub
Irell and Manella LLP
840 Newport Center Dr., #400
Newport Beach, CA 92660-6324

Andrew Yaphe
Davis Polk & Wardwell LLP
1600 El Camino Real
Menlo Park, CA 94025