SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
J. Eric Ivester (*pro hac vice pending*)
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

– and –

Amy S. Park
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Fax: (650) 470-4570

*Counsel to Atlantica Yield plc and*
*Mojave Solar LLC*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PG&E CORPORATION,** | **Case No. 19-30088** |
| **Debtor.** | |
| **Tax I.D. No. 94-3234914** | |
| **In re:** | **Chapter 11** |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **Case No. 19-30089** |
| **Debtor.** | |
| **Tax I.D. No. 94-0742640** | **(Joint Administration Pending)** |

**APPLICATION FOR ADMISSION OF**
**ATTORNEY *PRO HAC VICE***

Pursuant to B.L.R. 1001-2(a) and /Civil L.R. 11-3, J. Eric Ivester, an active and practicing member in good standing of the bars of the States of New York and Illinois and also a member in good standing of the bars of the States of Texas and Oklahoma, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Atlantica Yield plc and Mojave Solar LLC in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name and address and telephone number of that attorney is:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Amy S. Park
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Fax: (650) 470-4570

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
January 29, 2019

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ J. Eric Ivester*
J. Eric Ivester
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

– and –

Amy S. Park
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Fax: (650) 470-4570

*Counsel to Atlantica Yield plc and*
*Mojave Solar LLC*

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611146019
Cashier ID: sprinka
Transaction Date: 01/30/2019
Payer Name: specialized legal services i
nc

------------------------------------
PRO HAC VICE -
 For: eric ivester
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:       $310.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 57463
 Amt Tendered: $310.00
------------------------------------
Total Due:      $310.00
Total Tendered: $310.00
Change Amt:     $0.00

19-30088


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```