MATTHEW A. LESNICK (SBN 177594)
   matt@lesnickprince.com
CHRISTOPHER E. PRINCE (SBN 183553)
   cprince@lesnickprince.com
LESNICK PRINCE & PAPPAS LLP
185 Pier Avenue, Suite 103
Santa Monica, CA 90405
Telephone:  (310) 396-0964
Facsimile:   (310) 396-0963

Attorneys for Interested Party
CH2M HILL Engineers, Inc.

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>                  Debtor. | Case No. 19-30088<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

      PLEASE TAKE NOTICE that CH2M HILL Engineers, Inc. ("CH2M") hereby requests that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this bankruptcy proceeding including, without limitation, all notices pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, be given and served upon:

      Robert Albery
      Associate General Counsel
      Jacobs Engineering
      9191 South Jamaica Street
      Englewood, CO 80112
      Tel:  (720) 286-2242
      E-mail: robert.albery@jacobs.com

      -- and --

Matthew A. Lesnick
Christopher E. Prince
LESNICK PRINCE & PAPPAS LLP
185 Pier Avenue, Suite 103
Santa Monica, CA 90405
Tel: (310) 396-0964
Fax: (310) 396-0963
E-mail: matt@lesnickprince.com
cprince@lesnickprince.com

Neither this Request for Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive CH2M's: (i) right to have all appropriate matters heard and resolved by the California Public Utilities Commission, the Federal Energy Regulatory Commission, or any other agency of competent jurisdiction; (ii) right(s) to have all core matters subject to Article III jurisdiction heard and decided by a district judge; (iii) right(s) to have final orders in non-core matters entered only after de novo review by a district judge; (iv) right(s) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (v) right(s) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (vi) other rights, claims, actions, defenses, setoffs or recoupments to which CH2M is, or may be, entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

DATED: January 30, 2019                LESNICK PRINCE & PAPPAS LLP


                                       By:   /s/Matthew A. Lesnick
                                             Matthew A. Lesnick
                                             Attorneys for Interested Party
                                             CH2M HILL Engineers, Inc.

2