Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel. (415) 421-2624
Fax (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Creditors: Aggreko, MCE Corporation, Nor-Cal Pipeline Services, and Roebbelen Contracting, Inc.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>        Debtor. | Case No. 19-30088-DM<br><br>Chapter 11<br><br>**DISCLOSURE REGARDING MULTIPLE CREDITOR REPRESENTATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**<br><br>No hearing is requested. |

    Finestone Hayes LLP submits this disclosure pursuant to Federal Rule of Bankruptcy Procedure 2019 regarding its representation of multiple creditors. The table below discloses each represented party's name, address, and the nature and amount of each disclosable economic interest ("Claim") held in relation to PG&E Corporation as of the date of this statement.

    Claims marked "TBD" are of an unknown nature and/or amount. Appropriate proofs of claim reflecting the nature and amount of each claim may be filed pursuant to the Court's procedures as this information becomes known.

///

DISCLOSURE REGARDING MULTIPLE CREDITOR REPRESENTATION      1/2

| Creditor name | Creditor address | Claim |
|---|---|---|
| Aggreko | 4607 W. Admiral Doyle Drive<br>New Iberia, LA 70560 | TBD |
| MCE Corporation | 4000 Industrial Way<br>Concord, CA 94522 | TBD |
| Nor-Cal Pipeline Services | 2712 Seaboard Lane<br>Long Beach, CA 90805 | TBD |
| Roebbelen Contracting, Inc. | 1241 Hawks Flight Court<br>El Dorado Hills, CA 95762 | TBD |

I verify under penalty of perjury that the foregoing is true and correct.

DATED: January 30, 2019

FINESTONE HAYES LLP

*/s/ Stephen D. Finestone*_____
Stephen D. Finestone
Attorney for Aggreko, MCE Corporation, Nor-Cal Pipeline Services, and Roebbelen Contracting, Inc.