**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | § |
| | §  **Case No. 19-30088 (DM)** |
| **PG&E CORPORATION** *et al.*, | § |
| | §  **Chapter 11** |
| Debtors.[1] | § |
| | §  **(Joint Administration Pending)** |

**CERTIFICATE OF SERVICE**

I, Keenan K. Baldeo, do declare and state as follows:

1. I am a Consultant at Prime Clerk, LLC, the proposed claims and noticing agent for the debtor and debtor-in-possession PG&E Corporation, *et al.*, (the "***Debtors***"), in the above-referenced chapter 11 bankruptcy cases.

2. On January 30, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via email on (1) the Core/2002 Email Service List attached hereto as **Exhibit A**, and (2) the Banks Email Service List attached hereto as **Exhibit B**:

- Bridge Order (I) Authorizing Debtors to (A) Continue Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use Thereof, (C) Continue Intercompany Arrangements, (D) Continue to Honor Obligations Related to Joint Infrastructure Projects, and (E) Maintain Existing Bank Accounts and Business Forms; and (II) Waiving the Requirements of 11 U.S.C. § 345(b) [Docket No. 82]

- Bridge Order Authorizing Debtors to (A) Honor Prepetition Obligations to Natural Gas and Electricity Exchange Operators, (B) Grant Administrative Expense Claims and Authorize Posting of Collateral to Exchange Operators' Trading Counterparties, and Future Commission Merchants, (C) Modify the Automatic Stay, and (D) Grant Related Relief [Docket No. 83] (the "***CAISO/NGX Bridge Order***")

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: PG&E Corporation [4914] and Pacific Gas and Electric Company [2640]. The Debtors' mailing address is 77 Beale Street, P.O. Box 770000, San Francisco, California 94177.

3. On January 30, 2019, at my direction and under my supervision, employees of Prime Clerk caused the CAISO/NGX Bridge Order to be served via email on the CAISO/NGX Email Service List attached hereto as **Exhibit C**.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 30th day of January 2019, at New York, NY.

_____
KEENAN K. BALDEO

SRF 30534

# Exhibit A

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Top 50 Unsecured Creditors | ARB Inc. | Attn: Leah Panlilio<br>26000 Commercentre Dr.<br>Lake Forest CA 92630 | contractssf@prim.com |
| Counsel for Genesys Telecommunications Laboratories Inc. | Arent Fox LLP | Attn: Andy S. Kong and Christopher K.S. Wong<br>555 West Fifth Street<br>48th Floor<br>Los Angeles CA 90013-1065 | andy.kong@arentfox.com<br>christopher.wong@arentfox.com |
| Counsel for Interested Party Phillips and Jordan | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: John H. Rowland<br>211 Commerce Street<br>Suite 800<br>Nashville TN 37201 | jrowland@bakerdonelson.com |
| Top 50 Unsecured Creditors | Bank of America | Attn: Patrick Boultinghouse<br>NY1-199-22-00, 1 Bryant Park, 22nd Floor<br>New York NY 10036 | Patrick.boultinghouse@baml.com |
| Top 50 Unsecured Creditors | Bank of New York Mellon | Attn: Raymond Torres<br>400 South Hope Street, Suite 500<br>Los Angeles CA 90071 | raymond.torres@bnymellon.com |
| Top 50 Unsecured Creditors | Bank of New York Mellon | Attn: Timothy J. Marchando<br>500 Grant Street, BNY Mellon Center<br>Suite 410<br>Pittsburgh PA 15258 | timothy.marchando@bnymellon.com |
| Counsel for Creditors<br>Public Entities Impacted by the Wildfires | Baron & Budd, P.C. | Attn: Scott Summy, John Fiske<br>3102 Oak Lawn Avenue #1100<br>Dallas TX 75219 | ssummy@baronbudd.com<br>jfiske@baronbudd.com |
| Counsel for Creditor and Party-in-Interest Sonoma Clean Power Authority | Boutin Jones Inc. | Attn: Mark Gorton<br>555 Capital Mall<br>Suite 1500<br>Sacramento CA 95814 | mgorton@boutinjones.com |
| Counsel to Frase Enterprises, Inc. dba Kortick Manufacturing Company | Brunetti Rougeau LLP | Attn: Gregory A. Rougeau<br>235 Montgomery Street<br>Suite 410<br>San Francisco CA 94104 | grougeau@brlawsf.com |
| Counsel for California Community Choice Association, Counsel for Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Valerie Bantner Peo, Shawn M. Christianson<br>55 Second Street<br>17th Floor<br>San Francisco CA 94105-3493 | schristianson@buchalter.com<br>vbantnerpeo@buchalter.com |

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| California Public Utilities Commission | California Public Utilities Commission | Attn: Arocles Aguilar<br>505 Van Ness Avenue<br>San Francisco CA 94102 | arocles.aguilar@cpuc.ca.gov |
| Top 50 Unsecured Creditors | Citibank, N.A. | Attn: Amit Vasani<br>388 Greenwich Street<br>New York NY 10013 | amit.vasani@citi.com |
| Interested Party California Community Choice Association | Clark Trevithick | Attn: Kimberly S. Winick<br>800 Wilshire Boulevard<br>12th Floor<br>Los Angeles CA 90017 | kwinick@clarktrev.com |
| Counsel for BlueMountain Capital Management, LLC | Cleary Gottlieb Sheen & Hamilton LLP | Attn: Lisa Schweitzer, Margaret Schierberl<br>One Liberty Plaza<br>New York NY 10006 | lschweitzer@cgsh.com<br>mschierberl@cggsh.com |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Cotchett, Pitre & Mccarthy, LLP | Attn: Frank M. Pitre, Alison E. Cordova, Abigail D. Blodgett<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame CA 94010 | fpitre@cpmlegal.com<br>acordova@cpmlegal.com<br>ablodgett@cpmlegal.com |
| Counsel for Creditors and Parties-in-Interest NEXANT | Crowell & Moring LLP | Attn: Monique D. Almy<br>1001 Pennsylvania Avenue, N.W.<br>Washington DC 20004 | malmy@crowell.com |
| Counsel for Creditors and Parties-in-Interest NEXANT | Crowell & Moring LLP | Attn: Thomas F. Koegel<br>3 Embarcadero Center<br>26th Floor<br>San Francisco CA 94111 | tkoegel@crowell.com |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff<br>450 Lexington Avenue<br>New York NY 10017 | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com |
| Creditor and Counsel to Debra Grassgreen | Debra Grassgreen | Attn: Karl Knight<br>1339 Pearl Street<br>Suite 201<br>Napa CA 94558 | dgrassgreen@gmail.com |
| Top 50 Unsecured Creditors | Deutsche Bank | Attn: Kathryn Fischer<br>100 Plaza One, 8th Floor<br>MS JCY03-0801<br>Jersey City NJ 07311 | kathryn.fischer@db.com |

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel for East Bay Community Energy Authority | East Bay Community Energy Authority | Attn: Leah S. Goldberg<br>1111 Broadway<br>3rd Floor<br>Oakland CA 94607 | lgoldberg@ebce.org |
| Counsel for W. Bradley Electric, Inc. | Elkington Shepherd LLP | Attn: Sally J. Elkington, James A. Shepherd<br>409 - 13th Street<br>10th Floor<br>Oakland CA 94612 | sally@elkshep.com<br>jim@elkshep.com |
| Counsel for Creditor and Party-in-Interest Sonoma Clean Power Authority | Engel Law, P.C. | Attn: G. Larry Engel<br>12116 Horseshoe Lane<br>Nevada Cuty CA 94123 | larry@engeladvice.com |
| Counsel for Topaz Solar Farms LLC | Gibson, Dunn & Crutcher LLP | Attn: Jeffrey C. Krause, Genevieve G. Weiner<br>333 South Grand Avenue<br>Los Angeles CA 90071-3197 | Gweiner@gibsondunn.com<br>Jkrause@gibsondunn.com |
| Counsel for Topaz Solar Farms LLC | Gibson, Dunn & Crutcher LLP | Attn: Michael A. Rosenthal, Alan Moskowitz<br>200 Park Avenue<br>New York NY 10166-0193 | Mrosenthal@gibsondunn.com<br>Amoskowitz@gibsondunn.com |
| Counsel for for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | Greene Radovsky Maloney Share & Hennigh LLP | Attn: Edward J. Tredinnick<br>Four Embarcadero Center<br>Suite 4000<br>San Francisco CA 94111-4106 | etredinnick@greeneradovsky.com |
| Counsel for BlueMountain Capital Management, LLC | Irell & Manella LLP | Attn: Craig Varnen, Andrew J. Strabone<br>1800 Avenue of the Stars<br>Suite 900<br>Los Angeles CA 90067-4276 | cvarnen@irell.com<br>astrabone@irell.com |
| Counsel for BlueMountain Capital Management, LLC | Irell & Manella LLP | Attn: Michael H. Strub, Jr.<br>840 Newport Center Drive<br>Suite 400<br>Newport Beach CA 92660-6324 | mstrub@irell.com |
| Counsel for the Federal Monitor, Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: Marc Kieselstein, P.C., David R. Seligman, P.C.<br>300 North LaSalle<br>Chicago IL 60654 | marc.kieselstein@kirkland.com<br>david.seligman@kirkland.com |
| Counsel for the Federal Monitor, Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: R. Alexander Pilmer, Mark McKane, P.C., Michael P. Esser<br>555 California Street<br>San Francisco CA 94104 | alexander.pilmer@kirkland.com<br>mark.mckane@kirkland.com<br>michael.esser@kirkland.com |

Exhibit A
Core/2002 Email Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel for the Federal Monitor, Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: Stephen E. Hessler, P.C., Aparna Yenamandra<br>601 Lexington Avenue<br>New York NY 10022 | stephen.hessler@kirkland.com<br>aparna.yenamandra@kirkland.com |
| Counsel for NextEra Energy Inc. et al. | Klee, Tuchin, Bogdanoff & Stern LLP | Attn: Kenneth N. Klee, David M. Stern, Samuel M. Kidder<br>1999 Avenue of the Stars<br>Thirty-Ninth Floor<br>Los Angeles CA 90067 | kklee@ktbslaw.com<br>dstern@ktbslaw.com<br>skidder@ktbslaw.com |
| Creditor and Counsel to Debra Grassgreen | Law Offices of Thomas J. Brandi | Attn: Thomas J. Brandi<br>345 Pine Street<br>3rd Floor<br>San Francisco CA 94104 | tjb@brandilaw.com |
| Counsel for California Independent System Operator | Levene, Neale, Bender, Yoo & Brill L.L.P. | Attn: David L. Neale<br>10250 Constellation Blvd.<br>Suite 1700<br>Los Angeles CA 90067 | DLN@LNBYB.COM |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | Attn: Bradley C. Knapp<br>601 Poydras Street<br>Suite 2660<br>New Orleans LA 70130 | bknapp@lockelord.com |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | Attn: Meagan S. Tom<br>101 Montgomery Street<br>Suite 1950<br>San Francisco CA 94104 | meagan.tom@lockelord.com |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | Attn: W. Steven Bryant<br>600 Congress Street<br>Suite 2200<br>Austin TX 78701 | sbryant@lockelord.com |
| Top 50 Unsecured Creditors | Mizuho | Attn: Peter Bickford<br>1251 Ave. of the Americas, 32nd Fl.<br>New York NY 10020 | peter.bickford@mizuhocbus.com |
| Top 50 Unsecured Creditors | MRO Integrated Solutions LLC | Attn: Tracy M. Tomkovicz<br>Maxwell Way, Ste. 200<br>Fairfield CA 94534 | tracyt@mrois.com |
| Top 50 Unsecured Creditors | MUFG | Attn: Nietzsche Rodricks<br>1251 Avenue of the Americas<br>New York NY 10020-1104 | nrodricks@us.mufg.jp |

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel for Creditors Public Entities Impacted by the Wildfires | Nuti Hart LLP | Attn: Gregory C. Nuti, Christopher H. Hart, Kimberly S. Fineman<br>411 30TH Street<br>Suite 408<br>Oakland CA 94609-3311 | kfineman@nutihart.com<br>gnuti@nutihart.com<br>chart@nutihart.com |
| Office of the California Attorney General | Office of the California Attorney General | Attn: Bankruptcy Dept<br>P.O. Box 944255<br>Sacramento CA 94244-2550 | bankruptcy@coag.gov |
| Office of the United States Trustee | Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Lynette C. Kelly, Marta E. Villacorta<br>450 Golden Gate Ave<br>Suite 05-0153<br>San Francisco CA 94102 | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>lynette.c.kelly@usdoj.gov<br>Marta.Villacorta@usdoj.gov |
| Counsel for The Baupost Group, L.L.C., as the general partner and investment manager for certain entities, Counsel for TRC Companies, Inc. | Pachulski Stang Ziehl & Jones LLP | Attn: Isaac M. Pachulski, Debra I. Grassgreen, Gabriel I. Glazer, John W. Lucas, John D. Fiero<br>150 California Street<br>15th Floor<br>San Francisco CA 94111 | jlucas@pszjlaw.com<br>gglazer@pszjlaw.com<br>dgrassgreen@pszjlaw.com<br>ipachulski@pszjlaw.com<br>jfiero@pszjlaw.com |
| Counsel for Yuba County Water Agency | Parkinson Phinney | Attn: Thomas R. Phinney<br>3600 American River Drive<br>Suite 145<br>Sacramento CA 95864 | tom@parkinsonphinney.com |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly<br>1285 Avenue of the Americas<br>New York NY 10019-6064 | akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com |
| Counsel for California Independent System Operator | Pierce Atwood LLP | Attn: Keith J. Cunningham<br>Merrill's Wharf<br>254 Commercial Street<br>Portland ME 04101 | kcunningham@PierceAtwood.com |
| Counsel for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co. | Proskauer Rose LLP | Attn: Martin J. Bienenstock, Brian S. Rosen, Maja Zerjal<br>Eleven Times Square<br>New York NY 10036-8299 | mbienenstock@proskauer.com<br>brosen@proskauer.com<br>mzerjal@proskauer.com |
| Counsel for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co. | Proskauer Rose LLP | Attn: Michael A. Firestein, Lary Alan Rappaport, Steve Y. Ma<br>2029 Century Park East<br>Suite 2400<br>Los Angeles CA 90067-3010 | mfirestein@proskauer.com<br>lrappaport@proskauer.com<br>sma@proskauer.com |

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Top 50 Unsecured Creditors | Quanta Energy Services LLC | Attn: B.J. Ducey<br>Post Oak Blvd., Ste. 2600<br>Houston TX 77056 | BDucey@QuantaServices.com |
| Counsel for Creditors Nevada Irrigation District, Counsel for Attorneys for Creditors Lodi Gas Storage, L.L.P. Wild Goose, LLC | Reed Smith LLP | Attn: Jonathan R. Doolittle<br>101 Second Street<br>Suite 1800<br>San Francisco CA 94105 | jdoolittle@reedsmith.com |
| Counsel for Creditors Nevada Irrigation District, Counsel for Attorneys for Creditors Lodi Gas Storage, L.L.P. Wild Goose, LLC | Reed Smith LLP | Attn: Monique B. Howery<br>10 S. Wacker Drive<br>40th Floor<br>Chicago IL 60606 | mhowery@reedsmith.com |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Robins Cloud LLP | Attn: Bill Robins, III, Robert Bryson<br>808 Wilshire Boulevard<br>Site 450<br>Santa Monica CA 90401 | robins@robinscloud.com<br>rbryson@robinscloud.com |
| Top 50 Unsecured Creditors | Roebbelen Contracting Inc. | Attn: Frank Lindsay<br>1241 Hawks Flight Ct.<br>El Dorado Hills CA 95762 | FrankL@roebbelen.com |
| Counsel for The Baupost Group L.L.C., as the managing general partner and/or investment manager for certain entities | Ropes & Gray LLP | Attn: Matthew M. Roose<br>1211 Avenue of the Americas<br>New York NY 10036-8704 | mark.bane@ropesgray.com<br>matthew.roose@ropesgray.com |
| Counsel for The Baupost Group L.L.C., as the managing general partner and/or investment manager for certain entities | Ropes & Gray LLP | Attn: Peter L. Welsh, Joshua Y. Sturm, & Patricia I. Chen<br>Prudential Tower<br>800 Boylston Street<br>Boston MA 02199-3600 | peter.welsh@ropesgray.com<br>joshua.sturm@ropesgray.com<br>patricia.chen@ropesgray.com |
| Counsel for for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | San Francisco City Attorney's Office | Attn: Owen Clements<br>1390 Market Street<br>7th Floor<br>San Francisco CA 94102 | Owen.Clements@sfcityatty.org |
| Counsel for Turner Construction Company Case | Seyfarth Shaw LLP | Attn: M. Ryan Pinkston, Christopher J. Harney<br>560 Mission Street<br>Suite 3100<br>San Francisco CA 94105 | rpinkston@seyfarth.com<br>charney@seyfarth.com |

Exhibit A
Core/2002 Email Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel for East Bay Community Energy Authority | Shemanolaw | Attn: David B. Shemano<br>1801 Century Park East<br>Suite 1600<br>Los Angeles CA 90067 | dshemano@shemanolaw.com |
| Counsel for TURN – The Utility Reform Network | Silicon Valley Law Group | Attn: David V. Duperrault, Kathryn E. Barrett<br>One North Market Street<br>Suite 200<br>San Jose CA 95113 | dvd@svlg.com<br>keb@svlg.com |
| Counsel for Creditor and Party-in-Interest Sonoma Clean Power Authority | Sonoma Clean Power Authority | Attn: Jessica Mullan, General Counsel<br>50 Santa Rosa Avenue<br>Fifth Floor<br>Santa Rosa CA 95494 | jmullan@sonomacleanpower.org |
| Counsel for Garcia and Associates | St. James Law, P.C. | Attn: Michael St. James<br>22 Battery Street<br>Suite 888<br>San Francisco CA 94111 | Ecf@stjames-law.com |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad<br>180 Maiden Lane<br>New York NY 10038-4982 | khansen@stroock.com<br>egilad@stroock.com |
| Counsel for Creditors<br>Public Entities Impacted by the Wildfires | Stutzman, Bromberg, Esserman & Plifka, P.C. | Attn: Sander L. Esserman, Cliff I. Taylor<br>2323 Bryan Street<br>Suite 2200<br>Dallas TX 5201-2689 | esserman@sbep-law.com<br>taylor@sbep-law.com |
| Top 50 Unsecured Creditors | The Okonite Company Inc. | Attn: Patrick Nash<br>2440 Camino Ramon, Ste. 315<br>San Ramon CA 94583 | sfpo@okonite.com |
| Counsel for Refining Company-California | Trodella & Lapping LLP | Attn: Richard A. Lapping<br>540 Pacific Avenue<br>San Francisco CA 94133 | Rich@TrodellaLapping.com |
| Top 50 Unsecured Creditors | Turner Construction Company | Attn: Craig Jones<br>343 Sansome St., Ste. 500<br>San Francisco CA 94104 | dcosta@tcco.com |
| Counsel for TURN – The Utility Reform Network | TURN—The Utility Reform Network | Attn: Mark Toney, Thomas Long<br>785 Market St<br>Suite 1400<br>San Francisco CA 94103 | mtoney@turn.org<br>tlong@turn.org |

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. Department of Justice | Attn: Danielle A. Pham<br>1100 L Street, NW<br>Room 7106<br>Washington DC 20005 | danielle.pham@usdoj.gov |
| Counsel for Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. Department of Justice | Attn: Danielle A. Pham<br>P.O. Box 875<br>Ben Franklin Station<br>Washington DC 20044-0875 | danielle.pham@usdoj.gov |
| US Securities and Exchange Commission | US Securities and Exchange Commission | Attn: Jina Choi, Regional Director<br>San Francisco Regional Office<br>44 Montgomery Street, Suite 2800<br>San Francisco CA 94104 | sanfrancisco@sec.gov |
| US Securities and Exchange Commission | US Securities and Exchange Commission | Attn: Office of General Counsel<br>100 F St. NE MS 6041B<br>Washington DC 20549 | secbankruptcy@sec.gov |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Walkup Melodia Kelly & Schoenberger | Attn: Michael A. Kelly, Khaldoun A. Baghdadi, Max Schuver<br>650 California Street<br>26th Floor<br>San Francisco CA 94108 | mkelly@walkuplawoffice.com<br>kbaghdadi@walkuplawoffice.com<br>mschuver@walkuplawoffice.com |
| Top 50 Unsecured Creditors | Wells Fargo | Attn: Shelley C. Anderson<br>One West Fourth Street<br>Winston-Salem NC 27101 | Shelley.C.Anderson@wellsfargo.com |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: J.Christopher Shore<br>1221 Avenue of the Americas<br>New York NY 10020-1095 | cshore@whitecase.com |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: Roberto J. Kampfner<br>555 South Flower Street, Suite 2700<br>Los Angeles CA 90071 | rkampfner@whitecase.com |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: Thomas E Lauria, Matthew C. Brown<br>Southeast Financial Center<br>200 South Biscayne Boulevard, Suite 4900<br>Miami FL 33131-2352 | tlauria@whitecase.com<br>mbrown@whitecase.com |
| Counsel for Ballard Marine Construction, Inc. | Williams Kastner | Attn: Todd W. Blischke<br>601 Union Street<br>Suite 4100<br>Seattle WA 98101-2380 | TBlischke@williamskastner.com |

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel for Ballard Marine Construction, Inc. | Worley Law, P.C. | Attn: Kirsten A. Worley<br>1572 Second Avenue<br>San Diego CA 92101 | kw@wlawcorp.com |

# **Exhibit B**

# Exhibit B
## Banks Email Service List
### Served via Email

| NAME | EMAIL |
|---|---|
| BANK OF AMERICA NA | patrick.boultinghouse@baml.com |
| Bank of New York Mellon | nader.souri@bnymellon.com |
| Bank of New York Mellon | timothy.marchando@bnymellon.com |
| BARCLAYS BANK PLC | barclaysbrrd@barclays.com; john.plaster@barclays.com |
| BNP PARIBAS US | lourdes.narvaez@us.bnpparibas.com; denis.omeara@us.bnpparibas.com |
| Canadian Imperial Bank of Commerce | beverley.stone@cibc.ca; Robert.Casey@us.cibc.com |
| Citibank N.A. | global.loans.support@citi.com; amit.vasani@citi.com |
| CITIBANK NA NY | amit.vasani@citi.com |
| Goldman Sachs & Co. | brian.bolster@gs.com |
| JP MORGAN | charles.j.wortman@jpmorgan.com |
| JP MORGAN CHASE BANK NA | charles.j.wortman@jpmorgan.com |
| JP MORGAN CHASE BANK, N.A. | charissa.m.stadnyk@Jpmorgan.com; charles.j.wortman@jpmorgan.com |
| MERRILL LYNCH | dg.mlci_legal_-_contract_specialists@bankofamerica.com |
| MIZUHO CORPORATE BANK | peter.bickford@mizuhocbus.com |
| MORGAN STANLEY | david.nastro@morganstanley.com |
| MORGAN STANLEY & CO LLC | david.nastro@morganstanley.com |
| Morgan Stanley & Co. Incorporated | david.nastro@morganstanley.com |
| Morgan Stanley & Co. LLC | david.nastro@morganstanley.com |
| MUFG UNION BANK NA | nrodricks@us.mufg.jp |
| RBC Capital Markets LLC | Jack.Sconzo@rbccm.com |
| ROYAL BANK OF CANADA | rbccmcommodityops@rbccm.com |
| SUMITOMO MITSUI BANKING | mcummings@smbc-lf.com |
| TD BANK NA | thomas.casey@tdsecurities.com |
| THE BANK OF NEW YORK MELLON | nader.souri@bnymellon.com |
| US BANK | karen.boyer@usbank.com |
| US BANK NATIONAL ASSOCIATION | karen.boyer@usbank.com |
| US BANK TRUST NA | karen.boyer@usbank.com |
| Wells Fargo | Shelley.C.Anderson@wellsfargo.com |
| WELLS FARGO BANK | larpenlm@wellsfargo.com |

Exhibit B

Banks Email Service List

Served via Email

| NAME | EMAIL |
|---|---|
| WELLS FARGO BANK NA | larpenlm@wellsfargo.com |
| WELLS FARGO LLC | inboundconfirms1@wellsfargo.com |

# Exhibit C

# Exhibit C
## CAISO/NGX Email Service List
### Served via Email

| NAME | ADDRESS 1 | EMAIL |
|---|---|---|
| Intercontinental Exchange | Attn: Steve Lappin, Lilla Hernandez, Kara Dutta, Hester Serafini, Viet Nguyen | Steve.Lappin@theice.com; Lilia.Hernandez@theice.com; Kara.Dutta@theice.com; Hester.Serafini@theice.com; Viet.Nguyen@theice.com |
| Macquarie Futures | Attn: Michelle Crutchfield, Gerry Saccente, Ray Tubridy | Michelle.Crutchfield@macquarie.com; Gerry.Saccente@macquarie.com; Ray.Tubridy@macquarie.com |
| Pierce Atwood LLP | Attn: Keith J. Cunningham | kcunningham@pierceatwood.com |
| Wilmer Hale | Attn: George Shuster | George.Shuster@wilmerhale.com |
| Wilmer Hale | Attn: Paul M. Architzel | paul.architzel@wilmerhale.com |
| Winston & Strawn LLP | Attn: David Neier | dneier@winston.com |