**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice* pending)
(stephen.karotkin@weil.com)
Matthew Goren (*pro hac vice* pending)
(matthew.goren@weil.com)
Kevin Bostel (*pro hac vice* pending)
(kevin.bostel@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel:  (212) 310-8000
Fax:  (212) 310-8007

-and-

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:  (415) 496-6723
Fax:  (415) 636-9251

*Proposed Attorneys for Debtors and Debtors in Possession*

**FILED**

JAN 3 0 2019

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtor.<br><br>Tax I.D. No. 94-0742640 | Case Nos:  19-30088 (DM)<br>            19-30089 (DM)<br><br>Chapter 11 |
| In re:<br><br>PG&E CORPORATION,<br><br>    Debtor.<br><br>Tax I.D. No. 94-3234914 | |

ORDER GRANTING APPLICATION FOR ADMISSION OF THEODORE TSEKERIDES *PRO HAC VICE*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# ORDER GRANTING APPLICATION FOR ADMISSION OF
## ATTORNEY *PRO HAC VICE*

Theodore Tsekerides, whose business address and telephone number is

    WEIL, GOTSHAL & MANGES LLP

    767 Fifth Avenue

    New York, NY 10153

    (212) 310-8000

and who is an active member in good standing of the bar of New York State having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Pacific Gas and Electric Company and PG&E Corporation.

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

Dated: JAN 3 0 2019

_____
United States Bankruptcy Judge

ORDER GRANTING APPLICATION FOR ADMISSION OF THEODORE TSEKERIDES *PRO HAC VICE*

Case: 19-30088   Doc# 134   Filed: 01/30/19   Entered: 01/30/19 15:32:26   Page 2 of 2