LOCKE LORD LLP
Meagan S. Tom (SBN 273489)
meagan.tom@lockelord.com
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

Bradley C. Knapp (*pro hac vice*)
bknapp@lockelord.com
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130
Telephone: (504) 558-5210
Fax: (504) 910-6847

W. Steven Bryant (*pro hac vice*)
sbryant@lockelord.com
600 Congress Street, Suite 2200
Austin, Texas 78701
Telephone: (512) 305-4700
Fax: (512) 305-4800

Attorneys for Creditor
*International Brotherhood of Electrical Workers Local Union 1245*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | ) CASE NO.: 19-30088 |
| | ) CASE NO.: 19-30089 |
| PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY | ) |
| | ) Chapter 11 |
| | ) |
| Debtors | ) (JOINT ADMINISTRATION |
| | ) PENDING) |
| | ) |
| | ) **INTERNATIONAL** |
| | ) **BROTHERHOOD OF** |
| | ) **ELECTRICAL WORKERS, LOCAL** |
| | ) **UNION NO. 1245'S RESERVATION** |
| | ) **OF RIGHTS REGARDING** |
| | ) **MOTION OF DEBTORS** |
| | ) **PURSUANT TO 11 U.S.C. §§ 105(a),** |
| | ) **363(b), AND 507 AND FED. R.** |
| | ) **BANKR. P. 6003 AND 6004 FOR** |
| | ) **INTERIM AND FINAL** |
| | ) **AUTHORITY TO (I) PAY** |

**Locke Lord LLP**
101 Montgomery Street, Suite 1950
San Francisco, CA 94104

|  | ) | **PREPETITION WAGES,** |
|---|---|---|
| | ) | **SALARIES, WITHHOLDING** |
| | ) | **OBLIGATIONS , AND OTHER** |
| | ) | **COMPENSATION AND BENEFITS;** |
| | ) | **(II) MAINTAIN EMPLOYEE** |
| | ) | **BENEFITS PROGRAMS; AND (III)** |
| | ) | **PAY RELATED** |
| | ) | **ADMINISTRATIVE** |
| | ) | **OBLIGATIONS** |
| | ) | |
| | ) | |
| | ) | Date: January 31, 2019 |
| | ) | Time: 10:00 AM |
| | ) | Place: Courtroom 17, U.S. Bankruptcy |
| | ) | Court, 16th Floor, 450 Golden Gate |
| | ) | Avenue, San Francisco, California |

The International Brotherhood of Electrical Workers Local Union 1245 ("IBEW"), files this Reservation of Rights in response to the *Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507 and Fed. R. Bankr. P. 6003 and 6004 for Interim and Final Authority to (I) Pay Prepetition Wages, Salaries, Withholding Obligations, and Other Compensation and Benefits; (II) Maintain Employee Benefits Programs; and (III) Pay Related Administrative Obligations* (Doc. No. 8) (the "Employee Wages and Benefits Motion")[1] and states as follows:

## I.    Introduction

The IBEW is a labor organization affiliated with the American Federal of Labor – Congress of Industrial Organizations ("AFL-CIO").  The IBEW represents approximately 20,000 private and public sector employees working in the electric and gas utilities industry and related fields, including approximately 12,000 electrical, gas, and clerical employees of Pacific Gas & Electric Company ("PG&E"), and nearly 6,000 employees of contractors providing service to PG&E, that work throughout California.  IBEW members are responsible for building, maintaining and repairing PG&E's electric and gas distribution and transmission systems, as well as providing over-the-phone and in-person customer service to PG&E's customers, and they are therefore critical to PG&E's ability to supply electricity and gas to approximately 16 million California residents.  The IBEW will

**Locke Lord LLP**
101 Montgomery Street, Suite 1950
San Francisco, CA 94104

---

[1] The Employee Wages and Benefits Motion was also filed at Doc. No. 8 in Case No. 18-30089.  While Debtors' Motion for Joint Administration remains pending, the IBEW will file this reservation solely in Case No. 18-30088 for purposes of judicial economy.

2

support PG&E's reorganization efforts in these proceedings to the furthest extent practicable, and it looks forward to working with PG&E toward an exit from bankruptcy that leaves PG&E better positioned to continue providing service and employing IBEW members for years to come.

## II. Reservation

The IBEW has reviewed the Employee Wages and Benefits Motion and supports entry of the proposed interim order granting the Employee Wages and Benefits Motion. Entry of the interim order is vital to the IBEW's members and will allow PG&E's employees to avoid disruption of wages, benefits, including retirement benefits and pensions. The IBEW has certain questions related to the Employee Wages and Benefits Motion that the IBEW plans to address with PG&E before entry of a final order. Therefore, the IBEW reserves all rights with respect to entry of a final order.

Dated: January 30, 2019     Respectfully submitted,

LOCKE LORD LLP


By:   _/s/ Meagan S. Tom_
         Bradley C. Knapp
         W. Steven Bryant
         Meagan S. Tom
Attorneys for Creditor
_International Brotherhood of Electrical Workers Local Union 1245_

**Locke Lord LLP**
101 Montgomery Street, Suite 1950
San Francisco, CA 94104

Case: 19-30088    Doc# 136    Filed: 01/30/19    Entered: 01/30/19 15:35:00    Page 3 of 3