**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice* pending)
(stephen.karotkin@weil.com)
Matthew Goren (*pro hac vice* pending)
(matthew.goren@weil.com)
Kevin Bostel (*pro hac vice* pending)
(kevin.bostel@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

-and-

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Proposed Attorneys for Debtors and Debtors in Possession*

FILED
JAN 30 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtor.<br><br>Tax I.D. No. 94-0742640 | Case Nos: 19-30088 (DM)<br>19-30089 (DM)<br><br>Chapter 11 |
| In re:<br><br>PG&E CORPORATION,<br><br>    Debtor.<br><br>Tax I.D. No. 94-3234914 | |

ORDER GRANTING APPLICATION FOR ADMISSION OF JESSICA LIOU *PRO HAC VICE*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Jessica Liou, whose business address and telephone number is

 WEIL, GOTSHAL & MANGES LLP

 767 Fifth Avenue

 New York, NY 10153

 (212) 310-8000

and who is an active member in good standing of the bar of New York State having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Pacific Gas and Electric Company and PG&E Corporation.

 IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

Dated: JAN 3 0 2019

_____
United States Bankruptcy Judge