**Entered on Docket**
**January 30, 2019**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION



FILED
JAN 30 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>      Debtor.<br><br>Tax I.D. No. 94-3234914 | Chapter 11<br><br>Case No. 19-30088 |
| In re:<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>      Debtor.<br><br>Tax I.D. No. 94-0742640 | Chapter 11<br><br>Case No. 19-30089 |

### ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

J. Eric Ivester, whose business address and telephone number is

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
J. Eric Ivester
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

And who is an active member in good standing of the bars of the States of New York and Illinois and also a member in good standing of the bars of the States of Texas and Oklahoma, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Atlantica Yield plc and Mojave Solar LLC;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

Dated: JAN 3 0 2019 , 2019

*[signature]*

THE HONORABLE JUDGE DENNIS MONTALI
UNITED STATES BANKRUPTCY JUDGE

2
Case: 19-30088   Doc# 145   Filed: 01/30/19   Entered: 01/30/19 16:21:57   Page 2 of 2