Justin E. Rawlins (#209915)
jrawlins@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

David Neier (*pro hac vice requested*)
dneier@winston.com
WINSTON & STRAWN LLP
200 Park Avenue, 40th Floor
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

*Attorneys for Peninsula Clean Energy Authority*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>Debtor.<br><br>Tax I.D. No. 94-3234914 | Case Nos. 19 -30088 (DM)<br>19 -30089 (DM)<br><br>Chapter 11 |
| In re:<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtor.<br><br>Tax I.D. No. 94-0742640 | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE** that Peninsula Clean Energy Authority ("Peninsula") appears in this proceeding as a party in interest and requests, pursuant to 11 U.S.C. §§ 342 and 1109(b) and Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that copies of all papers filed in this proceeding be served at the addresses and to the individuals set forth below:

Justin E. Rawlins
jrawlins@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

David Neier
dneier@winston.com
WINSTON & STRAWN LLP
200 Park Avenue, 40th Floor
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. §1109(b) and Bankruptcy Rule 2002, the foregoing request includes not only the notices and papers referred to or specified above but also includes, without limitation, orders and notices of any application, complaint, demand, motion, petition, plan, disclosure statement, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, telegraph, telex or otherwise filed or made which affect or seek to affect in any way rights or interests of creditors, parties in interest, Peninsula, the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that Peninsula intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive or otherwise impair or limit the rights of Peninsula (a) to have final orders in non-core matters entered only after de novo review by a District Judge, (b) to a trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (c) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs, or recoupments to which Peninsula is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Peninsula expressly reserves. Nor shall this request for notice be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is


Case: 19-30088 Doc# 146 Filed: 01/30/19 Entered: 01/30/19 16:32:48 Page 2 of 3

required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

Dated: January 30, 2019

WINSTON & STRAWN LLP

By: /s/Justin E. Rawlins
Justin E. Rawlins
David Neier (*pro hac vice requested*)

*Attorneys for Peninsula Clean Energy Authority*