| | |
|---|---|
| 1 | Michael W. Malter (SBN 96533) |
| 2 | Robert G. Harris (SBN 124678)<br>BINDER & MALTER, LLP |
| 3 | 2775 Park Avenue<br>Santa Clara, CA 95050 |
| 4 | Tel: (408) 295-1700<br>Fax: (408) 295-1531 |
| 5 | Email: Michael@bindermalter.com<br>Email: Rob@bindermalter.com |
| 6 | |
| 7 | Attorneys for ChargePoint, Inc. |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>Debtor.<br><br>Tax I.D. No. 94-3234914 | Case No.: 19-30088 DM<br>Chapter 11 |
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtor.<br><br>Tax I.D. No. 94-0742640 | Case No.: 19-30089 DM<br>Chapter 11<br><br>Date: January 29, 2019<br>Time: 10:00 a.m.<br>Place: Courtroom 17, 16th Floor<br>450 Golden Gate Avenue<br>San Francisco, California |

## CERTIFICATE OF SERVICE

CERTIFICATE OF SERVICE

I, Natalie Gonzalez, declare:

I am employed in the County of Santa Clara, California. I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 2775 Park Avenue, Santa Clara, California 95050.

On January 30, 2019, I served a true and correct copy of the following document(s):

**CHARGEPOINT, INC'S CONDITIONAL NON-OPPOSITION TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a), 363(b), AND 507(a)(7) AND FED. R. BANKR. P. 6003 AND 6004 FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTORS TO (A) MAINTAIN AND ADMINISTER CUSTOMER PROGRAMS, INCLUDING PUBLIC PURPOSE PROGRAMS, AND (B) HONOR ANY PREPETITION OBLIGATIONS RELATING THERETO; AND (II) AUTHORIZING FINANCIAL INSTITUTIONS TO HONOR AND PROCESS RELATED CHECKS AND TRANSFERS**

on the interested parties in said cause who are registered participants of the Court's CM/ECF system, consented to electronic service, and received an electronic copy of the document(s) by the Clerk of the Court via Notice of Electronic Filing at Santa Clara, California addressed as follows:

- **Robert Berens**     rjb.@smtdlaw.com
- **Christina Lin Chen**     christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- **Alicia Clough**     aclough@loeb.com
- **Jonathan R. Doolittle**     jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- **John D. Fiero**     jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- **Mark A. Gorton**     mgorton@boutininc.com, cdomingo@boutininc.com
- **Jennifer C. Hayes**     jhayes@fhlawllp.com
- **Robert B. Kaplan**     rbk@jmbm.com
- **Tobias S. Keller**     tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- **Lynette C. Kelly**     lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- **Samuel M. Kidder**     skidder@ktbslaw.com
- **Jane Kim**     jkim@kellerbenvenutti.com
- **Thomas F. Koegel**     tkoegel@crowell.com
- **Richard A. Lapping**     rich@trodellalapping.com
- **John William Lucas**     jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Kerri Lyman**     klyman@irell.com, lgauthier@irell.com
- **John H. MacConaghy**     macclaw@macbarlaw.com, mansour@macbarlaw.com; kmuller@macbarlaw.com
- **Iain A. Macdonald**     iain@macfern.com, ecf@macfern.com
- **David L. Neale**     dln@lnbrb.com
- **Abigail O'Brient**     aobrient@mintz.com, docketing@mintz.com
- **Office of the U.S. Trustee / SF**     USTPRegion17.SF.ECF@usdoj.gov
- **M. Ryan Pinkston**     rpinkston@seyfarth.com, jwoods@seyfarth.com
- **Douglas B. Provencher**     dbp@provlaw.com
- **Meagan S. Tom**     Meagan.tom@lockelord.com, autodocket@lockelord.com

CERTIFICATE OF SERVICE       1

- **Marta Villacorta**  marta.villacorta@usdoj.gov
- **John A. Vos**  InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- **Joseph M. Welch**  jwelch@buchalter.com, dcyrankowski@buchalter.com
- **Rebecca J. Winthrop**  rebecca.winthrop@nortonrosefulbright.com, vette.rodriguez@nortonrosefulbright.com
- **Kirsten A. Worley**  kw@wlawcorp.com, admin@wlawcorp.com

Executed on January 30, 2019 at Santa Clara, California. I certify under penalty of perjury that the foregoing is true and correct.

/s/  *Natalie Gonzalez*
Natalie Gonzalez

CERTIFICATE OF SERVICE                     2