1  Heinz Binder (SBN 87908)
   Robert G. Harris (SBN 124678)
2  BINDER & MALTER, LLP
3  2775 Park Avenue
   Santa Clara, CA 95050
4  Tel: (408) 295-1700
   Fax: (408) 295-1531
5  Email: Heinz@bindermalter.com
   Email: Rob@bindermalter.com
6
7  Attorneys for Almendariz Consulting, Inc.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>    Debtor.<br><br>Tax I.D. No. 94-3234914 | Case No.: 19-30088 DM<br>Chapter 11 |
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtor.<br><br>Tax I.D. No. 94-0742640 | Case No.: 19-30089 DM<br>Chapter 11<br><br>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF DOCUMENTS**

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and 11 U.S.C. §1102(1) and §1109(b), the undersigned attorneys appear as counsel in the above-captioned bankruptcy case on behalf of Almendariz Consulting, Inc. The undersigned requests that an entry be made on the Clerk's Matrix and all notices given or required to be given and all papers served or required to be served in this case be given to and served upon:

> Heinz Binder (SBN 87908)
> Robert G. Harris (SBN 124678)
> BINDER & MALTER, LLP
> 2775 Park Avenue
> Santa Clara, CA 95050
> Tel: (408) 295-1700
> Fax: (408) 295-1531
> Email: Heinz@bindermalter.com
> Email: Rob@bindermalter.com

This request for notice is intended, without limitation, to constitute such request for service as is required by Bankruptcy Rules 2002 and 3017, and a request for court designated service as set forth in Bankruptcy Rules 3019, 3020(b)(1), 4001(a)(1), 6006(c), 9007, 9013 and 9019 and to receive CM/ECF notification in the case. This request includes not only the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code, but also includes, without limitation, schedules, statement of financial affairs, operating reports, pleadings, motions, applications, complaints, demands, hearings, requests or pleadings, and disclosure statement, any letter, objections, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to this proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, electronic mail, telephone, telegraph, telex or otherwise filed or delivered to the clerk, court or judge in connection with and with regard to this bankruptcy case and any proceeding related thereto as well as the property of the Debtors or any proceeds thereof.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive any right of Almendariz Consulting, Inc. to (i) have final orders in core and non-core matters entered only after de novo review by a District Court judge; (ii) have any final order

entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (iii) trial by jury in any proceeding triable herein, or in any case, controversy or proceeding related hereto; (iv) have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (v) any objection to the jurisdiction of the Bankruptcy Court for any purpose; (vi) any election of remedy; (vii) any rights, claims, actions, defenses, setoffs, or recoupments to which any party is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: January 30, 2019

BINDER & MALTER LLP

/s/ *Robert G. Harris*
Robert G. Harris

Attorneys for Almendariz Consulting, Inc.