Justin E. Rawlins (#209915)
jrawlins@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone:     (213) 615-1700
Facsimile:     (213) 615-1750

David Neier (*pro hac vice requested*)
dneier@winston.com
WINSTON & STRAWN LLP
200 Park Avenue, 40th Floor
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

*Attorneys for Creditor Peninsula Clean Energy Authority*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>               Debtor.<br><br>Tax I.D. No. 94-3234914<br>_____<br><br>In re:<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>               Debtor.<br><br>Tax I.D. No. 94-0742640<br>_____ | Case Nos. 19-30088 (DM)<br>           19-30089 (DM)<br><br>Chapter 11<br><br><br><br><br><br><br><br>**STATEMENT OF PENINSULA CLEAN ENERGY AUTHORITY (A) IN SUPPORT OF DEBTORS' MOTION FOR POSTPETITION FINANCING AND (B) RESERVATION OF ITS RIGHTS** |

      Peninsula Clean Energy Authority ("PCE") submits this (i) Statement in Support of the motion of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for approval of the Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured, Superpriority, Postpetition Financing, (II) Granting Liens and Superpriority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling Final Hearing and (V) Granting

1

Case: 19-30088   Doc# 149   Filed: 01/30/19   Entered: 01/30/19 16:53:26   Page 1 of 3

Related Relief dated January 29, 2019 [ECF No. 23] (the "<u>DIP Motion</u>"), and (ii) to reserve the rights of PCE with respect to any modifications of the proposed Interim DIP Order.[1]

1.    PCE is a clean energy provider and a "Community Choice Aggregator" ("<u>CCA</u>") created by the County of San Mateo and all twenty of its cities.  In brief, pursuant to California law, PCE sources the electricity supplied to approximately 98% of all commercial and residential consumers within San Mateo County.  This amounts to hundreds of thousands of consumers.  However, as also provided by California law, Pacific Gas and Electric Company (the "<u>Utility</u>") is responsible for metering, billing and delivering that electricity.  The Utility then remits to PCE its revenues daily, revenues that PCE must have to meet its obligations.

2.    The relief requested by the Debtors in the DIP Motion is critical for the Debtors' reorganization efforts, and to ensure that PG&E will be able to continue providing safe and reliable gas and electric service to its millions of customers while it undergoes restructuring.  Without access to postpetition financing, the Debtors' ability to provide services to its customers would be imperiled.  As stated in the DIP Motion, "[t]his proposed postpetition financing is necessary to restore financial stability to PG&E as it undergoes reorganization and access to the interim amount is critical to avoid immediate and irreparable harm not only to the Debtors but also to the 16 million customers in the State of California who rely on the electricity and gas services provided by the Debtors."  (DIP Motion, p. 7).

3.    Importantly, the proposed Interim DIP Order provides that funds collected by the Debtors as billing agent for programs pursuant to an express CPUC directive such as CCAs like PCE are not subject to DIP Liens.  (Interim DIP Order ¶3(y); Schedule A).  That is critical to PCE and other CCAs to allow payments received from the Debtors' customers to remain unencumbered.  PCE joins in the pleadings filed by other CCAs in support of the relief requested in the DIP Motion, including, without limitation, Sonoma Clean Power Authority's Statement of Support for Debtors' Motion for Postpetition Financing and Reservation of Rights dated January 29, 2019 (ECF No. 65).

4.    PCE expressly reserves its rights to object to any modification of the relief requested

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the DIP Motion.

in the DIP Motion or in the proposed Interim DIP Order that would seek to include any right, title and interest in any asset or property (or any asset or property in respect of a program) set forth on Schedule A of the proposed Interim DIP Order.

WHEREFORE, PCE respectfully requests that the Court (i) approve the relief requested in the DIP Motion without any modification to the limitation on DIP Liens set forth in Schedule A to the proposed Interim DIP Order, and (ii) grant such other and further relief as the Court may deem just and appropriate.

DATED: January 30, 2019

WINSTON & STRAWN LLP

By:/s/Justin E. Rawlins
    Justin E. Rawlins
    David Neier (*pro hac vice requested*)

*Attorneys for Creditor*
*Peninsula Clean Energy Authority*

STATEMENT OF PENINSULA CLEAN ENERGY IN SUPPORT OF DEBTORS' MOTION FOR POSTPETITION FINANCING AND RESERVATION OF RIGHTS