1 NEWMEYER & DILLION LLP
  JAMES J. FICENEC, SBN 152172
2 James.Ficenec@ndlf.com
  JOSHUA B. BEVITZ, SBN 221404
3 Joshua.Bevitz@ndlf.com
  1333 N. California Blvd, Suite 600
4 Walnut Creek, California 94596
  (925) 988-3200; (925) 988-3290 (Fax)
5
6 Attorneys for EXPONENT, INC.

7

8 UNITED STATES BANKRUPTCY COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11

| 12 | In re | CASE NO.: 19-30088 DM |
|---|---|---|
| 13 | PG&E CORPORATION, INC., | CHAPTER NO.: 11 |
| 14 | Debtors-in-Possession. | **NOTICE OF CHANGE OF FIRM AND ADDRESS** |
| 15 | | |
| 16 | In re | |
| 17 | | |
| 18 | PACIFIC GAS AND ELECTRIC COMPANY, | |
| 19 | Debtor-in-Possession. | |

20

21 **TO THE COURT AND ALL PARTIES HEREIN AND THEIR**

22 **RESPECTIVE ATTORNEYS OF RECORD:**

23     **PLEASE TAKE NOTICE** that effective immediately, the firm and mailing

24 address for Creditor, Exponent, Inc., has changed as follows:

25     James J. Ficenec, Esq.
    Newmeyer & Dillion, LLP
26     1333 N. California Bl., Suite 600
    Walnut Creek, CA 94596
27     (925) 988-3200

28

| | | |
|---|---|---|
| 1 | Dated: January 30, 2019 | NEWMEYER & DILLION LLP |
| 2 | | |
| 3 | | By: */s/ James J. Ficenec* |
| 4 | | James J. Ficenec<br>Attorneys for |
| 5 | | EXPONENT, INC. |

# CERTIFICATE OF SERVICE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
CASE NO. 19-30088DM

STATE OF CALIFORNIA           )
                              )  ss.
COUNTY OF CONTRA COSTA        )

I, Caroline Pfahl, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 1333 N. California Blvd, Suite 600, Walnut Creek, California 94596. On January 30, 2019, I electronically filed the attached document:

**NOTICE OF CHANGE OF FIRM AND ADDRESS**

**[X]** Via electronic transmission before 5:00 p.m. through the court's electronic service list. Upon completion of the electronic file transmission, an electronic filing receipt page is issued as confirmation that the document has been received and filed.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 30, 2019, at Walnut Creek, California.

/s/ Caroline Pfahl
_____
Caroline Pfahl