HOGAN LOVELLS US LLP
Bennett L. Spiegel, Esq.
1999 Avenue of the Stars
Suite 1400
Los Angeles, California 90067
Tel: (310) 785-4600
Fax: (310)785-4601
bennett.spiegel@hoganlovells.com

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION, *et al.*,[1]<br><br>Debtor. | Case No. 19-30088-DM<br><br>Chapter Number: 11<br><br>(Joint Administration Requested) |

**PLEASE TAKE NOTICE** that Hogan Lovells US LLP hereby appears as counsel for McKinsey & Company, Inc. U.S. ("**McKinsey**"), as a creditor party in interest pursuant to section 1109(b) of title 11 of the United States Code (as amended, the "**Bankruptcy Code**"), Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "**Bankruptcy Rules**"), and requests that copies of any and all notices and papers filed or entered in this case be given and served upon the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: PG&E Corporation [4914] and Pacific Gas and Electric Company [2640]. The Debtors' mailing address is 77 Beale Street, P.O. Box 770000, San Francisco, California 94177.

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS

\\NY - 002510/000015 - 9704028 v3

Case: 19-30088    Doc# 152    Filed: 01/30/19    Entered: 01/30/19 17:42:29    Page 1 of 3

**HOGAN LOVELLS US LLP**
Bennett L. Spiegel, Esq.
1999 Avenue of the Stars
Suite 1400
Los Angeles, California 90067
Tel: (310) 785-4600
Fax: (310)785-4601
Email: bennett.spiegel@hoganlovells.com

and

**HOGAN LOVELLS US LLP**
Peter A. Ivanick Esq.
Alex M. Sher, Esq.
875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
Email: peter.ivanick@hoganlovells.com
alex.sher@hoganlovells.com

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to (a) the debtors in the above-captioned cases (the "**Debtors**") and any related adversary proceedings, whether currently pending or later commenced; (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of McKinsey to: (1) have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or

judgment consistent with Article III of the United States Constitution; (2) have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a district court judge; (3) trial by jury in any case, proceeding, matter, or controversy so triable; (4) have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which McKinsey is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: January 30, 2019
       Los Angeles, California

**HOGAN LOVELLS US LLP**

By: /s/*Bennett Spiegel*
Bennett L. Spiegel, Esq.
(CA Bar No. 129558)
1999 Avenue of the Stars
Suite 1400
Los Angeles, California 90067
Tel: (310)785-4600
Fax: (310) 785-4601
Email: bennett.spiegel@hoganlovells.com

and

**HOGAN LOVELLS US LLP**
Peter A. Ivanick Esq.
(NY-1904689)
Alex M. Sher, Esq.
(NY-5143102)
875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
Email: peter.ivanick@hoganlovells.com
       alex.sher@hoganlovells.com

*Counsel for McKinsey & Company, Inc. U.S.*