RICHARD H. GOLUBOW – State Bar No. 160434
rgolubow@wcghlaw.com
**WINTHROP COUCHOT**
**GOLUBOW HOLLANDER, LLP**
1301 Dove Street, Suite 500
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

Attorneys for Hoffman Southwest Corp.
dba Professional Pipe Services

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>Debtor. | Case No. 19-30088<br><br>Chapter 11 Proceeding<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE** that Hoffman Southwest Corp. dba Professional Pipe Services ("Hoffman Southwest"), as a creditor and party-in-interest in the above captioned case, hereby appears by its counsel, Winthrop Couchot Golubow Hollander, LLP, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and 11 U.S.C. Sections 102(1), 342, and 1109(b), requests that all notices given or required and all papers served in this case be delivered to and served upon the attorney identified below at the following address:

Richard H. Golubow, Esq.
**WINTHROP COUCHOT**
**GOLUBOW HOLLANDER, LLP**
1301 Dove Street, Suite 500
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111
rgolubow@wcghlaw.com

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance, nor any former or later appearance, pleading, claim or suit shall constitute a consent to jurisdiction, nor shall it waive: (1) Hoffman Southwest's right to have final orders in non-core and core matters in which the Bankruptcy Court does not have final adjudicatory authority entered only after *de novo* review by a District Court judge, (2) Hoffman Southwest's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) Hoffman Southwest's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs or recoupments to which Hoffman Southwest may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Hoffman Southwest expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes that the above referenced attorney be added to the master mailing list and the NEF electronic notice list for the above-referenced case.

DATED: January 30, 2019
                    **WINTHROP COUCHOT**
                    **GOLUBOW HOLLANDER, LLP**

                    By: */s/ Richard H. Golubow*
                        Richard H. Golubow
                    Attorneys for Hoffman Southwest Corp.
                    dba Professional Pipeline Services

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1301 Dove Street, Suite 500, Newport Beach, CA 92660.

A true and correct copy of the foregoing document entitled: **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 30, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **January 30, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____. I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 30, 2019 | Jeannie Martinez | /s/ Jeannie Martinez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

## NEF SERVICE LIST

- **Peter J. Benvenutti**  pbenvenutti@kellerbenvenutti.com
- **Shawn M. Christianson**  schristianson@buchalter.com
- **Jonathan R. Doolittle**  jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- **David V. Duperrault**  dvd@svlg.com, edn@svlg.com
- **Joseph A. Eisenberg**  jae@jmbm.com, bt@jmbm.com
- **Sally J. Elkington**  sally@elkshep.com, ecf@elkshep.com
- **G. Larry Engel**  larry@engeladvice.com
- **Michael P. Esser**  michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- **James J. Ficenec**  jficenec@archernorris.com, ybullock@archernorris.com
- **John D. Fiero**  jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- **Stephen D. Finestone**  sfinestone@fhlawllp.com
- **Barry S. Glaser**  bglaser@swesq.com
- **Mark A. Gorton**  mgorton@boutininc.com, cdomingo@boutininc.com
- **Debra I. Grassgreen**  dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- **Robert G. Harris**  rob@bindermalter.com
- **Jennifer C. Hayes**  jhayes@fhlawllp.com
- **Roberto J. Kampfner**  rkampfner@whitecase.com, mco@whitecase.com
- **Robert B. Kaplan**  rbk@jmbm.com
- **Tobias S. Keller**  tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- **Lynette C. Kelly**  lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- **Samuel M. Kidder**  skidder@ktbslaw.com
- **Jane Kim**  jkim@kellerbenvenutti.com
- **Thomas F. Koegel**  tkoegel@crowell.com
- **Andy S. Kong**  kong.andy@arentfox.com
- **Jeffrey C. Krause**  jkrause@gibsondunn.com, psantos@gibsondunn.com
- **Richard A. Lapping**  rich@trodellalapping.com
- **Matthew A. Lesnick**  matt@lesnicklaw.com, mlesnick@mac.com
- **John William Lucas**  jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Kerri Lyman**  klyman@irell.com, lgauthier@irell.com
- **John H. MacConaghy**  macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- **Iain A. Macdonald**  iain@macfern.com, ecf@macfern.com
- **Thomas C. Mitchell**  tcmitchell@orrick.com
- **Courtney L. Morgan**  morgan.courtney@pbgc.gov
- **David L. Neale**  dln@lnbrb.com
- **David Neier**  dneier@winston.com
- **Gregory C. Nuti**  gnuti@nutihart.com, nwhite@nutihart.com
- **Abigail O'Brient**  aobrient@mintz.com, docketing@mintz.com
- **Office of the U.S. Trustee / SF**  USTPRegion17.SF.ECF@usdoj.gov
- **Valerie Bantner Peo**  vbantnerpeo@buchalter.com
- **Danielle A. Pham**  danielle.pham@usdoj.gov
- **Thomas R. Phinney**  tom@parkinsonphinney.com
- **R. Alexander Pilmer**  alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- **M. Ryan Pinkston**  rpinkston@seyfarth.com, jwoods@seyfarth.com
- **Douglas B. Provencher**  dbp@provlaw.com
- **Lary Alan Rappaport**  lrappaport@proskauer.com, PHays@proskauer.com

-4-

Case: 19-30088    Doc# 153    Filed: 01/30/19    Entered: 01/30/19 18:02:58    Page 4 of 6

- **Justin E. Rawlins**    jrawlins@winston.com
- **Emily P. Rich**    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Gregory A. Rougeau**    grougeau@brlawsf.com
- **David B. Shemano**    dshemano@pwkllp.com
- **James A. Shepherd**    jim@elkshep.com, ecf@elkshep.com
- **Michael St. James**    ecf@stjames-law.com
- **David M. Stern**    dstern@ktbslaw.com
- **Meagan S. Tom**    Meagan.tom@lockelord.com, autodocket@lockelord.com
- **Edward Tredinnick**    etredinnick@grmslaw.com
- **Marta Villacorta**    marta.villacorta@usdoj.gov
- **John A. Vos**    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- **Genevieve G. Weiner**    gweiner@gibsondunn.com
- **Kimberly S. Winick**    kwinick@clarktrev.com, knielsen@clarktrev.com
- **Christopher Kwan Shek Wong**    christopher.wong@arentfox.com
- **Kirsten A. Worley**    kw@wlawcorp.com, admin@wlawcorp.com

NEF MAILING LIST

| | | |
|---|---|---|
| **Max Africk**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | **Arocles Aguilar**<br>California Public Utilities Commission<br>505 Van Ness Ave.<br>San Francisco, CA 94102 | **Monique D. Almy**<br>Crowell and Moring LLP<br>1001 Pennsylvania Ave., N.W.<br>Washington, DC 20004 |
| **Joshua B. Bevitz**<br>Newmeyer & Dillion LLP<br>1333 N. California Blvd. #600<br>Walnut Creek, CA 94596 | **Todd Blischke**<br>Williams Kastner<br>601 Union St., #4100<br>Seattle, WA 98101 | **Kevin Bostel**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| **Matthew C. Brown**<br>White & Case LLP<br>Southeast Financial Center<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131-2352 | **W. Steven Bryant**<br>Locke Lord LLP<br>600 Congress Street, Suite 2200<br>Austin, TX 78701 | **Debra Felder**<br>Orrick, Herrington & Sutcliffe LLP<br>1152 15th St., NW<br>Washington, DC 20005 |
| **Leslie A. Freiman, Esq.**<br>c/o EDP Renewables North America LLC<br>808 Travis, #700<br>Houston, TX 77002 | **Andriana Georgallas**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | **Leah S. Goldberg**<br>General Counsel<br>1111 Broadway, 3rd Flr.<br>Oakland, CA 94607 |
| **Matthew Goren**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | **Timothy Graulich**<br>Davis Polk and Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017 | **David A. Herman**<br>Cravath, Swaine & Moore LLP<br>85 Eighth Avenue<br>New York, NY 10019 |
| **Stephen E. Hessler, P.C.**<br>Kirkland and Ellis LLP<br>601 Lexington Ave.<br>New York, NY 10022 | **Monique B. Howery**<br>Reed Smith LLP<br>10 S. Wacker Dr., 40th Flr.<br>Chicago, IL 60606 | **J. Eric Ivester**<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036-6522 |

| | | |
|---|---|---|
| **Stephen Karotkin**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | **Marc Kieselstein**<br>Kirkland and Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654 | **Bradley C. Knapp**<br>Locke Lord LLP<br>601 Poydras Street, Suite 2660<br>New Orleans, LA 70130 |
| **Kevin Kramer**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | **Thomas E. Lauria**<br>White & Case LLP<br>Southeast Financial Center<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131-2352 | **Jessica Liou**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| **Lorraine McGowen**<br>Orrick, Herrington & Sutcliffe LLP<br>51 West 52nd St.<br>New York, NY 10019 | **Alan A. Moskowitz**<br>Gibson, Dunn and Crutcher LLP<br>200 Park Ave.<br>New York, NY 10166-0193 | **Omid H. Nasab**<br>Cravath, Swaine & Moore LLP<br>85 Eighth Avenue<br>New York, NY 10019 |
| **John Nolan**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | **Kevin J. Orsini**<br>Cravath, Swaine & Moore LLP<br>85 Eighth Avenue<br>New York, NY 10019 | **Owen Clements, Esq**<br>San Francisco City Attorney's Office<br>1390 Market St., 7th Flr.<br>San Francisco, CA 94102 |
| **Prime Clerk LLC**<br>830 Third Avenue<br>3rd Floor<br>New York, NY 10017 | **Michael A. Rosenthal**<br>Gibson, Dunn and Crutcher LLP<br>200 Park Ave.<br>New York, NY 10166-0193 | **San Diego Gas and Electric Co.** |
| **David Schiff**<br>Davis Polk and Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017 | **Ray C. Schrock**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | **J. Christopher Shore**<br>White & Case LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1095 |
| **Michael H Strub**<br>Irell and Manella LLP<br>840 Newport Center Dr., #400<br>Newport Beach, CA 92660-6324 | **Theodore Tsekerides**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | **Southern California Gas Company** |
| **Eli J. Vonnegut**<br>Davis Polk and Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017 | **Andrew Yaphe**<br>Davis Polk & Wardwell LLP<br>1600 El Camino Real<br>Menlo Park, CA 94025 | **Michael A. Yuffee**<br>Winston and Strawn LLP<br>1700 K St., N.W.<br>Washington, DC 20006-3817 |
| **Paul H. Zumbro**<br>Cravath, Swaine & Moore LLP<br>85 Eighth Avenue<br>New York, NY 10019 | | |