Abigail V. O'Brient (SBN 265704)
Andrew B. Levin (SBN 290209)
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C**.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Tel:   310-586-3200
Fax:   310-586-3200
Email:  avobrient@mintz.com; ablevin@mintz.com

Attorneys for Creditor and Party-in-Interest
Marin Clean Energy

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>                Debtor.<br><br>Tax I.D. No. 94-3234914 | Case Nos.  19-30088<br>                  19-30089<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |
| In re:<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                Debtor.<br><br>Tax I.D. No. 94-0742640 | Judge:    Honorable Dennis Montali<br>Dept.:    17 |

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2029 Century Park East, Suite 3100, Los Angeles, California 90067. On January 30, 2019, I served the within document:

**STATEMENT OF MARIN CLEAN ENERGY IN SUPPORT OF MOTION OF DEBTORS PURSUANT TO 11 U.S.C. § 105(a), 363(b), AND 507(a)(7) AND FED. R. BANKR. P. 6003 AND 6004 FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTORS TO (A) MAINTAIN AND ADMINISTER CUSTOMER PROGRAMS, INCLUDING PUBLIC PURPOSE PROGRAMS, AND (B) HONOR ANY PREPETITION OBLIGATIONS RELATING THERETO; AND (II) AUTHORIZING FINANCIAL INSTITUTIONS TO HONOR AND PROCESS RELATED CHECKS AND TRANSFERS; RESERVATION OF RIGHTS**

| | |
|---|---|
| ☒ | **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.<br>On January 30, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below.<br>**SEE SERVICE LIST ATTACHED** |
| ☒ | **BY FIRST-CLASS MAIL**: By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.<br><br>I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.<br>**SEE SERVICE LIST ATTACHED** |

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 30, 2019, at Los Angeles, California.

                                              */s/ Jazmin Leon*
                                               JAZMIN LEON

# SERVICE LIST
*In re PG&E Corporation, Case No. 19-30088*

**VIA NEF**

Case No. 19-30088 Notice will be electronically mailed to:

- Peter J. Benvenutti     pbenvenutti@kellerbenvenutti.com
- Shawn M. Christianson     schristianson@buchalter.com
- Jonathan R. Doolittle     jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- David V. Duperrault     dvd@svlg.com, edn@svlg.com
- Joseph A. Eisenberg     jae@jmbm.com, bt@jmbm.com
- Sally J. Elkington     sally@elkshep.com, ecf@elkshep.com
- G. Larry Engel     larry@engeladvice.com
- Michael P. Esser     michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
- James J. Ficenec     jficenec@archernorris.com, ybullock@archernorris.com
- John D. Fiero     jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Stephen D. Finestone     sfinestone@fhlawllp.com
- Barry S. Glaser     bglaser@swesq.com
- Mark A. Gorton     mgorton@boutininc.com, cdomingo@boutininc.com
- Debra I. Grassgreen     dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Robert G. Harris     rob@bindermalter.com
- Jennifer C. Hayes     jhayes@fhlawllp.com
- Roberto J. Kampfner     rkampfner@whitecase.com, mco@whitecase.com
- Robert B. Kaplan     rbk@jmbm.com
- Tobias S. Keller     tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly     lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Samuel M. Kidder     skidder@ktbslaw.com
- Jane Kim     jkim@kellerbenvenutti.com
- Thomas F. Koegel     tkoegel@crowell.com
- Andy S. Kong     kong.andy@arentfox.com
- Jeffrey C. Krause     jkrause@gibsondunn.com, psantos@gibsondunn.com
- Richard A. Lapping     rich@trodellalapping.com
- Matthew A. Lesnick     matt@lesnicklaw.com, mlesnick@mac.com
- John William Lucas     jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Kerri Lyman     klyman@irell.com, lgauthier@irell.com
- John H. MacConaghy     macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald     iain@macfern.com, ecf@macfern.com
- Thomas C. Mitchell     tcmitchell@orrick.com
- Courtney L. Morgan     morgan.courtney@pbgc.gov
- David L. Neale     dln@lnbrb.com
- David Neier     dneier@winston.com
- Gregory C. Nuti     gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient     aobrient@mintz.com, docketing@mintz.com
- Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov
- Valerie Bantner Peo     vbantnerpeo@buchalter.com

- Danielle A. Pham    danielle.pham@usdoj.gov
- Thomas R. Phinney    tom@parkinsonphinney.com
- R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston    rpinkston@seyfarth.com, jwoods@seyfarth.com
- Douglas B. Provencher    dbp@provlaw.com
- Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins    jrawlins@winston.com
- Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Gregory A. Rougeau    grougeau@brlawsf.com
- David B. Shemano    dshemano@pwkllp.com
- James A. Shepherd    jim@elkshep.com, ecf@elkshep.com
- Michael St. James    ecf@stjames-law.com
- David M. Stern    dstern@ktbslaw.com
- Meagan S. Tom    Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward Tredinnick    etredinnick@grmslaw.com
- Marta Villacorta    marta.villacorta@usdoj.gov
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Genevieve G. Weiner    gweiner@gibsondunn.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
- Christopher Kwan Shek Wong    christopher.wong@arentfox.com
- Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com

**VIA U.S. MAIL**

Max Africk
Kevin Bostel
Andriana Georgallas
Stephen Karotkin
Kevin Kramer
Matthew Goren
Jessica Liou
John Nolan
Ray C. Schrock
Theodore Tsekerides
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Arocles Aguilar
California Public Utilities Commission
505 Van Ness Ave.
San Francisco, CA 94102

Monique D. Almy
Crowell and Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004

Todd Blischke
Williams Kastner
601 Union St., #4100
Seattle, WA 98101

Matthew C. Brown
Thomas E. Lauria
White & Case LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352

W. Steven Bryant
Locke Lord LLP
600 Congress Street, Suite 2200
Austin, TX 78701

Debra Felder
Orrick, Herrington & Sutcliffe LLP
1152 15th St., NW
Washington, DC 20005

| # | | |
|---|---|---|
| 1 | Leslie A. Freiman, Esq.<br>c/o EDP Renewables North America LLC<br>808 Travis, #700<br>Houston, TX 77002 | Bradley C. Knapp<br>Locke Lord LLP<br>601 Poydras Street, Suite 2660<br>New Orleans, LA 70130 |
| 2 | Leah S. Goldberg<br>General Counsel<br>1111 Broadway, 3rd Flr.<br>Oakland, CA 94607 | Lorraine McGowen<br>Orrick, Herrington & Sutcliffe LLP<br>51 West 52nd St.<br>New York, NY 10019 |
| 3 | Timothy Graulich<br>David Schiff<br>Eli J. Vonnegut<br>Davis Polk and Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017 | Alan A. Moskowitz<br>Michael A. Rosenthal<br>Gibson, Dunn and Crutcher LLP<br>200 Park Ave.<br>New York, NY 10166-0193 |
| 4 | David A. Herman<br>Omid H. Nasab<br>Kevin J. Orsini<br>Paul H. Zumbro<br>Cravath, Swaine & Moore LLP<br>85 Eighth Avenue<br>New York, NY 10019 | Owen Clements, Esq<br>San Francisco City Attorney's Office<br>1390 Market St., 7th Flr.<br>San Francisco, CA 94102<br><br>Prime Clerk LLC<br>830 Third Avenue<br>3rd Floor<br>New York, NY 10017 |
| 5 | Stephen E. Hessler, P.C.<br>Kirkland and Ellis LLP<br>601 Lexington Ave.<br>New York, NY 10022 | J. Christopher Shore<br>White & Case LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1095 |
| 6 | Monique B. Howery<br>Reed Smith LLP<br>10 S. Wacker Dr., 40th Flr.<br>Chicago, IL 60606 | Michael H Strub<br>Irell and Manella LLP<br>840 Newport Center Dr., #400<br>Newport Beach, CA 92660-6324 |
| 7 | J. Eric Ivester<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036-6522 | Andrew Yaphe<br>Davis Polk & Wardwell LLP<br>1600 El Camino Real<br>Menlo Park, CA 94025 |
| 8 | Marc Kieselstein<br>Kirkland and Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654 | Michael A. Yuffee<br>Winston and Strawn LLP<br>1700 K St., N.W.<br>Washington, DC 20006-3817 |