Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Telephone: (415) 616-0466
Facsimile: (415) 398-2820
sfinestone@fhlawllp.com
jhayes@fhlawllp.com
rwitthans@fhlawllp.com

Attorneys for Creditor
MCE Corporation

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>    Debtor-in-Possession. | Case No. 19-30088-DM<br>Chapter 11<br>Hon. Dennis Montali |
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtor-in-Possession. | Case No. 19-30089-DM<br>Chapter 11<br>Hon. Dennis Montali<br><br>**MCE CORPORATION'S RESPONSE TO CERTAIN FIRST DAY MOTIONS**<br><br>Date: January 31, 2019<br>Time: 10:00 a.m.<br>Ctrm: 450 Golden Gate Ave., 16th Floor<br>      San Francisco, CA 94102 |

     MCE Corporation ("MCE Corp.") hereby files its Response to Debtors' First-Day Motions and in support thereof states as follows:

     On January 29, 2019, the above-captioned Debtors (the "Debtors") filed voluntary chapter 11 bankruptcy petitions and seventeen first-day motions, including the Lien Claimants Motion (Dkt. No. 13)[1], the Operational Integrity Suppliers Motions (Dkt. No. 12), the DIP Financing Motion and related Seal Motion (Dkt. Nos. 23, 25), and the NOL Motion (Dkt. No. 10).

---

[1] All docket reference numbers are to Case No. 19-30088.

1. **Lien Claimants Motion**: The Lien Claimants Motion seeks authority for the Debtors to pay prebankruptcy obligations totaling $54,700,000 owed to providers of maintenance and repair services that may be permitted to assert liens (e.g. materialmen's/mechanics' liens) against Debtors' property and equipment if Debtors fail to pay prebankruptcy amounts owed to those parties.[2] Debtors seek authority to pay and discharge, on a case-by-case basis, the lien claims that Debtors believe have created, or could give rise to, a lien against Debtors' property or equipment, regardless of whether the lien claims arose prior to or after the bankruptcy filing date. MCE Corp. supports the Lien Claimants Motion so long as it encompasses the unpaid work MCE Corp. completed for Debtors prior to January 29, 2019, which totals approximately $1,164,000. MCE Corp. is informed and believes that an as-yet quantified portion of these unpaid, prebankruptcy sums relate to its provision of maintenance and repair services to Debtors with respect to which MCE Corp. may be permitted to assert liens, including materialmen's and mechanics' liens against Debtors' property and equipment if Debtors fail to pay these prebankruptcy amounts owed to MCE Corp. To the extent the Lien Claimants Motion seeks to exclude MCE Corp. from payment, MCE Corp. reserves the right to object to the interim and final relief sought in such Motion and to file an objection to the Lien Claimants Motion.

2. **Operational Integrity Suppliers Motion**: The Operational Integrity Suppliers Motion seeks authority for Debtors to pay pre-bankruptcy obligations totaling $116,200,000 (approx. 5.5% of Debtors' total $2.1 billion trade debt as of the bankruptcy filing) owed to certain vendors, suppliers, service provides, and the like that are deemed by Debtors to be essential to protecting the public health and safety and maintaining the going-concern value and integrity of Debtors' business and operations. Debtors define the "Operational Integrity Suppliers" as companies that fall into three primary categories: (i) companies that provide goods and services necessary for safe and reliable electric and natural gas service; (ii) companies that provide goods and services related to outages; and (iii) companies that provide goods and services in connection with Debtors' operation and decommissioning of their nuclear reactor power units. MCE Corp. is

---

[2] The Lien Claimants Motion also seeks authority to pay an additional $10,800,000 to natural gas shippers and natural gas storage facilities providers.

informed and believes that an as-yet unquantified portion of the prebankruptcy amount owed by Debtors to MCE Corp. satisfies one or more of the categories specified in the Operational Integrity Suppliers Motion. MCE Corp. supports the Operational Integrity Suppliers Motion, to the extent it encompasses those services provided to Debtors by MCE Corp. that fall within the scope of the Operational Integrity Suppliers Motion. To the extent the Operational Integrity Suppliers Motion seeks to exclude MCE Corp. from payment, MCE Corp. reserves the right to object to the interim and final relief sought in such Motion and to file an objection to the Operational Integrity Suppliers Motion.

3. **DIP Financing Motion, Seal Motion, NOL Motion**: MCE Corp. is unaware at this time of any objection to the DIP Financing Motion, Seal Motion, and/or NOL Motion. However, in an abundance of caution, MCE Corp. reserves its rights to object to these Motions and the relief sought therein.

Dated: January 30, 2019
    FINESTONE HAYES LLP

By: *Jennifer C. Hayes*
Jennifer C. Hayes
Attorneys for Creditor MCE Corp.