GREGG M. GALARDI (*pro hac vice* requested)
KEITH H. WOFFORD (*pro hac vice* requested)
DANIEL G. EGAN (*pro hac vice* requested)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

STEPHEN MOELLER-SALLY (*pro hac vice* requested)
MATTHEW L. McGINNIS (*pro hac vice* requested)
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7777

-and-

RICHARD L. GALLAGHER (CA Bar No. 208714)
ROPES & GRAY LLP
3 Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 315-6369
Facsimile: (415) 315-6350

Attorneys for
**ELLIOTT MANAGEMENT CORPORATION, on behalf of itself
and certain funds and accounts managed, advised, or sub-advised by it**

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION, *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 19-30088<br><br>Chapter 11<br>(Jointly Administered)<br><br><br>**NOTICE OF APPEARANCE**<br>**AND REQUEST FOR SPECIAL NOTICE** |

TO THE HONORABLE JUDGE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, THE CLERK OF THE COURT, THE DEBTOR, THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES ENTITLED TO NOTICE:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: PG&E Corporation [4914] and Pacific Gas and Electric Company [2640]. The Debtors' mailing address is 77 Beale Street, P.O. Box 770000, San Francisco, California 94177.

-1-

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

74053761_2

**PLEASE TAKE NOTICE** that Elliott Management Corporation, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it ("Elliott"), a party in interest in the above-captioned cases, hereby appears by and through its undersigned counsel pursuant to section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 - 1532 (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). Pursuant to Bankruptcy Rule 2002(g), Elliott hereby requests that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the following counsel at the following addresses, telephone numbers and email addresses:

**ROPES & GRAY LLP**
Gregg M. Galardi
Keith H. Wofford
Daniel G. Egan
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
gregg.galardi@ropesgray.com
keith.wofford@ropesgray.com
daniel.egan@ropesgray.com

-and-

**ROPES & GRAY LLP**
Stephen Moeller-Sally
Matthew L. McGinnis
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7777
ssally@ropesgray.com
matthew.mcginnis@ropesgray.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or

-2-
NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE
74053761_2
Case: 19-30088    Doc# 459    Filed: 01/30/19    Entered: 01/30/19 19:48:30    Page 2 of 4

request, whether formal or informal, written or oral, whether transmitted or conveyed by regular mail, electronic mail, delivery service or some other means, or otherwise filed or made with regard to these cases and proceedings therein. Further, this request includes copies of any disclosure statements to be submitted prior to approval and any and all plans of reorganization.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not constitute a submission by Elliott to the jurisdiction of the Bankruptcy Court. This Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended nor shall be deemed to waive any of Elliott's substantive or procedural rights, including: (i) the right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) the right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn by the United States District Court for this district in any matter subject to mandatory or discretionary withdrawal or the right to seek abstention in favor of any state court; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Elliott is or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved. Nor shall this request for notice be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

-3-

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

74053761_2

| | |
|---|---|
| Dated: January 30, 2019<br>New York, New York | **ROPES & GRAY LLP**<br><br>*/s/ Gregg M. Galardi*<br>RICHARD L. GALLAGHER (CA Bar No. 208714)<br>ROPES & GRAY LLP<br>3 Embarcadero Center<br>San Francisco, CA 94111<br>Telephone: (415) 315-6369<br>Facsimile: (415) 315-6350<br><br>GREGG M. GALARDI (*pro hac vice* requested)<br>KEITH H. WOFFORD (*pro hac vice* requested)<br>DANIEL G. EGAN (*pro hac vice* requested)<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br><br>STEPHEN MOELLER-SALLY (*pro hac vice* requested)<br>MATTHEW L. McGINNIS (*pro hac vice* requested)<br>ROPES & GRAY LLP<br>Prudential Tower, 800 Boylston Street<br>Boston, MA 02199-3600<br>Telephone: (617) 951-7000<br>Facsimile: (617) 951-7777<br><br>*Attorneys for*<br>*ELLIOTT MANAGEMENT CORPORATION, on behalf*<br>*of itself and certain funds and accounts managed,*<br>*advised, or sub-advised by it* |