Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Telephone: (415) 616-0466
Facsimile: (415) 398-2820
sfinestone@fhlawllp.com
jhayes@fhlawllp.com
rwitthans@fhlawllp.com

Attorneys for Creditor
Nor-Cal Pipeline Services

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>    Debtor-in-Possession. | Case No. 19-30088-DM<br>Chapter 11<br>Hon. Dennis Montali |
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtor-in-Possession. | Case No. 19-30089-DM<br>Chapter 11<br>Hon. Dennis Montali<br><br>**RESPONSE OF NOR-CAL PIPELINE SERVICES TO CERTAIN FIRST DAY MOTIONS**<br><br>Date: January 31, 2019<br>Time: 10:00 a.m.<br>Ctrm: 450 Golden Gate Ave., 16th Floor<br>      San Francisco, CA 94102 |

    Nor-Cal Pipeline Services hereby files its Response to Certain First-Day Motions and in support thereof states as follows:

    On January 29, 2019, the above-captioned Debtors (the "Debtors") filed voluntary chapter 11 bankruptcy petitions and seventeen first-day motions, including the Lien Claimants Motion (Dkt. No. 13)[1], the Operational Integrity Suppliers Motions (Dkt. No. 12), the DIP Financing

---
[1] All docket reference numbers are to Case No. 19-30088.

Motion and related Seal Motion (Dkt. Nos. 23, 25), and the NOL Motion (Dkt. No. 10).

1. **Lien Claimants Motion**: The Lien Claimants Motion seeks authority for the Debtors to pay prebankruptcy obligations totaling $54,700,000 owed to providers of maintenance and repair services that may be permitted to assert liens (e.g. materialmen's/mechanics' liens) against Debtors' property and equipment if Debtors fail to pay prebankruptcy amounts owed to those parties.[2] Debtors seek authority to pay and discharge, on a case-by-case basis, the lien claims that Debtors believe have created, or could give rise to, a lien against Debtors' property or equipment, regardless of whether the lien claims arose prior to or after the bankruptcy filing date. Nor-Cal Pipeline Services supports the Lien Claimants Motion so long as it encompasses the unpaid work Nor-Cal Pipeline Services completed for Debtors prior to January 29, 2019, which totals approximately $1,540,527.58. Nor-Cal Pipeline Services is informed and believes that an as-yet quantified portion of these unpaid, prebankruptcy sums relate to its provision of maintenance and repair services to Debtors with respect to which Nor-Cal Pipeline Services may be permitted to assert liens, including materialmen's and mechanics' liens against Debtors' property and equipment if Debtors fail to pay these prebankruptcy amounts owed to Nor-Cal Pipeline Services. To the extent the Lien Claimants Motion seeks to exclude Nor-Cal Pipeline Services from payment, Nor-Cal reserves the right to object to the interim and final relief sought in such Motion and to file an objection to the Lien Claimants Motion.

2. **Operational Integrity Suppliers Motion**: The Operational Integrity Suppliers Motion seeks authority for Debtors to pay pre-bankruptcy obligations totaling $116,200,000 (approx. 5.5% of Debtors' total $2.1 billion trade debt as of the bankruptcy filing) owed to certain vendors, suppliers, service provides, and the like that are deemed by Debtors to be essential to protecting the public health and safety and maintaining the going-concern value and integrity of Debtors' business and operations. Debtors define the "Operational Integrity Suppliers" as companies that fall into three primary categories: (i) companies that provide goods and services necessary for safe and reliable electric and natural gas service; (ii) companies that provide goods

---

[2] The Lien Claimants Motion also seeks authority to pay an additional $10,800,000 to natural gas shippers and natural gas storage facilities providers.

Case: 19-30088    Doc# 160    Filed: 01/30/19    Entered: 01/30/19 20:23:34    Page 2 of 3

and services related to outages; and (iii) companies that provide goods and services in connection with Debtors' operation and decommissioning of their nuclear reactor power units. Nor-Cal Pipeline Services is informed and believes that an as-yet unquantified portion of the prebankruptcy amount owed by Debtors to Nor-Cal Pipeline Services satisfies one or more of the categories specified in the Operational Integrity Suppliers Motion. Nor-Cal Pipeline Services supports the Operational Integrity Suppliers Motion, to the extent it encompasses those services provided to Debtors by Nor-Cal Pipeline Services that fall within the scope of the Operational Integrity Suppliers Motion. To the extent the Operational Integrity Suppliers Motion seeks to exclude Nor-Cal Pipeline Services from payment, Nor-Cal reserves the right to object to the interim and final relief sought in such Motion and to file an objection to the Operational Integrity Suppliers Motion.

3. **DIP Financing Motion, Seal Motion, NOL Motion**: Nor-Cal Pipeline Services is unaware at this time of any objection to the DIP Financing Motion, Seal Motion, and/or NOL Motion. However, in an abundance of caution, Nor-Cal Pipeline Services reserves its rights to object to these Motions and the relief sought therein.

Dated: January 30, 2019　　　　　　　　　FINESTONE HAYES LLP


By: *Jennifer C. Hayes*
Jennifer C. Hayes
Attorneys for Creditor Nor-Cal Pipeline Services