Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Telephone: (415) 616-0466
Facsimile: (415) 398-2820
sfinestone@fhlawllp.com
jhayes@fhlawllp.com
rwitthans@fhlawllp.com

Attorneys for Creditor
Nor-Cal Pipeline Services

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>      Debtor-in-Possession. | Case No. 19-30088-DM<br>Chapter 11<br>Hon. Dennis Montali |
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>      Debtor-in-Possession. | Case No. 19-30089-DM<br>Chapter 11<br>Hon. Dennis Montali<br><br>**DECLARATION OF DAVID A. JAEGER, SR. IN SUPPORT OF NOR-CAL PIPELINE SERVICES' RESPONSE TO CERTAIN FIRST DAY MOTIONS**<br><br>Date: January 31, 2019<br>Time: 10:00 a.m.<br>Ctrm: 450 Golden Gate Ave., 16th Floor<br>     San Francisco, CA 94102 |

I, David A. Jaeger, Sr., declare as follows:

    1.    Except as indicated otherwise, I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age. I am the President of Nor-Cal Pipeline Services, and I make this declaration in support of Nor-Cal Pipeline Service's Response to Certain First Day Motions.

2. As of January 29, 2019, the Debtors owe Nor-Cal Pipeline Services a total of approximately $1,540,528.

3. Nor-Cal Pipeline Services provides a variety of services to Debtors that are vital to the Debtors' safe and effective operation. Its services include the use of ground-penetrating radar that quickly and safely determines the location and depth of utility lines, specialized excavation methods that reduce or eliminate the risk of damaging nearby utility lines, and the inspection, maintenance, and installation of pipelines.

4. The Master Service Agreement between Nor-Cal Pipeline Services and the Debtors does not prohibit Nor-Cal Pipeline Services from filing liens, and Nor-Cal Pipeline Services retains its lien rights.

I declare under penalty of perjury that the above statements are true and correct. This declaration is executed on January 30, 2019, in California.

*/s/ David A. Jaeger, Sr.*
David A. Jaeger, Sr.