# Notice Recipients

District/Off: 0971−3      User: admin      Date Created: 01/30/2019

Case: 19−30088      Form ID: OFP      Total: 24

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| aty | Jane Kim | jkim@kellerbenvenutti.com |
| aty | Lynette C. Kelly | lynette.c.kelly@usdoj.gov |
| aty | Marta Villacorta | marta.villacorta@usdoj.gov |
| aty | Tobias S. Keller | tkeller@kellerbenvenutti.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | PG&E Corporation | 77 Beale Street | PO Box 770000 | San Francisco, CA 94177 |
| aty | Andriana Georgallas | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| aty | David A. Herman | Cravath, Swaine & Moore LLP | 85 Eighth Avenue | New York, NY 10019 |
| aty | Jessica Liou | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| aty | John Nolan | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| aty | Kevin Bostel | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| aty | Kevin Kramer | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| aty | Kevin J. Orsini | Cravath, Swaine & Moore LLP | 85 Eighth Avenue | New York, NY 10019 |
| aty | Matthew Goren | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| aty | Max Africk | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| aty | Omid H. Nasab | Cravath, Swaine & Moore LLP | 85 Eighth Avenue | New York, NY 10019 |
| aty | Paul H. Zumbro | Cravath, Swaine & Moore LLP | 85 Eighth Avenue | New York, NY 10019 |
| aty | Ray C. Schrock | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| aty | Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| aty | Theodore Tsekerides | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| smg | Chief Tax Collection Section | Employment Development Section | P.O. Box 826203 | Sacramento, CA 94230 |
| smg | IRS | P.O. Box 7346 | Philadelphia, PA 19101−7346 | |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280−0001 |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit | P.O. Box 2952 | Sacramento, CA 95812−2952 |

TOTAL: 19