WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (*pro hac vice*)
(pzumbro@cravath.com)
Kevin J. Orsini (*pro hac vice*)
(korsini@cravath.com)
Omid H. Nasab (*pro hac vice*)
(onasab@cravath.com)
825 Eighth Avenue
New York, NY 10019
Tel: 212 474 1000
Fax: 212 474 3700

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Proposed Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>Debtor.<br><br>**Tax I.D. No. 94-3234914**<br><br>**In re:**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtor.<br><br>**Tax I.D. No. 94-0742640** | Case Nos: 19-30088 (DM)<br>19-30089 (DM)<br><br>Chapter 11<br><br>**NOTICE OF REVISED EXHIBITS A AND B TO MOTION OF DEBTORS FOR INTERIM AND FINAL ORDERS AUTHORIZING THE DEBTORS TO OBTAIN SENIOR SECURED, SUPERPRIORITY, POSTPETITION FINANCING AND ADDITIONAL RELIEF [DOCKET NOS. 23 & 22, RESPECTIVELY]**<br><br>Date: January 31, 2019<br>Time: 10:00 a.m. (Pacific)<br>Place: United States Bankruptcy Court,<br>Courtroom 17, 16th Floor<br>450 Golden Gate Avenue, San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a Motion of Debtors Pursuant to 11 U.S.C. §§ 105, 362, 363, 364, 503 and 507 and Fed. R. Bankr. P. 2002, 4001, 6003, 6004 and 9014 for Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured, Superpriority, Postpetition Financing, (II) Granting Liens and Superpriority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling Final Hearing, and (V) Granting Related Relief (hereafter, each a "**DIP Motion**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that each DIP Motion included as an exhibit a proposed form of order (the "**Proposed Order**") as Exhibit A and a proposed form of credit agreement (the "**Credit Agreement**") as Exhibit B. Each of Exhibit A and Exhibit B has been revised.

**PLEASE TAKE FURTHER NOTICE** that attached hereto are the following:

EXHIBIT A: Revised version of the Proposed Order.

EXHIBIT B: Revised version of the Credit Agreement.

EXHIBIT C: Redline version of the Proposed Order, showing changes from the draft form of the Proposed Order attached to the DIP Motion.

EXHIBIT D: Redline version of the Credit Agreement, showing changes from the draft form of the Credit Agreement attached to the DIP Motion.

Dated: January 31, 2019

**CRAVATH, SWAINE & MOORE LLP**

**WEIL, GOTSHAL & MANGES LLP**

**KELLER & BENVENUTTI LLP**

By: /s/ *Jane Kim*
    Jane Kim

*Proposed Attorneys for Debtors and Debtors in Possession*