```
 1  Stephen D. Finestone (125675)
    Jennifer C. Hayes (197252)
 2  Ryan A. Witthans (301432)
    FINESTONE HAYES LLP
 3  456 Montgomery Street, 20th Floor
    San Francisco, California 94104
 4  Telephone: (415) 616-0466
    Facsimile: (415) 398-2820
 5  sfinestone@fhlawllp.com
    jhayes@fhlawllp.com
 6  rwitthans@fhlawllp.com

 7  Attorneys for Creditor
    MCE Corporation
 8
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>Debtor-in-Possession. | Case No. 19-30088-DM<br>Chapter 11<br>Hon. Dennis Montali |
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtor-in-Possession. | Case No. 19-30089-DM<br>Chapter 11<br>Hon. Dennis Montali<br><br>**DECLARATION OF JEFF CORE IN SUPPORT OF MCE CORPORATION'S RESPONSE TO CERTAIN FIRST DAY MOTIONS**<br><br>Date: January 31, 2019<br>Time: 10:00 a.m.<br>Ctrm: 450 Golden Gate Ave., 16th Floor<br>San Francisco, CA 94102 |

I, Jeff Core, declare as follows:

1. Except as indicated otherwise, I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age. I am the President and CEO of MCE Corporation, and I make this declaration in support of MCE Corporation's Response to Certain First Day Motions.

2. As of January 29, 2019, the Debtors owe MCE Corporation approximately $1,164,111.

3. The Master Service Agreement between MCE Corporation and the Debtors does not prohibit MCE Corporation from filing liens, and MCE Corporation retains its lien rights.

4. MCE Corporation provides services relating to all facets of pavement restoration. It primarily supports the Debtors' gas transmission capabilities (predominantly in the East Bay, South Bay, North Bay, and San Joaquin Valley divisions). MCE Corporation restores pavement that has been disturbed by work performed by or for the Debtors in the process of maintaining in-ground transmission assets. Upon completion of their maintenance work, the Debtors or their subcontractors typically provide a temporary patch that degrades quickly. Final restoration services performed by MCE Corporation are usually required within 30 days. MCE Corporation often performs work on busy thoroughfares, requiring adequate traffic control to maintain safe conditions for members of the public using the affected roadways. I am informed and believe that the work MCE Corporation performs for the Debtors is vital to the protection and functioning of the Debtors' gas transmission capabilities.

I declare under penalty of perjury that the above statements are true and correct. This declaration is executed on January 31, 2019, in CONCORD, California.

/s/ Jeff Core