| | |
|---|---|
| WILLIAM S. LISA (SBN 310541)<br>wlisa@nixonpeabody.com<br>NIXON PEABODY LLP<br>One Embarcadero Center, 32nd Floor<br>San Francisco, CA 94111<br>Tel: 415-984-8200<br>Fax: 415-984-8300<br><br>RICHARD C. PEDONE (*pro hac vice forthcoming*)<br>rpedone@nixonpeabody.com<br>NIXON PEABODY LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109<br>Tel: 617-345-1000<br>Fax: 617-345-1300 | ROBERT N. H. CHRISTMAS (*pro hac vice forthcoming*)<br>rchristmas@nixonpeabody.com<br>MAXIMILIAN A. FERULLO (*pro hac vice forthcoming*)<br>mferullo@nixonpeabody.com<br>NIXON PEABODY LLP<br>55 West 46th Street<br>New York, NY 10036<br>Tel: 212-940-3000<br>Fax: 212-940-3111 |

Attorneys for *CALIFORNIA SELF-INSURERS' SECURITY FUND*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>                Debtor.<br><br>Tax I.D. No. 94-0742640<br><br>In re:<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>                Debtor.<br><br>Tax I.D. No. 94-0742640 | Case No. 19-30088<br>Case No. 19-30089<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE** that the California Self-Insurers' Security Fund (the "Fund") by and through its counsel, Nixon Peabody LLP, hereby enters this appearance in the above-captioned bankruptcy cases (the "Bankruptcy Cases"), pursuant to Section 1109(b) of Title 11 of

the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that the counsel listed below be added to the official mailing matrix, CM/ECF, and service lists in the Bankruptcy Cases.  The Fund requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and Section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in the Bankruptcy Cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, and all other matters arising herein or in any way related to the Bankruptcy Cases, including in adversary proceedings, be given and served upon Nixon Peabody LLP at the following addresses:

WILLIAM S. LISA (SBN 310541)
wlisa@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 32nd Floor
San Francisco, CA  94111
Tel:  415-984-8200
Fax: 415-984-8300

MAXIMILIAN A. FERULLO (*pro hac vice forthcoming*)
mferullo@nixonpeabody.com
NIXON PEABODY LLP
55 West 46th Street
New York, NY 10036
Tel:  212-940-3000
Fax: 212-940-3111

RICHARD C. PEDONE (*pro hac vice forthcoming*)
rpedone@nixonpeabody.com
NIXON PEABODY LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel:  617-345-1000
Fax: 617-345-1300

Attorneys for *CALIFORNIA SELF-INSURERS' SECURITY FUND*

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request applies to and includes not only the notices and papers referenced in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, all orders, notices and pleadings relating to any application, motion, petition, objection, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile

4852-2623-8342.1

- 2 -

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

| | |
|---|---|
| 1 | transmission, electronic mail, telex or otherwise that: (i) affect, or seeks to affect, or may partially |
| 2 | affect in any way, any rights or interests of any creditor or party-in-interest in the Bankruptcy |
| 3 | Cases; (ii) affect, or seeks to affect (a) the above-captioned Debtors and/or their estates or |
| 4 | (b) property or proceeds thereof in the possession, custody, or control of others that any of the |
| 5 | Debtors or their estates may seek to use; or (iii) require or seek to require any act, delivery of any |
| 6 | property, payment or other conduct by the Fund. |

**PLEASE TAKE FURTHER NOTICE** that the Fund does not, by filing this Notice of Appearance and Request for Service of Papers nor any subsequent appearance, pleading, claim, or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Notice of Appearance and Request for Service of Papers constitute a waiver of any of its rights: (i) to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) to trial by jury in any proceeding so triable in these cases, or any controversy or proceeding related to the Bankruptcy Cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which the Fund is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Fund expressly reserves.

DATED: January 31, 2019　　　　　　　　　NIXON PEABODY LLP

By:　*/s/ Robert N.H. Christmas*
Robert N.H. Christmas
rchristmas@nixonpeabody.com
55 West 46th Street
New York, NY 10036
Telephone: 212-940-3000
Facsimile: 212-940-3111

*Attorney for CALIFORNIA SELF INSURERS' SECURITY FUND*

4852-2623-8342.1

- 3 -　　NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE