Rebecca J. Winthrop (CA Bar No. 116386)
NORTON ROSE FULBRIGHT US LLP
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
rebecca.winthrop@nortonrosefulbright.com

William R. Greendyke (TX Bar No. 08390450) (*pro hac vice* application forthcoming)
Jason Boland (TX Bar No. 24040542) (*pro hac vice* application forthcoming)
Julie Goodrich Harrison (TX Bar No. 24092434) (*pro hac vice* application forthcoming)
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
william.greendyke@nortonrosefulbright.com
jason.boland@nortonrosefulbright.com
julie.harrison@nortonrosefulbright.com

Attorneys for Creditor BERRY PETROLEUM COMPANY, LLC

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>Debtor.<br>In re:<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtor. | Case No. 19-30088<br>19-30089<br><br>Chapter 11<br><br>**RESERVATION OF RIGHTS WITH RESPECT TO DEBTORS' CUSTOMER PROGRAMS MOTION**<br><br>Date: January 31, 2019<br>Time: 10:00 a.m.<br>Place: 450 Golden Gate Ave., 16th Floor<br>San Francisco, CA 94102 |

Creditor and party-in-interest BERRY PETROLEUM COMPANY, LLC ("Berry") respectfully submits the following Reservation of Rights with respect to the *Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507(a)(7) and Fed. R. Bankr. P. 6003 and 6004 for Interim and Final Orders (I) Authorizing Debtors to (A) Maintain and Administer Customer Programs, Including Public Purpose Programs, and (B) Honor any Prepetition Obligations Relating Thereto; and (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers* (the "Customer Programs Motion") [Dkt. No. 16], and in support thereof states as follows:

On January 29, 2019, the above-captioned Debtors (the "Debtors") filed voluntary chapter 11 petitions and seventeen first-day motions, including the Customer Programs Motion. The Customer Programs Motion seeks authority for the Debtors to maintain and administer certain Customer Programs, including certain Deposit and Reimbursement Programs (each as defined therein). The Deposit and Reimbursement Programs concern, among other things, Security Deposit Programs which have been approved by the CPUC and have the effect of state law. Pursuant to that program, the Debtors, in the ordinary course of their business, refund such deposits upon the occurrence of certain enumerated conditions.

Prior to the commencement of these chapter 11 cases, on May 11, 2016, Berry filed its own chapter 11 petition in the United States Bankruptcy Court for the Southern District of Texas, Case No. 16-60040 (DRJ). As part of Berry's bankruptcy case, Berry provided the Debtors with a security deposit in respect of certain utility accounts in the amount of $1,647,900 pursuant to a May 13, 2016 Order [Bankr. S.D. Tex. Case No. 16-60040, Dkt. No. 85], attached hereto as **Exhibit A**. The May 13, 2016 Order provides that the security deposit "shall be returned to [Berry] on the earlier of (a) reconciliation and payment by [Berry] of [PG&E]'s final invoice in accordance with applicable nonbankruptcy law following [Berry's] termination of Utility Services from [PG&E] and (b) the effective date of any chapter 11 plan confirmed in [Berry's] chapter 11 cases."

The Effective Date of Berry's chapter 11 plan occurred on February 28, 2017. To date and despite requests by Berry pre-petition, the Debtors continue to hold the above-referenced

security deposit. It is unclear from the Customer Programs Motion whether or not the utility deposit that the Debtors currently hold from Berry from its prior bankruptcy case is part of the Security Deposit Program.

In any event, and out of an abundance of caution, Berry files this notice reserving all rights to seek the return and/or refund of its security deposit in full whether under the Security Deposit Programs or pursuant to the May 13, 2016 Order. Berry further reserves all rights to object to the Customer Programs Motion on any grounds at the final hearing.

Dated: January 31, 2019

Respectfully submitted:

NORTON ROSE FULBRIGHT US LLP

By: */s/ Rebecca J. Winthrop*
Rebecca J. Winthrop
Attorney for Creditor BERRY PETROLEUM COMPANY, LLC