1  Stephen D. Finestone (125675)
   Jennifer C. Hayes (197252)
2  Ryan A. Witthans (301432)
   FINESTONE HAYES LLP
3  456 Montgomery Street, 20th Floor
   San Francisco, California 94104
4  Telephone: (415) 616-0466
   Facsimile: (415) 398-2820
5  sfinestone@fhlawllp.com
   jhayes@fhlawllp.com
6  rwitthans@fhlawllp.com

7  Attorneys for Creditor
   Roebbelen Contracting, Inc.

8

9                      UNITED STATES BANKRUPTCY COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12

| In re | Case No. 19-30088-DM |
|---|---|
| | Chapter 11 |
| PG&E CORPORATION, | Hon. Dennis Montali |
| Debtor-in-Possession. | |

| In re | Case No. 19-30089-DM |
|---|---|
| | Chapter 11 |
| PACIFIC GAS AND ELECTRIC | Hon. Dennis Montali |
| COMPANY, | |
| Debtor-in-Possession. | **DECLARATION OF FRANK LINDSAY IN SUPPORT OF ROEBBELEN CONTRACTING, INC.'S RESPONSE TO CERTAIN FIRST DAY MOTIONS** |
| | Date: January 31, 2019 |
| | Time: 10:00 a.m. |
| | Ctrm: 450 Golden Gate Ave., 16th Floor |
| | San Francisco, CA 94102 |

23  I, Frank Lindsay, declare as follows:

24       1.      Except as indicated otherwise, I have personal knowledge of the matters set forth

25  in this declaration and, if called upon to testify, I could and would competently testify thereto. I

26  am over 18 years of age. I am the Vice President of Roebbelen Contracting, Inc. ("Roebbelen"),

27  and I make this declaration in support of Roebbelen's Response to Certain First Day Motions.

28

1    2.    As of the December 31, 2018, the Debtors owe Roebbelen a total of approximately

2    $37,789,503-$38,789,503 (of which approximately $6,279,162 is retention).

3    3.    Roebbelen retains lien rights for no less than 99.8% of the amounts owed to it by

4    the Debtors as of January 29, 2019.

5    4.    Roebbelen currently has approximately 80 projects under construction with the

6    Debtors' Corporate Real Estate group ("CRESS"), which supports the Debtors' strategic

7    initiatives of safety, reliability, affordability, and consumer focus, which began prior to January

8    29, 2019. At least 80% of these projects support the Debtors' service centers and training

9    facilities.  The improvements performed by Roebbelen are designed to result in quicker response

10   times, improved vehicle maintenance, better logistics for replacement materials, hazardous

11   materials storage, improvements to dispatch conference centers ("bull rooms") including

12   solutions for mapping, tracking outages, and safety trainings.  Roebbelen is implementing a

13   security program for these same facilities including upgrading their fencing and security systems

14   to meet their improved security standards.  I am informed and believe that the Department of

15   Homeland Security has identified these facilities as known targets, and their operation is essential

16   in the case of a major catastrophic event.

17   5.    Roebbelen also performed work prior to January 29, 2019 on the Debtors' Fire

18   Watch Command Center located in their headquarters at 77 Beale Street in San Francisco.  I am

19   informed that the services provided there include monitoring video observation sites, sensors,

20   meteorology, monitoring of fire and police blotters, and the ability to turn off power at specific

21   locations.

22   I declare under penalty of perjury that the above statements are true and correct. This

23   declaration is executed on January 31, 2019, in _El Dorado Hills_ , California.

24

25   /s/
     Frank Lindsay
26

27

28