| | |
|---|---|
| WILLIAM S. LISA (SBN 310541)<br>wlisa@nixonpeabody.com<br>NIXON PEABODY LLP<br>One Embarcadero Center, 32nd Floor<br>San Francisco, CA 94111<br>Tel: 415-984-8200<br>Fax: 415-984-8300<br><br>RICHARD C. PEDONE (*pro hac vice forthcoming*)<br>rpedone@nixonpeabody.com<br>NIXON PEABODY LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109<br>Tel: 617-345-1000<br>Fax: 617-345-1300 | ROBERT N. H. CHRISTMAS (*pro hac vice forthcoming*)<br>rchristmas@nixonpeabody.com<br>MAXIMILIAN A. FERULLO (*pro hac vice forthcoming*)<br>mferullo@nixonpeabody.com<br>NIXON PEABODY LLP<br>55 West 46th Street<br>New York, NY 10036<br>Tel: 212-940-3000<br>Fax: 212-940-3111 |

Attorneys for *CALIFORNIA SELF-INSURERS' SECURITY FUND*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>               Debtor.<br><br>Tax I.D. No. 94-0742640<br><br>In re:<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>               Debtor.<br><br>Tax I.D. No. 94-0742640 | Case No. 19-30088<br><br>Chapter 11<br><br>**STATEMENT AND RESERVATION OF RIGHTS OF THE CALIFORNIA SELF-INSURERS' SECURITY FUND REGARDING THE DIP MOTION AND ENTRY OF THE PROPOSED INTERIM DIP ORDER** |

       California Self-Insurers' Security Fund (the "Fund"), by and through its counsel, Nixon Peabody LLP, hereby files this statement (the "Statement") regarding the *Motion of Debtors Pursuant to 11 U.S.C. §§ 105, 362, 363, 364, 503 and 507, and Fed. R. Bankr. P. 2002, 4001,*

4830-8124-5062.4

*6003, 6004 and 9014 For Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured, Superpriority, Postpetition Financing, (II) Granting Liens and Superpriority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling Final Hearing and (V) Granting Related Relief* [Docket No. 23] (the "DIP Motion") with respect to the proposed Interim DIP Order.[1] In connection therewith, the Fund respectfully states as follows:

## Statement

Prior to the Petition Date, Pacific Gas and Electric Company and certain affiliates (the "Debtors") elected to self-insure their workers' compensation obligations under California law.

Section 3701 of the California Labor Code requires self-insured employers to deposit security for their obligations in the form of either a surety bond issued in favor of the Department of Industrial Relations for the State of California (the "Department"), cash or marketable securities, or an irrevocable letter of credit. The amount of the security to be posted by the self-insured employer is determined by, and may be increased or decreased from time to time by, the Department.

On January 16, 2019, prior to the Petition Date, the director of the Office of Self-Insurance Plans (an office of the Department) sent to the Debtors a demand for the posting of additional collateral in accordance with Section 3701 of the California Labor Code (the "Demand"). To date, the Debtors have not posted the additional collateral.

As a result of and immediately effective upon and contemporaneous with the Demand, the Fund obtained a valid and perfected lien on the Debtors' assets pursuant to Section 3701(k) of the California Labor Code (the "Fund Lien").

The Fund has been engaged in discussions with the Debtors to address the Fund's concerns regarding the treatment of the Fund Lien, and its cash collateral thereunder, as proposed

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the DIP Motion.

4830-8124-5062.4

- 2 -

Case: 19-30088    Doc# 172    Filed: 01/31/19    Entered: 01/31/19 07:42:17    Page 2 of 4

in the Interim DIP Order. As a result of those discussions, the Fund believes it has reached an agreement in principal concerning language to be included in the proposed Interim DIP Order to address those concerns.

By and through this Statement, the Fund expressly reserves its right to object to the DIP Motion with respect to entry of the proposed Interim DIP Order in the event the Debtors and the Fund fail to agree on final language or the Debtors or the Court further modify the Interim DIP Order in a way that adversely impacts the Fund, the Fund Lien and its cash collateral thereunder.[2]

---

[2] Nothing herein shall be construed to constitute a waiver of the Fund's right to object to any proposed final relief with respect to the DIP Motion.

4830-8124-5062.4

- 3 -

| | | | |
|---|---|---|---|
|1|DATED:|January 31, 2019|NIXON PEABODY LLP|

2

3      By:   /s/ *Robert N.H. Christmas*
              ROBERT N.H. CHRISTMAS (*pro hac vice*
4             forthcoming)

5             WILLIAM S. LISA (SBN 310541)
              wlisa@nixonpeabody.com
6             One Embarcadero Center, 32nd Floor
              San Francisco, CA  94111
7             Tel: 415-984-8200
              Fax: 415-984-8300

8

9             RICHARD C. PEDONE (*pro hac vice*
              forthcoming)
              rpedone@nixonpeabody.com
10            Exchange Place
              53 State Street
11            Boston, MA 02109
              Tel: 617-345-1000
12            Fax: 617-345-1300

13            MAXIMILIAN A. FERULLO (*pro hac vice*
              *forthcoming*)
14            55 West 46th Street
              New York, NY 10036
15            Tel: 212-940-3000
              Fax: 212-940-3111

16

17            *Attorneys for CALIFORNIA SELF*
              *INSURERS' SECURITY FUND*

18

19

20

21

22

23

24

25

26

27

28

4830-8124-5062.4

- 4 -