Rebecca J. Winthrop (CA Bar No. 116386)
NORTON ROSE FULBRIGHT US LLP
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
rebecca.winthrop@nortonrosefulbright.com

William R. Greendyke (TX Bar No. 08390450)
Jason Boland (TX Bar No. 24040542)
Julie Goodrich Harrison (TX Bar No. 24092434)
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
william.greendyke@nortonrosefulbright.com
jason.boland@nortonrosefulbright.com
julie.harrison@nortonrosefulbright.com

Attorneys for Creditor BERRY PETROLEUM
COMPANY, LLC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>Debtor. | Case No. 19-30088<br>19-30089<br><br>Chapter 11 |
| In re:<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtor. | **CERTIFICATE OF SERVICE** |

I, the undersigned, declare that I am employed in Houston, Texas. I am over the age of 18 years and not a party to the within entitled action. My business address is Fulbright Tower, 1301 McKinney St., Suite 5100, Houston, Texas, 77010-3095.

On January 31, 2019, I served the within:

- **RESERVATION OF RIGHTS WITH RESPECT TO DEBTORS' CUSTOMER PROGRAMS MOTION**

    **X**    **TO BE SERVED BY ELECTRONIC MAIL**: On January 31, 2019, I attached a true and correct copy of the above-named document to an e-mail addressed to each of the following persons at the e-mail addresses listed below:

Stephen Karotkin
stephen.karotkin@weil.com;
Jessica Liou
jessica.liou@weil.com;

Matthew Goren
matthew.goren@weil.com;

Tobias S. Keller
tkeller@kellerbenvenutii.com;

Jane Kim
jkim@kellerbenvenutti.com

    **X**    **TO BE SERVED BY OVERNIGHT MAIL**: On January 31, 2019, by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery, to the address(es) listed below:

| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin<br>Jessica Liou<br>Matthew Goren<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212-310-8000<br>Fax: 212-310-8007 | KELLER & BENVENUTTI LLP<br>Tobias S. Keller<br>Jane Kim<br>650 California Street, Suite 1900<br>San Francisco, CA 94108 |

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on January 31, 2019 at Houston, Texas.

    */s/ Linda Smith*
    Linda Smith

Form Rev. 2/05