```
 1  NEWMEYER & DILLION LLP
    MICHAEL T. KRUEGER, SBN 262841
 2  Michael.Krueger@ndlf.com
    IVO G. DANIELE, SBN 221491
 3  Ivo.Daniele@ndlf.com
    1333 N. California Blvd, Suite 600
 4  Walnut Creek, California  94596
    (925) 988-3200; (925) 988-3290 (Fax)
 5
    Attorneys for ERM-WEST, INC.
 6
 7
 8                  UNITED STATES BANKRUPTCY COURT
 9                  NORTHERN DISTRICT OF CALIFORNIA
10                        SAN FRANCISCO DIVISION
11
12  In re                              CASE NO.:      19-30088 DM
                                       CHAPTER NO.:   11
13  PG&E CORPORATION, INC.,
14          Debtors-in-Possession.     NOTICE OF APPEARANCE AND
                                       REQUEST FOR NOTICE
15
16  In re
17
    PACIFIC GAS AND ELECTRIC
18  COMPANY,
19          Debtor-in-Possession.
20
21
22       PLEASE TAKE NOTICE that Newmeyer & Dillion, LLP appears as counsel in
23  the above-captioned cases on behalf of ERM-West, Inc., a creditor therein ("ERM").
24  ERM requests under Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy
25  Procedure and other applicable law that an entry be made on the court matrix and that all
26  notices and papers filed and/or served in these cases be served upon:
27
28
```

NEWMEYER & DILLION LLP
MICHAEL T. KRUEGER, SBN 262841
Michael.Krueger@ndlf.com
IVO G. DANIELE, SBN 221491
Ivo.Daniele@ndlf.com
1333 N. California Blvd, Suite 600
Walnut Creek, California 94596
(925) 988-3200; (925) 988-3290 (Fax)

This notice of appearance and request for notice is without prejudice to: ERM rights, remedies, claims, actions, defenses, setoffs or recoupments, in law or in equity, against the above-captioned debtors and any other entities either in this case or in any other action, all of which rights, remedies, claims, actions, defenses, setoffs and recoupments ERM expressly reserves; and (2) shall not be construed to submit ERM to the jurisdiction of this Court in any matter.

Dated: January 30, 2019         NEWMEYER & DILLION LLP

                                By: _____
                                Michael T. Krueger
                                Attorneys for
                                ERM-West, Inc.