1  Dario de Ghetaldi – Bar No. 126782
   Amanda L. Riddle – Bar No. 215221
2  Steven M. Berki – Bar No. 245426
   Sumble Manzoor – Bar No. 301704
3  **COREY, LUZAICH,**
   **DE GHETALDI & RIDDLE LLP**
4  700 El Camino Real
   P.O. Box 669
5  Millbrae, CA 94030-0669
   Telephone: (650) 871-5666
6  Facsimile: (650) 871-4144
   deg@coreylaw.com
7  alr@coreylaw.com
   smb@coreylaw.com
8  sm@coreylaw.com

9  Michael S. Danko – Bar No. 111359
   Kristine K. Meredith – Bar No. 158243
10 Shawn R. Miller – Bar No. 238447
   **DANKO MEREDITH**
11 333 Twin Dolphin Drive, Suite 145
   Redwood Shores, CA 94065
12 Telephone: (650) 453-3600
   Facsimile: (650) 394-8672
13 mdanko@dankolaw.com
   kmeredith@dankolaw.com
14 smiller@dankolaw.com

15 Attorneys for Individual
   Fire Victim Creditors
16

**FILED**

JAN 3 1 2019

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Eric Gibbs – Bar No. 178658
Dylan Hughes – Bar No. 209113
**GIBBS LAW GROUP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
dsh@classlawgroup.com

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Case No. 19-30088-DM |
| | ) Chapter 11 |
| PG&E CORPORATION and | ) |
| PACIFIC GAS AND ELECTRIC | ) (Joint Administration Pending) |
| COMPANY, | ) |
| | ) **NOTICE OF APPERANCE AND** |
| Debtors. | ) **REQUEST FOR SPECIAL NOTICE** |
| | ) |
| | ) |

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal

Rules of Bankruptcy Procedure the undersigned hereby appear in the above-captioned proceedings as

counsel to and on behalf of over 1,500 individual victims of the 2015 Fresno Gas Pipeline Explosion

and Fire Cases, the 2015 Butte Fire Cases, the 2017 North Bay Fire Cases, and the 2018 Camp Fire

Cases. (See List of "Fire Victim Creditors" attached hereto as Exhibit A.)

1

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

Pursuant to Rules 2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure, and 11 U.S.C. §§ 102(1) and 1109(b), the undersigned requests that all notices given or required to be given and all papers served or required to be served in connection with the above-captioned proceedings be given and served upon:

Dario de Ghetaldi – Bar No. 126782
Amanda L. Riddle – Bar No. 215221
Steven M. Berki – Bar No. 245426
Sumble Manzoor – Bar No. 301704
**COREY, LUZAICH,**
**DE GHETALDI & RIDDLE LLP**
700 El Camino Real
P.O. Box 669
Millbrae, CA 94030-0669
Telephone: (650) 871-5666
Facsimile: (650) 871-4144
deg@coreylaw.com
alr@coreylaw.com
smb@coreylaw.com
sm@coreylaw.com
Attorneys for Fire Victim Creditors in the
2015 Fresno Gas Pipeline Explosion and Fire Cases,
the 2015 Butte Fire Cases, the 2017 North Bay Fire
Cases, and the 2018 Camp Fire Cases

Michael S. Danko – Bar No. 111359
Kristine K. Meredith – Bar No. 158243
Shawn R. Miller – Bar No. 238447
**DANKO MEREDITH**
333 Twin Dolphin Drive, Suite 145
Redwood Shores, CA 94065
Telephone: (650) 453-3600
Facsimile: (650) 394-8672
mdanko@dankolaw.com
kmeredith@dankolaw.com
smiller@dankolaw.com
Attorneys for Fire Victim Creditors in the
2015 Butte Fire Cases, the 2017 North Bay Fire
Cases, and the 2018 Camp Fire Cases

Eric Gibbs – Bar No. 178658
Dylan Hughes – Bar No. 209113
**GIBBS LAW GROUP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
dsh@classlawgroup.com
Attorneys for Fire Victim Creditors in the
2017 North Bay Fire Cases, and the
2018 Camp Fire Cases

2

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

1  The Fire Victim Creditors do not, by filing this Notice of Appearance and Request for Service
2  of Papers nor any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the
3  Bankruptcy Court or intend that this Notice of Appearance and Request for Service of Papers
4  constitute a waiver of any of their rights: (i) to have final orders in non-core matters entered only after
5  de novo review by a District Judge; (ii) to trial by jury in any proceedings so triable in this case, or
6  any controversy or proceeding related to this case; (iii) to have the District Court withdraw the
7  reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights,
8  claims, actions, defenses, setoffs or recoupments to which they are or may be entitled, in law or in
9  equity, all of which rights, claims, actions, defenses, setoffs and recoupments they expressly reserve.

11  DATED: January 31, 2019                     Respectfully submitted,

12                                              COREY, LUZAICH, DE GHETALDI & RIDDLE LLP

14                                              By:  _____
                                                    Dario de Ghetaldi
15                                                  Amanda L. Riddle
                                                    Steven Berki
                                                    Sumble Manzoor
16                                                  Attorneys for Fire Victim Creditors in the
                                                    2015 Fresno Gas Pipeline Explosion and Fire
17                                                  Cases, the 2015 Butte Fire Cases, the 2017 North
                                                    Bay Fire Cases, and the 2018 Camp Fire Cases

19                                              DANKO MEREDITH
                                                    Michael S. Danko
                                                    Kristine K. Meredith
20                                                  Shawn R. Miller
                                                    Attorneys for Fire Victim Creditors in the
21                                                  2015 Butte Fire Cases, the 2017 North Bay Fire
                                                    Cases, and the 2018 Camp Fire Cases

23                                              Gibbs Law Group
                                                    Eric Gibbs
24                                                  Dylan Hughes
                                                    Attorneys for Individual
25                                                  Fire Victim Creditors
                                                    Attorneys for Fire Victim Creditors in the
26                                                  2017 North Bay Fire Cases, and the 2018 Camp
                                                    Fire Cases

3

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

# EXHIBIT A

1

**CREDITOR VICTIM OF THE 2015 FRESNO GAS EXPLOSION AND FIRE**

ISMAEL ARREOZOLA

Case: 19-30088    Doc# 177    Filed: 01/31/19    Entered: 01/31/19 09:33:09    Page 5 of
21

# CREDITOR VICTIMS OF THE 2015 BUTTE FIRE

CAROL AMERMAN
WILLIAM AMERMAN
BRANDIE ANCAR
CALEB ANCAR
KEITH ANCAR
MARY DENISE ANCAR
LAWRENCE BARRETTO
LYDIA BARRETTO
CHRISTIAN BEEKHUIS
DARREN BORGADALEN
LISA BRIONES
DAWNIELLE BURICH
CYNTHIA BURRISS
ROBERT BURRISS
MARGARET CAIRES
STEVEN CARLSON
SUSAN CASHA
THOMAS CASHA
PHILIP CHARVET
WILLIAM CLARK
BEN COOK
JOSHUA COOK
LORETTA COOK
CAROLANN CRAIG
WILLIAM CRAIG
SEYED MOHAMED DOROUD
DENISE EBBETT
ROGER EBBETT
RICHARD ECKMAN
DIANA ERIKSEN
STEIN ERIKSEN
SUSANNE FLOYD
SHERALEE GALLAGHER
KAREN GOLDSMITH
DAWN GRAVES
PHILLIP GRAVES
LAHKMIR GREWAL
JAY GRISEZ
DEBORAH GUYTON
JEAN HALLIDAY
KURT HALLIDAY
DARRYL HANKINS
SANDRA HANKINS
PAULA HASSELL
MIKE HELWIG
KAREN HENDRIX
BONNIE HENRIQUEZ
IVY HOFFMAN
RON HOFFMAN
RICHARD JARRATT
DOLLY JOHN
DAVID JOHNSON

NEIL JOST
BERNACIO JUAREZ
LESLIE KAULUM
MELTON KEITH
DEOVA LEWIS
TIMOTHY LEWIS
MARTHA LOONEY
JACOB LUCICH
JANET LUCICH
RICHARD LUCICH
VINCENT LUCICH
ANNE KAMPER
NANCY KUCHINS
CARL MADEIROS
STEPHANIE MATHES
FRANK MEYER
SCOTT MULLEN
STEPHANIE MULLEN
MARK OLSON
CATHIE ORR
JOHN ORR
BRIAN OTTINGER
MARSHA OVIATT
NEVIN OVIATT
AUDREY PAULSON
BRUCE PAULSON
MONICA PIGEON
RICK POLK
TERRI POLK
ADAM RAY
LAURA RAY
MEGAN RAY
MICHAEL RAY
ROBERT RAY
JAN RAYNE
SUE RENNELLS
MARK REZIN
SHARON RICHMOND
BENJAMIN ROBINSON
CHRISTOPHER ROBINSON
PATRICIA ROBINSON
NICHOLAS ROBINSON
JACK RODGERS
THOMAS RODGERS
JAMIE ROFKAHR
KENNETH ROFKAHR
KENNETH RUSSETT
LOANA SABIN
RAY SABIN
JILLIAN SANDBOTHE
ROBERT SCOTT

RICHARD SEGOVIA
MICHAEL SERONELLO
ROBERT SHINKLE
SHELLY SHINKLE
ABRILH SHOUSE
WILLIAM SHOUSE
DEBRA SMITH
ARTHUR SOARES
DIANNE SOARES
HILDE SOLLIDAY
JOHANNA SWEIGART
CHARLES THOMPSON
JAMES TRAMEL
LAVONNE TRAMEL

DARREN TRUEMAN
YOUNG SOOK TRUEMAN
CLAIRE VILLANUEVA
ALLYSON WALKER
JAMES WALKER
JUDY WEDDLE
MARK WIEBENS
NICOLE WIEBENS
PETER WIEBENS
GEORGE WHITFIELD
DAVID YOUNG
MARILYN YOUNG
ALBERT ZAHNISER
GERHARD ZIEMER
JERRY ZILLER

4

## CREDITOR VICTIMS OF THE 2017 NORTH BAY FIRES

TIMOTHY ADAMS
AMY ADAMS
SUSAN ADAMS
LONA ALBANO
TROY ALVARADO
BLANCA ALVAREZ
RICKY ALVES
PAULA ALVES
JUDITH AMADOR
ARLINE AMIS
JAY ANDERSON
TYLER ANDREW
SCOTT ANDREW
JESSICA ANDREW
DANNY ANGLEN
JEANETTE ANGLEN
KATHERINE ARCOLEO
DAMION ASKER
BRANDI ASKER
DIANE ATHANASIOU
REBECCA BALL
JAMES BARTELMAN
ALFRED BARTON
CHERYL BARTON
RENATA BEHNAM
FARIBA BEHNAM
TYRA BENOIT
ROBERT BENOIT
DONI BIRD
ROBERT BIRKLAND
LAURA BODE
MIKE BOLEN
KEN BOWERMAN
CHRISTINE BOWERMAN
RANDY BOYCE
KENDRA BOYCE
DOUG BRALY
KATHY BRALY
STEPHEN BREITENSTEIN
RAYMOND BREITENSTEIN
ROBERT BROWN
DEANNA BROWN
CATHERINE BURKE-GUNVALSEN
DANA BUSHMAN
MIGUEL CALDERON
PAUL CAMERON
SALLY IRENE CAPPUCCI
DOMINIC JAMES CAPPUCCI
VICTORIA CAPURSO-VALLES
BAILEY KAY CARR
SHAY DWAIN CARR
NED CAUSIN

LARK CAUSIN
PHIL CHARNAS
DAWSON CHURCH
JONATHAN COHEN
JULIE COHEN
MELISSA COLE
CHESTER COLLINS
MARY CONNAWAY
BARBARA CONVERSE
GARY CONVERSE
CAROL COWEN
TIMOTHY COX
CHLOE COX
CHRISTINE CRAMER
DANIEL CROCKER
DAVID CULP
MELANIE CURLEY
KAREN CURZON
EDWARD CURZON
JUSTIN DAVIS
RYAN DEAN
CARIDAD DELOS REYES
ROBERT DELOS REYES
DENISE DEMARTINI-DALPIAZ
EDWARD DEMASI
MIKE DESTINY
JOSHUA DESTINY
SAMANTHA DESTINY
CHRIS DOLAN
SOFIE DOLAN
ALEXANDRIA DORSANEO
RICHARD DOZIER
DENNIS DRAWSKY
DENISE DRAWSKY
HOWARD DUNAIER
GAIL EDNEY
ENVER ETEM
JOHN FOUTS
CASEY FOUTS
DANIEL GALVIN
SCOTT GAMBLE
ROBERT GARIBALDI
BARBARA GARIBALDI
ROBERT GARRISON
ASMERON GEBREHAWARIAT
GEORGE GINOCHIO
MARILYN GLABICKI
THOMAS GLABICKI
CASEY GODERUM
MARGARITO A. GORDILLO
JIM GRAHAM
MARIE GRAVELLE

5

MARY GRIMES
BRETT GRIPE
JOE GRONDONA
TERRI GRONDONA
AARON GROVES
ERICA GRUBE
RICHARD GUNVALSEN
ROBERT GUTHRIE
DAVID HAIGH
BYRON HANCOCK
ANTHONY HARRIS
ROD HAYMAN
JOANN HAYMAN
DEBRA HERLAND
KEN HERLAND
HORACIO HERNANDEZ
SAM HICKS
MARQUES HILL
NITA HILTZ
JUDITH HONG
RICHARD HORWATH
KATHY HORWATH
WILLIAM HORWATH
THERESA HORWATH
DALE HOWELL
KIM HUNTLEY
SHIRLEY HUNTLEY
JOHN IAVARONE
MARGOT JACOBS
MICHAEL JAMES
JANNE JAMES
JEFFREY JAMES
TIM JAMES
GREG JAMES
JAIME JAUREGUI
NAOKO JENKINS
ERIN JOHNSON
RONNEY KANDAH
PAULA KANDAH
JAMIE KARSON
WILLIAM KAVICKY
CHERYL KAVICKY
GREGORY KUTSURIS
KELLY KVIDERA
DAVID LENCHNER
ELLEN LENCHNER
NICHOLAS LENCHNER
SKYLER LENCHNER
GINA LEONARDO
CHARLES LINDNER
SANAM LODHI
CORA LOVELAND
MICK LOVELAND
JULIAN LOVELAND

DIANE LUCAS
WALTER LUNNY
CHARLENE LUNNY
JEANMARIE LYNN
NICK MAFFEI
AMY MARLAR
JOAN MARSALA
CLAUDIA MARTINEZ-GIESEN
HARRY MATOSSIAN
MARY MATOSSIAN
DENNIS MCCLINTICK
DAISY MCGINNIS
MARK MCGRATH
ZACHARY MCGRATH
BRIAN EDWARD MCLAUGHLIN
BETH CASO MCLAUGHLIN
MICHAEL MCNAY
ELLEN MEHRENS
DAVID MEHRENS
RICHARD MEIGS
MICHAEL MENDES
LISA MICHAEL
BRUCE MOELLER
TRACEY MOELLER
JEFFREY MORRIS
LIDIA MORRIS
DANIEL MUFSON
KEVIN MURPHY
TERRY NEFF
JEANETTE NEWMAN
BRETT NEWMAN
GEORGE NICHOLS
MARY SUSIE NICHOLS
JAMES NICHOLSON
EDWARD NORTON
MARTHA NORTON
SHARON NUGENT
CHRISTOPHER NUGENT
HENRY NUGENT
EDWARD NUGENT
VIRGIL NUNNEMAKER
MARIA ORTEGA
JOHN PALMER
MATTHEW PAPA
DAN PARDINI
PETER PARDINI
DANNY PARDINI
AMY PARDINI
STAVROS PARDINI
DANIELLE PARDINI
SUZANNE PASKY FOUTS
JAMES PECK
CAROLYN PECK
ANGELA PEREZ

6

JAMIE S. PERRY
POLLY PESCIO
MICHELE PETTIBONE
JONATHAN BRADLEY PETTIBONE-
WEARE
STEVE PETTIT
JOSHUA PHILLIPS
A.G. PHILLIPS
MARCIA PHILLIPS
GERALD PHILLIPS
E.C. PHILLIPS III
PEGGY PICCOLO
JAIME PLATH
MARY POECK
TASHA PRUE
MARQUIS PURDY
JUDY RAMPONI
DAVE RAMPONI
MOUNTAIN HOME RANCH RESORT
MOUNTAIN HOME RANCH, INC.
VICKI RANIERI
EVAN RAYNER
BETTY RECORD
FREDERICK REINELL
VICKI REINELL
DAMION REYNOLDS
JOHN REYNOLDS
SHARON REYNOLDS
THOMAS RICHARDS
SOPHIA RICHTER-CZLONKA
RAYMOND RINALDI
SYDNI ROBERSON
ERIC ROGERS
HALEY ROSCOE
BRANT ROSCOE
ZACK ROSENBAUM
KRISLYN ROYALS
SHELLAE RUFFIN
PAMELA RUMBERG
ROBERT SCHERMEISTER
NICHOLA SCHMITZ
JESSE SCOTT
SUSAN SCUDDER
SUSANNA SEGURA
ENRIQUE SEGURA
BRANDON SEXTON
PATTI SEXTON
JON SHAVER
JIMMY SHEERIN

CLIFTON C. SHELDON
HILIEN SHENOUDA
THERESE SHERMAN
RICK SHILEY
DEBRA SILLS-SHEPHERD
MARY C. SIMMONS
CARMA SIMONSEN
MICHAEL SIMONSEN
EDWARD SMITH
SUSAN STAHR-GEASLAND
STACE STANLEY
DEANN STANLEY
ELIZABETH (BETH) STELLUTO
DUNAIER
LESLIE STEWART
JOHN SULLINS
AUSTIN SULLINS
ANTOINETTE TARKHANIAN
JOHN TARKHANIAN
HURIA TESFASILASIE
GAIL THAMES-MCNAY
TEAGAN THOMPSON
JOHN THOMPSON
BARBARA THOMPSON
MATTHEW THOMPSON
PETER THOMPSON
CONSTANCE TIEGEL
ALLESANDA TOLOMEI
JOHN TOMLINSON
GALEN TORNEBY
ENIKO TORNEBY
JAMES MICHAEL TREVEY
ROBERT TROSPER
JAMES TRUITT
MARIE TRUITT
TIM TUCKER
JEROME TYLER
VANCE WALL
JOAN WALTERS
VIRGIL WEARE
ERIC WILHELM
JUSTIN J. WILLIAMS
STEVE WILSON
RAY WILSON
CATHLEEN WILSON
RALPH A. WRIGHT
JILL C. YARNAL
AUDREY YEE
GEERTJE ZAMLICH

Case: 19-30088    Doc# 177    Filed: 01/31/19    Entered: 01/31/19 09:33:09    Page 10 of
21

## CREDITOR VICTIMS OF THE 2018 CAMP FIRE

JILL LYNN ABBIATI
JOSEPHINE ABEYTA
NICHOLAS ABEYTA
JUDY ACORD
MAYRA ACOSTA
FRED AGOSTA
JAIME AGUILAR
NICOLE AGUILERA
GENEVA AGUIRRE
ALBERT AHAD
SAM AHAD
VIOLET AHAD
ALEX AICHINGER
KAREN AICHINGER
CRYSTAL ALCOVER
MATTHEW ALCOVER
ALVARO ALVAREZ
DANIEL ALVAREZ
CAROL AMAYA
JOSE AMAYA
PATTY AMERO
EDWARD ANDERSON
FAYE ANDERSON
IYAN ANDERSON
TRUDY ANDERSON
WILLIAM ANDERSON
SHIRLEY ANDREWS
JACQUELINE ANDUJAR
DAVID ARNEY
LINDA ARNEY
SYLVIA ARNOTT
TIMOTHY ARNOTT
JEAN ARTIGUE
AVONLEA AURENTZ
JOSEPH AURENTZ
HOLLY AUSTIN
JOSE MARIO AVILA
DUANE AWALT
LISA AWALT
KYNDAL BACHMAN
DORIS BAILEY
PAMELA BAILEY
JENNETTE BALAORO-RANNEY
CHARLES BALDWIN

ALBERT BALES
LESTER BALL
LINDA BALL
SEAN BALLARD
HALEY BANNISTER
STUART BANNISTER
TERRIE BANNISTER
LINDA BARKER
DOUG BARLOW
BRET BARNES
CHRISTINE BARNES
HAROLD BARNREITER
MICHAEL BARRETT
SHARON BARRETT
JOHN BARRIE
MARGARET JEAN BARSTOW
DONALD BARTLETT
FRANK BARTLETT
BENJAMIN BASLOW
SHIRLEY BAUMANN
ALLISON BAZAN
CONNIE BEALL
JUSTIN BROOKS BEALL
MATTHEW BECERRIL
MICHELLE BECERRIL
DAVID BECK
BETTE BECKER
SEAN BECKETT
BRIAN BELL
LESLIE BELL
RITA BELL
KERRY BELLAMY
TERESA BELLAMY
MICHAEL BENEDICT
TRACY BENEFELD
DANIEL BENNETT
SANDRA BENNETT
MATTHEW BENTLEY
BENGT BERG
ERIK BERKENSTOCK
NETTA BERKENSTOCK
POMPEYO BERMUDEZ
DAVID BERNACETT
SHARI BERNACETT

8

PEGGY BERRY
ROBERT BERRY
ATASHA BIAS
SEAN BINGHAM
ANDREW BINSTOCK
ANNE BINSTOCK
PHILIP BINSTOCK
BRETT BIZZLE
VANTHY BIZZLE
RITA M. BLAKE
ROBERT BLANCHARD
DIANE BODINE
DEBRA BOHLKE-EDWARDS
LEROY BOLANDER
DEBORAH BOLIN
ANDREW BOONE
JOHN BORGES
EDWARD BOTHWELL
SHIRLEY BOTHWELL
CLARK BOUCHER
DEBBIE BOUCHER
WARREN BOWDEN
BARBARA BOWEN
DONNA BRACKETT
PAUL BRACKETT
JANICE BRADFORD
DUSTAN BRADLEY
DUSTIN BRADLEY
PATRICIA BRADLEY
MICHELE BRADSHAW
CHERI BRAKENSIEK
RACHEL BRANCH
ROBERT BRANDENBURG
TOMMY BRASHERS
MICHAEL BRAY
SHANE BRECHEISEN
ROBERT BRERETON
TRISTON BREWER
CHARLES BRIDENHAGEN
SABRINA BRIDENHAGEN
JERRY BRIGHT
PATRICIA BRIGHT
MONICA BRINKMAN
RICHARD BRINKMAN
EDITH BRINSON
JESSICA BRINSON

BOB BROMAN
CHERYL BROMAN
CLIFFORD BROMAN
GEORGIANA BROOKS
KENNETH BROW
LAURENCE BROWN
MARY BROWN
ROBERT BROWN
WAYNE BROWN
KATHLEEN BRUCE
DOLLY BUCK
MICHAEL BUCK
EDWARD BUCKER
JEANNE BUCKER
ALEX BURGER
CHRISTOPHER BURGESS
JOHNNIE BURNS
MARCEL BURNS
JAMES BURRIS
GARY BURT
RAY BURTON
DARYL BUTTS
RAEANNA BUTTS-KING
ROBERT BYRNE
BRANDEE CALDWELL-HABIG
TONYA CALHOON
BRENDA CAMPOS
ELIJAH CANALES
EDDIE CANDELIERI
TONY CANDELIERI
BOBBI CANTER
DANIEL CANTER
CAROLINE CARDOZA
JOSEPHINE CARDOZA
CHARLES CAREY
DENNIS CAREY
CHRISOPHER CARLSON
GLENN CARLSON
BRANT CARNEGIE
GIUSEPPE CAROLA
GAIL CARR
CHARLSEY CARTWRIGHT
JEANINE CARTWRIGHT
JESSAMY CARTWRIGHT
JOYCE CARVER
NICHOLAS CASELLA

9

JAMES CASSADY
DONNA CASSIANOS
GREGORI CASSIANOS
NANCY CASTILLO
RANDY CHAPMAN
SYLVIA CHAPMAN
STEVE CHERMS
CHERYL CHOATE
ROBERT CHOATE
CAROLINE CHRISTOFOLIS
CHUN CHU
YAN CHU
NATALIE CHUPIL
TIMOTHY CHURCH
CAROL CLEMENS
EMILY CLEMENS
MICHAEL CLEMENS
JENNIFER CLEMENT
MIKE CLEMENT
TERESA CLEMENTS
VIVIAN CLEVELAND
SHIN LEE COBBLE
ANDREA COCHRAN
KELLY CODY-MOONEY
BRENDA COELHO
DAVID COELHO
DINAH COFFMAN
KATHLEEN COLLIER
ROBERT COLLIER
CHARLES COLLINS
SARAH COLLINS
SARAH COLLINS
DANIEL COLLISS
AL COMBAZ
MICHAEL CONNOLLY
CHAD CONWAY
JOHANNA CONWAY
MANDY COONS
DAVID CORSON
DANIELLE COSTA
RICHARD COSTA
KACIE COULOMBE
SUSAN COULOMBE
KYLE COWAN
PAMELA COX
SUZANNE CRAMTON

WENDY CROMWELL
WILLIAM CROSSLEY
DAVID CUEN
JAMES CUMPSTON
PATRICIA CUNAG
KAREN CURRY
CHRISTINE CURTIS
STANLEY CURTIS
DUSTIN DAISY
MARILYN DARLINGTON
CHRISTINE DAVIS
DAISY DAVIS
DIANNA LAGORIO DAVIS
JUSTIN DAVIS
ROBERT DAVIS
ERIC DAY
NATHAN DEAL
DAVID DECOSTA
ROBIN DELEY
DENIS DELUCCHI
JENNIFER DELUCCHI
KIM DENNIS
DEBRA DERRICK
JOHN DERRICK
MARY DERRICK
JUSTIN DESANTIS
STEVE DEUBLE
DONALD DEY
JENNIFER DICKINSON
LESLIE DIXON
THOMAS DIXON
MARK DOLAN
GREGORY DOWNING
WILLAM DREYER
WILLIAM DRUEHL
NEDRA DUDKOWSKI
KENNETH DUGAN
LORI DUGAN
JAMES DUNGAN
JONNI DUNGAN
ATHENIA DUNHAM
CHARLES DUNN
MELINDA DUNN
GINI DURAND
JOHN DYKES
KATHLEEN DYSERT

10

DOUGLAS EAGLE
KC EASTER
DALE EDMONDSON
JOHN EDWARDS
TANESSA EGAN
BRIAN EISERMANN
MARGARET EISERMANN
KAYLA ELEY
RENA ELEY
JAMES ELFERS
KARRIE ELICK
ROBERT ELICK
JEFF ELLIS
NANCY ELLIS
SULLIVAN ELLIS
GARY ESTENSON
STEPHEN ESTES
CHANTELLE ESTESS
MARGARET ESTRADA
JOAN ETCHEVERRY
PEGGY EVANSON
DIANA FAHL
FELICIA FAIN
JAMES FAIRCHILD
LESLIE FAIRCHILD
LORRAINE FAIRES
MICHAEL FAIRES
JUDY FANNIN
ERNEST FARINIAS
LESLIE FARINIAS
PAUL FARSAI
PETER FARSAI
JOSEPH FATUR
JOEL FELICE
JOHN FENDLEY
MARIE FICKERT
ROBERT FICKERT
ANTHONY FIGUEROA
FILICE MCKINLEY LLC
BRIAN FINK
PATRICIA FINK
RACHEL FIORI
ANGUS FISHER
JUDY FLOYD
CAITLIN FOBERT
ROBERT FOLEY

MEE FORBES
ROBERT FORBES
CHARLES FORQUER
ANDREW FORSMAN
BRUCE FORSMAN
DIANE FORSMAN
JOHN FOSTER
PATRICIA FOSTER
LYLE FOSTER
JOHN FOUTZ
TAMMY FOUTZ
VICTORIA FOWLER
ROD FRANCHI
JOSHUA FRANK
SHANE FRANK
SUZANNE FRANK
THOMAS FRANK
RUTH FRANKS
CLINT FREEDLE
MARY FREEDLE
HENRY FREIMUTH
KARL FRENZEL
FREDERICK FURGINSON
JUDITH FURGINSON
MIGUEL GALLARDO
MAUREEN GARCIA
MICHAEL GARCIA
JESSICA GARRETT
PATRICK GARRETT
WALTER GASTA
MYRIAM GELBER
DAVID GENTILE
STEPHEN GENTILE
GLENN GIBBONS
KIMBERLY GIBBONS
KASEY GIBBS
EDWARD GIBSON
LAURA GIBSON
MAILI GIBSON
MARLA GIBSON
CRISTEL GIEG
CHRISTIAN GLOVER
JULIE GONZALEZ
ELIZABETH GORMAN
PETER GORNIAK
DEVIN GOTTERBA

11

JANELL GOUPIL
KAREN GRAHAM
LINDA GRAHAM
MICHAEL GRAHAM
WILLIAM GRAHAM
LARRY GRANT
LYNNE GRAUBERGER
ERIC GRAY
KATHERINE GRAY
MINDY GRAY
TISON GRAY
MELINDA GREENBERG
KAYLA GREENLEAF
ELIZABETH GREGG
BRITTANY GREGORY
JASON GREGORY
KAYTEE GRIFFIS
CHRIS GRIFFITH
DEBORAH GRIFFITHS
TRAVIS GROSSE
KATHY GRUMBLES
MATTHEW GUERRA
MARIE GUTIERREZ
JOHN GUZMAN
MARCUS GUZMAN
MARYBETH GUZMAN
BARBARA GYLES
DENNIS GYLES
GARY HACKER
BARBARA HADDOX
CHERI HAGANEY
ERNEST HALECK
DONNA HALL
EARL HALL
HOLLY HALLER
JAMES HANA
SUNSHINE HANG
JOANNE HANSEN
MARK HANSEN
NANCY HANSEN
JASON HARBOUR
ADAM HARDGRAVE
STEPHANIE HARDGRAVE
MARSHA HARLAN
DEBORAH HARLESS
DOUGLAS HARNER

AARON HARPER
FAITH HARPER
TIM HARPER
TAMERA HARRAH
EDWARD HARTMAN
GEORGE HARVEY, JR.
GARY HASKINS
JASON HASTAIN
KIM HASTAIN
SUSAN HAUPTMAN
JOHN HAWK
SAVANNA HAWLEY
TONYA HAYS
BRENDA HAZELWOOD
DENNIS HAZELWOOD
RICHARD HEFFERN
JOYCE HEFTY
VICTORIA I. HEISHMAN
MERLIN HEMBEL
CAROL HEMPHILL
ELIZABETH HEMPHILL
JAMES HEMPHILL
CLARA HENDERSON
KEN HENDERSON
LUIS HERNANDEZ
MARK HIDALGO
SEAN HILEMAN
BRIAN HILL
SHANNON HILL
SONIA HILTON
ETHEL HOBE
EDWARD HOFER
FREDERICK HOFER
KIMBERLY HOLBROOK
EMILY HOLDEN
KEITH HOLDEN
SHARON HOLDER
WARREN HOLDER
JERRILYN HOLDRIDGE
RUSSELL HOLDRIDGE
JULIE HOLITER
MICHELLE HOLMES
MICHAEL HOMLITAS
DONNA HOOTON
ROBERT CHARLES HOOTON
WILLIAM HOPPER

12

| | |
|---|---|
| NIHAL HORDAGODA | LORAN KIDD |
| KAREN HORDIENKO | SANDRA KIDD |
| KARINA HORDIENKO | JANET KIMMEL |
| CATHRYN HORNE | JOSEPH KIMMEL |
| ROBERT HORVATICH | CANDICE KING |
| JOEL HOUCHIN | KYLE KING |
| LISA BELL HOWARD | TERRI KING |
| NANCY HUBBARD | ROBIN KING |
| TOM HUBBARD | CHARLES KIPP |
| DAWN HUDDLESTON | DARLENE KIRBY |
| DENNIS HUGHES | ROBERT KIRBY |
| SHIRLEY HUGHES | MARY KIRK |
| PATTY HUMPHREY | WILLIAM KIRK |
| ROSALIE HUNGER | WILLIAM KIRK |
| ELEANOR HUNTER | DALLAS KISER |
| STEPHEN HUTCHINS | FAYE KLEMME |
| MONIC ILHARREGUY | JAY KLIPP |
| ANN MARIE IMBRIE | DAREK KOLODZIEJCZYK |
| RAYMOND IMBRO | PATRICIA KOLODZIEJCZYK |
| ANTONI JACOB | RICHARD KOLODZIEJCZYK |
| ROSE JACOB | STEFAN KOLODZIEJCZYK |
| JOHN JAGGER | SANDRA KORFF |
| LOUISE JAMEL | TERRENCE KORTON |
| JOHN JENKINS | JUDY KRAMER |
| TANYA JENKINS | JUSTIN KRAUS |
| DENNIS JOHNSON | GERALD KRUSELL |
| CLARA MARGARET JOINVILLE | GERALD KUHN |
| DEBORAH JONES | CHRISTINA LAMBACH |
| SIERRA DAWN JONES | STEVE LAMBACH |
| TAMIKA JONES | MARTHA LAMBERTS |
| JOHN JOY | MICHAEL LAMBERTS |
| SUSAN JOY | DIANE LANGDON |
| ROZITA KARIMI | RANDY LARSEN |
| ADAM KARLIN | AMANDA LARSON |
| STEVEN KARLIN | BRIAN LARSON |
| MICHAEL KAROL | BRIAN LARSON |
| RALPH KAUFFMAN | CYNTHIA LASSONDE |
| SILVIA KAY | RONALD LASSONDE |
| KRISTOPHER KEARNS | SUSAN LAVANDERO |
| CHARLES KEEN | SHANE LAVIGNE |
| JOLENE KEILLOR | WENDY LE MASTER |
| ROBERT KEILLOR | ADELE LEARD |
| MIKE KELLY | RAMONA LEAVITT |
| PAUL KEMBLOWSKI | GAIL LEBLANC |
| GARY KENDALL | SHEILA LEBLANC |
| DAVID KENSINGER | DEBORAH LEDESMA |

13

| | |
|---|---|
| KAREN LEE | RICHARD MANLEY |
| KENNETH LEE | MARC MANZELLA |
| SANDRA LEE | MARI MANZELLA |
| STEVEN LEE | MARK MANZELLA |
| OK SUN LEE | LORRAINE MARCHANT |
| SUK LEE | JAMES MARIN |
| MARIA LEEPER | DANNETTE MARQUEZ |
| LINDA LEFEBVRE | VANCE MARQUEZ |
| CARIE LERNER | JUDITH MARRIOTT |
| ANITA LEROY | LUCILLE MARSHALL |
| JOSEPH LEROY | LEE MARTIN |
| SHERRI LESLIE | DAVID MASARIK |
| SANDRA LEWIS | KAITLYN MASON |
| NATALE LIMA | CHELSEA MATZ |
| ERIC LINDBERG | RAMONA MAXWELL |
| SANDRA LINDBERG | CHERYL MAYNARD |
| ROBERT LINK | RYAN MCCANN |
| KATIE LIPHAM | STEPHANIE MCCARY |
| CHARLES LIQUORI | KEVIN MCCLUSKEY |
| MARTA LIQUORI | AMBER MCERQUIAGA |
| KENNETH LOBERG | TERESA MCGRATH |
| MATTHEW LOCHNER | GARY MCHARGUE |
| GENEVA LODGE | GALINA MCINTOSH |
| DYLAN LOEBEL-BEGELMAN | GREG MCINTOSH |
| FRANK LOMBARD | KEVIN MCKAY |
| LETICIA LOPES | CATHY MCKEOUGH |
| JUAN LOPEZ | STEVE MCMAHON |
| SHAWNA LOPEZ | KATIE MCMILLAN-HARVEY |
| JOANNE LOUGARIS | CURTIS MCNAMAR |
| JAMES LOW | MICHAEL MCNAMAR |
| LORI LOYD | MICHELLE MCNAMAR |
| JOHN LOZANO | DANIEL MCNEILL |
| JOHN ERIC LOZANO | ROBERTA MCNEILL |
| MICHAEL LOZANO | ANN MCPHARRAN |
| WENDY LOZANO | RANDALL MCPHARRAN |
| MELISSA LUCAS | ROBERTO MEDEROS |
| JULIE LUCITO | MICHAEL MEDIN |
| BOBBI LUDLOW | ROBERT MEDIN |
| MICHAEL LUNSFORD | SHERILYN MEDIN |
| RICH LUPIA | SUSAN MEDIN |
| M+J ENTERPRISES | CAROLYN MEDINA |
| JIM MAESTRI III | FRANK MEDINA |
| TONY MAGEE | NORMA MEDINA |
| ADRIAN MAISONET | JOHN MELTON |
| DEAN MANLEY | JERRY MENDEZ |
| NANCY MANLEY | MARY MERCEDES |

14

GEORGE MEYER
JOYCE MEYER
MELISSA MEYERS
SHERI MEYERS
DEBRA MILEY
DON MILEY
DALE MILLER
LAURIE MILLER
MICHAEL MILLER
MITTI MILLER
STANLEY MILLER
SUSAN MILLER
PATRICK MIRABELLI
CHARLIE MOFFATT
LORENZO JESUS MOLINA
DIANA MOODY
MICHAEL MOODY
PATRICK MOODY
ALEX MOORE
MARY MOORE
MICHAEL MOORE
TERRY MOORE
RICHARD ALLEN MOOTZ
RITA MORARJI
KAREN MORAS
RON MORAS
MOLLY MORBETO
BRITTNEY MORRISON
BRITTANY MORROW
SAEED MOVEHED
DANIEL MULLEN
MEGAN MURILLO
BARBARA MURRAY
JAMES MUTO
ROBIN MUTO
NOEMI NARANJO
KARRYL NASON
FRANK NAVARRO
BEATRICE NEVES
SEIKOH NEWTON
HANH NGUYEN
CANDICE NICHOLS
JONATHAN NICHOLS
YESENIA NICHOLS
RYAN NICKEL
TREVOR NIXON

CHRISTOPHER NOLAN
MARY NORDSKOG
JOE NORKIN
CYNDIE NORMAN
SCOTT NORMAN
SEAN O'KEEFE
CATRINA OBERG
CATHY OKERLUND
TOM OKERLUND
JESSICA OLAH
MICHAEL OLAH
RONALD OLIVA
MARCEL ORBEA
DENISE OSBORN
JERRY OSBORN
BRANDY OTTERSON
JOHN OWENS
NANCY OWENS
RICHARD PALMER
STEVE PAPP
DARLA PARKER
TAMMY PARKER
EDITH PARKERSON
RANDALL PARKERSON
MARIA PARSONS
ALICE PASTRANO-SPRINGS
COLBY PAYNE
WILLIAM PEACE
CLAUDIA PECK
FRANK PECK
HOLLY PENNINGTON
JOE PENNINGTON
KIMBERLY PEREZ
ELSA PERRY
RONALD PERRY
ANNETTE PETERS
CATHERINA PETERS
MICHAEL PETERS
ROBERT PETERS
VALERIE PETERS
JUSTIN PETERSEN
MICHELE PETIT
RYAN PETIT
TRACY PETIT
ALAN PETTIT
CHARLES PHILLIPS

15

| | |
|---|---|
| ROBERT PHILLIPS | MARGARET RODGERS |
| CLIFFORD PIERCE | KATHERINE RODRIGUEZ |
| DEREK PIERMAN | VICTORIA i. RODRIGUEZ |
| LISA PIERMAN | ALICIA ROGERS |
| LAURIE PILLSBURY | BOBBY ROGERS |
| MICHAEL PILLSBURY | MURISSA ROGERS |
| JIM PITCOCK | JUANA ROMERO |
| AMANDA LYNN PITERA | ANTHONY ROSA |
| AMY PIVATO | APRIL ROSENSTIEL |
| JIM PORTER | JON ROSENSTIEL |
| SHARLENE POTTER | JILLIAN ROUSE |
| MICHELLE POWERS | KEITH ROWLEY |
| CHRISTINE PRESSON | CHERYL ROWNEY |
| MARK PRESSON | MATTHEW ROWNEY |
| DANIEL PRICE | BRENT RUBY |
| LAWRENC PRING | LORI RUSHING |
| VALERIE PRING | HUNTER RUTLEDGE |
| SHERRI QUAMMEN | BARBARA RYAN |
| GREGORY RADER | MICHAEL RYAN |
| TODD RADKE | AL RYDELL |
| BRIDGE RANDALL | MEY SAECHAO |
| MICHAEL RANNEY | NAYTA SAETURN |
| TED RATLIFF | ROBERTO SANCHEZ QUINTERO |
| CAMERON RAY | KEVIN SANDERS |
| SUSAN RAYMOND | MARY SHARON SAUNDERS |
| BRANDON RAYNOR | DANIEL SCHAFER |
| DAYNIELLE RAYNOR | LYNN SCHAFER |
| SCOTT REDEKER | MARY SCHEWE |
| CLAUDIA REEK | CYNTHIA SCHIERMAN |
| WAYNE REEK | KAREN SCHLENKER |
| JAY REICHERT | MICHAEL SCHLENKER |
| TAMMY REICHERT | DAVID SCHLICHT |
| TOM REINERT | NATALIE SCHLOBOM |
| CHERYL RENWICK | DAVID SCHOTT |
| MICHAEL RENWICK | HOLLY SCHREIBER |
| CHEYENNE REYNDERS | CARLTON SCHREINER |
| JESSY REYNOLDS | GARY SCHWAB |
| CHRISTINA RICE | SUSANA SCHWAB |
| TRACY RIFFEL | ZACHARY SCIACCA |
| BUD RIGDON | LYNN SCOFFERN |
| MARY K. RILEY | BRENDA SERENO |
| DANIEL S. ROBBINS | RITA SERRA |
| ROBIN ROBIN | DOUGLAS SEXTON |
| BARBARA ROBINSON | ROBIN SEXTON |
| RACHEL ROBINSON | RONALD SHEA |
| MARGARET RODGERS | NICHOLE SHELTON |

16

| | |
|---|---|
| JAMES SHERBOURNE | JILL SPOONER |
| BRIAN SHERWOOD | DANIEL SPRINGS |
| CASANDRA SHERWOOD | ALFRED SPRUELL |
| DOUGLAS SHILLING | GWENDOLYN SPRUELL |
| DOUGLAS SHILLING | JENNIFER STEARNS |
| KIMBERLY SHILLING | SCOTT STEELE |
| TAUNYA SHILLING | JESSICA STEVENS |
| DAVID SHORES | MAUREEN STEWARD |
| RUSSELL SHORTMAN | JENNIFER STIDHAM |
| HUGO SIBRIAN | HAROLD STIMSON |
| JOSEPH SIEVERS | MICHAEL STIPE |
| JUDY SIMMONS | CAMEY STOCKDALE |
| ROBERT SIMMONS | ROBERT STOCKDALE |
| KAREN SIMON | ALEXANDRA STORM |
| DANIEL SIMONE | KIMBERLY STOUGH |
| LIZA SIMS | KURT STOUGH |
| CYTHIA SKALA | ALI STRATTA |
| RICHARD SKALA | BRENTON STRINE |
| KAREN SKYBERG-OLIVA | JENNIFER STRINGER |
| DAVID SLATTEN | ROBERT SUITS |
| DEBORAH SLATTEN | VALARIE SUSNOW |
| DOUGLAS SLOAN | CAROL SWART |
| TIFFANY SLOAN | JOEL SYCKS |
| ALEX SMITH | JOYCE TACHER |
| CYNTHIA SMITH | JOHN TAMMARO |
| CYNTHIA SMITH | NOAH TATUM |
| CYNTHIA SMITH | KATHERINE JOAN TAYLOR |
| HALEY SMITH | LINDA TAYLOR |
| LAURA SMITH | JACKIE TEAL |
| TINA SMITH | HELEN TERRY |
| JORDAN SMOOTS | LINDSAY THOMAS |
| BRUCE SNYDER | MARK THOMPSON |
| GEORGE SNYDER | STEVE THOMPSON |
| JOANNE SNYDER | PAM THORNTON |
| PATRICE SNYDER | MICHAEL TIPTON |
| DANIEL SOLORS | AMBER TONEY |
| ELIZABETH SOLORS | ANDREA TONG |
| FRANK SOLORS | RONALD TONG |
| THOMAS SOLORS | PHILLIP TORRES |
| CAROL SOUZA | KATE TOWNSEND |
| MANUEL SOUZA | LAWRENCE TOWNSEND |
| MARIANNE SOUZA | ROBERT TRABERT |
| SCOTT SOWARBY | DIANA TRACY |
| CAROL SPEARS | MICHAEL TRACY |
| CYNTHIA SPENCE | GLENDA TRETTENERO |
| SUSAN SPENCER | WILLIAM TRONSON |

17

| | |
|---|---|
| STEPHANIE TRUSLEY | JENNIFER WEILER-LINDBERG |
| DUANGDAO TUANTHET | KENNETH WELKER |
| NANCY TUANTHET | JAMES WELLS |
| SOMCHAI TUANTHET | BARRY WENNER |
| PAULENE TUCKER | PATRICIA WENNER |
| FIDEL TUNNO | SUZANNE WHALEN |
| DAVID TURNER | MARGARETE WHITAKER |
| JULIE TURNER | RICHARD WHITAKER |
| KENNETH TURNER | KELLY WHITE |
| MARK TURNER | BETTY WICHMAN |
| SEAN TURNER | STEVEN WIENER |
| SHARRON TURNER | MICHAEL WILDMAN |
| MARLENE TUTHILL | TIMOTHY WILKINSON |
| GARY TYLER | SCOTT WILL |
| KATHY TYLER | VICKI WILL |
| MATHEW TYLER | DARLENE WILLIAMS |
| GARY TYLER | JOHN GREGG WILLIAMS |
| CHARLES VAN AUKEN | ROBERT WILLIAMS |
| MARGOT VAN AUKEN | EMILIE WILSON |
| JASON VAN ECK | MARK WILSON |
| JEFFREY VAN ECK | HOWARD WINTERMANTEL |
| JOSH VAN ECK | LYNN WOOD |
| OLA FAYE VAN ECK | SHELLEY WOODS-PEACE |
| STEPHANIE VAN ECK | DIANE WORSHAM |
| KAREN VANDENBERG | SAMUEL WORSHAM |
| GERARD VANDERLEUN | TARA WORTHINGTON |
| DIANNA VARNELL | CAROLE WRIGHT |
| DON VARNELL | CHARLES WRIGHT |
| CARLA VELADOR | CLAUDIA WRIGHT |
| PHILLIP VELADOR | GLORIA WRIGHT |
| BRYAN VENAAS | TRAVIS WRIGHT |
| STEPHEN VERGARA | KENT WUESTEFELD |
| AARON VIPPERMAN | NATALIE WYATT |
| BETHANY VIPPERMAN | WILLIAM YARLETZ |
| CHRISTOPHER VORHEIS | JEFFREY YATES |
| VICTORIA VORPAGEL | JOHN YATES |
| MISTY WADZECK | TAMMY YEAGER |
| JUSTIN WALKER | CHRISTOPHER YOAKUM |
| MARINA WARE | EDWIN ZABEL |
| LAURIE WARING | JULIE ZABEL |
| RALPH WARING | REBECKA ZAHND |
| DANIEL WEATHERS | RICHARD ZAHND |
| JAMES WHEATLEY WEATHERS | WALTER ZAHND |
| MARY WEATHERS | GARY ZIMMERMAN |
| DENVER WEAVER | SYDNEY ZIMMERMAN |
| GEORGE WEAVER | JERRY ZOLLO |

18