Dario de Ghetaldi – Bar No. 126782
Amanda L. Riddle – Bar No. 215221
Steven M. Berki – Bar No. 245426
Sumble Manzoor – Bar No. 301704
**COREY, LUZAICH,
DE GHETALDI & RIDDLE LLP**
700 El Camino Real
P.O. Box 669
Millbrae, CA 94030-0669
Telephone: (650) 871-5666
Facsimile: (650) 871-4144
deg@coreylaw.com
alr@coreylaw.com
smb@coreylaw.com
sm@coreylaw.com

Michael S. Danko – Bar No. 111359
Kristine K. Meredith – Bar No. 158243
Shawn R. Miller – Bar No. 238447
**DANKO MEREDITH**
333 Twin Dolphin Drive, Suite 145
Redwood Shores, CA 94065
Telephone: (650) 453-3600
Facsimile: (650) 394-8672
mdanko@dankolaw.com
kmeredith@dankolaw.com
smiller@dankolaw.com

Attorneys for Individual
Fire Victim Creditors

FILED
JAN 3 1 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION and<br>PACIFIC GAS AND ELECTRIC<br>COMPANY,<br><br>               Debtors. | Case No. 19-30088-DM<br>Chapter 11<br><br>(Joint Administration Pending)<br><br>**OBJECTION TO REQUEST FOR ORDER AUTHORIZING PRIORITY PAYMENTS OF UNSECURED PRE-PETITION OBLIGATIONS** |

      In 2015, the Debtors caused the Butte Fire in Calaveras County. That wildfire burned two people alive, injured hundreds of others, destroyed 571 homes, damaged hundreds of others, and torched 70,868 acres in Calaveras County. After three years of litigation and multiple mediation sessions, Debtors agreed to compensate twenty-two (22) of those victims in an amount totaling

1
OBJECTION TO ANY REQUEST FOR ORDER AUTHORIZING CERTAIN PRIORITY PAYMENTS

$3,960,000. On January 23, 2019, Debtors reneged on those agreements, citing their decision to seek relief under Chapter 11 and the "need to preserve cash."

The Debtors now state that their decision to seek relief under Chapter 11 is "in the best interests of all of the Debtors' stakeholders, including . . . wildfire claimants. . ." (Declaration of Jason P. Wells ISO First Day Motions ("Wells Decl."), Doc# 28, p. 3:4-5.) Debtors now state, without ever mentioning the victims of the 2015 Butte Fire, they considered and balanced "the need for an orderly, fair, and expeditious process to assess and resolve PG&E's potential liabilities resulting from the 2017 and 2018 Northern California wildfires." (Wells Decl., p. 4:1-4.)

The Debtors deny the Chapter 11 is a "strategy or attempt to avoid PG&E's responsibility for the heartbreaking and tragic loss of life, devastating damage and destruction to homes and businesses, and harm to the communities that has been incurred as a result of the 2017 and 2018 Northern California wildfires." (Wells Decl., p. 4:7-10.) Instead, the Debtors state that the first "primary objective" of the Chapter 11 is "to establish a process for PG&E to fully address and resolve its liabilities resulting from the 2017 and 2018 Northern California wildfires and to provide compensation to those entitled to compensation from the Debtors fairly and expeditiously – indeed, more quickly and more equitably than those liabilities could be addressed and resolved in the state court system." (Wells Decl., p. 4:10-16.)

Twenty-two (22) of the Butte Fire victims, whose entitlement to compensation was already fully addressed and fully resolved in the state court system when Debtors agreed to settle their cases and to compensate them in mutually agreed amounts, unequivocally submit that it is ***not in their best interests*** for Debtors to renege on their agreements and to instead seek herein to use those liquidated liabilities for non-essential purposes including but not limited to funding bonuses for the management personnel under whose supervision their properties were destroyed.

Thus, as requested and allowed by the Court at the hearing in this matter on January 29, 2019, twenty-two (22) of the 2015 Butte Fire victims hereby object to any request by the Debtors for entry of any order authorizing priority payments of unsecured pre-petition obligations of the Debtors in advance of payments of Debtors' pre-petition obligations arising under executed and, by their terms, effective settlement agreements between Debtors and Dawnielle Burich, Philip Charvet, Diana

Eriksen, Stein Eriksen (and the two minor Eriksen children), Deborah Guyton, Nancy Kuchins, Carl Madeiros, Brian Ottinger, Jack Rodgers, Thomas Rodgers, Jillian Sandbothe, Richard Segovia, Abrilh Shouse, William Shouse, Hilde Solliday, Mark Wiebens, Nicole Wiebens, Peter Wiebens, Gerhard Ziemer, and Jerry Ziller, all of whom are victims of the 2015 Butte Fire and plaintiffs in the *Butte Fire Cases*, Sacramento County Superior Court, JCCP Case No. 4853.

DATED: January 31, 2019

Respectfully submitted,

COREY, LUZAICH, DE GHETALDI & RIDDLE LLP

By: /s/ Dario de Ghetaldi
Dario de Ghetaldi
Amanda L. Riddle
Steven Berki
Sumble Manzoor
Attorneys for Fire Victim Creditors in the 2015 Butte Fire Cases, Objectors Herein

DANKO MEREDITH
Michael S. Danko
Kristine K. Meredith
Shawn R. Miller
Attorneys for Fire Victim Creditors in the 2015 Butte Fire Cases, Objectors Herein

3
OBJECTION TO ANY REQUEST FOR ORDER AUTHORIZING CERTAIN PRIORITY PAYMENTS