Gerald P. Kennedy (Bar No. 105887)
E-mail:gerald.kennedy@procopio.com
PROCOPIO, CORY, HARGREAVES &
    SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorney for Creditor Agile Sourcing Partners, Inc.

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 19-30088 |
|---|---|
| PG&E CORPORATION, | Chapter 11 |
| Debtor | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS** |

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE DEBTOR AND THEIR ATTORNEY OF RECORD, AND TO ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that Creditor AGILE SOURCING PARTNERS, INC., by its attorneys, PROCOPIO, CORY, HARGREAVES & SAVITCH LLP, appears in this matter pursuant to Bankruptcy Rules 2002 and 9010, and Sections 102(1), 342 and 1109 (b) of the Bankruptcy Code, and requests that copies of all notices and pleadings given, filed, or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following:

Procopio, Cory, Hargreaves & Savitch LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: (619) 238-1900
Facsimile: (619) 235-0398
Email: gerald.kennedy@procopio.com
Attn: Gerald P. Kennedy, Esq.

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization, and answering or reply papers whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to recoupments to which the Landlord is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

DATED: January 31, 2019

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: */s/ Gerald P. Kennedy*
Gerald P. Kennedy
Attorney for Creditor
Agile Sourcing Partners, Inc.