STROOCK & STROOCK & LAVAN LLP
Kristopher M. Hansen (*pro hac vice* pending)
(khansen@stroock.com)
Erez E. Gilad (*pro hac vice* pending)
egilad@stroock.com)
Matthew G. Garofalo (*pro hac vice* pending)
(mgarofalo@stroock.com)
180 Maiden Lane
New York, NY 10038-4982
Tel: 212 806 5400
Fax: 212 806 6006

STROOCK & STROOCK & LAVAN LLP
Frank A. Merola (#136934)
(fmerola@stroock.com)
2029 Century Park East
Los Angeles, CA 90067-3086
Tel: 310 556-5800
Fax: 310 556 5959

*Attorneys for JPMorgan Chase Bank, N.A., as DIP Administrative Agent*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>      **Debtor.**<br><br>**Tax I.D. No. 94-3234914** | Case Nos. 19-30088 (DM)<br>              19-30089 (DM)<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS** |
| **In re:**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**<br><br>      **Debtor.**<br><br>**Tax I.D. No. 94-0742640** | |

**PLEASE TAKE NOTICE THAT,** Stroock & Stroock & Lavan LLP ("Stroock") hereby appears in the above-captioned cases under chapter 11 of title 11 of the United States Code (the

"Bankruptcy Code") for JPMorgan Chase Bank, N.A., as DIP Administrative Agent ("JPMorgan") pursuant to section 1109(b) of the Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). Stroock hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 342 of the Bankruptcy Code, that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) of reorganization, or other documents, filed or entered in these cases, be served upon the persons listed below at the following addresses:

> STROOCK & STROOCK & LAVAN LLP
> Kristopher M. Hansen
> Erez E. Gilad
> Matthew G. Garofalo
> 180 Maiden Lane
> New York, NY 10038-4982
> Tel: 212 806 5400
> Fax: 212 806 6006
> khansen@stroock.com
> egilad@stroock.com
> mgarofalo@stroock.com
>
> STROOCK & STROOCK & LAVAN LLP
> Frank A. Merola
> 2029 Century Park East
> Los Angeles, CA 90067-3086
> Tel: 310 556-5800
> Fax: 310 556 5959
> fmerola@stroock.com

**PLEASE TAKE FURTHER NOTICE THAT**, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in the above-captioned cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, electronic mail, hand delivery, telephone, facsimile or otherwise filed or made with regard to the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE THAT**, neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of JPMorgan (i) to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding arising in or

2

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS

relating to this case, (ii) to the entry of a final judgment or order by the Court, or (iii) of any other right, remedy, claim, action, setoff or recoupment in law or in equity, all of which are hereby expressly reserved and preserved.

Dated: January 31, 2019

                                               STROOCK & STROOCK & LAVAN LLP

By:   /s/ Frank A. Merola
      Frank A. Merola (# 136934)
      Kristopher M. Hansen (*pro hac vice* pending)
      Erez E. Gilad (*pro hac vice* pending)
      Matthew G. Garofalo (*pro hac vice* pending)

*Attorneys for JPMorgan Chase Bank, N.A., as DIP Administrative Agent*