KIMBERLY S. WINICK, SBN 120363
 *KWinick@ClarkTrev.com*
CLARK & TREVITHICK
800 Wilshire Blvd., 12th Floor
Los Angeles, California 90017
Telephone: (213) 629-5700
Facsimile: (213) 624-9441

Attorneys for Interested Party

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re

PG&E CORPORATION,

Debtor.

CASE NO. 19-30088-DM

Chapter 11

**AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

PLEASE TAKE NOTICE that Kimberly S. Winick of Clark & Trevithick hereby enters her appearance as attorney for Interested Party, and requests that all notices given or required to be given and all papers served or required to be served in this case including, in accordance with Rules 2002(a)(2), (3), and (7), and 9007 of the Bankruptcy Rules, and Sections 102(1), and 342(a), and 1009(b) of the Bankruptcy Code, be provided to and served upon its counsel at the following address and telephone number:

> Kimberly S. Winick, Esq.
> kwinick@clarktrev.com
> Clark & Trevithick
> 800 Wilshire Blvd., 12th Floor
> Los Angeles, CA 90017
> Telephone: (213) 629-5700

Dated: January 31, 2019

CLARK & TREVITHICK

By: /s/ Kimberly S. Winick
    Kimberly S. Winick
    Attorneys for Interested Party

2375888.1 (18726.001)

AMENDED NOTICE OF APPEARANCE AND REQUEST FOR NOTICE