Victor A. Vilaplana
**FOLEY & LARDNER LLP**
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
T: (858) 847-6759 / F: (858) 792-6773
Email: vavilaplana@foley.com

Erika L. Morabito (*pro hac vice* pending)
Brittany J. Nelson (*pro hac vice* pending)
**FOLEY & LARDNER LLP**
3000 K Street, NW, Suite 600
Washington, DC 20007-5109
T: (202) 672-5300 / F: (202) 672-5399
Email: emorabito@foley.com
bnelson@foley.com

ATTORNEYS FOR MICHELS CORPORATION

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE:<br><br>PG&E CORPORATION,<br><br>DEBTOR. | CASE NO. 19-30088-DM<br>19-30089-DM<br><br>CHAPTER 11<br><br>**REQUEST FOR SPECIAL NOTICE** |
| IN RE:<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>DEBTOR. | DATE:<br>TIME:<br>DEPT.: **17**<br>JUDGE: **HON. DENNIS MONTALI** |

///

///

**PLEASE TAKE NOTICE** that Michels Corporation ("Michels"), a party in interest in the above-captioned cases, through its counsel, Foley & Lardner LLP, hereby enters its appearance pursuant to Rules 2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure, Rule 9010-1 of the Bankruptcy Local Rules for the Northern District of California, and Section 1109(b) of the Bankruptcy Code, and requests that all notices given or required to be given and all papers served in these cases be delivered to and be served at the following address and further requests to be added to the master service list:

> Victor A. Vilaplana
> FOLEY & LARDNER LLP
> 3579 Valley Centre Drive, Suite 300
> San Diego, CA 92130
> Tel: (858) 847-6759
> Fax: (858) 792-6773
> vavilaplana@foley.com
>
> - and -
>
> Erika L. Morabito
> Brittany J. Nelson
> FOLEY & LARDNER LLP
> 3000 K Street, NW, Suite 600
> Washington, DC 20007-5109
> Tel.: (202) 672-5300
> Fax: (202) 672-5399
> emorabito@foley.com
> bnelson@foley.com

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit shall deemed or construed to be a waiver of any (i) right to have final orders entered only after *de novo* review by a higher court; (ii) right to a trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases;

2

(iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to contest jurisdiction or appropriate venue in this proceeding; or (v) other rights, claims, actions, defenses, setoffs, or recoupments which exist pursuant to an agreement, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATE: JANUARY 31, 2019        FOLEY & LARDNER LLP

BY: /s/ VICTOR A. VILAPLANA
    VICTOR A. VILAPLANA

ATTORNEYS FOR MICHELS CORPORATION