Victor A. Vilaplana
**FOLEY & LARDNER LLP**
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
T: (858) 847-6759 / F: (858) 792-6773
Email: vavilaplana@foley.com

Erika L. Morabito (*pro hac vice* forthcoming)
Brittany J. Nelson (*pro hac vice* forthcoming)
**FOLEY & LARDNER LLP**
3000 K Street, NW, Suite 600
Washington, DC 20007-5109
T: (202) 672-5300 / F: (202) 672-5399
Email: emorabito@foley.com
bnelson@foley.com

ATTORNEYS FOR MICHELS CORPORATION

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE:<br><br>PG&E CORPORATION,<br><br>DEBTOR. | CASE NO. 19-30088-DM<br>19-30089-DM<br><br>CHAPTER 11<br><br>**CERTIFICATE OF SERVICE** |
| IN RE:<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>DEBTOR. | DATE:<br>TIME:<br>DEPT.: **17**<br>JUDGE: **HON. DENNIS MONTALI** |

///

///

I, Raechelle Hurst, am a resident of the State of California, over the age of 18 years, and not a party to this action.

On January 31, 2019, I served the following documents:

**REQUEST FOR SPECIAL NOTICE**

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**: Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On January 31, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

**SEE ATTACHED LIST**

2. **Served By United States Mail**:

On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

[_____]

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served

the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on January 31, 2019.

                                        /s/ Raechelle Hurst
                                        Raechelle Hurst
                                        Foley & Lardner LLP
                                        3579 Valley Centre Dr. #300
                                        San Diego, CA 92130

# ELECTORNIC MAIL NOTICE LIST FOR CASE 19-30088

The following is the list of parties who are currently on the list to receive email notice/service for this case.

- Peter J. Benvenutti    pbenvenutti@kellerbenvenutti.com
- Shawn M. Christianson    schristianson@buchalter.com
- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Jonathan R. Doolittle    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- David V. Duperrault    dvd@svlg.com, edn@svlg.com
- Joseph A. Eisenberg    jae@jmbm.com, bt@jmbm.com
- Sally J. Elkington    sally@elkshep.com, ecf@elkshep.com
- G. Larry Engel    larry@engeladvice.com
- Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- James J. Ficenec    jficenec@archernorris.com, ybullock@archernorris.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Barry S. Glaser    bglaser@swesq.com
- Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutininc.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Robert G. Harris    rob@bindermalter.com
- Jennifer C. Hayes    jhayes@fhlawllp.com
- Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com
- Robert B. Kaplan    rbk@jmbm.com
- Tobias S. Keller    tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly    lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Samuel M. Kidder    skidder@ktbslaw.com
- Jane Kim    jkim@kellerbenvenutti.com
- Thomas F. Koegel    tkoegel@crowell.com
- Andy S. Kong    kong.andy@arentfox.com
- Jeffrey C. Krause    jkrause@gibsondunn.com, psantos@gibsondunn.com
- Richard A. Lapping    rich@trodellalapping.com
- Matthew A. Lesnick    matt@lesnicklaw.com, mlesnick@mac.com
- John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Kerri Lyman    klyman@irell.com, lgauthier@irell.com

4

- John H. MacConaghy  macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald  iain@macfern.com, ecf@macfern.com
- Thomas C. Mitchell  tcmitchell@orrick.com
- Courtney L. Morgan  morgan.courtney@pbgc.gov
- David L. Neale  dln@lnbrb.com
- David Neier  dneier@winston.com
- Gregory C. Nuti  gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient  aobrient@mintz.com, docketing@mintz.com
- Office of the U.S. Trustee / SF  USTPRegion17.SF.ECF@usdoj.gov
- Paul J. Pascuzzi  ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- Valerie Bantner Peo  vbantnerpeo@buchalter.com
- Danielle A. Pham  danielle.pham@usdoj.gov
- Thomas R. Phinney  tom@parkinsonphinney.com
- R. Alexander Pilmer  alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston  rpinkston@seyfarth.com, jwoods@seyfarth.com
- Douglas B. Provencher  dbp@provlaw.com
- Lary Alan Rappaport  lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins  jrawlins@winston.com
- Emily P. Rich  erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Gregory A. Rougeau  grougeau@brlawsf.com
- David B. Shemano  dshemano@pwkllp.com
- James A. Shepherd  jim@elkshep.com, ecf@elkshep.com
- Bennett L. Spiegel  blspiegel@jonesday.com
- Michael St. James  ecf@stjames-law.com
- David M. Stern  dstern@ktbslaw.com
- Meagan S. Tom  Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward Tredinnick  etredinnick@grmslaw.com
- Marta Villacorta  marta.villacorta@usdoj.gov
- John A. Vos  InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Genevieve G. Weiner  gweiner@gibsondunn.com
- Kimberly S. Winick  kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop  rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- Ryan A. Witthans  rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- Christopher Kwan Shek Wong  christopher.wong@arentfox.com
- Kirsten A. Worley  kw@wlawcorp.com, admin@wlawcorp.com

5

4842-2255-5782.1

Case: 19-30088    Doc# 185-1    Filed: 01/31/19    Entered: 01/31/19 12:40:52    Page 5 of 5