| Is this transcript for an appeal? If yes, an Expedited transcript is required. ☐ Yes ☐ No | |
|---|---|

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# TRANSCRIPT ORDER FORM

**Name of Debtor (Case Name):** PG+E Corp and Pacific Gas + Electric Co    **Chapter:** 11    **Case Number:** 19-30088

**Adversary Proceeding Name:**

_____
vs.    **Plaintiff(s),**

**Adversary Proceeding Number:** (or Miscellaneous Proceeding Number)

_____
**Defendant(s).**

**Date of Hearing:** January 29, 2019    **Time of Hearing:** 1:30 p.m.
(Complete a SEPARATE form for EACH hearing date)

**Hearing Judge:** Montali    **Hearing Location:** Courtroom 17, 450 Golden Gate, SF

**Transcriber:** Jo McCall    **Alternate Transcriber:** Kathy Rehling

**Type of Transcript:**
- ☐ Ordinary (30 Days)
- ☒ Entire Hearing
- ☐ Ruling/Opinion Portion Only
- ☐ 14 Days
- ☐ Testimony of Witness
- ☐ Expedited (7 Days)
- ☐ Other/Special Instructions: _____ Name of Witness
- ☒ Daily (24 Hours)

**Name of Person(s) Ordering Transcript:** Tobias S. Keller

**Contact Person:** Jessica Mendoza

**Phone Number:** (925) 301-3909

**Mailing Address (include law firm name, if any):**
650 California Street
Suite 1900
San Francisco, CA 94108

**Email Address:** jmendoza@kellerbenvenutti.com

---

### THIS SECTION FOR COURT USE ONLY

**Transcript Order Number:** _____

**Transcription Information Sent to Transcriber By:** ☐ TDS    ☐ Other: _____

Time Start: _____ Time End: _____    Time Start: _____ Time End: _____

Time Start: _____ Time End: _____    Time Start: _____ Time End: _____

ECRO: _____    Court Division: _____    Processed By: _____

---

This Form is mandatory and approved for use by the U.S. Bankruptcy Court for the Northern District of California. If the transcript you want is already ordered or on file, contact the transcriber to obtain a copy. Do not use this Form to order a §341 Meeting of Creditors recording. To order a Meeting of Creditors recording visit the U.S. Trustee website.

8/2018

Case: 19-30088    Doc# 187    Filed: 01/31/19    Entered: 01/31/19 14:43:13    Page 1 of 1