| Is this transcript for an appeal? If yes, an Expedited transcript is required. ☐ Yes ☐ No | UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>TRANSCRIPT ORDER FORM |
|---|---|

**Name of Debtor (Case Name):** PG&E Corp and Pacific Gas and Electric Com

**Chapter:** 11

**Case Number:** 19-30088

**Adversary Proceeding Name:**

_____ vs. Plaintiff(s),

**Adversary Proceeding Number:** (or Miscellaneous Proceeding Number)

_____

_____ Defendant(s).

**Date of Hearing:** 1/31/2019
(Complete a SEPARATE form for EACH hearing date)

**Time of Hearing:** 10 am

**Hearing Judge:** Montali

**Hearing Location:** Courtroom 17

**Transcriber:** Jo McCall

**Alternate Transcriber:** Kathy Rehling

**Type of Transcript:**
- ☐ Ordinary (30 Days)
- ☐ 14 Days
- ☐ Expedited (7 Days)
- ☒ Daily (24 Hours)
- ☒ Entire Hearing
- ☐ Ruling/Opinion Portion Only
- ☐ Testimony of Witness _____ Name of Witness
- ☐ Other/Special Instructions: _____

**Name of Person(s) Ordering Transcript:** Tobias S. Keller

**Contact Person:** Jessica Mendoza

**Mailing Address (include law firm name, if any):** 650 California St, St. 1900 San Francisco, CA 94108

**Phone Number:** (925) 301-3909

**Email Address:** jmendoza@kellerbenvenutti.com

---

### THIS SECTION FOR COURT USE ONLY

**Transcript Order Number:** _____

**Transcription Information Sent to Transcriber By:** ☐ TDS ☐ Other: _____

Time Start: _____ Time End: _____ Time Start: _____ Time End: _____

Time Start: _____ Time End: _____ Time Start: _____ Time End: _____

ECRO: _____ Court Division: _____ Processed By: _____

This Form is mandatory and approved for use by the U.S. Bankruptcy Court for the Northern District of California. If the transcript you want is already ordered or on file, contact the transcriber to obtain a copy. Do not use this Form to order a §341 Meeting of Creditors recording. To order a Meeting of Creditors recording visit the U.S. Trustee website.

8/2018

Case: 19-30088  Doc# 188  Filed: 01/31/19  Entered: 01/31/19 14:46:11  Page 1 of 1