WALTER WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
Michael L. Wilhelm #101495
205 E. River Park Cir., Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@W2LG.com
E-mail: MWilhelm@W2LG.com

Counsel for Aera Energy LLC

(SPACE BELOW FOR FILING STAMP ONLY)

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>Debtor.<br><br>Tax ID #: 94-3234914 | CASE NO. 19-30088<br><br>Chapter 11<br><br>Date: N/A<br>Time: N/A<br>Place: 450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Courtroom 17, 16th Floor<br>Judge: Honorable Dennis Montali |

**REQUEST FOR SPECIAL NOTICE**

TO: DEBTOR, U.S. TRUSTEE, AND ALL INTERESTED PARTIES, and to their attorneys of record herein:

Aera Energy LLC, a party in interest herein, requests that separate and special notice be provided to its counsel of all matters filed in the within proceeding, as required by the Federal Rules of Bankruptcy Proceedings and applicable local bankruptcy rules. Notice should be sent to:

///

///

| | |
|---|---|
| 1 | WALTER WILHELM LAW GROUP |
| 2 | a Professional Corporation |
| | Riley C. Walter |
| | Michael L. Wilhelm |
| 3 | 205 E. River Park Circle, Suite 410 |
| | Fresno, California 93720 |
| 4 | Fax No. (559) 435-9868 |
| | E-mail: rileywalter@W2LG.com |
| 5 | Email: MWilhelm@W2LG.com |

Aera Energy LLC
Ron A. Symm, Assistant General Counsel
10000 Ming Avenue
Bakersfield, CA 93311
(661) 665-5791
Email: RASymm@aeraenergy.com

Dated: January 31, 2019

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: /s/ Riley C. Walter
Riley C. Walter
Attorneys for Aera Energy LLC