3

WALTER WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
Michael L. Wilhelm #101495
205 E. River Park Cir., Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@W2LG.com
E-mail: MWilhelm@W2LG.com

Counsel for Aera Energy LLC

(SPACE BELOW FOR FILING STAMP ONLY)

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re | CASE NO. 19-30088 |
|---|---|
| PG&E CORPORATION, | Chapter 11 |
| Debtor. | Date: N/A |
| Tax ID #: 94-3234914 | Time: N/A |
| | Place: 450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Courtroom 17, 16th Floor |
| | Judge: Honorable Dennis Montali |

**PROOF OF SERVICE**

I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; I am an employee of Walter Wilhelm Law Group, 205 East River Park Circle, Suite 410, Fresno, CA 93720.

On January 31, 2019, I served the foregoing document(s) described as:

**REQUEST FOR SPECIAL NOTICE**

on the party/parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

XXX **(U.S. POSTAL SERVICE)** I am "readily familiar" with the firm's practice of collection and processing correspondence for serving by mail. Under that practice correspondence is deposited with the U.S. Postal Service with postage thereon fully prepaid during U.S.P.S. business hours. I am aware that on motion of the party served, the service can be declared invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit.

U.S. Trustee
Office of the U.S. Trustee
450 Golden Gate Avenue
5th Floor, #05-0153
San Francisco, CA 94102

Office of the U.S. Trustee
c/o Lynette C. Kelly
450 Golden Gate Avenue
5th Floor, #05-0153
San Francisco, CA 94102

Office of the U.S. Trustee
c/o Marta Villacorta
450 Golden Gate Avenue
5th Floor, #05-0153
San Francisco, CA 94102

PG&E Corporation
77 Beale Street
PO Box 770000
San Francisco, CA 94177

Jane Kim
Keller & Benvenutti LLP
650 California Street, #1900
San Francisco, CA 94108

Tobias S. Keller
Keller & Benvenutti LLP
650 California Street, #1900
San Francisco, CA 94108

Aera Energy LLC
Ron A. Symm
Assistant General Counsel
10000 Ming Avenue
Bakersfield, CA 93311
(661) 665-5791

Midway Sunset Cogeneration Company
Dave Faiella, Executive Director
3466 W. Crocker Springs Road
Fellows, CA 93224
(661) 768-3020

XXX **(E-MAIL SERVICE)** I transmitted the above-described document via e-mail to the persons that have an e-mail address shown on the Service List.

Office of the U.S. Trustee
c/o Lynette C. Kelly
450 Golden Gate Avenue
5th Floor, #05-0153
San Francisco, CA 94102
Lynette.c.kelly@usdoj.gov

Office of the U.S. Trustee
c/o Marta Villacorta
450 Golden Gate Avenue
5th Floor, #05-0153
San Francisco, CA 94102
Marta.villacorta@usdoj.gov

Jane Kim
Keller & Benvenutti LLP
650 California Street, #1900
San Francisco, CA 94108
jkim@kellerbenvenutti.com

Tobias S. Keller
Keller & Benvenutti LLP
650 California Street, #1900
San Francisco, CA 94108
tkeller@kellerbenvenutti.com

| Aera Energy LLC | Midway Sunset Cogeneration |
| --- | --- |
| Ron A. Symm | Company |
| Assistant General Counsel | Dave Faiella, Executive Director |
| 10000 Ming Avenue | 3466 W. Crocker Springs Road |
| Bakersfield, CA 93311 | Fellows, CA 93224 |
| (661) 665-5791 | (661) 768-3020 |
| Email: RASymm@aeraenergy.com | Email: DAFaiella@aeraenergy.com |

Executed on January 31, 2019, at Fresno, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Chantelle Brown*

Chantelle Brown