Mark I. Bane
Matthew M. Roose
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: 212-596-9000
Facsimile: 212 596 9090
Email: Mark.Bane@ropesgray.com
Matthew.Roose@ropesgray.com

-and-

Isaac M. Pachulski (CA Bar No. 62337)
Debra I. Grassgreen (CA Bar No. 169978)
Gabriel I. Glazer (CA Bar No. 246384)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: ipachulski@pszjlaw.com
dgrassgreen@pszjlaw.com
gglazer@pszjlaw.com
jlucas@pszjlaw.com

Attorneys for The Baupost Group, L.L.C., as the general partner and investment manager for certain entities


FILED
JAN 3 1 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 19-30088 |
| PACIFIC GAS & ELECTRIC CORP., et al., | Chapter 11 |
| Debtor. | **APPLICATION FOR ADMISSION OF ATTORNEY MARK I. BANE *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Mark I. Bane, an active member in good standing of the bar of the State of New York and the U.S. Court of Appeals for the Second Circuit, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing The Baupost Group L.L.C. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> John W. Lucas (CA Bar No. 271038)
> Pachulski Stang Ziehl & Jones LLP
> 150 California Street, 15th Floor
> San Francisco, CA 94111
> Telephone: (415) 263-7000
> Facsimile: (415) 263-7010

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 29, 2019         /s/ Mark I. Bane
                                Mark I. Bane

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611140626
Cashier ID: almaceh
Transaction Date: 01/30/2019
Payer Name: PACHULSKI STANG ZIEHL
--------------------------------------
PRO HAC VICE
 For: mark i bane
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:         $310.00
PRO HAC VICE
 For: matthew m roose
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:         $310.00
PRO HAC VICE
 For: peter l walsh
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:         $310.00
PRO HAC VICE
 For: joshua y sturm
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:         $310.00
PRO HAC VICE
 For: patricia j chen
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:         $310.00
--------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 002648
 Amt Tendered:  $1,550.00
--------------------------------------
Total Due:       $1,550.00
Total Tendered:  $1,550.00
Change Amt:      $0.00

19-30088
chap 11

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```