Peter L. Welsh
Joshua Y. Sturm
Patricia I. Chen
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: 617-951 7000
Facsimile: 617-951 7050
Email:   Peter.Welsh@ropesgray.com
         Joshua.Sturm@ropesgray.com
         Patricia.Chen@ropesgray.com

-and-

Isaac M. Pachulski (CA Bar No. 62337)
Debra I. Grassgreen (CA Bar No. 169978)
Gabriel I. Glazer (CA Bar No. 246384)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail:   ipachulski@pszjlaw.com
          dgrassgreen@pszjlaw.com
          gglazer@pszjlaw.com
          jlucas@pszjlaw.com

Attorneys for The Baupost Group, L.L.C., as the general partner and investment manager for certain entities

**FILED**

JAN 31 2019

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re:

PACIFIC GAS & ELECTRIC CORP., et al.,

　　　　　　　Debtor.

Case No. 19-30088

Chapter 11

**APPLICATION FOR ADMISSION OF ATTORNEY PETER L. WELSH *PRO HAC VICE***

　　　　Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Peter L. Welsh, an active member in good standing of the bars of the State of Massachusetts and the State of New York, the U.S. Court of Appeals for the First Circuit, the U.S. Court of Appeals for the Second Circuit, and the U.S. District Court for the District of Massachusetts, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing The Baupost Group L.L.C. in the above-entitled action.

DOCS_SF:99247.1

APPLICATION FOR ADMISSION OF
ATTORNEY PETER L. WELSH PRO HAC VICE

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> John W. Lucas (CA Bar No. 271038)
> Pachulski Stang Ziehl & Jones LLP
> 150 California Street, 15th Floor
> San Francisco, CA 94111
> Telephone: (415) 263-7000
> Facsimile: (415) 263-7010

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 29, 2019        /s/ *Peter L. Welsh*
                                Peter L. Welsh

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611140026
Cashier ID: almaceh
Transaction Date: 01/30/2019
Payer Name: PACHULSKI STANG ZIEHL
-----------------------------------
PRO HAC VICE
 For: mark i bane
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:         $310.00
PRO HAC VICE
 For: matthew a roose
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:         $310.00
PRO HAC VICE
 For: peter l welsh
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:         $310.00
PRO HAC VICE
 For: joshua y sturm
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:         $310.00
PRO HAC VICE
 For: patricia i chen
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:         $310.00
-----------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 002640
 Amt Tendered:  $1,550.00
-----------------------------------
Total Due:      $1,550.00
Total Tendered: $1,550.00
Change Amt:     $0.00

19-30088
chap 11

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```