Peter L. Welsh
Joshua Y. Sturm
Patricia I. Chen
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: 617-951 7000
Facsimile: 617-951 7050
Email:    Peter.Welsh@ropesgray.com
            Joshua.Sturm@ropesgray.com
            Patricia.Chen@ropesgray.com

-and-

Isaac M. Pachulski (CA Bar No. 62337)
Debra I. Grassgreen (CA Bar No. 169978)
Gabriel I. Glazer (CA Bar No. 246384)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail:    ipachulski@pszjlaw.com
           dgrassgreen@pszjlaw.com
           gglazer@pszjlaw.com
           jlucas@pszjlaw.com

Attorneys for The Baupost Group, L.L.C., as the general partner and investment manager for certain entities



FILED
JAN 31 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PACIFIC GAS & ELECTRIC CORP., et al.,<br><br>            Debtor. | Case No. 19-30088<br><br>Chapter 11<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PATRICIA I. CHEN *PRO HAC VICE*** |

      Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Patricia I. Chen, an active member in good standing of the bars of the State of Massachusetts and the State of Alabama, the U.S. District Court for the District of Massachusetts, and the U.S. District Court for the Northern District of Alabama, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing The Baupost Group L.L.C. in the above-entitled action.

DOCS_SF:99249.1

APPLICATION FOR ADMISSION OF
ATTORNEY PATRICIA I. CHEN PRO HAC VICE

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611140026
Cashier ID: almaceh
Transaction Date: 01/30/2019
Payer Name: PACHULSKI STANG ZIEHL
----------------------------------------
PRO HAC VICE
 For: mark i bane
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:        $310.00
PRO HAC VICE
 For: matthew n roose
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:        $310.00
PRO HAC VICE
 For: peter l welsh
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:        $310.00
PRO HAC VICE
 For: joshua y sturm
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:        $310.00
PRO HAC VICE
 For: patricia i chen
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:        $310.00
----------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 002648
 Amt Tendered: $1,550.00
----------------------------------------
Total Due:      $1,550.00
Total Tendered: $1,550.00
Change Amt:     $0.00

19-30088
chap 11

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```