Peter L. Welsh
Joshua Y. Sturm
Patricia I. Chen
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: 617-951 7000
Facsimile: 617-951 7050
Email: Peter.Welsh@ropesgray.com
Joshua.Sturm@ropesgray.com
Patricia.Chen@ropesgray.com

-and-

Isaac M. Pachulski (CA Bar No. 62337)
Debra I. Grassgreen (CA Bar No. 169978)
Gabriel I. Glazer (CA Bar No. 246384)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: ipachulski@pszjlaw.com
dgrassgreen@pszjlaw.com
gglazer@pszjlaw.com
jlucas@pszjlaw.com

Attorneys for The Baupost Group, L.L.C., as the general partner and investment manager for certain entities

FILED
JAN 31 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PACIFIC GAS & ELECTRIC CORP., et al.,<br><br>Debtor. | Case No. 19-30088<br><br>Chapter 11<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PATRICIA I. CHEN *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Patricia I. Chen, an active member in good standing of the bars of the State of Massachusetts and the State of Alabama, the U.S. District Court for the District of Massachusetts, and the U.S. District Court for the Northern District of Alabama, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing The Baupost Group L.L.C. in the above-entitled action.

DOCS_SF:99249.1

APPLICATION FOR ADMISSION OF
ATTORNEY PATRICIA I. CHEN PRO HAC VICE

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

>John W. Lucas (CA Bar No. 271038)
>Pachulski Stang Ziehl & Jones LLP
>150 California Street, 15th Floor
>San Francisco, CA 94111
>Telephone: (415) 263-7000
>Facsimile: (415) 263-7010

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 29, 2019              /s/ Patricia I. Chen
                                     Patricia I. Chen