George W. Shuster, Jr.
7 World Trade Center
New York, NY 10007
212-937-7232

ORIGINAL

FILED
JAN 31 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

PG&E CORPORATION

Debtor(s).

Case No. 19-30088
Chapter 11

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, __George W. Shuster, Jr.__, an active member in good standing of the bar of __New York and Mass.__, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing __ICE NGX Canada Inc.__ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

   Christopher Johnstone

   950 Page Mill Road, Palo Alto, CA 94304

   650-858-6147

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/29/2019

George W. Shuster, Jr.

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611140025
Cashier ID: almaceh
Transaction Date: 01/30/2019
Payer Name: wilmer cutler pickering
------------------------------------
PRO HAC VICE
 For: george w shuster jr
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:         $310.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 621239
 Amt Tendered: $310.00
------------------------------------
Total Due:          $310.00
Total Tendered:     $310.00
Change Amt:         $0.00

19-30088
chap 11

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

Case: 19-30088    Doc# 195    Filed: 01/31/19    Entered: 01/31/19 15:11:38    Page 2 of 2