Sander L. Esserman *(Pending Admission Pro Hac Vice)*
Cliff I. Taylor *(Pending Admission Pro Hac Vice)*
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689
Telephone: 214-969-4900
Email: esserman@sbep-law.com
       taylor@sbep-law.com

Scott Summy
John Fiske (CSBN 249256)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue #1100
Dallas, TX 75219
Telephone: 214-521-3605
Email: ssummy@baronbudd.com
       jfiske@baronbudd.com

Gregory C. Nuti (CSBN 151754)
Christopher H. Hart (CSBN 184117)
Kimberly S. Fineman (CSBN 184433)
NUTI HART LLP
411 30TH Street, Suite 408
Oakland, CA 94609-3311
Telephone: 510-506-7152
Email: gnuti@nutihart.com
       chart@nutihart.com
       kfineman@nutihart.com

Attorneys for Public Entities Impacted by the Wildfires[1]

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>       Debtor-in-Possession. | Case No. 19-30088-DM<br>Chapter 11 |
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>       Debtor-in-Possession. | Case No. 19-30089-DM<br>Chapter 11<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* FOR CLIFF I. TAYLOR** |

---

[1] The "Public Entities Impacted by the Wildfires" are Town of Paradise, City of Santa Rosa, City of Napa, City of Clearlake, Butte County, Yuba County, Nevada County, Lake County, Mendocino County, Napa County, Sonoma County, Sonoma County Agricultural Preservation and Open Space District, Sonoma County Community Development Commission, Sonoma County Water Agency, Sonoma Valley County Sanitation District and Calaveras County Water District.

Case: 19-30088   Doc# 197   Filed: 01/31/19   Entered: 01/31/19 15:13:38   Page 1 of 3

NUTI HART LLP
411 30TH STREET, SUITE 408
OAKLAND, CA 94609-3311
TELEPHONE: 510-506-7152

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, <u>Cliff I. Taylor</u>, an active member in good standing of the bar of <u>Texas</u>, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing the <u>Public Entities Impacted by the Wildfires</u> in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Gregory C. Nuti (CSBN 151754)
NUTI HART LLP
411 30TH Street, Suite 408
Oakland, CA 94609-3311
Telephone: 510-506-7152

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 29, 2019

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.

By: _____
Cliff I. Taylor (TX SBN 24042007)

Counsel for Creditors
Public Entities Impacted by the Wildfires

2

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611140923
Cashier ID: sprinka
Transaction Date: 01/30/2019
Payer Name: nuti hart llp

PRO HAC VICE
 For: cliff taylor
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:         $310.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 2422
 Amt Tendered:   $310.00

Total Due:       $310.00
Total Tendered:  $310.00
Change Amt:      $0.00

19-30088dm


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```