**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
Kevin Bostel (*pro hac vice*)
(kevin.bostel@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel:  (212) 310-8000
Fax:  (212) 310-8007

-and-

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:  (415) 496-6723
Fax:  (415) 636-9251

*Proposed Attorneys for Debtors and Debtors in Possession*

FILED
JAN 3 1 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: <br><br> PACIFIC GAS AND ELECTRIC COMPANY, <br><br> Debtor. <br><br> Tax I.D. No. 94-0742640 | Case Nos:  19-30088 (DM) <br> 19-30089 (DM) <br><br> Chapter 11 <br><br> APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| In re: <br><br> PG&E CORPORATION, <br><br> Debtor. <br><br> Tax I.D. No. 94-3234914 | |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Stuart J. Goldring, an active member in good standing of the bar of New York State, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Pacific Gas and Electric Company and PG&E Corporation, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Tobias S. Keller (#151445)

KELLER & BENVENUTTI LLP

650 California Street, Suite 1900

San Francisco, CA 94108

(415) 496-6723

tkeller@kellerbenvenutti.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 31, 2019

*[signature]*

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611140044
Cashier ID: nuness
Transaction Date: 01/31/2019
Payer Name: Jane Kim

PRO HAC VICE
 For: Stuart J. Goldring
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:          $310.00

CREDIT CARD
 Amt Tendered:    $310.00

Total Due:        $310.00
Total Tendered:   $310.00
Change Amt:       $0.00

bk case 19-30088
19-30089

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```