| | |
|---|---|
| WILLIAM S. LISA (SBN 310541)<br>wlisa@nixonpeabody.com<br>NIXON PEABODY LLP<br>One Embarcadero Center, 32nd Floor<br>San Francisco, CA 94111<br>Tel: 415-984-8200<br>Fax: 415-984-8300<br><br>RICHARD C. PEDONE (*pro hac vice pending*)<br>rpedone@nixonpeabody.com<br>NIXON PEABODY LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109<br>Tel: 617-345-1000<br>Fax: 617-345-1300<br><br>Attorneys for *CALIFORNIA SELF-INSURERS'*<br>*SECURITY FUND* | ROBERT N. H. CHRISTMAS (*pro hac vice forthcoming*)<br>rchristmas@nixonpeabody.com<br>MAXIMILIAN A. FERULLO (*pro hac vice forthcoming*)<br>mferullo@nixonpeabody.com<br>NIXON PEABODY LLP<br>55 West 46th Street<br>New York, NY 10036<br>Tel: 212-940-3000<br>Fax: 212-940-3111<br><br>**FILED**<br>JAN 3 1 2019<br>UNITED STATES BANKRUPTCY COURT<br>SAN FRANCISCO, CA |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br>                  Debtor.<br><br>Tax I.D. No. 94-0742640<br><br>In re:<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br>                  Debtor.<br><br>Tax I.D. No. 94-0742640 | Case No. 19-30088<br>Case No. 19-30089<br><br>Chapter 11<br><br>APPLICATION FOR ADMISSION OF ATTORNEY RICHARD C. PEDONE *PRO HAC VICE* |

Pursuant to B.L.R. 1001-2(a)(29) and Civil L.R. 11-3, Richard C. Pedone, an active member in good standing of the bar of Massachusetts, hereby applies for admission to practice in

the Northern District of California on a *pro hac vice* basis representing The California Self-Insurers' Security Fund in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: William S. Lisa, One Embarcadero Center, 32nd Floor, San Francisco, CA 94111, (415) 984-8200.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 31, 2019

NIXON PEABODY LLP

By: _____
Richard C. Pedone
rpedone@nixonpeabody.com
Exchange Place
53 State Street
Boston, MA 02109
Tel: 617-345-1000
Fax: 617-345-1300

*Attorney for CALIFORNIA SELF INSURERS' SECURITY FUND*

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **nineteenth** day of **November** A.D. **2015**, said Court being the highest Court of Record in said Commonwealth:

## Maximilian Anthony Samuel Ferullo

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **sixth** day of **December** in the year of our Lord **two thousand and eighteen.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611140943
Cashier ID: almaceh
Transaction Date: 01/31/2019
Payer Name: nixon peabody

PRO HAC VICE
 For: richard c pedone
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:        $310.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 169032525
 Amt Tendered:  $310.00

Total Due:         $310.00
Total Tendered:    $310.00
Change Amt:        $0.00


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```