```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611016058
Cashier ID: lovrinj
Transaction Date: 01/30/2019
Payer Name: Hoge Fenton Jones
-----------------------------------
PRO HAC VICE
 For: Howard M. Levine
 Case/Party: D-CAN-4-19-AT-PROHAC-001
 Amount:         $310.00
-----------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 3005
 Amt Tendered:   $310.00
-----------------------------------
Total Due:      $310.00
Total Tendered: $310.00
Change Amt:     $0.00

BK Case no. 19-30088 DM
(19-30089-DM)


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```