# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY<br>Debtor(s). | Case No. 19-30088-DM<br>(Related Case: 19-30089-DM)<br>Chapter 11 |

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Howard M. Levine, whose business address and telephone number is

Sussman Shank LLP, 1000 SW Broadway, Suite 1400, Portland, OR 97205, (503) 227-1111

and who is an active member in good standing of the bar of Oregon

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

Dated:

United States Bankruptcy Judge