Howard M. Levine
Sussman Shank LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205
Phone: 503-227-1111
Fax: 503-248-0130



FILED
JAN 30 2019
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY

Debtor(s).

Case No. 19-30088-DM (19-30089-DM)
Chapter 11

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, HOWARD M. LEVINE, an active member in good standing of the bar of OREGON, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Wilson Construction Company in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Sblend A. Sblendorio          (925) 224-7780

Hoge, Fenton, Jones & Appel, Inc.

4309 Hacienda Dr., Suite 350, Pleasanton, CA 94588

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/30/19

Howard M. Levine



# Oregon State Bar

# Certificate

State of Oregon )
) ss.
County of Washington )

I, Stacy R. Owen, do hereby certify that I am an Assistant Disciplinary Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

**HOWARD M. LEVINE**

was admitted to practice law in the State of Oregon by examination and became an active member of the Oregon State Bar on April 18, 1980.

There are no grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Mr. Levine is an active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 3rd day of January, 2019.

_____
Stacy R. Owen
Assistant Disciplinary Counsel
Oregon State Bar

16037 SW Upper Boones Ferry Road, PO Box 231935, Tigard, Oregon 97281-1935
(503) 620-0222 or (800) 452-8260 fax (503) 684-1366 www.osbar.org

Case: 19-30088    Doc# 203    Filed: 01/30/19    Entered: 01/31/19 16:39:18    Page 2 of 2