JOHN A. MOE, II (SBN 66893)
john.moe@dentons.com
DENTONS US LLP
601 S. Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Tel: 213.623.9300 / Fax: 213.623.9924

Attorneys for
Capital Power Corporation and
Halkirk I Wind Project LP

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORP.,<br><br>　　　　　Debtor. | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>**REQUEST FOR NOTICE**<br><br>Judge:　Hon. Dennis Montali |

PLEASE TAKE NOTICE that Dentons US LLP is the counsel for Capital Power Corporation and Halkirk I Wind Project LP.

Pursuant to Federal Rules of Bankruptcy Procedure, Rules 2002, 9007 and 9010(b), and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code (Title 11, United States Code), Dentons hereby requests that copies of all notices, pleadings or papers given or required in this case, and copies of all notices, pleadings or papers served or required to be served in this case, be given to and served upon the following:

> John A. Moe, II
> Dentons US LLP
> 601 S. Figueroa Street, Suite 2500
> Los Angeles, CA 90017-5704
> Tel:　　213.623.9300
> Fax:　　213.623.9924
> E-mail:　john.moe@dentons.com
>
> Oscar N. Pinkas
> 1221 Avenue of the Americas
> New York, NY 10020-1089
> Tel:　　212.768.6701
> E-mail:　oscar.pinkas@dentons.com

Lauren Macksoud
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Tel: 212.768.5347
E-mail: Lauren.macksoud@dentons.com

PLEASE TAKE FURTHER NOTICE that the foregoing request encompasses, without limitation, notice of any and all orders, notices, petitions, schedules, statements, pleadings, applications, motions, requests or demands, whether formal or informal, written or oral regardless how transmitted, that affect or purport to affect in any way any rights or interests of the debtor or any creditors or parties in interest in this case.

Dated: January 31, 2019

DENTONS US LLP
JOHN A. MOE, II

By /s/*John A. Moe, II*
JOHN A. MOE, II
*Attorneys for Capital Power Corporation and Halkirk I Wind Project LP*