**Schedule 1**

**List of Banks and Bank Accounts**

INTERIM ORDER REGARDING CASH MANAGEMENT – SCHEDULE 1

| Bank Name | Debtor | Account Type | Description | Account No. (Last 4 Digits) |
|---|---|---|---|---|
| The Bank of New York Mellon | Pacific Gas & Electric Company | Brokerage | Brokerage Account | XXX8400 |
| The Bank of New York Mellon | Pacific Gas & Electric Company | Brokerage | Brokerage Account - VPDI | XXX8400 |
| Bank of America | Pacific Gas & Electric Company | Campground Collection | Campground Receipts | XXX2302 |
| U.S. Bank | Pacific Gas & Electric Company | Campground Collection | Campground Receipts | XXX2311 |
| Citibank N.A. | Pacific Gas & Electric Company | Collection - Non energy billing | Non-Energy Receipts | XXX0901 |
| Citigroup Global Markets | Pacific Gas & Electric Company | CP Settlement | Brokerage Account | XXX6473 |
| Bank of America | Pacific Gas & Electric Company | Customer Depository | Customer Receipts | XXX0817 |
| Citibank N.A. | Pacific Gas & Electric Company | Customer Depository | Customer Receipts | XXX1958 |
| The Bank of New York Mellon | Pacific Gas & Electric Company | Customer Depository | Customer Receipts | XXX5477 |
| The Bank of New York Mellon | Pacific Gas & Electric Company | Customer Depository | Customer Receipts | XXX7822 |
| Union Bank of California | Pacific Gas & Electric Company | Customer Depository | Concentration Account for Customer Receipts | XXX5581 |
| The Bank of New York Mellon | Pacific Gas & Electric Company | Customer Refund and Rebate Disbursement | Customer Receipts and Disbursements | XXX3044 |
| The Bank of New York Mellon | Pacific Gas & Electric Company | Customer Refund and Rebate Disbursement | Customer refunds | XXX3532 |
| The Bank of New York Mellon | Pacific Gas & Electric Company | Disability Disbursement | Employee Benefits | XXX8544 |
| The Bank of New York Mellon | Pacific Gas & Electric Company | Disbursement | Gill Ranch | XXX4122 |
| Royal Bank of Canada | Pacific Gas & Electric Company | Gas Purchase Disbursement | Canadian Currency Exchange | XXX0446 |

| Bank Name | Debtor | Account Type | Description | Account No. (Last 4 Digits) |
|---|---|---|---|---|
| The Bank of New York Mellon | Pacific Gas & Electric Company | Land Draft Disbursement | Other Operating | XXX0143 |
| Citibank N.A. | Pacific Gas & Electric Company | Outside Collection | Customer Receipts | XXX2316 |
| Bank of America | Pacific Gas & Electric Company | Payroll Disbursement | Payroll | XXX7115 |
| Bank of America | Pacific Gas & Electric Company | Utility Concentration | Concentration account BofA | XXX3212 |
| Citibank N.A. | Pacific Gas & Electric Company | Utility Concentration | Securities Settlement Account (CP) | XXX2091 |
| The Bank of New York Mellon | Pacific Gas & Electric Company | Utility Master Concentration | Concentration account at BNY Mellon (Utility) | XXX9994 |
| The Bank of New York Mellon | Pacific Gas & Electric Company | Vendor Disbursement | Vendor and employee payments | XXX9978 |
| The Bank of New York Mellon | PG&E Corporation | Brokerage | Brokerage Account | XXX8400 |
| Bank of America | PG&E Corporation | Payroll Disbursement | Payroll | XXX7981 |
| Bank of America | PG&E Corporation | Payroll Disbursement | Payroll | XXX7107 |
| The Bank of New York Mellon | PG&E Corporation | Payroll Disbursement | Payroll | XXX9946 |
| Union Bank of California | PG&E Corporation | Payroll Disbursement | Employee payments | XXX9557 |
| The Bank of New York Mellon | PG&E Corporation | PG&E Concentration | Concentration account at BNY Mellon (Corp) | XXX9023 |
| The Bank of New York Mellon | PG&E Corporation | Vendor Disbursement | Vendor and employee payments | XXX4558 |
| The Bank of New York Mellon | Pacific Gas & Electric Company | Disbursement | PG&E Credit Assurance Account | XXX9990 |
| Bank of America | Pacific Gas & Electric Company | Payroll Disbursement | Payroll | XXX1675 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX8541 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Bank Name | Debtor | Account Type | Description | Account No. (Last 4 Digits) |
|---|---|---|---|---|
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX5410 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX5411 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX5412 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX5413 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX5414 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX5415 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX5416 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX8542 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX8543 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX8544 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX8545 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX8546 |

| Bank Name | Debtor | Account Type | Description | Account No. (Last 4 Digits) |
|---|---|---|---|---|
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX8547 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX8548 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX8549 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX4310 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX4311 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX4312 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX5436 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX5437 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX5438 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX5501 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX5010 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX5011 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Bank Name | Debtor | Account Type | Description | Account No. (Last 4 Digits) |
|---|---|---|---|---|
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX5012 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX5013 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX5014 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX5015 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX5016 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX5017 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX5018 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX5019 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX5502 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX5020 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX5021 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX5022 |

| Bank Name | Debtor | Account Type | Description | Account No. (Last 4 Digits) |
|---|---|---|---|---|
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX5023 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX5024 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX5503 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX5504 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX5505 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX5506 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX5507 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX5508 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX5509 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX3871 |
| Bank of America | Pacific Gas & Electric Company | Asbestos Disbursement | Other Operating | XXX2988 |
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX4XL9 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Bank Name | Debtor | Account Type | Description | Account No. (Last 4 Digits) |
|---|---|---|---|---|
| Deutsche Bank Trust Company Americas | Pacific Gas & Electric Company | Disbursement | Tax Exempt Bonds | XXX7110 |
| The Bank of New York Mellon | Pacific Gas & Electric Company | Disbursement | Payroll | XXX4017 |
| U. S. Bank N.A. Global Corporate Trust Services | Pacific Gas & Electric Company | Disbursement | Escrow | XXX8000 |
| U. S. Bank N.A. Global Corporate Trust Services | Pacific Gas & Electric Company | Disbursement | Escrow | XXX9000 |
| U. S. Bank N.A. Global Corporate Trust Services | Pacific Gas & Electric Company | Disbursement | Escrow | XXX6000 |
| U. S. Bank N.A. Global Corporate Trust Services | Pacific Gas & Electric Company | Disbursement | Escrow | XXX8100 |
| U. S. Bank N.A. Global Corporate Trust Services | Pacific Gas & Electric Company | Disbursement | Escrow | XXX3500 |
| U. S. Bank N.A. Global Corporate Trust Services | Pacific Gas & Electric Company | Disbursement | Escrow | XXX9500 |
| Citibank N. A. | PG&E Corporation | Commercial Paper Program | Securities Settlement Account (CP) | XXX9167 |
| Bank of Marin | PG&E Corporation | Disbursement | PG&E Political Action Committee | XXX0132 |
| Bank of Marin | PG&E Corporation | Disbursement | PG&E Political Action Committee | XXX0140 |
| Fidelity Management Trust Company | PG&E Corporation | Disbursement | Trust Account | XXX0137 |

| Bank Name | Debtor | Account Type | Description | Account No. (Last 4 Digits) |
|---|---|---|---|---|
| Wells Fargo Bank N.A. | PG&E Corporation | Disbursement | Trust Account | XXX5300 |
| Wells Fargo Bank N.A. | PG&E Corporation | Disbursement | Trust Account | XXX5400 |
| Wells Fargo Bank N.A. | Pacific Gas & Electric Company | Disbursement | Trust Account | XXX9578 |
| Bank of America | PG&E Corporation | Disbursement | Continuous Equity Offering | XXX0X30 |
| Barclays Capital Inc. | PG&E Corporation | Disbursement | Continuous Equity Offering | XXX1362 |
| BNP Paribas | PG&E Corporation | Disbursement | Continuous Equity Offering | XXX0652 |
| Citigroup Global Markets | PG&E Corporation | Disbursement | Continuous Equity Offering | XXX0473 |
| Goldman, Sachs & Co | PG&E Corporation | Disbursement | Continuous Equity Offering | XXX0609 |
| JP Morgan Chase Bank, N.A. | PG&E Corporation | Disbursement | Continuous Equity Offering | XXX0698 |
| Merrill Lynch | PG&E Corporation | Disbursement | Continuous Equity Offering | XXX0X30 |
| Mitsubishi UFJ Securities USA, INC. | PG&E Corporation | Disbursement | Continuous Equity Offering | XXX0189 |
| Morgan Stanley / ISG Operations | PG&E Corporation | Disbursement | Continuous Equity Offering | XXX4966 |
| RBC Capital Markets | PG&E Corporation | Disbursement | Continuous Equity Offering | XXX2226 |
| Royal Bank of Scotland | PG&E Corporation | Disbursement | Continuous Equity Offering | XXX2141 |
| Wells Fargo Securities, LLC | PG&E Corporation | Disbursement | Continuous Equity Offering | XXX7221 |