**Exhibit 2 to Interim Order**

**Notice of Substantial Stock Ownership**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br>　　　　　　　　Debtor.<br>Tax I.D. No. 94-3234914<br><br>In re:<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>　　　　　　　　Debtor.<br>Tax I.D. No. 94-0742640 | Case Nos.　19-30088<br>　　　　　　19-30089<br><br>Chapter 11<br><br>**NOTICES OF SUBSTANTIAL STOCK OWNERSHIP**<br><br>Date:　DATE<br>Time:　TIME<br>Dept.:　DEPT<br>Judge:　Honorable NAME |

PLEASE TAKE NOTICE that, pursuant to that certain *Interim Order Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Stock of, and Claims Against, the Debtors,* dated [_____], 2019, Docket No. [__] (with all exhibits thereto, the "**Interim Order**"), [Name of Filer] (the "**Filer**") hereby provides notice that, as of the date hereof, the Filer beneficially owns:

　　(i)　_____ shares of Common Stock, [1]

　　(ii)　_____ shares of Preferred Stock, and/or

　　(iii)　Options to acquire _____ shares of PG&E Stock,

PLEASE TAKE FURTHER NOTICE that the last four digits of the taxpayer identification number of the Filer is _____ (and that the full taxpayer identification number will be provided if needed).

PLEASE TAKE FURTHER NOTICE that the following table sets forth the following information:

For Common Stock, Preferred Stock and/or Options to acquire PG&E Stock that are owned directly by the Filer, the table sets forth (a) the number of such shares, the number of such interests

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in **Exhibit 1** to the Interim Order.

and/or the number of shares underlying Options beneficially owned by such Filer and (b) the date(s) on which such shares and/or Options were acquired (categorized by class, as applicable).

In the case of Common Stock or Preferred Stock and/or Options to acquire PG&E Stock that are not owned directly by the Filer but are nonetheless beneficially owned by the Filer or owned by an Acquiring Group of which the Filer is a member, the table sets forth (a) the name(s) of each record or legal owner of such shares of Common Stock, Preferred Stock and/or Options to acquire PG&E Stock that are beneficially owned by the Filer, (b) the number of shares of Common Stock, the number of shares of Preferred Stock and/or the number of shares of PG&E Stock underlying Options beneficially owned by such Filer, and (c) the date(s) on which such Common Stock, Preferred Stock and/or Options were acquired (categorized by class, as applicable). Any shares that are included solely as a result of the Filer being a member of an Acquiring Group are designated with an asterisk (*).

| *Class* | *Name of Owner* | *Shares Owned* | *Shares Underlying Options Owned* | *Date(s) Acquired* |
|---|---|---|---|---|
| Common Stock | | | | |
| Preferred Stock | | | | |

(Attach additional pages if necessary.)

[[IF APPLICABLE:] The Filer is represented by [name of law firm], [address], [phone], (Attn: [name of attorney]).]

Respectfully submitted,

_____
[Name of Filer]

By:_____
Name:_____

Address: _____
Telephone: _____
Facsimile: _____
Date: _____

Case: 19-30088    Doc# 212-2    Filed: 01/31/19    Entered: 01/31/19 18:30:36    Page 3 of 3