Ronald S. Beacher – State Bar Number 130318
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036
Telephone: (212) 421-4100
Facsimile: (212) 326-0806

Attorneys for Interested Parties

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORTATION,<br><br>                Debtor. | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>REQUEST FOR NOTICE |

The undersigned requests notice of these proceedings be sent to:

    Ronald S. Beacher, Esq.
    Pryor Cashman LLP
    7 Times Square
    New York, NY 10036
    Email: rbeacher@pryorcashman.com
    Tel: (212) 421-4100
    Fax: (212) 326-0806

Dated: February 1, 2019        Pryor Cashman LLP

                                    By   /s/Ronald S. Beacher
                                          Ronald S. Beacher
                                    7 Times Square
                                    New York, NY 10036
                                    Email: rbeacher@pryorcashman.com
                                    Tel: (212) 421-4100
                                    Fax: (212) 326-0806