KIMBERLY S. WINICK, SBN: 120363
*KWinick@ClarkTrev.com*
CLARK & TREVITHICK
800 Wilshire Blvd., 12th Floor
Los Angeles, California 90017
Telephone: (213) 629-5700
Facsimile: (213) 624-9441

Attorneys for Interested Party

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re

PG&E CORPORATION,

Debtor.

CASE NO. 19-30088-DM

Chapter 11

**WITHDRAWAL OF DOCKET NO. 68**

PLEASE TAKE NOTICE that Docket No. 68 (Debtor Electronic Noticing Request), is hereby withdrawn.

DATED: February 1, 2019      CLARK & TREVITHICK

By:  /s/ Kimberly S. Winick
Kimberly S. Winick
Attorneys for Interested Party

2376376.1 (18726.001)

WITHDRAWAL OF DOCUMENT EVENT NO. 68