**STOEL RIVES LLP**
Oren Buchanan Haker (*pro hac vice* pending)
oren.haker@stoel.com
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

Gabrielle Glemann (*pro hac vice* pending)
gabrielle.glemann@stoel.com
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

*Attorneys for Enel Green Power North America, Inc., et al. and Enel X*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088 (Main)<br>Case No. 19-30089 (Jointly Administered)<br><br>Chapter Number: 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS** |

PLEASE TAKE NOTICE that, pursuant to rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and sections 1102(1) and 1109(b) of title 11 of the United States Code, the undersigned attorneys appear as counsel in the above-captioned bankruptcy cases ("Chapter 11 Cases") on behalf of parties-in-interest Enel Green Power North America, Inc., including several of their subsidiaries,[1] and Enel X (collectively, "Enel Interested Parties"), and

---

[1] Enel Green Power North America, Inc. subsidiaries are: Sierra Energy Storage, LLC, Kingston Energy Storage, LLC, Cascade Energy Storage, LLC, El Dorado Hydro, LLC and Rock Creek Hydro, LLC.

-1-

request that all notices given or required to be given in connection with the Chapter 11 Cases, and all papers served or required to be served in connection therewith, be given and served upon:

Oren Buchanan Haker (*pro hac vice* pending)
STOEL RIVES LLP
760 SW Ninth, Suite 3000
Portland, OR 97205
Telephone: 503.294.9338
Facsimile: 503.220.2480
Email: oren.haker@stoel.com

Gabrielle Glemann (*pro hac vice* pending)
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500
Email: gabrielle.glemann@stoel.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order, or any other paper filed in the Chapter 11 Cases, whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telecopy or otherwise.

PLEASE TAKE FURTHER NOTICE that the undersigned requests that the Debtors and the Clerk of the Court place the foregoing names and addresses on any mailing matrix or list of creditors existing or to be prepared in these Chapter 11 Cases.

This Notice of Appearance and Request for Service of Documents shall not be deemed or construed to be a waiver of (i) the Enel Interested Parties' right to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (ii) the Enel Interested Parties' right to trial by jury in any proceedings so triable in this case or in any case, controversy, or proceeding related hereto; (iii) the Enel Interested Parties' right to have a United States District Court withdraw the reference in any proceeding subject to mandatory or discretionary withdrawal; or (iv) the Enel Interested Parties' rights, claims, actions, defenses,

setoffs, or recoupments to which each of the Enel Interested Parties is or may be entitled under agreements, in law or in equity, all of which rights, claims, defenses, setoffs and recoupments each of the Enel Interested Parties expressly reserves.

DATED: February 1, 2019     STOEL RIVES LLP

/s/ Oren Buchanan Haker
Oren Buchanan Haker (*pro hac vice* pending)
Stoel Rives LLP
760 SW Ninth, Suite 3000
Portland, OR 97205
Telephone: 503.294.9338
Facsimile: 503.220.2480

-and-

Gabrielle Glemann (*pro hac vice* pending)
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

*Attorneys for Parties-In-Interest Enel Green Power North America, Inc., et al. and Enel X*