1  C. LUCKEY MCDOWELL (*pro hac vice forthcoming*)
   Luckey.Mcdowell@BakerBotts.com
2  IAN E. ROBERTS (*pro hac vice forthcoming*)
   Ian.Roberts@BakerBotts.com
3  KEVIN CHIU (*pro hac vice forthcoming*)
   Kevin.Chiu@BakerBotts.com
4  BAKER BOTTS L.L.P.
   2001 Ross Avenue, Suite 1000
5  Dallas, Texas 75201
   Telephone: (214) 953-6500
6

7  NAVI SINGH DHILLON (BAR NO. 279537)
   Navi.Dhillon@BakerBotts.com
8  BAKER BOTTS L.L.P.
   101 California Street, Suite 3600
9  San Francisco, California 94111
   Telephone: (415) 291-6200
10

   *Counsel for NRG Energy, Inc., Clearway Energy, Inc., and*
11 *Clearway Energy Group LLC*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>    - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☑  Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19 - 30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE** that Baker Botts hereby appears as counsel for NRG Energy, Inc., Clearway Energy, Inc., and Clearway Energy Group LLC (collectively, the "PPA Parties"). Pursuant to Bankruptcy Rules 2002, 9007 and 9010, 11 U.S.C. §§ 342 and 1109(b) (the "Bankruptcy Code"), and N.D. Cal. L.R. 2002-1, counsel respectfully requests to be added to the master matrix in these cases and that copies of all notices and pleadings in the above-captioned chapter 11 cases, including in adversary proceedings, be given and served upon Baker Botts L.L.P. at the following addresses:

| | |
|---|---|
| C. Luckey McDowell<br>Luckey.Mcdowell@BakerBotts.com<br>Ian E. Roberts<br>Ian.Roberts@BakerBotts.com<br>Kevin Chiu<br>Kevin.Chiu@BakerBotts.com<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue, Suite 1000<br>Dallas, Texas 75201 | Navi S. Dhillon<br>Navi.Dhillon@BakerBotts.com<br>BAKER BOTTS L.L.P.<br>101 California Street, Suite 3600<br>San Francisco, California 94111 |

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notice, nor any former or later appearance, pleading, claim or suit shall constitute a consent to jurisdiction, nor shall it waive any right of any PPA Party to: (1) have final orders in any non-core or core matter in which the Bankruptcy Court does not have final adjudicatory authority entered only after de novo review by a District Court Judge; (2) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (3) have the District Court withdraw reference in any matter subject to mandatory or discretionary withdrawal; (4) object to the jurisdiction of the Bankruptcy Court for any purpose or on any grounds; or (5) assert any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs or recoupments to which the PPA Parties may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

-2-

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

CASE NO. 19-30088 (DM)

Case: 19-30088    Doc# 224    Filed: 02/01/19    Entered: 02/01/19 11:16:14    Page 2 of 3

Respectfully submitted,

Dated: February 1, 2019                    BAKER BOTTS L.L.P.

/s/ C. Luckey McDowell
---

C. Luckey McDowell
Counsel for NRG Energy Inc., Clearway Energy, Inc., and Clearway Energy Group LLC