Alan D. Smith, Bar No. 24964
ADSmith@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Creditor
Puget Sound Energy, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>    Debtor. | CASE NO. 19-30088<br><br>Chapter: 11<br><br>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS |

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE DEBTOR AND THEIR ATTORNEY F RECORD, AND TO ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that Creditor PUGET SOUND ENERGY, INC., by its attorneys, PERKINS COIE LLP, appears in this matter pursuant to Bankruptcy Rules 2002 and 9010, and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code, and requests that copies of all notices and pleadings given, filed, or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following:

    Alan D. Smith
    PERKINS COIE, LLP
    1201 Third Avenue, Suite 4900
    Seattle, WA 98101-3099
    Telephone: 206-359-8000
    Facsimile: 206-359-9000
    ADSmith@perkinscoie.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notice and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization, and answering or reply papers whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (2) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to recoupments to which the Landlord is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

DATED: February 1, 2019

**PERKINS COIE LLP**

By: */s/ Alan D. Smith*
Alan D. Smith, Bar No. 24964
ADSmith@perkinscoie.com

Attorneys for Creditor
Puget Sound Energy, Inc.