

Signed and Filed: February 1, 2019



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Proposed Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG& Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>**\* ALL PAPERS SHALL BE FILED IN THE LEAD CASE, NO. 19-30088 (DM).** | Case Nos. 19-30088 (DM)<br>19-30089 (DM)<br><br>Chapter 11<br><br>**ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 342(a), AND 521(a)(1) AND FED. R. BANKR. P. 1007 AND 2002 (I) WAIVING THE REQUIREMENTS TO FILE LISTS OF CREDITORS AND EQUITY SECURITY HOLDERS AND GRANTING RELATED RELIEF; AND (II) AUTHORIZING AND APPROVING PROCEDURES FOR PROVIDING NOTICE OF THE COMMENCEMENT OF CHAPTER 11 CASES** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1  Upon the Motion, dated January 29, 2019 (the "**Motion**"),[1] of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to sections 105(a), 342(a), and 521(a)(1) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 1007(a) and (d) and 2002(a), (d), and (f) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), for entry of an order (i) waiving the requirements that the Debtors file their lists of creditors and equity holders on the Petition Date, as set forth in section 521(a)(1) of the Bankruptcy Code, Bankruptcy Rules 1007(a)(1) and (a)(3), and Amended General Order 13 (the "**General Order**") of the United States Bankruptcy Court for the Northern District of California; and (ii) authorizing the Debtors to implement certain procedures (the "**Procedures**") for the mailing and publication of the notice announcing the commencement of these Chapter 11 Cases and the meeting of creditors to be held pursuant to section 341 of the Bankruptcy Code (the "**Notice of Commencement**"), all as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24 (N.D. Cal.), and Rule 5011-1(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "**Bankruptcy Local Rules**"); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Motion as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion and the Wells Declaration; and this Court having held a hearing on the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, shareholders, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Motion.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted, as provided herein.

2. The requirements under section 521(a)(1) of the Bankruptcy Code, Bankruptcy Rule 1007(a)(1), and the General Order that the Debtors file with the Court a consolidated list containing the names and last known addresses of the Debtors' creditors (the "**List of Creditors**") are waived.

3. The requirement under Bankruptcy Rule 1007(a)(3) that PG&E Corp. file a List of Equity Holders is waived.

4. As soon as practicable after entry of an order authorizing the engagement of Prime Clerk LLC, as the Debtors' claims and noticing agent (the "**Prime Clerk**"), the Debtors shall furnish to Prime Clerk a List of Creditors.

5. The Procedures are hereby approved.

6. The Notice of Commencement, substantially in the form attached hereto as **Exhibit 1**, is hereby approved.

7. On or before the date that is 21 days prior to the date on which the Section 341 Meeting is scheduled to take place, the Debtors, with the assistance of Prime Clerk, shall mail the Notice of Commencement to all creditors on the List of Creditors.

8. Notwithstanding anything herein to the contrary, the requirement under Bankruptcy Rule 2002(d) that the Debtors mail the Notice of Commencement to all equity security holders of PG&E Corp. is waived.

9. Pursuant to Bankruptcy Rule 2002(l), the Debtors, with the assistance of Prime Clerk, shall (a) cause the Notice of Commencement to be published (i) once in the national editions of the *Wall Street Journal* and *USA Today*, and (ii) once in each of the *Los Angeles Times*, *San Francisco Chronicle*, *The Bakersfield Californian*, *The Fresno Bee*, *The Modesto Bee*, *The Sacramento Bee*, *The Santa Rosa Press Democrat*, *The San Jose Mercury News*, *The East Bay Times*, *The Stockton Record*, the *Paradise Post*, and the *Chico Enterprise-Record*; and (b) post the Notice of Commencement on the website to be established by Prime Clerk and on the Debtors' website.

10. The form and manner of notice as provided herein and in the Procedures are reasonably calculated to inform interested parties of these Chapter 11 Cases and are hereby approved.

11.  The Debtors are authorized to take all steps necessary or appropriate to carry out this Order.

12.  This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

** END OF ORDER **