James D. Curran, Esq. (SBN 126586)
WOLKIN · CURRAN, LLP
111 Maiden Lane, 6th Floor
San Francisco, California 94108
Telephone: (415) 982-9390
Facsimile: (415) 982-4328
Email: jcurran@wolkincurran.com

Jan D. Sokol, Esq. (*pro hac vice pending*)
Kevin M. Coles, Esq. (*pro hac vice pending*)
STEWART SOKOL & LARKIN LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201
Telephone: (503) 221-0699
Facsimile: (503) 223-5706
Email: jdsokol@lawssl.com
kcoles@lawssl.com

Attorneys for Creditor,
LIBERTY MUTUAL INSURANCE COMPANY

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>Debtor.<br><br>Tax I.D. No. 94-3234914<br><br>In re:<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtor.<br><br>Tax I.D. No. 94-0742640 | Case No.: 19-30088 (DM)<br>Case No.: 19-30089 (DM)<br><br>Chapter 11<br><br>**REQUEST FOR SPECIAL NOTICE BY LIBERTY MUTUAL INSURANCE COMPANY AND RELATED ENTITIES** |

**TO THE CLERK OF THE COURT, DEBTORS, UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST:**

1.

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that creditor LIBERTY MUTUAL INSURANCE |
| 2 | COMPANY, and its related entities, including SAFECO INSURANCE COMPANY OF |
| 3 | AMERICA (collectively, "Liberty"), by and through their counsel of record, hereby files |
| 4 | this *Request for Special Notice* pursuant to Bankruptcy Rules 2002 and 9010(b). Liberty |
| 5 | hereby requests that special notice of all matters which may come before the Court, noticed |
| 6 | by all creditors, the creditors' committee, or other parties in interest, whether originating |
| 7 | from the Court, the debtor, any creditors, or any parties in interest. |
| 8 | Notice of such matters should be addressed to Liberty's counsel of record as follows: |

        James D. Curran, Esq. (SBN 126586)
        WOLKIN · CURRAN, LLP
        111 Maiden Lane, 6th Floor
        San Francisco, California 94108
        Telephone: (415) 982-9390
        Facsimile: (415) 982-4328
        Email: jcurran@wolkincurran.com

        Jan D. Sokol, Esq. (*pro hac vice pending*)
        Kevin M. Coles, Esq. (*pro hac vice pending*)
        STEWART SOKOL & LARKIN LLC
        2300 SW First Avenue, Suite 200
        Portland, Oregon 97201
        Telephone: (503) 221-0699
        Facsimile: (503) 223-5706
        E-mail: jdsokol@lawssl.com
                      kcoles@lawssl.com

18     The foregoing request includes the type of notice referred to in Bankruptcy Rules
19  2002(a)-(i) and 3017(a) and also includes, without limitation, all schedules, notices of any
20  order, applications complaints, demands, hearings, motions, petitions, pleadings, or requests,
21  and any other documents brought before the Court in this case, whether written or oral, and
22  whether transmitted or conveyed by mail, delivery, telephone, telecopier, telegraph, telex, or
23  otherwise.

24  Dated: February 1, 2019            WOLKIN · CURRAN, LLP

25                          By:   /s/ *James D. Curran*
                               James D. Curran
26                                Attorneys for Creditor,
27                                LIBERTY MUTUAL INSURANCE
                               COMPANY

28

2.

REQUEST FOR SPECIAL NOTICE BY LIBERTY MUTUAL     CASE NO.: 19-30088 (DM)
INSURANCE COMPANY AND RELATED ENTITES     CASE NO.: 19-30089 (DM)

Case: 19-30088   Doc# 227   Filed: 02/01/19   Entered: 02/01/19 12:41:43   Page 2 of 2