Sander L. Esserman *(Pending Admission Pro Hac Vice)*
Cliff I. Taylor *(Pending Admission Pro Hac Vice)*
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689
Telephone: 214-969-4900
Email: esserman@sbep-law.com
       taylor@sbep-law.com

Scott Summy
John Fiske (CSBN 249256)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue #1100
Dallas, TX 75219
Telephone: 214-521-3605
Email: ssummy@baronbudd.com
       jfiske@baronbudd.com

Gregory C. Nuti (CSBN 151754)
Christopher H. Hart (CSBN 184117)
Kimberly S. Fineman (CSBN 184433)
NUTI HART LLP
411 30TH Street, Suite 408
Oakland, CA 94609-3311
Telephone: 510-506-7152
Email: gnuti@nutihart.com
       chart@nutihart.com
       kfineman@nutihart.com

Attorneys for Public Entities Impacted by the Wildfires[1]

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>Debtor-in-Possession. | Case No. 19-30088-DM<br>Chapter 11 |
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtor-in-Possession. | Case No. 19-30089-DM<br>Chapter 11<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* FOR SANDER L. ESSERMAN** |

---

[1] The "Public Entities Impacted by the Wildfires" are Town of Paradise, City of Santa Rosa, City of Napa, City of Clearlake, Butte County, Yuba County, Nevada County, Lake County, Mendocino County, Napa County, Sonoma County, Sonoma County Agricultural Preservation and Open Space District, Sonoma County Community Development Commission, Sonoma County Water Agency, Sonoma Valley County Sanitation District and Calaveras County Water District.

<u>Sander L. Esserman,</u> whose business address and telephone number is:

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.,
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689
Telephone: 214-969-4900

and who is an active member in good standing of the bar of <u>Texas</u>, having applied in the above-entitled action for admission to practice in the Northern District of California on *a pro hac vice* basis, representing the Public Entities Impacted by the Wildfires.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

Dated: FEB 0 1 2019, 19

Hon. Dennis Montali
United States Bankruptcy Judge

2

Case: 19-30088    Doc# 230    Filed: 02/01/19    Entered: 02/01/19 13:15:12    Page 2 of 2