ORIGINAL

FILED
FEB 01 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re )
) Case No. 19-30088
PG&E CORPORATION )
) Chapter 11
Debtor(s). )
)

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

George W. Shuster, Jr., whose business address and telephone number is
7 World Trade Center
250 Greenwich Street
New York, NY 10007

and who is an active member in good standing of the bar of New York and Mass.

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing ICE NGX Canada Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

Dated: FEB 01 2019

/s/ Dennis Montali
Hon. Dennis Montali
United States Bankruptcy Judge