

FILED
FEB 01 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re

PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY

Debtor(s).

Case No. 19-30088-DM
(Related Case: 19-30089-DM)
Chapter 11

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Howard M. Levine, whose business address and telephone number is

Sussman Shank LLP, 1000 SW Broadway, Suite 1400, Portland, OR 97205, (503) 227-1111

and who is an active member in good standing of the bar of Oregon

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

Dated: FEB 01 2019

_____
United States Bankruptcy Judge