FILED
FEB 0 1 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re
PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,

Debtor(s).

Case No. 19-30088 and 19-30089
Chapter 11

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Richard C. Pedone, an active member in good standing of the bar of Massachussetts, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing California Self-Insurers' Security Fund,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of B.L.R. 1001-2(a)(29) and Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party.

Dated: FEB 0 1 2019

_____
Hon. Dennis Montali