Mark I. Bane
Matthew M. Roose
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: 212-596-9000
Facsimile: 212 596 9090
Email: Mark.Bane@ropesgray.com
Matthew.Roose@ropesgray.com

-and-

Isaac M. Pachulski (CA Bar No. 62337)
Debra I. Grassgreen (CA Bar No. 169978)
Gabriel I. Glazer (CA Bar No. 246384)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: ipachulski@pszjlaw.com
dgrassgreen@pszjlaw.com
gglazer@pszjlaw.com
jlucas@pszjlaw.com

Attorneys for The Baupost Group, L.L.C., as the general
partner and investment manager for certain entities

**FILED**
FEB 0 1 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

In re:

PACIFIC GAS & ELECTRIC CORP., et al.,

Debtor.

Case No. 19-30088

Chapter 11

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY MATTHEW M. ROOSE *PRO HAC VICE***

Upon the application of Matthew M. Roose, whose business address and telephone number is Ropes & Gray LLP, 1211 Avenue of the Americas, New York, New York 10036-8704, Telephone: 212-596-9000, and who is an active member in good standing of the bar of the State of New York and the U.S. District Court for the Southern District of New York, for admission to practice in the Northern District of California in the above-entitled action on a *pro hac vice* basis, representing The Baupost Group L.L.C.,

DOCS_SF:99245.1

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
MATTHEW M. ROOSE PRO HAC VICE

|   |   |
|---|---|
| 1 | IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and |
| 2 | conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. |
| 3 | Service of papers upon and communication with co-counsel designated in the application will |
| 4 | constitute notice to the represented party. All future filings in this action are subject to the |
| 5 | Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States |
| 6 | Bankruptcy Court for the Northern District of California. |

**END OF ORDER**

FEB 0 1 2019

*/s/ Dennis Montali/*