**Entered on Docket
February 01, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

FILED

FEB 01 2019

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Peter L. Welsh
Joshua Y. Sturm
Patricia I. Chen
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: 617-951 7000
Facsimile: 617-951 7050
Email:    Peter.Welsh@ropesgray.com
          Joshua.Sturm@ropesgray.com
          Patricia.Chen@ropesgray.com

-and-

Isaac M. Pachulski (CA Bar No. 62337)
Debra I. Grassgreen (CA Bar No. 169978)
Gabriel I. Glazer (CA Bar No. 246384)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile:  (415) 263-7010
E-mail:   ipachulski@pszjlaw.com
          dgrassgreen@pszjlaw.com
          gglazer@pszjlaw.com
          jlucas@pszjlaw.com

Attorneys for The Baupost Group, L.L.C., as the general partner and investment manager for certain entities

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 19-30088 |
| PACIFIC GAS & ELECTRIC CORP., et al., | Chapter 11 |
| Debtor. | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY JOSHUA Y. STRUM *PRO HAC VICE*** |

Upon the application of Joshua Y. Strum, whose business address and telephone number is Ropes & Gray LLP, Prudential Tower, 800 Boylston Street, Boston, Massachusetts 02199-3600, Telephone: 617-951 7000, and who is an active member in good standing of the bars of the State of Massachusetts and the State of New York, the Appellate Division of the Supreme Court of the State of New York, the U.S. District Court for the District of Massachusetts, and the U.S. District Court

DOCS_SF:99246.1

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
JOSHUA Y. STURM PRO HAC VICE

for the Southern District of New York, for admission to practice in the Northern District of California in the above-entitled action on a *pro hac vice* basis, representing The Baupost Group L.L.C.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**

FEB 0 1 2019

/s/ Dennis Montali