**Entered on Docket
February 01, 2019**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

```
           FILED
         FEB 0 1 2019
   UNITED STATES BANKRUPTCY COURT
        SAN FRANCISCO, CA
```

Peter L. Welsh
Joshua Y. Sturm
Patricia I. Chen
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: 617-951 7000
Facsimile: 617-951 7050
Email:    Peter.Welsh@ropesgray.com
              Joshua.Sturm@ropesgray.com
              Patricia.Chen@ropesgray.com

-and-

Isaac M. Pachulski (CA Bar No. 62337)
Debra I. Grassgreen (CA Bar No. 169978)
Gabriel I. Glazer (CA Bar No. 246384)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail:    ipachulski@pszjlaw.com
            dgrassgreen@pszjlaw.com
            gglazer@pszjlaw.com
            jlucas@pszjlaw.com

Attorneys for The Baupost Group, L.L.C., as the general partner and investment manager for certain entities

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PACIFIC GAS & ELECTRIC CORP., et al.,<br><br>              Debtor. | Case No. 19-30088<br><br>Chapter 11<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PATRICIA I. CHEN *PRO HAC VICE*** |

     Upon the application of Patricia I. Chen, whose business address and telephone number is Ropes & Gray LLP, Prudential Tower, 800 Boylston Street, Boston, Massachusetts 02199-3600, Telephone: 617-951 7000, and who is an active member in good standing of the bars of the State of Massachusetts and the State of Alabama, the U.S. District Court for the District of Massachusetts, and the U.S. District Court for the Northern District of Alabama, for admission to practice in the

DOCS_SF:99250.1

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PATRICIA I. CHEN PRO HAC VICE

Northern District of California in the above-entitled action on a *pro hac vice* basis, representing The Baupost Group L.L.C.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**

FEB 0 1 2019

*[Signature]*