| | |
|---|---|
| HAGOP T. BEDOYAN, CSB NO. 131285<br>KLEIN, DENATALE, GOLDNER,<br>COOPER, ROSENLIEB & KIMBALL, LLP<br>5260 N. Palm Avenue, Suite 205<br>Fresno, CA 93704<br>Telephone: (559) 438-4374<br>Facsimile: (661) 326-0418<br><br>Attorneys for Kings River Water Association, Creditor. | |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION and<br>PACIFIC GAS & ELECTRIC<br>COMPANY,<br><br>Debtors. | Bankruptcy Case<br>No. 19-30088(DM)<br><br>Chapter 11<br><br>(Lead Case) |
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors | **KINGS RIVER WATER ASSOCIATION. NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND AMENDMENT TO MAILING LIST** |

PLEASE TAKE NOTICE THAT PURSUANT TO Federal Rule of bankruptcy Procedure 9010(b), Klein, DeNatale, Goldner, Cooper, Rosenlieb & Kimball, LLP, hereby enters its appearance in this case as counsel of record for creditor **Kings River Water Association** ("KRWA").

1. KRWA requests that all notices, papers and orders filed herein and such telephonic or other notice as is required to be given with respect to ex parte hearings, be sent and given to the address set forth below. This request specifically includes proposed plans and disclosure statements pursuant to Federal Rule of Bankruptcy Procedure 3017(a). In the event any order is later entered regulating notice, this request is intended is a request to receive special notice to the maximum extent permitted under such order as to those parties requesting such notice.

2. Requests that any list of creditors or other list maintained for the purpose of giving notice of proceedings herein be amended to include, if it does not presently include the following names and addresses:

> Hagop T. Bedoyan, Esq.
> KLEIN, DeNATALE, GOLDNER
> COOPER ROSENLIEB & KIMBALL, LLP
> 5260 N. Palm Avenue, Suite 205
> Fresno, CA 93704
> Telephone: (559) 438-4374
> Facsimile: (661) 326-0418

and that electronic notices be delivered to: hbedoyan@kleinlaw.com, and ecf@kleinlaw.com.

3. PLEASE TAKE FURTUER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any (i) right to have final order entered only after ne novo review by a higher court; (ii) right to trial by a jury in any proceedings triable herein or in any related case, controversy or proceedings; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionally withdrawal; (iv) right to contest jurisdiction or appropriate venue in this proceeding; or (v) other rights, claims, actions, defenses, setoffs or recoupments which exist pursuant to agreement, in law or equity, all of which rights, claims actions, defenses, setoffs and recoupments are expressly reserved.

Date: February 1, 2019

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP

By /s/ Hagop T. Bedoyan
HAGOP T. BEDOYAN, Attorneys for
Kings River Water Association, Creditor