UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION, *et al.*,[1]<br><br>Debtors. | Case No. 19-30088-DM<br><br>Chapter 11<br>(Joint Administration Requested) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

Ronald Cappiello, being duly sworn, deposes and says:

      That I am over the age of eighteen years, am not a party to this action and reside in Passaic County, New Jersey, and am employed by Hogan Lovells US LLP.

      I caused the below document [Docket No. 152] to be served:

**NOTICE OF APPEARANCE, dated January 30, 2019 [Docket No. 152]**.

      That I caused the above-referenced document to be served upon (i) all registered users of this Court's CM ECF system on January 30, 2019, (ii) the parties listed on the attached Exhibit A by electronic mail on January 30, 2019 and January 31, 2019, as indicated thereon, and (iii) upon the parties listed on Exhibit B by first class mail on January 31, 2019.

                                    */s/Ronald Cappiello*
                                      RONALD CAPPIELLO

Sworn to before me this
1st day of February, 2019

*/s/Elizabeth Lajca*
Notary Public, State of New York
No. 01LA4688203
Qualified in Kings County
Commission Expires June 30, 2019

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: PG&E Corporation [4914] and Pacific Gas and Electric Company [2640]. The Debtors' mailing address is 77 Beale Street, P.O. Box 770000, San Francisco, California 94177.

# EXHIBIT A

Service List[1]

| | |
|---|---|
| Roberto J. Kampfner<br>WHITE & CASE LLP<br>555 South Flower Street, Suite 2700<br>Los Angeles, CA 90071<br>rkampfner@whitecase.com<br>Counsel to Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | J. Christopher Shore<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, New York 10020-1095<br>cshore@whitecase.com<br>Counsel to Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company |
| Thomas E Lauria (pro hac vice pending)<br>Matthew C. Brown (pro hac vice pending)<br>WHITE & CASE LLP<br>Southeast Financial Center<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, Florida 33131-2352<br>tlauria@whitecase.com<br>mbrown@whitecase.com<br>Counsel to Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | Michael St. James,<br>ST. JAMES LAW, P.C.<br>22 Battery Street, Suite 888<br>San Francisco, California 94111<br>michael@stjames-law.com<br>Counsel to Garcia & Associates |
| Valerie Bantner Peo, Esq.<br>Shawn M. Christianson, Esq.<br>Buchalter, A Professional Corporation<br>55 Second Street, 17th Floor<br>San Francisco, California 94105-3493<br>vbantnerpeo@buchalter.com<br>schristianson@buchalter.com<br>Counsel to California Community Choice Association | Kenneth N. Klee<br>David M. Stern<br>Samuel M. Kidder<br>KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>1999 Avenue of the Stars, Thirty-Ninth Floor<br>Los Angeles, California 90067<br>kklee@ktbslaw.com<br>dstern@ktbslaw.com<br>skidder@ktbslaw.com<br>Counsel to NextEra, Inc. |
| PACHULSKI STANG ZIEHL & JONES LLP<br>Isaac M. Pachulski<br>Debra I. Grassgreen<br>Gabriel I. Glazer<br>John W. Lucas<br>150 California Street, 15th Floor<br>San Francisco, CA 94111<br>ipachulski@pszjlaw.com<br>dgrassgreen@pszjlaw.com<br>gglazer@pszjlaw.com<br>jlucas@pszjlaw.com<br>Counsel to The Baupost Group, L.L.C. | Debra Grassgreen<br>Karl Knight<br>1339 Pearl Street, Suite 201<br>Napa, CA 94558<br>E-mail: dgrassgreen@gmail.com<br><br>Thomas J. Brandi, Esq.<br>Law Offices of Thomas J. Brandi<br>345 Pine Street, 3rd Floor<br>San Francisco, CA 94104<br>tjb@brandilaw.com<br>Counsel to Debra Grassgreen and Karl Knight |
| PROSKAUER ROSE LLP<br>Martin J. Bienenstock (pro hac vice pending)<br>Brian S. Rosen (pro hac vice pending)<br>Maja Zerjal (pro hac vice pending)<br>Eleven Times Square<br>New York, NY 10036<br>Email: mbienenstock@proskauer.com<br>     brosen@proskauer.com<br>     mzerjal@proskauer.com | Michael A. Firestein, Esq.<br>Lary Alan Rappaport, Esq.<br>Steve Ma, Esq.<br>PROSKAUER ROSE LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067-3010 Telephone<br>Email: mfirestein@proskauer.com<br>Email: lrappaport@proskauer.com<br>Email: sma@proskauer.com |

---

[1] Unless otherwise indicated, the parties were served by electronic mail on January 30, 2019.

| | |
|---|---|
| Counsel to Ad Hoc Group of Institutional Par Bondholders of PG& E Co. | Counsel to Ad Hoc Group of Institutional Par Bondholders of PG&E Co. |

| | |
|---|---|
| Meagan S. Tom<br>LOCKE LORD LLP<br>101 Montgomery Street, Suite 1950<br>San Francisco, CA 94104<br>meagan.tom@lockelord.com<br>Counsel to International Brotherhood of Electrical Workers Local Union 1245 | Bradley C. Knapp<br>LOCKE LORD LLP<br>601 Poydras Street, Suite 2660<br>New Orleans, Louisiana 70130<br>bknapp@lockelord.com<br>Counsel to International Brotherhood of Electrical Workers Local Union 1245 |
| W. Steven Bryant<br>LOCKE LORD LLP<br>600 Congress Street, Suite 2200<br>Austin, Texas 78701<br>sbryant@lockelord.com<br>Counsel to International Brotherhood of Electrical Workers Local Union 1245 | Sally J. Elkington<br>James A. Shepherd<br>ELKINGTON SHEPHERD LLP<br>409 - 13th Street, 10th Floor<br>Oakland, CA 94612<br>sally@elkshep.com<br>jim@elkshep.com<br>Counsel to W. Bradley Electric, Inc. |
| ROPES &GRAY LLP<br>Mark I. Bane<br>Matthew M. Roose<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>mark.bane@ropesgray.com<br>matthew.roose@ropesgray.com<br>Counsel to The Baupost Group, L.L.C. | ROPES & GRAY LLP<br>Peter L. Welsh<br>Joshua Y. Sturm<br>Patricia I. Chen<br>Prudential Tower, 800 Boylston Street<br>Boston, MA 02199-3600<br>peter.welsh@ropesgray.com<br>joshua.sturm@ropesgray.com<br>patricia.chen@ropesgray.com<br>Counsel to The Baupost Group, L.L.C. |
| Edward J. Tredinnick, Esq.<br>Greene Radovsky Maloney Share & Hennigh LLP<br>Four Embarcadero Center, Suite 4000<br>San Francisco, CA 94111-4106<br>E-mail: etredinnick@greeneradovsky.com<br>Counsel to the City and County of San Francisco | Owen Clements, Esq.<br>San Francisco City Attorney's Office<br>1390 Market Street, 7th Floor<br>San Francisco, CA 94102<br>E-mail: Owen.Clements@sfcityatty.org<br>Counsel to the City and County of San Francisco |
| Office of the United States Trustee<br>Attn: Lynette C. Kelly<br>450 Golden Gate Avenue, Suite 05-0153<br>San Francisco, CA 94102<br>Email: lynette.c.kelly@usdoj.gov | Richard A. Lapping<br>Rich@TrodellaLapping.com<br>Trodella & Lapping LLP<br>540 Pacific Avenue<br>San Francisco, CA 94133<br>Counsel to Valero Refining Company-California |
| Office of the United States Trustee<br>Attn: Marta E. Villacorta<br>450 Golden Gate Avenue, Suite 05-0153<br>San Francisco, CA 94102<br>Email: Marta.Villacorta@usdoj.gov | R. Alexander Pilmer<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>Email: alexander.pilmer@kirkland.com |

| | |
|---|---|
| Stephen E. Hessler, P.C.<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Email: stephen.hessler@kirkland.com<br>Counsel to the federal monitor appointed on January 26, 2017, by the United States District Court for the Northern District of California | Marc Kieselstein, P.C.<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Email: marc.kieselstein@kirkland.com<br>Counsel to federal monitor appointed on January 26, 2017, by the United States District Court for the Northern District of California |
| John D. Fiero<br>Pachulski Stang Ziehl & Jones LLP<br>150 California Street, 15th Floor<br>San Francisco, California 94111-4500<br>E-mail: jfiero@pszjlaw.com<br>Counsel to TRC Companies, Inc. | David L. Neale, Esq.<br>Levene, Neale, Bender, Yoo & Brill L.L.P.<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA 90067<br>Email: DLN@LNBYB.COM<br>Counsel to California Independent System Operator |
| Keith J. Cunningham<br>Pierce Atwood LLP<br>Merrill's Wharf<br>254 Commercial Street<br>Portland, ME 04101<br>Email: kcunningham@PierceAtwood.com<br>Counsel to California Independent System Operator | Shawn M. Christianson, Esq.<br>Valerie Bantner Peo, Esq.<br>Buchalter, A Professional Corporation<br>55 Second Street, 17th Floor<br>San Francisco, California 94105-3493<br>schristianson@buchalter.com<br>vbantnerpeo@buchalter.com<br>Counsel to Oracle America, Inc. |
| California Public Utilities Commission<br>Arocles Aguilar<br>505 Van Ness Avenue<br>San Francisco, California 94102<br>Email: arocles.aguilar@cpuc.ca.gov | Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Alan W. Kornberg<br>Brian S. Hermann<br>Walter R. Rieman<br>Sean A. Mitchell<br>Neal P. Donnelly<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>Email: akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com<br>Counsel to California Public Utilities Commission |
| Mark McKane, P.C.<br>Michael P. Esser<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>555 California Street<br>San Francisco, California 94104<br>mark.mckane@kirkland.com<br>michael.esser@kirkland.com-re-served<br>Counsel to Calpine Corporation and subsidiaries | David R. Seligman, P.C.<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>david.seligman@kirkland.com<br>Counsel to Calpine Corporation and subsidiaries |

3

| | |
|---|---|
| STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.<br>Sander L. Esserman<br>Cliff I. Taylor<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201-2689<br>Email: esserman@sbep-law.com<br>      taylor@sbep-law.com<br>Counsel to Public Entities Impacted by the Wildfires | BARON & BUDD, P.C.<br>Scott Summy<br>John Fiske<br>3102 Oak Lawn Avenue #1100<br>Dallas, TX 75219<br>Email: ssummy@baronbudd.com<br>      jfiske@baronbudd.com<br>Counsel to Public Entities Impacted by the Wild Fires |
| NUTI HART LLP<br>Gregory C. Nuti<br>Christopher H. Hart<br>Kimberly S. Fineman<br>411 30TH Street, Suite 408<br>Oakland, CA 94609-3311<br>Email: gnuti@nutihart.com<br>      chart@nutihart.com<br>      kfineman@nutihart.com<br>Counsel to Public Entities Impacted by the Wildfires | M. Ryan Pinkston<br>Christopher J. Harney<br>SEYFARTH SHAW LLP<br>560 Mission Street, Suite 3100<br>San Francisco, California 94105<br>Email: rpinkston@seyfarth.com<br>Email: charney@seyfarth.com<br>Counsel to Turner Construction Company |
| IRELL & MANELLA LLP<br>Craig Varnen<br>Andrew J. Strabone<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276<br>Email: cvaren@irell.com<br>      astrabone@irell.com<br>Counsel to Blue Mountain Capital Management, LLC | Michael H. Strub, Jr.<br>Newport Beach, California 92660-6324<br>Email: mstrub@irell.com<br>Counsel to Blue Mountain Capital Management, LLC |
| CLEARY GOTTLIEB SHEEN & HAMILTON LLP<br>Lisa Schweitzer (pro hac vice pending)<br>Margaret Schierberl (pro hac vice pending)<br>One Liberty Plaza<br>New York, NY 10006<br>Email: lschweitzer@cgsh.com<br>      mschierberl@cgsh.com<br>Counsel to Blue Mountain Capital Management, LLC | TURN—The Utility Reform Network<br>785 Market St, Suite 1400<br>San Francisco, CA 94103<br>Attn: Mark Toney, Executive Director<br>mtoney@turn.org<br>Thomas Long, Legal Director<br>tlong@turn.org |
| David V. Duperrault<br>Kathryn E. Barrett<br>SILICON VALLEY LAW GROUP<br>One North Market Street, Suite 200<br>San Jose, CA 95113<br>dvd@svlg.com<br>keb@svlg.com<br>Counsel to TURN-The Utility Reform Network | Kimberly S. Winick, Esq.<br>Clark & Trevithick, PLC<br>800 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90017<br>Email: kwinick@clarktrev.com<br>Counsel to California Community Choice Association |
| Jeffrey C. Krause<br>Genevieve G. Weiner<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Email: Jkrause@gibsondunn.com<br>      Gweiner@gibsondunn.com<br>Counsel to Topaz Solar Farms LLC | Michael A. Rosenthal<br>Alan Moskowitz<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Email: Mrosenthal@gibsondunn.com<br>      Amoskowitz@gibsondunn.com<br>Counsel to Topaz Solar Farms LLC |

| | |
|---|---|
| Jonathan R. Doolittle, Esq.<br>Reed Smith LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>jdoolittle@reedsmith.com<br>Counsel to Lodi Gas Storage, L.L.P,<br>Wild Goose, LLC and Nevada Irrigation District | Monique B. Howry<br>Reed Smith LLP<br>10 S. Wacker Drive, 40th Floor<br>Chicago, IL 60606<br>mhowry@reedmsith.com<br>Counsel to Lodi Gas Storage, L.L.P, Wild Goose, LLC and Nevada Irrigation District |
| Kirsten A. Worley<br>kw@wlawcorp.com<br>Worley Law, P.C.<br>1572 Second Avenue<br>San Diego, CA 92101<br>Counsel to Ballard Marine Construction | Todd W. Blischke<br>TBlischke@williamskastner.com<br>Williams Kastner<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380<br>Counsel to Ballard Marine Construction |
| Thomas F. Koegel CROWELL & MORING LLP<br>3 Embarcadero Center, 26th Floor<br>San Francisco, California 94111<br>tkoegel@crowell.com<br>Counsel to Nexant, Inc. | Monique D. Almy<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>malmy@crowell.com<br>Counsel to Nexant, Inc. |
| ARENT FOX LLP<br>Attn: Andy S. Kong, Esq.<br>Christopher K.S. Wong, Esq.<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013-1065<br>andy.kong@arentfox.com<br>Christopher.wong@arentfox.com<br>Counsel to Genysys Telecommunications Laboratories, Inc. | Danielle A. Pham<br>U.S. Department of Justice<br>Civil Division<br>danielle.pham@usdoj.gov<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875<br>1100 L Street, NW<br>Room 7106<br>Washington DC, 20005<br>Counsel for United States |
| Michael A. Yuffee<br>myuffee@winston.com<br>Winston & Strawn LLP<br>1700 K Street, N.W.<br>Washington, D.C. 20006-3817<br>Counsel to Macquarie Energy LLC | David Neier (pro hac vice requested)<br>dneier@winston.com<br>WINSTON & STRAWN LLP<br>200 Park Avenue, 40th Floor<br>New York, NY 10166-4193<br>Counsel to Macquarie Energy LLC |
| JOSEPH A. EISENBERG P.C.<br>2976 E. State Street, Suite 120 – No. 111<br>Eagle, Idaho 83616<br>E-mail Address: JAE1900@yahoo.com<br>Counsel to Act 1 Group, Inc. | Timothy Graulich<br>Eli J. Vonnegut<br>David Schiff<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>timothy.graulich@davispolk.com<br>eli.vonnegut@davispolk.wardwell<br>david.schiff@davispolk.com<br>Counsel to Citibank, N.A. |

| | |
|---|---|
| Andrew D. Yaphe<br>DAVIS POLK & WARDWELL LLP<br>1600 El Camino Real<br>Menlo Park California 94025<br>Andrew.yaphe@davispolk,com<br>Counsel to Citibank, N.A. | Leslie A. Freiman, Esq.<br>Randy Sawyer, Esq.<br>c/o EDP Renewables North America LLC<br>808 Travis<br>Suite 700<br>Houston, TX 77002<br>Email: Leslie.Freiman@edpr.com<br>Randy.Sawyer@edpr.com |
| Lorraine McGowen, Esq.<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>51 West 52nd Street<br>New York, NY 10019<br>Email: lmcgowen@orrick.com<br>EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Debra Felder, Esq.<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1152 15th Street, NW<br>Washington, DC 20005<br>Email: dfelder@orrick.com<br>EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC |
| Thomas C. Mitchell, Esq.<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>Email: tcmitchell@orrick.com<br>EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | NEWMEYER & DILLION LLP<br>JAMES J. FICENEC, SBN 152172<br>James.Ficenec@ndlf.com<br>JOSHUA B. BEVITZ, SBN 221404<br>Joshua.Bevitz@ndlf.com<br>1333 N. California Blvd, Suite 600<br>Walnut Creek, California 94596<br>Counsel to Exponent, Inc. |
| Abigail V. O'Brient<br>Andrew B. Levin<br>MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.<br>2029 Century Park East, Suite 3100<br>Los Angeles, CA 90067<br>Email: avobrient@mintz.com<br>      ablevin@mintz.com<br>Counsel to Marin Clean Energy | Courtney L. Morgan, Attorney<br>Pension Benefit Guaranty Corporation<br>Office of the General Counsel<br>1200 K Street, N.W.<br>Washington, D.C. 20005-4026<br>morgan.courtney@pbgc.gov<br>efile@pbgc.gov<br>Pension Benefit Guaranty Corporation |
| FINESTONE HAYES LLP<br>Stephen D. Finestone<br>Jennifer C. Hayes<br>456 Montgomery St., 20th Floor<br>San Francisco, CA 94104<br>Email: sfinestone@fhlawllp.com<br>jhayes@fhlawllp.com<br>rwitthans@fhlawllp.com<br>Counsel to Aggreko, MCE Corp., Nor-Cal Pipeline Services, and Roebbelen Contracting, Inc. | Iain A. Macdonald, Esq.<br>Macdonald \| Fernandez LLP<br>221 Sansome Street, Third Floor<br>San Francisco, CA 94104-2323<br>Email: imac@macfern.com<br>Counsel to Interested Party |

| | |
|---|---|
| Barry S. Glaser, Esq.<br>STECKBAUER WEINHART, LLP<br>333 S. Hope Street, 36th Floor<br>Los Angeles, California 90071.<br>Email: bglaser@swesq.com<br>Counsel to Sonoma County Treasurer and Tax Collector | Engineers and Scientists of California, Local 20, IFPTE<br>c/o Emily P. Rich<br>WEINBERG ROGER & ROSENFELD<br>1001 Marina Village Parkway, Suite 200<br>Alameda, California 94501-1091<br>Email: bankruptcycourtnotices@unioncounsel.net<br>erich@unioncounsel.net<br>tmainguy@unioncounsel.net<br>cgray@unioncounsel.net<br>Counsel to Engineers and Scientists of California, Local 20, IFPTE and<br>SEIU United Service Workers - West |
| Peter Ouborg<br>c/o Jeffer Mangels Butler & Mitchell LLP<br>Two Embarcadero Center 5th Floor<br>San Francisco, CA 94111<br>rbk@mbm.com<br>Counsel for Peter Ouborg | Justin E. Rawlins<br>jrawlins@winston.com<br>WINSTON & STRAWN LLP<br>333 S. Grand Avenue, 38th Floor Los Angeles, CA 90071-1543<br>Counsel to Peninsula Clean Energy Authority and Macquarie Energy LLC |
| David Neier<br>dneier@winston.com<br>WINSTON & STRAWN LLP<br>200 Park Avenue, 40th Floor<br>New York, NY 10166-4193<br>Counsel to Peninsula Clean Energy Authority and Macquarie Energy LLC | Heinz Binder (SBN 87908)<br>Robert G. Harris (SBN 124678)<br>BINDER & MALTER, LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050<br>Email: Heinz@bindermalter.com<br>Email: Rob@bindermalter.com<br>Counsel to Almendariz Consulting, Inc. |
| Max Africk<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Max.africk@weil.com<br>Counsel for PG& E Corporation, et al. | Kevin Bostel<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>kevin.bostel@weilcom<br>Counsel to PG& Corporation, et al. |
| Andriana Georgallas<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Andrianna.georgallas@weil.com<br>Counsel to PG&E Corporation, et al. | Matthew Goren<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Matthew.goren@weil.com<br>Counsel to PG& E Corporation, et al. |
| David A. Herman<br>Cravath, Swaine & Moore LLP<br>85 Eighth Avenue<br>New York, NY 10019<br>dherman@cravath.com<br>Counsel to PG& E Corporation, et al. | Tobias S. Keller<br>Keller and Benvenutti LLP<br>650 California St. #1900<br>San Francisco, CA 94108<br>Email: tkeller@kellerbenvenutti.com<br>Counsel to PG& E Corporation, et al. |
| Stephen Karotkin<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Stephen.karotkin@weil.com<br>Counsel to PG& E Corporation, et al. | Jane Kim<br>Keller & Benvenutti LLP<br>650 California St, Suite 1900<br>San Francisco, CA 94108<br>(Email: jkim@kellerbenvenutti.com<br>Counsel to PG& E Corporation, et al. |

| | |
|---|---|
| Kevin Kramer<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>kevin.kramer@weil.com<br>Counsel to PG&E Corporation, et al. | Jessica Liou<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Jessica.liou@weilcom<br>Counsel to PG&E Corporation, et al. |
| Omid H. Nasab<br>Cravath, Swaine & Moore LLP<br>85 Eighth Avenue<br>New York, NY 10019<br>onsab@cravath.com<br>Counsel to PG&E Corporation, et al. | John Nolan<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>John.nolan@weil.com<br>Counsel to PG&E Corporation, et al. |
| Ray C. Schrock<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>ray.schrock@weil.com<br>Counsel to PG&E Corporation, et al. | Paul H. Zumbro<br>Cravath, Swaine & Moore LLP<br>85 Eighth Avenue<br>New York, NY 10019<br>pzumbro@cravath.com<br>Counsel to PG&E Corporation, et al. |
| Bank of New York Mellon<br>Attn: Raymond Torres<br>400 South Hope Street, Suite 500<br>Los Angeles CA 90071<br>raymond.torres@bnymellon.com | Bank of New York Mellon<br>Attn: Timothy J. Marchando<br>500 Grant Street, BNY Mellon Center, Suite 410<br>Pittsburgh, PA 15258<br>Timothy.marchando@bnymellon.com |
| Bank of America<br>Attn: Patrick Boultinghouse, NY1-199-22-00,<br>1 Bryant Park, 22nd Floor<br>New York, NY 10036<br>patrick.boultinghouse@baml.com | Citibank, N.A.<br>Attn: Amit Vasani<br>388 Greenwich Street<br>New York, NY 10012<br>amit.vasani@citi.com |
| MUFG<br>Attn: Nietzsche Rodricks<br>1251 Avenue of the Americas<br>New York, NY 10020-1104<br>nrodricks@mufg.jp | Deutsche Bank<br>Attn: Kathryn Fischer<br>100 Plaza One, 8th Floor<br>MS JCY03-0801<br>Jersey City, NJ 07311<br>kathryn.fischer@db.com |
| Wells Fargo<br>Attn: Shelley C. Anderson<br>One West Fourth Street<br>Winston-Salem, NC 27101<br>chelley.c.anderson@wellsfargo.com | MRO Integrated Solutions LLC<br>Attn: Tracey M. Tomkovicz<br>Maxwell Way, Ste. 200<br>Fairfield, CA 94534<br>tracyt@mrois.com |

| | |
|---|---|
| Roebbelen Contracting, Inc.<br>Attn: Frank Lindsay<br>1241 Hawks Flight Ct.<br>Eldorado Hills, CA 95762<br>FrankL@roebbelen.com | Quanta Energy Services LLC<br>Attn: B.J. Ducey<br>Post Oak Blvd., Ste. 2600<br>Houston, TX 77.56<br>BDucey@QuantaServices.com |
| McKinsey & Company, Inc.<br>Attn: Ron Bland<br>PO Box 7247-7255<br>Philadlephia, PA 19170<br>ron_bland@mckinsey.com | ARB, Inc.<br>Attn: Leah Panlilio<br>2600 Commercentre Dr.<br>Lake Forest, CA 92630<br>contractssf@prim.com |

| | |
|---|---|
| Turner Construction Company<br>Attn: Craig Jones<br>343 Sansone St., Ste. 500<br>San Francisco, CA 94104<br>dcosta@tcco.com | J. Eric Ivester-(**Re-Served by email 1-31-19**)<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>4 Times Square<br>New York, NY 10036<br>eric.ivester@skadden.com |
| **PARTIES SERVED BY EMAIL ON JANUARY 31, 2019** ||
| Gregory A. Rougeau<br>BRUNETTI ROUGEAU LLP<br>235 Montgomery Street, Suite 410<br>San Francisco, CA 94104<br>e-mail: grougeau@brlawsf.com<br>Counsel to Frase Enterprises, Inc. dba Kortick Manufacturing Company- | G. Larry Engel<br>Engel Law, P.C.<br>12116 Horseshoe Lane<br>Nevada City, CA 94123<br>Email: larry@engeladvice.com<br>Counsel to Sonoma Clean Power Authority |
| Mark Gorton<br>Boutin Jones, Inc.<br>555 Capital Mall, Suite 1500<br>Sacramento, CA 95814<br>Email: mgorton@boutinjones.com<br>Counsel to Sonoma Clean Power Authority | Jessica Mullan, General Counsel<br>Sonoma Clean Power Authority<br>50 Santa Rosa Avenue, Fifth Floor<br>Santa Rosa, CA 95494<br>Email: jmullan@sonomacleanpower.org<br>Counsel to Sonoma Clean Power Authority |
| John H. MacConaghy (CA Bar 83684)<br>MACCONAGHY & BARNIER<br>645 First Street West Sonoma, CA 95476 Telephone:<br>macclaw@macbarlaw.com<br>Counsel to Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Frank M. Pitre<br>Alison E. Cordova<br>Abigail D. Blodgett<br>COTCHETT, PITRE & McCARTHY, LLP<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>fpitre@cpmlegal.com – Served 1-31-19<br>acordova@cpmlegal.com-Served 1-31-19<br>ablodgett@cpmlegal.com-Served 1-31-19<br>Counsel to Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 |
| Michael A. Kelly<br>Khaldoun A. Baghdadi<br>Max Schuver<br>WALKUP MELODIA KELLY & SCHOENBERGER<br>650 California Street, 26th Floor<br>San Francisco, CA 94108<br>mkelly@walkuplawoffice.com-served 1-31-19<br>kbaghdadi@walkuplawoffice.com-served1-31-19<br>mschuver@walkuplawoffice.com-served1-31-19<br>Counsel to to Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Bill Robins, III<br>Robert Bryson<br>ROBINS CLOUD LLP<br>808 Wilshire Boulevard, Site 450<br>Santa Monica, CA 90401<br>robins@robinscloud.com<br>rbryson@robinscloud.com<br>Counsel to to Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 |

| | |
|---|---|
| Robert Albery<br>Associate General Counsel<br>Jacobs Engineering<br>9191 South Jamaica Street<br>Englewood, CO 80112<br>E-mail: robert.albery@jacobs.com<br>Counsel to Interested Party<br>CH2M HILL Engineers, Inc | Matthew A. Lesnick<br>Christopher E. Prince<br>LESNICK PRINCE & PAPPAS LLP<br>185 Pier Avenue, Suite 103<br>Santa Monica, CA 90405<br>E-mail: matt@lesnickprince.com<br>        cprince@lesnickprince.com<br>Counsel to Interested Party<br>CH2M HILL Engineers, Inc |
| Richard H. Golubow, Esq.<br>WINTHROP COUCHOT<br>GOLUBOW HOLLANDER, LLP<br>1301 Dove Street, Suite 500<br>Newport Beach, CA 92660<br>rgolubow@wcghlaw.com<br>Counsel to Hoffman Southwest Corp. dba<br>Professional Pipe Services | ROPES & GRAY LLP<br>Gregg M. Galardi<br>Keith H. Wofford<br>Daniel G. Egan<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>gregg.galardi@ropesgray.com<br>keith.wofford@ropesgray.com<br>daniel.egan@ropesgray.com<br>Counsel to ELLIOTT MANAGEMENT<br>CORPORATION, on behalf of itself<br>and certain funds and accounts managed, advised, or<br>sub-advised by it |
| ROPES & GRAY LLP<br>Stephen Moeller-Sally<br>Matthew L. McGinnis<br>Prudential Tower, 800 Boylston Street<br>Boston, MA 02199-3600<br>ssally@ropesgray.com<br>matthew.mcginnis@ropesgray.com<br>Counsel to ELLIOTT MANAGEMENT<br>CORPORATION, on behalf of itself<br>and certain funds and accounts managed, advised, or<br>sub-advised by it | NEWMEYER & DILLION LLP<br>MICHAEL T. KRUEGER, SBN 262841<br>Michael.Krueger@,ndlf.com<br>IVO G. DANIELE, SBN 221491<br>Ivo.Daniele@ndlf.com<br>1333 N. California Blvd, Suite 600<br>Walnut Creek, California 94596)<br>Counsel to ERM-WEST, INC. |
| WILLIAM S. LISA (SBN 310541)<br>wlisa@nixonpeabody.com<br>NIXON PEABODY LLP<br>One Embarcadero Center, 32nd Floor San Francisco,<br>CA 94111<br>Counsel to California Self-Insurer's Security Fund | ROBERT N. H. CHRISTMAS<br>rchristmas@nixonpeabody.com<br>MAXIMILIAN A. FERULLO)<br>mferullo@nixonpeabody.com<br>NIXON PEABODY LLP<br>55 West 46th Street<br>New York, NY 10036<br>Counsel to Counsel to California Self-Insurer's<br>Security |
| RICHARD C. PEDONE<br>rpedone@nixonpeabody.com<br>NIXON PEABODY LLP<br>Exchange Place<br>53 State Street Boston, MA 02109<br>Counsel to Counsel to California Self-Insurer's<br>Security | Mary E. Alexander, Plaintiffs' Liaison Counsel<br>MARY ALEXANDER & ASSOCIATES, P.C.<br>44 Montgomery Street, Suite 1303<br>San Francisco, CA 94104<br>Email: malexander@maryalexanderlaw.com<br>Counsel to the Plaintiffs' Executive Committee<br>appointed by the Superior Court of the State of<br>California, in and for the county of of Alameda, in<br>Case No. RG 16843631 and related cases |

| | |
|---|---|
| STROOCK & STROOCK & LAVAN LLP<br>Kristopher M. Hansen<br>Erez E. Gilad<br>Matthew G. Garofalo<br>180 Maiden Lane<br>New York, NY 10038-4982<br>khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>Counsel to JP Morgan Chase Bank,N.A. | STROOCK & STROOCK & LAVAN LLP<br>Frank A. Merola<br>2029 Century Park East<br>Los Angeles, CA 90067-3086<br>fmerola@stroock.com<br>Counsel to JP Morgan Chase Bank, N.A. |
| Estella O Pino<br>PINO & ASSOCIATES<br>20 Bicentennial Circle, Suite 200<br>Sacramento, CA 95826<br>Email: epino@epinolaw.com<br>Counsel to the Plaintiffs' Executive Committee appointed by the Superior Court of the State of California, in and for the county of of Alameda, in Case No. RG 16843631 and related cases | Dario De Ghetaldi<br>Amanda L. Riddle<br>Steven M. Berki<br>Sumble Manzoor<br>COREY, LUZAICH, DE GHETALDI & RIDDLE LLP<br>700 El Camino Real, P.O. Box 669<br>Millbrae, CA 94030-0669<br>deg@coreylaw.com, alr@coreylaw.com;<br>smb@coreylaw.com; sm@coreylaw.com<br>Counsel to Fire Victim Creditors in 2015 Fresno Gas Pipeline Explosion and Fire Cases, the 2015 Butte Fire Cases, the 2017 North Bay Fire cases, and the 2018 Camp Fire Cases |
| Michael S. Danko<br>Kristine K. Meredith<br>Shawn R. Miller<br>DANKO MEREDITH<br>333 Twin Dolphin Drive, Suite 145<br>Redwood Shores, CA 94065<br>mdanko@dankolaw.com<br>kmeredith@danklolaw.com<br>smiller@dankolaw.com<br>Counsel to Fire Victim Creditors in the 2015 Butte Fire Cases, the 2017 North Bay Fire cases, and the 2018 Camp Fire Cases | Eric Gibbs<br>Dylan Hughes<br>GIBBS LAW GROUP<br>505 14th Street, Suite 1110<br>Oakland, CA 94612<br>ehg@classlawgroup.com<br>dsh@classlawgroup.com<br>Counsel to Fire Victim Creditors in the 2017 North Bay Fire Cases, and the 2018 Camp Fire Cases |
| Procopio, Cory, Hargreaves & Savitch LLP<br>525 B Street, Suite 2200<br>San Diego, CA 92101<br>Email: gerald.kennedy@procopio.com<br>Attn: Gerald P. Kennedy, Esq.<br>Counsel to Creditor Agile Sourcing Partners, Inc. | Christopher O. Rivas<br>REED SMITH LLP<br>355 South Grand Avenue, Suite 2900<br>Los Angeles, CA 90071-1514<br>Email: crivas@reedsmith.com<br>Counsel to Kiefner and Associates, Inc. and JAN X-Ray Services, Inc. and AECOM Technical Services, Inc. |
| TROUTMAN SANDERS LLP<br>Gabriel Ozel, Bar No. 269098<br>gabriel.ozel@troutman.com<br>11682 El Camino Real, Suite 400<br>San Diego, CA 92130-2092<br>gabriel.ozel@troutman.com<br>Counsel to Consolidated Edison Development, Inc. | Victor A. Vilaplana<br>FOLEY & LARDNER LLP<br>3579 Valley Centre Drive, Suite 300<br>San Diego, CA 92130<br>vavilaplana@foley.com<br>Counsel to Michels Corporation |

| | |
|---|---|
| Erika L. Morabito<br>Brittany J. Nelson<br>FOLEY & LARDNER LLP<br>3000 K Street, NW, Suite 600<br>Washington, DC 20007-5109<br>emorabito@foley.com<br>bnelson@foley.com<br>Counsel to Michels Corporation | Howard Seife (pro hac vice pending)<br>Christy Rivera (pro hac vice pending)<br>Andrew Rosenblatt (pro hac vice pending)<br>NORTON ROSE FULBRIGHT US LLP<br>1301 Avenue of the Americas<br>New York, New York 10019<br>howard.seife@nortonrosefulbright.com<br>christy.rivera@nortonrosefulbright.com<br>andrew.rosenblatt@nortonrosefulbright.com<br>Counsel to NextEra, Inc. |
| Keith J. Cunningham<br>Pierce Atwood LLP<br>Merrill's Wharf<br>254 Commercial Street<br>Portland, ME 04101<br>Email: kcunningham@PierceAtwood.com<br>Counsel to California Independent System Operator | |

# EXHIBIT B

Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
Philadelphia PA  19104-5016

Office of the United States Attorney for
the Northern District of California
Federal Courthouse
450 Golden Gate Avenue
San Francisco CA  94102
Attn: Bankruptcy Unit

PG&E Corporation
77 Beale Street
P.O. Box 77000
San Francisco CA  94177
Attn: President or General Counsel

Nuclear Regulatory Commission
U.S. Nuclear Regulatory Commission
U.S. NRC Region IV
1600 E. Lamar Blvd.
Arlington TX  76011
Attn: General Counsel

Nuclear Regulatory Commission
U.S. Nuclear Regulatory Commission
Washington DC  20555-0001
Attn: General Counsel

Douglas Provencher
Provencher & Flatt, LLP
823 Sonoma Avenue
Santa Rosa, CA  95404.