

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)|
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

-and-

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Proposed Attorneys for Debtors and Debtors in Possession*

**Signed and Filed: February 1, 2019**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>   **- and -**<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                 Debtors.<br><br>☐    Affects PG& Corporation<br>☐    Affects Pacific Gas and Electric<br>       Company<br>☐    Affects both Debtors<br> *\* ALL PAPERS SHALL BE FILED IN THE*<br> *LEAD CASE, NO. 19-30088 (DM).* | Case Nos. 19 - 30088 (DM)<br>            19 - 30089 (DM)<br><br>Chapter 11<br><br>**ORDER AUTHORIZING OVERSIZE**<br>**BRIEFING FOR FIRST DAY MOTIONS**<br>**PURSUANT TO L.B.R. 9013-1(c)** |

ORDER AUTHORIZING OVERSIZE BRIEFING

The Court, having reviewed the Ex Parte Application for Order Authorizing Oversize Briefing for Certain First Day Motions Pursuant to L.B.R. 9013-1(c) (the "**Application**") filed on January 29, 2019, and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Application is granted, as provided herein.

2.      The Debtors are authorized to file and serve memoranda of points and authorities in the First Day Motions, as defined in the Application, in excess of 25 pages.

**\*\* END OF ORDER \*\***

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119