2

WALTER WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
Michael L. Wilhelm #101495
205 E. River Park Cir., Ste. 410
Fresno, CA 93720
Telephone:    (559) 435-9800
Facsimile:    (559) 435-9868
E-mail:    rileywalter@W2LG.com
E-mail:    MWilhelm@W2LG.com

Counsel for Midway Sunset Cogeneration Company

(SPACE BELOW FOR FILING STAMP ONLY)

# IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | CASE NO.  19-30088 |
| PG&E CORPORATION, | Chapter 11 |
| Debtor. | Date:    N/A |
| Tax ID #:    94-3234914 | Time:    N/A |
| | Place:    450 Golden Gate Avenue |
| | San Francisco, CA 94102 |
| | Courtroom 17, 16th Floor |
| | Judge:    Honorable Dennis Montali |

### REQUEST FOR SPECIAL NOTICE

TO:  DEBTOR, U.S. TRUSTEE, AND ALL INTERESTED PARTIES, and to their attorneys of record herein:

Midway Sunset Cogeneration Company, a party in interest herein, requests that separate and special notice be provided to its counsel of all matters filed in the within proceeding, as required by the Federal Rules of Bankruptcy Proceedings and applicable local bankruptcy rules.  Notice should be sent to:

///

///

REQUEST FOR SPECIAL NOTICE

-1-

M:\M-O\Midway Sunset Cogeneration Company\Request Spec Ntc 020119.jmm (Midway) 1.docx

Case: 19-30088    Doc# 248    Filed: 02/01/19    Entered: 02/01/19 14:02:10    Page 1 of 2

WALTER WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter
Michael L. Wilhelm
205 E. River Park Circle, Suite 410
Fresno, California  93720
Fax No. (559) 435-9868
E-mail: rileywalter@W2LG.com
E-mail: MWilhelm@W2LG.com

Aera Energy LLC
Ron A. Symm, Assistant General Counsel
10000 Ming Avenue
Bakersfield, CA 93311
(661) 665-5791
Email: RASymm@aeraenergy.com

Dated: February 1, 2019

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: _____
Riley C. Walter, Attorneys for
Midway Sunset Cogeneration Company