Christy Rivera
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas, New York,
NY 10019. Telephone: 212-408-5100

FILED
FEB - 1 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re

PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY,

Debtor(s).

Case No. 19-30088-DM and 19-30089-DM
Chapter 11

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, __Christy Rivera__, an active member in good standing of the bar of __New York__, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing __NextEra Energy, Inc., et al.__ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Samuel M. Kidder, Klee, Tuchin, Bogdanoff & Stern LLP, 1999 Avenue of the Stars, 39th Floor, Los Angeles, CA 90067, Tel: 310-407-4000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 30, 2019

*Christy Rivera*
Christy Rivera