Christopher R. Belmonte
Pamela A. Bosswick
Abigail Snow
SATTERLEE STEPHENS LLP
230 Park Avenue
New York, New York 10169
Telephone: (212) 818-9200
Facsimile: (212) 818-9606

*Attorneys for International Business Machines Corp.*

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| Debtor. | |
| In re: | Case No. 19-30089 (DM) |
| PACIFIC GAS AND ELECTRIC COMPANY, | Chapter 11 |
| Debtor. | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR NOTICE AND DOCUMENTS

PLEASE TAKE NOTICE that, the undersigned hereby appears as counsel for International Business Machines Corp. ("IBM"), a party in interest herein under 11 U.S.C. § 1109(b), in the above-captioned cases. Such counsel hereby enters its appearance, pursuant to 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 9010, and, pursuant to 11 U.S.C. §§ 102(1) and 342, and Federal Rules of Bankruptcy

1

Procedure 2002, 3017 and 9007, requests that copies of all notices or pleadings filed, given or required to be given in this case, and all papers served or required to be served in this case, be delivered to and served upon the undersigned at the following offices, post office addresses, email addresses, fax and telephone numbers:

>Christopher R. Belmonte, Esq.
>Pamela A. Bosswick, Esq.
>Satterlee Stephens LLP
>230 Park Avenue
>New York, New York 10169
>Tel:   (212) 818-9200
>Fax:   (212) 818-9606
>Email: cbelmonte@ssbb.com
>       pbosswick@ssbb.com

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, all other notices, papers, reports, orders, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, which affects the Debtors or the property of the Debtors.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 3017(a), IBM requests that its counsel be provided with copies of any disclosure statements and plans of reorganization.

This Notice of Appearance and Request for Notice and Documents shall not be deemed or construed to be a waiver of the rights of IBM to (i) have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) trial by jury in

any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) have the District Court or the Bankruptcy Court abstain from hearing any matter subject to such abstention, (iv) have the District Court withdraw the reference in any matters subject to such withdrawal, or (v) any other rights, claims, set-offs, or recoupments to which it may be entitled, which rights it expressly reserves.

Dated: New York, New York
       January 31, 2019

                                  SATTERLEE STEPHENS LLP
                                  Attorneys for IBM

                         By: /s/ Christopher R. Belmonte
                                Christopher R. Belmonte
                                Pamela A. Bosswick
                                Abigail Snow
230 Park Avenue
New York, New York 10169
(212) 818-9200

# DECLARATION OF SERVICE

Christopher R. Belmonte, declares:

1. I am a partner of Satterlee Stephens LLP which represents International Business Machines Corp. ("IBM"). I am a citizen of the United States, over the age of 18, and competent to make this Declaration.

2. On or about January 31, 2019, I caused to be filed the Notice of Appearance and Request for Notice and Documents on behalf of IBM with the Clerk of the court.

3. In addition, on January 31, 2019, I caused to be served the foregoing document via U.S. Mail upon the persons listed below:

Arocles Aguilar
California Public Utilities Commission
505 Van Ness Ave.
San Francisco, CA 94102

Shawn M. Christianson
Buchalter, Nemer, Fields and Younger
55 2nd. St. 17th Floor
San Francisco, CA 94105-3493

Jonathan R. Doolittle
Reed Smith LLP
101 2nd St. #1800
San Francisco, CA 94105

David V. Duperrault
Silicon Valley Law Group
50 W San Fernando St. #750
San Jose, CA 95113-2434

Michael P. Esser
Kirkland & Ellis LLP
555 California St, 27th Fl
San Francisco, CA 94104

John D. Fiero
Pachulski, Stang, Ziehl, and Jones
150 California St. 15th Fl.
San Francisco, CA 94111-4500

Mark A. Gorton
McDonough, Holland and Allen
500 Capitol Mall 18th Fl
Sacramento, CA 95814

Debra I. Grassgreen
Pachulski, Stang, Ziehl, and Jones LLP
150 California St. 15th Fl.
San Francisco, CA 94111-4500

Roberto J. Kampfner
Law Offices of White and Case
633 W 5th St. #1900
Los Angeles, CA 90071

Tobias S. Keller
Keller and Benvenutti LLP
650 California St. #1900
San Francisco, CA 94108

Lynette C. Kelly
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

Samuel M. Kidder
Klee, Tuchin, Bogdanoff and Stern LLP
1999 Ave. of the Stars, 39th Fl.
Los Angeles, CA 90067

Jane Kim
Keller & Benvenutti LLP
650 California St, Suite 1900
San Francisco, CA 941 08

Thomas F. Koegel
Crowell and Moring LLP
3 Embarcadero Center 26th Fl.
San Francisco, CA 94111

Andy S. Kong
Arent Fox LLP
555 West Fifth St. 48th Fl
Los Angeles, CA 90013-1065

Richard A. Lapping
Trodella & Lapping LLP
540 Pacific Ave.
San Francisco, CA 94133

John William Lucas
Pachulski Stang Ziehl and Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

Kerri Lyman
Irell and Manella LLP
840 Newport Center Dr. #400
Newport Beach, CA 92660

John H. MacConaghy
MacConaghy and Barnier
645 1st St. W #D
Sonoma, CA 95476

David L. Neale
Levene, Neale, Bender, Rankin and Brill
1801 Ave. of the Stars #1120
Los Angeles, CA 90067

Gregory C. Nuti
Nuti Hart LLP
411 30th St. #408
Oakland, CA 94609

Valerie Bantner Peo
Buchalter Nemer, A Professional Corp.
55 Second St. 17th Fl
San Francisco, CA 95105

Danielle A. Pham
US Dept. of Justice
Civil Division
PO Box 875
Ben Franklin Station
Washington, DC 20044

Thomas R. Phinney
Parkinson Phinney, LLP
400 Capital Mall #2560
Sacramento, CA 95814

R. Alexander Pilmer
Kirkland and Ellis LLP
333 South Hope St.
Los Angeles, CA 90071

M. Ryan Pinkston
Seyfarth Shaw LLP
131 S Dearborn St. #2400
Chicago, IL 60603-5577

Douglas B. Provencher
Law Offices of Provencher and Flatt
823 Sonoma Ave.
Santa Rosa, CA 95404

Lary Alan Rappaport
Proskauer Rose LLP
2029 Century Park E #2400
Los Angeles, CA 90067-3010

Gregory A. Rougeau
Brunetti Rougeau LLP
400 Montgomery St. # 1 000
San Francisco, CA 94104

David B. Shemano
Peitzman, Weg & Kempinsky LLP
2029 Century Park East, # 3100
Los Angeles, CA 90067

James A. Shepherd
Elkington Shepherd LLP
409 13th St. 10th Fl.
Oakland, CA 94612

Michael St. James
St. James Law
22 Battery St. #888
San Francisco, CA 94111

Meagan S. Tom
Locke Lord LLP
44 Montgomery St. #41 00
San Francisco, CA 94104

Edward Tredinnick
Greene, Radovsky, Maloney and Share
4 Embarcadero Center #4000
San Francisco, CA 94111

Marta Villacorta
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

John A. Vos
Law Offices of John A. Vos
1430 Lincoln Ave.
San Rafael, CA 94901

Genevieve G. Weiner
Gibson Dunn & Crutcher LLP
333 S Grand Ave.
Los Angeles, CA 90071

Kimberly S. Winick
Clark and Trevithick
800 Wilshire Blvd. 12th Fl
Los Angeles, CA 90017

Kirsten A. Worley
Worley Law Corp. PC
26632 Towne Centre Dr. #300
Foothill Ranch, CA 92610

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 31st day of January, 2019, at New York, New York.

By: _____
Christopher R. Belmonte