STROOCK & STROOCK & LAVAN LLP
Kristopher M. Hansen (*pro hac vice* pending)
(khansen@stroock.com)
Erez E. Gilad (*pro hac vice* pending)
egilad@stroock.com)
Matthew G. Garofalo (*pro hac vice* pending)
(mgarofalo@stroock.com)
180 Maiden Lane
New York, NY 10038-4982
Tel: 212 806 5400
Fax: 212 806 6006

STROOCK & STROOCK & LAVAN LLP
Frank A. Merola (#136934)
(fmerola@stroock.com)
2029 Century Park East
Los Angeles, CA 90067-3086
Tel: 310 556-5800
Fax: 310 556 5959

*Attorneys for JPMorgan Chase Bank, N.A., as*
*DIP Administrative Agent*

FILED

FEB − 1 2019

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>                **Debtor.**<br><br>**Tax I.D. No. 94-3234914** | Case Nos. 19-30088 (DM)<br>              19-30089 (DM)<br><br>Chapter 11<br><br>**APPLICATION FOR ADMISSION OF**<br>**ATTORNEY *PRO HAC VICE*** |
| **In re:**<br><br>**PACIFIC GAS AND ELECTRIC**<br>**COMPANY**<br><br>                **Debtor.**<br><br>**Tax I.D. No. 94-0742640** | |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Matthew G. Garofalo, an active member

in good standing of the bar of the State of New York, hereby applies for admission to practice in

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

the Northern District of California on a *pro hac vice* basis representing JPMorgan Chase Bank, N.A., as DIP Administrative Agent, in the above-entitled actions.

In support of this application, I certify on oath that:

1.     I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.     I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3.     An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled actions. The name, address and telephone number of that attorney is:

> Frank A. Merola (#136934)
> Stroock & Stroock & Lavan LLP
> 2029 Century Park East
> Los Angeles, CA 90067-3086
> Tel: 310 556-5800
> fmerola@stroock.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    January 29, 2019

_____
Matthew G. Garofalo

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611140073
Cashier ID: almaceh
Transaction Date: 01/31/2019
Payer Name: stroock and stroock and
------------------------------------
PRO HAC VICE
 For: matthew g garofalo
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:      $310.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 033796
 Amt Tendered: $310.00
------------------------------------
Total Due:      $310.00
Total Tendered: $310.00
Change Amt:     $0.00

19-30088


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```