IRELL & MANELLA LLP
Craig Varnen (170263)
1800 Ave of the Stars, Ste 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Email: cvarnen@irell.com



FILED

FEB - 1 2019

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

PACIFIC GAS & ELECTRIC CORP., et al.,

Debtor(s).

Case No. 19-30088/19-30089
Chapter 11

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a)(29) and Civil L.R. 11-3, Lisa Schweitzer, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing BlueMountain Capital Mgmt LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Craig Varnen

Irell & Manella LLP, 1800 Avenue of the Stars, Ste 900, Los Angeles, CA 90067

310-277-1010

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 29, 2019

Lisa Schweitzer

## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# LISA MARIA SCHWEITZER

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **July 14, 1997**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**January 28, 2019**

1883

Clerk of the Court

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611140072
Cashier ID: nuness
Transaction Date: 01/31/2019
Payer Name: Cleary Gottbief Steen Hamilt
on
----------------------------------
PRO HAC VICE
 For: Lisa Schweitzer
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:         $310.00
----------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 439684
 Amt Tendered:  $310.00
----------------------------------
Total Due:       $310.00
Total Tendered: $310.00
Change Amt:       $0.00

bk cases 19-30088, 19-90089


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```