Joshua D. Morse (SBN 211050)
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, California 94105-2933
Tel: (415) 836-2500
Fax: (415) 836-2501
Email: joshua.morse@dlapiper.com

Eric Goldberg (SBN 157544)
David Riley (SBN 292087)
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
Tel: (310) 595-3000
Fax: (310) 595-3300
Email: eric.goldberg@dlapiper.com
Email: david.riley@dlapiper.com

*Attorneys for the Ad Hoc Committee
of Unsecured Tort Claimant Creditors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>          Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br><br><br>**NOTICE OF APPEARANCE OF DLA PIPER LLP (US) AS COUNSEL TO THE AD HOC COMMITTEE OF UNSECURED TORT CLAIMANT CREDITORS AND REQUEST FOR SPECIAL NOTICE** |

Eric Goldberg, Joshua D. Morse and David Riley of the law firm DLA Piper LLP (US), attorneys for the Ad Hoc Committee of Unsecured Tort Claimant Creditors (the "Committee"), hereby enter their appearance on the record in the above-entitled bankruptcy proceedings pursuant to Bankruptcy Rule 9010(b), and pursuant to Bankruptcy Rules 2002 and 3017(a) hereby request special notice of all hearings, actions, contested matters, and adversary proceedings in these cases, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection with these proceedings by the Court, Debtors, or other parties in interest, including copies of all plans of adjustment and disclosure statements. All notices and copies in response to the foregoing, and, pursuant to Bankruptcy Rule 2002, all notices required to be mailed to the Committee pursuant to Bankruptcy Rule 2002, should be directed to:

| | |
|---|---|
| Joshua D. Morse<br>**DLA PIPER LLP (US)**<br>555 Mission Street, Suite 2400<br>San Francisco, California 94105-2933<br>Tel: (415) 836-2500<br>Fax: (415) 836-2501<br>Email: joshua.morse@dlapiper.com | Eric Goldberg<br>David Riley<br>**DLA PIPER LLP (US)**<br>2000 Avenue of the Stars<br>Suite 400 North Tower<br>Los Angeles, California 90067-4704<br>Tel: (310) 595-3000<br>Fax: (310) 595-3300<br>Email: eric.goldberg@dlapiper.com<br>Email: david.riley@dlapiper.com |

Neither this paper nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, nor any other writing or conduct, shall (i) expressly or impliedly designate the undersigned as agent for service of process on the Committee (or any member of the Committee), or (ii) constitute a waiver of any of the following rights of the Committee (or any member of the Committee):

(a) Right to have any and all final orders in any and all non-core matters entered only after *de novo* review by United States District Court Judge;

(b) Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding relating hereto, notwithstanding the designation *vel non* of such matters as "core

proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

(c) Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject only to mandatory or discretionary withdrawal; and

(d) Other rights, claims, actions, defenses, setoffs, recoupments, or other matters to which the party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto the Committee (or all members of the Committee) without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in the above-captioned cases and ancillary proceedings.

Dated: February 1, 2019          **DLA PIPER LLP (US)**

By: */s/ Eric Goldberg*
            Eric Goldberg

*Attorneys for the Ad Hoc Committee of Unsecured Tort Claimant Creditors*