PILLSBURY WINTHROP SHAW PITTMAN LLP

M. David Minnick (State Bar No. 54148)
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94126-5998
(415) 983-1000
dminnick@pillsburylaw.com

Leo T. Crowley (*pro hac vice admission pending*)
1540 Broadway
New York, NY 10036
(212) 858-1000
leo.crowley@pillsburylaw.com

Dania Slim (*pro hac vice admission pending*)
324 Royal Palm Way, Suite 220
Palm Beach, Florida 33480
(561) 232-3300
dania.slim@pillsburylaw.com

Counsel for Bank of America, N.A., as agent and as lender

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.** | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), as counsel for Bank of America, N.A., as agent and as lender ("Bank of America") in the above-captioned cases, and requests that copies of all notices and pleadings in the above-captioned cases be given to and served upon:

>M. David Minnick (State Bar No. 54148)
>PILLSBURY WINTHROP SHAW PITTMAN LLP
>Four Embarcadero Center, 22nd Floor
>San Francisco, CA 94126-5998
>(415) 983-1000
>dminnick@pillsburylaw.com
>
>Leo T. Crowley (*pro hac vice admission pending*)
>PILLSBURY WINTHROP SHAW PITTMAN LLP
>1540 Broadway
>New York, NY 10036
>(212) 858-1000
>leo.crowley@pillsburylaw.com
>
>Dania Slim (*pro hac vice admission pending*)
>PILLSBURY WINTHROP SHAW PITTMAN LLP
>324 Royal Palm Way, Suite 220
>Palm Beach, Florida 33480
>(561) 232-3300
>dania.slim@pillsburylaw.com
>
>John McCusker
>Bank of America Tower
>Mail code: NY1-100-21-01
>One Bryant Park
>New York, NY 10036
>(646) 855-2464
>John.mccusker@baml.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Rules 2002, 3017(a), and 9007, the foregoing request includes not only the notices and pleadings referred to in the Bankruptcy Code and Bankruptcy Rules, but also includes, without limitation, all plans and disclosure statements, all orders and notices of any application, motion, petition, complaint,

2

Case: 19-30088    Doc# 261    Filed: 02/01/19    Entered: 02/01/19 16:28:11    Page 2 of 3

4810-9975-8982.v4

demand, request or other pleading in this case, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise filed or given with regard to this case.

**PLEASE TAKE FURTHER NOTICE** that neither this notice and request nor any later appearance, pleading, proof of claim, claim, or suit filed in this case shall be deemed or construed as a waiver of Bank of America's (i) right to have final orders in any non-core matter entered only after *de novo* review by a district judge, (ii) right to trial by jury in any proceeding so triable in this cases or any case, controversy, or proceeding related to this cases, (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) other rights, claims, actions, defenses, setoffs, or recoupments, as appropriate, to which Bank of America is or may be entitled, either in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: February 1, 2019      PILLSBURY WINTHROP SHAW PITTMAN LLP

/s/ *M. David Minnick*
M. David Minnick (State Bar No. 54148)
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94126-5998
(415) 983-1000
dminnick@pillsburylaw.com

Leo T. Crowley (*pro hac vice admission pending*)
1540 Broadway
New York, NY 10036
(212) 858-1000
leo.crowley@pillsburylaw.com

Dania Slim (*pro hac vice admission pending*)
324 Royal Palm Way, Suite 220
Palm Beach, Florida 33480
(561) 232-3300
dania.slim@pillsburylaw.com

*Counsel for Bank of America, N.A.*

Case: 19-30088  Doc# 261  Filed: 02/01/19  Entered: 02/01/19 16:28:11  Page 3 of 3

4810-9975-8982.v4