# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: lsanders | Date Created: 2/5/2019 |
| Case: 19−30088 | Form ID: TRANSC | Total: 5 |

**Recipients of Notice of Electronic Filing:**
aty    Lynette C. Kelly    lynette.c.kelly@usdoj.gov
aty    Tobias S. Keller    tkeller@kellerbenvenutti.com

TOTAL: 2

**Recipients submitted to the Claims Agent (Prime Clerk):**
aty    Stephen Karotkin    Weil, Gotshal & Manges LLP    767 Fifth Avenue    New York, NY 10153
       Kristopher M. Hansen    Strook and Strook and Lavan LLP    2029 Century Park East, 18th Fl    Los Angeles, CA 90067
       Marc S. Sacks    U.S. Department of Justice    P.O. Box 875    Ben Franklin Station    Washington, DC 20044−0875

TOTAL: 3