United States Bankruptcy Court
Northern District of California

In re:                                                                                                      Case No. 19-30088-DM
PG&E Corporation                                                                             Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0971-3          User: admin                    Page 1 of 3                  Date Rcvd: Jan 31, 2019
                                      Form ID: OFP                   Total Noticed: 19

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2019.
db             +PG&E Corporation,    77 Beale Street,    PO Box 770000,    San Francisco, CA 94177-0001
aty            +Andriana Georgallas,    Weil, Gotshal & Manges LLP,    767 Fifth Avenue,
                 New York, NY 10153-0119
aty            +David A. Herman,    Cravath, Swaine & Moore LLP,    85 Eighth Avenue,    New York, NY 10011-5134
aty            +Jessica Liou,    Weil, Gotshal & Manges LLP,    767 Fifth Avenue,    New York, NY 10153-0119
aty            +John Nolan,    Weil, Gotshal & Manges LLP,    767 Fifth Avenue,    New York, NY 10153-0119
aty            +Kevin Bostel,    Weil, Gotshal & Manges LLP,    767 Fifth Avenue,    New York, NY 10153-0119
aty            +Kevin J. Orsini,    Cravath, Swaine & Moore LLP,    85 Eighth Avenue,    New York, NY 10011-5134
aty            +Kevin Kramer,    Weil, Gotshal & Manges LLP,    767 Fifth Avenue,    New York, NY 10153-0119
aty            +Matthew Goren,    Weil, Gotshal & Manges LLP,    767 Fifth Avenue,    New York, NY 10153-0119
aty            +Max Africk,    Weil, Gotshal & Manges LLP,    767 Fifth Avenue,    New York, NY 10153-0119
aty            +Omid H. Nasab,    Cravath, Swaine & Moore LLP,    85 Eighth Avenue,    New York, NY 10011-5134
aty            +Paul H. Zumbro,    Cravath, Swaine & Moore LLP,    85 Eighth Avenue,    New York, NY 10011-5134
aty            +Ray C. Schrock,    Weil, Gotshal & Manges LLP,    767 Fifth Avenue,    New York, NY 10153-0119
aty            +Stephen Karotkin,    Weil, Gotshal & Manges LLP,    767 Fifth Avenue,    New York, NY 10153-0119
aty            +Theodore Tsekerides,    Weil, Gotshal & Manges LLP,    767 Fifth Avenue,
                 New York, NY 10153-0119

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: itcdbg@edd.ca.gov Feb 01 2019 02:46:48      CA Employment Development Dept.,
                 Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA  94280-0001
smg             E-mail/Text: BKBNCNotices@ftb.ca.gov Feb 01 2019 02:47:26      CA Franchise Tax Board,
                 Special Procedures Bankruptcy Unit,    P.O. Box 2952,    Sacramento, CA  95812-2952
smg            +E-mail/Text: itcdbg@edd.ca.gov Feb 01 2019 02:46:48      Chief Tax Collection Section,
                 Employment Development Section,    P.O. Box 826203,    Sacramento, CA 94230-0001
smg             E-mail/Text: cio.bncmail@irs.gov Feb 01 2019 02:46:40      IRS,    P.O. Box 7346,
                 Philadelphia, PA  19101-7346
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2019                                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2019 at the address(es) listed below:
              Abigail O'Brient    on behalf of Creditor    Marin Clean Energy aobrient@mintz.com,
               docketing@mintz.com
              Andy S. Kong    on behalf of Creditor    Genesys Telecommunications Laboratories, Inc.
               kong.andy@arentfox.com
              Barry S. Glaser    on behalf of Creditor    Sonoma County Treasurer & Tax Collector
               bglaser@swesq.com
              Bennett L. Spiegel    on behalf of Creditor    McKinsey & Company, Inc. U.S. blspiegel@jonesday.com
              Christopher Kwan Shek Wong    on behalf of Creditor    Genesys Telecommunications Laboratories,
               Inc. christopher.wong@arentfox.com
              Courtney L. Morgan    on behalf of Creditor    Pension Benefit Guaranty Corporation
               morgan.courtney@pbgc.gov
              Danielle A. Pham    on behalf of Defendant    Federal Energy Regulatory Commission
               danielle.pham@usdoj.gov
              Danielle A. Pham    on behalf of Interested Party    United States on behalf of the Federal Energy
               Regulatory Commission danielle.pham@usdoj.gov
              David Neier    on behalf of Interested Party    Macquarie Energy LLC dneier@winston.com
              David B. Shemano    on behalf of Interested Party    East Bay Community Energy Authority
               dshemano@pwkllp.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        David L. Neale    on behalf of Interested Party    California Independent System Operator dln@lnbrb.com
        David M. Stern    on behalf of Interested Party    NextEra Energy, Inc. dstern@ktbslaw.com
        David V. Duperrault    on behalf of Creditor    TURN-The Utility Reform Network dvd@svlg.com, edn@svlg.com
        Debra I. Grassgreen    on behalf of Creditor Debra  Grassgreen dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
        Douglas B. Provencher    on behalf of Interested Party    Provencher & Flatt dbp@provlaw.com
        Edward Tredinnick    on behalf of Creditor    City and County of San Francisco etredinnick@grmslaw.com
        Emily P. Rich    on behalf of Creditor    Engineers and Scientists of California, Local 20, IFPTE erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
        Emily P. Rich    on behalf of Creditor    SEIU United Service Workers - West erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
        G. Larry Engel    on behalf of Creditor    Sonoma Clean Power Authority larry@engeladvice.com
        Genevieve G. Weiner    on behalf of Creditor    Topaz Solar Farms LLC gweiner@gibsondunn.com
        Gregory A. Rougeau    on behalf of Creditor Gregory  Frase Enterprises, Inc. dba Kortick Manufacturing Company grougeau@brlawsf.com
        Gregory C. Nuti    on behalf of Creditor    Yuba County gnuti@nutihart.com, nwhite@nutihart.com
        Gregory C. Nuti    on behalf of Creditor    Town of Paradise gnuti@nutihart.com, nwhite@nutihart.com
        Gregory C. Nuti    on behalf of Creditor    Nevada County gnuti@nutihart.com, nwhite@nutihart.com
        Gregory C. Nuti    on behalf of Creditor    Calaveras County Water District gnuti@nutihart.com, nwhite@nutihart.com
        Gregory C. Nuti    on behalf of Creditor    Sonoma Valley County Sanitation District gnuti@nutihart.com, nwhite@nutihart.com
        Gregory C. Nuti    on behalf of Creditor    Sonoma County Community Development Commission gnuti@nutihart.com, nwhite@nutihart.com
        Gregory C. Nuti    on behalf of Creditor    Sonoma County Agricultural Preservation and Open Space District gnuti@nutihart.com, nwhite@nutihart.com
        Gregory C. Nuti    on behalf of Creditor    Napa County gnuti@nutihart.com, nwhite@nutihart.com
        Gregory C. Nuti    on behalf of Creditor    City of Clearlake gnuti@nutihart.com, nwhite@nutihart.com
        Gregory C. Nuti    on behalf of Creditor    Sonoma County gnuti@nutihart.com, nwhite@nutihart.com
        Gregory C. Nuti    on behalf of Creditor    Butte County gnuti@nutihart.com, nwhite@nutihart.com
        Gregory C. Nuti    on behalf of Creditor    Sonoma County Water Agency gnuti@nutihart.com, nwhite@nutihart.com
        Gregory C. Nuti    on behalf of Creditor    City of Napa gnuti@nutihart.com, nwhite@nutihart.com
        Gregory C. Nuti    on behalf of Creditor    Mendocino County gnuti@nutihart.com, nwhite@nutihart.com
        Gregory C. Nuti    on behalf of Creditor    City of Santa Rosa gnuti@nutihart.com, nwhite@nutihart.com
        Gregory C. Nuti    on behalf of Creditor    Lake County gnuti@nutihart.com, nwhite@nutihart.com
        Iain A. Macdonald    on behalf of Interested Party Iain A. Macdonald iain@macfern.com, ecf@macfern.com
        James A. Shepherd    on behalf of Creditor    W. Bradley Electric, Inc. jim@elkshep.com, ecf@elkshep.com
        James J. Ficenec    on behalf of Creditor    Exponent, Inc. jficenec@archernorris.com, ybullock@archernorris.com
        Jane Kim    on behalf of Debtor    PG&E Corporation jkim@kellerbenvenutti.com
        Jeffrey C. Krause    on behalf of Creditor    Topaz Solar Farms LLC jkrause@gibsondunn.com, psantos@gibsondunn.com
        Jennifer C. Hayes    on behalf of Creditor    MCE Corporation jhayes@fhlawllp.com
        Jennifer C. Hayes    on behalf of Creditor    Roebbelen Contracting, Inc. jhayes@fhlawllp.com
        Jennifer C. Hayes    on behalf of Creditor    Aggreko jhayes@fhlawllp.com
        Jennifer C. Hayes    on behalf of Creditor    Nor-Cal Pipeline Services jhayes@fhlawllp.com
        John A. Vos    on behalf of Interested Party John A. Vos InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
        John D. Fiero    on behalf of Creditor    TRC Companies, Inc. jfiero@pszjlaw.com, ocarpio@pszjlaw.com
        John H. MacConaghy    on behalf of Interested Party    Individual Plaintiffs Executive Committee Appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
        John William Lucas    on behalf of Interested Party    The Baupost Group, L.L.C. jlucas@pszjlaw.com, ocarpio@pszjlaw.com
        Jonathan R. Doolittle    on behalf of Creditor    Wild Goose, LLC jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
        Jonathan R. Doolittle    on behalf of Creditor    Nevada Irrigation District jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
        Jonathan R. Doolittle    on behalf of Creditor    Lodi Gas Storage, L.L.P. jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
        Joseph A. Eisenberg    on behalf of Creditor    The Act 1 Group, Inc. jae@jmbm.com, bt@jmbm.com
        Justin E. Rawlins    on behalf of Interested Party    Macquarie Energy LLC jrawlins@winston.com
        Justin E. Rawlins    on behalf of Creditor    Peninsula Clean Energy Authority jrawlins@winston.com
        Kerri Lyman    on behalf of Interested Party    BlueMountain Capital Management, LLC klyman@irell.com, lgauthier@irell.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Kimberly S. Winick    on behalf of Interested Party    California Community Choice Association
               kwinick@clarktrev.com, knielsen@clarktrev.com
              Kirsten A. Worley    on behalf of Creditor    Ballard Marine Construction, Inc. kw@wlawcorp.com,
               admin@wlawcorp.com
              Lary Alan Rappaport    on behalf of Interested Party    Ad Hoc Group of Institutional Bondholders
               of Pacific Gas and Electric Co. lrappaport@proskauer.com, PHays@proskauer.com
              Lary Alan Rappaport    on behalf of Interested Party    Ad Hoc Group of Institutional Par
               Bondholders of Pacific Gas and Electric Co. lrappaport@proskauer.com, PHays@proskauer.com
              Lynette C. Kelly    on behalf of U.S. Trustee    Office of the U.S. Trustee / SF
               lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
              M. Ryan Pinkston    on behalf of Creditor    Turner Construction Company rpinkston@seyfarth.com,
               jwoods@seyfarth.com
              Mark A. Gorton    on behalf of Attorney Mark  Gorton mgorton@boutininc.com, cdomingo@boutininc.com
              Mark A. Gorton    on behalf of Creditor Jessica  Mullan mgorton@boutininc.com,
               cdomingo@boutininc.com
              Mark A. Gorton    on behalf of Creditor    Sonoma Clean Power Authority mgorton@boutininc.com,
               cdomingo@boutininc.com
              Marta Villacorta    on behalf of U.S. Trustee    Office of the U.S. Trustee / SF
               marta.villacorta@usdoj.gov
              Matthew A. Lesnick    on behalf of Interested Party    CH2M HILL Engineers, Inc.
               matt@lesnicklaw.com, mlesnick@mac.com
              Meagan S. Tom    on behalf of Creditor    International Brotherhood of Electrical Workers Local
               Union 1245 Meagan.tom@lockelord.com, autodocket@lockelord.com
              Michael St. James    on behalf of Interested Party    Garcia and Associates ecf@stjames-law.com
              Michael P. Esser    on behalf of Interested Party    Calpine Corporation michael.esser@kirkland.com,
               michael-esser-3293@ecf.pacerpro.com.
              Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
              Paul J. Pascuzzi    on behalf of Creditor    California State Agencies ppascuzzi@ffwplaw.com,
               JNiemann@ffwplaw.com
              Peter J. Benvenutti    on behalf of Plaintiff    PG&E Corporation pbenvenutti@kellerbenvenutti.com
              Peter J. Benvenutti    on behalf of Plaintiff    Pacific Gas and Electric Company
               pbenvenutti@kellerbenvenutti.com
              R. Alexander Pilmer    on behalf of Interested Party    Federal Monitor
               alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
              Richard A. Lapping    on behalf of Creditor    Valero Refining Company-California
               rich@trodellalapping.com
              Richard H. Golubow    on behalf of Creditor    Hoffman Southwest Corp. rgolubow@wcghlaw.com,
               jmartinez@WCGHLaw.com
              Robert B. Kaplan    on behalf of Creditor Peter  Ouborg rbk@jmbm.com
              Robert G. Harris    on behalf of Creditor    ChargePoint, Inc. rob@bindermalter.com
              Robert G. Harris    on behalf of Creditor    Almendariz Consulting, Inc. rob@bindermalter.com
              Roberto J. Kampfner    on behalf of Interested Party    San Diego Gas & Electric Company
               rkampfner@whitecase.com, mco@whitecase.com
              Roberto J. Kampfner    on behalf of Interested Party    Southern California Gas Company
               rkampfner@whitecase.com, mco@whitecase.com
              Roberto J. Kampfner    on behalf of Interested Party    Sempra Energy rkampfner@whitecase.com,
               mco@whitecase.com
              Sally J. Elkington    on behalf of Creditor    W. Bradley Electric, Inc. sally@elkshep.com,
               ecf@elkshep.com
              Samuel M. Kidder    on behalf of Interested Party    NextEra Energy, Inc. skidder@ktbslaw.com
              Samuel M. Kidder    on behalf of Interested Party    NextEra Energy Inc., et al. skidder@ktbslaw.com
              Shawn M. Christianson    on behalf of Creditor    Oracle America, Inc. schristianson@buchalter.com
              Stephen D. Finestone    on behalf of Creditor    MCE Corporation sfinestone@fhlawllp.com
              Stephen D. Finestone    on behalf of Creditor    Nor-Cal Pipeline Services sfinestone@fhlawllp.com
              Stephen D. Finestone    on behalf of Creditor    Roebbelen Contracting, Inc. sfinestone@fhlawllp.com
              Stephen D. Finestone    on behalf of Creditor    Aggreko sfinestone@fhlawllp.com
              Thomas C. Mitchell    on behalf of Interested Party    Arlington Wind Power Project LLC
               tcmitchell@orrick.com
              Thomas C. Mitchell    on behalf of Interested Party    Rising Tree Wind Farm II LLC
               tcmitchell@orrick.com
              Thomas C. Mitchell    on behalf of Interested Party    EDP Renewables North America LLC
               tcmitchell@orrick.com
              Thomas F. Koegel    on behalf of Creditor    Nexant Inc. tkoegel@crowell.com
              Thomas R. Phinney    on behalf of Creditor    Yuba County Water Agency tom@parkinsonphinney.com
              Tobias S. Keller    on behalf of Debtor    PG&E Corporation tkeller@kellerbenvenutti.com,
               pbenvenutti@kellerbenvenutti.com
              Valerie Bantner Peo    on behalf of Interested Party    California Community Choice Association
               vbantnerpeo@buchalter.com
                                                                                             TOTAL: 99
```

Form OFP

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: | PG&E Corporation | Case No.: 19–30088 DM 11 |
|---|---|---|
| | Debtor(s) | Chapter: 11 |

## ORDER FOR PAYMENT OF STATE AND FEDERAL TAXES

The debtor above–named, during the period it is permitted to remain in possession of its estate, is hereby ordered:

1. To segregate and hold separate and apart from all other funds, all withholding, social security (both employees', and employer's portions), excise and agricultural taxes or other monies collected, received or withheld for or on behalf of the United States or the State of California.

2. To submit proof of timely payment of amounts owing in paragraph 1 above to the Internal Revenue Service, an agency of the United States, as follows:

   A. Debtor shall pay taxes arising out of the payment of wages or salaries within seven days after debtor has paid such salaries or wages.

   B. Debtor shall pay all other taxes within seven days after the last day of each calendar month, or within such shorter period as the court may order upon ex–parte application of the United States.

   C. The proof of payment shall be made to the Internal Revenue Service, Attention: Insolvency – 1400S, 1301 Clay Street, Oakland, California 94612–5217, FAX 510–907–5704.

3. To make timely payments to the State of California, Department of Benefit Payments, of all unemployment insurance, disability insurance and withheld State of California personal income taxes within seven days after the debtor has paid wages or salaries creating the tax obligations. Payment of the taxes shall be made to Employment Development Department, Bankruptcy Unit–MIC 92E, P.O. Box 826880, Sacramento, CA 94280–0001.

4. To make timely payment to the State of California, Board of Equalization, of all sales and use taxes which are due to it, at the time required by law, and to make timely payment to the State of California, Franchise Tax Board, of all income taxes which are due to it, at the time required by law.

5. To file all Federal and State tax returns on a timely basis. The Federal returns shall be filed with the Internal Revenue Service, Attention: Insolvency – 1400S, 1301 Clay Street, Oakland, California 94612–5217, FAX 510–907–5704. The returns to be filed with the State of California, California Department of Benefit Payments, shall be filed at the address shown above. The returns to be filed with the California Board of Equalization and the Franchise Tax Board shall be filed where required by law.

6. To file with the Court on or before the 20th day of each month a verified statement for the preceding calendar month showing (1) the amounts collected, received or deducted for each taxing agency; (2) the total amount expended for gross payroll; (3) the amount received from gross sales; and (4) the amount paid to each taxing agency and dates of payments. Upon filing, a copy of each such monthly statement shall be transmitted to the Internal Revenue Service and the California Department of Benefit Payments at the addresses shown above.

7. The provisions of the foregoing paragraphs shall be effective as of the date of the petition initiating this proceeding. If the debtor fails to comply with this order; this proceeding may be dismissed or an order may be entered converting the proceeding to a Chapter 7 liquidation.

Dated: 1/30/19                                By the Court:


                                              Dennis Montali
                                              United States Bankruptcy Judge