IVAN C. JEN (SBN 252885)
Law Office of Ivan C. Jen
1017 Andy Circle
Sacramento, CA 95838
Telephone: (415) 504-2706
Facsimile: (415) 449-6110
Email: ivan@icjenlaw.com

Attorney for Interested Party
Synergy Project Management, Inc.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 DM |
| **PG&E Corporation**, | Chapter 11 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that Synergy Project Management, Inc. ("SPM"), an interested party and potential creditor of the debtor and debtor-in-possession PG&E Corporation, hereby requests that all parties provide SPM with copies of all notices, pleadings, and other papers filed in the above-captioned case. All parties are requested to direct all communications to SPM as follows:

>Synergy Project Management, Inc.
>c/o Law Office of Ivan C. Jen
>1017 Andy Circle
>Sacramento, CA 95838

PLEASE TAKE FURTHER NOTICE that this request includes the type of notice referred to in Federal Rule of Bankruptcy Procedure 2002 and 3017, and constitutes a request to be provided notice in any order to limit notice that may be granted in this case.

Dated this 3rd day of February, 2019

**LAW OFFICE OF IVAN C. JEN,**
Counsel for Synergy Project Management, Inc.

_/s/ Ivan C. Jen_____
Ivan C. Jen