1  Antonio Ortiz
   Texas State Bar No. 24074839
2  **JORDAN, HOLZER & ORTIZ, PC**
3  500 N. Shoreline, Suite 900
   Corpus Christi, Texas 78401
4  Phone: (361) 884-5678
   Fax: (361) 888-5555
5  Email: aortiz@jhwclaw.com
          ecf@jhwclaw.com
6
7  **Attorneys for A&J Electric Cable Corporation**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 19-30088 |
| PG&E CORPORATION | Chapter 11 |
| Debtor. | NOTICE OF APPEARANCE AND REQUEST FOR NOTICE |

Notice is hereby given that Shelby A. Jordan and Antonio Ortiz of Jordan, Holzer & Ortiz, P.C. hereby enter an appearance in this matter as counsel for party in interest, A&J Electric Cable Corporation ("A&J"), in the above-captioned case, and request service of all documents in this action, including all notices, orders and opinions issued by the Court pursuant to 11 U.S.C. § 1109(b) and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure. Counsel's contact information is as follows:

> Antonio Ortiz
> Texas State Bar No. 24074839
> Shelby A Jordan
> Texas Bar No. 11016700
> **JORDAN, HOLZER & ORTIZ, PC**
> 500 N. Shoreline, Suite 900
> Corpus Christi, Texas 78401
> Phone: (361) 884-5678
> Fax: (361) 888-5555
> Email: aortiz@jhwclaw.com

1

sjordan@jhwclawcom
ecf@jhwclaw.com

Dated: February 4, 2019

/s/ Antonio Ortiz
Shelby A. Jordan
Texas Bar No. 11016700
Antonio Ortiz
Texas Bar No. 24074839
***JORDAN, HOLZER & ORTIZ, P.C.***
500 North Shoreline Blvd., Suite 900
Corpus Christi, TX 78401
Telephone: (361) 884-5678
Facsimile: (361) 888-5555
Email: sjordan@jhwclaw.com
aortiz@jhwclaw.com
**Attorneys for A&J Electric Cable Corporation**