HOLLAND & KNIGHT LLP
Robert J. Labate (SBN 313847)
David I. Holtzman (SBN 299287)
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: 415.743.6900
Facsimile: 415.743.6910
Email: robert.labate@hklaw.com
david.holtzman@hklaw.com

Attorneys for Deutsche Bank Trust Company Americas
and Deutsche Bank National Trust Company as
Indenture Trustees for certain bondholders

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors. | Case No.: 19-30088-DM<br>Chapter 11<br><br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as Indenture Trustees for certain bondholders as creditors of the Debtors' estates (collectively, "Deutsche Bank"), hereby request, pursuant to Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure or pursuant to any other applicable rule or statute, that notice of all matters which may come before the Court be given to:

HOLLAND & KNIGHT LLP
Robert J. Labate (SBN 313847)
David I. Holtzman (SBN 299287)
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: 415.743.6900
Facsimile: 415.743.6910
Email: robert.labate@hklaw.com
david.holtzman@hklaw.com

- 1 -
NOTICE OF APPEARANCE                                               CASE NO.: 19-30088-DM

The foregoing request includes, without limitation, all notices, papers, and disclosures statements referred to in Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure, and also includes notice of any order, application, complaint, demand, hearing, motion, petition, pleading, request, and any other document brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by electronic mail, mail, hand delivery, telephone, telegraph, facsimile, or otherwise delivered to the Court in the above-captioned proceedings.

This Notice of Appearance and Request for Special Notice is without prejudice to: (1) Deutsche Bank's rights, remedies, claims, actions, defenses, setoffs, or recoupments, in law or equity, against the above-captioned debtors and any other entities either in this case or in any other action, all of which rights, remedies, claims, actions, defenses, setoffs, and recoupments are expressly reserved, and (2) any objection which may be made to the jurisdiction of the Court, and shall not be deemed or construed to submit Deutsche Bank to the jurisdiction of the Court.

Dated: January 31, 2019

Respectfully submitted,

HOLLAND & KNIGHT LLP

\_\_/s David I. Holtzman_____
Robert J. Labate
David I. Holtzman

Attorneys for Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company as Indenture Trustees for certain bondholders