| | |
|---|---|
| **KELLEY DRYE & WARREN LLP**<br>Eric R. Wilson (CA Bar No. 192220)<br>James S. Carr<br>Benjamin D. Feder<br>101 Park Avenue<br>New York, NY 10078<br>Telephone: (212) 808-7800<br>Facsimile:  (212) 808-7897<br>Email:  jcarr@kelleydrye.com<br>         bfeder@kelleydrye.com<br><br>*Counsel for Kompogas SLO LLC*<br>     *Tata Consultancy Services* | **KELLEY DRYE & WARREN LLP**<br>10100 Santa Monica Blvd.<br>Suite 2300<br>Los Angeles, CA 90067<br>Telephone: (310) 712-6100<br>Facsimile:  (310) 712-6199 |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PG&E CORPORATION and<br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>                              Debtors. | Case No. 19-30088 (Main)<br>Case No. 19-30089 (Jointly Administered)<br><br>Chapter 11<br><br>NOTICE OF APPEARANCE AND<br>REQUEST FOR DOCUMENTS |

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned case on behalf of Kompogas SLO LLC ("*Kompogas*") and Tata Consultancy Services ("*Tata*"). Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, the undersigned request that all notices given or required to be given and all papers served in these cases be delivered to and served upon the parties identified below at the following address and further request to be added to the Master Service List:

Benjamin D. Feder
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178
Tel: 212-808-7800
Fax: 212-808-7897
E-mail: KDWBankruptcyDepartment@kelleydrye.com
bfeder@kelleydrye.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile, or otherwise in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive either Kompogas's or Tata's (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which either Kompogas or Tata is or may be entitled under

- 2 -

NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS

agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: February 4, 2019

**KELLEY DRYE & WARREN LLP**

By: */s/ Eric R. Wilson*
    Eric R. Wilson (CA Bar No. 192220)
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

*Counsel for Kompogas SLO LLC and Tata Consultancy Services*