Amy S. Park (SBN 208204)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
amy.park@skadden.com

J. Eric Ivester (*admitted pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Facsimile:     (212) 735-2000
eric.ivester@skadden.com

Attorneys for
Atlantica Yield plc and Mojave Solar LLC

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>X Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case,<br>No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

**PLEASE TAKE NOTICE** that Atlantica Yield plc and Mojave Solar LLC (together, "AY") appear in the above-captioned chapter 11 case, by their counsel, Skadden, Arps, Slate, Meagher & Flom LLP.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") and Rule 9010(b) of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned respectfully request that all notices given or required to be given and all documents served or required to be served in the above-captioned case be given and served on the following, as counsel to AY.

| | |
|---|---|
| J. Eric Ivester<br>SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP<br>Four Times Square<br>New York, New York 10036<br>Phone: (212) 735-3882<br>Fax: (917) 777-3882<br>Eric.Ivester@skadden.com | Amy S. Park<br>SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP<br>525 University Avenue<br>Palo Alto, California 94301<br>Telephone: (650) 470-4500<br>Fax: (650) 470-4570<br>Amy.Park@skadden.com |

**PLEASE TAKE FURTHER NOTICE** that this request includes not only notice and papers referred to in the Bankruptcy Rules and the Bankruptcy Code but also includes, without limitation, orders and notices of any application, motion, petition, pleading, plan and disclosure statement, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, electronic mail, the internet, or other otherwise filed or made with regard to this case, which affects or seeks to affect in any way any rights or interest of any party in interest in this case.

**PLEASE TAKE FURTHER NOTICE** that neither this entry of appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive AY's right (i) to have final orders in non-core matters entered only after *de novo* review by a United States District Court judge; (ii) to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related to this case; (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) to have documents served in accordance with Federal Rule of Bankruptcy Procedures 7004 and Federal Rule of Civil Procedure 4, or to any other rights, claims, actions, defenses, setoffs, or recoupments, under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

2

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

CASE NO. 19-30088 (DM)

Dated: Palo Alto, California
February 4, 2019

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Amy S. Park*
Amy S. Park
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Fax: (650) 470-4570

– and –

J. Eric Ivester
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

Counsel to Atlantica Yield plc and Mojave Solar LLC