

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Proposed Attorneys for Debtors
and Debtors in Possession*

**Signed and Filed: February 4, 2019**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088(DM) |
| **PG&E CORPORATION** | |
| - and – | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) (Jointly Administered) |
| **Debtors.** | **ORDER SUSPENDING ORDER FOR PAYMENT OF STATE AND FEDERAL TAXES** |
| ☐   Affects PG&E Corporation | |
| ☐   Affects Pacific Gas and Electric Company | Date: January 31, 2019 |
| ✓   Affects both Debtors | Time: 10:00 a.m. (Pacific) |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Place: United States Bankruptcy Court, Courtroom 17, 16th Floor 450 Golden Gate Avenue, San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**IT IS HEREBY ORDERED THAT:**

1.     The *Order for Payment of State and Federal Taxes* [Docket No. 163] is suspended as of January 29, 2019 and the debtors and debtors in possession in the above-captioned cases are not required to comply with the provisions thereof.

** END OF ORDER **

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119