# PROOF OF SERVICE

I, LaShaun Jones, declare:

I am a citizen of the United States and employed in Fulton County, Georgia. I am over the age of 18 and not a party to the within action; my business address is Bank of America Plaza, 600 Peachtree Street NE, Suite 3000, Atlanta, Georgia 30308-2216.

I hereby certify that on February 1, 2019, I caused to be electronically filed the attached document:

**NOTICE OF APPEARANCE OF COUNSEL FOR SOUTHERN POWER COMPANY; AND REQUEST FOR SPECIAL NOTICE**.

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

Herb Baer   hbaer@primeclerk.com, ecf@primeclerk.com
Kathryn E. Barrett   keb@svlg.com, amt@svlg.com
Ronald S. Beacher   rbeacher@pryorcashman.com, mlevison@pryorcashman.com
Hagop T. Bedoyan   hbedoyan@kleinlaw.com, ecf@kleinlaw.com
Peter J. Benvenutti   pbenvenutti@kellerbenvenutti.com
Robert Berens   rberens@smtdlaw.com, sr@smtdlaw.com
Heinz Binder   heinz@bindermalter.com
Christina Lin Chen   christina.chen@morganlewis.com, christina.lin.chen@gmail.com
Shawn M. Christianson   schristianson@buchalter.com
Robert N.H. Christmas   rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
Alicia Clough   aclough@loeb.com
James D. Curran   jcurran@wolkincurran.com, vsimmons@wolkincurran.com
Jonathan R. Doolittle   jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
David V. Duperrault   dvd@svlg.com, edn@svlg.com
Joseph A. Eisenberg   JAE1900@yahoo.com
Sally J. Elkington   sally@elkshep.com, ecf@elkshep.com
G. Larry Engel   larry@engeladvice.com
Michael P. Esser   michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
James J. Ficenec   James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
John D. Fiero   jfiero@pszjlaw.com, ocarpio@pszjlaw.com
Kimberly S. Fineman   kfineman@nutihart.com, nwhite@nutihart.com
Stephen D. Finestone   sfinestone@fhlawllp.com
Gregg M. Galardi   gregg.galardi@ropesgray.com
Richard L. Gallagher   richard.gallagher@ropesgray.com
Barry S. Glaser   bglaser@swesq.com
Gabriel I. Glazer   gglazer@pszjlaw.com
Eric D. Goldberg   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
Richard H. Golubow   rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
Mark A. Gorton   mgorton@boutinjones.com, cdomingo@boutininc.com
Mark A. Gorton   mgorton@boutininc.com, cdomingo@boutininc.com

37800140v1

Debra I. Grassgreen  dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
Robert G. Harris  rob@bindermalter.com
Christopher H. Hart  chart@nutihart.com, nwhite@nutihart.com
Bryan L. Hawkins  bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
Jennifer C. Hayes  jhayes@fhlawllp.com
David Holtzman  david.holtzman@hklaw.com
Marsha Houston  mhouston@reedsmith.com, hvalencia@reedsmith.com
Ivan C. Jen  ivan@icjenlaw.com
Gregory K. Jones  GJones@dykema.com, cacossano@dykema.com
Roberto J. Kampfner  rkampfner@whitecase.com, mco@whitecase.com
Robert B. Kaplan  rbk@jmbm.com
Tobias S. Keller  tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
Lynette C. Kelly  lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
Gerald P. Kennedy  gerald.kennedy@procopio.com, laj@procopio.com
Samuel M. Kidder  skidder@ktbslaw.com
Jane Kim  jkim@kellerbenvenutti.com
Thomas F. Koegel  tkoegel@crowell.com
Andy S. Kong  kong.andy@arentfox.com, Yvonne.Li@arentfox.com
Jeffrey C. Krause  jkrause@gibsondunn.com, psantos@gibsondunn.com
Michael Thomas Krueger  michael.krueger@ndlf.com, mike@mkruegerlaw.com
Richard A. Lapping  rich@trodellalapping.com
Matthew A. Lesnick  matt@lesnicklaw.com, jmack@lesnickprince.com
Andrew H. Levin  alevin@wcghlaw.com, vcorbin@wcghlaw.com
John William Lucas  jlucas@pszjlaw.com, ocarpio@pszjlaw.com
Kerri Lyman  klyman@irell.com, lgauthier@irell.com
John H. MacConaghy  macclaw@macbarlaw.com, smansour@macbarlaw.com, kmuller@macbarlaw.com
Iain A. Macdonald  iain@macfern.com, ecf@macfern.com
C. Luckey McDowell  luckey.mcdowell@bakerbotts.com
Frank A. Merola  lacalendar@stroock.com, mmagzamen@stroock.com
M. David Minnick  dminnick@pillsburylaw.com, docket@pillsburylaw.com
Thomas C. Mitchell  tcmitchell@orrick.com
John A. Moe  john.moe@dentons.com, glenda.spratt@dentons.com
Courtney L. Morgan  morgan.courtney@pbgc.gov
Thomas G. Mouzes  tmouzes@boutinjones.com, cdomingo@boutininc.com
David L. Neale  dln@lnbyb.com
David Neier  dneier@winston.com
Gregory C. Nuti  gnuti@nutihart.com, nwhite@nutihart.com
Abigail O'Brient  aobrient@mintz.com, docketing@mintz.com
Office of the U.S. Trustee / SF  USTPRegion17.SF.ECF@usdoj.gov
Jose Antonio Ortiz  aortiz@jhwclaw.com
Gabriel Ozel  Gabriel.Ozel@troutman.com, tsinger@houser-law.com
Donna Taylor Parkinson  donna@parkinsonphinney.com
Paul J. Pascuzzi  ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
Valerie Bantner Peo  vbantnerpeo@buchalter.com
Danielle A. Pham  danielle.pham@usdoj.gov
Thomas R. Phinney  tom@parkinsonphinney.com
R. Alexander Pilmer  alexander.pilmer@kirkland.com, keith.catuara@kirkland.com

37800140v1

Your Firm Name Here
Attorneys At Law
San Francisco

M. Ryan Pinkston  rpinkston@seyfarth.com, jmcdermott@seyfarth.com
Estela O. Pino  epino@epinolaw.com, staff@epinolaw.com
Mark D. Poniatowski  ponlaw@ponlaw.com
Douglas B. Provencher  dbp@provlaw.com
Lary Alan Rappaport  lrappaport@proskauer.com, PHays@proskauer.com
Justin E. Rawlins  jrawlins@winston.com
Emily P. Rich  erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
Christopher O. Rivas  crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
Gregory A. Rougeau  grougeau@brlawsf.com
David B. Shemano  dshemano@pwkllp.com
James A. Shepherd  jim@elkshep.com, ecf@elkshep.com
Alan D. Smith  adsmith@perkinscoie.com, docketsea@perkinscoie.com
Bennett L. Spiegel  blspiegel@jonesday.com
Michael St. James  ecf@stjames-law.com
David M. Stern  dstern@ktbslaw.com
Meagan S. Tom  Meagan.tom@lockelord.com, autodocket@lockelord.com
Edward Tredinnick  etredinnick@grmslaw.com
Victor A. Vilaplana  vavilaplana@foley.com, rhurst@foley.com
Marta Villacorta  marta.villacorta@usdoj.gov
John A. Vos  InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
Riley C. Walter  ecf@W2LG.com
Genevieve G. Weiner  gweiner@gibsondunn.com
Joseph M. Welch  jwelch@buchalter.com, dcyrankowski@buchalter.com
Kimberly S. Winick  kwinick@clarktrev.com, knielsen@clarktrev.com
Rebecca J. Winthrop  rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
Ryan A. Witthans  rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
Christopher Kwan Shek Wong  christopher.wong@arentfox.com
Kirsten A. Worley  kw@wlawcorp.com, admin@wlawcorp.com
Andrew Yaphe  andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com

And I hereby do certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

| | | |
|---|---|---|
| Aera Energy LLC<br>c/o Ron A. Symm<br>Assistant General Counsel<br>10000 Ming Ave.<br>Bakersfiled, CA 93311 | Max Africk<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Arocles Aguilar<br>California Public Utilities Commission<br>505 Van Ness Ave.<br>San Francisco, CA 94102 |
| Robert Albery<br>Associate General Counsel<br>Jacobs Engineering<br>9191 South Jamaica St.<br>Englewood, CO 80112 | Mary E. Alexander<br>Mary Alexander & Associates, P.C.<br>44 Montgomery St., #1303<br>San Francisco, CA 94104 | Monique D. Almy<br>Crowell and Moring LLP<br>1001 Pennsylvania Ave., N.W.<br>Washington, DC 20004 |

37800140v1

| | | |
|---|---|---|
| Khaldoun A. Baghdadi<br>Walkup, Melodia, Kelly and Schoenberger<br>650 California St. 26th Fl.<br>San Francisco, CA 94108 | Mark I. Bane<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 | Steven M. Berki<br>Corey, Luzaich, De Ghetaldi & Riddle LLP<br>700 El Camino Real<br>P.O. Box 669<br>Millbrae, CA 94030-0669 |
| Joshua B. Bevitz<br>Newmeyer & Dillion LLP<br>1333 N. California Blvd. #600<br>Walnut Creek, CA 94596 | Todd Blischke<br>Williams Kastner<br>601 Union St., #4100<br>Seattle, WA 98101 | Abigail D. Blodgett<br>Cochett, Pitre & McCarthy, LLP<br>San Francisco Airport Office Center<br>840 Malcolm Rd., Suite 200<br>Burlingame, CA 94010 |
| Kevin Bostel<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Matthew C. Brown<br>White & Case LLP<br>Southeast Financial Center<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131-2352 | Bob B. Bruner<br>Norton Rose Fulbright US LLP<br>1301 McKinney #5100<br>Houston, TX 77010-3095 |
| W. Steven Bryant<br>Locke Lord LLP<br>600 Congress St., #2200<br>Austin, TX 78701 | Robert Bryson<br>Robins Cloud LLP<br>808 Wilshire Boulevard, #450<br>Santa Monica, CA 90401 | Patricia I. Chen<br>Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600 |
| Owen Clements<br>San Francisco City Attorneys Office<br>1390 Market Street, 7th Floor<br>San Francisco, CA 94102 | Marc S. Cohen<br>Loeb & Loeb LLP<br>10100 Santa Monica Blvd., #2200<br>Los Angeles, CA 90067 | Alison E. Cordova<br>Cochett, Pitre & McCarthy, LLP<br>San Francisco Airport Office Center<br>840 Malcolm Rd., Suite 200<br>Burlingame, CA 94010 |
| Joseph Corrigan<br>One Federal Street<br>Boston, MA 02110 | Keith J. Cunningham<br>Pierce Atwood LLP<br>Merrill's Wharf<br>254 Commercial St.<br>Portland, ME 04101 | Ivo G. Daniele<br>Newmeyer & Dillion LLP<br>1333 N. California Blvd., #600<br>Walnut Creek, CA 94596 |
| Michael S. Danko<br>O'Reilly, Collins and Danko<br>2500 Sand Hill Rd. #201<br>Menlo Park, CA 94025 | Neal P. Donnelly<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019 | Daniel G. Egan<br>Ropes and Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 |

37800140v1

| | | | |
|---|---|---|---|
| 1 | Sander L. Esserman<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan St. #2200<br>Dallas, TX 75201-2689 | Debra Felder<br>Orrick, Herrington & Sutcliffe LLP<br>1152 15th St., NW<br>Washington, DC 20005 | Maximilian A. Ferullo<br>Nixon Peabody LLP<br>55 West 46th St.<br>New York, NY 10036 |
| 2 | John Fiske<br>Baron & Budd P.C.<br>3102 Oak Lawn Avenue #1100<br>Dallas, TX 75219 | Leslie A. Freiman, Esq.<br>c/o EDP Renewables North America LLC<br>808 Travis, #700<br>Houston, TX 77002 | Matthew G. Garofalo<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Ln.<br>New York, NY 10038-4982 |
| 3 | Andriana Georgallas<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Eric Gibbs<br>Gibbs Law Group<br>505 14th St., #1110<br>Oakland, CA 94612 | Erez E. Gilad<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Ln.<br>New York, NY 10038-4982 |
| 4 | Leah S. Goldberg<br>General Counsel<br>1111 Broadway, 3rd Flr.<br>Oakland, CA 94607 | Matthew Goren<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Debra L. Grassgreen<br>Pachulski Stang Ziehl & Jones LLP<br>150 California St., 15th Fl.<br>San Francisco, CA 94111 |
| 5 | Timothy Graulich<br>Davis Polk and Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017 | William R. Greendyke<br>Norton Rose Fulbright US LLP<br>1301 McKinney #5100<br>Houston, TX 77010-3095 | Mirco J. Haag<br>Buchalter, A Professional Corporation<br>18400 Von Karman Ave., #800<br>Irvine, CA 92612 |
| 6 | Kristopher M. Hansen<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Ln.<br>New York, NY 10038-4982 | Christopher J. Harney<br>Seyfarth Shaw LLP<br>560 Mission St., #3100<br>San Francisco, CA 94105 | David A. Herman<br>Cravath, Swaine & Moore LLP<br>85 Eighth Avenue<br>New York, NY 10019 |
| 7 | Brian S. Hermann<br>Law Offices of Brian S. Hermann<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | Stephen E. Hessler, P.C.<br>Kirkland and Ellis LLP<br>601 Lexington Ave.<br>New York, NY 10022 | Monique B. Howery<br>Reed Smith LLP<br>10 S. Wacker Dr., 40th Flr.<br>Chicago, IL 60606 |
| 8 | Dylan Hughes<br>Gibbs Law Group<br>505 14th St., #1110<br>Oakland, CA 94612 | International Business Machines Corp.<br>Satterlee Stephens LLP<br>230 Park Ave.<br>New York, NY 10169 | Peter A. Ivanick<br>Hogan Lovells US LLP<br>875 Third<br>San Francisco, CA 94111 |

37800140v1

| | | | |
|---|---|---|---|
| 1 | J. Eric Ivester<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036-6522 | Stephen Karotkin<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Michael A. Kelly<br>Walkup, Melodia, Kelly and Schoenberger<br>650 California St. 26th Fl.<br>San Francisco, CA 94108 |
| 4 | Marc Kieselstein<br>Kirkland and Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654 | Kenneth N. Klee<br>Klee, Tuchin, Bogdanoff and Stern<br>1999 Avenue of the Stars, 39th Fl.<br>Los Angeles, CA 90067 | Marilyn S. Klinger<br>SMTD Law LLP<br>355 S. Grand Ave., #2450<br>Los Angeles, CA 90071 |
| 8 | Bradley C. Knapp<br>Locke Lord LLP<br>601 Poydras Street, Suite 2660<br>New Orleans, LA 70130 | Alan W. Kornberg<br>Law Offices of Alan W. Kornberg<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | Kevin Kramer<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| 11 | Thomas E. Lauria<br>Law Offices of White and Case<br>Southeast Financial Center<br>200 South Biscayne Blvd. #4900<br>Miami, FL 33131-2352 | Jessica Liou<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | William S. Lisa<br>Nixon Peabody LLP<br>One Embarcadero Center, 32nd Fl.<br>San Francisco, CA 94111 |
| 14 | Sumble Manzoor<br>Corey, Luzaich, De Ghetaldi & Riddle LLP<br>700 El Camino Real<br>P.O. Box 669<br>Millbrae, CA 94030-0669 | Matthew L. McGinnis<br>Ropes and Gray LLP<br>Prudential Tower<br>800 Boylston St.<br>Boston, MA 02199-3600 | Lorraine McGowen<br>Orrick, Herrington & Sutcliffe LLP<br>51 West 52nd St.<br>New York, NY 10019 |
| 18 | Mark McKane<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104 | Kristine K. Meredith<br>Danko Meredith<br>333 Twin Dolphin Dr., #145<br>Redwood Shores, CA 94065 | Shawn R. Miller<br>Danko Meredith<br>333 Twin Dolphin Dr., #145<br>Redwood Shores, CA 94065 |
| 21 | Sean A. Mitchell<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019 | Stephen Moeller-Sally<br>Ropes and Gray LLP<br>Prudential Tower<br>800 Boylston St.<br>Boston, MA 02199-3600 | Erika L. Morabito<br>Foley & Lardner LLP<br>3000 K St., NW, #600<br>Washington, DC 20007-5109 |
| 24 | Alan A. Moskowitz<br>Gibson, Dunn and Crutcher LLP<br>200 Park Ave.<br>New York, NY 10166-0193 | Jessica R. Mullan<br>General Counsel<br>Sonoma Clean Power Authority<br>50 Santa Rosa Ave., 5th Fl.<br>San Rosa, CA 95494 | Omid H. Nasab<br>Cravath, Swaine & Moore LLP<br>85 Eighth Avenue<br>New York, NY 10019 |

| | | |
|---|---|---|
| Brittany J. Nelson<br>Foley & Lardner LLP<br>3000 K St., NW, #600<br>Washington, DC 20007-5109 | John Nolan<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Kevin J. Orsini<br>Cravath, Swaine & Moore LLP<br>85 Eighth Avenue<br>New York, NY 10019 |
| Owen Clements, Esq<br>San Francisco City Attorney's Office<br>1390 Market St., 7th Flr.<br>San Francisco, CA 94102 | Isaac M. Pachulski<br>Stutman, Treister and Glatt<br>1901 Avenue of the Stars 12th Fl.<br>Los Angeles, CA 90067 | Richard C. Pedone<br>Nixon Peabody LLP<br>Exchange Place<br>53 State St.<br>Boston, MA 02109 |
| Frank Pitre<br>Cochett, Pitre & McCarthy, LLP<br>San Francisco Airport Office Center<br>840 Malcolm Rd., Suite 200<br>Burlingame, CA 94010 | Prime Clerk LLC<br>830 Third Avenue<br>3rd Floor<br>New York, NY 10017 | Amanda L. Riddle<br>Corey, Luzaich, De Ghetaldi & Riddle LLP<br>700 El Camino Real<br>P.O. Box 669<br>Millbrae, CA 94030-0669 |
| Walter R. Rieman<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019 | Christy Rivera<br>Norton Rose Fulbright US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 | Bill Robins<br>Robins Cloud LLP<br>808 Wilshire Boulevard, #450<br>Santa Monica, CA 90401 |
| Matthew M. Roose<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 | Andrew Rosenblatt<br>Norton Rose Fulbright US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 | Michael A. Rosenthal<br>Gibson, Dunn and Crutcher LLP<br>200 Park Ave.<br>New York, NY 10166-0193 |
| Randy A. Sawyer, Esq.<br>c/o EDP Renewables North America LLC<br>808 Travis, #700<br>Houston, TX 77002 | Margaret Schierberl<br>Cleary, Gottlieb, Sheen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 | David Schiff<br>Davis Polk and Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017 |
| Ray C. Schrock<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Max A. Schuver<br>Walkup, Melodia, Kelly and Schoenberger<br>650 California St. 26th Fl.<br>San Francisco, CA 94108 | Lisa Schweitzer<br>Cleary, Gottlieb, Sheen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 |
| Howard Seife<br>Norton Rose Fulbright US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 | David R. Seligman<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60654 | Alex M. Sher<br>Hogan Lovells US LLP<br>875 Third Ave.<br>New York, NY 10022 |

37800140v1

| | | |
|---|---|---|
| J. Christopher Shore<br>Law Offices of White and Case<br>1221 Avenue of the Americas<br>New York, NY 10020-1095 | Andrew J. Strabone<br>Irell and Manella LLP<br>1800 Avenue of the Stars, #900<br>Los Angeles, CA 90067-4276 | Michael H Strub<br>Irell and Manella LLP<br>840 Newport Center Dr., #400<br>Newport Beach, CA 92660-6324 |
| Joshua Y. Sturm<br>Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600 | Scott Summy<br>Baron & Budd P.C.<br>3102 Oak Lawn Avenue #1100<br>Dallas, TX 75219 | Cliff I. Taylor<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan St. #2200<br>Dallas, TX 75201-2689 |
| Theodore Tsekerides<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Craig Varnen<br>Irell and Manella LLP<br>1800 Avenue of the Stars, #900<br>Los Angeles, CA 90067-4276 | Eli J. Vonnegut<br>Davis Polk and Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017 |
| Peter L. Welsh<br>Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600 | Keith H. Wofford<br>Ropes and Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036 | Aparna Yenamandra<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022 |
| Michael A. Yuffee<br>Winston and Strawn LLP<br>1700 K St., N.W.<br>Washington, DC 20006-3817 | Paul H. Zumbro<br>Cravath, Swaine & Moore LLP<br>85 Eighth Avenue<br>New York, NY 10019 | Dario de Ghetaldi<br>Corey, Luzaich, De Ghetaldi & Riddle LLP<br>700 El Camino Real<br>P.O. Box 669<br>Millbrae, CA 94030-0669 |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 4, 2019, at Atlanta, Georgia.

_____
LaShaun Jones

37800140v1