TROUTMAN SANDERS LLP
Gabriel Ozel, CA Bar No. 269098
11682 El Camino Real, Suite 400
San Diego, CA 92130-2092
Telephone: 858.509.6000
Facsimile: 858.509.6040
gabriel.ozel@troutman.com

TROUTMAN SANDERS LLP
Harris B. Winsberg (*pro hac vice* pending)
Matthew G. Roberts (*pro hac vice* pending)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA 30308-2216
Telephone: 404.885.3000
Facsimile: 404.885.3900

Attorneys for Creditor
SOUTHERN POWER COMPANY, on behalf of
itself and certain of its affiliates

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case<br>Case No. 19-30088(DM) |
| PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY, | Chapter Number: 11 |
| Debtors. | (Lead Case) |
| | (Jointly Administered) |
| X Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088(DM) | **NOTICE OF APPEARANCE OF COUNSEL FOR SOUTHERN POWER COMPANY; AND REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE** that Southern Power Company, on behalf of itself and certain of its affiliates, including Morelos Solar, LLC, Blackwell Solar, LLC, Lost Hills Solar, LLC, North Star Solar, LLC, Parrey, LLC, Adobe Solar, LLC, GASNA 31P, LLC, and RE Tranquility LLC (collectively, "**Southern**"), as a creditor and party-in-interest in the above-captioned case, hereby appears by its counsel, Troutman Sanders LLP, and, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and 11 U.S.C §§ 101 *et seq.*, requests that all notices given or required and all papers served in this case be delivered to and served upon the attorneys identified below at the following address:

**TROUTMAN SANDERS LLP**
Attn: Harris B. Winsberg, Esq.
Attn: Matthew G. Roberts, Esq.
600 Peachtree St NE, Suite 3000
Atlanta, GA 30308
T: 404.885.3348
F: 404.885.3900
harris.winsberg@troutman.com
matthew.roberts2@troutman.com

**PLEASE TAKE FURTHER NOTICE** that neither this appearance, nor any former or later appearance, pleading, claim or suit shall constitute a consent to jurisdiction, nor shall it waive: (1) Southern's right to have final orders in non-core and core matters in which the Bankruptcy Court does not have final adjudicatory authority entered only after *de novo* review by a District Court judge; (2) Southern's right to a trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) Southern's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoff, or recoupments to which Southern may be entitled under agreements in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Southern expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes that the above-referenced attorneys be added to the master mailing list and the NEF electronic notice list

| | |
|---|---|
| 1 | for the above-referenced case. |
| 2 | |
| 3 | Dated: February 1, 2019       **TROUTMAN SANDERS LLP** |

By: /s/ *Gabriel Ozel*
Gabriel Ozel (SBN 269098)

11682 El Camino Real
Suite 400
San Diego, CA 92130-2092
Telephone: 858-509-6000
Facsimile: 858 509 6040

Harris B. Winsberg (*pro hac vice* pending)
Matthew G. Roberts (*pro hac vice* pending)
Troutman Sanders LLP
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA 30308-2216
Telephone: 404.885.3000
Facsimile: 404.885.3900

Attorneys for
SOUTHERN POWER COMPANY, on
behalf of itself and certain of its affiliates