UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

PACIFIC GAS & ELECTRIC CORP., et al.,

Debtor(s).

Case No.19-30088/19-30089
Chapter 11

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

____Lisa Schweitzer_____, an active member in good standing of the bar of ____New York_____, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing ____BlueMountain Capital Mgmt LLC_____,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of B.L.R. 1001-2(a)(29) and Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party.

Dated: FEB 0 4 2019

_____
Hon. Dennis Montali