**STOEL RIVES LLP**
David B. Levant (*pro hac vice* pending)
david.levant@stoel.com
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: 208.389.9000
Facsimile: 208.389.9040

Oren Buchanan Haker (*pro hac vice* pending)
oren.haker@stoel.com
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

Gabrielle Glemann (*pro hac vice* pending)
gabrielle.glemann@stoel.com
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

*Attorneys for FTP Power LLC, et al.*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088 (Main)<br>Case No. 19-30089 (Jointly Administered)<br><br>Chapter Number: 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS** |

PLEASE TAKE NOTICE that, pursuant to rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and sections 1102(1) and 1109(b) of title 11 of the United States Code, the undersigned attorneys appear as counsel in the above-captioned bankruptcy cases ("***Chapter 11 Cases***") on behalf of parties-in-interest FTP Power LLC, including several of their subsidiaries,[1] (collectively, "***FTP Power Interested Parties***"), and request that all notices given or

---

[1] FTP Power LLC subsidiaries are: Western Antelope Blue Sky Ranch A LLC, 87RL 8me LLC, Aspiration Solar G LLC, Bayshore Solar A, LLC, Bayshore Solar B, LLC, and Bayshore Solar C, LLC.

required to be given in connection with the Chapter 11 Cases, and all papers served or required to be served in connection therewith, be given and served upon:

David B. Levant (*pro hac vice* pending)
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: 208.389.9000
Facsimile: 208.389.9040
Email: david.levant@stoel.com

Oren Buchanan Haker (*pro hac vice* pending)
STOEL RIVES LLP
760 SW Ninth, Suite 3000
Portland, OR 97205
Telephone: 503.294.9338
Facsimile: 503.220.2480
Email: oren.haker@stoel.com

Gabrielle Glemann (*pro hac vice* pending)
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500
Email: gabrielle.glemann@stoel.com

Sunny S. Sarkis
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 98514
Telephone: 916.447.0700
Facsimile: 916.447.4781
Email: sunny.sarkis@stoel.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order, or any other paper filed in the Chapter 11 Cases, whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telecopy or otherwise.

PLEASE TAKE FURTHER NOTICE that the undersigned requests that the Debtors and the Clerk of the Court place the foregoing names and addresses on any mailing matrix or list of

creditors existing or to be prepared in these Chapter 11 Cases.

This Notice of Appearance and Request for Service of Documents shall not be deemed or construed to be a waiver of (i) the FTP Power Interested Parties' right to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (ii) the FTP Power Interested Parties' right to trial by jury in any proceedings so triable in this case or in any case, controversy, or proceeding related hereto; (iii) the FTP Power Interested Parties' right to have a United States District Court withdraw the reference in any proceeding subject to mandatory or discretionary withdrawal; or (iv) the FTP Power Interested Parties' rights, claims, actions, defenses, setoffs, or recoupments to which each of the FTP Power Interested Parties is or may be entitled under agreements, in law or in equity, all of which rights, claims, defenses, setoffs and recoupments each of the FTP Power Interested Parties expressly reserves.

DATED: February 4, 2019

STOEL RIVES LLP

/s/ Oren Buchanan Haker
Oren Buchanan Haker (*pro hac vice* pending)
760 SW Ninth, Suite 3000
Portland, OR 97205
Telephone: 503.294.9338
Facsimile: 503.220.2480

-and-

David B. Levant (*pro hac vice* pending)
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: 208.389.9000
Facsimile: 208.389.9040
Email: david.levant@stoel.com

-and-

Gabrielle Glemann (*pro hac vice* pending)
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

*Attorneys for Parties-In-Interest FTP Power LLC, et al.*