Michael Busenkell
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street, Suite 300
Wilmington, DE 19801


FILED
FEB - 4 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

PG&E Corporation,

                Debtor(s).

Case No. 19-30088
Chapter 11

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

    Pursuant to B.L.R. 1001-2(a)(29) and Civil L.R. 11-3, Michael Busenkell, Esq., an active member in good standing of the bar of Delaware, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Itron, Inc. in the above-entitled action.

    In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Larry Gabriel, Esq. c/o Brutzkus, Gubner, Rozansky Seror Weber LLP
21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367
Telephone: (818) 927-9147

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 31, 2019

UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

\# 30065173 - LJ
\* \* C O P Y \* \*
February 04, 2019
16:26:33

PRO HAC VICE
19-30088-DM11
Debtor..: PG&E CORPORATION
Judge..: DENNIS MONTALI
Amount.:
Check#.: 6258         $310.00 CH

Total-> $310.00

FROM: MICHAEL BUSENKELL