Timothy Graulich (*pro hac vice* pending)
timothy.graulich@davispolk.com
Eli J. Vonnegut (*pro hac vice* pending)
eli.vonnegut@davispolk.com
David Schiff (*pro hac vice* pending)
david.schiff@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

Andrew D. Yaphe (SBN 274172)
andrew.yaphe@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

*Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility*



FILED
FEB - 4 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088<br>Chapter 11<br><br>(Joint Administration Pending)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a)(29) and Civil L.R. 11-3, Timothy Graulich, an active member in good standing of the bars of New York and New Jersey, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

---

1

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* FOR TIMOTHY GRAULICH

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Andrew D. Yaphe, Davis Polk & Wardwell LLP, 1600 El Camino Real, Menlo Park, California 94025. Telephone: (650) 752-2000.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 29, 2019

*/s/ Timothy Graulich*
Timothy Graulich
timothy.graulich@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 701-5800

*Counsel for Citibank N.A.*

```
         UNITED STATES
       BANKRUPTCY COURT
       NORTHERN DISTRICT OF CALIFORNIA
         SAN FRANCISCO DIVISION

       # 30065174 - LJ

       February 04, 2019
           16:13:25

          PRO HAC VICE
         19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Amount.:              $310.00 CH
Check#.: 415528



Total-> $310.00


FROM: TIMOTHY GRAULICH
```