Timothy Graulich (*pro hac vice* pending)
timothy.graulich@davispolk.com
Eli J. Vonnegut (*pro hac vice* pending)
eli.vonnegut@davispolk.com
David Schiff (*pro hac vice* pending)
david.schiff@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

Andrew D. Yaphe (SBN 274172)
andrew.yaphe@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

*Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility*



# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY,

Debtors.

Case No. 19-30088
Chapter 11

(Joint Administration Pending)

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to B.L.R. 1001-2(a)(29) and Civil L.R. 11-3, David Schiff, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

---

1

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* FOR DAVID SCHIFF

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Andrew D. Yaphe, Davis Polk & Wardwell LLP, 1600 El Camino Real, Menlo Park, California 94025. Telephone: (650) 752-2000.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 29, 2019

David Schiff
david.schiff@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 701-5800

*Counsel for Citibank N.A.*

```
UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 30065176 - LJ
* * C O P Y * *
February 04, 2019
    16:21:13

PRO HAC VICE
19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Amount.:                    $310.00 CH
Check#.:   415530


Total->   $310.00


FROM: DAVID SCHIFF
```