1  Justin E. Rawlins (#209915)
   jrawlins@winston.com
2  WINSTON & STRAWN LLP
   333 S. Grand Avenue, 38th Floor
3  Los Angeles, CA 90071-1543
   Telephone: (213) 615-1700
4  Facsimile: (213) 615-1750

5  David Neier (*admitted pro hac vice*)
   dneier@winston.com
6  WINSTON & STRAWN LLP
   200 Park Avenue, 40th Floor
7  New York, NY 10166-4193
   Telephone: (212) 294-6700
8  Facsimile: (212) 294-4700

9  *Attorneys for Cypress Energy Partners, L.P.,
   Tulsa Inspection Resources – PUC, LLC,*
10 *Tulsa Inspection Resources, LLC, CF Inspection
   Management, LLC, and Cypress Energy*
11 *Management – TIR, LLC*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.** | Bankruptcy Case<br>No. 19 - 30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |
| ☐ Affects PG& Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

**PLEASE TAKE NOTICE** that Tulsa Inspection Resources – PUC, LLC, Tulsa Inspection Resources, LLC, CF Inspection Management, LLC, Cypress Energy Management – TIR, LLC, and Cypress Energy Partners, L.P (collectively, "Cypress"), appear in this proceeding as a party in interest

1

and requests, pursuant to 11 U.S.C. §§ 342 and 1109(b) and Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that copies of all papers filed in this proceeding be served at the addresses and to the individuals set forth below:

> Justin E. Rawlins
> jrawlins@winston.com
> WINSTON & STRAWN LLP
> 333 S. Grand Avenue, 38th Floor
> Los Angeles, CA 90071-1543
> Telephone: (213) 615-1700
> Facsimile: (213) 615-1750
>
> David Neier
> dneier@winston.com
> WINSTON & STRAWN LLP
> 200 Park Avenue, 40th Floor
> New York, NY 10166-4193
> Telephone: (212) 294-6700
> Facsimile: (212) 294-4700

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. §1109(b) and Bankruptcy Rule 2002, the foregoing request includes not only the notices and papers referred to or specified above but also includes, without limitation, orders and notices of any application, complaint, demand, motion, petition, plan, disclosure statement, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, telegraph, telex or otherwise filed or made which affect or seek to affect in any way rights or interests of creditors, parties in interest, Cypress, the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that Cypress intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive or otherwise impair or limit the rights of Cypress (a) to have final orders in non-core matters entered only after de novo review by a District Judge, (b) to a trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (c) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs, or recoupments to which Cypress is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Cypress expressly reserves. Nor shall this request for notice be deemed to constitute consent to electronic service of any

pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

Dated: February 4, 2019

WINSTON & STRAWN LLP

By:    /s/Justin E. Rawlins
     Justin E. Rawlins
     David Neier (*admitted pro hac vice*)

*Attorneys for Cypress Energy Partners, L.P., Tulsa Inspection Resources – PUC, LLC, Tulsa Inspection Resources, LLC, CF Inspection Management, LLC, and Cypress Energy Management – TIR, LLC*