# NON-PARTY REQUEST TO RECEIVE NOTICE OF ELECTRONIC FILING (NEF)

To monitor document filings, a **non-party** to a bankruptcy case or adversary proceeding **without a CM/ECF account** may use this form to request notice by email (a NEF) when a document is filed in such a bankruptcy case or adversary proceeding. DO NOT use this form if you are or represent a party in a bankruptcy case or adversary proceeding and want to receive NEFs in that case or proceeding. DO NOT file this form in a bankruptcy case or adversary proceeding. Send this completed form to helpdesk@canb.uscourts.gov or via regular mail to United States Bankruptcy Court, Attention: Helpdesk, 450 Golden Gate Avenue, Mail Box 36099, San Francisco CA 94102.

**Name**:
Richard L. Antognini

**Mailing Address** (required):
Law Office of Richard L. Antognini
2036 Nevada City Highway, Suite 636
Grass Valley, CA 95945-7700

**Telephone Number**:
916-295-4896

**Email Address** (to receive NEF, required):
rlalawyer@yahoo.com

NEFs are requested for the following Bankruptcy Case(s) and Adversary Proceeding(s) (attach additional list, if necessary):

| Bankruptcy Case or Adversary Proceeding Name | Case or AP Number |
|---|---|
| In Re PG&E Corporation | 19-30088 |

**Type of NEF Email** (select one, required):

☐ Daily Summary (one email per day with a summary of filed documents in a case or AP)

☑ Separate Email (one email for each filed document in a case or AP)

An NEF email may provide a hyperlink to a filed document. To view, save or print a filed document from the hyperlink you must have a PACER account, and comply with any applicable PACER fees and regulations. Information on registering for a PACER account is available at https://www.pacer.gov. By submitting this form, I acknowledge I will receive a NEF via email for all documents filed in the requested bankruptcy case(s) and adversary proceeding(s).

Date: 01/31/2019      /s/ Richard L. Antognini
                     Signature (required)