TROUTMAN SANDERS LLP
Gabriel Ozel, Bar No. 269098
11682 El Camino Real
Suite 400
San Diego, CA 92130-2092
Telephone: 858-509-6000
Facsimile: 858 509 6040

-and-

TROUTMAN SANDERS LLP
Harris B. Winsberg (*pro hac vice pending*)
Matthew G. Roberts (*pro hac vice pending*)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA 30308-2216
Telephone: 404.885.3000
Facsimile: 404.885.3900

*Attorneys for Creditor*
*Southern Power Company, on behalf of itself and certain of its affiliates*

FILED
FEB - 5 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E Corporation<br><br>-and-<br><br>Pacific Gas and Electric Company,<br><br>Debtors.<br><br>X Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088(DM) | Bankruptcy Case<br>Case No. 19-30088(DM)<br><br>Chapter Number: 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY HARRIS B. WINSBERG** *PRO HAC VICE* |

      Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Harris B. Winsberg, an active member in good standing of the bar of the state of Georgia, hereby applies for admission to practice in the

37764142

Northern District of California on a *pro hac vice* basis representing Southern Power Company, on behalf of itself and certain of its affiliates, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, and telephone number of that attorney is:

> Gabriel Ozel
> TROUTMAN SANDERS LLP
> 11682 El Camino Real
> Suite 400
> San Diego, CA 92130-2092
> Telephone: 858-509-6000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 1, 2019

By: /s/ Harris Winsberg
Harris B. Winsberg (GA Bar No. 770892)



# State Bar of Georgia

*Lawyers Serving the Public and the Justice System*

Mr. Harris Bryan Winsberg
Troutman Sanders LLP
600 Peachtree Street NE Suite 3000
Atlanta, GA 30308-2216

**CURRENT STATUS:** Active Member-Good Standing
**DATE OF ADMISSION:** 03/02/2000
**BAR NUMBER:** 770892
**TODAY'S DATE:** 02/04/2019

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, administrative arm of the Supreme Court of Georgia.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

## STATE BAR OF GEORGIA

*Brinda Lovvorn*
Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 • 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
18 E. Bay St.
Savannah, GA 31401-1225
912-239-9910 • 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 • 800-330-0446
Fax 229-382-7435