FILED
FEB - 5 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>PG&E Corporation<br><br>Debtor(s). | Case No. 19-30088<br>Chapter 11<br><br>APPLICATION FOR<br>ADMISSION OF ATTORNEY<br>*PRO HAC VICE* |

Kirkland & Ellis LLP
New York, New York

Pursuant to B.L.R. 1001-2(a)(29) and Civil L.R. 11-3, Aparna Yenamandra, an active member in good standing of the bar of New York State, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Calpine Corporation in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Kirkland & Ellis LLP
601 Lexington Avenue, New York, New York 10022
Tel: (212) 446-4800

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/4/2019                    /s/ Aparna Yenamandra

Application for Admission of
Attorney Aparna Yenamandra
Pro Hac Vice