LOEB & LOEB LLP
MARC S. COHEN (SBN 65486)
mscohen@loeb.com
ALICIA M. CLOUGH (SBN 260012)
aclough@loeb.com
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for California Power Exchange Corporation

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case No.: 19-30089<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS** |

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and 11 U.S.C. §1102(1) and §1109(b), the undersigned attorneys appear as counsel in the above-captioned bankruptcy case on behalf of interest party the California Power Exchange Corporation ("CalPX"). The undersigned requests that an entry be made on the Clerk's Matrix and all notices given or required to be given and all papers served or required to be served in this case be given to and served upon:

Marc S. Cohen
Alicia Clough
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, California 90067
Telephone: (310) 282-2000
Email: mscohen@loeb.com; aclough@loeb.com

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

17363238.1
227115-10002

Case: 19-30088    Doc# 296    Filed: 02/05/19    Entered: 02/05/19 12:33:57    Page 1 of 3

This request for notice is intended, without limitation, to constitute such request for service as is required by Bankruptcy Rules 2002 and 3017, and a request for court designated service as set forth in Bankruptcy Rules 3019, 3020(b)(1), 4001(a)(1), 6006(c), 9007, 9013, and 9019 and to receive CM/ECF notification in the case. This request includes not only the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code, but also includes, without limitation, schedules, statement of financial affairs, operating reports, pleadings, motions, applications, complaints, demands, hearings, requests or pleadings, and disclosure statement, any letter, objections, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to this proceeding, whether formal or informal, filed or delivered to the clerk, court, or judge in connection with this bankruptcy case and any proceeding related thereto, as well as the property of the Debtors or any proceeds thereof.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive any right of CalPX to (i) have final orders in core and non-core matters entered only after de novo review by a District Court judge; (ii) have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (iii) trial by jury in any proceeding triable herein, or in any case, controversy or proceeding related hereto; (iv) have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (v) have orders issued by (a) the United States Bankruptcy Court, Central District of California, in the case of *In re California Power Exchange Corporation*, Case No. 2:01-bk-16577-ES, and/or (b) the Federal Energy Regulatory Commission; (vi) any objection to the jurisdiction of the Bankruptcy Court for any purpose; (vii) any election of remedy; (viii) any rights, claims, actions, defenses, setoffs, or recoupments to which any party is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

17363238.1
227115-10002

Case: 19-30088    Doc# 296    Filed: 02/05/19    Entered: 02/05/19 12:33:57    Page 2 of 3

2

| | |
|---|---|
| Dated: February 5, 2019 | LOEB & LOEB LLP<br>MARC S. COHEN<br>ALICIA M. CLOUGH<br><br>By: /s/Marc S. Cohen<br>Marc S. Cohen<br>Attorneys for Reorganized<br>CALIFORNIA POWER EXCHANGE<br>CORPORATION |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

17363238.1
227115-10002

3