Marsha A. Houston (SBN 129956)
Christopher O. Rivas (SBN 238765)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Tel: 213.457.8000 / Fax: 213.457.8080

Attorneys for
Parsons Environment & Infrastructure, Inc.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>                Debtor-in-Possession. | Case No. 19-30088 DM<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**TO THE CLERK OF THE BANKRUPTCY COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Marsha A. Houston of the law firm of Reed Smith LLP, files this Notice of Appearance and Request for Special Notice as counsel for Parsons Environment & Infrastructure, Inc. ("Parsons") in the above-referenced matter and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon the undersigned attorney at the following address:

> Marsha A. Houston
> REED SMITH LLP
> 355 South Grand Avenue, Suite 2900
> Los Angeles, CA 90071-1514
> Tel: 213.457.8000 / Fax: 213.457.8080
> Email: mhouston@reedsmith.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure; and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, settlement, pleading or request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telefax or otherwise; and further includes, without limitation, any Disclosure Statement, Plan, Motion for Confirmation or Order of Confirmation.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance, nor any later appearance, pleading, proof of claim, or suit, shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of

- 1 -
NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

remedies, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved without exception and without conceding jurisdiction in any way by this filing or by any other participation in this case.

PLEASE TAKE FURTHER NOTICE that the foregoing request does not grant authority to the undersigned to be its agent for service of process with respect to any adversary proceeding in the case. Parsons expressly states that the undersigned has no authority to accept service of process of any adversary proceeding in this case under, *inter alia*, Bankruptcy Rule 7004(b)(8) and that any summons or complaint must be served directly upon Parsons.

DATED: February 5, 2019      REED SMITH LLP

By    /s/ Marsha A. Houston
Marsha A. Houston
Attorneys for
Parsons Environment & Infrastructure, Inc.