C. Luckey McDowell (*pro hac vice forthcoming*)
luckey.mcdowell@bakerbotts.com
Ian E. Roberts (*pro hac vice forthcoming*)
ian.roberts@bakerbotts.com
Kevin Chiu (*pro hac vice forthcoming*)
kevin.chiu@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 1000
Dallas, Texas 75201
Telephone: (214) 953-6500

Navi S. Dhillon (CA Bar No. 279537)
navi.dhillon@bakerbotts.com
**BAKER BOTTS L.L.P.**
101 California Street, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6200

*Counsel for Clearway Energy, Inc., Clearway Energy Group LLC,
NRG Energy, Inc., TerraForm Power, Inc., and Marubeni Corporation*

**FILED**

FEB - 5 2019

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19 - 30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br><br><br>APPLICATION FOR<br>ADMISSION OF ATTORNEY<br>*PRO HAC VICE* |

Pursuant to B.L.R. 1001-2(a)(29) and Civil L.R. 11-3, Ian E. Roberts, an active member in good standing of the bar of the State of Texas, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Clearway Energy, Inc., Clearway Energy Group LLC, NRG Energy, Inc., TerraForm Power, Inc. and Marubeni Corporation in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Navi S. Dhillon (CA Bar No. 279537)
> navi.dhillon@bakerbotts.com
> **BAKER BOTTS L.L.P.**
> 101 California Street, Suite 3600
> San Francisco, California 94111
> Telephone: (415) 291-6200

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated: February 5, 2019

**BAKER BOTTS L.L.P.**

*/s/ Ian E. Roberts*
Ian E. Roberts
Counsel for Clearway Energy, Inc., Clearway Energy Group LLC, NRG Energy, Inc., TerraForm Power, Inc., and Marubeni Corporation

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

# CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

### Ian Edwards Roberts

Bar Number:                                        Date of Admission:

**24056217**                                        **10/31/2007**

Witness my official signature and the seal of this court.

Dated: 02/01/2019                                   Karen Mitchell,
                                                    Clerk of Court

                                                    By: s/ B. Gaona
                                                        Deputy Clerk

