UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

**FILED**
FEB 0 5 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

In re

PG&E Corporation,

Debtor(s).

Case No. 19-30088 (DM)
Chapter

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Michael Busenkell, an active member in good standing of the bar of Delaware, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Itron, Inc.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of B.L.R. 1001-2(a)(29) and Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party.

Dated: FEB 0 5 2019

Judge Dennis Montali