Timothy Graulich (*pro hac vice* pending)
timothy.graulich@davispolk.com
Eli J. Vonnegut (*pro hac vice* pending)
eli.vonnegut@davispolk.com
David Schiff (*pro hac vice* pending)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

Andrew D. Yaphe (SBN 274172)
andrew.yaphe@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

*Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility*

FILED
FEB 0 5 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY,

Debtors.

Case No. 19-30088
Chapter 11

(Joint Administration Pending)

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Eli J. Vonnegut, whose business address and telephone number is Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, (212) 450-4000, and who is an active member in good standing of the bar of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the represented party. All further filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

Dated: FEB 0 5 2019

*/s/ Dennis Montali*
Judge Dennis Montali
UNITED STATES BANKRUPTCY JUDGE