# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB - 5 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

In re: ) Case No. 19-30089
)
PACIFIC GAS AND ELECTRIC COMPANY ) Chapter 11
)
Debtor. )

## REQUEST FOR NOTICE

Union Pacific Railroad Company, pursuant to Rule 2002 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, hereby requests that all notices given or required to be given in this case and all papers served in this case be directed to the following:

Tonya W. Conley
Lila L. Howe
Union Pacific Railroad Company
1400 Douglas Street, STOP 1580
Omaha, Nebraska 68179
(402) 544-3015
or via email to bankruptcynotices@up.com

The foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the above-captioned Debtor or the property of the above-captioned Debtor.

Dated: February 1, 2019.

UNION PACIFIC RAILROAD COMPANY

By: *Lila L. Howe*
Lila L. Howe, Paralegal
Union Pacific Railroad Company
1400 Douglas Street, STOP 1580
Omaha, Nebraska 68179
(402) 544-1184

# CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of February, 2019, I placed a true and correct copy of the foregoing, postage prepaid thereon, in the U.S. Mail properly addressed to each of the following:

>United States Bankruptcy Court
>Northern District of California
>450 Golden Gate Avenue, Suite 36099
>San Francisco, CA 94102
>
>Debtor's Attorney
>Tobias S. Keller
>Keller & Benvenutti LLP
>650 California Street, Suite 1900
>San Francisco, CA 94108

_____
Lila L. Howe, Paralegal



**Via USPS**

United States Bankruptcy Court
Northern District of California
450 Golden Gate Avenue, Suite 36099
San Francisco, CA 94102

    **In re: Pacific Gas and Electric Company**

           **Case No. 19-30089**

Dear Sir or Madam:

    Enclosed please find the original and one copy of Union Pacific Railroad Company's Request for Notice in the above-referenced matter. Please return a file-stamped copy in the enclosed, self-addressed, stamped envelope.

    If you have any questions, please contact me at (402) 544-1184. Thank you for your assistance.

                              Sincerely,

                              Lila L. Howe

                              Paralegal

Enclosures

cc:   Tonya W. Conley, General Attorney

UNION PACIFIC RAILROAD
Omaha, Nebraska 68179