1  CALIFORNIA PUBLIC UTILITIES COMMISSION
2  Arocles Aguilar, SBN 94753
   505 Van Ness Avenue
3  San Francisco, California 94102
   Telephone: (415) 703-2015
4  Facsimile: (415) 703-2262
   Email: arocles.aguilar@cpuc.ca.gov
5
   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
6  Alan W. Kornberg
7  Brian S. Hermann (*pro hac vice* pending)
   Walter R. Rieman, SBN 139365
8  Sean A. Mitchell (*pro hac vice* pending)
   Neal P. Donnelly (*pro hac vice* pending)
9  1285 Avenue of the Americas
   New York, New York 10019
10 Telephone: (212) 373-3000
11 Facsimile: (212) 757-3990
   Email: akornberg@paulweiss.com
12        bhermann@paulweiss.com
          wrieman@paulweiss.com
13        smitchell@paulweiss.com
          ndonnelly@paulweiss.com
14
15 *Attorneys for the California Public Utilities Commission*
16
17            UNITED STATES BANKRUPTCY COURT
              NORTHERN DISTRICT OF CALIFORNIA
              SAN FRANCISCO DIVISION
18

19 **In re:**                          Case Nos.    19 - 30088 (DM)
                                                     19 - 30089 (DM)
20 **PG&E CORPORATION**
                                       Chapter 11 Cases
                        **Debtor.**
21                                     **APPLICATION FOR ADMISSION OF**
22 **Tax I.D. No. 94-3234914**         **ATTORNEY *PRO HAC VICE***

23 **In re:**                          **[No Hearing Requested]**

24 **PACIFIC GAS AND ELECTRIC**
   **COMPANY**
25
                        **Debtor.**
26
27 **Tax I.D. No. 94-0742640**

28

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Sean A. Mitchell, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing the California Public Utilities Commission[1] in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.  I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3.  An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Ms. Arocles Aguilar, General Counsel, California Public Utilities Commission, 505 Van Ness Avenue, San Francisco, California 94102, Telephone: (415) 703-2015.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    February 4, 2019

_____
Sean A. Mitchell

---

[1] The California Public Utilities Commission (the "Commission") does not waive any objections or defenses that the State of California, the Commission or any other agency, unit or entity of the State of California may have to this Court's jurisdiction over the State of California, the Commission or such other agency, unit or entity based upon the Eleventh Amendment to the United States Constitution or related principles of sovereign immunity or otherwise, all of which objections and defenses are hereby reserved.

- 2 -