CALIFORNIA PUBLIC UTILITIES COMMISSION
Arocles Aguilar, SBN 94753
505 Van Ness Avenue
San Francisco, California 94102
Telephone: (415) 703-2015
Facsimile: (415) 703-2262
Email: arocles.aguilar@cpuc.ca.gov

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Alan W. Kornberg
Brian S. Hermann (*pro hac vice* pending)
Walter R. Rieman, SBN 139365
Sean A. Mitchell (*pro hac vice* pending)
Neal P. Donnelly (*pro hac vice* pending)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: akornberg@paulweiss.com
       bhermann@paulweiss.com
       wrieman@paulweiss.com
       smitchell@paulweiss.com
       ndonnelly@paulweiss.com

*Attorneys for the California Public Utilities Commission*

**FILED**
FEB - 5 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> Debtor. <br><br> Tax I.D. No. 94-3234914 | Case Nos.    19 - 30088 (DM) <br>               19 - 30089 (DM) <br><br> Chapter 11 Cases <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** <br><br> [No Hearing Requested] |
| **In re:** <br><br> **PACIFIC GAS AND ELECTRIC COMPANY** <br><br> Debtor. <br><br> Tax I.D. No. 94-0742640 | |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Michael M. Turkel, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing the California Public Utilities Commission[1] in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Ms. Arocles Aguilar, General Counsel, California Public Utilities Commission, 505 Van Ness Avenue, San Francisco, California 94102, Telephone: (415) 703-2015.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 4, 2019

Michael M. Turkel

---

[1] The California Public Utilities Commission (the "Commission") does not waive any objections or defenses that the State of California, the Commission or any other agency, unit or entity of the State of California may have to this Court's jurisdiction over the State of California, the Commission or such other agency, unit or entity based upon the Eleventh Amendment to the United States Constitution or related principles of sovereign immunity or otherwise, all of which objections and defenses are hereby reserved.

- 2 -