# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

**FILED**
FEB 0 5 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

In re **PG&E Corporation**
-and-
**Pacific Gas and Electric Company**
Debtor(s).

Case No. **19-30088 (Lead Case)**

Chapter **11**

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Mathew G. Roberts**, whose business address and telephone number is

**600 Peachtree St. NE**
**Suite 3000**
**Atlanta, GA 30308**

T: 404.885.2737

and who is an active member in good standing of the bar of **Georgia**

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **Southern Power Company**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

Dated: FEB 0 5 2019

**Dennis Montali**
United States Bankruptcy Judge