| | |
|---|---|
| 1 | **STOEL RIVES LLP**<br>David B. Levant (*pro hac vice* pending) |
| 2 | 101 S. Capitol Boulevard, Suite 1900<br>Boise, ID  83702 |
| 3 | Telephone: 208.389.9000<br>Facsimile: 208.389.9040 |
| 4 | david.levant@stoel.com |
| 5 | Oren Buchanan Haker (*pro hac vice* pending)<br>760 SW Ninth Avenue, Suite 3000 |
| 6 | Portland, OR  97205<br>Telephone:  503.224.3380 |
| 7 | Facsimile:  503.220.2480<br>oren.haker@stoel.com |
| 8 | |
| 9 | Gabrielle Glemann (*pro hac vice* pending)<br>600 University Street, Suite 3600 |
| 10 | Seattle, WA  98101<br>Telephone:  206.624.0900 |
| 11 | Facsimile:  206.386.7500<br>gabrielle.glemann@stoel.com |
| 12 | *Attorneys for Avangrid Renewables, LLC, et al.;*<br>*Enel Green Power North America, Inc. et al. and* |
| 13 | *Enel X; Capital Dynamics, Inc. et al.; FTP Power*<br>*LLC, et al. and Gill Ranch Storage, LLC* |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088 (Main)<br>Case No. 19-30089 (Jointly Administered)<br><br>Chapter 11<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Gabrielle Glemann, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Bankruptcy Court for the Northern District of California on a *pro hac vice* basis representing

-1-

each of Avangrid Renewables, LLC *et al.*[1]; Enel Green Power North America, Inc. *et al.*[2] and Enel X; Capital Dynamics, Inc. *et al.*[3]; FTP Power LLC, *et al.*,[4] and Gill Ranch Storage, LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Sunny S. Sarkis (#258073)
> STOEL RIVES LLP
> 500 Capitol Mall, Suite 1600
> Sacramento, CA 95814
> Telephone: 916.447.0700

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 5, 2019                     /s/ Gabrielle Glemann
                                            Gabrielle Glemann

---

[1] This representation includes the following subsidiaries of Avangrid Renewables, LLC: Klondike Wind Power III LLC and Shiloh I Wind Project LLC.

[2] This representation includes the following subsidiaries of Enel Green Power North America, Inc.: Sierra Energy Storage, LLC, Kingston Energy Storage, LLC, Cascade Energy Storage, LLC, El Dorado Hydro, LLC and Rock Creek Hydro, LLC.

[3] This representation includes the following subsidiaries of Capital Dynamics, Inc.: CA Flats Solar 150, LLC, Lost Hills Solar, LLC, Blackwell Solar, LLC, Parrey, LLC, and North Star Solar, LLC.

[4] This representation includes the following subsidiaries of FTP Power LLC: Western Antelope Blue Sky Ranch A LLC, 87RL 8me LLC, Aspiration Solar G LLC, Bayshore Solar A, LLC, Bayshore Solar B, LLC, and Bayshore Solar C, LLC.



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Gabrielle Glemann** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 14th day of February 2007, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on April 25, 2018.

*Aprilanne Agostino*

Clerk of the Court