**STOEL RIVES LLP**
David B. Levant (*pro hac vice* pending)
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone: 208.389.9000
Facsimile: 208.389.9040
david.levant@stoel.com

Oren Buchanan Haker (*pro hac vice* pending)
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480
oren.haker@stoel.com

Gabrielle Glemann (*pro hac vice* pending)
600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  206.624.0900
Facsimile:  206.386.7500
gabrielle.glemann@stoel.com

*Attorneys for Avangrid Renewables, LLC, et al.; Enel Green Power North America, Inc. et al. and Enel X; Capital Dynamics, Inc. et al.; FTP Power LLC, et al. and Gill Ranch Storage, LLC*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088 (Main)<br>Case No. 19-30089 (Jointly Administered)<br><br>Chapter 11<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Oren Buchanan Haker, an active member in good standing of the bar of the State of Oregon, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing each of

-1-

Avangrid Renewables, *et al.*[1]; Enel Green Power North America, Inc. *et al.*[2] and Enel X; Capital Dynamics, Inc. *et al.*[3]; FTP Power LLC, *et al.*,[4] and Gill Ranch Storage, LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Sunny S. Sarkis (#258073)
> STOEL RIVES LLP
> 500 Capitol Mall, Suite 1600
> Sacramento, CA 95814
> Telephone: 916.447.0700

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 5, 2019         /s/ Oren Buchanan Haker
                                Oren Buchanan Haker

---

[1] Avangrid Renewables includes the following subsidiaries LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC

[2] Enel Green Power North America, Inc. includes the following subsidiaries Sierra Energy Storage, LLC, Kingston Energy Storage, LLC, Cascade Energy Storage, LLC, El Dorado Hydro, LLC and Rock Creek Hydro, LLC

[3] Capital Dynamics includes the following subsidiaries CA Flats Solar 150, LLC, Lost Hills Solar, LLC, Blackwell Solar, LLC, Parrey, LLC, and North Star Solar, LLC

[4] FTP Power LLC includes the following subsidiaries Western Antelope Blue Sky Ranch A LLC, 87RL 8me LLC, Aspiration Solar G LLC, Bayshore Solar A, LLC, Bayshore Solar B, LLC, and Bayshore Solar C, LLC



# Certificate

State of Oregon )
) ss.
County of Washington )

I, Stacy R. Owen, do hereby certify that I am an Assistant Disciplinary Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

**OREN BUCHANAN HAKER**

was admitted to practice law in the State of Oregon by reciprocity and became an active member of the Oregon State Bar on January 9, 2013.

There are no grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Mr. Haker is an active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 12th day of June, 2018.

Stacy R. Owen
Assistant Disciplinary Counsel
Oregon State Bar

16037 SW Upper Boones Ferry Road, PO Box 231935, Tigard, Oregon 97281-1935
(503) 620-0222 or (800) 452-8260   Regulatory Services fax (503) 968-4457   www.osbar.org