| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 2 | |
| 3 | M. David Minnick (State Bar No. 54148)<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, CA 94126-5998 |
| 4 | (415) 983-1000 |
| 5 | dminnick@pillsburylaw.com |
| 6 | Leo T. Crowley (*pro hac vice admission pending*)<br>1540 Broadway |
| 7 | New York, NY 10036<br>(212) 858-1000 |
| 8 | leo.crowley@pillsburylaw.com |
| 9 | Dania Slim (*pro hac vice admission pending*) |
| 10 | 324 Royal Palm Way, Suite 220<br>Palm Beach, Florida 33480 |
| 11 | (561) 232-3300<br>dania.slim@pillsburylaw.com |
| 12 | |
| 13 | *Counsel for Bank of America, N.A., as agent and as lender* |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Dania Slim, an active member in good standing of the bar of Florida, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Bank of America, N.A. in the above-entitled cases.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled cases. The name, address and telephone number of that attorney is:

> M. David Minnick (State Bar No. 54148)
> Four Embarcadero Center, 22nd Floor
> San Francisco, CA 94126-5998
> (415) 983-1000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 5, 2019          /s/ *Dania Slim*
                                 Dania Slim
                                 324 Royal Palm Way, Suite 220
                                 Palm Beach, Florida 33480
                                 (561) 232-3300
                                 dania.slim@pillsburylaw.com

                                 *Counsel for Bank of America, N.A.*

2



# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida )

County of Leon ) In Re: 0060081
Dania Slim
Pillsbury Winthrop Shaw Pittman LLP
324 Royal Palm Way Ste 220
Palm Beach, FL 33480-4309

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **October 27, 2008**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 30th day of **January**, **2019**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-33700

