**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| | |
|---|---|
| In re: PG&E CORPORATION, <br><br> -and- <br><br> PACIFIC GAS & ELECTRIC COMPANY, <br><br> Debtors. | Bankruptcy No.: 19-30088-DM <br> R.S. No.: RAL-1 <br> Hearing Date: February 26, 2019 <br> Time: 9:30 am |

**Relief From Stay Cover Sheet**

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: January 29, 2019 Chapter: 11
    Prior hearings on this obligation: None    Last Day to File §523/§727 Complaints: Not Applicable

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

    Secured Creditor [ ] or lessor [ ]
    Fair market value: $_____ Source of value: _____
    Contract Balance: $_____ Pre-Petition Default: $_____
    Monthly Payment: $_____ No. of months: _____
    Insurance Advance: $_____ Post-Petition Default: $_____
                                                            No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

    Fair market value: $_____ Source of value: _____ If appraisal, date: _____

    Moving Party's position (first trust deed, second, abstract, etc.):

    Approx. Bal. $_____ Pre-Petition Default: $_____
    As of (date): _____ No. of months: _____
    Mo. payment: $_____ Post-Petition Default: $_____
    Notice of Default (date): _____ No. of months: _____
    Notice of Trustee's Sale: _____ Advances Senior Liens: $_____

    Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed:_____ | $ | $ | $ |
| 2nd Trust Deed:_____ | $ | $ | $ |
| _____:  |  |  |  |
| _____:  |  |  |  |
| _____:  |  |  |  |
| (Total) | $ | $ | $ |

Other pertinent information: Litigation in another forum

Dated: February 5, 2019            ___/s/ Richard A. Lapping_____
                                                                      Signature

                                                                  ___Richard A. Lapping_____
                                                                      Print or Type Name

                               Attorney for Valero Refining Company-California