Richard A. Lapping (SBN: 107496)
Trodella & Lapping LLP
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 399-1015
Facsimile: (415) 651-9004
*Rich@TrodellaLapping.com*

Attorneys for Valero Refining Company-California

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>■ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No.: 19-30088-DM<br><br>Chapter 11<br><br>**PROOF OF SERVICE** |

I, Richard A. Lapping, am a resident of the State of California, over the age of eighteen, and not a party to the within action. I am a member of the bar of this Court. My business address is 540 Pacific Avenue, San Francisco, CA 94133. On February 5, 2019, I served the following documents:

**NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY BY VALERO REFINING COMPANY-CALIFORNIA**

**MOTION FOR RELIEF FROM STAY BY VALERO REFINING COMPANY-CALIFORNIA (Partially Redacted)**

**DECLARATION OF JOHN COX AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR RELIEF FROM STAY BY VALERO REFINING COMPANY-CALIFORNIA (Exhibits 3 and 4 Under Seal)**

1

**By Electronic Filing:** On Debtors and registered participants per Local Bankruptcy Rule 9013-3(c).

**By Mail**: On the creditors included on the list filed pursuant to Federal Rule of Bankruptcy Procedure 1007(d) by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at San Francisco, California, addressed to the persons listed on attached Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 5, 2018, at San Francisco, California.

/s/ Richard A. Lapping
Richard A. Lapping

| | | |
|---|---|---|
| Bank of New York Mellon<br>400 South Hope Street, Suite 500<br>Los Angeles , CA 90071 | Citibank, N.A.<br>388 Greenwich Street<br>New York, NY 10013 | Mizuho<br>1251 Ave. of the Americas, 32nd Fl.<br>New York, NY 10020 |
| Bank of America<br>NY1-199-22-00, 1 Bryant Park, 22nd Floor<br>New York, NY 10036 | The Okonite Company Inc.<br>2440 Camino Ramon, Ste. 315<br>San Ramon CA, 94583 | MUFG<br>1251 Avenue of the Americas<br>New York, NY 10020-1104 |
| Deutsche Bank<br>100 Plaza One, 8th Floor<br>MS JCY03-0801<br>Jersey City, NJ 07311 | Wells Fargo<br>One West Fourth Street<br>Winston-Salem, NC 27101 | MRO Integrated Solutions LLC<br>Maxwell Way, Ste. 200<br>Fairfield, CA 94534 |
| Roebbelen Contracting Inc.<br>1241 Hawks Flight Ct.<br>El Dorado Hills, CA 95762 | McKinsey & Company Inc.<br>PO Box 7247-7255<br>Philadelphia, PA 19170 | Quanta Energy Services LLC<br>Post Oak Blvd., Ste. 2600<br>Houston, TX 77056 |
| ARB Inc.<br>26000 Commercentre Dr.<br>Lake Forest, CA 92630 | Office of the United States Trustee<br>Attn: Marta E. Villacorta<br>450 Golden Gate Avenue,<br>Suite 05-0153<br>San Francisco, CA 94102-3661 | Turner Construction Company<br>343 Sansome St., Ste. 500<br>San Francisco, CA 94104 |

# EXHIBIT A