Richard A. Lapping (SBN: 107496)
Trodella & Lapping LLP
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 399-1015
Facsimile: (415) 651-9004
*Rich@TrodellaLapping.com*

Attorneys for Valero Refining Company-California

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>■ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No.: 19-30088-DM<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY BY VALERO REFINING COMPANY-CALIFORNIA**<br><br>Date: February 26, 2019<br>Time: 9:30 a.m.<br>Place: Courtroom 17<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, California<br>Judge: Hon. Dennis Montali |

**PLEASE TAKE NOTICE** that on February 26, 2019, at 9:30 a.m. at the United States Bankruptcy Court for the Northern District of California, located at 450 Golden Gate Avenue, 16th Floor, San Francisco, California, in Courtroom 17 of the Honorable Dennis Montali, Creditor Valero Refining Company-California ("Valero") will bring on for a preliminary hearing its motion of for relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) (the "Motion"), to allow the completion of pretrial proceedings, trial, post-trial motions and any appellate proceedings in VALERO REFINING COMPANY-CALIFORNIA, a Delaware corporation v. PACIFIC GAS & ELECTRIC COMPANY, a California corporation, pending as Case No. 2:17-cv-01350-TLN-EFB in

United States District Court for the Eastern District of California before the Honorable Troy L. Nunley, United States District Judge (the "District Court Action").

Valero does not seek relief from the stay to pursue any enforcement of any judgment it may obtain in the District Court Action.

The Motion is based on this Notice of Hearing, the Motion and points and authorities therein, the Declaration and Request for Judicial Notice of John Cox, and on such other and further evidence and matters that the Court may consider at the hearing of the Motion.

**PLEASE TAKE FURTHER NOTICE that as provided in Local Rule 4001-1(a), the Debtor, Pacific Gas & Electric Company, is advised to appear personally or by counsel at the preliminary hearing; and that failure to so appear may result in the Court granting the relief requested without further hearing, including the lifting of the automatic stay to allow Valero to pursue completion of pretrial proceedings, trial, post-trial motions and any appellate proceedings in or in connection with the District Court Action.**

Dated: February 5, 2019  TRODELLA & LAPPING LLP

By:  /s/ Richard A. Lapping
　　　Richard A. Lapping
　　　Attorneys for Valero Refining Company-California

2

Trodella & Lapping LLP
540 Pacific Avenue
San Francisco, CA 94133