**HUNTON ANDREWS KURTH LLP**
Kevin M. Eckhardt (State Bar No. 264136)
Email: keckhardt@huntonak.com
50 California Street, Suite 1700
San Francisco, California 94111
Telephone: (415) 975-3700
Facsimile: (415) 975-3701

and

**HUNTON ANDREWS KURTH LLP**
Peter S. Partee, Sr. (*pro hac vice* admission pending)
Email: ppartee@huntonak.com
200 Park Avenue, 53rd Floor
New York, New York 10166
Telephone: (212) 309-1000
Facsimile: (212) 309-1100

*Attorneys for DTE Stockton, LLC,*
*Mt. Poso Cogeneration Company, LLC*
*f/k/a Mt. Poso Cogeneration Company, L.P.,*
*Potrero Hills Energy Producers, LLC,*
*Sunshine Gas Producers, LLC,*
*Woodland Biomass Power, LLC*
*f/k/a Woodland Biomass Power, Ltd.*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>\* *All papers shall be filed in the lead case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br><br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Hunton Andrews Kurth LLP hereby appears as counsel for (i) DTE Stockton, LLC, (ii) Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P., (iii) Potrero Hills Energy Producers, LLC, (iv) Sunshine Gas Producers, LLC, and (iv) Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd. (collectively, the "DTE Entities") in the above-captioned proceeding pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**PLEASE TAKE FURTHER NOTICE** that the DTE Entities hereby request, pursuant to Bankruptcy Rule 2002 and any orders governing notice in this proceeding, that copies of all notices and pleadings given or required to be given, and all papers served or required to be served, be given and served upon the following persons at the addresses, emails and telephone numbers indicated:

Kevin M. Eckhardt
HUNTON ANDREWS KURTH LLP
50 California Street, Suite 1700
San Francisco, California 94111
Telephone: (415) 975-3700
Facsimile: (415) 975-3701
keckhardt@huntonak.com

Peter S. Partee, Sr.
HUNTON ANDREWS KURTH LLP
200 Park Avenue, 53rd Floor
New York, New York 10166
Telephone: (212) 309-1000
Facsimile: (212) 309-1100
ppartee@huntonak.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any applications, petitions, motions, complaints, requests or demands, hearings, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document filed with, or otherwise brought before, this Court with respect to the above-captioned bankruptcy proceeding, whether formal

or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, e-mail, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that the DTE Entities intend that neither this notice nor any later appearance, pleading, claim or suit shall waive (i) their right to have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) their right to trial by jury in any proceeding so triable in any case, controversy, or proceeding related to these bankruptcy cases, (iii) their right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, (iv) their right to enforce any contractual provisions with respect to arbitration, or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which they are or may be entitled under agreements, in law or in equity, including the right to contest the jurisdiction of the United States Bankruptcy Court for the Northern District of California over it, all of which rights, claims, actions, defenses, setoffs, and recoupments the DTE Entities expressly reserve.

Dated: February 6, 2019

*/s/Kevin M. Eckhardt*
Kevin M. Eckhardt (SBN 264136)
**HUNTON ANDREWS KURTH LLP**
50 California Street, Suite 1700
San Francisco, California 94111
Telephone: (415) 975-3700

and

Peter S. Partee, Sr.
(*pro hac vice* admission pending)
**HUNTON ANDREWS KURTH LLP**
200 Park Avenue, 53rd Floor
New York, New York 10166
Telephone: (212) 309-1000

*Attorneys for DTE Stockton, LLC,*
*Mt. Poso Cogeneration Company, LLC*
*f/k/a Mt. Poso Cogeneration Company, L.P.,*
*Potrero Hills Energy Producers, LLC,*
*Sunshine Gas Producers, LLC,*
*Woodland Biomass Power, LLC*
*f/k/a Woodland Biomass Power, Ltd.*