JEFFREY C. KRAUSE, SBN 94053
  jkrause@gibsondunn.com
GENEVIEVE G. WEINER, SBN 254272
  gweiner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

MICHAEL A. ROSENTHAL, NY SBN 4697561
  mrosenthal@gibsondunn.com
  *(pro hac vice application pending)*
ALAN MOSKOWITZ, NY SBN 4760476
  amoskowitz@gibsondunn.com
  *(pro hac vice application pending)*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Attorneys for Topaz Solar Farms LLC

**FILED**

FEB - 6 2019

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E Corporation,<br><br>    Debtor.<br><br>Tax I.D. No. 94-3234914<br><br>In re:<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtor.<br><br>Tax I.D. No. 94-0742640 | CASE NO. 3:19-bk-30088<br>*Joint Administration Pending*<br><br>Chapter 11<br><br>Assigned to the Hon. Dennis Montali<br><br>**ALAN MOSKOWITZ'S APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, ALAN MOSKOWITZ, an active member in good standing of the bar of NEW YORK, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing TOPAZ SOLAR FARMS LLC in the above-entitled action.

In support of this application, I certify under oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Genevieve G. Weiner
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Email: Gweiner@gibsondunn.com
Telephone: 213.229.7000
Facsimile: 213.229.7520

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 29, 2019

By: _____
Alan Moskowitz

103182052.1