REED SMITH LLP
A limited liability partnership formed in the State of Delaware

JONATHAN R. DOOLITTLE
REED SMITH LLP
101 SECOND STREET
SUITE 1800
SAN FRANCISCO, CA 94105-3659
TELEPHONE: +1 415 543 8700
FACSIMILE: +1 415 391 8269

MONIQUE B. HOWERY
REED SMITH LLP
10 SOUTH WACKER DRIVE
40TH FLOOR
CHICAGO, IL 60606
TELEPHONE: 312 207 2417
FACSIMILE: 312 207 6400

ATTORNEYS FOR CREDITORS,
*Lodi Gas Storage, L.L.P.*
*Wild Goose, LLC, and*
*Nevada Irrigation District*



FILED
FEB - 6 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG& Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19 - 30088 (DM)<br>Chapter 11<br>(Lead Case)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

  Pursuant to B.L.R. 1001-2(a)(29) and Civil L.R. 11-3, Monique B. Howery, an active member in good standing of the bar of Illinois, hereby applies for admission to practice in the

Northern District of California on a *pro hac vice* basis representing Lodi Gas Storage, L.L.P., Wild Goose, LLC, and Nevada Irrigation District in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Monique B. Howery, Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, Il 60606.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 5, 2019

REED SMITH LLP

By: /s/ Monique B. Howery
Monique B. Howery (SBN 6309276)
Email: mhowery@ReedSmith.com
Reed Smith LLP
Attorneys for Creditors,
*Nevada Irrigation District*

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Monique Bene Howery

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/01/2012 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 31st day of January, 2019.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois