MARK V. ISOLA, SBN 154614
misola@brotherssmithlaw.com
BUCHMAN PROVINE BROTHERS SMITH LLP
2033 N. Main Street, Suite 720
Walnut Creek, California 94596
Telephone: 925 944 9700
Facsimile: 925 944 9701

Attorneys for Creditors
MDR INC. dba ACCU-BORE DIRECTIONAL
DRILLING, and VETERAN POWER, INC.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PG&E CORPORATION AND PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtor. | Case No. 19-30088<br><br>Chapter Number: 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

PLEASE TAKE NOTICE that BROTHERS SMITH LLP, on behalf of MDR Inc. (dba Accu-Bore Directional Drilling) and Veteran Power, Inc., in the above-captioned case, hereby requests that all notices given or required to be given in this case to creditors, any creditors' committee, or any other party in interest (Bankruptcy Rules 2002(a), (b), (c) and (f) and Bankruptcy Rule 9007), whether sent by the Court, the debtor, any trustee, or any other party in this case, and all papers served or required to be served in connection with any such matter, be served on Brothers Smith, at the address listed below and that, pursuant to Bankruptcy Rules 2002(g) and 9007, the following be added to the Court's master mailing list:

Mark V. Isola
Brothers Smith LLP
2033 N. Main Street, Suite 720
Walnut Creek, California 94596
Telephone: 925 944 9700
Facsimile: 925 944 9701
misola@brotherssmithlaw.com

60638.001/542744.1

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE  19-30088

Case: 19-30088  Doc# 324  Filed: 02/06/19  Entered: 02/06/19 11:28:04  Page 1 of 2

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, dismissal, hearing, motion, pleading, plan, disclosure statement or request, formal or informal, whether conveyed by mail, telephone, facsimile or otherwise.

Dated: February 5, 2019    **BROTHERS SMITH LLP**

By: /s/Mark V. Isola
Mark V. Isola
Attorneys for Creditors
MDR INC. dba ACCU-BORE DIRECTIONAL DRILLING, and VETERAN POWER, INC.