Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| **In re Debtor(s):**<br><br>PG&E Corporation | Case No.: 19–30088 DM 11<br>Chapter: 11 |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on January 31, 2019 was filed on February 6, 2019. The following deadlines apply:

The parties have until Wednesday, February 13, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Wednesday, February 27, 2019.

If a request for redaction is filed, the redacted transcript is due Monday, March 11, 2019.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Tuesday, May 7, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Josephine McCall
2868 E Clifton Court
Gilbert, AZ 85297

or you may view the document at the clerk's office public terminal.

Dated: 2/11/19

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court