# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: dchambers | Date Created: 2/8/2019 |
| Case: 19–30088 | Form ID: TRANSC | Total: 28 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | David M. Stern | dstern@ktbslaw.com |
| aty | Hugh M. McDonald | |
| aty | Jane Kim | jkim@kellerbenvenutti.com |
| aty | Jennifer C. Hayes | jhayes@fhlawllp.com |
| aty | Lynette C. Kelly | lynette.c.kelly@usdoj.gov |
| aty | Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| aty | Robert G. Harris | rob@bindermalter.com |

TOTAL: 7

**Recipients submitted to the Claims Agent (Prime Clerk):**

| | | | | | |
|---|---|---|---|---|---|
| aty | Amanda L. Riddle | Corey, Luzaich, De Ghetaldi & Riddle LLP | 700 El Camino Real | P.O. Box 669 | Millbrae, CA 94030–0669 |
| aty | Frank Pitre | Cochett, Pitre & McCarthy, LLP | San Francisco Airport Office Center | 840 Malcolm Rd., Suite 200 | Burlingame, CA 94010 |
| aty | Jessica Liou | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 | |
| aty | Kenneth N. Klee | Klee, Tuchin, Bogdanoff and Stern | 1999 Avenue of the Stars, 39th Fl. | Los Angeles, CA 90067 | |
| aty | Kristopher M. Hansen | Stroock & Stroock & Lavan LLP | 180 Maiden Ln. | New York, NY 10038–4982 | |
| aty | Mark McKane | Kirkland & Ellis LLP | 555 California Street | San Francisco, CA 94104 | |
| aty | Mary E. Alexander | Mary Alexander & Associates, P.C. | 44 Montgomery St., #1303 | San Francisco, CA 94104 | |
| aty | Matthew Goren | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 | |
| aty | Sander L. Esserman | Stutzman, Bromberg, Esserman & Plifka | 2323 Bryan St. #2200 | Dallas, TX 75201–2689 | |
| aty | Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 | |
| aty | Theodore Tsekerides | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 | |
| | STEVEN J. SKIKOS, ESQ. | 1 Sansome Street, Suite 2830 | San Francisco, CA 94104 | | |
| | MALCOLM DAVID MINNICK, ESQ. | P. O. Box 2824 | San Francisco, CA 94126 | | |
| | MARK D. PONIATOWKSI, ESQ. | 20980 Redwood Road, Suite 200 | Castro Valley, CA 94546 | | |
| | MICHAEL RYAN PINKSTON, ESQ. | 560 Mission Street, Suite 3100 | San Francisco, CA 94105 | | |
| | STEVE Y. MA, ESQ. | 2029 Century Park East Suite 2400 | Los Angeles, CA 90067 | | |
| | DARIO DeGHETALDI, ESQ. | 700 El Camino Real | Millbrae, CA 94030–0669 US | | |
| | BRUCE BENNETT, ESQ. | 250 Vesey Street | New York, NY 10281 | | |
| | GEORGE LARRY ENGEL, ESQ. | 12116 Horseshoe Lane | Nevada City, CA 95959 | | |
| | MARCUS S. SACKS, ESQ. | P.O. Box 875 | Benjamin Franklin Station | Washington, DC 20044 | |
| | RICHARD C. PEDONE, ESQ. | Exchange Place | 53 State Street | Boston, MA 02107 | |

TOTAL: 21