TROUTMAN SANDERS LLP
Gabriel Ozel, Bar No. 269098 / gabriel.ozel@troutman.com
11682 El Camino Real, Suite 400
San Diego, CA 92130-2092 / Tel.: 858.509.6000
Attorneys for
CONSOLIDATED EDISON DEVELOPMENT, INC.
[See Additional Counsel on Attachment A]

**FILED**

FEB - 6 2019

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY

Debtor(s).

Case No. 19-30088-DM
Chapter 11

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, ___Hugh M. McDonald___, an active member in good standing of the bar of ___New York___, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing ___Consolidated Edison Development, Inc.___ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Gabriel Ozel

Troutman Sanders LLP, 11682 El Camino Real, Ste. 400, San Diego, CA 92130-2092

Telephone: 858-509-6000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 5, 2019

/s/ Hugh M. McDonald

# ATTACHMENT A
*To Pro Hac Vice Application of Hugh M. McDonald*

*[Continued From First Page]*

TROUTMAN SANDERS LLP
Hugh M. McDonald, NY Bar No. 2420974
(pro hac vice *pending*)
Jonathan Forstot, NY Bar No. 2257095
*(*pro hac vice *pending)*
875 Third Avenue
New York, NY 10022
Telephone: 212.704.6000
Facsimile: 212.704.6288
hugh.mcdonald@troutman.com
jon.forstot@troutman.com

Attorneys for
CONSOLIDATED EDISON
DEVELOPMENT, INC.

# ATTACHMENT A
*To Pro Hac Vice Application of Hugh M. McDonald*

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# HUGH M. MCDONALD

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **June 10, 1991**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**January 28, 2019**

1890

*[signature]*

Clerk of the Court