MATTHEWS & ASSOCIATES
CHICO, CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>PG&E CORPORATION and PACIFIC GAS, & ELECTIRC COMPANY<br><br>          Debtors, | Case No.19-30088-DM & 19-30089-DM<br><br>Chapter 11<br><br>APPLICATION FOR ADMISSION OF ATTORNEY<br><br>*PRO HACE VICE* |

      Pursuant to B.L.R 1001-2(a0(29) and Civil L.R. 11-3, <u>David P. Matthews,</u> an active member in good standing of the bar of <u>Texas,</u> hereby applies for admission to practice in the Northern District of California on a *pro hac vice* representing Terry Hodges, as next friend of Jane Doe, and other victims of the 2018 Camp Fire, creditors in the above-entitled action.

      In support of this application, I certify on oath that:

1. I am an active member in Good Standing of a United States Court of the highest court of another State or District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing who maintains an office within the state of California who has been designated as co-counsel in the in the above-entitled actions. The name, address and telephone number of that attorney is:

<u>Pedro "Peter" de al Cerda,</u>

Matthews & Associates, 250 Vallombrosa Ave, #266, Chico, CA 95926

530-212-8345

I declare under penalty or perjury that the foregoing is true and correct.

Date: 2/4/2019

_____
David P. Matthews

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

January 22, 2019

Re: Mr. David P. Matthews, State Bar Number 13206200

To Whom It May Concern:

This is to certify that Mr. David P. Matthews was licensed to practice law in Texas on November 10, 1988, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Linda A. Acevedo
Chief Disciplinary Counsel
LA/web

