James D. Curran (#126586)
WOLKIN CURRAN, LLP
111 Maiden Lane, 6th Floor
San Francisco, CA 94108
jcurran@wolkincurran.com
Phone: (415) 982-9390
Fax: (415) 982-4328

Jan D. Sokol (*pro hac vice pending*)
Kevin M. Coles (*pro hac vice pending*)
STEWART SOKOL & LARKIN LLC
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
jdsokol@lawssl.com
Phone: (503) 221-0699
Fax: (503) 223-5706
*Attorneys for Creditor Liberty Mutual Insurance Company*

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>Debtor,<br><br>Tax I.D. No. 94-3234914 | Case No. 19-30088 (DM)<br>Case No. 19-30089 (DM)<br><br>Chapter 11<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY JAN D. SOKOL *PRO HAC VICE*** |
| In re:<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtor,<br><br>Tax I.D. No. 94-0742640 | |

Pursuant to B.L.R. 1001-2(a)(29) and Civil L.R. 11-3, Jan D. Sokol, an active member in good standing of the bar of Oregon, hereby applies for admission to practice in the Northern

APPLICATION FOR ADMISSION OF ATTORNEY
JAN D. SOKOL PRO HAC VICE - 1

1019.071-01758751; 1

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706

Case: 19-30088    Doc# 330    Filed: 02/06/19    Entered: 02/06/19 14:03:57    Page 1 of 3

District of California on a *pro hac vice* basis representing Liberty Mutual Insurance Company in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An Attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

James D. Curran
WOLKIN CURRAN, LLP
111 Maiden Lane, 6th Floor
San Francisco, CA 94108
jcurran@wolkincurran.com
Phone: (415) 982-9390
Fax: (415) 982-4328

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 1st day of February, 2019.

STEWART SOKOL & LARKIN LLC

By: _____
Jan D. Sokol
jdsokol@lawssl.com
*Attorneys for Creditor Liberty Mutual Insurance Company*

APPLICATION FOR ADMISSION OF ATTORNEY
JAN D. SOKOL PRO HAC VICE - 2

1019.071-01758751; 1

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706

Case: 19-30088    Doc# 330    Filed: 02/06/19    Entered: 02/06/19 14:03:57    Page 2 of 3



# Oregon State Bar

# Certificate

State of Oregon  )
                 )  ss.
County of Washington  )

I, Angela W. Bennett, do hereby certify that I am an Assistant Disciplinary Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

### JAN D. SOKOL

was admitted to practice law in the State of Oregon by examination and became an active member of the Oregon State Bar on April 24, 1978.

There are no grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Mr. Sokol is an active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 5th day of February, 2019.

_Angela W. Bennett_
Angela W. Bennett
Assistant Disciplinary Counsel
Oregon State Bar

16037 SW Upper Boones Ferry Road, PO Box 231935, Tigard, Oregon 97281-1935
(503) 620-0222 or (800) 452-8260  fax (503) 684-1366  www.osbar.org

Case: 19-30088    Doc# 330    Filed: 02/06/19    Entered: 02/06/19 14:03:57    Page 3 of 3