James D. Curran (#126586)
WOLKIN CURRAN, LLP
111 Maiden Lane, 6th Floor
San Francisco, CA 94108
jcurran@wolkincurran.com
Phone: (415) 982-9390
Fax: (415) 982-4328

Jan D. Sokol (*pro hac vice pending*)
Kevin M. Coles (*pro hac vice pending*)
STEWART SOKOL & LARKIN LLC
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
kcoles@lawssl.com
Phone: (503) 221-0699
Fax: (503) 223-5706
*Attorneys for Creditor Liberty Mutual Insurance Company*

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>Debtor,<br><br>Tax I.D. No. 94-3234914<br>────────────────<br>In re:<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtor,<br><br>Tax I.D. No. 94-0742640 | Case No. 19-30088 (DM)<br>Case No. 19-30089 (DM)<br><br>Chapter 11<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY KEVIN M. COLES *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a)(29) and Civil L.R. 11-3, Kevin M. Coles, an active member in good standing of the bar of Oregon and California, hereby applies for admission to practice in

APPLICATION FOR ADMISSION OF ATTORNEY
KEVIN M. COLES PRO HAC VICE - 1

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706

the Northern District of California on a *pro hac vice* basis representing Liberty Mutual Insurance Company in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An Attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

James D. Curran
WOLKIN CURRAN, LLP
111 Maiden Lane, 6th Floor
San Francisco, CA 94108
jcurran@wolkincurran.com
Phone: (415) 982-9390
Fax: (415) 982-4328

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 1st day of February, 2019.

STEWART SOKOL & LARKIN LLC

By: _____
Kevin M. Coles
kcoles@lawssl.com
*Attorneys for Creditor Liberty Mutual Insurance Company*

APPLICATION FOR ADMISSION OF ATTORNEY
KEVIN M. COLES PRO HAC VICE - 2

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706



Oregon State Bar

# Certificate

State of Oregon )
) ss.
County of Washington )

I, Angela W. Bennett, do hereby certify that I am an Assistant Disciplinary Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

### KEVIN M. COLES

was admitted to practice law in the State of Oregon by examination and became an active member of the Oregon State Bar on May 18, 2017.

There are no grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Mr. Coles is an active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 5th day of February, 2019.

Angela W. Bennett
Assistant Disciplinary Counsel
Oregon State Bar