MATTHEW D. METZGER (SBN 240437)
mmetzger@belvederelegal.com
BELVEDERE LEGAL, PC
1777 Borel Place, Suite 314
San Mateo, CA 94402
Telephone:   (415) 513-5980
Facsimile:   (415) 513-5985

Attorneys for Dan Clarke

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re**<br><br>**PG&E CORPORATION**<br><br>- **and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.** | Bankruptcy Case<br>Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that DAN CLARKE hereby requests, pursuant to Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure or pursuant to any other applicable rule or statute, that notice of all matters which may come before the Court be given to:

> BELVEDERE LEGAL, PC
> Matthew D. Metzger (SBN 240437)
> 1777 Borel Place, Suite 314
> San Mateo, CA 94402
> Telephone: 415.513.5980
> Facsimile: 415.513.5985
> Email: belvederelegalecf@gmail.com

The foregoing request includes, without limitation, all notices, papers, and disclosures statements referred to in Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy

Procedure, and also includes notice of any order, application, complaint, demand, hearing, motion, petition, pleading, request, and any other document brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by electronic mail, mail, hand delivery, telephone, telegraph, facsimile, or otherwise delivered to the Court in the above-captioned proceedings.

This Notice of Appearance and Request for Special Notice is without prejudice to: (1) DAN CLARKE'S rights, remedies, claims, actions, defenses, setoffs, or recoupments, in law or equity, against the above-captioned debtors and any other entities either in this case or in any other action, all of which rights, remedies, claims, actions, defenses, setoffs, and recoupments are expressly reserved, and (2) any objection which may be made to the jurisdiction of the Court, and shall not be deemed or construed to submit DAN CLARKE to the jurisdiction of the Court.

Dated: February 6, 2019

Respectfully submitted,

BELVEDERE LEGAL, PC

By: /s/ Matthew D. Metzger
Matthew D. Metzger, Esq.
*Attorneys for Dan Clarke*