

**Signed and Filed: February 6, 2019**

_____

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY, | Case No. 19-30088 (Main) |
|---|---|
| Debtors. | Case No. 19-30089 (Jointly Administered) |
| | Chapter 11 |

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
OREN BUCHANAN HAKER _PRO HAC VICE_**

Oren Buchanan Haker, whose business and telephone number is

> Oren Buchanan Haker
> STOEL RIVES LLP
> 760 SW Ninth Avenue, Suite 3000
> Portland, OR 97205
> Telephone: 503.224.3380

and who is an active member in good standing of the bar of the State of Oregon having applied in the above-entitled action for admission to practice in the Northern District of California on a _pro hac vice_ basis representing Avangrid Renewables, LLC, _et al._[1]; Enel Green Power North America, Inc. _et al._[2] and Enel X; Capital Dynamics, Inc. _et al._[3]; FTP Power LLC, _et al._[4]; and Gill Ranch Storage, LLC.

---

[1] Avangrid Renewables includes the following subsidiaries LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC

[2] Enel Green Power North America, Inc. includes the following subsidiaries Sierra Energy Storage, LLC, Kingston Energy Storage, LLC, Cascade Energy Storage, LLC, El Dorado Hydro, LLC and Rock Creek Hydro, LLC

1       IT IS HEREBY ORDERED THAT the application of Oren Buchanan Haker is granted,

2  subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must

3  indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel

4  designated in the application will constitute notice to the represented party. All future filings in

5  this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures*

6  adopted by the United States Bankruptcy Court for the Northern District of California.

7

8  :                         **\*\*\* END OF ORDER \*\*\***

---

[3] Capital Dynamics includes the following subsidiaries CA Flats Solar 150, LLC, Lost Hills Solar, LLC, Blackwell Solar, LLC, Parrey, LLC, and North Star Solar, LLC

[4] FTP Power LLC includes the following subsidiaries Western Antelope Blue Sky Ranch A LLC, 87RL 8me LLC, Aspiration Solar G LLC, Bayshore Solar A, LLC, Bayshore Solar B, LLC, and Bayshore Solar C, LLC