Entered on Docket
February 06, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: February 6, 2019

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE:

PG&E CORPORATION and PACIFIC GAS, & ELECTIRC COMPANY

Debtors,

Case No.19-30088-DM & 19-30089-DM

Chapter 11

APPLICATION FOR ADMISSION OF ATTORNEY

*PRO HACE VICE*

# ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HACE VICE*

**DAVID P. MATTHEWS**, whose business address and telephone number is **MATTHEWS & ASSOCIATES, 2905 Sackett St, Houston, TX 77098. Tel: 713-522-5250** and who is an active member in good standing of the bar of **Texas**, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice*, representing **Terry Hodges, as Next Friend of Jane Doe, and other victims of the 2018 Camp Fire.**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

Dated: _____

_____
**Dennis Montali**

United States Bankruptcy Judge