UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>Debtor.<br><br>Tax I.D. No. 94-3234914 | Case Nos.  19 - 30088 (DM)<br>19 - 30089 (DM)<br><br>Chapter 11 Cases |
| In re:<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**<br><br>Debtor.<br><br>Tax I.D. No. 94-0742640 | **FILED**<br>FEB 0 6 2019<br>UNITED STATES BANKRUPTCY COURT<br>SAN FRANCISCO, CA |

ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY *PRO HAC VICE*

**Michael M. Turkel**, whose business address and telephone number is **Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064, (212) 373-3000**, and who is an active member in good standing of the bar of **New York**, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the **California Public Utilities Commission**.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court for the Northern District of California.

Dated: FEB 0 6 2019

_____
Hon. Dennis Montali
United States Bankruptcy Judge