Entered on Docket
February 06, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

1

2

3 **In re:**                                    Case Nos.    19 - 30088 (DM)
                                                            19 - 30089 (DM)
4 **PG&E CORPORATION**
                                                Chapter 11 Cases
5                        **Debtor.**

6 **Tax I.D. No. 94-3234914**

7 **In re:**

8 **PACIFIC GAS AND ELECTRIC**                   **FILED**
  **COMPANY**
9                                                FEB 0 6 2019
                         **Debtor.**
10                                               UNITED STATES BANKRUPTCY COURT
                                                 SAN FRANCISCO, CA
11 **Tax I.D. No. 94-0742640**

12                  **ORDER GRANTING APPLICATION FOR**
                   **ADMISSION OF ATTORNEY *PRO HAC VICE***
13

14       **Brian S. Hermann**, whose business address and telephone number is **Paul,**

15 **Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York,**

16 **New York 10019-6064, (212) 373-3000**, and who is an active member in good standing of the

17 bar of **New York**, having applied in the above-entitled action for admission to practice in the

18 Northern District of California on a *pro hac vice* basis, representing the **California Public**

19 **Utilities Commission.**

20       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms

21 and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*

22 *hac vice.* Service of papers upon and communication with co-counsel designated in the

23 application will constitute notice to the represented party. All future filings in this action are

24 subject to the Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the

25 United States Bankruptcy Court for the Northern District of California.

26 Dated: FEB 0 6 2019                    _____
                                          Hon. Dennis Montali
27                                        United States Bankruptcy Judge

28

Case: 19-30088   Doc# 338   Filed: 02/06/19   Entered: 02/06/19 16:10:56   Page 1 of 1