UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

**FILED**
FEB 06 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

In re PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY,

Debtor(s).

Case No. 19-30088-DM

Chapter 11

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Jonathan Forstot, whose business address and telephone number is Troutman Sanders LLP, 875 Third Avenue, New York, NY 10022 (212) 704-6000 and who is an active member in good standing of the bar of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Consolidated Edison Development, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

Dated: FEB 06 2019

*/s/ Dennis Montali*
United States Bankruptcy Judge