Lily A. North (No. 260709)
DECHERT LLP
One Bush Street, Suite 1600
San Francisco, California 94104
Telephone: 415.262.4500
Facsimile: 415.262.4555
lily.north@dechert.com

Allan S. Brilliant (*pro hac vice* pending)
Shmuel Vasser (*pro hac vice* pending)
Alaina R. Heine (*pro hac vice* pending)
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Telephone: 212.698.3500
Facsimile: 415.698.3599
allan.brilliant@dechert.com
shmuel.vasser@dechert.com
alaina.heine@dechert.com

*Attorneys for State Farm Mutual Automobile Insurance Company and its affiliates and subsidiaries*

FILED

FEB - 6 2019

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,<br><br>      Debtors. | Case No. 19-30088 (DM)<br>Chapter 11<br><br>(Jointly Administered)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY SHMUEL VASSER** *PRO HAC VICE* |

Pursuant to Rule 1001-2(a) of the Bankruptcy Local Rules of the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Local Rules**") and Rule 11-3 of the Civil Local Rules of the United States District Court for the District of Northern California (the "**Local Rules**"), Shmuel Vasser is duly licensed and admitted to practice and an active member in good standing of all of the Courts of the State of New York and hereby applies for admission to practice in the United States Bankruptcy Court for the Northern District of California (the "**Court**") on a *pro hac vice* basis representing State Farm Mutual Automobile Insurance Company and its affiliates and subsidiaries in the above-captioned bankruptcy cases.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules, the Bankruptcy Dispute Resolution Program of this Court, and the Bankruptcy Local Rules; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, and telephone number of that attorney is:

| | |
|---|---|
| 1 | Lily A. North (No. 260709) |
| 2 | DECHERT LLP<br>One Bush Street, Suite 1600 |
| 3 | San Francisco, California 94104<br>Telephone: 415.262.4500 |

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 30, 2019        DECHERT LLP

By: /s/ Shmuel Vasser

Shmuel Vasser
*Attorney for State Farm Mutual Automobile Insurance Company and its affiliates and subsidiaries*

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## SHMUEL VASSER

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **February 4, 1991**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**January 30, 2019**

2022

_____
Clerk of the Court