UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION

- and -

PACIFIC GAS AND ELECTRIC COMPANY,

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Bankruptcy Case No. 19 - 30088 (DM)

Chapter 11

(Lead Case)

(Jointly Administered)

**FILED**
FEB 06 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Ian E. Roberts, an active member in good standing of the bar of the State of Texas, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Clearway Energy, Inc., Clearway Energy Group LLC, NRG Energy, Inc., TerraForm Power, Inc. and Marubeni Corporation,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of B.L.R. 1001-2(a)(29) and Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party.

Dated: FEB 06 2019

DENNIS MONTALI
UNITED STATES BANKRUPTCY JUDGE