IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: <br><br> PG&E CORPORATION, <br><br> Debtor. | Chapter 11 <br><br> Case No. 19-30088 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES AND PLEADINGS

In accordance with Rule 9010(b) of the Federal Rules of Bankruptcy, please enter the appearance of Jennifer V. Doran and the law firm of Hinckley, Allen & Snyder LLP, as counsel for Telvent USA, LLC. The undersigned requests that notices of all matters be served as follows:

>Jennifer V. Doran, Esq.
>Hinckley, Allen & Snyder LLP
>28 State Street
>Boston, MA 02109
>Telephone: (617) 345-9000
>Facsimile: (617) 345-9020
>Email: jdoran@hinckleyallen.com

Request is hereby made for copies of all notices, papers and orders required to be given or served in accordance with Rule 2002 of the Federal Rules of Bankruptcy Procedure and, in addition, copies of all pleadings, notices or applications, motions, petitions, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or

conveyed by mail delivery, facsimile, telephone, telegram, telex or otherwise, which affect the Debtor or the property of the Debtor filed by any party in the above-captioned case.

> TELVENT USA, LLC
>
> By their attorneys,
>
> /s/ *Jennifer V. Doran*
> Jennifer V. Doran
> Hinckley, Allen & Snyder LLP
> 28 State Street
> Boston, MA 02109-1775
> (617) 345-9000 (Phone)
> (617) 345-9020 (Fax)
> jdoran@hinckleyallen.com

Dated: February 7, 2019

## CERTIFICATE OF SERVICE

I, Jennifer V. Doran, hereby certify that on this 7th day of February, 2019, I caused to be served a copy of the Notice of Appearance and Request for Service of All Notices and Pleadings, filed herewith, to the parties listed on the Court's Electronic Service List.

> /s/ *Jennifer V. Doran*
> Jennifer V. Doran