STROOCK & STROOCK & LAVAN LLP
Mark A. Speiser (pro hac vice pending)
(mspeiser@stroock.com)
Kenneth Pasquale (pro hac vice pending)
kpasquale@stroock.com)
Sherry J. Millman (pro hac vice pending)
(smillman@stroock.com)
Harold A. Olsen (pro hac vice pending)
(holsen@stroock.com)
180 Maiden Lane
New York, NY 10038-4982
Tel: 212 806 5400
Fax: 212 806 6006

STROOCK & STROOCK & LAVAN LLP
David W. Moon (#197711)
(dmoon@stroock.com)
2029 Century Park East
Los Angeles, CA 90067-3086
Tel: 310 556-5800
Fax: 310 556 5959

*Attorneys for Mizuho Bank, Ltd.*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>– and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☐ Affects all Debtors | Bankruptcy Case<br>No. 19 -30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS** |

**PLEASE TAKE NOTICE THAT,** the attorneys listed below hereby appear as counsel to Mizuho Bank, Ltd. ("Mizuho") in the chapter 11 cases of the above- captioned

debtors and debtors-in-possession (the "Debtors"). Pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and pursuant to Rules 2002, 3017, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Bankruptcy Code sections 342 and 1109(b), Mizuho requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) of reorganization, or other documents, filed or entered in these cases, be transmitted to:

| STROOCK & STROOCK & LAVAN LLP | STROOCK & STROOCK & LAVAN LLP |
|---|---|
| Mark A. Speiser | David W. Moon |
| Kenneth Pasquale | 2029 Century Park East |
| Sherry J. Millman | Los Angeles, CA 90067-3086 |
| Harold A. Olsen | Tel: 310 556-5800 |
| 180 Maiden Lane | Fax: 310 556 5959 |
| New York, NY 10038-4982 | dmoon@stroock.com |
| Tel: 212 806 5400 | |
| Fax: 212 806 6006 | |
| mspeiser@stroock.com | |
| kpasquale@stroock.com | |
| smillman@stroock.com | |
| holsen@stroock.com | |

**PLEASE TAKE FURTHER NOTICE THAT,** this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also include, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in this case, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, electronic mail, hand delivery, telephone, facsimile or otherwise filed or made with regard to the above-captioned case.

**PLEASE TAKE FURTHER NOTICE THAT**, neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Mizuho (i) to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding

arising in or relating to this case, (ii) to the entry of a final judgment or order by the Bankruptcy Court, or (iii) of any other right, remedy, claim, action, setoff or recoupment in law or in equity, all of which are hereby expressly reserved and preserved.

Dated: February 7, 2019

Respectfully submitted,
STROOCK & STROOCK & LAVAN LLP

/s/ David W. Moon
David W. Moon
*Attorneys for Mizuho Bank, Ltd.*