

PILLSBURY WINTHROP SHAW PITTMAN LLP

**Signed and Filed: February 6, 2019**

M. David Minnick (State Bar No. 54148)
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94126-5998
(415) 983-1000
dminnick@pillsburylaw.com

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Leo T. Crowley (*pro hac vice admission pending*)
1540 Broadway
New York, NY 10036
(212) 858-1000
leo.crowley@pillsburylaw.com

Dania Slim (*pro hac vice admission pending*)
324 Royal Palm Way, Suite 220
Palm Beach, Florida 33480
(561) 232-3300
dania.slim@pillsburylaw.com

*Counsel for Bank of America, N.A., as agent and as lender*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>    - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>              **Debtors.** | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Dania Slim, whose business address and telephone number is 324 Royal Palm Way, Suite 220, Palm Beach, Florida 33480 and (561) 232-3300, and who is an active member in good standing of the bar of Florida having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Bank of America, N.A.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

*** END OF ORDER ***

: