JONATHAN R. DOOLITTLE
REED SMITH LLP
101 SECOND STREET
SUITE 1800
SAN FRANCISCO, CA 94105-3659
TELEPHONE: +1 415 543 8700
FACSIMILE: +1 415 391 8269

MONIQUE B. HOWERY
REED SMITH LLP
10 SOUTH WACKER DRIVE
40TH FLOOR
CHICAGO, IL 60606
TELEPHONE: 312 207 2417
FACSIMILE: 312 207 6400

ATTORNEYS FOR CREDITORS,
*Lodi Gas Storage, L.L.P.*
*Wild Goose, LLC, and*
*Nevada Irrigation District*

**FILED**

FEB -7 2019

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 19 - 30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| **Debtors.** | **AMENDED APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |
| ☐ Affects PG& Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ■ Affects both Debtors | |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

Pursuant to B.L.R. 1001-2(a)(29) and Civil L.R. 11-3, Monique B. Howery, an active member in good standing of the bar of Illinois, hereby applies for admission to practice in the

Northern District of California on a *pro hac vice* basis representing Lodi Gas Storage, L.L.P., Wild Goose, LLC, and Nevada Irrigation District in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Jonathan R. Doolittle, Reed Smith LLP

101 Second Street, Suite 1800

San Francisco, CA 94105-3659.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 6, 2019

REED SMITH LLP

By: /s/ Monique B. Howery

Monique B. Howery (SBN 6309276)
Email: mhowery@ReedSmith.com
Reed Smith LLP
Attorneys for Creditors,
*Nevada Irrigation District*