JOZEL BRUNETT, Chief Counsel, SBN 124188
TODD M. BAILEY, Tax Counsel IV, SBN 109519
State of California Franchise Tax Board
Mail Stop A-260
P.O. Box 1720
Rancho Cordova, CA 95741-1720
Telephone: 916/845-6340
Facsimile: 916/845-0241
E-mail: Todd.bailey@ftb.ca.gov

Attorneys for California Franchise Tax Board

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>- And -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.**<br>[ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas and Electric Company<br>[X] Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Bankruptcy Case No. 19 – 30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br>**CALIFORNIA FRANCHISE TAX BOARD'S NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for California Franchise Tax Board ("FTB"), in connection with the chapter 11 case of the above-captioned Debtors (the "Debtors"), and pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010 and Bankruptcy Code section 1109(b), requests that the following names be added to any service list in the

chapter 11 case and that all notices given or required to be given in the chapter 11 case and all papers served or required to be served in the chapter 11 case, be given and served upon:

> Todd M. Bailey
> State of California Franchise Tax Board
> Mail Stop A-260
> P.O. Box 1720
> Rancho Cordova, CA 95741-1720
> Telephone: 916/845-6340
> Facsimile: 916/845-0241
> E-mail: todd.bailey@ftb.ca.gov

PLEASE TAKE FURTHER NOTICE that this request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, e-mail, or otherwise (1) that affects or seeks to affect in any way any rights or interest of any creditor or party-in-interest in the chapter 11 case, including FTB, with respect to: (a) the Debtors, (b) property of the estate, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) that requires or seeks to require any act, delivery, or any property, payment, or other conduct by FTB.

PLEASE TAKE FURTHER NOTICE that FTB intends that neither this Notice of Appearance and Request for Notice nor any later appearance, claim, or suit shall waive (1) its right to have final orders in non-core matters entered only after de novo review by a District Judge; (2) its right to trial by jury in any proceeding so triable in the chapter 11 case or any case, controversy, or proceeding relating to the chapter 11 case; (3) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) any other rights, claims, actions, setoffs, or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved; or (5) its right to assert sovereign immunity.

Dated: February 7, 2019                     FRANCHISE TAX BOARD

                                            By:   /s/ Todd M. Bailey
                                                  Todd M. Bailey
                                                  Attorneys for California Franchise Tax Board

-2-

*In re* PG&E CORPORATION                                                    Case No. 19-30088(DM)
California Franchise Tax Board's Notice of Appearance and Request for Notice

Case: 19-30088   Doc# 360   Filed: 02/07/19   Entered: 02/07/19 13:01:27   Page 2 of 2