

Stephen E. Hessler (NY Bar No. 4576856)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800, stephen.hessler@kirkland.com

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

PG&E Corporation, et al.,

Debtor(s).

Case No. 19-30088
Chapter 11

APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, __Stephen E. Hessler__, an active member in good standing of the bars of New York, Michigan, and District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing __the Federal Monitor__ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
R. Alexander Pilmer, Kirkland & Ellis LLP

555 California Street, 27th Floor, San Francisco, CA 94104

(415) 439-1400

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 29, 2019

Stephen E. Hessler

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## STEPHEN E. HESSLER

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **February 25, 2008**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

October 1, 2018

8065

*Clerk of the Court*