```
UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 30065201 - WK
* * C O P Y * *
February 07, 2019
13:44:41

PRO HAC VICE
19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Qty....:   2 @ $310.00
Amount.:                    $620.00 CH
Check#.: 5030301


Total-> $620.00


FROM: NATIONWIDE LEGAL LLC
```