**Entered on Docket
February 07, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

FILED
FEB 07 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA


# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088 (DM)<br>Chapter 11<br><br>(Jointly Administered)<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY SHMUEL VASSER *PRO HAC VICE*** |

Shmuel Vasser, whose business address and telephone number is

> Shmuel Vasser
> DECHERT LLP
> 1095 Avenue of the Americas
> New York, New York 10036
> Telephone:   212.698.3691

and who is an active member in good standing of all the Courts of the State of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing State Farm Mutual Automobile Insurance Company and its affiliates and subsidiaries.

IT IS HEREBY ORDERED that the application of Shmuel Vasser is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

DATED: FEB 0 7 2019

_____
Honorable Dennis Montali
UNITED STATES BANKRUPTCY JUDGE