FILED

FEB 07 2019

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088 (DM)<br>Chapter 11<br><br>(Jointly Administered)<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY ALLAN S. BRILLIANT *PRO HAC VICE*** |

1   Allan S. Brilliant, whose business address and telephone number is

2           Allan S. Brilliant
        DECHERT LLP
3           1095 Avenue of the Americas
        New York, New York 10036
4           Telephone:   212.698.3600

6   and who is an active member in good standing of all the Courts of the State of New York, having

7   applied in the above-entitled action for admission to practice in the Northern District of California

8   on a *pro hac vice* basis representing State Farm Mutual Automobile Insurance Company and its

9   affiliates and subsidiaries.

10      IT IS HEREBY ORDERED that the application of Allan S. Brilliant is granted, subject to

11  the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate

12  appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated

14  in the application will constitute notice to the represented party. All future filings in this action

15  are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the

16  United States Bankruptcy Court for the Northern District of California.

18  DATED: FEB 07 2019

                                      Honorable Dennis Montali
                              UNITED STATES BANKRUPTCY JUDGE