PILLSBURY WINTHROP SHAW PITTMAN LLP
PHILIP S. WARDEN (54572)
philip.warden@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:     415.983.1000
Facsimile:     415.983.1200

HUGH M. RAY, III (24004246) (*pro hac vice pending*)
hugh.ray@pillsburylaw.com
900 Fannin, Suite 2000
Houston, TX 77010
Telephone:     713.276.7600
Facsimile:     713.276.7673

Counsel to Chevron Products Company, a division of Chevron U.S.A. Inc.

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE:**<br>**PG&E, CORPORATION**<br>-and-<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>               **Debtors.** | No. 19-30088 (DM)<br><br>CHAPTER 11<br><br>(Lead Case)<br><br>(Jointly Administered) |
| ☐   Affects PG&E Corporation<br>☐   Affects Pacific Gas and Electric Company<br>☒   Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS** |

**TO THE DEBTORS, THEIR COUNSEL AND OTHER INTERESTED PARTIES:**

PLEASE TAKE NOTICE that Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury") appears on behalf of Chevron Products Company, a division of Chevron U.S.A. Inc. ("Chevron"), and hereby submits this notice of appearance and request for service of documents ("Notice of

Appearance") in the above-captioned proceeding and requests notice of all hearings and conferences and makes a demand for service of all papers filed in these chapter 11 cases, including all papers and notices pursuant to Bankruptcy Rules 2002, 9007, and 9010 and Bankruptcy Code section 342. All notices given or required to be given in this case shall be given to and served upon the following parties at the addresses indicated below:

> PILLSBURY WINTHROP SHAW PITTMAN LLP
> Four Embarcadero Center, 22nd Floor
> San Francisco, CA 94111-5998
> Telephone: 415.983.1000
> Facsimile: 415.983.1200
> Attn: Philip S. Warden
> philip.warden@pillsburylaw.com

> and

> PILLSBURY WINTHROP SHAW PITTMAN LLP
> 900 Fannin, Suite 2000
> Houston, TX 77010
> Telephone: 713.276.7600
> Facsimile: 713.276.7673
> Attn: Hugh M. Ray, III
> hugh.ray@pillsburylaw.com

> and

> CHEVRON PRODUCTS COMPANY,
> A DIVISION OF CHEVRON U.S.A. INC.
> 6001 Bollinger Canyon Road, T2110
> San Ramon, CA 94583
> melaniecruz@chevron.com
> marmstrong@chevron.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and section of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, any letter, ballot, plan, disclosure statement, application, motion, complaint, objection, claim, demand, hearing, petition, pleading or request, discovery request, deposition notice, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, electronic mail, telephone, telegraph, telex, or otherwise filed with or delivered to the Bankruptcy

1  Clerk, Clerk, Court, or judge (as those terms are defined in Bankruptcy Rule 9001) in connection
2  with and with regard to the above-referenced bankruptcy case and any proceedings related thereto.
3       PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed
4  or construed to be a waiver of the rights of Chevron (i) to have final orders in non-core matters
5  entered only after *de novo* review by a District Court; (ii) to trial by jury in any proceedings so
6  triable in these cases, controversy, or proceeding related to these cases; (iii) to have the District
7  Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or
8  (iv) any other rights, claims, actions, setoffs, or recoupments to which Chevron is or may be
9  entitled in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments
10 are expressly reserved.

Dated: February 7, 2019

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: */s/ Philip S. Warden*
PHILIP S. WARDEN

Counsel to Chevron Products Company, a division of Chevron U.S.A. Inc.

3
NOA CHEVRON
Case No. 19-30088

Case: 19-30088    Doc# 368    Filed: 02/07/19    Entered: 02/07/19 15:32:17    Page 3 of 3

4819-8670-2470.v2