Craig Solomon Ganz (217254)
ganzc@ballardspahr.com
Michael S. Myers (305011)
myersms@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400
Facsimile: 602.798.5595

*Attorneys for Discovery Hydrovac*

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ PG&E Corporation<br>☐ Pacific Gas and Electric Company<br>☒ Both Debtors | Bankruptcy Case No. 19-30088<br><br>Chapter 11<br><br>(Lead Case)<br><br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

PLEASE TAKE NOTICE that Michael S. Myers, Esq. of the law firm of Ballard Spahr, LLP, counsel to Discovery Hydrovac ("Discovery") respectfully enters his appearance on the record in the above-captioned voluntary Chapter 11 bankruptcy proceedings under Bankruptcy Rule 9010(b).[1]

PLEASE TAKE FURTHER NOTICE that counsel for Discovery hereby requests under Bankruptcy Rules 2002, 3017, 9007, 9010, and any other applicable Bankruptcy Rules, that all notices given or required to be given in the above-captioned case including, but not limited to, all papers filed and served in either the above-captioned proceedings or in any contested matter or adversary proceedings related thereto, and all notices mailed

---

[1] All references to "Bankruptcy Rule" refer to the Federal Rules of Bankruptcy Procedure.

only to statutory committees or their authorized agents or to creditors and equity security holders who file with the court a request that all notices be mailed to be given to and served upon said counsel at the following address:

Craig Solomon Ganz, Esq.
Michael S. Myers, Esq.
**BALLARD SPAHR LLP**
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
ganzc@ballardspahr.com
myersms@ballardspahr.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand-delivery, telephone, fax transmission, or otherwise filed in or made with regard to this case and any proceeding commenced herein.

RESPECTFULLY SUBMITTED this 7th day of February, 2019.

BALLARD SPAHR LLP

By: */s/ Michael S. Myers*
    Craig Solomon Ganz
    Michael S. Myers
    1 E. Washington Street, Suite 2300
    Phoenix, AZ 85004-2555

*Attorneys for Discovery Hydrovac*