Krista M. Enns (SBN: 206430)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
555 California Street, Suite 4925
San Francisco, California 94104
Telephone: (415) 659-7924
Facsimile: (312) 767-9192
kenns@beneschlaw.com

Attorneys for ACRT, Inc.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>Debtor. | Case No. 19-30088<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

PLEASE TAKE NOTICE that ACRT, Inc. ("ACRT") hereby requests that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this bankruptcy proceeding including, without limitation, all notices pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, be given and served upon:

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Michael J. Barrie, Esquire
Kevin M. Capuzzi, Esquire
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
mbarrie@beneschlaw.com
kcapuzzi@beneschlaw.com

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Krista M. Enns, Esquire
555 California Street, Suite 4925
San Francisco, California 94104
Telephone: (415) 659-7924
Facsimile: (312) 767-9192
kenns@beneschlaw.com

Neither this Request for Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive ACRT's: (i) right(s) to have all core matters subject to Article III jurisdiction heard and decided by a district judge; (ii) right(s) to have final orders in non-core matters

1
**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

entered only after *de novo* review by a district judge; (iii) right(s) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iv) right(s) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (v) other rights, claims, actions, defenses, setoffs or recoupments to which ACRT is, or may be, entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: February 7, 2019

*/s/ Krista M. Enns*
Krista M. Enns (SBN: 206430)
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
555 California Street, Suite 4925
San Francisco, California 94104
Telephone:     (415) 659-7924
Facsimile:     (312) 767-9192
kenns@beneschlaw.com


*Attorneys for ACRT, Inc.*