MORGAN, LEWIS & BOCKIUS LLP
Edwin E. Smith, Bar No. *(pro hac vice pending)*
101 Park Avenue
New York, NY 10178-0060
Tel:  +1.212.309.6000
Fax:  +1.212.309.6001
edwin.smith@morganlewis.com

-and-

MORGAN, LEWIS & BOCKIUS LLP
Richard W. Esterkin, Bar No. 70769
300 South Grand Avenue, Floor 22
Los Angeles, CA 90071-3132
Tel:  +1.213.612.2500
Fax:  +1.213.612.2501
richard.esterkin@morganlewis.com

*Attorneys for Exelon Corporation and AV Solar Ranch 1, LLC*

**FILED**
FEB -8 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>Debtors.<br><br>☐ Affects PG & E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter Number 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Pursuant to Rule 1001-2(a) and Civil L.R. 11-3, Edwin E. Smith, an active member in good standing of the bar of Massachusetts, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Exelon Corporation and AV Solar Ranch 1, LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Richard W. Esterkin, Bar No. 70769
Morgan, Lewis & Bockius LLP
300 South Grand Avenue, Floor 22
Los Angeles, CA 90071-3132
(213) 612-2500

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 6, 2019

_____
Edwin E. Smith

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **eighteenth** day of **December** A.D. **1974**, said Court being the highest Court of Record in said Commonwealth:

## Edwin Eric Smith

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **sixth** day of **February** in the year of our Lord **two thousand and nineteen.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116

UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 30065205 - WK

February 08, 2019
10:25:57

PRO HAC VICE
19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Amount.:                $310.00 CH
Check#.: 1417239


Total-> $310.00


FROM: MORGAN LEWIS & BOCKIUS LLP