Keith J. Cunningham *(Pending admission pro hac vice)*
Pierce Atwood LLP
254 Commercial Street
Portland, ME 04101
Telephone: (207) 791-1100
Facsimile: (207) 791-1350
kcunningham@pierceatwood.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>**PACIFIC GAS & ELECTRIC COMPANY,**<br><br>**Debtors.** | Bankruptcy Case<br>Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **APPLICATION FOR ADMISSION OF ATTORNEY KEITH J. CUNNINGHAM *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil Rule 11-3, <u>Keith J. Cunningham</u>, an active member in good standing of bar of the <u>State of Maine</u>, who is therefore a member in good standing of the bar of the highest court in that state, hereby applies for admission to practice in the United States Bankruptcy Court for the Northern District of California (the "**Court**") on a *pro hac vice* basis representing the following creditors and parties in interest in the above-captioned jointly administered bankruptcy cases (i) California Independent System

Operator Corporation ("**CAISO**"), and (ii) California Department of Water Resources, acting under the authority and powers created by California Water Code Sections 80000 through 80270 ("**CDWR**").

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel to CAISO in the above-entitled action. The name, address and telephone number of that attorney is: David L. Neale (SBN 141225), Levene, Neale, Bender, Yoo & Brill L.L.P., 10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067, Telephone: (310) 229-1234.

4. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel to CDWR in the above-entitled action. The name, address and telephone number of that attorney is: Xavier Becerra, Attorney General of California, Martin Goyette, Senior Assistant Attorney General, Danette E. Valdez (SBN 141780), Supervising Deputy Attorney General, 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, Telephone: (415) 510-3540.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 4, 2019

PIERCE ATWOOD LLP

By: _____
Keith J. Cunningham
*Attorney for California Independent System Operator Corporation*

and

*Attorney for California Department of Water Resources, acting under the authority and powers created by California Water Code Sections 80000 through 80270*