

# STATE OF MAINE
# SUPREME JUDICIAL COURT

## Certificate of Good Standing

I, Matthew E. Pollack, Executive Clerk of the Supreme Judicial Court, hereby certify that Keith J. Cunningham, Esq. (Bar No. 008361) of Portland, Maine, was duly admitted as an Attorney and Counselor at Law in the State of Maine on October 17, 1996, and is presently registered and in good standing as an active member of the bar.

Given under my hand and the Seal of said Court on January 30, 2019.



*Matthew E. Pollack*
*Executive Clerk*

Not valid without raised seal.