

Signed and Filed: February 8, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re **PG&E CORPORATION,**

Case No. **19-30088 (DM)**

Chapter **11**

Debtor(s).

### ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Kevin M. Coles**, whose business address and telephone number is

**2300 SW First Avenue, Suite 200**  **(530) 221-0669**
**Portland, OR  97201-5047**

and who is an active member in good standing of the bar of **The State of Oregon**

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **Liberty Mutual Insurance Company**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party.  All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

Dated: _____

**Honorable Dennis Montali**
United States Bankruptcy Judge