

**Signed and Filed: February 8, 2019**

1

2  UNITED ST

3  NORTHERN

4
_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

5

6  In re  **PG&E Corporation, et al.,**                    )

7                                                          )   Case No. **19-30088**
                                                          )
8                    Debtor(s).                           )   Chapter  **11**
                                                          )
9                                                          )

10              **ORDER GRANTING APPLICATION FOR ADMISSION OF**
                        **ATTORNEY** *PRO HAC VICE*

11      **Marc Kieselstein**

12                                      , whose business address and telephone number is

13   **Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654, (312) 862-2000**

14

15   and who is an active member in good standing of the bars of  **Illinois and New York**

16   having applied in the above-entitled action for admission to practice in the Northern District of

17   California on a *pro hac vice* basis, representing  **the Federal Monitor.**

18          IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

19   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

20   *vice.* Service of papers upon and communication with co-counsel designated in the application

21   will constitute notice to the represented party. All future filings in this action are subject to the

22   Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States

23   Bankruptcy Court for the Northern District of California.

24

25   Dated:
26                                      _____
27                                      **Honorable Dennis Montali**
                                       United States Bankruptcy Judge
28