

Signed and Filed: February 8, 2019

UNITED STAT

NORTHERN D

**DENNIS MONTALI**
U.S. Bankruptcy Judge

In re **PG&E Corporation, et al.,**

        Debtor(s).

Case No. **19-30088**

Chapter **11**

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Stephen E. Hessler**, whose business address and telephone number is **Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, (212) 446-4800**

and who is an active member in good standing of the bars of New York, Michigan, and Dist. of Columbia having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **the Federal Monitor.**

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

Dated:

                                      **Honorable Dennis Montali**
                                      United States Bankruptcy Judge