Entered on Docket
February 08, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: February 8, 2019

*Dennis Montali*

**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SA

In re:

PG&E CORPORATION

- and -

PACIFIC GAS AND ELECTRIC COMPANY,

    Debtors.

☐ Affects PG & E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

\* *All papers shall be filed in the Lead Case, No. 19-30088(DM).*

Chapter Number 11

(Lead Case)

(Jointly Administered)

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

    Edwin E. Smith, whose business address and telephone number is:

    Morgan, Lewis & Bockius LLP
    101 Park Avenue
    New York, NY 10178-0060
    (212) 309-6000

and who is an active member in good standing of the bar of Massachusetts, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Exelon Corporation and AV Solar Ranch 1, LLC.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court for the Northern District of California.

Dated:

                                      The Honorable Dennis Montali
                                      United States Bankruptcy Judge