UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Bankruptcy Case No. 19 - 30088 (DM) |
| --- | --- |
| PG&E CORPORATION | Chapter 11 |
| - and - | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors. | |

**CERTIFICATE OF SERVICE**

I, Alain B. Francoeur, do declare and state as follows:

1. I am a consultant at Prime Clerk, LLC, the claims and noticing agent for the debtors PG&E Corporation and Pacific Gas and Electric Company, in the above-referenced chapter 11 bankruptcy cases.

2. On February 5, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction; a copy which is attached as **Exhibit B**

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 8th day of February 2019, at New York, NY.

_____
ALAIN B. FRANCOEUR

# **Exhibit A**

Case: 19-30088   Doc# 387   Filed: 02/08/19   Entered: 02/08/19 14:36:02   Page 3 of 7

Exhibit A
Notice Parties Service List
Served via First Class Mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| Strook and Strook and Lavan LLP | Attn: Kristopher M. Hansen | 2029 Century Park East | 18th Fl | Los Angeles | CA | 90067-3086 |
| U.S. Department of Justice | Attn: Marc S. Sacks | Ben Franklin Station | P.O. Box 875 | Washington | DC | 20044-0875 |
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin | 767 Fifth Avenue | | New York | NY | 10153-0119 |

In re: PG&E Corporation, *et al.*
Case No. 19-30088 (DM)
Page 1 of 1

# Exhibit B

Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| **In re Debtor(s):**<br><br>PG&E Corporation | Case No.: 19–30088 DM 11<br>Chapter: 11 |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on January 29, 2019 was filed on February 2, 2019. The following deadlines apply:

The parties have until Monday, February 11, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Monday, February 25, 2019.

If a request for redaction is filed, the redacted transcript is due Tuesday, March 5, 2019.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Friday, May 3, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Josephine McCall
2868 E Clifton Court
Gilbert, AZ 85297

or you may view the document at the clerk's office public terminal.


Dated: 2/7/19                 For the Court:

                                             Edward J. Emmons
                                             Clerk of Court
                                             United States Bankruptcy Court

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: lsanders | Date Created: 2/5/2019 |
| Case: 19−30088 | Form ID: TRANSC | Total: 5 |

**Recipients of Notice of Electronic Filing:**

aty    Lynette C. Kelly    lynette.c.kelly@usdoj.gov
aty    Tobias S. Keller    tkeller@kellerbenvenutti.com

    TOTAL: 2

**Recipients submitted to the Claims Agent (Prime Clerk):**

aty    Stephen Karotkin    Weil, Gotshal & Manges LLP    767 Fifth Avenue    New York, NY 10153
    Kristopher M. Hansen    Strook and Strook and Lavan LLP    2029 Century Park East, 18th Fl    Los Angeles, CA 90067
    Marc S. Sacks    U.S. Department of Justice    P.O. Box 875    Ben Franklin Station    Washington, DC 20044−0875

    TOTAL: 3