HOLLAND & KNIGHT LLP
Robert J. Labate (SBN 313847)
David I. Holtzman (SBN 299287)
50 California Street, Suite 2800

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,

Debtor(s).

Case No. 19-30088-DM
Chapter 11

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, __David Wirt__, an active member in good standing of the bar of __Illinois__, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing __Deutsche Bank__ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

David I. Holtzman (SBN 299287)

50 California Street, 28th Floor, San Francisco, CA 94111

415.743.6900

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 7, 2019

/s David Wirt

Case: 19-30088   Doc# 388   Filed: 02/08/19   Entered: 02/08/19 14:57:15   Page 1 of 1