# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re **PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,**
      Debtor(s).

Case No. **19-30088-DM**

Chapter **11**

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**David Wirt**, whose business address and telephone number is

**131 South Dearborn Street, 30th Floor, Chicago, IL 60603**
**Telephone: 312.263.3600**

and who is an active member in good standing of the bar of **Illinois** having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **Deutsche Bank**

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

Dated: _____

                                                United States Bankruptcy Judge