Andrew Paul Kangas
15 Boardman Place, Second Floor
San Francisco, CA 94103
Telephone: (415) 863-4336

Amicus Party Pro Se
Andrew Paul Kangas

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

In re:

PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY,

Debtors.

Case No.: 19-30088 (DM)

Chapter 11

**AMICUS BRIEF**

Date Action Filed: January 29, 2019
Hon. Dennis Montali

ANDREW PAUL KANGAS hereby submits the following Amicus brief in the matter of Pacific Gas and Electric Company, (hereafter PG&E) in the United States Bankruptcy Court, Northern District of California, San Francisco Division.

Paul Kangas is a PG&E shareholder. This Amicus brief draws the Court's attention to a serious threat to loss of life and property, and threat to public safety in connection with this case, posed by PG&E's Diablo Canyon Nuclear Power Plant, Unit #1.

PG&E was convicted on January 26th, 2017, of Criminal negligence in the pursuit of profit to the exclusion of reasonable safety, after the company failed to maintain and test its gas line in San Bruno California under the Federal Pipeline Safety Act. (2002). PG&E is on probation supervised by the United States District Court, Northern District, San Francisco Venue Pacific Gas and Electric Company, Docket Number 0971 3:14CR00175-001WHA. PG&E was convicted of various felonies for killing eight San Bruno residents in an avoidable 2010 gas explosion. PG&E's pipes blew up because the company deferred maintenance to save money. The supervising Judge William Alsup, recently asked PG&E's president, should I "let you keep killing people?"

1

On January 30, 2019 PG&E appeared in response to an allegation that it has violated its probation by failing to report to probation that the Butte County District Attorney's Office had negotiated a settlement agreement, forgoing any criminal prosecution or punishment for the October 2017 Butte County fires. PG&E failed to report an investigation by the Butte County District Attorney's Office to the probation office. PG&E also failed to report to the probation office that Cal Fire had deemed them responsible for the October 2017 Honey Fire; that there was the possibility of criminal prosecution; or that they entered into a settlement agreement with Butte County to avoid such criminal prosecution.

On February 6, 2019 a PG&E gas line exploded under a San Francisco street. A National Transportation Safety Board team is investigating the explosion that left two buildings with major structural damage and three others with extensive water damage. Flames shot high in the air for more than two hours before crews stopped the flow of gas.

In this case PG&E has filed for bankruptcy protection after being sued for billions of dollars for igniting the November 2018 Camp Fire which destroyed the community of Paradise California. PG&E's northern California power lines ignited at least 17 fires in which scores died and a thousand homes burned. The corporation is under investigation for failing to shut off its grid power supply during a high wind event, after publicly notifying residents of the area of the Camp Fire that it would take this step to avoid the possibility of a power line downed by wind starting a fire. PG&E could not shut its power grid down because PG&E's electrical system lacks installed switching equipment.

Within PG&E the company is well known to prefer to maximize profit at the expense of maintenance and equipment. This policy is known internally as "Use Until Fail". The lines, towers and grid control equipment in the area of Paradise California were substandard, and dated from the 1940's. In May 2018 the California Public Utilities Commission specifically ordered PG&E to replace power lines in this area, which the company failed to do prior to the devastating fire, which resulted from the company's inability to effectively shut down its power grid on November 8th, 2018.

The matter Amicus draws the Court's attention to is the shutdown of PG&E's Diablo Canyon Nuclear Power Plant, Unit #1 which began on February 3, 2019, for inspection of the core, and scheduled refueling. PG&E intends to close the reactor for an undisclosed length of time, possibly for a month. Amicus party calls on the Court to enjoin PG&E from restarting Unit #1, as amicus party is in agreement with the recent statement of Retired Nuclear Regulatory Commission Judge, Alex Karin. His statement of January 23rd, 2019 is as follows:

AMICUS BRIEF OF PAUL KANGAS

"The existing panel – the Diablo Canyon Decommissioning Engagement Panel – was created by PG&E to serve as a public relations "conduit" for PG&E. It allows PG&E to "check the box" of public engagement, without hassle. ...Speaking as an individual with 45 years of environment#1, given its bankruptcy and corporate policy to maximize profit, and the company's demonstrated and willful disregard for following Federal safety mandates. Shutdown down of Unit #1 for refueling at this time is the only opportunity for an independent safety inspection to be made, before the reactor is restarted for the next 6 years.

PG&E is currently guaranteed a large rate based fee as long as the reactors at Diablo Canyon continue to operate until the planned 2025 date. PG&E has demonstrated it does not hold the Public's safety above profit. Its history of engineering decisions is proven to be neglect. Amicus calls for the Court to issue an injunction against the company, to impose an independent engineering assessment of Unit # 1 at the Diablo Canyon Nuclear Power Plant.

DATED: February 8, 2019

*/s/ Andrew Paul Kangas*
Andrew Paul Kangas
Plaintiff in Pro Se
PG&E Shareholder

# CERTIFICATE OF SERVICE
## (C.C.P. 1012, 1013, 2015.5)

Case No.: 19-30088

I certify that my mailing address is: c/o John F. Lee, Attorney at Law, 15 Boardman Place, Second Floor, San Francisco, CA 94103 and I am a citizen of the United States, over 18 years of age, a resident of the County of San Francisco, and not a party within the action; I served a true copy of the attached:

By first class mail, postage pre-paid on:

Stephen Karotkin
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119

Tobias S. Keller
KELLER & BENVENUTTI LLP
650 California Street, Suite 1900
San Francisco, CA 94108

I certify under penalty of perjury that the foregoing is true and correct.

Dated: February 8, 2019

John F. Lee

4