UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors. | Bankruptcy Case No. 19 - 30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Ryan Vyskocil, do declare and state as follows:

1. I am a consultant at Prime Clerk, LLC, the claims and noticing agent for the debtors PG&E Corporation and Pacific Gas and Electric Company, in the above-referenced chapter 11 bankruptcy cases.

2. On February 5, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by first class mail on the service list attached hereto as **Exhibit A**:

- Motion of Debtors Pursuant to 11 U.S.C. §§ 105(A) and 362 for Interim and Final Orders Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Stock of, and Claims Against, the Debtors [Docket No. 10] (the "***NOL Motion***").

Executed this 8th day of February 2019, at New York, NY.

_____
Ryan Vyskocil

2

SRF 30670

# **Exhibit A**

Exhibit A

NOL Motion Service List

Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| Anchorage Capital Group, LLC | 610 Broadway | | New York | NY | 10012 |
| Appaloosa, L.P. | 404 WASHINGTON AVE | | MIAMI BEACH | FL | 33139 |
| Hound Partners, LLC | 101 Park Ave | Floor 48 | New York | NY | 10178 |
| Lazard Asset Management, LLC | 30 Rockfeller Plaza | | New York | NY | 10020 |
| T. Rowe Price Associates, Inc. | 100 E. Pratt Street | | Baltimore | MD | 21202 |
| The Baupost Group, LLC | 1 SUMMER ST | | BOSTON | MA | 02110-0000 |
| The Vanguard Group, Inc. | 100 Vanguard Blvd. | | Malvern | PA | 19355 |