```
 1  Jane Luciano, Esq. SBN 124263
    9000 Crow Canyon Road
 2  Suite S #168
    Danville, CA 94506
 3  T: (925) 216-6030
 4  Email: jane-luciano@comcast.net
```

U.S. BANKRUPTCY

NORTHERN DIVISION OF CALIFORNIA

| In re: | Case No.: 19-30088-DM |
|---|---|
| **PG&E CORPORATION AND PACIFIC GAS AND ELECTRIC COMPANY** | **NOTICE OF REQUEST FOR COPIES OF ALL PLEADINGS** |
| Debtor | |

**NOTICE OF REQUEST FOR COPIES OF ALL PLEADINGS**

TO THE CLERK OF THE BANKRUPTCY COURT: Comes now Jane Luciano, Esq. and requests that she receive electronic copies of all pleadings filed herein.

Jane Luciano, Esq. SBN 124263
9000 Crow Canyon Road
Suite S #168
Danville, CA 94506
T: (925) 216-6030
Email: jane-luciano@comcast.net

NOTICE OF REQUEST FOR COPIES OF ALL PLEADINGS - 1

Dated this 9th day of February 2019

Respectfully submitted,

/s/Jane Luciano/s/
Jane Luciano, Esq.

NOTICE OF REQUEST FOR COPIES OF ALL PLEADINGS - 2