ARENT FOX LLP
Andrew I. Silfen (*pro hac vice* pending)
Beth M. Brownstein (*pro hac vice* pending)
Jordana L. Renert (*pro hac vice* pending)
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Email: andrew.silfen@arentfox.com
       beth.brownstein@arentfox.com
       jordana.renert@arentfox.com

ARENT FOX LLP
Aram Ordubegian (SBN 185142)
555 West Fifth Street, 48th Floor
Los Angeles, California 90013-1065
Telephone: (213) 629-7400
Facsimile: (213) 629-7401
Email: aram.ordubegian@arentfox.com

*Counsel for BOKF, NA, solely in its capacity as Indenture Trustee*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and – | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE** that BOKF, NA ("BOKF"), by and through its counsel, Arent Fox LLP, solely in its capacity as Indenture Trustee under those certain Indentures dated as of (i) March 11, 2004 (as supplemented, amended and restated), (ii) November 29, 2017 and

(iii) August 6, 2018 pursuant to which Pacific Gas and Electric Company's Senior Notes were issued, hereby appears in the above-captioned cases pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests that copies of all notices and pleadings given, required to be given or filed in the above-captioned cases be given and served upon the persons listed below at the following addresses, telephone and facsimile numbers and e-mail addresses:

**ARENT FOX LLP**
Andrew I. Silfen, Esq.
Beth M. Brownstein, Esq.
Jordana L. Renert, Esq.
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Andrew.Silfen@arentfox.com
Beth.Brownstein@arentfox.com
Jordana.Renert@arentfox.com

**ARENT FOX LLP**
Aram Ordubegian, Esq.
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: (213) 629-7400
Facsimile: (213) 629-7401
Aram.Ordubegian@arentfox.com

**FREDERIC DORWART, LAWYERS PLLC**
Samuel S. Ory, Esq.
124 East Fourth Street
Tulsa, OK 74103-5010
Telephone: (918) 583-9922
Facsimile: (918) 583-8251
sory@fdlaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any orders and notice of any application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, hand delivery, overnight carrier, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that the undersigned intends neither this *Notice*

*of Appearance and Request for Special Notice* nor any subsequent appearance, pleading, claim, or suit shall be deemed or construed to be a waiver of the rights of BOKF: (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (2) to trial by jury in any proceeding so triable herein or in any related case, controversy or proceedings; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to contest jurisdiction or appropriate venue of the Bankruptcy Court in these proceedings; or (5) any other rights, claims, actions, defenses, setoffs or recoupments to which the BOKF is or may be entitled under agreements or in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments BOKF expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that BOKF additionally requests that the Debtors and the Clerk of the Court place the foregoing names and address on any mailing matrix or list of creditors to be prepared or existing in the above-referenced case.

Dated: February 9, 2019  **ARENT FOX LLP**

By: */s/ Aram Ordubegian*
 Aram Ordubegian (SBN 185142)
 Andrew I. Silfen (*pro hac vice* pending)
 Beth M. Brownstein (*pro hac vice* pending)
 Jordana L. Renert (*pro hac vice* pending)

*Counsel for BOKF, NA, solely in its capacity as Indenture Trustee*