Mark McKane, P.C. (SBN 230552)
Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone:   (415) 439-1400
mark.mckane@kirkland.com
michael.esser@kirkland.com

-and-

Aparna Yenamandra (*pro hac vice* application pending)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
aparna.yenamandra@kirkland.com

*Attorneys for Calpine Corporation*

**FILED**

FEB 1 1 2019

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

In re:

PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY,

Debtors.

Bankr. Case Nos. 19-30088 & 19-30089

Chapter 11

**AMENDED APPLICATION FOR ADMISSION PRO HAC VICE OF APARNA YENAMANDRA**

Aparna Yenamandra
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
aparna.yenamandra@kirkland.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

PG&E Corporation

Debtor(s).

Case No. 19-30088
Chapter 11

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, __Aparna Yenemandra__, an active member in good standing of the bar of __New York__, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing __Calpine Corporation__ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Michael P. Esser, Kirkland & Ellis LLP

555 California Street, 27th Floor

San Francisco, California 94104

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 7, 2019

/s/ Aparna Yenamandra
Aparna Yenamandra

Application for Admission of
Attorney Pro Hac Vice

### Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## APARNA VENKATA YENAMANDRA

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **February 4, 2013**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**February 8, 2019**

2386

*Clerk of the Court*