Nanette D. Sanders (State Bar No. 120169)
nanette@ringstadlaw.com
RINGSTAD & SANDERS LLP
4343 Von Karman Avenue
Suite 300
Newport Beach, CA 92660
Telephone: 949.851.7450
Facsimile:  949.851.6926

Special Bankruptcy Counsel for Certain Fire
Damage Plaintiffs/Claimants Relating to the North
Bay Fire Litigation of October 2017 and the Camp
Fire Litigation

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(LEAD CASE)<br><br>(Jointly Administered)<br><br>**REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MASTER MAILING LIST**<br><br>(No Hearing Required) |

TO THE CLERK OF THE COURT, THE UNITED STATES TRUSTEE, THE DEBTOR AND ITS COUNSEL OF RECORD, AND TO OTHER PARTIES IN INTEREST:

    PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 9010(b), Ringstad & Sanders LLP, hereby submits this notice in these jointly administered Chapter 11 cases on behalf of approximately 1,400 individual Plaintiffs/Claimants in pending litigation against the Debtors, for damages and other relief arising out of or related to, including but not limited to, the "North Bay

Fire Litigation of October 2017"[1], and the "Camp Fire Litigation"[2].

Pursuant to Bankruptcy Rules 2002, 3017, 4001, 9007 and 9010(b), Ringstad & Sanders LLP hereby requests notice of all matters in the above-captioned Chapter 11 cases which require notice to creditors, to a creditors' committee, or to other parties in interest, including, without limitation, all notices and papers referred to in Bankruptcy Rules 2002, 3017, 4001, 9007 and 9010(b), copies of all proposed plans and disclosure statements, notices of any orders, applications, complaints, proofs of claim, demands, hearings, motions, petitions, pleadings or requests (whether for relief from stay, adequate protection or otherwise), and other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by electronic mail, mail, delivery, telephone, telegraph, telex or otherwise. Ringstad & Sanders LLP requests that such notice be served as follows:

> Nanette D. Sanders – Bar No. 120169
> Ringstad & Sanders LLP
> 4343 Von Karman Avenue
> Suite 300
> Newport Beach, CA 92660
> nanette@ringstadlaw.com
> Telephone: 949/851-7450
> Facsimile: 949/851-6926

Neither this request for special notice nor any subsequent appearance, pleading, claim, proof of claim, document or motion, shall (i) expressly or impliedly designate the undersigned

---

[1] *Marc Alan Belon, et al. v. Pacific Gas and Electric Company, et al.*, CGC-17-562660; *Mark Bowman, et al. . Pacific Gas and Electric Company, et al.*, Case No. CGC-17-562661; *Mary Bauer, et al. v. Pacific Gas and Electric Company, et al.*, Case No. CGC-18-563953; *Carole Holley, et al. v. Pacific Gas and Electric Company, et al.*, Case No. CGC-18-563951; *Jesse Connolly, et al. v. Pacific Gas and Electric Company, et al.*, Case No. CGC-18-563946; *Nicholas Grimm, et al. v. Pacific Gas and Electric Company, et al.*, Case No. CGC-18-563949; *Charles Lomas, et al. v. Pacific Gas and Electric Company, et al.*, Case No. CGC-18-564647; *Robert Bucher, et al. v. Pacific Gas and Electric Company, et al.*, Case No. CGC-18-564639; *Marla Steele, et al. v. Pacific Gas and Electric Company, et al.*, Case No. CGC-18-564640; *Caitlin Mederos, et al. v. Pacific Gas and Electric Company, et al.*, Case No. CGC-18-564641, and, *Susan Moeckel, et al. v. Pacific Gas and Electric Company, et al.*, Case No. CGC-18-564643, each pending before the Superior Court of the State of California for the County of San Francisco.

[2] *Rebecca Bausch, et al. v. Pacific Gas and Electric Company, et al.*, 18CV03839; *Mary K. Morrison, et al. v. Pacific Gas and Electric Company*, et al., 18CV04083; *Lonnie Walker, et al. v. Pacific Gas and Electric Company, et al.*, 18CV03992; *Janice Elaine Adair, et al. v. Pacific Gas and Electric Company*, et al., 19CV00430; *Michele Aguilar v. Pacific Gas and Electric Company, et al.*, 19CV00332, each pending before Superior Court of the State of California for the County of Butte.

agent for service of process of the generally described Plaintiffs/Claimants, or (ii) constitute a waiver of any of the following rights of such Plaintiffs/Claimants:

    (a) Right to have any and all final orders in any and all non-core matters entered only after *de novo* review by the United States District Court;

    (b) Right to trial by jury in any proceeding as to any and all matters so triable, whether or not the same be designated legal or private rights, or in any case, controversy relating hereto notwithstanding any designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

    (c) Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject only to mandatory or discretionary withdrawal; and,

    (d) Other rights, claims, actions, defenses, setoffs, recoupments, or other matters to which the Plaintiffs/Claimants are entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved by such Plaintiffs/Claimants without exception.

Dated: February 11, 2019    RINGSTAD & SANDERS LLP

By: /s/ Nanette D. Sanders
Nanette D. Sanders
Special Bankruptcy Counsel for Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation