Nanette D. Sanders (State Bar No. 120169)
nanette@ringstadlaw.com
RINGSTAD & SANDERS LLP
4343 Von Karman Avenue, Suite 300
Newport Beach, CA 92660
Telephone: 949.851.7450
Facsimile:  949.851.6926

Special Bankruptcy counsel for Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

PG&E Corporation
-and-
Pacific Gas and Electric Company,

Debtor(s)_____/

Chapter 11
Case No. 19-30088 (DM)

CERTIFICATE OF SERVICE

I, the undersigned, declare that I am employed in the County of Orange, California.  I am over the age of 18 years and not a party to the within entitled action.  My business address is 4343 Von Karman Avenue, Suite 300, Newport Beach, CA 92660

On February 11, 2019, I caused to be served by electronic filing of the following document: **REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MASTER MAILING LIST** to the following:

- Richard L. Antognini     rlalawyer@yahoo.com, hallonaegis@gmail.com
- Herb Baer     hbaer@primeclerk.com, ecf@primeclerk.com
- Todd M. Bailey     Todd.Bailey@ftb.ca.gov
- Kathryn E. Barrett     keb@svlg.com, amt@svlg.com
- Ronald S. Beacher     rbeacher@pryorcashman.com
- Hagop T. Bedoyan     hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- Peter J. Benvenutti     pbenvenutti@kellerbenvenutti.com
- Robert Berens     rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder     heinz@bindermalter.com
- W. Steven Bryant     , molly.batiste-debose@lockelord.com
- Christina Lin Chen     christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Shawn M. Christianson     schristianson@buchalter.com
- Robert N.H. Christmas     rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alicia Clough     aclough@loeb.com
- Marc Cohen     mscohen@loeb.com
- Keith J. Cunningham     , rkelley@pierceatwood.com
- James D. Curran     jcurran@wolkincurran.com, vsimmons@wolkincurran.com

- Jonathan R. Doolittle    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- Jennifer V. Doran    jdoran@hinckleyallen.com
- David V. Duperrault    dvd@svlg.com, edn@svlg.com
- Kevin M. Eckhardt    keckhardt@hunton.com, candonian@huntonak.com
- Joseph A. Eisenberg    JAE1900@yahoo.com
- Sally J. Elkington    sally@elkshep.com, ecf@elkshep.com
- G. Larry Engel    larry@engeladvice.com
- Krista M. Enns    kenns@beneschlaw.com
- Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- Richard W. Esterkin    richard.esterkin@morganlewis.com, sue.reimers@morganlewis.com
- Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
- James J. Ficenec    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman    kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Jonathan Forstot    , john.murphy@troutman.com
- Gregg M. Galardi    gregg.galardi@ropesgray.com
- Richard L. Gallagher    richard.gallagher@ropesgray.com
- Barry S. Glaser    bglaser@swesq.com
- Gabriel I. Glazer    gglazer@pszjlaw.com
- Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutininc.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com
- Robert G. Harris    rob@bindermalter.com
- Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Jan M Hayden    jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes    jhayes@fhlawllp.com
- Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com
- Michael R. Hogue    hoguem@gtlaw.com, frazierl@gtlaw.com
- David Holtzman    david.holtzman@hklaw.com
- Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com
- Mark V. Isola    mvi@sbj-law.com
- J. Eric Ivester    , Andrea.Bates@skadden.com
- Ivan C. Jen    ivan@icjenlaw.com
- Gregory K. Jones    GJones@dykema.com, cacossano@dykema.com
- Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com
- Robert B. Kaplan    rbk@jmbm.com
- Tobias S. Keller    tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly    lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Gerald P. Kennedy    gerald.kennedy@procopio.com, laj@procopio.com
- Samuel M. Kidder    skidder@ktbslaw.com
- Marc Kieselstein    , carrie.oppenheim@kirkland.com
- Jane Kim    jkim@kellerbenvenutti.com
- Thomas F. Koegel    tkoegel@crowell.com

- Andy S. Kong     kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Alan W. Kornberg     , akornberg@paulweiss.com
- Jeffrey C. Krause     jkrause@gibsondunn.com, psantos@gibsondunn.com
- Michael Thomas Krueger     michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Richard A. Lapping     rich@trodellalapping.com
- Matthew A. Lesnick     matt@lesnickprince.com, jmack@lesnickprince.com
- David B. Levant     david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin     alevin@wcghlaw.com, vcorbin@wcghlaw.com
- John William Lucas     jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Jane Luciano     jane-luciano@comcast.net
- Kerri Lyman     klyman@irell.com, lgauthier@irell.com
- John H. MacConaghy     macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald     iain@macfern.com, ecf@macfern.com
- Michael W. Malter     michael@bindermalter.com
- David P. Matthews     jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Hugh M. McDonald     , john.murphy@troutman.com
- C. Luckey McDowell     luckey.mcdowell@bakerbotts.com
- Frank A. Merola     lacalendar@stroock.com, mmagzamen@stroock.com
- Matthew D. Metzger     belvederelegalecf@gmail.com
- M. David Minnick     dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Thomas C. Mitchell     tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe     john.moe@dentons.com, glenda.spratt@dentons.com
- David W. Moon     lacalendar@stroock.com, mmagzamen@stroock.com
- Courtney L. Morgan     morgan.courtney@pbgc.gov
- Joshua D. Morse     Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Thomas G. Mouzes     tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz     pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Michael S. Myers     myersms@ballardspahr.com, hartt@ballardspahr.com
- David L. Neale     dln@lnbrb.com
- David L. Neale     dln@lnbyb.com
- David Neier     dneier@winston.com
- Melissa T. Ngo     ngo.melissa@pbgc.gov, efile@pbgc.gov
- Gregory C. Nuti     gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient     aobrient@mintz.com, docketing@mintz.com
- Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov
- Aram Ordubegian     Ordubegian.Aram@ArentFox.com
- Gabriel Ozel     Gabriel.Ozel@troutman.com, tsinger@houser-law.com
- Amy S. Park     amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson     donna@parkinsonphinney.com
- Paul J. Pascuzzi     ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- Valerie Bantner Peo     vbantnerpeo@buchalter.com
- Danielle A. Pham     danielle.pham@usdoj.gov
- Thomas R. Phinney     tom@parkinsonphinney.com
- R. Alexander Pilmer     alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston     rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino     epino@epinolaw.com, staff@epinolaw.com
- Mark D. Poniatowski     ponlaw@ponlaw.com
- Christopher E. Prince     cprince@lesnickprince.com

- Douglas B. Provencher    dbp@provlaw.com
- Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins    jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Lacey Rochester    lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Gregory A. Rougeau    grougeau@brlawsf.com
- Sunny S. Sarkis    , dawn.forgeur@stoel.com
- David B. Shemano    dshemano@pwkllp.com
- James A. Shepherd    jim@elkshep.com, ecf@elkshep.com
- Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol    jdsokol@lawssl.com, dwright@lawssl.com
- Bennett L. Spiegel    blspiegel@jonesday.com
- Michael St. James    ecf@stjames-law.com
- David M. Stern    dstern@ktbslaw.com
- Meagan S. Tom    Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward Tredinnick    etredinnick@grmslaw.com
- Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta    marta.villacorta@usdoj.gov
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Riley C. Walter    ecf@W2LG.com
- Philip S. Warden    philip.warden@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- Genevieve G. Weiner    gweiner@gibsondunn.com
- Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com
- Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans    rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- Christopher Kwan Shek Wong    christopher.wong@arentfox.com
- Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com
- Andrew Yaphe    andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com

If the Chapter 13 Trustee is otherwise entitled to notice, she will receive such notice upon the electronic filing of the above-named document.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on February 11, 2019 at Newport Beach, California.

Dated: February 11, 2019                                                    /s/ Arlene Martin

Rev. 2/05