Aram Ordubegian (SBN 185142)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone:   213.629.7400
Facsimile:    213.629.7401
Email:         aram.ordubegian@arentfox.com

Andrew I. Silfen (*Pro hac vice admission pending*)
Beth M. Brownstein (*Pro hac vice admission pending*)
Jordana Renert (*Pro hac vice admission pending*)
**ARENT FOX LLP**
1301 Avenue of the Americas, Floor 42
New York, NY 10019
Telephone: 212.484.3900
Facsimile: 212.484.3990
Email:      andrew.silfen@arentfox.com
             beth.brownstein@arentfox.com
             jordana.renert@arentfox.com

General Bankruptcy Counsel for Bank of Oklahoma Financial

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br>Debtor.<br><br>**PG&E CORPORATION,**<br>Case No. 19-30088<br><br>**PACIFIC GAS & ELECTRIC COMPANY,**<br>Case No. 19-30089<br>Debtors.<br><br>[x] Affects both Debtors.<br>[ ] Affects PG&E Corporation only.<br>[ ] Affects Pacific Gas & Electric Company only. | Case No. 19-30088<br>[Jointly Administered with Case no.: 19-30089]<br><br>Chapter 11<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br>*[No Hearing Required]* |

AFDOCS/12931655.1

Pursuant to B.L.R 1001-2(a) and Civil L.R. 11-3, Beth M. Brownstein, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Bank of Oklahoma Financial in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled actions. The name, address and telephone number of that attorney is:

> Aram Ordubegian
> Arent Fox LLP
> 555 West 5th Street, 48th Floor
> Los Angeles, CA 90013
> Telephone: 213.629.7400
> Facsimile: 213.629.7401
> Email: aram.ordubegian@arentfox.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 11, 2019

Respectfully submitted,

**ARENT FOX LLP**

By: */s/ Beth M. Brownstein*
Beth M. Brownstein
General Bankruptcy Counsel for Bank of Oklahoma Financial

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/12931655.1

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__BETH   MICHELLE   BROWNSTEIN__ , Bar # __BB5150__

was duly admitted to practice in the Court on

__September 20, 2011__

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.   On   __January 28, 2019__
New York, New York

__Ruby J. Krajick__   By   __[signature]__
Clerk of Court        Deputy Clerk

```
UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 30065212 - MT
* * C O P Y * *
February 11, 2019
   14:42:33

   PRO HAC VICE
   19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Qty....:   2 @ $310.00
Amount.:
Check#.: 5030302         $620.00 CH


Total->   $620.00


FROM: NATIONWIDE LEGAL, LLC
```