Aram Ordubegian (SBN 185142)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
Email: aram.ordubegian@arentfox.com

Andrew I. Silfen (*Pro hac vice admission pending*)
Beth M. Brownstein (*Pro hac vice admission pending*)
Jordana Renert (*Pro hac vice admission pending*)
**ARENT FOX LLP**
1301 Avenue of the Americas, Floor 42
New York, NY 10019
Telephone: 212.484.3900
Facsimile: 212.484.3990
Email: andrew.silfen@arentfox.com
beth.brownstein@arentfox.com
jordana.renert@arentfox.com

General Bankruptcy Counsel for Bank of Oklahoma
Financial

FILED

FEB 1 1 2019

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

BY FAX

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>Debtor.<br><br>**PG&E CORPORATION,**<br>Case No. 19-30088<br><br>**PACIFIC GAS & ELECTRIC COMPANY,**<br>Case No. 19-30089<br>Debtors.<br><br>[x] Affects both Debtors.<br>[ ] Affects PG&E Corporation only.<br>[ ] Affects Pacific Gas & Electric<br>Company only. | Case No. 19-30088<br>[Jointly Administered with Case no.: 19-30089]<br><br>Chapter 11<br><br><br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br><br>*[No Hearing Required]* |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/12931655.1

1        Pursuant to B.L.R 1001-2(a) and Civil L.R. 11-3, Andrew I. Silfen, an active member in

2 good standing of the bar of New York, hereby applies for admission to practice in the Northern

3 District of California on a *pro hac vice* basis representing Bank of Oklahoma Financial in the

4 above-entitled action.

5        In support of this application, I certify on oath that:

6        1. I am an active member in good standing of a United States Court or of the highest court

7 of another State or the District of Columbia, as indicated above;

8        2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4,

9 and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution

10 Program of this Court; and,

11        3. An attorney who is a member of the bar of this Court in good standing and who

12 maintains an office within the State of California has been designated as co-counsel in the above-

13 entitled actions.  The name, address and telephone number of that attorney is:

14                    Aram Ordubegian

                      Arent Fox LLP

15           555 West 5th Street, 48th Floor

16                 Los Angeles, CA 90013

              Telephone: 213.629.7400

17               Facsimile: 213.629.7401

        Email: aram.ordubegian@arentfox.com

18

19        I declare under penalty of perjury that the foregoing is true and correct.

20

21 Dated:  February 11, 2019          Respectfully submitted,

                          **ARENT FOX LLP**

22

23                By: */s/ Andrew I. Silfen*

24                    Andrew I. Silfen

                   General Bankruptcy Counsel for Bank of

25                    Oklahoma Financial

26

27

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/12931655.1

# United States District Court

## Southern District of New York

## Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

**ANDREW I. SILFEN** , Bar # **AS1264**

was duly admitted to practice in this Court on

**OCTOBER 22nd, 1987** , and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at <u>New York, New York</u>    on    **JANUARY 22nd, 2019**

<u>Ruby J. Krajick</u>    by _____
Clerk                    Deputy  Clerk

UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 30065212 - MT
* * C O P Y * *
February 11, 2019
14:42:33

PRO HAC VICE
19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Qty....:    2 @ $310.00
Amount.:
Check#.: 5030302                    $620.00 CH


Total-> $620.00


FROM: NATIONWIDE LEGAL, LLC