| | |
|---|---|
| **STOEL RIVES LLP**<br>David B. Levant (*pro hac vice pending*)<br>101 S. Capitol Boulevard, Suite 1900<br>Boise, ID 83702<br>Telephone: 208.389.9000<br>Facsimile: 208.389.9040<br>david.levant@stoel.com | **STOEL RIVES LLP**<br>Oren Buchanan Haker (*pro hac vice*)<br>760 SW Ninth Avenue, Suite 3000<br>Portland, OR 97205<br>Telephone: 503.224.3380<br>Facsimile: 503.220.2480<br>oren.haker@stoel.com |

**STOEL RIVES LLP**
Gabrielle Glemann (*pro hac vice*)
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500
gabrielle.glemann@stoel.com

*Attorneys for Avangrid Renewables, LLC, et al.;*
*Enel Green Power North America, Inc. et al. and*
*Enel X; Capital Dynamics, Inc. et al.; FTP*
*Power LLC, et al. and Gill Ranch Storage, LLC*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>  - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>  **Debtors.** | Bankruptcy Case<br>No. 19 - 30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |
| ☐   Affects PG&E Corporation<br>☐   Affects Pacific Gas and Electric Corporation<br>☒   Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-3088 (DM).* | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, David B. Levant, an active member in good standing of the bar of the State of Washington, hereby applies for admission to practice in

-1-
Case: 19-30088    Doc# 405    Filed: 02/11/19    Entered: 02/11/19 15:17:35    Page 1 of 3
100229738.1 0099865-30600

the Bankruptcy Court for the Northern District of California on a *pro hac vice* basis representing each of Avangrid Renewables, LLC *et al.*[1]; Enel Green Power North America, Inc. *et al.*[2] and Enel X; Capital Dynamics, Inc. *et al.*[3]; FTP Power LLC, *et al.*,[4] and Gill Ranch Storage, LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Sunny S. Sarkis (#258073)
> STOEL RIVES LLP
> 500 Capitol Mall, Suite 1600
> Sacramento, CA 95814
> Telephone: 916.447.0700

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 11, 2019     /s/ David B. Levant
                             David B. Levant

---

[1] This representation includes the following subsidiaries of Avangrid Renewables, LLC: Klondike Wind Power III LLC and Shiloh I Wind Project LLC.

[2]. This representation includes the following subsidiaries of Enel Green Power North America, Inc.: Sierra Energy Storage, LLC, Kingston Energy Storage, LLC, Cascade Energy Storage, LLC, El Dorado Hydro, LLC and Rock Creek Hydro, LLC.

[3] This representation includes the following subsidiaries of Capital Dynamics, Inc.: CA Flats Solar 150, LLC, Lost Hills Solar, LLC, Blackwell Solar, LLC, Parrey, LLC, and North Star Solar, LLC.

[4] This representation includes the following subsidiaries of FTP Power LLC: Western Antelope Blue Sky Ranch A LLC, 87RL 8me LLC, Aspiration Solar G LLC, Bayshore Solar A, LLC, Bayshore Solar B, LLC, and Bayshore Solar C, LLC.

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 20528 |
| OF | ) | **CERTIFICATE** |
| DAVID B. LEVANT | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Susan L. Carlson, Clerk of the Supreme Court of the State of Washington, hereby certify

**DAVID B. LEVANT**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on June 3, 1991, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 5th day of February, 2019.

Susan L. Carlson
Supreme Court Clerk
Washington State Supreme Court