FILED
FEB 1 1 2019 BL
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Donald Chewning
463 Wooster Ave Apt D12
San Jose CA 95116
2/8/19

The Honorable Dennis Mentali
United States Bankruptcy Court for
the Northern District of California
Phillip Burton Federal Bldg.
450 Golden Gate Avenue
San Francisco CA 94102

Re: Case #19-30088-DM

Dear Sir:

(continued)

PG&E is the largest, and I argue the most destructive energy supplier in the Americas. They are gifted with both electrical generation and electrical distribution; and also natural gas distribution. As long as they have this combination, I predict continued large losses of life and property. These inevitably, are followed by the time honored plaint "higher utility rates to cover the liabilities."

I contend that with PG&E's monopoly of upkeep and control of its electrical distribution network; and ownership and ~~supervision~~ supervision of it's electrical generating facilities, it can cause targeted failures of any slightly above marginal components, in or connected to its system.

(continued)

Case: 19-30088    Doc# 406    Filed: 02/11/19    Entered: 02/11/19 15:32:51    Page 2 of 7

By having the ability to even momentarily switch generating facilities and customer loads it can create the desired out of tolerance energy supply to the component of its choice. The results are observed "arc-overs", transformer explosions, fires and the failure of a 40 day out of service contract AM/FM receiver.

On the natural gas side the destructive power of a temporary gas line overpressure was apparent in the San Bruno explosion-fire.

Please force PG&E to liquidate its holdings into independent segments. Make the natural gas operation a seperate company. Sell or auction of the electrical generation assets, possibly to public ownership.

(continued)

Maybe if PG&E were left with only the least profitable segment; that is the electrical distribution network, they would be shaken enough to operate it in it's customer's best interest

As an aside, even though I was 50 miles from the San Bruno explosion-fire, and well over 100 miles from the Santa Rosa - North Bay fires I felt Duress. I will explain.

I celebrated my 76th birthday on January 23rd. I ask; "are the shiny things in life "wine, women and song."? I rarely imbibe except at communion. The women are but a warm, vibrant memory. The song, however, lives. That is, until PG&E took it's shots.

(continued.)

FM radio station KCSM; with a jazz variety format, took the first blow. The station's morning disc jockey is Alisa Clancy. She is clearly the heart and soul of KCSM. Her residence was within warming distance of the San Bruno explosion-fire. With culpable speed the jazz variety format became a jazz sparse format. Not nearly the spirit. I stopped listening.

The second blow struck the "Redwood Empire Stereo-Caster listener base. That was the Santa Rosa-North Bay fires.

The star of the "Redwood Empire Stereocasters" lineup of stations are KWVF and KJZY.

(continued)

Case: 19-30088    Doc# 406    Filed: 02/11/19    Entered: 02/11/19 15:32:51    Page 5 of 7

Rock station KWVF features after supper D.J. "Wolfman Jack." Wolfman has a distinguished history. He is America's unmatched star rock D.J., of both radio and T.V.. This is a special accomplishment since Wolfman's obituary notice appeared in the "San Jose Mercury" over 15 years ago.

The other star station in the Stereocasters lineup is KJZY. KJZY features a very tasty variety of smooth jazz. Again with an almost culpable time-line both stations cut off their internet live broadcast. Their radio frequency broadcast does not reach south to San Jose, my residence. The internet discontinuation and the occurence of the fire were almost simultaneous.

(continued)

With some pleasure I want to report that, with the passage of time, all 3 stations described here have acceptably regenerated.

It would be truly shameful if PG&E's motivation in bringing on the component failures that caused KCSM - San Bruno explosion-fire; and the "Redwood Empire Stereocasters" Santa Rosa North Bay Fires was to cut 3 prime FM stations out of their vitality. In my mind PG&E has the capability, and they did.

I'm grateful for the warm vibrant song that has been restored.

Sincerely.

Donald R Chewning
Donald R Chewning

BS, MS EE  Stanford
Vietnam Era Vet

Case: 19-30088   Doc# 406   Filed: 02/11/19   Entered: 02/11/19 15:32:51   Page 7 of 7