**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Proposed Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**,<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>-and-<br><br>Adv. Pro. No. 19-03003 (DM)<br><br>**NOTICE OF AGENDA FOR FEBRUARY 13, 2019 OMNIBUS HEARING**<br><br>Date: February 13, 2019<br>Time: 1:00 p.m. (Pacific Time) and<br>1:30 p.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

# PROPOSED AGENDA FOR
# FEBRUARY 13, 2019 OMNIBUS HEARING

I. **MAIN CASE - Matters to be heard in Main Case No. 19-30088 (DM) at 1:00 P.M. (Pacific Time)**

1. Motion Confirming Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507 and Fed. R. Bankr. P. 6003 and 6004 for Interim and Final Authority to (I) Pay Prepetition Wages, Salaries, and other Compensation and Benefits; (II) Maintain Employee Benefit Programs; and (III) Pay Related Administrative Obligations [Dkt. No. 392].

   1(a). *Ex Parte* Application Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Motion Confirming Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507 and Fed. R. Bankr. P. 6003 and 6004 for Interim and Final Authority to (I) Pay Prepetition Wages, Salaries, and other Compensation and Benefits; (II) Maintain Employee Benefit Programs; and (III) Pay Related Administrative Obligations [Dkt. No. 393].

   1(b). Order Pursuant to B.L.R. 9006-1 Shortening Time for Hearing on Motion Confirming Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507 and Fed. R. Bankr. P. 6003 and 6004 for Interim and Final Authority to (I) Pay Prepetition Wages, Salaries, and other Compensation and Benefits; (II) Maintain Employee Benefit Programs; and (III) Pay Related Administrative Obligations [Dkt. No. 394]

   1(c). <u>Responses</u>: Pursuant to the Court's Order Shortening Time any response or opposition to the Motion may be presented orally at the Hearing.

II. **ADVERSARY PROCEEDING - Matters to be heard in *PG&E v. FERC*, Adv. Pro. No. 19-03003 (DM) at 1:30 p.m. (Pacific Time)**

2. **NextEra Energy.** NextEra Energy's Motion to Intervene in Adversary Proceeding; Memorandum of Points and Authorities [AP Dkt. 8].

   2(a). Declaration of Michael Sheehan in Support of NextEra Energy's (I) Motion to Intervene in Adversary Proceeding and (II) Motion to Withdraw Reference of Adversary Proceeding [AP Dkt. 10].

3. **Consolidated Edison Development.** Consolidated Edison Development, Inc.'s Motion to Intervene in Adversary Proceeding; Memorandum of Points and Authorities [AP Dkt. 15].

   3(a). Declaration of James J. Dixon in Support of Consolidated Edison Development, Inc.'s Motion to Intervene in Adversary Proceeding [AP Dkt. 16, amended on AP Dkt. 18].

/ / /

/ / /

4.  **Mojave Solar.** Mojave Solar LLC's Notice of Motion and Motion to Intervene in Adversary Proceeding; and Memorandum of Points and Authorities in Support Thereof [AP Dkt. 25].

   4(a). Declaration of Emiliano Garcia in Support of Mojave Solar's Motion to Intervene in Adversary Proceeding [AP Dkt. 26].

5.  **First Solar.** First Solar Inc.'s Notice of Motion and Motion to Intervene in Adversary Proceeding; and Memorandum of Points and Authorities in Support Thereof [AP Dkt. 28].

   5(a). Declaration of Terence A. Burke in Support of First Solar's Motion to Intervene in Adversary Proceeding [AP Dkt. 30]

6.  **Vantage Wind Energy & KES Kingsburg.** Joint Motion of Vantage Wind Energy and KES Kingsburg L.P., to Intervene in Adversary Proceeding; Memorandum of Points and Authorities [AP Dkt. 29].

7.  **Calpine, et al..** Motion to Intervene in Adversary Proceeding [AP Dkt. 32].

   7(a). Request for Judicial Notice in Support of Motion to Intervene in Adversary Proceeding [AP Dkt. 33].

   7(b). Supplement of Exelon Corporation and AV Solar Ranch 1, LLC to Omnibus Motion to Intervene in Adversary Proceeding [AP Dkt. 37].

8.  **Enel Green Power North America.** Enel Green Power North America, Inc.'s Motion to Intervene in Adversary Proceeding; Memorandum of Points and Authorities [AP Dkt. 38].

   8(a). Declaration of Jose Manuel Astudillo in Support of Enel Green Power North America, Inc.'s Motion to Intervene in Adversary Proceeding [AP Dkt. 39].

9.  **FTP Power.** FTC Power LLC's Motion to Intervene in Adversary Proceeding; Memorandum of Points and Authorities [AP Dkt. 40].

   9(a). Declaration of Sean McBride in Support of FTC Power LLC's Motion to Intervene in Adversary Proceeding [AP Dkt. 41].

10. **Capital Dynamics.** Capital Dynamic's Motion to Intervene in Adversary Proceeding and Memorandum of Points and Authorities [AP Dkt. 42].

   10(a). Declaration of Benoit Allehaut in Support of Capital Dynamics' Motion to Intervene in Adversary Proceeding [AP Dkt. 48].

11. **PG&E Opposition.** Memorandum of Point and Authorities in Opposition of Motions to Intervene [AP Dkt. 72].

/ / /

**PLEASE TAKE NOTICE** that copies of any papers filed with the court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: February 12, 2019

**WEIL, GOTSHAL & MANGES LLP**

**KELLER & BENVENUTTI LLP**

By: */s/ Jane Kim*
       Jane Kim

*Proposed Attorneys for Debtors and Debtors in Possession*