TIMOTHY S. LAFFREDI (WI SBN 1055133)
Assistant United States Trustee
United States Department of Justice
Office of the U.S. Trustee
450 Golden Gate Avenue, Suite 05-0153
San Francisco, CA 94102
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: timothy.s.laffredi@usdoj.gov

Attorneys for Andrew R. Vara,
Acting United States Trustee for Region 3[1]

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case Nos. 19-30088 DM (Lead Case) |
| PG&E CORPORATION | 19-30089 DM |
| and | Chapter 11 |
| PACIFIC GAS AND ELECTRIC COMPANY, | Jointly Administered |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| * All papers shall be filed in the Lead Case No. 19-30088 DM. | |

**APPOINTMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pursuant to 11 U.S.C. § 1102(a), Andrew R. Vara, Acting United States Trustee for Region 3, hereby appoints the following unsecured creditors to be members of the official committee of unsecured creditors:

//

//

---

[1] Andrew R. Vara, Acting United States Trustee for Region 3, is acting in this appointment for Tracy Hope Davis, United States Trustee for Region 17, whom is recused from the above-captioned cases.

APPOINTMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

1. BOKF, N.A., as indenture trustee under unsecured bond indentures
   Attn: George Kubin, SVP – Regional Manager
   1600 Broadway, 3rd Floor
   Denver, CO 80202
   GKubin@bokf.com

2. Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas
   Attn: Brendan Meyer
   60 Wall Street, 16th Street
   New York, NY 10005
   Brendan.meyer@db.com

3. Western Asset Management Company, LLC
   Attn: Christopher Jacobs
   385 E. Colorado Blvd.
   Pasadena, CA 91101
   Christopher.jacobs@westernasset.com

4. NextEra Energy, Inc.
   Attn: Mark Hickson
   700 Universe Blvd.
   Juno Beach, FL 33408
   Mark.Hickson@nexteraenergy.com

5. Roebbelen Contracting, Inc.
   Attn: Robert McLean
   1241 Hawks Flight Court
   El Dorado Hills, CA 95762
   RobM@Roebbelen.com

6. The Davey Tree Expert Company, Davey Tree Surgery Company, and DRG, Inc.
   Attn: Erika Schoenberger
   1500 North Mantua Street
   Kent, OH 44240
   Erika.schoenberger@davey.com

7. G4S Secure Solutions (USA) Inc. and G4S Secure Integration LLC
   Attn: Joseph Schwaderer, CFO
   1395 University Blvd
   Jupiter, FL 33458
   Joseph.schwaderer@usa.g4s.com

8. International Brotherhood of Electrical Workers, Local 1245
   Attn: Doug Girouard
   30 Orange Tree Circle
   Vacaville, CA 95687

deg0@ibew1245.com

9. Pension Benefit Guaranty Corporation
   Attn: Cynthia Wong
   Corporate Finance and Restructuring Department
   1200 K Street, N.W.
   Washington, D.C. 20005
   wong.cynthia@pbgc.gov

Dated: February 12, 2019

Andrew R. Vara
Acting United States Trustee, Region 3

/s/ Timothy S. Laffredi
Assistant United States Trustee

APPOINTMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS