**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Proposed Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**STIPULATION BETWEEN DEBTORS AND CALIFORNIA PUBLIC UTILITIES COMMISSION**<br><br>[No Hearing Requested] |

STIPULATION BETWEEN
DEBTORS AND CPUC

PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), and party in interest the California Public Utilities Commission (the "**Commission**"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The Debtors are not seeking, and will not seek, in the adversary proceeding captioned *PG&E Corp., et al. v. Federal Energy Regulatory Commission*, Adv. Pro. No. 19-03003 (the "**FERC Adversary Proceeding**"), an order or judgment (a) affecting the Commission's right to contend that the Debtors may not reject the executory power purchase agreements at issue in the FERC Adversary Proceeding or any other power purchase agreement ("**PPAs**") without prior permission to do so from the Commission, or (b) otherwise preempting, dislodging, or affecting any regulatory jurisdiction that the Commission may have under California law with respect to the PPAs.

2. The Debtors reserve the right to contend, outside the context of the FERC Adversary Proceeding, that they may reject PPAs without permission from the Commission, and the Commission reserves the right to oppose any such contention.

3. This stipulation and agreement is without prejudice to the Commission's rights and immunities under the Eleventh Amendment to the United States Constitution and related principles of sovereign immunity.

[*Signatures on Next Page*]

/ / /

/ / /

/ / /

DATED: February 11, 2019

| WEIL, GOTSHAL & MANGES LLP | CALIFORNIA PUBLIC UTILITIES COMMISSION |
|---|---|
| Stephen Karotkin (*pro hac vice*) (stephen.karotkin@weil.com) Jessica Liou (*pro hac vice*) (jessica.liou@weil.com) Theodore Tsekerides (*pro hac vice*) (theodore.tsekerides@weil.com) Matthew Goren (*pro hac vice*) (matthew.goren@weil.com) 767 Fifth Avenue New York, NY 10153-0119 Tel: 212 310 8000 Fax: 212 310 8007 | Arocles Aguilar, SBN 94753 505 Van Ness Avenue San Francisco, California 94102 Telephone: (415) 703-2015 Facsimile: (415) 703-2262 Email: arocles.aguilar@cpuc.ca.gov |

-and-

KELLER & BENVENUTTI LLP

By: /s/ *signature*
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Proposed Attorneys for Debtors and Debtors in Possession*

-and-

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Walter Rieman
Alan W. Kornberg
Brian S. Hermann (*pro hac vice* pending)
Walter Rieman, SBN 139365
Sean A. Mitchell (*pro hac vice* pending)
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: akornberg@paulweiss.com
  bhermann@paulweiss.com
  wrieman@paulweiss.com
  smitchell@paulweiss.com

*Attorneys for the California Public Utilities Commission*