```
LATHAM & WATKINS LLP
Christopher Harris (Bar No. 187472)
  christopher.harris@lw.com
Andrew M. Parlen (Bar No. 230429)
  andrew.parlen@lw.com
885 Third Avenue
New York, New York 10022
Telephone: +1.212.906.1200
Facsimile: +1.212.751.4864

LATHAM & WATKINS LLP
Amy C. Quartarolo (Bar No. 222144)
  amy.quartarolo@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763
```

*Attorneys for Crockett Cogeneration, Middle River Power, LLC, and MRP San Joaquin Energy, LLC*



UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088 (Main)<br>Case No. 19-30089 (Jointly Administered)<br><br>Chapter Number: 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS** |
|---|---|

PLEASE TAKE NOTICE that, pursuant to rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and sections 1102(1) and 1109(b) of title 11 of the United States Code, the undersigned attorneys appear as counsel in the above-captioned bankruptcy cases ("Chapter 11 Cases") on behalf of parties-in-interest Crockett Cogeneration, Middle River

Power, LLC, and MRP San Joaquin Energy, LLC, and request that all notices given or required to be given in connection with the Chapter 11 Cases, and all papers served or required to be served in connection therewith, be given and served upon:

> Christopher Harris
> Andrew M. Parlen
> LATHAM & WATKINS LLP
> 885 Third Avenue
> New York, New York 10022
> Telephone: +1.212.906.1200
> Fascimile: +1.212.751.4864
> Email: christopher.harris@lw.com
> Email: andrew.parlen@lw.com
>
> Amy C. Quartarolo
> LATHAM & WATKINS LLP
> 355 South Grand Avenue, Suite 100
> Los Angeles, California 90071-1560
> Telephone: +1.213.485.1234
> Facsimile: +1.213.891.8763
> Email: amy.quartarolo@lw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order, or any other paper filed in the Chapter 11 Cases, whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telecopy or otherwise.

PLEASE TAKE FURTHER NOTICE that the undersigned requests that the Debtors and the Clerk of the Court place the foregoing names and addresses on any mailing matrix or list of creditors existing or to be prepared in these Chapter 11 Cases.

This Notice of Appearance and Request for Service of Documents shall not be deemed or construed to be a waiver of (i) Crockett Cogeneration, Middle River Power, LLC, and MRP San Joaquin Energy, LLC's right to have final orders in non-core matters entered only after de novo review by a United States District Court; (ii) Crockett Cogeneration, Middle River Power, LLC, and MRP San Joaquin Energy, LLC's right to trial by jury in any proceedings so triable in this case or in any case, controversy, or proceeding related hereto; (iii) Crockett Cogeneration,

Middle River Power, LLC, and MRP San Joaquin Energy, LLC's right to have a United States District Court withdraw the reference in any proceeding subject to mandatory or discretionary withdrawal; or (iv) Crockett Cogeneration, Middle River Power, LLC, and MRP San Joaquin Energy, LLC's rights, claims, actions, defenses, setoffs, or recoupments to which each Crockett Cogeneration, Middle River Power, LLC, and MRP San Joaquin Energy, LLC is or may be entitled under agreements, in law or in equity, all of which rights, claims, defenses, setoffs and recoupments each of Crockett Cogeneration, Middle River Power, LLC, and MRP San Joaquin Energy, LLC expressly reserves.

DATED: February 12, 2019

Respectfully Submitted,

Christopher Harris (SBN 187472)
Andrew M. Parlen (SBN 230429)
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022-4834
Telephone:  (212) 906-1200
chistopher.harris@lw.com
andrew.parlen@lw.com

-and-

Amy C. Quartarolo (SBN 222144)
LATHAM & WATKINS LLP
355 S. Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone:  (213) 485-1234
amy.quartarolo@lw.com

By: _____
Amy C. Quartarolo

*Attorneys for Crockett Cogeneration, Middle River Power, LLC, and MRP San Joaquin Energy, LLC*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

Case: 19-30088    Doc# 412    Filed: 02/12/19    Entered: 02/12/19 15:14:06    Page 3 of 4

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 355 South Grand Avenue, Suite 100, Los Angeles, CA 90071-1560.

On **February 12, 2019**, I served the following document described as:

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

by serving a true copy of the above-described document in the following manner:

### BY U.S. MAIL

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP's interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

| | |
|---|---|
| WEIL, GOTSHAL, & MANGES LLP<br>Matthew Goren<br>Stephen Karotkin<br>Jessica Liou<br>767 Fifth Avenue<br>New York, NY 10153 | CRAVATH, SWAINE & MOORE LLP<br>David A. Herman<br>Omid H. Nasab<br>Kevin J. Orsini<br>Paul H. Zumbro<br>85 Eighth Avenue<br>New York, NY 10019 |
| KELLER & BENVENUTTI LLP<br>Tobias S. Keller<br>Jane Kim<br>650 California St, Suite 1900<br>San Francisco, CA 94108 | OFFICE OF THE UNITED STATES TRUSTEE<br>Lynette C. Kelly<br>Marta Villacourta<br>450 Golden Gate Avenue<br>5th Floor, #05-0153<br>San Francisco, CA 94102 |

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **February 12, 2019**, at Los Angeles, California.

_____
Shirin Behrooz