

Signed and Filed: February 12, 2019

**DENNIS MONTALI**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re **PG&E Corporation**

Case No. **19-30088**

Chapter **11**

Debtor(s).

# ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Aparna Yenamandra**, whose business address and telephone number is **Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022 (212) 446-4800** and who is an active member in good standing of the bar of **New York** having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **Calpine Corporation**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

Dated:

United States Bankruptcy Judge

Order Granting Application for Admission of Attorney
Aparna Yenamandra Pro Hac Vice