

Signed and Filed: February 12, 2019

*/s/ Dennis Montali*

**DENNIS MONTALI**
U.S. Bankruptcy Judge

---

In re **PG&E Corporation**

Debtor(s).

Case No. **19-30088**

Chapter **11**

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**David Seligman**, whose business address and telephone number is **Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654 (312) 862-2000**

and who is an active member in good standing of the bar of **Illinois**

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **Calpine Corporation**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

Dated: _____

United States Bankruptcy Judge