Entered on Docket
February 12, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1  Aram Ordubegian (SBN 185142)
   **ARENT FOX LLP**
2  555 West Fifth Street, 48th Floor
   Los Angeles, CA 90013-1065
3  Telephone:    213.629.7400
   Facsimile:    213.629.7401
4  Email:        aram.ordubegian@arentfox.com

5  Andrew I. Silfen (*Pro hac vice admission pending*)
   Beth M. Brownstein (*Pro hac vice admission
6  pending*)
   Jordana Renert (*Pro hac vice admission pending*)
7  **ARENT FOX LLP**
   1301 Avenue of the Americas, Floor 42
8  New York, NY 10019
   Telephone: 212.484.3900
9  Facsimile: 212.484.3990
   Email:    andrew.silfen@arentfox.com
10           beth.brownstein@arentfox.com
             jordana.renert@arentfox.com
11
   General Bankruptcy Counsel for Bank of Oklahoma
12 Financial

Signed and Filed: February 12, 2019

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

13                    UNITED STATES BANKRUPTCY COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                          SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>            Debtor.<br><br>**PG&E CORPORATION,**<br>      Case No. 19-30088<br><br>**PACIFIC GAS & ELECTRIC COMPANY,**<br>      Case No. 19-30089<br><br>            Debtors.<br><br>[x] Affects both Debtors.<br>[ ] Affects PG&E Corporation only.<br>[ ] Affects Pacific Gas & Electric<br>    Company only. | Case No. 19-30088<br>[Jointly Administered with Case no.: 19-30089]<br><br>Chapter 11<br><br><br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br>*[No Hearing Required]* |

AFDOCS/12931655.1

|   |   |
|---|---|
| 1 | Beth M. Brownstein, whose business address and telephone number is 1301 Avenue of the |
| 2 | Americas, Floor 42, New York, NY 10019 and 212.484.3900, and who is an active member in |
| 3 | good standing of the bar of New York having applied in the above-entitled action for admission |
| 4 | to practice in the Northern District of California on a *pro hac vice* basis, representing Bank of |
| 5 | Oklahoma Financial |
| 6 | IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and |
| 7 | conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac* |
| 8 | *vice*. Service of papers upon and communication with co-counsel designated in the application |
| 9 | will constitute notice to the represented party. All future filings in this action are subject to the |
| 10 | Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States |
| 11 | Bankruptcy Court for the Northern District of California. |
| 12 | **END OF ORDER** |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/12931655.1