**EXHIBIT A**

| Employee Title | Union Affiliation | Compensation in Excess of $12,850 |
|---|---|---|
| Hiring Hall Senior New Business Representative | Engineers and Scientists of California | $ 4,909.13 |
| Backhoe Operator - Gas | International Brotherhood of Electrical Workers | $ 10,843.88 |
| Troubleman | International Brotherhood of Electrical Workers | $ 1,698.44 |
| Electric Crew Foreman | International Brotherhood of Electrical Workers | $ 3,479.95 |
| Electric Quality Control Specialist, Senior | None | $ 50,364.07 |
| Electric Distribution Engineer | Engineers and Scientists of California | $ 3,466.61 |
| Electric Crew Foreman | International Brotherhood of Electrical Workers | $ 6,994.78 |
| Associate Distribution Engineer, Local Gas | Engineers and Scientists of California | $ 23,003.29 |
| Cable Crew Foreman | International Brotherhood of Electrical Workers | $ 230.86 |
| Troubleman | International Brotherhood of Electrical Workers | $ 1,675.23 |
| Lineman | International Brotherhood of Electrical Workers | $ 302.52 |
| Troubleman | International Brotherhood of Electrical Workers | $ 652.16 |
| Service Mechanic | International Brotherhood of Electrical Workers | $ 6,125.39 |
| Electric Crew Foreman | International Brotherhood of Electrical Workers | $ 787.41 |
| Subforeman A - Underground | International Brotherhood of Electrical Workers | $ 3,192.24 |
| Lineman | International Brotherhood of Electrical Workers | $ 11,747.43 |
| Troubleman | International Brotherhood of Electrical Workers | $ 1,397.09 |
| Nuclear Security Officer | Service Employees International Union | $ 9,769.85 |
| Lineman | International Brotherhood of Electrical Workers | $ 3,132.36 |
| Traveling Electrician - Diablo Canyon | International Brotherhood of Electrical Workers | $ 7,246.67 |

| Employee Title | Union Affiliation | Compensation in Excess of $12,850 |
|---|---|---|
| Lineman | International Brotherhood of Electrical Workers | $ 21,027.14 |
| Supervisor, Energy Solutions & Services | None | $ 1,134.08 |
| Utility Gas Service Representative | International Brotherhood of Electrical Workers | $ 9,364.17 |
| Lineman | International Brotherhood of Electrical Workers | $ 11,317.45 |
| Lineman | International Brotherhood of Electrical Workers | $ 3,204.99 |
| Hiring Hall Compliance Inspector | International Brotherhood of Electrical Workers | $ 758.86 |
| HH Routine Meter Person | International Brotherhood of Electrical Workers | $ 13,653.83 |
| Public Safety Specialist, Senior | None | $ 24,821.89 |
| System Operator | International Brotherhood of Electrical Workers | $ 13,797.55 |
| Senior New Business Representative | Engineers and Scientists of California | $ 9,352.60 |
| **Total** | | **$ 259,451.94** |