Daniel Robertson, Attorney (FL1010844)
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
Phone: (202) 326-4020, ext. 6573
Fax: (202) 326-4112
Emails: robertson.daniel@pbgc.gov and efile@pbgc.gov

Attorney for Creditor Pension Benefit Guaranty Corporation

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 19-30088 |
| PG&E CORPORATION *et al.*, | Chapter 11 |
| Debtors.[1] | Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTICE
BY THE PENSION BENEFIT GUARANTY CORPORATION**

PLEASE TAKE NOTICE that the Pension Benefit Guaranty Corporation ("PBGC"), a wholly-owned United States Government Corporation under 29 U.S.C. § 1302, an agency of the United States Government under 28 U.S.C. § 451 and 11 U.S.C. § 101(27), and a creditor under 11 U.S.C. § 101(10) in the above-captioned cases, hereby files this Notice of Appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Civil L.R. 11-2, and requests, pursuant to Section 1109(b) of Title 11, United States Code and Bankruptcy Rules 2002(j)(4), 3017(d) and 9007, that notice of all matters which may come before the Court concerning the above-captioned cases and debtors be given to and served upon PBGC at the two e-mail addresses listed below.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: PG&E Corporation [4914] and Pacific Gas and Electric Company [2640]. The Debtors' mailing address is 77 Beale Street, P.O. Box 770000, San Francisco, California 94177.

This request includes, *inter alia*, the notices and papers referred to in Bankruptcy Rules 2002, 3017 (including all disclosure statements and plans of reorganization) and 9007, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in these cases, whether formal or informal, *ex parte* or on notice, written or oral, or transmitted or conveyed by mail, electronic mail, personal delivery, telephone or facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that this entry of appearance and request for notice is without prejudice to PBGC's rights, remedies and claims against other entities or any objection that may be made to the jurisdiction or venue of the Court or venue of these cases, and shall not be deemed or construed to be a waiver of PBGC's rights: (i) to have final orders and non-core matters entered only after *de novo* review by a district court, (ii) to trial by jury in any proceedings so triable in these cases or in any controversy or proceeding related to these cases, (iii) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to assert any other rights, claims, actions, defenses, setoffs or recoupments to which PBGC is or may be entitled in law or in equity, all of which PBGC expressly reserves.

DATED: February 13, 2019  
Washington, D.C.

Respectfully submitted,

/s/ Daniel Robertson  
Daniel Robertson (FL10108449)  
Attorney  
Pension Benefit Guaranty Corporation  
Office of the General Counsel  
1200 K Street, N.W.  
Washington, D.C. 20005-4026  
Phone: (202) 326-4020, ext. 6573  
Fax: (202) 326-4112  
Emails: robertson.daniel@pbgc.gov and efile@pbgc.gov

# CERTIFICATE OF SERVICE

This is to certify that a copy of Pension Benefit Guaranty Corporation's Notice of Appearance and Request for Electronic Notice was served on February 13, 2019 to the parties listed below:

***Debtors' Counsel via CM/ECF***
Tobias S. Keller
Keller and Benvenutti LLP
650 California St., #1900
San Francisco, CA 94108

***Debtors' Counsel via Electronic Mail***
Stephen Karotkin
Jessica Liou
Matthew Goren
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-001

***U.S. Trustee via CM/ECF***
Office of the U.S. Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave., 5th Floor., #05-0153
San Francisco, CA 94102

/s/ Daniel Robertson
Daniel Robertson