GELLERT SCALI BUSENKELL & BROWN, LLC
Michael Busenkell (*pro hac vice*)
(mbusenkell@gmail.com)
1201 N. Orange St., Suite 300
Wilmington, DE 19801
Tel: (302) 425-5800
Fax: (302) 425-5814

JENKINS MULLIGAN & GABRIEL LLP
Larry W. Gabriel SBN 68329
(lgabriel@bg.law)
2160 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Tel: (818) 827-9147
Fax: (818) 827-9099

*Attorneys for Itron, Inc.*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Chapter 11 |
| PG&E CORPORATION | Case No. 19-30088 (DM) |
| - AND - | Jointly administered |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Debtors. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects Both Debtors | |

PLEASE TAKE NOTICE that the undersigned hereby enters their appearance as counsel to Itron, Inc. ("Itron"), in the above-captioned chapter 11 cases (the "Bankruptcy Cases"), and pursuant to, inter alia, Rules 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code, as amended (the "Bankruptcy Code"), requests that all notices given and all papers served or required to be served in the Bankruptcy Cases be given to and served upon:

JENKINS MULLIGAN & GABRIEL LLP
Larry W. Gabriel
2160 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Tel: (818) 827-9147
Fax: (818) 827-9099
Email: lgabriel@bg.law

GELLERT SCALI BUSENKELL
  & BROWN, LLC
Michael Busenkell
1201 N. Orange St., Suite 300
Wilmington, DE 19801
Tel: (302) 425-5800
Fax: (302) 425-5814
Email: mbusenkell@gsbblaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Code or Bankruptcy Rules, but also includes, without limitation, orders and notices of any applications, motions, orders, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to the Bankruptcy Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telex, e-mail or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Demand for Notices and Service of Papers shall not be construed as an appointment of any person or entity as authorized agent of Itron, either expressly or impliedly, for purposes of receiving service of process pursuant to Rule 7004 of the Bankruptcy Rules or Rule 4 of the Federal Rules of Civil Procedure.

///

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Itron's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Itron, is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

DATED: February 13, 2019       JENKINS MULLIGAN & GABRIEL LLP

By: /s/ Larry W. Gabriel
_____
Larry W. Gabriel
Attorneys for Itron, Inc.

Case: 19-30088    Doc# 421    Filed: 02/13/19    Entered: 02/13/19 10:59:19    Page 3 of 3

3