**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
| Debtors. | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1.      I am a consultant at Prime Clerk, LLC, the claims and noticing agent for the debtors PG&E Corporation and Pacific Gas and Electric Company, in the above-referenced chapter 11 bankruptcy cases.

2.      On February 12, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via Email (1) on the Core/2002 Email Service List attached hereto as **Exhibit A**; (2) on the Banks Email Service List attached hereto as **Exhibit B**; (3) via Overnight Mail on the Core/2002 Hardcopy Service List attached hereto as **Exhibit C**; and (4) on the Banks Hardcopy Service List attached hereto as **Exhibit D**:

- Notice of Agenda for February 13, 2019 Omnibus Hearing [Docket No. 408]

- Declaration of John R. Boken in Support of Motion Confirming Interim Order Authorizing Debtors to (I) Pay Prepetition Wages, Salaries, Withholding Obligations and Other Compensation and Benefits; (II) Maintain Employee Wage and Benefits Programs; and (III) Pay Related Administrative Obligations [Docket No. 418]

3.      On February 12, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via Fax on (1) on the Core/2002 DN 408 Fax

Service List attached hereto as **Exhibit E**; and (2) on the Banks DN 408 Fax Service List attached hereto as **Exhibit F**:

- Notice of Agenda for February 13, 2019 Omnibus Hearing [Docket No. 408]

4.    On February 12, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via Fax on (1) on the Core/2002 DN 418 Fax Service List attached hereto as **Exhibit G**; and (2) on the Banks DN 418 Fax Service List attached hereto as **Exhibit H**:

- Declaration of John R. Boken in Support of Motion Confirming Interim Order Authorizing Debtors to (I) Pay Prepetition Wages, Salaries, Withholding Obligations and Other Compensation and Benefits; (II) Maintain Employee Wage and Benefits Programs; and (III) Pay Related Administrative Obligations [Docket No. 418]

5.    On February 12, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via Email on the Adversary Case Notice Email Service List attached hereto as **Exhibit I**:

- Notice of Agenda for February 13, 2019 Omnibus Hearing [Docket No. 408]
- Declaration of John R. Boken in Support of Motion Confirming Interim Order Authorizing Debtors to (I) Pay Prepetition Wages, Salaries, Withholding Obligations and Other Compensation and Benefits; (II) Maintain Employee Wage and Benefits Programs; and (III) Pay Related Administrative Obligations [Docket No. 418]

6.    I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 13th day of February 2019, at New York, NY.

_____
ALAIN B. FRANCOEUR

**Exhibit A**

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for Aera Energy LLC, Midway Sunset Congeneration Company | Aera Energy LLC | Attn: Ron A. Symm | RASymm@aeraenergy.com |
| Top 50 Unsecured Creditors | ARB Inc. | Attn: Leah Panlilio | contractssf@prim.com |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | ARENT FOX LLP | Attn: Andrew I. Silfen, Beth M. Brownstein, Jordana L. Renert | Andrew.Silfen@arentfox.com Beth.Brownstein@arentfox.com Jordana.Renert@arentfox.com |
| Counsel for Genesys Telecommunications Laboratories Inc. | Arent Fox LLP | Attn: Andy S. Kong and Christopher K.S. Wong | andy.kong@arentfox.com christopher.wong@arentfox.com |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | ARENT FOX LLP | Attn: Aram Ordubegian | Aram.Ordubegian@arentfox.com |
| Counsel for NRG Energy Inc., Clearway Energy, Inc., and Clearway Energy Group LLC | Baker Botts L.L.P. | Attn: C. Luckey McDowell, Ian E. Roberts, Kevin Chiu | Luckey.Mcdowell@BakerBotts.com Ian.Roberts@BakerBotts.com Kevin.Chiu@BakerBotts.com |
| Counsel for NRG Energy Inc., Clearway Energy, Inc., and Clearway Energy Group LLC | Baker Botts L.L.P. | Attn: Navi S. Dhillon | Navi.Dhillon@BakerBotts.com |
| Counsel for Phillips and Jordan | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: John H. Rowland | jrowland@bakerdonelson.com |
| Counsel for Phillips and Jordan, Inc., Counsel for APTIM, Counsel for TTR Substations, Inc., Counsel for Snelson Companies, Inc. | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: Lacey E. Rochester, Jan M. Hayden | lrochester@bakerdonelson.com jhayden@bakerdonelson.com |
| Counsel for Realty Income Corp., Counsel for Discovery Hydrovac | BALLARD SPAHR LLP | Attn: Craig Solomon Ganz, Michael S. Myers | ganzc@ballardspahr.com myersms@ballardspahr.com |
| Counsel for Bank of America, N.A. | Bank of America | Attn: John McCusker | John.mccusker@bami.com |
| Top 50 Unsecured Creditors | Bank of America | Attn: Patrick Boultinghouse | Patrick.boultinghouse@baml.com jacob.m.carson@baml.com maggie.halleland@baml.com john.mccusker@baml.com |
| Top 50 Unsecured Creditors | Bank of New York Mellon | Attn: Raymond Torres | raymond.torres@bnymellon.com |
| Top 50 Unsecured Creditors | Bank of New York Mellon | Attn: Timothy J. Marchando | timothy.marchando@bnymellon.com |
| Counsel for Creditors Public Entities Impacted by the Wildfires | Baron & Budd, P.C. | Attn: Scott Summy, John Fiske | ssummy@baronbudd.com jfiske@baronbudd.com |
| Counsel for Dan Clarke | BELVEDERE LEGAL, PC | Attn: Matthew D. Metzger | belvederelegalcf@gmail.com |
| Counsel for Infosys Limited, Counsel for ACRT, Inc. | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | Attn: Kevin M. Capuzzi, Michael J. Barrie | kcapuzzi@beneschlaw.com mbarrie@beneschlaw.com |
| Counsel for Infosys Limited, Counsel for ACRT, Inc. | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | Attn: Krista M. Enns | kenns@beneschlaw.com |
| Counsel for ChargePoint, Inc. | BINDER & MALTER, LLP | Attn: Michael W. Malter, Robert G. Harris | Michael@bindermalter.com Rob@bindermalter.com |

Case: 19-30088    Doc# 423    Filed: 02/13/19    Entered: 02/13/19 13:10:12    Page 4 of 36

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for Creditor and Party-in-Interest Sonoma Clean Power Authority | Boutin Jones Inc. | Attn: Mark Gorton | mgorton@boutinjones.com |
| Counsel for MDR Inc. (dba Accu-Bore Directional Drilling), Veteran Power, Inc. | Brothers Smith LLP | Attn: Mark V. Isola | misola@brotherssmithlaw.com |
| Counsel to Frase Enterprises, Inc. dba Kortick Manufacturing Company | Brunetti Rougeau LLP | Attn: Gregory A. Rougeau | grougeau@brlawsf.com |
| Counsel for California Community Choice Association, Counsel for Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Valerie Bantner Peo, Shawn M. Christianson | schristianson@buchalter.com vbantnerpeo@buchalter.com |
| California Public Utilities Commission | California Public Utilities Commission | Attn: Arocles Aguilar | arocles.aguilar@cpuc.ca.gov |
| Counsel to Chevron Products Company, a division of Chevron U.S.A. Inc. | CHEVRON PRODUCTS COMPANY, A DIVISION OF CHEVRON U.S.A. INC. | Attn: Melanie Cruz, M. Armstrong | melaniecruz@chevron.com marmstrong@chevron.com |
| Top 50 Unsecured Creditors | Citibank, N.A. | Attn: Amit Vasani | amit.vasani@citi.com |
| Interested Party California Community Choice Association | Clark & Trevithick | Attn: Kimberly S. Winick | kwinick@clarktrev.com |
| Counsel for BlueMountain Capital Management, LLC | Cleary Gottlieb Sheen & Hamilton LLP | Attn: Lisa Schweitzer, Margaret Schierberl | lschweitzer@cgsh.com mschierberl@cggsh.com |
| Counsel for Fire Victim Creditors | COREY, LUZAICH, DE GHETALDI & RIDDLE LLP | Attn: Dario de Ghetaldi, Amanda L. Riddle, Steven M. Berki, Sumble Manzoor | def@coreylaw.com alr@coreylaw.com smb@coreylaw.com sm@coreylaw.com |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Cotchett, Pitre & Mccarthy, LLP | Attn: Frank M. Pitre, Alison E. Cordova, Abigail D. Blodgett | fpitre@cpmlegal.com acordova@cpmlegal.com ablodgett@cpmlegal.com |
| Counsel for Creditors and Parties-in-Interest NEXANT | Crowell & Moring LLP | Attn: Monique D. Almy | malmy@crowell.com |
| Counsel for Creditors and Parties-in-Interest NEXANT | Crowell & Moring LLP | Attn: Thomas F. Koegel | tkoegel@crowell.com |
| Counsel for Fire Victim Creditors | DANKO MEREDITH | Attn: Michael S. Danko, Kristine K. Meredith, Shawn R. Miller | mdanko@dankolaw.com kmeredith@dankolaw.com smiller@dankolaw.com |
| Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | Attn: Andrew D. Yaphe | andrew.yaphe@davispolk.com |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities, Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | eli.vonnegut@davispolk.com david.schiff@davispolk.com timothy.graulich@davispolk.com |
| Creditor and Counsel to Debra Grassgreen | Debra Grassgreen | Attn: Karl Knight | dgrassgreen@gmail.com |
| Counsel for Capital Power Corporation and Halkirk I Wind Project LP | Dentons US LLP | Attn: John A. Moe, II | john.moe@dentons.com |

Case: 19-30088   Doc# 423   Filed: 02/13/19   Entered: 02/13/19 13:10:12   Page 5 of 36

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for Capital Power Corporation and Halkirk I Wind Project LP | Dentons US LLP | Attn: Lauren Macksoud | Lauren.macksoud@dentons.com |
| Counsel for Capital Power Corporation and Halkirk I Wind Project LP | Dentons US LLP | Attn: Oscar N. Pinkas | oscar.pinkas@dentons.com |
| Top 50 Unsecured Creditors | Deutsche Bank | Attn: Kathryn Fischer | kathryn.fischer@db.com |
| Counsel for Ad Hoc Committee of Unsecured Tort Claimant Creditors | DLA PIPER LLP (US) | Attn: Eric Goldberg, David Riley | david.riley@dlapiper.com<br>eric.goldberg@dlapiper.com |
| Counsel for Ad Hoc Committee of Unsecured Tort Claimant Creditors | DLA PIPER LLP (US) | Attn: Joshua D. Morse | joshua.morse@dlapiper.com |
| Counsel for Honeywell International Inc. and Elster American Meter Company, LLC | Dykema Gossett LLP | Attn: Gregory K. Jones | gjones@dykema.com |
| Counsel for East Bay Community Energy Authority | East Bay Community Energy Authority | Attn: Leah S. Goldberg | lgoldberg@ebce.org |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | EDP Renewables North America LLC | Attn: Leslie A. Freiman, Randy Sawyer | Leslie.Freiman@edpr.com<br>Randy.Sawyer@edpr.com |
| Counsel for W. Bradley Electric, Inc. | Elkington Shepherd LLP | Attn: Sally J. Elkington, James A. Shepherd | sally@elkshep.com<br>jim@elkshep.com |
| Counsel for Creditor and Party-in-Interest Sonoma Clean Power Authority | Engel Law, P.C. | Attn: G. Larry Engel | larry@engeladvice.com |
| Aggreko, MCE Corporation, Nor-Cal Pipeline Services, and Roebbelen Contracting, Inc. | Finestone Hayes LLP | Attn: Stephen D. Finestone, Jennifer C. Hayes | sfinestone@fhlawllp.com<br>jhayes@fhlawllp.com<br>rwitthans@fhlawllp.com |
| Counsel for Michels Corporation | FOLEY & LARDNER LLP | Attn: Erika L. Morabito, Brittany J. Nelson | emorabito@foley.com<br>bnelson@foley.com |
| Counsel for Michels Corporation | FOLEY & LARDNER LLP | Attn: Victor A. Vilaplana | vavilaplana@foley.com |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | FREDERIC DORWART, LAWYERS PLLC | Attn: Samuel S. Ory | sory@fdlaw.com |
| Counsel for Fire Victim Creditors | GIBBS LAW GROUP | Attn: Eric Gibbs, Dylan Hughes | ehg@classlawgroup.com<br>dsh@classlawgroup.com |
| Counsel for Topaz Solar Farms LLC | Gibson, Dunn & Crutcher LLP | Attn: Jeffrey C. Krause, Genevieve G. Weiner | Gweiner@gibsondunn.com<br>Jkrause@gibsondunn.com |
| Counsel for Topaz Solar Farms LLC | Gibson, Dunn & Crutcher LLP | Attn: Michael A. Rosenthal, Alan Moskowitz | Mrosenthal@gibsondunn.com<br>Amoskowitz@gibsondunn.com |
| Counsel for Ruby Pipeline, L.L.C. | GREENBERG TRAURIG, LLP | Attn: Michael Hogue | hoguem@gtlaw.com |
| Counsel for for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | Greene Radovsky Maloney Share & Hennigh LLP | Attn: Edward J. Tredinnick | etredinnick@greeneradovsky.com |
| Counsel for Telvent USA, LLC. | Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | jdoran@hinckleyallen.com |

Case: 19-30088   Doc# 423   Filed: 02/13/19   Entered: 02/13/19 13:10:12   Page 6 of 36

Exhibit A

Core/2002 Email Service List

Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company as Indenture Trustees for certain bondholders | Holland & Knight LLP | Attn: Robert J. Labate, David I. Holtzman | robert.labate@hklaw.com<br>david.holtzman@hklaw.com |
| Counsel for DTE Stockton, LLC, Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P., Potrero Hills Energy Producers, LLC, Sunshine Gas Producers, LLC, Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd. | HUNTON ANDREWS KURTH LLP | Attn: Kevin M. Eckhardt | keckhardt@huntonak.com |
| Counsel for DTE Stockton, LLC, Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P., Potrero Hills Energy Producers, LLC, Sunshine Gas Producers, LLC, Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd. | HUNTON ANDREWS KURTH LLP | Attn: Peter S. Partee, Sr. | ppartee@huntonak.com |
| Counsel for BlueMountain Capital Management, LLC | Irell & Manella LLP | Attn: Craig Varnen, Andrew J. Strabone | cvarnen@irell.com<br>astrabone@irell.com |
| Counsel for BlueMountain Capital Management, LLC | Irell & Manella LLP | Attn: Michael H. Strub, Jr. | mstrub@irell.com |
| Interested Party CH2M HILL Engineers, Inc. | Jacobs Engineering | Attn: Robert Albery | robert.albery@jacobs.com |
| Interested Party Jane Luciano | Jane Luciano | | jane-luciano@comcast.net |
| Counsel for Peter Ouborg | Jeffer Mangles Butler & Mitchell LLP | Attn: Robert B. Kaplan | rbk@jmbm.com |
| Counsel for A&J Electric Cable Corporation | JORDAN, HOLZER & ORTIZ, PC | Attn: Antonio Ortiz, Shelby A Jordan | aortiz@jhwclaw.com<br>sjordan@jhwclawcom<br>ecf@jhwclaw.com |
| Counsel for The Act 1 Group, Inc. | Joseph A. Eisenberg P.C. | | JAE1900@yahoo.com |
| Counsel for Kompogas SLO LLC and Tata Consultancy Services | Kelley Drye & Warren LLP | Attn: Benjamin D. Feder | KDWBankruptcyDepartment@kelleydrye.com<br>bfeder@kelleydrye.com |
| Counsel for Ruby Pipeline, L.L.C. | Kinder Morgan, Inc. | Attn: Mark A. Minich | Mark_Minich@kindermorgan.com |
| Counsel for Ruby Pipeline, L.L.C. | Kinder Morgan, Inc. | Attn: Mosby Perrow | mosby_perrow@kindermorgan.com |
| Counsel for the Federal Monitor | Kirkland & Ellis LLP | Attn: R. Alexander Pilmer | alexander.pilmer@kirkland.com |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: Aparna Yenamandra | aparna.yenamandra@kirkland.com |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: David R. Seligman, P.C. | david.seligman@kirkland.com |
| Counsel for the Federal Monitor | Kirkland & Ellis LLP | Attn: Marc Kieselstein, P.C. | marc.kieselstein@kirkland.com |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: Mark McKane, P.C., Michael P. Esser | mark.mckane@kirkland.com<br>michael.esser@kirkland.com |
| Counsel for the Federal Monitor | Kirkland & Ellis LLP | Attn: Stephen E. Hessler, P.C. | stephen.hessler@kirkland.com |

In re:  PG Corporation, et al.
Case No. 19-30088

Page 4 of 11

Case: 19-30088   Doc# 423   Filed: 02/13/19   Entered: 02/13/19 13:10:12   Page 7 of 36

Exhibit A
Core/2002 Email Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for NextEra Energy Inc. et al. | Klee, Tuchin, Bogdanoff & Stern LLP | Attn: Kenneth N. Klee, David M. Stern, Samuel M. Kidder | kklee@ktbslaw.com dstern@ktbslaw.com skidder@ktbslaw.com |
| Counsel for Kings River Water Association | Klein, Denatale, Goldner, Cooper, Rosenlieb & Kimball, LLP | Attn: Hagop T. Bedoyan | hbedoyan@kleinlaw.com ecf@kleinlaw.com |
| Counsel for Ruby Pipeline, L.L.C. | LAW OFFICE OF PATRICIA WILLIAMS PREWITT | Attn: Patricia Williams Prewitt | pwp@pattiprewittlaw.com |
| Interested Party | Law Office of Richard L. Antognini | Attn: Richard L. Antognini | rlalawyer@yahoo.com |
| Counsel for LEWIS & TIBBITTS, INC. | LAW OFFICE OF WAYNE A. SILVER | Attn: Wayne A. Silver | ws@waynesilverlaw.com |
| Creditor and Counsel to Debra Grassgreen | Law Offices of Thomas J. Brandi | Attn: Thomas J. Brandi | tjb@brandilaw.com |
| Interested Party CH2M HILL Engineers, Inc. | Lesnick Prince & Pappas LLP | Attn: Matthew A. Lesnick, Christopher E. Prince | matt@lesnickprince.com cprince@lesnickprince.com |
| Counsel for California Independent System Operator | Levene, Neale, Bender, Yoo & Brill L.L.P. | Attn: David L. Neale | DLN@LNBYB.COM |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | Attn: Bradley C. Knapp | bknapp@lockelord.com |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | Attn: Meagan S. Tom | meagan.tom@lockelord.com |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | Attn: W. Steven Bryant | sbryant@lockelord.com |
| Counsel for California Power Exchange Corporation | LOEB & LOEB LLP | Attn: Marc S. Cohen, Alicia Clough | mscohen@loeb.com aclough@loeb.com |
| Interested Party | Macdonald \| Fernandez LLP | Attn: Iain A. Macdonald | imac@macfern.com |
| Counsel for Ghost Ship Warehouse Plaintiffs' Executive Committee | MARY ALEXANDER & ASSOCIATES, P.C. | Attn: Mary E. Alexander | malexander@maryalexander.com |
| Top 50 Unsecured Creditors | McKinsey & Company Inc. | Attn: Rob Bland | ron_bland@mckinsey.com |
| Counsel for Marin Clean Energy | Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. | Attn: Abigail V. O'Brient, Andrew B. Levin | avobrient@mintz.com ablevin@mintz.com |
| Top 50 Unsecured Creditors | Mizuho | Attn: Peter Bickford | peter.bickford@mizuhocbus.com |
| Top 50 Unsecured Creditors | MRO Integrated Solutions LLC | Attn: Tracy M. Tomkovicz | tracyt@mrois.com |
| Top 50 Unsecured Creditors | MUFG | Attn: Nietzsche Rodricks | nrodricks@us.mufg.jp |
| Counsel for Exponent, Inc. | Newmeyer & Dillion LLP | Attn: James J. Ficenec, Joshua B. Bevitz | James.Ficenec@ndlf.com Joshua.Bevitz@ndlf.com |

Case: 19-30088   Doc# 423   Filed: 02/13/19   Entered: 02/13/19 13:10:12   Page 8 of 36

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for Michael Vairo, Marie Dierssen, Catherine McClure, Tonia Hanson, Deirdre Coderre, Denise Stooksberry, John Stooksberry, Bryan Sullivan, Sara Hill, Isaiah Vera, Michael Williams, Joel Batts, Annaleisa Batts, Claudia Bijstra, Andries Bijstra, Roger Martinez, Candice Seals, Gretchen Franklin, Christopher Franklin, Paul Bowen, Kelly Jones, Tami Coleman, Cecil Morris, Linda Schooling, Jennifer Makin, Barbara Cruise, Benjamin Hernandez, Irma Enriquez, Constantina Howard, Leroy Howard, Edward Delongfield, Brenda Howell, Lynda Howell, Angela Coker, Sally Thorp, Paradise Moose Lodge, Nancy Seals | Northern California Law Group, PC | Attn: Joseph Feist | info@norcallawgroup.net joe@norcallawgroup.com |
| Counsel for NextEra Energy Inc., NextEra Energy Partners, L.P. | NORTON ROSE FULBRIGHT US LLP | Attn: Howard Seife, Andrew Rosenblatt, Christy Rivera | howard.seife@nortonrosefulbright.com andrew.rosenblatt@nortonrosefulbright.com christy.rivera@nortonrosefulbright.com |
| Counsel for Creditors Public Entities Impacted by the Wildfires | Nuti Hart LLP | Attn: Gregory C. Nuti, Christopher H. Hart, Kimberly S. Fineman | kfineman@nutihart.com gnuti@nutihart.com chart@nutihart.com |
| Office of the California Attorney General | Office of the California Attorney General | Attn: Bankruptcy Dept | bankruptcy@coag.gov |
| Office of the United States Trustee | Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Lynette C. Kelly, Marta E. Villacorta | James.L.Snyder@usdoj.gov timothy.s.laffredi@usdoj.gov lynette.c.kelly@usdoj.gov Marta.Villacorta@usdoj.gov |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | Attn: Debra Felder | dfelder@orrick.com |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | Attn: Lorraine McGowen | lmcgowen@orrick.com |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | Attn: Thomas C. Mitchell | tcmitchell@orrick.com |
| Counsel for TRC Companies, Inc. | Pachulski Stang Ziehl & Jones LLP | Attn: John D. Fiero | jfiero@pszjlaw.com |
| Counsel for The Baupost Group, L.L.C., as the general partner and investment manager for certain entities | Pachulski Stang Ziehl & Jones LLP | Attn: Isaac M. Pachulski, Debra I. Grassgreen, Gabriel I. Glazer, John W. Lucas | jlucas@pszjlaw.com gglazer@pszjlaw.com dgrassgreen@pszjlaw.com ipachulski@pszjlaw.com |
| Counsel for Yuba County Water Agency | Parkinson Phinney | Attn: Thomas R. Phinney | tom@parkinsonphinney.com |

Case: 19-30088    Doc# 423    Filed: 02/13/19    Entered: 02/13/19 13:10:12    Page 9 of 36

Exhibit A
Core/2002 Email Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com |
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Courtney L. Morgan | morgan.courtney@pbgc.gov<br>efile@pbgc.gov |
| Counsel for Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Melissa T. Ngo | ngo.melissa@pbgc.gov<br>efile@pbgc.gov |
| Counsel for Puget Sound Energy, Inc. | Perkins Coie, LLP | Attn: Alan D. Smith | ADSmith@perkinscoie.com |
| Counsel for California Independent System Operator | Pierce Atwood LLP | Attn: Keith J. Cunningham | kcunningham@PierceAtwood.com |
| Counsel for Bank of America, N.A. | Pillsbury Winthrop Shaw Pittman LLP | Attn: Dania Slim | dania.slim@pillsburylaw.com |
| Counsel for Bank of America, N.A. | Pillsbury Winthrop Shaw Pittman LLP | Attn: M. David Minnick | dminnick@pillsburylaw.com |
| Counsel to Chevron Products Company, a division of Chevron U.S.A. Inc. | PILLSBURY WINTHROP SHAW PITTMAN LLP | Attn: Hugh M. Ray, III | hugh.ray@pillsburylaw.com |
| Counsel for Bank of America, N.A. | Pillsbury Winthrop Shaw Pittman LLP | Attn: Leo T. Crowley | leo.crowley@pillsburylaw.com |
| Counsel to Chevron Products Company, a division of Chevron U.S.A. Inc. | PILLSBURY WINTHROP SHAW PITTMAN LLP | Attn: Philip S. Warden | philip.warden@pillsburylaw.com |
| Counsel for Ghost Ship Warehouse Plaintiffs' Executive Committee | PINO & ASSOCIATES | Attn: Estela O. Pino | epino@epinolaw.com |
| Counsel for Agile Sourcing Partners, Inc. | Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P. Kennedy, Esq. | gerald.kennedy@procopio.com |
| Counsel for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co. | Proskauer Rose LLP | Attn: Martin J. Bienenstock, Brian S. Rosen, Maja Zerjal | mbienenstock@proskauer.com<br>brosen@proskauer.com<br>mzerjal@proskauer.com |
| Counsel for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co. | Proskauer Rose LLP | Attn: Michael A. Firestein, Lary Alan Rappaport, Steve Y. Ma | mfirestein@proskauer.com<br>lrappaport@proskauer.com<br>sma@proskauer.com |
| Interested Party Pryor Cashman LLP | Pryor Cashman LLP | Attn: Ronald S. Beacher | rbeacher@pryorcashman.com |
| Top 50 Unsecured Creditors | Quanta Energy Services LLC | Attn: B.J. Ducey | BDucey@QuantaServices.com |
| Counsel for AECOM Technical Services, Inc., Kiefner and Associates, Inc., JAN X-Ray Services, Inc., Counsel for Kiefner and Associates, Inc. and JAN X-Ray Services, Inc., AECOM Technical Services, Inc., Counsel for Parsons Environment & Infrastructure, Inc. | Reed Smith LLP | Attn: Christopher O. Rivas, Marsha A. Houston | crivas@reedsmith.com<br>mhouston@reedsmith.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for Creditors Nevada Irrigation District, Counsel for Attorneys for Creditors Lodi Gas Storage, L.L.P. Wild Goose, LLC | Reed Smith LLP | Attn: Jonathan R. Doolittle | jdoolittle@reedsmith.com |
| Counsel for Parsons Environment & Infrastructure, Inc. | Reed Smith LLP | Attn: Marsha A. Houston | mhouston@reedsmith.com |
| Counsel for Creditors Nevada Irrigation District, Counsel for Attorneys for Creditors Lodi Gas Storage, L.L.P. Wild Goose, LLC | Reed Smith LLP | Attn: Monique B. Howery | mhowery@reedsmith.com |
| Counsel for Lodi Gas Storage, L.L.P. Wild Goose, LLC | Reed Smith LLP | Attn: Peter Munoz | pmunoz@reedsmith.com |
| Special Bankruptcy Counsel for Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation | Ringstad & Sanders LLP | Attn: Nanette D. Sanders | nanette@ringstadlaw.com |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Robins Cloud LLP | Attn: Bill Robins, III, Robert Bryson | robins@robinscloud.com rbryson@robinscloud.com |
| Top 50 Unsecured Creditors | Roebbelen Contracting Inc. | Attn: Frank Lindsay | FrankL@roebbelen.com |
| Counsel for The Baupost Group L.L.C., as the managing general partner and/or investment manager for certain entities | Ropes & Gray LLP | Attn: Matthew M. Roose, Mark I. Bane | mark.bane@ropesgray.com matthew.roose@ropesgray.com |
| Counsel for The Baupost Group L.L.C., as the managing general partner and/or investment manager for certain entities | Ropes & Gray LLP | Attn: Peter L. Welsh, Joshua Y. Sturm, & Patricia I. Chen | peter.welsh@ropesgray.com joshua.sturm@ropesgray.com patricia.chen@ropesgray.com |
| Counsel for for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | San Francisco City Attorney's Office | Attn: Owen Clements | Owen.Clements@sfcityatty.org Catheryn.Daly@sfcityatty.org |
| Counsel for International Business Machines Corp. | Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Esq., Pamela A. Bosswick, Esq. | cbelmonte@ssbb.com pbosswick@ssbb.com |
| Counsel for Turner Construction Company Case | Seyfarth Shaw LLP | Attn: M. Ryan Pinkston, Christopher J. Harney | rpinkston@seyfarth.com charney@seyfarth.com |
| Counsel for East Bay Community Energy Authority | Shemanolaw | Attn: David B. Shemano | dshemano@shemanolaw.com |
| Counsel for TURN – The Utility Reform Network | Silicon Valley Law Group | Attn: David V. Duperrault, Kathryn E. Barrett | dvd@svlg.com keb@svlg.com |
| Counsel to Atlantica Yield plc and Mojave Solar LLC | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Attn: Amy S. Park | Amy.Park@skadden.com |
| Counsel to Atlantica Yield plc and Mojave Solar LLC | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Attn: J. Eric Ivester | Eric.Ivester@skadden.com |
| Counsel for Creditor and Party-in-Interest Sonoma Clean Power Authority | Sonoma Clean Power Authority | Attn: Jessica Mullan, General Counsel | jmullan@sonomacleanpower.org |

In re: PG Corporation, et al.
Case No. 19-30088

Page 8 of 11

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for Southern California Edison Company | Southern California Edison Company | Attn: Julia A. Mosel, Patricia A. Cirucci | Julia.Mosel@sce.com<br>patricia.cirucci@sce.com |
| Counsel for Garcia and Associates | St. James Law, P.C. | Attn: Michael St. James | Ecf@stjames-law.com |
| Counsel for California Franchise Tax Board | State of California Franchise Tax Board | Attn: Todd M. Bailey | todd.bailey@ftb.ca.gov |
| Sonoma County Treasurer & Tax Collector | Steckbauer Weinhart, LLP | Attn: Barry S. Glaser | bglaser@swesq.com |
| Counsel for Liberty Mutual Life Insurance Company | Stewart Sokol & Larkin LLC | Attn: Jan D. Sokol, Esq., Kevin M. Coles, Esq. | jdsokol@lawssl.com<br>kcoles@lawssl.com |
| Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for FTP Power LLC, et al. | STOEL RIVES LLP | Attn: David B. Levant | david.levant@stoel.com |
| Counsel to Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC, Enel Green Power North America, Inc., et al. and Enel X, Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for Power LLC, et al. | Stoel Rives LLP | Attn: Gabrielle Glemann | gabrielle.glemann@stoel.com |
| Counsel to Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC, Enel Green Power North America, Inc., et al. and Enel X, Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for Power LLC, et al. | Stoel Rives LLP | Attn: Oren Buchanan Haker | oren.haker@stoel.com |
| Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for FTP Power LLC, et al. | STOEL RIVES LLP | Attn: Sunny S. Sarkis | sunny.sarkis@stoel.com |
| Counsel for Mizuho Bank, Ltd. | STROOCK & STROOCK & LAVAN LLP | Attn: David W. Moon | dmoon@stroock.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola | fmerola@stroock.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com |
| Counsel for Mizuho Bank, Ltd. | STROOCK & STROOCK & LAVAN LLP | Attn: Mark A. Speiser, Kenneth Pasquale, Sherry J. Millman, Harold A. Olsen | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>holsen@stroock.com<br>mspeiser@stroock.com<br>kpasquale@stroock.com<br>smillman@stroock.com |
| Counsel for Creditors Public Entities Impacted by the Wildfires | Stutzman, Bromberg, Esserman & Plifka, P.C. | Attn: Sander L. Esserman, Cliff I. Taylor | esserman@sbep-law.com<br>taylor@sbep-law.com |
| Top 50 Unsecured Creditors | The Okonite Company Inc. | Attn: Patrick Nash | sfpo@okonite.com |
| Counsel for Refining Company-California | Trodella & Lapping LLP | Attn: Richard A. Lapping | Rich@TrodellaLapping.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for Consolidated Edison Development Inc., Southern Power Company | TROUTMAN SANDERS LLP | Attn: Gabriel Ozel | gabriel.ozel@troutman.com |
| Counsel for Southern Power Company | TROUTMAN SANDERS LLP | Attn: Harris B. Winsberg, Esq., Matthew G. Roberts, Esq. | harris.winsberg@troutman.com matthew.roberts2@troutman.com |
| Counsel for Consolidated Edison Development Inc. | Troutman Sanders LLP | Attn: Hugh M. McDonald | hugh.mcdonald@troutman.com |
| Counsel for TURN – The Utility Reform Network | TURN—The Utility Reform Network | Attn: Mark Toney, Thomas Long | mtoney@turn.org tlong@turn.org |
| Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. Department of Justice | Attn: Danielle A. Pham | danielle.pham@usdoj.gov |
| Counsel for Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. Department of Justice | Attn: Danielle A. Pham | danielle.pham@usdoj.gov |
| Interested Party | Union Pacific Railroad Company | Attn: Tonya W. Conley, Lila L. Howe | bankruptcynotices@up.com |
| US Securities and Exchange Commission | US Securities and Exchange Commission | Attn: Jina Choi, Regional Director | sanfrancisco@sec.gov |
| US Securities and Exchange Commission | US Securities and Exchange Commission | Attn: Office of General Counsel | secbankruptcy@sec.gov |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Walkup Melodia Kelly & Schoenberger | Attn: Michael A. Kelly, Khaldoun A. Baghdadi, Max Schuver | mkelly@walkuplawoffice.com kbaghdadi@walkuplawoffice.com mschuver@walkuplawoffice.com |
| Counsel for Aera Energy LLC, Midway Sunset Congeneration Company | Walter Wilhelm Law Group a Professional Corporation | Attn: Riiley C. Walter, Michael L. Wilhelm | rileywalter@W2LG.com Mwilhelm@W2LG.com |
| Counsel for Engineers and Scientists of California, Local 20, IFPTE, Counsel for SEIU United Service Workers - West | Weinberg Roger & Rosenfeld | Attn: Emily P. Rich | bankruptcycourtnotices@unioncounsel.net erich@unioncounsel.net tmainguy@unioncounsel.net cgray@unioncounsel.net |
| Top 50 Unsecured Creditors | Wells Fargo | Attn: Shelley C. Anderson | Shelley.C.Anderson@wellsfargo.com |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: J.Christopher Shore | cshore@whitecase.com |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: Roberto J. Kampfner | rkampfner@whitecase.com |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: Thomas E Lauria, Matthew C. Brown | tlauria@whitecase.com mbrown@whitecase.com |
| Counsel for Ballard Marine Construction, Inc. | Williams Kastner | Attn: Todd W. Blischke | TBlischke@williamskastner.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for Macquarie Energy LLC, Counsel for California Efficiency + Demand Management Council, Counsel for Cypress Energy Partners, L.P., Tulsa Inspection Resources – PUC, LLC, Tulsa Inspection Resources, LLC, CF Inspection Management, LLC, and Cypress Energy Management – TIR, LLC | Winston & Strawn LLP | Attn: David Neier | dneier@winston.com |
| Counsel for California Efficiency + Demand Management Council, Counsel for Cypress Energy Partners, L.P., Tulsa Inspection Resources – PUC, LLC, Tulsa Inspection Resources, LLC, CF Inspection Management, LLC, and Cypress Energy Management – TIR, LLC | WINSTON & STRAWN LLP | Attn: Justin E. Rawlins | jrawlins@winston.com |
| Counsel for Macquarie Energy LLC | Winston & Strawn LLP | Attn: Michael A. Yuffee | myuffee@winston.com |
| Counsel for Liberty Mutual Life Insurance Company | Wolkin Curran, LLP | Attn: James D. Curran, Esq. | jcurran@wolkincurran.com |
| Counsel for Ballard Marine Construction, Inc. | Worley Law, P.C. | Attn: Kirsten A. Worley | kw@wlawcorp.com |

**Exhibit B**

# Exhibit B

## Banks Email Service List

### Served via Email

| NAME | ADDRESS 1 | EMAIL |
|------|-----------|-------|
| BANK OF AMERICA NA | ATTN: PATRICK BOULTINGHOUSE | patrick.boultinghouse@baml.com |
| Bank of New York Mellon | Attn: Nader Souri | nader.souri@bnymellon.com |
| Bank of New York Mellon | Attn: Timothy J. Marchando | timothy.marchando@bnymellon.com |
| BARCLAYS BANK PLC | Attn: John Plaster | barclaysbrrd@barclays.com; john.plaster@barclays.com |
| BNP PARIBAS US | Attn: Denis O'Meara | lourdes.narvaez@us.bnpparibas.com; denis.omeara@us.bnpparibas.com |
| Canadian Imperial Bank of Commerce | Attn: Robert Casey | beverley.stone@cibc.ca; Robert.Casey@us.cibc.com |
| Citibank N.A. | Attn: Amit Vasani | global.loans.support@citi.com; amit.vasani@citi.com |
| CITIBANK NA NY | ATTN: AMIT VASANI | amit.vasani@citi.com |
| Goldman Sachs & Co. | Attn: Brian Bolster | brian.bolster@gs.com |
| JP MORGAN CHASE BANK NA | ATTN: CHARLES WORTMAN | charles.j.wortman@jpmorgan.com |
| JP MORGAN CHASE BANK, N.A. | Attn: Charles Wortman | charissa.m.stadnyk@Jpmorgan.com; charles.j.wortman@jpmorgan.com |
| MERRILL LYNCH | 1133 Avenue of the Americas | dg.mlci_legal_-_contract_specialists@bankofamerica.com |
| MIZUHO CORPORATE BANK | ATTN: PETER BICKFORD | peter.bickford@mizuhocbus.com |
| MORGAN STANLEY | ATTN: DAVID NASTRO | david.nastro@morganstanley.com |
| Morgan Stanley & Co. LLC | Attn: David Nastro | david.nastro@morganstanley.com |
| MUFG UNION BANK NA | ATTN: NIETZSCHE RODRICKS | nrodricks@us.mufg.jp |
| RBC Capital Markets, LLC | Attn: Jack Sconzo | Jack.Sconzo@rbccm.com |
| ROYAL BANK OF CANADA | 155 Wellington St. West 8th Floor | rbccmcommodityops@rbccm.com |

Case: 19-30088    Doc# 423    Filed: 02/13/19    Entered: 02/13/19 13:10:12    Page 16 of 36

# Exhibit B

Banks Email Service List

Served via Email

| NAME | ADDRESS 1 | EMAIL |
|------|-----------|-------|
| SUMITOMO MITSUI BANKING | ATTN: MICHAEL CUMMINGS | mcummings@smbc-lf.com |
| TD BANK NA | ATTN: THOMAS CASEY | thomas.casey@tdsecurities.com |
| THE BANK OF NEW YORK MELLON | ATTN: NADER SOURI | nader.souri@bnymellon.com |
| US BANK NATIONAL ASSOCIATION | ATTN: KAREN BOYER | karen.boyer@usbank.com |
| Wells Fargo | Attn: Shelley C. Anderson | Shelley.C.Anderson@wellsfargo.com |
| WELLS FARGO BANK NA | ATTN: LISA LARPENTEUR | larpenlm@wellsfargo.com |
| WELLS FARGO LLC | 301 South College St Floor 7 | inboundconfirms1@wellsfargo.com |

**Exhibit C**

Exhibit C
Core/2002 Hardcopy Service List
Served via Overnight Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Counsel for Fire Victim Creditors | COREY, LUZAICH, DE GHETALDI & RIDDLE LLP | Attn: Dario de Ghetaldi, Amanda L. Riddle, Steven M. Berki, Sumble Manzoor<br>700 El Camino Real<br>PO Box 669<br>Millbrae CA 94030-0669 |
| Federal Energy Regulatory Commission | Federal Energy Regulatory Commission | Attn: General Counsel<br>888 First St NE<br>Washington DC 20426 |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia PA 19104-5016 |
| Interested Party John A. Vos A | John A. Vos | 1430 Lincoln Avenue<br>San Rafael CA 94901 |
| Counsel for Michael Vairo, Marie Dierssen, Catherine McClure, Tonia Hanson, Deirdre Coderre, Denise Stooksberry, John Stooksberry, Bryan Sullivan, Sara Hill, Isaiah Vera, Michael Williams, Joel Batts, Annaleisa Batts, Claudia Bijstra, Andries Bijstra, Roger Martinez, Candice Seals, Gretchen Franklin, Christopher Franklin, Paul Bowen, Kelly Jones, Tami Coleman, Cecil Morris, Linda Schooling, Jennifer Makin, Barbara Cruise, Benjamin Hernandez, Irma Enriquez, Constantina Howard, Leroy Howard, Edward Delongfield, Brenda Howell, Lynda Howell, Angela Coker, Sally Thorp, Paradise Moose Lodge, Nancy Seals | Northern California Law Group, PC | Attn: Joseph Feist<br>2611 Esplanade<br>Chico CA 95973 |
| Office of the United States Attorney for the Northern District of California | Office of the United States Attorney for the Northern District of California | Attn: Bankruptcy Unit<br>Federal Courthouse<br>450 Golden Gate Avenue<br>San Francisco CA 94102 |
| Interested Party Provencher & Flatt | Provencher & Flatt, LLP | Attn: Douglas b. Provencher<br>823 Sonoma Avenue<br>Santa Rosa CA 95404 |
| Counsel for Project Management, Inc. | Synergy Project Management, Inc. | c/o Law Office of Ivan C. Jen<br>1017 Andy Circle<br>Sacramento CA 95838 |
| Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. Department of Justice | Attn: Danielle A. Pham<br>1100 L Street, NW<br>Room 7106<br>Washington DC 20005 |

Case: 19-30088    Doc# 423    Filed: 02/13/19    Entered: 02/13/19 13:10:12    Page 19 of 36

Exhibit C
Core/2002 Hardcopy Service List
Served via Overnight Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel<br>U.S. NRC Region IV<br>1600 E. Lamar Blvd.<br>Arlington TX 76011 |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel<br>Washington DC 20555-0001 |

**Exhibit D**

# Exhibit D
## Banks Hardcopy Service List
## Served via Overnight Mail

| NAME | ADDRESS 1 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|
| Barclays Capital Inc. | 200 Park Avenue | New York | NY | 10166 | |
| BNP Paribas Securities Corp. | 787 Seventh Avenue, 7th Floor | New York | NY | 10019 | |
| CITICORP GLOBAL MARKETS INC | 111 WALL STREET | NEW YORK | NY | 10005 | |
| Citigroup Global Markets Inc. | 388 Greenwich Street | New York | NY | 10013 | |
| Merrill Lynch, Pierce, Fenner & Smith Incorporated | 50 Rockefeller Plaza, NY1-050-12-01 | New York | NY | 10020 | |
| Merrill Lynch, Pierce, Fenner & Smith Incorporated | One Bryant Park, NY1-100-18-03 | New York | NY | 10036 | |
| MORGAN STANLEY CAPITAL GROUP INC | 2000 WESTCHESTER AVE 1ST FL | PURCHASE | NY | 10577 | |
| ROYAL BANK OF CANADA | 200 BAY ST 2ND FL ROYAL BANK PLZ | TORONTO | ON | M5J 2W7 | CANADA |
| Royal Bank Of Scotland, PLC | 135 Bishopsgate | London | | EC2M 3UR | UNITED KINGDOM |
| U.S. BANK EQUIPMENT FINANCE, A DIVISION OF U.S. BANK NATIONAL ASSOCIATION | 1310 MADRID STREET | MARSHALL | MN | 56258 | |
| UNION BANK NA | 400 CALIFORNIA ST | SAN FRANCISCO | CA | 94104-1402 | |
| Wells Fargo Securities | 301 S. College Street | Charlotte | NC | 28288 | |

**Exhibit E**

| NAME | NOTICE NAME | FAX |
|------|-------------|-----|
| ARB Inc. | Attn: Leah Panlilio | 949-595-5526 |
| Arent Fox LLP | Attn: Andy S. Kong and Christopher K.S. Wong | 213-629-7401 |
| ARENT FOX LLP | Attn: Andrew I. Silfen, Beth M. Brownstein, Jordana L. Renert | 212-484-3990 |
| ARENT FOX LLP | Attn: Aram Ordubegian | 213-629-7401 |
| Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: John H. Rowland | 615-744-5544 |
| Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: Lacey E. Rochester, Jan M. Hayden | 504-636-4000 |
| Bank of America | Attn: Patrick Boultinghouse | 214-290-8374 |
| Bank of New York Mellon | Attn: Raymond Torres | 213-630-6298 |
| Bank of New York Mellon | Attn: Timothy J. Marchando | 412-236-1928 |
| BELVEDERE LEGAL, PC | Attn: Matthew D. Metzger | 415-513-5985 |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | Attn: Kevin M. Capuzzi, Michael J. Barrie | 302-442-7012 |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | Attn: Krista M. Enns | 312-767-9192 |
| BINDER & MALTER, LLP | Attn: Michael W. Malter, Robert G. Harris | 408-295-1531 |
| Brothers Smith LLP | Attn: Mark V. Isola | 925-944-9701 |
| Brunetti Rougeau LLP | Attn: Gregory A. Rougeau | 415-992-8915 |
| Buchalter, A Professional Corporation | Attn: Valerie Bantner Peo, Shawn M. Christianson | 415-227-0770 |
| California Public Utilities Commission | Attn: Arocles Aguilar | 415-703-2262 |
| Citibank, N.A. | Attn: Amit Vasani | 646-291-1685 |
| Cleary Gottlieb Sheen & Hamilton LLP | Attn: Lisa Schweitzer, Margaret Schierberl | 212-225-3999 |
| COREY, LUZAICH, DE GHETALDI & RIDDLE LLP | Attn: Dario de Ghetaldi, Amanda L. Riddle, Steven M. Berki, Sumble Manzoor | 850-871-4144 |
| Cotchett, Pitre & Mccarthy, LLP | Attn: Frank M. Pitre, Alison E. Cordova, Abigail D. Blodgett | 650-697-0577 |
| Crowell & Moring LLP | Attn: Thomas F. Koegel | 202-624-2935 |
| Crowell & Moring LLP | Attn: Monique D. Almy | 202-628-5116 |
| DANKO MEREDITH | Attn: Michael S. Danko, Kristine K. Meredith, Shawn R. Miller | 650-394-8672 |
| Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | 212-701-5331 |
| Davis Polk & Wardwell LLP | Attn: Andrew D. Yaphe | 650-752-2111 |
| Dentons US LLP | Attn: John A. Moe, II | 213-623-9924 |
| Deutsche Bank | Attn: Kathryn Fischer | 732-578-4635 |
| DLA PIPER LLP (US) | Attn: Joshua D. Morse | 415-836-2501 |
| DLA PIPER LLP (US) | Attn: Eric Goldberg, David Riley | 310-595-3300 |
| Dykema Gossett LLP | Attn: Gregory K. Jones | 213-457-1850 |
| EDP Renewables North America LLC | Attn: Leslie A. Freiman, Randy Sawyer | 713-265-0365 |
| Elkington Shepherd LLP | Attn: Sally J. Elkington, James A. Shepherd | 510-465-0202 |
| FOLEY & LARDNER LLP | Attn: Victor A. Vilaplana | 858-792-6773 |
| FOLEY & LARDNER LLP | Attn: Erika L. Morabito, Brittany J. Nelson | 202-672-5399 |
| FREDERIC DORWART, LAWYERS PLLC | Attn: Samuel S. Ory | 918-583-8251 |
| GIBBS LAW GROUP | Attn: Eric Gibbs, Dylan Hughes | 510-350-9701 |
| Gibson, Dunn & Crutcher LLP | Attn: Jeffrey C. Krause, Genevieve G. Weiner | 213-229-7520 |
| Gibson, Dunn & Crutcher LLP | Attn: Michael A. Rosenthal, Alan Moskowitz | 212-351-4035 |

Case: 19-30088    Doc# 423    Filed: 02/13/19    Entered: 02/13/19 13:10:12    Page 24 of 36

| NAME | NOTICE NAME | FAX |
|------|-------------|-----|
| GREENBERG TRAURIG, LLP | Attn: Michael Hogue | 415-707-2010 |
| Greene Radovsky Maloney Share & Hennigh LLP | Attn: Edward J. Tredinnick | 415-777-4961 |
| Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | 617-345-9020 |
| Holland & Knight LLP | Attn: Robert J. Labate, David I. Holtzman | 415-743-6910 |
| HUNTON ANDREWS KURTH LLP | Attn: Kevin M. Eckhardt | 415-975-3701 |
| HUNTON ANDREWS KURTH LLP | Attn: Peter S. Partee, Sr. | 212-309-1100 |
| Internal Revenue Service | Centralized Insolvency Operation | 855-235-6787 |
| Irell & Manella LLP | Attn: Craig Varnen, Andrew J. Strabone | 310-203-7199 |
| Irell & Manella LLP | Attn: Michael H. Strub, Jr. | 949-760-5200 |
| JORDAN, HOLZER & ORTIZ, PC | Attn: Antonio Ortiz, Shelby A Jordan | 361-888-5555 |
| Kelley Drye & Warren LLP | Attn: Benjamin D. Feder | 212-808-7897 |
| Kirkland & Ellis LLP | Attn: R. Alexander Pilmer | 415-439-1500 |
| Kirkland & Ellis LLP | Attn: Stephen E. Hessler, P.C. | 212-446-4900 |
| Kirkland & Ellis LLP | Attn: Marc Kieselstein, P.C. | 312-862-2200 |
| Kirkland & Ellis LLP | Attn: Mark McKane, P.C., Michael P. Esser | 415-439-1500 |
| Kirkland & Ellis LLP | Attn: Aparna Yenamandra | 212-446-4900 |
| Kirkland & Ellis LLP | Attn: David R. Seligman, P.C. | 312-862-2200 |
| Klee, Tuchin, Bogdanoff & Stern LLP | Attn: Kenneth N. Klee, David M. Stern, Samuel M. Kidder | 310-407-9090 |
| Klein, Denatale, Goldner, Cooper, Rosenlieb & Kimball, LLP | Attn: Hagop T. Bedoyan | 661-326-0418 |
| LAW OFFICE OF WAYNE A. SILVER | Attn: Wayne A. Silver | 650-282-5980 |
| Lesnick Prince & Pappas LLP | Attn: Matthew A. Lesnick, Christopher E. Prince | 310-396-0963 |
| Levene, Neale, Bender, Yoo & Brill L.L.P. | Attn: David L. Neale | 310-229-1244 |
| Locke Lord LLP | Attn: Meagan S. Tom | 415-676-5816 |
| Locke Lord LLP | Attn: W. Steven Bryant | 512-305-4800 |
| Locke Lord LLP | Attn: Bradley C. Knapp | 504-910-6847 |
| Macdonald | Fernandez LLP | Attn: Iain A. Macdonald | 415-394-5544 |
| MARY ALEXANDER & ASSOCIATES, P.C. | Attn: Mary E. Alexander | 415-433-5440 |
| McKinsey & Company Inc. | Attn: Rob Bland | 415-318-5200 |
| Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. | Attn: Abigail V. O'Brient, Andrew B. Levin | 310-586-3200 |
| Mizuho | Attn: Peter Bickford | 212-282-4486 |
| MRO Integrated Solutions LLC | Attn: Tracy M. Tomkovicz | 925-228-3668 |
| MUFG | Attn: Nietzsche Rodricks | 201-521-2305 |
| Newmeyer & Dillion LLP | Attn: James J. Ficenec, Joshua B. Bevitz | 925-988-3290 |
| Northern California Law Group, PC | Attn: Joseph Feist | 530-345-2103 |
| NORTON ROSE FULBRIGHT US LLP | Attn: Howard Seife, Andrew Rosenblatt, Christy Rivera | 212-541-5369 |
| Office of the California Attorney General | Attn: Bankruptcy Dept | 916-323-5341 |
| Office of the United States Attorney for the Northern District of California | Attn: Bankruptcy Unit | 415-436-7234 |
| Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Lynette C. Kelly, Marta E. Villacorta | 415-705-3367 |
| Orrick, Herrington & Sutcliffe LLP | Attn: Lorraine McGowen | 212-506-5151 |

Case: 19-30088    Doc# 423    Filed: 02/13/19    Entered: 02/13/19 13:10:12    Page 25 of 36

| NAME | NOTICE NAME | FAX |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP | Attn: Debra Felder | 202-339-8500 |
| Orrick, Herrington & Sutcliffe LLP | Attn: Thomas C. Mitchell | 415-773-5759 |
| Pachulski Stang Ziehl & Jones LLP | Attn: John D. Fiero | 415-263-7010 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | 212-492-0209 212-757-3990 |
| Pension Benefit Guaranty Corporation | Attn: Courtney L. Morgan | 202-326-4112 |
| Pension Benefit Guaranty Corporation | Attn: Melissa T. Ngo | 202-326-4112 |
| Perkins Coie, LLP | Attn: Alan D. Smith | 206-359-9000 |
| Pierce Atwood LLP | Attn: Keith J. Cunningham | 207-791-1350 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | Attn: Philip S. Warden | 415-983-1200 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | Attn: Hugh M. Ray, III | 713-276-7673 |
| PINO & ASSOCIATES | Attn: Estela O. Pino | 916-641-1888 |
| Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P. Kennedy, Esq. | 619-235-0398 |
| Proskauer Rose LLP | Attn: Martin J. Bienenstock, Brian S. Rosen, Maja Zerjal | 212-969-2900 |
| Proskauer Rose LLP | Attn: Michael A. Firestein, Lary Alan Rappaport, Steve Y. Ma | 310-557-2193 |
| Provencher & Flatt, LLP | Attn: Douglas b. Provencher | 707-284-2387 |
| Pryor Cashman LLP | Attn: Ronald S. Beacher | 212-326-0806 |
| Quanta Energy Services LLC | Attn: B.J. Ducey | 713-629-7676 |
| Reed Smith LLP | Attn: Jonathan R. Doolittle | 415-391-8269 |
| Reed Smith LLP | Attn: Monique B. Howery | 312-207-6400 |
| Reed Smith LLP | Attn: Christopher O. Rivas, Marsha A. Houston | 213-457-8080 |
| Reed Smith LLP | Attn: Peter Munoz | 415-391-8269 |
| Reed Smith LLP | Attn: Marsha A. Houston | 213-457-8080 |
| Ringstad & Sanders LLP | Attn: Nanette D. Sanders | 949-851-6926 |
| Robins Cloud LLP | Attn: Bill Robins, III, Robert Bryson | 310-566-5900 |
| Roebbelen Contracting Inc. | Attn: Frank Lindsay | 916-939-4028 |
| Ropes & Gray LLP | Attn: Matthew M. Roose, Mark I. Bane | 212-596-9090 |
| Ropes & Gray LLP | Attn: Peter L. Welsh, Joshua Y. Sturm, & Patricia I. Chen | 617-951-7777 |
| San Francisco City Attorney's Office | Attn: Owen Clements | 415-437-4644 |
| Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Esq., Pamela A. Bosswick, Esq. | 212-818-9606 |
| Seyfarth Shaw LLP | Attn: M. Ryan Pinkston, Christopher J. Harney | 415-397-8549 |
| Silicon Valley Law Group | Attn: David V. Duperrault, Kathryn E. Barrett | 408-573-5701 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Attn: J. Eric Ivester | 917-777-3882 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Attn: Amy S. Park | 650-470-4570 |
| Southern California Edison Company | Attn: Julia A. Mosel, Patricia A. Cirucci | 626-302-6873 |
| St. James Law, P.C. | Attn: Michael St. James | 415-391-7568 |
| State of California Franchise Tax Board | Attn: Todd M. Bailey | 916-845-0241 |
| Steckbauer Weinhart, LLP | Attn: Barry S. Glaser | 213-229-2870 |

| NAME | NOTICE NAME | FAX |
|------|-------------|-----|
| Stewart Sokol & Larkin LLC | Attn: Jan D. Sokol, Esq., Kevin M. Coles, Esq. | 503-223-5706 |
| Stoel Rives LLP | Attn: Oren Buchanan Haker | 503-220-2480 |
| Stoel Rives LLP | Attn: Gabrielle Glemann | 206-386-7500 |
| STOEL RIVES LLP | Attn: David B. Levant | 208-389-9040 |
| STOEL RIVES LLP | Attn: Sunny S. Sarkis | 916-447-4781 |
| Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo | 212-806-6006 |
| Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola | 310-556-5959 |
| STROOCK & STROOCK & LAVAN LLP | Attn: Mark A. Speiser, Kenneth Pasquale, Sherry J. Millman, Harold A. Olsen | 212-806-6006 |
| STROOCK & STROOCK & LAVAN LLP | Attn: David W. Moon | 310-556-5959 |
| The Okonite Company Inc. | Attn: Patrick Nash | 925-830-0954 |
| Trodella & Lapping LLP | Attn: Richard A. Lapping | 415-651-9004 |
| TROUTMAN SANDERS LLP | Attn: Gabriel Ozel | 858-509-6040 |
| Troutman Sanders LLP | Attn: Hugh M. McDonald | 212-704-6288 |
| TROUTMAN SANDERS LLP | Attn: Harris B. Winsberg, Esq., Matthew G. Roberts, Esq. | 404-885-3900 |
| U.S. Department of Justice | Attn: Danielle A. Pham | 202-514-9163 |
| U.S. Department of Justice | Attn: Danielle A. Pham | 202-514-9163 |
| Walkup Melodia Kelly & Schoenberger | Attn: Michael A. Kelly, Khaldoun A. Baghdadi, Max Schuver | 415-391-6956 |
| Walter Wilhelm Law Group a Professional Corporation | Attn:  Riiley C. Walter, Michael L. Wilhelm | 559-435-9868 |
| Weinberg Roger & Rosenfeld | Attn: Emily P. Rich | 510-337-1023 |
| Wells Fargo | Attn: Shelley C. Anderson | 336-747-8957 |
| White & Case LLP | Attn: Roberto J. Kampfner | 213-452-2329 |
| White & Case LLP | Attn: J.Christopher Shore | 212-354-8113 |
| White & Case LLP | Attn: Thomas E Lauria, Matthew C. Brown | 305-385-5744 |
| Winston & Strawn LLP | Attn: Michael A. Yuffee | 202-282-5100 |
| Winston & Strawn LLP | Attn: David Neier | 212-294-4700 |
| WINSTON & STRAWN LLP | Attn: Justin E. Rawlins | 213-615-1750 |
| Wolkin Curran, LLP | Attn: James D. Curran, Esq. | 415-982-4328 |

**Exhibit F**

Exhibit F

Banks DN 408 Fax Service List

Served via Fax

| NAME | NOTICE NAME | FAX |
|------|-------------|-----|
| BANK OF AMERICA NA | ATTN: PATRICK BOULTINGHOUSE | 214-290-8374 |
| Bank of New York Mellon | Attn: Nader Souri | 212-635-1896 |
| Bank of New York Mellon | Attn: Timothy J. Marchando | 412-236-1928 |
| BARCLAYS BANK PLC | Attn: John Plaster | 646-758-4504 |
| Barclays Capital Inc. | Attn: General Counsel | 212 412-7305 |
| Barclays Capital Inc. | Attn: General Counsel | 646-834-8133 |
| BNP Paribas Securities Corp. | Attn: General Counsel | 917-472-4745 |
| BNP PARIBAS US | Attn: Denis O'Meara | 212-841-2203 |
| Canadian Imperial Bank of Commerce | Attn: Robert Casey | 212-856-3991 |
| Citibank N.A. | Attn: Amit Vasani | 646-274-5080;-646-291-1685 |
| CITIBANK NA NY | ATTN: AMIT VASANI | 646-291-1685 |
| Citigroup Global Markets Inc. | Attn: General Counsel | 212 816-7912 |
| Deutsche Bank Securities Inc. | Attn: General Counsel | 212 797-2202 |
| Goldman Sachs & Co. | Attn: Brian Bolster | 212-902-3000 |
| Goldman Sachs & Co. | Attn: Brian Bolster | 212-902-3000 |
| Goldman Sachs & Co. | Attn: Brian Bolster | 212-902-9316 |
| Goldman, Sachs & Co. | Attn: General Counsel | 212-902-9316 |
| JP MORGAN CHASE BANK NA | ATTN: CHARLES WORTMAN | 917-456-3196 |
| Merrill Lynch, Pierce, Fenner & Smith Incorporated | Attn: General Counsel | 646-855-5943 |
| Merrill Lynch, Pierce, Fenner & Smith Incorporated | Attn: General Counsel | 646-855-5958 |
| MIZUHO CORPORATE BANK | ATTN: PETER BICKFORD | 212-282-4486 |
| MORGAN STANLEY | ATTN: DAVID NASTRO | 212-507-2684 |
| Morgan Stanley & Co. LLC | Attn: David Nastro | 212 507-8999;-212-507-2684 |
| MUFG UNION BANK NA | ATTN: NIETZSCHE RODRICKS | 201-521-2305 |
| RBC CAPITAL MARKETS LLC | ATTN: JACK SCONZO | 212-428-6201 |
| RBC Capital Markets, LLC | Attn: Jack Sconzo | 866-375-6829;-212-428-6201 |
| RBS Securities Inc. | Attn: General Counsel | 203 873-4534 |
| SUMITOMO MITSUI BANKING | ATTN: MICHAEL CUMMINGS | 212-224-4384 |

Case: 19-30088   Doc# 423   Filed: 02/13/19   Entered: 02/13/19 13:10:12   Page 29 of 36

Exhibit F
Banks DN 408 Fax Service List
Served via Fax

| NAME | NOTICE NAME | FAX |
|---|---|---|
| TD BANK NA | ATTN: THOMAS CASEY | 212-308-0486 |
| US BANK | ATTN: KAREN BOYER | 980-498-4000 |
| Wells Fargo | Attn: Shelley C. Anderson | 336-747-8957 |
| WELLS FARGO BANK | ATTN: LISA LARPENTEUR | 866-629-0772 |
| Wells Fargo Securities | Attn: General Counsel | 704-383-9165 |
| Wells Fargo Securities, LLC | Attn: General Counsel | 704-410-0326 |

**Exhibit G**

Case: 19-30088    Doc# 423    Filed: 02/13/19    Entered: 02/13/19 13:10:12    Page 31 of
36

Exhibit G
Core/2002 DN 418 Fax Service List
Served via Fax

| NAME | NOTICE NAME | FAX |
|---|---|---|
| Internal Revenue Service | Centralized Insolvency Operation | 855-235-6787 |
| Office of the United States Attorney for the Northern District of California | Attn: Bankruptcy Unit | 415-436-7234 |
| Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Lynette C. Kelly, Marta E. Villacorta | 415-705-3367 |
| Provencher & Flatt, LLP | Attn: Douglas b. Provencher | 707-284-2387 |

Case: 19-30088    Doc# 423    Filed: 02/13/19    Entered: 02/13/19 13:10:12    Page 32 of 36

**Exhibit H**

Banks DN 418 Fax Service List
Served via Fax

| NAME | NOTICE NAME | FAX |
|---|---|---|
| Barclays Capital Inc. | Attn: General Counsel | 212 412-7305 |
| Barclays Capital Inc. | Attn: General Counsel | 646-834-8133 |
| BNP Paribas Securities Corp. | Attn: General Counsel | 917-472-4745 |
| Citigroup Global Markets Inc. | Attn: General Counsel | 212 816-7912 |
| Deutsche Bank Securities Inc. | Attn: General Counsel | 212 797-2202 |
| Goldman, Sachs & Co. | Attn: General Counsel | 212-902-9316 |
| Merrill Lynch, Pierce, Fenner & Smith Incorporated | Attn: General Counsel | 646-855-5943 |
| Merrill Lynch, Pierce, Fenner & Smith Incorporated | Attn: General Counsel | 646-855-5958 |
| RBS Securities Inc. | Attn: General Counsel | 203 873-4534 |
| Wells Fargo Securities | Attn: General Counsel | 704-383-9165 |
| Wells Fargo Securities, LLC | Attn: General Counsel | 704-410-0326 |

**Exhibit I**

Exhibit I
Adversary Case Notice Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| CROWELL & MORING LLP | Attn: Thomas F. Koegel and Rebecca M. Suarez | tkoegel@crowell.com; rsuarez@crowell.com |
| Crowell & Moring LLP | Attn: Larry F. Eisenstat | leisenstat@crowell.com |
| Crowell & Moring LLP | Attn: Pat Alexander | palexander@crowell.com |
| Invenergy LLC | Attn: Orijit Ghoshal | oghoshal@invenergyllc.com |
| Invenergy LLC | Attn: Kris Zadlo | kzadlo@invenergyllc.com |
| Invenergy LLC | Attn: William Borders | wborders@invenergyllc.com |