

**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Proposed Attorneys for Debtors
and Debtors in Possession*

Signed and Filed: February 13, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| **PG&E CORPORATION**, | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY**, | (Jointly Administered) |
| Debtors. | **ORDER APPROVING STIPULATION BETWEEN DEBTORS AND CALIFORNIA PUBLIC UTILITIES COMMISSION** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors | |
| * *All papers shall be filed in the lead case, No. 19-30088 (DM)* | |

The Court, having considered the *Stipulation Between Debtors and California Public Utilities Commission* filed on February 12, 2019 [Dkt No. 410] (the "**Stipulation**") by and between PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), and party in interest the California Public Utilities Commission (the "**Commission**"), by and through their undersigned counsel, and containing the following representations by the parties to the Stipulation:

1. The Debtors are not seeking, and will not seek, in the adversary proceeding captioned *PG&E Corp., et al. v. Federal Energy Regulatory Commission*, Adv. Pro. No. 19-03003 (the "**FERC Adversary Proceeding**"), an order or judgment (a) affecting the Commission's right to contend that the Debtors may not reject the executory power purchase agreements at issue in the FERC Adversary Proceeding or any other power purchase agreement ("**PPAs**") without prior permission to do so from the Commission, or (b) otherwise preempting, dislodging, or affecting any regulatory jurisdiction that the Commission may have under California law with respect to the PPAs.

2. The Debtors reserve the right to contend, outside the context of the FERC Adversary Proceeding, that they may reject PPAs without permission from the Commission, and the Commission reserves the right to oppose any such contention.

3. This stipulation and agreement is without prejudice to the Commission's rights and immunities under the Eleventh Amendment to the United States Constitution and related principles of sovereign immunity.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED HEREIN, AND GOOD CAUSE APPEARING, IT, IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved.
2. The Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order or the Stipulation.

/ / /

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

APPROVED AS TO FORM AND CONTENT:

                                                CALIFORNIA PUBLIC
                                                UTILITIES COMMISSION

                                                Arocles Aguilar, SBN 94753
                                                505 Van Ness Avenue
                                                San Francisco, California 94102
                                                Telephone: (415) 703-2015
                                                Facsimile: (415) 703-2262
                                                Email: arocles.aguilar@cpuc.ca.gov

                                                           -and-

                                                PAUL, WEISS, RIFKIND,
                                                WHARTON & GARRISON LLP

                                                By: _/s/ Walter Rieman_
                                                Alan W. Kornberg
                                                Brian S. Hermann (*pro hac vice* pending)
                                                Walter Rieman, SBN 139365
                                                Sean A. Mitchell (*pro hac vice* pending)
                                                1285 Avenue of the Americas
                                                New York, New York 10019-6064
                                                Telephone: (212) 373-3000
                                                Facsimile: (212) 757-3990
                                                Email: akornberg@paulweiss.com
                                                          bhermann@paulweiss.com
                                                          wrieman@paulweiss.com
                                                          smitchell@paulweiss.com

                                                *Attorneys for the California Public Utilities Commission*


                            ** END OF ORDER **