STUART G. GROSS (#251019)
sgross@grosskleinlaw.com
**GROSS & KLEIN LLP**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

*Attorneys for San Francisco Herring Association*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION, et al.<br><br>Debtors. | Case No. 19-30088<br>Chapter 11 |
| In re:<br><br>PACIFIC GAS & ELECTRIC COMPANY, et al.<br><br>Debtors. | Case No. 19-30089<br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE BY THE SAN FRANCISCO HERRING ASSOCIATION** |

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE; Case Nos. 19-30088, 19-30089

1

**PLEASE TAKE NOTICE** that San Francisco Herring Association ("SFHA") hereby requests, pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, or pursuant to any other applicable rule or statute, that notice of all matters which may come before the Court be given to SFHA's counsel of record:

GROSS & KLEIN LLP
Stuart G. Gross
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 671-4628
Facsimile: (415) 480-6688
E-mail: sgross@grosskleinlaw.com

The foregoing request includes, without limitation all notices, papers, and disclosure statements referred to in Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure, and also includes notice of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before the Court in this case, as well as anything concerning which SFHA may be heard under Section 1109 of the Bankruptcy Code, whether formal or informal, whether written or oral, and whether transmitted or conveyed by electronic mail, mail, hand delivery, telephone, telegraph, facsimile, or otherwise.

This notice of appearance and request for special notice, as well as any subsequent appearance, pleading, claim or suit, are without prejudice to and do not waive and expressly reserves: (1) SFHA's rights, remedies, claims, actions, defenses, setoffs, or recoupments, in law or in equity, against the above-captioned debtor and any other person either in this case or in any other action; (2) any objection which may be made to the jurisdiction of the Court; (3) SFHA's right to have final orders in non-core matters entered only after de novo review by a district judge; (4) SFHA's right to trial by jury in any proceedings or trial, in any state of federal court, so triable herein or in any case, controversy or proceeding relating hereto; and (5) the SFHA's right to have and reference withdrawn in any matter subject to mandatory or discretionary withdrawal. This notice of appearance and request for special notice, as well as any subsequent appearance, pleading, claim or suit, are not, shall not be deemed or construed as, a submission of SFHA to the jurisdiction of the Court concerning any claim or the waiver of any rights of SFHA to pursue any

claims against any person in any other forum, state of federal, including without limitation, the jurisdiction of the Court to adjudicate non-core matters, all of which rights are reserved without prejudice.

Dated: February 13, 2019    GROSS & KLEIN LLP

By: */s/ Stuart G. Gross*
STUART G. GROSS

*Attorneys for San Francisco Herring Association*