Aram Ordubegian (SBN 185142)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
Email: aram.ordubegian@arentfox.com

Andrew I. Silfen (*Pro hac vice admission pending*)
Beth M. Brownstein (*Pro hac vice admission pending*)
Jordana Renert (*Pro hac vice admission pending*)
**ARENT FOX LLP**
1301 Avenue of the Americas, Floor 42
New York, NY 10019
Telephone: 212.484.3900
Facsimile: 212.484.3990
Email: andrew.silfen@arentfox.com
beth.brownstein@arentfox.com
jordana.renert@arentfox.com

*Counsel for BOKF, NA, solely in its capacity as Indenture Trustee*

BY FAX

**FILED**
FEB 13 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS & ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>[x] Affects PG&E Corporation.<br>[ ] Affects Pacific Gas & Electric Company.<br>[ ] Affects both Debtors.<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>*AMENDED* **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br>*[No Hearing Required]* |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/12931655.1

Pursuant to B.L.R 1001-2(a) and Civil L.R. 11-3, Beth M. Brownstein, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing BOKF, NA in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled actions. The name, address and telephone number of that attorney is:

>Aram Ordubegian
>Arent Fox LLP
>555 West 5th Street, 48th Floor
>Los Angeles, CA 90013
>Telephone: 213.629.7400
>Facsimile: 213.629.7401
>Email: aram.ordubegian@arentfox.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 13, 2019                    Respectfully submitted,

**ARENT FOX LLP**

By: */s/ Beth M. Brownstein*
Beth M. Brownstein
*Counsel for BOKF, NA, solely in its capacity as Indenture Trustee*

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/12931655.1

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__BETH    MICHELLE    BROWNSTEIN__ , Bar # __BB5150__

was duly admitted to practice in the Court on

__September 20, 2011__

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.   On   __January 28, 2019__
New York, New York

Ruby J. Krajick          By        _____
Clerk of Court                      Deputy Clerk