STUART G. GROSS (#251019)
sgross@grosskleinlaw.com
**GROSS & KLEIN LLP**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688


*Attorneys for Todd and Adelina McNeive*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION, et al.<br><br>    Debtors. | Case No. 19-30088<br>Chapter 11 |
| In re:<br><br>PACIFIC GAS & ELECTRIC COMPANY, et al.<br><br>    Debtors. | Case No. 19-30089<br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE BY TODD AND ADELINA McNEIVE** |

GROSS & KLEIN LLP
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE; Case Nos. 19-30088, 19-30089

1   **PLEASE TAKE NOTICE** that Todd and Adelina McNeive ("the McNeives") hereby

2   requests, pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy

3   Procedure, or pursuant to any other applicable rule or statute, that notice of all matters which may

4   come before the Court be given to the McNeives' counsel of record:

5       GROSS & KLEIN LLP
        Stuart G. Gross
6       The Embarcadero
        Pier 9, Suite 100
7       San Francisco, CA 94111
        Telephone: (415) 671-4628
8       Facsimile: (415) 480-6688
        E-mail: sgross@grosskleinlaw.com
9

10      The foregoing request includes, without limitation all notices, papers, and disclosure

11  statements referred to in Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy

12  Procedure, and also includes notice of any orders, applications, complaints, demands, hearings,

13  motions, petitions, pleadings or requests, and any other documents brought before the Court in

14  this case, as well as anything concerning which the McNeives may be heard under Section 1109

15  of the Bankruptcy Code, whether formal or informal, whether written or oral, and whether

16  transmitted or conveyed by electronic mail, mail, hand delivery, telephone, telegraph, facsimile,

17  or otherwise.

18      This notice of appearance and request for special notice, as well as any subsequent

19  appearance, pleading, claim or suit, are without prejudice to and do not waive and expressly

20  reserves: (1) the McNeives' rights, remedies, claims, actions, defenses, setoffs, or recoupments, in

21  law or in equity, against the above-captioned debtor and any other person either in this case or in

22  any other action; (2) any objection which may be made to the jurisdiction of the Court; (3) the

23  McNeives' right to have final orders in non-core matters entered only after de novo review by a

24  district judge; (4) the McNeives' right to trial by jury in any proceedings or trial, in any state of

25  federal court, so triable herein or in any case, controversy or proceeding relating hereto; and (5)

26  the McNeives' right to have and reference withdrawn in any matter subject to mandatory or

27  discretionary withdrawal. This notice of appearance and request for special notice, as well as any

28  subsequent appearance, pleading, claim or suit, are not, shall not be deemed or construed as, a

Case: 19-30088   Doc# 430   Filed: 02/13/19   Entered: 02/13/19 14:27:49   Page 2 of 3

1  submission of the McNeives to the jurisdiction of the Court concerning any claim or the waiver of

2  any rights of the McNeives to pursue any claims against any person in any other forum, state of

3  federal, including without limitation, the jurisdiction of the Court to adjudicate non-core matters,

4  all of which rights are reserved without prejudice.

5

6  Dated: February 13, 2019                          GROSS & KLEIN LLP

7

                                                     By:  */s/ Stuart G. Gross*
8                                                        STUART G. GROSS

9                                                        *Attorneys for Todd and Adelina McNeive*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GROSS & KLEIN LLP
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE; Case Nos. 19-30088, 19-30089