BY FAX

1    Aram Ordubegian (SBN 185142)
      **ARENT FOX LLP**
2    555 West Fifth Street, 48th Floor
      Los Angeles, CA 90013-1065
3    Telephone:    213.629.7400
      Facsimile:    213.629.7401
4    Email:      aram.ordubegian@arentfox.com

5    Andrew I. Silfen (*Pro hac vice admission pending*)
      Beth M. Brownstein (*Pro hac vice admission*
6    *pending*)
      Jordana Renert (*Pro hac vice admission pending*)
7    **ARENT FOX LLP**
      1301 Avenue of the Americas, Floor 42
8    New York, NY 10019
      Telephone: 212.484.3900
9    Facsimile: 212.484.3990
      Email:      andrew.silfen@arentfox.com
10            beth.brownstein@arentfox.com
              jordana.renert@arentfox.com
11

12    *Counsel for BOKF, NA, solely in its capacity as*
      *Indenture Trustee*

13           **UNITED STATES BANKRUPTCY COURT**

14           **NORTHERN DISTRICT OF CALIFORNIA**

15           **SAN FRANCISCO DIVISION**

16    In re:                       Case No. 19-30088 (DM)

17    **PG&E CORPORATION,**        Chapter 11

18         - and -             (Lead Case)

19    **PACIFIC GAS & ELECTRIC**    (Jointly Administered)
      **COMPANY,**
20

21           **Debtors.**

22    [x] Affects PG&E Corporation.    **APPLICATION FOR ADMISSION OF**
      [ ] Affects Pacific Gas & Electric    **ATTORNEY PRO HAC VICE**
23       Company.
      [ ] Affects both Debtors.
24       *All papers shall be filed in the Lead*    *[No Hearing Required]*
      *Case, No. 19-30088 (DM).*
25

26

27

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/12931655.1

FILED
FEB 13 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Pursuant to B.L.R 1001-2(a) and Civil L.R. 11-3, Jordana Renert, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing BOKF, NA in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled actions. The name, address and telephone number of that attorney is:

Aram Ordubegian
Arent Fox LLP
555 West 5th Street, 48th Floor
Los Angeles, CA 90013
Telephone: 213.629.7400
Facsimile: 213.629.7401
Email: aram.ordubegian@arentfox.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 13, 2019                Respectfully submitted,

**ARENT FOX LLP**


By: */s/ Jordana Renert*
_____
Jordana Renert
*Counsel for BOKF, NA, solely in its capacity as Indenture Trustee*

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/12931655.1

# United States District Court

## Southern District of New York

### Certificate of
### Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

**JORDANA LINDER** , Bar # **JL8911**

was duly admitted to practice in this Court on

**JULY 07th, 2009** , and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at <u>New York, New York</u>    on    **FEBRUARY 13th, 2019**

<u>Ruby J. Krajick</u>
Clerk

by

Deputy Clerk

**UNITED STATES**
**BANKRUPTCY COURT**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**# 30065217 - JB**
**\* \* C O P Y \* \***
**February 13, 2019**
**14:04:56**

**PRO HAC VICE FEE**
**19-30088-DM11**
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Amount.:                    $310.00 CH
Check#.: 5030343

**Total-> $310.00**

FROM: NATIONWIDE LEGAL LLC