

Signed and Filed: February 13, 2019

*[signature]*

**DENNIS MONTALI**
U.S. Bankruptcy Judge

1  Aram Ordubegian (SBN 185142)
   **ARENT FOX LLP**
2  555 West Fifth Street, 48th Floor
   Los Angeles, CA 90013-1065
3  Telephone:   213.629.7400
   Facsimile:   213.629.7401
4  Email:       aram.ordubegian@arentfox.com

5  Andrew I. Silfen (*Pro hac vice admission pending*)
   Beth M. Brownstein (*Pro hac vice admission
6  pending)*
   Jordana Renert (*Pro hac vice admission pending*)
7  **ARENT FOX LLP**
   1301 Avenue of the Americas, Floor 42
8  New York, NY 10019
   Telephone: 212.484.3900
9  Facsimile:  212.484.3990
   Email:      andrew.silfen@arentfox.com
10             beth.brownstein@arentfox.com
               jordana.renert@arentfox.com

*Counsel for BOKF, NA, solely in its capacity as
Indenture Trustee*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS & ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **ORDER GRANTING** *AMENDED* **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| [x] Affects PG&E Corporation.<br>[ ] Affects Pacific Gas & Electric Company.<br>[ ] Affects both Debtors.<br>**All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | *[No Hearing Required]* |

AFDOCS/12931655.1

|     |                                                                                                                                                    |
| --: | :------------------------------------------------------------------------------------------------------------------------------------------------- |
| 1   | Andrew I. Silfen, whose business address and telephone number is 1301 Avenue of the                                                                 |
| 2   | Americas, Floor 42, New York, NY 10019 and 212.484.3900, and who is an active member in                                                             |
| 3   | good standing of the bar of New York having applied in the above-entitled action for admission                                                      |
| 4   | to practice in the Northern District of California on a *pro hac vice* basis, representing BOKF, NA                                                 |
| 5   | IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and                                                                      |
| 6   | conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*                                                  |
| 7   | *vice*. Service of papers upon and communication with co-counsel designated in the application                                                      |
| 8   | will constitute notice to the represented party. All future filings in this action are subject to the                                               |
| 9   | Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States                                                         |
| 10  | Bankruptcy Court for the Northern District of California.                                                                                           |
| 11  | **END OF ORDER**                                                                                                                                    |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/12931655.1