UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Robert J. Rubel, do declare and state as follows:

1. I am a consultant at Prime Clerk, LLC, the claims and noticing agent for the debtors PG&E Corporation and Pacific Gas and Electric Company, in the above-referenced chapter 11 bankruptcy cases.

2. On February 8, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, attached hereto as **Exhibit B**

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

1  Executed this 13th day of February 2019, at New York, NY.
2
3
4                                          ROBERT J. RUBEL
5

# Exhibit A

# Exhibit A
Notice Parties Service List
Served via First Class Mail

| Name | Address1 | Address2 | Address3 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| Amanda L. Riddle | Corey, Luzaich, De Ghetaldi & Riddle LLP | 700 El Camino Real | P.O. Box 669 | Millbrae | CA | 94030-0669 |
| BRUCE BENNETT, ESQ. | 250 Vesey Street | | | New York | NY | 10281-1052 |
| DARIO DeGHETALDI, ESQ. | 700 El Camino Real | | | Millbrae | CA | 94030-0669 |
| Frank Pitre | Cochett, Pitre & McCarthy, LLP | San Francisco Airport Office Center | 840 Malcolm Rd., Suite 200 | Burlingame | CA | 94010-1413 |
| GEORGE LARRY ENGEL, ESQ. | 12116 Horseshoe Lane | | | Nevada City | CA | 95959-3570 |
| Jessica Liou | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | | New York | NY | 10153-0119 |
| Kenneth N. Klee | Klee, Tuchin, Bogdanoff and Stern | 1999 Avenue of the Stars, 39th Fl. | | Los Angeles | CA | 90067-6049 |
| Kristopher M. Hansen | Stroock & Stroock & Lavan LLP | 180 Maiden Ln. | | New York | NY | 10038-4982 |
| MALCOLM DAVID MINNICK, ESQ. | P. O. Box 2824 | | | San Francisco | CA | 94126-2824 |
| MARCUS S. SACKS, ESQ. | P.O. Box 875 | Benjamin Franklin Station | | Washington | DC | 20044-0875 |
| MARK D. PONIATOWKSI, ESQ. | 20980 Redwood Road, Suite 200 | | | Castro Valley | CA | 94546-5934 |
| Mark McKane | Kirkland & Ellis LLP | 555 California Street | | San Francisco | CA | 94104-1603 |
| Mary E. Alexander | Mary Alexander & Associates, P.C. | 44 Montgomery St., #1303 | | San Francisco | CA | 94104-4615 |
| Matthew Goren | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | | New York | NY | 10153-0119 |
| MICHAEL RYAN PINKSTON, ESQ. | 560 Mission Street, Suite 3100 | | | San Francisco | CA | 94105-2992 |
| RICHARD C. PEDONE, ESQ. | Exchange Place | 53 State Street | | Boston | MA | 02109-2820 |
| Sander L. Esserman | Stutzman, Bromberg, Esserman & Plifka | 2323 Bryan St. #2200 | | Dallas | TX | 75201-2689 |
| Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | | New York | NY | 10153-0119 |
| STEVE Y. MA, ESQ. | 2029 Century Park East Suite 2400 | | | Los Angeles | CA | 90067-3010 |
| STEVEN J. SKIKOS, ESQ. | 1 Sansome Street, Suite 2830 | | | San Francisco | CA | 94104-4435 |
| Theodore Tsekerides | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | | New York | NY | 10153-0119 |

# Exhibit B

SRF 30777

Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| **In re Debtor(s):**<br><br>PG&E Corporation | Case No.: 19–30088 DM 11<br>Chapter: 11 |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on January 31, 2019 was filed on February 6, 2019. The following deadlines apply:

The parties have until Wednesday, February 13, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Wednesday, February 27, 2019.

If a request for redaction is filed, the redacted transcript is due Monday, March 11, 2019.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Tuesday, May 7, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Josephine McCall
2868 E Clifton Court
Gilbert, AZ 85297

or you may view the document at the clerk's office public terminal.

Dated: 2/11/19

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

# Notice Recipients

District/Off: 0971−3  User: dchambers  Date Created: 2/8/2019
Case: 19−30088  Form ID: TRANSC  Total: 28

**Recipients of Notice of Electronic Filing:**
- aty David M. Stern  dstern@ktbslaw.com
- aty Hugh M. McDonald
- aty Jane Kim  jkim@kellerbenvenutti.com
- aty Jennifer C. Hayes  jhayes@fhlawllp.com
- aty Lynette C. Kelly  lynette.c.kelly@usdoj.gov
- aty Paul J. Pascuzzi  ppascuzzi@ffwplaw.com
- aty Robert G. Harris  rob@bindermalter.com

TOTAL: 7

**Recipients submitted to the Claims Agent (Prime Clerk):**
- aty Amanda L. Riddle  Corey, Luzaich, De Ghetaldi & Riddle LLP  700 El Camino Real  P.O. Box 669  Millbrae, CA 94030−0669
- aty Frank Pitre  Cochett, Pitre & McCarthy, LLP  San Francisco Airport Office Center  840 Malcolm Rd., Suite 200  Burlingame, CA 94010
- aty Jessica Liou  Weil, Gotshal & Manges LLP  767 Fifth Avenue  New York, NY 10153
- aty Kenneth N. Klee  Klee, Tuchin, Bogdanoff and Stern  1999 Avenue of the Stars, 39th Fl.  Los Angeles, CA 90067
- aty Kristopher M. Hansen  Stroock & Stroock & Lavan LLP  180 Maiden Ln.  New York, NY 10038−4982
- aty Mark McKane  Kirkland & Ellis LLP  555 California Street  San Francisco, CA 94104
- aty Mary E. Alexander  Mary Alexander & Associates, P.C.  44 Montgomery St., #1303  San Francisco, CA 94104
- aty Matthew Goren  Weil, Gotshal & Manges LLP  767 Fifth Avenue  New York, NY 10153
- aty Sander L. Esserman  Stutzman, Bromberg, Esserman & Plifka  2323 Bryan St. #2200  Dallas, TX 75201−2689
- aty Stephen Karotkin  Weil, Gotshal & Manges LLP  767 Fifth Avenue  New York, NY 10153
- aty Theodore Tsekerides  Weil, Gotshal & Manges LLP  767 Fifth Avenue  New York, NY 10153
- STEVEN J. SKIKOS, ESQ.  1 Sansome Street, Suite 2830  San Francisco, CA 94104
- MALCOLM DAVID MINNICK, ESQ.  P. O. Box 2824  San Francisco, CA 94126
- MARK D. PONIATOWKSI, ESQ.  20980 Redwood Road, Suite 200  Castro Valley, CA 94546
- MICHAEL RYAN PINKSTON, ESQ.  560 Mission Street, Suite 3100  San Francisco, CA 94105
- STEVE Y. MA, ESQ.  2029 Century Park East Suite 2400  Los Angeles, CA 90067
- DARIO DeGHETALDI, ESQ.  700 El Camino Real  Millbrae, CA 94030−0669 US
- BRUCE BENNETT, ESQ.  250 Vesey Street  New York, NY 10281
- GEORGE LARRY ENGEL, ESQ.  12116 Horseshoe Lane  Nevada City, CA 95959
- MARCUS S. SACKS, ESQ.  P.O. Box 875  Benjamin Franklin Station  Washington, DC 20044
- RICHARD C. PEDONE, ESQ.  Exchange Place  53 State Street  Boston, MA 02107

TOTAL: 21