

Signed and Filed: February 13, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

1  Aram Ordubegian (SBN 185142)
   **ARENT FOX LLP**
2  555 West Fifth Street, 48th Floor
   Los Angeles, CA 90013-1065
3  Telephone:  213.629.7400
   Facsimile:  213.629.7401
4  Email:  aram.ordubegian@arentfox.com

5  Andrew I. Silfen (*Pro hac vice admission pending*)
   Beth M. Brownstein (*Pro hac vice admission
6  pending*)
   Jordana Renert (*Pro hac vice admission pending*)
7  **ARENT FOX LLP**
   1301 Avenue of the Americas, Floor 42
8  New York, NY 10019
   Telephone: 212.484.3900
9  Facsimile: 212.484.3990
   Email:  andrew.silfen@arentfox.com
10          beth.brownstein@arentfox.com
            jordana.renert@arentfox.com

*Counsel for BOKF, NA, solely in its capacity as
Indenture Trustee*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS & ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | |
| [x] Affects PG&E Corporation.<br>[ ] Affects Pacific Gas & Electric Company.<br>[ ] Affects both Debtors.<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br>*[No Hearing Required]* |

Jordana Renert, whose business address and telephone number is 1301 Avenue of the Americas, Floor 42, New York, NY 10019 and 212.484.3900, and who is an active member in good standing of the bar of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing BOKF, NA

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**