E. Elliot Adler, Esq., SBN 229030
Geoffrey E. Marr, Esq., SBN 120640 (*Of Counsel*)
Brittany S. Zummer, Esq., SBN 299808
ADLER LAW GROUP, APLC
402 West Broadway, Ste. 860
San Diego, CA 92101
Tel: (619) 531-8700
Fax: (619) 342-9600

Attorneys for Mirna Trettevik, including
Other Fire Victim Tort Claimants

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088<br><br>Chapter 11<br><br>[Jointly Administered]<br><br>**NOTICE OF APPREANCE AND REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE** that Mirna Trettevik, including other Fire Victim Tort Claimants (collectively "Unsecured Creditors"), by and through her legal counsel, Adler Law Group, APLC, hereby enters this appearance pursuant to section 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and request that the counsel listed below be added to the official mailing matrix, CM/ECF, and service lists in the above entitled Bankruptcy Cases. Unsecured creditor further requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in the Bankruptcy Cases and copies of all papers served or required to be served in the Bankruptcy Cases, including but not limited to, all notices (including those required by

Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, and all other matters arising herein or in any way related to the Bankruptcy Cases, including in adversary proceedings, be given and served upon Adler Law Group, APLC at the following address:

> E. Elliot Adler, Esq.
> Geoffrey E. Marr, Esq.
> Brittany S. Zummer, Esq.
> ADLER LAW GROUP, APLC
> 402 West Broadway, Suite 860
> San Diego, CA 92101
> TEL: 619.531.8700
> FAX: 619.342.9600
> E-mail: EAdler@TheAdlerFirm.com
> E-mail: gemarr59@hotmail.com
> E-mail: bzummer@ TheAdlerFirm.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request applies to and includes not only the notices and papers referenced in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, all orders, notices and pleadings relating to any application, motion, petition, objection, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile transmission, electronic mail, telex or otherwise that (i) affects, or seeks to affect, or may potentially affect in any way, any rights or interests of any creditor or party-in-interest in these Cases; (ii) affects, or seeks to affect (a) the above-captioned Debtors and/or their estates or (b) property or proceeds thereof in the possession, custody, or control of others that any of the Debtors or their estates may seek to use; or (iii) requires or seeks to require any act, delivery of any property, payment or other conduct by Unsecured Creditor.

**PLEASE TAKE FURTHER NOTICE** that neither the request for notice, nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, or any other

writing or conduct shall constitute a waiver by Unsecured Creditor of any:

     a.    Right to have any final orders in any non-core matters entered only after *de novo* review by a United States District Court Judge;

     b.    Right to trial by jury in any proceeding in which this right exists, whether the right to be designated legal or private; whether the right is asserted in any related case, controversy or proceeding, notwithstanding the designation *vel non* of the proceeding as "core" under section 157(b)(2)(H) of the United States Bankruptcy Code, and whether the right is asserted under statute or the United States Constitution;

     c.    Right to have the United States District Court withdraw the reference of this matter in any proceeding subject to mandatory or discretionary withdrawal; or

     d.    Other rights, claims, actions, defenses, set-offs, recoupments of other matters to which this party in interest is entitled under any agreements, at law or in equity, or under the United States Constitution,

     e.    Unsecured Creditor expressly reserves all rights listed above. Filing this request for notice or participating in this bankruptcy case should not be deemed to constitute a concession or admission of jurisdiction in this case or before this Court.

DATED: February 13, 2019                             ADLER LAW GROUP, APLC

                                                         By: */s/ Elliot Adler*
                                                            E. ELLIOT ADLER, ESQ.
                                                            GEOFFREY E. MARR, ESQ.
                                                            BRITTANY S. ZUMMER, ESQ.

                                                            Attorney for Mirna Trettevik, including other Fire Victim Tort Claimants

3

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

IN RE: PG&E CORPORATION
**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
Case Number: 19-30088(DM)

# PROOF OF SERVICE

I, Geoffrey E. Marr, declare:

That I am, and was at the time of service of the papers herein referred to, over the age of 18 years and not a party to the action; I am not a registered California process server; and I am employed in the County of San Diego, State of California, in which county the within-mentioned service occurred. My business address is 402 West Broadway, Suite 860, San Diego, CA 92101.

On **February 13, 2019,** I caused the following document(s) to be served:

**NOTICE OF APPREANCE AND REQUEST FOR SPECIAL NOTICE**

The manner of service was:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. The following person(s) are on the Electronic Mail Notice to receive NEF transmission at the email address(es) indicated below:

| | |
|---|---|
| WEIL, GOTSHAL, & MANGES LLP<br>Matthew Goren<br>Stephen Karotkin<br>767 Fifth Avenue<br>New York, NY 10153<br>E-mail: stephen.karotkin@weil.com<br>E-mail: matthew.goren@weil.com | CRAVATH, SWAINE & MOORE LLP<br>David A. Herman<br>Omid H. Nasab<br>Kevin J. Orsini<br>Paul H. Zumbro<br>85 Eighth Avenue<br>New York, NY 10019 |
| KELLER & BENVENUTTI LLP<br>Tobias S. Keller<br>650 California St, Suite 1900 San Francisco, CA 94108<br>E-mail: tkeller@kellerbenvenutti.com | OFFICE OF THE UNITED STATES TRUSTEE<br>Lynette C. Kelly<br>Marta Villacourta<br>450 Golden Gate Avenue<br>5th Floor, #05-0153<br>San Francisco, CA 94102<br>E-mail: lynette.c.kelly@usdoj.gov<br>E-mail: marta.villacorta@usdoj.gov |

**II.    U.S. POSTAL MAIL**

_X_ by mailing a copy thereof to each addressee named hereafter at the address(es) listed below. I sealed each envelope and, with the postage thereon fully prepaid, I placed each for deposit in the United States Postal Service, at my business address shown above, following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed **February 13, 2019**  at San Diego, California.

*/s/Geoffrey E. Marr*
Geoffrey E. Marr