Wilmer Cutler Pickering Hale and Dorr LLP
Chris Johnstone (C.A. Bar No. 242152)
950 Page Mill Road
Palo Alto, CA 94304
+1 650 858 6000
+1 650 858 6100
chris.johnstone@wilmerhale.com

Attorneys for ICE NGX Canada Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| In re<br><br>PG&E Corporation<br><br>Debtor. | Bk. No. 19-30088<br><br>Chapter 11 |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, Wilmer Cutler Pickering Hale & Dorr LLP, appears herein as counsel on behalf of ICE NGX Canada Inc., and demands, pursuant to Rules 2002, 4006, 9007, 9010, 9013 and 9022 of the Federal Rules of Bankruptcy Procedure and Section 342 of the Bankruptcy Code, and any other rules or sections of the Code or local rules as may be applicable in this case governing notice, that all notices given or requested to be given in this case and all papers and pleadings served or required to be served in this case be given to and served upon the following:

Chris Johnstone
WILMER CUTLER PICKERING HALE & DORR LLP
950 PAGE MILL ROAD
PALO ALTO, CA 94304
CHRIS.JOHNSTONE@WILMERHALE.COM

**PLEASE TAKE FURTHER NOTICE** that, the foregoing demand includes not only the notice, pleadings and orders referred to in the Rules specified above, but also includes, without limitation, all other notices and papers, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telex, electronic means or otherwise, which affects the above-captioned bankruptcy case.

Dated: February 14, 2019

/s/ Chris Johnstone
Chris Johnstone
chris.johnstone@wilmerhale.com