Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, California 94111

1

2

3 **UNITED STATES BANKRUPTCY COURT**

4 **NORTHERN DISTRICT OF CALIFORNIA**

5

6 In re:

7 PG&E CORPORATION

8     - and -

9 PACIFIC GAS AND ELECTRIC
COMPANY,

10

11         Debtors.

Bankruptcy Case
No. 19-30088 (DM)

Chapter 11

(Lead Case)

(Jointly Administered)

12 ☐   PG&E Corporation
☐   Affects Pacific Gas and
13      Electric Company
☑   Affects both Debtors
14

15 *  *All papers shall be filed in the lead*
*case, No. 19-30088 (DM).*

**APPLICATION FOR ADMISSION
OF ATTORNEY *PRO HAC VICE***

16

17       Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Peter S. Partee, Sr., an

18 active member in good standing of the bar of New York, hereby applies for

19 admission to practice in the Northern District of California on a *pro hac vice* basis

20 representing (i) DTE Stockton, LLC, (ii) Mt. Poso Cogeneration Company, LLC

21 f/k/a Mt. Poso Cogeneration Company, L.P., (iii) Potrero Hills Energy Producers,

22 LLC, (iv) Sunshine Gas Producers, LLC, and (iv) Woodland Biomass Power, LLC

23 f/k/a Woodland Biomass Power, Ltd. in the above-entitled action.

24       In support of this application, I certify on oath that:

25      1.     I am an active member in good standing of a United States Court or of

26           the highest court of another State or the District of Columbia, as

27           indicated above;

28

1    2.    I agree to abide by the Standards of Professional Conduct set forth in

2          Local Rule 11-4, and agree to become familiar with the Local Rules

3          and the Bankruptcy Dispute Resolution Program of this Court; and,

4    3.    An attorney who is a member of the bar of this Court in good standing

5          and who maintains an office within the State of California has been

6          designated as co-counsel in the above-entitled action. The name,

7          address and telephone number of that attorney is:

8                          Kevin M. Eckhardt

9                   HUNTON ANDREWS KURTH LLP

10                   50 California Street, Suite 1700

11                   San Francisco, California 94111

12                      Telephone: (415) 975-3700

13                       keckhardt@huntonak.com

14   I declare under penalty of perjury that the foregoing is true and correct.

15

16   Dated: February 8, 2019

17                              Peter S. Partee, Sr.

18

19

20

21

22

23

24

25

26

27

28

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, California 94111

## Appellate Division of the Supreme Court
## of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# PETER S. PARTEE, SR.

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **January 29, 2007**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**February 4, 2019**

2095

Clerk of the Court