Eve H. Karasik (SBN 155356)
LEVENE, NEALE, BENDER, YOO
& BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: EHK@LNBYB.COM

Counsel for Global Diving & Salvage, Inc.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>**PG&E CORPORATION,**<br><br>   and<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\*All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088-DM<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF NOTICES OF PLEADINGS AND INCLUSION IN COURTESY NOTIFICATION OF ELECTRONIC FILINGS**<br><br>[No Hearing Requested] |

   **PLEASE TAKE NOTICE** that the Global Diving & Salvage, Inc., creditor and party in interest in the above-captioned chapter 11 bankruptcy case, through its counsel of record, Levene, Neale, Bender, Yoo & Brill L.L.P., and LLP hereby requests,

pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 4001, 6006, 9007 and 9013, and 11 U.S.C. §§ 102(1), 342 and 1109(b), that all notices given or required to be given in this case, and all pleadings and other papers served or required to be served in this case be served upon the following:

**Eve H. Karasik, Esq.**
**Levene, Neale, Bender, Yoo & Brill L.L.P.**
**10250 Constellation Blvd., Suite 1700**
**Los Angeles, CA 90067**
**Telephone: (310) 229-1234**
**Facsimile: (310) 229-1244**
**Email: EHK@LNBYB.COM**

This Request for Special Notice includes the notices and papers referred to in Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, among others, and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, or any other document brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, facsimile or otherwise.

This request also includes courtesy notification delivered via the Court's Case Management/Electronic Filing (CM/ECF) system as a Notice of Electronic Filing (NEF)

Dated: February 14, 2019                    Levene, Neale, Bender, Yoo & Brill L.L.P.

                                            By:  */s/ Eve H. Karasik*
                                                 EVE H. KARASIK
                                                 LEVENE, NEALE, BENDER,
                                                 YOO & BRILL L.L.P.
                                                 Counsel for Global Diving &
                                                 Salvage, Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF NOTICES OF PLEADINGS AND INCLUSION IN COURTESY NOTIFICATION OF ELECTRONIC FILINGS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 14, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Todd M. Bailey    Todd.Bailey@ftb.ca.gov
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- Peter J. Benvenutti    pbenvenutti@kellerbenvenutti.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder    heinz@bindermalter.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Shawn M. Christianson    schristianson@buchalter.com
- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alicia Clough    aclough@loeb.com
- Marc Cohen    mscohen@loeb.com
- Keith J. Cunningham    , rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Jonathan R. Doolittle    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- Jennifer V. Doran    jdoran@hinckleyallen.com
- David V. Duperrault    dvd@svlg.com, edn@svlg.com
- Kevin M. Eckhardt    keckhardt@hunton.com, candonian@huntonak.com
- Joseph A. Eisenberg    JAE1900@yahoo.com
- Sally J. Elkington    sally@elkshep.com, ecf@elkshep.com
- G. Larry Engel    larry@engeladvice.com
- Krista M. Enns    kenns@beneschlaw.com
- Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.

- Richard W. Esterkin  richard.esterkin@morganlewis.com, sue.reimers@morganlewis.com
- Joseph Kyle Feist  jfeistesq@gmail.com, info@norcallawgroup.net
- James J. Ficenec  James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero  jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman  kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone  sfinestone@fhlawllp.com
- Jonathan Forstot  , john.murphy@troutman.com
- Larry W. Gabriel  lgabriel@ebg-law.com, ecf@ebg-law.com
- Gregg M. Galardi  gregg.galardi@ropesgray.com
- Richard L. Gallagher  richard.gallagher@ropesgray.com
- Barry S. Glaser  bglaser@swesq.com
- Gabriel I. Glazer  gglazer@pszjlaw.com
- Gabrielle Glemann  gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Eric D. Goldberg  eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Richard H. Golubow  rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Mark A. Gorton  mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton  mgorton@boutininc.com, cdomingo@boutininc.com
- Debra I. Grassgreen  dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Stuart G. Gross  sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Oren Buchanan Haker  oren.haker@stoel.com, rene.alvin@stoel.com
- Robert G. Harris  rob@bindermalter.com
- Christopher H. Hart  chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins  bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Jan M Hayden  jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes  jhayes@fhlawllp.com
- Stephen E. Hessler, P.C.  , jozette.chong@kirkland.com
- Michael R. Hogue  hoguem@gtlaw.com, frazierl@gtlaw.com
- David Holtzman  david.holtzman@hklaw.com
- Marsha Houston  mhouston@reedsmith.com, hvalencia@reedsmith.com
- Brian D. Huben  hubenb@ballardspahr.com
- Mark V. Isola  mvi@sbj-law.com
- J. Eric Ivester  , Andrea.Bates@skadden.com
- Ivan C. Jen  ivan@icjenlaw.com
- Gregory K. Jones  GJones@dykema.com, cacossano@dykema.com
- Roberto J. Kampfner  rkampfner@whitecase.com, mco@whitecase.com
- Robert B. Kaplan  rbk@jmbm.com
- Tobias S. Keller  tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly  lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Gerald P. Kennedy  gerald.kennedy@procopio.com, laj@procopio.com
- Samuel M. Kidder  skidder@ktbslaw.com
- Marc Kieselstein  , carrie.oppenheim@kirkland.com
- Jane Kim  jkim@kellerbenvenutti.com
- Thomas F. Koegel  tkoegel@crowell.com

- Andy S. Kong     kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Alan W. Kornberg     , akornberg@paulweiss.com
- Jeffrey C. Krause     jkrause@gibsondunn.com, psantos@gibsondunn.com
- Michael Thomas Krueger     michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Richard A. Lapping     rich@trodellalapping.com
- Matthew A. Lesnick     matt@lesnickprince.com, jmack@lesnickprince.com
- David B. Levant     david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin     alevin@wcghlaw.com, vcorbin@wcghlaw.com
- John William Lucas     jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Jane Luciano     jane-luciano@comcast.net
- Kerri Lyman     klyman@irell.com, lgauthier@irell.com
- John H. MacConaghy     macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald     iain@macfern.com, ecf@macfern.com
- Michael W. Malter     michael@bindermalter.com
- David P. Matthews     jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Hugh M. McDonald     , john.murphy@troutman.com
- C. Luckey McDowell     luckey.mcdowell@bakerbotts.com
- Frank A. Merola     lacalendar@stroock.com, mmagzamen@stroock.com
- Matthew D. Metzger     belvederelegalecf@gmail.com
- M. David Minnick     dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Thomas C. Mitchell     tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe     john.moe@dentons.com, glenda.spratt@dentons.com
- David W. Moon     lacalendar@stroock.com, mmagzamen@stroock.com
- Courtney L. Morgan     morgan.courtney@pbgc.gov
- Joshua D. Morse     Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Thomas G. Mouzes     tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz     pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Michael S. Myers     myersms@ballardspahr.com, hartt@ballardspahr.com
- David L. Neale     dln@lnbrb.com
- David L. Neale     dln@lnbyb.com
- David Neier     dneier@winston.com
- Melissa T. Ngo     ngo.melissa@pbgc.gov, efile@pbgc.gov
- Gregory C. Nuti     gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient     aobrient@mintz.com, docketing@mintz.com
- Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov
- Aram Ordubegian     Ordubegian.Aram@ArentFox.com
- Gabriel Ozel     Gabriel.Ozel@troutman.com, tsinger@houser-law.com
- Amy S. Park     amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson     donna@parkinsonphinney.com
- Peter S. Partee     , candonian@huntonak.com
- Paul J. Pascuzzi     ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- Kenneth Pasquale     , mlaskowski@stroock.com
- Valerie Bantner Peo     vbantnerpeo@buchalter.com

5

- Danielle A. Pham    danielle.pham@usdoj.gov
- Thomas R. Phinney    tom@parkinsonphinney.com
- R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino    epino@epinolaw.com, staff@epinolaw.com
- Mark D. Poniatowski    ponlaw@ponlaw.com
- Christopher E. Prince    cprince@lesnickprince.com
- Douglas B. Provencher    dbp@provlaw.com
- Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins    jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Daniel Robertson    robertson.daniel@pbgc.gov, efile@pbgc.gov
- Lacey Rochester    lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Gregory A. Rougeau    grougeau@brlawsf.com
- Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com
- Sunny S. Sarkis    , dawn.forgeur@stoel.com
- David B. Shemano    dshemano@pwkllp.com
- James A. Shepherd    jim@elkshep.com, ecf@elkshep.com
- Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol    jdsokol@lawssl.com, dwright@lawssl.com
- Bennett L. Spiegel    blspiegel@jonesday.com
- Michael St. James    ecf@stjames-law.com
- David M. Stern    dstern@ktbslaw.com
- Meagan S. Tom    Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward Tredinnick    etredinnick@grmslaw.com
- Matthew Jordan Troy    matthew.troy@usdoj.gov
- Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta    marta.villacorta@usdoj.gov
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Riley C. Walter    ecf@W2LG.com
- Philip S. Warden    philip.warden@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- Genevieve G. Weiner    gweiner@gibsondunn.com
- Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com
- Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com

- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans    rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- Christopher Kwan Shek Wong    christopher.wong@arentfox.com
- Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com
- Andrew Yaphe    andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On February 14, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 14, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 14, 2019, | Lisa Masse | /s/ Lisa Masse |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |