Kenneth N. Klee (State Bar No. 63372)
David M. Stern (State Bar No. 67697)
Samuel M. Kidder (State Bar No. 284015)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, California 90067
Telephone:  310-407-4000
Facsimile:  310-407-9090
Email:  kklee@ktbslaw.com
        dstern@ktbslaw.com
        skidder@ktbslaw.com

-and-

Howard Seife (*pro hac vice* pending)
Christy Rivera (*pro hac vice* pending)
Andrew Rosenblatt (*pro hac vice* pending)
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone:  212-408-5100
Facsimile:  212-541-5369
Email:  howard.seife@nortonrosefulbright.com
        christy.rivera@nortonrosefulbright.com
        andrew.rosenblatt@nortonrosefulbright.com

*Attorneys for NextEra Energy Inc., et al.*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankr. Case No. 19-30088 (DM) |
| PG&E CORPORATION | Chapter 11 |
| - and - | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors. | **AMENDED APPLICATION FOR ADMISSION PRO HAC VICE OF HOWARD SEIFE** |

174079.1

Howard Seife
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas, New York,
NY 10019, Tel: 212-408-5100

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY,

Debtor(s).

Case No. 19-30088-DM
Chapter 11

APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, __Howard Seife__, an active member in good standing of the bar of __New York__, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing __NextEra Energy, Inc., et al.__ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

   Samuel M. Kidder, Klee, Tuchin, Bogdanoff & Stern LLP

   1999 Avenue of the Stars, 39th Floor, Los Angeles, CA 90067

   Tel: 310-407-4000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 14, 2019

Howard Seife



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Howard Seife** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 2nd day of May 1979, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on February 14, 2019.



*Aprilanne Agostino*

**Clerk of the Court**