1   LOCKE LORD LLP
    Lindsey E. Kress (SBN 278213)
2   lkress@lockelord.com
3   101 Montgomery Street, Suite 1950
    San Francisco, CA 94104
4   Telephone:  (415) 318-8810
    Fax:  (415) 676-5816
5
    LOCKE LORD LLP
6   Aaron C. Smith (*pro hac vice* application to be filed)
7   asmith@lockelord.com
    111 South Wacker Drive, Suite 4100
8   Chicago, IL 60606
    Telephone:  (312) 443-0700
9   Fax:  (312) 443-0336

10  Attorneys for Creditor
    California Insurance Guarantee Association
11

12
                    UNITED STATES BANKRUPTCY COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14
                         SAN FRANCISCO DIVISION
15

16  In re:                              )   Bankruptcy No.:  19-30088
17                                       )
    PG&E CORPORATION and PACIFIC GAS &   )   Chapter 11
18  ELECTRIC COMPANY,                    )
                                         )   **NOTICE OF APPEARANCE AND**
19                      Debtors.         )   **REQUEST FOR SERVICE**
20                                       )
                                         )
21  _____ )

22

23

24

25

26

27

28

**Locke Lord LLP**
101 Montgomery Street, Suite 1950
San Francisco, CA 94104

**PLEASE TAKE NOTICE** that pursuant to, inter alia, Bankruptcy Rules 2002, 3017, 9007 and 9010, and 11 U.S.C. §§ 102(1) and 342, Locke Lord LLP hereby enters its appearance for creditor California Insurance Guarantee Association ("CIGA") and requests that copies of all notices given or required to be given in this case and all papers served or required to be served in this case, be served upon it at the following addresses:

> Lindsey E. Kress
> LOCKE LORD LLP
> 101 Montgomery Street, Suite 1950
> San Francisco, CA 94104
> Telephone: (415) 318-8810
> Fax: (415) 676-5816
> lkress@lockelord.com

> Aaron Smith (*pro hac vice* to be filed)
> LOCKE LORD LLP
> 111 South Wacker Drive, Suite 4100
> Chicago, IL 60606
> Telephone: (312) 443-0700
> Fax: (312) 443-0336
> asmith@lockelord.com

**PLEASE TAKE FURTHER NOTICE**, that this Notice of Appearance and Request for Service is not consent to the jurisdiction of the Bankruptcy Court or a waiver of any procedural or substantive right; and neither this nor any subsequent appearance, pleading, claim or suit is intended to nor shall it be deemed or construed as a waiver of (i) the right to have final orders in applicable matters entered only after a de novo review by a District Court Judge; (ii) the right to trial by jury in any proceeding so triable in these cases (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which CIGA is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly

//
//
//
//
//

Locke Lord LLP
101 Montgomery Street, Suite 1950
San Francisco, CA 94104

1   Dated:  February 14, 2019

Respectfully submitted,

LOCKE LORD LLP


By: */s/ Lindsey E. Kress*
     Lindsey E. Kress
     Aaron C. Smith (*pro hac vice* to be filed)
Attorneys for Creditor
California Insurance Guarantee Association

**Locke Lord LLP**
101 Montgomery Street, Suite 1950
San Francisco, CA 94104