# Notice Recipients

District/Off: 0971−3          User: dchambers          Date Created: 2/19/2019

Case: 19−30088                Form ID: TRANSC          Total: 5

**Recipients of Notice of Electronic Filing:**
aty          Jane Kim          jkim@kellerbenvenutti.com
aty          Tobias S. Keller          tkeller@kellerbenvenutti.com

TOTAL: 2

**Recipients submitted to the Claims Agent (Prime Clerk):**
aty          Stephen Karotkin          Weil, Gotshal & Manges LLP          767 Fifth Avenue          New York, NY 10153
             Gregory A. Bray, Esq..          Milbank, Tweed, Hadley & McCloy LLP          2029 Century Park East, 33rd
             Fl.          Los Angeles, CA 90067
             Peter J. Benvenutti, Esq.          Keller & Benvenutti LLP          650 California Street, #1900          San Francisco, CA
             94108

TOTAL: 3