

Entered on Docket
February 14, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: February 14, 2019



DENNIS MONTALI
U.S. Bankruptcy Judge

UNITED STATES

NORTHERN DIS

In re:

PG&E CORPORATION

- and-

PACIFIC GAS AND ELECTRIC COMPANY,

Debtors.

☐ PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☑ Affects both Debtors

\* *All papers shall be filed in the lead case, No. 19-30088 (DM).*

Bankruptcy Case
No. 19-30088 (DM)

Chapter 11

(Lead Case)

(Jointly Administered)

**Hunton Andrews Kurth LLP**
50 California Street, Suite 1700
San Francisco, California 94111

# ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Peter S. Partee, Sr., whose business address and telephone number is Hunton Andrews Kurth LLP, 200 Park Avenue, New York, New York 10166 and who is an active member in good standing of the bar of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing (i) DTE Stockton, LLC, (ii) Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P., (iii) Potrero Hills Energy Producers, LLC, (iv) Sunshine Gas Producers, LLC, and (iv) Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac vice*.  Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented

party. All future filings in this action are subject to the Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court for the Northern District of California.

*** END OF ORDER ***

: