SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
  James P. Hill, SBN 90478
  Jonathan S. Dabbieri, SBN 91963
  Christopher V. Hawkins, SBN 222961
600 B Street, Suite 1700
San Diego, California 92101
Telephone:     (619) 233-4100
Fax Number:    (619) 231-4372

Attorneys for Certain Fire Victim Claimants

Electronically Filed: 02/15/2019

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>    and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>               Debtors<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE OF SULLIVAN HILL REZ & ENGEL, A PROFESSIONAL LAW CORPORATION, AS COUNSEL FOR THE SINGLETON LAW FIRM FIRE VICTIM CLAIMANTS, AND REQUEST FOR NOTICE** |

James P. Hill, Esq., Christopher V. Hawkins, Esq. and Jonathan S. Dabbieri, Esq., of the law firm of Sullivan Hill Rez & Engel, A Professional Law Corporation, bankruptcy co-counsel with the Singleton Law Firm, as attorneys for Andrew Armstrong; Annie Curtis; Jackie Easton and Ray LeLoup; James Finn; Lillian Lazzeri; Tim Shurtliff; Marc Thomas and Susan Thomas; Kristina Wuslich; Lisa Yoshida; and Doreen Zimmerman (collectively, the "Singleton Law Firm fire victim claimants"), hereby enter their appearance on the record in the above-entitled bankruptcy cases pursuant to Bankruptcy Rule 9010(b), and further, pursuant to Bankruptcy Rules 2002 and 3017(a),

hereby request special notice of all hearings, actions, contested matters, and adversary proceedings in these cases, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection with the proceedings by the Court, Debtors, or other parties in interest, including copies of all plans of reorganization and disclosure statements, and pursuant to Bankruptcy Rule 2002, all notices required to be mailed to the Singleton Law Firm fire victim claimants pursuant to Bankruptcy Rule 2002, should be directed to:

> James P. Hill, Esq.
> Christopher V. Hawkins, Esq.
> Jonathan S. Dabbieri, Esq.
> SULLIVAN HILL REZ & ENGEL
> A Professional Law Corporation
> 600 B Street, Suite 1700
> San Diego, California 92101
> T: (619) 233-4100
> F: (619) 231-4372
> hill@SullivanHill.com
> hawkins@SullivanHill.com
> dabbieri@SullivanHill.com

Neither this request for notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, nor any other writing or conduct, shall (i) expressly or impliedly designate the undersigned as an agent for service of process on the Singleton Law Firm fire victim claimants (or any of them), or (ii) constitute a waiver of any of the following rights of the Singleton Law Firm fire victim claimants (or any of them):

(a) Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

(b) Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy, or proceeding relating hereto, notwithstanding the designation vel non of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or to the United States Constitution.

/ / /

/ / /

Case: 19-30088    Doc# 452    Filed: 02/15/19    Entered: 02/15/19 08:54:34    Page 2 of 3

2

(c) Right to have the reference of this matter, or any portion or sub matter thereof, withdrawn by the United States District Court in any matter or proceeding subject only to mandatory or discretionary withdrawal; and

(d) Other rights, claims, actions, defenses, setoffs, recoupments, or other matters to which the party is entitled under any agreements or at law or in equity under the United States Constitution.

All of the above rights are expressly reserved and preserved unto the Singleton Law Firm fire victim claimants (or any of them) without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in the above-captioned cases and ancillary proceedings. This notice of appearance and request for notice is not and shall not be deemed to be consent to Bankruptcy Court jurisdiction by the Singleton Law Firm fire victim claimants (or any of them).

Dated: February 15, 2019

SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation

By: */s/ Jonathan S. Dabbieri*
    James P. Hill
    Christopher V. Hawkins
    Jonathan S. Dabbieri
    Attorneys for the Singleton Law Firm
    Fire Victim Claimants