```
 1  TIMOTHY S. LAFFREDI (WI SBN 1055133)
    Assistant United States Trustee
 2  United States Department of Justice
    Office of the United States Trustee
 3  450 Golden Gate Avenue, Suite 05-0153
    San Francisco, CA  94102
 4  Telephone:  (415) 705-3333
    Facsimile:   (415) 705-3379
 5  Email: timothy.s.laffredi@usdoj.gov

 6
    Attorney for Andrew R. Vara,
 7  Acting United States Trustee for Region 3[1]

 8
```

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| In re | ) | Case Nos. 19-30088 DM (Lead Case) |
| PG&E CORPORATION | ) | 19-30089 DM |
| and | ) | Chapter 11 |
| PACIFIC GAS AND ELECTRIC COMPANY, | ) | Jointly Administered |
| Debtors. | ) | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | ) | |
| * All papers shall be filed in the Lead Case No. 19-30088 DM. | ) | |

### APPOINTMENT OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS

Pursuant to 11 U.S.C. § 1102(a), Andrew R. Vara, Acting United States Trustee for Region 3, hereby appoints the following persons to be members of the Official Committee of Tort Claimants in these jointly administered cases:

//

//

---

[1] Andrew R. Vara, Acting United States Trustee for Region 3, is acting in this appointment for Tracy Hope Davis, United States Trustee for Region 17, who is recused from the above-captioned cases.

APPOINTMENT OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS – *In re PG&E Corp.*, Case No. 19-30088

1. GER Hospitality, LLC, in its capacity as an individual claimant
   c/o Adolfo Veronese
   19190 Spring Street
   Sonoma, CA 94576
   (415) 990-5466

2. Kirk Trostle

3. Richard Heffern

4. Angela Loo

5. Karen K. Gowins

6. Agajanian, Inc.
   c/o Gary Agajanian
   2785 Napa Valley Corporate Drive
   Napa, CA 94558
   gary@agajanian.com

7. Susan Slocum

8. Samuel Maxwell

9. Karen Lockhart

10. Wagner Family Wines-Caymus Vineyards
    c/o Michael T. Carlson
    8700 Conn Creek Road
    Rutherford, CA 94573
    MCarlson@caymus.com

11. Gregory Wilson

Dated: February 15, 2019

ANDREW R. VARA
Acting United States Trustee, Region 3

*/s/ Timothy S. Laffredi*
TIMOTHY S. LAFFREDI
Assistant United States Trustee