**PROSKAUER ROSE LLP**
Martin J. Bienenstock (*pro hac vice* pending)
Brian S. Rosen (*pro hac vice* pending)
Maja Zerjal (*pro hac vice* pending)
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
       brosen@proskauer.com
       mzerjal@proskauer.com

Michael A. Firestein (SBN 110622)
Lary Alan Rappaport (SBN 87614)
Steve Y. Ma (SBN 320997)
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone: (310) 557-2900
Fax: (310) 557-2193
Email: mfirestein@proskauer.com
       lrappaport@proskauer.com
       sma@proskauer.com

*Attorneys for Ad Hoc Group of Institutional Bondholders of Pacific Gas and Electric Co.*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>Debtor.<br><br>**Tax I.D. No. 94-3234914** | Case Nos. 19-30088 (DM)<br>19-30089 (DM)<br><br>Chapter 11<br><br>**AMENDED APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| In re:<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtor.<br><br>**Tax I.D. No. 94-0742640** | |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Martin J. Bienenstock, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing the Ad Hoc Group of Institutional Bondholders of Pacific Gas and Electric Co. in the above-entitled actions.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled actions. The name, address and telephone number of that attorney is:

Lary Alan Rappaport, Esq.
**PROSKAUER ROSE LLP**
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
Telephone: (310) 557-2900
Fax: (310) 557-2193
Email: lrappaport@proskauer.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 15, 2019

Martin J. Bienenstock

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____MARTIN    J.    BIENENSTOCK_____ , Bar # _____MB3001_____

was duly admitted to practice in the Court on

_____February 28, 1978_____

and is in good standing as a member of the Bar of this Court

Dated at     500 Pearl St.     On     _____February 15, 2019_____
New York, New York

_____Ruby J. Krajick_____     By     _____[signature]_____
Clerk of Court                                        Deputy Clerk