MICHAEL A. ISAACS (SBN 99782)
michael.isaacs@dentons.com
DENTONS US LLP
One Market Plaza
Spear Tower, 24th Floor
San Francisco, CA 94105
Tel: 415.356.4614 / Fax: 415.356.4198
Email: michael.isaacs@dentons.com

SAMUEL R. MAIZEL(SBN 189301)
samuel.maizel@dentons.com
DENTONS US LLP
601 S. Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Tel: 213.623.9300 / Fax: 213.623.9924
Email: samuel.maizel@dentons.com

*Attorneys for Southwire Company, LLC*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088 DM<br>(Jointly Administered)<br>Chapter 11<br>Hon. Dennis Montali<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS** |

**PLEASE TAKE NOTICE** that Southwire Company, LLC ("Southwire"), as a creditor and party-in-interest in the above-captioned case, hereby appears by its undersigned counsel, Dentons US LLP, and, pursuant to Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure, or pursuant to any other applicable rule or statute, requests that all notices, pleadings or papers given or required in this case, and copies of all notices, pleadings or papers served or required to be served in this case, be given to and served upon the following:

Michael A. Isaacs, Esq.
Dentons US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, CA 94105
Tel: 415.356.4614 / Fax: 415.267.4198
E-mail: michael.isaacs@dentons.com

110264033\V-2

With a copy to:

Bryan E. Bates, Esq.
Dentons US LLP
303 Peachtree St., NE, Suite 5300
Atlanta, GA 30308
Tel:     404.527.4073
Fax:    404.527.4198
E-mail:   bryan.bates@dentons.com

and

Samuel R. Maizel, Esq.
Dentons US LLP
601 S. Figueroa Street, Suite 2500
Los Angeles, CA  90017-5704
Tel:     213.892.2910
Fax:    213-623-9924
E-mail:samuel.maizel@dentons.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request encompasses, without limitation, all orders, notices, petitions, schedules, statements, pleadings, applications, motions, requests or demands, whether formal or informal, written or oral regardless how transmitted, that affect or purport to affect in any way any rights or interests of the debtor or any creditors or parties in interest in this case.

**PLEASE TAKE FURTHER NOTICE** that neither this appearance, nor any former or later appearance, pleading, claim or suit shall constitute a consent to jurisdiction, nor shall it waive: (1) Southwire's right to have final orders in non-core and core matters in which the Bankruptcy Court does not have final adjudicatory authority entered only after *de novo* review by a District Court judge; (2) Southwire's right to a trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) Southwire's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoff, or recoupments to which Southwire may be entitled under agreements in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Southwire expressly reserves.

/ / /

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes that the above-referenced attorneys be added to the master mailing list and the NEF electronic notice list for the above-referenced case.

DATED:  February 15, 2019               DENTONS US LLP


                                        By: */s/Michael A. Isaacs*
                                            MICHAEL A. ISAACS
                                            Attorneys for SOUTHWIRE COMPANY, LLC

110264033\V-2

# PROOF OF SERVICE

I am employed in the County of Fulton, State of Georgia. I am over the age of 18 years and not a party to this action. My business address is Dentons US LLP, 303 Peachtree St., NE, Suite 5300, Atlanta, GA 30308, On February 15, 2019, I served the following document described as:

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS**

by serving a true copy of the above-described document in the following manner:

**BY U.S. MAIL**

I am familiar with the office practice of Dentons US LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Dentons US LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Dentons US LLP's interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Dentons US LLP for collecting and processing documents for mailing with the United States Postal Service:

| | |
|---|---|
| WEIL, GOTSHAL, & MANGES LLP<br>Matthew Goren<br>Stephen Karotkin<br>Jessica Liou<br>767 Fifth Avenue<br>New York, NY 10153-0119 | CRAVATH, SWAINE & MOORE LLP<br>David A. Herman<br>Omid H. Nasab<br>Kevin J. Orsini<br>Paul H. Zumbro<br>85 Eighth Avenue<br>New York, NY 10019 |
| KELLER & BENVENUTTI LLP<br>Tobias S. Keller<br>Jane Kim<br>650 California St, Suite 1900<br>San Francisco, CA 94108 | OFFICE OF THE UNITED STATES TRUSTEE<br>Lynette C. Kelly<br>Marta Villacourta<br>450 Golden Gate Avenue<br>5th Floor, #05-0153<br>San Francisco, CA 94102 |

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court, at whose direction the service was made and declare under penalty of

-1-

1 | perjury under the laws of the State of California that the foregoing is true and correct.
2 | Executed on February 15, 2019 in Atlanta, GA.
3 | _____
4 | Pamela G. Matthews