LATHAM & WATKINS LLP
Caroline A. Reckler (*pro hac vice pending*)
  caroline.reckler@lw.com
Andrew M. Parlen (Bar No. 230429)
  andrew.parlen@lw.com
885 Third Avenue
New York, New York 10022
Telephone: +1.212.906.1200
Facsimile: +1.212.751.4864

LATHAM & WATKINS LLP
Adam E. Malatesta (Bar No. 274449)
  adam.malatesta@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

*Attorneys for Dynegy Marketing and Trade, LLC*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088 (Main)<br>Case No. 19-30089 (Jointly Administered)<br><br>Chapter Number: 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS** |

PLEASE TAKE NOTICE that, pursuant to rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and sections 1102(1) and 1109(b) of title 11 of the United States Code, the undersigned attorneys appear as counsel in the above-captioned bankruptcy cases ("Chapter 11 Cases") on behalf of parties-in-interest Dynegy Marketing and Trade, LLC, and

request that all notices given or required to be given in connection with the Chapter 11 Cases, and all papers served or required to be served in connection therewith, be given and served upon:

Caroline A. Reckler
Andrew M. Parlen
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
Telephone: +1.212.906.1200
Fascimile: +1.212.751.4864
Email: caroline.reckler@lw.com
Email: andrew.parlen@lw.com

Adam E. Malatesta
LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763
Email: adam.malatesta@lw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order, or any other paper filed in the Chapter 11 Cases, whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telecopy or otherwise.

PLEASE TAKE FURTHER NOTICE that the undersigned requests that the Debtors and the Clerk of the Court place the foregoing names and addresses on any mailing matrix or list of creditors existing or to be prepared in these Chapter 11 Cases.

This Notice of Appearance and Request for Service of Documents shall not be deemed or construed to be a waiver of (i) Dynegy Marketing and Trade, LLC's right to have final orders in non-core matters entered only after de novo review by a United States District Court; (ii) Dynegy Marketing and Trade, LLC's right to trial by jury in any proceedings so triable in this case or in any case, controversy, or proceeding related hereto; (iii) Dynegy Marketing and Trade, LLC's right to have a United States District Court withdraw the reference in any proceeding subject to mandatory or discretionary withdrawal; or (iv) Dynegy Marketing and Trade, LLC's rights,

claims, actions, defenses, setoffs, or recoupments to which Dynegy Marketing and Trade, LLC is or may be entitled under agreements, in law or in equity, all of which rights, claims, defenses, setoffs and recoupments each of Dynegy Marketing and Trade, LLC expressly reserves.

DATED: February 15, 2019

Respectfully Submitted,

Caroline A. Reckler (*pro hac vice pending*)
Andrew M. Parlen (SBN 230429)
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022-4834
Telephone:     (212) 906-1200
caroline.reckler@lw.com
andrew.parlen@lw.com

-and-

Adam E. Malatesta (SBN 274449)
LATHAM & WATKINS LLP
355 S. Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone:     (213) 485-1234
adam.malatesta@lw.com


By  */s/ Adam Malatesta*
       Adam Malatesta

Attorneys for Dynegy Marketing and Trade, LLC