

Signed and Filed: February 15, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re **PG&E CORPORATION;**
**PACIFIC GAS AND ELECTRIC COMPANY,**
      Debtor(s).

Case No. **19-30088-DM; 19-30089-DM**

Chapter **11**

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Howard Seife**, whose business address and telephone number is **Norton Rose Fulbright US LLP, 1301 Avenue of the Americas, New York, NY 10019, Telephone 212-408-5100**

and who is an active member in good standing of the bar of **New York**

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **NextEra Energy, Inc., et al.**

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

Dated: _____

                                     **Hon. Dennis Montali**
                                     United States Bankruptcy Judge