

Signed and Filed: February 15, 2019

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION,

        Debtor.

Tax I.D. No. 94-3234914

In re:

PACIFIC GAS AND ELECTRIC COMPANY,

        Debtor.

Tax I.D. No. 94-0742640

Case Nos. 19-30088 (DM)
19-30089 (DM)

Chapter 11

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Martin J. Bienenstock, whose business address and telephone number is Proskauer Rose, LLP, Eleven Times Square, New York, New York 10036-8299, Telephone (212) 969-3000 and who is an active member in good standing of the bar of the State of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Ad Hoc Group of Institutional Bondholders of Pacific Gas and Electric Co.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the

Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

Dated: _____
Dennis Montali
United States Bankruptcy Judge