
Entered on Docket
February 15, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: February 15, 2019

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

UNITED STA

NORTHERN

SAN F

| | |
|---|---|
| **In re:** | Case Nos. 19-30088 (DM) |
| **PG&E CORPORATION,** | 19-30089 (DM) |
| **Debtor.** | Chapter 11 |
| Tax I.D. No. 94-3234914 | |
| **In re:** | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| **Debtor.** | |
| Tax I.D. No. 94-0742640 | |

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Maja Zerjal, whose business address and telephone number is Proskauer Rose, LLP, Eleven Times Square, New York, New York 10036-8299, Telephone (212) 969-3000 and who is an active member in good standing of the bar of the State of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Ad Hoc Group of Institutional Bondholders of Pacific Gas and Electric Co.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the

Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

Dated:

                                        Dennis Montali
                                        United States Bankruptcy Judge