LOCKE LORD LLP
Xiyi Fu (SBN 278274)
jackie.fu@lockelord.com
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

LOCKE LORD LLP
Elizabeth M. Guffy (*pro hac vice* application to be filed)
eguffy@lockelord.com
JPMorgan Chase Tower
600 Travis, Suite 2800
Houston, TX 77002
Telephone: (713) 226-1200
Fax: (713) 223-3717

Attorneys for Creditor
Quanta Energy Services LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,<br><br>      Debtors. | Bankruptcy No.: 19-30088<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE** |

**PLEASE TAKE NOTICE** that pursuant to, inter alia, Bankruptcy Rules 2002, 3017, 9007 and 9010, and 11 U.S.C. §§ 102(1) and 342, Locke Lord LLP hereby enters its appearance for creditor Quanta Energy Services LLC and requests that copies of all notices given or required to be given in this case and all papers served or required to be served in this case, be served upon it at the following addresses:

> Xiyi Fu
> LOCKE LORD LLP
> 101 Montgomery Street, Suite 1950
> San Francisco, CA 94104
> Telephone: (415) 318-8810
> Fax: (415) 676-5816
> jackie.fu@lockelord.com

> Elizabeth M. Guffy (*pro hac vice* to be filed)
> LOCKE LORD LLP
> JPMorgan Chase Tower
> 600 Travis, Suite 2800
> Houston, TX 77002
> Telephone: (713) 226-1200
> Fax: (713) 223-3717
> eguffy@lockelord.com

**PLEASE TAKE FURTHER NOTICE**, that this Notice of Appearance and Request for Service is not consent to the jurisdiction of the Bankruptcy Court or a waiver of any procedural or substantive right; and neither this nor any subsequent appearance, pleading, claim or suit is intended to nor shall it be deemed or construed as a waiver of (i) the right to have final orders in applicable matters entered only after a de novo review by a District Court Judge; (ii) the right to trial by jury in any proceeding so triable in these cases (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Quanta Energy Services LLC is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly

//

//

//

| | |
|---|---|
| Dated: February 15, 2019 | Respectfully submitted, |
| | LOCKE LORD LLP |
| | By: */s/ Xiyi Fu* <br> Xiyi Fu <br> Elizabeth M. Guffy (*pro hac vice* to be filed) <br> Attorneys for Creditor <br> Quanta Energy Services LLC |

**Locke Lord LLP**
101 Montgomery Street, Suite 1950
San Francisco, CA 94104