Brian Lohan, Esq.
Steven Fruchter, Esq.
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
Email: brian.lohan@arnoldporter.com
　　　　steven.fruchter@arnoldporter.com

James W. Grudus, Esq.
One AT&T Way, Room 3A115
Bedminster, New Jersey 07921
Telephone: (908) 234-3318
Facsimile: (832) 213-0157
Email: Jg5786@att.com

*Counsel for AT&T*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors.[1] | Case No. 19-30088 DM<br>(Jointly Administered)<br>Chapter 11<br>Hon. Dennis Montali<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**TO THE DEBTORS AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Arnold & Porter Kaye Scholer LLP hereby appears in this proceeding as counsel for AT&T Corp. and certain of its affiliates ("AT&T"). Pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017(a), 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Arnold & Porter Kaye Scholer LLP requests that all copies of any notices given in this proceeding and all

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: PG&E Corporation [4914] and Pacific Gas and Electric Company [2640].

papers served or required to be served in this proceeding, be given to and served upon the undersigned counsel, at the address set forth below. An e-mail address is included and notice by e-mail is affirmatively acknowledged as being acceptable:

**ARNOLD & PORTER KAYE SCHOLER LLP**
Brian Lohan, Esq.
Steven Fruchter, Esq.
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000
Email: brian.lohan@arnoldporter.com
      steven.fruchter@arnoldporter.com

James W. Grudus, Esq.
One AT&T Way, Room 3A115
Bedminster, New Jersey 07921
Telephone: (908) 234-3318
Facsimile: (832) 213-0157
Email: Jg5786@att.com

**PLEASE TAKE FURTHER NOTICE** that this appearance and demand for notice is neither intended as nor is it a consent of AT&T to jurisdiction of the Bankruptcy Court nor, specifically but not limited to, a waiver of (i) AT&T's rights to have final orders in non-core matters entered only after de novo review by a district judge; (ii) AT&T's rights to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) AT&T's rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which AT&T is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments AT&T expressly reserves.

Dated: February 15, 2019
      New York, New York

                        **ARNOLD & PORTER KAYE SCHOLER LLP**

                 By: */s/ Steven Fruchter*

                     Brian Lohan, Esq.
                     Steven Fruchter, Esq.
                     250 West 55th Street
                     New York, New York 10019
                     Telephone: (212) 836-8000
                     Facsimile: (212) 836-8689
                     brian.lohan@arnoldporter.com
                     steven.fruchter@arnoldporter.com

| | |
|---|---|
| 1 | |
| 2 | *and* |
| 3 | James W. Grudus, Esq.<br>One AT&T Way, Room 3A115 |
| 4 | Bedminster, New Jersey 07921<br>Telephone: (908) 234-3318 |
| 5 | Facsimile: (832) 213-0157<br>Email: Jg5786@att.com |
| 6 | |
| 7 | *Counsel for AT&T* |