# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION**

- and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

Bankruptcy Case No. 19 - 30088 (DM)

Chapter 11

(Lead Case)

(Jointly Administered)

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Ryan Vyskocil, do declare and state as follows:

1. I am a consultant at Prime Clerk LLC, the claims and noticing agent for the debtors PG&E Corporation and Pacific Gas and Electric Company, in the above-referenced chapter 11 bankruptcy cases.

2. On February 8, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the service list attached hereto as **Exhibit A**:

- *Interim Order Pursuant to 11 U.S.C. §§ 105(A) and 362 Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Stock of, and Claims Against, the Debtors* [Docket No. 212]

3. I declare under penalty under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 15th day of February 2019, at New York, NY.

_____
Ryan Vyskocil

# **Exhibit A**

Exhibit A
Notice of Interim Order Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| Anchorage Capital Group, LLC | 610 Broadway | | New York | NY | 10012 |
| Appaloosa, L.P. | 404 WASHINGTON AVE | | MIAMI BEACH | FL | 33139 |
| Hound Partners, LLC | 101 Park Ave | Floor 48 | New York | NY | 10178 |
| Lazard Asset Management, LLC | 30 Rockfeller Plaza | | New York | NY | 10020 |
| T. Rowe Price Associates, Inc. | 100 E. Pratt Street | | Baltimore | MD | 21202 |
| The Baupost Group, LLC | 1 SUMMER ST | | BOSTON | MA | 02110-0000 |
| The Vanguard Group, Inc. | 100 Vanguard Blvd. | | Malvern | PA | 19355 |