Dennis F. Dunne (*pro hac vice* application pending)
Samuel A. Khalil (*pro hac vice* application pending)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

*and*

Paul S. Aronzon (SBN 88781)
Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Proposed Counsel for the Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors and Debtors In Possession.<br><br>---<br>☒ Affects All Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br><br>* All papers shall be filed in the lead case, 19-30088 (DM) | Case No.: 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF NOTICES OF PAPERS, AND RESERVATION OF RIGHTS** |

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned cases as proposed counsel for the Official Committee of Unsecured Creditors and, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010, requests that copies of all notices and papers in these cases be given to and served upon the

following:

        Dennis F. Dunne (*pro hac vice* application pending)
        Samuel A. Khalil (*pro hac vice* application pending)
        MILBANK LLP
        55 Hudson Yards
        New York, New York 10001-2163
        Telephone: (212) 530-5000
        Facsimile: (212) 530-5219
        Email:  DDunne@milbank.com
                 SKhalil@milbank.com

and

        Paul S. Aronzon (SBN 88781)
        Gregory A. Bray (SBN 115367)
        Thomas R. Kreller (SBN 161922)
        MILBANK LLP
        2029 Century Park East, 33rd Floor
        Los Angeles, CA 90067
        Telephone:  (424) 386-4000/Facsimile:  (213) 629-5063
        Email:  PAronzon@milbank.com
                 GBray@milbank.com
                 TKreller@milbank.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the provisions specified above, but also includes any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, disclosure statement, and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that is filed or given in connection with these cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the party in interest (1) to have final orders in non-core matters entered only after de novo review by a United States District Court judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to have documents served in accordance with Federal Rule of Bankruptcy Procedure 7004 and Federal Rule of Civil Procedure 4, or to any other rights, claims, actions, or defenses, in law, in equity, or otherwise, all of which rights,

claims, actions, and defenses, are expressly reserved.

DATED: February 19, 2019    MILBANK LLP

_/s/ Gregory A. Bray_
DENNIS F. DUNNE
SAMUEL A. KHALIL
PAUL S. ARONZON
GREGORY A. BRAY
THOMAS R. KRELLER

*Proposed Counsel for the Official Committee of Unsecured Creditors*