UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **PG&E CORPORATION** | ) | Case No. 19-30088-DM |
| - and - | ) | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | ) | **(Lead Case)** |
| Debtors. | ) | |
| | ) | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Joseph Corrigan, hereby certify that on February 19, 2019, the Notice of Appearance and Request for Service of Papers was electronically filed. I further certify that true and correct copies have been served on February 19, 2019 by first class mail, postage prepaid, to any of the parties listed on the resulting Notice of Electronic Filing not noted as having received electronic service.

Dated: February 19, 2019   /s/ Joseph Corrigan
  Joseph Corrigan
  (Massachusetts BBO# 656426)
  Bankruptcy2@ironmountain.com
  Iron Mountain Information Management, LLC
  One Federal Street, 7th Floor
  Boston, MA  02110
  Tel. (617) 535-4744
  Fax. (617) 451-0409