BLANK ROME LLP
Jonathan A. Loeb (SBN 162758)
JLoeb@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

*Attorneys for Sabre Industries, Inc.*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| **In re:** | Case No. 19-30088 |
| **PG&E Corporation and Pacific Gas and Electric Company,** | (Jointly Administered) |
| Debtors. | Chapter: 11 |
| | **NOTICE OF FILING OF RECLAMATION DEMAND** |

PLEASE TAKE NOTICE that, Sabre Industries, Inc., by and through its undersigned counsel, hereby files this notice of the delivery of written demand for reclamation of goods pursuant to 11 U.S.C. § 546(c), upon the above-captioned debtors to reclaim certain assets (the "Goods") that are subject to reclamation. The Goods were sold in the ordinary course of business and delivered on credit terms to, and received by, the above-captioned Debtors during the forty-five days prior to the filing of bankruptcy. A copy of the reclamation demand letter is attached hereto as Exhibit 1.

PLEASE TAKE FURTHER NOTICE that Sabre Industries, Inc. reserves all of its rights and remedies available to it, at law or in equity, including but not limited to, its right to an allowed administrative expense claim under 11 U.S.C. § 503(b)(9) and/or its right to amend and supplement its reclamation demand and to serve and file additional demands or claims.

Case: 19-30088    Doc# 476    Filed: 02/19/19    Entered: 02/19/19 10:34:00    Page 1 of 2
NOTICE OF FILING OF RECLAMATION DEMAND

DATED: 02/15/2019        BLANK ROME LLP

By: /s/ Jonathan A. Loeb
    Jonathan A. Loeb

Attorneys for Sabre Industries, Inc.

NOTICE OF FILING OF RECLAMATION DEMAND