# EXHIBIT 1



February 13, 2019

**VIA ELECTRONIC MAIL AND OVERNIGHT MAIL**

Ms. Danielle Lewis
PG&E Corporation
245 Market Street, 5th Floor
San Francisco, CA 94105
Email: dpl0@pge.com

PG&E Corporation Reclamations Demands
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, New York 11232

Stephen Karotkin
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
stephen.karotkin@weil.com

      **Re:**   *In re PG&E Corporation, et al.*, Case No. 19-30088 (Jointly Administered)

Dear Ms. Lewis and Mr. Karotkin:

     I am writing on behalf of Sabre Industries, Inc. ("Sabre") a supplier of goods, in the form of infrastructure products to the above-captioned debtors and debtors in possession (collectively, the "Debtors"). Prior to January 29, 2019 (the "Petition Date"), the Debtors received, in the ordinary course of business, certain goods from Sabre for which Sabre has not received payment. Accordingly, Sabre hereby asserts certain claims, rights and remedies with respect to those unpaid goods.

     Pursuant to all applicable provisions of the Uniform Commercial Code, including without limitation section 2-702, section 546(c) of the United States Bankruptcy Code, and any applicable common law, Sabre hereby makes a reclamation demand upon the Debtors for all goods delivered by Sabre to the Debtors between December 14, 2018 and the Petition Date (the "Reclamation Goods"). Specifically, as set forth in the chart attached hereto as Exhibit A, the Debtors received no less than $371,556.80 in Reclamation Goods from Sabre in the 45 days prior to the Debtors' bankruptcy filings.

     Sabre makes this demand for reclamation without prejudice to all other rights and remedies available to it, at law or in equity, including, but not limited to, its right to an allowed administrative expense claim under 11 U.S.C. § 503(b)(9) for the value of all goods received by the Debtors within twenty days before the Petition Date. Sabre expressly reserves the right to modify, amend and/or supplement the demands made herein.

**Corporate Headquarters • Sabre Industries, Inc. • 8653 E. Highway 67 • Alvarado, TX 76009**
P: 817-852-1700  F: 817-852-1797  W: www.sabreindustries.com

Case: 19-30088  Doc# 8261-7  Filed: 07/07/19  Entered: 07/07/19 10:34:00  Page 2
of 24

February 13, 2019
Page 2


Please contact the undersigned for the instructions for the immediate return of the goods subject to this reclamation demand. You are further notified that all goods subject to Sabre's rights of reclamation should be immediately segregated by the Debtors and not used for any purpose.

Very truly yours,

Timothy A. Rossetti
EVP, CFO and CAO
Sabre Industries, Inc.

cc: Samuel Becker (Becker@BlankRome.com)

Attachments: Exhibit A

**Exhibit A**

| Order # | Bid # | Invoice # | Invoice Date | PO # | Invoiced Amounts | | Ship Date | Arrival Date | Ship-To Address |
|---|---|---|---|---|---|---|---|---|---|
| 19-418351 | 19-14438 | 540504 | 12/31/2018 | 3501176011 | $ | 4,550.63 | 12/14/2018 | 12/18/2018 | Fall River Mills, CA |
| 19-418579 | 19-14468 | 541757 | 1/15/2019 | 3501176827 | $ | 66,335.35 | 12/26/2018 | 1/2/2019 | Oroville, CA |
| 19-418687 | 19-14469 | 541758 | 1/15/2019 | 3501176846 | $ | 96,103.53 | 12/26/2018 | 1/2/2019 | Oroville, CA |
| 19-418762 | 19-14470 | 542141 | 1/17/2019 | 3501176797 | $ | 105,571.01 | 12/26/2018 | 1/7/2019 | Oroville, CA |
| 19-418823 | 19-14471 | 542142 | 1/17/2019 | 3501176792 | $ | 73,879.47 | 12/26/2018 | 1/7/2019 | Oroville, CA |
| | | | | Total | $ | 346,439.99 | | | |
| | | | | Sales Tax | $ | 25,116.81 | | | |
| | | | | Grand Total | $ | 371,556.80 | | | |

# Sabre Industries™

## BILL OF LADING - Short Form. Not Negotiable

*308884*

| | | BOL No. |
|---|---|---|
| Name of Carrier: CH ROBINSON | Carrier Number: 800-311-2130 x 13 | MSE 302226 |
| Carrier Code: BBTW | Pick Up Date and Time: 12/14/18 | Deliv. Date and Time: 12/18/18  00:00 |

| TO Consignee: PG&E | From Shipper: Bossier City, LA | Send All Freight Bills To: |
|---|---|---|
| Street: 21500 Pit Powerhouse Rd. | 5031 Hazel Jones Road | ☐ Shipper  ☒ Consignee  ☐ Third Party |
| City/State: Fall River Mills, CA  Zip Code: 96028 | Bossier City, LA 71111 | CH ROBINSON |
| Delivery/Special Instructions: Cameron Champion 530-360-6325 | | 2351 CONNECTICUT S STE 300 SARTELL MN 56377 |

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Miles |
|---|---|---|---|
| | 0 Load#: 0 | 2,668 | 0 |
| | 0 | | |
| 0 | | 0 | |
| 1 | 118351-1-1     Customer PO: 3501176011 PO Ln: 1 118351-3536-I | 1,281 | |
| 1 | 118351-1-1     Customer PO: 3501176011 PO Ln: 1 118351-3539-R | 1,387 | |
| | SO#118351 PO#3501176011 Project name- PO# 3501176011 WPL Steel Pole | | |
| | Please call 800-344-4997 24 hours before delivery between the hours of 8AM-5PM | | |
| | | | |
| | | | |
| | | | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____     DRIVER _____

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery: Name   Transportation Manager     Telephone No. _____   After Hrs. No. _____

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ **100,000.00**

SHIPPER/CONSIGNOR _____

## PRE-SHIPPING INSPECTION.
I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed _____  Truck Number _____
                Driver

Witnessed _____  Date 12/14/18  Time _____
                Name of Trucking Company

Sabre Representative _____

## POST-SHIPPING INSPECTION.
I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed _____  Company _____
                Crew Foreman

Witnessed _____  Date _____  Time _____



# Miscellaneous Shipment Authorization

| Pack ID | Customer | Site State | Site Name |
|---|---|---|---|
| 308886 | PG&E | CA | PO 3501176011 WPE |
| | **Requested By** | **Site Country** | |
| | drivers | | |

| **Ship Date** | **Arrive Date/Time** | **Model** | **Height** |
|---|---|---|---|
| 12/14/2018 | 12/18/2018 12:00 AM | | 0.00 |

| **ShipmentType** | **Material To Ship** | **Est Truck Loads** | **Ship From** |
|---|---|---|---|
| 4. CPU | Utility | | Bossier City |
| **Cosignee** | **Contact Name\Phone\Cell** | | **Ship Address** |
| PG&E | Cameron Champion | | 24500 Pit Powerhouse Rd. |
| | 530-360-6325 | | Fall River Mills, CA 96028 |

**Directions**

SO#418351 PO#3501176011 Project name- PO# 3501176011 WPE Steel Pole

Please call 24 hours before delivery between the hours of 8AM-5PM

Contact: Cameron Champion (530) 360-6325

| Line | Qty | Part Number | Description | Weight |
|---|---|---|---|---|
| | | Order Number: 418351 | | |
| 1 | 0 | | 418351 | 0.00 |
| 2 | 1 | | 418351-3539-B | 1,387.00 |
| 3 | 1 | | 418351-3536-T | 1,281.00 |

| Approved By: kharper | Total Weight: | 2,668.00 |
|---|---|---|

Case: 19-30088   Doc# 476-1   Filed: 02/19/19   Entered: 02/19/19 10:34:00   Page 7 of 24

CH ROBINSON                 800-311-2130 x 13        MSE-308886

RBTW                        12/14/18                 12/18/18   00:00

PG&E                        Bossier City, LA
                            5031 Hazel Jones Road         X
24500 Pit Powerhouse Rd.    Bossier City, LA 71111

Fall River Mills   CA   96028                       CH ROBINSON
                                                    2351 CONNECTICUT S
Cameron Champion                                    STE 300 SARTELL MN
530-360-6325                                        56377


         0 Load#: 0                                        2,668      0
         0

0                                                          0
1     *418351-1-1      Customer PO: 3501176011 PO Ln: 1 418351-3536-T     1,281
1     418351-1-1       Customer PO: 3501176011 PO Ln: 1 418351-3539-B     1,387
      SO#418351 PO#3501176011 Project name- PO#
      3501176011 WPE Steel Pole

      Please call 800-344-4997 24 hours before delivery
      between the hours of 8AM-5PM




                                              100,000.00

# Sabre Industries™

## BILL OF LADING - Short Form. Not Negotiable

418579

| | |
|---|---|
| Name of Carrier: Customer Pickup | Carrier Number: 800-325-0215 |
| Carrier Code: CPUX | Pick-Up Date and Time: 12/26/18 |
| | Delv. Date and Time: 12/29/18 |

BOL No.

TO Consignee:
Pacific Gas + Electric
Street: 2592 South 5th Ave
City/State: Oroville, CA   Zip Code: 95965
Delivery/Special Instructions:
Charlene McLoed
209-942-1669

From Shipper:
Bossier City, LA
5031 Hazel
Jones Rd

Send All Freight Bills To:
☐ Shipper   ☒ Consignee   ☒ Third Party

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Miles |
|---|---|---|---|
| 1 | 418579 - 7-3 - H2-65 | 940 | |
| 1 | 418579 - 6-1 - | 892 | |
| 1 | 418579 - 7-1 - H2-65   (not on manifest) | 940 | |
| 1 | 418579 - 6-2 - H | 892 | |
| 1 | 418579 - 7-2 - H2-65 | 940 | |
| 1 | 418579 - 4-2 - H1-65   (PO# 35011L0827) | 798 | |
| 1 | 418579 - 8-1 - H3-55 | 923 | |
| 1 | 418579 - 4-3 - H1-65 | 798 | |
| 1 | 418579 - 4-1 - H1-65 | 798 | |
| 1 | 418579 - 5-1 - H1-70 | 837 | |
| 1 | 418579 - 4-4 - H1-65 | 798 | |
| 1 | 418579 - 3-2 - H1-60 | 798 | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR ___KH___          DRIVER _____

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR ___KH___

Notify if problem arises in route or at delivery:   Name   Transportation Manager   Telephone No. _____   After Hrs. No. _____

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ _____ .

SHIPPER/CONSIGNOR ___KH___

## PRE-SHIPPING INSPECTION. I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed _____          Truck Number ___213___
                Driver

Witnessed ___Aslan Express___   Date ___12/28/18___   Time _____
          Name of Trucking Company

Sabre Representative _____

## POST-SHIPPING INSPECTION. I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed _____          Company _____
                Crew Foreman

Witnessed _____   Date _____   Time _____
          Driver

# Sabre Industries™

**BILL OF LADING - Short Form. Not Negotiable**

| Name of Carrier: Utley | Carrier Number: 800-325-0215 | BOL No. |
| Carrier Code: CPDX | Pick-Up Date and Time: 12/26/18 | Delv. Date and Time: 12/29/18 |

TO Consignee: Pacific Gas + Electric
Street: 2892 South 5th Ave
City/State: OROVILLE, CA Zip Code: 95965
Delivery/Special Instructions: Charlene McLoed
209-942-1669

From Shipper: Bossier City, CA

Send All Freight Bills To:
☐ Shipper  ☒ Consignee  ☐ Third Party

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Miles |
|---|---|---|---|
| 1 | 418579 - 1-1 - RI-60 | 786 | |
| 1 | 418579 - 3-1 - H1-60 | 752 | |
| 1 | 418579 - 2-1 - H1-55 | 752 | |
| 1 | 418579 - 9-2 - H3-65 | 1,017 | |
| | | | |
| | PO# 350 11 76827 | | |
| | | | |
| | | | |
| | | | |
| | | | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____ DRIVER _____

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery:  Name ___ Transportation Manager ___   Telephone No. _____   After Hrs. No. _____

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ _____

SHIPPER/CONSIGNOR _____

**PRE-SHIPPING INSPECTION.** I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed_____   Truck Number_____
         Driver

Witnessed_____   Date_____   Time_____
         Name of Trucking Company

Sabre Representative_____

**POST-SHIPPING INSPECTION.** I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed_____   Company_____
         Crew Foreman

Witnessed_____   Date_____   Time_____

# Sabre·FWT

## Load Verification Inspection

DATE: _____ BOL# _____ Job# 41857q Truck# _____

| | | Check Box |
|---|---|---|

(1) Verify information on ID tag matches information on the section.

(2) Verify all welds on the section are completed.

(3) Verify there is no outer damage to the poles.

6542 7-3 7-2 4-1 1-1
6-1 4-2 5-1 3-1
8-1 4-4 2-1
6-2 4-3 3-2 9-7

(4) Check quality of surface finish.

7-1

(5) Verify there are no loose items within the section.

16 Base

(6) Verify protective caps are in place where required.

(7) Verify there is proper spacing and protection to prevent shipping damage.

2-55 1H1

(8) Verify all hardware is palletize and stretch wrapped, with job number and ship date.

3-1H 60 11H 5-76 1H1

(9) Purple flag the trailer once the load has been verified as correct.

4-1H 65 12-09-1
9-55.8
9-65 H5

Comments: _____

NOTE: STOP SHIPMENT IF A PROBLEM IS FOUND AND NOTIFY MANAGEMENT.

Inspector: _____

Forklift Driver (if Needed): _____

# BILL OF LADING - Short Form. Not Negotiable

**Sabre Industries** 418579

| | | |
|---|---|---|
| Name of Carrier: CHRobinson | Carrier Number: | BOL No. Load 1 |
| Carrier Code: CPDX | Pick-Up Date and Time: 12/26 | Delv. Date and Time: 1/2/18 |
| TO Consignee: PGE | From Shipper: Bossier City LA 71111 | Send All Freight Bills To: ☐ Shipper ☒ Consignee ☐ Third Party |

Street: 2503 S. 5th Ave

City/State: Oroville, CA 95165   Zip Code:

Delivery/Special Instructions:

Charlene McLeod 209-492-1060

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | | | | Weight | Miles |
|---|---|---|---|---|---|---|
| | PO # B606 3501170827 | | | | 7.56 lbs | |
| 1 | 1-1 | C1 | 60 | T | | |
| 1 | 2-1 | H1 | 55 | T | 8T | |
| 1 | 3-1 | H1 | 60 | T | | |
| 1 | 3-2 | H1 | 60 | T | | |
| 1 | 7-3 | H2 | 65 | T | | |
| 1 | 10-1 | H4 | 65 | T | | |
| 1 | 4-1 | H1 | 65 | T | | |
| 1 | 4-2 | H1 | 65 | T | | |
| 1 | 4-3 | H1 | 65 | T | | |
| 1 | 4-4 | H1 | 65 | T | | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _Kenny Hemper_   DRIVER _Wayne Ihas_

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _N/A_

Notify if problem arises in route or at delivery:  Name _Transportation Manager_   Telephone No. _____   After Hrs. No. _____

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ _____

SHIPPER/CONSIGNOR _N/A_

**PRE-SHIPPING INSPECTION.** I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed _Wayne Ihas_   Driver   Truck Number _827_

Witnessed _Txphe? Makie_   Name of Trucking Company   Date _12/28/18_   Time _____

Sabre Representative _____

**POST-SHIPPING INSPECTION.** I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed _____   Crew Foreman   Company _____

Witnessed _____   Driver   Date _____   Time _____

# BILL OF LADING - Short Form. Not Negotiable

**Sabre Industries**

| Name of Carrier: | Carrier Number: | BOL No. |
|---|---|---|
| Carrier Code: | Pick-Up Date and Time: | Delv. Date and Time: |

| TO Consignee: | From Shipper: | Send All Freight Bills To: |
|---|---|---|
| Street: | | ☐ Shipper  ☐ Consignee  ☐ Third Party |
| City/State:     Zip Code: | | |
| Delivery/Special Instructions: | | |

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Miles |
|---|---|---|---|
| | 418579    PO# 3501176827 | | |
| 1 | 9-1   H3.65 T | | |
| 1 | 9-2   H2.55 T | | |
| 1 | 5-1   H1.70 T | | |
| 1 | 6-1   H2.55 T | | |
| 1 | 7-1   H2.65 T | | |
| 1 | 7-2   H2.65 T | | |
| 1 | 8-1   H3.55 T | | |
| 1 | 9-2   H3.65 T | | |
| | | | |
| | | | |
| | | | |

**DRIVER CERTIFICATION.** Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____  DRIVER _____

**SECTION 7 - NON-RECOURSE ON CONSIGNOR.** If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery: Name   Transportation Manager   Telephone No. _____ After Hrs. No. _____

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ _____ .

SHIPPER/CONSIGNOR _____

## PRE-SHIPPING INSPECTION.
I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed _____   Truck Number _____
      Driver

Witnessed _____   Date _____ Time _____
      Name of Trucking Company

Sabre Representative _____

## POST-SHIPPING INSPECTION.
I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed _____   Company _____
      Crew Foreman

Witnessed _____   Date _____ Time _____

# Sabre·FWT

## Load Verification Inspection

DATE: _____ BOL# _____ Job# 579 Truck# _____

Check Box

| (1) | Verify information on ID tag matches information on the section. | 1-1  4-1  5-1<br>2-1  4-2  6-1<br>3-1  A-3  7-1<br>3-2  4-4  7-2<br>7-3  9-1  8-1<br>10-1  6-2  9-2 |  |
| (2) | Verify all welds on the section are completed. |  |  |
| (3) | Verify there is no outer damage to the poles. |  |  |
| (4) | Check quality of surface finish. |  |  |
| (5) | Verify there are no loose items within the section. |  |  |
| (6) | Verify protective caps are in place where required. |  |  |
| (7) | Verify there is proper spacing and protection to prevent shipping damage. | 18 · Female |  |
| (8) | Verify all hardware is palletize and stretch wrapped, with job number and ship date. | Sections |  |
| (9) | Purple flag the trailer once the load has been verified as correct. |  |  |

Comments: _____

NOTE: STOP SHIPMENT IF A PROBLEM IS FOUND AND NOTIFY MANAGEMENT.

Inspector: _____

Forklift Driver (if Needed): _____

# BILL OF LADING - Short Form. Not Negotiable

**Sabre Industries** 418687

| | |
|---|---|
| Name of Carrier: CH Robinson | Carrier Number: |
| Carrier Code: CPUX | Pick-Up Date and Time: 12/26/18 |
| | BOL No. Load 1 |
| | Delv. Date and Time: 1/2/19 |

TO Consignee: Visalia PG&E

Street: 2593 S. 5th Ave

City/State: Oroville, CA    Zip Code: 95965

From Shipper: Bossier City, LA 71111
5031 Hazel Jones Rd

Send All Freight Bills To:
☐ Shipper  ☒ Consignee  ☐ Third Party

Delivery/Special Instructions:
Cheureene McLeod 209-407-1609

PO# 3501176846    Weight 256 lbs

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | | | Weight | Miles |
|---|---|---|---|---|---|
| 1 | 4-1 | C1 75 | B | | |
| 1 | 5-1 | C1 80 | B | | |
| 1 | 5-2 | C1 80 | B | | |
| 1 | 7-1 | H2 85 | B | | |
| 1 | 1-6 | C1 60 | B | | |
| 1 | 3-3 | C1 70 | B | | |
| 1 | 1-4 | C1 60 | B | | |
| 1 | 3-4 | C1 70 | B | | |
| 1 | 3-1 | C1 70 | B | | |
| 1 | 7-1 | C1 65 | B | | |
| 1 | 7-5 | C1 65 | B | | |

(110 B)

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____    DRIVER _Jerry Simmons 005_

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery: Name  Transportation Manager    Telephone No. _____    After Hrs. No. _____

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ _____

SHIPPER/CONSIGNOR _____

**PRE-SHIPPING INSPECTION.** I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed X _Jerry Simmons 005_ (Driver)    Truck Number  H 05

Witnessed _____ EXD    Date 12/27/18    Time _____
Name of Trucking Company    CCPA

Sabre Representative _____

**POST-SHIPPING INSPECTION.** I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed _____ (Crew Foreman)    Company _____

Witnessed _____ (Driver)    Date _____    Time _____

Case: 19-30088    Doc# 476-1    Filed: 02/19/19    Entered: 02/19/19 10:34:00    Page 15 of 24

# Sabre Industries™

4181087

## BILL OF LADING - Short Form. Not Negotiable

Name of Carrier: CHRobinson

Carrier Code: CPUX

Carrier Number:

BOL No.: Load 1

Pick-Up Date and Time: 12/26/18

Delv. Date and Time: 1/2/19

TO Consignee: PG&E

Street: 2593 E 5th Ave

City/State: Oroville, Ca    Zip Code: 95965

From Shipper: Bossier City LA 71111 5031 Hazel Jones Rd

Send All Freight Bills To:
☐ Shipper   ☒ Consignee   ☐ Third Party

Delivery/Special Instructions: Christian MyCool 2094421669

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | | | | Weight | Miles |
|---|---|---|---|---|---|---|
| 1 | 2-4 | C1 | 65 | 13 | PO 3501176846 | |
| 1 | 2-8 | C1 | 65 | 13 | | |
| 1 | 1-3 | C1 | 60 | 13 | | |
| 1 | 6-1 | C1 | 60 | 13 | | |

**DRIVER CERTIFICATION.** Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____    DRIVER _____

**SECTION 7 - NON-RECOURSE ON CONSIGNOR.** If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery: Name ___Transportation Manager___   Telephone No. _____   After Hrs. No. _____

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ _____

SHIPPER/CONSIGNOR _____

**PRE-SHIPPING INSPECTION.** I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed _____    Truck Number _____
          Driver

Witnessed _____   Date _____   Time _____
          Name of Trucking Company

Sabre Representative _____

**POST-SHIPPING INSPECTION.** I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed _____    Company _____
          Crew Foreman

# Sabre · FWT

## Load Verification Inspection

DATE: _____

BOL#: _____  Job#: 418687  Truck#: _____  Check Box

(1) Verify information on ID tag matches information on the section.

(2) Verify all welds on the section are completed.

(3) Verify there is no outer damage to the poles.

(4) Check quality of surface finish.

(5) Verify there are no loose items within the section.

(6) Verify protective caps are in place where required.

(7) Verify there is proper spacing and protection to prevent shipping damage.

(8) Verify all hardware is palletize and stretch wrapped, with job number and ship date.

(9) Purple flag the trailer once the load has been verified as correct.

4-1  1-6  3-1  2-8
5-1  3-3  2-1  1-3
5-2  1-4  2-5  6-1
7-1  3-4  2-4  1-3

16 male sections

Comments: _____

_____

_____

NOTE: STOP SHIPMENT IF A PROBLEM IS FOUND AND NOTIFY MANAGEMENT.

Inspector: _____

Forklift Driver (if Needed): _____

# BILL OF LADING - Short Form. Not Negotiable

**Sabre Industries™**   406687

| | |
|---|---|
| Name of Carrier: CPUX  CHRobinson | Carrier Number: |
| Carrier Code: | BOL No. Local 2 |
| | Pick-Up Date and Time: 12/26 |
| | Delv. Date and Time: 1/2/19 |
| TO Consignee: PG&E | From Shipper: Bossier City LA 71111 |
| Street: 2593 S 5th Ave | 503 Hazel Jones |
| City/State: Oroville, CA   Zip Code: | Send All Freight Bills To: ☐ Shipper  ☒ Consignee  ☐ Third Party |
| Delivery/Special Instructions: PG&a  Charlene McLeod 492 1669 | |

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Miles |
|---|---|---|---|
| | PO# 3501176846 | | |
| 1 | 1-4   C1   160   T | | |
| 1 | 1-3   C1   160   T | | |
| 1 | 1-1   C1   160   T | | |
| 1 | 1-5   C1   160   T | | |
| 1 | 6-1   X1   160   T | | |
| 1 | 1-6   C1   160   T | | |
| 1 | 1-7   C1   160   T | | |
| 1 | 1-2   C1   160   T | | |
| 1 | 3-1   C1   70   T | | |
| 1 | 3-2   C1   70   T | | |
| 1 | 3-3   C1   70   T | | |

**DRIVER CERTIFICATION.** Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____   DRIVER X _____

**SECTION 7 - NON-RECOURSE ON CONSIGNOR.** If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery: Name __Transportation Manager__   Telephone No. _____   After Hrs. No. _____

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ _____

SHIPPER/CONSIGNOR _____

**PRE-SHIPPING INSPECTION.** I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed X _____   Truck Number # 55

Witnessed _Flying Bird_   Date 12/28/18   Time _____
Name of Trucking Company

Sabre Representative _____

**POST-SHIPPING INSPECTION.** I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed _____   Company _____
Crew Foreman

Witnessed _____   Date _____   Time _____

# BILL OF LADING - Short Form. Not Negotiable

## Sabre Industries™

| Name of Carrier: Wiley Cat Robinson | Carrier Number: | BOL No. |
| Carrier Code: CDUX | Pick-Up Date and Time: | Delv. Date and Time: |

| TO Consignee: Ogle | From Shipper: | Send All Freight Bills To: |
| Street: 7593 S 5th Ave | | ☐ Shipper   ☐ Consignee   ☐ Third Party |
| City/State: Oroville, CA   Zip Code: 95963 | | |
| Delivery/Special Instructions: | | |

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | | Weight | Miles |
|---|---|---|---|---|
| | PO# 350 76841 | | | |
| | 4-1  C175 T | 5-1  C1 80 T | | |
| | 4-2  C1 75 T | 5-2  C1 80 T | | |
| | 7-1  C12 85 T | 2-7  C1 65 T | | |
| | 2-8  C1 65 T | 2-5  C1 65 T | | |
| | 2-1  C1 65 T | 2-6  C1 65 T | | |
| | 2-3  C1 65 T | | | |
| | 2-4  C1 65 T | | | |
| | 2-2  C1 65 T | | | |
| | 3-4  C1 70 T | | | |
| | 1-8  C1 60 T | | | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____     DRIVER _____

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery: Name __Transportation Manager__   Telephone No. _____   After Hrs. No. _____

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ _____ .

SHIPPER/CONSIGNOR _____

**PRE-SHIPPING INSPECTION.** I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed_____   Truck Number_____
         Driver

Witnessed_____   Date_____   Time_____
         Name of Trucking Company

Sabre Representative_____

**POST-SHIPPING INSPECTION.** I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed_____   Company_____
         Crew Foreman

Witnessed_____   Date_____   Time_____

# BILL OF LADING - Short Form. Not Negotiable

**Sabre Industries** 418762

309159

| Name of Carrier: CH Robinson | Carrier Number: | BOL No. Load 1 |
|---|---|---|
| Carrier Code: CPUX | Pick-Up Date and Time: 2124 | Delv. Date and Time: 1/2/18 |

| TO Consignee: PGF | From Shipper: Bossier City, LA 71111 5031 Hazel Jong | Send All Freight Bills To: ☐ Shipper ☒ Consignee ☐ Third Party |
|---|---|---|
| Street: 2543 S. 5th Ave | | |
| City/State: Oroville CA Zip Code: 95965 | | |

Delivery/Special Instructions: 209-492
Charlene Mytool

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | | Weight | Miles |
|---|---|---|---|---|
| | 418762 PO # 350117 6797 | | | |
| 5-1 | HI 70 | | | |
| 1-6 | CI 65 | | | |
| 1-1 | CI 65 | 8 HI 65 T | | |
| 1-5 | CI 65 | 14 CI 65 T | | |
| 1-4 | CI 65 | | | |
| 4-3 | HI 65 | | | |
| 4-2 | HI 65 | | | |
| 1-12 | CI 65 | | | |
| 4-1 | HI 65 | | | |
| 1-10 | CI 65 | | | |
| 1-8 | CI 65 | | | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____ DRIVER X _____

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery: Name Transportation Manager   Telephone No. _____   After Hrs. No. _____

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ _____

SHIPPER/CONSIGNOR _____

## PRE-SHIPPING INSPECTION. I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed _____ Driver   Truck Number # 116

Witnessed _____ Name of Trucking Company   Date 12/27/18   Time _____

Sabre Representative _____

## POST-SHIPPING INSPECTION. I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed _____ Crew Foreman   Company _____

Witnessed _____ Driver   Date _____   Time _____

# BILL OF LADING - Short Form. Not Negotiable

**Sabre Industries™**

| | | |
|---|---|---|
| Name of Carrier: CHAMPION OPUX | Carrier Number: | BOL No. Load 1 |
| Carrier Code: | Pick-Up Date and Time: 1/2/26 | Delv. Date and Time: 1/2/18 |

TO Consignee: PGE

Street: 2593 S 5th Ave

City/State: Oroville, CA   Zip Code: 95965

From Shipper: Bossier City LA 7(11) 5031 Hazel Jones

Send All Freight Bills To:
☐ Shipper   ☐ Consignee   ☒ Third Party

Delivery/Special Instructions:
Cheurlew McLeod 309.492.1601

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Miles |
|---|---|---|---|
| 1 | 1-14    C1    05    DO 3501 76 797 | | |
| 1 | 4-9    H1 -05 | | |
| 1 | 4-8    H1    05 | | |
| 1 | 1-9    C1    05 | | |
| 1 | 1-11    C1    05 | | |
| 1 | 4-7    H1    05 | | |
| 1 | 1-13    C1    05 | | |
| 1 | 1-7    C1    05 | | |
| 1 | 1-3    C1    05 | | |
| 1 | 4-4    H1    05 | | |
| 1 | 1-2    C1    05 | | |
| 1 | 4-5    H1    05 | | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____   DRIVER _____

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery: Name   Transportation Manager   Telephone No. _____   After Hrs. No. _____

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ _____ .

SHIPPER/CONSIGNOR _____

## PRE-SHIPPING INSPECTION.
I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed _____   Driver

Truck Number _____

Witnessed _____   Name of Trucking Company

Date _____   Time _____

Sabre Representative _____

## POST-SHIPPING INSPECTION.
I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed _____   Crew Foreman

Company _____

Witnessed _____   Driver   Date _____

# Sabre · FWT

3001159

## Load Verification Inspection

DATE: 12-19-18   BOL# BORDER   Job# 418767   Truck# _____   Check Box

H1 ≠ 0

5-1  4-3  1-14  1-13
     4-2  4-9  1-7
1-6  1-12  4-8  1-3
     4-1  1-9  4-4
1-1  1-10  1-11  1-2
1-5  1-8  4-7  4-5
     1-4  4-7  ✗

23 Female sections

(1) Verify information on ID tag matches information on the section.

(2) Verify all welds on the section are completed.

(3) Verify there is no outer damage to the poles.

(4) Check quality of surface finish.

(5) Verify there are no loose items within the section.

(6) Verify protective caps are in place where required.

(7) Verify there is proper spacing and protection to prevent shipping damage.

(8) Verify all hardware is palletize and stretch wrapped, with job number and ship date.

(9) Purple flag the trailer once the load has been verified as correct.

Comments: _____

_____

NOTE: STOP SHIPMENT IF A PROBLEM IS FOUND AND NOTIFY MANAGEMENT.

Inspector: _Anthony Frazier_

Forklift Driver (if Needed): _____

# BILL OF LADING - Short Form. Not Negotiable

**Sabre Industries** 418762

BOL No. 3091160

| Name of Carrier: CH no binson | Carrier Number: | |
|---|---|---|
| Carrier Code: CPUX | Pick-Up Date and Time: 12/20 | Delv. Date and Time: 1/2 |

**Load 2**

TO Consignee: PG&E

From Shipper: Bossier City LA 71111

Send All Freight Bills To:
- ☐ Shipper
- ☒ Consignee
- ☒ Third Party

Street: 2593 E. 5th Ave

City/State: Oroville, CA   Zip Code: 95965

Delivery/Special Instructions: Marlene McLeod 2094921000

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Miles |
|---|---|---|---|
| | PO # 350117679 1 | 28K | 1105 |
| 1 | 1-10    C1    65 T    418762   11 C1 65 T | | |
| 1 | 1-14    C1    105 T    5   #1 105 T | | |
| 1 | 1-9    C1    105 T | | |
| 1 | 1-1    C1    105 T | | |
| 1 | 1-4    C1    105 T | | |
| 1 | 4-5    #1    105 T | | |
| 1 | 1-6    C1    105 T | | |
| 1 | 1-13    C1    105 T | | |
| 1 | 1-3    C1    105 T | | |
| 1 | 4-7    #1    105 T | | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR

DRIVER X

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR

Notify if problem arises in route or at delivery: Name   Transportation Manager    Telephone No.    After Hrs. No.

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $

SHIPPER/CONSIGNOR

## PRE-SHIPPING INSPECTION.
I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed _____ Driver

Truck Number #13

Witnessed _____   Name of Trucking Company

Date 12/28/18    Time _____

Sabre Representative _____

## POST-SHIPPING INSPECTION.
I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed _____   Crew Foreman

Company _____

Witnessed _____   Date _____   Time _____

Case: 19-30088   Doc# 476-1   Filed: 02/19/19   Entered: 02/19/19 10:34:00   Page 23 of 24

# BILL OF LADING - Short Form. Not Negotiable

**Sabre Industries™**

| | |
|---|---|
| Name of Carrier: | Carrier Number: |
| | BOL No. |
| Carrier Code: | Pick-Up Date and Time: |
| | Delv. Date and Time: |
| TO Consignee: | From Shipper: |
| | Send All Freight Bills To: |
| Street: | ☐ Shipper  ☐ Consignee  ☐ Third Party |
| City/State:        Zip Code: | |
| Delivery/Special Instructions: | |

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Miles |
|---|---|---|---|
| | PO # 350117679? | | |
| 4-4 | H1 65 T | | |
| 4-8 | H1 65 T | | |
| 1-12 | C1 65 T | | |
| 4-1 | H1 65 T | | |
| 1-5 | C1 65 T | | |
| 1-6 | C1 65 T | | |
| | | | |
| | | | |
| | | | |
| | | | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____          DRIVER _____

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery:   Name   Transportation Manager          Telephone No. _____   After Hrs. No. _____

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ _____ .

SHIPPER/CONSIGNOR _____

**PRE-SHIPPING INSPECTION.** I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed_____          Truck Number_____
            Driver

Witnessed_____          Date_____          Time_____
            Name of Trucking Company

Sabre Representative_____

**POST-SHIPPING INSPECTION.** I have visually inspected the material on truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed_____          Company_____
            Crew Foreman

Witnessed_____          Date_____          Time_____
            Driver