# Sabre·FWT

## Load Verification Inspection

DATE: _____ BOL# 3101334 Job# 418762 Truck# _____

| | | Check Box |
|---|---|---|
| (1) Verify information on ID tag matches information on the section. | 1-10   1-4   1-3   1-12 | |
| (2) Verify all welds on the section are completed. | 1-14   4-5   4-7   4-1 | |
| (3) Verify there is no outer damage to the poles. | 1-9   1-6   4-4   1-5 | |
| (4) Check quality of surface finish. | 1-1   1-13   4-8   1-6 | |
| (5) Verify there are no loose items within the section. | 16 male sections | |
| (6) Verify protective caps are in place where required. | | |
| (7) Verify there is proper spacing and protection to prevent shipping damage. | | |
| (8) Verify all hardware is palletize and stretch wrapped, with job number and ship date. | | |
| (9) Purple flag the trailer once the load has been verified as correct. | | |

Comments: _____

NOTE: STOP SHIPMENT IF A PROBLEM IS FOUND AND NOTIFY MANAGEMENT.

Inspector: _Anthony Jnurgy_

Forklift Driver (If Needed): _____

# BILL OF LADING - Short Form. Not Negotiable

**Sabre Industries** 418762 L3 309163

| | |
|---|---|
| Name of Carrier: **Customer Pickup** | Carrier Number: |
| Carrier Code: **CPUX** | BOL No. **MSE-309163** |
| | Pick-Up Date and Time: **01/04/19** | Delv. Date and Time: **01/07/19 00:00** |
| TO Consignee: **PG&E** | From Shipper: **Bossier City, LA 5031 Hazel Jones Road Bossier City, LA 71111** |
| Street: | Send All Freight Bills To: ☐ Shipper ☒ Consignee ☐ Third Party |
| City/State: **Oroville CA 95965** Zip Code: | |
| Delivery/Special Instructions: **Charlene McLeod 209-492-1669** | |

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Miles |
|---|---|---|---|
| | 418762 Load#: 0 | 17,228 | 0 |
| | 0 | | |
| 1 | 418762-1-11   Customer PO: 3501176797 PO Ln: 5 418762-3509-B | 824 | |
| 1 | 418762-1-2   Customer PO: 3501176797 PO Ln: 2 418762-3509-B | 824 | |
| 1 | 418762-1-7   Customer PO: 3501176797 PO Ln: 5 418762-3509-B | 824 | |
| 1 | 418762-1-8   Customer PO: 3501176797 PO Ln: 5 418762-3509-B | 824 | |
| 1 | 418762-2-1   Customer PO: 3501176797 PO Ln: 4 418762-3510-T | 1,141 | |
| 1 | 418762-3-1   Customer PO: 3501176797 PO Ln: 8 418762-3510-T | 1,141 | |
| | | | |
| | | | |
| | | | |
| | | | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____   DRIVER _____

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery:   Name **Transportation Manager**   Telephone No. _____   After Hrs. No. _____

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE The agreed or declared value of the property is specifically stated by the shipper to be $ **100,000.00**

SHIPPER/CONSIGNOR _____

**PRE-SHIPPING INSPECTION.** I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed **Varas Allen**   Driver   Truck Number **511**

Witnessed **IXCHEL MARIE**   Name of Trucking Company   Date **1-4-19**   Time _____

Sabre Representative _____

**POST-SHIPPING INSPECTION.** I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed _____   Crew Foreman   Company _____

Witnessed _____   Date _____   Time _____

# BILL OF LADING - Short Form. Not Negotiable

**Sabre Industries**

| | | |
|---|---|---|
| Name of Carrier:<br>Customer Pickup | Carrier Number: | BOL No.<br>MSF-309-163 |
| Carrier Code:<br>CPUX | Pick-Up Date and Time:<br>01/04/19 | Delv. Date and Time:<br>01/07/19 00:00 |

**TO Consignee:**
PG&E

Street:

City/State: Orrville CA Zip Code: 95965

Delivery/Special Instructions:
Charlene McLeod
209-492-1669

**From Shipper:**
Bossier City, LA
5031 Hazel Jones Road
Bossier City, LA 71111

**Send All Freight Bills To:**
[ ] Shipper  [X] Consignee  [ ] Third Party

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | | Weight | Miles |
|---|---|---|---|---|
| 1 | 418762-3-2 | Customer PO: 3501176797 PO Ln: 8 418762-3510-T | 1,141 | |
| 1 | 418762-2-1 | Customer PO: 3501176797 PO Ln: 4 418762-3511-B | 892 | |
| 1 | 418762-3-1 | Customer PO: 3501176797 PO Ln: 8 418762-3513-B | 1,268 | |
| 1 | 418762-3-2 | Customer PO: 3501176797 PO Ln: 8 418762-3513-B | 1,268 | |
| 1 | 418762-4-6 | Customer PO: 3501176797 PO Ln: 7 418762-3525-T | 1,010 | |
| 1 | 418762-4-2 | Customer PO: 3501176797 PO Ln: 1 418762-3526-B | 837 | |
| 1 | 418762-4-3 | Customer PO: 3501176797 PO Ln: 1 418762-3526-B | 837 | |
| 1 | 418762-4-5 | Customer PO: 3501176797 PO Ln: 7 418762-3526-B | 837 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____ DRIVER _____

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery: Name   Transportation Manager   Telephone No. _____   After Hrs. No. _____

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ **100,000.00**

SHIPPER/CONSIGNOR _____

**PRE-SHIPPING INSPECTION.** I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed _____   Truck Number _____
         Driver

Witnessed _____   Date _____   Time _____
         Name of Trucking Company

Sabre Representative _____

**POST-SHIPPING INSPECTION.** I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed _____   Company _____
         Crew Foreman

Witnessed _____   Date _____   Time _____
         Driver

## Sabre Industries™

# BILL OF LADING - Short Form. Not Negotiable

| | | BOL No. |
|---|---|---|
| Name of Carrier: **Customer Pickup** | Carrier Number: | MSF-309163 |
| Carrier Code: **CPUX** | Pick-Up Date and Time: 01/04/19 | Delv. Date and Time: 01/07/19  00:00 |

| TO Consignee: **PG&E** | From Shipper: **Bossier City, LA** 5031 Hazel Jones Road Bossier City, LA 71111 | Send All Freight Bills To: |
|---|---|---|

Street:

Send All Freight Bills To:
☐ Shipper  ☒ Consignee  ☐ Third Party

City/State: **Oroville     CA   95966**      Zip Code:

Delivery/Special Instructions: **Charlene McLeod 209-492-1669**

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Miles |
|---|---|---|---|
| 1 | 418762-6-1       Customer PO: 3501176797 PO Ln: 3 418762-3538-T | 1,281 | |
| 1 | 418762-6-1       Customer PO: 3501176797 PO Ln: 3 418762-3539-B | 1,387 | |
| 1 | 418762-5-1       Customer PO: 3501176797 PO Ln: 6 418762-3611-B | 892 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____     DRIVER _____

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignee, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery:  Name   Transportation Manager     Telephone No. _____     After Hrs. No. _____

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ **100,000.00**

SHIPPER/CONSIGNOR _____

**PRE-SHIPPING INSPECTION.** I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed _____          Truck Number _____
                 Driver

Witnessed _____      Date _____     Time _____
                Name of Trucking Company

Sabre Representative _____

**POST-SHIPPING INSPECTION.** I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed _____          Company _____
                Crew Foreman

Witnessed _____      Date _____     Time _____
                Driver

# BILL OF LADING - Short Form. Not Negotiable

## Sabre Industries™

| | |
|---|---|
| Name of Carrier: **Customer Pickup** | Carrier Number: |
| Carrier Code: **CPUX** | Pick-Up Date and Time: **01/04/19** |
| TO Consignee: **PG&E** | |
| Street: | |
| City/State: **Oroville** CA Zip Code: **95965** | |

BOL No. **MSF-309-163**

Deliv. Date and Time: **01/07/19   00:00**

From Shipper:
**Bossier City, LA
5031 Hazel Jones Road
Bossier City, LA 71111**

Send All Freight Bills To:
☐ Shipper  ☒ Consignee  ☐ Third Party

Delivery/Special Instructions:
**Charlene McLoed
209-492-1669**

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Miles |
|---|---|---|---|
| | Please deliver to the following location: | | |
| | | | |
| | 2602 South 5th Ave. Oroville, CA 95966 | | |
| | | | |
| | 72 Hour Advanced Notice by driver. | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____   DRIVER _____

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignee, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery: Name   Transportation Manager      Telephone No. _____   After Hrs. No. _____

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ **100,000.00**

SHIPPER/CONSIGNOR _____

## PRE-SHIPPING INSPECTION.
I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed _____ Driver      Truck Number _____

Witnessed _____ Name of Trucking Company      Date _____      Time _____

Sabre Representative _____

## POST-SHIPPING INSPECTION.
I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed _____ Crew Foreman      Company _____

Witnessed _____ Driver      Date _____      Time _____

The New

**Sabre · FWT**

JOB # 418762

BOL # ~~309163~~ 309163

## SABRE-FWT CORPORATION'S FREIGHT IS VERY TIME SENSITIVE

1. I UNDERSTAND THE HOURS NEEDED TO REACH THE DESTINATION AND I HAVE THE AVAILABLE DRIVING HOURS NEEDED TO COMPLETE THE DELIVERY IN A TIMELY MANNER.
2. I CAN COVER THE MILES NEEDED TO DRIVE AND BE ON TIME PER APPT DAY AND TIME, (LISTED ON BILL OF LADING) AND DELIVER ON TIME ACCORDING TO ACTUAL LOAD TIME LEAVING SABRE FACILITIES.
3. IN THE EVENT OF ANY SITUATION OR CIRCUMSTANCE WHICH MIGHT CAUSE DELAY IN DELIVERY, I AGREE TO GIVE A 24-48 HOUR NOTICE, OR AS MUCH NOTICE AS POSSIBLE, OF SUCH POSSIBLE DELAY TO SABRE-FWT COMMUNICATIONS CORPORATION BY CALLING SABRE AT 866-254-3707 AND INFORM SABRE OF THE DELAY.

DRIVER(S) PLEASE GO OVER ITEMS LISTED ABOVE AND VERIFY ALL ARE IN ORDER TO MAKE SURE YOU UNDERSTAND LOAD SEVERITY AND YOU CAN DELIVER LOAD ON TIME. IF ANSWER IS (NO) TO ANY OF THE ABOVE YOU NEED TO CALL YOUR DISPATCH PRIOR TO LOADING AND/OR MOVING THE LOAD.

IF YOU DO NOT NOTIFY AND/OR DO NOT MAKE ON TIME DELIVERY DUE TO DRIVER NEGLIGENCE, DAMAGES LISTED BELOW COULD BE APPLIED AND CHARGES/DETENTION WILL BE ASSESSED TO YOUR COMPANY.

1. BACK CHARGES FOR CRANE DOWNTIME.
2. BACK CHARGES FOR CREW DOWNTIME.

ARRIER(S) NOT LIABLE FOR DELAY WHEN SUCH DELAY IS CAUSED BY ACT OF GOD, WORK STOPPAGE, IMPASSABLE IGHWAYS, BRIDGES, WAR, REBELLION, RIOT OR THE ACT OF PUBLIC AUTHORITY.

E REQUIREMENTS

signing this document the driver verifies they have all the personal protective equipment (PPE) required (i.e. dhat, ANSI-approved safety glasses/prescription safety glasses with side shields, high-visibility reflective vest, k gloves appropriate for the potential hazards (Jersey gloves are not permitted to be worn as the only means of tection), and protective toe footwear that meet the safety-toe specifications as ASTM F2413-05 with compression ng of C75). When required hearing protection devices and Fire Retardant clothing.

ER SIGNATURE: _Lucas Allen_



# Sabre Communications™ Corporation

## Miscellaneous Shipment Authorization

| | | | |
|---|---|---|---|
| **Pack ID**<br>309163 | **Customer**<br>PG&E | **Site State**<br>CA | **Site Name**<br>PO 3501176797 WPES |
| | **Requested By**<br>cgarcia | **Site Country** | |
| **Ship Date**<br>1/4/2019 | **Arrive Date/Time**<br>01/07/2019 12:00 AM | **Model** | **Height**<br>0.00 |

| | | | |
|---|---|---|---|
| **ShipmentType**<br>4. CPU | **Material To Ship**<br>Utility | **Est Truck Loads** | **Ship From**<br>Bossier City |
| **Cosignee**<br>PG&E | **Contact Name\Phone\Cell**<br>Charlene McLoed<br>209-492-1669 | **Ship Address**<br>Oroville, CA 95965 | |

**Directions**
SO# 418762, PG&E, PO# 3501176797

Please deliver to the following location:

2592 South 5th Ave. Oroville, CA 95965

72 Hour Advanced Notice by driver.

| Line | Qty | Part Number | Description | Weight |
|---|---|---|---|---|
| | | | **Order Number: 418762** | |
| 2 | 1 | | 418762-3509-B | 824.00 |
| 3 | 1 | | 418762-3526-B | 837.00 |
| 4 | 1 | | 418762-3526-B | 837.00 |
| 5 | 1 | | 418762-3513-B | 1,268.00 |
| 6 | 1 | | 418762-3509-B | 824.00 |
| 7 | 1 | | 418762-3611-B | 892.00 |
| 8 | 1 | | 418762-3526-B | 837.00 |
| 9 | 1 | | 418762-3511-B | 892.00 |
| 10 | 1 | | 418762-3509-B | 824.00 |
| 11 | 1 | | 418762-3513-B | 1,268.00 |
| 12 | 1 | | 418762-3509-B | 824.00 |
| 13 | 1 | | 418762-3539-B | 1,387.00 |
| 14 | 1 | | 418762-3510-T | 1,141.00 |
| 15 | 1 | | 418762-3510-T | 1,141.00 |
| 16 | 1 | | 418762-3510-T | 1,141.00 |
| 17 | 1 | | 418762-3525-T | 1,010.00 |
| 18 | 1 | | 418762-3536-T | 1,281.00 |

Approved By: kharper

| | |
|---|---|
| **Total Weight:** | 17,228.00 |

Case: 19-30088   Doc# 476-2   Filed: 02/19/19   Entered: 02/19/19 10:34:00   Page 7 of 27

MSE-309163

Customer Pickup

CPUX                                    01/04/19            01/07/19   00:00

PG&E                                    Bossier City, LA                 X
                                        5031 Hazel Jones Road
                                        Bossier City, LA 71111

Oroville        CA   95965

Charlene McLoed
209-492-1669

                                                              17,228    0

        418762 Load#: 0
        0                                                     824
  1     418762-1-11   Customer PO: 3501176797 PO Ln: 5 418762-3509-B   824
  1     418762-1-2    Customer PO: 3501176797 PO Ln: 2 418762-3509-B   824
  1     418762-1-7    Customer PO: 3501176797 PO Ln: 5 418762-3509-B   824
  1     418762-1-8    Customer PO: 3501176797 PO Ln: 5 418762-3509-B   1,141
  1     418762-2-1    Customer PO: 3501176797 PO Ln: 4 418762-3510-T   1,141
  1     418762-3-1    Customer PO: 3501176797 PO Ln: 8 418762-3510-T

                                                        100,000.00

Customer Pickup

MSE-309163

CPUX

01/04/19

01/07/19   00:00

PG&E

Bossier City, LA
5031 Hazel Jones Road
Bossier City, LA 71111

X

Oroville       CA    95965

Charlene McLoed
209-492-1669

| | | | |
|---|---|---|---|
| 1 | 418762-3-2 | Customer PO: 3501176797 PO Ln: 8 418762-3510-T | 1,141 |
| 1 | 418762-2-1 | Customer PO: 3501176797 PO Ln: 4 418762-3511-B | 892 |
| 1 | 418762-3-1 | Customer PO: 3501176797 PO Ln: 8 418762-3513-B | 1,268 |
| 1 | 418762-3-2 | Customer PO: 3501176797 PO Ln: 8 418762-3513-B | 1,268 |
| 1 | 418762-4-6 | Customer PO: 3501176797 PO Ln: 7 418762-3525-T | 1,010 |
| 1 | 418762-4-2 | Customer PO: 3501176797 PO Ln: 1 418762-3526-B | 837 |
| 1 | 418762-4-3 | Customer PO: 3501176797 PO Ln: 1 418762-3526-B | 837 |
| 1 | 418762-4-9 | Customer PO: 3501176797 PO Ln: 7 418762-3526-B | 837 |

100,000.00

Customer Pickup                                          MSE-309163

CPUX                                        01/04/19        01/07/19   00:00

PG&E                                        Bossier City, LA
                                            5031 Hazel Jones Road              X
                                            Bossier City, LA 71111

Oroville        CA    95965

Charlene McLoed
209-492-1669

| | | | |
|---|---|---|---|
| 1 | 418762-6-1 | Customer PO: 3501176797 PO Ln: 3 418762-3536-T | 1,281 |
| 1 | 418762-6-1 | Customer PO: 3501176797 PO Ln: 3 418762-3539-B | 1,387 |
| 1 | 418762-5-1 | Customer PO: 3501176797 PO Ln: 6 418762-3611-B | 892 |

100,000.00

Customer Pickup

MSE-309163

CPUX

01/04/19

01/07/19   00:00

PG&E

Bossier City, LA
5031 Hazel Jones Road
Bossier City, LA 71111

X

Oroville       CA    95965

Charlene McLoed
209-492-1669

Please deliver to the following location:

2592 South 5th Ave. Oroville, CA 95965

72 Hour Advanced Notice by driver.

100,000.00



**Sabre · FWT**

## Load Verification Inspection

DATE: _____ BOL# _____ Job# 418 762 Truck# _____

Check Box

(1) Verify information on ID tag matches information on the section.

80 H02 - 6-1

(2) Verify all welds on the section are completed.

65 H1 - 4-6

(3) Verify there is no outer damage to the poles.

80 C1 - 3-1

(4) Check quality of surface finish.

70 C1 - 2-1

(5) Verify there are no loose items within the section.

80 C1 - 3-2

1-2    2-1    4-3
6-1    4-9    3-1
3-2    5-1    1-7
1-8    1-11   4-2

Internal section
Ar male section
5 female section

(6) Verify protective caps are in place where required.

(7) Verify there is proper spacing and protection to prevent shipping damage.

(8) Verify all hardware is palletize and stretch wrapped, with job number and ship date.

(9) Purple flag the trailer once the load has been verified as correct.

Comments: _____

NOTE: STOP SHIPMENT IF A PROBLEM IS FOUND AND NOTIFY MANAGEMENT.

Inspector: _____

Forklift Driver (If Needed): _____

# Sabre · FWT

## Load Verification Inspection

DATE: _____ BOL# 30~~9~~ᴀ~~ᴀ~~~~ᴀ~~ 30916³ Job# 418162 Truck# _____ Check Box

(1) Verify information on ID tag matches information on the section.

(2) Verify all welds on the section are completed.

(3) Verify there is no outer damage to the poles.

(4) Check quality of surface finish.

(5) Verify there are no loose items within the section.

(6) Verify protective caps are in place where required.

(7) Verify there is proper spacing and protection to prevent shipping damage.

(8) Verify all hardware is palletize and stretch wrapped, with job number and ship date.

(9) Purple flag the trailer once the load has been verified as correct.

```
6-1   4-9   4-2
1-2   5-1   1-7
3-2   2-1   3-1
1-8   1-11  4-3

12-male section
```

Comments: _____

_____

_____

NOTE: STOP SHIPMENT IF A PROBLEM IS FOUND AND NOTIFY MANAGEMENT.

Inspector: _____

Forklift Driver (if Needed): _____

# BILL OF LADING - Short Form. Not Negotiable

**Sabre Industries™**  411873  pg 1  309179

| Name of Carrier: CH Robinson | Carrier Number: | BOL No. L1 |
|---|---|---|
| Carrier Code: CHUX | Pick-Up Date and Time: 12/26 | Delv. Date and Time: 1/2/18 |

TO Consignee: Pole

Street: 2593 South 5th Ave

City/State: Oroville, CA  Zip Code: 95965

Send All Freight Bills To:
☐ Shipper  ☒ Consignee  ☐ Third Party

Delivery/Special Instructions:

Charlene McLeod 209-492-1469

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Miles |
|---|---|---|---|
| | 411873    3501 767 92 | | |
| 1 | 1-9    C1 US | | |
| 1 | 1-3    C1 US | | |
| 1 | 1-2    C1 US | | |
| 1 | 3-1    H1 US | | |
| 1 | 3-6    H1 US | | |
| 1 | 1-8    C1 US | | |
| 1 | 3-10   H1 US | | |
| 1 | 1-6    C1 US | | |
| 1 | 1-7    C1 US | | |
| 1 | 3-9    H1 US | | |
| 1 | 1-4    C1 US | | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____    DRIVER _____

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery:  Name  Transportation Manager    Telephone No. _____    After Hrs. No. _____

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ _____

SHIPPER/CONSIGNOR _____

## PRE-SHIPPING INSPECTION.
I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed _____ Driver    Truck Number 4 723

Witnessed _____ Name of Trucking Company    Date 12/31/18    Time _____

Sabre Representative _____

## POST-SHIPPING INSPECTION.
I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed _____ Crew Foreman    Company _____

Witnessed _____ Driver    Date _____    Time _____

# Sabre Industries™ 418823 PG2

## BILL OF LADING - Short Form. Not Negotiable

| Name of Carrier: | Carrier Number: | BOL No. L1 |
|---|---|---|
| Carrier Code: | Pick-Up Date and Time: | Delv. Date and Time: |

| TO Consignee: | From Shipper: | Send All Freight Bills To: |
|---|---|---|
| Street: | | ☐ Shipper   ☐ Consignee   ☐ Third Party |
| City/State:          Zip Code: | | |
| Delivery/Special Instructions: | | |

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Miles |
|---|---|---|---|
| | 418823     DO # 350117679Z | | |
| 1 | 3-5     HI 45     B | | |
| 1 | 2-1     CI 75     B | | |
| 1 | 3-8     HI 45     B | | |
| 1 | 3-2     HI 45     B | | |
| 1 | 1-1     CI 45     B | | |
| | 1  CI  75  B | | |
| | 9  CI  45  B | | |
| | 7  HI  45  B | | |

**DRIVER CERTIFICATION.** Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____     DRIVER  X _____

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery:   Name   Transportation Manager      Telephone No. _____      After Hrs. No. _____

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ _____.

SHIPPER/CONSIGNOR _____

**PRE-SHIPPING INSPECTION.** I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed  X _____         Truck Number _____
                Driver

Witnessed _____         Date _____      Time _____
        Name of Trucking Company

Sabre Representative _____

**POST-SHIPPING INSPECTION.** I have visually inspected the material on truck prior to their removal and have found that they are not warped, damaged in any way beyond the form, fit or function of the project.

Signed _____         Company _____
            Crew Foreman

Witnessed _____
            Driver



# Sabre·FWT

## Load Verification Inspection

DATE: _____ BOL#: _____ Job#: 823 Truck#: _____        Check Box

(1) Verify information on ID tag matches information on the section.

(2) Verify all welds on the section are completed.

(3) Verify there is no outer damage to the poles.

(4) Check quality of surface finish.

1-9  1-3  1-2  3-1
3-6  1-8  3-10  1-6
1-7  3-9  1-4  3-5
2-1  3-8  3-2  1-1

(5) Verify there are no loose items within the section.

(6) Verify protective caps are in place where required.

(7) Verify there is proper spacing and protection to prevent shipping damage.

16 male sections

(8) Verify all hardware is palletize and stretch wrapped, with job number and ship date.

(9) Purple flag the trailer once the load has been verified as correct.

2- PS

Comments: _____

NOTE: STOP SHIPMENT IF A PROBLEM IS FOUND AND NOTIFY MANAGEMENT.

Inspector: _____

Forklift Driver (if Needed): _____

# Sabre·FWT

## Load Verification Inspection

DATE: 12-19-18    BOL# _____    Job# 418767    Truck# _____    Check Box

| | | |
|---|---|---|
| (1) | Verify information on ID tag matches information on the section. | |
| (2) | Verify all welds on the section are completed. | |
| (3) | Verify there is no outer damage to the poles. | |
| (4) | Check quality of surface finish. | |
| (5) | Verify there are no loose items within the section. | |
| (6) | Verify protective caps are in place where required. | |
| (7) | Verify there is proper spacing and protection to prevent shipping damage. | |
| (8) | Verify all hardware is palletize and stretch wrapped, with job number and ship date. | |
| (9) | Purple flag the trailer once the load has been verified as correct. | |

H1 70

5-1  4-3  1-14  1-13
1-0  4-2  4-9  1-7
     1-12  4-8  1-3
1-1  4-1  1-9  4-4
1-5  1-10  1-11  1-2
     1-6  4-7  4-5
1-1                ✗

2,3 Female
sections

Comments: _____

_____

NOTE: STOP SHIPMENT IF A PROBLEM IS FOUND AND NOTIFY MANAGEMENT.

Inspector: Anthony Graziz

Forklift Driver (If Needed): _____

# BILL OF LADING - Short Form. Not Negotiable

**Sabre Industries™** 418823 (L2) 309181

| | | |
|---|---|---|
| Name of Carrier **Customer Pickup** | Carrier Number: | BOL No. **MSF-309181** |
| Carrier Code **CPUX** | Pickup Date and Time: **01/07/19 00:00** | Dely. Date and Time: **00:00** |

| TO Consignee **PGE** | From Shipper **Bossier City, LA** **5031 Hazel Jones Road** **Bossier City, LA 71111** | Send All Freight Bills To: |
|---|---|---|
| Street: | | ☐ Shipper  ☒ Consignee  ☐ Third Party |
| City/State: **Oroville** CA  Zip Code: **95966** | | |
| Delivery/Special Instructions: **Charlene McLeod** **209-492-1669** | | |

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Miles |
|---|---|---|---|
| | 418823 Load#: 0 | 23,601 | 0 |
| | 0 | | |
| 1 | 418823-1-1   Customer PO: 3501176792 PO Ln: 2 Class-C1 - 65' [11.5' embed] M350037 418823-3508-1 | 1,025 | |
| 1 | 418823-1-2   Customer PO: 3501176792 PO Ln: 2 418823-3508-1 | 1,025 | |
| 1 | 418823-1-3   Customer PO: 3501176792 PO Ln: 2 418823-3508-1 | 1,025 | |
| 1 | 418823-1-4   Customer PO: 3501176792 PO Ln: 4 418823-3508-1 | 1,025 | |
| 1 | 418823-1-5   Customer PO: 3501176792 PO Ln: 4 418823-3508-1 | 1,025 | |
| 1 | 118823-1-6   Customer PO: 3501176792 PO Ln: 1 118823-3508-1 | 1,025 | |
| | | | |
| | | | |
| | | | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SHIPPER/CONSIGNOR _____   DRIVER X _____

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery:  Name **Transportation Manager**   Telephone No. _____   After Hrs. No. **100,000.00**

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ _____.

SHIPPER/CONSIGNOR _____

## PRE-SHIPPING INSPECTION.
I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed _____   Truck Number **739**
   *Driver*

Witnessed **American Machine**   Date **1/4/19**   Time _____
   *Name of Trucking Company*

Sabre Representative _____

## POST-SHIPPING INSPECTION.
I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed _____   Company _____
   *Crew Foreman*

Witnessed _____   Date _____
   *Driver*

# BILL OF LADING - Short Form. Not Negotiable

**Sabre Industries**

| | | |
|---|---|---|
| Name of Carrier: Customer Pickup | Carrier Number: | BOL No. MSF-30918-1 |
| Carrier Code: CPUX | Pick Up Date and Time: 01/04/19 | Delv. Date and Time: 01/07/19 00:00 |

TO Consignee: PG&E

Street:

City/State: Oroville    CA    Zip Code: 95965

Delivery/Special Instructions:
Charlene McLeod
209-492-1669

From Shipper: Bossier City, LA
5031 Hazel Jones Road
Bossier City, LA 71111

Send All Freight Bills To:
Shipper ☐    Consignee ☒    Third Party ☐

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Miles |
|---|---|---|---|
| 1 | 418823-1-7    Customer PO: 3501176792 PO Ln: 4 418823-3508-T | 1,025 | |
| 1 | 418823-1-8    Customer PO: 3501176792 PO Ln: 4 418823-3508-T | 1,025 | |
| 1 | 418823-1-9    Customer PO: 3501176792 PO Ln: 4 418823-3508-T | 1,025 | |
| 1 | 418823-1-5    Customer PO: 3501176792 PO Ln: 1 418823-3509-B | 821 | |
| 1 | 418823-2-1    Customer PO: 3501176792 PO Ln: 1 418823-3510-T | 1,141 | |
| 1 | 418823-3-1    Customer PO: 3501176792 PO Ln: 3 418823-3525-T | 1,010 | |
| 1 | 418823-3-10    Customer PO: 3501176792 PO Ln: 5 418823-3525-T | 1,010 | |
| 1 | 418823-3-2    Customer PO: 3501176792 PO Ln: 3 418823-3525-T | 1,010 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____    DRIVER _____

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignee, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery:  Name _____Transportation Manager_____    Telephone No. _____    After Hrs. No. 100,000.00

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ _____

SHIPPER/CONSIGNOR _____

## PRE-SHIPPING INSPECTION.
I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed _____    Truck Number _____
                Driver

Witnessed _____    Date _____    Time _____
                Name of Trucking Company

Sabre Representative _____

## POST-SHIPPING INSPECTION.
I have visually inspected the material on my truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed _____    Company _____
                Crew Foreman

Witnessed _____    Date _____    Time _____
                Driver

# BILL OF LADING - Short Form. Not Negotiable

## Sabre Industries

| | |
|---|---|
| Name of Carrier: **Customer Pickup** | Carrier Number: | BOL No. **MSF-309181** |
| Carrier Code: **CPUX** | Pick Up Date and Time: **07/07/19** | Delv. Date and Time: **07/07/19** **00:00** |

TO Consignee:
**PG&E**

Street:

City/State: **Orville** **CA** **95965** Zip Code:

Delivery Special Instructions: **Chemune McLeod**
**209-492-1669**

From Shipper: **Bossier City, LA**
**5031 Hazel Jones Road**
**Bossier City, LA 71111**

Send All Freight Bills To:
- [ ] Shipper
- [X] Consignee
- [ ] Third Party

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Miles |
|---|---|---|---|
| 1 | 418823-3-3 Customer PO: 3501176792 PO Ln: 3 418823-3525-T | 1,010 | |
| 1 | 418823-3-4 Customer PO: 3501176792 PO Ln: 3 418823-3525-T | 1,010 | |
| 1 | 418823-3-5 Customer PO: 3501176792 PO Ln: 3 418823-3525-T | 1,010 | |
| 1 | 418823-3-6 Customer PO: 3501176792 PO Ln: 3 418823-3525-T | 1,010 | |
| 1 | 418823-3-7 Customer PO: 3501176792 PO Ln: 5 418823-3525-T | 1,010 | |
| 1 | 418823-3-8 Customer PO: 3501176792 PO Ln: 5 418823-3525-T | 1,010 | |
| 1 | 418823-3-9 Customer PO: 3501176792 PO Ln: 5 418823-3525-T | 1,010 | |
| 1 | 418823-3-3 Customer PO: 3501176792 PO Ln: 3 418823-3526-B | 837 | |
| | | | |
| | | | |
| | | | |
| | | | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____ DRIVER _____

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignee, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery: Name ___Transportation Manager___ Telephone No. _____ After Hrs. No. **100,000.00**

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ _____

SHIPPER/CONSIGNOR _____

## PRE-SHIPPING INSPECTION.
I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed _____ Truck Number _____
                Driver

Witnessed _____ Date _____ Time _____
        Name of Trucking Company

Sabre Representative _____

## POST-SHIPPING INSPECTION.
I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed _____ Company _____
            Crew Foreman

Witnessed _____ Date _____ Time _____
            Driver

# BILL OF LADING - Short Form. Not Negotiable

## Sabre Industries

| | | |
|---|---|---|
| Name of Carrier: Customer Pickup | Carrier Number: | BOL No. MSF-309181 |
| Carrier Code: CPUX | Pick Up Date and Time: 07/04/19 | Dely. Date and Time: 01/07/19  00:00 |

TO Consignee: PG&E

From Shipper: Bossier City, LA
5031 Hazel Jones Road
Bossier City, LA 71111

Street:

City/State: Oroville    CA   95965   Zip Code:

Delivery/Special Instructions:
Charlene McLeod
209-492-1669

Send All Freight Bills To:
- [ ] Shipper
- [X] Consignee
- [ ] Third Party

| Quantity | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight | Miles |
|---|---|---|---|
| 1 | 418823-3-4     Customer PO: 3501178792 PO Ln: 3 418823-3526-B | 837 | |
| 1 | 418823-3-7     Customer PO: 3501178792 PO Ln: 5 418823-3526-B | 837 | |
| | Please deliver to the following location: | | |
| | | | |
| | 2592 South 5th Ave. Oroville, CA 95965 | | |
| | | | |
| | 72 Hour Advanced Notice by driver. | | |
| | | | |
| | | | |

DRIVER CERTIFICATION. Received, subject to negotiated rates and agreed-upon contract terms with Carrier or Broker. Receipt is acknowledged by Carrier of the property described above in apparent good order except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated above, which Carrier agrees to carry to destination.

This is to certify that the materials/articles listed above are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER/CONSIGNOR _____ DRIVER _____

SECTION 7 - NON-RECOURSE ON CONSIGNOR. If the shipment is to be delivered to the Consignee without recourse against the Consignor, the Consignor shall sign the following statement: The Carrier shall not make delivery of the shipment without either first establishing credit with the 'Consignee/Third party Bill to' depicted above, or without first receiving payment of freight and all other lawful charges.

SHIPPER/CONSIGNOR _____

Notify if problem arises in route or at delivery:  Name   Transportation Manager     Telephone No. _____   After Hrs. No. 100,000.00

AMOUNT OF LIABILITY FOR FREIGHT LOSS/DAMAGE. The agreed or declared value of the property is specifically stated by the shipper to be $ _____

SHIPPER/CONSIGNOR _____

## PRE-SHIPPING INSPECTION.
I have secured and visually inspected the material on my truck and have found that all parts visible are not warped, bent, scraped, dented or damaged in any way. I have also witnessed the Sabre Communications Representative named below inspect the cargo for damages or shortages.

Signed _____  Truck Number _____
         Driver

Witnessed _____  Date _____  Time _____
         Name of Trucking Company

Sabre Representative _____

## POST-SHIPPING INSPECTION.
I have visually inspected the material on this truck prior to their removal and have found that they are not warped, bent, scraped, dented or damaged in any way beyond the form, fit or function of the project.

Signed _____  Company _____
         Crew Foreman

Witnessed _____  Date _____  Time _____
         Driver

THE NEW

# Sabre-FWT

JOB# 4|7882̄3

BOL# 30 4|8 1

## SABRE-FWT CORPORATION'S FREIGHT IS VERY TIME SENSITIVE

1. I UNDERSTAND THE HOURS NEEDED TO REACH THE DESTINATION AND I HAVE THE AVAILABLE DRIVING HOURS NEEDED TO COMPLETE THE DELIVERY IN A TIMELY MANNER.
2. I CAN COVER THE MILES NEEDED TO DRIVE AND BE ON TIME PER APPT DAY AND TIME, (LISTED ON BILL OF LADING) AND DELIVER ON TIME ACCORDING TO ACTUAL LOAD TIME LEAVING SABRE FACILITIES.
3. IN THE EVENT OF ANY SITUATION OR CIRCUMSTANCE WHICH MIGHT CAUSE DELAY IN DELIVERY, I AGREE TO GIVE A 24-48 HOUR NOTICE, OR AS MUCH NOTICE AS POSSIBLE, OF SUCH POSSIBLE DELAY TO SABRE-FWT COMMUNICATIONS CORPORATION BY CALLING SABRE AT 866-254-3707 AND INFORM SABRE OF THE DELAY.

DRIVER(S) PLEASE GO OVER ITEMS LISTED ABOVE AND VERIFY ALL ARE IN ORDER TO MAKE SURE YOU UNDERSTAND LOAD SEVERITY AND YOU CAN DELIVER LOAD ON TIME. IF ANSWER IS (NO) TO ANY OF THE ABOVE YOU NEED TO CALL YOUR DISPATCH PRIOR TO LOADING AND/OR MOVING THE LOAD.

IF YOU DO NOT NOTIFY AND/OR DO NOT MAKE ON TIME DELIVERY DUE TO DRIVER NEGLIGENCE, DAMAGES LISTED BELOW COULD BE APPLIED AND CHARGES/DETENTION WILL BE ASSESSED TO YOUR COMPANY.

1. BACK CHARGES FOR CRANE DOWNTIME.
2. BACK CHARGES FOR CREW DOWNTIME.

ARRIER(S) NOT LIABLE FOR DELAY WHEN SUCH DELAY IS CAUSED BY ACT OF GOD, WORK STOPPAGE, IMPASSABLE IGHWAYS, BRIDGES, WAR, REBELLION, RIOT OR THE ACT OF PUBLIC AUTHORITY.

'E REQUIREMENTS

signing this document the driver verifies they have all the personal protective equipment (PPE) required (i.e. dhat, ANSI-approved safety glasses/prescription safety glasses with side shields, high-visibility reflective vest, rk gloves appropriate for the potential hazards {Jersey gloves are not permitted to be worn as the only means of tection}, and protective toe footwear that meet the safety-toe specifications as ASTM F2413-05 with compression ng of C75). When required hearing protection devices and Fire Retardant clothing.

ER SIGNATURE:



## Miscellaneous Shipment Authorization

| | | | |
|---|---|---|---|
| **Pack ID**<br>309181 | **Customer**<br>PG&E | **Site State**<br>CA | **Site Name**<br>PO 3501176792 WPES |
| | **Requested By**<br>cgarcia | **Site Country** | |
| **Ship Date**<br>1/4/2019 | **Arrive Date/Time**<br>01/07/2019 12:00 AM | **Model** | **Height**<br>0.00 |

| | | | |
|---|---|---|---|
| **ShipmentType**<br>4. CPU | **Material To Ship**<br>Utility | **Est Truck Loads** | **Ship From**<br>Bossler City |
| **Cosignee**<br>PG&E | **Contact Name\Phone\Cell**<br>Charlene McLoed<br>209-492-1669 | **Ship Address**<br>Oroville, CA 95965 | |

**Directions**
SO# 418823, PG&E, PO# 3501176792

Please deliver to the following location:

2592 South 5th Ave. Oroville, CA 95965

72 Hour Advanced Notice by driver.

| Line | Qty | Part Number | Description | Weight |
|---|---|---|---|---|
| | | Order Number: 418823 | | 1,025.00 |
| 2 | 1 | 418823-3508-T | | 1,025.00 |
| 3 | 1 | 418823-3508-T | | 1,025.00 |
| 4 | 1 | 418823-3508-T | | 1,010.00 |
| 5 | 1 | 418823-3525-T | | 1,010.00 |
| 6 | 1 | 418823-3525-T | | 1,025.00 |
| 7 | 1 | 418823-3508-T | | 1,025.00 |
| 8 | 1 | 418823-3508-T | | 1,010.00 |
| 9 | 1 | 418823-3525-T | | 1,025.00 |
| 10 | 1 | 418823-3508-T | | 1,010.00 |
| 11 | 1 | 418823-3525-T | | 1,010.00 |
| 12 | 1 | 418823-3525-T | | 1,025.00 |
| 13 | 1 | 418823-3508-T | | 1,010.00 |
| 14 | 1 | 418823-3525-T | | 1,025.00 |
| 15 | 1 | 418823-3508-T | | 1,010.00 |
| 16 | 1 | 418823-3525-T | | 1,025.00 |
| 17 | 1 | 418823-3508-T | | 1,010.00 |
| 18 | 1 | 418823-3525-T | | 1,141.00 |
| 19 | 1 | 418823-3510-T | | 1,010.00 |
| 20 | 1 | 418823-3525-T | | 1,010.00 |
| 21 | 1 | 418823-3525-T | | 837.00 |
| 22 | 1 | 418823-3526-B | | 837.00 |
| 23 | 1 | 418823-3526-B | | 824.00 |
| 24 | 1 | 418823-3509-B | | 837.00 |
| 25 | 1 | 418823-3526-B | | |

| | |
|---|---|
| | **Total Weight:** 23,801.00 |

Approved By: cgarcia

Customer Pickup                                          MSE-309181

CPUX                                      01/04/19      01/07/19  00:00

PG&E                                      Bossier City, LA
                                          5031 Hazel Jones Road           X
                                          Bossier City, LA 71111

Oroville         CA  95965
Charlene McLoed
209-492-1669

| | 418823 Load#: 0 | | 23,801 | 0 |
|---|---|---|---|---|
| | 0 | | | |
| 1 | 418823-1-1 | Customer PO: 3501176792 PO Ln: 2 Class-C1 - 65'  [11.5' embed]-M350087 418823-3508-T | 1,025 | |
| 1 | 418823-1-2 | Customer PO: 3501176792 PO Ln: 2 418823-3508-T | 1,025 | |
| 1 | 418823-1-3 | Customer PO: 3501176792 PO Ln: 2 418823-3508-T | 1,025 | |
| 1 | 418823-1-4 | Customer PO: 3501176792 PO Ln: 4 418823-3508-T | 1,025 | |
| 1 | 418823-1-5 | Customer PO: 3501176792 PO Ln: 4 418823-3508-T | 1,025 | |
| 1 | 418823-1-6 | Customer PO: 3501176792 PO Ln: 4 418823-3508-T | 1,025 | |

                                                        100,000.00

Customer Pickup                                    MSE-309181

CPUX                          01/04/19             01/07/19   00:00

PG&E                          Bossier City, LA                X
                              5031 Hazel Jones Road
                              Bossier City, LA 71111

Oroville          CA  95965

Charlene McLoed
209-492-1669

| | | | |
|---|---|---|---|
| 1 | 418823-1-7 | Customer PO: 3501176792 PO Ln: 4 418823-3508-T | 1,025 |
| 1 | 418823-1-8 | Customer PO: 3501176792 PO Ln: 4 418823-3508-T | 1,025 |
| 1 | 418823-1-9 | Customer PO: 3501176792 PO Ln: 4 418823-3508-T | 1,025 |
| 1 | 418823-1-5 | Customer PO: 3501176792 PO Ln: 4 418823-3509-B | 824 |
| 1 | 418823-2-1 | Customer PO: 3501176792 PO Ln: 1 418823-3510-T | 1,141 |
| 1 | 418823-3-1 | Customer PO: 3501176792 PO Ln: 3 418823-3525-T | 1,010 |
| 1 | 418823-3-10 | Customer PO: 3501176792 PO Ln: 5 418823-3525-T | 1,010 |
| 1 | 418823-3-2 | Customer PO: 3501176792 PO Ln: 3 418823-3525-T | 1,010 |

100,000.00

Customer Pickup

MSE-309181

CPUX                                01/04/19           01/07/19   00:00

PG&E                                Bossier City, LA                          X
                                    5031 Hazel Jones Road
                                    Bossier City, LA 71111

Oroville        CA   95965

Charlene McLoed
209-492-1669

| | | | |
|---|---|---|---|
| 1 | 418823-3-3 | Customer PO: 3501176792 PO Ln: 3 418823-3525-T | 1,010 |
| 1 | 418823-3-4 | Customer PO: 3501176792 PO Ln: 3 418823-3525-T | 1,010 |
| 1 | 418823-3-5 | Customer PO: 3501176792 PO Ln: 3 418823-3525-T | 1,010 |
| 1 | 418823-3-6 | Customer PO: 3501176792 PO Ln: 3 418823-3525-T | 1,010 |
| 1 | 418823-3-7 | Customer PO: 3501176792 PO Ln: 5 418823-3525-T | 1,010 |
| 1 | 418823-3-8 | Customer PO: 3501176792 PO Ln: 5 418823-3525-T | 1,010 |
| 1 | 418823-3-9 | Customer PO: 3501176792 PO Ln: 5 418823-3525-T | 1,010 |
| 1 | 418823-3-3 | Customer PO: 3501176792 PO Ln: 3 418823-3526-B | 837 |

100,000.00

MSE-309181

Customer Pickup

CPUX                          01/04/19        01/07/19  00:00

PG&E                          Bossier City, LA                    X
                              5031 Hazel Jones Road
                              Bossier City, LA 71111

Oroville        CA   95965

Charlene McLoed
209-492-1669

| | | | |
|---|---|---|---|
| 1 | 418823-3-4 | Customer PO: 3501176792 PO Ln: 3 418823-3526-B | 837 |
| 1 | 418823-3-7 | Customer PO: 3501176792 PO Ln: 5 418823-3526-B | 837 |

Please deliver to the following location:


2592 South 5th Ave. Oroville, CA 95965


72 Hour Advanced Notice by driver.


100,000.00