STROOCK & STROOCK & LAVAN LLP
Mark A. Speiser (pro hac vice pending)
(mspeiser@stroock.com)
Kenneth Pasquale (pro hac vice pending)
kpasquale@stroock.com)
Sherry J. Millman (pro hac vice pending)
(smillman@stroock.com)
Harold A. Olsen (pro hac vice pending)
(holsen@stroock.com)
180 Maiden Lane
New York, NY 10038-4982
Tel: 212 806 5400
Fax: 212 806 6006

STROOCK & STROOCK & LAVAN LLP
David W. Moon (#197711)
(dmoon@stroock.com)
2029 Century Park East
Los Angeles, CA 90067-3086
Tel: 310 556-5800
Fax: 310 556 5959

*Attorneys for Mizuho Bank, Ltd.*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>– and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☐ Affects all Debtors | Bankruptcy Case<br>No. 19 -30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY KENNETH PASQUALE** *PRO HAC VICE* |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Kenneth Pasquale, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the

Northern District of California on a *pro hac vice* basis representing Mizuho Bank, Ltd., in the above-entitled actions.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled actions. The name, address and telephone number of that attorney is:

David W. Moon (#197711)
Stroock & Stroock & Lavan LLP
2029 Century Park East
Los Angeles, CA 90067-3086
Tel: 310 556-5800
dmoon@stroock.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 19, 2019

/s/ Kenneth Pasquale
Kenneth Pasquale



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

**I, Aprilanne Agostino,** Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Kenneth Pasquale** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **5 th** day of **December 1990**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on February 08, 2019.

_Aprilanne Agostino_

Clerk of the Court