

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE:

PG&E CORPORATION AND PACIFIC
GAS AND ELECTRIC COMPANY,

Debtor.

Chapter 11
Case No.: 19-30088

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

Sodexo, Inc. & Affiliates aka SodexoMagic LLC ("Sodexo"), a creditor and party-in-interest in the above-referenced case, hereby gives notice of its appearance in this case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Sodexo, Inc.
c/o Judy D. Thompson, Esq.
JD Thompson Law
P.O. Box 33127
Charlotte, North Carolina 28233
jdt@jdthompsonlaw.com

Sodexo respectfully requests that it be served with copies of all notices issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Trustee, Bankruptcy Administrator or any other interested parties in this case, including all adversary proceedings, in accordance with Bankruptcy Rule 2002.

Further, Sodexo requests that Debtor forward to it, through its attorney of record, copies of all applications, motions, complaints and other pleadings filed by Debtor in the above-referenced case.

This Notice of Appearance does not give express or implied consent by the undersigned to accept service of process of any action commenced under Rule 7001 of the Federal Rules of Bankruptcy Procedure.

Respectfully submitted, this 5th day of February, 2019.

By: _____
Judy D. Thompson
NC State Bar No. 15617
JD Thompson Law
P.O. Box 33127
Charlotte, North Carolina 28233
(828)749-1865
jdt@jdthompsonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been served upon the parties listed below, as well as others, via Electronic Case Noticing this 5th day of February, 2019 to:

Counsel for the Debtor

Lynette C. Kelly

Attorney Advisor for the Trustee

By: _____
Judy D. Thompson