

Signed and Filed: February 19, 2019

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1   STROOCK & STROOCK & LAVAN LLP
    Mark A. Speiser (pro hac vice pending)
2   (mspeiser@stroock.com)
    Kenneth Pasquale (pro hac vice pending)
3   kpasquale@stroock.com)
    Sherry J. Millman (pro hac vice pending)
4   (smillman@stroock.com)
    Harold A. Olsen (pro hac vice pending)
5   (holsen@stroock.com)
    180 Maiden Lane
6   New York, NY 10038-4982
    Tel: 212 806 5400
7   Fax: 212 806 6006
8
9   STROOCK & STROOCK & LAVAN LLP
    David W. Moon (#197711)
10  (dmoon@stroock.com)
    2029 Century Park East
11  Los Angeles, CA 90067-3086
    Tel: 310 556-5800
12  Fax: 310 556 5959
13
    *Attorneys for Mizuho Bank, Ltd.*
14
15
16
17
18
19
20
21
22

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

23

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>– and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY** | Bankruptcy Case<br>No. 19 -30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |
| **Debtors.** | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY KENNETH PASQUALE *PRO HAC VICE*** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☐ Affects all Debtors | |

Kenneth Pasquale, whose business address and telephone number is

> STROOCK & STROOCK & LAVAN LLP
> 180 Maiden Lane
> New York, NY 10038-4982
> Tel: 212 806 5400
> Fax: 212 806 6006

and who is an active member in good standing of the bar of New York having applied in the above-entitled actions for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Mizuho Bank, Ltd.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac vice*.  Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party.  All future filings in these actions are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

### ***END OF ORDER***

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*