OREN B. HAKER (*pro hac vice*)
DAVID B. LEVANT (*pro hac vice*)
GABRIELLE GLEMANN (*pro hac vice*)
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  206.386.7530
Facsimile:  206.386.7500
gabrielle.glemann@stoel.com

*Attorneys for Party in Interest*
*Enel Green Power North America, Inc.*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br>    - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br>    Debtors. | Bankruptcy Case <br> No. 19 - 30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br> (Jointly Administered) <br><br> **NOTICE OF HEARING ON ENEL GREEN POWER NORTH AMERICA'S (I) MOTION TO CONFIRM SAFE HARBOR PROTECTION UNDER 11 U.S.C. §§ 362(b)(6) AND 556; AND (II) MOTION TO FILE UNDER SEAL** |
| ☐    Affects PG&E Corporation <br> ×    Affects Pacific Gas and Electric Company <br> ☐    Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Hearing Date: **March 12, 2019** <br> Time: **9:30 a.m.** <br> Courtroom:    Hon. Dennis Montali <br>                         450 Golden Gate Avenue <br>                         16th Floor, Courtroom 17 <br>                         San Francisco, CA 94102 <br><br> Objections Due: **March 5, 2019, 4 p.m.** |

**PLEASE TAKE NOTICE** that Enel Green Power North America, Inc. ("Enel") has filed a motion to confirm safe harbor protection under 11 U.S.C. §§ 362(b)(6) and 556 (the "Safe Harbor Motion" Dkt. 481),  and a motion to file certain contracts and related filings under seal

(the "Motion to File Under Seal," Dkt. 483, and together with the Safe Harbor Motion, the "Motions").

**PLEASE TAKE FURTHER NOTICE** that the Motions are each based on the Memorandum of Points and Authorities annexed thereto, respectively, the Declaration of Giovanni Bertolino filed in support of the Motions [Dkt. 484], the complete files and records of the referenced matters, the arguments of counsel, and such other and further matters as this Court may consider at or before any hearing on the Motions.

**PLEASE TAKE FURTHER NOTICE** that the Motions are set for hearing on **March 12, 2019 at 9:30 a.m. (PST)** before the Honorable Dennis Montali at the United States Bankruptcy Court for the Northern District of California, San Francisco Division, located at 450 Golden Gate Avenue, 16th Floor, Courtroom 17, San Francisco, CA 94102.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motions shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Northern District of California, shall be filed with the Bankruptcy Court in accordance with the customary practices of the Bankruptcy Court, and shall be served on (i) the Chambers of the Honorable Judge Dennis Montali, United States Bankruptcy Court for the Northern District of California, 450 Golden Gate Ave, 16th Floor, Courtroom 17, San Francisco, CA 94102; (ii) counsel for the Debtors, Weil, Gotshal & Manges, 767 Fifth Avenue, New York, NY 10153-0119, Attn: Stephen Karotkin, Jessica Liou and Matthew Goren, and Keller & Benvenutti LLP, 650 California Street, Suite 1900, San Francisco, CA 94108, Attn: Tobias S. Keller, Jane Kim; (iii) the Office of the United States Trustee, 450 Golden Gate Avenue, 5th Floor, Suite #05-0153, San Francisco, CA, 94102, Attn: James L. Snyder, Timothy Laffredi; (iv) each member of the Official Committee of Unsecured Creditors specified in the Notice of Appointment of the Official Committee of Unsecured Creditors [Docket 409], or proposed counsel for the Official Committee, once such counsel has been proposed; (v) each member of the Official Committee of Tort Claimants specified in the Notice of Appointment of the Official Committee of Tort Claimants [Docket No. 453], or proposed counsel for the Official Committee,

Notice of Hearing on Enel's Safe Harbor Motion and Motion to File Under Seal - Case No. 19-30088 (DM)

once such counsel has been proposed; (vi) counsel for Enel, Stoel Rives LLP, Attn: Gabrielle Glemann (gabrielle.glemann@stoel.com), 600 University Street, Suite 3600, Seattle, WA 98101; and (vii) all parties requesting notice in these chapter 11 cases pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, so as to be so filed or received no later than **March 5, 2019, at 4:00 p.m. (PST)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that reply papers in further support of the Motions must be filed and served no later than **12:00 p.m. (PST) on March 8, 2019**.

**PLEASE TAKE FURTHER NOTICE** that failure to properly file and serve an opposition may be deemed consent to the relief requested in the Motions or a waiver of any right to oppose it.

Dated: February 19, 2019         STOEL RIVES LLP

By:     /s/ Gabrielle Glemann
      Gabrielle Glemann

STOEL RIVES LLP
Oren B. Haker
David B. Levant
Gabrielle Glemann
600 University Street, Suite 3600
Seattle, WA 98101
Telephone:  206.624.0900
Facsimile:  206.386.7500
gabrielle.glemann@stoel.com

*Attorneys for Party in Interest
Enel Green Power North America, Inc.*

Notice of Hearing on Enel's Safe Harbor Motion and Motion to File Under Seal - Case No. 19-30088 (DM)