In re:

Debtor(s)

Bankruptcy No.:
R.S. No.:
Hearing Date:
Time:

## <u>Relief From Stay Cover Sheet</u>

Instructions: Complete caption and Section A for all motions.  Complete Section B for mobile homes, motor vehicles, and personal property.  Complete Section C for real property.  Utilize Section C as necessary.  If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A)     Date Petition Filed: _____          Chapter: _____

         Prior hearings on this obligation: _____     Last Day to File §523/§727 Complaints: _____

(B)     Description of personal property collateral (e.g. 1983 Ford Taurus):

         Secured Creditor   [    ] or lessor [    ]
         Fair market value:            $_____          Source of value:_____
         Contract Balance:            $_____          Pre-Petition Default:        $_____
         Monthly Payment:            $_____              No. of months: _____
         Insurance Advance:          $_____          Post-Petition Default:      $_____
                                                                   No. of months: _____

(C)     Description of real property collateral (e.g. Single family residence, Oakland, CA):

         Fair market value: $_____          Source of value:_____          If appraisal, date:_____

         Moving Party's position (first trust deed, second, abstract, etc.):

         Approx. Bal.                $_____          Pre-Petition Default:        $_____
         As of (date): _____                              No. of months: _____
         Mo. payment:               $_____          Post-Petition Default:      $_____
         Notice of Default (date): _____                      No. of months: _____
         Notice of Trustee's Sale: _____          Advances Senior Liens:      $_____

         Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed:_____ | $_____ | $_____ | $_____ |
| 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
| _____: | | | |
| _____: | | | |
| _____: | | | |
| (Total) | $_____ | $_____ | $_____ |

(D)     Other pertinent information:

Dated:                                                    _Gabrielle Glemann_
                                                              Signature

                                                   _____
                                                          Print or Type Name

                                                   Attorney for_____

Case: 19-30088    Doc# 486    Filed: 02/19/19    Entered: 02/19/19 18:33:51    Page 1 of 1