**Exhibit 10**

**Proposed Final DIP Financing Order**

**(To Be Filed Under Separate Notice)**