Jeffrey H. Lowenthal (State Bar No. 111763)
Dana M. Andreoli (State Bar No. 262068)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone:   (415) 421-3400
Facsimile:   (415) 421-2234
E-mail:       jlowenthal@steyerlaw.com
              dandreoli@steyerlaw.com

Attorneys for Creditor
Tanforan Industrial Park, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088 (DM) |
| PG&E Corporation and Pacific Gas and Electric Company, | Chapter 11 |
| Debtors. | **REQUEST FOR NOTICE – DANA M. ANDREOLI** |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE, pursuant to Bankruptcy Code Section 1109(b) and Federal |
| 2 | Rules of Bankruptcy Procedure 2002 and 9010, creditor Tanforan Industrial Park, LLC, hereby |
| 3 | requests that all notices given or required to be given in this bankruptcy case, and all papers |
| 4 | served or required to be served in this case, be given and served upon the following address, |
| 5 | which address should be added to the master service list: |
| 6 | Dana M. Andreoli |
| 7 | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP |
| 8 | One California Street, Third Floor |
| 9 | San Francisco, California 94111 Telephone: (415) 421-3400 |
| 10 | Facsimile: (415) 421-2234 Email: dandreoli@steyerlaw.com |
| 11 | PLEASE TAKE FURTHER NOTICE THAT the foregoing request also includes, without |
| 12 | limitation, notices of application, complaint, demand, hearing, motion, orders, pleadings, petition, |
| 13 | disclosure statement, plan of reorganization, or request, whether formal or informal, written or |
| 14 | oral, and whether transmitted or conveyed by mail, electronic mail, hand delivery, telephone, |
| 15 | facsimile, or otherwise filed with regard to the above case or any proceedings therein. |
| 16 | PLEASE TAKE FURTHER NOTICE THAT this request for notice is not intended to, nor |
| 17 | shall be deemed to waive the right to have final orders in any non-core matters entered only after |
| 18 | de novo review by a federal district judge; (ii) right to have any final order entered, or other |
| 19 | exercise of the judicial power of the United States performed by an Article III court; (iii) right to |
| 20 | trial by jury; (iv) right to have the bankruptcy reference withdrawn in any matter subject to |
| 21 | mandatory or discretionary withdrawal; or (v) any other rights, claims, actions, defenses, setoff, |
| 22 | recoupments, or other matters requesting party is entitled to under any agreement in law or in |
| 23 | equity, all of which are expressly reserved. |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 | / / / |
| 28 | / / / |

1

REQUEST FOR NOTICE - DANA M. ANDREOLI  CASE NO. 19-30088 (DM)
1694056.1 - CENTRIX.30TANFORAN

Case: 19-30088    Doc# 452    Filed: 02/20/19    Entered: 02/20/19 10:50:01    Page 2 of 4

| | |
|---|---|
| 1 | This Request for Notice shall not be construed as authorization to serve the attorneys for |
| 2 | creditor Tanforan Industrial Park, LLC with any summons and complaint or any service of |
| 3 | process under Bankruptcy Rule 7001, *et. seq*. |
| 4 | |
| 5 | DATED: February 20, 2019     STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP |

By: /s/ Dana M. Andreoli
Jeffrey H. Lowenthal
Dana M. Andreoli
Attorneys for Creditor
Tanforan Industrial Park, LLC

2

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE [eservice]** |
| 2 | |
| 3 | I hereby certify that on February 20, 2019, I electronically filed the foregoing REQUEST |
| 4 | FOR NOTICE – DANA M. ANDREOLI with the Clerk of the Court using the ECF system, |
| 5 | which will send notification of such filing to all attorneys of record registered for electronic |
| 6 | filing. |

           /s/ Alma Caliz Roque

Case: 19-30088    Doc# 452    Filed: 02/20/19    Entered: 02/20/19 10:50:01    Page 4 of 4