Jeffrey H. Lowenthal (State Bar No. 111763)
Dana M. Andreoli (State Bar No. 262068)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
E-mail: jlowenthal@steyerlaw.com
          dandreoli@steyerlaw.com

Attorneys for Creditor
Tanforan Industrial Park, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation and Pacific Gas and Electric Company,<br><br>                Debtors. | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>**REQUEST FOR NOTICE – JEFFREY H. LOWENTHAL** |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE, pursuant to Bankruptcy Code Section 1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9010, creditor Tanforan Industrial Park, LLC, hereby requests that all notices given or required to be given in this bankruptcy case, and all papers served or required to be served in this case, be given and served upon the following address, which address should be added to the master service list: |

        Jeffrey H. Lowenthal
        STEYER LOWENTHAL BOODROOKAS
         ALVAREZ & SMITH LLP
        One California Street, Third Floor
        San Francisco, California 94111
        Telephone: (415) 421-3400
        Facsimile: (415) 421-2234
        Email: jlowenthal@steyerlaw.com

PLEASE TAKE FURTHER NOTICE THAT the foregoing request also includes, without limitation, notices of application, complaint, demand, hearing, motion, orders, pleadings, petition, disclosure statement, plan of reorganization, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, hand delivery, telephone, facsimile, or otherwise filed with regard to the above case or any proceedings therein.

PLEASE TAKE FURTHER NOTICE THAT this request for notice is not intended to, nor shall be deemed to waive the right to have final orders in any non-core matters entered only after de novo review by a federal district judge; (ii) right to have any final order entered, or other exercise of the judicial power of the United States performed by an Article III court; (iii) right to trial by jury; (iv) right to have the bankruptcy reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (v) any other rights, claims, actions, defenses, setoff, recoupments, or other matters requesting party is entitled to under any agreement in law or in equity, all of which are expressly reserved.

/ / /

/ / /

/ / /

/ / /

/ / /

---

1

1       This Request for Notice shall not be construed as authorization to serve the attorneys for creditor Tanforan Industrial Park, LLC with any summons and complaint or any service of process under Bankruptcy Rule 7001, *et. seq*.

DATED: February 20, 2019       STEYER LOWENTHAL BOODROOKAS
                                            ALVAREZ & SMITH LLP

By:  /s/ Dana M. Andreoli
     Jeffrey H. Lowenthal
     Dana M. Andreoli
     Attorneys for Creditor
     Tanforan Industrial Park, LLC

Case: 19-30088   Doc# 493   Filed: 02/20/19   Entered: 02/20/19 10:54:54   Page 3 of 4

# CERTIFICATE OF SERVICE [eservice]

I hereby certify that on February 20, 2019, I electronically filed the foregoing REQUEST FOR NOTICE – JEFFREY H. LOWENTHAL with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record registered for electronic filing.

/s/ Alma Caliz Roque

Case: 19-30088    Doc# 493    Filed: 02/20/19    Entered: 02/20/19 10:54:54    Page 4 of 4