Brad T. Summers, CA Bar No. 109025
summerst@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Pacific Mobile Structures, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>and<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>Debtors. | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br>NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE |

PLEASE TAKE NOTICE that Pacific Mobile Structures, Inc., creditor and party in interest in the above-captioned bankruptcy case (the "Bankruptcy Case"), by and through its counsel, Lane Powell PC, hereby enters this appearance pursuant to section l 109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that the counsel listed below be added to the official mailing matrix, CM/ECF, and service lists in the Bankruptcy Case. Pacific Mobile Structures, Inc. requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section l 109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in the Bankruptcy Case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, and all other matters arising herein or in any way related to the Bankruptcy Case, including in adversary proceedings, be given and served upon Lane Powell PC at the following address:

Brad T. Summers
LANE POWELL PC
601 SW Second Avenue, Suite 2100
Portland, OR 97204
Telephone: 503.778.2100
Facsimile: 503.778.2200
summerst@lanepowell.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request applies to and includes not only the notices and papers referenced in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, all orders, notices and pleadings relating to any application, motion, petition, objection, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile transmission, electronic mail, telex or otherwise that (i) affects, or seeks to affect, or may potentially affect in any way, any rights or interest of any creditor or party-in-interest in this case; (ii) affects, or seeks to affect (a) the above-captioned Debtor and/or its estate or (b) property or proceeds thereof in the possession, custody, or control of others that any of the Debtor or its estate may seek to use; or (iii) requires or seeks to require any act, delivery of any property, payment or other conduct by Pacific Mobile Structures, Inc.

PLEASE TAKE FURTHER NOTICE that Pacific Mobile Structures, Inc. does not, by filing this Notice of Appearance and Request for Special Notice nor any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Notice of Appearance and Request for Special Notice constitute a waiver of any of its rights: (i) to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) to trial by jury in any proceedings so triable in this case, or any controversy or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary

withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, which Pacific Mobile Structures, Inc. expressly reserves.

DATED this 20th day of February, 2019.

LANE POWELL PC

By /s/ Brad T. Summers
Brad T. Summers
Telephone: 503.778.2100
Facsimile: 503.778.2200
Attorneys for Pacific Mobile Structures, Inc.

**PROOF OF SERVICE**
1013A (3) CCP Revised 1/1/88

I, Brad T. Summers, declare as follows:

I am a citizen of the United States and employed in Multnomah County, Oregon. I am over the age of eighteen years and not a party to the within action. My business address is: Lane Powell PC, 601 SW Second Avenue, Suite 2100, Portland, Oregon 97204-3158.

I am familiar with Lane Powell PC's practice whereby each document is placed in an envelope, sealed, postage is placed thereon, and the sealed envelope is placed in the office mail receptacle. The mail is collected and deposited in a United States Postal mailbox at or before the close of business each day.

On February 20, 2019, I served the following document(s):

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

on the parties in this action by placing ☐ the original and/or ☑ a true copy thereof enclosed in a sealed envelope addressed as follows:

☑ (**BY CM/ECF**) By electronically filing a true copy thereof with the Court's CM/ECF system, which sends a notice of electronic filing (NEF) to the recipients as addressed below:

**SEE ATTACHED SERVICE LIST.**

☑ (**BY REGULAR MAIL**) By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the designated area for outgoing mail at Portland, Oregon, addressed as set forth below:

**SEE ATTACHED SERVICE LIST.**

☐ (STATE) I declare under penalty of perjury under the laws of the State of Oregon that the above is true and correct to the best of my knowledge.

☑ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 20, 2019.

/s/ Brad T. Summers
Brad T. Summers

[SEE ATTACHED SERVICE LIST]

**SERVICE LIST**

**Electronic Mail Notice List:**

- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Todd M. Bailey    Todd.Bailey@ftb.ca.gov
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- Peter J. Benvenutti    pbenvenutti@kellerbenvenutti.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder    heinz@bindermalter.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Shawn M. Christianson    schristianson@buchalter.com
- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alicia Clough    aclough@loeb.com
- Marc Cohen    mscohen@loeb.com
- Keith J. Cunningham    , rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Jonathan S. Dabbieri    dabbieri@sullivanhill.com, vidovich@sullivanhill.com
- Jonathan R. Doolittle    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- Jennifer V. Doran    jdoran@hinckleyallen.com
- David V. Duperrault    dvd@svlg.com, edn@svlg.com
- Kevin M. Eckhardt    keckhardt@hunton.com, candonian@huntonak.com
- Joseph A. Eisenberg    JAE1900@yahoo.com
- Sally J. Elkington    sally@elkshep.com, ecf@elkshep.com
- G. Larry Engel    larry@engeladvice.com
- Krista M. Enns    kenns@beneschlaw.com
- Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- Richard W. Esterkin    richard.esterkin@morganlewis.com, sue.reimers@morganlewis.com
- Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
- James J. Ficenec    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman    kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Jonathan Forstot    , john.murphy@troutman.com
- Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Larry W. Gabriel    lgabriel@bg.law, nfields@bg.law
- Gregg M. Galardi    gregg.galardi@ropesgray.com
- Richard L. Gallagher    richard.gallagher@ropesgray.com
- Janet D. Gertz    jgertz@btlaw.com, amattingly@btlaw.com
- Barry S. Glaser    bglaser@swesq.com
- Gabriel I. Glazer    gglazer@pszjlaw.com
- Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutininc.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com
- Robert G. Harris    rob@bindermalter.com
- Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com

CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com |
| | Christopher V. Hawkins    hawkins@sullivanhill.com, bkstaff@sullivanhill.com |
| 2 | Jan M Hayden    jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com |
| | Jennifer C. Hayes    jhayes@fhlawllp.com |
| 3 | Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com |
| | James P. Hill    hill@sullivanhill.com, bkstaff@sullivanhill.com |
| 4 | Michael R. Hogue    hoguem@gtlaw.com, frazierl@gtlaw.com |
| | David Holtzman    david.holtzman@hklaw.com |
| 5 | Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com |
| | Brian D. Huben    hubenb@ballardspahr.com |
| 6 | Jonathan Hughes    jonathan.hughes@aporter.com, jane.rustice@aporter.com |
| | Michael A. Isaacs    Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com |
| 7 | Mark V. Isola    mvi@sbj-law.com |
| | J. Eric Ivester    , Andrea.Bates@skadden.com |
| 8 | Ivan C. Jen    ivan@icjenlaw.com |
| | Chris Johnstone    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com |
| 9 | Gregory K. Jones    GJones@dykema.com, cacossano@dykema.com |
| | Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com |
| 10 | Robert B. Kaplan    rbk@jmbm.com |
| | Eve H. Karasik    ehk@lnbyb.com |
| 11 | Tobias S. Keller    tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com |
| | Lynette C. Kelly    lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov |
| 12 | Gerald P. Kennedy    gerald.kennedy@procopio.com, laj@procopio.com |
| | Samuel M. Kidder    skidder@ktbslaw.com |
| 13 | Marc Kieselstein    , carrie.oppenheim@kirkland.com |
| | Jane Kim    jkim@kellerbenvenutti.com |
| 14 | Thomas F. Koegel    tkoegel@crowell.com |
| | Andy S. Kong    kong.andy@arentfox.com, Yvonne.Li@arentfox.com |
| 15 | Alan W. Kornberg    , akornberg@paulweiss.com |
| | Jeffrey C. Krause    jkrause@gibsondunn.com, psantos@gibsondunn.com |
| 16 | Lindsey E. Kress    lkress@lockelord.com, autodocket@lockelord.com |
| | Michael Thomas Krueger    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com |
| 17 | Richard A. Lapping    rich@trodellalapping.com |
| | Matthew A. Lesnick    matt@lesnickprince.com, jmack@lesnickprince.com |
| 18 | David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com |
| | Andrew H. Levin    alevin@wcghlaw.com, vcorbin@wcghlaw.com |
| 19 | Jonathan A. Loeb    jon.loeb@bingham.com |
| | John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com |
| 20 | Jane Luciano    jane-luciano@comcast.net |
| | Kerri Lyman    klyman@irell.com, lgauthier@irell.com |
| 21 | John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com |
| |      kmuller@macbarlaw.com |
| 22 | Iain A. Macdonald    iain@macfern.com, ecf@macfern.com |
| | Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com |
| 23 | Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com |
| | Michael W. Malter    michael@bindermalter.com |
| 24 | Geoffrey E. Marr    gemarr59@hotmail.com, pamses@yahoo.com |
| | David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com |
| 25 | Hugh M. McDonald    , john.murphy@troutman.com |
| | C. Luckey McDowell    luckey.mcdowell@bakerbotts.com |
| 26 | Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com |
| | Matthew D. Metzger    belvederelegalecf@gmail.com |
| 27 | M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com |
| | Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com |
| 28 | John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com |
| | David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com |

CERTIFICATE OF SERVICE

| | |
|---|---|
| Courtney L. Morgan | morgan.courtney@pbgc.gov |
| Joshua D. Morse | Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com |
| Thomas G. Mouzes | tmouzes@boutinjones.com, cdomingo@boutininc.com |
| Peter S. Munoz | pmunoz@reedsmith.com, gsandoval@reedsmith.com |
| Michael S. Myers | myersms@ballardspahr.com, hartt@ballardspahr.com |
| David L. Neale | dln@lnbrb.com |
| David L. Neale | dln@lnbyb.com |
| David Neier | dneier@winston.com |
| Melissa T. Ngo | ngo.melissa@pbgc.gov, efile@pbgc.gov |
| Gregory C. Nuti | gnuti@nutihart.com, nwhite@nutihart.com |
| Abigail O'Brient | aobrient@mintz.com, docketing@mintz.com |
| Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| Aram Ordubegian | Ordubegian.Aram@ArentFox.com |
| Gabriel Ozel | Gabriel.Ozel@troutman.com, tsinger@houser-law.com |
| Amy S. Park | amy.park@skadden.com, alissa.turnipseed@skadden.com |
| Donna Taylor Parkinson | donna@parkinsonphinney.com |
| Peter S. Partee | , candonian@huntonak.com |
| Paul J. Pascuzzi | ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com |
| Kenneth Pasquale | , mlaskowski@stroock.com |
| Valerie Bantner Peo | vbantnerpeo@buchalter.com |
| Danielle A. Pham | danielle.pham@usdoj.gov |
| Thomas R. Phinney | tom@parkinsonphinney.com |
| R. Alexander Pilmer | alexander.pilmer@kirkland.com, keith.catuara@kirkland.com |
| M. Ryan Pinkston | rpinkston@seyfarth.com, jmcdermott@seyfarth.com |
| Estela O. Pino | epino@epinolaw.com, staff@epinolaw.com |
| Mark D. Poniatowski | ponlaw@ponlaw.com |
| Christopher E. Prince | cprince@lesnickprince.com |
| Douglas B. Provencher | dbp@provlaw.com |
| Lary Alan Rappaport | lrappaport@proskauer.com, PHays@proskauer.com |
| Justin E. Rawlins | jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com |
| Jack A. Reitman | jareitman@lgbfirm.com, srichmond@lgbfirm.com |
| Emily P. Rich | erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net |
| Christopher O. Rivas | crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| Daniel Robertson | robertson.daniel@pbgc.gov, efile@pbgc.gov |
| Lacey Rochester | lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com |
| Gregory A. Rougeau | grougeau@brlawsf.com |
| Nanette D. Sanders | nanette@ringstadlaw.com, becky@ringstadlaw.com |
| Sunny S. Sarkis | , dawn.forgeur@stoel.com |
| David B. Shemano | dshemano@pwkllp.com |
| James A. Shepherd | jim@elkshep.com, ecf@elkshep.com |
| Wayne A. Silver | w_silver@sbcglobal.net, ws@waynesilverlaw.com |
| Dania Slim | dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com |
| Alan D. Smith | adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com |
| Jan D. Sokol | jdsokol@lawssl.com, dwright@lawssl.com |
| Bennett L. Spiegel | blspiegel@jonesday.com |
| Michael St. James | ecf@stjames-law.com |
| David M. Stern | dstern@ktbslaw.com |
| Meagan S. Tom | Meagan.tom@lockelord.com, autodocket@lockelord.com |
| Edward Tredinnick | etredinnick@grmslaw.com |
| Matthew Jordan Troy | matthew.troy@usdoj.gov |
| Shmuel Vasser | shmuel.vasser@dechert.com, brett.stone@dechert.com |
| Victor A. Vilaplana | vavilaplana@foley.com, rhurst@foley.com |
| Marta Villacorta | marta.villacorta@usdoj.gov |
| John A. Vos | InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com |
| Riley C. Walter | ecf@W2LG.com |
| Philip S. Warden | philip.warden@pillsburylaw.com, candy.kleiner@pillsburylaw.com |

CERTIFICATE OF SERVICE

| | |
|---|---|
| Genevieve G. Weiner | gweiner@gibsondunn.com |
| Joseph M. Welch | jwelch@buchalter.com, dcyrankowski@buchalter.com |
| Eric R. Wilson | kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com |
| Kimberly S. Winick | kwinick@clarktrev.com, knielsen@clarktrev.com |
| Rebecca J. Winthrop | rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com |
| David Wirt | david.wirt@hklaw.com, denise.harmon@hklaw.com |
| Ryan A. Witthans | rwitthans@fhlawllp.com, rwitthans@fhlawllp.com |
| Andrea Wong | wong.andrea@pbgc.gov, efile@pbgc.gov |
| Christopher Kwan Shek Wong | christopher.wong@arentfox.com |
| Kirsten A. Worley | kw@wlawcorp.com, admin@wlawcorp.com |
| Andrew Yaphe | andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com |
| Brittany Zummer | bzummer@theadlerfirm.com, nfournier@theadlerfirm.com |

**Manual Notice List:**

| | |
|---|---|
| E. Elliot Adler<br>Adler Law Group, APLC<br>402 W. Broadway, #860<br>San Diego, CA 92101 | Michael J. Barrie<br>Benesch, Friedlander, Coplan et LLP<br>222 Delaware Ave., #801<br>Wilmington, DE 19801 |
| Max Africk<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Bryan E. Bates<br>Dentons US LLP<br>303 Peachtree St., NE, #5300<br>Atlanta, GA 30308 |
| Arocles Aguilar<br>California Public Utilities Commission<br>505 Van Ness Ave.<br>San Francisco, CA 94102 | Carolynn K. Beck<br>Pierce Bainbridge Beck Price & Hecht LLP<br>355 South Grand Ave., 4400<br>Los Angeles, CA 90071 |
| Robert Albery<br>Associate General Counsel<br>Jacobs Engineering<br>9191 South Jamaica St.<br>Englewood, CO 80112 | Christopher R. Belmonte<br>Satterlee Stephens LLP<br>230 Park Ave.<br>New York, NY 10169 |
| Mary E. Alexander<br>Mary Alexander & Associates, P.C.<br>44 Montgomery St., #1303<br>San Francisco, CA 94104 | Steven M. Berki<br>Corey, Luzaich, De Ghetaldi & Riddle LLP<br>700 El Camino Real<br>P.O. Box 669<br>Millbrae, CA 94030-0669 |
| Monique D. Almy<br>Crowell and Moring LLP<br>1001 Pennsylvania Ave., N.W.<br>Washington, DC 20004 | Joshua B. Bevitz<br>Newmeyer & Dillion LLP<br>1333 N. California Blvd. #600<br>Walnut Creek, CA 94596 |
| Khaldoun A. Baghdadi<br>Walkup, Melodia, Kelly and Schoenberger<br>650 California St. 26th Fl.<br>San Francisco, CA 94108 | Martin J. Bienenstock<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036 |
| Mark I. Bane<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 | Todd Blischke<br>Williams Kastner<br>601 Union St., #4100<br>Seattle, WA 98101 |

| # | | |
|---|---|---|
| 1 | Abigail D. Blodgett<br>Cochett, Pitre & McCarthy, LLP<br>San Francisco Airport Office Center<br>840 Malcolm Rd., Suite 200<br>Burlingame, CA 94010 | Kevin M. Capuzzi<br>Benesch, Friedlander, Coplan et LLP<br>222 Delaware Ave., #801<br>Wilmington, DE 19801 |
| 2 | | |
| 3 | | |
| 4 | Pamela A. Bosswick<br>Abigail Snow<br>Satterlee Stephens LLP<br>230 Park Ave.<br>New York, NY 10169 | James Carr<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10078 |
| 5 | | |
| 6 | | Patricia I. Chen<br>Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600 |
| 7 | Kevin Bostel<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | |
| 8 | | |
| 9 | | Donald Chewning<br>463 Wooster Ave Apt D12<br>San Jose, CA 95116 |
| 10 | Thomas J. Brandi<br>Law Offices of Thomas J. Brandi<br>345 Pine St. 3rd Fl<br>San Francisco, CA 94104 | |
| 11 | | Kevin Chiu<br>Baker Botts L.L.P.<br>2001 Ross Ave., #1000<br>Dallas, TX 75201 |
| 12 | Allan S. Brilliant<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY 10036 | |
| 13 | | Patricia A. Cirucci<br>Southern California Edison Company<br>2244 Walnut Grove Ave., 3rd Fl.<br>Rosemead, CA 91770 |
| 14 | | |
| 15 | Matthew C. Brown<br>White & Case LLP<br>Southeast Financial Center<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131-2352 | |
| 16 | | Owen Clements<br>San Francisco City Attorneys Office<br>1390 Market Street, 7th Floor<br>San Francisco, CA 94102 |
| 17 | | |
| 18 | Beth M. Brownstein<br>Arent Fox LLP<br>1301 Avenue of the Americas, 42nd Fl.<br>New York, NY 10019 | |
| 19 | | Janine Cohen<br>Pierce Bainbridge Beck Price & Hecht LLP<br>355 South Grand Ave., #4400<br>Los Angeles, CA 90071 |
| 20 | Bob B. Bruner<br>Norton Rose Fulbright US LLP<br>1301 McKinney #5100<br>Houston, TX 77010-3095 | |
| 21 | | Marc S. Cohen<br>Loeb & Loeb LLP<br>10100 Santa Monica Blvd., #2200<br>Los Angeles, CA 90067 |
| 22 | | |
| 23 | Robert Bryson<br>Robins Cloud LLP<br>808 Wilshire Boulevard, #450<br>Santa Monica, CA 90401 | |
| 24 | | Kevin M. Coles<br>Stewart Sokol and Larkin LLC<br>2300 SW 1st Ave. #200<br>Portland, OR 97201 |
| 25 | Michael G. Busenkell<br>Morris, Nichols, Arsht and Tunnell<br>1201 N Market St.<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | |
| 26 | | Alison E. Cordova<br>Cochett, Pitre & McCarthy, LLP<br>San Francisco Airport Office Center<br>840 Malcolm Rd., Suite 200<br>Burlingame, CA 94010 |
| 27 | | |
| 28 | | |

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Joseph Corrigan<br>One Federal Street<br>Boston, MA 02110 | Michael A. Firestein<br>Proskauer Rose LLP<br>29 Century Park East, #2400<br>Los Angeles, CA 90067 |
| 2 | | |
| 3 | Leo T. Crowley<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY 10036 | John Fiske<br>Baron & Budd P.C.<br>3102 Oak Lawn Avenue #1100<br>Dallas, TX 75219 |
| 4 | | |
| 5 | | |
| 6 | Ivo G. Daniele<br>Newmeyer & Dillion LLP<br>1333 N. California Blvd., #600<br>Walnut Creek, CA 94596 | Leslie A. Freiman, Esq.<br>c/o EDP Renewables North America LLC<br>808 Travis, #700<br>Houston, TX 77002 |
| 7 | | |
| 8 | Michael S. Danko<br>O'Reilly, Collins and Danko<br>2500 Sand Hill Rd. #201<br>Menlo Park, CA 94025 | Steven Fruchter<br>Arnold & Porter Kaye Scholer LLP<br>250 W 55th St.<br>New York, NY 10019 |
| 9 | | |
| 10 | | |
| 11 | Navi Dhillon<br>Baker Botts L.L.P.<br>101 California St., #3600<br>San Francisco, CA 94111 | Craig Solomon Ganz<br>Ballard Spahr LLP<br>1 East Washington St., #2300<br>Phoenix, AZ 85004-2555 |
| 12 | | |
| 13 | Neal P. Donnelly<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019 | Matthew G. Garofalo<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Ln.<br>New York, NY 10038-4982 |
| 14 | | |
| 15 | | |
| 16 | Daniel G. Egan<br>Ropes and Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 | Andriana Georgallas<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| 17 | | |
| 18 | Sander L. Esserman<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan St. #2200<br>Dallas, TX 75201-2689 | Eric Gibbs<br>Gibbs Law Group<br>505 14th St., #1110<br>Oakland, CA 94612 |
| 19 | | |
| 20 | | |
| 21 | Benjamin D. Feder<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10078 | Erez E. Gilad<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Ln.<br>New York, NY 10038-4982 |
| 22 | | |
| 23 | Debra Felder<br>Orrick, Herrington & Sutcliffe LLP<br>1152 15th St., NW<br>Washington, DC 20005 | Leah S. Goldberg<br>General Counsel<br>1111 Broadway, 3rd Flr.<br>Oakland, CA 94607 |
| 24 | | |
| 25 | | |
| 26 | Maximilian A. Ferullo<br>Nixon Peabody LLP<br>55 West 46th St.<br>New York, NY 10036 | Stuart J. Goldring<br>Weil, Gotshal & Manges LLP<br>767 Fifth Ave.<br>New York, NY 10153 |
| 27 | | |
| 28 | | |

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Matthew Goren<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | David A. Herman<br>Cravath, Swaine & Moore LLP<br>85 Eighth Avenue<br>New York, NY 10019 |
| 3 4 5 | Debra L. Grassgreen<br>Pachulski Stang Ziehl & Jones LLP<br>150 California St., 15th Fl.<br>San Francisco, CA 94111 | Brian S. Hermann<br>Law Offices of Brian S. Hermann<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 |
| 6 7 | Timothy Graulich<br>Davis Polk and Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017 | Monique B. Howery<br>Reed Smith LLP<br>10 S. Wacker Dr., 40th Flr.<br>Chicago, IL 60606 |
| 8 9 10 | William R. Greendyke<br>Norton Rose Fulbright US LLP<br>1301 McKinney #5100<br>Houston, TX 77010-3095 | Dylan Hughes<br>Gibbs Law Group<br>505 14th St., #1110<br>Oakland, CA 94612 |
| 11 12 | James W. Grudus<br>One AT&T Way, Rm 3A115<br>Bedminster, NJ 07921 | Iron Mountain Information Management, LLC<br>One Federal Street<br>7th Floor<br>Boston, MA 02110 |
| 13 14 15 | Elizabeth M. Guffy<br>Locke Lord LLP<br>JPMorgan Chase Tower<br>600 Travis, #2800<br>Houston, TX 77002 | Peter A. Ivanick<br>Hogan Lovells US LLP<br>875 Third<br>San Francisco, CA 94111 |
| 16 17 18 | Mirco J. Haag<br>Buchalter, A Professional Corporation<br>18400 Von Karman Ave., #800<br>Irvine, CA 92612 | Shelby A. Jordan<br>Jordan, Holzer & Ortiz, PC<br>500 N. Shoreline #900<br>Corpus Christi, TX 78401 |
| 19 20 | Kristopher M. Hansen<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Ln.<br>New York, NY 10038-4982 | Andrew Paul Kangas<br>15 Boardman Pl. 2nd Fl.<br>San Francisco, CA 94103 |
| 21 22 | Christopher J. Harney<br>Seyfarth Shaw LLP<br>560 Mission St., #3100<br>San Francisco, CA 94105 | Stephen Karotkin<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| 23 24 25 | Christopher Harris<br>Latham & Watkins LLP<br>885 Third Ave.<br>New York, NY 10022 | Michael A. Kelly<br>Walkup, Melodia, Kelly and Schoenberger<br>650 California St. 26th Fl.<br>San Francisco, CA 94108 |
| 26 27 | Alaina R. Heine<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY 10036 | Kenneth N. Klee<br>Klee, Tuchin, Bogdanoff and Stern<br>1999 Avenue of the Stars, 39th Fl.<br>Los Angeles, CA 90067 |

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Marilyn S. Klinger<br>SMTD Law LLP<br>355 S. Grand Ave., #2450<br>Los Angeles, CA 90071 | Sumble Manzoor<br>Corey, Luzaich, De Ghetaldi & Riddle LLP<br>700 El Camino Real<br>P.O. Box 669<br>Millbrae, CA 94030-0669 |
| 2 | | |
| 3 | | |
| 4 | Bradley C. Knapp<br>Locke Lord LLP<br>601 Poydras Street, Suite 2660<br>New Orleans, LA 70130 | John McCusker<br>Bank of America Tower<br>Mail code NY1-100-21-01<br>One Bryant Park<br>New York, NY 10036 |
| 5 | | |
| 6 | Kevin Kramer<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | |
| 7 | | John McCusker<br>Bank of America Tower<br>Mail code: NY1-100-21-01<br>One Bryant Park<br>New York, NY 10036 |
| 8 | | |
| 9 | Robert J. Labate<br>Holland & Knight LLP<br>50 California St., #2800<br>San Francisco, CA 94111 | |
| 10 | | Matthew L. McGinnis<br>Ropes and Gray LLP<br>Prudential Tower<br>800 Boylston St.<br>Boston, MA 02199-3600 |
| 11 | Kathy Labriola<br>1307 University Ave.<br>Berkeley, CA 94702 | |
| 12 | | |
| 13 | Thomas E. Lauria<br>Law Offices of White and Case<br>Southeast Financial Center<br>200 South Biscayne Blvd. #4900<br>Miami, FL 33131-2352 | Lorraine McGowen<br>Orrick, Herrington & Sutcliffe LLP<br>51 West 52nd St.<br>New York, NY 10019 |
| 14 | | |
| 15 | | Mark McKane<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104 |
| 16 | Howard M. Levine<br>Law Offices of Sussman and Shank<br>1000 SW Broadway #1400<br>Portland, OR 97205 | |
| 17 | | |
| 18 | | Kristine K. Meredith<br>Danko Meredith<br>333 Twin Dolphin Dr., #145<br>Redwood Shores, CA 94065 |
| 19 | Jessica Liou<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | |
| 20 | | |
| 21 | William S. Lisa<br>Nixon Peabody LLP<br>One Embarcadero Center, 32nd Fl.<br>San Francisco, CA 94111 | Shawn R. Miller<br>Danko Meredith<br>333 Twin Dolphin Dr., #145<br>Redwood Shores, CA 94065 |
| 22 | | |
| 23 | | Sherry J. Millman<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Ln.<br>New York, NY 10038-4982 |
| 24 | Brian Lohan<br>Arnold & Porter Kaye Scholer LLP<br>250 W 55th St.<br>New York, NY 10019 | |
| 25 | | |
| 26 | Lauren Macksoud<br>Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089 | Mark A. Minich<br>Assistant General Counsel<br>Kinder Morgan, Inc.<br>Two North Nevada<br>Colorado Springs, CO 80903 |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Mark A. Minich<br>Assistant General Counsel<br>Kinder Morgan, Inc.<br>Two North Nevada<br>Colorado Springs, CO 80903 | Harold A. Olsen<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Ln.<br>New York, NY 10038-4982 |
| | Sean A. Mitchell<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019 | Kevin J. Orsini<br>Cravath, Swaine & Moore LLP<br>85 Eighth Avenue<br>New York, NY 10019 |
| | Stephen Moeller-Sally<br>Ropes and Gray LLP<br>Prudential Tower<br>800 Boylston St.<br>Boston, MA 02199-3600 | Antonio Ortiz<br>Jordan, Holzer & Ortiz, PC<br>500 N. Shoreline #900<br>Corpus Christi, TX 78401 |
| | Erika L. Morabito<br>Foley & Lardner LLP<br>3000 K St., NW, #600<br>Washington, DC 20007-5109 | Samuel S. Ory<br>Frederic Dorwart, Lawyers PLLC<br>124 E 4th St.<br>Tulsa, OK 74103-5010 |
| | Julia A. Mosel<br>Southern California Edison Company<br>2244 Walnut Grove Ave., 3rd Fl.<br>Rosemead, CA 91770 | Owen Clements, Esq<br>San Francisco City Attorney's Office<br>1390 Market St., 7th Flr.<br>San Francisco, CA 94102 |
| | Alan A. Moskowitz<br>Gibson, Dunn and Crutcher LLP<br>200 Park Ave.<br>New York, NY 10166-0193 | Isaac M. Pachulski<br>Pachulski Stang Ziehl & Jones<br>150 California Street, 15th Floor<br>San Francisco, CA 94111 |
| | Jessica R. Mullan<br>General Counsel<br>Sonoma Clean Power Authority<br>50 Santa Rosa Ave., 5th Fl.<br>San Rosa, CA 95494 | Andrew M. Parlen<br>Latham & Watkins LLP<br>885 Third Ave.<br>New York, NY 10022 |
| | Omid H. Nasab<br>Cravath, Swaine & Moore LLP<br>85 Eighth Avenue<br>New York, NY 10019 | Richard C. Pedone<br>Nixon Peabody LLP<br>Exchange Place<br>53 State St.<br>Boston, MA 02109 |
| | Brittany J. Nelson<br>Foley & Lardner LLP<br>3000 K St., NW, #600<br>Washington, DC 20007-5109 | Mosby Perrow<br>Vice President & Deputy General Counsel<br>Kinder Morgan, Inc.<br>1001 Louisana #1000<br>Houston, TX 77002 |
| | John Nolan<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Mosby Perrow<br>Vice President & Deputy General Counsel<br>Kinder Morgan, Inc.<br>1001 Louisiana. #1000<br>Houston, TX 77002 |

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | John M. Pierce<br>Pierce Bainbridge Beck Price & Hecht LLP | Walter R. Rieman<br>Paul, Weiss, Rifkind, Wharton & Garrison |
| 2 | 355 South Grand Ave., #4400<br>Los Angeles, CA 90071 | 1285 Avenue of the Americas<br>New York, NY 10019 |
| 3 | | |
| 4 | Oscar N. Pinkas<br>1221 Avenue of the Americas<br>New York, NY 10020-1089 | David Riley<br>DLA Piper LLP<br>2000 Ave. of the Stars |
| 5 | | Suite 400 North Tower<br>Los Angeles, CA 90067-4704 |
| 6 | Oscar N. Pinkas<br>Dentons US LLP<br>1221 Avenue of the Americas | Christy Rivera |
| 7 | New York, NY 10020-1089 | Norton Rose Fulbright US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 |
| 8 | Frank Pitre<br>Cochett, Pitre & McCarthy, LLP | |
| 9 | San Francisco Airport Office Center<br>840 Malcolm Rd., Suite 200 | Ian E. Roberts<br>Baker Botts L.L.P. |
| 10 | Burlingame, CA 94010 | 2001 Ross Ave., #1000<br>Dallas, TX 75201 |
| 11 | Patricia Williams Prewitt<br>Law Offices of Patricia Williams Prewitt | Matthew G. Roberts |
| 12 | 10953 Vista Lake Ct.<br>Navasota, TX 77868 | Troutman Sanders LLP<br>Bank of America Plaza |
| 13 | | 600 Peachtree St., NE, #3000<br>Atlanta, GA 30308 |
| 14 | Prime Clerk LLC<br>830 Third Avenue<br>3rd Floor | Bill Robins |
| 15 | New York, NY 10017 | Robins Cloud LLP<br>808 Wilshire Boulevard, #450 |
| 16 | Amy C. Quartarolo<br>Law Offices of Latham and Watkins | Santa Monica, CA 90401 |
| 17 | 355 S Grand Ave., #100<br>Los Angeles, CA 90071-1560 | Matthew M. Roose<br>Ropes & Gray LLP |
| 18 | | 1211 Avenue of the Americas<br>New York, NY 10036-8704 |
| 19 | Hugh M. Ray<br>Pillsbury Winthrop Shaw Pittman LLP<br>900 Fannin, #2000 | Brian S. Rosen |
| 20 | Houston, TX 77010 | Proskauer Rose LLP<br>Eleven Times Square |
| 21 | Caroline A. Reckler<br>Latham & Watkins LLP | P.O. Box 770000<br>New York, NY 10036 |
| 22 | 885 Third Ave.<br>New York, NY 10022 | Andrew Rosenblatt |
| 23 | | Norton Rose Fulbright US LLP<br>1301 Avenue of the Americas |
| 24 | Jordana L. Renert<br>Arent Fox LLP<br>1301 Avenue of the Americas, 42nd Fl. | New York, NY 10019 |
| 25 | New York, NY 10019 | Michael A. Rosenthal<br>Gibson, Dunn and Crutcher LLP |
| 26 | Amanda L. Riddle<br>Corey, Luzaich, De Ghetaldi & Riddle LLP | 200 Park Ave.<br>New York, NY 10166-0193 |
| 27 | 700 El Camino Real<br>P.O. Box 669 | |
| 28 | Millbrae, CA 94030-0669 | |

| # | | |
|---|---|---|
| 1 | Randy A. Sawyer, Esq.<br>c/o EDP Renewables North America LLC<br>808 Travis, #700<br>Houston, TX 77002 | Andrew I. Silfen<br>Arent Fox PLLC<br>1301 Avenue of the Americas, 42nd Fl.<br>New York, NY 10019 |
| 2 | | |
| 3 | | |
| 4 | Margaret Schierberl<br>Cleary, Gottlieb, Sheen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 | Aaron Smith<br>Locke Lord LLP<br>111 South Wacker Dr., #4100<br>Chicago, IL 60606 |
| 5 | | |
| 6 | David Schiff<br>Davis Polk and Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017 | Edwin E. Smith<br>Morgan, Lewis & Bockius LLP<br>101 Park Ave.<br>New York, NY 10178-0060 |
| 7 | | |
| 8 | | |
| 9 | Ray C. Schrock<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Abigail Snow<br>Satterlee Stephens LLP<br>230 Park Ave.<br>New York, NY 10169 |
| 10 | | |
| 11 | Max A. Schuver<br>Walkup, Melodia, Kelly and Schoenberger<br>650 California St. 26th Fl.<br>San Francisco, CA 94108 | Mark A. Speiser<br>Stroock, Stroock and Lavan<br>180 Maiden Ln.<br>New York, NY 10038 |
| 12 | | |
| 13 | | |
| 14 | Lisa Schweitzer<br>Cleary, Gottlieb, Sheen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 | Andrew J. Strabone<br>Irell and Manella LLP<br>1800 Avenue of the Stars, #900<br>Los Angeles, CA 90067-4276 |
| 15 | | |
| 16 | Howard Seife<br>Norton Rose Fulbright US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 | Michael H Strub<br>Irell and Manella LLP<br>840 Newport Center Dr., #400<br>Newport Beach, CA 92660-6324 |
| 17 | | |
| 18 | | |
| 19 | David R. Seligman<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60654 | Joshua Y. Sturm<br>Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600 |
| 20 | | |
| 21 | Alex M. Sher<br>Hogan Lovells US LLP<br>875 Third Ave.<br>New York, NY 10022 | Matthew G. Summers<br>Ballard Spahr LLP<br>919 N Market St., 11th Fl.<br>Wilmington, DE 19801 |
| 22 | | |
| 23 | | |
| 24 | J. Christopher Shore<br>Law Offices of White and Case<br>1221 Avenue of the Americas<br>New York, NY 10020-1095 | Scott Summy<br>Baron & Budd P.C.<br>3102 Oak Lawn Avenue #1100<br>Dallas, TX 75219 |
| 25 | | |
| 26 | George W. Shuster<br>7 World Trade Center<br>New York, NY 10007 | Ron A. Symm<br>Assistant General Counsel<br>Aera Energy LLC<br>10000 Ming Avenue<br>Bakersfield, CA 93311 |
| 27 | | |
| 28 | | |

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Cliff I. Taylor<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan St. #2200<br>Dallas, TX 75201-2689 | Peter L. Welsh<br>Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600 |
| | Judy D. Thompson<br>JD Thompson Law<br>P.O. Box 33127<br>Charlotte, NC 28233 | Michael L. Wilhelm<br>Walter and Wilhelm Law Group<br>205 E. River Park Circle #410<br>Fresno, CA 93720 |
| | Theodore Tsekerides<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Harris B. Winsberg<br>Troutman Sanders LLP<br>Bank of America Plaza<br>600 Peachtree St., NE, #3000<br>Atlanta, GA 30308 |
| | Michael M. Turkel<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | Keith H. Wofford<br>Ropes and Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036 |
| | Union Pacific Railroad Company<br>Attn: Tonya W. Conley<br>Attn: Lila L. Howe<br>1400 Douglas St. Stop 1580<br>Omaha, NE 68179 | Aparna Yenamandra<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022 |
| | Craig Varnen<br>Irell and Manella LLP<br>1800 Avenue of the Stars, #900<br>Los Angeles, CA 90067-4276 | Michael A. Yuffee<br>Winston and Strawn LLP<br>1700 K St., N.W.<br>Washington, DC 20006-3817 |
| | Eli J. Vonnegut<br>Davis Polk and Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017 | Maja Zerjal<br>Proskauer Rose LLP<br>Eleven Times Square<br>P.O. Box 770000<br>New York, NY 10036 |
| | Thomas D. Warren<br>Pierce Bainbridge Beck Price & Hecht LLP<br>355 South Grand Ave., #4400<br>Los Angeles, CA 90071 | Paul H. Zumbro<br>Cravath, Swaine & Moore LLP<br>85 Eighth Avenue<br>New York, NY 10019 |
| | Jason P. Wells<br>Senior Vice President<br>Chief Financial Officer PG&E Corporation<br>77 Beale St.<br>San Francisco, CA 94177 | Dario de Ghetaldi<br>Corey, Luzaich, De Ghetaldi & Riddle LLP<br>700 El Camino Real<br>P.O. Box 669<br>Millbrae, CA 94030-0669 |