Eve H. Karasik (SBN 155356)
LEVENE, NEALE, BENDER, YOO
& BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: EHK@LNBYB.COM

Counsel for Global Diving & Salvage, Inc.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re**<br><br>**PG&E CORPORATION,**<br><br>   **and**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>   **Debtors.**<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☒  Affects both Debtors<br><br>*All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088-DM<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**NOTICE OF LIEN UNDER 11 U.S.C. § 546(b) BY GLOBAL DIVING & SALVAGE, INC.**<br><br>[No Hearing Requested] |

Global Diving & Salvage, Inc. ("Global Diving") is the general contractor under

a prepetition Contract (Long Form) No. 4400005122 (the "Contract") and certain

Contract Work Authorizations (CWA) issued under the Contract with Debtor Pacific

1

Gas and Electric Company (the "Debtor"). Global Diving has contracted to provide the Work, as defined in Contract Work Authorization No. C9881 (the "CWA"), to provide labor, materials, equipment and supervision to furnish and install concrete repairs, added steel cladding and bridge pier upgrade at the Pit 3 Tailrace Slot & Concrete Replacement Project in accordance with the Scope of Work and the General Requirements as defined in the CWA. Prior to the filing of the Debtor's bankruptcy case, Global Diving provided labor, equipment, services and supplies to the Debtor under the Contract and CWA (as both may have been amended by subsequent change orders) at the Debtor's property with the legal description of Pit 3 Powerhouse and located in the County of Shasta in the State of California at the following address: 0222100007000, Burney, California 96013.

The Work under the Contract and the CWA is a "work of improvement" as is defined under California Civ. Code § 8050(a). Pursuant to California Civil Code section 8412:

> A direct contractor may not enforce a lien unless the contractor records a claim of lien after the contractor completes the direct contract, and before the earlier of the following times:
>
> (a) Ninety days after the completion of the work of improvement.
>
> (b) Sixty days after the owner records a notice of completion of cessation.

Likewise, California Civil Code. Section 8460(a) provides that:

> The claimant shall commence an action to enforce a lien within 90 days after recordation of the claim of lien. If the claimant does not commence an action to enforce the lien within that time, the claim of lien expires and is unenforceable.

Bankruptcy Code section 546(b)(2) provides:

> The rights and powers of a trustee under sections 544, 545, and 549 of this title are subject to any generally applicable law that --
>
> (A)    permits perfection of an interest in property to be effective against an

entity that acquires rights in such property before the date of perfection;

or

(B)    provides for the maintenance or continuation of perfection of an interest in property to be effective against an entity that acquires rights in such property before the date on which action is taken to effect such maintenance or continuance.

Bankruptcy Code section 362(b)(3) further provides that the filing of a bankruptcy petition "does not operate as a stay –" "under subsection (a) of this section, of any act to perfect, or to maintain or continue the perfection of, an interest in property to the extent that the trustee's rights and powers are subject to perfection under section 546(b) of this title. . ."

Pursuant to Bankruptcy Code section 546(b), Global Diving hereby gives notice in lieu of the commencement of any action to perfect, maintain or continue Global Diving's lien, including the recording of a claim of lien and/or the commencement of an action to enforce that lien as required under California Civil Code sections 8412 and 8460(a). Global Diving hereby gives further notice that Global Diving intends to record a claim of its lien in the Office of the Records for Shasta County in the State of California as permitted by Bankruptcy Code section 362(b)(3).

Dated: February 20, 2019                    Levene, Neale, Bender, Yoo & Brill L.L.P.

                                          By:    */s/ Eve H. Karasik*
                                                  EVE H. KARASIK
                                                  LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
                                                  Counsel for Global Diving & Salvage, Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LIEN UNDER 11 U.S.C. § 546(b) BY GLOBAL DIVING & SALVAGE, INC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 20, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Todd M. Bailey    Todd.Bailey@ftb.ca.gov
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- Peter J. Benvenutti    pbenvenutti@kellerbenvenutti.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder    heinz@bindermalter.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Shawn M. Christianson    schristianson@buchalter.com
- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alicia Clough    aclough@loeb.com
- Marc Cohen    mscohen@loeb.com
- Keith J. Cunningham    , rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Jonathan R. Doolittle    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- Jennifer V. Doran    jdoran@hinckleyallen.com
- David V. Duperrault    dvd@svlg.com, edn@svlg.com
- Kevin M. Eckhardt    keckhardt@hunton.com, candonian@huntonak.com
- Joseph A. Eisenberg    JAE1900@yahoo.com
- Sally J. Elkington    sally@elkshep.com, ecf@elkshep.com
- G. Larry Engel    larry@engeladvice.com
- Krista M. Enns    kenns@beneschlaw.com
- Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.

- Richard W. Esterkin    richard.esterkin@morganlewis.com, sue.reimers@morganlewis.com
- Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
- James J. Ficenec    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman    kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Jonathan Forstot    , john.murphy@troutman.com
- Larry W. Gabriel    lgabriel@ebg-law.com, ecf@ebg-law.com
- Gregg M. Galardi    gregg.galardi@ropesgray.com
- Richard L. Gallagher    richard.gallagher@ropesgray.com
- Barry S. Glaser    bglaser@swesq.com
- Gabriel I. Glazer    gglazer@pszjlaw.com
- Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutininc.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com
- Robert G. Harris    rob@bindermalter.com
- Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Jan M Hayden    jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes    jhayes@fhlawllp.com
- Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com
- Michael R. Hogue    hoguem@gtlaw.com, frazierl@gtlaw.com
- David Holtzman    david.holtzman@hklaw.com
- Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com
- Brian D. Huben    hubenb@ballardspahr.com
- Mark V. Isola    mvi@sbj-law.com
- J. Eric Ivester    , Andrea.Bates@skadden.com
- Ivan C. Jen    ivan@icjenlaw.com
- Gregory K. Jones    GJones@dykema.com, cacossano@dykema.com
- Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com
- Robert B. Kaplan    rbk@jmbm.com
- Tobias S. Keller    tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly    lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Gerald P. Kennedy    gerald.kennedy@procopio.com, laj@procopio.com
- Samuel M. Kidder    skidder@ktbslaw.com
- Marc Kieselstein    , carrie.oppenheim@kirkland.com
- Jane Kim    jkim@kellerbenvenutti.com
- Thomas F. Koegel    tkoegel@crowell.com

5

- Andy S. Kong  kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Alan W. Kornberg  , akornberg@paulweiss.com
- Jeffrey C. Krause  jkrause@gibsondunn.com, psantos@gibsondunn.com
- Michael Thomas Krueger  michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Richard A. Lapping  rich@trodellalapping.com
- Matthew A. Lesnick  matt@lesnickprince.com, jmack@lesnickprince.com
- David B. Levant  david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin  alevin@wcghlaw.com, vcorbin@wcghlaw.com
- John William Lucas  jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Jane Luciano  jane-luciano@comcast.net
- Kerri Lyman  klyman@irell.com, lgauthier@irell.com
- John H. MacConaghy  macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald  iain@macfern.com, ecf@macfern.com
- Michael W. Malter  michael@bindermalter.com
- David P. Matthews  jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Hugh M. McDonald  , john.murphy@troutman.com
- C. Luckey McDowell  luckey.mcdowell@bakerbotts.com
- Frank A. Merola  lacalendar@stroock.com, mmagzamen@stroock.com
- Matthew D. Metzger  belvederelegalecf@gmail.com
- M. David Minnick  dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Thomas C. Mitchell  tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe  john.moe@dentons.com, glenda.spratt@dentons.com
- David W. Moon  lacalendar@stroock.com, mmagzamen@stroock.com
- Courtney L. Morgan  morgan.courtney@pbgc.gov
- Joshua D. Morse  Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Thomas G. Mouzes  tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz  pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Michael S. Myers  myersms@ballardspahr.com, hartt@ballardspahr.com
- David L. Neale  dln@lnbrb.com
- David L. Neale  dln@lnbyb.com
- David Neier  dneier@winston.com
- Melissa T. Ngo  ngo.melissa@pbgc.gov, efile@pbgc.gov
- Gregory C. Nuti  gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient  aobrient@mintz.com, docketing@mintz.com
- Office of the U.S. Trustee / SF  USTPRegion17.SF.ECF@usdoj.gov
- Aram Ordubegian  Ordubegian.Aram@ArentFox.com
- Gabriel Ozel  Gabriel.Ozel@troutman.com, tsinger@houser-law.com
- Amy S. Park  amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson  donna@parkinsonphinney.com
- Peter S. Partee  , candonian@huntonak.com
- Paul J. Pascuzzi  ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- Kenneth Pasquale  , mlaskowski@stroock.com
- Valerie Bantner Peo  vbantnerpeo@buchalter.com

- Danielle A. Pham    danielle.pham@usdoj.gov
- Thomas R. Phinney    tom@parkinsonphinney.com
- R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino    epino@epinolaw.com, staff@epinolaw.com
- Mark D. Poniatowski    ponlaw@ponlaw.com
- Christopher E. Prince    cprince@lesnickprince.com
- Douglas B. Provencher    dbp@provlaw.com
- Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins    jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Daniel Robertson    robertson.daniel@pbgc.gov, efile@pbgc.gov
- Lacey Rochester    lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Gregory A. Rougeau    grougeau@brlawsf.com
- Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com
- Sunny S. Sarkis    , dawn.forgeur@stoel.com
- David B. Shemano    dshemano@pwkllp.com
- James A. Shepherd    jim@elkshep.com, ecf@elkshep.com
- Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol    jdsokol@lawssl.com, dwright@lawssl.com
- Bennett L. Spiegel    blspiegel@jonesday.com
- Michael St. James    ecf@stjames-law.com
- David M. Stern    dstern@ktbslaw.com
- Meagan S. Tom    Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward Tredinnick    etredinnick@grmslaw.com
- Matthew Jordan Troy    matthew.troy@usdoj.gov
- Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta    marta.villacorta@usdoj.gov
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Riley C. Walter    ecf@W2LG.com
- Philip S. Warden    philip.warden@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- Genevieve G. Weiner    gweiner@gibsondunn.com
- Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com
- Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com

- Kimberly S. Winick  kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop  rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- David Wirt  david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans  rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- Christopher Kwan Shek Wong  christopher.wong@arentfox.com
- Kirsten A. Worley  kw@wlawcorp.com, admin@wlawcorp.com
- Andrew Yaphe  andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On February 20, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 20, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 20, 2019, | Lisa Masse | /s/ Lisa Masse |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |