**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Proposed Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**STIPULATION BETWEEN DEBTORS AND AD HOC GROUP OF INSTITUTIONAL BONDHOLDERS OF PACIFIC GAS AND ELECTRIC CO. EXTENDING TIME TO RESPOND TO MOTIONS TO BE HEARD ON FEBRUARY 27, 2019**<br><br>[No Hearing Requested] |

This stipulation and agreement for order ("Stipulation and Agreement for Order") is entered into by and between PG&E Corporation ("PG&E Corp.") and Pacific Gas and Electric Company (the "Utility"), as debtors and debtors in possession (collectively, the "Debtors") and the Ad Hoc Group of Institutional Bondholders of Pacific Gas and Electric Co. (the "Ad Hoc Group of Institutional Bondholders"). The Debtors and the Ad Hoc Group of Institutional Bondholders are referred to in this Stipulation and Agreement for Order collectively as the "Parties," and each as a "Party." The Parties hereby stipulate and agree as follows:

## RECITALS

A. On February 6, 2019, the Debtors filed a notice of hearing [Dkt. 353] noticing sixteen (16) motions listed therein (the "Motions") for a hearing before the Court at 9:30 a.m. on February 27, 2019.

B. Under Local Bankruptcy Rule 9014-1(c)(2), any opposition or response to the Motions must be filed and served on counsel for the Debtors no later than February 20, 2019.

C. On February 20, 2019, counsel for the Ad Hoc Group of Institutional Bondholders requested, and proposed counsel for the Debtors agreed, that the time for the Ad Hoc Group of Institutional Bondholders to respond to the Motions be extended by two days.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. The time for the Ad Hoc Group of Institutional Bondholders to file and serve any response or opposition to the Motions be extended up to and including 4:00 p.m. (Pacific Standard Time) on February 22, 2019.

[*Signatures on Next Page*]

| | |
|---|---|
| Dated: February 20, 2019 | Dated: February 20, 2019 |
| KELLER & BENVENUTTI LLP | PROSKAUER ROSE LLP |
| /s/ *Jane Kim* | /s/ *Brian S. Rosen* |
| Jane Kim | Brian S. Rosen |
| *Proposed Attorneys for Debtors and Debtors in Possession* | *Attorneys for Ad Hoc Group of Institutional Bondholders of Pacific Gas and Electric Company* |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119