MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Creditors U.S. TELEPACIFIC CORP.
dba TPx COMMUNICATIONS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE<br><br>PG&E CORPORATION,<br><br>               Debtor.<br><br>IN RE:<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>               Debtor. | Case Nos. 19-30088-DM<br>               19-30089-DM<br><br>Chapter 11<br><br>CERTIFICATE OF SERVICE<br><br>Date: February 27, 2019<br>Time: 9:30 a.m.<br>Place: Courtroom 17, 16th Flr.<br>        450 Goldengate Avenue<br>        San Francisco, CA<br><br>Hon. Dennis Montali |

      I the undersigned state that I am employed in the City and County of San Francisco, State of California; that I am over the age of eighteen years and not a party to the within action; that my business address is 221 Sansome Street, San Francisco, California, 94104-2323.

      On the date hereon, I served the foregoing document(s) described as:

1. OBJECTION OF U.S. TELEPACIFIC CORP. dba TPX COMMUNICATIONS TO DEBTOR'S MOTION TO PROVIDE ADQUATE ASSURANCE TO UTILITY PROVIDERS (DKT. NO. 32); DEMAND FOR ADEQUATE PROTECTION

2. DECLARATION OF JEFFREY NEAL IN SUPPORT OF OBJECTION OF U.S. TELEPACIFIC CORP. dba TPX COMMUNICATIONS TO DEBTOR'S MOTION TO PROVIDE ADQUATE ASSURANCE TO UTILITY PROVIDERS (DKT. NO. 32); DEMAND FOR ADEQUATE PROTECTION

1

on the following:

| WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin (pro hac vice)<br>(stephen.karotkin@weil.com)<br>Jessica Liou (pro hac vice)<br>(jessica.liou@weil.com)<br>Matthew Goren (pro hac vice)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119 | KELLER & BENVENUTTI LLP<br>Tobias S. Keller<br>(tkeller@kellerbenvenutti.com)<br>Jane Kim (#298192)<br>(jkim@kellerbenvenutti.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108 |

\_\_\_ (By Personal Service) By causing a true copy of said document(s), enclosed in a sealed envelope and addressed below, to be hand delivered.

\_\_\_ (By First Class U.S. Mail) By causing a true copy of said document(s), enclosed in a sealed envelope addressed as below and with postage thereon fully prepaid, to be placed in United States mail at San Francisco, California.

\_\_\_ (By Federal Express) By causing a true copy of said document(s), enclosed in appropriate packaging and addressed as below and with delivery fee thereon fully prepaid, to be delivered to a Federal Express.

\_\_\_ (By Facsimile) By causing a true copy of said document(s),to be transmitted by facsimile machine to telephone numbers shown below, known by or represented to me to be the receiving telephone number for facsimile copy transmission of the parties/persons/firms listed below. The transmission was reported as complete and without error.

_X_ (By E-mail) By causing a true copy of said document(s), to be transmitted by e-mail to the e-mail addresses shown below, known by or represented to me to be the receiving e-mail addresses of the parties/persons/firms listed below. I did not receive, within a reasonable period of time, after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on   February 20, 2019   , at San Francisco, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

/s/ Brenda S. Johnson
BRENDA S. JOHNSON