EMILY P. RICH, Bar No. 168735
TRACY L. MAINGUY, Bar No. 176928
CAITLIN GRAY, Bar No. 305118
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: bankruptcycourtnotices@unioncounsel.net
          erich@unioncounsel.net
          tmainguy@unioncounsel.net
          cgray@unioncounsel.net

Attorneys for Creditor Engineers and Scientists of California, Local 20, IFPTE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| In Re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 DM<br><br>CHAPTER 11<br><br>**DECLARATION OF JOSHUA SPERRY IN SUPPORT OF ESC LOCAL 20'S RESPONSE TO DEBTOR'S MOTION TO PAY PREPETITION EMPLOYEE OBLIGATIONS AND CONTINUE WAGES AND BENEFITS**<br><br>Date: February 27, 2019<br>Time: 9:30 a.m.<br>Location: U.S. Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

**DECLARATION OF JOSHUA SPERRY IN SUPPORT OF ESC LOCAL 20'S RESPONSE TO**
Case No. 19-30088 DM

I, Joshua Sperry, do hereby declare:

1. I am a Senior Union Representative at Engineers and Scientists of California Local 20, IFPTE ("ESC Local 20"), the exclusive collective bargaining representative of over 3,700 of the Debtors' employees. I make this declaration upon my personal knowledge, and, if called as a witness, I could competently testify to the facts hereinafter stated.

2. ESC Local 20 is a party to a collective bargaining agreement with Pacific Gas and Electric Company ("PG&E"), dated January 1, 2016. A true and correct copy of the collective bargaining agreement, which covers the terms and conditions of employment for all the professional and technical employees represented by ESC Local 20, is attached hereto as **Exhibit A**.

3. The term of the collective agreement was extended through December 31, 2021 in a letter of agreement. A true and correct copy of the letter of agreement extending the contract is attached hereto as **Exhibit B**.

4. As a Senior Union Representative for the employees at PG&E for over ten years, I am intimately familiar with the collective bargaining agreement and its administration. I have served as co-chief negotiator for the Union in the two most recent rounds of general contract negotiations, I oversee the upper levels of our grievance procedure, and I negotiate all Letters of Agreement between the Union and PG&E during the term of our contracts.

5. The collective bargaining agreement requires Short Term Incentive Plan (STIP) payments as part of the employees' compensation. ESC Local 20 has approximately 1,200 members at PG&E who are eligible for STIP payments. Pursuant to the agreement, the amount of the STIP payment for each employee is calculated by multiplying that employee's eligible earnings, their participation rate, their individual modifier, and the company score:

$$\boxed{\text{Eligible Earnings}} \times \boxed{\text{Participation Rate}} \times \boxed{\text{Individual Modifier}} \times \boxed{\text{Company Score}}$$

6. For nearly all ESC-represented employees who are eligible for STIP payments, the Participation Rate is 10%, meaning that the target level for the STIP payment is 10% of the employee's base salary. For about 10 employees in "Principal Engineer" classifications, the

2
**DECLARATION OF JOSHUA SPERRY IN SUPPORT OF ESC LOCAL 20'S RESPONSE TO DEBTORS' EX PARTE MOTION**
Case No. 19-30088 DM

Case: 19-30088    Doc# 503    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 2 of 9

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

participation rate is 15%. Managers (outside of the ESC bargaining unit) have higher participation rates than ESC-represented employees.

7. The Individual Modifier for each employee is determined by that employee's Performance Rating assigned by their supervisor. A supervisor will determine whether each employee has met or exceeded their target for their goals and has performed successfully in their competencies. A rating better than "Target-Successful" means that the Individual Modifier will be greater than 100%, and the STIP payment will be enhanced. A rating lower than "Target-Successful" means the Individual Modifier will be lower than 100%, and the STIP payment will reduced. The collective bargaining agreement provides that employees will be given reasonable notice of specific performance issues and an opportunity to improve before STIP awards are reduced. ESC Local 20 can and does file grievances for employees who dispute their Performance Rating, often involving employees whose STIP payments were reduced without proper notice and opportunity to improve. ESC Local 20 files around 45 grievances regarding STIP payments each year.

8. The Company Score is determined by PG&E management based on company-wide metrics measuring safety, reliability, customer service, financial performance, and other factors that vary from year to year. For instance, a portion of the Company Score may be determined by the System Average Interruption Duration Index, another portion of the score may be related to gas emergency response times, another portion of the score may be tied to earnings from operations. The Company announces these metrics and the weight that will be given to each metric in determining the Company Score at the beginning of the year in an effort to incentivize employees to help improve performance on each of these areas for that year. The metrics change from year to year as the Company's goals change. At the end of the year, the Company determines how it performed on each of those metrics and weights them all together to calculate the Company Score. A Company Score below 1.0 reduces STIP payments to all employees in STIP – ESC and non-ESC represented – while a Company Score above 1.0 increases the STIP payments.

9. ESC Local 20 members have received STIP awards since 2008.

10. ESC Local 20 gave up wage increases for some workers in exchange for STIP payments for those workers. For instance, in the 2012-2015 collective bargaining agreement between ESC Local 20 and PG&E, hourly employees and monthly employees who were already in the STIP program received a total General Wage Increase of 8.25% over three years. Monthly employees who were not already in the STIP program received a wage increase of only 3% over three years, but has STIP phased in over the three year period. This was widely understood and agreed to be an exchange of base salary for pay at risk. A true and correct copy of the cover letter to the 2012-2015 collective bargaining agreement describing this exchange is attached hereto as **Exhibit C**.

11. ESC Local 20 considers STIP payments as part of "total compensation" when negotiating with PG&E and comparing compensation to other companies (where annual bonuses are also a regular part of total compensation for salaried workers).

12. IBEW Local 1245 also represents about 30 employees who participate in the STIP program. I have spoken to IBEW representatives about that group on several occasions. They also treat STIP as part of the compensation of those workers.

13. In 2018, ESC Local 20 and PG&E entered Letters of Agreement regarding relocation payments to Estimators, Electric Mappers, and Gas Mappers whose positions were moved to new headquarters as a result of PG&E's consolidation and reorganization of these functions. ESC Local 20 bargained for these payments, which range from $10,000 to $25,000, to compensate employees being moved to new locations. True and correct copies of the Letters of Agreement concerning relocation payments to Estimators, Electric Mappers, and Gas Mappers are attached hereto as **Exhibits D-F**.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed February 20, 2019, in Oakland, California.

By: _____
JOSHUA SPERRY

147061\1011290

4

**DECLARATION OF JOSHUA SPERRY IN SUPPORT OF ESC LOCAL 20'S RESPONSE TO EMPLOYEE WAGES AND BENEFITS MOTION**
Case No. 19-30088 DM

# CERTIFICATE OF SERVICE

I am a citizen of the United States and an employee in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is1001 Marina Village Parkway, Suite 200, Alameda, California 94501.

I hereby certify that on February 20, 2019, I electronically filed the forgoing DECLARATION OF JOSHUA SPERRY IN SUPPORT OF ESC LOCAL 20'S RESPONSE TO DEBTOR'S MOTION TO PAY PREPETITION EMPLOYEE OBLIGATIONS AND CONTINUE WAGES AND BENEFITS with the U.S. Bankruptcy Court, Northern District California, by using the Court's CM/ECF system.

Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 20, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED SERVICE LIST

On February 20, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST

I certify under penalty of perjury that the above is true and correct. Executed at Alameda, California, on February 20, 2019.

*/s/ Stephanie Mizuhara*
Stephanie Mizuhara

# SERVICE LIST

- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Todd M. Bailey    Todd.Bailey@ftb.ca.gov
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- Peter J. Benvenutti    pbenvenutti@kellerbenvenutti.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder    heinz@bindermalter.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Shawn M. Christianson    schristianson@buchalter.com
- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alicia Clough    aclough@loeb.com
- Marc Cohen    mscohen@loeb.com
- Keith J. Cunningham    , rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, vsimmons@wolkincurran.com
- Jonathan R. Doolittle    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- Jennifer V. Doran    jdoran@hinckleyallen.com
- David V. Duperrault    dvd@svlg.com, edn@svlg.com
- Kevin M. Eckhardt    keckhardt@hunton.com, candonian@huntonak.com
- Joseph A. Eisenberg    JAE1900@yahoo.com
- Sally J. Elkington    sally@elkshep.com, ecf@elkshep.com
- G. Larry Engel    larry@engeladvice.com
- Krista M. Enns    kenns@beneschlaw.com
- Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- Richard W. Esterkin    richard.esterkin@morganlewis.com, sue.reimers@morganlewis.com
- Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
- James J. Ficenec    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman    kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Jonathan Forstot    , john.murphy@troutman.com
- Gregg M. Galardi    gregg.galardi@ropesgray.com
- Richard L. Gallagher    richard.gallagher@ropesgray.com
- Barry S. Glaser    bglaser@swesq.com
- Gabriel I. Glazer    gglazer@pszjlaw.com
- Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutininc.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

6

**DECLARATION OF JOSHUA SPERRY IN SUPPORT OF ESC LOCAL 20'S RESPONSE TO DEBTORS' DOW #503 AMENDED MOTION**
Case No. 19-30088 DM

- Oren Buchanan Haker  oren.haker@stoel.com, rene.alvin@stoel.com
- Robert G. Harris  rob@bindermalter.com
- Christopher H. Hart  chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins  bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Jan M Hayden  jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes  jhayes@fhlawllp.com
- Stephen E. Hessler, P.C.  , jozette.chong@kirkland.com
- Michael R. Hogue  hoguem@gtlaw.com, frazierl@gtlaw.com
- David Holtzman  david.holtzman@hklaw.com
- Marsha Houston  mhouston@reedsmith.com, hvalencia@reedsmith.com
- Mark V. Isola  mvi@sbj-law.com
- J. Eric Ivester  , Andrea.Bates@skadden.com
- Ivan C. Jen  ivan@icjenlaw.com
- Gregory K. Jones  GJones@dykema.com, cacossano@dykema.com
- Roberto J. Kampfner  rkampfner@whitecase.com, mco@whitecase.com
- Robert B. Kaplan  rbk@jmbm.com
- Tobias S. Keller  tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly  lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Gerald P. Kennedy  gerald.kennedy@procopio.com, laj@procopio.com
- Samuel M. Kidder  skidder@ktbslaw.com
- Marc Kieselstein  , carrie.oppenheim@kirkland.com
- Jane Kim  jkim@kellerbenvenutti.com
- Thomas F. Koegel  tkoegel@crowell.com
- Andy S. Kong  kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Alan W. Kornberg  , akornberg@paulweiss.com
- Jeffrey C. Krause  jkrause@gibsondunn.com, psantos@gibsondunn.com
- Michael Thomas Krueger  michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Richard A. Lapping  rich@trodellalapping.com
- Matthew A. Lesnick  matt@lesnickprince.com, jmack@lesnickprince.com
- David B. Levant  david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin  alevin@wcghlaw.com, vcorbin@wcghlaw.com
- John William Lucas  jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Jane Luciano  jane-luciano@comcast.net
- Kerri Lyman  klyman@irell.com, lgauthier@irell.com
- John H. MacConaghy  macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald  iain@macfern.com, ecf@macfern.com
- Michael W. Malter  michael@bindermalter.com
- David P. Matthews  jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Hugh M. McDonald  , john.murphy@troutman.com
- C. Luckey McDowell  luckey.mcdowell@bakerbotts.com
- Frank A. Merola  lacalendar@stroock.com, mmagzamen@stroock.com
- Matthew D. Metzger  belvederelegalecf@gmail.com
- M. David Minnick  dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Thomas C. Mitchell  tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe  john.moe@dentons.com, glenda.spratt@dentons.com

7

**DECLARATION OF JOSHUA SPERRY IN SUPPORT OF ESC LOCAL 20'S RESPONSE TO DEBTORS' ASSUMPTION MOTION**
Case No. 19-30088 DM

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

Case: 19-30088  Doc# 503  Filed: 02/20/19  Entered: 02/20/19 14:36:23  Page 7 of 9

- David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
- Courtney L. Morgan    morgan.courtney@pbgc.gov
- Joshua D. Morse    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Thomas G. Mouzes    tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Michael S. Myers    myersms@ballardspahr.com, hartt@ballardspahr.com
- David L. Neale    dln@lnbrb.com
- David L. Neale    dln@lnbyb.com
- David Neier    dneier@winston.com
- Melissa T. Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
- Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Aram Ordubegian    Ordubegian.Aram@ArentFox.com
- Gabriel Ozel    Gabriel.Ozel@troutman.com, tsinger@houser-law.com
- Amy S. Park    amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson    donna@parkinsonphinney.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- Valerie Bantner Peo    vbantnerpeo@buchalter.com
- Danielle A. Pham    danielle.pham@usdoj.gov
- Thomas R. Phinney    tom@parkinsonphinney.com
- R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino    epino@epinolaw.com, staff@epinolaw.com
- Mark D. Poniatowski    ponlaw@ponlaw.com
- Christopher E. Prince    cprince@lesnickprince.com
- Douglas B. Provencher    dbp@provlaw.com
- Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins    jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Lacey Rochester    lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Gregory A. Rougeau    grougeau@brlawsf.com
- Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com
- Sunny S. Sarkis    , dawn.forgeur@stoel.com
- David B. Shemano    dshemano@pwkllp.com
- James A. Shepherd    jim@elkshep.com, ecf@elkshep.com
- Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol    jdsokol@lawssl.com, dwright@lawssl.com
- Bennett L. Spiegel    blspiegel@jonesday.com
- Michael St. James    ecf@stjames-law.com
- David M. Stern    dstern@ktbslaw.com
- Meagan S. Tom    Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward Tredinnick    etredinnick@grmslaw.com
- Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta    marta.villacorta@usdoj.gov

8

**DECLARATION OF JOSHUA SPERRY IN SUPPORT OF ESC LOCAL 20'S RESPONSE TO DEBTOR'S AMENDED MOTION**
Case No. 19-30088 DM

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Riley C. Walter    ecf@W2LG.com
- Philip S. Warden    philip.warden@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- Genevieve G. Weiner    gweiner@gibsondunn.com
- Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com
- Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans    rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- Christopher Kwan Shek Wong    christopher.wong@arentfox.com
- Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com
- Andrew Yaphe    andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com

**VIA U.S. MAIL**

| | |
|---|---|
| Max Africk<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Kevin Bostel<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Matthew Goren<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Andriana Georgallas<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| David A. Herman<br>Cravath, Swaine & Moore LLP<br>85 Eighth Avenue<br>New York, NY 10019 | Stuart J. Goldring<br>Weil, Gotshal & Manges LLP<br>767 Fifth Ave.<br>New York, NY 10153 |
| Stephen Karotkin<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Kevin Kramer<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| John Nolan<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Jessica Liou<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Kevin J. Orsini<br>Cravath, Swaine & Moore LLP<br>85 Eighth Avenue<br>New York, NY 10019 | Omid H. Nasab<br>Cravath, Swaine & Moore LLP<br>85 Eighth Avenue<br>New York, NY 10019 |
| Ray C. Schrock<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Theodore Tsekerides<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Paul H. Zumbro<br>Cravath, Swaine & Moore LLP<br>85 Eighth Avenue<br>New York, NY 10019 | |

9

**DECLARATION OF JOSHUA SPERRY IN SUPPORT OF ESC LOCAL 20'S RESPONSE TO DEBTORS' DOW # 503 AND 507(b) MOTION**
Case No. 19-30088 DM

Case: 19-30088    Doc# 503    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 9 of 9

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001