1   EMILY P. RICH, Bar No. 168735
    TRACY L. MAINGUY, Bar No. 176928
2   CAITLIN GRAY, Bar No. 305118
    WEINBERG, ROGER & ROSENFELD
3   A Professional Corporation
    1001 Marina Village Parkway, Suite 200
4   Alameda, California 94501
    Telephone  (510) 337-1001
5   Fax  (510) 337-1023
    E-Mail:  bankruptcycourtnotices@unioncounsel.net
6           erich@unioncounsel.net
            tmainguy@unioncounsel.net
7           cgray@unioncounsel.net

8   Attorneys for Creditor Engineers and Scientists of California, Local
    20, IFPTE
9

10                  UNITED STATES BANKRUPTCY COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                        (SAN FRANCISCO DIVISION)

13

| | |
|---|---|
| In Re | Case No. 19-30088 DM |
| PG&E CORPORATION, | CHAPTER 11 |
| and | **EXHIBIT A TO DECLARATION OF JOSHUA SPERRY IN SUPPORT OF ESC LOCAL 20'S RESPONSE TO DEBTOR'S MOTION TO PAY PREPETITION EMPLOYEE OBLIGATIONS AND CONTINUE WAGES AND BENEFITS** |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Date:       February 27, 2019<br>Time:       9:30 a.m.<br>Location:  U.S. Bankruptcy Court<br>               Courtroom 17, 16th Floor<br>               San Francisco, CA  94102 |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

# Exhibit A

## To Declaration of Joshua Sperry iso ESC Local 20's Response to Debtor's Motion to Pay Prepetition Employee Obligations and Continue Wages and Benefits



**77 Beale Street**
**P.O. Box 770000**
**San Francisco, CA**
**94177**
**415-973-7000**

September 20, 2016

PACIFIC GAS AND ELECTRIC COMPANY EMPLOYEES:

Pacific Gas and Electric Company and ESC Local 20 have over a 60-year history of labor-management cooperation to address areas of mutual interest. This letter reaffirms our ongoing commitment to labor-management cooperation in a traditional labor relations framework.

While we recognize that both parties have different needs, we are committed to an ongoing alliance to address shared interests. Our alliance includes:

- Semi-Annual meetings between the Union's leadership and the Company's officers to discuss current business issues and the Company's strategic business plan.

- Quarterly labor-management meetings in each functional department or area to address department/area specific issues.

- Ad hoc negotiations to discuss current business needs in a timely manner.

Pacific Gas and Electric Company and ESC Local 20 are committed to work together in a collaborative manner to address issues critical to PG&E's ability to compete now and in the future and to promote profitability for PG&E and employment and income security for PG&E employees. It is in our mutual best interest – the Company's, the Union's, and the employees' – to ensure PG&E's success.


_____*S/Anthony F. Earley, Jr.*_____
ANTHONY F. EARLEY, JR.
Chairman, CEO and President
PG&E Corporation

_____*S/John Mader*_____
JOHN MADER
President
ESC Local 20


_____*S/Nickolas Stavropoulos*_____
NICKOLAS STAVROPOULOS
President
Pacific Gas and Electric Company

_____*S/Karen Sawislak*_____
KAREN SAWISLAK
Executive Director
ESC Local 20


_____*S/Geisha Williams*_____
GEISHA WILLIAMS
President
Pacific Gas and Electric Company

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 3 of 256

# AGREEMENT

## PROFESSIONAL AND
## TECHNICAL EMPLOYEES

**Between**

## ENGINEERS AND SCIENTISTS
## OF CALIFORNIA, LOCAL 20
## IFPTE, AFL-CIO & CLC

**and**

## PACIFIC GAS AND ELECTRIC
## COMPANY

**DATED January 1, 2016**





Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 4 of 256

This agreement dated May 1, 1955, has been amended on the following dates:

August 1, 1956
August 1, 1957
August 1, 1959
August 1, 1960
August 1, 1962
August 1, 1963
August 1, 1966
July 1, 1970
June 25, 1972
July 1, 1974
January 1, 1977
January 1, 1980
January 1, 1983
January 1, 1984
January 1, 1988
January 1, 1991
January 1, 1994
January 1, 1997
January 1, 2000
June 1, 2003
January 1, 2009
January 1, 2012
January 1, 2016

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 5
of 256

# TABLE OF CONTENTS

AGREEMENT ................................................................................................. 1

TITLE 1.  PREAMBLE ................................................................................. 1

TITLE 2.  CONTINUITY OF SERVICE ........................................................ 1

TITLE 3.  RECOGNITION ........................................................................... 2

TITLE 4.  REPRESENTATIVES ................................................................. 4

TITLE 5.  UNION SECURITY ...................................................................... 4

TITLE 6.  UNION ACTIVITY ....................................................................... 5

TITLE 7.  HOURS ........................................................................................ 6

TITLE 8.  HOLIDAYS .................................................................................. 9

TITLE 9.  VACATIONS ............................................................................... 11

TITLE 10.  EXPENSES ............................................................................... 16

TITLE 11.  SICK LEAVE ............................................................................. 24

TITLE 12.  LEAVE OF ABSENCE ............................................................. 30

TITLE 13.  STATUS OF EMPLOYEES AND SERVICE ............................. 33

TITLE 14.  GRIEVANCE PROCEDURE ..................................................... 37

TITLE 15.  WAGES AND CLASSIFICATIONS ........................................... 41

TITLE 16.  MEALS ...................................................................................... 43

TITLE 17.  OVERTIME ............................................................................... 45

TITLE 19.  INCLEMENT WEATHER PRACTICE ....................................... 48

TITLE 20.  REPLACEMENT OF PERSONAL TOOLS ............................... 49

TITLE 21. JOB BIDDING, PROMOTION AND TRANSFER ....................... 49

TITLE 22.  DEMOTION AND LAYOFF ....................................................... 61

TITLE 23.  SAFETY .................................................................................... 65

TITLE 24.  SHIFT PREMIUM ...................................................................... 65

TITLE 25.  SUPPLEMENTAL BENEFITS .................................................. 66

TITLE 26.  ENABLING CLAUSE ................................................................ 67

TITLE 27.  MANAGEMENT OF COMPANY ............................................... 67

TITLE 28.  TERM ........................................................................................ 69

EXHIBIT C HIRING HALL ........................................................................... 102

EXHIBIT D............................................................................................... 107

JOB DESCRIPTIONS AND TESTING PROCEDURES............................. 107

1.  DIVISION GAS AND ELECTRIC DEPARTMENTS ........................ 110

2.  DIVISION MAPPING DEPARTMENTS ........................................... 120

3.  LAND DEPARTMENTS .................................................................. 128

4.  GENERAL OFFICE........................................................................ 135

5.  DESIGN DRAFTING DEPARTMENT ............................................. 137

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 6
of 256

6. APPLIED TECHNOLOGY SERVICES ..................................................................... 141

7. GAS SUPPLY ................................................................................................................ 145

8. CONSTRUCTION.......................................................................................................... 146

9. MATERIALS DEPARTMENT ....................................................................................... 151

10. DISTRIBUTION ENGINEERS (CLASSIFICATION SPECIFIC PROVISIONS FROM EXHIBIT Q)........................................................................................................................... 153

11. LAND/CORPORATE REAL ESTATE (LOA 06-06, CLASSIFICATION SPECIFIC PROVISIONS FROM EX. R) ........................................................................................... 158

12. PROJECT ENGINEERING (LOA 07-18, CLASSIFICATION SPECIFIC PROVISIONS FROM EXHIBIT T) ............................................................................................................ 161

13. SYSTEM PROTECTION ENGINEERING (LOA 08-09, CLASSIFICATION SPECIFIC PROVISIONS FROM EXHIBIT U) ................................................................................... 163

14. SUBSTATION ASSET STRATEGY ENGINEERS (LOA 08-15, CLASSIFICATION SPECIFIC PROVISIONS FROM EXHIBIT V).................................................................. 165

15. PROJECT MANAGERS AND PROJECT CONTROLS ANALYSTS (LOA 08-18, CLASSIFICATION SPECIFIC PROVISIONS FROM EXHIBIT W).................................. 166

16. ELECTRIC STANDARDS ENGINEERS (LOA 08-20, CLASSIFICATION SPECIFIC PROVISIONS FROM EXHIBIT X)................................................................................... 169

17. MAINTENANCE AND CONSTRUCTION (M&C) ENGINEERS (LOA 09-09, CLASSIFICATION SPECIFIC PROVISIONS FROM EXHIBIT Y).................................. 170

18. ENVIRONMENTAL SERVICES AND ENVIRONMENTAL REMEDIATION (LOA 10-01, CLASSIFICATION SPECIFIC PROVISIONS FROM EXHIBIT Z).......................... 171

19. TELECOMMUNICATIONS ENGINEERS (LOA 10-03, CLASSIFICATION SPECIFIC PROVISIONS FROM EXHIBIT Z-1)................................................................................ 173

20. POWER GENERATION (LOA 10-08, CLASSIFICATION SPECIFIC PROVISIONS FROM EXHIBIT Z-2) ....................................................................................................... 174

21. DISTRIBUTION OUTAGE COORDINATORS (LOA 10-15, CLASSIFICATION SPECIFIC PROVISIONS FROM EXHIBIT Z-3).............................................................. 176

22. NUCLEAR ENGINEERING AND QUALITY VERIFICATION (LOA 09-42) ................. 177

23. NUCLEAR PROFESSIONALS (LOA 11-17)............................................................... 179

24. GENERATION INTERCONNECTION  (LA 13-36) (ADDED 12/12/13) ....................... 181

25.     TRANSMISSION PLANNING (LOA 13-36) (ADDED 12/12/13)................................. 189

26.     METERING ENGINEERS (LOA 13-36) (ADDED 12/12/13)....................................... 190

27.       AUTOMATION AND POWER QUALITY ENGINEERS (LOA 13-36) (ADDED 12/12/13)....... 191

28. TRANSMISSION OPERATIONS ENGINEERING (LOA 15-06) (ADDED 3/31/15) ..................... 192

29. SMARTMETER OPERATIONS CENTER (LOA 15-07) (ADDED 4/5/15)..................................... 194

30. GAS STATION ENGINEERING (LOA 15-18) (ADDED 9/16/15)................................................... 194

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 7 of 256

**EXHIBITS**

The following amended Exhibits to the Agreement of 1955 are attached and made a part hereof:

| EXHIBIT | | PAGE |
|---|---|---|
| Exhibit A | Schedule of Wage and Salary Ranges, and Classifications and Codes, and Beginning Classifications  (Amended 1/1/2009) | 71 |
| Exhibit B | (Deleted 1/1/09) | 101 |
| Exhibit C | Letter Agreement R3-01-37-ESC, Hiring Hall Agreement (Amended 1/1/2009) | 102 |
| Exhibit D | Job Descriptions and Testing and Promotion Procedures, and Classification-Specific Provisions | 107 |
| Exhibit E | Professional Development (Amended 2/23/16) | 195 |
| Exhibit F | Letter Agreement 93-8-ESC, Use of General Construction for Estimating | 197 |
| Exhibit G | Distribution Construction Per Diem Geographic Areas & Clarification | 199 |
| Exhibit H | Letter Agreement 94-13-ESC, Design and Drafting Reorganization | 201 |
| Exhibit I | Flextime Guidelines for Design Drafting | 210 |
| Exhibit J | Severance Program | 212 |
| Exhibit K | Titles 21 and 22 - Special Substitute for Distribution Construction; and LOA R1-03-27-ESC | 213 |
| Exhibit L | Application of Titles 21 and 22 for Design, Drafting, and Miscellaneous Classifications | 219 |
| Exhibit M | Letter Agreement  95-46-ESC, Exempt/Bargaining Unit Division of Land Responsibilities | 221 |
| Exhibit P | Alternative Work Schedules, Letter Agreements 93-11, 93-12, 93-13-ESC | 228 |

The following amended Exhibits to the Agreement of 1955 are available on line and made a part hereof:

Exhibit O     Critical Classification w/location bands

Appendix 1     Job Descriptions for Monthly Classifications

Case: 19-30088     Doc# 503-1     Filed: 02/20/19     Entered: 02/20/19 14:36:23     Page 8 of 256

June 1, 2016

Ms. Karen Sawislak, Executive Director
Engineers and Scientists of California,
Local 20 IFPTE, AFL-CIO & CLC
810 Clay St
Oakland, CA 94607

Dear Ms. Sawislak:

This letter and its attachments will confirm the table agreement by the Company's Negotiation Committee and the Union's Negotiating Committee in General Negotiations with respect to the ESC Agreement and the Benefits Agreement.

1.  **Term**

The ESC Agreement will have a four-year term of January 1, 2016 through December 31, 2019.

2.  **General Wage Increases**

The general wage increase for January 1, 2016 will be paid at the earliest possible date available from Payroll.  The Company will grant a general wage increase, using normal rounding, as follows:
   a.  1/1/2016: 3.00%
   b.  1/1/2017: 3.25%
   c.  1/1/2018: 3.50%
   d.  1/1/2019: 3.25%

3.  **Changes to Vacation**

The parties agreed to adjust the vacation accrual schedule as follows, effective January 1, 2017:
   Upon Hire: 120 hours
   Year 9: 160 hours
   Year 19: 200 hours
   Year 29: 240 hours

Also, the agreement eliminates vacation bonus weeks at years 5, 10, 15 and 20 (although allowing for restoration if they are provided for non-union employees) and eliminates the "sick leave vacation bonus weeks."  The parties also agreed to implement the vacation purchase option.  All specifics are in Attachment B.

4.  **Changes to Sick Leave, Short-Term Disability, Long-Term Disability, Paid Family Leave, and Vacation**

Below is a short summary of changes to these benefits effective January 1, 2017.  See Attachment B for full details.

   a.  Sick Leave:
      - Replace current sick leave with "incidental sick pay"
      - 96 hours per year accrued at the rate of 8 hours per month (all incumbents on 1/1/17 will be granted 96 hours) All current sick banks as of 12/31/16 ("Capped Sick Leave Banks") will be "capped" and available for use
      - Upon retirement, 25% of the time remaining in an employee's Capped Sick Leave Bank shall be credited to a Health Reimbursement Account

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 9 of 256

b. Short Term Disability:
   - Effective 1/1/17, implement a new Voluntary Plan with wage continuation
   - Benefit amount will be 70% of after-tax pay for up to 52 weeks, with a seven-day waiting period. If the Voluntary Plan is not available, the same benefit (70% after tax for 52 weeks) will be provided through coordination of wage continuation with California SDI

c. Paid Family Leave:
   - Effective 1/1/17, implement a new Voluntary Plan with wage continuation
   - Benefit amount will be 100% of base pay for up to eight weeks,
   - If the Voluntary Plan is not available, the same benefit (100% base pay for 8 weeks) will be provided through coordination of wage continuation with California PFL

d. Long Term Disability:
   - Effective 1/1/17, implement a new "LTD Plan IV"
   - Benefit is 70% of base pay, 12 month waiting period (covered by new STD plan)
   - No accrual of pension credits while on LTD
   - Provides enhanced Return To Work program
   - Company will provide a 4% one-time adjustment to the LTD benefit of employees currently in Plan I, II or III who have been on LTD for at least five years as of the implementation date

e. State of California voluntary STD-PFL approval requirement:
   The Union and its members agree and affirmatively acknowledge that the ratification of the Collective Bargaining Agreement shall constitute 100% approval of its membership for purposes of demonstrating consent and approval of the plan pursuant to the State of California Employment Development Department requirements.

## 5. STIP Program for all ESC-represented employees in STIP

1. Eligible employees will be included in the Company's Short Term Incentive Plan (STIP) that is established for each plan year.

The STIP award is composed of four elements:

$$\boxed{\text{Eligible Earnings}} \text{ x } \boxed{\text{Participation Rate}} \text{ x } \boxed{\text{Individual Modifier}} \text{ x } \boxed{\text{Company Score}}$$

a. Eligible Earnings for monthly employees is defined as all straight-time earnings and temporary assignment pay received during the plan year. Straight time earnings include: vacation, sick time, holidays, military pay and bereavement. It does not include overtime, STIP payments, reward and recognition awards, lump sum payments or other non-base pay payments. Straight-time earnings are indicated on an employee's pay statement as "regular earnings." Straight-time earnings do not include payments received from an educational or transitional leave position. Eligible earnings are the dollars actually paid. For example if an employee is hired on July 1st into a STIP eligible job with an annual salary of $50,000, the STIP eligible earnings would be $25,000 because the employee is only working and being paid for 6 months out of the plan year. Note: For hourly employees, eligible earnings include all straight time, overtime, shift premiums, and temp assignment pay received during the plan year.

b. Participation Rate is 10% for all monthly employees and 15% for Principal Engineers. Any hourly employees who were "grandfathered" will continue to receive STIP at the same participation rate until they change line of progression.

c. Company Score is determined by the Company each year and is the same score as for all employees of the Company covered by STIP.

d. ESC employees will receive STIP individual performance modifiers that are equal to the average of the individual modifier for non-represented LL20 + PL20 (formerly PL1) and LL30 + PL30 (formerly PL2) employees with the corresponding performance ratings.

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 10 of 256

|  |  | Goal Ratings | | |
| --- | --- | --- | --- | --- |
|  |  | Below Target | Target | Exceeds Target |
| Competency Ratings | Role Model | 65 - 90% | 110 - 120 % | 120 - 150 % |
|  | Successful | 50 - 75 % | 90 - 110 % | 110 - 120 % |
|  | Developing | 0% | 50 - 75% | 65 – 90 % |

2. Performance Management

For the term of this agreement, the Company and Union agree that LOA 14-08 (performance management) is in effect, with the addition of item a (iii) below.

The Company shall have the right to set individual performance goals unilaterally, subject to the following requirements:

a. All such goals set by the Company must meet the following criteria:
   i. Goals shall be related to an employee's appropriate job duties from the job scope of the classification
   ii. Goals shall be reasonable, attainable, and measurable.
   iii. In order to facilitate the peaceful adjustment of differences, at the request of the Union the parties will establish a joint committee which will review employee concerns regarding new, or established, goals which employees believe do not conform with the requirements above. This is not a waiver of the Union's right to grieve goals as noncompliant with the criteria.

b. The Company will abide by the following requirements:
   i. Employee evaluations against his or her individual goals shall account for the variability and difficulty of each employee's particular assignment.
   ii. When issuing performance ratings, reasonable allowances will be made for an employee's availability, workload, experience, training, and other priorities as assigned by management.
   iii. Regarding evaluations and placement in the 9 box grid, employees do not need to average "exceeds" or achieve "exceeds goals" in every area, category or metric in order to receive a rating of "exceeds target." It is recognized that employees may not have the opportunity to exceed targets in each category, based on their individual work assignments. Similarly, employees will not automatically be rated "below target" solely because they have been assigned a rating of "below target" on one metric.

c. At the Company's or Union's request, new or revised performance goals for monthly classifications may be reviewed in advance of implementation.

d. In the event that a performance rating is the subject of a grievance, the criteria and requirements above shall apply.

3. The Company and Union share a common goal of establishing PG&E as the standard of success by which other utility providers will be measured. In regards to employee performance management, the Company and Union place a high importance on direct and timely feedback.

4. Whenever practicable, employees will be given reasonable notice of specific performance issues and an opportunity to improve before STIP awards are reduced. However, the parties recognize that there might be circumstances that may not allow for advance notice.

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 11 of 256

5. In cases where the parties settle a grievance over the PMP rating and/or STIP award of an employee, the potential remedies may include adjusting the PMP rating, paying the STIP at the rate of a different individual modifier percentage, or both.

6. The Senior Vice President or Vice President of Human Resources will review any determination that an employee would not receive an incentive plan payment.

7. Human Resources will endeavor to review and, where appropriate, adjust any negative rating that is issued without supporting documentation.

8. At the request of the Union, the Company and Union will meet to discuss the overall performance ratings of employees in a department or work group where the Union believes that ratings may have been improperly assigned.

9. The Company does not use PMP ratings in making promotion, demotion or discipline decisions. PMP ratings may not be used in reference to "current performance" in 21.18.c, "satisfactory performance" in advancement criteria, or any other contractual process.  [RC 938]

10. The Company does not engage in forced ranking of ESC-represented employees. Individual employee ratings are based on individual performance. [RC 906]

11. The Company and Union will establish an ad-hoc committee to review best practices for incentive programs and the design and implementation of the current PMP system.

**6.** **Unified salary ranges for all monthly paid Engineering and Project Management classifications**

A) Except as set forth otherwise in this Agreement, all monthly-paid Engineering and Project Management classifications and lines of progression will have the same salary ranges, shown below:

| 2016 Monthly Engineering Salary Ranges | MIN | MAX |
|---|---|---|
| Associate Engineer/PM | 5,848 | 8,784 |
| Engineer/PM | 7,073 | 10,757 |
| Senior Engineer/PM | 9,452 | 12,142 |
| Senior Consulting/Advising Engineer/PM | 10,682 | 13,126 |
| Principal Engineer/PM | 10,977 | 14,085 |

B) The salary range maximum for Protection Engineering, Distribution Operations Engineering, and Transmission Operations Engineering will be 5% higher than the salary range maximum for all other Engineering classifications.

| 2016 Monthly Critical Engineering Salary Ranges | MIN | MAX |
|---|---|---|
| Associate Engineer | 5,848 | 9,223 |
| Engineer | 7,073 | 11,295 |
| Senior Engineer | 9,452 | 12,749 |
| Senior Consulting/Advising Engineer | 10,682 | 13,782 |
| Principal Engineer | 10,977 | 14,790 |

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 12 of 256

7. **Gold Circling**

    a. Notwithstanding the above, all current ESC-represented employees in the bargaining unit as of the implementation date (see below) shall receive the "N1" ("Neutrality 1", meaning the first groups of classifications organized under the Neutrality Agreement) salary ranges if they are currently in an "N1" classification or move into an "N1" classification during their career. GWI will apply to the gold circled "N1" salary ranges. "N1" classification groups are:

        i. Project Engineering;
        ii. Project Manager;
        iii. Project Manager-BS;
        iv. Electric Standards;
        v. Substation Asset Strategy;
        vi. System Protection Engineering;
        vii. M&C Engineering.
        viii. Distribution Engineer
        ix. Distribution Operations Engineer
        x. Project Architect

| *2016 Monthly Salary Ranges* | *Min* | *Max* |
|---|---|---|
| ***Project Engineering, Electric Standards, Substation Asset Strategy, M&C Engineering, Distribution Engineering, Project Architect \\*** | | |
| *Associate Engineer* | *5,848* | *9,198* |
| *Engineer* | *8,971* | *11,389* |
| *Senior Engineer* | *9,922* | *12,748* |
| *Senior Consulting/Advising Engineer* | *10,978* | *14,184* |
| ***Project Manager*** | | |
| *Associate Project Manager* | *5,848* | *9,198* |
| *Project Manager* | *8,971* | *11,389* |
| *Senior Project Manager* | *9,922* | *12,748* |
| *Senior Consulting Project Manager* | *10,978* | *14,184* |
| ***Project Manager-BS (5% Premium of Project Manager rates, except for Associate classification)*** | | |
| *Associate Project Manager-BS* | *5,848* | *9,198* |
| *Project Manager-BS* | *9,418* | *11,958* |
| *Senior Project Manager-BS* | *10,418* | *13,384* |
| *Senior Consulting Project Manager-BS* | *11,528* | *14,894* |

| 2016 "Gold Circled" System Protection and Distribution Operations Engineering Salary Ranges | MIN | MAX |
|---|---|---|
| Associate Engineer | 5,848 | 9,543 |
| Engineer | 8,971 | 11,815 |
| Senior/Lead Engineer | 9,922 | 13,384 |
| Senior Consulting/Advising Engineer | 10,978 | 14,894 |

    b. Current incumbents with a rate of pay above the range maximum will not receive Progressive Wage Increases, but shall continue to receive future General Wage Increases.

8. **Distribution Engineer II**

The Union and Company agreed to establish a new "senior level" classification named "Distribution Engineer II" in the Gas Distribution Engineer and Electric Distribution Engineer Lines of Progression. The salary range will be equal to the Senior Engineer range in the uniform monthly engineering salary ranges

(6A above). The minimum qualification will be eight years of relevant experience. The job description will be negotiated by an ad-hoc committee, and the classification and new wage scale will not be implemented until the job description is agreed upon. A minimum number of positions in Electric Operations will be filled, but the Company did not commit to fill positions in Gas Operations.

## 9. <u>Consolidation of working conditions for Monthly employees</u>

The Union and Company agreed to harmonize the following working conditions for monthly employees:
   a. Overtime. See Attachment A
   b. Advancement procedures. See Attachment A
      Incumbent Associate or Journey Engineers in Project Engineering, SAS Engineering, M&C Engineering or Electric Standards as of implementation of this Agreement shall be eligible to advance "automatically" (as defined under the previous contract provisions) to Senior Engineer upon meeting the minimum requirements and demonstrating satisfactory performance.

      The Union and Company will establish a joint ad-hoc committee to review current Senior Power Generation Engineers against the criteria of the Senior Consulting Engineer in Power Generation and advance those Senior Engineers who are agreed to meet the criteria.
   c. Training and Professional Development. See Attachment A

## 10. <u>Staffing in vital departments</u>

The Company will make all reasonable efforts to post and fill the number of additional positions shown in the classification groups listed in the table below. Additional means in addition to maintaining the current headcount (as of Jan 1, 2016) by backfilling any vacancies that occur. The Company will provide the Union with staffing levels as of Jan 1, 2016 for all listed classifications. The parties recognize that successfully filling these positions may not be possible due to factors such as a lack of qualified applicants or rejection of job offers by applicants.

| Group | Additional Positions |
|---|---|
| Electric Estimators (Distribution), SNBRs, IPEs | 35 |
| Electric Transmission: Estimators, Design Engineers/SDE's, and/or Project Engineers | 27 |
| Electric Transmission Project Managers and/or Project Controls Analysts | 21 |
| Environmental/Land: Land Tech, Land Agent, Chief of Party, ROW Agent, Land Planner, Surveyor, Biologist, and/or CRS | 20 |
| Gas Estimators | 7 |
| Gas Project Managers and/or Project Controls Analysts | 6 |
| Nuclear: Nuc Planners, Design Engineers, Nuc Engineers, and/or any Nuc Professionals | 10 |

The Union and Company agree to establish a joint committee to address staffing levels in Hydro Generation Design Engineering, Project Engineering and Project Management. The committee will examine factors including the amount of long-term outsourced FTE's and efficiencies which could be gained by converting these to regular positions. The committee will commence no later than June 2016.

Nothing in this provision will modify in any way the collective bargaining provisions regarding the Company's management rights, including, but not limited to, establishing appropriate staffing levels, the Company's right to choose individuals to fill new vacancies (or the Union's right to participate in that

process as set forth in the collective bargaining agreement), nor shall it any way establish guaranteed or minimum staffing levels of any kind.

In any dispute regarding whether the hiring goals have or have not been met, the sole issue for the arbitrator will be to determine if the Company has met its hiring obligations under this agreement and if not, what additional hiring the Company is obliged to undertake.

## 11. Telecom Engineer job description changes

The parties agreed to update the job descriptions for the Telecom Engineer line of progression.

## 12. Bid System Changes

The parties agreed to standardize the process for filling all vacancies in monthly classifications, creating separate processes for beginning level, mid-level, and top-level monthly classifications. This will allow ESC-represented employees to express their interest for all positions using the job bidding system. The parties also agreed to standardize a process for using the joint interview panel process for certain hourly classifications as well, which are now listed in Section 21.10. Senior New Business Rep (SNBR) and Industrial Power Engineer (IPE) will now be included in that process.

## 13. SNBR and IPE job qualifications

The parties agreed to modify the minimum qualifications for the SNBR and IPE classifications. These classifications are now linked in a Line of Progression, SNBR next lower to IPE. Also, Sr. Estimator and Associate Distribution Engineer (ADE) are now defined as "next lower" to SNBR for purposes of bidding under section 21.2 or 21.10.

## 14. Beginning Level jobs

The parties agreed that the "Memorandum of Understanding" in Exhibit A regarding beginning level jobs should be removed because they have clearly defined which jobs are "beginning level."

## 15. Overtime for hourly employees

The parties agreed to the following language regarding cancellation of pre-arranged overtime:
If an employee is arranged to work for storm or other emergency response outside of normal work hours, and such work is not cancelled before the end of work on the previous day, they shall be paid overtime compensation for not less than two hours.

## 16. Contract Cleanup

The parties agreed to numerous minor changes to the contract in order to incorporate Letters of Agreement and grievance settlements during the previous contract term, and to clarify language to reflect current practices. For a complete list of contract cleanup changes, see LOA 16-08-ESC.

## 17. Meals

The Company will maintain the current practice in place. The Company will adopt any revisions by the Joint Meals Committee as appropriate for ESC. Clarification around itemized receipts has now been added to Section 16.5 (see LOA 16-08-ESC).

## 18. Ad-hoc committees

The parties agree to convene the following ad-hoc committees. Scope items of each committee are listed below.

1. Estimating/Service Planning
    a. SNBR-IPE workload
    b. Potential NBR (New Business Representative) classification
    c. IPE exam
    d. Vacation backup
    e. High turnover offices/retention
    f. Callout and bypass pay
    g. Rest periods after callout
    h. 6am start times
    i. Sr Estimator and ADE training programs
    j. IPE upgrade criteria
2. Land and Environmental
    a. Pay disparities: Land Agent/Senior Land Agent, Chief of Party/Surveyor, associate and journey Cultural Resource Specialist/Biologist, Right Of Way Agent/Land Planner
    b. Bidding to other positions in same HQ
    c. Land Planning Analyst and Compliance Analyst lack of progression
    d. Lack of Sr. Consulting Biologists and Principal Land Planners
    e. Potential beginning level job in Land Agent line of progression
    f. Minimum requirements for Land Agent
    g. License requirement for Project Surveyor
3. Project Manager (PM)-Project Controls Analyst (PCA). Review the job descriptions and requirements for Project Managers and Project Controls Analysts, in particular the PMP requirement for Sr. PCA.
4. GC
    a. Per diem
    b. Field Engineer (FE) salary
    c. Potential Sr. Field Engineer (SFE) classification
    d. Update bidding processes
    e. Add Sr. FET to 21.2.c list
5. Safety
    a. Grassroots Safety Committee chartered as Labor-Management committees
    b. Near-hit reporting process for engineering & design
6. Hydrographer and Hydro Scheduler pay and staffing
7. Nuclear
    a. Weekend callout
    b. Shift change compensation
    c. PE License pay
    d. Nuclear Procedure Writer Eng-Ops paid same as Nuc Eng
    e. Potential new Non-degreed technical positions
8. Design Engineering and Standards Engineers
    a. Lines of Progression: Design Drafter-Senior Design Drafter; Engineering Assistant I Engineering Assistant II-Senior Engineering Assistant; Design Engineer-Senior Design Engineer
    b. Design Engineer minimum pay
    c. Standards Engineer job description
9. Performance management program: benchmarking, industry trends, potential new structures (see item 5.11—STIP Program above)
10. Job Rotations and Professional Development. This committee will attempt to develop contract language to enable an equitable process of temporary assignments to other classifications for purposes of employee development.

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 16 of 256

**Board Approval and ESC Membership Ratification**

All proposed changes to the agreement reached for the general wage increase and Benefits were ratified by the ESC membership on March 18, 2016, and to be approved by the PG&E Corporation Compensation Committee.

**Effective Date**

Changes to ESC contract language will have an effective date of June 1, 2016, except as otherwise noted. June 1 is the "implementation date" mentioned in item 7, "Gold Circling" above except for groups who have voted to join the bargaining unit through the NLRB after March 18, 2016.

The GWI will have an effective date of January 1, 2016.

New monthly salary ranges for Engineering and Project Management will be effective March 1, 2016.

All changes to the job bidding system (i.e. resume request process, interview panels for hourly vacancies, SNBR-IPE changes, bidding for monthly vacancies, and interview panel process) will be effective August 1, 2016.

Changes to Vacation, Sick Leave, Short-Term Disability, Long-Term Disability and Paid Family Leave will have an effective date of January 1, 2017 (bonus vacation, sick leave bonus vacation, and sick time accruals under current provisions will be provided on January 1, 2017).

Attached are amended Contract sections as agreed to during the negotiations, as follows:

      A.     Changes to ESC Agreement and its Exhibits and Supplements
      B.     Changes to Vacation, Sick Leave, Short-Term Disability, Long-Term Disability and Paid Family Leave


Sincerely,


s/Eric Bachman

Eric Bachman
Senior Manager

Attachments

The Union is in agreement.

                               ENGINEERS AND SCIENTISTS OF CALIFORNIA
                               LOCAL 20, IFPTE, AFL-CIO and CLC


      June 3 , 2016              By:  s/Karen Sawislak
                                 Karen Sawislak
                                 Executive Director

# AGREEMENT

THIS AGREEMENT made and entered into this first day of May 1955 by and between PACIFIC GAS AND ELECTRIC COMPANY, hereinafter referred to as the Company, and ENGINEERS AND SCIENTISTS OF CALIFORNIA - IFPTE, AFL - CIO & CLC, hereinafter referred to as the Union. (Amended 7/1/70, 7/1/72, 1/1/74, 1/1/77, 1/1/80, 1/1/83, 1/1/84, 1/1/88, 1/1/91, 1/1/94, 1/1/00, 6/1/03, 1/1/09, 1/1/12, 1/1/16)

## TITLE 1.  PREAMBLE

**1.1**    The parties hereto desire to facilitate the peaceful adjustment of differences that may, from time to time, arise between them to promote harmony and efficiency to the end that the Company, the Union, and the general public may benefit therefrom and to establish wages, hours, and working conditions for certain hereinafter designated employees of the Company.  Therefore, the parties hereto agree as follows:

**1.2**    **PRINCIPLES**

The parties recognize that the free private enterprise system in the United States has produced the highest standard of living anywhere in the world, and they hereby confirm their adherence to and belief in that system. In accordance with such belief, the parties support the principle of private ownership of public utilities under enlightened regulation by public authority.  Further, the parties support the principles of collective bargaining and self-organization.

**1.3**    **NONDISCRIMINATION**

It is the policy of Company and Union not to discriminate, harass or allow the harassment of an employee on the basis of race, color, religion, age (40 and over), sex, national origin, ancestry, physical or mental disability, medical condition, veteran status, marital status, pregnancy, sexual orientation, gender identity, registered domestic partner status, a request for family medical leave, any other category or status protected by law, or any other non-job related factor.  (Amended 1-1-09)

**1.4**    Use of the male gender in this Agreement includes the female, as appropriate.  (Amended 1/1/83)

**1.5**    **SECTION TITLES**

Section titles in this Agreement are for identification purposes only and are not to be used for the purpose of interpreting either the intent or the meaning of the language of any section. (Added 1/1/88)

## TITLE 2.  CONTINUITY OF SERVICE

**2.1**    The Company is engaged in rendering public utility services to the public, and the Union and the Company recognize that there is an obligation on each party for the continuous rendition and availability of such services.

**2.2**    The duties performed by employees of the Company as part of their employment pertain to and are essential to the operation of a public utility and the welfare of the public dependent hereon.  During the term of this Agreement, employees shall not partially or totally abstain from the performance of their duties for the Company.  The Union shall not call upon or authorize employees individually or collectively to engage in such activities and shall make a reasonable effort under the circumstances to dissuade employees from engaging in such activities, and the Company shall not cause any lockout.  (Amended 7/1/72)

**2.3**    Employees who are members of the Union shall perform loyal and efficient work and Service and shall use their influence and best efforts to protect the properties of the Company and its service to the public and shall cooperate in promoting and advancing the welfare of the Company and in preserving the continuity of its service to the public at all times.

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 19 of 256

**2.4** The Company and the Union shall cooperate in promoting harmony and efficiency among Company employees. (Amended 1/1/88)

## TITLE 3. RECOGNITION

### 3.1 RECOGNITION

For the purpose of collective bargaining with respect to rates of pay, wages, hours of employment, and other conditions of employment, the Company recognizes the Union, in the following NLRB certifications and other recognitions, as the exclusive representative of employees in the classifications which are enumerated in Exhibit A, which is attached hereto and made a part hereof. Group names in the list below are for purposes of identification only. (Amended 1/1/09, 4/1/15)

1. NLRB Case 20-RC-1502, May 21, 1952, original certification
2. NLRB Case 20-RC-17430, September 10, 1998, Distribution Engineers
3. NLRB Case No 20-RC-17980, October 19, 2004, Land/Corporate Real Estate
4. Card Check Recognition December 27, 2006, SNBR's and IPE's
5. Card Check Recognition December 27, 2006, Project Engineers
6. Card Check Recognition February 21, 2007, Protection Engineers
7. Card Check Recognition February 29, 2007, Nuclear Maintenance Planners
8. Card Check Recognition June 12, 2007, Life Cycle Planning Engineers
9. Card Check Recognition October 5, 2007, Project Managers and Business Analysts
10. Card Check Recognition November 5, 2007, Electric Standards Engineers
11. Card Check Recognition December 18, 2007 and NLRB Case 20-RD-2452, M&C Engineers
12. Card Check Recognition February 2, 2008, and NLRB Case 20-RD-2451, Power Generation
13. Card Check Recognition and NLRB Case 31-RC-8684, April 1, 2008, Nuclear Engineers and QV Auditors
14. Card Check Recognition May 12, 2008, Environmental Services and Remediation
15. Card Check Recognition June 13, 2008 and NLRB Case 20-RD-2460, Telecom Engineers
16. Card Check Recognition May 29, 2008 and NLRB Case 31-RD-1589, Nuclear Professionals
17. Card Check Recognition October 10, 2008, Outage Coordinators
18. NLRB Case 20-RC-18326, February 2, 2011, Transmission Planning and Generation Interconnection
19. NLRB Case 20-RC-18355, June 20, 2011, Metering Engineers
20. NLRB Case 20-RC-18352, July 26, 2011, SmartMeter Operations Center
21. NLRB Case 20-RC-62435, September 15, 2011, Substation Analysts
22. Letter of Recognition October 1, 2013, Rule 20A Liaisons
23. NLRB Case 20-RC-123231, April 16, 2014, Transmission Operations Engineers
24. NLRB Case 32-RC-1214501, May 1, 2014 Gas IC&E Engineers
25. NLRB Case 32-RC-125912, May 8, 2014, Gas Station Engineers
26. Letter of Recognition July 22, 2014, Construction Engineers
27. Letter of Recognition October 28, 2014, Gas Meter Engineers

### 3.2 APPLICABILITY

The provisions of this Agreement shall be limited in their application to employees of the Company who are described in Section 3.1. Except as clearly indicated otherwise, the words "employee" and "employees" shall refer only to employees described in Section 3.1. As used herein, "Region" refers to any of the geographical Regions of the Company, "Department" refers to those Departments of the General Office in which employees described in Section 3.1 are employed, and "Department Head" refers to the *Director* or other head of any of said Department. *(Amended 6/1/03).*

### 3.3 DELETED 8/1/60.

### 3.4 SUCCESSOR CLAUSE

2

(a)      (1) Any parent or affiliated company of the Pacific Gas and Electric Company that acquires any property or facility at which employees covered by this Agreement have regularly assigned jobs ("Affiliated Acquiring Entity") shall offer employment to all such covered employees, up to the number of such employees that the Affiliated Acquiring Entity determines are necessary to operate the property or facility, under the terms and conditions contained in the Agreement except as to those specific benefits that the Affiliated Acquiring Entity cannot offer. For such benefits, the Affiliated Acquiring Entity shall offer alternate benefits of comparable value and coverage.

Any employee covered by the Agreement with a regularly assigned job who receives an offer of equivalent employment from this Affiliated Acquiring Entity at the employee's current regular headquarters or a headquarters that is within 45 road miles or 60 minutes automotive travel time from the employee's current residence, or equal to the employee's current regular commute if the employee's current regular commute exceeds these limits, shall not be eligible to participate in the severance program described in Exhibit J (Severance) of this Agreement.

Any employee covered by this Agreement with a regularly assigned job who receives an offer of employment by the Affiliated Acquiring Entity shall remain eligible to participate in the Demotion or Layoff Procedure under Title 22 of this Agreement.

(a)      (2) In addition to the obligation to offer employment as required in (a)(1) above, an Affiliated Acquiring Entity shall adopt this agreement or alternate terms and conditions of employment mutually acceptable to the Affiliated Acquiring Entity and Union.

(b)      (1) An entity not affiliated with Pacific Gas and Electric Company that acquires any property or facility at which employees covered by this Agreement have regularly assigned jobs ("Non-affiliated Acquiring Entity") shall offer employment to covered employees, up to the number of such employees that the Non-affiliated Acquiring Entity determines are necessary to operate the property or facility, at the terms and conditions contained in this Agreement; except as to those specific benefits that the Non-affiliated Acquiring Entity cannot offer. For such benefits, the Non-affiliated Acquiring Entity shall offer alternate benefits of comparable value and coverage.

(b)      (2) In addition to the obligation to offer employment as required in (b)(1) above, the Non-Affiliated Acquiring Entity shall maintain the same or comparable terms and conditions of employment applicable to covered employees hired by the Non-Affiliated Acquiring Entity for a period that is not less than the unexpired term of this Agreement that is in effect as of the date such employees are hired by the Non-Affiliated Acquiring Entity.

(c)      This section shall only apply to an acquiring entity that intends to operate the property or facility in the same or substantially the same manner as the Pacific Gas and Electric Company operates the property or facility immediately prior to its acquisition.

(d)      The Pacific Gas and Electric Company shall include the obligations set forth in sections (a) and (b) above in any transfer or sale agreement, as provided in section (a) or (b) above, with an acquiring entity of its property or facility. For any property or facility that is subject to Public Utilities Commission Code Section 363, the obligations set forth in the section (a) and (b) shall commence at the end of the applicable operating and maintenance period. The only claim the Union may have against Company under this section is for the Company's failure to include the transfer or sale agreement in the obligation set forth in Section (a) or (b) above. (Added 1/1/2012)

3

## TITLE 4. REPRESENTATIVES

**4.1 UNION STEWARD**

The Union may select an employee in each Division and Department to serve as its Union Steward in the conduct of its affairs and in its administration of this Agreement. Each such Union Steward may designate, as required, other employees to assist him/her and to act as his representative. (Amended 1/1/94)

**4.2 NONDISCRIMINATION**

The company will not discriminate against any employee because of his membership in the Union or his activity in the Union.


## TITLE 5. UNION SECURITY

**5.1 AGENCY SHOP**

(a) Thirty days after being employed or entering a classification listed in Exhibit A, every employee covered by this Agreement shall, as a condition of employment (1) become a member of the Union, or (2) in the alternative, an employee must tender a registration fee to the Union in such an amount as the Union may prescribe (but in no event to exceed the initiation fee required by Union members) and shall tender, monthly, an agency fee as established by the Union in an amount not to exceed the amount of the monthly dues and per capita fees required of Union members. (Amended 1/1/80)

(b) Any employee of the Company in a classification represented by the Union on June 25, 1972, and who, on June 25, 1972, was an employee and not a member of the Union and who remains an employee continuously after June 25, 1972, is exempt from the provisions of Subsection 5.1(a) unless he becomes a member of the Union after said date. Effective January 1, 2013, this provision will no longer apply. (Amended 1/1/12.)

(c) Any such employee appointed to any classification out of the bargaining unit covered by this collective bargaining Agreement may withdraw from membership in the Union, and his obligation to pay dues or agency fee shall thereby terminate on the last day of the month during which the employee withdraws. (Amended 1/1/91)

(d) **Dues:** Any employee who is or who becomes a member of the Union shall, as a condition of employment, tender to the Union periodic dues uniformly required by the Union as a condition of acquiring or retaining membership.
(Amended 1/1/88)

(e) **New Hire List:** The Company shall provide a list of employees hired or transferred into the bargaining unit, since the date of the previous list, once each month. (Amended 1/1/91)

**5.2 CHECK OFF OF DUES**

The Company will deduct from their wages and turn over to the proper officers of the Union the agency fees as outlined in Section 5.1(a)(2) or the Union membership dues of such members of the Union as individually and voluntarily certify in writing that they authorize such deductions. The form of check off authorization shall be approved by the Company and the Union. (Amended 8/1/61, 1/1/88)

**5.3** The Company shall, on request, furnish the Union annually with a list of the names and addresses of employees described in Section 3.1. Such list will reflect the employment rolls as of December 31. (Amended 7/1/72)

**5.4 TERMINATION FOR NONPAYMENT OF DUES**

Upon written request from the Union, the Company shall, within 21 calendar days, terminate the employment of any employee who fails to comply with the requirement of this Title. (Added 1/1/74)

4

## 5.5 GRIEVANCES

If any dispute arises under the provisions of this Title, it shall be referred directly to the appropriate Investigating Committee for determination under the grievance procedure provided for in this Agreement. (Added 1/1/88)

## TITLE 6.  UNION ACTIVITY

### 6.1 BULLETIN BOARDS

(a)  The Company shall designate those of its bulletin boards that may be used by the Union and shall indicate by lettering the portion of each that shall be reserved for the Union's use.  The Company shall erect additional bulletin boards in any location where it may be found that existing bulletin boards are not adequate.

(b)  In addition to the bulletin boards provided in 6.1 (a) above, Company shall provide to the Union an electronic bulletin board to which all represented employees have access.  Entries on the Union Bulletin Board shall be made by designated Company officials.  (Added 1/1/94)

(c)  The Company will use the electronic bulletin board as the source of providing job bidding information outlined in Title 21. (Added 6/1/03).

**6.2**  The Union's use of bulletin boards shall be limited to the posting thereon of official notices of meetings and similar matters relating to official Union business and its relationship with the Company.  The Union shall not post thereon any matter derogatory to the Company or to its customers.

### 6.3 REPRESENTATIVES OF UNION

At the Union's request, the Company shall authorize any representative of the Union to enter any Company properties on which employees represented by the Union are employed.  Such authorization shall be for the purpose of enabling such representative to transact Union's business other than the solicitation of employees to join the Union or the collection of dues and does not interfere with the work in progress.  (Amended 1/1/80)

### 6.4 CONFIDENTIAL MATTERS

The Union shall not require or request an employee to divulge to it or its representatives any matter concerning the Company's operations or interests which the Company regards as confidential.

### 6.5 PAY FOR EMPLOYEES REPRESENTING UNION

Employees who are absent from work at the Union's request with the Company's permission for short or intermittent periods of time because of their activities as its officers or members engaged in negotiations, meetings, or special committees shall be paid by the Company at their present classification wage rate.  Such payments shall be advanced as "Union wages".  Further, during such time, such employees will be considered as employees of the Union for all employment purposes set forth in the Workers' Compensation and Insurance Chapter of the California Labor Code.

In return, the Union shall reimburse the Company for any such wages advanced to an employee pursuant to the provisions herein and the added cost to the Company of replacing such employee, if any. (Added 1/1/83)

### 6.6 NEW EMPLOYEE ORIENTATION

The Company's local Human Resources Representatives shall notify in writing the designated *Union representative* within 30 days of the reporting of duty for new bargaining unit employees.  Upon said notification, the parties shall schedule necessary paid time (not to exceed one-half hour) and facilities for

5

the Union to provide orientation information regarding the obligations and benefits of Union membership. In addition, the Company shall include a one page document, as submitted by the Union, in the package of information provided to employees hired into classifications represented by the Union summarizing the benefits of Union membership. Such document shall not include matter derogatory to the Company or its customers. (Amended 6/1/03)

## TITLE 7. HOURS

### 7.1 WORKWEEK AND BASIC WORKWEEK

A workweek is defined to consist of seven consecutive calendar days, and a basic workweek is defined to consist of five workdays of eight hours each. The days in the basic workweek shall be known as workdays, and other days in the workweek shall be known as non-workdays. Employees may be scheduled to work more or less than five days per week or for more or less than eight hours per day; but in any such event, the basic workweek shall continue to be as herein defined. Since the work hours of Exempt employees may vary on any given day, it is expected that they may be required to work for more than eight hours on a workday or to work on a non-workday. (Amended 1/1/12)

### 7.2 BASIC WORKWEEK DESCRIBED

The basic workweek shall be from Monday through Friday provided, however, that the Company may establish a basic workweek other than Monday through Friday for employees assigned to work which cannot be conveniently or practicably performed in a basic workweek of Monday through Friday. The number of employees who shall be required to work a basic workweek other than Monday through Friday shall be kept at a minimum.

### 7.3 HOURS – GENERAL

In general, and except as otherwise provided herein, the regular hours of work shall be from 8 a.m. to 5 p.m. with not more than one hour off for lunch. When the lunch hour is scheduled for less than one hour, adjustment to correspond thereto shall be made in hours of work. If the lunch hour of an employee on a weekly pay rate is advanced or delayed by the employee's supervisor for more than one hour for any employee(s) working in the office, the employee(s) involved shall be paid at the overtime rate for work performed in the regular lunch period and may eat lunch on Company time. The Company may establish hours of work other than as provided herein for employees assigned to work which cannot conveniently or practicably be performed during such hours. (Amended 1/1/83, 1/1/12)

### 7.4 HOURS CHANGES

(a) **Public Authorities and Agreement:** The regular hours of work established herein may be changed by the Company at the request or direction of public authorities provided, however that before any such change is made, the Company shall discuss it with the Union. Such hours of work may also be changed by agreement between the Company and the Union. The Company shall not be required to pay overtime compensation by reason of any change made as provided in this Section.

(b) **Temporary Hours Change - Individual:** At the request of an individual employee and with his supervisor's permission, the regular work hours of an employee may be temporarily advanced or delayed without requiring the Company to pay overtime compensation. Changes made under this Subsection shall not result in an increase or a reduction of hours worked on any given day. (Added 1/1/83)

(c) The regular hours of work of an employee(s) may be temporarily advanced or delayed at the request of a majority of the employees reporting to the same supervisor, if in the supervisor's discretion such requested change will not interfere with operational requirements. The granting of such a change will

6

not result in an increase or reduction of hours worked on a workday or workweek, or require the payment of overtime compensation. (Added 1/1/83)

(d)     **Temporary Hours Change - Land:**     At the discretion of the Company, General Office Land Department Field employees may be scheduled to work (1) an eight hour workday for 10 consecutive workdays or (2) a 10 hour workday for eight consecutive workdays or (3) a modified 10 hour workday, four day workweek between the last week in May and the first week in October for field employees on selected assignments. (Added 1/1/83)

(e)     **Alternate Work Schedule - 4/10's:**     Alternate work schedules consisting of four ten hour days may be established on a voluntary basis by local Letter Agreement in accordance with the provisions of Letter Agreement 93-11-ESC attached hereto as Exhibit P. (Amended 1/1/12))

(f)     **Alternate Work Schedule - 9/80's:**     Alternate work schedules consisting of eight nine hour days and one eight hour day in a two week period may be established by local Letter Agreement on a voluntary basis in accordance with the provisions of Letter Agreement 93-12-ESC attached hereto as Exhibit P. (Amended 1/1/12)

Alternative work schedules for Telecom Engineering, Power Generation/Hydro, Distribution Outage Coordinators, Nuclear Engineering and Nuclear Professional classifications may be cancelled by the Company with 60 days advance notice. In addition, the alternative work schedule of an individual employee in these classifications may be cancelled by management.

## 7.5     CHANGE OF HOURS - FIRST FOUR DAYS

The Company may schedule employees to work for periods of eight hours at other than their regular work hours when necessary; in which event, the Company shall pay overtime compensation to daily and weekly employees for all work performed outside of regular work hours for the first four workdays following such change. On the fifth workday and thereafter for the duration of any such situation, the Company shall pay the straight rate of pay for work performed on workdays during the hours of work established under this Section. If any such situation extends beyond four workweeks, the Company and the Union may agree to rotate the assignment of employees thereto but in such event the overtime compensation herein provided for will not be paid to any employee for more than the first four workday periods worked outside of regular work hours.

## 7.6     TEMPORARY HEADQUARTERS - TRAVEL TIME

(a)     Except as provided in this Title and in Title 10, regular employees on a weekly pay rate and probationary employees shall normally report for work and leave from work at regularly established Company headquarters and any time spent in traveling between such headquarters and the job site shall be considered as time worked. If such employees are required to report directly from their living quarters to a temporary headquarters, travel time involved shall be considered as time worked. Such employees who go directly from a temporary headquarters to their living quarters shall be paid for the amount of travel time involved as time worked. (Amended 8/1/03)

(b)     Business travel for monthly employees is an integral part of their duties and may be considered as time worked and paid under the Additional Time Worked policy. However, employees are not eligible for pay for additional time worked for commuting to or from their regular headquarters unless reporting to work on a non-workday or called out for work after dismissed from work on a workday. To receive payment for travel time incurred outside of normal work hours, Exempt employees must receive approval in advance from their supervisor or higher (Added 1/1/12)

## 7.7     PRE-AUGUST 1962 EXCEPTIONS

Section 7.6 shall not apply where, on July 21, 1962, it is the established practice to require employees to report for work at other than regularly established Company headquarters. (Amended 8/1/62)

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 25 of 256

## 7.8 GENERAL CONSTRUCTION - REPORTING HEADQUARTERS

Time spent in traveling by General Construction field employees engaged in construction work shall be compensated only as follows:

(a)     When employees are engaged in work on electric power lines, water distribution systems, or gas pipelines, job headquarters shall be established at a location reasonably convenient to board and lodging or to a local transportation system or at a Company Service Center or other Company facility where employees customarily report for work and the time spent in traveling between job headquarters and work sites shall be considered as time worked.

(b)     When regular employees are engaged in work other than that described in Subsection 7.8(a), the following shall govern the reporting practice and payment for travel time:

(1)     In an unincorporated area except as provided in Subsection (3) hereof, an assembly point shall be designated for each job at a location reasonably convenient to board and lodging and the travel between such point and the work site shall be considered as time worked.

(2)     In a town or metropolitan area, employees may be required to report at the work site on their own time.

(3)     On a station or hydro job when living quarters are provided by the Company;

(i)     when travel from such facilities to the work site is thirty (30) minutes or less each way, such employees shall report at the work site;

(ii)     when travel from such facilities to work site requires more than 30 minutes, the travel time each way in excess of 30 minutes shall be considered as time worked;

(iii)     If the work site is inaccessible to automotive transportation, such travel shall be a designated point which is accessible.  Accessible to automotive transportation is defined as a route that is (a) reasonable and practical, (b) is safely traversable in a standard two wheel drive passenger car, and (c) is regularly maintained in reasonable repair.  (Amended 1/1/88)

(c)     A location reasonably convenient to board and lodging as referred to in this Section shall mean any location where board and lodging are within fifteen road miles of the headquarters or assembly point and provided further that such board and lodging are within two road miles of each other, and which is accessible by automobile.  Accessible by automobile shall be as defined in Subsection 10.7(b). (Amended 1/1/88)

## 7.9 TELECOMMUTING AND REMOTE ACCESS FOR MONTHLY EMPLOYEES

The following provisions apply to Monthly employees:

Telecommuting is identified as on-going performance of job responsibilities from a remote location. This option requires a work schedule be agreed upon between the employee and supervisor.  Company will notify and send signed copies of any agreed to telecommuting agreements to the Union. Either party may cancel the telecommuting arrangements.  The Telecommuting Guidelines will be consistently applied.

8

Remote Access is identified as occasional remote access to the Company's computer system for job related purposes such as reading and responding to e-mail messages. Time worked via remote access or telecommuting must be approved in advance by an employee's supervisor to be paid. (Added 1/1/2012)

# TITLE 8.  HOLIDAYS

## 8.1    HOLIDAY ENTITLEMENT

Only regular employees who are not on a "leave of absence" and who

(a)    are paid for the workdays immediately before and after the holiday, or

(b)    are off work with permission but without pay for reasons of illness or disability on the workdays immediately before and after the holiday, or

(c)    are paid for the workday either before or after the holiday but are off work with permission without pay on the other day shall be entitled to have the following holidays off with pay when they fall on a workday in such employee's basic workweek:

- New Year's Day                    (January 1)
- Martin Luther King, Jr. Day       (3rd Monday in January)
- President's Day                   (3rd Monday in February)
- Memorial Day                      (last Monday in May)
- Independence Day                  (July 4)
- Labor Day                         (1st Monday in September)
- Veteran's Day                     (November 11)
- Thanksgiving Day                  (4th Thursday in November)
- Friday after Thanksgiving         (See 8.1(d))
- Christmas Day                     (December 25)
- Three Floating Holidays

(d)    **Friday After Thanksgiving:**  Consistent with the provision of Title 2 of this Agreement, employees may be scheduled to work on the Friday following Thanksgiving Day and the provisions of Section 8.5 are not applicable.  In lieu thereof, such an employee must elect to take another day off by June 1 of the following year.  However, provided the employee has notified his supervisor of his election at least seven calendar days in advance of the day selected, if such day off has not been arranged by the Company by June 1, the provisions of Title 17 shall apply to this next regularly scheduled workday after June 1.  The number of such employees who are required to work on the Friday following Thanksgiving Day shall be kept to a minimum consistent with operational needs.  (Amended 1/1/94)

## 8.2    FLOATING HOLIDAY

(a)    An employee may select any day except another holiday or a nonworkday as a floating holiday, either during the vacation sign-up provided for in Section 9.12 or during the year.  Except in emergencies, employees shall make a good faith effort to notify their supervisor at least 24 hours in advance for all floating holidays that are not scheduled in accordance with Section 9.12.  A supervisor may, however, limit the number of employees in a classification at a headquarters who may be off on a floating holiday on a given day.  If more employees elect a specified day as a floating holiday than can be permitted to be off on that day, the preference will be given in order of Service to employees who sign-up during the annual vacation sign-up. Under no circumstances may an employee with greater Service "bump" an employee who has signed-up for a given floating holiday earlier in the year.  (Amended 1/1/83)

9

(b)     Employees are strongly encouraged to schedule and take Floating Holidays during the calendar year in which they are granted.  However, any unused Floating Holiday hours as of December 31 of each year will be converted to vacation hours and will be deferred pursuant to Section 9.10(a).  (Added 6/1/03)

NOTE: See Exhibit P for treatment of holidays for employees on alternate work schedules (AWS). (Added 1/1/2012)

## 8.3   SUNDAY HOLIDAY

When any holiday falls on a Sunday, the Monday following shall be observed as the holiday.

Below is a table explaining holiday pay treatment applying to Sections 8.4 and 8.5.

| WORKDAY | PAY |
|---|---|
| Employee does not work | Receives holiday pay. |
| Employee works during regular work hours | *Receives overtime for hours worked and holiday pay. |
| Employee works outside of regularly scheduled hours | Receives overtime for hours worked and holiday pay. |
|  |  |
| NON-WORKDAY |  |
| Employee does not work | Receives holiday hours in holiday account. |
| Employee works | *Receives overtime for hours worked and holiday pay. |
|  |  |
|  | *Employees may complete the Holiday Option Form to have the holiday hours remain in their holiday account for later use, rather than receive holiday pay. See L/A 07-27-ESC |

Added 1-1-09

## 8.4   HOLIDAY ON EMPLOYEE'S NONWORKDAY

If a holiday falls on a regular employee's non-workday, he/she shall be entitled to have one additional workday off with pay.  Such day shall be scheduled in conjunction with the employee's next scheduled vacation under the provisions of Title 9, except that such day may be taken prior to his next scheduled vacation with the approval of the supervisor in charge.  In no event shall the additional day be taken prior to the date of the holiday.

(The provisions of this Section shall not apply to part-time employees.)  (Amended 8/1/66, 7/1/71, 1/1/84, 1/1/09)

## 8.5   WORK ON A HOLIDAY

Notwithstanding Section 8.1, a regular employee on a weekly pay rate may be required to work on a holiday which falls on a workday in his basic work week, in which event he shall, in addition to his holiday pay, be compensated therefore at one and one-half times the straight rate as provided in Subsections 17.2(d) and 17.3.  (Amended 1/1/88, 1/1/12)

## 8.6   Deleted 1/1/88

## 8.7   HOLIDAY PAY - PROBATIONARY EMPLOYEES

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 28 of 256

A probationary employee is not entitled to holiday pay. If the employee works on a holiday, he shall be entitled to one and one-half times his straight rate of pay for time worked. (Amended 8/1/63, 1/1/71, 1/1/88)

## 8.8 HOLIDAY PAY WHEN TEMPORARILY UPGRADED

The holiday pay of a regular weekly employee who works in other than his regular classification shall be computed as follows:

(a) If such work is authorized on a time card or attendance report basis, it shall be based on the rate of pay of his regular classification.

(b) If such work is authorized on other than a time card or attendance report basis, it shall be based on the rate of pay of the classification to which he is temporarily assigned.

(Section Amended 1/1/71)

## 8.9 DELETED 1/1/71

## 8.10 DELETED 1/1/71

## 8.11 ERROR

If an employee is misinformed as to his holiday entitlement, he/she will not be required to reimburse the Company for any excess hours taken if such employee pointed out the error to his/her supervisor in writing.

In those cases where an employee has not pointed out the error to his/her supervisor in writing beforehand, the employee may elect to

(a) reimburse the Company for the wages paid for the excess hours, or

(b) have such excess hours be deducted from his/her current vacation hours entitlement, if any, or

(c) have such excess hours deducted from his/her next year's holiday hours, if any. (Amended 1/1/09)

## TITLE 9. VACATIONS

### INTRODUCTION

The purpose of this Title is to establish an earned annual vacation allowance for all regular employees who have completed six months of continuous Company employment. The primary intent of the Title is to provide for time away from work with pay on the basis of work performed in the previous year and as an incentive for future Service to the Company. Any dispute over the application of any Section of the Title that is properly raised through the grievance procedures of this Agreement shall be resolved in a manner consistent with this expressed purpose and intent.

## 9.1 DEFINITIONS

ELIGIBILITY

(a) The provisions of this Title apply only to Regular Employees.

11

(b)      A Regular Employee is an employee who has fulfilled the applicable requirements of Section 13.5 of this Agreement.

(c)      Earned Vacation Allowance is the number of paid vacation hours which an employee has earned in the calendar year. The number of paid vacation hours will be determined by the straight-time hours worked in the calendar year and years of employment.  An employee may not have more vacation hours than twice their annual accrual rate in their vacation account as of December 31.   Excess vacation hours will be paid annually by the end of February beginning in February 2010, based on excess vacation as of December 31 of the prior year and will be paid at the current rate of pay.  (Amended 1/1/74, 1/1/09)

## 9.2    VACATION ALLOWANCE

(a)      Employees in their first year of Service, accrue vacation on paid straight time hours at the rate of 80 hours per year; beginning January 1, 2017 this will be 120 hours per year.   A regular employee shall be entitled to take vacation with pay accrued in accordance with the table in Subsection 9.2(b) and as of January 1, 2017, the table in Subsection 9.2(c) (Amended 1/1/91, 1/1/09, 1/1/17)

(b)      Until January 1, 2017,   a regular employee shall be entitled to vacation with pay in accordance with the following table:

| Calendar Years Following Date of Employment | Hours With Pay |
|---|---|
| 0 - 5 | 80 |
| 6 - 15 | 120 |
| 16 - 21 | 160 |
| 22 - 29 | 200 |
| 30 and greater | 240 |

(Amended 1/1/91, 1/1/09, 1/1/16)

(c)      Beginning January 1, 2017, a regular employee shall be entitled to vacation with pay in accordance with the following table:

| Calendar Years Following Date of Employment | Hours With Pay |
|---|---|
| 0-8 | 120 |
| 9-18 | 160 |
| 19-28 | 200 |
| 29 and greater | 240 |

(d)      Employees on a Short Term Disability Leave (STD), Paid Family Leave (PFL), shall accrue vacation on the first 480 hours of time missed from work in the calendar year from the first day the employee is absent from work (this accrual period does not restart by moving between STD, PFL or crossing into the next calendar year).  Accrual shall not resume until the employee returns to work.  In the case of an absence caused on an on-the-job "industrial" injury where the employee receives Workers Compensation, employees shall accrue on the first 880 hours instead of 480 hours of time missed in a calendar year. Section 9.5 will continue to apply to all other Leaves of absence and such absences under this provision or Section 9.5 will run concurrently. (Added 1/1/17)

(e)      (Deleted 1/1/91)

12

(f)    (Deleted 1/1/91)

(g)    Beginning January 1, 2017, employees may purchase up to five (5) days of vacation referred to as Vacation Buy Days (VB Days) per calendar year.  Administration of this program will be in accordance with the Summary of Benefits Handbook (Added 1/1/17)


## 9.3    SERVICE ANNIVERSARY VACATION - BONUS VACATION

(a)    In the twenty-fifth calendar year following his employment date and in each fifth calendar year thereafter, the Company shall grant each employee a Service anniversary vacation of five workdays. A Service anniversary vacation shall be in addition to the annual vacation allowance set forth in Section 9.2 above to which the employee may be otherwise entitled in that calendar year, and he acquires no right as to all or any part of the Service anniversary vacation unless he works in the calendar year in which it is granted.  The Service anniversary vacation, as herein provided, vests on the first day of each calendar year in which an employee qualifies for a Service anniversary vacation.  The provisions of this Section shall not apply to part-time or intermittent employees.  (Amended 1/1/80, 1/1/11, 1/1/17)

(b) Deleted 1/1/17

## 9.4    PART-TIME AND INTERMITTENT REGULAR EMPLOYEES

A regular part-time or intermittent employee shall earn an annual vacation allowance as determined in the foregoing Section 9.2, but such allowance will be based on the ratio of the total straight-time hours worked by him/her in a year to 2,080 hours.  (Amended 1/1/91, 1/1/17)

## 9.5    FORFEITURE OF VACATION

(a)    An employee who is absent for 240 cumulative hours or more in any calendar year by reason of leave of absence or layoff without pay for any reason or for 880 hours or more in any calendar year by reason of industrial disability shall, cease accruing vacation until the employee returns to work.  An employee may, at his/her option, take the full vacation to which the employee would be otherwise entitled, in which event, he/she shall receive no vacation pay for the number of hours of vacation he/she has forfeited as herein determined.  (Amended 1/1/83, 1/1/88, 1/1/91, 1/1/09)

(b)    If any absence is for less than 240 cumulative hours in duration because of leave of absence or layoff without pay for any reason, or is for less than 880 hours in duration because of industrial disability, an employee shall be entitled to a full vacation as provided for in Section 9.2.  (Amended 1/1/91, 1/1/09)

(c)    An employee who has qualified for a vacation and who is laid off for lack of work shall be paid a vacation allowance under the provisions of Section 9.6.  Thereafter, if the employee returns to work and Service is not deemed to be broken under the provisions of Title 13, vacation shall be computed on the basis of Subsection 9.2(b).  (Amended 1/1/74, 1/1/09)

(d) The provisions of this Section do not apply to part-time employees.  (Added 1/1/84)

## 9.6    TERMINATION OF EMPLOYMENT

(a)    Any employee who terminates Service with the Company for any reason shall be paid for all accrued vacation at the employee's most current rate of pay. (Amended 7/1/72, 9/1/74, 1/1/09)

## 9.7    HOLIDAYS DURING VACATION

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 31 of 256

If any of the holidays enumerated in Title 8 occurs during an employee's vacation, it shall not be counted as one day of vacation. The employee shall receive pay for the holiday as such. If a holiday occurs on a non-workday in conjunction with an employee's vacation, the provisions of Title 8 shall be applicable. (Amended 1/1/84)

## 9.8    PAY COMPUTATION

(a)    Except as otherwise provided in Subsection 9.8(c), vacation pay shall be computed at the straight rate of pay applicable to the employee's regular classification as to the time his vacation is taken. (Amended 1/1/88)

(b)    The vacation pay of an employee who works in other than his regular classification on a daily time transmittal basis shall be based on the rate of pay of such employee's regular classification. (Amended 1/1/80)

(c)    The vacation pay of an employee who is temporarily upgraded at the time his vacation begins on other than a daily time transmittal basis shall be based on the rate of pay of the classification to which he is temporarily upgraded. In no case, however, shall such upgraded rate of pay apply beyond the expiration date of the temporary upgrade. (Added 1/1/80)

## 9.9    SICK LEAVE

(a)    The Company shall not require an employee to take his vacation in lieu of incidental sick pay or capped sick leave. (Amended 1/1/17)

(b)    An employee who becomes sick or disabled while on vacation shall continue to receive vacation pay unless

(1)    the employee has been hospitalized for one day or more for which he otherwise would receive sick pay, or

(2)    his doctor has ordered him/her to remain in bed for two or more such days. (Added 1/1/74)

## 9.10    DEFERRED VACATION

(a)    Deleted 1/1/09

(b)    If an employee foregoes any part of his vacation, the Company shall pay him/her for the time worked and, in addition, shall pay him/her his vacation pay allowance, provided, however, that in no event shall an employee be permitted at his option to forgo his vacation for the purpose of receiving his vacation pay allowance in addition to pay for time worked. Time worked in lieu of time off for vacation shall not be considered overtime as such but shall be compensated at the rates of pay applicable to the work performed.

## 9.11    STARTING DAY

(a)    In general, vacation shall be scheduled in weekly increments to commence on Monday, except for an employee whose basic workweek starts on a day of the week other than Monday where the vacation shall commence with the starting day of the employee's basic workweek.

(b)    By prior arrangement with the employee's supervisor, an employee shall be allowed vacation in increments of one day or more on any day of the week, except where prohibited by operational needs or where the payment of overtime to another employee would be required. (Added 1/1/83)

(c)    Vacation days may be pre-scheduled in one-half day increments where such increment, in the reasonable judgment of the employee's supervisor, will not interfere with the work in progress and will not require another employee to work overtime. (Added 1/1/83, *Amended 5/8/15*)

(d)    Vacation requests for less than a half day increment submitted to the Company by an employee  before the end of the previous regularly scheduled workday may be approved at the sole discretion of the Company. (Added 5/8/15)

(e)    Pursuant to  Letter Agreement R2- 13-08, at Company's discretion, management may grant employees one occasion of up to four hours of paid time off per calendar year for the purpose of religious observance. Requests for religious observance time off must be made at least five days in advance. Such requests will be approved unless there are overriding operational needs. (Added 5/27/14)


## 9.12    SCHEDULING

(a)    An employee desiring to use vacation during the months of January, February, and March shall indicate his choice of vacation periods by December 15 of the preceding year.  The Company shall post on appropriate bulletin boards in each headquarters a special sign-up schedule for this purpose.
Not later than March 5 of each year, there shall be another vacation schedule sign-up in each department in each headquarters where employees shall designate their choice of vacation periods for the months of April to December for that year.  Such schedule shall be posted no later than March 15 on the appropriate headquarters' bulletin boards.  (Amended 7/1/72)

(b)    The Company shall schedule vacations throughout the calendar year and shall prepare the annual vacation schedule on the basis of the sign-up giving effect where possible to the selection of employees in order of their Service.  (Amended 7/1/72, 1/1/74)

(c)    To prevent undue interference with the proper and economic rendition of Service to the public, the Company may designate the number of employees at a headquarters, the number of employees within a classification at a headquarters or within a Division or the number of employees within a combined group of classifications at a headquarters or within a Division which may be on vacation at one time.  In such event, there shall be a separate sign-up schedule for each such group and a vacation schedule shall be prepared for each group giving effect, where possible, to the selection of employees in order of their Service within the group designated.  (Amended 1/1/74)

(d)    If an employee elects to divide his annual vacation into two or more periods of a sign-up schedule and it is possible for the Company to give effect thereto, such employee shall be given preferential consideration over other employees in his selection of only one of such periods until all other employees within the groups have indicated their first choice of a vacation period.  Where more than one employee in a headquarters or group desires to divide his vacation into two or more periods on a sign-up schedule, there shall be subsequent sign-ups as required for selection of open periods not filled by the previous sign-up.  Sign-ups for additional periods shall be conducted in the same manner with the employee with the most Service having his choice of vacation periods not yet selected.  (Amended 1/1/74)

(e)    The Company may schedule vacations by crews in the interest of economy and efficiency of operation, in which event the vacation period for each crew shall conform as nearly as practicable to the dates selected by a majority of the crew members in the sign-up provided for herein.  When vacations are scheduled by crews, a member of one crew may exchange his vacation period with a member of another crew in the same classification.

## 9.13    ERROR

If an employee is misinformed as to his vacation allowance, he will not be required to reimburse the Company for any excess day(s) taken if such employee pointed out the error to his supervisor in writing. In those cases where an employee has not pointed out the error to his supervisor in writing beforehand, the employee may elect to (a) reimburse the Company for the wages paid for the excess day(s) or (b) have such excess day(s) deducted from his next year's vacation entitlement.  (Amended 1/1/80)

## 9.14    UNANTICIPATED VACATION

Any combination of vacation hours, up to 24 per year, may be taken in increments of one hour or more, not to exceed six (6) consecutive hours, at an employee's option. This provision applies to vacation requests submitted by an employee after the conclusion of the regularly scheduled work day immediately preceding the request. (Amended 1/1/94, 1/1/09, 5/8/15)

## 9.15   VOLUNTARY VACATION TRANSFER

By local agreement between the Company and the Union, employees may voluntarily sell vacation and transfer the proceeds to an employee experiencing a medical emergency, (including a medical condition of a family member), who has insufficient leave available to cover their absence from work. (Added 1/1/91)

## 9.16 HOURLY INCREMENTS

Monthly employees shall not be charged vacation leave for increments used of less than four (4) hours. (Added 1/1/12)

## TITLE 10.  EXPENSES

## REGIONS AND GENERAL OFFICE

**10.1**   (a)   **Temporary Assignments**:  When employees are assigned to temporary work at such distance from their established headquarters that it is impracticable for them to return thereto or to their regular place of abode, they shall be reimbursed for the personal expenses they incur for board, lodging, and transportation in connection therewith, provided they board and lodge at places to be designated by the Company.  If the Company does not designate board and lodging places for such employees, it shall reimburse them for reasonable expenses for board and lodging incurred in such assignments.  Other incidental items of expense approved in advance of the assignment shall also be allowed.  The Company will give the employee as much advance notice of such an assignment as is reasonable and practical under the circumstances necessitating the temporary work assignment.  (Amended 1/1/77, 1/1/80)

(b)   **Interviews:**   An employee who, at the Company's request, is required to travel for the purpose of attending an interview shall be reimbursed by the Company for all reasonable costs incurred, including travel time during regular work hours on a workday, transportation or mileage rates, and board and lodging when authorized in advance.  If at all possible, interviews and travel time will be scheduled on workdays during regular work hours.  (Added 1/1/80)

(c)   **Use Of Personal Vehicle:**   If it becomes necessary for an employee to perform temporary work away from his headquarters, the Company shall provide transportation or shall reimburse him/her for the cost of using public transportation, provided, however, that if solely for the Company's convenience an employee is authorized to use his personal vehicle, the Company shall reimburse him/her therefore on the basis of the maximum nontaxable vehicle mileage allowance allowed by the IRS except that an employee covered under  *Utility Standard Practice No. 12  (DDA)* will receive reimbursement as provided therein.  However, the application of the *(DDA)* shall not be reduced without agreement with the Union.  (Amended 6/1/03)

Note: DDA = "Department Director Authorization" and replaces the former "Division Manager Authorization" (DMA).

ESC represented employees may use their personal vehicle to attend training at other than their regular headquarters or for company business between headquarters, provided that such vehicles comply with all

16

company policies, are presentable, and in safe working condition.  The Company will not pay for damage or insurance deductibles on employees' personal vehicle if damaged while on company business. Employees (unless other agreements specific to a classification specify otherwise) must use a company vehicle when fielding jobs and/or meeting customers at their homes or in the field.  (Added 1/1/2012)

## 10.2    RETURN HOME ON NONWORKDAYS

If employees return to their homes for their nonworkdays including any holiday which immediately precedes or follows their nonworkdays, the Company, at its option, shall allow them the equivalent of any savings it realizes in their board and lodging costs or reimburse them for the expense of round trip transportation by public carrier or provide round trip transportation by Company vehicle.

## 10.3    MOVING EXPENSES

An employee who changes his Residence from one locality to another at the Company's request shall be reimbursed by the Company for any expense he incurs thereby in moving his household goods, but no reimbursement shall be made by the Company for expenses incurred by an employee in connection with a relocation which is made as a result of his request or as the result of the application of Title 21.

## 10.4    TELEPHONE EXPENSES

Whenever the Company requires an employee to install and maintain a telephone in his home, the expense thereof shall be borne by the Company.

## 10.5    GENERAL CONSTRUCTION

The provisions of Subsections 10.1(b) and 10.1(c) shall apply to General Construction employees, and the provisions of Section 10.6 through Section 10.18 shall apply to probationary and regular field employees of General Construction, and Section 10.19 shall apply to employees of the General Construction Service Center at Davis.  (Amended 1/1/80)

## 10.6    FIELD EMPLOYEES

Employees who are transferred from a present headquarters to one at a new location or who are reemployed at a new location within 30 continuous months after layoff for lack of work at a previous location shall be allowed expenses as provided for in Section 10.9.  Transfer to a new location or reemployment at a new location shall mean one of the following: (Amended 1/1/94)

(a)    a change initiated by the Company from an established job headquarters or point of assembly location within an employee's own Residence Area or hiring location to a location outside such area, or  (Amended 1/1/09)

(b)    a change initiated by the Company from an established job headquarters or point of assembly location at which the current expense status is based, or (Amended 1/1/09)

(c)    a change due to a job award under the provisions of Title 21 and/or Exhibit K will not result in the payment of per diem and will require a 50-mile move from the new headquarters to qualify the employee for per diem.  (Amended 1/1/80, 1/1/09)

## 10.7    EXPENSE ALLOWANCES

(a)    Expense allowances provided for in Sections 10.9 and 10.14 shall be paid or board and lodging provided for in Section 10.10 shall be allowed, to an employee only when the job headquarters or point of assembly to which the employee has been transferred or reemployed is outside the boundary of the employee's Residence Area, except as provided in Subsection 10.9(b).  (Amended 1/1/84)

(b)    All road mile measurements for the purpose of establishing Residence and per diem expenses shall be determined by measuring distances on electronic road maps acceptable to the Company and the Union.  However, when it is not possible to obtain such map measurements, a field check to the

17

nearest measurable point shall be made. Routes selected for road mile measurement shall be accessible by automobile. Accessible by automobile is defined as a route that is (1) reasonable and practical, (2) regularly maintained in reasonable repair, and (3) is safely traversable in a standard two wheel drive passenger car. (Amended 1/1/88, 1/1/09)

(c)      An employee's residence and hiring location must be an address in California, and must be included in the Company's service territory. (Amended 1/1/80, 1/1/09)

## 10.8   RESIDENCE

**RESIDENCE AREA DEFINITION**

An employee's Residence and Residence Area shall be determined and used to establish eligibility for expense allowances in accordance with the following:

(a)      An employee's Residence is defined as the principal place of abode in the Company system in which the employee normally resides (1) on a regular basis and from which the employee commutes daily or weekly to work locations or (2) one which the employee has a financial responsibility to maintain and to which the employee returns to live on most weekends while on work assignments at more distant job locations. An employee establishes a Residence by filing a Residence Certificate. (Amended 1/1/00, 1/1/09)

(b)      An employee's Residence Area is defined as a zone extending 25 road miles from the employee's Residence. (Amended 1/1/84, 1/1/09)

(1)      Hiring Location is the location where the employee was hired or placed in accordance with Exhibit K. (Added 1-1-09)

(c)      Per Diem Eligibility:

(1)      An employee who, is newly hired, rehired more than 30 continuous months after layoff due to lack of work, or rehired after any other type of termination must designate a Residence as defined in Subsection 10.8(a). However, this employee shall not be eligible for per diem expenses as provided in Subsection 10.9(a) until the employee is transferred to a job location more than 50 road miles from their city or town in which the employee was hired or rehired. If the hiring or rehiring location is not established within the limits of a city or town, the 50 road miles will be measured from the city hall of the nearest city or town. If there is no city hall in the aforementioned city or town, the 50 road miles will be measured from the point of assembly. (Amended 1/1/94, 1/1/09)

(2)      An employee who, is newly hired, rehired more than 30 continuous months after layoff due to lack of work or rehired after any other type of termination must designate a Residence as defined in Subsection 10.9(a) or (d). An employee transfers or pre-bids under Exhibit K shall not be eligible for per diem expenses as provided in Subsection 10.9(a) until the employee is transferred under the provisions of this Title. (Amended 1/1/00, 1/1/09)

(a)      to a location more than 50 road miles from the Reporting Location in which the employee was hired or rehired  so long as the employee continues to report to a job headquarters. (Amended 1/1/94, 1/1/09)

(b)      Deleted 1/1/09

(c)      such employees shall not become eligible for per diem as a result of an exchange or rotation pursuant to Subsection 10.18(b) provided that the next transfer returns the employee to the original hiring area (as defined above), except that while the employee is working within

18

a commuting distance (as defined in Subsection 10.18(b) of his Residence Area, the employee may receive per diem as provided in Subsection 10.9(a). (Amended 1/1/88, 1/1/09)

(d)     The Per Diem Geographic Areas referenced in this Section are those contained in Exhibit G of this Agreement or as amended from time to time by agreement of Company and Union. (Added 1/1/94)

(d)     **Change of Residence:**
(1)     An employee may change his/her Residence as defined in Subsection 10.8(a) at any time; however, the employee may have only one Residence at a time. An employee who changes his/her Residence under this Subsection must file a new Residence Certificate immediately. The new Residence Certificate will become effective on the date of the change of Residence. (Amended 1/1/00, 1/1/09)

(2)     Since the payment of per diem expenses is based upon the location of the employee's Residence, the employee is vouching that his Residence Certificate does, in fact, identify a Residence (as defined in Subsection 10.8(a) and not temporary living accommodations. Any employee who knowingly falsifies or delays filing such a Residence Certificate shall be required to reimburse the Company for any overpayment of per diem and shall be subject to disciplinary action, including discharge. (Amended 1/1/00, 1/1/09)

**10.9     PER DIEM**

Subject to the provisions of this Title, employees who provide their own board and lodging shall be entitled to per diem expense allowance as follows:

(a)     Each scheduled day an employee works in the basic workweek or is prevented from performing such scheduled work by inclement weather conditions covered in Title 19; each day an employee reports for prearranged or emergency work on a non-workday; holidays which fall on a workday in the basic workweek, provided an employee works on the adjacent workday or such day is also observed as a holiday pursuant to the provisions of Title 8; each non-workday during which an employee is required to take more than four hours of travel time under the provisions of Section 10.6.

| Zone | Road Miles from the [city Hall or Principal Intersection of] Employee's Residence to the Reporting Location | Amount of Per Diem |
|------|------------------------------------------------------------------------------------------------------------|--------------------|
| 1    | More than 25 but 45 or less                                                                                | $11.00             |
| 2    | More than 45 but 65 or less                                                                                | $20.00             |
| 3    | More than 65                                                                                               | $30.00             |

Employees in Zone 3 have a choice. They can elect to commute and receive Zone 3 per diem or choose to stay overnight and receive Zone 3 per diem plus full reimbursement for lodging or use the normal method of payment as established by Company (e.g. P-Card, Corporate Credit Card, or other method adopted by Company) where payment is made by Company. The employee must indicate on the daily time card which choice he/she has made for that day. (Amended 1/1/83, 1/1/84, 6/1/03, 1/1/09)

(b)     If a new Residence is established by an employee who is being transferred to, or is presently reporting at, a job headquarters location which is outside the present Residence Area but inside the proposed Residence Area, the employee will be eligible to receive per diem expenses at the per diem rate established for Zone 1 only until the completion of 52 consecutive weeks at his current headquarters

19

location (measuring from the date the employee transferred to the current headquarters). If such 52 consecutive week period has elapsed when an employee makes such a Residence change, the employee will not be eligible for per diem expenses until he/she is transferred to a job location outside his new Residence Area. (Amended 1/1/80, 1/1/83)

(c)     An employee cannot qualify for per diem expense allowances and/or increase his per diem by moving his Residence further from his job headquarters. Such employee's per diem status and/or rate of per diem shall remain unchanged until his next following transfer. (Added 1/1/84)

(d)     The continuity of the consecutive workweek periods referred to in Subsection (b) shall not be broken by the special assignment of an employee under Section 10.14, but such workweek periods shall be extended by a period of time equal to the period of time of such a special assignment.

(e)     When an employee who maintains a temporary Residence while on a job that is outside his Residence Area or the employee who is receiving expenses under Subsection 10.9(b) is unable to work due to illness, he/she shall be allowed per diem expenses for up to five workdays during any single period of illness. Employees who have temporary Residences will qualify for this allowance by providing evidence that this Residence was maintained during the period of illness. (Amended 1/1/80)

(f)     The Supervisor in charge may authorize lodging to seven days a week based on reasonable costs. (Added 1/1/09)

## 10.10  COMPANY PROVIDED FACILITIES

Employees may elect to use Company-provided camp and boarding facilities in lieu of providing their own board and lodging pursuant to Section 10.9 or Subsection 10.14(b) or 10.14(c). In which case, the Company shall provide such employees board and lodging for the duration of the periods they work at locations where board and lodging facilities are made available. Such camp and boardinghouse facilities shall be of reasonable quality. (Amended 1/1/84)

## 10.11  MOVING EXPENSES

When an employee is moved from one camp to another on a single project, the Company shall reimburse him/her for traveling expenses and for other expenses incurred therein in transporting his household goods.
(Added 8/1/63, Amended 1/1/91)

## 10.12  IN LIEU OF PER DIEM

An employee may receive expense allowance under Section 10.9 or 10.14, or the employee may elect to use the Company-provided board and lodging referred to in Section 10.10. However, the employee will not be allowed to receive benefits under more than one section at the same time. (Amended 1/1/84)

## 10.13  PROJECTS

Provisions will be negotiated on an individual project basis, as needed, with the Union. (Amended 1/1/91)

## 10.14  SPECIAL ASSIGNMENT

When the Manager in charge orders that the employee be temporarily detached from the employee's established headquarters and assigned to a temporary, emergency, or special job at another location outside the employee's Residence Area, with the expectation that he/she shall return to such headquarters within a 30 day period, or orders that an employee be sent on a special temporary assignment to a location outside the employee's Residence Area while enroute between jobs, the employee shall be eligible to elect either option (a) or (b) below. (Amended 1/1/84)

(a)     Such employee shall be reimbursed for actual board and lodging expenses incurred herein for a period not to exceed 30 consecutive days. Reimbursement for actual expenses shall be made after

20

the employee submits an Expense Account accompanied by receipts for lodging and receipts for any meals. All expenses are expected to be reasonable and appropriate for the geographical location in which the temporary assignment is located. If such temporary, emergency, or special job location is at a headquarters or point of assembly at which Company-provided board and lodging are available, the employee shall not be eligible to select the provisions of this option (a) but shall be eligible to select the provisions of option (b) below. If an employee's temporary, emergency, or special job assignment continues beyond 30 consecutive days, it shall not thereafter retain its temporary character but shall be deemed to be a transfer to a new headquarters. In which event, the employee shall be entitled to a per diem allowance under the provisions of Section 10.9. (Amended 1/1/88, 1-1-09)

(b)     While on special temporary assignment at one location, an employee may elect to receive, for the period on special assignment, a per diem allowance equal to the amount such employee is eligible to receive under Subsection 10.9(a) in lieu of reimbursement for actual expenses provided for in this Section for (1) each scheduled day he/she works in his basic workweek or is prevented from performing such scheduled work during inclement weather conditions covered in Title 19, (2) each day he/she reports for work on a non-workday, and (3) holidays which fall on a workday in his basic workweek, provided that the employee works on an adjacent workday or such day is also observed as a "holiday" pursuant to the provisions of Title 8.

(c)     Notwithstanding any of the foregoing, a series of short assignments (30 days or less each) shall be considered a special temporary assignment for the duration of such series of assignments. In no event shall the employee be paid expenses at two locations concurrently. Such series of assignments will not constitute changes in headquarters for the purposes of Section 10.6. (Amended 1/1/84)

(d)     Any continuous period of attendance at a Company training class which has been agreed to between the Company and the Union shall be considered a special temporary assignment for the duration of such assignment and shall qualify for expenses as provided in Subsections 10.14(a) and 10.14(b) above except, however, while on such training assignment an employee whose Residence is more than 50 road miles away from such training facility may be required to utilize board and lodging which is provided by the Company, in lieu of receiving per diem or full expenses. An employee whose Residence is located between 25 and 50 miles of the training facility may elect to utilize the Company provided board and lodging or a per diem expense allowance as provided for in Subsection (b) above. Such board and lodging shall be of reasonable quality. Such assignment will not constitute a change in headquarters for the purposes of Section 10.6. Travel to such classes shall be as provided in Section 10.16 (Amended 1/1/88)

(e)     Employees who are sent on special temporary assignment and who are required to use Company transportation to the temporary location will, to the extent reasonably possible, and subject to the availability of appropriate Company vehicle(s) for meeting their personal needs. (Amended 1/1/88)

## 10.15   ILLNESS WHILE IN CAMP

Notwithstanding the foregoing Sections of this Title, an employee shall not be entitled to an expense allowance for any day he/she is absent from duty by reasons of illness or other personal reason except as provided for in Subsection 10.9(e). Camp and boardinghouse facilities shall, however, be available at no cost for not more than five days during a period of illness of an employee who has elected to receive board and lodging under Section 10.10. (Amended 1/1/84)

## 10.16   TRAVEL ALLOWANCE

(a)     When an employee is transferred to a new job headquarters or point of assembly, he/she shall be compensated for either (1) the actual time he/she spends traveling from his former job headquarters or point of assembly, exclusive of stopovers or (2) one hour for each 45 miles or portion thereof traveled, whichever is greater. (Amended 1/1/84)

(b)     Where possible, all travel time pursuant to this Section 10.16 shall be taken during regular work hours on a workday and shall be compensated at the straight rate of pay for the classification the

employee will hold at his new headquarters or point of assembly except that, if the Company required an employee to travel for more than four hours outside of regular work hours or on a non-workday, the travel time in excess of four hours shall be paid at one and one-half times the straight rate of pay for the classification the employee will hold at his new headquarters or point of assembly. (Amended 1/1/84)

      (c)    When transportation facilities therefor are not furnished by the Company or other mode of transportation is not authorized in advance, reimbursement of transportation expense shall be based on the maximum non-taxable vehicle mileage allowance by the IRS. (Amended 1/1/00)

      (d)    The foregoing provisions of this section do not apply if the employee is transferred from one headquarters or point of assembly to another headquarters or point of assembly and

          (1)   both locations are 25 miles or less from each other, and

          (2)   both locations are within 60 miles of the employee's Residence Area, and

          (3)   if the employee normally commutes from home to both locations.

Note:   Exception, if more than one such transfer is made in a workday, the employee shall receive mileage pursuant to Subsection 10.l6(c) and shall be allowed actual travel time during regular work hours. (Subsection Added 1/1/88)

## 10.18  HARDSHIP TRANSFERS

      (a)    Notwithstanding anything contained herein, the Company, by agreement with the Union, may transfer any employee who requests such a transfer for substantial reasons. Such transferred employee shall not be entitled to travel time or reimbursement of transportation expense. Upon written request from an employee, submitted concurrently to the Company and the Union, the Company and the Union shall give such request good faith consideration. Any transfer granted under the provisions of this Section shall remain in effect until the substantial reason which justified the transfer no longer exists or for a period not to exceed six months, whichever is less, unless the Company and Union agree to an extension of the time period in increments not to exceed six additional months. (Amended 1/1/88)

      (b)    If granted a hardship under the provisions of Subsection (a) above and upon the conclusion of the period for which a hardship transfer was granted the Company transfers the employee back to the previously assigned job headquarters where the hardship was granted, such employee shall retain the same per diem status as previously held at that job headquarters. If such employee is transferred to a different job headquarters from where the hardship was granted, such employee shall be eligible for per diem pursuant to the provisions of Sections 10.8 and 10.9. (Amended 1/1/88)

      (c)    **WORK ASSIGNMENT - RESIDENCE CONSIDERATION:**    The parties recognize that the work of General Construction may often require working at a job location outside of an employee's Residence Area. The parties also recognize the Company's right to transfer employees at its discretion to perform the work assigned to General Construction. Nevertheless, it is the Company's intent to attempt to place employees as close to their Residence as possible, commensurate with General Construction's work assignments.

          (1)    Such intent may include the exchange of headquarters between employees in same or equivalent classifications who possess similar skills, knowledge and abilities and who mutually agree to such an exchange.

          (2)    Further, such intent may take into consideration the rotation, when practical, at reasonable intervals, of those employees in the same or equivalent classifications who possess similar skills, knowledge and abilities who have worked long distances from their Residence Area with those employees who have remained within a reasonable commuting distance (75 road miles or less but not more than one and one-half hours normal travel time) of their Residence Areas for similar period of time. For the purpose of this section "reasonable intervals" is considered to be approximately 6 to 12 months.

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 40 of 256

(3)     Employees who exchange headquarters pursuant to Subsection (1) above shall not be eligible for the travel allowance provided for in Subsection 10.16(a).

(d)     **Expense Allowance Errors:**  If an error is made in the expense allowance to which an employee is entitled which results in an overpayment to the employee, the employee shall not be required to reimburse the Company beyond the first 60 days of such overpayment.   However, extenuating circumstances may relieve the employee of responsibility of reimbursement for overpayment of less than 60 days.

## GENERAL CONSTRUCTION SERVICE CENTERS

**10.19** (a)     An employee regularly assigned to a General Construction Service Center shall not be subject to transfer to other job locations as are field employees and shall not be entitled to a per diem allowance or other expense allowance while at the Center.  If, however, such an employee transfers to the field, the employee shall file a Residence Certificate, as provided in Section 10.8, on or before the date of such transfer.  Any per diem expenses due the employee will be based on such Residence Certificate.

(b)     When an employee who is regularly assigned to a General Construction Service Center is assigned to a temporary work at such distance from the established headquarters at the Center that it is impracticable to return thereto or to the employee's regular place of abode, actual personal expenses for board and lodging for the duration of such assignment shall be allowed, provided that the employee boards and lodges at places designated by the Company.  The time spent by such an employee in traveling to such temporary job at its beginning and from it at its conclusion and any expense incurred therein shall be paid by the Company.

If on the employee's non-workday any such employee remains at such designated place, expenses for board and lodging on such days shall be paid by the Company; but if the employee goes elsewhere for personal convenience, the Company shall not reimburse the employee for any expense that the employee incurs thereby.   If any such employee returns home for non-workday including any holiday which immediately precedes or follows the employee's non-workdays, the Company, at its option, shall:

(1)     allow the equivalent of any savings it realizes in the employee's board and logging costs, or

(2)     provide round trip transportation by Company vehicle between the temporary headquarters and the regular headquarters at the enter and pay travel time in each direction, such travel time to be considered as time worked.

(c)     (Deleted 1/1/84.)

## GENERAL PROVISIONS FOR EMPLOYEES
## ATTENDING COMPANY TRAINING PROGRAMS

**10.20**   The provisions of Sections 7.3, 7.6, 10.1, and 10.2 shall not apply to an employee who is temporarily assigned to attend training classes at other than the employee's regular headquarters.  In such assignments, the following provisions apply:  (Amended 1-1-91)

(a)   When arrangements are made for an employee to travel each day between the employee's living quarters and the training location, he/she shall be given an allowance for the time involved which is in excess of the time normally taken in traveling between his/her living quarters and regular headquarters and such time will be considered as time worked and paid at the appropriate rate of pay.  (Amended 1/1/91, 1/1/09)

23

(b)    (1)    If it is impracticable for an employee who attends a training program to return to his regular headquarters or to his living quarters each day, the Company shall, for the duration of the training assignment, provide him/her board and lodging or, at its option, provide him/her with lodging and reimburse him/her for the reasonable cost for meals.  With the advance approval of the supervisor in charge of the training classes, local transportation expense and other incidental expenses shall be paid by the Company.

(2)    An allowance for reasonable travel time incurred by an employee in traveling between his regular headquarters or living quarters and the training location at the beginning and at the end of his training assignment shall be authorized.  Such time will be considered as time worked and paid at the appropriate rate of pay using the employee's classification at the employee's temporary headquarters and shall also include reimbursement for reasonable cost of meals incurred while traveling. (Amended 1/1/12)

(3)    If on his non-workdays an employee remains at the training location, his board and lodging on such days shall be provided by the Company; or if the Company does not provide board on such days, it shall authorize him/her to obtain such meals elsewhere and reimburse him/her for the reasonable costs incurred in obtaining such meals.

(4)    If an employee elects not to utilize Company designated board and lodging on his non-workdays including any holiday which immediately precedes or follows his non-workdays, the Company shall allow him/her for transportation the sum of $10 per day for each of such days.  In lieu of such allowance, the Company may provide transportation arrangements between the training location and his living quarters or regular headquarters in accordance with (c) below.

(c)    In arranging transportation under the provisions of (a), (b)(2), and (b)(4) above, the Company at its option, shall

(1)    provide individual or group transportation by the Company vehicle, or

(2)    authorize in advance of the assignment the use of an employee's personal vehicle.

Travel time in connection thereto will be compensated in accordance with Section 10.20(b)(2). (Added 1/1/00)

(d)    When an employee is authorized to use his personal vehicle as a means of transportation under the provisions of (c) above, he/she shall be entitled to a vehicle mileage allowance at the mileage rates as provided for in subsection 10.1(c).  (Amended 1/1/00)

(e)    The regular hours of work of an employee may be temporarily advanced or delayed on days the employee attends training classes.  Such a change will not result in an increase or reduction of hours worked on a workday or workweek or require the payment of overtime compensation.  Provisions of Subsection 10.20(a) shall apply to travel outside of the regular work hours.  When an employee on an alternate work schedule attends a training program on that employee's regular day off (RDO), the employee will be provided a substitute day off in the same workweek.  (Amended 1/1/00, 1/1/09)

# TITLE 11.  SICK LEAVE

## 11.1  SHORT TERM DISABILITY AND PAID FAMILY LEAVE (Effective 1/1/17)

Absence from work which is certified for Short Term Disability or Paid Family Leave is considered an approved leave.  Pay will be provided by the Short Term Disability or Paid Family Leave plans and Wage Continuation, as described in those agreed-upon plans. Employees who are absent from work by reason of disability certified by the Company Administrator shall be entitled to return to their former

24

classification and headquarters that they vacated for up to one year from the date of the first missed workday associated with the absence.

## 11.2 EXISTING SICK LEAVE BANKS  (Effective 1/1/17)

(a)      All employees shall maintain their existing sick leave banks as of December 31, 2016 ("Capped Sick Leave Banks").  Employees eligible for additional sick leave bonus on January 1, 2017 will have these bonuses added to their capped sick leave banks.  These leave banks will be capped after January 1, 2017 with no further accruals.  Time in Capped Sick Leave Banks may be used only for an employee's own illness or disability and not for any other purpose.

(b)      For an eligible absence, an employee may choose to use time in the Capped Sick Leave Bank or his/her Incidental Sick Pay (described below).

(c)      Any use of the Capped Sick Leave Bank that exceeds 7 consecutive calendar days must be supported by medical certification and meet the definition of disabled under the Short Term Disability (STD) and wage continuance program.

(d)      For employees eligible to receive Retiree Health Insurance Benefits, 25% of the time remaining in an employee's Capped Sick Leave Bank shall be credited to a Retiree Health Reimbursement Account (RHRA)

(1)  The value of the remaining Capped Sick Leave Bank is determined by the employee's basic wage rate on the date of retirement.  "Basic Wage Rate" means regular pay on the date of retirement excluding overtime, premium pay, bonuses, upgrades or other pay.

(2)  In order to receive this RHRA credit, the employee must be qualified for retiree medical as defined under the Company's Retiree Medical Plan (currently attain age 55 and have a minimum 10 years Credited Service under the PG&E Retirement Plan).

(3)  All other employees will receive no credit whatsoever for the Capped Sick Leave Bank upon separating from the Company.

(e)      An employee's use of Incidental Sick Pay or Capped Sick Leave Bank runs concurrently with and does not extend the maximum period of leave to which the employee may be entitled under the California Family Rights Act, California Pregnancy Disability Leave or Federal Family and Medical Leave Act.

## 11.3  INCIDENTAL SICK PAY (Effective 1/1/17)

(a)      All current employees as of January 1, 2017 shall receive 96 Incidental Sick Pay hours.

(b)      All new employees hired on or after January 1, 2017 and all employees as of that date shall accrue 8 hours of Incidental Sick Pay per month to a maximum of 96 hours per year.

(c)      Employees on a Short-Term Disability Leave, and Paid Family Leave, shall accrue incidental sick time on the first 480 hours of time missed from work in the calendar year from the first day the employee is absent from work (this accrual period does not restart by moving between Short Term Disability or  Paid Family Leave or crossing into the next calendar year).  Accrual shall not resume until the employee returns to work.  In the case of an absence caused by an on-the-job "industrial" injury where the employee receives Workers Compensation, employees shall accrue on the first 880 hours instead of 480 hours of time missed in a calendar year.  Section 9.5 will continue to apply to all other Leaves of absence and such absences under this provision or Section 9.5 will run concurrently.

25

(d)     Incidental Sick Pay may be carried over from year to year, however, at no time shall an employee accrue more than 96 hours of Incidental Sick Pay.  An employee that has 96 hours of accrued Incidental Sick Pay will not accrue further until he/she has used the Incidental Sick Pay and the accrued time is reduced below 96 hours.

(e)     Part-time and regular intermittent employees shall be eligible to receive incidental sick pay on a prorated basis.

(f)     Any use of the Incidental Sick Pay that exceeds 7 consecutive calendar days must be supported by medical certification and meet the definition of disabled under the STD and wage continuance program.

(g)     An employee's use of Incidental Sick Pay or Capped Sick Leave Bank runs concurrently with and does not extend the maximum period of leave to which the employee may be entitled under the California Family Rights Act, California Pregnancy Disability Leave or Federal Family and Medical Leave Act.

**11.4**     **(**Deleted 1/1/17)

**11.5**     (Deleted 1/1/09)

**11.6     HOURLY INCREMENTS**

(a)     For hourly employees, incidental sick pay and capped sick leave shall be charged in 30-minute increments with no charge made for increments of less than30 minutes.  Such time off as that allowed for an employee's personal medical, and dental appointments shall be charged as incidental sick pay or capped sick leave .  (Amended 1/1/17)

(b)     No deduction shall be made for an increment of less than 30 minutes from the wages of a regular employee who has exhausted his incidental sick pay and capped sick leave for hourly employees. (Amended 1/1/17)

(c)     Monthly employees shall be charged incidental sick pay and capped sick leave in four (4) hour increments, with no charge made for increments of less than four (4) hours. Once the four (4) hour threshold is met, additional incidental sick pay or capped sick leave will be charged in hourly increments. No deduction shall be made for an increment of less than four (4) hours from the wages of an employee who has exhausted his/her incidental sick pay and capped sick leave. (Amended 1/1/17)
- Example #1: Employee is off 3 hours for a medical appointment – the employee's sick leave account is not charged.
- Example #2: Employee is off 5 hours for a medical procedure – the employee's sick leave account is charged for the 5 hours.  (Added 1/1/2012)

**11.7     HOLIDAYS**

(a)     If a holiday occurs on a workday during the time an employee is absent on incidental sick pay or capped sick leave with pay, he/she shall receive pay for the holiday as such and it shall not be counted as a day of incidental sick pay or capped sick leave.

(b)     Holidays during STD/PFL covered absences:  (Added 1/1/17)

(1)  Regular full-time employees shall receive eight (8) holiday hours in their holiday account for each holiday that occurs during the employee's first four hundred and eighty (480) cumulative hours of absence, which is covered by Short-Term Disability or Paid Family Leave, in any calendar year.

26

(2)  In no event shall a regular full-time employee receive holiday hours in their holiday account for holidays that occur during absence beyond four hundred and eighty (480) cumulative hours of STD or PFL absence in a calendar year.

(3)  Regular part-time employees shall receive pro-rated holiday hours in their holiday account for each holiday that occurs on a regular workday during the employee's first four hundred eighty (480) cumulative hours of absence, which is covered by Short-Term Disability or Paid Family Leave, in any calendar year.

(4)  In no event shall a regular part-time employee receive holiday hours in their holiday account for holidays that occur during absence beyond four hundred and eighty (480) cumulative hours of STD or PFL.

(5)  Hours in the holiday account shall be scheduled in conjunction with the employee's next scheduled vacation under the provisions of Title 9, except that such day may be taken prior to the employee's next scheduled vacation with the approval of the supervisor in charge.

(6)  Employees shall be awarded Floating Holidays for the calendar year in which they return to work from approved STD, PFL, or LTD Leaves.

## 11.8  ABUSE OF SICK LEAVE

(a)  The Company may require satisfactory evidence of an employee's illness or disability before incidental sick pay and/or capped sick leave will be granted if the Company can demonstrate the employee is abusing incidental sick pay and/or capped sick leave.  If an employee abuses the incidental sick pay and/or capped sick leave provisions of this Agreement by misrepresentation, he/she shall restore to the Company all incidental sick pay and/or capped sick leave payments he/she received as a result of such abuse.  In case of recurring offenses by the employee, the Company may cancel all or any part of his current and cumulative sick leave and may treat the offense as it would any other violation of a condition of employment.  If an employee submits falsified documents or records for the purpose of obtaining incidental sick pay and/or capped sick leave, the Company may discharge the employee. In such event, the employee's recourse to the grievance procedure will be limited to the determination of whether the misconduct occurred.  Charges of alleged discrimination in the application of this Section shall be investigated by the Local Investigation Committee described in Title 14.  (Amended 1/1/88, 1/1/17)

(b)  **Excessive Use:**  When the Company determines that an employee's incidental sick pay and/or capped sick leave usage is excessive and unacceptable, the employee shall be notified of such determination in writing.  Upon such notification, the employee may be advised to seek medical care and/or to follow a prudent course of action to resolve the problem.  As part of this procedure, the Company shall, where appropriate, offer the resources of the Employee Assistance Program; or require a medical review by a panel physician; or may offer a medical leave of absence or may advise the employee of the right to apply for Long-Term Disability. (Amended 1/1/17)

(c)  **Disability:**  If the employee's unacceptable use of incidental sick pay and/or capped sick leave is not corrected in a reasonable period of time, the Company may consider the employee unavailable for work and may treat the case as it would any other violation of a condition of employment, provided that all of the foregoing shall be subject to the applicable provisions of the Labor Agreement, Review Committee decisions, and Arbitration decisions.  (Amended 1/1/88, 1/1/17)

## 11.9  TERMINATION DUE TO PHYSICAL DISABILITY

If a regular employee is required permanently to leave the Service of the Company because of physical disability, he/she shall, on termination of employment, be entitled to an allowance which shall be the equivalent of incidental sick pay to which he/she would be entitled under the provisions of Title 11. (Amended 1/1/17)

## 11.10  LIGHT DUTY

27

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 45 of 256

(a)      Except as provided in Section 25.2, if an employee's health or physical ability becomes temporarily impaired to such an extent that he/she cannot perform the work of his classification, the Company shall, if practical to do so, give such employee light work within his ability to perform for which he/she shall be compensated at the rate of pay established for such work.

(b)      Except as provided in Section 25.2, in the event an employee of the Company is disabled due to injury or illness, is not returning from Long Term Disability Plan IV and is returned to the active payroll and assigned to a bargaining unit classification or a classification designed for the employee with the prior written agreement of the Union, the employee shall be paid in accordance with the following formula: (Amended 1-1-17)

(1)      If the employee is returned to the classification held before the disability occurred, the rate of pay for such classification, or

(2)      If the employee has less than 10 years of Service at the time of the employee's disability, the rate of pay of the classification to which assigned, or

(3)      If the employee has 10 or more years of Service at the time of his disability, the rate of pay of the classification to which assigned plus 4 percent per year of Service (but not over 100 percent) times the difference between such rates of pay and the rate of pay of the employee's regular classification immediately prior to the injury or illness which caused the employee's disability.

(4)      An employee who returns to the active payroll at a rate of pay calculated as in (3) above shall be limited to 50 percent of any general wage increase until such time as the partially disabled employee is receiving a rate of pay equal to the rate of the classification to which such employee is assigned. In no case will a partially disabled employee who is placed on the active payroll be paid less than 110 percent of such employee's current LTD rate of pay.   (Added 1/1/83)

(c)      An employee who is disabled due to injury or illness who is able to return to active payroll and the classification held prior to such disability but is assigned to a classification with a lower rate of pay shall he/she entitled to the provisions, as described above, until such time as the employee is returned to his former status on an accelerated basis, as provided in Subsection 22.3(2)(c) of the Agreement. (Added 1/1/84)

## 11.11   PAY WHEN TEMPORARILY UPGRADED

The incidental sick pay and capped sick leave pay for a weekly or monthly employee who works in other than his regular classification shall be computed as follows: (Amended 1/1/17)

(a)      If such work is authorized on a time card or attendance report basis, it shall be based on the rate of pay of his regular classification.

(b)      If such work is authorized on other than a time card or attendance-report basis, it shall be based on the rate of pay of the classification to which he/she is temporarily assigned.

## 11.12   WORKERS' COMPENSATION

Incidental sick pay or capped sick leave shall not be applied to any period of time in which an employee receives disability compensation under the provisions of the Workers' Compensation and Insurance Chapters of the State Labor Code. (Amended 1/1/17)

## 11.13   RETURN FROM LTD (Amended 1/1/17)

Long Term Disability Plan IV

(a)  Employees will be required to return to work at the Company when:

28

(1)  they are able to perform in the pre-leave positions with or without a reasonable accommodation; or

(2)  when they are able to perform in another position at the Company that is vacant with or without a reasonable accommodation, provided that

(a) the employee is qualified to perform the duties of the position, and

(b) the basic wage rate of the new position is at least 70% of the employee's pre-leave position basic wage rate, and

(c) within a commutable distance as defined in Section 22.7.

(b)  The sequence of placement outside of the employee's base classification shall be as follows:

(1)  Line of Progression
(2)  Department
(3)  ESC Bargaining Unit
(4)  Any other Bargaining Unit
(5)  Any other position

(c)  In the event the employee is returned from Long Term Disability to a different position that is at a lower rate of pay, the employee will receive full wage protection for up to five (5) years but will receive no General Wage Increases (GWIs), unless and until such time as the new wage rate for the new position exceeds the prior position's wage protected rate.

(d)  Return From LTD Plans I, II and III.

By written agreement between the Company and the Union and on an individual basis, an employee who qualified for and received benefits under provisions of the Long Term Disability Plan of the Benefit Agreement between the Company and the Union may be returned to regular employee status.


## 11.14   FAMILY SICK LEAVE

(a)  In any calendar year, a full time employee shall be permitted to use the employee's current available incidental sick pay, up to 48 hours in the calendar year, to attend to an illness of a family member in accordance with California Sick Leave law.  A part-time employee or a regular intermittent employee may take up to one-half of the employee's incidental sick leave hours allotment to attend to an illness of a family member of the employee in accordance with California Sick Leave law.   A temporary additional employee or intermittent employee who has not attained regular status is entitled to use their sick leave provided for in Subsection 11.15 for family members in accordance with California Sick Leave law.(Amended 1/1/00, 1/1/09, 1/1/16, 1/1/17)

(b)  Employees eligible for additional sick leave bonus on January 1, 2017 will have these bonuses added to their capped sick leave banks.  Employees who received a sick leave bonus on January 1, 2017, shall be entitled to use up to 50% of the anniversary bonus for use in 2017 only for Family Sick Leave purposes.  (Added 1/1/11, Amended 1/1/16, 1/1/17)

(c)  All conditions and restrictions that apply to an employee's use of incidental sick pay or capped sick leave for his or her own illness shall apply to sick leave usage to attend to an illness of a family member of the employee under this section. (Amended 1/1/16)

(d)  An employee's use of incidental sick pay or capped sick leave under this section does not extend the maximum period of leave to which the employee may be entitled under the California Family Rights Act or the Federal Family and Medical Leave Act.

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 47 of 256

## 11.15 CALIFORNIA PAID SICK LEAVE FOR HIRING HALL, TEMPORARY AND INTERMITTENT EMPLOYEES WHO HAVE NOT ATTAINED REGULAR STATUS (Amended 6/1/16)

Pursuant to the California Paid Sick Leave law, Hiring Hall, Temporary and Intermittent employees who have not attained regular status shall be allotted twenty-four (24) hours of paid sick leave per calendar year. (Amended 1/1/16)

(a) Hiring Hall, Temporary and Intermittent employees who have not attained regular status must be employed for at least ninety (90) days before being able to use any paid sick leave. (Amended 1/1/16)

(b) Paid sick leave not utilized at the end of each calendar year shall be forfeited.

(c) Employees can use paid sick leave for themselves or to attend to an illness of a family member in accordance with the guidelines provided in the California Paid Sick Leave law.

(d) Employees may only take paid sick leave on those days or for those hours that an employee is asked or scheduled to work and are unable to work due to illness or non-industrial injury.

## TITLE 12. LEAVE OF ABSENCE

### 12.1 ELIGIBILITY

"Leave of absence" without pay shall be granted to regular employees under the conditions set forth in this Title for urgent or substantial personal reasons, provided that adequate arrangements can be made to take care of the employee's duties without undue interference, or if required by law, undue hardship, with the normal routine of work. A "leave" will not be granted if the purpose for which it is requested may lead to the employee's resignation. For the purpose of this Agreement the terms "leave of absence" and "leave" signify absence without pay for periods in excess of 10 consecutive workdays. In the computation of the length of a "leave of absence", there shall not be included any time the employee is absent with pay. Absences without pay for 10 consecutive workdays or less shall also be authorized under these provisions. (Amended 8/1/66, 1/1/09)

### 12.2 PERIODS OF LEAVE

(a) The Company may grant a "leave of absence" without pay to a regular employee for a period not in excess of six consecutive months for a reason other than illness or disability. It may grant an additional "leave of absence" without pay for a reason other than illness or disability to such employee if personal circumstances and service to the Company warrant the granting thereof or as otherwise required by applicable law. Except as provided in Sections 12.6 and 12.9, a "leave of absence" will not be granted which, together with the last "leave" or "leaves" granted, will exceed twelve consecutive months. (Amended 1/1/91, 1/1/09, 1/1/17)

(b) In addition to the provisions of this Title, it is the intent of the parties to include leave benefits as mandated by state and federal law, including both the California Family Rights Act of 1991 and the Federal Family and Medical Leave Act of 1993. Leaves under state and federal laws shall not exceed the time provided under the applicable statute and will not be extended as a leave under 12.2(a) under any circumstance. (Added 1/1/94, Amended 6/1/16)

All leave time runs concurrently with and does not extend the maximum period of leave to which the employee may be entitled under the California Family Rights Act, California Pregnancy Disability Leave or Federal Family and Medical Leave Act. (Added 1-1-16)

(c) **Child Care Leave:** A regular employee who has become a parent by the birth or adoption of a child, or has become the legal guardian of a child shall be entitled to an unpaid "leave of absence" for a period not to exceed the six consecutive-month "leave" provided for in Subsection 12.2(a) without

30

reference to urgent and substantial personal reasons to care for such newborn or adopted child. When an employee who was granted a leave for child care applies for reinstatement, the employee will be returned to the employee's former classification and headquarters which the employee vacated. (Amended 1/1/91)

An employee shall be entitled to an additional "leave of absence" for a period not in excess of six consecutive months for child care with the understanding that the employee may return to work provided a vacancy exists in the classification and headquarters which the employee vacated or in a classification lower thereto in the line of progression at such headquarters.

If no such vacancy of this kind exists after the second six consecutive months, the employee's Service shall be terminated. (Added 1/1/84)

## 12.3    COMMENCE AND END

"Leave" shall commence on and include the first workday on which the employee is absent without pay and terminate with and include the workday preceding the day he/she returns to work. The conditions under which an employee shall be restored to employment on the termination of this "leave of absence" shall be clearly stated on the form on which application for the leave is made.

## 12.4    STATUS

An employee's status as a regular employee shall not be impaired by a "leave of absence."

## 12.5    TERMINATION OF EMPLOYMENT

If an employee fails to return immediately on the expiration of his "leave of absence" or if he/she accepts other employment while on "leave", except as provided in Section 12.6, or if he accepts unemployment benefits under the California Unemployment Insurance Code while on "leave", he/she shall thereby forfeit the "leave of absence", terminate his employment with the Company, and terminate his participation in the Company's Retirement Plan.


## 12.6    UNION LEAVE OF ABSENCE

Subject to the provisions of Section 12.1, the Company shall, at request of the Union, grant a "leave of absence" without pay to any employee for the purpose of engaging in Union business. Such "leave" shall be for a period or periods not to exceed a total of 24 consecutive months. An employee who has returned to work for the Company following an absence on "leave" for Union business in excess of six months shall not be granted another such "leave" until he/she has worked for a period equivalent to the time he/she was last continuously absent on "leave" for Union business.

## 12.7    SENIORITY ACCRUAL WHILE ON UNION LEAVE OF ABSENCE

The Company Service of an employee who is granted a "leave of absence" under Section 12.6 shall accrue during the period of any such "leave". The Service of an employee who is granted a "leave of absence" under Section 12.6 for six months or less shall accrue during the period of such "leave". The Service of an employee who is granted a "leave of absence" under Section 12.6 in excess of six months and who thereafter returns to work for the Company shall not accrue during the period of the entire "leave", but the length of such absence shall be added to his Service after he/she has returned to work for the Company and has worked for a period of time equivalent to the period of his absence. In no event, however, shall his Service accrue in the case of an employee on a wage range unless, or until, he/she has reached the maximum of his classification.

## 12.8    RETURN FROM UNION LEAVE OF ABSENCE

Unless an employee who is on "leave of absence" for Union business notifies the Company that he/she will return to work at the end of the first six months of such absence, the Company may consider his job as vacant and fill it in its discretion. When such employee returns to employment, he/she shall be employed in his former Division or Department and classification and will displace an employee whose

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 49 of 256

Service in such classification on the date his "leave of absence" commenced was less than his own. If such a displacement cannot be effected, his placement in the Company shall be governed by Title 22.

**12.9    MILITARY LEAVE OF ABSENCE**

An employee who leaves his employment with the Company to enter the Armed Forces of the United States under an Act of Congress which provides for reemployment will be granted a "leave of absence" under the provisions of Sections 12.1 to 12.5, inclusive.  Upon qualifying for reemployment under any such Act and being reemployed, he/she will be granted a further retroactive "leave of absence" to cover the balance of his absence.

Eligible employees who engage in military service or who are eligible family members of military personnel are entitled to time off consistent with federal and state law. (Added 1/1/09)

**12.10    FUNERAL LEAVE**

(a)      If at all possible, a regular employee shall be excused from work and granted the reasonable time off with pay necessary to attend the funeral of a member of their immediate family including, but not necessarily limited to, the time the body may lie in state and the day of funeral and the time necessary to travel to and from the location of the funeral but not to exceed three workdays. The immediate family shall be limited to: an employee's spouse, or employee's registered domestic partner, parent, grandparent, grandparent-in-law, or grandparent of employee's registered domestic partner, parent-in-law, or parent of employee's registered domestic partner,  child, or child of employee's registered domestic partner, grandchild, son-in-law, daughter-in-law, stepchild, brother, sister, half-brother and half-sister, step-brothers, step-sisters, foster parent, step parent, aunts, uncles or an individual who was a member of the employee's immediate household at the time of death. Unused vacation or floating holidays may be granted to extend an employee's funeral leave beyond the three days provided for above or personal time off without pay for the time needed will be granted. (Amended 1/1/91, 1/1/09)

(b)      Consistent with The Company's operational needs, a regular employee may be excused from work and granted the actual time off with pay necessary to attend the funeral of other persons the employee may be reasonably deemed to owe respect but not to exceed one day.

(c)      Employees who have not attained regular status will be allowed time off without pay as provided for in (a) and (b) above.

**12.11    JURY DUTY**

Employees who are summoned to serve on a grand jury, trial jury, or a jury of inquest will be granted the necessary time off for this purpose under the following conditions:

(a)      Regular employees will be allowed the necessary time off with pay for jury duty which occurs within their scheduled working hours during the basic workweek.  Such employees assigned to a third shift shall be re-scheduled to a first shift during such a period of time at the straight rate of pay, and such employees assigned to a second shift who are actually impaneled on a jury or are required to report to the jury commissioner on a second consecutive workday or more shall be rescheduled to a first shift during such a period of time at the straight rate of pay.  Employees will be paid at their basic rate of pay. In the application of other provisions of this Agreement, such time off with pay for jury duty will be considered as time worked and, if dismissed by the court on any workday before the end of the employee's regular work hours, such employee shall return to work provided such dismissal occurs at least two hours before the conclusion of such hours of work.  (Amended 1/1/83)

(b)      Employees who have not attained regular status will be allowed time off without pay subject to the other provisions of (a) above.

(c)      Employees shall advise their supervisor on the workday following receipt of notice that they are required to report for jury duty Service.  The employee may be required to provide receipt of such notice to his supervisor.  (Amended 1/1/88)

32

## 12.12   WITNESSES

Regular employees will be given the necessary time off to appear as a witness in either civil or criminal cases under the following conditions:

(a)     Employees who are required to appear as witnesses on behalf of the Company will be treated, with respect to the provisions of this Agreement, as though they were employed in their customary work.

(b)     Employees who are subpoenaed to appear in litigation in which the Company has no interest and is not a party but nonetheless involves an employee's presence as to matters arising out of and in the course of their employment with the Company will be paid at their regular straight-time rate of pay for the time required to appear to testify (but not more than eight hours in any one normal workday), less any remuneration they are entitled to by law, except that travel and other expenses for which they are reimbursed which are not subject to income tax will not be included when computing such remuneration.

(c)     Following dismissal of the employee-witness by the court or administrative agency on any workday before the end of his regular work hours, the employee shall return to work provided such dismissal occurs at least two hours before the conclusion of such hours of work.

(d)     In all other instances, an employee who has been subpoenaed as a witness in any matter not provided for above will be excused from work without pay for the time necessary for such administrative or court appearance.  (Amended 1/1/77)

## 12.13   ADOPTION

Regular employees will be allowed time off with pay up to one workday necessary for court appearances in connection with child adoption procedures. (Added 1/1/74)

## 12.14   EDUCATIONAL LEAVE

An employee who has three years of Service or more may be granted a leave of absence to complete residency requirements for obtaining a bachelor or advanced degree from an accredited college in a field related to his employment.  Such leaves of absence shall be limited to two school semesters or a total of three academic quarters, whichever is applicable.

Further, applications for an education leave for more than six months will be granted only on the condition that the Company may, at its discretion, fill the applicant's position on a permanent basis.  Applicants who are granted such leaves will be entitled to reinstatement only if there is a vacancy in his former line of progression and headquarters and, provided further, the applicant has obtained the degree for which the request was granted.  Temporary changes in an employee's normal hours of work for the purpose of attending classes which meet the qualifications for payment under Exhibit E will be granted, if practicable, by the Company pursuant to Subsection 7.4(b).  (Amended 1/1/83)

## TITLE 13.  STATUS OF EMPLOYEES AND SERVICE

## 13.1   EMPLOYMENT DATE

As used in this Agreement, "employment date" means the latest date on which an employee began a period of Service with the Company.

## 13.2   COMPANY

As used in this Title, the term "Company" shall include:

Pacific Gas and Electric Company
Standard Pacific Gas Line, Inc.
Pacific Gas Transmission Company

33

Alberta and Southern Gas Company
Alberta Natural Gas Company
Pacific Service Employees Association
Alaska California LNG Company
Calaska Energy Company
Eureka Energy Company
Gas Lines, Inc.
Natural Gas Corporation
Pacific Gas Marine Company
Pacific Transmission Supply Company
PG&E Corporation
(Amended 1/1/80, 1/1/09)

## 13.3   SERVICE

Service is defined as the length of an employee's continuous employment since his Employment Date with the Company, a Predecessor Company, any Company or Union named in Section 13.2 above, and as provided hereafter in Section 13.4. The continuity of an employee's Service shall be deemed to be broken by termination of employment for any reason or layoff for lack of work which is in excess of the time provided for in Subsection (a) below. The following periods of absence shall count as Service for purposes of this Agreement and shall not constitute a break in Service. (Amended 1/1/84)

(a)      Absence Caused by Lay Off or the Lack of Work

(1)      If the employee has at least one continuous year of Service and has been absent less than thirty continuous months. (Amended 1/1/94)

(b)      Absences on a leave of absence authorized by the Company pursuant to the provisions of Title 12, provided the employee returns to active work with the employer immediately following his leave of absence.

(c)      Absence because of illness or injury as long as the employee is entitled to receive incidental sick pay or capped sick leave pay or is entitled to receive benefits under the provisions of the Voluntary Short-Term Disability Plan, Voluntary Paid Family Leave Plan, Wage Continuation Plan, a State Disability Plan, the Long-Term Disability Plan, or a Workers' Compensation Law, provided that the employee returns to active work with the Company immediately following his recovery from the illness or injury. (Amended 1/1/17)

(d)      Absence for military Service or Service in the merchant marine so long as the employee returns to active work with the Company within the period during which his reemployment rights are protected by law. If an employee fails to return to active work within the above time limits for any reason except death or disability, his Service shall be deemed terminated as of the expiration of the time limit.

(e)      Absence for Union business pursuant to the provisions of Section 12.6. (Added 1/1/80)

An employee who is hired after a break in Service shall be treated as a new employee for all purposes, and his Service and compensation before the break in Service shall not be recognized for any purpose under any provision of this Agreement.

## 13.4   ACQUISITIONS

In the acquisition of another company, the Service of the employees involved in such acquisition shall be established by written agreement between the Company and the Union.

## 13.5   REGULAR STATUS

(a)      (1)      Region employees shall be designated as probationary and regular depending on the length of their Service.                  (2)      New employees shall be hired as probationary employees

34

at a daily rate of pay not less than the minimum wage established for the classification of work to be performed. As long as a probationary employee retains such status, he/she shall not acquire any Service or seniority rights or rights with respect to leave of absence, holidays, job bidding and promotion, demotion and layoff, , vacation usage, or similar rights and privileges. Note that employees with less than one year of Service may not transfer to a beginning-level hourly job, per Section 21.13(e). (Amended 1/1/16, 1/1/17)

(3)     On the completion of his first six months of Service which, notwithstanding the provisions of Section 13.3 above, is uninterrupted by absence for more than a cumulative total of thirty days due to (1) layoff, (2) sickness or disability, or (3) any other reason, a probationary employee shall be given a status of a regular employee, a definite job classification, and placed on a weekly or monthly rate.

(4)     The transfer of a probationary employee from one job to another without interruption of work time shall not be considered an "interruption" of such six months period of Service.

(b)     As applied in General Construction, such six months of continuous Service is further defined as any period of six consecutive months in which a minimum of 115 days have been worked at the straight rate of pay provided, however, that if by reason of absence in such period due to inclement weather or holidays an employee was prevented from working a total of 115 days, such period shall be extended by not more than the total number of days of such absence.

(c)     The provisions of 13.5 (a) shall not be applicable to newly hired monthly employees. They shall be hired at a monthly rate of pay not less than the minimum rate established for the classification of work to be performed. During their first six months of employment, they shall not acquire any Service or seniority rights. On the completion of their first six months of Service which, notwithstanding the provisions of Section 13.3 above, is uninterrupted by absence for more than a cumulative total of thirty days due to (1) layoff, (2) sickness or disability, or (3) any other reason, they shall acquire their Service and/or seniority rights. If terminated within the first six months, the grievability will be consistent with that in place for probationary employees. (Added 1/1/12)

(d)     Employees of the Company placed into an ESC-represented classification from a position outside of the Unit shall not be subject to probationary status, unless such employee has less than six months of continuous Service overall with the Company.  (Added 1/1/16)

## 13.6     PART-TIME EMPLOYMENT

A part-time employee is any employee whose regularly scheduled workweek is less than 40 hours.

(Deleted 1/1/16)

A part-time employee or a full-time employee who accepts part-time status shall be eligible for Service and prorated benefits based on the ratio of total straight-time hours worked in a year by the employee to the full-time equivalent hours (2,080 hours per calendar year), as follows:: (Amended 1/1/16)

(1)     Medical, Dental and Vision Plan coverage as provided in the Medical, Dental and Vision Benefit Agreement and described in the Summary of Benefits Handbook, (Amended 1/1/16))

(2)     Upon reaching regular status, vacation allowance as provided in Title 9, but prorated based on the ratio of total straight-time hours worked in a year to 2,080 hours.  (Added 1/1/91)

(3)     Incidental sick pay as provided in Title 11, but prorated based on the ratio of straight-time hours worked in a year to 2,080 hours.  Sick leave may only be taken on those days and for those hours that an employee is asked or scheduled to work and is unable to work due to illness or non-industrial injury.  (Amended 1/1/17)

(4)   Voluntary Short Term Disability Plan, Voluntary Paid Family Leave Plan, Wage Continuation as provided in the 2016 Table Agreement and described in the Summary of Benefits Handbook, (Added 1/1/17)

(5)   Retirement Plan and Retirement Savings Plan benefits as provided in the Benefits Agreement and described in the Summary of Benefits Handbook.  (Amended 1-1-16)

(6)   Upon reaching regular status:  paid holiday hours prorated based on ratio of straight-time hours scheduled to work in a year to 2,080 hours.  (Added 1/1/91, Amended 1/1/09, Amended 1/1/16)

(7)   Upon reaching regular status:  Group Life Insurance and Long-Term Disability coverage,  as provided in the Benefit Agreement and described in the Summary of Benefits Handbook. (Added 1/1/91, Amended 1/1/17)

## 13.7   TEMPORARY EMPLOYEES

(a)   A temporary employee is one who is hired to work a regular schedule in a beginning job classification for a period of time not to exceed nine (9) months.  A temporary employee will be hired at a daily rate not less than the minimum for the classification of work to be performed.  A temporary employee shall not acquire any service or seniority rights or rights with respect to leave of absence, wage continuation benefits, holidays, job bidding and promotion, demotions and layoff, vacation, or similar rights and privileges.   Temporary Employees are eligible for sick pay upon employment as provided in Title 11. (Amended 6/1/16)

A temporary employee may be used whenever additional temporary support is needed, but will be used when the provisions of 27.2 (c) (1) and (2) cannot be met.  If Company continues to employ a temporary employee for more than nine (9) consecutive months, or for a cumulative total of eighteen (18) months in a twenty-four (24) month period, in any headquarters/line of progression or General Office Department, it shall fill a vacancy in the classification within the headquarters/line of progression or G.O. Department in accordance with the provisions of Section 21.13 unless the time limits are extended by written agreement with the Union.  Temporary employees shall not be utilized to avoid the filling of existing vacancies nor to preclude the authorization of additional positions.  Such assignments shall not cause an erosion of the bargaining unit through attrition.

(b)   Retired or former employees may be utilized as temporary employees pursuant to the provisions of Exhibit C, "Hiring Hall."  (Amended 1/1/12)

## 13.8   INTERMITTENT EMPLOYEES

(a)   An intermittent employee is one who does not work any set schedule of hours per day or days per week, but who is on call to fill in on any schedule on an as-needed basis.  During sickness or vacation relief periods, however, such employees may be assigned to work the schedule and hours of the absent employee if such an assignment cannot be made pursuant to the provisions of Subsection 21.7.

Intermittent employees who have not obtained regular status are eligible for the following benefits:

(1)  Paid sick leave as provided in Section 11.15.  Sick leave may only be taken on those days and for those hours that an employee is asked or scheduled to work and is unable to work due to illness or non-industrial injury. (Added 8-1-15)

(2)  Voluntary Short Term Disability Plan and Voluntary Paid Family Leave as provided in the Summary of Benefits Handbook,

(b)   Intermittent employees will attain regular status upon the completion of six months of continuous Service. Continuous Service is defined in Section 13.5 as being "uninterrupted by (1) discharge, (2) resignation, or (3) absence for more than a cumulative total of 30 days due to (i) layoff, (ii) sickness or

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 54 of 256

industrial disability, or (iii) other causes." If an employee is off for more than 30 days during a six month period, a new six month qualifying period will begin upon return to work.

(c)     An intermittent employee who attains regular status or a regular employee who accepts intermittent status shall be eligible to receive the following benefits:

(1)     Group Life Insurance, and Long-Term Disability coverage benefits as provided in the Benefit Agreement and described in the Summary of Benefits Handbook.

(2)     Medical, Dental and Vision Plan coverages as provided in the Medical, Dental and Vision Benefit Agreement and described in the Summary of Benefits Handbook.

(3)     Vacation allowance as provided in Title 9, but prorated based on the ratio of total straight-time hours worked in a year to 2,080 hours.

(4)     Incidental sick pay as provided in Title 11, but prorated based on the ratio of total straight-time hours in a year to 2,080 hours. Sick leave may only be taken on those days and for those hours that an employee is asked or scheduled to work and is unable to work due to illness or nonindustrial injury. (Amended 1/1/17)

(5)     Paid holidays when regularly scheduled to work on that day. Such holiday payment shall be in proportion to the amount of time which the employee would have worked on that day if it were not a holiday.

(6)     Voluntary Short Term Disability Plan, Voluntary Paid Family Leave Plan, Wage Continuation as provided in the 2016 Table Agreement and described in the Summary of Benefits Handbook, (Added 1/1/17)

(7)     Retirement Plan and Retirement Savings Plan benefits as provided in the Benefits Agreement and described in the Summary of Benefits Handbook.

## 13.9     LIST

As soon after the end of each calendar year as it is practicable to do so, the Company will furnish the Union with a list showing the name, social security number, home address, employment date, classification, rate of pay, and Service of each employee as of the end of such year.

## 13.10     INFORMATION

Upon an employee's request, the Company shall give him/her any information of record concerning his/her status as an employee of the Company. Such requested information shall be furnished during normal business hours and as soon as practicable but within 28 calendar days from the date of the request. (Amended 1/1/80)

## TITLE 14.  GRIEVANCE PROCEDURE

Entire Title Amended 1/1/88

## 14.1     GRIEVANCE SUBJECTS

The Union may present written grievances on the following enumerated subjects for determination under the grievance procedure established herein:

(a)     interpretation of application of any of the terms of this Agreement,

(b)     discharge, demotion, or discipline of an individual employee,

37

(c)     disputes as to whether a matter is proper subject for the grievance procedure.

**14.2    TIME LIMITS**

It is the object of the Union and the Company that grievances be settled promptly.  To facilitate their settlement, grievances shall be filed on the form adopted for such purpose to the designated electronic mailbox in the Labor Relations Department, and within the following time limits established in Subsections (a) and (b) hereof: (Amended 1/1/09)

(a)     A grievance which involves the discharge of a bargaining unit employee shall be initiated and processed without undue delay; but in any event, such grievance shall be filed not later than 14 calendar days after such employee's discharge becomes effective. The Company shall make a written response thereon within two workdays after receipt of the Union's written grievance.

(b)     Grievances other than those outlined in (a) above shall be submitted as soon as possible after the occurrence of the situation which gave rise to the grievance but in no event later than 30 calendar days following the date of the action grieved or the date the employee became aware of the incident which is the basis of the complaint.  The Company shall make a written response thereon within seven calendar days after receipt of the Union's written grievance.

(c) Business Manager grievances which may be filed shall concern contractual interpretation matters which have system-wide or classification-wide implications.  Business Manager grievances shall not involve an employee's discharge, demotion, discipline, promotion, demotion or transfer.  (Added 1/1/09)

**14.3    PROCESSING OF GRIEVANCE**

In the processing of grievances under this Section, the following procedure will apply:

(a)     DISCUSSION AREA - STEWARD/SUPERVISOR

Within the time limits set forth above, the initial step in the grievance procedure shall be a discussion between the Steward or an alternate bargaining unit employee designated by the Union and the immediate exempt supervisor directly involved.  The purpose of such discussions shall be to reach a satisfactory disposition of the grievance, which shall be without prejudice.  Their discussions shall be at such time and place as determined by the Company so as not to interfere with the work then in progress.

(b)     FILING OF GRIEVANCE WITH HUMAN RESOURCES DEPARTMENT
        (Amended 1/1/00)

A grievance that is not settled as provided for in Subsection (a) hereof may then be filed by the Union with the appropriate Human Resources Advisor.  Such HR Advisor shall file a written response with the Union within two workdays if the grievance is filed pursuant to Subsection 14.2(a) or seven calendar days if the grievance is filed pursuant to Subsection 14.2(b) after receipt of the Union's written grievance. The Company and the Union representatives shall therein after strive to reach agreement on the disposition of the grievance.  If no agreement is reached and the Union desires to refer the grievance to the next step in the grievance procedure, the Union shall so inform the Company in writing within 14 calendar days after the Union has received the Company's written response on the grievance.  If no response is received within the specified time limit and the grievance is not settled, the Union may refer the grievance to the next step in the grievance procedure within 14 calendar days of the last day in which the response should have been filed with the Union.

(c)     **Local Investigating Committee:**  If a grievance is not settled as provided for in (b) above, the Union may refer the grievance to a Local Investigating Committee within the time limits provided therein. Such Committee shall be composed of two members appointed by the Union, one of whom shall be an employee of the Company, and two members appointed by the Company, one of whom shall be an employee in the Human Resources Department.  Such referral shall be made in writing.  The Committee shall, within 30 calendar days following the Union's referral, make an investigation of all the facts pertinent

38

to the grievance. The investigation may include an interview with the aggrieved employee and the supervisor whose decision is involved in the grievance and others who witnessed or have firsthand knowledge of the relevant matters alleged. The members of the Committee shall strive to reach agreement on the disposition of the grievance within 45 calendar days of the referral to the Local Investigating Committee. The agreement of Committee members shall be without prejudice though binding on the Union, the Company, and the aggrieved employee.

(d) **Forfeiture:** Unless the parties mutually agree in writing to the waiver of the applicable time limitation provided in Subsection 14.3(c), the failure to strictly comply with such time limits shall result in:

(1) granting, at the option of the Union, of the correction sought by the grievance if the Company does not submit its separate statement of facts in which the members are in disagreement, or

(2) the closure of the case without adjustment and without prejudice if the Union does not timely refer the grievance or file a timely report.

(e) **Pre-Review Committee:** If a grievance is not settled as provided for in Subsection (c) above, the Union may refer the grievance to the Pre-Review Committee within the time limits provided therein. The Pre-Review Committee shall be comprised of a member of Company's Labor Relations Department and a member appointed by Union's Business Manager. (Amended 1/1/00, 1/1/09)

A timely filed referral to the Pre-Review Committee, as established in Subsection 14.3(c), shall be accompanied by a full and complete report of the Local Investigating Committee's investigation, the facts with which the members are in agreement, a separate statement of each as to those facts with which they cannot agree, and the separate settlement recommendations of each.

The Pre-Review Committee shall hold hearings or meet at such places and times as it deems necessary to resolve the grievance. If the grievance is resolved by the Pre-Review Committee before the expiration of the 30 calendar days following the date of referral from the preceding step, the Committee shall issue an agreed-to "Memorandum of Disposition", copies of which shall be distributed to each member of the Committee and to the grievant, and such others as the Committee determines.

If the Pre-Review Committee has not settled the grievance within 30 calendar days following receipt, the grievance may by mutual agreement of the Secretary and Chairman of the Review Committee, be:

(1) referred to arbitration, or

(2) referred back to the Local Investigating Committee for further information and/or instructions as to the grounds for settlement, or

(3) if none of the foregoing can be mutually agreed to, the complete grievance file shall be referred to the Review Committee.

(f) **Review Committee:** A Review Committee shall be established consisting of three representatives designated by the Company and three representatives designated by the Union. The members of the Committee shall be authorized to make a final decision respecting the disposition of any grievance which shall be final and binding on the Union, the Company, and the grievant. A four person subcommittee representing the Review Committee, two representing the Company and two representing the Union, shall be established to investigate and prepare a report for a timely filed Business Manager's grievance.

(1) Following submission by the Pre-Review Committee of a grievance file or a Business Manager's grievance file to the Review Committee, it is the intent of the parties that Review Committee shall make every effort to achieve a final disposition of a grievance within a period of 60 calendar days or less from the date the grievance is received by the Review Committee. (Amended 1/1/09)

(2) If a timely grievance has not been settled within the time period specified above, either party may, in writing, request an extension of up to 30 calendar days in which the review Committee

39

shall endeavor to make its decisions on the basis of the record referred to it. It may, at its discretion, at any time within such time frame, return the grievance to the Local Investigating Committee with a request that further investigation and consideration be taken by the latter or, at the request of either party, conduct a hearing on any grievance submitted to it. If the members of the Review Committee agree on the disposition of the grievance, a statement to that effect shall be signed by the Secretary and Chairman.

## 14.4    SUBMISSION TO ARBITRATION

Within 30 calendar days of the expiration of the time limits provided in Subsection 14.3(f), either the Union or the Company may demand that any grievance which is not settled by the procedure herein above described be submitted to arbitration. Thereupon, the Union and the Company shall cooperate in the prompt appointment of an arbitration Board, as established below, to which the grievance shall be presented for determination.

Preliminary to such hearing, the parties shall execute a Submission Agreement and stipulated issue which is set out in letter agreement and previously agreed to as an exhibit to the 1994 Agreement.

## 14.5    ADDITIONAL COMMITTEES

In addition the following Committees are established by this Agreement:

(a)    **Arbitration Board:**    An Arbitration Board shall be appointed on each occasion that a grievance is submitted to arbitration. The Board shall be composed of two members appointed by the Company and two members appointed by the Union and a fifth member chosen by mutual agreement of the Company and the Union. Such fifth member shall act as Chairman of the Arbitration Board. In the event that the Company and the Union are unable to agree on the selection of a Chairman of the Arbitration Board, they shall request the Federal Mediation and Conciliation Service to nominate five persons for Chairman. The Company and the Union each will alternately challenge two of such nominees, the party having the first challenge to be determined by lot. The remaining nominee shall be accepted as Chairman of the Arbitration Board. The compensation and expense of the Chairman and the Reporter shall be borne equally by the Company and the Union.

(b) **Quarterly Labor Management Meeting:** The purpose of this Section is to provide for a consultative approach to the resolution of questions that pertain to the administration and application of this Agreement and either Union or Company may schedule a meeting in each calendar quarter for this purpose. This Section is not intended to be substituted for any other provision of this Title 14 and shall not be construed to waive the time provisions for filing complaints as elsewhere provided for in this Title. Company's Sr. Director of Labor Relations and Union's Business Manager shall appoint their respective representatives to attend and no restriction is placed on the number each may appoint. However, the number so appointed by each should be reasonable and limited to those having knowledge of the agenda to insure an orderly presentation by each. (Amended 1/1/94, 1/1/09)

(c)    **Local Labor Management Meeting:**    By local agreement of the parties, additional Labor-Management Committees may be established. (Added 1/1/94)

## 14.6    PAY

Employees designated by the Union to attend Local Investigating Committee meetings, Pre-Review, or Review Committee meetings, or attend as grievant or witness at any such proceeding, shall be excused from work with pay.

Employees attending an arbitration hearing at Union's demand or request shall be excused from work in accordance with Section 6.5 of this Agreement.

## 14.7    INDIVIDUAL REPRESENTATION

Notwithstanding anything elsewhere contained in this Agreement, any individual employee shall have the right at any time to present complaints to the Company and to have such complaints adjusted without intervention of the Union, provided that the adjustment shall not be inconsistent with the terms of

this Agreement and, provided further, that the Union shall be given an opportunity to be present at such adjustment.

An employee's election under this Section shall not preclude his/her later consenting to the Union's filing a grievance on his/her behalf if the employee is not satisfied with the results. Such grievance, however, must be filed within the time limits provided in Section 14.2, and such time limits are not delayed or suspended by the grievant's original choice to pursue the dispute without Union's intervention.

Unless the employee consents to the Union's later filing of a timely grievance, the procedures and grievance "steps" set forth in the foregoing Sections of this Title are not available to the employee.

**14.8    REASON FOR DISCIPLINE**

In the event of the discipline, demotion, or discharge of an employee, the Company shall, at the Union's request, state in writing the reason thereof.

**14.9    ADJUSTMENTS**

The Company shall make a reasonable effort to effect remedies provided for in a grievance settlement or arbitration award within 30 calendar days of such settlement.

**14.10    REINSTATEMENT**

If an employee has been demoted, disciplined, or dismissed from Company's Service for alleged violations of a Company rule, practice, or policy and Company finds, upon investigation, that such employee did not violate a Company rule, practice, or policy as alleged, Company shall reinstate the employee and pay the employee for all time and benefits lost thereby plus interest on such reinstated pay in the amount of 7-1/2 percent per annum.

**14.11    ENABLER**

By written agreement between the Company and the Union, any step provided herein may be waived and other provisions may be substituted for or added to the provisions of this Title.


**TITLE 15.  WAGES AND CLASSIFICATIONS**

**15.1**    (a)    Attached hereto, made a part hereof and marked Exhibit A, is a schedule of the wage and salary rates applicable to employees covered by this Agreement.

(b)    Wages shall be paid at biweekly intervals on Fridays for a two weeks' payroll period ending not less than four nor more than ten days prior to the pay date, provided that if the regular pay date falls on a holiday payment shall be made on the preceding workday.  (Added 1/1/00)

(c)    Company shall make direct deposit or regular pay available to all employees.  (Added 1/1/00)

(d)    Calculation of the general wage increase and new rates shall use an automated method which will use normal rounding.(Added 1/1/12)

**15.2    NEW CLASSIFICATIONS AND WAGE RATES**

Upon written agreement thereon by the Company and the Union, additional classifications and rates of pay therefor may be established and the rate of pay or duty of any classification may be adjusted. Pending such written agreement, the Company may establish temporary classifications and rates of pay therefor and temporarily adjust the rate of pay or duties of any classification.  Separate classifications may be established for employees receiving critical classification pay. (Amended 6/1/03)

**15.3    TEMPORARY ASSIGNMENTS TO HIGHER CLASSIFICATION (UPGRADES)**

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 59 of 256

(a)	An employee, who is temporarily assigned for *two consecutive* hours or more to perform the duties of a higher weekly classification, shall be paid the minimum wage rate of such classification or his/her regular wage rate plus 2 1/2 percent or the next higher progressive wage step, if applicable, whichever is greater, during the period of such temporary assignment. If such assignment is for less than *two* hours, he/her shall be paid therefore at his/her regular wage rate. (Amended *6/1/03).*

(b)	An employee who is temporarily assigned for one or more days to perform the duties of a higher ESC monthly classification, shall be paid his/her regular salary rate plus 5 percent**,** or the minimum salary of the ESC monthly classification, whichever is greater**,** during the period of such temporary assignment. (Amended 1/1/94, 1/1/09)

(c)	The temporary assignment of an employee, other than an employee in the unit described in Section 3.1, to a classification within such unit shall be limited to a period of time not to exceed a total of 6 months in any consecutive 12 month period, provided that such assignment is to fill an additional job.

(d)	If an employee in the unit described in Section 3.1 is temporarily assigned to a given job classification and works therein for a period of more than 6 consecutive months such classification shall be filled in accordance with Title 21.

(e)	The temporary assignment of any employee of the Company to replace an employee in an established job that is temporarily vacated shall not be subject to the foregoing provisions of Subsections (c) and (d). Such temporary assignments, in general, shall not exceed 6 months duration but, based on the existing circumstances of a situation, shall not be limited to such length of time. (Amended 1/1/88)

(f)	For the purpose of wage or salary range progression in a temporary classification, the time worked by an employee in other than his/her regular classification shall be accrued in such temporary classification. An employee who accumulates sufficient time for a progress review in accordance with the time intervals indicated in Subsection 15.4(b), shall receive wage or salary increases in such temporary classification as specified in Subsection 15.4(b) until he/she receives the maximum rate thereof. (Added 8/1/66)

## 15.4	REGULAR ASSIGNMENT TO HIGHER CLASSIFICATION (PROMOTION)

(a)	(1)	An employee who is regularly assigned to a weekly classification having a higher maximum wage rate shall be paid the minimum wage rate of such classification or his/her regular wage rate plus 2 1/2 percent, whichever is greater, or the next higher progressive wage step, if one is provided in Exhibit A. (Amended 1/1/83)

(2)	An employee who is regularly assigned to a monthly ESC classification having a higher salary rate shall be paid the minimum salary rate of such classification or his/her regular wage or salary rate plus 5 percent, whichever is greater.

(b)	(1)	Every six months after the date on which a daily or weekly employee has been regularly assigned to a wage range classification, his/her progress shall be reviewed. If an employee's rate of improvement and level of performance in his/her classification warrant it during the preceding interval, he/she shall be given a wage increase to the next higher progressive wage step if one is provided in Exhibit A or, if not, a wage increase of not less 2 1/2 percent until he/she reaches the maximum of his/her classification. If a wage increase is not granted after a progress review, the Company shall notify the employee of the reason therefor. (Amended 1/1/83)

(2)	On March 1, a monthly employee's progress shall be reviewed. If an employee's rate of improvement and level of performance warrant it, a salary increase of not less than 5 percent shall be granted until the employee reaches the maximum of the salary range. If the March 1 evaluation date is less than 12 months from the employee's placement into the classification by reason of promotion, hire, demotion, or due to absences described in 15.4 (c), the progressive wage increase will be appropriately prorated based on the time worked. If a salary increase is not granted after a performance review, the

42

Company shall notify the employee of the reason therefore. The table below shows pro-rating percentages:

| Proration Date | Proration Calculation | PWI Increase Percentage |
|---|---|---|
| March 1 | 12/12ths of 5% | 5% |
| April 1 | 11/12ths of 5% | 4.58% |
| May 1 | 10/12ths of 5% | 4.17% |
| June 1 | 9/12ths of 5% | 3.75% |
| July 1 | 8/12ths of 5% | 3.33% |
| August 1 | 7/12ths of 5% | 2.92% |
| September 1 | 6/12ths of 5% | 2.5% |
| October 1 | 5/12ths of 5% | 2.08% |
| November 1 | 4/12ths of 5% | 1.67% |
| December 1 | 3/12ths of 5% | 1.25% |
| January 1 | 2/12th of 5% | 0.83% |
| February 1 | 1/12th of 5% | 0.42% |

The actual calculations will be subject to normal rounding.

(Amended 1/1/12)

(c)    The wage or salary progression of an employee who is absent on leave of absence without pay for more than 10 consecutive workdays will be delayed by a period of time equivalent to such leave of absence. The wage or salary progression of an employee who is absent for more than 25 consecutive workdays because of an industrial injury as defined in Section 25.1 or for an illness, disability or family leave and is receiving capped sick leave with pay, Short Term Disability, Paid Family Leave, and/or Wage Continuation will be delayed (or pro-rated, for monthly employees) by the period in excess of 25 consecutive workdays. (Amended 1/1/74, 1/1/17)

## 15.5    PERFORMANCE REVIEWS

The performance of an employee who is at the top rate of a wage or salary range shall be reviewed with the employee at least annually and/or, for General Construction employees only, at the end of each assignment of at least six months or more duration, whichever occurs first.  A copy of all performance evaluations shall be given to the employee at the time of the review.  (Added 1/1/74, Amended 1/1/77, 1/1/80)

## 15.6    DELETED 8/1/62.

## 15.7    PRESENT INCUMBENT ONLY (PIO)

Present Incumbent Only (PIO) status will be granted to all holders of ADE, Sr. Map Draftsman and Principal Map Draftsman classifications who would be downgraded upon the reduction in the number of employees they direct, as long as the function remains at the headquarters.  When the incumbent vacates the position, the Company shall fill the vacancy according to contractual requirements. (Added 6/1/03).

## TITLE 16.  MEALS

## 16.1    INTENT

43

When work requirements outside of regular work hours or on nonworkdays prevent an employee from observing his/her usual and average meal practice or from eating a meal at approximately the usual time therefor, the Company shall provide a comparable substitute or reimburse him/her for the meal expense he/she incurs therein. *A receipt is required for all meals purchased and an itemized receipt is required for meal expenses over $30.* (Amended 8/1/66, *1/1/12*)

Average and usual meal practices for day employees are defined as:

Breakfast:  ½ hour to 1 hour prior to regular work hours.
Lunch:      non-workday lunch is same as workday lunch time period.
Dinner:     Between 6:00 p.m. and 7:00 p.m.

As stated in Section 2.1 of this Agreement, Company is engaged in rendering public utility services to the public, and Union and Company recognize that there is an obligation on each party for the continuous rendition and availability of such services. Therefore, employees will be expected to exercise good judgment as to whether or not to obtain or delay the initial meal when called out for an emergency assignment to restore service to customers during an average and usual meal time. (Added 1/1/09)

## 16.2   LUNCH EXPENSE

(a)     Other than as provided in Subsection (b) or in situations where the employee's supervisor authorizes reimbursement, employees who leave from and return to their established headquarters the same day shall not be reimbursed for lunch expense. (Amended 8/1/62)

(b)     If an employee on a weekly pay rate who works in an office or shop is temporarily required to be away from such work location and is thereby prevented from following his/her usual lunch arrangement the Company shall reimburse him/her for lunch expense if he/she had not been given notice of the temporary change prior to the close of the previous workday.

## 16.3   WORK ON A NONWORKDAY

When an employee is required to perform work on a nonworkday during regular work hours, he/she shall observe the lunch arrangement which prevails on his/her workdays unless advance notice of such work has not been given by the end of his/her preceding work period on a workday. If such work continues after regular work hours, the Company shall provide him/her with meals in accordance with the provisions of Section 16.4 hereof. (Added 8/1/66)

## 16.4   WORK BEYOND QUITTING TIME

If the Company requires an employee on a weekly pay rate to perform work for more than one hour beyond his/her regularly scheduled eight hour work period, it shall provide him/her with a meal approximately one hour after regular quitting time and with a second meal at the end of five hours if one can be provided. Except if it is known that work will continue for more than five hours, the employee shall be entitled to meals at approximately four hours but not more than five hours if one can be provided for as long as he/she continues such work. (Added 8/1/66, Amended 1/1/77)

## 16.5   REIMBURSEMENT WHEN PURCHASED

The Company shall reimburse an employee for the cost of meals under the provision of this Title only when such meals are purchased by him/her. (Added 8/1/66)

## 16.6   REIMBURSEMENT AND TIME TAKEN

(a)     For a weekly employee, the Company shall pay the cost of any meal which it is required to provide under this Title and shall consider as hours worked the necessary time taken to consume such meal except, however, that when a meal is taken at Company expense following dismissal from work, the time allowance therefor shall be one-half hour. If an employee who is entitled to a meal under the provisions of this Title prior to work or upon dismissal from work does not accept such meal, he shall nevertheless be entitled to such time allowance of one-half hour for each meal missed and meal reimbursement as provided in (b) below. The foregoing shall not apply to an employee's regular lunch period. (Amended 1/1/91)

44

(b)     At the employee's option, the Company shall pay an allowance for any meal which it is required to provide in accordance with the following schedule:

| | | | |
|---|---|---|---|
| 1. | Prior To Reporting To Work | | |
| | (i) | Meal nearest regular starting time | $ 15.00 |
| | (ii) | Meal nearest midpoint of regular hours | $ 15.00 |
| | (iii) | Meal nearest regular quitting time | $ 20.00 |
| 2. | Meal following dismissal from work | | $ 20.00 |
| 3. | Meal missed during a work period | | $ 20.00 |

The allowance referred to above will be paid and taxed on regular bi-weekly paycheck pursuant to Section 15.1.  Employees may designate the gross of these payments go to a separate direct deposit account than their primary direct deposit account.  Employees who receive a pay check may request a separate check for the gross of their In-Lieu meals. (Amended 1/1/91, 1/1/09)

(c)     "Regular hours", "starting time", "lunch period", and "quitting time" on a nonworkday are the same as those of a workday.  (Added 1/1/84)

## 16.7 MEALS FOR MONTHLY EMPLOYEES

(a) Meals for monthly employees are reimbursable if for out of town or overnight business travel and for other approved business needs. Approval for reimbursement is required by an employee's supervisor. Meals involving only PG&E employees conducting internal PG&E business or staff related meetings are discouraged and are only reimbursable if approved in advance by the employee's Director or VP. Employees are expected to use good judgment in selecting moderately priced meals.

(b) Groceries or the cost of meals prepared at home are not usually eligible for reimbursement. Exceptions may include meals prepared when on extended assignment away from home and home prepared meals when hosting clients on Company business. When such meals are reimbursable, reimbursement is limited to the actual cost of food and beverages purchased and consumed, or the catering costs if applicable.

## TITLE 17.  OVERTIME

## 17.1     APPLICABILITY

Sections 17.2 and 17.8, inclusive, and 17.10, apply to regular weekly and probationary employees only.  Section 17.11 applies to monthly employees only. (Amended 1/1/00, 6/1/16)

## 17.2     DEFINITION

Overtime is defined as:

(a)     time worked in excess of 40 hours in a workweek;

(b)     time worked in excess of eight hours on a workday;

(c)     time worked on a nonworkday;

(d)     time worked on a holiday which an employee is entitled to have off with pay; and

(e)     time worked outside of regular work hours on a workday.

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 63 of 256

The Company shall not be required to pay overtime compensation more than once for any single period of time worked. Overtime shall be cumulative each day and shall be compensated to the nearest quarter hour.

**17.3    RATE AND DOUBLE TIME CONDITIONS**

(a)    In general, overtime compensation at the rate of one and one-half times the straight rate of pay shall be paid to employees for overtime as defined in Items (a), (b), (c), (d), and (e) of Section 17.2 except that

(b)    the time worked in excess of 12 consecutive hours and continuing until the employee is dismissed from such work shall be paid at the rate of two times the employee's straight rate of pay, or

(c)    if following an employee's dismissal from work or on an employee's nonworkday the employee is called out for work, he/she shall be paid at two times his/her straight rate of pay for all work performed outside his/her regular work hours or on a nonworkday.  (Amended 5/2/80)

(d)    The time worked in excess of eight hours on the seventh consecutive day of work counting from the first day of the employee's basic workweek shall be paid at the rate of two times the employee's straight rate of pay provided such employee has performed work on the sixth consecutive day.  Employees scheduled to have four consecutive days off shall be entitled, in addition to the above allowance on the seventh consecutive day of work, to pay at the rate of two times the employee's straight rate of pay for the time worked in excess of eight hours on the fourth scheduled day off provided that such employee has also performed work on the third scheduled day off and, provided further, that such employee has worked on each of the five workdays in the basic workweek.  (Added 1/1/77)

(e)    For purposes of this Section, an employee's "regular hours of work" shall be the same on a nonworkday as those regularly scheduled for such employee on a workday.  (Amended 8/1/63, 1/1/74)

(f)    For purposes of this Section, travel time shall not be considered as time worked for the purpose of calculating when an employee has worked twelve hours pursuant to Subsection 17.3(b). Travel time shall be paid at the appropriate rate in accordance with the actual work time of the employee. Therefore, the travel time for an employee whose work time exceeds twelve hours shall be paid at the double time rate.  On the contrary, all time to consume overtime meals, including the time allowance for meals not taken, shall be considered as time worked for purposes of Subsection 17.3(b) of the Agreement, and therefore counted in the twelve hour calculation as actual work time. (See LOA 95-47)

**17.4    NOTICE**

When planned overtime work is required, the employees involved shall be given as much advance notice as practicable of such work.  (Deleted 8/1/63, Added 8/1/66).

**17.5    EQUAL DISTRIBUTION**

Overtime work shall be distributed among employees in the same classification and in the same location as equally as is practicable.  The Company will post accumulative overtime worked for each person each month.  (Amended 1/1/84)

For purposes of equitable distribution of overtime, Engineering Estimator and Senior Engineering Estimator are considered one classification. (Added 1/1/12.)

**17.6    TWO HOUR MINIMUM - WORKDAYS**

When employees are required to report for work on workdays outside of their regular work hours, they shall be paid overtime compensation for not less than two hours including travel time in connection therewith, provided, however, that if they continue to work into or beyond regular work hours, they shall be paid overtime compensation only for travel time from their homes and for actual work time up to regular work hours, unless the provisions of Section 17.8 are applicable.

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 64 of 256

## 17.7 TWO HOUR MINIMUM - NONWORKDAYS

When employees are required to report for work on nonworkdays or on holidays, they shall be paid overtime compensation for not less than two hours including travel time in connection therewith.

## 17.8 REST PERIODS

If an employee has worked for eight hours or more at the overtime rate during the 16 hours period immediately preceding the beginning of his/her regular work hours on a workday, he/she shall be entitled to a rest period of eight consecutive hours on the completion of such overtime work. (Amended 8/1/66)

(a) There shall be included, as part of the eight hours worked at the overtime rate in such 16 hour period, any travel time and mealtime to which the employee is entitled when emergency or prearranged work is performed except that any travel time and mealtime to which he/she is entitled after being dismissed from work shall not be included as hours worked in such period but it shall be included in the computation of the eight hours rest period. (Amended 8/1/66)

(b) Hours worked prior to any eight hour rest period (in which the employee does not work) shall not be included in computing another period of overtime work. (Amended 8/1/66)

(c) If the eight hour rest period, in whole or in part, overlaps the employee's regular work hours, he/she will receive pay at the straight rate for the extent of the overlap except that the time taken during such overlap for any meal to which he/she is entitled on dismissal shall be paid for at the overtime rate. (Amended 8/1/66)

(d) If the employee is called back to work during his/her eight hour rest period, a new rest period will commence at the conclusion of such work. (Amended 8/1/66)

(e) (1) If the rest period overlaps his/her regular work hours but does not extend into the second half of his/her workday, the employee may be excused from reporting for work until the beginning of the second half of his/her workday; and, in such event, he/she will be paid for the time between the expiration of the rest period and the end of the first half of his/her workday.

(2) If the rest period extends into the second half of his/her workday, the employee may be excused from reporting for work until the following workday; and, in such event, he/she will be paid for the time between the expiration of the rest period and his/her regular quitting time on such day.

(3) In the application of the foregoing, an employee, unless otherwise instructed, shall be deemed to be excused from reporting to work for the period between the end of his/her rest period and reporting time as designated by the applicable subdivision. (Amended 8/1/62)

(f) An employee entitled to a rest period hereunder may nevertheless be required to work during regular work hours on a workday without having had a rest period of eight consecutive hours. In which event, he/she shall be paid at two times the straight rate of pay for all work performed until he/she has been relieved from duty for at least eight consecutive hours. (Amended 8/1/62, 8/1/66, 1/1/74)

## 17.9 PREARRANGED OVERTIME - DIVISIONS AND GENERAL OFFICE

When, at the request of the supervisor in charge, an employee reports for prearranged work (1) on workdays outside of his/her regular work hours, he/she shall be paid overtime compensation for actual work time, and travel time in connection therewith provided, however, that if any such employee continues to work into or beyond his/her regular work hours, he/she shall be paid overtime compensation only for travel time from his/her home and for actual work time up to his/her regular work hours unless the provisions of Section 17.8 are applicable; (2) on nonworkday or on holidays, he/she shall be paid overtime compensation for actual work time and for travel time in connection therewith. For the purpose of this Section, prearranged work is deemed to be work for which advance notice has been given by the end of his/her preceding work period on a workday. (Added 8/1/66)

## 17.10 PREARRANGED OVERTIME - GENERAL CONSTRUCTION

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 65 of 256

When, at the direction of the supervisor in charge, an employee reports for prearranged work:

(a)     on workdays outside of his/her regular work hours, he/she shall be paid overtime compensation for actual work time and travel time in connection therewith, provided, however, that if such employee continues to work into or beyond his/her regular work hours, he/she shall be paid overtime compensation only for travel time from his/her living quarters and for actual work time up to regular work hours unless the provisions of Section 17.8 are applicable,

(b)     on nonworkdays outside of his/her regular work hours, he/she shall be paid overtime compensation for actual work time and travel time in connection therewith, provided, however, that if such employee continues to work into or beyond regular work hours, travel time only from his/her living quarters shall be paid for, and

(c)     on nonworkdays during regular work hours, he/she shall be paid overtime compensation only for actual work time.  For the purpose of this Section, prearranged work shall be deemed to be work for which advance notice has been given by the end of his/her preceding work period on a workday. However, the Company shall make a good faith effort to notify the employee at least 24 hours in advance of the need to perform prearranged overtime work on nonworkdays or holidays.  The provisions of this Section as to travel time shall not apply when the prearranged work starts less than two hours before regular work hours.  The maximum time for which travel time in any one direction shall be paid under the provisions of this Section shall be one-half hour.  (Added 1/1/88)

## 17.11  OVERTIME FOR MONTHLY EMPLOYEES (EFFECTIVE 6/1/16)

Monthly employees will be eligible for compensation at the straight-time rate of pay for work beyond normal work schedules, subject to the conditions contained below:

(a)     Employee receives prior authorization from a supervisor, manager or director within the department to work beyond normal daily work schedule or on a non-workday to meet critical work requirements, including time worked by telecommuting or remote access or on Regular Days Off associated with Alternative Work Schedules.

(b)     Employee works at least one hour beyond the normal daily work schedule, or works on a non-workday.  On normal workdays, only the time beyond the initial one hour beyond the normal work schedule will be compensated.  On non-workdays, all time worked with be compensated.

(c)     Employee is not eligible for any other type of special incentive to offset additional time worked.

Note that some additional provisions may be found in Exhibit D working conditions for certain groups of monthly employees.

## TITLE 19.  INCLEMENT WEATHER PRACTICE

**19.1**     Employees shall not be required to work out of doors in unsheltered locations during inclement weather, or other similar condition, except in cases of emergency or when it is impracticable for the Company to defer work.  The determination concerning the advisability or necessity of working out of doors in unsheltered locations under prevailing weather conditions shall be made by the supervisor in charge.

**19.2**     When a supervisor determines, under the provisions of 19.1, that work cannot be performed out of doors due to inclement weather or other similar cause, employees may be held pending emergency calls and may be given first aid, safety, or other instructions or be required to perform miscellaneous work in a sheltered location.

**19.3**    When a supervisor in charge determines that employees shall not work in unsheltered locations because of inclement weather or other similar cause, payment shall be made to such employees as follows:

    (a)    Regular employees who report for work on a workday shall receive pay for the full day.

    (b)    Probationary employees who report for work on a workday shall be paid only for the time they work or are held by the Company but not less than a minimum of two hours pay.  (Amended 7/1/70)

    (c)    Employees who, on instructions from the supervisor in charge, report for work on nonworkdays including holidays which they are entitled to take off shall be paid overtime compensation for the time they work or are held but not less than a minimum of two hours pay, inclusive of travel time.

    (d)    Monthly employees shall not suffer a reduction in compensation by reason of inclement weather.


## TITLE 20.  REPLACEMENT OF PERSONAL TOOLS

**20.1**    When an employee's work requires that he/she use personal tools which he/she cannot practicably transport to and from his/her job headquarters daily, the Company shall provide a safe space for the storage of such tools.  In the event that an employee's personal tools which have been stored as herein provided are destroyed or damaged by fire, storm, flood, or stolen in substantial numbers, the Company shall reimburse the employee for any such loss which is in excess of any reimbursement for the tools such employee may receive from an insurance carrier. (Title Added 1/1/77)


## TITLE 21.
## JOB BIDDING, PROMOTION AND TRANSFER


**21.1    BIDDING PROCEDURES AND TIMELINESS**

When a vacancy occurs in any job classification listed in Exhibit A excluding beginning classifications or temporary vacancies, the Company shall fill it by appointment. Preferential consideration of bids by regular employees for appointment to a vacant position shall be given in the sequence outlined in 21.2. Procedures for filling vacancies in General Construction Department and Design Drafting Department are contained in the following Exhibit K for General Construction and Exhibit L for Design Drafting Department.

    (a)    **Time Limits:**    Any regular employee of the Company entitled to preferential consideration under Section 21.2 may submit, via the on-line bidding system, a pre-bid on any existing job classification and headquarters for which he/she desires consideration. The date of receipt will be the date the bid is submitted and accepted by the on-line bidding system.  The Company need not consider any pre-bid which was received by the Company on or after the control date which is the date the fully authorized job vacancy report was received by the Centralized Job Bidding Team (CJBT) to fill a job vacancy in the classification and headquarters on which the pre-bid was made.  Only those pre-bids valid prior to the control date on the job vacancy report will be considered to fill such vacancy.  Subsequent pre-bids may be considered only after that list has been exhausted.  After two lists have been exhausted, Company may fill the job at its discretion under the provisions of Section 21.4.  Company, without rejecting the bid, will notify via e-mail an employee who submits a pre-bid, hereunder, of any known reason which might preclude his/her filling the classification on which he/she has pre-bid, including information regarding testing programs which must be completed.  Information on whether an employee has completed such programs is available in About You on the Company's Human Resources web site. (Amended 6/1/03, 1/1/09)

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 67 of 256

(b) **Cancellation of Pre-Bids:**    Pre-bids are valid for a period of one year from the date of receipt or until such time as the employee changes classification and/or headquarters or until such time as the employee rejects an appointment to the classification and headquarters on which the pre-bid was made.  The Company will notify an employee of the cancellation of the employee's pre-bids as indicated below.  Cancellation shall be effective as follows:

(1)    at the expiration of one year from the date of the pre-bid and after 15 calendar days advance notice from the Company**,**

(2)    immediately upon the employee's declining an appointment to the classification and headquarters on which the pre-bid was submitted (Amended 1/1/09)

(3)    immediately after an employee's change of headquarters or classification (Amended 1/1/09)

(4)    Deleted 1/1/09

(5)    immediately upon receipt of authorization from an employee to cancel a pre-bid, or

(6)    upon receipt of authorization from the CJBT to cancel pre-bids because a job is deleted from the directory or an employee improperly designates rights, as provided in Subsection 22.3(c), with notification to the employee by the CJBT of such cancellation.  In the latter cases, the employee's pre-bid will be given appropriate consideration for 15 calendar days from the time the CJBT notifies the employee of such cancellation.  Amended 1/1/09

(c) **New Job At Headquarters:**    The Company shall post, on electronic bulletin boards a notice describing all new classifications at existing headquarters or any job at a new headquarters in the Company, every Wednesday, as soon as such jobs are authorized to be filled.  Such notice shall remain posted for not less than 8 days.  If no bids are received 8 days after the date shown on the notice, or after two lists have been exhausted, Company may fill the job at its discretion under the provisions of Section 21.4. (Amended 6/1/03, 1/1/09)

(d) **Forfeiture:**    An employee who is the senior qualified bidder to more than one vacancy, which is currently being filled, shall be given the option of accepting the classification and headquarters desired.  If an employee is the senior qualified bidder for a job vacancy and turns down a bona fide offer for such vacancy, such employee's pre-bid or transfer application on such vacancy shall be canceled.  Such employee's pre-bid or transfer application to such classification and headquarters need not be considered for a period of six months.  Exceptions to the aforementioned will be as follows:

(1)    Such employee shall retain rights to consideration for appointment under Section 21.4, and

(2)  employees with preferential bidding rights under Title 22 shall not be subjected to the provisions of this Section.

(e) **Accepting Job Offer:**    An employee will be expected to provide a response by the next business day if s/he accepts a position that will not result in the employee needing to relocate his/her residence.

An employee will be expected to reply within 48 hours of receiving a job offer request when accepting the offered position will result in the employee needing to relocate his/her residence.  Under certain circumstances of hardship or operational needs, the supervisor offering the position may grant up to 72 hours for the employee to respond.  Further, based on operational needs, an employee may be granted

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 68 of 256

the use of a floating holiday or vacation day to assist in determining whether or not to accept a job offer. Failure to respond in the aforementioned time frame will cause the employee's bid to forfeit.

An employee who is scheduled to go on vacation is encouraged to voluntarily leave a phone number with his/her supervisor on where they can be reached if a job offer is extended. As an alternative, an employee may voluntarily leave their supervisor a prioritized list of vacancies s/he will accept if offered a position. This list will expire after the vacation period is ended. In no case will an employee be bypassed for an offer due to being on vacation.

The aforementioned timelines will also apply to the filling of beginning classifications. (Added 6/1/03)

      (f)    **Resume Request:** For all monthly classifications, and for any agreed-upon hourly classifications requiring a specific degree and/or certificate, an employee will be notified at the time their bid is submitted that their resume and/or other information is required and of the Company's procedure to provide the required information. The resume and any other necessary documents must be on file with the Company no later than the control date. (Added 8/1/16)

## 21.2    SEQUENCE OF CONSIDERATION FOR BIDDING

      **Weekly Paid Vacancies:** In making assignments to weekly vacancies, pursuant to 21.2(c), (d), (e), and (f), the Company will give consideration to an employee's bid provided he/she is performing the duties of his/her present classification in a satisfactory manner and he/she is qualified to perform the duties of the vacant classification. Company's selection of an employee shall be on the basis of the employee's ability and personal qualifications. If it is determined that the ability and personal qualifications of two or more qualified employees who are entitled to consideration under this Section are relatively equal, the Company shall further consider such employees and select that employee who has the greatest Service. (Amended 1/1/09)

      Preferential consideration of such bids by regular employees shall be given in the following sequence:

      (a)    bid made by an employee who is entitled to preferential consideration under Section 22.3(c),

      (b)    bid made by a full-time employee who is in the same bidding unit where the vacancy occurs, is in the same classification or higher classification, and type of work or activity as that in which the vacancy occurs and has filed a pre-bid to the location of the vacancy.

      (c)    bid made by a full-time employee in the unit described in Exhibit A who is in a next lower classification in the bidding unit and department where the vacancy exists and who is engaged in the same type of work or activity as that in which the vacancy exists.

      Note: All Senior Engineering Estimator, Senior Mapping Technician, Senior Land Technician and Scheduler vacancies will be held open for bidding, in accordance with Section 21.2. Of those jobs not filled under 21.2(a) or (b), every other one will be subject to the provisions of Subsection 21.2(d) before it may be downgraded to Engineering Estimator, Mapping Technician, Land Technician or Scheduler-in-Training, respectively. (Amended 1/1/09, 7/7/14, 1/1/16)

      (d)    Bid made by any other employee including part-time employees in the unit described in Exhibit A who is in the same or higher classification and who is engaged in the same type of work or activity as that in which the vacancy exists or who has held the vacant classification within the last three years and passed a promotional examination. (Amended 1/1/88)

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 69 of 256

(e)     Any other employee in the unit described in Exhibit A who has bid the classification and who is in the next lower classification and engaged in the same type of work or activity as that in which the vacancy exists.

(f)     Employees in the unit described in Exhibit A who are engaged in the same type of work or activity as that in which the vacancy exists.

(g)     Any other employee in the unit described in Exhibit A who has bid the classification.

(h)     If a vacancy is not filled as provided in Subsections (a), (b), (c), (d), (e), (f), or (g) the Company shall then consider any other employee in the Company who has bid to the classification.

(i)     In the event a conflict arises as to seniority between two or more employees whose seniority date is the same, the following will be the sequence of consideration for the purpose of a tie breaker:

(1)     Any prior Service as a Company employee shall be taken into consideration and the employee whose prior Service is greater shall be deemed to have the greater seniority. Note: Per Section 13.7, service as a temporary or hiring hall employee does not apply.

(2)     The parties will determine which employee is deemed to have the greater seniority by a mutually agreed-upon method of chance, such as a coin flip. (Amended 1/1/12)

In the implementation of Title 22, the parties may agree to a process different than the above. (Added 6/1/03)

## 21.3     BIDDING UNITS

1.     BAY REGION

Diablo Division
East Bay Division
North Bay Division
Peninsula Division
San Francisco Division

2.     MISSION TRAIL REGION

Central Coast Division
De Anza Division
Los Padres Division
Mission Division
San Jose Division

3.     NORTHERN REGION

North Coast Division
North Valley Division
Sacramento Division
Sierra Division

4.     SAN JOAQUIN VALLEY REGION

Fresno Division
Kern Division
Stockton Division

52

Yosemite Division

5.     GAS SERVICES AND OPERATIONS

        Northern Gas Operations
        Southern Gas Operations

6.     APPLIED TECHNOLOGY SERVICES

        Research & Development

7.     G.O. (Drafting, Design, and Misc. Classifications)

        CES (G.O. and Regions)
        Corporate Services (G.O. and remote locations)
        Electric Supply (G.O. and remote locations)
        Nuclear Power Generation (G.O. and remote locations)
        Gas Supply

8.     POWER PLANTS

        Diablo Canyon
        Geysers
        Hunters Point/Potrero
        Kern
        Morro Bay
        Moss Landing
        Pittsburg/Contra Costa

9.     GENERAL CONSTRUCTION
- Area 1         San Francisco and Peninsula
- Area 2         Diablo, East Bay, and Mission
- Area 3         Central Coast, De Anza, and San Jose
- Area 4         Fresno, Kern, and Los Padres
- Area 5         Stockton and Yosemite
- Area 6         Sierra, Sacramento, and North Valley
- Area 7         North Bay and North Coast

(Amended 8/1/16)

Note: Exhibits K and L provide additional information and definition of bidding and transfer rights in Field Construction classifications and Design Drafting. (Added 1/1/91)

## 21.4   APPOINTMENT TO VACANCY

(a)     If a vacancy is not filled as provided for in Section 21.2 or 21.17, the Company may fill it at its discretion. (Amended 8/1/63, 8/1/66, 7/1/72, 8/1/16)

(b)     When hiring external candidates to fill vacancies in monthly classifications, the company may offer the management relocation program, signing bonus, and additional vacation to new hires. (Added 1/1/2012)

## 21.5   EMPLOYEE'S BID STATUS

An employee's status as to his/her bidding unit, classification, wage rate, qualifications, etc., shall be determined as of the date stamped on the job vacancy report.

## 21.6    QUALIFICATIONS

(a)    In making an appointment to fill a job vacancy in a classification involving personal contact by the employee with the public or a classification in which an employee must exercise supervisory duties, the Company shall consider bids of employees submitted as herein provided, but the Company may nevertheless make an appointment to fill such vacancy on the basis of ability and personal qualifications.

(b)    Notwithstanding anything contained in this Title, the Company may reject the bid of any employee who does not possess the knowledge, skill, efficiency, adaptability, and physical ability required for the job on which the bid is made. The Company may give tests to assist in determining an employee's qualifications. Once an employee has passed an examination, he/she will not be reexamined on the same subject matter.

Additionally, the bid of an employee to a classification having a higher maximum wage rate will be rejected if the employee has been under active counseling for poor work performance during the previous 12 months.

Active counseling for the purpose of this Section is considered to be two written reminders, or a decision making leave, or a demotion for cause.

(c)    Internship experience prior to obtaining a degree will not be considered as relevant experience for classifications requiring a degree.(Added 1/1/16)

## 21.7    APPOINTMENT TO TEMPORARY VACANCIES

(a)    In the filling of temporary vacancies of less than two weeks, the Company shall consider employees at the headquarters where the vacancy exists with a bid or transfer on file in the order of their preference under Section 21.2, 21.13, 21.15 21.16, or 21.17 whichever is applicable. (Amended 1/1/16)

1) For beginning classifications, the Company shall offer the temporary assignment to the senior qualified transfer applicant in the headquarters. Should such transfer applicant decline the assignment or if there are additional temporary vacancies, the Company may fill the vacancies at its discretion.
2) Employees shall be considered in respect to the full requirements of the classification, giving preference, where practicable, to those who have met the examination requirements.
3) In making assignments to temporary vacancies in monthly classifications, the Company shall select the employee whose ability and personal qualifications make him/her most qualified for the job. If ability and personal qualifications are substantially equal, seniority shall prevail. (Amended 1/1/2012)

(b)    For temporary upgrades of 2 weeks or more, Company will consider individuals who have bids on file for the classification, and who are within a commutable distance (45 minutes or 30 miles from his/her present residence), first considering employees by seniority within the bid unit and then those outside the bid unit. This applies to upgrades only. Employees in the same classification will only be considered if there are no eligible bidders as described above and at Company discretion. For temporary upgrades to monthly positions, the Company shall select the employee whose ability and personal qualifications make him/her most qualified for the job. If ability and personal qualifications are substantially equal, seniority shall prevail. (Amended 1/1/2012, 1/1/16)

## 21.8    LINES OF PROGRESSION ADJUSTMENTS

Upon written agreement thereon by the Company and the Union, Lines of Progression between regular classifications may be established and adjusted.

54

### 21.9    PROVISION OF SUBSTITUTION

By written agreement between the Company and the Union, other provisions may be substituted for provisions of this Title.

### 21.10    FILLING WEEKLY CLASSIFICATIONS SUBJECT TO JOINT INTERVIEW PROCESS (EFFECTIVE 8/1/16)

The following provisions are applicable to the below listed classifications:

- Chief of Party, Land Agent, Lead Land Technician
- EGI Account Representative, EGI Business Analyst, EGI Contract Manager, EGI Interconnection Manager, Sr. EGI Business Analyst, Sr. EGI Contract Manager, Sr. EGI Interconnection Manager
- Environmental Technical Assistant, Senior Environmental Technical Assistant
- Power Generation Technical Assistant, Senior Power Generation Technical Assistant
- Rule 20A Program Liaison
- Senior Design Engineer
- Senior New Business Representative, Industrial Power Engineer

The provisions of 21.10 will not supersede any specific language governing advancement in the applicable section of Exhibit D.

In general, the process of Section 21.2 will apply to these positions.  However, for promotions to these classifications under Subsections 21.2(c), (e), (f), (g) or (h) the following process will be used to select among employees within the same bid priority:

(1) The Company will review the bid list to determine which employees have expressed an interest in the position.  Employees must have demonstrated satisfactory performance in their current position and meet the minimum qualifications of the new position to be considered for the position.

(2) A selection board comprised of two management and two union appointed employees will interview all interested and qualified employees.  If the selection board decides there are too many applicants to interview for a particular opening, it will decide which applicants to interview by screening applications against the selection criteria and will notify ESC-represented applicants that it screens out of why they were not selected for interview.  The selection board will jointly create the interview questions and will consider the employee's current performance, assessment feedback, interview information and seniority.

(3) The selection board will evaluate the candidates against the selection criteria to determine who is most qualified.  To the extent that the board cannot agree on which candidate is most qualified and the candidates possess substantially equal qualifications, the most senior candidate will be selected.

(4) All ESC-represented candidates will receive feedback from the panel on the results of the interview.

For promotions to Land Agent, Lead Land Tech and Chief of Party, preference will be first given to those employees who have passed the appropriate promotional test which was discontinued after 2012.  If there are no bidders who have passed the test, then the process above will be used.

### 21.11    ADVANCEMENT IN MONTHLY LINES OF PROGRESSION (EFFECTIVE 8/1/16)

The following provisions apply to all monthly lines of progression, except those noted as exceptions below.  Minimum years of experience means either relevant Company or external experience, or any combination thereof.

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 73 of 256

(a)    **Advancement from Associate to Journey:**  monthly Associates who meet the requirements for advancement to Journey and are performing satisfactorily in their current classification shall advance to Journey upon reaching the minimum qualifications in the job description for Journey.

(b)    **Advancement from Journey to Senior:**  Journey level monthly employees who are performing satisfactorily in their current classification may advance to Senior upon reaching the minimum qualifications in the job description for Senior, provided that the Company determines that an operational need exists for an additional Senior in that Line of Progression.

If when operational need exists, more than one Journey is qualified to advance as set forth above, the Company shall select the employee whose ability and personal qualifications make him/her most qualified for the job.  If ability and personal qualifications are substantially equal, Seniority shall prevail.

If, when an operational need exists, no one in the line of progression is qualified to advance a set forth above, a vacancy exists, and shall be filled per Section 21.16 (Preference and Filling of Mid-Level Monthly Vacancies).

(c)    **Promotional Consideration:** Additionally, an eligible employee may request special consideration for promotion no more than once per calendar year, when an operational need does not exist.  The question of whether such a special promotion is appropriate shall be considered by a joint selection panel.  The panel will provide feedback on the results of the interview.  Disputes in the panel will be referred to the job bidding oversight committee in Section 21.18.  If the job bidding oversight committee is deadlocked, the Company shall break the tie.  The oversight committee will also work to keep promotional consideration processes efficient and standard across the Company.

(d)    **Exceptions:** In the following lines of progression advancement to Senior is based upon meeting minimum requirements and satisfactory performance (see Exhibit D or Appendix 1 for details):

1.    Land Planner
2.    Right of Way Agent
3.    Project Surveyor
4.    GIS Analyst
5.    Project Controls Analyst
6.    Hydro Analyst

The following monthly classification groups have specific advancement processes involving review by a joint selection panel upon reaching minimum eligibility (See Exhibit D for details):

1.    System Protection Engineering
2.    Transmission Operations Engineering

## 21.12   EXHIBIT E - TUITION REFUND PROGRAM

The Company will provide monetary assistance to employees in academic study programs to assist such employees to meet job requirements.  The Company's program is set forth in Exhibit E.1  entitled "Tuition Refund Program" and is attached hereto and made a part hereof.

## 21.13   FILLING BEGINNING WEEKLY CLASSIFICATIONS

(a)    Whenever the Company intends to fill a beginning weekly classification, the Company shall give preferential consideration pursuant to Subsection 22.3(c) to regular employees who have submitted a transfer.

(b)    If not filled pursuant to 21.13(a), then the Company will fill beginning vacancies in the following manner:

If there is a valid transfer on file, the filling of the vacancy in a classification at a headquarters shall be filled by either transfer or unrestricted appointment. The vacancy shall be filled in the alternative method from how the last vacancy in the same classification and headquarters was filled. The next succeeding vacancy following a transfer may be filled by unrestricted appointment or unrestricted appointment - no transfers on file. Any vacancy may be filled by unrestricted appointment when there are no transfers on file. Attached hereto, made a part hereof and marked Exhibit A-III, is a list of such beginning classifications.

(c)    All transfer requests must be submitted electronically through PG&E@Work for Me (from the Company's intranet or the Internet). In no event shall the Company consider any transfer application which was received by the Centralized Job Bidding Team (CJBT) on or after the established control date. The control date is first established on the date the fully authorized personnel requisition is received by the (CJBT) to fill a job vacancy in the classification and headquarters on which the transfer application was made. If the transfer listing is exhausted without a successful candidate, a new control date will be established. This new control date will be the date of the decline or bypass of the last transfer applicant. Transfers which were not timely under the original control date but were received prior to the new control date will then be given consideration. If the vacancy cannot then be filled by transfer, it may be filled by unrestricted appointment - no transfer on file. (Amended 1/1/00, 1/1/09)

(d)    The Company's selection of a transfer applicant shall be on the basis of his/her ability and personal qualifications. If it is determined that the ability and personal qualifications of two or more employees who are entitled to consideration under the transfer provisions of this Section are relatively equal, the Company shall further consider such employees and select that employee who has the greatest Service in the following sequence:

    (1)    an employee in the bidding unit where the vacancy exists,

    (2)    any other employee.

    (3)    Employees who enter the Estimator or Scheduler-in-Training classification will be allowed only one transfer (lateral movement) until such time the employee progresses to the Sr. Estimator or Scheduler classification. This change will be implemented January 1, 2010. (Added 1/1/09)

(e)    The provisions of this Subsection shall be applicable to a beginning classification in a line of progression at a headquarters where a transfer application for such vacancy is on file. However, the provisions of this Subsection shall not be applicable to an employee: with less than one year of service; *or* who has passed a promotional examination or completed a negotiated training program, that provides for automatic progression to a classification higher than a beginning level position in that line of progression, unless such employee is exercising rights pursuant to Subsection 22.3(2)(c). (Amended 6/1/03, 1/1/16)

(f)    Notwithstanding the foregoing, the Company may nevertheless reject the transfer request of any such employee who does not possess the ability to perform the duties of such classification.

(g)    The Company shall acknowledge receipt of all transfer applications within 15 calendar days from the date of receipt and, without rejecting such transfer application, notify in writing (via email, if bid was submitted by email) an employee who submits a transfer application of any known reason which might preclude his/her filling the classification for which he/she has applied including information regarding testing programs which must be completed. (Amended 6/1/03)

(h)    Upon request, but not more often than once each calendar quarter, the Company shall, within each Region or Department, provide the Union information on beginning job vacancies that have been filled the previous quarter as follows:

    (1)    Name of Individual, Social Security Number, Employment Date, and Classification,

    (2)    Classification of Vacancy Filled,

(3)        Department and Headquarters of Vacancy Filled,

(4)        Date Vacancy Filled,

(5)        show whether vacancy is filled by transfer, unrestricted appointment or unrestricted appointment - no transfer on file.

(i)     **Cancellation of Transfers:**    Applications for transfer are valid for a period of one year from the date of receipt or until such time as the employee changes classification and/or headquarters or until such time as the employee rejects an appointment to the classification and headquarters for which the transfer application was made.  The Company will notify an employee of the cancellation of employee's applications for transfer as indicated below.  Cancellation shall be effective as follows:

(1)        at the expiration of one year from the date of the transfer and after 15 calendar days advance notice from the Company,

(2)        immediately upon the employee's declining an appointment to the classification and headquarters on which the transfer was submitted,

(3)        immediately after any employee's change of headquarters or classification (Amended 1/1/09)

(4)        (Deleted 1/1/09)

(5)        immediately upon receipt of authorization from an employee to cancel a transfer, or (Amended 1/1/09)

(6)        upon receipt of authorization from the CJBT to cancel transfers because a job is deleted from the directory or an employee improperly designates rights, as provided in Subsection 22.3(c) with notification to the employee by the CJBT of such cancellation.  In the latter cases, the employee's transfer will be given the appropriate consideration for 15 calendar days from the date of notification. (Amended 1/1/09)

## 21.14   POSTING OF JOB AWARDS

At least once each month and within an interval of not more than 31 days, each Region or Department of the Company shall post on electronic bulletin boards, a list of all job awards made through pre-bids or transfers since the last list was posted.  Such list will include the job vacancy number (where appropriate), classifications and headquarters, the appointed employee's name and Service, and the Agreement Section relied upon for the award. (Amended 6/1/03)

## 21.15   PREFERENCE AND FILLING OF CONSULTING/ADVISING, EXPERT AND PRINCIPAL MONTHLY POSITIONS (Sections 21.15 through 21.18 Amended 8/1/16)

Vacancies in monthly classifications occur after any advancement has occurred in the Line of Progression.  See the applicable subsection of Exhibit D for advancement procedures in different Lines of Progression.

In making assignments to monthly vacancies in Senior Consulting/Advising, Expert and Principal level positions, and for Senior Project Manager positions (Gas and Electric, 50208708 only) , the Company will first give consideration to employees who have placed a bid on file in accordance with the terms of this provision, provided he/she is performing the duties of his/her present classification in a satisfactory manner and he/she is qualified to perform the duties of the vacant classification.  The Company's

58

selection of an employee shall be on the basis of the employee's ability and personal qualifications. Consideration will be given in the following sequence:

(a)     Displaced employee pursuant to the provisions of 22.3(c) who had held the classification or higher classification in the Line of Progression.

(b)     Employee in the same classification as the current vacancy with a bid on file who wishes to change locations.  In the event that there are two or more employees in the category to be considered, the Company shall select the employee whose ability and personal qualifications make him/her most qualified for the job.  If ability and personal qualifications are substantially equal, seniority shall prevail.

(c)     If no employees in categories (a) or (b) above express an interest in the position, the position will be filled by a joint selection panel using the following process:

(1)  Only employees in the next lower classification in the Line of Progression with a bid and required documentation on file will be considered.

(2)  If there are no employees in the next lower classification with a bid and required documentation on file, other ESC-represented employees and additional candidates from outside the unit who meet the minimum qualifications for the position will be considered.

(3)  In all cases, applicants must meet minimum qualifications in order to be considered by the selection board.

(4)  In all monthly vacancies, any candidate due to preferential consideration under the provisions of 22.3(c) will be accorded preference by the panel, meaning that in the event his/her ability and personal qualifications are substantially equal to another candidate, the candidate with 22.3(c) rights will be selected.


## 21.16 PREFERENCE AND FILLING OF MID-LEVEL MONTHLY VACANCIES (Amended 8/1/16)

Vacancies in monthly classifications occur after any advancement has occurred in the Line of Progression.  See Section 21.11 and the applicable subsection of Exhibit D for advancement procedures in different Lines of Progression.

In making assignments to monthly vacancies above agreed-upon beginning level positions but not in Senior Consulting/Advising, Expert and Principal level positions, the Company will first give consideration to employees who have placed a bid on file in accordance with the terms of this provision, provided he/she is performing the duties of his/her present classification in a satisfactory manner and he/she is qualified to perform the duties of the vacant classification.  The Company's selection of an employee shall be on the basis of the employee's ability and personal qualifications.  Consideration will be given in the following sequence:

(a)  Displaced employee pursuant to the provisions of 22.3 (c) who has held the classification or higher classification in the line of progression.

(b)  Employee in the same classification as the current vacancy with a bid on file who wishes to change locations. In the event that there are two or more employees in the category to be considered, the Company shall select the employee whose ability and personal qualifications make him/her most qualified for the job.  If ability and personal qualifications are substantially equal, seniority shall prevail.

(c)  If no employees in categories (a) or (b) above express an interest in the position, the position will be filled by a joint selection panel using the following alternate vacancy process:  .

59

     (1)     For alternate vacancies only ESC-represented candidates with a bid and required documentation on file will be considered.  If there are no ESC-represented bidders, or the selection board determines that the ESC-represented bidders are not qualified for the position, additional candidates from outside the bargaining unit may be considered.

     (2)     For the remaining vacancies in these classifications, the Company may add additional candidates from outside the bargaining unit for consideration.

     (3)     In all cases, applicants must meet minimum qualifications in order to be considered by the selection board.

     (4)     In all monthly vacancies, any other candidate due preferential consideration under the provisions of 22.3 (c) will be accorded preference by the panel, meaning that in the event his/her ability and personal qualifications are substantially equal to another candidate, the candidate with 22.3(c) rights will be selected.


## 21.17 BEGINNING LEVEL MONTHLY VACANCIES (Amended 5/2/16)

In making assignments to agreed-upon Monthly beginning level position vacancies, alternating vacancies will be held open for joint selection panel selection or unrestricted appointment.  Consideration will be given in the following sequence:

    (a)  The Company will first give consideration to an employee's bid if such employee has rights pursuant to the provisions of subsection 22.3(c), provided he/she has previously held the classification or a higher classification in the line of progression.


    (b)  If there are no employees with bid rights under subsection 22.3(c) as described above, alternating vacancies will be filled by joint selection panel,  and unrestricted appointment.  .

    (1)  "Joint Selection Panel" in this subsection means that ESC-represented employees with at least one year of Service with a transfer and required documentation on file will be considered by a joint selection panel under section 21.18.  If there are no qualified ESC-represented employees, the position will be filled as an unrestricted appointment.

    (2)  The vacancy shall be filled in the alternative method from how the last vacancy in the same classification was filled.

    (3)  Any beginning vacancy may be filled by unrestricted appointment if there are no transfers on file. (Added 1/1/12)

    (4)  Any other candidate due preferential consideration under the provisions of 22.3(c) will be considered by a joint selection panel, along with all other ESC represented candidates; preferential consideration will be accorded by the panel, meaning that in the event his/her ability and personal qualifications are substantially equal to another candidate, the candidate with rights under 22.3(c) will be selected.

## 21.18 JOINT SELECTION PROCESS

The joint selection process is described below.  Notwithstanding the outlined process, the Company may select candidates if no ESC represented employee has expressed interest for consideration through the bidding system.  Further, the Company retains the exclusive right to identify external candidates for interview.

(a) Joint Selection Panels will be comprised of 2 representatives appointed by the Company and two employees from the appropriate organization and job classifications who are appointed by the Union. By mutual agreement, the number of employees may be changed and/or non-voting members added to a panel.

(b) The panel shall jointly interview applicants, using jointly developed job qualifications and interview questions. If the selection board decides there are too many applicants to interview for a particular opening, it will decide which applicants to interview by screening applications against the selection criteria and will notify ESC-represented applicants that it screens out of why they were not selected for interview. Resumes of all ESC-represented candidates must be considered by the Panel and can only be screened out by the Panel, but the Company may pre-screen out any non-ESC-represented candidates. (Amended 8/1/16)

(c) The panel shall evaluate and select the most qualified candidate based upon the selection criteria, interview performance and, for PG&E employees, current performance and seniority; although the panel will not consider performance ratings from the PMP system or SAP. In the event panel is deadlocked, the dispute will be referred to the Oversight Committee. If that committee is deadlocked, the Company will make the final decision, which shall be subject to the grievance procedure only to determine whether the Company considered all of the factors listed above before deciding and whether the final decision was improper. (Amended 8/1/16)

(d) All internal candidates will receive feedback on the results of the interview.

(e) Union will provide company Union's interview and selection decision notes for files.

(f) Relevance of prior PG&E and/or Industry experience for future advancement shall be documented by the panel at the time of selection. Internship experience prior to obtaining a degree will not be considered as relevant experience for classifications requiring a degree. ( Amended 1/1/16)

(g) Oversight Committee. The Company and Union will establish a Joint Selection Process Oversight Committee. This committee will meet as needed and will review questions from interview panels and work to keep selection panel processes efficient and standard across the Company. The committee will break deadlocks in joint selection panels as described in Item (c) above. (Added 8/1/16)

(h) Interviews for multiple openings. By agreement of the Oversight Committee, a joint selection panel may interview one set of candidates for multiple job openings occurring close together in time, or may use the results of one set of interviews to fill a second vacancy that occurs close in time to the first set of interviews. (Added 8/1/16)

## TITLE 22. DEMOTION AND LAYOFF
(Entire Demotion and Layoff Procedure
Amended 1/1/88)

### 22.1 PURPOSE

The provisions of this Title provide the procedure to be followed when a regular employee with one continuous year of service is to be displaced from his/her position. An employee who cannot be placed in accordance with the following will be laid off. For substitute provisions applicable to General Construction, see Exhibit K. For clarification of this Title as applied in the Design Drafting Department, see Exhibit L. (Amended 1/1/94)

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 79 of 256

## 22.2 APPLICATION

(a) **Employee To Be Displaced**:   When a displacement for lack of work occurs, the weekly employee in the affected classification with the least Service will be the first to be displaced.  The controlling considerations in the displacement of a monthly employee shall be an employee's ability and personal qualifications; and where these are relatively equal, the employee in the affected classification with the least Service will be the first to be displaced.  No employee shall be placed in a job under the provisions of this Title unless qualified to perform the duties.

(b) A more senior employee may volunteer to accept layoff in lieu of the junior employee in the classification and headquarters so affected by lack of work.

(c) A vacancy at a headquarters will be substituted for the employee with the least Service at that headquarters in the application of the following Displacement or Election Procedures.

(d) Order is the sequence of consideration for displacement which must be exhausted in the order listed.

(e) As used in this Title, "next lower" or "successively lower" means that classification in retrogressive sequence next lower in maximum rate of pay to any classification with a higher maximum rate of pay in which the same type of work or activity is performed.

## 22.3 DISPLACEMENT PROCEDURE

(a) (1) **Transfer and Displacement:** The employee displaced for lack of work will be placed in the highest classification starting with his/her own or successively lower classifications in such employee's line of progression in which the employee with the least Service in such classification has less Service than that of the displacing employee in the displacing employee's (i) headquarters, or (ii) Division, or (iii) Region, or (iv) within the System, in that order.

(2) Concurrently an employee subject to the provisions of the foregoing Subsection (a)(1) may be placed in a beginning job vacancy, if one is available, which is within 50 miles of the employee's headquarters or within the Region.  Such displaced employee must possess the qualifications for the position.  (Added 1/1/91)

(3) Such displaced employee who cannot be placed under the provisions of the foregoing Subsections (a)(1) or (a)(2) shall be placed in a beginning job vacancy, if one is available, in another line of progression in the system if the employee has at least three years of Service and has the qualifications to progress in the new line of progression.
(Amended 1/1/91)

(b) In lieu of the foregoing, an employee whose displacement is for lack of work may elect to return to any previous unit classification in a different line of progression that he/she held for more than six months and was not demoted therefrom provided that such displacement is made under the same principles of Service as set forth in the foregoing and, provided further, that such displacement can be made within the displacing employee's headquarters; or Division; or Region; or if the employee has at least three years of Service, the System in that order.  (Amended 1/1/91)

(c) Notwithstanding the provisions of Title 21, preferential consideration shall be accorded to any employee who has been displaced for lack of work, pursuant to the provisions of this Title, in filling the next vacancy in either his/her original or successively lower classification(s) or headquarters or both.

In addition, notwithstanding the provisions of Title 21, preferential consideration shall be accorded to any employee who has been displaced for lack of work outside of his/her *Region* pursuant to the provisions of this Title, in filling the next weekly vacancy in either his/her original or successively lower classification in his/her original *Region*. (Added 1/1/2012, 1/1/16)

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 80 of 256

(d)    Employees who have received notice of displacement pursuant to Section 22.3 and vacate their base position by successful bid, transfer, or who are displaced into a lower paying position, will maintain their rate of pay for up to three years or until such time as the rate of pay in the new position is equal to or greater than that of the employee's frozen rate of pay, whichever comes first.  If at the end of three years, an employee is still paid above the top of the rate for the classification held, the employee will be placed at the top of the rate for that classification.   During the time that an employee's pay remains above the wage range of the position, the employee will not receive a General Wage Increase or Progressive Wage Increases.    The wage protection will be canceled if an employee, placed in a classification with a formal training program (e.g., ETP and MAP), fails to complete the training.  The employee's wage rate will then be adjusted so as not to exceed the top of the new wage range/schedule. (Added  1/1/00)

## 22.4    DEMOTION OTHER THAN FOR LACK OF WORK

An employee who is demoted for any reason other than for lack of work may be placed in a vacancy created in his/her headquarters by the promotion of one or more employees to fill the job which the demoted employee vacated.  If no such vacancy occurs, he/she may be demoted to a vacancy in a lower classification in the Region in which he/she is employed.  In the application of this Section, an employee shall be demoted to a vacancy in the first successively lower classification which he/she is qualified to fill.

## 22.5    NOTICE

(a)    The Company shall give all regular employees as much notice as possible of an impending displacement, but in no case less than seven calendar days.  Further, Company will give an employee who is to be demoted or displaced due to lack of work as much notice thereof as possible, but in no case less than seven calendar days.  An employee who is to be laid off will receive not less than 10 workdays notice.  All employees will be given an opportunity to notify the Company, through the completion of the employee option form, of their preferential order in which Subsection 22.3 (a) shall be administered.  This information will be kept on file for use in any displacement action and may be updated by the employee at any time up to 2 days prior to the start of a displacement action.  (Amended 1/1/00)

(b)    An employee's failure to give notice prescribed in Subsection (a) will result in the Company applying the following preference sequence: 1) 22.3 (a)(1) to next lower classification in headquarters; 2) 22.3 (a)(1)to same classification in Division, then Region, then System; 3) 22.3 (a)(2); 4) 22.3 (a) (3); 5) 22.1.  (Added 1/1/00)

## 22.6    INVOLVING A NON-BARGAINING UNIT EMPLOYEE

A supervisor or other non-unit employee who previously worked in the classification may be appointed to an existing vacancy or authorized additional position in the bargaining unit provided that Company Service in non-bargaining unit classifications shall not count as seniority for purposes of exercising rights under the provisions of Titles 21 and 22.  (Added 1/1/91)

## 22.7    MOVING COSTS

(a)    When an employee is displaced under the provisions of this Title because of lack of work at his/her headquarters and the employee's new headquarters is beyond a commutable distance from his/her Residence, Company shall reimburse the employee for the reasonable cost incurred in connection with moving his/her household in a sum not to exceed $2,400.  (Amended 1/1/94)

(b)    Reasonable costs as referenced above shall include and are restricted to:

(1)    Transportation of the employee and his/her immediate family to the new headquarters location (one trip only).

(2)    Meal and motel expenses for the above incurred on moving day when movers cannot complete the move on the same day.

(3)    Moving of furniture and household goods to the new residence.

63

(4) Cost of containers to be used in moving less applicable credits for returned items, such as barrels, wardrobes and boxes.

(5) Reasonable insurance on furniture and household goods.

(6) Installation of television antenna or cable connections.

(7) Piping and wiring costs to accommodate moved appliances.

(8) Reasonable costs of any and all non-refundable deposits and/or hook-up fees for water, garbage, telephone, gas and electric.

All expenses not specifically covered above are excluded from payment under this Section.

Notice of intent to move must be filed by the employee within 90 days after his/her transfer in order to qualify for reimbursement of moving expenses outlined above. All requests for reimbursement for moving expenses must be presented together with proper receipts before payment can be granted.

(c) "Beyond commutable distance," as used above, shall mean a new headquarters located more than 45 minutes or 30 miles from his/her present residence. (Added 1/1/94)

## 22.8 REHIRE PROVISIONS

Notwithstanding the provisions of Section 21.13, a regular full-time employee with one continuous year of Service who has been laid off for lack of work for a period not in excess of 30 continuous months shall be entitled to preferential rehire in the reverse order of layoff as follows:

When a vacancy exists in a beginner's job in the line of progression in the Region from which one employee was laid off, the Company shall call the last telephone number furnished by the laid off employee and provide notification of opening for reemployment. If contacted by telephone such employee must advise the Company whether or not the reemployment offer will be accepted within three working days and the employee must be available for work within seven calendar days after so advising Company. If the laid off employee cannot be reached by telephone, then the Company shall send notice by certified mail - return receipt requested of openings for reemployment to the last mailing address as furnished by the laid off employee. Within seven working days after such notice is received, such laid off employee must advise the Company whether or not the reemployment offer will be accepted and the employee must be available for work within seven calendar days after so advising Company. If no reply is received by the Company within three days of the telephone call or seven days after the notice is received, such employee will be considered terminated and the next employee on the laid off list may be notified of the opening. To expedite rehiring, more than one employee may be notified of an opening but priority shall be given to employees in the reverse order of layoff. If no employee remains on the laid off list, the provisions of Section 21.13 will be invoked. Employees recalled shall report to work within seven calendar days after advising the Company of their acceptance of reemployment. If they fail to report within such time, they shall be considered terminated with no further employment rights under this Section. An employee returning to a beginner's job under the provisions of this Section must possess the necessary skills, ability, and physical qualifications to perform the duties of the position to which he/she returns. (Amended 1/1/94)

## 22.9 RELOCATION OTHER THAN FOR LACK OF WORK

When it becomes necessary to relocate individuals or groups of employees in a headquarters/office due to the closing of a reporting headquarters/office or when such relocation is necessitated by a shift of work load or other economic consideration, either of which is expected to be permanent, and where the number and the classification of jobs in the Region will be unchanged, the following procedure shall be followed:

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 82 of 256

(a)     All employees in a headquarters/office including those on leaves of absence, off sick, on vacation, or off on disability shall be considered on the basis of Service, as defined in Section 13.3, in the following Subsections:

(b)     Employees with the greater Service shall be given the first opportunity to relocate.

(c)     In the event there are insufficient volunteer(s) for such relocation, the employee(s) with the least Service in the affected classifications shall be relocated.

(d)     Each employee in Subsection (c) above shall be given as much notice as possible of the impending relocation, and such employee may elect either:

(1)     to fill any vacancy in the employee's classification and line of progression in the Region in which the employee is assigned, or

(2)     to fill the vacancy in the employee's classification and line of progression created at the new location where such a job is relocated.

(e)     An employee so displaced in Subsections (b) and (c) above shall be given preferential consideration under Subsection 22.3(c) to return to such employee's former headquarters/office.

(f)     An employee relocated in accordance with Subsection (b) or (c) above shall be entitled, when appropriate, to the provisions of Section 22.7.

(g)     The Company shall not implement the provisions of this Section for the purpose of subverting Titles 7, 10, or 21.

## 22.10   ENABLER

By written agreement between the Company and the Union, special provisions may be substituted for the provisions of this Title.

## TITLE 23.  SAFETY

**23.1**     The Company shall make reasonable provisions for the safety of employees in the performance of their work.  Union may appoint on a rotating basis an annual representative to each Area Safety Committee to participate in its affairs, including safety inspections of employee work areas.   The Union shall cooperate in promoting the realization of the responsibility of the individual employee with regard to the prevention of the accidents. (Amended 1/1/00)

**23.2**     The Company reserves the right to draft reasonable safety rules for employees and to insist on the observance of such rules.  The Union may submit suggestions to the Company concerning the revision and enforcement of safety rules.

## TITLE 24.  SHIFT PREMIUM

## 24.1   DEFINITIONS

All eight-hour work periods regularly scheduled to begin at 4:00 a.m.  or thereafter but before 12:00 noon shall be designated as first shifts.  All eight-hour work periods regularly scheduled to begin at 12:00 noon or thereafter but before 8:00 p.m. shall be designated as second shifts.  All eight-hour periods regularly scheduled to begin at 8:00 p.m. or thereafter but before 4:00 a.m. shall be designated as third shifts.

## 24.2   AMOUNT OF PREMIUM

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 83 of 256

(a)    No shift premium shall be paid for the first shift.  An hourly premium of 4-1/2 percent of the weighted average straight-time rate of all employees represented by Union (rounded to the nearest full cent per hour) shall be paid for work performed in the second shift, and an hourly premium of 9 percent of the weighted average straight-time rate of all employees represented by Union (rounded to nearest full cent per hour) shall be paid for work performed in the third shift.  The shift premium, if any, which is payable for an employee's regularly scheduled hours of work shall be paid for any time worked by such employee immediately preceding or following such employee's regular hours of work and as an extension thereof.  If an employee is scheduled to work during a shift other than such employee's regularly scheduled shift and such work does not immediately precede or follow such employee's regularly scheduled shift, the employee shall be paid the shift premium, if any, which is applicable to the shift in progress as of the time the employee starts such work.  (Amended 1/1/80)

(b)    The weighted average straight-time rate referred to in Subsection (a) hereof shall be calculated annually by adding any general wage increase effective on January 1 to the computed weighted average straight-time rate as of the October 31 immediately prior.  The effective date of any change in shift premium shall be January 1.  (Amended 1/1/91, 1/1/09, *1/1/16*)

## 24.3    OVERTIME

When a shift premium is applicable to time worked at the overtime rate of pay, the applicable multiplier shall be used in determining the applicable shift premium.  (Amended 1/1/77)

## 24.4    PART-TIME EMPLOYEES

Shift premiums shall not be payable for work performed by part-time employees (as that term is defined in Section 13.8) who work less than eight hours per day.

## 24.5    NON-WORKTIME

Shift premiums shall be payable only for hours actually worked and shall not be payable for non-work time such as holidays, incidental sick pay, Short Term Disability, Paid Family Leave. and vacation.  (Amended 1/1/17)

## 24.6    DISCLAIMER

Nothing contained in Sections 24.1 to 24.5, inclusive, shall be construed to modify or supersede any other provisions of this Agreement with respect to hours of work, rates of pay, and working conditions.

## 24.7    SUNDAY PREMIUM

(a)    Except for General Office Land Department Field Engineering employees, in addition to any other compensation due an employee, the Company shall pay to all employees regularly scheduled to work on Sunday, and who in fact work on a Sunday, an hourly premium for such work equal to the premium paid by the Company for the third shift as provided in Section 24.2 of the Agreement.  (Added 1/1/80, Amended 1/1/83)

(b)    The Company shall pay Chief-of-Party, Senior Land Technician, and Land Technician one and one-half times their regular hourly rate of pay for the time worked on a Sunday during a scheduled ten day, eight hour trip, or an eight day, 10 hour trip.  (Added 1/1/83, Amended 1/1/91)

## TITLE 25.  SUPPLEMENTAL BENEFITS

### 25.1    BENEFIT DESCRIBED

(a)    When an employee is absent by reason of injury arising out of, and in the course of, employment with the Company which comes within the application of the Workers' Compensation and Insurance Chapters of the State Labor Code, he/she shall be eligible for supplemental benefits for the duration of temporary disability.  Such benefits shall commence with the first workday of absence immediately following the day of the injury.  The amount of the supplemental benefit payable shall be 75

66

percent of an employee's basic weekly wage rate divided by five, less the sum of any payments to which he/she may be entitled under the Workers' Compensation and Insurance Chapters of the State Labor Code and benefits from the Voluntary Wage Benefit Plan which provides benefits in lieu of unemployment compensation disability benefits provided for in the California Unemployment Insurance Code. (Amended 1/1/00 to be applicable to employees sustaining injuries 1/1/00 or after)

(b)     Any supplemental benefits paid during the first week of disability shall be considered as a credit against disability compensation which may be retroactively due under the provisions of the Workers' Compensation and Insurance Chapters of the State Labor Code.  Supplemental benefits paid for the first aggregate 182 days of absence shall be considered as a credit which may be applied to any permanent disability settlement.
(Amended 1/1/83, 1/1/91)

## 25.2    LIGHT DUTY

An employee who is absent by reason of industrial disability may be returned to work and given temporary light duties within his/her ability to perform.  The duration of any such period of temporary work shall be determined by the Company.  Employees shall be compensated at the rate of pay of their regular classification while engaged in such temporary duties.


## TITLE 26.  ENABLING CLAUSE

## 26.1    GENERAL

(a) The parties recognize that it may be desirable during the term of this Agreement to make mutually acceptable changes as to matters other than wages (Exhibits A and A-I) and the term of the Agreement (Title 28).  Therefore, by written agreement between the Company and the Union, other provisions may be substituted for any other provisions of this Agreement.  It being further understood and agreed by the parties that neither is under any obligation to meet, discuss, or agree to any such proposal of the other party.  (Added 1/1/77)

(b)     Productivity Enhancement Committee:   The Company and the Union will establish Joint Committees on Productivity Enhancement.  One such committee consisting of four members appointed by the Company's Sr. Director of Labor Relations and four members appointed by the Union shall meet at the call of either party.  Other Productivity Enhancement Committees will be established as agreed between the Union and the Company at other levels of the Company's organization.  Union members of such committees who are employees of the Company shall be paid by the Company for attendance at mutually agreed-to meetings of such committees.  (Amended 1/1/09)

(c)     The Productivity Enhancement Committee at any level may request of the Sr. Director of Labor Relations and the Union's Business Manager to establish efficiency experiments temporarily amending the provisions of the Agreement excluding wages, manpower and conflict with any Federal or State law, regulation or executive.
(refer to performance standards in Attachment C for Local Headquarters, establish standards for estimating)


## TITLE 27.  MANAGEMENT OF COMPANY

The following general and specific statements of intent and agreement are not intended to change, modify, or supersede any past Arbitration and Review Decisions or working practices established prior to July 1, 1972, or letter agreements or memorandums of understanding which may be inconsistent with the following Sections except by future written agreement between the Union and the Company. (Added 1/1/74)

## 27.1    MANAGEMENT OF COMPANY

The management of the Company and its business and the direction of its working forces are vested exclusively in the Company; and this includes, but is not limited to, the following: to direct and supervise the work of its employees; to hire, promote, demote, transfer, suspend and discipline, or discharge employees for just cause; to plan, direct, and control operations; to lay off employees because of lack of work or for other legitimate reasons; to introduce new or improve methods or facilities, provided, however, that all of the foregoing shall be subject to the provisions of this Agreement, arbitration, or Review Committee decisions or letter agreements or memorandums of understanding clarifying or interpreting this Agreement.  (Added 7/1/72)

**27.2    PERFORMANCE OF WORK USUALLY ASSIGNED TO BARGAINING UNIT CLASSIFICATIONS**

(a)    **Non-Unit Employees:**  Non-unit employees shall not perform work usually assigned to bargaining unit employees except under the following circumstances:

(1)    emergency situations,

(2)    training of employees and demonstrating work methods,

(3)    work which is incidental to their assigned duties and de-minimis.

Work performed by non-unit employees under the circumstances listed above shall not cause an erosion of the unit through demotion, layoff or attrition.  (Amended 1/1/88)

(b)    **Outside Contractors:**    The Company may, at its discretion, assign such work to outside contractors provided that such contracting out shall not, within 120 calendar days of the letting of such contract, cause a layoff or demotion in rate of pay by reason thereof of any employee in the bargaining unit who is engaged in the same type of work or activity as that involved in the work which was contracted. The hiring of temporary employees under the Hiring Hall letter agreement (Exhibit C) is considered contracting for purposes of this section. (Added 1/1/12)

Before contracting out work normally performed by bargaining-unit employees, Company will offer and schedule overtime so long as it is economically feasible and operational time constraints can be met. (Added 1/1/00).  Also see Exhibit B, LOA 93-7-ESC. (Added 6/1/03)

(c)    **Temporary Agencies:**  The Company may use the Services of temporary agency personnel provided that in the exercise of such right the Company will not make a contract with any company or individual for the purpose of dispensing with the Services of employees who are covered by the bargaining Agreement.  The following guidelines will be observed:

(1)    Where temporary services are required for a limited period of time not to exceed 120 calendar days, such as an emergency situation or for a specific special function.

(2)    Where the regular employees at the headquarters are either not available or normal work loads prevent them from doing the work during the time of the emergency or special function situation.

(3)    The Union Business Representative in the area should, if possible, be informed of the Company's intentions before the agency employees commence work.  (Added 1/1/88)

(d)    (1)    A monthly salaried exempt employee may be assigned unit work as part of the employee's career development training program for the sole purpose of familiarization with the work for a period not to exceed a maximum career total of 90 calendar days.  Such training assignments shall not be utilized for the purpose of circumventing the authorization of additional bargaining unit positions or to avoid permanently filling vacant bargaining unit positions.  (Added 1/1/83)

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 86 of 256

(2) Engineer Trainees may perform bargaining unit work of all monthly engineer classifications, SNBR, IPE, Field Engineer and Design Engineer as part of the Engineer Trainee Program for a period not to exceed one year, or 18 months in Power Generation. (Amended 1/1/2012)

# TITLE 28. TERM

## 28.1 TERM AND TERMINATION

(a) This Agreement, having taken effect as of the first of May 1955 and having thereafter been amended from time to time, shall, continue in effect as further amended herein for the term of, January 1, 2016, to December 31, 2019 and shall continue thereafter from year to year unless written notice of termination shall be given by either party to the other 60 days prior to the end of the then current term. (Amended 6/1/03, 1/1/09, 1/1/12, 1/1/16)

(b) General Wage and Salary Increases: The Company will grant a general wage increase, using normal rounding, of three percent (3.0%), effective January 1, 2016; three and one-quarter percent (3.25%), effective January 1, 2017; three and one-half percent (3.5%), effective January 1, 2018 and three and one-quarter percent (3.25%) effective January 1, 2019. (Amended 1/1/16)

## 28.2 NOTICE TO AMEND

If either party desires to amend this Agreement, it shall give notice thereof to the other party 90 days prior to the end of the then current term. In which event, the parties shall commence negotiations on any proposed amendment as soon as practicable after such notice has been given. Failure of the parties to agree on such proposed amendment shall not cause termination of this Agreement unless either party has given notice of termination as provided in Subsection 28.1(a). (Amended 1/1/88)

## 28.3 APPROPRIATE UNIT CHANGE

Notwithstanding the provisions of Subsection 28.1(a), either party may give to the other 30 days written notice of the proposed amendment of this Agreement in the event that an administrative or judicial tribunal having jurisdiction to do so determines that the unit described in Section 3.1 hereof is inappropriate for the purpose of collective bargaining.

## 28.4 CONFLICT OF LAW

Any provisions of this Agreement which may be in conflict with any Federal or State law, regulation, or executive order shall be suspended and inoperative to the extent of and for the duration of such conflict.

In the event any provision of this Agreement is suspended or declared inoperative by reason of the operation of this Section, the parties shall meet within 30 days to negotiate a substitute provision which will, as nearly as possible, reflect the intent of the suspended clauses in a lawful manner. (Added 1/1/84)

## 28.5 CANCELLATION DUE TO BREACH

Notwithstanding the provisions of *Subsection* 28.1(a), either party may forthwith terminate this Agreement in the event that the other breaches its obligations as set forth in Section 2.2 hereof. Notice of termination shall be given in accordance with the terms of the Labor Management Relations Act of 1947.

**28.6    CANCELLATION OF INTERIM AGREEMENT**

This Agreement cancels and supersedes that certain Interim Agreement entered into on January 1, 1953, by the Company and Union and all amendments and supplements thereto.  (Section Amended 8/1/66, 7/1/70, 7/1/72)

IN WITNESS THEREOF, the parties, by their duly authorized representatives, have caused these presents to be executed this 1st day of January, 2016.

<center>

PACIFIC GAS AND ELECTRIC COMPANY

*S/ Dinyar Mistry*

By: Dinyar Mistry
Sr. Vice President - Human Resources

*S/ Mary King*

And by: Mary King
Vice President of Human Resources

ENGINEERS AND SCIENTISTS OF CALIFORNIA, Local 20
IFPTE,  AFL-CIO & CLC

*S/ John Mader*

By: John Mader
President

*S/ Karen Sawislak*

And by: Karen SawislakExecutive Director

</center>

70

STANDARD OF WAGE AND SALARY RANGES ON 40-HOUR WORKWEEK BASIS AND CODES, AND BEGINNING CLASSIFICATIONS
AS AMENDED January 1, 2016
PACIFIC GAS AND ELECTRIC COMPANY
REPRESENTED BY
ENGINEERS AND SCIENTISTS OF CALIFORNIA, LOCAL 20 IFTPE, AFL-CIO & CLC
FIRST EDITION

| SAP Job Code | Pay Scale Code | CLASSIFICATIONS | PROGRESSION | | RATES EFFECTIVE | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 1/1/2016 | 1/1/2017 | 1/1/2018 | 1/1/2019 |
| | | Associate Distribution Engineer | | | | | | |
| 50010515 | 3091 | Electric | Start | hourly | 57.23 | 59.08 | 61.15 | 63.14 |
| 50010517 | 3093 | Provisional - Electric | End 6 Months (1) | hourly | 59.28 | 61.21 | 63.35 | 65.41 |
| 50010516 | 3092 | Gas | End 12 Months | hourly | 59.99 | 61.94 | 64.11 | 66.19 |
| 50010518 | 3094 | Provisional - Gas | | | | | | |
| | | | | | | | | |
| | | Senior Engineering Estimator | | | | | | |
| 50010525 | 3144 | Electric | Start | hourly | 43.38 | 44.79 | 46.36 | 47.87 |
| 50010526 | 3145 | Gas | End 6 Months | hourly | 45.89 | 47.38 | 49.04 | 50.63 |
| | | | End 12 Months | hourly | 48.10 | 49.66 | 51.40 | 53.07 |
| | | | End 18 Months | hourly | 50.32 | 51.96 | 53.78 | 55.53 |
| | | | End 24 Months | hourly | 52.54 | 54.25 | 56.15 | 57.97 |
| | | | End 30 Months | hourly | 54.46 | 56.23 | 58.20 | 60.09 |
| | | | | | | | | |
| | | Senior Engineering Estimator (passed test) | Start | hourly | | | | |
| 50010527 | 3147 | Electric | End 6 Months | hourly | 47.05 | 48.58 | 50.28 | 51.91 |
| 50010528 | 3148 | Gas | End 12 Months | hourly | 49.30 | 50.90 | 52.68 | 54.39 |
| | | | End 18 Months | hourly | 51.57 | 53.25 | 55.11 | 56.90 |
| | | | End 24 Months | hourly | 53.87 | 55.62 | 57.57 | 59.44 |
| | | | End 30 Months | hourly | 55.83 | 57.64 | 59.66 | 61.60 |
| | | | | | | | | |
| | | Engineering Estimator | | | | | | |
| 50010529 | 3150 | Electric | Start | ETP Module 1 | hourly | 35.83 | 36.99 | 38.28 | 39.52 |
| 50010530 | 3151 | Gas | End 6 Months | ETP Module 2 | hourly | 37.21 | 38.42 | 39.76 | 41.05 |

71

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | End 12 Months | ETP Module 3 | hourly | 38.64 | 39.90 | 41.30 | 42.64 |
| | | | End 18 Months | ETP Module 4 | hourly | 40.10 | 41.40 | 42.85 | 44.24 |
| | | | End 24 Months | ETP Module 5 | hourly | 41.68 | 43.03 | 44.54 | 45.99 |
| | | | End 30 Months | ETP Module 6 | hourly | 43.38 | 44.79 | 46.36 | 47.87 |
| | | **Associate Distribution Engineer Local** | | | | | | | |
| 50115106 | 3623 | Electric | Start | | hourly | 57.22 | 59.08 | 61.15 | 63.14 |
| 50115105 | 3625 | Provisional - Electric | End 6 Months (1) | | hourly | 59.28 | 61.21 | 63.35 | 65.41 |
| 50115108 | 3624 | Gas | End 12 Months | | hourly | 59.99 | 61.94 | 64.11 | 66.19 |
| 50115107 | 3626 | Provisional - Gas | | | | | | | |
| | | **Senior Engineering Estimator Local** | | | | | | | |
| 50115109 | 3627 | Electric | Start | | hourly | 43.38 | 44.79 | 46.36 | 47.87 |
| 50115111 | 3628 | Gas | End 6 Months | | hourly | 45.89 | 47.38 | 49.04 | 50.63 |
| | | | End 12 Months | | hourly | 48.10 | 49.66 | 51.40 | 53.07 |
| | | | End 18 Months | | hourly | 50.32 | 51.96 | 53.78 | 55.53 |
| | | | End 24 Months | | hourly | 52.54 | 54.25 | 56.15 | 57.97 |
| | | | End 30 Months | | hourly | 54.46 | 56.23 | 58.20 | 60.09 |
| | | **Senior Engineering Estimator (passed test) Local** | | | | | | | |
| 50115112 | 3629 | Electric | Start | | hourly | | | | |
| 50115113 | 3630 | Gas | End 6 Months | | hourly | 47.05 | 48.58 | 50.28 | 51.91 |
| | | | End 12 Months | | hourly | 49.30 | 50.90 | 52.68 | 54.39 |
| | | | End 18 Months | | hourly | 51.57 | 53.25 | 55.11 | 56.90 |
| | | | End 24 Months | | hourly | 53.87 | 55.62 | 57.57 | 59.44 |
| | | | End 30 Months | | hourly | 55.83 | 57.64 | 59.66 | 61.60 |
| | | **Engineering Estimator Local** | | | | | | | |
| 50115114 | 3631 | Electric | Start | ETP Module 1 | hourly | 35.83 | 36.99 | 38.28 | 39.52 |
| 50115115 | 3632 | Gas | End 6 Months | ETP Module 2 | hourly | 37.21 | 38.42 | 39.76 | 41.05 |
| | | | End 12 Months | ETP Module 3 | hourly | 38.64 | 39.90 | 41.30 | 42.64 |

72

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | End 18 Months | ETP Module 4 | hourly | 40.10 | 41.40 | 42.85 | 44.24 |
| | | | End 24 Months | ETP Module 5 | hourly | 41.68 | 43.03 | 44.54 | 45.99 |
| | | | End 30 Months | ETP Module 6 | hourly | 43.38 | 44.79 | 46.36 | 47.87 |

(1) Maximum rate for Provisional Associate Distribution Engineer.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 50073850 | 3563 | Scheduler | Start | hourly | 47.24 | 48.76 | 50.47 | 52.11 |
| | | | End 6 Months | hourly | 48.45 | 50.02 | 51.77 | 53.45 |
| | | | End 12 Months | hourly | 49.66 | 51.27 | 53.06 | 54.78 |
| | | | End 18 Months | hourly | 50.91 | 52.57 | 54.41 | 56.18 |
| | | | End 24 Months | hourly | 52.18 | 53.88 | 55.77 | 57.58 |
| | | | End 30 Months | hourly | 53.48 | 55.22 | 57.15 | 59.01 |
| | | | | | | | | |
| 50073851 | 3564 | Scheduler in Training | Start | hourly | 41.51 | 42.86 | 44.36 | 45.80 |
| | | | End 3 Months | hourly | 42.97 | 44.37 | 45.92 | 47.41 |
| | | | End 6 Months | hourly | 44.40 | 45.85 | 47.45 | 48.99 |
| | | | End 9 Months | hourly | 46.05 | 47.55 | 49.21 | 50.81 |

**DIVISION CLASSIFICATIONS**
Principal Mapping Technician

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 50010539 | 3226 | Electric | Start | hourly | 51.41 | 53.08 | 54.94 | 56.73 |
| 50010540 | 3227 | Gas | End 6 Months | hourly | 52.17 | 53.87 | 55.76 | 57.57 |
| | | | End 12 Months | hourly | 52.92 | 54.64 | 56.55 | 58.39 |
| | | | | | | | | |
| 51577077 | 3226 | Prin Mappping Tech-Elec Pass Expert Test | Start | hourly | 51.41 | 53.08 | 54.94 | 56.73 |
| | | | End 6 Months | hourly | 52.17 | 53.87 | 55.76 | 57.57 |
| | | | End 12 Months | hourly | 52.92 | 54.64 | 56.55 | 58.39 |
| | | | | | | | | |
| 51576990 | 3226 | Expert Mapping Technician - Electric | Start | hourly | 51.41 | 53.08 | 54.94 | 56.73 |
| | | | End 6 Months | hourly | 52.17 | 53.87 | 55.76 | 57.57 |
| | | | End 12 Months | hourly | 52.92 | 54.64 | 56.55 | 58.39 |
| | | | | | | | | |
| 51641438 | 3226 | Expert Mapping Technician - Electric-Provisional | Start | hourly | 51.41 | 53.08 | 54.94 | 56.73 |
| | | | End 6 Months | hourly | 52.17 | 53.87 | 55.76 | 57.57 |
| | | | End 12 Months | hourly | 52.92 | 54.64 | 56.55 | 58.39 |

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 91 of 256

| ID | Code | Title | Period | Unit | 1/1/2016 | 1/1/2017 | 1/1/2018 | 1/1/2019 |
|----|------|-------|--------|------|----------|----------|----------|----------|
| | | Lead Mapping Technician | | | | | | |
| 50010541 | 3228 | Electric | Start | hourly | 49.55 | 51.16 | 52.95 | 54.67 |
| 50010542 | 3229 | Gas | End 6 Months | hourly | 50.63 | 52.28 | 54.11 | 55.87 |
| | | | | | | | | |
| 51577076 | 3228 | Lead Mapping Tech-Elec Pass Expert Test | Start | hourly | 49.55 | 51.16 | 52.95 | 54.67 |
| | | | End 6 Months | hourly | 50.63 | 52.28 | 54.11 | 55.87 |
| | | | | | | | | |
| | | Senior Mapping Technician | | | | | | |
| 50010543 | 3230 | Electric | Start | hourly | 41.83 | 43.19 | 44.70 | 46.15 |
| 50010544 | 3231 | Gas | End 6 Months | hourly | 42.89 | 44.28 | 45.83 | 47.32 |
| | | | End 12 Months | hourly | 43.96 | 45.39 | 46.98 | 48.51 |
| | | | End 18 Months | hourly | 45.03 | 46.49 | 48.12 | 49.68 |
| | | | End 24 Months | hourly | 46.10 | 47.60 | 49.27 | 50.87 |
| | | | End 30 Months | hourly | 47.20 | 48.73 | 50.44 | 52.08 |
| | | | | | | | | |
| | | Senior Mapping Technician (passed test) | | | | | | |
| 50010545 | 3232 | Electric | Start | hourly | 42.88 | 44.27 | 45.82 | 47.31 |
| 50010546 | 3233 | Gas | End 6 Months | hourly | 43.96 | 45.39 | 46.98 | 48.51 |
| | | | End 12 Months | hourly | 45.06 | 46.52 | 48.15 | 49.71 |
| | | | End 18 Months | hourly | 46.15 | 47.65 | 49.32 | 50.92 |
| | | | End 24 Months | hourly | 47.26 | 48.80 | 50.51 | 52.15 |
| | | | End 30 Months | hourly | 48.39 | 49.96 | 51.71 | 53.39 |
| | | | | | | | | |
| 51576995 | 3232 | Sr. Mapping Tech-Elec Pass Expert Test | Start | hourly | 42.88 | 44.27 | 45.82 | 47.31 |
| | | | End 6 Months | hourly | 43.96 | 45.39 | 46.98 | 48.51 |
| | | | End 12 Months | hourly | 45.06 | 46.52 | 48.15 | 49.71 |
| | | | End 18 Months | hourly | 46.15 | 47.65 | 49.32 | 50.92 |
| | | | End 24 Months | hourly | 47.26 | 48.8 | 50.51 | 52.15 |
| | | | End 30 Months | hourly | 48.39 | 49.96 | 51.71 | 53.39 |
| | | | | | | | | |
| | | | Start | hourly | 29.21 | 30.16 | 31.22 | 32.23 |
| 50010549 | 3241 | Mapping Technician - Electric | End 6 Months | hourly | 32.06 | 33.10 | 34.26 | 35.37 |
| 50010550 | 3242 | Mapping Technician - Gas | End 12 Months | hourly | 34.97 | 36.11 | 37.37 | 38.58 |
| | | | End 18 Months | hourly | 37.84 | 39.07 | 40.44 | 41.75 |

| | **1/1/2016** | | **1/1/2017** | | **1/1/2018** | | **1/1/2019** | |
|---|---|---|---|---|---|---|---|---|
| | Min | Max | Min | Max | Min | Max | Min | Max |

| Code | Num | Classification | 1/1/2016 | | 1/1/2017 | | 1/1/2018 | | 1/1/2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| 50274876 | 3272 | New Business Representative, Senior | 46.34 | 57.70 | 47.85 | 59.58 | 49.52 | 61.67 | 51.13 | 63.67 |
| 50274725 | 3271 | Industrial Power Engineer | 52.58 | 64.12 | 54.29 | 66.20 | 56.19 | 68.52 | 58.02 | 70.75 |
| 51737178 | 0389 | Rule 20A Program Liaison | 47.15 | 58.73 | 48.68 | 60.64 | 50.38 | 62.76 | 52.02 | 64.80 |

**GENERAL OFFICE CLASSIFICATIONS**

| Code | Num | Classification | 1/1/2016 | | 1/1/2017 | | 1/1/2018 | | 1/1/2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Min | Max | Min | Max | Min | Max | Min | Max |
| 50010494 | 2916 | Senior Engineering Assistant | 43.84 | 48.52 | 45.26 | 50.10 | 46.84 | 51.85 | 48.36 | 53.54 |
| 50010495 | 2917 | Engineering Assistant II | 41.86 | 43.84 | 43.22 | 45.26 | 44.73 | 46.84 | 46.18 | 48.36 |
| 50010496 | 2918 | Engineering Assistant I | 29.21 | 41.86 | 30.16 | 43.22 | 31.22 | 44.73 | 32.23 | 46.18 |
| 50010531 | 3160 | Material Inspector | 47.94 | 56.42 | 49.50 | 58.25 | 51.23 | 60.29 | 52.89 | 62.25 |
| 50072904 | 3162 | Assistant Material Inspector | 33.56 | 43.84 | 34.65 | 45.26 | 35.86 | 46.84 | 37.03 | 48.36 |
| 50010503 | 2980 | Senior Design Engineer | 47.46 | 60.09 | 49.00 | 62.04 | 50.72 | 64.21 | 52.37 | 66.30 |
| 50010504 | 2983 | Design Engineer | 32.96 | 54.86 | 34.03 | 56.64 | 35.22 | 58.62 | 36.36 | 60.53 |
| 50010505 | 3000 | Senior Design Drafter | 44.05 | 47.61 | 45.48 | 49.16 | 47.07 | 50.88 | 48.60 | 52.53 |
| 50010506 | 3003 | Design Drafter | 35.68 | 43.84 | 36.84 | 45.26 | 38.13 | 46.84 | 39.37 | 48.36 |
| 50010507 | 3004 | Drafter | 27.69 | 35.68 | 28.59 | 36.84 | 29.59 | 38.13 | 30.55 | 39.37 |
| 50010523 | 3129 | DCPP Senior Field Design Engineer | 49.84 | 63.11 | 51.46 | 65.16 | 53.26 | 67.44 | 54.99 | 69.63 |
| 51905803 | 3129 | Senior Field Design Engineer | 49.84 | 63.11 | 51.46 | 65.16 | 53.26 | 67.44 | 54.99 | 69.63 |
| 50010522 | 3128 | DCPP Field Design Engineer | 34.63 | 57.60 | 35.76 | 59.47 | 37.01 | 61.55 | 38.21 | 63.55 |
| 51904942 | 3128 | Field Design Engineer | 34.63 | 57.60 | 35.76 | 59.47 | 37.01 | 61.55 | 38.21 | 63.55 |
| 50010511 | 3024 | Field Drafter | 33.89 | 44.61 | 34.99 | 46.06 | 36.21 | 47.67 | 37.39 | 49.22 |
| 50010509 | 3021 | Senior Field Drafter | 44.61 | 49.79 | 46.06 | 51.41 | 47.67 | 53.21 | 49.22 | 54.94 |

**APPLIED TECHNOLOGY SERVICES (ATS) CLASSIFICATIONS**

| Code | Num | Classification | 1/1/2016 | | 1/1/2017 | | 1/1/2018 | | 1/1/2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Min | Max | Min | Max | Min | Max | Min | Max |
| 50010551 | 3250 | Senior Engineering Technician | 46.47 | 51.87 | 47.98 | 53.56 | 49.66 | 55.43 | 51.27 | 57.23 |
| 50486757 | 3250 | DCPP Senior Engineering Technician | 46.47 | 51.87 | 47.98 | 53.56 | 49.66 | 55.43 | 51.27 | 57.23 |
| 50010552 | 3253 | Engineering Technician II | 41.99 | 46.47 | 43.35 | 47.98 | 44.87 | 49.66 | 46.33 | 51.27 |
| 50486773 | 3253 | DCPP Engineering Technician II | 41.99 | 46.47 | 43.35 | 47.98 | 44.87 | 49.66 | 46.33 | 51.27 |
| 50073275 | 3254 | Engineering Technician I | 32.13 | 41.99 | 33.17 | 43.35 | 34.33 | 44.87 | 35.45 | 46.33 |
| 50010556 | 3265 | Technologist | 51.87 | 58.66 | 53.56 | 60.57 | 55.43 | 62.69 | 57.23 | 64.73 |
| 50010497 | 2919 | Senior Technical Specialist II | 45.29 | 49.17 | 46.76 | 50.77 | 48.40 | 52.55 | 49.97 | 54.26 |
| 50073153 | 2920 | Technical Specialist II | 41.86 | 45.29 | 43.22 | 46.76 | 44.73 | 48.40 | 46.18 | 49.97 |
| 50073152 | 2921 | Technical Specialist I | 29.21 | 41.86 | 30.16 | 43.22 | 31.22 | 44.73 | 32.23 | 46.18 |

**LAND CLASSIFICATIONS**

| | | | 1/1/2016 | 1/1/2017 | 1/1/2018 | 1/1/2019 |
|---|---|---|---|---|---|---|

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 93 of 256

| | | | Min | Max | Min | Max | Min | Max | Min | Max |
|---|---|---|---|---|---|---|---|---|---|---|
| 50073036 | 2976 | Senior Engineering Designer | 47.47 | 60.09 | 49.01 | 62.04 | 50.73 | 64.21 | 52.38 | 66.30 |
| 50073089 | 2977 | Engineering Designer | 32.97 | 54.86 | 34.04 | 56.64 | 35.23 | 58.62 | 36.37 | 60.53 |
| 50010561 | 3315 | Document Writer (PIO) | 47.89 | 54.17 | 49.45 | 55.93 | 51.18 | 57.89 | 52.84 | 59.77 |
| 50010492 | 2906 | Chief of Party | 47.89 | 55.83 | 49.45 | 57.64 | 51.18 | 59.66 | 52.84 | 61.60 |
| 50010493 | 2909 | Land Agent | 51.31 | 55.83 | 52.98 | 57.64 | 54.83 | 59.66 | 56.61 | 61.60 |
| 50010501 | 2972 | Lead Land Technician | 51.31 | 54.17 | 52.98 | 55.93 | 54.83 | 57.89 | 56.61 | 59.77 |

| | | | | | 1/1/2016 | 1/1/2017 | 1/1/2018 | 1/1/2019 |
|---|---|---|---|---|---|---|---|---|
| | | | Start | hourly | 40.86 | 42.19 | 43.67 | 45.09 |
| 50010502 | 2974 | Senior Land Technician | End 6 Months | hourly | 43.23 | 44.63 | 46.19 | 47.69 |
| | | | End 12 Months | hourly | 45.26 | 46.73 | 48.37 | 49.94 |
| | | | End 18 Months | hourly | 47.42 | 48.96 | 50.67 | 52.32 |
| | | | End 24 Months | hourly | 49.51 | 51.12 | 52.91 | 54.63 |
| | | | End 30 Months | hourly | 51.31 | 52.98 | 54.83 | 56.61 |

| | | | 1/1/2016 | | 1/1/2017 | | 1/1/2018 | | 1/1/2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Min | Max | Min | Max | Min | Max | Min | Max |
| 50010500 | 2971 | Land Technician | 32.13 | 45.69 | 33.17 | 47.17 | 34.33 | 48.82 | 35.45 | 50.41 |
| 50010512 | 3033 | Land Draftsman | 37.35 | 43.84 | 38.56 | 45.26 | 39.91 | 46.84 | 41.21 | 48.36 |
| 50073176 | 3034 | Junior Land Draftsman | 31.10 | 37.35 | 32.11 | 38.56 | 33.23 | 39.91 | 34.31 | 41.21 |

| | | | 1/1/2016 | | 1/1/2017 | | 1/1/2018 | | 1/1/2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **MATERIALS CLASSIFICATIONS** | Min | Max | Min | Max | Min | Max | Min | Max |
| 50010548 | 3239 | Senior Instrument Technician (PIO) | 47.94 | 51.38 | 49.50 | 53.05 | 51.23 | 54.91 | 52.89 | 56.69 |
| 50010553 | 3255 | Senior Insulation Tester | 40.44 | 47.94 | 41.75 | 49.50 | 43.21 | 51.23 | 44.61 | 52.89 |

| | | | | | 1/1/2016 | 1/1/2017 | 1/1/2018 | 1/1/2019 |
|---|---|---|---|---|---|---|---|---|
| 50010554 | 3256 | Insulation Tester | Start | hourly | 32.83 | 33.90 | 35.09 | 36.23 |
| | | | End 6 Months | hourly | 34.45 | 35.57 | 36.81 | 38.01 |
| | | | End 12 Months | hourly | 36.05 | 37.22 | 38.52 | 39.77 |
| | | | End 18 Months | hourly | 37.64 | 38.86 | 40.22 | 41.53 |
| | | | End 24 Months | hourly | 39.29 | 40.57 | 41.99 | 43.35 |
| | | | End 30 Months | hourly | 40.87 | 42.20 | 43.68 | 45.10 |
| | | | End 3 Yrs. | hourly | 42.49 | 43.87 | 45.41 | 46.89 |

| | | 1/1/2016 | | 1/1/2017 | | 1/1/2018 | | 1/1/2019 | |
|---|---|---|---|---|---|---|---|---|---|
| | **CONSTRUCTION CLASSIFICATIONS** | Min | Max | Min | Max | Min | Max | Min | Max |

76

| | | | Min | Max | Min | Max | Min | Max | Min | Max |
|---|---|---|---|---|---|---|---|---|---|---|
| 50010510 | 3023 | Field Draftsman | 33.89 | 44.61 | 34.99 | 46.06 | 36.21 | 47.67 | 37.39 | 49.22 |
| 50010508 | 3020 | Senior Field Draftsman | 44.61 | 49.79 | 46.06 | 51.41 | 47.67 | 53.21 | 49.22 | 54.94 |
| 50010519 | 3100 | Field Engineer | 37.70 | 56.51 | 38.93 | 58.35 | 40.29 | 60.39 | 41.60 | 62.35 |
| 50010521 | 3118 | Field Engineering Technician | 32.77 | 46.13 | 33.84 | 47.63 | 35.02 | 49.30 | 36.16 | 50.90 |
| 50010520 | 3117 | Senior Field Engineering Technician | 47.71 | 54.40 | 49.26 | 56.17 | 50.98 | 58.14 | 52.64 | 60.03 |
| 50073067 | 3273 | Transitman | 35.10 | 44.80 | 36.24 | 46.26 | 37.51 | 47.88 | 38.73 | 49.44 |
| 50073105 | 3270 | Senior Transitman | 44.80 | 50.26 | 46.26 | 51.89 | 47.88 | 53.71 | 49.44 | 55.46 |

**GAS SUPPLY CLASSIFICATIONS**

| | | | 1/1/2016 | | 1/1/2017 | | 1/1/2018 | | 1/1/2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Min | Max | Min | Max | Min | Max | Min | Max |
| 50010524 | 3143 | Engineering Estimator | 35.83 | 48.53 | 36.99 | 50.11 | 38.28 | 51.86 | 39.52 | 53.55 |
| 50073037 | 3140 | Senior Engineering Estimator | 46.19 | 51.83 | 47.69 | 53.51 | 49.36 | 55.38 | 50.96 | 57.18 |

**DISTRIBUTION ENGINEERING**

| | | | 1/1/2016 | | 1/1/2017 | | 1/1/2018 | | 1/1/2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Min | Max | Min | Max | Min | Max | Min | Max |
| 51874184 | 3910 | Gas Distribution Engineer, Associate | 5,848 | 8,784 | 6,038 | 9,069 | 6,249 | 9,386 | 6,452 | 9,691 |
| 51874178 | 3911 | Gas Distribution Engineer | 7,073 | 10,757 | 7,303 | 11,107 | 7,559 | 11,496 | 7,805 | 11,870 |
| 51874307 | 3921 | Elec Distribution Ops Engineer, Asc | 5,848 | 9,223 | 6,038 | 9,523 | 6,249 | 9,856 | 6,452 | 10,176 |
| 51874308 | 3922 | Elec Distribution Ops Engineer | 7,073 | 11,295 | 7,303 | 11,662 | 7,559 | 12,070 | 7,805 | 12,462 |
| 51874309 | 3923 | Elec Distribution Ops Engineer, Lead | 9,452 | 12,749 | 9,759 | 13,163 | 10,101 | 13,624 | 10,429 | 14,067 |
| 51874184 | 3910 | Electric Distribution Engineer, Associate | 5,848 | 8,784 | 6,038 | 9,069 | 6,249 | 9,386 | 6,452 | 9,691 |
| 51874186 | 3911 | Electric Distribution Engineer | 7,073 | 10,757 | 7,303 | 11,107 | 7,559 | 11,496 | 7,805 | 11,870 |

**LAND/CORPORATE REAL ESTATE**

| | | | 1/1/2016 | | 1/1/2017 | | 1/1/2018 | | 1/1/2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Min | Max | Min | Max | Min | Max | Min | Max |
| 50074100 | 2961 | Land Technical Specialist I | 33.83 | 42.28 | 34.93 | 43.65 | 36.15 | 45.18 | 37.32 | 46.65 |
| 50074101 | 2962 | Land Technical Specialist II | 37.49 | 46.84 | 38.71 | 48.36 | 40.06 | 50.05 | 41.36 | 51.68 |
| 50074102 | 2963 | Real Estate Technical Specialist I | 33.83 | 42.28 | 34.93 | 43.65 | 36.15 | 45.18 | 37.32 | 46.65 |
| 50074103 | 2964 | Real Estate Technical Specialist II | 37.49 | 46.84 | 38.71 | 48.36 | 40.06 | 50.05 | 41.36 | 51.68 |
| 50074104 | 3601 | Real Estate Technical Specialist, Senior | 6,758 | 8,446 | 6,978 | 8,721 | 7,222 | 9,026 | 7,457 | 9,320 |
| 50073852 | 3602 | GIS Analyst | 6,570 | 8,405 | 6,784 | 8,678 | 7,021 | 8,982 | 7,249 | 9,274 |
| 50083020 | 3603 | GIS Analyst, Senior | 8,117 | 9,416 | 8,381 | 9,722 | 8,675 | 10,062 | 8,956 | 10,389 |
| 50073854 | 3604 | GIS Application Engineer | 9,798 | 10,782 | 10,116 | 11,133 | 10,470 | 11,522 | 10,811 | 11,897 |
| 50074105 | 3605 | Right of Way Agent | 6,879 | 8,531 | 7,103 | 8,808 | 7,351 | 9,117 | 7,590 | 9,413 |
| 50074106 | 3606 | Right of Way Agent, Senior | 8,023 | 9,330 | 8,284 | 9,633 | 8,574 | 9,971 | 8,853 | 10,295 |
| 50074107 | 3607 | Right of Way Agent, Principal | 8,921 | 10,775 | 9,211 | 11,125 | 9,533 | 11,514 | 9,843 | 11,889 |
| 50074108 | 3608 | Land Technical Specialist, Senior | 6,757 | 8,446 | 6,977 | 8,721 | 7,221 | 9,026 | 7,456 | 9,320 |
| 50074110 | 3610 | Land Agent, Senior | 7,940 | 9,924 | 8,198 | 10,246 | 8,485 | 10,605 | 8,760 | 10,950 |

| | | | 1/1/2016 | | 1/1/2017 | | 1/1/2018 | | 1/1/2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Min | Max | Min | Max | Min | Max | Min | Max |
| 50074111 | 3611 | Project Surveyor | 7,940 | 9,924 | 8,198 | 10,246 | 8,485 | 10,605 | 8,760 | 10,950 |
| 50074112 | 3612 | Land Surveyor, Senior | 8,790 | 11,039 | 9,076 | 11,398 | 9,394 | 11,797 | 9,699 | 12,181 |
| 50074113 | 3613 | Land Surveyor, Principal | 10,814 | 12,024 | 11,165 | 12,414 | 11,556 | 12,849 | 11,932 | 13,266 |
| 50074114 | 3614 | Land Planner | 7,805 | 9,279 | 8,059 | 9,581 | 8,341 | 9,916 | 8,612 | 10,239 |
| 50074115 | 3615 | Land Planner, Senior | 8,790 | 11,039 | 9,076 | 11,398 | 9,394 | 11,797 | 9,699 | 12,181 |
| 50074116 | 3616 | Land Planner, Principal | 10,814 | 12,024 | 11,165 | 12,414 | 11,556 | 12,849 | 11,932 | 13,266 |
| 50111357 | 3617 | Land Agent, Principal | 8,595 | 10,717 | 8,874 | 11,065 | 9,185 | 11,452 | 9,483 | 11,824 |
| 50329455 | 3618 | Land Planning Analyst | 4,914 | 7,522 | 5,074 | 7,766 | 5,251 | 8,038 | 5,422 | 8,299 |

**MAINTENANCE & CONSTRUCTION (M&C)**

| | | | 1/1/2016 | | 1/1/2017 | | 1/1/2018 | | 1/1/2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Min | Max | Min | Max | Min | Max | Min | Max |
| 51874303 | 3910 | Maintenance & Constr Engr, Asc | 5,848 | 8,784 | 6,038 | 9,069 | 6,249 | 9,386 | 6,452 | 9,691 |
| 51874293 | 3911 | Maintenance & Constr Engr | 7,073 | 10,757 | 7,303 | 11,107 | 7,558 | 11,496 | 7,804 | 11,869 |
| 51874294 | 3912 | Maintenance & Constr Engr, Sr | 9,452 | 12,142 | 9,759 | 12,537 | 10,101 | 12,976 | 10,429 | 13,398 |
| 51874304 | 3913 | Maintenance & Constr Engr, Sr Cnsltg | 10,682 | 13,126 | 11,029 | 13,553 | 11,415 | 14,027 | 11,786 | 14,483 |
| 51874305 | 3913 | Maintenance & Constr Engr, Sr Advsng | 10,682 | 13,126 | 11,029 | 13,553 | 11,415 | 14,027 | 11,786 | 14,483 |

**NUCLEAR - DCPP**

| | | | 1/1/2016 | | 1/1/2017 | | 1/1/2018 | | 1/1/2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Min | Max | Min | Max | Min | Max | Min | Max |
| 50352680 | 3590 | Associate Nuclear Planner - ESC | 43.52 | 51.18 | 44.93 | 52.84 | 46.50 | 54.69 | 48.01 | 56.47 |
| 50352681 | 3591 | Nuclear Planner - ESC | 52.51 | 62.43 | 54.22 | 64.46 | 56.12 | 66.72 | 57.94 | 68.89 |
| 50352682 | 3592 | Senior Nuclear Planner - ESC | 62.43 | 65.54 | 64.46 | 67.67 | 66.72 | 70.04 | 68.89 | 72.32 |

**PROJECT ENGINEERING**

| | | | 1/1/2016 | | 1/1/2017 | | 1/1/2018 | | 1/1/2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Min | Max | Min | Max | Min | Max | Min | Max |
| 51874278 | 3910 | Engineer - Prj Engg, Asc | 5,848 | 8,784 | 6,038 | 9,069 | 6,249 | 9,386 | 6,452 | 9,691 |
| 51874276 | 3910 | Civil Engineer - Prj Engg, Asc | 5,848 | 8,784 | 6,038 | 9,069 | 6,249 | 9,386 | 6,452 | 9,691 |
| 51874197 | 3911 | Civil Engineer - Prj Engg | 7,073 | 10,757 | 7,303 | 11,107 | 7,559 | 11,496 | 7,805 | 11,870 |
| 51874193 | 3912 | Civil Engineer - Prj Engg, Senior | 9,452 | 12,142 | 9,759 | 12,537 | 10,101 | 12,976 | 10,429 | 13,398 |
| 51874188 | 3913 | Civil Engineer-Prj Engg, Sr Cnsltng | 10,682 | 13,126 | 11,029 | 13,553 | 11,415 | 14,027 | 11,786 | 14,483 |
| 51874200 | 3910 | Electrical Engr-Prj Engg, Asc | 5,848 | 8,784 | 6,038 | 9,069 | 6,249 | 9,386 | 6,452 | 9,691 |
| 51874196 | 3911 | Electrical Engr-Prj Engg | 7,073 | 10,757 | 7,303 | 11,107 | 7,559 | 11,496 | 7,805 | 11,870 |
| 51874192 | 3912 | Electrical Engr-Prj Engg, Sr | 9,452 | 12,142 | 9,759 | 12,537 | 10,101 | 12,976 | 10,429 | 13,398 |
| 51874187 | 3913 | Electrical Engr-Prj Engg, Sr Cnsltng | 10,682 | 13,126 | 11,029 | 13,553 | 11,415 | 14,027 | 11,786 | 14,483 |
| 51874199 | 3910 | Substation Engineer - Prj Engg, Asc | 5,848 | 8,784 | 6,038 | 9,069 | 6,249 | 9,386 | 6,452 | 9,691 |
| 51874195 | 3911 | Substation Engineer - Prj Engg | 7,073 | 10,757 | 7,303 | 11,107 | 7,559 | 11,496 | 7,805 | 11,870 |
| 51874191 | 3912 | Substation Engineer - Prj Engg, Sr | 9,452 | 12,142 | 9,759 | 12,537 | 10,101 | 12,976 | 10,429 | 13,398 |
| 51874198 | 3910 | Transm Line Engineer - Prj Engg, Asc | 5,848 | 8,784 | 6,038 | 9,069 | 6,249 | 9,386 | 6,452 | 9,691 |

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 96 of 256

| | | | 1/1/2016 | | 1/1/2017 | | 1/1/2018 | | 1/1/2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Min | Max | Min | Max | Min | Max | Min | Max |
| 51874194 | 3911 | Transm Line Engineer - Prj Engg | 7,073 | 10,757 | 7,303 | 11,107 | 7,559 | 11,496 | 7,805 | 11,870 |
| 51874189 | 3912 | Transm Line Engineer - Prj Engg, Sr | 9,452 | 12,142 | 9,759 | 12,537 | 10,101 | 12,976 | 10,429 | 13,398 |
| 51874306 | 3911 | Project Architect | 7,073 | 10,757 | 7,303 | 11,107 | 7,559 | 11,496 | 7,805 | 11,870 |

**PROJECT MANAGERS AND PROJECT CONTROLS ANALYSTS**

| | | | 1/1/2016 | | 1/1/2017 | | 1/1/2018 | | 1/1/2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Min | Max | Min | Max | Min | Max | Min | Max |
| 50208706 | 3659 | Project Controls Analyst - ESC | 6,104 | 8,137 | 6,303 | 8,402 | 6,523 | 8,696 | 6,735 | 8,979 |
| 50208709 | 3661 | Project Controls Analyst - ESC, Sr | 7,598 | 9,500 | 7,845 | 9,808 | 8,119 | 10,152 | 8,383 | 10,481 |
| 51731345 | 3878 | Project Controls Analyst - ESC, Expert | 8,425 | 10,532 | 8,699 | 10,874 | 9,004 | 11,255 | 9,296 | 11,620 |
| 51874290 | 3910 | Project Manager - ESC, Assoc | 5,848 | 8,784 | 6,038 | 9,069 | 6,249 | 9,386 | 6,452 | 9,691 |
| 51874291 | 3911 | Project Manager - ESC | 7,073 | 10,757 | 7,303 | 11,107 | 7,559 | 11,496 | 7,805 | 11,870 |
| 51874292 | 3912 | Project Manager - ESC, Sr | 9,452 | 12,142 | 9,759 | 12,537 | 10,101 | 12,976 | 10,429 | 13,398 |
| 51874295 | 3913 | Project Manager, Sr Cnsltng-ESC | 10,682 | 13,126 | 11,029 | 13,553 | 11,415 | 14,027 | 11,786 | 14,483 |

**ELECTRIC STANDARDS**

| | | | 1/1/2016 | | 1/1/2017 | | 1/1/2018 | | 1/1/2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Min | Max | Min | Max | Min | Max | Min | Max |
| 51874283 | 3910 | Electric Stds Engineer, Associate | 5,848 | 8,784 | 6,038 | 9,069 | 6,249 | 9,386 | 6,452 | 9,691 |
| 51874300 | 3911 | Electric Stds Engineer | 7,073 | 10,757 | 7,303 | 11,107 | 7,559 | 11,496 | 7,805 | 11,870 |
| 51874284 | 3912 | Electric Stds Engineer, Senior | 9,452 | 12,142 | 9,759 | 12,537 | 10,101 | 12,976 | 10,429 | 13,398 |
| 51874285 | 3913 | Consulting Electric Stds Engineer, Sr | 10,682 | 13,126 | 11,029 | 13,553 | 11,415 | 14,027 | 11,786 | 14,483 |

**SUBSTATION STRATEGY IMPLEMENTATION**

| | | | 1/1/2016 | | 1/1/2017 | | 1/1/2018 | | 1/1/2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Min | Max | Min | Max | Min | Max | Min | Max |
| 51874286 | 3910 | Substn Strategy Engineer, Assoc | 5,848 | 8,784 | 6,038 | 9,069 | 6,249 | 9,386 | 6,452 | 9,691 |
| 51874287 | 3911 | Substn Strategy Engineer | 7,073 | 10,757 | 7,303 | 11,107 | 7,559 | 11,496 | 7,805 | 11,870 |
| 51874288 | 3912 | Substn Strategy Engineer, Senior | 9,452 | 12,142 | 9,759 | 12,537 | 10,101 | 12,976 | 10,429 | 13,398 |
| 51874289 | 3913 | Substn Strategy Engineer, Sr Cnsltng | 10,682 | 13,126 | 11,029 | 13,553 | 11,415 | 14,027 | 11,786 | 14,483 |

**SYSTEM PROTECTION ENGINEERING**

| | | | 1/1/2016 | | 1/1/2017 | | 1/1/2018 | | 1/1/2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Min | Max | Min | Max | Min | Max | Min | Max |
| 51874279 | 3921 | Protection Engineer, Asc | 5,848 | 9,223 | 6,038 | 9,523 | 6,249 | 9,856 | 6,452 | 10,176 |
| 51874280 | 3922 | Protection Engineer | 7,073 | 11,295 | 7,303 | 11,662 | 7,559 | 12,070 | 7,805 | 12,462 |
| 51874281 | 3923 | Protection Engineer, Sr | 9,452 | 12,749 | 9,759 | 13,163 | 10,101 | 13,624 | 10,429 | 14,067 |
| 51874282 | 3924 | Protection Engineer, Sr Cnsltng | 10,682 | 13,782 | 11,029 | 14,230 | 11,415 | 14,728 | 11,786 | 15,207 |

**NUCLEAR ENGINEERS AND QUALITY VERIFICATION**

| | | | 1/1/2016 | | 1/1/2017 | | 1/1/2018 | | 1/1/2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Min | Max | Min | Max | Min | Max | Min | Max |

| | | | 1/1/2016 | | 1/1/2017 | | 1/1/2018 | | 1/1/2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| 50222824 | 3695 | (Nuc) Engineer, Associate | 5,848 | 8,784 | 6,038 | 9,070 | 6,250 | 9,387 | 6,453 | 9,692 |
| 50222853 | 3699 | (Nuc) Engineer | 7,073 | 10,757 | 7,303 | 11,106 | 7,558 | 11,495 | 7,804 | 11,869 |
| 50222852 | 3698 | (Nuc) Engineer, Senior | 9,452 | 12,142 | 9,760 | 12,536 | 10,101 | 12,975 | 10,429 | 13,397 |
| 50222819 | 3691 | (Nuc) Engineer, Senior Advising | 10,682 | 13,125 | 11,029 | 13,552 | 11,415 | 14,026 | 11,786 | 14,482 |
| 50222822 | 3697 | (Nuc) Engineer, Senior Consulting | 10,682 | 13,125 | 11,029 | 13,552 | 11,415 | 14,026 | 11,786 | 14,482 |
| 50222851 | 3696 | (Nuc) Engineer, Principal | 10,978 | 14,085 | 11,335 | 14,543 | 11,731 | 15,052 | 12,112 | 15,541 |
| 50311385 | 3695 | (Nuc) Chemistry Engineer, Associate | 5,848 | 8,784 | 6,038 | 9,069 | 6,250 | 9,387 | 6,453 | 9,692 |
| 50222821 | 3693 | (Nuc) Chemistry Engineer | 7,073 | 10,757 | 7,303 | 11,106 | 7,558 | 11,495 | 7,804 | 11,869 |
| 50311384 | 3698 | (Nuc) Chemistry Engineer, Senior | 9,452 | 12,142 | 9,760 | 12,536 | 10,101 | 12,975 | 10,429 | 13,397 |
| 50311812 | 3697 | (Nuc) Chemistry Engineer, Senior Consulting | 10,682 | 13,125 | 11,029 | 13,552 | 11,415 | 14,026 | 11,786 | 14,482 |
| 50478429 | 3872 | (Nuc) Chemistry Engineer, Principal | 10,978 | 14,085 | 11,335 | 14,543 | 11,731 | 15,052 | 12,112 | 15,541 |
| 50222823 | 3699 | (Nuc) Instrument & Control Engineer | 7,073 | 10,757 | 7,303 | 11,106 | 7,558 | 11,495 | 7,804 | 11,869 |
| 50222854 | 3698 | (Nuc) Lead ISI / NDE Specialist, Senior | 9,452 | 12,142 | 9,760 | 12,536 | 10,101 | 12,975 | 10,429 | 13,397 |
| 50222855 | 3701 | (Nuc) Quality Auditor | 7,495 | 10,757 | 7,739 | 11,106 | 8,010 | 11,495 | 8,270 | 11,869 |
| 50222856 | 3702 | (Nuc) Quality Auditor, Senior | 8,775 | 11,769 | 9,060 | 12,151 | 9,377 | 12,576 | 9,682 | 12,985 |
| 50458043 | 3854 | (Nuc) Radiation Protection Engineer, Associate | 5,848 | 8,784 | 6,038 | 9,070 | 6,250 | 9,387 | 6,453 | 9,692 |
| 50216526 | 3668 | (Nuc) Radiation Protection Engineer | 7,073 | 10,757 | 7,303 | 11,106 | 7,558 | 11,495 | 7,804 | 11,869 |
| 50216527 | 3669 | (Nuc) Radiation Protection Engineer, Senior | 9,452 | 12,142 | 9,760 | 12,536 | 10,101 | 12,975 | 10,429 | 13,397 |
| 50458044 | 3857 | (Nuc) Radiation Protection Engineer, Senior Advising | 10,682 | 13,125 | 11,029 | 13,552 | 11,415 | 14,026 | 11,786 | 14,482 |
| 50478431 | 3873 | (Nuc) Radiation Protection Engineer, Principal | 10,978 | 14,085 | 11,335 | 14,543 | 11,731 | 15,052 | 12,112 | 15,541 |

| | | **ENVIRONMENTAL SERVICES AND REMEDIATION** | **1/1/2016** | | **1/1/2017** | | **1/1/2018** | | **1/1/2019** | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Min | Max | Min | Max | Min | Max | Min | Max |
| 50327906 | 3790 | Aquatic Biologist, Associate | 4,698 | 6,711 | 4,851 | 6,929 | 5,020 | 7,171 | 5,184 | 7,405 |
| 50327905 | 3791 | Aquatic Biologist | 6,194 | 8,775 | 6,396 | 9,060 | 6,620 | 9,377 | 6,835 | 9,682 |
| 50327907 | 3792 | Aquatic Biologist, Senior | 7,742 | 10,529 | 7,993 | 10,871 | 8,273 | 11,252 | 8,542 | 11,618 |
| 50327908 | 3796 | Budget Analyst | 5,502 | 8,031 | 5,681 | 8,292 | 5,880 | 8,582 | 6,071 | 8,861 |
| 50227114 | 3708 | Budget Analyst, Senior | 6,958 | 9,424 | 7,185 | 9,731 | 7,436 | 10,071 | 7,678 | 10,399 |
| 50227122 | 3712 | Contract Administrator | 5,163 | 7,401 | 5,330 | 7,641 | 5,517 | 7,909 | 5,696 | 8,166 |
| 50327909 | 3795 | Contract Administrator, Senior | 6,194 | 8,507 | 6,396 | 8,783 | 6,620 | 9,091 | 6,835 | 9,386 |
| 50327910 | 3793 | Cultural Resource Specialist, Associate | 4,460 | 6,370 | 4,605 | 6,577 | 4,766 | 6,807 | 4,921 | 7,029 |
| 50227123 | 3713 | Cultural Resource Specialist | 5,884 | 8,331 | 6,076 | 8,602 | 6,288 | 8,903 | 6,493 | 9,192 |
| 50227124 | 3714 | Cultural Resource Specialist, Senior | 7,742 | 10,529 | 7,993 | 10,871 | 8,273 | 11,252 | 8,542 | 11,618 |
| 50327911 | 3794 | Cultural Resource Specialist, Senior Consulting | 9,641 | 12,099 | 9,955 | 12,492 | 10,303 | 12,929 | 10,638 | 13,349 |
| 50327912 | 3797 | Environmental Scientist | 6,389 | 8,775 | 6,597 | 9,060 | 6,828 | 9,377 | 7,050 | 9,682 |
| 50327913 | 3798 | Environmental Scientist, Senior | 7,867 | 10,529 | 8,122 | 10,871 | 8,406 | 11,252 | 8,680 | 11,618 |
| 50327914 | 3799 | Environmental Scientist, Senior Consulting | 9,641 | 12,099 | 9,955 | 12,492 | 10,303 | 12,929 | 10,638 | 13,349 |

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 98 of 256

| ID | Code | Title | Min | Max | Min | Max | Min | Max | Min | Max |
|---|---|---|---|---|---|---|---|---|---|---|
| 50227305 | 3720 | Project Management Analyst-Environmental | 5,502 | 8,031 | 5,681 | 8,292 | 5,880 | 8,582 | 6,071 | 8,861 |
| 50227306 | 3721 | Project Management Analyst-Environmental, Senior | 6,958 | 9,424 | 7,185 | 9,731 | 7,436 | 10,071 | 7,678 | 10,399 |
| 50227116 | 3722 | Remediation Project Manager | 7,073 | 10,757 | 7,303 | 11,107 | 7,558 | 11,496 | 7,804 | 11,869 |
| 50227117 | 3723 | Remediation Project Manager, Senior | 9,452 | 12,142 | 9,760 | 12,536 | 10,101 | 12,975 | 10,429 | 13,397 |
| 50227118 | 3710 | Consulting Remediation Project Manager | 10,682 | 13,125 | 11,029 | 13,552 | 11,415 | 14,026 | 11,786 | 14,482 |
| 50227121 | 3711 | Scientist, Senior Consulting | 9,641 | 12,099 | 9,955 | 12,492 | 10,303 | 12,929 | 10,638 | 13,349 |
| 50227307 | 3567 | Technical Assistant-Environmental | 24.72 | 30.91 | 25.52 | 31.91 | 26.41 | 33.03 | 27.27 | 34.10 |
| 50227308 | 3568 | Technical Assistant-Environmental, Senior | 30.18 | 37.04 | 31.16 | 38.24 | 32.25 | 39.58 | 33.30 | 40.87 |
| 50326837 | 3790 | Terrestrial Biologist, Associate | 4,698 | 6,711 | 4,851 | 6,929 | 5,020 | 7,171 | 5,184 | 7,405 |
| 50327916 | 3791 | Terrestrial Biologist | 6,194 | 8,775 | 6,396 | 9,060 | 6,620 | 9,377 | 6,835 | 9,682 |
| 50311306 | 3792 | Terrestrial Biologist, Senior | 7,742 | 10,529 | 7,993 | 10,871 | 8,273 | 11,252 | 8,542 | 11,618 |

### TELECOM ENGINEERING

| ID | Code | Title | 1/1/2016 | | 1/1/2017 | | 1/1/2018 | | 1/1/2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Min | Max | Min | Max | Min | Max | Min | Max |
| 50230679 | 3742 | Telecommunications Engineer, Associate | 5,848 | 8,784 | 6,038 | 9,069 | 6,250 | 9,387 | 6,453 | 9,692 |
| 50230680 | 3743 | Telecommunications Engineer | 7,073 | 10,757 | 7,303 | 11,107 | 7,558 | 11,496 | 7,804 | 11,869 |
| 50230681 | 3744 | Telecommunications Engineer, Senior | 9,452 | 12,142 | 9,760 | 12,536 | 10,101 | 12,975 | 10,429 | 13,397 |
| 50372615 | 3832 | Telecommunications Engineer, Senior Advising | 10,682 | 13,125 | 11,029 | 13,552 | 11,415 | 14,026 | 11,786 | 14,482 |
| 50372614 | 3833 | Telecommunications Engineer, Senior Consulting | 10,682 | 13,125 | 11,029 | 13,552 | 11,415 | 14,026 | 11,786 | 14,482 |

### POWER GENERATION - HYDRO PROFESSIONALS

| ID | Code | Title | 1/1/2016 | | 1/1/2017 | | 1/1/2018 | | 1/1/2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Min | Max | Min | Max | Min | Max | Min | Max |
| 50216528 | 3670 | Hydro Analyst | 5,720 | 7,069 | 5,906 | 7,298 | 6,113 | 7,554 | 6,312 | 7,799 |
| 50262817 | 3777 | Hydro Analyst, Senior | 6,640 | 8,032 | 6,856 | 8,293 | 7,096 | 8,583 | 7,326 | 8,862 |
| 50216536 | 3678 | Hydro Outage Coordinator | 9,639 | 10,755 | 9,952 | 11,104 | 10,301 | 11,493 | 10,636 | 11,866 |
| 50216529 | 3671 | Hydro Scheduling Consultant | 7,486 | 9,254 | 7,729 | 9,555 | 7,999 | 9,889 | 8,259 | 10,211 |
| 50216530 | 3672 | Hydro Scheduling Consultant, Senior | 8,781 | 10,389 | 9,066 | 10,726 | 9,384 | 11,102 | 9,689 | 11,462 |
| 50262818 | 3778 | Hydrographer, Associate | 5,720 | 7,069 | 5,906 | 7,298 | 6,113 | 7,554 | 6,312 | 7,799 |
| 50216531 | 3673 | Hydrographer | 6,640 | 8,139 | 6,856 | 8,403 | 7,096 | 8,697 | 7,326 | 8,980 |
| 50216532 | 3674 | Hydrographer, Senior | 7,711 | 8,781 | 7,962 | 9,066 | 8,240 | 9,384 | 8,508 | 9,689 |
| 50262819 | 3779 | Power Generation License Coordinator, Associate | 5,354 | 7,069 | 5,528 | 7,298 | 5,722 | 7,554 | 5,908 | 7,799 |
| 50216533 | 3675 | Power Generation License Coordinator | 6,748 | 8,775 | 6,967 | 9,060 | 7,211 | 9,377 | 7,445 | 9,682 |
| 50216534 | 3676 | Power Generation License Coordinator, Senior | 7,926 | 10,529 | 8,183 | 10,871 | 8,470 | 11,252 | 8,745 | 11,618 |

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 99 of 256

| | | | Min | Max | Min | Max | Min | Max | Min | Max |
|---|---|---|---|---|---|---|---|---|---|---|
| 50262562 | 3769 | Power Generation License Project Manager BS Engineer, Senior (PIO) | 9,452 | 12,142 | 9,760 | 12,536 | 10,101 | 12,975 | 10,429 | 13,397 |
| 50262563 | 3770 | Power Generation License Project Manager | 7,073 | 10,757 | 7,303 | 11,107 | 7,558 | 11,496 | 7,804 | 11,869 |
| 50262564 | 3771 | Power Generation License Project Manager, Senior | 9,452 | 12,142 | 9,760 | 12,536 | 10,101 | 12,975 | 10,429 | 13,397 |
| 51790901 | 3902 | Power Generation Maintenance Planner, Associate | 6,174 | 7,672 | 6,374 | 7,922 | 6,598 | 8,199 | 6,812 | 8,466 |
| 50216535 | 3677 | Power Generation Maintenance Planner | 7,143 | 9,104 | 7,375 | 9,400 | 7,633 | 9,729 | 7,881 | 10,045 |
| 50262812 | 3773 | Power Generation Plant Engineer | 7,073 | 10,757 | 7,303 | 11,107 | 7,558 | 11,496 | 7,804 | 11,869 |
| 50405464 | 3853 | Power Generation Plant Engineer, Senior | 9,452 | 12,142 | 9,760 | 12,536 | 10,101 | 12,975 | 10,429 | 13,397 |
| 50216539 | 3681 | Power Generation Project Engineer, Associate | 5,848 | 8,784 | 6,038 | 9,069 | 6,250 | 9,387 | 6,453 | 9,692 |
| 50216538 | 3680 | Power Generation Project Engineer | 7,073 | 10,757 | 7,303 | 11,107 | 7,558 | 11,496 | 7,804 | 11,869 |
| 50216540 | 3682 | Power Generation Project Engineer, Senior | 9,452 | 12,142 | 9,760 | 12,536 | 10,101 | 12,975 | 10,429 | 13,397 |
| 50262565 | 3772 | Power Generation Project Engineer, Senior Consultant | 10,682 | 13,125 | 11,029 | 13,552 | 11,415 | 14,026 | 11,786 | 14,482 |
| 50216541 | 3683 | Power Generation Project Manager | 7,073 | 10,757 | 7,303 | 11,107 | 7,558 | 11,496 | 7,804 | 11,869 |
| 50216542 | 3684 | Power Generation Project Manager, Senior | 9,452 | 12,142 | 9,760 | 12,536 | 10,101 | 12,975 | 10,429 | 13,397 |
| 50216537 | 3679 | Power Generation Project Management Analyst | 5,710 | 8,032 | 5,895 | 8,293 | 6,102 | 8,583 | 6,300 | 8,862 |
| 50262813 | 3774 | Power Generation Project Management Analyst, Senior | 6,962 | 9,424 | 7,188 | 9,731 | 7,439 | 10,071 | 7,681 | 10,399 |
| 50216543 | 3685 | Power Generation Specialist | 7,498 | 9,371 | 7,742 | 9,676 | 8,013 | 10,015 | 8,273 | 10,340 |
| 50216544 | 3686 | Power Generation Specialist, Senior | 8,781 | 10,437 | 9,066 | 10,776 | 9,384 | 11,154 | 9,689 | 11,516 |
| 50264453 | 3776 | Power Generation Specialist, Senior Consultant | 9,639 | 11,139 | 9,952 | 11,501 | 10,301 | 11,903 | 10,636 | 12,290 |
| 50262814 | 3775 | Power Generation Technical Assistant | 24.72 | 30.90 | 25.52 | 31.90 | 26.41 | 33.02 | 27.27 | 34.09 |
| 50216546 | 3666 | Power Generation Technical Assistant, Senior | 29.66 | 37.07 | 30.62 | 38.27 | 31.69 | 39.61 | 32.72 | 40.90 |
| | | **NUCLEAR PROFESSIONALS** | **1/1/2016** | | **1/1/2017** | | **1/1/2018** | | **1/1/2019** | |
| | | | Min | Max | Min | Max | Min | Max | Min | Max |
| 50312848 | 3780 | (Nuc) Biologist | 6,194 | 8,775 | 6,396 | 9,060 | 6,620 | 9,377 | 6,835 | 9,682 |
| 50229560 | 3726 | (Nuc) Biologist, Senior | 7,742 | 10,529 | 7,993 | 10,871 | 8,273 | 11,252 | 8,542 | 11,618 |
| 50229562 | 3728 | (Nuc) Business Planner, Senior | 6,711 | 9,910 | 6,929 | 10,232 | 7,171 | 10,590 | 7,405 | 10,935 |
| 50252998 | 3755 | (Nuc) Emergency Planning Coordinator | 7,226 | 9,652 | 7,461 | 9,966 | 7,722 | 10,314 | 7,973 | 10,650 |
| 50252974 | 3756 | (Nuc) Emergency Planning Coordinator, Senior | 8,259 | 10,684 | 8,528 | 11,031 | 8,826 | 11,417 | 9,113 | 11,788 |
| 50314261 | 3865 | (Nuc) Emergency Planning Coordinator, Senior Advising | 11,218 | 11,753 | 11,583 | 12,135 | 11,988 | 12,559 | 12,378 | 12,968 |
| 50312851 | 3781 | (Nuc) Financial Analyst | 5,163 | 7,949 | 5,330 | 8,207 | 5,517 | 8,495 | 5,696 | 8,771 |
| 50229563 | 3729 | (Nuc) Financial Analyst, Senior | 6,711 | 9,910 | 6,929 | 10,232 | 7,171 | 10,590 | 7,405 | 10,935 |
| 50381221 | 3837 | (Nuc) Financial Analyst, Senior Advising | 10,405 | 10,901 | 10,744 | 11,255 | 11,120 | 11,649 | 11,481 | 12,028 |

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 100 of 256

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 50229564 | 3730 | (Nuc) Maintenance Coordinator | 6,711 | 9,601 | 6,929 | 9,913 | 7,171 | 10,260 | 7,405 | 10,594 |
| 50312853 | 3782 | (Nuc) Maintenance Coordinator, Senior | 8,259 | 10,428 | 8,528 | 10,767 | 8,826 | 11,143 | 9,113 | 11,506 |
| 51614341 | 0002 | (Nuc) Maintenance Coor, Sr Advsng-ESC | 10,950 | 11,470 | 11,306 | 11,843 | 11,702 | 12,257 | 12,082 | 12,656 |
| 50311305 | 3783 | (Nuc) Outage Window Manager, Senior | 10,322 | 12,904 | 10,657 | 13,323 | 11,030 | 13,790 | 11,389 | 14,238 |
| 51722982 | 3257 | (Nuc) Outage Window Manager, Senior Advising-ESC | 10,838 | 14,194 | 11,190 | 14,656 | 11,582 | 15,169 | 11,958 | 15,662 |
| 50253122 | 3757 | (Nuc) Performance Improvement Coordinator, Associate | 6,194 | 8,260 | 6,396 | 8,528 | 6,620 | 8,826 | 6,835 | 9,113 |
| 50253123 | 3758 | (Nuc) Performance Improvement Coordinator | 7,226 | 9,652 | 7,461 | 9,966 | 7,722 | 10,315 | 7,973 | 10,650 |
| 50253124 | 3759 | (Nuc) Performance Improvement Coordinator, Senior | 8,259 | 10,580 | 8,528 | 10,924 | 8,826 | 11,306 | 9,113 | 11,674 |
| 50314271 | 3866 | (Nuc) Performance Improvement Coordinator, Senior Advising | 11,109 | 11,638 | 11,470 | 12,017 | 11,872 | 12,437 | 12,258 | 12,841 |
| 50312855 | 3786 | (Nuc) Procedure Writer-Eng/OPS | 7,495 | 10,757 | 7,739 | 11,106 | 8,010 | 11,495 | 8,270 | 11,869 |
| 50312856 | 3787 | (Nuc) Procedure Writer-Eng/OPS, Senior | 8,775 | 11,769 | 9,060 | 12,151 | 9,377 | 12,576 | 9,682 | 12,985 |
| 50445555 | 3864 | (Nuc) Procedure Writer-Eng/OPS, Senior Advising | 12,356 | 12,944 | 12,758 | 13,365 | 13,204 | 13,833 | 13,633 | 14,282 |
| 50312858 | 3784 | (Nuc) Procedure Writer-Tech | 7,271 | 10,434 | 7,507 | 10,773 | 7,770 | 11,150 | 8,022 | 11,513 |
| 50312859 | 3785 | (Nuc) Procedure Writer-Tech, Senior | 8,511 | 11,416 | 8,788 | 11,787 | 9,096 | 12,199 | 9,391 | 12,596 |
| 50381219 | 3836 | (Nuc) Procedure Writer- Tech, Senior Advising | 11,986 | 12,557 | 12,376 | 12,965 | 12,809 | 13,419 | 13,225 | 13,855 |
| 50253125 | 3760 | (Nuc) Procurement Specialist, Associate | 4,645 | 6,711 | 4,796 | 6,929 | 4,964 | 7,171 | 5,125 | 7,405 |
| 50253126 | 3761 | (Nuc) Procurement Specialist | 5,678 | 8,464 | 5,862 | 8,740 | 6,068 | 9,045 | 6,265 | 9,339 |
| 50253127 | 3762 | (Nuc) Procurement Specialist, Senior | 7,226 | 10,219 | 7,461 | 10,551 | 7,722 | 10,921 | 7,973 | 11,276 |
| 50238147 | 3748 | (Nuc) Procurement Technical Specialist, Associate | 4,749 | 6,916 | 4,903 | 7,141 | 5,075 | 7,391 | 5,240 | 7,631 |
| 50238148 | 3749 | (Nuc) Procurement Technical Specialist | 5,781 | 8,775 | 5,968 | 9,060 | 6,177 | 9,377 | 6,378 | 9,682 |
| 50238149 | 3750 | (Nuc) Procurement Technical Specialist, Senior | 7,433 | 10,529 | 7,674 | 10,871 | 7,943 | 11,252 | 8,201 | 11,618 |
| 50229569 | 3735 | (Nuc) Project Manager, Associate | 5,848 | 8,784 | 6,038 | 9,069 | 6,250 | 9,387 | 6,453 | 9,692 |
| 50229568 | 3734 | (Nuc) Project Manager | 7,073 | 10,757 | 7,303 | 11,107 | 7,558 | 11,496 | 7,804 | 11,869 |
| 50229570 | 3736 | (Nuc) Project Manager, Senior | 9,452 | 12,142 | 9,760 | 12,536 | 10,101 | 12,975 | 10,429 | 13,397 |
| 50381222 | 3838 | (Nuc) Project Manager, Senior Advising | 10,682 | 13,125 | 11,029 | 13,552 | 11,415 | 14,026 | 11,786 | 14,482 |
| 50229571 | 3737 | (Nuc) Records Analyst | 5,163 | 7,949 | 5,330 | 8,207 | 5,517 | 8,495 | 5,696 | 8,771 |
| 50229572 | 3738 | (Nuc) Scheduler | 6,711 | 9,601 | 6,929 | 9,913 | 7,171 | 10,260 | 7,405 | 10,594 |
| 50229573 | 3739 | (Nuc) Scheduler, Senior | 8,259 | 10,428 | 8,528 | 10,767 | 8,826 | 11,143 | 9,113 | 11,506 |
| 51614338 | 0001 | (Nuc) Scheduler, Sr Advising-ESC | 10,950 | 11,470 | 11,306 | 11,843 | 11,702 | 12,257 | 12,082 | 12,656 |
| 50312860 | 3788 | (Nuc) Security Coordinator | 6,710 | 9,601 | 6,929 | 9,913 | 7,171 | 10,260 | 7,404 | 10,593 |
| 50229574 | 3740 | (Nuc) Technical Analyst | 5,162 | 7,950 | 5,330 | 8,208 | 5,517 | 8,495 | 5,696 | 8,771 |
| 50253128 | 3763 | (Nuc) Work Week Manager | 7,742 | 11,046 | 7,993 | 11,405 | 8,273 | 11,804 | 8,542 | 12,188 |

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 101 of 256

| | | | 1/1/2016 | | 1/1/2017 | | 1/1/2018 | | 1/1/2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| 50312862 | 3789 | (Nuc) Work Week Manager, Senior | 9,291 | 12,388 | 9,593 | 12,790 | 9,929 | 13,238 | 10,251 | 13,668 |
| 50381223 | 3839 | (Nuc) Work Week Manager, Senior Advising | 13,008 | 13,626 | 13,431 | 14,069 | 13,901 | 14,561 | 14,352 | 15,034 |

**DISTRIBUTION OUTAGE COORDINATORS**

| | | | 1/1/2016 | | 1/1/2017 | | 1/1/2018 | | 1/1/2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Min | Max | Min | Max | Min | Max | Min | Max |
| 50245778 | 3751 | Energy Delivery Outage Coordinator | 5,970 | 7,712 | 6,164 | 7,962 | 6,380 | 8,241 | 6,587 | 8,509 |

**GENERATION INTERCONNECTION**

| | | | 1/1/2016 | | 1/1/2017 | | 1/1/2018 | | 1/1/2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Min | Max | Min | Max | Min | Max | Min | Max |
| 51587857 | 0382 | EGI Interconnection Manager - ESC, Asc | 34.87 | 44.44 | 36.00 | 45.88 | 37.26 | 47.49 | 38.47 | 49.03 |
| 51587859 | 0383 | EGI Interconnection Manager - ESC | 46.34 | 57.70 | 47.85 | 59.58 | 49.52 | 61.67 | 51.13 | 63.67 |
| 51587860 | 0384 | EGI Interconnection Manager - ESC, Sr | 52.58 | 64.12 | 54.29 | 66.20 | 56.19 | 68.52 | 58.02 | 70.75 |
| 51587861 | 0372 | EGI Account Representative - ESC | 29.21 | 41.86 | 30.16 | 43.22 | 31.22 | 44.73 | 32.23 | 46.18 |
| 51587862 | 0385 | EGI Business Analyst - ESC | 31.50 | 43.18 | 32.52 | 44.58 | 33.66 | 46.14 | 34.75 | 47.64 |
| 51587863 | 0386 | EGI Business Analyst - ESC, Sr | 37.39 | 51.39 | 38.61 | 53.06 | 39.96 | 54.92 | 41.26 | 56.70 |
| 51587864 | 0387 | EGI Contract Manager - ESC | 31.50 | 43.18 | 32.52 | 44.58 | 33.66 | 46.14 | 34.75 | 47.64 |
| 51587865 | 0388 | EGI Contract Manager - ESC, Sr | 37.39 | 51.39 | 38.61 | 53.06 | 39.96 | 54.92 | 41.26 | 56.70 |

**TRANSMISSION PLANNING**

| | | | 1/1/2016 | | 1/1/2017 | | 1/1/2018 | | 1/1/2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Min | Max | Min | Max | Min | Max | Min | Max |
| 51587866 | 0391 | Transmission Planning Engineer, Asc-ESC | 5,848 | 8,784 | 6,038 | 9,070 | 6,250 | 9,387 | 6,453 | 9,692 |
| 51587867 | 0392 | Transmission Planning Engineer-ESC | 7,073 | 10,757 | 7,303 | 11,106 | 7,558 | 11,495 | 7,804 | 11,869 |
| 51587868 | 0393 | Transmission Planning Engineer, Sr-ESC | 9,452 | 12,142 | 9,760 | 12,536 | 10,101 | 12,975 | 10,429 | 13,397 |
| 51587869 | 0394 | Transmission Planning Engr, Sr Cslt-ESC | 10,682 | 13,125 | 11,029 | 13,552 | 11,415 | 14,026 | 11,786 | 14,482 |
| 51592663 | 0394 | Transmission Planning Eng,Sr Advsng-ESC | 10,682 | 13,125 | 11,029 | 13,552 | 11,415 | 14,026 | 11,786 | 14,482 |

**AUTOMATION/POWER QUALITY**

| | | | 1/1/2016 | | 1/1/2017 | | 1/1/2018 | | 1/1/2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Min | Max | Min | Max | Min | Max | Min | Max |
| 51587870 | 0395 | Automation Engineer, Associate-ESC | 5,848 | 8,784 | 6,038 | 9,069 | 6,250 | 9,387 | 6,453 | 9,692 |
| 51587871 | 0396 | Automation Engineer-ESC | 7,073 | 10,757 | 7,303 | 11,107 | 7,558 | 11,496 | 7,804 | 11,869 |
| 51587872 | 0397 | Automation Engineer, Senior-ESC | 9,452 | 12,142 | 9,760 | 12,536 | 10,101 | 12,975 | 10,429 | 13,397 |
| 51587873 | 0408 | Automation Engineer, Sr Consulting-ESC | 10,682 | 13,125 | 11,029 | 13,552 | 11,415 | 14,026 | 11,786 | 14,482 |
| 51592664 | 0408 | Automation Engineer, Senior Advising-ESC | 10,682 | 13,125 | 11,029 | 13,552 | 11,415 | 14,026 | 11,786 | 14,482 |
| 51587874 | 0409 | Automation Engineer, Principal-ESC | 10,978 | 14,085 | 11,335 | 14,543 | 11,731 | 15,052 | 12,112 | 15,541 |
| 51587875 | 0412 | Power Quality Engineer, Associate-ESC | 5,848 | 8,784 | 6,038 | 9,069 | 6,250 | 9,387 | 6,453 | 9,692 |
| 51588176 | 0420 | Power Quality Engineer-ESC | 7,073 | 10,757 | 7,303 | 11,107 | 7,558 | 11,496 | 7,804 | 11,869 |
| 51588177 | 0421 | Power Quality Engineer, Senior-ESC | 9,452 | 12,142 | 9,760 | 12,536 | 10,101 | 12,975 | 10,429 | 13,397 |
| 51588178 | 0428 | Power Quality Engr, Sr Consulting-ESC | 10,682 | 13,125 | 11,029 | 13,552 | 11,415 | 14,026 | 11,786 | 14,482 |

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 102 of 256

| | | | 1/1/2016 | | 1/1/2017 | | 1/1/2018 | | 1/1/2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Min | Max | Min | Max | Min | Max | Min | Max |
| 51592666 | 0428 | Power Quality Eng, Senior Advising-ESC | 10,682 | 13,125 | 11,029 | 13,552 | 11,415 | 14,026 | 11,786 | 14,482 |

### METER ENGINEERING

| | | | 1/1/2016 | | 1/1/2017 | | 1/1/2018 | | 1/1/2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Min | Max | Min | Max | Min | Max | Min | Max |
| 51588179 | 0429 | Metering Engineer, Associate-ESC | 5,848 | 8,784 | 6,038 | 9,069 | 6,250 | 9,387 | 6,453 | 9,692 |
| 51588180 | 0431 | Metering Engineer-ESC | 7,073 | 10,757 | 7,303 | 11,107 | 7,558 | 11,496 | 7,804 | 11,869 |
| 51588181 | 0432 | Metering Engineer, Senior-ESC | 9,452 | 12,142 | 9,760 | 12,536 | 10,101 | 12,975 | 10,429 | 13,397 |
| 51588182 | 0446 | Metering Engineer, Sr Consulting-ESC | 10,682 | 13,125 | 11,029 | 13,552 | 11,415 | 14,026 | 11,786 | 14,482 |
| 51592667 | 0446 | Metering Engineer, Sr Advising-ESC | 10,682 | 13,125 | 11,029 | 13,552 | 11,415 | 14,026 | 11,786 | 14,482 |

### TRANSMISSION OPERATIONS ENGINEERING

| | | | 1/1/2016 | | 1/1/2017 | | 1/1/2018 | | 1/1/2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Min | Max | Min | Max | Min | Max | Min | Max |
| 51729049 | 3318 | Transmission Operations Engineer, Associate | 5,848 | 9,223 | 6,038 | 9,522 | 6,250 | 9,856 | 6,453 | 10,176 |
| 51729102 | 3319 | Transmission Operations Engineer | 7,073 | 11,295 | 7,303 | 11,662 | 7,558 | 12,070 | 7,804 | 12,463 |
| 51729103 | 3320 | Transmission Operations Engineer, Senior | 9,452 | 12,749 | 9,760 | 13,164 | 10,101 | 13,624 | 10,429 | 14,067 |
| 51729104 | 3321 | Transmission Operations Engineer, Senior Consulting | 10,682 | 13,781 | 11,029 | 14,229 | 11,415 | 14,727 | 11,786 | 15,206 |
| 51730775 | 3322 | Transmission Operations Engineer, Senior Advising | 10,682 | 13,781 | 11,029 | 14,229 | 11,415 | 14,727 | 11,786 | 15,206 |

### SMARTMETER OPERATIONS CENTER

| | | | 1/1/2016 | | 1/1/2017 | | 1/1/2018 | | 1/1/2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Min | Max | Min | Max | Min | Max | Min | Max |
| 51738237 | 3323 | IT Applications Operations Analyst, Assoc-ESC | 30.45 | 38.06 | 31.44 | 39.30 | 32.54 | 40.68 | 33.60 | 42.00 |
| 51738946 | 3324 | IT Applications Operations Analyst-ESC | 34.20 | 46.75 | 35.31 | 48.27 | 36.55 | 49.96 | 37.74 | 51.58 |
| 51739131 | 3325 | IT Business Operations Analyst, Associate-ESC | 28.82 | 36.42 | 29.76 | 37.60 | 30.80 | 38.92 | 31.80 | 40.18 |
| 51738257 | 3326 | IT Systems Operations Analyst, Associate-ESC | 28.82 | 36.42 | 29.76 | 37.60 | 30.80 | 38.92 | 31.80 | 40.18 |
| 51738258 | 3327 | IT Systems Operations Analyst, ESC | 33.04 | 46.22 | 34.11 | 47.72 | 35.30 | 49.39 | 36.45 | 51.00 |
| 51738489 | 3327 | PIO IT Systems Opreations Analyst-ESC | 33.04 | 46.22 | 34.11 | 47.72 | 35.30 | 49.39 | 36.45 | 51.00 |
| 51738488 | 3328 | PIO IT Applications Operations Analyst-ESC | 34.20 | 49.52 | 35.31 | 51.13 | 36.55 | 52.92 | 37.74 | 54.64 |
| 51739130 | 3329 | IT Applications Operations Analyst, Senior-ESC | 8,199 | 10,177 | 8,465 | 10,508 | 8,762 | 10,876 | 9,046 | 11,229 |
| 51739128 | 3330 | IT Applications Operations Analyst, Expert-ESC | 9,330 | 11,591 | 9,633 | 11,967 | 9,970 | 12,386 | 10,294 | 12,789 |
| 51739133 | 3331 | IT Business Operations Analyst-ESC | 5,728 | 8,010 | 5,914 | 8,271 | 6,121 | 8,560 | 6,320 | 8,838 |
| 51738253 | 3332 | IT Business Operations Analyst, Senior-ESC | 7,445 | 9,235 | 7,687 | 9,535 | 7,956 | 9,869 | 8,214 | 10,190 |
| 51738256 | 3333 | IT Business Operations Analyst, Expert-ESC | 8,953 | 11,214 | 9,244 | 11,578 | 9,567 | 11,983 | 9,878 | 12,373 |
| 51738263 | 3334 | IT Systems Operations Analyst, Senior-ESC | 7,445 | 9,235 | 7,687 | 9,535 | 7,956 | 9,869 | 8,214 | 10,190 |
| 51738264 | 3335 | IT Systems Operations Analyst, Expert-ESC | 8,953 | 11,214 | 9,244 | 11,578 | 9,567 | 11,983 | 9,878 | 12,373 |

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 103 of 256

| | | | 1/1/2016 | | 1/1/2017 | | 1/1/2018 | | 1/1/2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| 51738485 | 3336 | PIO IT Applications Operations Analyst, Senior-ESC | 8,199 | 10,844 | 8,465 | 11,196 | 8,762 | 11,588 | 9,046 | 11,965 |
| 51738486 | 3337 | PIO IT Business Operations Analyst, Senior-ESC | 7,445 | 10,215 | 7,687 | 10,546 | 7,956 | 10,916 | 8,214 | 11,270 |
| 51738487 | 3338 | PIO IT Systems Operations Analyst, Senior, ESC | 7,445 | 10,215 | 7,687 | 10,546 | 7,956 | 10,916 | 8,214 | 11,270 |
| | | **GAS STATION ENGINEERING** | **1/1/2016** | | **1/1/2017** | | **1/1/2018** | | **1/1/2019** | |
| | | | Min | Max | Min | Max | Min | Max | Min | Max |
| 51785471 | 3896 | Control Systems Engineer, Associate | 5,848 | 8,784 | 6,038 | 9,069 | 6,250 | 9,387 | 6,453 | 9,692 |
| 51785655 | 3897 | Control Systems Engineer | 7,073 | 10,757 | 7,303 | 11,107 | 7,558 | 11,496 | 7,804 | 11,869 |
| 51785656 | 3898 | Control Systems Engineer, Senior | 9,452 | 12,142 | 9,760 | 12,536 | 10,101 | 12,975 | 10,429 | 13,397 |
| 51785657 | 3899 | Control Systems Engineer, Senior Consulting | 10,682 | 13,125 | 11,029 | 13,552 | 11,415 | 14,026 | 11,786 | 14,482 |
| 51785658 | 3900 | Control Systems Engineer, Senior Advising | 10,682 | 13,125 | 11,029 | 13,552 | 11,415 | 14,026 | 11,786 | 14,482 |
| 51785659 | 3901 | Control Systems Engineer, Principal | 10,978 | 14,085 | 11,335 | 14,543 | 11,731 | 15,052 | 12,112 | 15,541 |
| 51785378 | 3890 | Gas Project (Plant) Engineer, Associate | 5,848 | 8,784 | 6,038 | 9,069 | 6,250 | 9,387 | 6,453 | 9,692 |
| 51785384 | 3891 | Gas Project (Plant) Engineer | 7,073 | 10,757 | 7,303 | 11,107 | 7,558 | 11,496 | 7,804 | 11,869 |
| 51785389 | 3892 | Gas Project (Plant) Engineer, Senior | 9,452 | 12,142 | 9,760 | 12,536 | 10,101 | 12,975 | 10,429 | 13,397 |
| 51785393 | 3893 | Gas Project (Plant) Engineer, Senior Consulting | 10,682 | 13,125 | 11,029 | 13,552 | 11,415 | 14,026 | 11,786 | 14,482 |
| 51785394 | 3894 | Gas Project (Plant) Engineer, Senior Advising | 10,682 | 13,125 | 11,029 | 13,552 | 11,415 | 14,026 | 11,786 | 14,482 |
| 51785395 | 3895 | Gas Project (Plant) Engineer, Principal | 10,978 | 14,085 | 11,335 | 14,543 | 11,731 | 15,052 | 12,112 | 15,541 |
| 51785396 | 3884 | Power Systems Engineer (Gas), Associate | 5,848 | 8,784 | 6,038 | 9,069 | 6,250 | 9,387 | 6,453 | 9,692 |
| 51785397 | 3885 | Power Systems Engineer (Gas) | 7,073 | 10,757 | 7,303 | 11,107 | 7,558 | 11,496 | 7,804 | 11,869 |
| 51785398 | 3886 | Power Systems Engineer (Gas), Senior | 9,452 | 12,142 | 9,760 | 12,536 | 10,101 | 12,975 | 10,429 | 13,397 |
| 51785399 | 3887 | Power Systems Engineer (Gas), Senior Consulting | 10,682 | 13,125 | 11,029 | 13,552 | 11,415 | 14,026 | 11,786 | 14,482 |
| 51785400 | 3888 | Power Systems Engineer (Gas), Senior Advising | 10,682 | 13,125 | 11,029 | 13,552 | 11,415 | 14,026 | 11,786 | 14,482 |
| 51785463 | 3889 | Power Systems Engineer (Gas), Principal | 10,978 | 14,085 | 11,335 | 14,543 | 11,731 | 15,052 | 12,112 | 15,541 |

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 104 of 256

## II  CLASSIFICATIONS ALPHABETICALLY (Amended 1/1/16)

| CLASSIFICATIONS | SAP Job Code | Legacy Code |
|---|---|---|
| (Nuc) Biologist | 50312848 | 3780 |
| (Nuc) Biologist, Senior | 50229560 | 3726 |
| (Nuc) Business Planner, Senior | 50229562 | 3728 |
| (Nuc) Chemistry Engineer | 50222821 | 3692 |
| (Nuc) Chemistry Engineer, Associate | 50311385 | 3695 |
| (Nuc) Chemistry Engineer, Principal | 50478429 | 3872 |
| (Nuc) Chemistry Engineer, Senior | 50311384 | 3698 |
| (Nuc) Chemistry Engineer, Senior Consulting | 50311812 | 3697 |
| (Nuc) Emergency Planning Coordinator | 50252998 | 3755 |
| (Nuc) Emergency Planning Coordinator, Senior | 50252974 | 3756 |
| (Nuc) Emergency Planning Coordinator, Senior Advising | 50314261 | 3756 |
| (Nuc) Engineer | 50222853 | 3699 |
| (Nuc) Engineer, Associate | 50222824 | 3695 |
| (Nuc) Engineer, Principal | 50222851 | 3696 |
| (Nuc) Engineer, Senior | 50222852 | 3698 |
| (Nuc) Engineer, Senior Advising | 50222819 | 3691 |
| (Nuc) Engineer, Senior Consulting | 50222822 | 3697 |
| (Nuc) Financial Analyst | 50312851 | 3781 |
| (Nuc) Financial Analyst, Senior | 50229563 | 3729 |
| (Nuc) Financial Analyst, Senior Advising | 50381221 | 3837 |
| (Nuc) Instrument & Control Engineer | 50222823 | 3699 |
| (Nuc) Lead ISI / NDE Specialist, Senior | 50222854 | 3698 |
| (Nuc) Maintenance Coordinator | 50229564 | 3730 |
| (Nuc) Maintenance Coordinator, Senior | 50312853 | 3782 |
| (Nuc) Maintenance Coordinator, Senior Advising | 51614341 | 0002 |
| (Nuc) Outage Window Manager, Senior | 50311305 | 3783 |
| (Nuc) Outage Window Manager, Senior Advising | 51722982 | 3257 |
| (Nuc) Performance Improvement Coordinator | 50253123 | 3758 |
| (Nuc) Performance Improvement Coordinator, Associate | 50253122 | 3757 |
| (Nuc) Performance Improvement Coordinator, Senior | 50253124 | 3759 |
| (Nuc) Performance Improvement Coordinator, Senior Advising | 50314271 | 3759 |
| (Nuc) Procedure Writer- Tech, Senior Advising | 50381219 | 3836 |
| (Nuc) Procedure Writer-Eng/OPS | 50312855 | 3786 |
| (Nuc) Procedure Writer-Eng/OPS, Senior | 50312856 | 3787 |
| (Nuc) Procedure Writer-Eng/OPS, Senior Advising | 50445555 | 3864 |
| (Nuc) Procedure Writer-Tech | 50312858 | 3784 |
| (Nuc) Procedure Writer-Tech, Senior | 50312859 | 3785 |
| (Nuc) Procurement Specialist | 50253126 | 3761 |
| (Nuc) Procurement Specialist, Associate | 50253125 | 3760 |
| (Nuc) Procurement Specialist, Senior | 50253127 | 3762 |
| (Nuc) Procurement Technical Specialist | 50238148 | 3749 |
| (Nuc) Procurement Technical Specialist, Associate | 50238147 | 3748 |
| (Nuc) Procurement Technical Specialist, Senior | 50238149 | 3750 |
| (Nuc) Project Manager | 50229568 | 3660 |
| (Nuc) Project Manager, Associate | 50229569 | 3658 |
| (Nuc) Project Manager, Senior | 50229570 | 3662 |
| (Nuc) Project Manager, Senior Advising | 50381222 | 3838 |

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 105 of 256

| | | |
|---|---|---|
| (Nuc) Quality Auditor | 50222855 | 3701 |
| (Nuc) Quality Auditor, Senior | 50222856 | 3702 |
| (Nuc) Radiation Protection Engineer | 50216526 | 3668 |
| (Nuc) Radiation Protection Engineer, Associate | 50458043 | 3854 |
| (Nuc) Radiation Protection Engineer, Principal | 50478431 | 3873 |
| (Nuc) Radiation Protection Engineer, Senior | 50216527 | 3669 |
| (Nuc) Radiation Protection Engineer, Senior Advising | 50458044 | 3857 |
| (Nuc) Records Analyst | 50229571 | 3737 |
| (Nuc) Scheduler | 50229572 | 3738 |
| (Nuc) Scheduler, Senior | 50229573 | 3739 |
| (Nuc) Scheduler, Senior Advising | 51614338 | 0001 |
| (Nuc) Security Coordinator | 50312860 | 3788 |
| (Nuc) Technical Analyst | 50229574 | 3740 |
| (Nuc) Work Week Manager | 50253128 | 3763 |
| (Nuc) Work Week Manager, Senior | 50312862 | 3789 |
| (Nuc) Work Week Manager, Senior Advising | 50381223 | 3839 |
| Advising Maint & Constr Engr - ESC, Sr | 50247311 | 3754 |
| Aquatic Biologist | 50327905 | 3791 |
| Aquatic Biologist, Associate | 50327906 | 3790 |
| Aquatic Biologist, Senior | 50327907 | 3792 |
| Assistant Material Inspector | 50072904 | 3162 |
| Associate Distribution Engineer - Electric | 50010515 | 3091 |
| Associate Distribution Engineer - Gas | 50010516 | 3092 |
| Associate Distribution Engineer Local - Electric | 50115106 | 3623 |
| Associate Distribution Engineer Local - Gas | 50115108 | 3624 |
| Associate Distribution Engineer Local - Provisional  -  Electric | 50115105 | 3625 |
| Associate Distribution Engineer Local - Provisional  -  Gas | 50115107 | 3626 |
| Associate Distribution Engineer Provisional -  Gas | 50010518 | 3094 |
| Associate Nuclear Maintenance Planner | 50210501 | 3663 |
| Budget Analyst | 50327908 | 3796 |
| Budget Analyst, Senior | 50227114 | 3708 |
| Chief of Party | 50010492 | 2906 |
| Civil Engineer - Prj Engg | 51874197 | 3911 |
| Civil Engineer - Prj Engg, Asc | 51874276 | 3910 |
| Civil Engineer - Prj Engg, Senior | 51874193 | 3912 |
| Civil Engineer – Prj Engg, Sr Consltng | 51874188 | 3913 |
| Construction Planner | 50010498 | 2925 |
| Construction Planner Associate | 50258381 | 2926 |
| Consulting Civil Engineer - Prj Engg, Sr | 50195375 | 3643 |
| Consulting Electric Stds Engineer, Sr | 51874285 | 3913 |
| Consulting Electrical Engineer - Prj Engg, Sr | 50195374 | 3643 |
| Consulting Maint & Constr Engr - ESC, Sr | 50247309 | 3753 |
| Consulting Project Manager - ESC, Sr | 50226688 | 3704 |
| Consulting Project Manager BSEng - ESC, Sr | 50226691 | 3707 |
| Consulting Protection Engineer, Senior | 50208664 | 3649 |
| Consulting Remediation Project Manager | 50227118 | 3710 |
| Consulting Substn Strategy Engineer, Sr | 50208703 | 3656 |
| Contract Administrator | 50227122 | 3712 |
| Contract Administrator, Senior | 50327909 | 3795 |
| Control Systems Engineer, Associate – Gas | 51785471 | 3896 |

88

| | | |
|---|---|---|
| Control Systems Engineer – Gas | 51785655 | 3897 |
| Control Systems Engineer, Senior – Gas | 51785656 | 3898 |
| Control Systems Engineer, Senior Consulting – Gas | 51785657 | 3899 |
| Control Systems Engineer, Senior Advising – Gas | 51785658 | 3900 |
| Control Systems Engineer, Principal – Gas | 51785659 | 3901 |
| Cultural Resource Specialist | 50227123 | 3713 |
| Cultural Resource Specialist, Associate | 50327910 | 3793 |
| Cultural Resource Specialist, Senior | 50227124 | 3714 |
| Cultural Resource Specialist, Senior Consulting | 50327911 | 3794 |
| DCPP Field Design Engineer | 50010522 | 3128 |
| DCPP Senior Field Design Engineer | 50010523 | 3129 |
| Design Drafter | 50010506 | 3003 |
| Design Engineer | 50010504 | 2983 |
| Document Writer | 50010561 | 3315 |
| Drafter | 50010507 | 3004 |
| Electric Distribution Engineer | 51874186 | 3911 |
| Electric Distribution Engineer, Associate | 51874184 | 3910 |
| Electric Distribution Ops Engineer | 51874308 | 3922 |
| Electric Distribution Ops Eningeer, Associate | 51874307 | 3921 |
| Electric Distribution Ops Engineer, Lead | 51874309 | 3923 |
| Electric Stds Engineer | 51874291 | 3911 |
| Electric Stds Engineer, Associate | 51874290 | 3910 |
| Electric Stds Engineer, Senior | 51874284 | 3912 |
| Electrical Engineer - Prj Engg | 51874196 | 3911 |
| Electrical Engineer - Prj Engg, Asc | 51874200 | 3910 |
| Electrical Engineer - Prj Engg, Senior | 51874192 | 3912 |
| Electrical Engineer-Prj Engg, Sr Cnsltng | 51874187 | 3913 |
| Energy Delivery Outage Coordinator | 50245778 | 3751 |
| Engineer - Prj Engg, Asc | 51874278 | 3910 |
| Engineering Assistant I | 50010496 | 2918 |
| Engineering Assistant II | 50010495 | 2917 |
| Engineering Designer | 50073089 | 2977 |
| Engineering Estimator | 50010524 | 3143 |
| Engineering Estimator - Electric | 50010529 | 3150 |
| Engineering Estimator -– Gas | 50010530 | 3151 |
| Engineering Estimator Local - Electric | 50115114 | 3631 |
| Engineering Estimator Local - Gas | 50115115 | 3632 |
| Engineering Technician I | 50073275 | 3254 |
| Engineering Technician II | 50010552 | 3253 |
| Environmental Scientist | 50327912 | 3797 |
| Environmental Scientist, Senior | 50327913 | 3798 |
| Environmental Scientist, Senior Consulting | 50327914 | 3799 |
| Field Design Engineer | 51904942 | 3128 |
| Field Drafter | 50010511 | 3024 |
| Field Draftsman | 50010510 | 3023 |
| Field Engineer | 50010519 | 3100 |
| Field Engineer -– Nuclear | 50070826 | 3102 |
| Field Engineer -– Nuclear | 50073098 | 3102 |
| Field Engineering Technician | 50010521 | 3118 |
| Gas Distribution Engineer | 51874178 | 3911 |

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 107 of 256

| | | |
|---|---|---|
| Gas Distribution Engineer, Associate | 51874184 | 3910 |
| GIS Analyst | 50073852 | 3602 |
| GIS Analyst, Senior | 50083020 | 3603 |
| GIS Application Engineer | 50073854 | 3604 |
| Hydro Analyst | 50216528 | 3670 |
| Hydro Analyst, Senior | 50262817 | 3777 |
| Hydro Outage Coordinator | 50216536 | 3678 |
| Hydro Scheduling Consultant | 50216529 | 3671 |
| Hydro Scheduling Consultant, Senior | 50216530 | 3672 |
| Hydrographer | 50216531 | 3673 |
| Hydrographer, Associate | 50262818 | 3778 |
| Hydrographer, Senior | 50216532 | 3674 |
| Industrial Power Engineer | 50274725 | 3271 |
| Insulation Tester | 50010554 | 3256 |
| Junior Land Draftsman | 50073176 | 3034 |
| Land Agent | 50010493 | 2909 |
| Land Agent, Principal | 50111357 | 3617 |
| Land Agent, Senior | 50074110 | 3610 |
| Land Draftsman | 50010512 | 3033 |
| Land Planner | 50074114 | 3614 |
| Land Planner, Principal | 50074116 | 3616 |
| Land Planner, Senior | 50074115 | 3615 |
| Land Surveyor, Principal | 50074113 | 3613 |
| Land Surveyor, Senior | 50074112 | 3612 |
| Land Technical Specialist I | 50074100 | 2961 |
| Land Technical Specialist II | 50074101 | 2962 |
| Land Technical Specialist, Senior | 50074108 | 3608 |
| Land Technician | 50010500 | 2971 |
| Lead CADD Operator | 50010513 | 3037 |
| Lead Land Technician | 50010501 | 2972 |
| Lead Mapping Technician - Electric | 50010541 | 3228 |
| Lead Mapping Technician - Gas | 50010542 | 3229 |
| Maintenance & Constr Engineer - ESC | 51874293 | 3911 |
| Maintenance & Constr Engineer - ESC, Assoc | 51874303 | 3910 |
| Maintenance & Constr Engineer - ESC, Sr | 51874294 | 3912 |
| Maintenance & Constr Engr, Sr Cnsltg | 51874304 | 3913 |
| Maintenance & Constr Engr, Sr Advsng | 51874305 | 3913 |
| Mapping Technician -– Electric | 50010549 | 3241 |
| Mapping Technician -– Gas | 50010550 | 3242 |
| Material Inspector | 50010531 | 3160 |
| New Business Representative, Senior | 50274876 | 3272 |
| Nuclear Maintenance Planner | 50210502 | 3664 |
| Power Generation License Coordinator | 50216533 | 3675 |
| Power Generation License Coordinator, Associate | 50262819 | 3779 |
| Power Generation License Coordinator, Senior | 50216534 | 3676 |
| Power Generation License Project Manager | 50262563 | 3770 |
| Power Generation License Project Manager BS Engineer | 50262561 | 3768 |
| Power Generation License Project Manager BS Engineer, Senior | 50262562 | 3769 |
| Power Generation License Project Manager, Senior | 50262564 | 3771 |
| Power Generation Maintenance Planner | 50216535 | 3677 |

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 108 of 256

| | | |
|---|---|---|
| Power Generation Maintenance Planner, Associate | 51790901 | 3902 |
| Power Generation Plant Engineer | 50262812 | 3773 |
| Power Generation Plant Engineer, Senior | 50405464 | 3853 |
| Power Generation Project Engineer | 50216538 | 3680 |
| Power Generation Project Engineer, Associate | 50216539 | 3681 |
| Power Generation Project Engineer, Senior | 50216540 | 3682 |
| Power Generation Project Engineer, Senior Consultant | 50262565 | 3772 |
| Power Generation Project Management Analyst | 50216537 | 3679 |
| Power Generation Project Management Analyst, Senior | 50262813 | 3774 |
| Power Generation Project Manager | 50216541 | 3683 |
| Power Generation Project Manager, Senior | 50216542 | 3684 |
| Power Generation Specialist | 50216543 | 3685 |
| Power Generation Specialist, Senior | 50216544 | 3686 |
| Power Generation Specialist, Senior Consultant | 50264453 | 3776 |
| Power Generation Technical Assistant | 50262814 | 3775 |
| Power Generation Technical Assistant, Senior | 50216546 | 3666 |
| Power Systems Engineer, Associate – Gas | 51785396 | 3884 |
| Power Systems Engineer – Gas | 51785397 | 3885 |
| Power Systems Engineer, Senior – Gas | 51785398 | 3886 |
| Power Systems Engineer, Senior Consulting – Gas | 51785399 | 3887 |
| Power Systems Engineer, Senior Advising – Gas | 51785400 | 3888 |
| Power Systems Engineer, Principal – Gas | 51785463 | 3889 |
| Principal Mapping Technician - Electric | 50010539 | 3226 |
| Principal Mapping Technician - Gas | 50010540 | 3227 |
| Project Architect | 51874306 | 3911 |
| Project Controls Analyst -– ESC | 50208706 | 3659 |
| Project Controls Analyst -– ESC, Sr | 50208709 | 3661 |
| Project Controls Analyst – ESC, Expert | 51731345 | 3878 |
| Project (Plant) Engineer, Associate – Gas | 51785378 | 3890 |
| Project (Plant) Engineer – Gas | 51785384 | 3891 |
| Project (Plant) Engineer, Senior – Gas | 51785389 | 3892 |
| Project (Plant) Engineer, Senior Consulting – Gas | 51785393 | 3893 |
| Project (Plant) Engineer, Senior Advising – Gas | 51785394) | 3894 |
| Project (Plant) Engineer, Principal – Gas | 51785395 | 3895 |
| Project Management Analyst-Environmental | 50227305 | 3720 |
| Project Management Analyst-Environmental, Senior | 50227306 | 3721 |
| Project Manager -– ESC | 51874291 | 3911 |
| Project Manager - ESC, Assoc | 51874290 | 3910 |
| Project Manager - ESC, Sr | 51874292 | 3912 |
| Project Manager BSEng -– ESC | 50226689 | 3705 |
| Project Manager BSEng -– ESC, Associate | 50230682 | 3745 |
| Project Manager BSEng -– ESC, Sr | 50226690 | 3706 |
| Project Manager, Sr Cnsltng-ESC | 51874295 | 3913 |
| Project Surveyor | 50074111 | 3611 |
| Protection Engineer | 51874280 | 3922 |
| Protection Engineer, Associate | 51874279 | 3921 |
| Protection Engineer, Senior | 51874281 | 3923 |
| Protection Engineer, Sr Cnsltng | 51874282 | 3924 |
| Real Estate Technical Specialist I | 50074102 | 2963 |
| Real Estate Technical Specialist II | 50074103 | 2964 |

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 109 of 256

| | | |
|---|---|---|
| Real Estate Technical Specialist, Senior | 50074104 | 3601 |
| Real Estate Technical Specialist, Sr-PIO | 50074109 | 3609 |
| Remediation Project Manager | 50227116 | 3722 |
| Remediation Project Manager, Senior | 50227117 | 3723 |
| Right of Way Agent | 50010631 | 3605 |
| Right of Way Agent | 50074105 | 3605 |
| Right of Way Agent, Principal | 50074107 | 3607 |
| Right of Way Agent, Senior | 50074106 | 3606 |
| Scheduler -– ESC | 50073850 | 3563 |
| Scheduler in Training | 50073851 | 3564 |
| Scientist, Senior Consulting | 50227121 | 3711 |
| Senior Construction Planner - DCPP | 50010499 | 2927 |
| Senior Design Drafter | 50010505 | 3000 |
| Senior Design Engineer | 50010503 | 2980 |
| Senior Engineering Assistant | 50010494 | 2916 |
| Senior Engineering Designer | 50073036 | 2976 |
| Senior Engineering Estimator | 50073037 | 3140 |
| Senior Engineering Estimator - Gas | 50010526 | 3145 |
| Senior Engineering Estimator  Local - Electric | 50115109 | 3627 |
| Senior Engineering Estimator  Local - Gas | 50115111 | 3628 |
| Senior Engineering Estimator (passed test) - Electric | 50010527 | 3147 |
| Senior Engineering Estimator (passed test) - Gas | 50010528 | 3148 |
| Senior Engineering Estimator (passed test) Local - Electric | 50115112 | 3629 |
| Senior Engineering Estimator (passed test) Local - Gas | 50115113 | 3630 |
| Senior Engineering Estimator- Electric | 50010525 | 3144 |
| Senior Engineering Technician | 50010551 | 3250 |
| Senior Field Design Engineer | 51905803 | 3129 |
| Senior Field Drafter | 50010509 | 3021 |
| Senior Field Draftsman | 50010508 | 3020 |
| Senior Field Engineering Technician | 50010520 | 3117 |
| Senior Instrument Technician  (PIO) | 50010548 | 3239 |
| Senior Insulation Tester | 50010553 | 3255 |
| Senior Land Draftsman (PIO) | 50073040 | 3030 |
| Senior Land Technician | 50010502 | 2974 |
| Senior Map Draftsman - Electric | 50070759 | 3181 |
| Senior Map Draftsman -– Gas | 50073042 | 3182 |
| Senior Mapping Technician - Electric | 50010543 | 3230 |
| Senior Mapping Technician - Gas | 50010544 | 3231 |
| Senior Mapping Technician (passed test) - Electric | 50010545 | 3232 |
| Senior Mapping Technician (passed test) - Gas | 50010546 | 3233 |
| Senior Nuclear Maintenance Planner | 50210503 | 3665 |
| Senior Technical Specialist II | 50010497 | 2919 |
| Senior Transitman | 50073105 | 3270 |
| Substation Engineer - Prj Engg | 51874195 | 3911 |
| Substation Engineer - Prj Engg, Asc | 51874199 | 3910 |
| Substation Engineer - Prj Engg, Senior | 51874191 | 3912 |
| Substn Strategy Engineer | 518742587 | 3911 |
| Substn Strategy Engineer, Assoc | 51874286 | 3910 |
| Substn Strategy Engineer, Senior | 518742588 | 3912 |
| Substn Strategy Engineer, Sr Cnsltng | 51874289 | 3913 |

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 110
of 256

| | | |
|---|---|---|
| Technical Assistant-Environmental | 50227307 | 3567 |
| Technical Assistant-Environmental, Senior | 50227308 | 3568 |
| Technical Specialist I | 50073152 | 2921 |
| Technical Specialist II | 50073153 | 2920 |
| Technologist | 50010556 | 3265 |
| Telecommunications Engineer | 50230680 | 3743 |
| Telecommunications Engineer, Associate | 50230679 | 3742 |
| Telecommunications Engineer, Senior | 50230681 | 3744 |
| Telecommunications Engineer, Senior Advising | 50372615 | 3832 |
| Telecommunications Engineer, Senior Consulting | 50372614 | 3833 |
| Terrestrial Biologist | 50327916 | 3791 |
| Terrestrial Biologist, Associate | 50326837 | 3790 |
| Terrestrial Biologist, Senior | 50311306 | 3792 |
| Transitman | 50073067 | 3273 |
| Transm Line Engineer - Prj Engg | 51874194 | 3911 |
| Transm Line Engineer - Prj Engg, Asc | 51874198 | 3910 |
| Transm Line Engineer - Prj Engg, Senior | 51874189 | 3912 |

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 111 of 256

## III BEGINNING CLASSIFICATIONS (Amended 1/1/16)

| SAP CODE | PSG CODE | CLASSIFICATION |
|---|---|---|

**DIVISION ELECTRIC AND GAS - HOURLY**

| | | |
|---|---|---|
| 50010529 | 3150 | Engineering Estimator-Electric |
| 50010530 | 3151 | Engineering Estimator-Gas |
| 50010549 | 3241 | Mapping Technician-Electric |
| 50010550 | 3242 | Mapping Technician-Gas |
| 50073851 | 3564 | Scheduler-in-Training |

**LAND - HOURLY**

| | | |
|---|---|---|
| 50010500 | 2971 | Land Technician |
| 50073089 | 2977 | Engineering Designer |
| 50073176 | 3034 | Junior Land Draftsman |

**GENERAL OFFICE - HOURLY**

| | | |
|---|---|---|
| 50010496 | 2918 | Engineering Assistant I |
| 50072904 | 3162 | Assistant Material Inspector |

**APPLIED TECHNICAL SERVICES - HOURLY**

| | | |
|---|---|---|
| 50073152 | 2921 | Technical Specialist I |
| 50073275 | 3254 | Engineering Technician |

**DESIGN DRAFTING - HOURLY**

| | | |
|---|---|---|
| 50010504 | 2983 | Design Engineer |
| 50010507 | 3004 | Drafter |
| 50010511 | 3024 | Field Drafter |
| 50010522 | 3128 | DCPP Field Design Engineer |
| 51904942 | 3128 | Field Design Engineer |

**MATERIALS - HOURLY**

| | | |
|---|---|---|
| 50010554 | 3256 | Insulation Tester |

**GENERAL CONSTRUCTION - HOURLY**

| | | |
|---|---|---|
| 50010510 | 3023 | Field Draftsman |
| 50010519 | 3100 | Field Engineer |
| 50010521 | 3118 | Field Engineering Technician |
| 50073067 | 3273 | Transitman |

**PIPELINE OPERATIONS - HOURLY**

| | | |
|---|---|---|
| | 2914 | Engineering Assistant C |
| 50010524 | 3143 | Engineering Estimator |

**DISTRIBUTION ENGINEERING - MONTHLY**

| | | |
|---|---|---|
| 51874184 | 3910 | Gas Distribution Engineer, Associate |
| 51874184 | 3910 | Electric Distribution Engineer, Associate |

94

| 51874307 | 3921 | Electric Distribution Operations Engineer, Asc |
|----------|------|------------------------------------------------|

**NUCLEAR - DCPP - HOURLY (Added 1/1/09, Amended 1/1/16)**

| 50352680 | 3590 | Associate Nuclear Planner |
|----------|------|---------------------------|

**NUCLEAR - DCPP PROFESSIONALS - MONTHLY (Added 1/1/09, Amended 1/1/16)**

| 50229564 | 3730 | (Nuc) Maintenance Coordinator |
|----------|------|-------------------------------|
| 50229571 | 3737 | (Nuc) Records Analyst |
| 50229572 | 3738 | (Nuc) Scheduler |
| 50229574 | 3740 | (Nuc) Technical Analyst |
| 50238147 | 3748 | (Nuc) Procurement Technical Specialist, Asc |
| 50252998 | 3755 | (Nuc) Emergency Planning Coordinator |
| 50253122 | 3757 | (Nuc) Performance Improvement Coordinator, Asc |
| 50253125 | 3760 | (Nuc) Procurement Specialist, Associate |
| 50253128 | 3763 | (Nuc) Work Week Manager |
| 50312848 | 3780 | (Nuc) Biologist |
| 50312851 | 3781 | (Nuc) Financial Analyst |
| 50312855 | 3786 | (Nuc) Procedure Writer-Eng/OPS |
| 50312858 | 3784 | (Nuc) Procedure Writer-Tech |
| 50312860 | 3788 | (Nuc) Security Coordinator |
| 50406084 | 3851 | (Nuc) Materials Coordinator |
| 50229569 | 3735 | (Nuc) Project Manager, Associate |

**NUCLEAR - DCPP ENGINEERING AND QUALITY VERIFICATION - MONTHLY**

| 50222824 | 3695 | (Nuc) Engineer, Associate |
|----------|------|---------------------------|
| 50311385 | 3695 | (Nuc) Chemistry Engineer, Associate |
| 50458043 | 3854 | (Nuc) Radiation Protection Engineer, Associate |

**PROJECT MANAGEMENT - MONTHLY (Added 1/1/09)**

| 51874290 | 3910 | Project Manager-ESC, Assoc |
|----------|------|----------------------------|
| 50230682 | 3745 | Project Manager BSEng-ESC, Associate |
| 50208706 | 3659 | Project Controls Analyst-ESC |

**LAND - HOURLY**

| 50074102 | 2963 | Real Estate Technical Specialist I |
|----------|------|------------------------------------|
| 50074100 | 2961 | Land Technical Specialist I |

**LAND - MONTHLY**

| 50073852 | 3602 | GIS Analyst |
|----------|------|-------------|
| 50074105 | 3605 | Right of Way Agent |
| 50074111 | 3611 | Project Surveyor |
| 50074114 | 3614 | Land Planner |
| 50329455 | 3618 | Land Planning Analyst |

**PROJECT ENGINEERING - MONTHLY**

| 21874278 | 3910 | Engineer-Prj Engg, Asc |
|----------|------|------------------------|
| 51874276 | 3910 | Civil Engineer-Prj Engg, Asc |

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 113 of 256

| 51874200 | 3910 | Electrical Engineer-Prj Engg, Asc |
| 51874199 | 3910 | Substation Engineer-Prj Engg, Asc |
| 51874198 | 3910 | Transm Line Engineer-Prj Engg, Asc |

**ENGINEERING - MONTHLY**

| 51874283 | 3910 | Electric Stds Engineer, Associate |
| 51874286 | 3910 | Substn Strategy Engineer, Assoc |
| 51874303 | 3910 | Maintenance & Constr Engineer-ESC, Asc |
| 51874279 | 3921 | Protection Engineer, Associate |
| 51587866 | 0391 | Transmission Planning Engineer-ESC, Associate |
| 51587870 | 0395 | Automation Engineer-ESC, Associate |
| 51587875 | 0412 | Power Quality Engineer-ESC, Associate |
| 51588179 | 0429 | Metering Engineer-ESC, Associate |
| 51729049 | 3318 | Transmission Operations Engineer, Associate |

**POWER GENERATION-HYDRO PROFESSIONALS - MONTHLY**

| 51790901 | 3902 | Power Generation Maintenance Planner, Asc |
| 50216528 | 3670 | Hydro Analyst |
| 50216529 | 3671 | Hydro Scheduling Consultant |
| 50216536 | 3678 | Hydro Outage Coordinator |
| 50216537 | 3679 | Power Generation Project Management Analyst |
| 50216543 | 3685 | Power Generation Specialist |
| 50216539 | 3681 | Power Generation Project Engineer, Associate |
| 50262818 | 3778 | Hydrographer, Associate |
| 50262819 | 3779 | Power Generation License Coordinator, Associate |
| 50262814 | 3775 | Power Generation Technical Assistant (weekly) |

**ELECTRIC GENERATION INTERCONNECTION - HOURLY**

| 51587857 | 0382 | EGI Interconnection Manager - ESC, Asc |
| 51587861 | 0372 | EGI Account Representative - ESC |
| 51587862 | 0385 | EGI Business Analyst - ESC |
| 51587864 | 0387 | EGI Contract Manager - ESC |

**SMARTMETER OPERATIONS CENTER - HOURLY (Added 4/8/15 L/A 15-07)**

| 51738237 | 3323 | IT Applications Operations Analyst, Asc-ESC |
| 51739131 | 3325 | IT Business Operations Analyst, Asc-ESC |
| 51738257 | 3326 | IT Systems Operations Analyst, Asc-ESC |

**ENVIRONMENTAL SERVICES AND ENVIRONMENTAL REMEDIATION - MONTHLY**

| 50227122 | 3712 | Contract Administrator |
| 50227305 | 3720 | Project Management Analyst-Environmental |
| 50326837 | 3790 | Terrestrial Biologist, Associate |
| 50327906 | 3790 | Aquatic Biologist, Associate |
| 50327908 | 3796 | Budget Analyst |
| 50327910 | 3793 | Cultural Resource Specialist, Associate |
| 50227307 | 3567 | Technical Assistant-Environmental (weekly) |

**TELECOMMUNICATIONS - MONTHLY**

| | | |
|---|---|---|
| 50230679 | 3742 | Telecommunications Engineer, Associate |

**DISTRIBUTION OUTAGE COORDINATORS - MONTHLY**

| | | |
|---|---|---|
| 50245778 | 3751 | Energy Delivery Outage Coordinator |

**GAS STATION ENGINEERING - MONTHLY**

| | | |
|---|---|---|
| 51785378 | 3890 | Gas Project (Plant) Engineer, Associate |
| 51785396 | 3884 | Power Systems Engineer, Associate |
| 51785471 | 3896 | Control Systems Engineer, Associate |

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 115 of 256

## IV GOLD CIRCLE JOBS (Added 1/1/16)

### "N1" GOLD CIRCLE JOBS

| SAP Job Code | Pay Scale Code | CLASSIFICATIONS | RATES EFFECTIVE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **DISTRIBUTION ENGINEERING** | **1/1/2016** | | **1/1/2017** | | **1/1/2018** | | **1/1/2019** | |
| | | | Min | Max | Min | Max | Min | Max | Min | Max |
| 50010557 | 3266 | Gas Distribution Engineer, Associate | 5,848 | 9,198 | 6,038 | 9,497 | 6,250 | 9,829 | 6,453 | 10,149 |
| 50010558 | 3267 | Gas Distribution Engineer | 8,971 | 11,389 | 9,263 | 11,759 | 9,587 | 12,170 | 9,899 | 12,566 |
| 51584535 | 0451 | Electric Distribution Operations Engineer, Associate | 5,848 | 9,543 | 6,038 | 9,853 | 6,250 | 10,198 | 6,453 | 10,529 |
| 51584580 | 0452 | Electric Distribution Operations Engineer | 8,971 | 11,815 | 9,263 | 12,199 | 9,587 | 12,626 | 9,899 | 13,036 |
| 51584584 | 0496 | Electric Distribution Operations Engineer, Lead | 9,922 | 13,384 | 10,244 | 13,819 | 10,603 | 14,302 | 10,947 | 14,767 |
| 50010559 | 3268 | Electric Distribution Engineer, Associate | 5,848 | 9,198 | 6,038 | 9,497 | 6,250 | 9,829 | 6,453 | 10,149 |
| 50010560 | 3269 | Electric Distribution Engineer | 8,971 | 11,389 | 9,263 | 11,759 | 9,587 | 12,170 | 9,899 | 12,566 |
| | | **MAINTENANCE & CONSTRUCTION (M&C)** | **1/1/2016** | | **1/1/2017** | | **1/1/2018** | | **1/1/2019** | |
| | | | Min | Max | Min | Max | Min | Max | Min | Max |
| 50247307 | 3752 | Maintenance & Constr Engineer - ESC, Assoc | 5,848 | 9,198 | 6,038 | 9,497 | 6,250 | 9,829 | 6,453 | 10,149 |
| 50209179 | 3688 | Maintenance & Constr Engineer - ESC | 8,971 | 11,389 | 9,263 | 11,759 | 9,587 | 12,170 | 9,899 | 12,566 |
| 50209180 | 3689 | Maintenance & Constr Engineer - ESC, Sr | 9,922 | 12,745 | 10,244 | 13,160 | 10,603 | 13,620 | 10,947 | 14,063 |
| 50247309 | 3753 | Consulting Maint & Constr Engr - ESC, Sr | 10,978 | 14,184 | 11,335 | 14,645 | 11,732 | 15,157 | 12,113 | 15,650 |
| 50247311 | 3754 | Advising Maint & Constr Engr - ESC, Sr | 10,978 | 14,184 | 11,335 | 14,645 | 11,732 | 15,157 | 12,113 | 15,650 |
| | | **PROJECT ENGINEERING** | **1/1/2016** | | **1/1/2017** | | **1/1/2018** | | **1/1/2019** | |

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 116 of 256

| ID | Code | Title | Min | Max | Min | Max | Min | Max | Min | Max |
|---|---|---|---|---|---|---|---|---|---|---|
| 50195463 | 3640 | Engineer - Prj Engg, Asc | 5,848 | 9,198 | 6,038 | 9,497 | 6,250 | 9,829 | 6,453 | 10,149 |
| 50195462 | 3640 | Civil Engineer - Prj Engg, Asc | 5,848 | 9,198 | 6,038 | 9,497 | 6,250 | 9,829 | 6,453 | 10,149 |
| 50195458 | 3641 | Civil Engineer - Prj Engg | 8,971 | 11,389 | 9,263 | 11,759 | 9,587 | 12,170 | 9,899 | 12,566 |
| 50195454 | 3642 | Civil Engineer - Prj Engg, Senior | 9,922 | 12,745 | 10,244 | 13,160 | 10,603 | 13,620 | 10,947 | 14,063 |
| 50195375 | 3643 | Cnsltng Civil Engineer - Prj Engg, Sr | 10,978 | 14,184 | 11,335 | 14,645 | 11,732 | 15,157 | 12,113 | 15,650 |
| 50195461 | 3640 | Electrical Engineer - Prj Engg, Asc | 5,848 | 9,198 | 6,038 | 9,497 | 6,250 | 9,829 | 6,453 | 10,149 |
| 50195457 | 3641 | Electrical Engineer - Prj Engg | 8,971 | 11,389 | 9,263 | 11,759 | 9,587 | 12,170 | 9,899 | 12,566 |
| 50195453 | 3642 | Electrical Engineer - Prj Engg, Senior | 9,922 | 12,745 | 10,244 | 13,160 | 10,603 | 13,620 | 10,947 | 14,063 |
| 50195374 | 3643 | Cnsltng Electrical Engineer - Prj Engg, Sr | 10,978 | 14,184 | 11,335 | 14,645 | 11,732 | 15,157 | 12,113 | 15,650 |
| 50195460 | 3640 | Substation Engineer - Prj Engg, Asc | 5,848 | 9,198 | 6,038 | 9,497 | 6,250 | 9,829 | 6,453 | 10,149 |
| 50195456 | 3641 | Substation Engineer - Prj Engg | 8,971 | 11,389 | 9,263 | 11,759 | 9,587 | 12,170 | 9,899 | 12,566 |
| 50195452 | 3642 | Substation Engineer - Prj Engg, Senior | 9,922 | 12,745 | 10,244 | 13,160 | 10,603 | 13,620 | 10,947 | 14,063 |
| 50195459 | 3640 | Transm Line Engineer - Prj Engg, Asc | 5,848 | 9,198 | 6,038 | 9,497 | 6,250 | 9,829 | 6,453 | 10,149 |
| 50195455 | 3641 | Transm Line Engineer - Prj Engg | 8,971 | 11,389 | 9,263 | 11,759 | 9,587 | 12,170 | 9,899 | 12,566 |
| 50195451 | 3642 | Transm Line Engineer - Prj Engg, Senior | 9,922 | 12,745 | 10,244 | 13,160 | 10,603 | 13,620 | 10,947 | 14,063 |
| 50491852 | 3641 | Project Architect | 8,971 | 11,389 | 9,263 | 11,759 | 9,587 | 12,170 | 9,899 | 12,566 |

| ID | Code | **PROJECT MANAGERS** | 1/1/2016 | | 1/1/2017 | | 1/1/2018 | | 1/1/2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Min | Max | Min | Max | Min | Max | Min | Max |
| 50230682 | 3745 | Project Manager BSEng - ESC, Associate | 5,848 | 9,198 | 6,038 | 9,497 | 6,250 | 9,829 | 6,453 | 10,149 |
| 50226689 | 3705 | Project Manager BSEng - ESC | 9,418 | 11,958 | 9,724 | 12,347 | 10,064 | 12,779 | 10,392 | 13,194 |
| 50226690 | 3706 | Project Manager BSEng - ESC, Sr | 10,418 | 13,384 | 10,757 | 13,819 | 11,133 | 14,302 | 11,495 | 14,767 |
| 50226691 | 3707 | Consulting Project Manager BSEng - ESC, Sr | 11,528 | 14,894 | 11,903 | 15,378 | 12,319 | 15,916 | 12,720 | 16,433 |
| 50208705 | 3658 | Project Manager - ESC, Assoc | 5,848 | 9,198 | 6,038 | 9,497 | 6,250 | 9,829 | 6,453 | 10,149 |
| 50208707 | 3660 | Project Manager - ESC | 8,971 | 11,389 | 9,263 | 11,759 | 9,587 | 12,170 | 9,899 | 12,566 |
| 50208708 | 3662 | Project Manager - ESC, Sr | 9,922 | 12,745 | 10,244 | 13,160 | 10,603 | 13,620 | 10,947 | 14,063 |
| 50226688 | 3704 | Consulting Project Manager - ESC, Sr | 10,978 | 14,184 | 11,335 | 14,645 | 11,732 | 15,157 | 12,113 | 15,650 |

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 117 of 256

## ELECTRIC STANDARDS

| | | | 1/1/2016 | | 1/1/2017 | | 1/1/2018 | | 1/1/2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Min | Max | Min | Max | Min | Max | Min | Max |
| 50208670 | 3650 | Electric Stds Engineer, Associate | 5,848 | 9,198 | 6,038 | 9,497 | 6,250 | 9,829 | 6,453 | 10,149 |
| 50234734 | 3746 | Electric Stds Engineer | 8,971 | 11,389 | 9,263 | 11,759 | 9,587 | 12,170 | 9,899 | 12,566 |
| 50208671 | 3651 | Electric Stds Engineer, Senior | 9,922 | 12,745 | 10,244 | 13,160 | 10,603 | 13,620 | 10,947 | 14,063 |
| 50208673 | 3652 | Consulting Electric Stds Engineer, Sr | 10,978 | 14,184 | 11,335 | 14,645 | 11,732 | 15,157 | 12,113 | 15,650 |

## SUBSTATION STRATEGY IMPLEMENTATION

| | | | 1/1/2016 | | 1/1/2017 | | 1/1/2018 | | 1/1/2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Min | Max | Min | Max | Min | Max | Min | Max |
| 50208675 | 3653 | Substn Strategy Engineer, Assoc | 5,848 | 9,198 | 6,038 | 9,497 | 6,250 | 9,829 | 6,453 | 10,149 |
| 50208701 | 3654 | Substn Strategy Engineer | 8,971 | 11,389 | 9,263 | 11,759 | 9,587 | 12,170 | 9,899 | 12,566 |
| 50208702 | 3655 | Substn Strategy Engineer, Senior | 9,922 | 12,745 | 10,244 | 13,160 | 10,603 | 13,620 | 10,947 | 14,063 |
| 50208703 | 3656 | Consulting Substn Strategy Engineer, Sr | 10,978 | 14,184 | 11,335 | 14,645 | 11,732 | 15,157 | 12,113 | 15,650 |

## SYSTEM PROTECTION ENGINEERING

| | | | 1/1/2016 | | 1/1/2017 | | 1/1/2018 | | 1/1/2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Min | Max | Min | Max | Min | Max | Min | Max |
| 50208661 | 3646 | Protection Engineer, Associate | 5,848 | 9,543 | 6,038 | 9,853 | 6,250 | 10,198 | 6,453 | 10,529 |
| 50208662 | 3647 | Protection Engineer | 8,971 | 11,815 | 9,263 | 12,199 | 9,587 | 12,626 | 9,899 | 13,036 |
| 50208663 | 3648 | Protection Engineer, Senior | 9,922 | 13,384 | 10,244 | 13,819 | 10,603 | 14,302 | 10,947 | 14,767 |
| 50208664 | 3649 | Consulting Protection Engineer, Senior | 10,978 | 14,894 | 11,335 | 15,378 | 11,732 | 15,916 | 12,113 | 16,433 |

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 118 of 256

**EXHIBIT B – Deleted 1-1-09**

101

**EXHIBIT C HIRING HALL**
(Amended 1/1/16)

The Company and the Engineers and Scientists of California recognize a need to continue to utilize temporary employees to meet the interests of both parties. Some of the factors include: (1) having qualified personnel perform work that is temporary in nature; (2) avoiding the implementation of the demotion and layoff procedures as a result of adding employees to the regular work force for work that will not continue in the near future; (3) providing employment security for the regular work force and to maintain the standard of living for such work force; (4) working together cooperatively to meet the objectives of both parties; and (5) allowing sufficient time to adequately train new regular employees.

It is not the intent of the parties to have temporary employees replace permanent employees. Notwithstanding any other understanding between the parties, Company shall not involuntarily layoff any employee for lack of work in a classification in which temporary employees in that same classification are being utilized.

The Hiring Hall agreement will apply to all ESC Local 20 represented classifications (except leads), unless otherwise specified by agreement between Union and management. When temporary employees are assigned to fill behind a regular employees whose assignment is to support multiple headquarters, such employees may be eligible for expenses consistent with Company policy and the labor agreement. This provision will only be applicable to Sr. New Business Representatives, Industrial Power Engineers, Project Managers, and other classifications as agreed to by the Union and the Company. (Added 1-1-09)

Effective January 1, 2015 CANUS Corporation is a signatory contractor for temporary employees at PG&E that are referred through the ESC Hiring Hall. All contract workers that CANUS dispatches to PG&E to perform the work of ESC classifications shall be ESC retirees that are dispatched at the Company's request through the ESC hiring hall. This change is reflective of the universal coverage requirements of the Affordable Care Act.

## A. OTHER TEMPORARY EMPLOYEE PROVISIONS

Employees hired pursuant to this agreement will not be subject to the time limits set forth in Section 13.7 and Letter Agreement 93-9.

Utilization of hiring hall employees shall not exceed 12 consecutive months within a department, location and classification unless otherwise agreed to in writing by the Overview Committee *or by Local Agreement.* For current hiring hall employees, the 12 month period begins on the effective date of the signing of this letter agreement. The restriction is not applicable under the following conditions:

1. Company is unable to fill the position on a regular basis in the department and headquarters;
2. Relief is needed to fill in behind a regular employee;
3. Temporary employees are needed to supplement efforts to mentor/train new employees or to mentor/train Routine Estimators at headquarters where Routine Estimators make up more than 40% of the estimating workforce (excluding ADEs); and (Amended 1/1/09)
4. Resource sharing where the assisting (subject) headquarters is performing work at locations where condition 1 above applies.

5. Overtime policy while hiring hall estimators are employed at a RMC:

   RMC Estimating:
   - One HH employee in an RMC will not trigger overtime. For RMC's with more than 20 employees, overtime will not be triggered until the ratio of regular employees to HH employees exceeds 20:1. Above this threshold, use of a Hiring Hall employee may trigger the requirement to offer 20% per week overtime to employees in the same commodity (electric or gas).

   Relief assignments under provisions of 15.3(e) are an exception to the above guidelines (1-5). (Amended 1/1/09)

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 120 of 256

The Company may continue to hire employees under the provisions of Section 13.7 and all other existing provisions of the Agreement. The hiring of temporary employees under this letter agreement is considered contracting pursuant to Section 27.2 of the agreement.

## B. REQUEST FOR TEMPORARY EMPLOYMENT

When the Company needs temporary employees through this agreement, Company shall initially request ESC to refer applicants for such work pursuant to this agreement. The request shall include:

1.  The classification needed;
2.  Special skills or training required as described in the Application for Hiring Hall;
3.  The work location;
4.  The reporting date and who to report to; and
5.  The duration of the work, if known;

Company shall notify the Union by 2:00 p.m. on Friday for referral of applicants to be made during the following week.

ESC will make every effort to dispatch applicants for work as soon as possible and by no later than 15 days of the initial request made by the Company. ESC will immediately notify the Company in the event an applicant cannot be dispatched within this 15 day time period.

## C. CLASSIFICATIONS, QUALIFICATIONS AND PAY RATES

The classification, qualifications and pay rates shall be those already negotiated by the parties contained in the Agreement unless otherwise specifically agreed to by the parties. Pay rates shall be determined as noted in Section D of this agreement.

## D. PRIORITY OF REFERRALS

1.  Previous PG&E employees that worked in the same or higher classification in the previous 60 months. Priority 1 employees shall be paid at the top wage rate established for hourly classifications or at the last salary of monthly paid employees if it is in the range for the temporary classification in which they are employed. (Amended 1/1/09)

2.  Previous PG&E employees that worked in the same or higher classification. Priority 2 employees shall be paid at the top wage rate established for the hourly classification in which they are employed or at the last salary of monthly paid employees if it is in the range for the temporary classification in which they are employed. (Amended 1/1/09)

3.  Individuals that have previously performed the work of the same or higher classification through the Hiring Hall. Priority 3 employees shall be paid at 5 % above the minimum rate for the classification, or at a higher rate previously attained. An employee who has accumulated 12 months experience in a classification without a break in temporary Hiring Hall employment of more than one-year will have his/her wage rate increased by 5 %.

4.  Inexperienced individuals that meet PG&E's agreed-to qualifications. Priority 4 employees shall be paid the minimum rate for the classification of work to be performed. An employee who has accumulated 12 months experience in a classification without a break in temporary Hiring Hall employment of more than one-year will have his/her wage rate increased by 5 %. An employee who has accumulated 24 months experience in a classification without a break in temporary Hiring Hall employment of more than one-year will have his/her wage rate increased by 5 %.

103

## E.  TEMPORARY STATUS

Temporary employees shall not attain regular status or any entitlements that regular employees have, unless otherwise agreed to by the parties.  These temporary employees will not be entitled to Supplemental Benefits as described in Title 25.

Any temporary employee covered by this agreement hired into a regular position will be considered as a new hire under all of the provisions of the Collective Bargaining Agreement.  Former hiring hall employees hired into comparable (same discipline/line of progression) regular classifications will be permitted to retain their experienced HH wage rate.  Additionally, individuals with more than 24 months of hiring hall experience in comparable positions will have their initial wage rate in a regular position increased by 2.5% for each 6 month period beyond the 24 months threshold.  This wage treatment modifies the language in LOA R1-00-20-ESC.

## F.  TEMPORARY EMPLOYEE COMPENSATION

The following shall apply for temporary employees:

1.  Employment shall commence upon orientation or work at the location and time requested by the Company.  Pay provisions are those provided for in the ESC-PG&E Agreement.

2.  *a.* In lieu of benefits (including participation in the Savings Fund Plan), temporary employees shall be paid a benefit factor for each hour worked of $8.22 per hour.  This factor will be the same for all hiring hall personnel within the Company.  (Amended 1/1/09)

   *b.* Letter Agreement 15-16 provides that effective January 1, 2016, all PG&E Hiring Hall employees including all PG&E Hiring Hall retirees may elect coverage in the Hiring Hall Gold Medical Plan. For hiring hall employees who elect the Gold Medical Plan Section F.2a. above shall be modified as follows:

   1)  Employees who elect the Hiring Hall Gold Medical Plan shall receive a prorated dollar amount of the normal $8.22 "benefit factor" as applied to straight time wages.

   2) The Company shall reduce the "benefit factor" amount by the appropriate cost of the Hiring Hall Gold Medical Plan as provided to the Union for each calendar year. Such reduction shall be applied to straight time wages only.

   c. In accordance with the Healthy Workplaces, Healthy Families Act of 2014 (HWHFA), Letter Agreement 15-15 provides Hiring Hall employees with twenty-four (24) hours of paid sick leave credits effective July 1, 2015.  Thereafter, newly hired employees in these employment categories shall  receive twenty-four (24) hours of paid sick leave credits upon employment.

   In accordance with the law, an employee must be employed for at least 90 days before being able to use any paid sick leave.

   At the beginning of each calendar year, employees will be awarded twenty-four (24) hours of paid sick leave credits.  Employees are limited to using a maximum of twenty-four (24) hours of paid sick leave per year.  Paid sick leave not utilized at the end of each calendar year shall be forfeited.

   Employees can use this paid sick leave for themselves or family members in accordance with the guidelines provided in the law.

   Employees may only take sick leave on those days or for those hours that an employee is asked or scheduled to work and are unable to work due to illness or non-industrial injury.

   Usage and administration of this paid sick leave will be in accordance with the law.

104

3. Company may not downgrade employees from the classification requested. However, the Company may upgrade employees in accordance with the Agreement, for a period of time not to exceed a total of forty hours during any period of continuous employment, without prior agreement with the Union.

## G. LEAD CLASSIFICATIONS

Company will count temporary employees in the ratio of lead classifications to lower level classifications. As an example, if the hiring of a temporary Estimator increases the ratio of ADE's to Estimators from 1:8 to 1:10, the Company will upgrade an employee in the headquarters to the lead classification in accordance with Subsection 15.3 (a) and Exhibit D of the Agreement.

Lead classifications will not be dispatched from the Hiring Hall unless, after a joint review, it is determined that there are no qualified regular employees available to be assigned to the lead position. (Added 1/1/2012)

## H. REJECTION OF REFERRALS

Company may reject any referral that is determined by the Company to be unsuitable for employment. Company may terminate the employment of any temporary employee when determined by the Company such individual is not suited for continued employment. In such an event the Company will pay a reporting referral fee of $100.00. If the individual works that day, a minimum of four hours will be paid.

The Company will not be required to pay the reporting referral fee if the individual arrives late to work, unfit for duty or without the proper tools and equipment.

Company may also notify the Union in writing of any individual determined by the Company who should not be referred to PG&E for employment per the following:

1. Each notification must be in writing to the Union with a copy to the individual.

2. The notification must be specific as to what classifications an individual is not to be referred to.

Former PG&E employees who were discharged for cause and are not eligible for rehire shall not be referred to the Company for temporary employment provided the Union has been notified in writing prior to the referral.

Additionally, Company shall furnish Union written confirmation of all temporary hiring and terminations provided for under the provisions of this agreement.

## I. FAILURE TO COMPLY WITH THIS AGREEMENT

In the event it is determined that the Company failed to comply with the provisions of this agreement that causes any individual to lose any benefit or compensation, such individual will be made whole by the Company for the loss of benefits or compensation.

## J. OVERVIEW COMMITTEE

A committee consisting of two Company and two Union members will coordinate the application of this agreement and address all issues related to it. This shall include Company's requests for referrals and the Union's administration of the referral procedure. This committee may request records to verify good faith efforts to fill regular positions where hiring hall personnel are being used in the situations described in paragraph A. 1. and A. 4.

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 123 of 256

The overview committee or designated sub-committees will meet quarterly or as needed to review workload for upcoming quarters, the need to offer additional testing, and the qualifications of priority 4 hiring hall applicants with regards to the job requirements of specific classifications. (Added 1/1/2012)

## K. APPEALS COMMITTEE

An Appeals Committee shall be established composed of three members; one member appointed by the Union, one member appointed by the Company and a public member appointed by both the Union and Company.

The Appeals Committee shall consider any complaint that the Overview Committee is unable to resolve arising out of the administration of a referral by the Union to the Company that is submitted by any employee or applicant for employment as long as such complaint is received by Union in writing within thirty days of the date of the action causing such complaint. The Committee shall have the authority to make a final and binding decision on any such complaint, which shall be complied with by the Company and Union. The Committee is authorized to issue procedural rules for the conduct of its business; but is not authorized to add to, subtract from or modify any provisions of the Agreement and its decision shall be in accord with this agreement. Costs associated with this committee shall be shared equally between the Company and Union.

106

**EXHIBIT D**

**JOB DESCRIPTIONS AND TESTING PROCEDURES**

(Exhibit Amended 1/1/2012, 1/1/16)

JOB DESCRIPTIONS,TESTING AND PROMOTION PROCEDURES, AND CLASSIFICATION-SPECIFIC PROVISIONS

**I.      TESTING INFORMATION**

Test eligibility and requirements specific to a given classification are included with the specific Job Description.

Upon written agreement thereon by the Company and the Union, examination procedures for determining qualifications of employees or for an employee's progression to a higher classification may be adopted or revised.

**II.      GENERAL TESTING AND PROMOTION PROCEDURES** (Amended 1/1/16)

A.      APPLICATION

(1)  The following provisions are applicable to represented employees who desire to enter the classification of Associate Distribution Engineer and to employees in the classification of Engineering Estimator (See Letter Agreement 99-04-ESC), or

- who desire to enter the classifications of Principal Map Draftsman or Senior Map Draftsman in the Regions, and to employees in the classification of Mapping Technician in the Regions (See L.O.A.) 90-41), or

- who desire to enter the classification of Senior Land Technician.

(2)  Employees who are eligible to take any of the examinations covered herein shall be granted the necessary time from work to take the examination, and such time shall be considered as time worked, provided they have not previously failed such examination three times.

Those employees who have failed a third time or more will continue to be granted time off necessary to take the examination, however, such time off shall be without pay. Employees may use vacation or floating holidays to cover this time.

B.      GENERAL PROCEDURE

(1)  The Company and the Union shall review the proposed examination to determine that the content is appropriate for the purpose and to establish the base score for the particular examination. One employee for each test under discussion will be granted time off with pay, up to three days, while attending joint Company-Union Test Review Committee meetings. Pre-review meetings shall be held not later than the second week of February for the Associate Distribution Engineer; the third week of August for the Land and Mapping department and Senior Field Engineering Technician classification examinations. The examination will consist of base questions and optional questions. The optional questions shall total not less than 25 percent of the base questions.  The following classifications must attain 70 percent of the base score established or confirmed at the post review in order to pass:

107

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 125 of 256

<center>For Promotion to:</center>

| | |
|---|---|
| Field Engineering Technician | Senior Field Engineering Technician |
| Mapping Technician | |

   If such employee attempts any optional questions in excess of the base test, he/she must attain 70 percent of all the questions attempted.

   The following classifications must attain 75 percent of the base score established or confirmed at the post review in order to pass:

<center>For Promotion to:</center>

| | |
|---|---|
| Senior Engineering Estimator | Associate Distribution Engineer |
| Senior Mapping Technician | Lead or Principal/Expert Mapping Technician |
| Land Technician | Senior Land Technician |

   If such employee attempts any optional questions in excess of the base test, he/she must attain 75 percent of all the questions attempted.

   (2) The completed examinations shall be scored by the appropriate General Office Department within the times specified in 3 below.

   (3) Prior to release of information on the test results, the Company and the Union shall review the scored examinations. Upon agreement at this post review of the examinations, questions which proved to be unclear, lacking sufficient information necessary to complete the problem or have any other such irregularity, may be discarded from the examination and a new base score established. Such revision of the base score shall not act as a detriment to any individual employee. This review will be scheduled no later than the last full or partial week of May for the Associate Distribution Engineer; and the first full or partial week of December for the Land and Mapping department examinations. The reviews for Senior Field Engineering Technician will coincide with the ADE and Mapping review periods.

   (4) A copy of the examination and answer key shall be returned to the employee through his/her supervisor. Other than a notation of passing or failing the examination, no record shall be made in the employee's personnel record.

   (5) An employee who has taken the examination will be given an opportunity to review the results of his/her examination with his/her supervisor or other designated Company representative during the 30-day period after he/she receives a copy of the test.

   (6) Appeal Process:

   (a) An employee has 30 days from receipt of the graded exam and answer key to submit an appeal of the grading of any question(s). The appeal must be prepared by the employee and include an analysis of each question the employee wishes reviewed. The analysis will be forwarded to the Labor Relations Department along with the employee's original examination. Appeals submitted after the 30-day period will not be processed. (Amended 1/1/09)

<center>108</center>

(b) The Test Review Committee will receive copies of all appeals prior to meeting to discuss the appeals. This committee will respond to each appeal in writing. The Test Review Committee will meet within 30 days following the date the last timely appeal is received and will respond to each appeal in writing.

(7) Should a complaint arise concerning the fairness of administration or correction of an examination, the Union may refer it to the Company's Labor Relations Department. Any such complaint referred shall be reviewed by a Company representative with a representative of the Union prior to the time the Company makes a final decision with respect to the result of the examination. Disputes which involve other matters under this Agreement may be submitted to the Investigating Committee and will be given consideration under the provisions of *Subsection* 14.3(c) of the Agreement. (Amended 1/1/09)

C.    ELIGIBILITY

(1)    An employee shall be eligible to take the examination given for advancement within the employee's own Department, where such higher job has been established, if on the last day of the month in which the examination is held, the employee will have been in the classification of Land Technician on a regular basis for 18 months. Employees who hold the above classifications on the last day of the month in which the examination is held will also be eligible provided they are at a rate of pay which is equal to or higher than the cut-off rate developed by the following formula:

Cut-off Rate =    $\dfrac{\text{Top rate of Specific Classification - \$1.05}}{\$1.025}$

Employees in the Field Engineering Technician classification will be eligible to take the Senior FET examination if they meet the following two conditions as of the last day of the month in which the Senior FET examination is held: have attained a wage rate equal to or above the cut-off rate and have completed a minimum of 24 months in the classification on  a regular basis.

Field Engineering Technicians only:

Cut-off Rate =   $\dfrac{\text{Top rate of Specific Classification -  \$1.05}}{\$1.05}$

D.  ADVANCED LAND CLASSIFICATIONS

The following provisions are applicable to represented employees who desire to enter the classification of Land Agent, Lead Land Technician, or Chief of Party.  Promotional exams for these classifications were discontinued on November 1, 2012, after which time the joint selection language now Section 21.10 has been used.  Employees who have passed the current test as of November 1, 2012, will be grandfathered, meaning that they will be selected ahead of employees who did not take the test. (Amended 1/1/16)

Employees who are eligible to sit for an interview before a joint selection panel covered herein shall be granted the necessary time from work to take the interview, and such time shall be considered as time worked.  A pool of questions shall be prepared by Management and approved by the Union to be used in the future for making up the Land Agent or Lead Land Technician interviews.  The pool of questions for the technical portion of the interview will be published and made available to eligible candidates.  (Amended 1/1/2012)

## III.  JOB DESCRIPTIONS

A.  DEGREES OF SUPERVISION

109

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 127 of 256

The degrees of supervision applicable to Job Descriptions of classifications contained herein are:

Provides Guidance -

Assists other employees in the performance of their work, providing advice and training.

Assigns Work -

Makes specific work assignments to other employees.  (Added 1/1/83)

Directs the Work -

Makes specific work assignments to employees in lower classifications, providing guidance and reviewing the completed work for conformance with Company standards.

Supervises -

Directs the work of, provides guidance to, is responsible for the work of and represents the management in relationship with employees under his supervision.

B. JOB DESCRIPTIONS

The lists of "knowledge/abilities" included in job descriptions are among the desirable criteria for individuals who occupy the positions in question. The lists are not intended to be exhaustive, and individuals need not satisfy every criteria to be considered qualified. (Added 1/1/2012)


## IV.    SPECIFIC JOB DESCRIPTIONS


### 1.  DIVISION GAS AND ELECTRIC DEPARTMENTS

ASSOCIATE DISTRIBUTION ENGINEER          - 3091 ELECTRIC 50010515
                                         - 3092 GAS  50010516

A.  DUTIES

Under the supervision of an engineer or local operating head, prepares, reviews and directs the preparation of engineering plans and cost estimates for construction of or improvement to electric, gas, and steam heat systems.

Completes general assignments from supervisor involving applications for service, operating problems, or general improvements by gathering field and office information, by making field observations and measurements, and by consulting division maps and operating records.  Makes engineering analyses of problems, plans and prepares layouts showing recommendations for installation of new facilities or rearrangement of existing facilities. Recommends types, kinds, quantities, and sizes of facilities to be installed and methods and types of construction.  Assists in preparing annual budgets.  Under the supervision of an engineer or local operating head, makes specific work assignment to employees in lower classifications and provides guidance and training to estimating and mapping employees performing field and office work of a less difficult nature than that performed by the Associate Distribution Engineer, may be required to accept upgrades in increments of one week or more to exempt positions pursuant to Title 15 of the Agreement, for the sole purpose of performing on-call duties.  When required to report for work outside regular work hours, the Associate Distribution Engineer will be compensated in accordance with Title 17 of

110

the Agreement. During the period of upgrade, the Associate Distribution Engineer will continue to perform normal bargaining unit duties.

Given appropriate training, shall also be required to perform typical jobs in the opposite commodity. (Amended 1/1/09)

B.  REQUIREMENTS

Must have thorough practical knowledge of Company standards of engineering, operating and construction as evidenced by successfully passing a Company examination demonstrating ability to perform listed duties.  Must have the ability to direct the work of others and the knowledge and ability to meet the public and discuss problems relating to service.

C.  APPLICATION

(1)  The examination for Associate Distribution Engineer will be given the fourth week in March.

(2)  An employee in the Senior Engineering Estimator classification shall be eligible to take only the examination given for advancement in his/her Department if he/she will have been in such classification on a regular basis on the last day of the month in which the examination is held.

(3)  The Company shall maintain a ratio in each headquarters, not to exceed eight Gas Estimators for every Gas Associate Distribution Engineer and eight Electric Estimators for every Electric Associate Distribution Engineer.  In addition, each Associate Distribution Engineer may direct the work of one temporary additional or intermittent Estimator.

(4)  In order to eliminate an Associate Distribution Engineer position in offices with more than one Associate Distribution Engineer, the remaining number of Estimators to Associate Distribution Engineers shall not exceed eight. (See Review Committee Decision No. 470)

(5)  When an Associate Distribution Engineer position is to be eliminated, the incumbent Associate Distribution Engineer shall be returned to his/her former classification and rate of pay in the headquarters.

(6)  Employees classified as Associate Distribution Engineer on 11-1-87 shall be exempt from demotion as a result of the application of the provisions of Letter Agreement 87-11.

(7)  Bona fide system planning work previously performed by Associate Distribution Engineers will be removed from the bargaining unit and all planning-type problems will be eliminated from the promotional examination to Associate Distribution Engineer.  Estimating work currently performed by Estimators in a Planning Section will remain bargaining unit work.

(8)  The Company will phase in the implementation of Items 1 through 5 over a three-year period commencing May 1, 1987.

(9)  A Senior Engineering Estimator who has passed the test for promotion to Associate Distribution Engineer will be placed at the step in the wage progression of the "passed-test" classification that corresponds to his/her time in the Senior Engineering Estimator classification.

(10)  FILLING VACANCIES

Vacancies in the Associate Distribution Engineer classification shall be filled as follows:

(a)  Regular Vacancies

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 129 of 256

The provisions of Title 21 shall govern the filling of Associate Distribution Engineer vacancies. The successful completion of the appropriate examination is a prerequisite, and selection shall be made after consideration of all the stated requirements.

    (b) <u>Provisional ADEs</u>     Gas    3094  50010518
                                   Electric 3093  50010517

When an Associate Distribution Engineer vacancy is not filled pursuant to Section 21.2 as a result of "No Qualified Bidders," the vacancy may be filled on a provisional basis from the list of pre-bidders under the provisions of Subsection 21.2(f).

Provisional Associate Distribution Engineers will not be allowed to bid "same or higher" classifications until the qualifications for the position, as described in Exhibit D of the Agreement, are met. Further such employees will not be eligible for consideration under the "Critical Classification" letter agreement until such time as they meet the full requirements of the job. A Provisional Associate Distribution Engineer shall be required to take the appropriate ADE examination each time it is offered and must pass within the first three attempts. If a provisional ADE does not pass in three attempts, the provisions of Section 22.4 shall be effected. The testing procedure shall be in accordance with the language of Exhibit D, II, A2 of the Agreement; i.e., the Company will provide that an employee be granted paid time off to take the examination a total of three times, regardless of the employee's classification. The employee shall be granted time off with permission without pay when attempting subsequent examinations. (Amended 1/1/91)

It is the intent of the parties to fill ADE vacancies with employees who have passed the ADE exam. However, a former Provisional ADE demoted via Sections 22.4 can subsequently fill an ADE vacancy pursuant to Subsection 21.2. (f) of the Agreement. In such instances, the employee would have one additional opportunity to pass the ADE exam, including exhausting the test appeal process, before Section 22.4 is again applied. This process is expected to take up to one year, after which Section 22.4 is applied. If the position cannot be filled by an employee who has passed the appropriate ADE exam, the incumbent Provisional may remain in the position,
subject to the annual cycle described above. (Added 6/1/03)

Maximum rate of pay for a Provisional ADE shall not exceed 6 month step of ADE.

    (c) <u>Temporary Vacancies</u>

In the filling of temporary vacancies, employees shall be considered in respect to the full requirements of the classification, giving preferences where practical to those in the headquarters with bids on file and who have passed the ADE examination.

        (1) The senior qualified employee at the headquarters can decline the upgrade if a less junior qualified employee volunteers for the upgrade.

        (2) The rate of pay for employees who have not passed the ADE exam shall not exceed the six month step of ADE.

|  |  |  |  | <u>Passed Test</u> |  |
|---|---|---|---|---|---|
| SENIOR ENGINEERING ESTIMATOR | - 3144 ELECTRIC | 50010525 | 3147 | 50010527 |
|  | - 3145 GAS | 50010526 | 3148 | 50010528 |

A. DUTIES

Under the supervision of an engineer or local operating head, prepares cost estimates for construction of or improvement to electric, gas, and steam heat systems. This work is normally of such a nature that it requires a practical knowledge of construction methods, Company standards, rules and regulations, rather than requiring advanced engineering knowledge or advanced mathematical calculations.

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 130 of 256

From general assignment from supervisor involving applications for service, operating problems, or general improvements he/she gathers field and office information, by field observations and measurements, and by consulting maps and operating records. Makes analyses of problems, and prepares layout in accordance with Company standards, showing plan for installation of new facilities or rearrangement of existing facilities.

With an employee in a higher classification, works on an extensive project performing field and office work in connection with preparing layouts and plans for construction or reconstruction of electric, gas or steam heat facilities.

Prepares estimates where work involves the application of existing standards to complete final estimate. Obtains joint pole agreements, initiates right-of-way procedures, applications for licenses, permits, etc. May be required to investigate and prepare reports on third party accidents.

Provides guidance to Engineering Estimators.

Shall be required to perform customer contact, project coordination, billing, and contract preparation in connection with non-subdivision residential services. Non-subdivision residential work is defined as gas and electric work of four or fewer applicants or lots. Typical jobs include temporary and permanent services, service alterations, rewires and rule 16 gas/electric extensions. Given appropriate training, shall also be required to perform typical jobs in the opposite commodity. (Amended 1/1/09)

Where clear business efficiencies can be gained, may also be assigned similar customer contact work within the employee's line of progression, on small commercial and agricultural jobs, although management retains jurisdiction over such work.

B.  REQUIREMENTS

The full qualifications of Engineering Estimator and the demonstrated ability to perform work of a difficult nature as evidenced by the quality and quantity of his/her work as an Engineering Estimator and by completing the Estimator Training Program (ETP).

C.  APPLICATION

(1) Progression to the classification of Senior Engineering Estimator will occur when the employee has completed ETP.

(2) Following completion of ETP, the effective date of progression to Senior will be either: the next work day or six months from the start of the final module; whichever comes later. The rate of pay will be in accordance with the Subsection 15.4(a)(1). Exhibit D contains information on accelerated wage treatment for some categories of employees.

(3) All Senior Engineering Estimator vacancies will be held open for bidding, in accordance with Section 21.2. Of those jobs not filled under 21.2(a) or (b), every other one will be subject to the provisions of Subsection 21.2(d) before it may be downgraded to Engineering Estimator.

ENGINEERING ESTIMATOR         - 3150 50010529 ELECTRIC
                              - 3151 50010530 GAS
                    (Beginning Classification)

A.  DUTIES

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 131 of 256

Under general supervision, prepares cost estimates and construction plans of less difficult nature than work performed by a Senior Engineering Estimator.

Makes field sketches and prepares layouts for construction of additions or improvements to electric or gas systems of such a nature that the plans and methods are embodied in existing standards, specifications, rules, and regulations. Estimates labor and material costs; obtains joint-pole agreements; initiates right-of-way procedures, licenses, permits, etc., and performs such other work as required to prepare the estimate in final form.

Shall be required to perform customer contact, project coordination, billing, and contract preparation in connection with non-subdivision residential services. Non-subdivision residential work is defined as gas and electric work of four or fewer applicants or lots. Typical jobs include temporary and permanent services, service alterations, rewires and rule 16 gas/electric extensions. Given appropriate training, shall also be required to perform typical jobs in the opposite commodity. (Amended 1/1/09)

Where clear business efficiencies can be gained, may also be assigned similar customer contact work within the employee's line of progression, on small commercial and agricultural jobs, although management retains jurisdiction over such work.

May be required to prepare final sketch or layout and cost estimate of more complex jobs from field notes prepared by an employee in a higher classification. May be required to investigate and prepare reports on third-party accidents.

B.    REQUIREMENTS

High school graduation with a working knowledge of the Company's construction standards and specifications, and some operating knowledge and experience. Ability to meet public and discuss problems relating to service.

C.    APPLICATION

(1) When a vacancy occurs in a headquarters where there are only one, two, or three estimating classifications and (in the case of a two-man or three-man office) where none of the remaining employees is classified as a Senior Engineering Estimator, the Company will attempt to fill the vacancy as a Senior Engineering Estimator through the procedures of Title 21 before reducing the classification to Engineering Estimator and filling the vacancy under the provisions of Section 21.13.

(2) In offices where there are more than three engineering classifications (not including mapping classifications), at least one classification will be an Associate Distribution Engineer or higher classification in the engineering line of progression.

(3) An Estimator is eligible to sign-up for and work Emergency Overtime only if approved by their Supervisor and Associate Distribution Engineer.

(4) For purposes of equitable distribution of Overtime, Engineering Estimator and Senior Engineering Estimator are considered as one classification.

D. ESTIMATOR TRAINING PROGRAM PROVISIONS

1)    The ETP Program Administrator may implement appropriate program controls and systems to assure effective administration and protect the integrity of the training program. The ETP Ad Hoc Committee, a joint labor-management committee, will have overall responsibility for revisions to the Estimator Training Program and will review requests for exceptions to the procedures outlined in this Agreement and the ETP User's Guide.

114

2) New hires entering ETP shall be placed at the beginning wage step of Estimator and begin the training with Module 1. Requests for exceptions will be referred to the ETP Ad Hoc Committee.

3) Employees entering the ETP are expected to immediately begin the training program, starting with Module 1. These employees will progress in accordance with the provisions of this Agreement (at six month intervals). Upon successful completion of the training program these employees will progress to the Senior Estimator classification.

4) When an employee successfully completes a module, his/her wage rate will be increased the next workday to the appropriate wage step, but no sooner than six months from the start of the module or the last progressive wage increase.

5) Progression shall be contingent on the successful completion of each module until the employee completes the final ETP module. The employee will then progress to Senior Engineering Estimator at the appropriate wage step. The effective date will be either the next workday, or six months from the start of the final module; whichever comes later. Promotion dates for employees entitled to accelerate may be as early as 4.5 months from start of the final module.

6) An employee entering the Estimator classification with a wage rate above the beginning step of Estimator may retain that rate as long as it does not exceed the 12-month step of Senior Engineering Estimator. If above the latter, the wage rate will be reduced to the 12-month step of Senior Engineering Estimator. The employee will receive no further increases (except for general wage increases) until progressing to a module with a wage step higher than his/her own. Upon successful completion of the training program, the employee will progress to Senior Estimator and paid in accordance with Section 15.4 (a) (1) of the Agreement.

7) A maximum of six months is allowed for completion of each module, including the on-the-job (OJT) training requirements. OJT requirements must be completed prior to taking the end-of-module exams.

8) Unsatisfactory Progress

   A. Those who fail to successfully complete any module shall:

   - be notified of inadequate performance in writing prior to the date the trainee would be scheduled to receive the next higher wage step;

   - be held in his/her present wage step;

   - have ninety (90) days to correct the specified deficiency(ies) and one more opportunity to demonstrate successful completion; and

   - be removed from the program in accordance Section 22.4 ( "Demotion Other Than For Lack Of Work" ) of the Agreement if the module is not successfully completed within the 90 day period.

   B. Employees who have been removed from the program may not re-enter ETP in the same commodity without the approval of the ETP Ad Hoc Committee.

9) ETP Ad Hoc Committee members will jointly apply the aforementioned provisions to the affected population and address any issues resulting from this decision. The provisions of this decision represent a final resolution of the parties' dispute regarding the implementation of the ETP.

   Note: Item D was moved to this section from Exhibit N.

## SNBR AND IPE PROVISIONS

**Title 7. Hours**

The Company will follow the provisions of Title 7 of the Agreement. However, due to the nature of the work performed by these classifications, the parties agree to incorporate the provision below:

> Site Visits
> With prior supervisor approval, employees in these classifications may make site visits on the way to and from the company headquarters in order to maintain the flexibility to meet customer needs. Such site visits are considered work time but will be reduced by the employee's normal commute.

**Title 21. Selection and Advancement** (Amended 8//1/6)

These positions will be a Line of Progression, SNBR next lower to IPE.  SNBR is not considered a beginning level job.   Sr. Estimator and ADE are both next lower classifications to SNBR for purposes of Subsections 21.2(c) and (e).

**Title 22. Demotion and Layoff**

In the event that Demotions and Layoffs are needed, the company will follow the provisions of Title 22 of the Agreement. Within the established unit, employees who meet the full requirements of the position may displace less senior employees in their reverse line of progression with service based on overall company seniority.

**Title 27. Management of Company**

Engineer Trainees may perform bargaining unit work as part of the Engineer Trainee Program for a period not to exceed one year.

Job descriptions are shown below. It is understood that IPEs may perform all duties of the SNBR classification. Recognizing that work varies by location and some SNBR positions may perform IPE work, the parties agree that if an SNBR works on 4 or more IPE projects, he/she will be upgraded to IPE pursuant to Section 15.3 (a).

SENIOR NEW BUSINESS REPRESENTATIVE (SNBR) - 3272 50274876

    A.  SUMMARY

This position is charged with coordinating the installation of new gas and/or electric facilities, WRO projects, overhead and/or underground line extensions and services associated with large residential, commercial and agricultural projects. The position also handles street lighting, traffic controllers, un-metered load and State Highway lighting projects. Assigned SNBRs also act as coordinators for city and county relocation projects, street widening and street repaving that have conflicts with PG&E facilities. For training purposes, SNBR may handle no more than 3 IPE-level jobs at the same time, and must work under the guidance of an IPE. The duties as outlined in this job description may vary by location. This position includes office work and site visits.

    B.  DUTIES

SAFETY

Maximize public and employee safety by ensuring that job designs are performed to Company & State standards and meet all compliance requirements. Follow USP 22 guidelines.

PROJECT MANAGEMENT

Manages scope, schedule and cost for all assigned projects, from initiation to meter set. Scope and schedule is adjusted as appropriate to accommodate change (e.g., new customer needs, competition, and new regulation).
Coordinates all other departments or individuals who are involved with the project and works to define the project's background, objective, design scope, schedule, roles and responsibilities.
Coordinates with others, such as Planning, Estimating, Construction and Metering, etc., in completing the project in a timely manner. Includes understanding of industrial project schedules and working closely with the work and resource group to prioritize work using available tools or technology, such as CLICK scheduling.
Monitors project schedule and prioritizes work in coordination with the work and resource group.
Schedules and conducts pre-engineering meetings, provides all pertinent data and addresses potential project risks including schedule setbacks and coordinates actions before setbacks occur.
Conducts and documents pre-construction meeting.
Ensures that project is performed as planned. Upon request, provides input to the development of the capital and/or expense budget through ongoing validation of project estimating and construction timelines. Looks for ways to minimize costs on projects for both the applicant and PG&E.
Ensures that the correct type of financial order, work category, etc., has been applied and actively monitors costs and proactively addresses potential overrun issues in accordance with Company guidelines.

COMMUNICATION

Communicates project status (e.g., scope, schedule, cost) to all stakeholders throughout the project, as applicable. This may include Service and Sales Representatives to ensure competition issues are addressed. Facilitates resolution of project-related disputes. Continuous formal communication (both written and verbal) with all stakeholders is given a high priority throughout all stages of the project.
Prepares contracts, as applicable, to ensure compliance with standards and tariffs. (Amended 1/1/09)
Provides applicants, estimating, engineering, clerical and construction partners with complete and accurate information on rate and rule applicability, potential costs and timelines.
May be required to attend after hours meetings related to their projects.

MANAGING CUSTOMER EXPECTATIONS

Ensures that customer's needs and issues are solicited regularly and communicated to project stakeholders, both internal and external. To the extent possible, balances customer needs/requests with all internal work including compliance, reliability and capacity projects.
Negotiates reasonable estimating and construction dates that address customer's anticipated schedules.
May provide customer with an initial non-binding cost. (Amended 1/1/09)

TARIFFS

Ensures that all charges mandated under the applicable tariffs are identified in the contract and secured before beginning construction. This position is responsible for ensuring correct tariff interpretation and application, and for working with Law department on exceptional case projects when required. Ensures project is designed and priced in accordance with applicable rates and rules. Provide leadership,

technical support and guidance to other departments on projects involving Gas & Electric Rules 1,2,3,4,12,13,14,15,16 18 & 20.

May partner with Service and Sales Representatives and/or Rates and Tariffs for application of best rates when appropriate. (Amended 1/1/09)

COMPLIANCE MANAGEMENT

Ensures all applicable project documentation is maintained in an orderly job file. Ensures all project dependencies are met prior to allowing a construction start. Ensures all permits are obtained and land rights issues are resolved per procedures.

### C. KNOWLEDGE/ABILITIES

Familiar with tariffs, rates, contracts/tools, WM SAP, project approval process, document routing system and estimating and construction work processes.
Works effectively as a member of a team.
Ability to work with both internal and external customers/clients.
Facilitation and conflict resolution skills.
Ability to manage for results and in the process work as a team to build agreement
Strong focus on safety.
Committed to providing superior customer service.
Strong verbal and written communication skills.
Ability to demonstrate initiative and decisiveness.
Ability to demonstrate sound judgment and forward thinking.
Problem solving skills.
Knowledge of PG&E's rates and tariffs.
Knowledge of PG&E's Gas& Electric Service Requirements.
Computer skills (SAP, Excel, Word etc.).
Conflict Resolution Skills.
Knowledge of overrun/under run policy.
Knowledge of Delegation of Authority guidelines.
Knowledge of Distribution Service Policy (Added 1/1/09)

### D. QUALIFICATIONS

A bachelor's degree from a recognized college or its equivalent in education and experience. Such experience must include three (3) or more years in construction project management or PG&E technical service planning experience. Must have strong project management, customer contact and communications skills. Basic computer skills: MS Word, Excel, e-mail.
Valid California Driver's license and California minimum insurance coverage if using personal car.

INDUSTRIAL POWER ENGINEER (IPE)        - 3271  50274725

### A. SUMMARY

The job duties and responsibilities of an IPE may include all SNBR responsibilities; however this position includes management of, larger, more complex, projects. These projects include primary services, Electric transmission projects, and commercial or industrial jobs over 2,000 amps. The position also handles major commercial and/or Industrial developments and initiates and manages Large Load Interconnection process. Also handles requests for non-core gas services. Depending on the volume of specific types of projects in a particular office, this position may be deployed to manage specific types of work as opposed to broad assignments (i.e., commercial, residential or PG&E generated work).

118

IPE's must have an understanding of system and protection requirements when coordinating between Transmission and Distribution Planning and external engineering firms, designers or consultants. An advanced knowledge of rates is also required to accurately assign the most beneficial rate to large Gas & Electric customers.

B. ADDITIONAL KNOWLEDGE/ABILITIES

Understanding of PG&E's large load process.
Knowledge of Cogeneration standards and tariffs and Distributed Generation.
Knowledge of Electric Rules 21, and Interconnection Handbook.
Knowledge of special or complex metering.
Understanding of Gas Rates including G-NR2, G-CP, G-CPX, G-NT, G-LNG.

C. QUALIFICATIONS

For internal candidates, five (5) years of PG&E project management experience, or a bachelor's degree from a recognized college plus three (3) years of PG&E project management experience. For external candidates, seven (7) years of construction project management experience, or a bachelor's degree from a recognized college plus four (4) years of construction project management experience. All SNBR experience is included as "PG&E project management experience" for the purpose of meeting minimum qualifications of IPE. Must have strong project management, customer contact and communications skills. Basic computer skills: MS Word, Excel, e-mail. Valid California Driver's license and California minimum insurance coverage if using personal car. (Amended 6/1/16)

Rule 20A Program Liaison (LOA 14-03) (Added 1/28/14)
0389 51737178

A. DUTIES
Initial assignments from the tasks below will require direction and supervision; with experience the independence and responsibility will expand and the need for supervision will decrease

1. Contact and/or meet with each governmental body on a regular basis as assigned and/or required.
2. Meet with public works officials (city engineers, directors of public works) to assist in the qualification and planning phases, prior to adoption of a formal resolution for Rule 20A projects. Conduct informational presentations and attend Community Meetings to disseminate information for Rule 20A projects.
3. Help create an accurate resolution and boundary map.
4. Walk project, measuring length of Underground Utility District and service laterals; walk with governmental body and estimator to ensure boundary is correct
5. Develop budgetary estimate of project costs using PG&E calculating tools and input from Estimating and assess whether the community has sufficient Rule 20A allocations.
6. Determine a reasonable customer commitment date with governmental body, with input from estimating and project services.
7. Communicate issues and risks promptly to supervisor
8. Be the Rule 20A expert and advocate for the community, fostering goodwill and trust between the customer and PG&E. Has the most current information regarding the Rule 20A Program, as provided by management. Answer questions accurately and consistently. Provide a resource for communities to have questions regarding the Program answered quickly.
9. Prepare project information file for Estimating and Project Manager. Provides information regarding specific Rule 20A projects and/or communities to various PG&E personnel, such as

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 137 of 256

Contract Management, Land, Estimating, Environmental, Construction, Governmental Relations, WRO, etc.

10. Remain a continuous program and project-specific resource for the community, project manager and Estimating as needed after project is moved into Project management and Estimating phase
11. Ensure CPUC and SEC mandates are followed by providing accurate quarterly data
12. Act as an interface with other utilities regarding the Rule 20A Program.  Answer questions dealing with the Program and PG&E internal processes to help facilitate the projects.
13. Monitor all phases of active Rule 20A projects to identify and mitigate risks/delays to ensure commitment to community is on track

B.  KNOWLEDGE/ABILITIES
- Ability to work with internal and external customers/clients.
- Ability to work independently.
- Ability to coordinate multiple projects simultaneously and prioritize work effectively.
- Problem resolution and decision-making ability shows initiative and good judgment in resolving issues.
- Ability to lead group meetings effectively, influence stakeholders and build consensus.
- Strong communications and public presentation skills.
- Business computer skills, such as MS Office suite programs.
- SAP knowledge desired.

C.  QUALIFICATIONS

A bachelor's degree from an accredited college or its equivalent in education and experience. Plus 2 years experience in Project Coordination, Construction, Estimating and/or Service Planning. Must have strong project management, customer contact and communications skills. Basic computer skills:  MS Word, Excel, e-mail.  Valid California Driver's license and California minimum insurance coverage if using personal car.


**2.  DIVISION MAPPING DEPARTMENTS**

MAPPING TECHNICIAN
  Electric 3241 50010549         Gas 3242  50010550

**Duties:**

Under the supervision of an exempt employee  and under  the direction of a Principal Mapping Technician, or Lead Mapping Technician, posts jobs to maps, prepares sketches, diagrams, and single-line job drawings and keep maps of electric, gas, steam and water systems up to date. Such mapping work includes but is not limited to the use of electronic mapping systems and electronic media data entry. May be assigned the work of a Senior Mapping Technician for training and experience.

From data or sketches provided by others, updates maps and data bases not requiring the interpretation of Surveyor's notes.

May be required to operate reproducing machines and mechanical, optical and electronic mapping devices. Performs field checking and clerical work related to the Mapping Department, maintains the accuracy of and updating of mapping-related utility databases.

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 138 of 256

A Mapping Technician may be assigned to work alone, or in the absence of a Principal, Lead or Senior Mapping Technician (passed test) as situations require during normal work and overtime hours.

In these situations, a Mapping Technician may perform the mapping duties identified by the Mapping Supervisor to which the employee has demonstrated the ability to perform.

If these situations are the result of management shifting the locations of its working forces, which require a Senior Mapping Technician or a Mapping Technician to work alone, said employee will be entitled to 1.5 percent above their corresponding wage step, until the situation is corrected or the employee has met the requirements and is assigned to a Local designation.

Upon successful completion of the Mapping Advancement Program, will progress to Senior Mapping Technician.
**Requirements:**

Must pass applicable employment tests (PTB and EEI Tech Test) and possess basic computer skills.

Must possess significant relevant field or industry experience, or its equivalent in training and education, for example: a relevant 2-year technical degree, a relevant technical/trade school certificate, a bachelor's degree, 2 years of experience in a classification in Exhibit A, or 2 years of experience with mapping, GIS, drafting, estimating, computers or CAD. This is not applicable to employees displaced into a Mapping Technician vacancy under Title 22. (Amended 3/1/15)

**Application:**

Normally new Mapping Technicians will start at the beginning rate. For relevant hiring hall/external experience/training, new Mapping Technicians may be paid not more than 10% above the beginning rate. To avoid system pay-equity issues, any above-entry wage rate and justification will be reported to the MAP Ad Hoc Committee. An employee of the Company entering the Mapping Technician classification with a wage rate above the entry rate may retain that rate as long as is does not exceed the top of the Mapping Technician wage range. (Added 1/1/16)

SENIOR MAPPING TECHNICIAN
  Electric - 3230 50010543                Gas – 3231 50010544
  Electric-passed test – 3232  50010545     Gas-passed test – 3233 50010546

**Duties:**

Under the supervision of an exempt employee and under the direction of a Principal Mapping Technician or Lead Mapping Technician, post jobs to maps, updates mapping-related utility databases, and makes field checks in connection therewith. Interprets and maps verbal or written instructions, rough sketches, and data collected by Engineers, Estimators, Surveyors or others.

Consults standard maps of cities, subdivision plots, railroads, and highways incidental to the preparation of new maps for plotting transmission, distribution and Company lines and facilities. Manually or electronically revises maps as changes occur.

Performs clerical work and tabulates reports required of the Mapping Department. May do occasional reducing of field survey notes and field checking. May be required to make mechanical and architectural drawings. Performs other related duties as required. Provides guidance to and may review/check the work of Mapping Technicians and/or other Senior Mapping Technicians as needed.

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 139 of 256

A Senior Mapping Technician may be assigned to work alone, or in the absence of a Principal, Lead or Senior Mapping Technician (passed test) as situations require during normal work and overtime hours.

In these situations a Senior Mapping Technician and may perform the mapping duties identified by the Mapping Supervisor to which the employee has demonstrated the ability to perform.

If these situations are the result of management shifting the locations of its working forces, which require a Senior Mapping Technician or a Mapping Technician to work alone, said employee will be entitled to 1.5 percent above their corresponding wage step, until the situation is corrected or the employee has met the requirements and is assigned to a Local designation.

**Requirements:**

The full qualifications of a Mapping Technician and the demonstrated ability to perform work of a difficult nature as evidenced by the quality and quantity of the work as a Mapping Technician. Understanding of basic gas and electric distribution systems. Must have successfully completed the Mapping Advancement Program.


LEAD MAPPING TECHNICIAN

  Electric – 3228  50010541          Gas -3229  50010542

**Duties:**

Under the supervision of an exempt employee or Principal Mapping Technician, directs the work of not more than three other mapping employees.

Performs the work of a Senior Mapping Technician and other duties as required.

When regularly assigned to work alone, in the absence of other mapping personnel, under the supervision of an exempt employee performs the duties of a Senior Mapping Technician. Completed work may be reviewed for conformance with Company standards by a Principal Mapping Technician or Lead Mapping Technician at the discretion of local supervision.

In addition, assumes responsibility for the maintenance of all maps in their operating area, the scheduling of work priorities, the timely filing of required reports, and the furnishing of mapping information to requesting parties. (Amended 3/1/15)

**Requirements:**

Must meet the requirements for a Senior Mapping Technician and have demonstrated the ability to direct the work of Mapping Technicians, and Senior Mapping Technicians.

In an agreed upon testing procedure, must successfully pass a Company examination.

**Filling Vacancies:**

Vacancies in the Lead Mapping Technician classification shall be filled as follows:

(a) Regular Vacancies - The provisions of Title 21 shall govern the filling of Lead Mapping Technician vacancies. The successful completion of the appropriate examination is a  prerequisite, and selection shall be made after consideration of the stated requirements.

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 140 of 256

(b) Temporary Vacancies - In the filling of temporary vacancies pursuant to Section 21.7 of the Agreement, employees shall be considered in respect to the full requirements of the classification, giving preferences where practical to those who have passed the Promotional examination.

### *A*dvancement of Senior Mapping Technician working at System/DCCC to a Lead Mapping Technician (Added 11/5/13)

1) Senior Mapping Technicians working at the System Mapping Center or a DCC (Distribution Control Center) shall advance to Lead Mapping Technician after meeting both of the following requirements:
   a) Successfully completed a minimum of 6 months at the top of the rate as a Senior Mapping Technician
   b) Successfully passed the mutually agreed upon Expert Mapping Technician Exam.


PRINCIPAL MAPPING TECHNICIAN

 Electric – 3226  50010539       Gas -3227 50010540

**Duties:**

Under the supervision of an exempt employee, directs the work of not less than four or more than eight other mapping employees. Such Principal Mapping Technician shall not be considered as directing the work of other mapping employees who are being directed by a Lead Mapping Technician.

Performs the work of a Senior Mapping Technician and other related duties as required.

**Requirements:**

Must meet the requirements for a Senior Mapping Technician and have demonstrated the ability to direct the work of  Mapping Technicians and Senior Mapping Technicians  .

In an agreed upon testing procedure, must successfully pass a Company examination

Refer to Section 15.7 of the Agreement on application of Present Incumbent Only (PIO) before downgrading classification.

**Filling Vacancies:**

(a) Regular Vacancies - The provisions of Title 21 shall govern the filling of Principal Mapping Technician vacancies.  The successful completion of the appropriate examination is a prerequisite, and selection shall be made after consideration of the stated requirements.  A Lead Mapping Technician shall be considered as a 21.2(b) bidder and a Senior Mapping Technician who has passed the above examination shall be considered as a 21.2(c) bidder to Principal Mapping Technician.

A new Principal Mapping Technician position at a headquarters shall be filled in accordance with Section 21.2 from among those qualified employees at the headquarters only. If not filled from within the headquarters, then the job will be filled as provided in Title 21.

(b) Temporary Vacancies - Temporary Vacancies - In the filling of temporary vacancies pursuant to Section 21.7 of the Agreement, employees shall be considered in respect to the full requirements of the classification, giving preferences where practical to those who have passed the promotional examination.

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 141 of 256

EXPERT ELECTRIC MAPPING TECHNICIAN (LOA 13-30) (Added 11/5/13)
SAP Job Code: 51576990

**Duties:**

Under the Supervision of an exempt employee, directs the work of not more than 8 other mapping employees, including Lead Mapping Technicians in the Distribution Control Centers (DCC) or the Electric System Mapping Center (System Center). Additional Expert Mapping Technician positions may be created at the Company's discretion to meet business needs and the 8:1 ratio is meant as a maximum, not a limitation. Performs the work of Lead, Senior and/or Mapping Technician. Responsible for the work processes identified for the DCC and or System Center. The Expert Electric Mapping Technician will have the authority to direct Lead Mapping Technicians to work with each other and at the direction of another lead as prescribed by the Expert.

Expert Electric Mapping Technicians working in Distribution Control Centers or System Center will be responsible to provide mapping support for PG&E's Electric Distribution Control Centers and or System Center. This support consists of, but not limited to the following:

1. ORMap Updates for Planned Changes (CMCS)
2. ORMap Updates for Unplanned Changes
3. ORMap Incremental Updates
4. Substation Single Line Diagrams
5. Schematics

**Requirements:**

Must meet the requirements of a Senior Mapping Technician (passed test) and have demonstrated the ability to direct the work of Mapping Technicians, Senior Mapping Technicians and Lead Mapping Technicians. In an agreed upon testing procedure, must successfully pass the newly developed Expert Mapping Technician Exam (Until such time as a new Expert Mapping Technician exam is developed and approved by the parties, passing of the Lead/Principal Exam revised in 2009 shall be required).

**Filling Vacancies:**

1. Regular Vacancies - The provisions of Title 21 shall govern the filling of Expert Mapping Technician vacancies. The successful completion of the appropriate examination is a prerequisite, and selection shall be made after consideration of the stated requirements.

2. New positions - A new Expert Mapping Technician position at a headquarters shall be filled in accordance with Section 21.2 from among those qualified employees at the headquarters only. If not filled from within the headquarters, then the job will be filled as provided in Title 21.

3. Temporary Vacancies - In the filling of temporary vacancies pursuant to Section 21.7 of the Agreement, employees shall be considered in respect to the full requirements of the classification, giving preferences where practical to those who have passed the promotional examination.

4. Provisional Expert Mapping Technicians

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 142 of 256

a. When an Expert Mapping Technician vacancy is not filled pursuant to Section 21.2 as a result of "No Qualified Bidders," the vacancy may be filled on a provisional basis from the list of pre-bidders under the provisions of Subsection 21.2(f).

b. Provisional Expert Mapping Technicians will not be allowed to bid "same or higher" classifications until the qualifications for the position, as described in Exhibit D of the Agreement, are met. Further, such employees will not be eligible for consideration under the "Critical Classification" letter agreement until such time as they meet the full requirements of the job. A Provisional Expert Mapping Technician shall be required to take the appropriate examination each time it is offered and must pass within the first three attempts. If a provisional Expert Mapping Technician does not pass in three attempts, the provisions of Section 22.4 shall be effected. The testing procedure shall be in accordance with the language of Exhibit D, II, A2 of the Agreement; i.e., the Company will provide that an employee be granted paid time off to take the examination a total of three times, regardless of the employee's classification. The employee shall be granted time off with permission without pay when attempting subsequent examinations.

c. It is the intent of the parties to fill Expert Mapping Technician vacancies with employees who have passed the Expert Mapping Technician exam. However, a former Provisional Expert Mapping Technician demoted via Section 22.4 can subsequently fill an Expert Mapping Technician vacancy pursuant to Subsection 21.2. (f) of the Agreement. In such instances, the employee would have one additional opportunity to pass the Expert exam, including exhausting the test appeal process, before Section 22.4 is again applied. This process is expected to take up to one year, after which Section 22.4 is applied. If the position cannot be filled by an employee who has passed the appropriate Expert exam, the incumbent Provisional may remain in the position, subject to the annual cycle described above.

## SCHEDULER PROVISIONS

a) Scheduler job duties will be to create and manage a work schedule that while generally will be a 4 week window, may extend as needed to place projects in the schedule to meet and guarantee customer and internal PG&E requirements.
b) Schedulers may schedule all work for all lines of business.
c) Company may establish a static second and potential third shift to ensure full-time coverage.
d) W&R Scheduler-in-Training will be an entry level position and will progress to the above entry level W&R Scheduler position upon successful completion of the 12-month training program.
e) Progression to W&R Scheduler will require completion of the training program and testing requirements.
f) Schedulers will interact with the W&R Dispatcher and others to validate that dependencies are complete (e.g., safety and job planning).
g) Schedulers rotate thru work types being scheduled (i.e., crew, GSR / T-men, design / customer contact, etc).
h) Staffed appropriately (level) including relief (backfill) so that vacations/time off can be covered.
i) Scheduler Qualification School to be negotiated.
j) At the discretion of the business, the Scheduling Qualification School may be attended by management employees to ensure they are competent in the overall work and resource management process.
k) Schedulers can be assigned to schedule work throughout the system. Incumbent W&R Planners will be considered qualified for the above-entry level Scheduler positions.

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 143 of 256

Responsibilities and level of scheduling activity may be different within work types being scheduled (i.e., crew, GSR / T-men, design / customer contact, etc).

Performance Standards

The Company and Union agree that within 6 months of the establishment of this position to establish a joint committee to fully develop and implement performance standards for this position. The agreed to standards will support the Company reaching industry leading performance.

Hours of Work

Company may establish a second shift for the Scheduler or Scheduler-in-Training classifications.

SCHEDULER   - 3563  50073850

A.  DUTIES

An employee who schedules work and resources using technology that will enable the matching of work to available resources for construction, service & design functions of CGT, Electric Transmission, Gas & Electric Distribution, Field & Metering Services, and other functions and any associated support as required by the business (i.e., Power Generation, ISTS). The schedule will generally be in a 4-week window, but scheduling may extend as needed to place projects in the schedule to meet and guarantee customer and internal PG&E requirements. Confirms the completion of dependencies related to work requests prior to scheduling. Coordinates with Dispatchers and Planners as required for work that may affect daily or long term work plans.  (Amended 1/1/16)

- Receive and review work requests and develop a schedule based on priority, work type, resource availability, equipment availability and optimization opportunities
- Ensure all required dependencies are completed before finalizing the schedule
- Review scheduled work requests for needed resources
- Assign resources to work requests (including design, field work, and emergencies) while ensuring high priority commitments are met first
- Ensure that resources are available to be scheduled for appointment windows
- Work with W&R Planner to resolve discrepancies with work requests and available resources
- Finalize and convey the work and resource schedule
- Coordinate with W&R Planner to ensure the 6 month and rolling 1 month plans are updated to reflect changes due to unplanned work (differences between the forecasted work and actual work available to be scheduled)
- Accountable for scheduling all G&E maintenance tags (EPCM, leaks, etc) for compliance work meeting established guidelines, standards and compliance requirements deadlines. In addition, coordinates scheduling of ongoing routine maintenance
- Track work orders to completion, taking appropriate corrective action for work not completed as scheduled
- Manage daily exceptions and make modifications to the schedule based on feedback from W&R coordinators, dispatchers, designers and supervisors.
- Assign resources to enable the safe accomplishment of the monthly work plan within budget.

B.  REQUIREMENTS

Requires a comprehensive knowledge of Company's Customer Service Policies and gas and electric system.

126

C. APPLICATION

The ADE, Sr. Engineering Estimator, and Sr. Field Engineering Tech classifications can bid into the Scheduler position and will be considered under Subsections 21.2(a)(b) and (d). All successful bidders will need to successfully complete the 12 month Scheduler-in-Training requirements. (Added 1/1/16)

Testing Requirements

The Company and Union agree that within 6 months of the establishment of Scheduler classification, Company will determine the appropriate qualification test for new hires and bids/transfers to this position. The Company will be working with our existing test vendor (PSI) to determine and validate the appropriate test elements, which are expected to be similar to the existing physical and clerical test batteries. The Company will review the final test with the ESC prior to implementation and involve them in validation.

Schedulers-in-Training will be given two attempts at passing the Final Scheduler-in -Training test for progression to Scheduler. Following a second failure, removal will be via Section 22.4 (another entry-level position or termination)

SCHEDULER-IN-TRAINING     - 3564  50073851

A. DUTIES

Scheduler-in-Training is an employee who has successfully completed the Scheduler Qualification School and is in the course of completing 12 months of on-the-job training. Upon successful completion of these requirements and a satisfactory supervisory assessment, the employee will Progress to W&R Scheduler, receive the next higher wage step, and be required to fulfill the following:

An employee who schedules work and resources using technology that will enable the matching of work to available resources for construction, service & design functions of CGT, Electric Transmission, Gas & Electric Distribution, Field & Metering Services, and other functions and an associated support as required by the business (i.e., Power Generation, ISTS). The schedule will generally be in a 4-week window, but scheduling may extend as needed to place projects in the schedule to meet and guarantee customer and internal PG&E requirements. Confirms the completion of dependencies related to work requests prior to scheduling. Coordinates with Dispatchers and Planners as required for work that may affect daily or long term work plans. Scheduling may be required on a 7-day basis with varied shift arrangements.  (Amended 1/1/16)

- Receive and review work requests and develop a schedule based on priority, work type, resource availability, equipment availability and optimization opportunities
- Ensure all required dependencies are completed before finalizing the schedule
- Review scheduled work requests for needed resources
- Assign resources to work requests (including design, field work, and emergencies) while ensuring high priority commitments are met first
- Ensure that resources are available to be scheduled for appointment windows
- Work with W&R Planner to resolve discrepancies with work requests and available resources
- Finalize and convey the work and resource schedule
- Coordinate with W&R Planner to ensure the 6 month and rolling 1 month plans are updated to reflect changes due to unplanned work (differences between the forecasted work and actual work available to be scheduled)
- Accountable for scheduling all G&E maintenance tags (EPCM, leaks, etc) for compliance work meeting established guidelines, standards and compliance requirements deadlines. In addition, coordinates scheduling of ongoing routine maintenance
- Track work orders to completion, taking appropriate corrective action for work not completed as scheduled

127

- Manage daily exceptions and make modifications to the schedule based on feedback from W&R coordinators, dispatchers, designers and supervisors.
- Assign resources to enable the safe accomplishment of the monthly work plan within budget.

### B. REQUIREMENTS

Requires a comprehensive knowledge of Company's Customer Service Policies and gas and electric system.

### C. APPLICATION

Scheduler- in-Training (SIT) is an entry level position filled by transfers of existing employees and unrestricted appointments

SENIOR DESIGN ENGINEER   - 2980 50010503
DESIGN ENGINEER           - 2983 50010504

(1)  Routine substation design such as, but not limited to; field corrections, feeder additions/replacements, relay changes/additions, bank replacement, annunciator additions, and other routine design such as battery replacements.

(2)  Transmission line design consistent with the negotiated job definitions.  The duties of the Senior Design Engineer or Design Engineer may include the assignment of providing engineering expertise to crew personnel; coordinate engineering work between departments; and preparing cost estimates for transmission work (Typically performed by Estimators).

(3)  The preparation or completion of job estimate forms for substation work, as assigned.

## 3.  LAND DEPARTMENTS

LAND AGENT – 2909  50010493

(Divisions & Regions)

### A.  DUTIES

Under the supervision of an exempt supervisor is responsible for land matters, including discussing them with private, public, or governmental bodies and agencies to obtain necessary rights-of-way, contracts, agreements or concurrence within established Company policies.  This work includes such duties as coordinating relocation projects, review of encroachments, and gathering material and preparing preliminary reports/data sheets for use in land sales and leases.   May perform the duties of lower classifications.

### B.  REQUIREMENTS

(1)  Four years of college in a technical or liberal arts curriculum or the equivalent in education and/or experience.

(2)  A minimum of one year as a Senior Land Technician and must have demonstrated the ability to perform such work as evidenced by the quality and quantity of the work product.

(3)  Must be able to make effective oral and written presentations on land matters.

128

C. FILLING VACANCIES

Vacancies in the Land Agent classification shall be filled as follows:

(a) Regular Vacancies

For promotions to Land Agent under Title 21.2(c), (e), (f), (g) or (h), preference will first be given to those employees who have passed the Land Agent test which was discontinued after 2012. If there are no bidders who have passed the test, the following process will be used:

1) The company will review the bid list to determine which employees have expressed an interest in the position. Employees must have demonstrated satisfactory performance in their current position and meet the minimum qualifications of the new position to be considered for the position.

2) A selection board comprised of two management and two union appointed employees will interview all interested and qualified employees. The selection board will jointly create the interview questions and will consider the employee's current performance, assessment feedback, interview information and seniority.

3) The selection board will evaluate the candidates against the selection criteria to determine who is most qualified. To the extent that the board cannot agree on which candidate is most qualified and the candidates possess substantially equal qualifications, the most senior candidate will be selected

4) All candidates will receive feedback on the results of the interview.

(b) Temporary Vacancies

In the filling of temporary vacancies, employees shall be considered in respect to the full requirements of the classification, giving preferences, where practical, to those who have passed the formerly required written examination.

LEAD LAND TECHNICIAN – 2972  50010501
(Divisions & General Office)

A. DUTIES

Under the supervision of an exempt supervisor is

(1) responsible for carrying out the full range of duties of the Senior Land Technician,

(2) assigned the responsibility for coordinating the routine work flow in land engineering matters with other departments within the Divisions and General Office; directs the progress and is responsible for the quality of the work of subordinates.

B. REQUIREMENTS

(1) Four years of college in a technical or liberal arts curriculum or the equivalent in education and/or experience.

(2) A minimum of one year as a Senior Land Technician and must have demonstrated the ability to perform such work as evidenced by the quality and quantity of the work product.

(3) Knowledge of land engineering matters.

129

C. FILLING VACANCIES

Regular Vacancies

For promotions to Lead Land Technician under Title 21.2(c), (e), (f), (g) or (h), preference will first be given to those employees who have passed the Lead Land Technician test which was discontinued after 2012. If there are no bidders who have passed the test, the following process will be used:

1) The company will review the bid list to determine which employees have expressed an interest in the position. Employees must have demonstrated satisfactory performance in their current position and meet the minimum qualifications of the new position to be considered for the position.

2) A selection board comprised of two management and two union appointed employees will interview all interested and qualified employees. The selection board will jointly create the interview questions and will consider the employee's current performance, assessment feedback, interview information and seniority.

3) The selection board will evaluate the candidates against the selection criteria to determine who is most qualified. To the extent that the board cannot agree on which candidate is most qualified and the candidates possess substantially equal qualifications, the most senior candidate will be selected

4) All candidates will receive feedback on the results of the interview.

D. IMPLEMENTATION

In any headquarters where the work of the Land Technician and/or Sr. Land Technician classification is performed, either a Lead Land Technician or Land Agent position will be established to perform the Lead Land Technician duties described in Sec. A, Duties, above.

CHIEF OF PARTY – 2906 50010492

(Regions and General Office)

A. DUTIES

An employee who, under the supervision of a responsible supervisor or the direction of a higher land classification within the Land Surveyor's line of progression: regularly plans and directs the work and activities of a survey crew to procure all field data necessary for the preparation of all types of land documents and for the preparation of drawings in connection with the Company's design, construction, maintenance and operating functions. Employee is responsible for the performance of

(1) specific surveys as required on existing or proposed road, canals, ditches, telephone lines, distribution lines, transmission lines, establishing horizontal and vertical control for construction projects, microwave installations, etc.,

(2) hydrographic surveys, settlement surveys for dams, power plants and other major structures, property surveys and setting property corners for Company-owned land,

(3) work, obtaining field data and making computations,

(4) recording in field notebooks, electronic data collectors or in manners designated by the Company,

(5) taking care of and operating survey equipment and related computers and interfaces, and

130

(6) may perform the duties of lower classifications.

B. REQUIREMENTS

(1) Two years of civil engineering or survey technology training from a recognized college, or the equivalent in education and/or experience, and one year's field experience as a Senior Land Technician. Must have the personal qualifications and ability to meet the public and direct and plan the activities of a survey crew.

(2) The full qualifications of a Senior Land Technician and the demonstrated ability to perform the above duties as evidenced by the quality and quantity of his/her work as a Senior Land Technician and in an agreed upon testing and promotion procedure, by passing a written Company examination which will test the ability to perform the duties of a Chief of Party, or who is a licensed Land Surveyor or who has passed the California State Land Surveyor in Training examination.

C. FILLING VACANCIES

For promotions to Chief of Party under Title 21.2(c), (e), (f), (g) or (h), the following process will be used:

1) The company will review the bid list to determine which employees have expressed an interest in the position. Employees must have demonstrated satisfactory performance in their current position and meet the minimum qualifications of the new position to be considered for the position.

2) A selection board comprised of two management and two union appointed employees will interview all interested and qualified employees. The selection board will jointly create the interview questions and will consider the employee's current performance, assessment feedback, interview information and seniority.

3) The selection board will evaluate the candidates against the selection criteria to determine who is most qualified. To the extent that the board cannot agree on which candidate is most qualified and the candidates possess substantially equal qualifications, the most senior candidate will be selected

4) All candidates will receive feedback on the results of the interview.

(2) Temporary Vacancies

In the filling of temporary vacancies, employees shall be considered in respect to the full requirements of the classification.

DOCUMENT WRITER (PIO) – 3315  50010561

A. DUTIES

An employee who, under the supervision of an exempt supervisor

(1) Prepares all the documents necessary for the acquisition and/or disposition of fee property by the Company and easements for all non-linear facilities. Writes complicated special documents.

(2) Coordinates the work flow in land matters with other departments within the Regions and directs the progress and is responsible for the quality of work of subordinates. May perform the duties of lower classifications.

(3) May check the work of other Document Writers in this duty.

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 149 of 256

B.  REQUIREMENTS

(1)  Four years of college in a technical or liberal arts curriculum or the equivalent in education and/or experience.

(2)  Must have knowledge of fundamentals of land law, and aptitude for surveying and mapping, and the ability to prepare technical papers and legal instruments.

(3)  A minimum of one year as a Senior Land Technician and must have demonstrated the ability to perform such work as evidenced by the quality and quantity of the work product.

C.  FILLING VACANCIES

Vacancies in the Document Writer classification shall be filled as follows:

(1)  Regular Vacancies

The provisions of Title 21 shall govern the filling of Document Writer vacancies.  Selection shall be made after consideration of all the stated requirements.

(2)  Temporary Vacancies

In the filling of temporary vacancies, employees shall be considered in respect to the full requirements of the classification.


SENIOR LAND TECHNICIAN – 2974  50010502
(All Land Departments)

A.  DUTIES

Under the supervision of an exempt supervisor or the direction of a higher land classification within the Land Technician line of progression or Land Surveyor's line of progression is responsible for

(1)   Performing routine work as a member of a survey party; making precise survey measurements using conventional and state of the art surveying instruments; interpreting legal descriptions of real property; making and interpreting survey calculations; researching, analyzing, checking, and adjusting survey data; researching title and compiling evidence and documentation for boundary determination.  May be required to operate the survey vehicle.

(2) Preparing maps from field notes, office data, and title searches for condemnation proceedings, obtaining rights-of-way, purchasing land, obtaining government permits, and obtaining leases and other land documents. Plotting, plan profiles, road cross-sections, topography, contours, and special drawings. May be required to check mathematical computations of others.

(3) Assembling information for, and processing, clearing, and correcting rights-of-way and land matters. This work includes such duties as preparing legal descriptions of real property; preparing all documents necessary for the acquisition and disposition of fee property and easements, including complicated and non-standard documents under the guidance of a Senior or Principal Land Agent; processing necessary forms for the procuring of permits; preparing and processing quitclaims; securing signatures; securing permits; inspecting property; preliminarily investigating encroachments; and preparing clear and concise reports and correspondence.

(4)  acting as the lead person in performing the field work necessary to procure data for the preparation of right-of-way papers, permits, leases and other land documents as required for distribution

132

facilities. This work includes such duties as coordinating the work of survey parties, conducting field survey work by running a survey party, operating survey equipment, taking field notes and directing the work of other members of the survey party

    (5) May perform the work of lower classifications.

B.  REQUIREMENTS

    (1) The full qualifications of a Land Technician and the demonstrated ability to perform the above duties as evidenced by the quality and quantity of the work product and must pass an agreed upon written examination which will test his/her ability to perform the duties of a Senior Land Technician as assigned.

    (2) Must demonstrate the ability to direct the activities of a survey crew and the physical ability to do field survey work.

C.  APPLICATION

    (1) The examination for Senior Land Technician will be given in two parts: Land Engineering in March and Land Management in October.

    (2) Progression to the classification of Senior Land Technician will occur when the employee

      (a) has met the examination requirements listed in (1) above; or

      (b) has achieved a passing score for the Land Management examination; and (in lieu of passing the Land Engineering examination) has achieved a passing score on the California State Licensed-Land-Surveyor-in-Training examination, or who is a California State Licensed Land Surveyor;

      (c) has met other requirements of the higher classification, and

      (d) has completed six months at the top wage rate or has completed at least 30 months in the classification on a regular basis.

    Such progression shall be effective on the first day of the month following completion of these requirements.

D.  FILLING VACANCIES

    All Senior Land Technician vacancies will be held open for bidding in accordance with Section 21.2. Of those jobs not filled under 21.2(a) or (b), every other one will be subject to the provisions of Subsection 21.2(d) before it may be downgraded to Land Technician.

    LAND TECHNICIAN – 2971  50010500
                 (All Land Departments, Beginning Classification)

A.  DUTIES

    Under the supervision of a responsible supervisor or the direction of a higher land classification within the Land Technician line of progression or Land Surveyor line of progression is responsible for the following:

(1) Performing routine work as a member of a survey party; making precise survey measurements using conventional and state of the art surveying instruments; interpreting legal descriptions of real property; making and interpreting survey calculations; researching, analyzing, checking, and adjusting survey data; researching title and compiling evidence and documentation for boundary determination. May be required to operate the survey vehicle.

(2) Preparing maps from field notes, office data, and title searches for condemnation proceedings, obtaining rights-of-way, purchasing land, obtaining government permits, and obtaining leases and other land documents. Plotting plan profiles, road cross-sections, topography, contours, and special drawings. May be required to check mathematical computations of others.

(3) Assembling information for, and processing, clearing, and correcting rights-of-way and land matters. This work includes such duties as preparing legal descriptions of real property; preparing all routine documents necessary for the acquisition of easements by the Company ; processing necessary forms for the procuring of permits; preparing and processing quitclaims; securing signatures; securing permits; inspecting property; preliminarily investigating encroachments; and preparing clear and concise reports and correspondence.

(4) Also performs duties substantially identical to those of a Senior Land Technician, but normally on assignments requiring less experience, in order to qualify for promotion to Senior Land Technician.

B. REQUIREMENTS

(1) Two years of Civil Engineering or Survey Technology training or the equivalent in education and/or experience in surveying of land and title work.

(2) Must have a valid California driver's license.

(3) The physical ability to do field survey work.

SENIOR ENGINEERING DESIGNER – 2976  50073036
(General Office)

A. DUTIES

Under the supervision of an exempt supervisor, locates structures for transmission lines in the most economical location. Computes clearance problems, and computes leg and footing extensions for towers. Performs other advanced work requiring specialized knowledge and experience. Directs the work of draftsmen in the preparation of railroad, highway and other permits. Trains new employees and employees in other departments, *including those outside General Office.*

B. REQUIREMENTS

Bachelor's degree in the field of Civil Engineering from a recognized college or Company experience and supplemental education which demonstrate the ability to perform the duties of the classification. The successful completion of the Engineer in Training Examination of the California Board of Civil and Professional Engineers will also be taken into account when promotions to this classification are being considered. Must have extensive experience in transmission line structure work or the equivalent in experience and ability.

ENGINEERING DESIGNER – 2977  50073089
(General Office, Beginning Classification)

134

A. DUTIES

Under the supervision of an employee in a higher classification, assists in locating or relocating structures for transmission poles and preparing cost estimates of such work in accordance with established Company standards and practices. Computes clearance problems, and computes leg and footing extensions for towers. Provides staff assistance to other advanced work requiring specialized knowledge and experience. Directs the work of draftsmen in the preparation of railroad, highway and other permits. Trains new employees and employees in other departments and the Regions.

B. REQUIREMENTS

Bachelor's degree in the field of Civil Engineering from a recognized college or the equivalent in education and experience. Must also have approximately two years of experience in transmission line structure work or equivalent.

LAND DRAFTSMAN – 3033  50010512
(General Office)

A. DUTIES

Under the supervision or direction of an employee in a higher classification, makes all types of drawings or maps, or portions thereof, from preliminary layout sketches, notes, diagrams or other data, including the maps of other agencies. Reduces notes. Plots profiles. Uses tables and makes engineering calculations. May be required to check the work of others in the same or lower classifications. May be assigned work of a more difficult nature to provide training for advancement.

B. REQUIREMENTS

Not less than two years education in surveying and mapping or the equivalent in education and practical experience.

JUNIOR LAND DRAFTSMAN – 3034  50073176
(General Office, Beginning Classification)

A. DUTIES

Under direction, performs routine drafting or mapping work or clerical work associated therewith. Work, in general, is performed according to specific direction and established procedure. May be promoted to Land Draftsman upon completion of six months at the top wage rate of pay of this classification and when the requirements for Land Draftsman are met. (Amended 1/1/80)

B. REQUIREMENTS

High School graduation with mechanical drawing background, or equivalent in education and experience with drafting aptitude.

4. GENERAL OFFICE

MATERIAL INSPECTOR – 3160  50010531

A. DUTIES

135

Under supervision, inspects equipment and material being manufactured for the Company to insure compliance with the Company's requirements.  Also expedites manufacture and delivery.  Verifies and/or witnesses tests and standards used by manufacturers for quality control and performance as required by the Company.  As appropriate, may prescribe tests beyond those specified or beyond normal procedure to insure reliability and safety.  Prepares reports covering inspections, progress of manufacture, and shipments.  At request of the Engineering or other General Office department, may be required to inspect a manufacturing or fabricating plant to determine its qualifications as a potential Company Supplier and prepare a written report thereon.

B.  REQUIREMENTS

Two years of college in an appropriate field of engineering or the equivalent in education and experience, plus adequate knowledge of material and equipment and of testing and inspection procedures, manufacturing methods, and operating problems involved in equipment to be inspected.  Also the ability to understand and interpret properly Company specifications and to communicate readily with others, both orally and in writing.


ASSISTANT MATERIALS INSPECTOR – 3162  50072904
(Beginning Classification)

A.  DUTIES

Under indirect supervision, conducts routine inspections of equipment and material manufactured for the Company to assure compliance with the Company's requirements.  Witnesses tests performed by manufacturers and/or reviews test reports for compliance with specified standards.  Receives assistance from and communicates with employees in higher classifications. Relieves employees in higher classifications of as much routine technical office work as possible and provides them with information and documents needed to perform inspections.

May be assigned work of a more difficult nature to provide training for advancement to Material Inspector.

B.  REQUIREMENTS

High school graduation with some college training preferred or the equivalent in education and experience.  Emphasis in education should be in technical subject.  The ability to understand written technical standards and to communicate readily with others, both orally and in writing.  In addition, the ability to maintain a satisfactory working relationship with manufacturer's personnel while enforcing the Company requirements.
(Added L/A 1/9/75)

ENGINEERING ASSISTANT
(Engineering Assistant I, Beginning Classification)

A.  DUTIES

Under supervision, performs technical work in connection with the design, construction, maintenance, or operation of the Company's plant or functions related thereto as an assistant to an engineer or group of engineers.  Typical assignments include chart making; preparing graphs, drawings, and sketches; obtaining and analyzing engineering data; making and checking mathematical computations; preparing and reviewing computer input and output; writing and revising computer programs; contract work and assisting in administrative work associated with the technical office activities.

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 154 of 256

B. SUBCLASSIFICATIONS

SENIOR ENGINEERING ASSISTANT – 2916 50010494
(LOA 13-16) (Amended 5/29/13)

Performs full range of high level duties as assigned. Most assignments are at an advanced level of knowledge and application. Normally is required to provide guidance to employees in lower classifications. Significant independent action required.

Generates performance metrics reports and maintains various databases including contract labor hours for several LOBs, contracts and invoice tracking dashboards, contractor performance metrics, work schedules, and other contractor metric requirements.

Processes, monitors and analyzes Engineering department financial and job tracking data such as Procurement Requests, Change Orders, Invoices. Uses spreadsheets and databases to produce reports and charts. Leads Contract Management and ensures that approval process is consistent with Company policy.

Establishes and maintains data collection and reporting systems for department metrics and goals. Functions as department point of contact for software system upgrades. Contributes to the development of work procedures and training manuals and guidelines.

Acts as a guide and mentor to other Engineering Assistants.

REQUIREMENTS
BA or BS Degree in business, finance or engineering, or its equivalent in experience and education. Knowledge of Engineering, Accounting and Procurement practices. Minimum of 3 years of experience in a relevant business field.

ENGINEERING ASSISTANT II – 2917  50010495
 (LA 13-16)  (Amended 5/29/13)

Performs full range of advance duties under guidance. Many assignments are at an advanced level of knowledge design, construction, maintenance, or operation of the Company's plant.

Supports the issuance of engineering/design service/consulting contracts including generating shopping carts, change orders, review and processing invoices, posting good receipts, tracking and record keeping, coordination with engineers, sourcing, project management, portfolio, accounting, contractors and various other PG&E stakeholders. Maintains project files and provides project documentation and status as requested.

ENGINEERING ASSISTANT I – 2918  50010496

Performs routine work under direction.

C. REQUIREMENTS

AA or AS in Engineering or its equivalent in technical education and experience. (Amended 1/1/16)

**5. DESIGN DRAFTING DEPARTMENT**

SENIOR DESIGN ENGINEER – 2980 50010503

137

A. DUTIES

Under supervision, performs work required of a Design Engineer and, in addition, performs advanced work requiring specialized knowledge and experience and directs the work of other employees performing design work for a job, project, or portions thereof. Checks for general and overall coordination of the various branches of the work involved. (Amended 1/1/83)

B. REQUIREMENTS

Bachelor's degree in the appropriate field of engineering from a recognized college or Company experience and supplemental education which demonstrate the ability to perform the duties in the field of engineering in which the classification is utilized. The successful completion of the Engineer in Training Examination of the California Board of Civil and Professional Engineers will also be taken into account when promotions to this classification are being considered. Must have extensive experience in design work or the equivalent in experience and ability.

DESIGN ENGINEER – 2983  50010504

A. DUTIES

Under supervision and with latitude for independent action or decision, performs responsible engineering work on a professional level in design of engineering jobs, projects, or parts thereof. Prepares designs, calculations, drawings, layouts and/or studies from field inspections, preliminary sketches, rough diagrams, specifications, and/or instructions requiring knowledge of engineering practices and shop and field procedures. Checks drawings, designs, or other work. As requested by his/her supervisor or assigned Senior Design Engineer, coordinates and directs the work of employees in lower classifications and provides guidance for training, orientation, or familiarization purposes to associates engaged in allied work. (Amended 1/1/83)

B. REQUIREMENTS

A bachelor's degree in the appropriate field of engineering from a recognized college or its equivalent in education and experience. Equivalency may include education and design drafting experience totaling six years, or education and experience totaling four years including two years at PG&E as a Design Drafter or Senior Design Drafter. Must have a working knowledge of material and equipment including commonly used national specifications and standards, building, or other appropriate codes and fundamental engineering principles and techniques. (Amended 1/1/91)

DCPP SR. FIELD DESIGN ENGINEER – 50010523 (3129)
SR. FIELD DESIGN ENGINEER—51905803 (3129)

A. DUTIES

Under supervision, performs work required of a Design Engineer and, in addition, performs advance work requiring specialized knowledge and experience and directs the work of other employees performing design work for a job, project, or portions thereof. Checks for general and overall coordination of the various branches of the work involved.

B. REQUIREMENTS

138

Bachelor's degree in the appropriate field of engineering from a recognized college or Company experience and supplemental education which demonstrate the ability to perform the duties in the field of engineering in which the classification is utilized. The successful completion of the Engineer in Training Examination of the California Board of Civil and Professional Engineers will also be taken into account when promotions to this classification are being considered. Must have extensive experience in design work or the equivalent in experience and ability.

Capable of qualification to specific work location requirements, including Radiation Controlled Area access, as appropriate.

DCPP FIELD DESIGN ENGINEER – 50010522 (3128)
FIELD DESIGN ENGINEER—51904942 (3128)
(Beginning classification)

A.  DUTIES

Under supervision and with latitude for independent action or decision, performs responsible engineering work on a professional level in design of engineering jobs, projects, or parts thereof. Prepares designs, calculations, drawings, layouts and/or studies from field inspections, preliminary sketches, rough diagrams, specifications, engineering analysis and/or instructions requiring knowledge of engineering practices and shop and field procedures. Checks drawings, designs, or other work. As requested by his/her supervisor or assigned Sr. Design Engineer, coordinates and directs the work of employees in lower classifications and provides guidance for training, orientation, or familiarization purposes to associates engaged in allied work (Amended 1/1/83).

B.  REQUIREMENTS

A bachelor's degree in the appropriate field of engineering from a recognized college or its equivalent in education and experience. Such experience may include two or more years in drafting and at a level equivalent to that of a Design Drafter. Must have a working knowledge of material and equipment including commonly used national specifications and standards, building, or other appropriate codes and fundamental engineering principles and techniques.

Capable of qualification to specific work location requirements, including Radiation Controlled Area access, as appropriate.

SENIOR DESIGN DRAFTER -  3000  50010505

A.  DUTIES

Under supervision, makes all types of drawings or maps or portions thereof from preliminary layout sketches, notes, diagrams, or other data including the maps of other agencies. May be required to prepare details and studies requiring application of limited engineering knowledge. May be required to use tables and make engineering calculations. Is responsible for the development of his/her drawings in conjunction with the work of others and directs the work of other drafters.

B.  REQUIREMENTS

Two or more years of college in the appropriate engineering field or the equivalent in education and practical drafting experience. Must be familiar with construction materials and their use and modern methods of construction or fabrication.

DESIGN DRAFTER      - 3003  50010506

A.  DUTIES

139

Under supervision, performs general drafting or mapping work of a moderately difficult nature frequently requiring a search for data and coordination of information. Frequently works from design studies, sketches, computations, or other data of moderate complexity prepared by an employee of higher classification. May be required to do computing work involving a limited knowledge of engineering formula.

B. REQUIREMENTS

Not less than one year of college in the appropriate engineering field or high school graduation with the equivalent experience or training in drafting.

DRAFTER - 3004 50010507
(Beginning Classification)

A. DUTIES

Under direction, performs duties substantially identical to those of a Design Drafter as training for advancement to such position.

B. REQUIREMENTS

Two years of drafting training in high school and junior college or the equivalent in education and experience with a demonstrated drafting aptitude.

C. PROGRESSION

A Drafter will be progressed to Design Drafter when he/she

(1) has demonstrated his/her ability to function as a fully qualified Design Drafter, and

(2) Has attained a wage rate that is 95 percent or more of the beginning rate of Design Drafter or has been at the top rate of the Drafter wage range for a period of six months. (Amended 1/1/76)

SR. FIELD DRAFTER – 3021 50010509

A. DUTIES

Under supervision, performs drafting and inspection activities required to support engineering and job site construction by: preparing construction and fabrication drawings from approved design drawings and other design documents; providing feasibility sketches for new or modified installations to designers and engineers based on installed plant conditions; drafting (including CAD) drawings, forms, maps, and lists based on approved details provided by designers and engineers; providing sketches of details not included on existing drawings to accurately reflect as-installed field conditions, by inspection; providing guidance to other individuals to facilitate inspection of installed and proposed installations. May direct the work of other drafters.

May be required to perform other routine drafting work in field engineering office, including but not limited to: verify the drafting work is complete and in compliance with technical requests; perform computer searches.

B. REQUIREMENTS

High school graduation. Experience or supplemental training which establishes the ability to perform the duties of the classification. Supplemental training in drafting procedures and methods desirable.

Capable of qualification to specific work location requirements, including Radiation Controlled Area access, as appropriate.

Has ability to provide an interface with Engineers, Field Design Engineers, and Field Engineers to define requirements for drawings, other documents, and data that accurately reflect field conditions and meet established criteria.

Exercises independent action within the framework of the supervisor's instruction.

Must have skill in leading the technical work of less experienced drafters.

FIELD DRAFTER – 3024  50010511
<div style="text-align:center">Beginner's classification</div>

A.  DUTIES

Under supervision, performs routine drafting and inspection activities required to support engineering and job site construction by:  preparing construction and fabrication drawings from approved design drawings and other design documents; providing feasibility sketches of new or modified installations to designers and engineers based on installed plant conditions; drafting (including CAD) drawings, forms, maps, and lists based on approved details provided by designers and engineers; providing sketches of details not included on existing drawings to accurately reflect as-installed field conditions, by inspection; providing guidance to other individuals to facilitate inspections of installed and proposed installations.

May be required to perform other routine drafting work in field engineering office.

B.  REQUIREMENTS

High school graduation. Experience or supplemental training in drafting which establishes ability to perform duties of the classification.

Capable of qualification, for appropriate instruction and training associated with assigned tasks, for specific work location, including Radiation Controlled Area access, as appropriate.

## 6.  APPLIED TECHNOLOGY SERVICES

SENIOR ENGINEERING TECHNICIAN – 3250  50010551

A.  DUTIES

Under the supervision of an employee in a higher classification, performs complex laboratory and field assignments involving responsibility for planning and conducting a complete project of relatively limited scope or a portion of a large and more diverse project. May coordinate portions of overall assignments, direct, review, analyze, and integrate the technical work of others. Will be required to assist or perform laboratory and field tests, repairs, calibrations, and investigations of a difficult nature on a wide variety of materials and equipment and prepare reports thereon. May be required to perform tests in the field without direct supervision, including dielectric testing, and may provide project supervision over other

<div style="text-align:center">141</div>

personnel. Performs the work of an Engineering Technician II and other related work duties as required. (Amended 4/10/12)

B. REQUIREMENTS

An AA degree or equivalent education and/or certifications in the appropriate field of technology. The successful completion of an agreed to examination offered under the guidelines of a nationally recognized engineering or scientific society will satisfy the requirements of equivalent education. The qualifications of an Engineering Technician II with five or more years' experience and the demonstrated ability to perform work of a difficult nature as evidenced by the quality and quantity of work as an Engineering Technician I and II or in the Industry with emphasis on laboratory procedures, techniques, equipment, and materials involved. (Amended 1/1/91) (Amended 1/1/91, 4/10/12)

C. APPLICATION

Progression to this classification requires satisfactory work performance. (Amended 1/1/80, 1/1/12)

ENGINEERING TECHNICIAN II – 3253  50010552

A. DUTIES

Under the direction or supervision of an employee in a higher classification, performs all laboratory and field assignments, maintenance and repairs, calibrations, and investigations of a difficult nature on a wide variety of materials and equipment. Performs other investigative work as directed. Prepares reports on results of investigations. May be required to perform tests in the field, including dielectric testing, without direct supervision and may direct the work of other employees.

This is the fully experienced, skilled level of Engineering Technician.

B. REQUIREMENTS

An AA degree in the appropriate field of technology and two to three years experience in the classification of Engineering Technician I or equivalent education and experience with emphasis on laboratory procedures, techniques, equipment, and materials involved.

C. APPLICATION

Progression to this classification requires satisfactory work performance and six months at the top of Engineering Technician I.
(Amended 1/1/80)

ENGINEERING TECHNICIAN I – 3254  50073275
(Beginning Classification)

A. DUTIES

Under direction or supervision of an employee in a higher classification, performs laboratory and field assignments including dielectric testing, maintenance and repairs, calibration, and investigation on a wide variety of material and equipment. Catalogs and maintains instruments.

This is the entry-level position for engineering technical work. Work performed at this level will be assigned as required to prepare the employee for advancement to Engineering Technician II.

B. REQUIREMENTS

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 160 of 256

An AA degree in the appropriate field of technology or its equivalent in education and experience with emphasis on the laboratory procedures, techniques, equipment, and materials involved.

## TECHNICAL SPECIALIST
### (Technical Specialist I, Beginning Classification)

A.  DUTIES

Under supervision or direction of an employee of a higher classification, performs technical work in the Research Center or in the field in connection with the design, construction, maintenance, or operation of the Company's plant or functions.  Works directly with the professional staff as an assistant to an engineer/scientist or group of engineers/scientists.

Typical assignments may include drafting and technical illustration for technical publications; coordinating and performing audits and writing post-audit reports; writing, reviewing, and modifying procedures; contract work and liaison with suppliers; writing and revising computer programs and user documentation and instructing program users; indexing and retrieving documents for the Company's Records Management System; preparing and reviewing computer input and output; making and checking mathematical computation; obtaining and analyzing engineering data; chart making, preparing graphs, drawings, and sketches; writing reports; and assisting in administrative work associated with the technical office activities.

B.  SUBCLASSIFICATIONS

SENIOR TECHNICAL SPECIALIST – 2919  50010497

A.  DUTIES

Performs full range of complex Research Center and field assignments involving responsibility for planning, coordinating, and conducting a complete assignment of relatively limited scope or a portion of a large and more diverse effort.  Most assignments are at an advanced level of knowledge and application. May provide guidance and/or direct work of employees in lower classifications.  Significant independent action required. May be required to work in the field without direct supervision.  Performs the work of a Technical Specialist II and other related duties as required.

B.  REQUIREMENTS

An AA degree or equivalent education in the appropriate technical field.  The qualifications of a Technical Specialist II with five or more years experience including at least two years in the classification of Technical Specialist II and the demonstrated ability to perform work of a difficult nature as evidenced by the quality and quantity of work as a Technical Specialists I and II.

C.  FILLING VACANCIES

Operational needs will determine the number of Senior Technical Specialist positions.  These positions will be filled in accordance with Title 21 of the Agreement.

TECHNICAL SPECIALIST II – 2920  50073153

A.  DUTIES

Performs full range of advanced duties under guidance.  Many assignments are at an advanced level of knowledge and application.  May provide guidance and/or assigns work to employees of lower

classifications. May require independent action and/or may be required to work in the field without direct supervision. This is the fully experienced, skilled level of Technical Specialists.

### B. REQUIREMENTS

An AA degree in the appropriate technical field and two or three years experience in the classification of Technical Specialist I or equivalent education and experience. Progression to this classification requires satisfactory work performance and six months at the top of Technical Specialist I.

TECHNICAL SPECIALIST I – 2921  50073152
(Beginning Classification)

### A. DUTIES

Performs routine work under direction or supervision of an employee in a higher classification. This is the entry level Technical Specialist classification. Work performed at this level will be assigned, as required, to prepare the employee for advancement to Technical Specialist II.

### B. REQUIREMENTS

An AA degree in the appropriate technical field or its equivalent in education and experience. (Definitions for Technical Specialists added 1/1/83)

TECHNOLOGIST – 3265  50010556

### A. DUTIES

Under minimal supervision, perform engineering or scientific work in one or more of the specific assignment areas listed below. Work at this level requires the interpretation and application of engineering or scientific theory and practice, as well as the exercise of independent judgment. May perform field tests or inspections, provide staff training, make recommendations on matters within their area of expertise, prepare reports and direct the work of others. In addition, may be assigned to act as technical liaison on behalf of TES to other Company organizations. Also, can be assigned to work with outside companies in specified technical capacity.

(1) Design and prepare complex tests, plans and procedures.

(2) Design, fabricate, assemble, repair, calibrate, and/or operate complex equipment or systems requiring technical knowledge of each component in the operation of the total system.

(3) Develop complex computer hardware and/or software for scientific or engineering application.

(4) Plan, write and execute complex procedure qualifications, specify code related testing and evaluate test results.

### B. REQUIREMENTS

An AA degree or equivalent education in the appropriate field of technology. The qualifications of a Senior Engineering Technician with ten or more years experience including at least three years in the

144

classification of Engineering Technician II or above, and the demonstrated ability to perform work of a difficult nature as evidenced by the quality and quantity of work as a Senior Engineering Technician.

### C.  FILLING VACANCIES

The filling of these vacancies will be by the consensus of a five member committee.  The committee will be comprised of the following: Committee Chairman appointed by the TES Manager, member named by Chairman, member named by candidate, and member named by Committee Chairman, and ESC Steward.  (Amended 1/01/00)

Operational needs will determine the number of Technologist positions that will be created.


## 7.  GAS SUPPLY

ASSOCIATE DISTRIBUTION ENGINEER      - 3092 GAS  50010516
(See Division Gas Department)

SENIOR ENGINEERING ESTIMATOR – 3140  50073037

### A.  DUTIES

Under supervision, prepares cost estimates and plans for construction of, or improvement to, the department facilities.  This work is normally of such a nature that it requires a practical knowledge of construction methods, Company standards, and rules and regulations rather than requiring advanced knowledge of engineering theory and calculation.  (Amended 1/1/91)

Working from broad general assignments, gathers field and office information necessary to solve operating problems, and prepares plans for improvements to the Company's facilities.  Makes analyses of problems and prepares layouts in accordance with the Company's standards.  Prepares plans for installation of new facilities, rearrangements of existing facilities, and drawings of existing facilities.

Prepares estimates for work on department facilities and for the procurement of automotive and construction equipment where work involves the application of existing standards to complete final estimate. Obtains joint-pole agreements; initiates right-of-way procedures, applications for licenses, permits, etc.; may be required to investigate and prepare reports on third-party accidents.

Provides guidance to Engineering Estimators.  Performs field surveying, miscellaneous field tests and office drafting work.

### B.  REQUIREMENTS

The full qualification of an Engineering Estimator and the demonstrated ability to perform work of a difficult nature as evidenced by the quality and quantity of his/her work as an Engineering Estimator.

### C.  APPLICATION

(1)  Company does not intend to fill routine Estimator classifications in this line of progression. However, if a routine Estimator position (code 3143) is filled, Company and Union will meet to agree on the criteria for promotion.  This may include completion of ETP, a promotion exam or some combination of both.

(2) All Senior Engineering Estimator vacancies will be held open for bidding, in accordance with Section 21.2. Of those jobs not filled under 21.2(a) or (b), every other one will be subject to the provisions of Subsection 21.2(d) before it may be downgraded to Engineering Estimator.

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 163 of 256

ENGINEERING ESTIMATOR – 3143  50010524
(Beginning Classification)

A.  DUTIES

Under supervision, prepares cost estimates and construction plans of a less difficult nature than work performed by a Senior Engineering Estimator.

Makes field sketches and prepares layouts for construction or additions or improvements to the department's facilities and drawings of existing facilities.  Estimates labor and material costs, obtains joint-pole agreements; initiates right-of-way procedures, licenses, permits, etc.; and performs such other work as is required to prepare the estimate in final form.

May be required to prepare final sketch or layout and cost estimate of more complex jobs from field notes.  May be required to investigate and prepare reports on third-party accidents.
May be assigned work of a more difficult nature to provide training for advancement to Senior Engineering Estimator.

B.  REQUIREMENTS

High school graduation with a working knowledge of the Company's construction standards and specifications and some operating knowledge and experience or two years of college-level education in engineering.

C.  APPLICATION

Company does not intend to fill routine Estimator classifications in this line of progression. However, if a routine Estimator position (code 3143) is filled, Company and Union will meet to agree on the criteria for promotion.  This may include completion of ETP, a promotion exam or some combination of both.

**8. CONSTRUCTION**

FIELD ENGINEER – 3100  50010519
(Beginning Classification)

A.  DUTIES

A professional employee who contributes technical and engineering services to key General Office and field personnel on construction jobs.  During initial assignments may be required to learn and perform all the duties of a Field Engineering Technician and Senior Field Engineering Technician.  With experience, assignments will expand to require *directing the work of* Inspectors, other Field Engineers, Field Engineering Technicians, Senior Field Engineering Technicians, and other similar field personnel.  May direct the activities of certain employees or crews on job assignments requiring engineering expertise; inspect and monitor the work of contractors to assure compliance with specifications and plans; audit work under construction for current construction standards, rules, and regulations.  Recommend and approve changes in construction drawings or specifications; coordinate engineering work between operating Divisions and General Construction; solve simple and complex engineering problems; make engineering studies and analysis; layout construction plans; do scheduling, budgeting, and forecasting. May be required to perform duties as an assistant supervisor when size of project requires. (Amended 1/1/16)

B.  REQUIREMENTS

Bachelor's degree in engineering or construction disciplines from a recognized college or experience and supplemental education described in RC 546 which establishes the ability to perform the duties of the

146

classification. Passing the California EIT examination and achievement of professional registration will be given special consideration for promotion to or advancement in classification.  (Classification added 1/1/80)

### SENIOR FIELD ENGINEERING TECHNICIAN – 3117  50010520

A.  DUTIES

An employee who performs the duties of a Field Engineering Technician may be required to perform such additional duties as training and directing the work of a Field Engineering Technician in the performance of their duties; assisting the General Foreman or Area Foreman in coordinating and scheduling work assignments; maintain liaison with divisions and outside organizations; prepare weekly cost, manpower, and progress reports; use mechanical and electrical survey and testing equipment to carry out assignments; calculation, analysis, and performance of simple engineering problems and related technical duties to assist Field Engineers.

Employee may also assist in planning, scheduling and cost-control activities; operates, maintains and assists in developing construction schedules, cost control and reporting systems; performs data indexing and coding activities and evaluates results to assure that input information is accurate; assists in presenting schedule and cost information and recommends corrective actions to engineering and management personnel at meetings; reviews and evaluates changes in construction schedule and related cost information.  (Amended 1/1/91)

B.  REQUIREMENTS

High school graduate.  Experience and supplemental education which establishes the abilities to perform the duties of the classification.  A minimum of 24 months in the Field Engineering Technician classification and not less than 6 months at the top of the rate.  (See L.O.A. 91-10)

In an agreed upon testing procedure, must successfully pass a Company examination demonstrating the ability to perform the duties of a Senior Field Engineering Technician.  (Amended 1/1/91)

C.  APPLICATION

(1)  The examination for Senior Field Engineering Technician will be given the fourth week in March and the last week in September. (Amended 1/1/00)
(2)  Progression to the classification of Senior Field Engineering Technician will occur when the employee

(a)  has met the above appropriate examination requirement, and

(b)  has met other requirements of the higher classification, and

(c)  has completed six months at the top wage rate and 24 months in the FET on a regular basis or has completed at least 30 months in the FET classification on a regular basis.

Such progression shall be effective on the first day of the month following completion of these requirements.

### FIELD ENGINEERING TECHNICIAN – 3118  50010521
### (Beginning Classification)

A.  DUTIES

147

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 165 of 256

An employee who performs technical work associated with construction activities such as cost estimating, simple drafting, and field measurements; locating and marking underground facilities, layout of foundation and excavation sites; preparation and correction of field drawings; ordering and receiving material; initiation of right-of-way acquisition, licenses, and permits; assisting Senior Field Engineering Technicians and Field Engineers; preparing construction notes; inspection and performance of other related duties.

Under the supervision of an employee in a higher classification, may assist in planning, scheduling and cost-control activities, such as operation and maintenance of scheduling, cost-control and reporting systems, performs schedule and cost data indexing and coding activities, verifies schedule and cost-input information; utilizes the computer to edit schedule and cost information; checks and corrects completed schedule and cost reports prepares and distributes reports as necessary. Maintains schedule and cost control files. (Amended 1/1/91)

B. REQUIREMENTS

High school graduate. Experience and supplemental education which establishes the abilities to perform the duties of the classification. (Amended 1/1/80)

SENIOR TRANSITMAN – 3270  50073105

A. DUTIES

Under the supervision of an employee in a higher classification, performs the same duties as Transitman except with higher proficiency. May be placed in charge of a survey party.

B. REQUIREMENTS

High school graduation. Experience which establishes the ability to perform the duties of the classification. Supplemental training in advanced surveying techniques is desirable.

TRANSITMAN – 3273  50073067
(Beginning Classification)

A. DUTIES

Under direction, performs field work involving the use of transits, levels, and other surveying instruments and equipment including their adjustment; keeps legible and accurate field notes; computes, compiles, and plots field data; interprets simple plans and specifications; and stakes out the work. Individually or with assistance, makes observations and gathers and records data for engineering reports. May be required to assist in inspection of contract work, preparation of estimates, taking off quantities from drawings, and performing other similar duties.

B. REQUIREMENTS

High school graduation. Experience or supplemental training which establishes the ability to perform the duties of the classification.

SENIOR FIELD DRAFTSMAN – 3020  50010508

148

A. DUTIES

Under the supervision of an employee in a higher classification, performs mapping and drafting requiring some design ability and ingenuity, the computation of field notes and coordinates, makes field changes to show actual construction on existing drawings, and makes field drawings showing construction work done and not otherwise recorded. Performs other miscellaneous work in field engineering offices.

B. REQUIREMENTS

High school graduation. Experience or supplemental training which establishes the ability to perform the duties of the classification. Supplemental training in drafting procedures and methods is desirable.

FIELD DRAFTSMAN – 3023  50010510
(Beginning Classification)

A. DUTIES

Under the supervision of an employee in a higher classification, does tracing, simple mapping, and drafting work with no design ability required. Computes quantities and makes takeoff of materials from drawings. Computes and plots field notes of simple nature and assists in indicating field changes on existing drawings to show actual construction. May be required to perform routine engineering work in field engineering offices.

B. REQUIREMENTS

High school graduation. Experience or supplemental training in drafting which establishes ability to perform duties of the classification.

SENIOR NUCLEAR PLANNER – 3592  50352682

A. DUTIES

An employee who performs the duties of a Nuclear Planner and may be required to perform such additional duties as developing training programs; performing training; directing the work, and reviewing and approving the work, of a Nuclear Planner or Associate Nuclear Planner; reviewing and assisting supervisors in coordinating and scheduling work assignments. Oversight of assigned Nuclear Planners and Associate Nuclear Planners to ensure the daily T-12 Work control and Outage Planning Milestones are met. Make recommendations to the Department Supervisor and Planning Manager regarding the resources/overtime required to meet the Daily T-12 Work Control process and Outage Planning Milestones.
It is also recognized that such duties as developing training, conducting training, Oversight, directing the work of others and reviewing and approving the work of Nuclear Planner and Associate Nuclear Planner may also be performed by non-unit supervisors.
Employees will be assigned to a primary discipline of I&C; Mechanical; Electrical; Welding or Civil but may also be assigned to perform work on occasion in another discipline if qualified.

B. REQUIREMENTS

Must have three years of plant experience as a Nuclear Planner (or the previous classifications of Construction Planner or Maintenance Planner) in the discipline that is being filled. Disciplines include I&C; Mechanical; Electrical; Welding and Civil.

C. APPLICATION

149

**Filling the job:**

An employee must meet the requirements above to be considered a qualified bidder. Company shall make the final selection from a list of qualified bidders taking into consideration such factors as the employee's length of service, job performance and leadership and technical abilities. Company shall solicit and consider Union's input before the final selection is made. The final selection of the successful candidate may be subject to the grievance procedure only to determine whether or not the Company considered all of the factors listed above prior to making the decision.

**Demotion/layoff rights:**

Rights under Title 22 of the Agreement shall be by classification and discipline.


NUCLEAR PLANNER – 3591  50352681

A.  DUTIES

**(SAP Planning):**

An employee who develops work packages and provides technical support /oversight for field personnel for design modification, construction, corrective maintenance, preventive maintenance, and recurring tasks to comply with plant licensing documents, regulatory commitments, technical specifications, preventive maintenance, and equipment qualification programs.

Development of work instruction and packages include engineering drawings, plant administrative procedures, maintenance and construction procedures, vendor recommendations and other governing documents and specifications. Assists in determination of post maintenance testing requirements, clearance, ALARA and foreign material exclusion program information. Identifies required parts, special tools and material and coordinates generation of support activities. Performs job walkdowns to identify potential work activity interference. May develop as-built drawings and required field changes. Performs applicable final work package review and closure.

Interfaces and assist various departments with the development of permanent and temporary design changes. Participates in preparation of preliminary job estimates, schedules, and constructability reviews. Provides technical support to field personnel, performs field inspections, prepares progress reports, monitors the work of contractors to assure compliance with applicable site procedures, management expectations, work orders, construction standards, drawings, specifications, regulations and plans. While it is recognized that some limited contractor interface will be performed by non-unit employees, the primary point of contact will be the Nuclear Planner Classification. May direct the activities of certain employees or crews on job assignments requiring technical support. Assists engineering with studies and analysis. May perform duties as assistant Supervisor when the project size warrants.
Employees will be assigned to a primary discipline of I&C; Mechanical; Electrical; or Civil but may also be assigned to perform work on occasion in another discipline if qualified.  *(Amended 10/28/14)*

B.  REQUIREMENTS

Three to five (3-5) years related discipline experience in nuclear power, and a high school diploma or equivalent.
OR
Two (2) years experience in maintenance in nuclear power, engineering or nuclear plant operations, and an associate's degree in engineering or related physical science.
OR

150

One (1) year experience in maintenance in nuclear power, engineering or nuclear plant operations, *and* a B.S. degree in engineering or related physical science.
Understanding of drawings, schematics, diagrams and other technical material.
Basic software skills (word, excel, power point, access).

  C. APPLICATION

**Automatic Progression**

Progression from Associate Nuclear Planner to Nuclear Planner is automatic after successfully completing a training program, meeting ANSI Standards and achieving the top rate of pay.

**Filling vacancies**

Prior to filling vacancies through the bid process, Company shall consider requests for transfers between disciplines provided the employee meets the requirements for the discipline, but such placement shall be at the discretion of the Company.

**Demotion/layoff rights:**

Rights under Title 22 of the Agreement shall be by classification and discipline.

  ASSOCIATE NUCLEAR PLANNER – 3590 50352680
  (BEGINNING LEVEL)

  A. DUTIES

A beginning level classification that will perform, after training, the full duties of a Nuclear Planner. Shall progress Daily utilizing the Assigned Training Tracking and Certification Discipline form in order to become a "Certified Nuclear Planner" which includes, Participating in Project Field Implementation inspections, conduct of Maintenance work and the T-12 Work control process. Complete and maintain all required training for unescorted Radiation access.

  B. REQUIREMENTS

Have completed an AA or AS in engineering or related field or equivalent experience.

**9. MATERIALS DEPARTMENT**

  SENIOR INSTRUMENT TECHNICIAN (PIO) – 3239 50010548

  A. DUTIES

  Under the supervision of an employee in a higher classification, directs the work of the Instrument Technicians within the instrument repair shop. Performs the work of an Instrument Technician and must be familiar with the Company's inspection and safety standards, accounting procedures, and other applicable rules and procedures.

  B. REQUIREMENTS

  An AA degree or equivalent in the field of instrument repair and calibration and the qualifications of an Instrument Technician.
(Amended 1/1/80)

Case: 19-30088  Doc# 503-1  Filed: 02/20/19  Entered: 02/20/19 14:36:23  Page 169 of 256

SENIOR INSULATION TESTER – 3255  50010553

A.  DUTIES

Under the supervision of an employee in a higher classification, directs the work of Insulation Testers within the insulation testing lab. Performs the work of an Insulation Tester.  Must be familiar with the Company's inspection and safety standards, accounting procedures, and other applicable rules and procedures.

B.  REQUIREMENTS

Prior experience as an Insulation Tester.  Must be completely familiar with the operation of all test equipment in the rubber testing facility.  Electric background in AC and DC.  (Added 1/1/80)

INSULATION TESTER – 3256  50010554
(Beginning Classification)

A.  DUTIES

Under the direction of a Senior Insulation Tester inspects and tests Lineman protective equipment. Equipment shall include, but not be limited to blankets, gloves, hoods, jumpers and hoses.  (Added 1/1/80)

152

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 170 of 256

## 10. DISTRIBUTION ENGINEERS (Classification Specific Provisions from Exhibit Q)

### A. Project Management

Distribution Engineers will have exclusive jurisdiction over capacity and reliability projects of $100,000 or less.

### B. Travel Time

Distribution Engineers may be required to travel to attend training and such travel may be considered as time worked and paid under the Additional Time Worked policy. However, employees are not eligible for pay for additional time worked for commuting to or from their regular headquarters.

### C. Entry Engineers

Notwithstanding Title 27.2 (a) Engineer Trainees may perform bargaining unit work as part of the Engineer Trainee Program for a period not to exceed one year.

### D. Certification And Registration

Employees in these classifications shall be reimbursed by Company for costs incurred in successfully obtaining Engineer In Training certification and Professional Engineer registration, and subsequent renewals.

### E. Advancement
**Lead Distribution Engineer vacancies.**
There will be a minimum of 1 Lead DOE position in each Distribution Control Center. Lead DOE positions will be filled per Section 21.16 within a system-wide bidding unit, with the following modification. When the employer determines that there is a need to fill a vacancy at the Lead Distribution Engineer level, a selection panel per Section 21.18 will first consider qualified Distribution Operations Engineers covered by this agreement. If no DOE's apply or the panel rejects all DOE applicants, the panel may consider other applicants.

**Temporary Upgrades to DOE**
Temporary vacancies in journey DOE positions will be filled per Section 21.7. If there are no bidders for a particular temporary vacancy and operational needs require the temporary assignment of a DE, the Company will select the DE with the least Service within a commutable distance. The employee so selected will have the option to (1) participate in the on-call system, and will receive upgrade pay per Section 15.3 and overtime pay as described below, or (2) not be required to be on-call, and will not receive upgrade pay and additional hours will be paid per the standard DE additional hours policy.

### F. Additional Time Worked

When serving as Construction Supervisor on-call capacity and required to act in a supervisory capacity in the field directing crews, compensation will be at 1 ½ the straight time rate.

### G. On-call for Electric Distribution Operations Engineers (including Leads and Associates (LOA 14-02) (Added 2/7/14)

1) DOE's will be required to participate in an on-call rotation system. When on call, the employee must make all reasonable efforts to be available to respond and fit for duty. If an employee is aware that they will be unavailable for a scheduled on-call assignment, or an

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 171 of 256

unpredictable situation makes the employee unavailable on short notice, they should contact their supervisor immediately.

2) On-call duty will be for one week at a time, from the end of an employee's normal workday Monday to the beginning of the employee's workday the following Monday.  If there are two DOE's working on a Saturday, the on-call DOE(s) will not be required to be on call during their regular work hours on that Saturday. At the Company's discretion DOE's (including Lead and Associate DOE's) will be required to be on call 1 week out of 4, or 13 weeks per calendar year.  DOE's will not be required to be on call more than then 1 week out of 4, or 13 weeks per calendar year. Establishment of the on-call rotation schedule will honor employee requests as much as possible, with seniority used as a tie-breaker where practicable.  Employees may swap on-call weeks or days with management permission. Each office may establish its own practices for setting and modifying the on-call rotation schedule.

3) In order to avoid fatigue and the possibility of human performance errors, DOE's working excessive hours during an on-call week will be provided with reasonable rest, as appropriate following notification and discussion with their supervisor.

4) Requests for temporary removal from the on-call rotation due to personal circumstances or hardships not to exceed 6 months will not be unreasonably denied.

5) As practicable, DOE's will be provided tools and may work remotely to provide after-hours and weekend support when responding to the incident does not require their physical presence at the DCC; however, DOE's must report to the DCC to provide support when operational circumstances require, or when directed by their immediate supervisor.

6) During the on-call week, DOE's (including Associates and Leads) will be eligible for additional compensation at the 1.5x rate for all hours worked performing on-call duties outside of their normal work hours.  They shall be paid at this rate for not less than two hours.  The on-call compensation policy is exclusive of time worked immediately contiguous with the employee's regular workday when the employee is performing duties other than supporting the control center during an emergency.  All other additional hours worked during the on-call week will continue to be compensated per the Distribution Engineers Additional Time Worked Section (Exhibit D.IV.8.F).

7) Management may offer additional opportunities for other Distribution Engineers to participate in the on-call rotation. Selection will be made per Section 21.7 using the bid list for that DCC. Distribution Engineers who participate in the on-call rotation will be upgraded for the week per Subsection 15.3.b and will be eligible for additional compensation at the 1.5x rate for all hours worked performing on-call duties outside of their normal work hours. They shall be paid at this rate for not less than two hours.  They will have the same on-call expectations and responsibilities described above.

**H.  4x10 and Saturday work schedules for Electric Distribution Operations Engineers (including Associates)** (Added 2/7/14)

1) The Company may offer the 4x10 Wednesday to Saturday work schedule to DOE's.  By agreement with the Union, other 4x10 schedules including a Saturday may be offered instead or in addition.

154

2) The Company will determine the number of 4x10 schedule opportunities to be offered in each DCC.

3) If there are more volunteers than opportunities, the 4x10 schedule will be assigned to the volunteer(s) with the most service.

4) If there are no DOE volunteers (including Associates), the Company may offer the 4x10 schedule to the Lead DOE.

**Provisions for Gas Distribution Engineers at the Gas Distribution Control Center (DCC) (LA 14-10)** (Added 3/27/14)

1. General Schedule and Compensation
   a. Gas DCC Engineers will work a basic work week of three days per week, 12 hours per day in order to meet the requirements of the position. Although this requires a minimum of 36 hours of work per week, they will be paid the same monthly rate as other Gas Distribution Engineers who work five days per week. This will be communicated in all job postings and made clear to all employees bidding into the position prior to their acceptance of the position.
   b. Gas DCC Engineers will be considered full-time exempt monthly employees for all purposes of the ESC contract.
   c. The work day will be 6:30am to 6:30pm. After the initial six months and prior to one year after implementation of this Letter Agreement, the Company will have the option to switch to a 6am-6pm schedule, with 30 days' notice to affected employees.
   d. The Company's goal is to have a Gas DCC Engineer on duty in the DCC up to seven days per week, 365 day per year. The Company and Union have discussed that five Engineers cover the schedule with on-call responsibilities, while providing adequate time for rest to avoid fatigue, especially if one or more Engineers is on vacation or sick leave or otherwise unavailable. If there are less than five Engineers on staff, the Company may choose to reduce coverage to six or fewer days per week.

2. Overtime
   a. Overtime for Gas DCC Engineers is defined as:

      i. time worked in excess of three days in a workweek (Sunday through Sat);
      ii. time worked in excess of 12 hours on a workday;
      iii. time worked on a holiday (see below).
      iv. time worked outside of regular hours on a workday.

   b. All overtime for Gas DCC Engineers responding to on-call duties will be paid at the rate of one and one-half times the straight rate of pay. A minimum of two hours will be paid for work performed during an on call period as described in 3.b. All other overtime hours will be paid in accordance with Gas Distribution Engineering policy.

3. On-Call
   a. Gas DCC Engineers will be required to participate in an on-call rotational system. When on call, the employee must make all reasonable efforts to be available to respond and to be fit for duty. If an employee is aware that they will be unavailable for a scheduled on-call

assignment, or an unpredictable situation makes the employee unavailable on short notice, the employee should immediately contact his or her supervisor.

b. On-call duty will generally be from 6:30pm on one day until 6:30am on the following day, except when 24 hour on-call is assigned for Saturdays, Sundays or Holidays. If the work day is changed to 6am-6pm, this provision will change to match that schedule.

c. At the Company's discretion Gas DCC Engineers will be required to be on call no more than 25% of the time, on a calendar quarterly basis. Employees will be informed no less than four weeks in advance that they will be on-call. Any requests to swap should be made as soon as possible and, except in the case of an emergency, must be made no less than one week in advance.

d. In order to avoid fatigue and the possibility of human performance errors, DCC Engineers working excessive hours will be provided with reasonable rest, as appropriate, following notification and discussion with their supervisor.

e. Requests for temporary removal from the on-call rotation due to personal circumstances or hardships not to exceed 30 days will not be unreasonably denied.

f. Gas DCC Engineers who wish to work remotely to provide after-hours and non-workday support when responding to an incident does not require their physical presence at the DCC will be provided a laptop and cell phone, which shall be subject to the company's policy regarding use of company equipment. However, employees must report to the Distribution Control Center to provide support when operational circumstances require and when requested by management.

4. Accrued Benefits
   a. Holidays

      i. Currently, employees are entitled to 10 eight-hour holidays and three eight hour floating holidays. Employees will continue to observe these same holidays subject to the following provisions:
      ii. Eight hours' pay will be paid for the following holidays.
         1. New Year's Day
         2. Martin Luther King, Jr. Day
         3. President's Day
         4. Memorial Day
         5. Independence Day
         6. Labor Day
         7. Veteran's Day
         8. Thanksgiving Day
         9. Friday after Thanksgiving
         10. Christmas Day
      iii. Employees will be allowed to bank holiday hours for use at a later time.
      iv. To supplement the eight hours of holiday pay, employees may use hours from their three Floating Holidays (24 hours total), banked holiday hours, or accrued vacation hours.

156

     v.  An employee scheduled to work on a holiday will be paid at 1.5 times for hours worked, except for the Day After Thanksgiving, which is paid at straight time in accordance with Title 8.1(d). In addition to pay for working the holiday, an employee will be permitted to take 12 hours pay or allowed to "Bank" the holiday hours.

    vi.  An employee not scheduled to work on a holiday will schedule another day off as the holiday using banked holiday hours if available for use.

  b.  Vacation accrual. Gas DCC Engineers will accrue a total amount of vacation per section 9.2 based upon working 40 hours per week. All other provisions of Title 9 will apply. Despite being considered monthly employees, Gas DCC Engineers will be permitted to use Unanticipated Vacation per section 9.14., up to 12 hours consecutively,

  c.  Sick time accrual and usage will follow Title 11.

**Job Descriptions**

Job Descriptions are published in Appendix 1 of this Agreement.

157

**11. LAND/CORPORATE REAL ESTATE (LOA 06-06, Classification Specific Provisions from Ex. R)**

GIS Analyst, GIS Application Engineer, Land Planner, Land Technical Specialist, Real Estate Technical Specialist, Right of Way Agent, Project Surveyor, Land Planning Analyst.  Senior Land Agent is defined as a "mid-level monthly job" and vacancies are filled under section 21.16.  (Amended 1/1/16, 8/1/16)

### A.  Certification and Registration

Employees shall be reimbursed by Company for reasonable costs incurred for activities that add to effectiveness in the current job or contribute to acquiring qualifications, including successful completion of training, for positions to which the employee could reasonably expect to advance consistent with the organization's current practice.

Examples include: maintaining professional membership, earning professional certification, registration, subsequent renewals, class participation, and conference attendance. Supervisor will distribute opportunities (e.g., conference attendance, magazine subscriptions, etc.) among employees in the same classification as equally as is practicable.

### B.  Non-Exempt Classifications

Employees in the Land Technical Specialist I, Real Estate Technical Specialist I, Land Technical Specialist II and Real Estate Technical Specialist II classifications are classified non-exempt and are covered by the Hours and Overtime provisions of the existing Agreement.

### C.  Seniority and Title 22 application

For all classifications covered by this Exhibit the following apply:
For the purposes of Title 21 & 22, the employee's date of hire will be utilized for determination of the amount of service for the purpose of seniority.

In the event that Demotions and Layoffs are needed, the company will follow the provisions of Title 22 of the Agreement. Within the established unit, employees who meet the full requirements of the position may displace less senior employees in their reverse line of progression with service based on overall company seniority. In applying Title 22 beyond the classifications covered by this Exhibit, LAND/RE employees may not displace another less senior ESC-represented incumbent unless the LAND/RE employee has previously held that classification on a regular basis, meets all current requirements for the position, and has more ESC service than the impacted employees.

### D.  Work Jurisdiction

Each classification may perform the duties of a lower classification within his or her line of progression within this section of Exhibit D only.

### E.  Performance Standards

Employees shall continue to be covered by the current performance appraisal/development process. The performance appraisal form may be modified by Company from time to time, but significant and or substantive changes to the standards used must first be bargained with the Union.

### F. GIS Development Work Jurisdiction (added 1/2014)

The Company and Union acknowledge that the GIS database is a key component of asset management and work in and on the GIS system is shared jurisdiction and will continue to be performed by non-unit employees.

The definition of "Shared GIS Jurisdiction" is that GIS activities take place both within GIS Analytics group and IT, but the key difference is the location of the work.   Work inside the Enterprise GIS systems

158

presumes certain high levels of scope, risk, lifetime, and size of user group as outlined in the matrix below.  This work falls under IT and other non-union Business Technical Specialists in GIS.

Work in GIS systems outside the Enterprise presumes the work is analytical in nature and intended to support task-oriented needs.  This work falls under GIS Analytics. This also presumes that the GIS Analytics group will have access to an analytic environment and have the ability to maintain and manage data, write programs, schedule tasks, create services and perform other functions within the analytic environment.  Analytics group will also have access to a copy of enterprise data updated at the appropriate interval. .

Definition of "Enterprise GIS":  GIS systems running in PG&E's production environment that automatically interface with other systems that involve large workforces and programs, whose sphere of influence is large enough that it exposes the company to risk in areas like SOX, CPUC, FERC, NERC, Control Center Operations, legal, regulatory, compliance, financial, etc., at leadership levels.

Definition of "Non-Enterprise GIS":  GIS systems outside of the interconnected Enterprise that can derive useful and effective outputs for clients or projects, whose sphere of influence is individuals, client workgroups or large projects.  If the work involves financial or legal risk it is on a scale that the receiving client is willing to assume on behalf of the company.

Additional Clarifications
A. The GIS Analytics group may perform some functions of the Enterprise GIS if specifically requested by the client groups on an exception basis and approved by IT.
B. Existing tools currently maintained by the GIS Analytics group (such as MapGuide) will continue to be maintained by this group.  When a tool developed by the GIS Analytics group changes from Non-Enterprise to Enterprise usage, the Company will assign non-union personnel to support the maintenance of the tool and will collaborate with the GIS Analysts on prototyping, developing, and testing for the tool. Enhancements will be prototyped in a sandbox environment
C. The GIS Analytics group will supply Enterprise-level data and web tools for all "non-asset spatial data," including flood zones, habitat conservation plan areas, snow loading zones, wildfire risk areas, corrosion zones, PG&E internal jurisdictional boundaries, etc.
D. Gas Operations Integrity Management, Engineering, and Support personnel perform analytics on asset and non-asset spatial data related to Transmission and Distribution pipelines for the purposes of supporting the Transmission and Distribution Integrity Management Plans, related safety and compliance goals, engineering decisions, investigations, mitigation, and quality reviews of contractor/employee field work. It is not the intent of this LOA to change the status quo.

The definitions of Enterprise and Non-Enterprise above govern the application of the chart below:

| | Item | Non-Union Enterprise | GIS Analysts (ESC) Non-Enterprise (except Land Base) |
|---|---|---|---|
| 1 | Responsible for all operations of the GIS system of record  for electric & gas asset data (including database, editing tools and enterprise web viewers) | Yes | No Downstream user of "lite" version of the asset data. Loads snapshots/extracts of asset datasets obtained on a weekly (or other) interval into GIS Analytics database for support of clients. |
| 2 | Responsibility is to maintain the enterprise asset datasets from an engineering or operational perspective | Yes | No |

| | Item | Non-Union<br>Enterprise | GIS Analysts (ESC)<br>Non-Enterprise (except Land Base) |
|---|---|---|---|
| 3 | Responsibility is to provide spatial data analysis services in direct support of all PG&E departments, from a geographic perspective | No | Yes |
| 4 | Supplies data and web tools to PG&E's largest groups of asset editors (Mappers & Estimators) | Yes for asset data | No for asset data, Yes for non-asset data such as Land Base, environmental etc. or if the data or tools were specifically requested by the asset editing groups |
| 5 | Up-time | 24-7-365 | M-F 8-5 |
| 6 | Data from this system directly feeds enterprise systems like SAP or CC&B. | Yes | No, except for non-asset data that may be used enterprise-wide (such as Land Base) |
| 7 | Builds digital web maps | Yes, for enterprise asset client groups | Yes |
| 8 | Analyze the overlay and geographic interaction of multiple assets with one another and with non-asset spatial data | No | Yes |
| 9 | Programming code | Yes<br>This group includes programmers who write and maintain code in enterprise environments (systems that connect to other systems and have legal/regulatory/compliance/financial implications). | Yes<br>Programmers in this group write and maintain code that remains outside of enterprise software platforms. |
| 10 | Small scale non-enterprise GIS projects | No | Yes |
| 11 | Prototype non-enterprise GIS tasks quickly | No | Yes |
| 12 | Incoming GIS work requests are regularly reviewed and commonly understood across the Business and IT | Yes | Yes |
| 13 | Output formats include those that are designed for small workgroups or individual teams | No | Yes |
| 14 | Techniques include database management | Yes | Yes, but outside of enterprise database platforms. |
| 15 | Tasks and techniques include cartography, data visualization, environmental modeling, predicting risks; deriving synthesized results to support decision-making, providing alternatives assessments, performing constraints analyses and site suitability analyses, calculating spatial statistics, demonstrating "what-if" scenarios. | No | Yes |

160

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 178 of 256

**Job Descriptions**

Job Descriptions are published in Appendix 1 of this Agreement.

## 12. PROJECT ENGINEERING (LOA 07-18, Classification Specific Provisions from Exhibit T)

### A. Work Jurisdiction

The parties agree that there is shared work jurisdiction between the Principal Engineer and this unit. The Company and Union agree to continue the shared work jurisdiction as currently practiced. The Company will notify the Union of Project Engineering assignments made to Principal Engineers in advance and will meet and confer with the Union before increasing the number of Principal positions whose work is shared by this unit to more than 5.

### B. Senior Consulting Engineers

The Company also agrees to maintain a minimum ratio of Senior Consulting Engineers to Engineers in this unit such that a minimum of 23% of all positions are Senior Consulting Engineer positions. Normal rounding will apply in determining the number of Senior Consulting positions. In no case will the ratio result in the selection of a Senior Consulting Engineer who is unqualified for the position. The Company may expand or reduce the number of Senior Consulting Engineers provided it maintains the current ratio. If the Company chooses to downgrade a Senior Consulting Engineer position to a Senior position solely to maintain the ratio, the incumbent will be placed as a PIO Senior Consulting Engineer, however, such PIO assignment will not be made if the reduction is the result of the application of Title 22 or due to a demotion resulting from a documented performance deficiency.

### C. Job Titles

Licensed Engineers in Project Engineering shall hold the job title corresponding to their professional license, i.e. Civil Engineer or Electrical Engineer. Unlicensed engineers shall hold the title corresponding to their discipline: Substation Engineer or Transmission Line Engineer. Noting that Civil Engineers are required to hold a license at the Journey level and above, unlicensed Associate level engineers in the Civil discipline shall hold the title "Associate Engineer." All job titles will be consistent with title conventions in SAP. See the table below.

161

**Job Titles**

| | Civil | Substation | | Transmission Line | |
|---|---|---|---|---|---|
| | | Licensed | Unlicensed | Licensed | Unlicensed |
| Associate | Unlicensed: Associate Engineer. Licensed: Associate Civil Engineer | Associate Electrical Engineer | Associate Substation Engineer | Associate Electrical or Civil Engineer (per license) | Associate Transmission Line Engineer |
| Journey | Civil Engineer | Electrical Engineer | Substation Engineer | Electrical or Civil Engineer (per license) | Transmission Line Engineer |
| Senior | Senior Civil Engineer | Senior Electrical Engineer | Senior Substation Engineer | Senior Electrical or Civil Engineer (per license) | Senior Transmission Line Engineer |
| Senior Consulting | Senior Consulting Civil Engineer | Senior Consulting Electrical Engineer | (must have license) | Senior Consulting Electrical or Civil Engineer (per license) | (must have license) |

**D. Performance Standards**

The Company will continue with the existing performance appraisal standards and those will be updated by a joint Company-Union committee to support the shared objective of achieving top quartile performance.

**Job Descriptions**

Job Descriptions are published in Appendix 1 of this Agreement.

162

**13. SYSTEM PROTECTION ENGINEERING (LOA 08-09, Classification Specific Provisions from Exhibit U)**

### A. Job Descriptions

Protection Engineers in this unit will perform all described job duties on voltages of 230kV and below, and will normally not work on 500kV or Wide Area RAS or Wide Area SPS., unless the Protection Engineer voluntarily requests to work in this area for developmental purposes, and it is documented in the employee's development plan. Such assignments shall be minimal and are not anticipated to lead to significantly increased workload for other engineers in the department.

### B. Job Bidding, Promotion and Transfer

A selection board comprised of two management and two union appointed employees will interview all interested and qualified employees using jointly-developed job qualifications and interview questions, both for open positions and for advancement between career stages.

**a) Advancement from Associate to Journey level and Journey to Senior level**
Associate Protection Engineers reaching 3 years of protection experience will be reviewed by the board to determine if they are qualified to advance to Journey Protection Engineer; Journey Protection Engineers reaching 8 years of protection experience will be reviewed by the board to determine if they are qualified to advance to Senior Protection Engineer.
If the board determines that the candidate is qualified, the candidate will advance to the next career stage.
If the board determines that the candidate is not qualified to advance, the supervisor will develop and provide a program of training and mentoring to assist the candidate in meeting the qualifications for the position. The candidate shall have the right to re-apply to the board after a minimum of 6 months. If the board again determines that the candidate is not qualified to advance, he/she shall have the right to re-apply after 12 months and every 12 months thereafter.

**b) Openings for Senior Consulting Protection Engineer**

The company agrees to maintain a minimum ratio of one Senior Consulting Engineer position per supervisory unit.

### C. Line of Progression and Reverse Line of Progression

The Transmission Protection and Distribution Protection engineer classifications will be a separate line of progression and reverse line of progression.

Protection Engineers shall be based in either the Transmission or Distribution discipline and shall be assigned work within their discipline. Consistent with agreed-upon training and development provisions, employees will be afforded opportunities to develop their skills and knowledge in their non-base discipline. To the extent possible, the Company will make assignments consistent with the employee's developmental plan.

The company intends to staff both disciplines appropriately so that engineers in each discipline can carry the work load in that discipline. However, and only as a last resort during extraordinary circumstances and when other measures of re-balancing work load are not successful, the Company may assign work across disciplines.

In the event unplanned work assignments across disciplines are necessary, the Company will first assign work to qualified employees who have expressed interest in cross-discipline work. Such assignments shall carry a 2.5% pay premium during the length of the assignment, and shall not lead to an increase in

163

the employee's total workload. Employees who perform work across disciplines at their own request for training purposes will not be eligible for this premium.

If no employees volunteer for cross-discipline duty, then the company may assign work across disciplines to the least senior qualified protection engineer in the department. Such assignments shall carry a 2.5% pay premium during the length of the assignment, and shall not lead to an increase in the employee's total workload.

### D. Performance Standards

The Company will continue with the existing performance appraisal standards and those will be updated by a joint Company-Union committee to support the shared objective of achieving top quartile performance.

### E. Two Hour Minimum Callout for Protection Engineers

When employees are required to report for work on workdays outside of their regular work hours, they shall be paid at the straight-time rate of pay for not less than two hours including any travel time, provided, however, that if they continue to work into or beyond regular work hours, they shall be paid additional compensation only for travel time from their homes and for actual work time up to regular hours. When employees are required to report for work on non-workdays or on holidays, they shall be paid at the straight-time rate of pay for not less than two hours including any travel time.

Such reporting may include telephone, remote computer access, and other methods of response; however incidental phone calls of less than 5 minutes will not be considered a callout.

**Job Descriptions**
Job Descriptions are published in Appendix 1 of this Agreement.

164

## 14. SUBSTATION ASSET STRATEGY ENGINEERS (LOA 08-15, Classification Specific Provisions from Exhibit V)

### A. Work Jurisdiction

The parties agree that there is shared work jurisdiction between the Principal Engineer and this unit. The Company and Union agree to continue the shared work jurisdiction as currently practiced. The Company will notify the Union of Substation Asset Strategy Implementation Engineering assignments made to Principal Engineers in advance and will meet and confer with the Union before increasing by more than 1 the number of Principal positions whose work is shared by this unit.

The company also agrees to maintain a minimum of one Senior Consulting Engineer for each supervisor's group, with a minimum of two Senior Consulting Engineers. In no case will the ratio result in the selection of a Senior Consulting Engineer who is unqualified for the position.

### B. Senior Advising Engineer

When considering candidates for Senior Consulting Engineer vacancies for the minimum number identified above, the selection committee may elect to fill a Senior Advising Engineer position if the best qualified candidate does not possess an active California Professional Engineer registration. The duties and pay range will be the same for Senior Advising and Senior Consulting Engineers. If the Company elects to fill vacancies above the minimum staffing requirement, the Company shall determine if creating a Senior Advising Engineer position is appropriate and will notify the selection committee.

### C. Performance Standards

The Company will continue with the existing performance appraisal standards and those will be updated by a joint Company-Union committee to support the shared objective of achieving top quartile performance.

### Job Descriptions

Job Descriptions are published in Appendix 1 of this Agreement.

### 15. Project Managers and Project Controls Analysts (LOA 08-18, Classification Specific Provisions from Exhibit W)

#### A. Salary Range

The Engineering Degree requirement for the higher pay band shall refer specifically to a BS degree in Mechanical, Civil or Electrical Engineering from an accredited college or university. (Amended 1/1/12)

#### B. Work Jurisdiction

The parties agree that there is shared work jurisdiction between the Principal Project Manager and this unit. The Company and Union agree to continue the shared work jurisdiction as currently practiced; there are currently 4 Principal Project Manager positions: 2 regular Principal Project Managers and 2 rotational Principal Project Managers (whose base classification is Senior Project Manager). The Company will notify the Union of projects assigned to Principal Project Managers in advance and will meet and confer with the Union before increasing the number of Principal positions, including rotational positions, to more than 4.

The Company also agrees to maintain a minimum ratio of Senior Project Managers in this unit such that a minimum of 50% of all Project Manager positions are Senior Project Manager positions. Additional Senior Project Manager positions will be added as regular Project Manager positions are added to reflect this ratio as closely as possible. Normal rounding will apply in determining the number of Senior Project Manager positions. In no case will the ratio result in the selection of a Senior Project Manager who is unqualified for the position. The Company may expand or reduce the number of Senior Project Manager positions provided it maintains the minimum ratio. If the Company chooses to downgrade a Senior Project Manager position to a journey Project Manager position solely to maintain the ratio, the incumbent will be placed as a PIO Senior Project Manager, however, such PIO assignment will not be made if the reduction is the result of the application of Title 22 or due to a demotion resulting from a documented performance deficiency.

#### C. Performance Standards

The Company will continue with the existing performance appraisal standards and those will be updated by a joint Company-Union Committee to support the shared objective of achieving top quartile performance. The company may from time to time update appraisal standards and annual goals provided that such updates are not substantially different from the previously agreed standards. (Amended 1/1/12)

#### D. Expert Project Controls Analyst Provisions (LOA 15-11) (Added 5/27/15)

1) Each Expert PCA position posted will be for either "Earned Value" or "Scheduling," as needed and determined by the Company, and this will be clearly identified at the time of posting and may not be changed while an incumbent is in the position.

2) The minimum additional requirement for Expert PCA is the PSP or EVP certificate depending on position being filled: PSP for Expert PCA in Scheduling, EVP for Expert PCA in Earned Value. Qualified Senior and Journey PCA may also perform "Earned Value" analysis within their respective current classifications.

3) The position will be filled when an operational need exists.

4) All candidates will be required to pass a jointly-developed competency assessment with a jointly developed scoring mechanism and cutoff score. This assessment will be given when a vacancy occurs, in advance of interviews, either in writing or by computer, and all candidates (internal and external) must pass in order to be considered by the interview panel. The assessment will be jointly revised as needed; it is not necessary to develop a new assessment exam when vacancies occur close together. A candidate who has successfully passed the assessment will not be required to take the assessment again.

### E. PMP Certification

New entrants at the Senior Project Manager level shall be required to have and maintain a Project Management Professional (PMP) certification. New entrants at the Senior Project Controls Analyst level shall be required to have and maintain a Project Management Professional (PMP) or Certified Associate in Project Management (CAPM) certification. Current Senior Project Managers and Senior Project Controls Analysts are encouraged, but not required, to obtain certification. Furthermore, the Company will make a one-time payment of $500 to existing Project Managers and Project Controls Analysts who obtain certification. (Added 1/1/12)

### F. Temporary Assignments to Higher Classification
The provisions of Section 15.3 shall not be applicable to these Exempt employees.

1) Journey Project Managers shall be upgraded to Senior Project Manager while assigned three or more projects defined as Senior Project Manager level on the attached table of Project Types by Career Stage.

2) Senior Project Managers shall be upgraded to Senior Consulting Project Manager while assigned one or more projects defined as Senior Consulting Project Manager level on the attached table of Project Types by Career Stage. The PMP certification is not required for upgrade to Senior Consulting Project Manager.

3) (Deleted 1/1/12)

4) For all these upgrades, the term of assignment is defined as initial assignment until the end of construction. Projects that have finished construction shall not be counted. For Upgrades to Sr. Consulting Project Manager that require a CPCN or CEQA permit, the term of the upgrade is defined as the time the PG&E Law Department advises that a CPCN or CEQA permit will be required until the end of construction. The parties agreed the intent of the CPCN and CEQA requirements for the Senior Consulting Project Managers applied to PG&E projects where the Project Manager is responsible for managing the environmental assessment and work necessary for obtaining state approval for the CPCN permit or CEQA. (Amended 1/1/12)

5) Project Controls Analysts can review and track Project Management work and get support from an assigned back-up PM covering for a vacation or otherwise absent Project Manager for up to two weeks. For vacations or temporary absences exceeding two weeks, a back-up Project Manager will be assigned to provide coverage or the Project Controls Analysts will be temporarily upgraded to the appropriate Project Manager classification. (Added 1/1/12)

6) Associate Project Managers may be assigned to work on up to three Journey or Sr. Project Manager Projects as defined on the attached table of Project Types by Career Stage. The Associate Project Manager will not have primary responsibility for these assigned projects, but rather work under the guidance and direction of a Project Manager of a higher classification for developmental purposes. The Associate Project Manager will not be upgraded when assigned projects in this manner. Notwithstanding the above, Associate Project Managers shall be upgraded to the appropriate Project Manager position while assigned three or more projects to manage on an independent basis as defined in the attached table of Project Types by Career Stage. (Added 1/1/12)

### G. Job Bidding, Promotion and Transfer

**Advancement to Senior Analyst**
Project Controls Analyst who meet the requirements of the Senior Project Controls Analyst position and are performing satisfactorily in their current classification shall advance to Senior Project Controls Analyst upon reaching 5 years experience; such experience may include 7 years PG&E relevant experience or 8 years related industry experience as well as time in Project Services. Relevance of prior experience (PG&E or industry experience) shall be documented by the Selection Board at the time of selection. (Amended 1/1/12)

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 185 of 256

**Promotion in Place**

When business needs require the creation of a Sr. PM position in an office without an increase in the combined number of journey and Sr. PM positions in that office, the Company and Union may agree in writing to promote an incumbent journey PM in that office to Sr. PM without a vacancy. If there is more than one incumbent journey PM in the office, the joint selection panel process described above shall be used to select the individual most qualified for promotion.

**Posting of Positions in more than one Headquarters**

In filling positions in field locations, the Company may identify multiple locations as a possible headquarters. All potential locations must be in the same geographical bid region; there are currently 4 geographical bid regions per Title 21.3 of the contract: Bay Region, Mission Trail Region, Northern Region and San Joaquin Valley Region. If these are changed, any changes will also apply to this agreement. In those cases, the successful candidate will choose the office from those listed to use as their work headquarters. If an employee vacates a position, the position may be re-posted in more than one office, as long as all potential headquarters are within the same geographical bid region. In the event work shifts locations, any movement of employees on a non-voluntary basis will follow the provisions of Title 22.

**Job Descriptions**

Job Descriptions are published in Appendix 1 of this Agreement.

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 186 of 256

### 16. Electric Standards Engineers (LOA 08-20, Classification Specific Provisions from Exhibit X)

#### A. Work Jurisdiction

The parties agree that there is shared work jurisdiction between the Principal Engineer and this unit. The Company and Union agree to continue the shared work jurisdiction as currently practiced. The Company will notify the Union of Electric Standards Engineering assignments made to Principal Engineers in advance and will meet and confer with the Union before increasing by more than 1 the number of Principal positions whose work is shared by this unit.

#### B. Performance Standards

The Company will continue with the existing performance appraisal standards and those will be updated by a joint Company-Union Committee to support the shared objective of achieving top quartile performance.

#### C. Senior Advising Engineer

When considering candidates for Senior Consulting Engineer vacancies, the selection committee may elect to fill a Senior Advising Engineer position if the best qualified candidate does not possess an active California Professional Engineer registration. The committee may grant preference among candidates with relatively equal qualifications to a candidate with a PE over a candidate without a PE. The duties and pay range will be the same for Senior Advising and Senior Consulting Engineers.

#### D. Senior Consulting Engineer Vacancies

The Company and Union shall meet annually to discuss the need for additional Senior Consulting or Senior Advising Engineer positions, although not necessarily increasing the total headcount in the department, and the qualifications of existing Senior Engineers. Establishing Senior Consulting/Advising Engineer positions is solely at the discretion of management.

#### Job Descriptions

Job Descriptions are published in Appendix 1 of this Agreement.

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 187 of 256

### 17. Maintenance and Construction (M&C) Engineers (LOA 09-09, Classification Specific Provisions from Exhibit Y)

#### A. Performance Standards

The Company will continue with the existing performance appraisal standards and those will be updated by a joint Company-Union Committee to support the shared objective of achieving top quartile performance.

#### B. Senior Advising Engineer

When considering candidates for Senior Consulting Engineer vacancies, the selection committee may elect to fill a Senior Advising Engineer position if the best qualified candidate does not possess an active California Professional Engineer registration. The committee may grant preference among candidates with relatively equal qualifications to a candidate with a PE over a candidate without a PE. The duties and pay range will be the same for Senior Advising and Senior Consulting Engineers.

#### Job Descriptions

Job Descriptions are published in Appendix 1 of this Agreement.

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 188 of 256

## 18. Environmental Services and Environmental Remediation (LOA 10-01, Classification Specific Provisions from Exhibit Z)

Aquatic Biologist, Terrestrial Biologist, Cultural Resource Specialist, Remediation Project Manager, Project Management Analyst, Budget Analyst, Contract Administrator, Technical Assistant, Environmental Scientist

### A. Work Jurisdiction

Non-supervisory managers (Principals) may continue to perform all work historically performed provided that this provision shall not be used by the company solely to reduce bargaining unit positions.

The number of supervisors doing bargaining unit work will not exceed the historical practice of the number of supervisors who perform such work, and the percentage of bargaining unit work those supervisors perform as compared to their total workload will also be consistent with historic practice. In no event will bargaining unit work comprise more than 50% of a supervisor's duties.

The Company and Union agree to form a joint committee to clarify work assignments between Journey, Senior and Senior Consulting level Remediation Project Managers.

### B. Performance Standards

Employees shall continue to be covered by the management performance appraisal/development process. The performance appraisal form may be modified by Company from time to time, but significant and or substantive changes to the standards used must first be bargained with the Union.

### C. Non-Exempt Classifications

Employees in the Technical Assistant and Sr. Technical Assistant Classifications are covered by the Hours and Overtime provisions of the overall Agreement. They are eligible for STIP at the 6% target participation rate. (Added 1/1/12)

### D. Advancement

Senior level employees who meet the job qualifications of a Senior Consulting position (where available) and who are performing the job duties of their current classification satisfactorily may advance to Senior Consulting if the Company, in its sole discretion, determines that a business need exists, such as the need for technical leadership. If such a need exists but the Company determines that there are no qualified candidates in the unit, the Company may consider other candidates using the joint selection board used to fill vacancies. The Company may fill this position(s) at its discretion, and there is no requirement that such a position be backfilled after it is vacated for any reason.If, when the Company determines an operational need exists, more than one Senior in a line of progression is qualified to advance as set forth above, the Company shall select the employee whose ability and personal qualifications make him/her most qualified for the job. If ability and personal qualifications are substantially equal, seniority shall prevail.

### E. Environmental Scientists

Employees in the Environmental Scientist classification shall be designated in 1 of 3 disciplines: water, air or hazardous materials. For purposes of advancement and reduction in force, each discipline shall be its own bid unit as if each is a separate line of progression/reverse line of progression.

Specific positions within the Environmental Scientist classification may be designated as requiring a Professional Engineer (PE) license to perform job duties where the PE stamp is necessary, and such positions shall only be open to employees holding such a license.

### F. Overtime Eligibility

Positions currently considered exempt will remain exempt. In the event that a position must be reclassified as non-exempt, this agreement may be re-opened to negotiate and appropriate rate of pay for that position.

Non-exempt positions will be paid bi-weekly and covered by the current collective bargaining agreement in regard to overtime and hours.

**Job Descriptions**

Job Descriptions are published in Appendix 1 of this Agreement.

172

### 19. Telecommunications Engineers (LOA 10-03, Classification Specific Provisions from Exhibit Z-1)

#### A. Work Jurisdiction

Other ESC-represented employees, supervisors, and principals may continue to perform all work performed before the effective date of this agreement.

The number of supervisors doing bargaining unit work will not exceed the historical practice of the number of supervisors who perform such work, and the percentage of bargaining unit work those supervisors perform as compared to their total workload will also be consistent with historic practice. In no event will bargaining unit work comprise more than 50% of a supervisor's duties

#### B. Performance Standards

Employees shall continue to be covered by the management performance appraisal/development process. The performance appraisal form may be modified by the Company from time to time, but significant and or substantive changes to the standards used must first be bargained with the Union.

#### C. DCPP Overtime

The Company agrees that Telecommunication Engineers, who are assigned to DCPP, will receive overtime compensation consistent with the DCPP Engineering agreement.

#### D. Senior Advising / Senior Consulting Telecommunications Engineer

Senior Telecommunications Engineers who meet the job qualifications of a Senior Consulting Telecommunications Engineer and who are performing the job duties of their current classification satisfactorily may advance to Senior Consulting Telecommunications Engineer if the Company, in its sole discretion, determines that a business need exists. If such a need exists but the Company determines that there are no qualified Telecommunications candidates, the Company may consider other candidates using the joint selection board used to fill vacancies. The Company may fill this position(s) at its discretion, and there is no requirement that such a position be backfilled after it is vacated for any reason.

#### Job Descriptions

Job Descriptions are published in Appendix 1 of this Agreement.

## 20. POWER GENERATION (LOA 10-08, Classification Specific Provisions from Exhibit Z-2)

Project Engineer, Project Manager, License Project Manager, Senior Consulting Project Engineer, Plant Engineer , Project Management Analyst, Technical Assistant, Maintenance Planner, Power Generation Specialist, Outage Coordinator, Hydro Analyst, Hydrographer, Hydro Scheduling Consultant, Licensing Coordinator

### A. Work Jurisdiction

Non-supervisory managers (Principals) may continue to perform all work historically performed provided that this provision shall not be used by the company solely to reduce bargaining unit positions.

The number of supervisors doing bargaining unit work will not exceed the historical practice of the number of supervisors who perform such work, and the percentage of bargaining unit work those supervisors perform as compared to their total workload will also be consistent with historic practice. In no event will bargaining unit work comprise more than 50% of a supervisor's duties.

### B. Performance Standards

Employees shall continue to be covered by the management performance appraisal/development process. The performance appraisal form may be modified by Company from time to time, but significant and or substantive changes to the standards used must first be bargained with the Union.

### C. Hydro Analysts

Journey Hydro Analysts shall advance to Senor Hydro Analyst upon 5 years experience as a Hydro Analyst.
No temporary upgrades from Journey to Senior Hydro Analyst will be made.

### D. Senior Consulting Project Engineer

Senior Project Engineers and Senior License Project Managers who meet the job qualifications of a Senior Consulting Project Engineer and who are performing the job duties of their current classification satisfactorily may be advanced to Senior Consulting Project Engineer if the Company, in its sole discretion, determines that a business need exists. If such a need exists but the Company determines that there is no qualified Power Generation candidate from the appropriate discipline, the Company may consider other candidates using the joint selection board used to fill vacancies. The Company may fill this position(s) at its discretion, and there is no requirement that such a position be backfilled after it is vacated for any reason.

### E. Senior Consulting Power Generation Specialist

Senior Power Generation Specialists who meet the job qualifications of a Senior Consulting Power Generation Specialist and who are performing the job duties of their current classification satisfactorily may be advanced to Senior Consulting Power Generation Specialist if the Company, in its sole discretion, determines that a business need exists. If such a need exists but the Company determines that there is no qualified Power Generation candidate from the appropriate discipline, the Company may consider other candidates using the joint selection board used to fill vacancies. The Company may fill this position(s) at its discretion, and there is no requirement that such a position be backfilled after it is vacated for any reason.

### F. Non-Exempt Classifications

Employees in the Technical Assistant and Sr. Technical Assistant Classifications are covered by the Hours and Overtime provisions of the overall Agreement. They are eligible for STIP at the 6% target participation rate. (Added 1/1/12)

### G. Overtime Eligibility

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 192 of 256

Positions currently considered exempt will remain exempt. In the event that a position must be reclassified as non-exempt, this agreement may be re-opened to negotiate and appropriate rate of pay for that position.

Non-exempt positions will be paid bi-weekly and covered by the current collective bargaining agreement in regard to overtime and hours.

For employees assigned to be "on call" for intermittent periods the following will apply:

- o If an employee is called out from his/her home and must report for work, the Company will pay a 2 hour minimum. Time spent commuting to or from the employee's regular headquarters is not time worked, except if he/she is called to work on a non-work day or is required to make an additional round trip commute on a work day. Time spent traveling to other headquarters or other work locations shall be considered as time worked.
- o Employees who are called at home but are not required to leave, and who work more than 1 consecutive hour directly as a result of the call, will be paid for all call-related time worked.

### H. Maintenance Planner Provisions (LOA 15-21) (Added 9/17/15)

1. Associate Maintenance Planners who meet the job qualifications of a journey Maintenance Planner and who are performing the job duties of their current classification satisfactorily shall advance to Journey.

2. Entry Maintenance Planner is a non-union position which may perform all the duties of the Associate Maintenance Planner, under the training, guidance and direction of a journey Maintenance Planner. Entry Maintenance Planners who meet the job qualifications of an Associate Maintenance Planner and who are performing the job duties of their current classification satisfactorily shall be reclassified to Associate Maintenance Planner within the ESC bargaining unit. No individual will remain as an Entry Maintenance Planner for more than accumulative total of 18 months.

3. Vacancies in the Maintenance Planner line of progression will be filled as follows: .
   a. Any vacancy will first be posted at the appropriate level to ensure that there is one Journey level and one Associate level Maintenance Planner at a headquarters.
   b. After attempting to ensure the requirements of subsection a above are met, subsequent vacancies will be posted at the Journey level for the sole purpose of providing existing Journey level Maintenance Planners the opportunity to make lateral movement.
   c. If the position is not filled through lateral movement, the Company may post the vacancy at the journey or Associate level at its option.
   d. During any Title 22 action, any vacancies for Entry Maintenance Planner will be converted to Associate Maintenance Planner vacancies and made available to affected employees who meet the qualifications for the Associate position.

4. Associate Maintenance Planners will not be assigned to work in an office without a journey Maintenance Planner as much as practicable; if circumstances require that an Associate MP works in an office without a journey MP, the Company will provide for remote guidance and direction by a journey MP and as much face-to-face time with the journey MP as deemed necessary.

### Job Descriptions
Job Descriptions are published in Appendix 1 of this Agreement.

175

**21. Distribution Outage Coordinators (LOA 10-15, Classification Specific Provisions from Exhibit Z-3)**

**A. Work Jurisdiction**

Other employees (ESC Represented and Non-Represented) may continue to perform all work historically performed provided that this provision shall not be used by the company solely to reduce bargaining unit positions.

The number of supervisors doing bargaining unit work will not exceed the historical practice of the number of supervisors who perform such work, and the percentage of bargaining unit work those supervisors perform as compared to their total workload will also be consistent with historic practice. In no event will bargaining unit work comprise more than 50% of a supervisor's duties.

**B. Performance Standards**

Employees shall continue to be covered by the management performance appraisal/development process. The performance appraisal form may be modified by the Company from time to time, but significant and or substantive changes to the standards used must first be bargained with the Union.

**C. Exempt Status**

The parties agree that if, under any circumstances, the classification moves from being paid on a salary basis to an hourly basis, absent other agreement, the compensation for hours worked will be based on each employee's then current annual salary divided by two thousand eighty (2080) hours.

The Company will not unilaterally convert this classification to hourly status, except as required by law. In the case of a conversion the Company and Union will meet within 30 days of notice of conversion from monthly to hourly status to finalize how other provisions of the Collective Bargaining Agreement which address hourly employees will apply to this classification.

Eligibility for Contingent Compensation will cease upon the date of conversion to non-exempt. A final incentive payment, if one is made, will be paid consistent with STIP guidelines and timing, with the payment prorated to the date of conversion.

In the event that this classification at any time in the future is converted to hourly status, the classification will be considered a beginning classification under the provisions of Section 21.13 of the agreement.

**Job Descriptions**

Job Descriptions are published in Appendix 1 of this Agreement.

176

### 22. Nuclear Engineering and Quality Verification (LOA 09-42)

#### A. Performance Standards

Employees shall continue to be covered by a performance appraisal process which shall be modified to include the following criteria, and which may be modified by the Company from time to time. Appropriate performance includes, but is not limited to:

1. Following all industrial, nuclear and radiological safety rules and procedures (safety competency)
2. Performing work only if qualified, maintaining all assigned qualifications current, and staying on schedule for all assigned training (accountable for results competency)
3. Maintaining all assigned corrective action program documents, system or component health reports, or similar documents assigned up-to-date.
4. Completing assignments in reasonable time frame.
5. Completing all required company documentation accurately and completely (acts with ethics/integrity competency)

#### B. Advancement

**Advancement from Senior Engineer to Senior Advising/Senior Consulting Engineer as follows:** DCPP Senior Engineers who meet the requirements for advancement to Senior Advising/Senior Consulting Engineer and are performing satisfactorily in their current classification may advance to Senior Engineer upon reaching 13 years experience, provided that the Company determines that an operational need exists for an additional DCPP Senior Advising/Senior Consulting Engineer in the discipline of the Senior Engineer to be advanced.

**Advancement from Senior Advising/Senior Consulting Engineer to Principal Engineer:** A Senior Advising/Senior Consulting Engineer who meets the job qualifications of a Principal Engineer and who is performing the job duties of their current classification satisfactorily may be advanced to Principal Engineer if the Company, in its sole discretion, determines that a business need exists. If such a need exists but the Company determines that there is no qualified DCPP candidate from the appropriate discipline, the Company may consider other candidates using the joint selection board used to fill vacancies. The Company may fill this position(s) at its discretion, and there is no requirement that such a position be backfilled after it is vacated for any reason.

#### C. Qualifications

Employees may transfer to other disciplines in their same job description provided they are qualified. Specific job qualifications will be determined by the Company and employees shall be provided adequate time on the job to become qualified.

#### D. Work Jurisdiction

The number of supervisors doing bargaining unit work will not exceed the historical practice of the number of supervisors who perform such work as of April 2, 2008, and the percentage of bargaining unit work those supervisors perform as compared to their total workload will also be consistent with historic practice as of April 2, 2008. In no event will bargaining unit work comprise more than 50% of a supervisor's duties.

#### E. Emergency Response Organization (ERO) Duties

Employees shall be provided one day off with pay (coded as time off with pay/with permission) for each 6 month period that the employee is assigned to an ERO position with the same reporting requirements of minimum staff. Such one day off with pay will be granted after the employee has completed a 6 month assignment and shall be taken by the employee within 6 months of the date earned. Additionally, such one day off with pay will be for the full workday that the employee is assigned when the day is taken. For example, when assigned to a 10 hour workday, the employee would be given the full day off - when assigned to an 8 hour workday, the employee would be given the full day off.

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 195 of 256

**F. Overtime**

Monthly ESC-represented employees at Diablo Canyon Power Plant will continue to observe practices established by L/A 09-42-ESC and 11-17-ESC as follows:

(1) all travel time provisions of the contract apply except travel to and from an employee's regular headquarters.

(2) employees are not subject to overtime equalization or minimum pay for emergency overtime.

(3) the ERO Labor Management committee will continue to meet.

(4) Nuclear employees working at a headquarters outside of Diablo Canyon may be assigned work at Diablo Canyon to support refueling outages, and are not eligible for travel time or mileage reimbursement for the duration of their outage assignment. Employees will return to their previous classification and/or headquarter following their outage assignment.

(5) The alternative work schedule of an individual employee may be canceled based on the needs of the operation and/or the employee's performance. Employees who work an alternative work schedule shall be available to support business needs on their regular day off (RDO) by, for example, responding to phone calls or rescheduling their RDO as needed.

(6) Management will make every reasonable effort to schedule Nuclear Professional employee business travel to occur on scheduled work days.

**G. Diablo Canyon Power Plant (DCPP) Outages**

Employees are eligible for pay at the 1.5x rate when required to work during scheduled or unscheduled outages and in selected work activities outside of outages in support of preventing a unit shutdown or loss of generation are eligible for pay for additional hours worked beyond the normal daily work schedule. Outage duration is defined as when the main generator output breaker is opened to when it is closed. Certain departments that support the outage work, but perform their overtime prior to the breaker being opened or after the breaker is closed, are eligible if approved in advance by the Company.

**Job Descriptions**

Job Descriptions are published in Appendix 1 of this Agreement.

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 196 of 256

### 23. Nuclear Professionals (LOA 11-17)

Biologist, Business Planner, Emergency Planning Coordinator, Financial Analyst, Maintenance Coordinator, Outage Window Manager, Performance Improvement Coordinator, Procedure Writer–Technical, Procedure Writer–Eng/Ops, Procurement Specialist, Procurement Tech Specialist, Project Manager, Records Analyst, Security Coordinator, Scheduler, Technical Analyst, Work Week Manager

#### A. Performance Standards

Employees shall continue to be covered by a performance appraisal process which shall be modified to include the following criteria, and which may be modified by Company Departments from time to time.

Appropriate performance includes, but is not limited to:
1. Following all industrial, nuclear and radiological safety rules and procedures (safety competency).
2. Performing work only if qualified, maintaining all assigned qualifications current, and staying on schedule for all assigned training (accountable for results competency).
3. Maintaining all assigned corrective action program documents or similar job related documents assigned up-to-date.
4. Completing assignments in reasonable time frame.
5. Completing all required company documentation accurately and completely (acts with ethics/integrity competency).

#### B. Schedulers

Schedulers who are assigned the duties of Work Week Coordinator will continue to work their current alternative schedule of 12 hours per day / 4 days per week during T-0 work week and 10 hours per day / 3 days per week in either of the following 2 weeks (T-1 or T-2 work week). This alternate work schedule provides for 1 additional non-work day off as Regular Day Off (RDO) in T-1 or T-2 work week. This alternate work schedule may be cancelled by either party with 6 months written notice.

#### C. Senior Advising Designation

In lines of progression where a senior classification exists, an employee may be designated as Senior Advising with a salary range maximum of 5 to 10% above the range maximum of the senior classification. The purpose of this is to recognize an employee who has consistently demonstrated advanced skills and knowledge at a level above that which would normally be required to fulfill the duties of the senior classification and is generally regarded as a technical expert. Each employee will continue to perform the duties of the senior classification, but will be expected to provide technical advice and guidance to other employees.

An employee may request special consideration for the Senior Advising Designation no more than once per calendar year. The question of whether such a special designation is appropriate shall be considered by the selection board with tie breaking decisions allotted to PG&E.

#### D. Job Descriptions and Qualifications

The number of supervisors doing bargaining unit work will not exceed the historical practice of the number of supervisors who perform such work as of May 29, 2008, and the percentage of bargaining unit work those supervisors perform as compared to their total workload will also be consistent with historic practice as of May 29, 2008. In no event will bargaining unit work comprise more than 50% of a supervisor's duties.

Non unit employees in the Learning Services Department have historically performed Performance Improvement Coordinator work within their department and as this department was not organized by the Union, it is not included in Union's jurisdiction.

Non unit employees in various departments have historically written and revised their respective department procedures, e.g. Radiation Protection, Chemistry, Emergency Planning, Security, and Fire. Nothing in this agreement shall limit their right to continue to do so.

The parties recognize that it has been a practice to temporarily assign non-unit employees, including those regularly assigned to other bargaining units, to long term assignments to the procedures group to work on specialized procedures. The parties agree that such assignments shall be made under the time constraints of Section 15.3 (c); but that the Union will favorably consider extensions based on operational needs.

### E. Emergency Response Organization (ERO) Duties

Employees shall be provided one day off with pay (coded as time off with pay/with permission) for each 6 month period that the employee is assigned to an ERO position with the same reporting requirements of minimum staff. Such one day off with pay will be granted after the employee has completed a 6 month assignment and shall be taken by the employee within 6 months of the date earned. Additionally, such one day off with pay will be for the full workday that the employee is assigned when the day is taken. For example, when assigned to a 10 hour workday, the employee would be given the full day off -- when assigned to an 8 hour workday, the employee would be given the full day off.

### F. Overtime

Monthly ESC-represented employees at Diablo Canyon Power Plant will continue to observe practices established by L/A 09-42-ESC and 11-17-ESC as follows:

(1) all travel time provisions of the contract apply except travel to and from an employee's regular headquarters.
(2) employees are not subject to overtime equalization or minimum pay for emergency overtime.
(3) the ERO Labor Management committee will continue to meet.
(4) Nuclear employees working at a headquarters outside of Diablo Canyon may be assigned work at Diablo Canyon to support refueling outages, and are not eligible for travel time or mileage reimbursement for the duration of their outage assignment. Employees will return to their previous classification and/or headquarter following their outage assignment.
(5) The alternative work schedule of an individual employee may be canceled based on the needs of the operation and/or the employee's performance. Employees who work an alternative work schedule shall be available to support business needs on their regular day off (RDO) by, for example, responding to phone calls or rescheduling their RDO as needed.
(6) Management will make every reasonable effort to schedule Nuclear Professional employee business travel to occur on scheduled work days.

### G. Diablo Canyon Power Plant (DCPP) Outages

Employees are eligible for pay at the 1.5x rate when required to work during scheduled or unscheduled outages and in selected work activities outside of outages in support of preventing a unit shutdown or loss of generation are eligible for pay for additional hours worked beyond the normal daily work schedule. Outage duration is defined as when the main generator output breaker is opened to when it is closed. Certain departments that support the outage work, but perform their overtime prior to the breaker being opened or after the breaker is closed, are eligible if approved in advance by the Company.

### Job Descriptions

Job Descriptions are published in Appendix 1 of this Agreement.

## 24.  GENERATION INTERCONNECTION  (LA 13-36) (Added 12/12/13)

**GENERAL PROVISIONS**

The provisions below apply to the EGI Interconnection Manager, EGI Account Representative, EGI Business Analyst and EGI Contract Manager lines of progression.  Provisions for all classifications are listed here and job descriptions are shown below.

A.    TRAINING

Company shall meet with the union annually to discuss the training opportunities, developmental plans, and the distribution of the program among the employees. In order to provide transparency, the company will provide the union with information including which employees have requested and attended trainings, the type and content of trainings attended, etc.

B.    ADVANCEMENT ASSOCIATE TO JOURNEY LEVEL EGI POSITIONS

EGI Associates who meet the requirements of the Journey level in their Line of Progression and are performing satisfactorily in their current classification shall advance to journey level.

**EGI INTERCONNECTION MANAGER – ASSOCIATE (LOA R1-14-18)** (Amended 10/31/14)
**51587857 (0382)**

**A. SUMMARY**

This Interconnection Manager position is the first in progression and is responsible for managing the interconnection request while serving as the interface between the interconnection customer and the various Company departments involved in the interconnection process.  This position handles the scope, schedule and cost of interconnection requests that are processed under FERC and/or CPUC jurisdiction that can interconnect to transmission and/or distribution voltages. In this role, there are no direct reports; rather people and other resources are coordinated with as part of a project team. External contacts include management of customer relationships. Interconnection project duration is typically less than 1 year. The level of responsibility of this position increases with experience.

**B. JOB DUTIES**

1.    Manages generation interconnection process
2.    Interprets FERC and CPUC tariffs, rules and regulations.
3.    Develops, negotiates, coordinates and tenders interconnection agreements.
4.    Manages interconnection process from receipt of interconnection inquiry and/or application through the settlement process and/or first accurate customer bill.
5.    Monitors interconnection request and contractual milestone dates, tasks and status
6.    Communicates interconnection status on a regular basis to all stakeholders.
7.    Identifies project performance issues, analyzes and addresses them in a timely manner.
8.    Ensures timely execution of interconnection process milestones in compliance with applicable tariff and retains appropriate records for compliance quality assurance.
9.    Proactively manage contracts and interact with and support clients (contract counterparties, as well as stakeholders in other departments within PG&E).  If necessary, manage contractual amendments documents that may arise during implementation or after execution of the contract.
10.  Responsible for managing a portfolio of generation interconnection requests to ensure coordination of all contract obligations.

181

11. Identifies and communicates contractual issues to impacted stakeholders.
12. Maintains interconnection records and documentation such as interconnection application, technical studies, contract development work papers, project status reports, customer correspondence and other documentation for generator interconnections.
13. Manages invoicing process for deposits required for engineering, procurement and construction and ensures deposits are collected.
14. Review and assist in the preparation of project settlements
15. Manages interconnection agreement development for existing generators requiring contract conversion.
16. Provides support to journey and Senior Interconnection Managers in performance of risk assessments to identify and prioritize operational, regulatory, financial, technology, reputation, and other business risks.
17. Assists with the design and implementation of internal controls.
18. Under supervision, assesses the level at which controls are operating.
19. Assists with internal and external audit and data requests.
20. Provides support to Journey and Senior Interconnection Managers in establishing and managing corrective action program.
21. Provides support to maintain repository of compliance requirements and controls. Provides support for EGI on IT initiatives and implementation.
22. Assists with development of standards, procedures, and training materials that support compliance and controls awareness.
23. Responsible for execution of internal controls.

## C. KNOWLEDGE/ABILITIES

1. Strong familiarity with FERC and CPUC tariff documents
2. Ability to work with internal and external customer/clients.
3. Ability to handle many interconnection requests simultaneously and prioritize work effectively.
4. Problem resolution and decision making ability.
5. Demonstrates initiative and good judgment in resolving issues
6. Ability to lead group meetings effectively and influence others to build agreement.
7. Demonstrates strong competence/proficiency in written and verbal communications.
8. Good facilitation and presentation skills.
9. Business computer skills, such as Microsoft Office Suite, ENOS, CC&B, ABS, SAP, DART, ECTS, GIS and Visio.
10. Ability to refer to the applicable clauses of the tariff to facilitate the project.


## D. REQUIREMENTS

A bachelor's degree from an accredited college or its equivalent in education and experience. Plus 1 year experience in project management, project controls, service planning, engineering, auditing, and/or construction if PG&E/2 years if outside hire.


**EGI INTERCONNECTION MANAGER – JOURNEY (LOA R1-14-18)** (Amended 10/31/14)
**51587859 (0383)**


## A. SUMMARY

This is a career or journey Interconnection Manager position that requires mastery of the Associate level Interconnection Manager skills and duties and is responsible for managing the interconnection process for

182

generation interconnections. This position serves as a single point of contact for those interconnection requests. Use independent judgment in managing the interconnection process while working with minimal supervision as well as interacting with senior internal and external contacts. Communicate effectively with peers, supervisors, customers and business partners by sharing and seeking information and ideas.

## B. JOB DUTIES

All job duties of the Associate EGI Interconnection Manager. Additional job duties include:

1. Manages customer relationships and leverages partner relationships, developing, negotiating, coordinating and tendering agreements
2. Expertise in tariffs and policies and influencing appropriate stakeholders.
3. Manages special policy issues/assignments as directed by Supervisor.
4. Performs risk assessments to identify and prioritize operational, regulatory, financial, technology, reputation, and other business risks.
5. Under limited supervision, assesses the level at which controls are operating.
6. Helps establish and manage corrective action program.
7. Provides support to maintain repository of compliance requirements and controls.
8. Assists with development of standards, procedures, and training materials that support compliance and controls awareness.
9. May provide guidance on how tariffs apply in different circumstances.
10. As requested, may serve as Subject Matter Expert for EGI on IT initiatives and implementation.

## C. KNOWLEDGE/ABILITIES

1. Knowledge and experience with both distribution and transmission voltage interconnection projects.
2. Uses independent judgment in selecting and applying correctly the applicable FERC and CPUC tariffs and agreements related to the interconnection project.
3. Knowledge of internal control principles.
4. Knowledge of business risk assessment methodologies.
5. Ability to collect, analyze, and interpret qualitative and quantitative data.
6. Strong understanding of FERC and CPUC regulatory requirements.

## D. REQUIREMENTS

A bachelor's degree from an accredited college or its equivalent in education and experience. Must include minimum 3 year experience in transmission, distribution, business planning, service planning, engineering, construction/project management, accounting, auditing, and/or finance if PG&E/4 years if hired externally.

## EGI INTERCONNECTION MANAGER – SENIOR (LOA R1-14-18) (Amended 10/31/14)
## 51587860 (0384)

## A. SUMMARY

This job is the fully qualified, career oriented, Senior Interconnection Manager position that requires mastery of the journey level Interconnection Manager job duties. Under general direction, exercises judgment and discretion and is responsible for all aspects of the development and implementation of assigned interconnections and provides a single point of contact for those projects. Project duration is generally multi-year, require significant coordination and partnership with other departments and entities such as: CA ISO, Division Engineering, Service Planning, Project Management, System Protection (T&D) Transmission

Operations, Tariffs, Transmission Planning, Electric Transmission Rates, Law, Metering, ES&S and Billing. Assignments will have high visibility, require extensive tariff application experience and often require specific discipline and areas of expertise. Routinely asked to consult on projects that are assigned to other Interconnection Managers. Routinely consulted by other lines of business for interconnection expertise.

## B. DUTIES

All job duties of the Journey EGI Interconnection Manager. Additional job duties include:

1. Makes presentations to PG&E senior management as appropriate.
2. Represents PG&E at CPUC and other industry workshops and conferences
3. Arbitrates and resolves conflicts within the interconnection agreement terms.
4. Provides expertise on interconnection processes and contract interpretation
5. Mentors and provides guidance to less experienced EGI Interconnection Managers.
6. Handles escalated customer complaints and issues from Account Representatives and less experienced Interconnection Managers
7. Analyzes business processes and work procedures, and design and recommend improvements
8. Provides Subject Matter Expert testimony to regulatory agencies
9. Partner with governmental, regulatory, business partner or community entities, using skilled negotiation, tact and diplomacy.
10. Designs and implements internal controls.
11. Designs and executes tests to assess level at which controls are operating.
12. Responds to internal and external audit and data requests.
13. Develops and maintains repository of regulatory requirements and controls.
14. Develops standards, procedures, and training materials that support compliance.
15. Manages corrective action program.
16. May work with Regulatory Relations, Law and other internal stakeholders to develop and file tariff changes with CPUC.
17. May represent EGI in internal PG&E committees on policy decisions.
18. May provide input on comments for decisions by regulatory agencies such as CPUC, FERC and CAISO.
19. As requested, may present EGI data to regulatory agencies such as CPUC, FERC and CAISO on a regular basis.

## C. KNOWLEDGE/ABILITIES

1. Knowledge of negotiating techniques, subject matter expertise
2. Superior ability to interface with and across supporting organizations.
3. Knowledge of internal control principles.
4. Knowledge of business risk assessment methodologies.
5. Ability to collect, analyze, and interpret qualitative and quantitative data.
6. Strong understanding of FERC and CPUC regulatory requirements

## D. REQUIREMENTS

A bachelor's degree from an accredited college or its equivalent in education and experience. Must include minimum 5 year experience in transmission, distribution, business planning, service planning, engineering, construction/project management, accounting, auditing, and/or finance if PG&E/6 years if hired externally.

184

**EGI ACCOUNT REPRESENTATIVE (LOA R1-14-18)** (Amended 10/31/14)
**51587861 (0372)**

**A. SUMMARY**

A journey level representative position that is accountable to manage NEM (Net Energy Metering) customer and internal stakeholder communications to ensure timely NEM customer interconnection.

**B. DUTIES**

1. Respond to and resolve escalated NEM project issues from NEM clerk team
2. Resolve medium technical issues
3. Manage customer interconnection application process that enables customer interconnection within specified compliance and customer timelines
4. Create Job Notifications for Disconnect/Reconnect requests and System Upgrade work.
5. Work with ESP relations and Demand
6. Manage the Non-Export Rule 21 Solar Schools interconnection process
7. Facilitate the resolution of Expanded NEM customer issues with impacted stakeholder departments
8. Train and mentor newly hired EGI NEM dept clerks.
9. Monitor and manage database work queues and address problems proactively
10. Initiate vendor and customer contacts to effect customer satisfaction and minimize potential delays
11. Develop strong relationships with internal stakeholder departments
12. Coordinate field visits to VNEM projects w/local IPE's, vendors and standards groups
13. Manage Special Facilities process for specialized VNEM metering

**C.   KNOWLEDGE/ABILITIES**

1. PG&E rates and tariffs proficiency
2. Expert Microsoft Office suite, ENOS, ABS and CC&B user.
3. Exceptional communication, interpersonal relationship skills and attention to detail

**D. REQUIREMENTS**

A bachelor's degree from an accredited college or its equivalent in education and experience.
1 year related experience if hired externally

**EGI BUSINESS ANALYST**
**51587862 (0385)**

A. SUMMARY

An Analyst position that provides support to Associate to Journey Interconnection Manager level distribution and/or transmission interconnection requests with guidance of Senior EGI Business Analysts and management. Work may require direction from EGI Interconnection Manager, Supervisors and Manager. Frequent external contact with other PG&E departments

B. DUTIES

1. Regularly produce standard reports from EGI databases, including but not limited to Sarbanes Oxley report (quarterly reports), Revenue Accounting – Transmission Project Billing Credits, Distribution generation cost tracking, etc.
2. Perform regular queries to produce FERC and CPUC compliance reports and billing inquiries.

185

3. Perform monthly QF Conversion (cost of ownership) reconciliations.
4. Assist in providing detailed specifications and cost/benefit analysis of proposed changes and enhancements.
5. Manage all incoming funds for generation interconnections, including capital, expense and other balance sheet. Reconcile outstanding billing documents.
6. Create and Close study and expense order numbers
7. Assist in developing and administering training material specific to enhancements of customer software that is vital to communication process improvements.
8. Perform accounting settlement for interconnection projects.
9. Manages invoicing process for deposits required for engineering, procurement and construction and ensures deposits are collected and in compliance with contracts.
10. Receives and processes new applications for distribution interconnection queue. Ensures timely processing in compliance with tariff application milestone durations.

## C. REQUIREMENTS

A bachelor's degree from an accredited college or its equivalent in education and experience. Must include minimum 1 year experience in transmission, distribution, business planning, construction/project management, accounting, and/or finance if hired externally.


**EGI BUSINESS ANALYST – SENIOR**
**51587863 (0386)**

## A. SUMMARY

A Senior level Analyst position that provides support to Sr. EGI Interconnection Manager level distribution and/or transmission interconnection requests with minimal guidance. Work may require direction from more senior EGI Interconnection Managers, Supervisors, Manager and Director. Frequent interaction with internal partners.

## B. DUTIES

May perform all the functions of the journey EGI Business Analyst and in addition:

1. Represent EGI regarding technical issues with various stakeholders (e.g. ISTS, Account Services, CSI and SGIP groups).
2. Produce custom, non-standard or ad-hoc reports as requested.
3. Identify project cost variances, investigate suspicious charges and provide recommendations for corrective actions.
4. Analyze and validate actual charges to project orders, and take corrective actions as necessary.
5. Provide current project cost-to-date necessary to manage costs effectively.
6. Train other EGI employees on systems and compliance.
7. Act as point of contact for software system updates, enhancements and modifications.
8. Work with appropriate departments to resolve systems issues and implement solutions or program enhancements.
9. Prepares ad-hoc reports on contracts as required by the CPUC or FERC or internal clients.


## C. KNOWLEDGE/ABILITIES

Expert user of Excel and reporting tools such as Business Objects, BRIO or MS Access; working knowledge of SQL and basic Requirements Analysis. Comprehensive knowledge of ENOS and other specialized EGI applications and knowledge of CC&B, DART, FAS and other company applications that impact EGI processes;

D. REQUIREMENTS

A bachelor's degree from an accredited college or its equivalent in education and experience, plus 3 years PG&E experience in transmission, distribution, business planning, accounting, and/or finance; or 4 years of related experience if hired externally.


**EGI CONTRACT MANAGER**
**515878610 (0387)**

A. SUMMARY

The EGI Contract Manager is responsible for the management of generation interconnection contracts and contractual obligations. This position works with EGI Interconnection Managers and the project execution team to ensure contractual milestones, including engineering, procurement and construction milestones are met.

B. DUTIES

1. Proactively monitor and report out on contractual obligations and interact with and support contract counterparties, as well as stakeholders in other departments within PG&E.
2. Document agreed upon changes or amendments that may arise during the life of the interconnection contract.
3. Prepare regular compliance reports on contract administration and performance status of contractual obligations.
4. Identifies and communicates contractual issues to EGI Interconnection Managers and project execution teams prior to start of construction and ongoing throughout life of generating facility.
5. Communicates signed contracts to all relevant parties to provide contract visibility and awareness.
6. Works with EGI Interconnection Manager to resolve contractual issues associated with generation interconnections.
7. Manages contractual records and documentation such as receipt and control of contract correspondence, contractual changes, executed contracts and other documentation for projects.
8. Works with EGI Interconnection Manager to ensure contract close-out, extension or renewal.
9. Provides support to Interconnection Manager in the preparation of project settlements.
10. Monitors financial security postings for interconnection projects.
11. Manages EGI's obligations in the filing and reporting of executed contracts, including terminations and amendments, to the applicable regulatory agency.
12. Prepares ad-hoc reports on contracts as required by the CPUC or FERC or internal clients.
13. Generate monthly Health Report data from SAP or other systems
14. Ensure all order numbers are correctly assigned to each project and charges are applied correctly.
15. Review and provide communications or documentation to the Accounting team to start billing for all executed agreements
16. Prepare amendments and manage all agreements once the generating facilities achieve commercial operation.
17. Leads investigation required for dispute resolution on post-COD contracts.


C. REQUIREMENTS

A bachelor's degree from an accredited college or its equivalent in education and experience. Must include minimum 1 year experience in transmission, distribution, business planning, construction/project management, accounting, and/or finance if hired externally.

**EGI CONTRACT MANAGER – SENIOR**
**51587865 (0388)**

A. SUMMARY

The Senior EGI Contract Manager is responsible for oversight and review of PG&E's electric interconnection contracts. This position reviews performance and metrics at the portfolio and department-wide level, is responsible for reporting on contracts, and assists with process improvements for the EGI contracts processes and reporting processes.

B. DUTIES

1. May perform all the duties of the EGI Contract Manager and in addition:
2. Develops and implements procedures for contract administration in compliance with company policy. As appropriate, contributes to or influences company policies.
3. Monitors and reports on scope, cost and schedule for generation interconnection projects using RAG status indicators
4. Provides expertise on contract interpretation to EGI Interconnection Managers.
5. Performs thorough review of contracts and related documents, identifying critical information or patterns. Identify potential contractual issues and solutions. Review potential or proposed changes to contracts and ensure that changes can be implemented.
6. Performs analysis of contracts in support of internal and CPUC or FERC policy. Monitor regulatory proceedings at the FERC and CPUC, specifically as it affects contract administration. Provide analysis to help guide PG&E's policy with regards to contracts. Implement contractual changes that result from changes in regulation.
7. Develops and recommends process improvement ideas and implement if appropriate and directed.
8. Develops and refines Business Requirements for software and system implementations to gain work efficiencies (e.g. ECTS)
9. Develops and facilitates training sessions for internal and external partners/stakeholders on new and revised Contract Management processes

C. REQUIREMENTS

A bachelor's degree from an accredited college or its equivalent in education and experience, plus a minimum of three years as an EGI Contract Management Analyst . Or 5 years' experience in transmission, distribution, business planning, construction/project management, accounting, and/or finance if hired EGI externally.

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 206 of 256

## 25. TRANSMISSION PLANNING (LOA 13-36) (Added 12/12/13)

### A. Senior Advising Engineer

When considering candidates for Senior Consulting Engineer vacancies, the selection committee may elect to fill a Senior Advising Engineer position if the best qualified candidate does not possess an active California Professional Engineer registration. The duties and pay range will be the same for Senior Advising and Senior Consulting Engineers. If the Company elects to fill vacancies, the Company shall determine if creating a Senior Advising Engineer position is appropriate and will notify the selection committee.

### B. Performance Standards

Employees shall continue to be covered by the current performance appraisal/development process. The performance appraisal form may be modified by Company from time to time, but significant and or substantive changes to the standards used must first be bargained with the Union.

### C. Work Jurisdiction

The number of supervisors doing bargaining unit work will not exceed five, and the percentage of bargaining unit work those supervisors perform as compared to their total workload will be no more than 50%.

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 207 of 256

### 26. METERING ENGINEERS (LOA 13-36) (Added 12/12/13)

#### A. Performance Standards

Employees shall continue to be covered by the current performance appraisal/development process. The performance appraisal form may be modified by Company from time to time, but significant and or substantive changes to the standards used must first be bargained with the Union.

#### B. Senior Advising Engineer

When considering candidates for Senior Consulting Engineer vacancies, the selection committee may elect to fill a Senior Advising Engineer position if the best qualified candidate does not possess an active California Professional Engineer registration. The committee may grant preference among candidates with relatively equal qualifications to a candidate with a PE over a candidate without a PE. The duties and pay range will be the same for Senior Advising and Senior Consulting Engineers.

#### C. Work Jurisdiction

The number of supervisors doing bargaining unit work will not exceed two, and the percentage of bargaining unit work those supervisors perform as compared to their total workload will be no more than 20%.

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 208 of 256

### 27. AUTOMATION AND POWER QUALITY ENGINEERS (LOA 13-36) (Added 12/12/13)

#### A. Performance Standards

Employees shall continue to be covered by the current performance appraisal/development process. The performance appraisal form may be modified by Company from time to time, but significant and or substantive changes to the standards used must first be bargained with the Union

#### B. Senior Advising Engineer

When considering candidates for Senior Consulting Engineer vacancies, the selection committee may elect to fill a Senior Advising Engineer position if the best qualified candidate does not possess an active California Professional Engineer registration. The committee may grant preference among candidates with relatively equal qualifications to a candidate with a PE over a candidate without a PE. The duties and pay range will be the same for Senior Advising and Senior Consulting Engineers.

There is no Principal classification in the Power Quality line of progression.

#### C. Work Jurisdiction

The number of supervisors doing bargaining unit work will not exceed two in Automation and one in Power Quality, and the percentage of bargaining unit work those supervisors perform as compared to their total workload will be no more than 15% in Automation and 50% in Power Quality.

**28. TRANSMISSION OPERATIONS ENGINEERING (LOA 15-06)** (Added 3/31/15)

**Advancement from Associate to Journey level and Journey to Senior level**

Associate Transmission Operations Engineers reaching 3 years of Transmission Operations experience will be reviewed by the board to determine if they are qualified to advance to Journey Transmission Operations Engineer; Journey Transmission Operations Engineers reaching 8 years of Transmission Operations experience will be reviewed by the board to determine if they are qualified to advance to Senior Transmission Operations Engineer.

If the board determines that the candidate is qualified, the candidate will advance to the next career stage. If the board determines that the candidate is not qualified to advance, the supervisor will develop and provide a program of training and mentoring to assist the candidate in meeting the qualifications for the position. The candidate shall have the right to re-apply to the board after a minimum of 6 months. If the board again determines that the candidate is not qualified to advance, he/she shall have the right to re-apply after 12 months and every 12 months thereafter.

**A.    Senior Advising Engineer**

When considering candidates for Senior Consulting Engineer vacancies, the selection committee may elect to fill a Senior Advising Engineer position if the best qualified candidate does not possess an active California Professional Engineer registration. The duties and pay range will be the same for Senior Advising and Senior Consulting Engineers. If the Company elects to fill vacancies, the Company shall determine if creating a Senior Advising Engineer position is appropriate and will notify the selection committee.

**B.    Performance Standards**

Employees shall continue to be covered by the current performance appraisal/development process. The performance appraisal form may be modified by Company from time to time, but significant and or substantive changes to the standards used must first be bargained with the Union.

**C.    Two-hour minimum callout for Transmission Operations Engineers**

When employees are required to report for work on workdays outside of their regular work hours, they shall be paid at the straight-time rate of pay for not less than two hours including any travel time, provided, however, that if they continue to work into or beyond regular work hours, they shall be paid additional compensation only for travel time from their homes and for actual work time up to regular hours. When employees are required to report for work on non-workdays or on holidays, they shall be paid at the straight-time rate of pay for not less than two hours including any travel time.
Such reporting may include telephone, remote computer access, and other methods of response; however incidental phone calls of less than 5 minutes will not be considered a callout

**D.    "ETEC" duty**

1.  This section is intended to apply to "physical ETEC" activation. During "Virtual ETEC" activation TOE's will continue to respond to emergencies as they usually do. There are no additional specific Transmission Operations Engineer (TOE) duties associated with "Virtual ETEC."

2.
    a.  As far in advance as practicable prior to ETEC activation, the Company will solicit appropriate and qualified TOE volunteers.
    b.  After soliciting volunteers the Company will send out a schedule providing staffing in shifts not to exceed 12 hours. The company will establish the schedule using the

192

preferences of the volunteers as much as possible, but if there are not enough volunteers then the Company may assign shifts to TOE's who did not volunteer.

    c. If a TOE has an issue with a particular ETEC shift assignment, the TOE may make arrangements to swap with another TOE and report changes to their supervisor.

    d. If employees have hardships that would prevent them from fulfilling ETEC responsibilities and are unable to find a swap, they should request removal from the ETEC schedule. Reasonable requests pursuant to bona fide hardships will not be unreasonably denied.

3. Employees shall be eligible for compensation at the straight time rate of pay for all ETEC duties performed outside of regular work hours, including associated travel time in accordance with section 7.6(b).

4. Workload expectations will be adjusted if there is a call-in.

5. The parties agree to establish a joint process improvement initiative to review the staffing and other workflow functions of the ETEC with respect to the Transmission Operations Engineers.

6. "ETEC P&I Chief" duty is agreed to be an exclusive management function.


## E.   Work Jurisdiction and Principal Engineers

The amount of bargaining unit work performed by Supervisors will be no more than 1.5 FTE's, and no supervisor will spend more than 50% of their total work time on bargaining unit work.  There is one present incumbent Principal Engineer who is a supervisor.  When this individual vacates this position, it will be converted to a Supervisor position.  Any future Principal Engineer positions created in Transmission Operations will be bargaining unit positions and the Company will negotiate salary range and job description with the Union.

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 211 of 256

### 29. SMARTMETER OPERATIONS CENTER (LOA 15-07) (Added 4/5/15)

**A.  Advancement**

**Advancement from Senior to Expert as follows:**  SMOC senior level employees who meet the requirements for advancement to Expert level and are performing satisfactorily in their current classification may advance to Expert upon reaching the minimum number of years of either Company or external experience or any combination thereof, provided that the Company determines that an operational need exists for an additional SMOC Expert in the employee's Line of Progression.

If, when an operational need exists, more than one Senior employee is qualified to advance as set forth above, the Company shall select the employee whose ability and personal qualifications make him/her most qualified for the job.  If ability and personal qualifications are substantially equal, seniority shall prevail.

**B.  Performance Standards**

Employees shall continue to be covered by the management performance appraisal/development process. The performance appraisal form may be modified by Company from time to time, but significant and or substantive changes to the standards used must first be bargained with the Union.

**C.  On-Call Policy for SMOC Employees**

1.  An on-call calendar will be established for the IT Applications Operations Analysts.  The number of on-call employees for a given week will depend on the qualifications of the available workforce.  If an employee is qualified to support all applications and is the only person on call for a week, the employee will be given the Friday following an on-call week as a paid day off.

2.  On-call duty will be for one week: from the end of the employee's regular workday Friday to the beginning of the employee's regular workday the following Friday.

3.  When on call, the employee must make all reasonable efforts to be available to respond and fit for duty. If an employee is aware that they will be unavailable for a scheduled on-call assignment, or an unpredictable situation makes the employee unavailable on short notice, they should contact their supervisor immediately.

4.  Employees will be informed no less than 4 weeks before that they will be on-call.

5.  On-call duty will be rotated and equally distributed among qualified employees.  Employees may, with management permission, swap on-call weeks.  Any requests to swap should be made as soon as possible and, except in the case of an emergency, must be made no less than one week in advance.

6.  Employees must be qualified to support the application(s) for which they are placed on the On-call calendar.

7.  Requests for temporary removal from the on-call rotation due to personal circumstances or hardships not to exceed 6 months will not be unreasonably denied.

8.  For monthly employees, time worked after the first 2 hours of work performed during an on-call week shall be compensated at the straight-time rate.

**Job Descriptions**
Job Descriptions are published in Appendix 1 of this Agreement.

### 30.  GAS STATION ENGINEERING (LOA 15-18) (Added 9/16/15)

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 212 of 256

**(Gas Project Engineer, Control Systems Engineer, Power Systems Engineer (Gas))**

**A. Senior Advising Engineer**

When considering candidates for Senior Consulting Engineer vacancies, the selection committee may elect to fill a Senior Advising Engineer position if the best qualified candidate does not possess an active California Professional Engineer registration. The duties and pay range will be the same for Senior Advising and Senior Consulting Engineers.  If the Company elects to fill vacancies, the Company shall determine if creating a Senior Advising Engineer position is appropriate and will notify the selection committee.

**B. Performance Standards**

Employees shall continue to be covered by the current performance appraisal/development process. The performance appraisal form may be modified by Company from time to time, but significant and or substantive changes to the standards used must first be bargained with the Union.

**C. Stamping of Documents and Drawings**

1. Senior Consulting Level and Principal Level Engineers are required to have a current California PE license.  Their job duties include signing and stamping and acting as the engineer in "responsible charge" for engineering drawings, specifications, reports, or documents that are to be released for construction.
2. The PE license is not required for Journey and Senior Engineers.
3. Journey or Senior Engineer with a PE license may be required to stamp their own documents/drawings and act as the engineer in "responsible charge" of a project.
4. In recognizing the critical safety importance of engineering drawings and documents for gas facilities, the Company and Union agree to discuss the subject of quality control and design review processes for drawings and documents in an ad-hoc committee.  The committee will commence within two months of implementation and conclude within one year of commencing.
5. Any engineer who stamps documents must meet all the following criteria:
   a. hold a current and valid California PE license in the applicable field of engineering,
   b. be fully competent and proficient by education and experience in the field or fields of professional engineering relevant to the project,
   c. possess sufficient knowledge of the project to make, or review and approve, the engineering decisions for the project, and
   d. be capable of answering questions asked by other similarly licensed, competent and proficient engineers so as to leave little question as to the engineer's technical knowledge of the engineering performed.

**D. Work Jurisdiction**

1. Facilities Engineers may perform the duties of these classifications in emergencies, and for repair and restoration of existing equipment, including replacement of components, if qualified per the job description, but replacement of systems and new equipment installation projects are the jurisdiction of these classifications.
2. Control Systems Engineers may be assigned any work within the job description of Power Systems Engineer which they are qualified to perform and vice-versa.

**E. Out-of-State Employees**

1. There are currently two employees, both Principal Project Engineers, headquartered out of state in Houston, Texas.
2. PG&E will provide an office space near their residence for each out-of-state employee which will be considered their headquarters. PG&E will not relocate this office beyond 50 miles from the

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 213 of 256

current HQ location without agreement of the employee.  PG&E will also provide an office space for their use at the appropriate PG&E facility in California.

3. Out-of-state employees will be reimbursed for required travel expenses, including lodging and meals.  Travel time except for travel from Texas to California and back outside regular work hours will be considered work time and reimbursed under the additional time worked policy.

4. The Company will not require an out-of-state employee to travel to PG&E territory more than two times in any calendar month unless business needs require additional visits to California.

5. The Company will meet and confer with the Union prior to hiring any additional out-of-state employees in these classifications.

# EXHIBIT E – PROFESSIONAL DEVELOPMENT

1. **TUITION REFUND PROGRAM**

The Company shall provide a program of partial reimbursement for tuition and required textbooks as follows:

ELIGIBILITY

(A)   Any regular full-time employee on the active payroll of the Company is eligible to participate in the plan.

(B)   Only courses taken at an institution accredited by the Western Association of Schools and Colleges, or one of its regional counterparts; or at a national Distance Education and Training Council accredited correspondence school; or schools selected by the Company are acceptable for refund. Approved courses are those that add to effectiveness in the job or to acquire qualifications for positions to which the employee could reasonably expect to advance. (Amended 1/1/16)

(C)   The employee must earn a grade of "C" (or equivalent) or better in each course to  qualify for a tuition refund.

(D)   An employee eligible for educational aid through federal and state educational programs or veterans' benefits is not eligible for refund from the Company for tuition or fees for the same course of instruction.

(E)   Attendance at these courses shall not interfere with the regular working hours of the  employee.

PROCEDURE

An employee who desires to receive such tuition refund shall, prior to his/*her* enrollment in a course of study, submit in writing through his/her supervisor to the Tuition Refund Program administrator for approval and details of the course for which this refund will be sought. The employee, at this time, must state that he/*she* is not eligible for educational aid through federal or state educational programs or for veterans' educational benefits.

Employees should submit a tuition refund application by or before the course start date to be eligible for program participation. (Amended 1/1/16)

Within 90 days after completion of the approved course, the employee shall submit the following to the Tuition Refund Program administrator. (Amended 1/1/16)

(A)   Copies of his/her certificate of completion with a grade of "C" (or equivalent) or better, in each course.

(B)   Copies of the receipt indicating monies paid for the above courses and textbooks.  (Amended 1/1/88)

(C)   Other materials as requested. (Amended 1/1/16)

REFUNDS

After successful completion of an approved course of study, a refund of 100 percent of the direct costs will be made. Direct costs apply only to registration fees, tuition, required textbooks, laboratory fees,

and other charges made by the institution such as program fees, department-based college academic fees, academic fees, and technology fees required for on-line education. Costs of materials and equipment purchased separately by the employee are not covered. (Amended 7/15/13)

    (A)    Refunds will be made only for courses in which regular employees enrolled after completion of six months or more of continuous service and are employed by the Company on the completion date of the course.

    (B)    The refund is limited to $6,000 per calendar year for all career-related courses or degree programs.  (Added 1/1/94, amended 1/1/09, 1/1/12)

    (C)    Refunds exceeding $6,000 per calendar year to any one employee will not be allowed except under unusual circumstances. Requests for refunds in excess of $6,000 in any one year will be considered only if (Added 1/1/94, amended 1/1/09)

        (1)    The course or courses are of a special nature, and

        (2)    Such course or courses are not available elsewhere, and it is unlikely that such courses will be repeated in the foreseeable future. (Amended 1/1/88)

## 2.  PROFESSIONAL MEMBERSHIPS AND TRAINING (Added 2/23/16)

(A) The Company shall pay for basic national membership and one local chapter membership in the appropriate professional association for each monthly employee. Examples of national associations include IEEE, ASME and ASCE for Engineers, PMI for Project Managers or Project Analysts, IRWA for Right-of-Way Agents, American Institute of Hydrology, etc.  Payment for more than one national and one local membership is at the discretion of management unless required for the position.

(B)  Reimbursement of professional registration (PE, PG, PMP Land Surveyor, etc.) license fees for monthly employees.  Company shall reimburse professional registration renewal fees.  Company shall reimburse employees for the first exam, but not for second and later exams.  Exam review courses shall be attended on the employee's time; reimbursement of tuition from eligible programs will continue to be covered under the Tuition Refund Program above.

(C)  Based on the employee's approved developmental plan, Company shall reimburse for reasonable costs incurred attending conferences or training specific to the employee's discipline, such as vendor training.  Employees will not be paid for additional time beyond normal work hours to attend training or conferences; however, the time spent traveling to or from training may be considered as time worked under the provisions of Title 7 Hours as provided in the letter agreement.  Programs reimbursed by the Tuition Refund program are not eligible for Additional Time Worked compensation.

(D)  At the Union's request in any department or work group, Company shall meet with the Union annually to discuss the training opportunities, developmental plans, and the distribution of the program among the employees.  In order to provide transparency, the Company will provide the Union with information including which employees have requested and attended trainings, the type and content of training attended, etc.

(E)  Any courses or training that is required by the Company will be paid for by the Company.  Time spent in classes and associated travel time and expenses will be paid following the applicable provisions for hourly and monthly employees.

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 216 of 256

**93-8-ESC**

(Amended 1/1/00)

June 1, 1993

Engineers and Scientists of
California, MEBA 1182 Market
Street, Suite 204 San Francisco,
CA 94102

Attention: Mr. Ben Hudnall, Business Manager

Gentlemen:

This letter cancels and supersedes our letter dated August 17, 1981, on the same subject.

ESC Review Committee File Nos. 45, 46, 47, 48, and 49 were submitted to arbitration (Arbitration Case No. 4) pursuant to a Submission Agreement signed by the parties on December 12, 1972. The submission Agreement in Item 4 provides that the parties may at any time agree to resolve the issue and withdraw it from arbitration.  As a means of accomplishing this, we propose the following understanding:

1.  The Company does not intend that authorized Division Engineering Estimator classifications be replaced by *General* Construction Field Engineers, Field Engineering Technicians, or Senior Field Engineering Technicians, nor that such field engineering personnel be utilized for the purpose of precluding the ultimate authorization of additional regular Estimator classification.

    The assignment of such personnel to a location where a Gas or Electric ADE works for the purposes set forth hereafter in Item 2 of this Agreement for more than a cumulative total of 18 months in a 24-month consecutive period shall be presumed to be " ... for the purpose of precluding the authorization of additional regular Estimator classifications ..." in that location and line of progression.

2.  *General* Construction employees classified as Field Engineering Technician, Senior Field Engineering Technician and, when operational needs are demonstrated, Field Engineer may be assigned to work under the direct supervision of Division personnel provided, however, that such assignment shall be restricted to a period not to exceed 9 months except for an additional period of time required to complete his present work assignment not to exceed 30 days.

3.  The parties recognize that special or emergency circumstances may arise which, though temporary in nature, may require assignments exceeding the time limitations set forth in Items 1 and 2 above. Should such circumstances arise, time limitations will not be extended without prior discussion between Company and Union.

4.  Upon completion of such an assignment to a Division*, General* Construction field engineering personnel described above shall be given a performance review by Division supervision, a copy of this review shall be forwarded to *General* Construction supervision for inclusion in the employee's personnel record.

5.  The Company will provide training as appropriate to those employees in *General* Construction performing estimating services, and rotate such employees between estimating and other Field Engineering Technician assignments with the intent to provide the requisite experience for progression to the Senior Field Engineering Technician classification.  Once

199

an employee has progressed to Senior Field Engineering Technician such rotations need not be effected.

6. *General* Construction employees classified as Field Engineer, Field Engineering Technician, and Senior Field Engineering Technician who have completed six months estimating as defined in Item 2 above*, after appointment to the Engineering Estimator classification, shall be entitled to accelerate through the Estimator Training Program at 4.5 months per module. Additionally, Field Engineering Technicians will be credited with having completed module one. Field Engineers and Senior Field Engineering Technicians will receive credit for having completed the first two ETP modules.*

7. After appointment to a Senior Engineering Estimator classification, such employee's time spent in the classifications of Field Engineer, Field Engineering Technician, or Senior Field Engineering Technician, while on loan to a Division, or while preparing estimates charged to a Division (to the extent that it can be reasonably ascertained at the time), shall be considered as Engineering Estimator or Senior Engineering Estimator time for purposes of wage progression (Title 15), promotions (Title 21), and demotion and layoff (Title 22).

8. Pre-bids to Senior Engineering Estimator vacancies submitted by Field Engineering Technicians will be entitled to consideration under the provisions of Subsection 21.2(e) of the Agreement, provided such employee has previously met the requirements for progression to Senior Engineering Estimator.


If you are in accord with the foregoing and agree thereto, please so indicate in the space provided below and return one executed copy of this letter to the Company.

Very truly yours,

PACIFIC GAS AND ELECTRIC COMPANY

By /s/ Ronald L. Bailey
Mgr of Industrial Relations

The Union is in accord with the foregoing and it agrees thereto as of the date hereof.

ENGINEERS AND SCIENTISTS OF CALIFORNIA, MEBA

August 11, 1993

By /s/ Ben Hudnall
Business Manager

200

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 218 of 256

<u>**EXHIBIT G**</u>

DISTRIBUTION CONSTRUCTION PER DIEM GEOGRAPHIC AREAS

1) North Coast and North Bay Division

2) North Valley, Sierra and Sacramento Divisions

3) Diablo, Mission and East Bay Divisions

4) San Francisco and Peninsula Divisions

5) San Jose, Central Coast, De Anza and Los Padres Divisions

6) Stockton, Yosemite, Fresno and Kern Divisions

*(Amended 1/1/00)*

CONSTRUCTION PER DIEM CLARIFICATION

1.      Company may establish a purchase order with one or more motels in an area.  An employee may elect to lodge where such a purchase order has been established, in which event the cost shall be paid by Company without the employee having to submit an Expense Reimbursement form. If the employee elects to utilize other facilities, he/she may pay the associated cost and submit an Expense Reimbursement form *or use a Company credit card.* The cost of such other facility shall be reasonable.  The determination of the reasonableness of the cost of such facility shall be subject to review in a manner agreeable to Company and Union. If agreement cannot be reached on the acceptability of the cost of the facility, Union may address the issue in the grievance procedure.

2.      Facilities at which Company establishes a purchase order shall be of reasonable quality. The determination of the reasonableness of the facility shall be subject to review in a manner agreeable to Company and Union. If agreement cannot be reached on the acceptability of a facility, Union may address the issue in the grievance procedure.

As a future date, Company and Union may adopt some method of identifying acceptable facilities, such as the California Automobile Association rating system or the Best Western rating system.

3.      Motels at which Company established a purchase order shall be located not more than five (5) road miles and/or fifteen (15) minutes travel time from the employees regular headquarters, if such headquarters is located in an incorporated area. If the headquarters is in an unincorporated area, both board and lodging facilities must be located not more than 15 road miles of the headquarters provided that such board and lodging are within two road miles of each other. See note (4) below for an exception to this provision.

4.      In the city/county of San Francisco, motels at which Company established a purchase order shall be located not more than fifteen (15) road miles and/or thirty (30) minutes travel time from the

employees headquarters. Further, such facilities shall not be located in a city or town that requires crossing a toll bridge to reach. (Cannot cross Bay Bridge, Golden Gate Bridge, San Mateo Bridge, etc.)

5.   Motels at which Company establishes a purchase order shall provide, at minimum, the following conveniences:

a) In-room telephone (does not include charges associated with use of the in-room phone). b) Cable television (does not include charges for use of pay-per-view channels).

6.   Company cannot require two or more employees to share a facility.  However, two or more employees may elect to share a facility. In the event two or more employees elect to share a facility, and all do not incur an expense, it is understood that only those who incur an expense are entitled to a reimbursement.

7.   Employees who elect to utilize a travel trailer or motor home for lodging may do so.  In such cases, employees may utilize the services of a campground or similar facility in the vicinity of the job headquarters. Company may establish purchase orders at such facilities in the same manner as described above for motels. In the event no purchase order is established at the facility selected by the employee, such employee will be required to submit receipts on an Expense Reimbursement form. Employees who utilize such facilities shall be entitled to the same conveniences as are provided to employees electing to utilize a motel (such as electric, water, telephone, cable television hookup, etc.).

8.   Where it is reasonably possible to do so, and where the associated costs would be the same or less as for a motel, an employee (or several employees) may elect to rent an apartment on a month-to-month basis. Agreement with local management must be reached on a case-by-case basis, however, prior to such rental. There must be a reasonable expectation that the involved employee(s) will remain at the headquarters for a period of time sufficient to make such rental economically feasible.

9.   An employee entitled to receive per diem based on Zone 5 need not either commute on consecutive days or stay over night on consecutive days.  Such employee may elect to commute on one or more days during a work week or may elect to stay over night on one or more nights during a workweek.

10. An employee entitled to receive per diem based on Zone 5 is entitled to lodging during a work week the same number of times as the number of work days and non-work days worked during the work week. The nights of lodging are not required to be on the same days as the worked days and non-work days.  For example, an employee who works a regular 4-day/10-hour Monday through Thursday schedule may elect to receive lodging reimbursement for Sunday-Monday-Tuesday-Wednesday nights or for Monday-Tuesday-Wednesday-Thursday nights.  If such employee was required to work overtime on Sunday in this example, such employee may elect to receive lodging reimbursement for Saturday through Wednesday nights or for Sunday through Thursday nights. If such employee were required to work overtime on Friday in this example, such employee may elect to receive lodging reimbursement for Sunday through Thursday nights or for Monday through Friday nights.

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 220 of 256

94-13-ESC

March 14, 1994

Engineers and Scientists of California, MEBA (AFL-CIO)
1182 Market Street, Suite 204
San Francisco, CA 94102

      Attention: Mr. Ben Hudnall, Business Manager

Gentlepersons:

Pursuant to Letter Agreement 93-27 and in accordance with Section 26.1 of the Agreement between the Company and ESC, the parties propose as a result of negotiations the following:

1.  Company agrees to the establishment of a monthly Labor Management Committee whose goals will include free and open communication, mutual respect for the legitimate needs of the respective parties, informal problem solving, and the promotion of harmony and efficiency to the end that the Company, the Union and the general public may benefit.

2.  Voluntary Severance offer to all Design and Drafting classifications (including EA positions) capped at 16. Cap does not include any employees who elect layoff rather than displacement to the field. No layoffs through September 30, 1994. This no-layoff policy does not include those employees who elect severance rather that relocate to field positions.

3.  Company agrees to redeployment as follows:

    A.  Redeployment within the General Office complex will follow the principles of Section 22.9 of the Agreement in so far as possible considering the Company's operational requirements regarding the Engineering disciplines needed for particular work groups.

    B.  If redeployment of personnel from the San Francisco General Office Complex to remote locations is necessary, employees who are displaced, pursuant to the provisions of Section 22.9, may elect layoffs with severance as an alternative to relocation.

    C.  Telecommunications decentralization begins immediately upon execution of a separate Letter of Agreement whose outline is attached as Exhibit 2.

4.  Company and Union agree to cooperate in an effort to accomplish Engineering and Drafting work utilizing PG&E personnel to the fullest extent feasible within operational constraints. The mutual goal will be to contract out work to accommodate peak work loads that can't be accomplished by existing staff at the time the contract is let, for specific expertise not available in house, to meet unanticipated time constraints set by clients, or if it is more cost effective. The parties agree that contracting will not be used for the purpose of dispensing with the services of PG&E employees.

    A.  Exhibit 1 is Company's proposal for the Building and Site Unit formerly a part of ENCON Business Unit and currently residing in the General Services Organization.

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 221 of 256

B. The parties agree to jointly develop a methodology for accurately calculating the comparative costs of completing projects in house vs. the utilization of contractors. Further, this joint ad hoc committee will review, and negotiate a clarification of the language set forth in paragraph 12.a of the 1987 cover letter to the Agreement. Further, the Company agrees to utilize the procedures set forth in LOA 93-7 with regard to the contracting of work.

5. Company and Union agree that training and maximum utilization of employee skills optimize productivity and performance. Company proposes to delineate the desired qualifications including demonstrated skills or education requirements for classifications and to provide training where it is needed. Union in turn recognizes that training is mandatory and employees must be willing and able to adapt to the new technologies and methods of doing work. Both parties agree that the employee has a role in assuming responsibility for his/her development. Company recognizes that different employees learn at different speeds, and the importance of creating an environment that is encouraging and conducive to learning.

6. PG&E Management and ESC are committed to efficiency, timeliness and quality in the work place. These goals are furthered by utilizing each worker to the maximum of his/her current abilities and making work assignments that promote growth of those abilities.


Current rigid jurisdictional guidelines are often impediments to the above stated goal. Therefore, for a six month pilot period, the parties shall institute the following system to promote mutual trust and cooperation in the achievement of the above stated goal. At the end of the pilot period, the system will be evaluated for possible improvements or may be abandoned if either party is dissatisfied.

A. If a bargaining unit employee is assigned exempt duties in accordance with the above goals, the Union will neither claim jurisdiction to the assigned work, nor will the Union demand upgrade pay for Senior Design Engineers. Company agrees to pay Design Engineers performing exempt functions upgrade pay to Sr. Design Engineer. Assignment of exempt job functions to particular employees shall be at Management's discretion, but will be voluntary. Employees performing such duties will not be subject to discipline during the pilot for work beyond their job description. Work experience gained during the pilot will not be cited as qualifications for promotion within the bargaining Unit.

B. The parties agree that the most efficient procedures may occasionally require performance of a minor amount of bargaining unit work to exempt engineers. If a dispute arises over the question of exempt employees doing bargaining unit work, the issue will first be raised at a monthly Labor Management Meeting. The purpose of discussion will be to resolve the problem in light of the above stated goal. Once the issue is resolved to the satisfaction of both parties, it will no longer be subject to the grievance procedure. It is anticipated that the vast majority of issues raised will be resolved in Labor Management.

7. The Ad Hoc Committee and its sub-committees will continue to work toward finding mutual solutions to identified problems, and to propose methods for accomplishing the goals set forth in Letter of Agreement 93-27. Any ad hoc committees established as a result of these negotiations will within their charters set completion target dates.

A. The Ad Hoc Committee or its subcommittee will consider classification issues, including the appropriate staffing levels for lead positions.

B. The Ad Hoc Committee or its sub-committee will review the disciplines and procedures set forth in Exhibit L with the goal of revising this section to address the new operational and organizational structure of PG&E.

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 222 of 256

C. The Ad Hoc Committee or its sub-committee will jointly develop performance criteria which will include evaluation procedures and the consideration of performance based progression systems.

If you are in accord with the foregoing and attachments and agree thereto, please so indicate in the space provided below and return one executed copy of this letter to the Company.

Very truly yours,

PACIFIC GAS AND ELECTRIC COMPANY

By /s/ Sandy Edens
Director and Sr Negotiator

The Union is in accord with the foregoing and attachments and it agrees thereto as of the date hereof.

ENGINEERS AND SCIENTISTS OF CALIFORNIA, MEBA

March 14, 1994                    By /s/ Ben Hudnall
                                  Business Manager

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 223 of 256

## EXHIBIT 1

1.      The BSEC Design Unit will retain all Design and Drafting employees remaining after VSI is completed, with the exception that one of the three Civil Design Engineers will be reassigned to the Transmission Group.

2a.     PRIMARY FUNCTION--The Design Unit will specialize in building interior architectural work, including new and existing space planning and programming, interior HVAC, plumbing, power and lighting design, and interior renovation work.

2b.     SECONDARY FUNCTION--The Design Unit will also perform other work for which its employees are qualified, including Green Lights program electrical and lighting design, Americans with Disabilities Act modifications,  underground tank and wash rack mechanical design, and landscaping renovations and maintenance design and planning and civil site maintenance. Work assignments outside the scope of Paragraph 2a will be performed subject to the availability of qualified employees.

2c.     Tasks performed by Bargaining Unit employees in this unit include: client contact, defining scopes of work, preparing and issuing proposals, preparing cost estimates, preparing construction documents, conducting field inspection, preparing preliminary sketches and layout, preparing design criteria, performing design, preparing drawings, preparing calculations, approving and stamping designs/drawings, preparing procedure documents, checking shop drawings, responding to field questions, preparing as-built drawings, obtaining permits, recording drawings, performing technical review of submittals, and providing field and construction support. The performance of management duties will not be voluntary in this group. Company recognizes that it is advantageous to both parties to have only those employees with the most capabilities perform such duties.  In the event it is necessary to fill a vacancy in a Senior position, Company and Union will meet to mutually determine if a license should be a mandatory requirement for that vacancy.

2d.     Senior Design Engineers performing previously exempt duties will not receive upgrade pay. Company agrees to pay Design Engineers performing previously exempt functions upgrade pay to Senior Design Engineer. Management retains jurisdiction over all exempt duties assigned to the Bargaining Unit and can at any time elect to no longer have those duties performed by the Bargaining Unit. The Union agrees that exempt duties performed as a result of this Agreement will not be used as a precedent for expanding Bargaining Unit jurisdiction in the future. In the event management elects to no longer have exempt duties performed by the Bargaining Unit, this work reduction will not be used as a basis to declare lack of work.

Case: 19-30088     Doc# 503-1     Filed: 02/20/19     Entered: 02/20/19 14:36:23     Page 224 of 256

3a. Bargaining Unit employees will have full responsibility for all jobs assigned. Job assignments will come from Project Managers and the Design Unit Supervisor. Senior Design Engineers will perform professional engineering and architectural work and direct the work of others. The performance of exempt duties for Design Engineers will be done as needed and assigned by the Senior Design Engineers. Assignment of these duties must be for the substantial portion of a day before upgrade pay is required. The Design Unit Supervisor maintains final authority over the assignment of exempt duties. The Design Unit Supervisor will coordinate the scheduling of jobs, facilitate communications between the Project Managers and the Design Unit, and perform administrative functions.

3b. Because a collaborative relationship between the Design Unit Supervisor and Bargaining Unit employees is critical to the success of this innovative approach, Union will appoint 3-5 members from the Design Unit to represent Bargaining Unit employees and assist the Design Unit Supervisor in coordinating the work of the unit. Union will also be given an avenue to provide input in the selection of a Design Unit Supervisor with management retaining all rights to selection.

4a. The long range success of this group will depend on its ability to complete projects on time with high technical quality at a competitive price. To assure this outcome the transition to self-direction must be well-planned and supported with appropriate technical training and equipment. The coordination committee established in Paragraph 3b will work with the Design Unit Supervisor to jointly develop recommendations on required training and equipment and will assist in its scheduling and implementation.

4b. In calculating the cost of work performed by the Design Unit, fully loaded costs will be used. Fully loaded costs include nonproductive and nonbillable time, overtime, benefits, employee expenses, space and equipment costs and Corporate overheads and indirects specific to the Design Unit. The cost of start-up training and equipment provided in 1994 will not be included in calculations of the Design Unit's cost-effectiveness. Company and Union will jointly agree on a methodology for calculating the Design Unit's comparative costs.

4c. To benchmark the competitiveness of the Design Unit, 5% of the work included in the scope of Paragraph 2a will be contracted out on an ongoing basis for the term of the general Agreement between the Company and ESC. At the end of the four year term, this procedure will be reviewed by both parties and mutual agreement will be needed to continue. This contracting will be done to ensure that projects similar in scope to those regularly performed by the Design Unit are used to gather benchmark information. The Company will not be required to offer overtime before contracting this work. Company will consult with the Union concerning the selection of contracts to be benchmarked. Further, Company will not layoff for lack of work while contracting Design Unit work for benchmarking purposes.

5a. Former Building and Site work not within the scope of Paragraph 2a may be contracted out with no requirement for the Company to offer overtime to the Design Unit provided that the employees are fully utilized on 2a work. Before contracting out 2a work, overtime will be offered in accordance with the provisions of the contract.

5b. Union recognizes that large contracts or contracts for work outside the scope if 2a and 2b may include some portion of 2a and 2b work. Company will not be required to extract that work or offer overtime.

5c. Decisions to contract out work within the scope of Paragraph 2a will be made in conjunction with the coordination committee established in Paragraph 3b, except in case of an emergency. The mutual goal will be to contract out work within the scope of Paragraph 2a only to accommodate peak work loads that can't be accomplished by existing staff at the time the contract is let, for specific expertise not available in-house, to meet unanticipated time

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 225 of 256

constraints set by clients, or if it is more cost effective.  Contracting will not be utilized for the purpose of dispensing with PG&E employees.

5d.  If work within the scope of Paragraph 2a is contracted out for any reason the Union steward will be notified, given a copy of the contract and the reason it was let.  Company and Union will work cooperatively to develop a common understanding of the appropriate use of contracting.

5e.  Except as otherwise provided in this Exhibit, contracting and offering overtime for the Design Unit shall follow the provisions of the General Contract between PG&E and the ESC and any additions or modifications of that Agreement that have been or will be negotiated between the parties.

6.  In the event of a lack of work within the scope of Paragraph 2a and 2b, Bargaining Unit employees of the Design Unit will be assigned former BSEC work outside the defined scope or assigned work normally performed by other design groups for which they are qualified, or temporarily assigned to another design group. These assignments will only be made if the receiving department has a need. Such temporary assignments are not intended to result in the contracting out of work within the scope of Paragraph 2a and 2b.  If however, employees are committed to other work projects or on loan to other design units, they will be considered unavailable for 2a and 2b work for the period of that commitment. In the event work within 2a or 2b scope is available during this time, Company may contract without having to recall those employees currently committed. It is not Company's intent to contract out large portions of work during this time and exacerbate the reduced workload upon the return of loaned employees.

7a.  Company and Union will annually review the success of the Design Unit, including cost-effectiveness, technical quality of the work performed and client satisfaction.  Either party may suggest improvements or changes to improve the Design Unit's competitiveness.

7b.  Through labor management cooperative efforts, Company and Union will work together to resolve issues involving the self managed work group.  The grievance process will only be utilized for self-directed work unit issues that cannot be resolved through these efforts.

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 226 of 256

EXHIBIT 2

February 11, 1994

Engineers and Scientists of California,
MEBA (AFL-CIO) 1182 Market Street, Suite 204
San Francisco, CA 94102

Attention: Mr. Ben Hudnall, Business Manager

Gentlepersons:

Pursuant to Section 22.10 of the Agreement between the Company and the Engineers and
Scientists of California, the parties propose the following agreement concerning the
decentralization of the Telecommunications Design and Drafting Unit:

1.  Company will ask for volunteers within the Telecommunications Design Unit to relocate to the
    various field locations identified in Attachment I.  In the event there is more than one volunteer
    per location, preference will be given to the senior employee.

2.  In any field locations where there are no volunteers, Company may at its discretion upgrade one
    or more of the remaining vacant positions.  These upgraded positions will once again be offered
    on a voluntary basis to Telecommunications employees and seniority will prevail.  In no event will
    a more senior employee be permitted to bump a junior employee who has volunteered for a field
    position as a result of the application of No. 1 above.

3.  Anyone awarded a position that increases his/her commute to 30 miles or 45 minutes will be
    awarded a one-time bonus of $2,000.00 upon transfer. An employee who elects to move and
    receive benefits under Section 22.7 of the Agreement will not be eligible for this bonus.

4.  In the absence of volunteers as outlined in 1 and 2 above, employees from other departments
    (where operations permit) will be afforded the opportunity to volunteer for Telecommunications
    field positions. Positions will be awarded on the basis of seniority and the employee must be
    qualified.

5.  These positions are being filled in accordance with the provisions outlined in Section 22.9.
    Employees to be displaced will be offered the vacancy at the new headquarters , a vacancy in
    their current classification in the General Office Complex, or severance with rehire rights.  If the
    position is Design Engineer, it will be the least senior in the Telecommunications Design Unit.  If
    the position is Design Drafter, it will be the junior Design Drafter in the system.

6. Company agrees to consider all means possible to fill remote positions prior to displacements. Those means include consideration of other than Unit employees, other line of progression employees, critical classification status, etc. Company and Union may, if necessary, enter into additional Letter Agreements for the purpose of accomplishing the decentralization in a manner most acceptable to both parties. Additionally, if a Design Engineer is forced to relocate, Company will meet with the Union prior to the move to discuss any alternative solutions.

7. An employee who accepts a position in a remote location and incurs a move greater than 75 miles will not be displaced or laid off for a period of two years from the signing of this Agreement.

If you are in accord with the foregoing and attachment and agree thereto, please so indicate in the space provided below and return one executed copy of this letter to the Company.

Yours very truly,

PACIFIC GAS AND ELECTRIC COMPANY

By___s/Sandy Edens_____
Director and Senior Negotiator

The Union is in accord with the foregoing and attachment and it agrees thereto as of the date hereof.

ENGINEERS AND SCIENTISTS OF CALIFORNIA,
MEBA (AFL-CIO)

__3/14_____, 1994      By___s/Ben Hudnall_____
Business Manager

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 228 of 256

ATTACHMENT 1

OAKLAND

1 Design Engineer

1 Design Drafter

DAVIS

1 Design Engineer

1 Design Drafter

FRESNO

1 Design Engineer

1 Design Drafter

SAN JOSE

1 Design Engineer

1 Design Drafter

**EXHIBIT I**

FLEXTIME GUIDELINES
For Bargaining Unit Employees in
Design Drafting Department

1. GENERAL

Company's basic workweek for office personnel is 8:00 a.m. to 5:00 p.m., Monday through Friday, with an hour for lunch each day generally between 12:00 noon and 1:00 p.m. Flextime is intended to result in the same number of hours per week but also to allow some flexibility in the actual hour of starting or stopping work.  The following limitations will be observed in determining the degree of flexibility permitted.

2. HOURS

No employee shall start work earlier than 7:00 a.m. nor end work later than 5:30 p.m. unless specifically authorized to work overtime.  No employee who is subject to the Wage & Hour provisions of the Fair Labor Standards Act (i.e., weekly paid employees shall work more than eight hours in one day unless specifically authorized to work overtime).

3. CORE TIME

During core hours of 8:30 a.m. to 11:30 a.m. and 1:00 p.m. to 4:00 p.m. each workday, all employees are expected to be at work except for authorized breaks as described below. Employees who find they are unable to report to work due to illness or other cause shall notify their immediate supervisor prior to 8:30 a.m.

4. BREAKS

Employee may clock out to take breaks for coffee or other personal business at any time except that, if such breaks fall within a "core time" period, they shall not occur at the beginning or end of such period nor shall they exceed 30 minutes each unless special approval is obtained from an immediate supervisor. Normal visits to toilet facilities or water cooler are not considered "breaks" in this context nor is the consumption of coffee or similar beverage at the work station while continuing to work.  Similarly, an employee who is away from his/her work station on Company business is considered to be "at work."

5. LUNCH

Lunch breaks shall be of at least one-half hour duration and shall not commence earlier than 11:30 a.m. nor end later than 1:00 p.m.  Employees may take lunch in work areas provided they do not disturb other working employees.

6. WORK TIME

Accumulated work time for each employee, unpaid breaks, described above shall equal at least 37-1/2 hours each week.  No weekly paid employee shall accumulate more than eight hours of work time in any one day unless specifically authorized to work overtime.

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 230
of 256

7. <u>ADJUSTMENTS</u>

Although the goal of Flextime is to enhance employee morale and productivity by allowing an element of personal freedom in the establishment of work hours, it may occasionally be necessary for the immediate supervisor to adjust an individual's Flextime schedule to meet departmental requirements, e.g., the maintenance of minimum Unit coverage between the hours of 8:00 a.m. to 12:00 noon and 1:00 p.m. to 5:00 p.m.

8. <u>CANCELLATION</u>

Either party to this Agreement may unilaterally, with or without cause, cancel flextime arrangement provided for herein following 30 days' notice to the other party of such intent. (Added 1/1/83)

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 231 of 256

(Amended 1/1/00)

Severance Program

A. **Application**

Employees laid off pursuant of Section 22.1 of the Agreement will receive the Severance Package as defined below.

Employees with less than one year of service will not be eligible for the severance program.

B. **Formula**

*1.* Four weeks pay (base classification) plus two weeks' pay for each year of service.

2. A lump sum payment of $5,000 to partially off set COBRA and life insurance conversion coverage. The employee has no obligation to use it for COBRA conversion or continued life insurance coverage.

3. Payment is dependent on signing of the agreed to Severance Agreement and Release.

*4.* Employees who are rehired, pursuant to Sections 22.8 of the Agreement, within 12 months of lay-off and are subsequently laid off for lack of work within 12 months of being rehired will receive a prorated severance. The prorated severance amount will be equal to the difference between the severance amount(s) the employee previously received and the severance amount calculated using the employee's current years of service.

## EXHIBIT K

SPECIAL SUBSTITUTE PROVISIONS
(For Titles 21 and 22)

CONSTRUCTION

### BIDDING ON DIVISION JOBS

Despite the exclusion of General Construction from the pre-bidding procedures within Construction, the parties recognize that Construction employees are not excluded from bidding on job vacancies in other Departments and Divisions as provided in Title 21. (Amended 1/1/94)

### FILLING BEGINNING CLASSIFICATIONS

Appointments to beginning classifications, as listed in Exhibit A of the Agreement, shall be effective in accordance with Section 21.13 of the Agreement. (Amended 1/1/94)

### TEMPORARY UPGRADES

In making temporary upgrades, Company shall give preferential consideration to the qualified employee at that particular assembly point and shift who has the greatest Service (as defined in Section 13.1 of the Agreement), if more than one year, and who is in the next lower classification in the normal line of progression. The Company shall, however, have the right to select a qualified employee outside that assembly point or shift provided he/she has even greater Service. Temporary upgrades normally are limited to 20 consecutive workdays but may extend beyond 20 workdays when an employee is upgraded to replace one or more employees on vacation or other absence for a longer period. Temporary upgrades to the Senior Field Engineering Technician classification are not permitted.

### PROMOTION

Employees who have two years or more of continuous Service with Company (as defined in Section 13.1 of the Agreement) shall be given preferential consideration as follows for promotions occurring in the Construction Department in which they are employed. In the case of each subject promotion, such preferential consideration shall first be given to that employee who qualifies under Special Substitute Provisions 22.3 then to that employee who had the greatest Service and is at the top rate of pay in the classification next lower in the normal line of progression to the one in which the vacancy exists, provided that the employee is fully qualified to perform the duties of the job which is vacant. (Amended 1/1/94)

### DEFINITIONS

(a) As used in these provisions and for no other purpose, "next lower" means that classification in retrogressive sequence next lower in the maximum rate of pay to any classification with a higher maximum rate of pay in which the same type of work or activity is performed.

(b) For the purpose of these provisions, the lines of progression in Construction are as follows:

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 233 of 256

Customer Energy Services (CES)
Gas
Electric
Fleet


Electric Supply
Hydro-Generation
Transmission Systems
Steam Generation


Nuclear Power Generation

Telecommunications

(Amended 1/1/94)

CONSTRUCTION

The following are special substitute provisions for Title 22 of the Agreement. These provisions are applicable to construction except as otherwise noted  only. (Amended 1/1/94)

22.1    PURPOSE

(a) These provisions specify the procedure to be followed when a regular employee is to be displaced from his/her position. An employee who cannot be placed in accordance with the following will be laid off.

(b) As used in these provisions, a lack of work situation is one in which the total number of jobs at a given classification level in a line of progression is to be reduced but does not cover the situation where a job at one location is completed but the employee or employees are transferred to a new location to work on another job without a change in classification. In all cases, an employee who displaces another employee or is placed in a job which is being filled for the first time must have the ability and personal qualifications for that position.

22.2 APPLICATION

(a) Employee to Be Displaced:

When displacements for lack of work occur, probationary employees in the affected classification will be laid off. If after such layoff, further displacement must be made, the regular employee in the affected classification with the least Company Service will be displaced.

(b) A vacancy at a headquarters, as defined below, will be substituted for the employee with the least Company Service at the headquarters in the application of these provisions.

(c) As used in these provisions and for no other purpose, "next lower" or "successively lower" means that classification in retrogressive sequence next lower in maximum rate of pay to any classification with a higher maximum rate of pay in which the same type or work or activity is performed.

216

(d) For purposes of these provisions, the lines of progression in Construction are the same as listed in Exhibit K - Title 21 Subsection (b):

Customer Energy Services (CES)
Gas
Electric
Fleet


Electric Supply
Hydro-Generation
Transmission Systems
Steam Generation


Nuclear Power Generation

Telecommunications

(Amended 1/1/94)

(e) For the purpose of these provisions, headquarters for the various lines of progression shall be as follows:

Hydro Misc Individual Hydro Plants
Gas Superintendent Area
Electric Superintendent Area
Fleet Services Davis
Nuclear Power Generation Nuclear Plant
Steam Generation Individual Plants
Transmission Systems Superintendent Area
Telecommunications System


(Amended 1/1/94)

22.3 DISPLACEMENT

(a) Transfer and Displacement

The employee displaced for lack of work will be placed in the highest classification, starting with his/her own or successively lower classification, in such employee's line of progression in which the employee with the least Company Service in such classification has less Service than that of the displacing employee in the displacing employee's:

1    Headquarters, or
2    Line or progression, in that order.

(b) In lieu of the foregoing, an employee whose displacement is for lack of work may elect to return to any previous unit classification he/she held for more than six months in a different Construction line of progression from which he/she was not demoted provided that such election is made under the same principles of Service as set forth in (a) above. Once the employee elects to return to a classification under the provisions of this Subsection, he/she shall displace the employee with the least Company Service in that classification in the applicable line of progression.

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 235 of 256

(c) An employee may, in lieu of layoff in his/her line or progression, displace the most junior Field Draftsman or Transitman in the other Construction lines of progression.

(d) An employee with five or more years of Service may, in lieu of demotion or layoff in his/her line of progression, displace the most junior employee in an equal, next lower, or successively lower classification in the other General Construction lines of progression.

(e) In filling jobs under the special substitute provisions for Title 21, Company shall give preferential consideration, in Service order, to those employees who were demoted or displaced under these special substitute provisions for Title 22 for those classifications from which such employees were demoted and/or for those classifications next lower or successively lower to such classifications. (Amended 1/1/94)

22.4    DEMOTION OTHER THAN FOR LACK OF WORK
        This Section of the Agreement is not applicable to Construction.( Amended 1/1/94)

22.5    NOTICE

Same as provided for in Title 22 of this agreement.
(Amended 1/1/94)

22.6 INVOLVING A NON-BARGAINING UNIT EMPLOYEE

Same as provided for in Title 22 of this agreement.
(Amended 1/1/94)

22.7 EXPENSES

An employee who is transferred under these provisions shall be entitled to expenses and travel allowance as provided in Title 10 of the Agreement.

22.8 REHIRE PROCEDURE

Same as provided for in this agreement.
(Amended 1/1/94)

22.9 The Provisions of Section 22.9 of the Agreement are not applicable to  Construction.

22.10 AMENDMENT

By written agreement between the Company and the Union, these provisions may be amended at any time.

22.11 PLACEMENT OF EMPLOYEE SUBJECT TO LAYOFF

Company shall exert all reasonable effort to place an employee subject to layoff in a beginning level job vacancy in other Divisions or Departments of the Company, provided such employee is qualified to perform the duties of the vacant beginning level job.  (Amended 1/1/88)

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 236 of 256

October 2, 2003

Engineers and Scientists of California
Local 20, IFPTE, AFL-CIO and CLC
350 Frank Ogawa Plaza, 8th Floor
Oakland, CA 94612

      Attention: Marlayne Morgan, Business Manager

Dear Ms. Morgan:

Pursuant to Section 26.1 of the Agreement and the 2003 Settlement Agreement, Company proposes to cancel and supercede LOA 03-09-ESC, replacing it with this LOA which will modify the bidding and transfer procedures for Field Engineers, Senior Field Engineering Technicians, and Field Engineering Technicians in General Construction, Utility Operations. This proposal also incorporates recommendations from the GC Labor Management Subcommittee.

1. Transfer codes will be established for the following classifications in each of the seven OM&C Areas:

      Field Engineer - Gas
      Field Engineer - Electric
      Field Engineering Technician - Gas
      Field Engineering Technician - Electric

2. Prebid codes will be established for the following classifications in each of the seven OM&C Areas:

      Senior Field Engineering Technician - Gas
      Senior Field Engineering Technician - Electric

3. In the context of Section 21.3 of the Agreement, the new OM&C GC bid units are further described as follows:

| Area | Geographic Division Area |
|------|--------------------------|
| Area 1 | San Francisco and Peninsula |
| Area 2 | Diablo, East Bay, and Mission |
| Area 3 | Central Coast, De Anza, and San Jose |
| Area 4 | Fresno, Kern, and Los Padres |
| Area 5 | Stockton and Yosemite |
| Area 6 | Sierra, Sacramento, and North Valley |
| Area 7 | North Bay and North Coast |

4. The following provisions apply to the enhanced transfer procedure:

    a. Field Engineer and Field Engineering Technician remain beginning classifications and the provisions of Section 21.13 apply.

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 237 of 256

b. When filling Field Engineer vacancies in the transfer mode, the following transfer priority will be used:

1) transfers from qualified Senior Field Engineering Technicians within the GC Area where the vacancy exists;

2) transfers from Field Engineers within the appropriate line of progression from other Areas;

3) transfers from qualified Senior Field Engineering Technicians from other GC Areas;

4) all other transfers from qualified employees.

c. The qualification criteria described in RC 546 will apply to both appointments and transfers to Field Engineer vacancies.

d. In the event of changes to the GC organizational structure or OM&C Area boundaries, the parties will meet to discuss modifications to these procedures.

e. Company retains the right to make temporary assignments pursuant to Sections 10.6 through 10.18 of the Agreement.

f. Employee-initiated moves resulting from these enhanced bid/transfer procedures will not trigger higher per diem or lodging costs. The new location will serve as the employee's new Residence and the employee will not be eligible for rotation provisions as described in Subsection 10.18 ( c ) of the Agreement.

g. Field Engineers cannot bid "down" to Senior Field Engineering Technician within the same line of progression and similarly Senior Field Engineering Technicians cannot bid down to Field Engineering Technician.

h. This letter agreement is intended to supplement the promotion process described in Exhibit K of the Agreement. The special substitute provisions for Title 22 described in Exhibit K will continue to apply to the classifications described in paragraphs one and two of this letter agreement.

If you are in accord with the foregoing and agree thereto, please so indicate in the space provided and return one executed copy of this letter to the Company.

Very truly yours,

PACIFIC GAS AND ELECTRIC COMPANY

By:    _s/Bruce Tison_
       Bruce A. Tison
       Manager and Principal Negotiator

The Union is in accord with the foregoing and agrees thereto as of the date hereof.

ENGINEERS AND SCIENTISTS OF CALIFORNIA
LOCAL 20, IFPTE, AFL-CIO and CLC

October 2 , _____2003      By:    _s/Marlayne Morgan_
                                            Marlayne Morgan
                                            Business Manager

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 238 of 256

**EXHIBIT L**

The parties agree to revise Exhibit L as it applies to Titles 21 and 22 of the Agreement with regard to design, drafting, and miscellaneous classifications.

Disciplines related to Lines of Progression for Design Engineers and Senior Design Engineers:

1 Architectural Engineering
2 Civil Engineering (Civil/Pipe Support Design)
3 Mechanical Engineering (Plant/Piping Layout Design)
4 Mechanical Engineering (Instrumentation)
5 Mechanical Engineering (Building Svcs/HVAC)
6 Electrical Engineering (T&D Design)
7 Electrical Engineering (Plant/Station Design)
8 Telecommunications Engineering

Discipline related to Lines of Progression for Sr. Design Drafters and Design Drafters:

1 Architectural
2 Civil
3 Electrical
4 Graphical
5 Mechanical
6 Field

Drafters and Engineering Assistants have no designated discipline.

Title 21:

All vacancies will be awarded consistent with the provisions of 21.2. The term Bidding Unit will refer to General Office drafting, design, and miscellaneous classifications (includes Engineering Assistants and Material Inspectors). This Bidding Unit encompasses:

1 ENCON (G.O. and remote locations)
2 Distribution Business Unit (G.O. and Divisions)
3 Corporate Services
4 Gas Transmission and Storage
5 Electric Supply Business Unit
6 Nuclear Power Generation Business Unit

For purposes of subsection 21.2(b) and Title 22 the following are considered to be the same or higher classifications:

2980 Sr. Design Engineer -3129 Sr. Field Design Engineer 2983 Design Engineer - 3128 Field Design Engineer

3000 Sr. Design Drafter -3021 Sr. Field Drafter 3037

3003 Design Drafter -3024 Field Drafter 3038

Title 22 Designations:

HEADQUARTERS:   Work Locations, i.e. One California, 123 Mission, Auburn Service Center,

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 239 of 256

Geysers Power Plant, etc.

DIVISION: Functional Department, i.e. Civil Engineering, Hydro Engineering and Construction, Substation Engineering and Construction, Geosciences, etc.

Note 1: Each Division will be divided into two sections:
      (1) San Francisco G.O. Complex, and
      (2) remote locations.

Note 2: Displacements will first occur within the Discipline the employee is currently working.

REGION:      Business unit, i.e. ENCON, Gas Supply, DBU, Corporate Services, Electric Supply, Nuclear Power Generation

SYSTEM:      Entire Company

Demotions will occur in accordance with all the provisions of Title 22 using the aforementioned designations.

<u>NOTE</u>: A Sr. Design Drafter displaced for lack of work with 5 years or more of Company Service would have the option of bumping the junior Design Drafter in the same Discipline (LOP) or across the Discipline lines. A displaced Design Drafter with 5 years or more of Company Service would also have the option of bumping across the discipline line

## EXHIBIT M

95-46-ESC

November 21, 1995

Engineers and Scientists of California, MEBA (AFL-CIO) 1182 Market Street, Suite 204 San Francisco, CA 94102

Attention: Mr. Ben Hudnall, Business Manager

Gentlemen:

In accordance with Subsection 26.1(a) of the Agreement between Engineers and Scientists of California and PG&E, the parties propose the following Agreement concerning land-related issues. This proposed Agreement provides for the mutual benefit of the parties in helping the Company achieve its business goals and provides opportunities for employees in the land function to further utilize their skills and knowledge.

The parties agree that this Agreement and attachment supersede Attachment A of Letter Agreement 90-43 ESC pertaining to "Exempt/Bargaining Unit Division of Responsibilities." The parties recognize PG&E management has final approval on and executes all documents affecting PG&E operations as they relate to agreements referred to in the attached matrix. Leases of buildings for General Office operations in San Francisco are excluded from this Agreement.

The parties also agree that within six months upon execution of this agreement, one Land Agent position will be established and filled in San Francisco.

If you are in accord with the foregoing and attachment and agree thereto, please so indicate in the space provided below and return one executed copy of this letter to the Company.

Yours very truly,

PACIFIC GAS AND ELECTRIC COMPANY

By: /s/ Sandra S. Edens
Director and Senior Negotiator

The Union is in accord with the foregoing and attachment and it agrees thereto as of the date hereof.

ENGINEERS AND SCIENTISTS OF CALIFORNIA, MEBA (AFL-CIO)

1-10, 1996                    By: /s/ Ben Hudnall
Business Manager

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 241 of 256

EXEMPT/BARGAINING UNIT Division of

Responsibilities

11/01/95

| I. | PROPERTY SALES | B | E | M |
|---|---|---|---|---|
| | | | | |
| | A. Receive inquiry | | X | |
| | | | | |
| | B. Gather all information in order to complete surplus fact sheet, including: | X | | |
| | | | | |
| | 1. County Assessor's maps | | | |
| | 2. SBE maps | | | |
| | 3. Company drawings/maps | | | |
| | 4. Conduct field investigation and photograph property | | | |
| | | | | |
| | C. Complete Surplus Fact Sheet | X | | |
| | | | | |
| | D. Prepare surplus letter to Operating VP's requesting concurrence and Comments | | X | |
| | | | | |
| | E. Prepare letter for General Services VP declaring surplus status | | X | |
| | | | | |
| | F. Upon surplus status: | | X | |
| | | | | |
| | 1. Request appraisal | | | |
| | 2. Request title review | | | |
| | 3. Request book cost and present-day capitalization | | | |
| | 4. Request current tax data | | | |
| | 5. Notify General Office and Division(s) property has been declared surplus | | | |
| | | | | |
| | G. Market Property | | X | |
| | | | | |
| | 1. Advertise property | | | |
| | 2. Negotiate sales price, terms, and conditions | | | |
| | | | | |
| | H. Process Offer: | | X | |
| | | | | |
| | 1. Exhibit letter prepared and signed by company and property owner | | | |
| | | | | |
| | 2. Process deposit check | | | |
| | 3. Request deed preparation | | | |
| | 4. Prepare Sales Data Sheet | | | |
| | 5. Prepare explanation of sale price | | | |
| | 6. Route deed for approvals and execution by General Services VP | | | |

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 242
of 256

|  |  | B | E | M |
|---|---|---|---|---|
|  | I. Closing the Sale: |  | X |  |
|  |  |  |  |  |
|  | 1. Prepare escrow instruction for the title Company |  |  |  |
|  | 2. Reconcile closing statement |  |  |  |
|  | 3. Prepare Company closing statement for Accounting  Department |  |  |  |
|  | 4. Process final payment for property purchase |  |  |  |
|  |  |  |  |  |
|  | J. Request mortgage release and retire asset |  | X |  |
|  |  |  |  |  |
|  | K. Maintain fee property file | X |  |  |
|  |  |  |  |  |
|  | L. Maintain sales file |  | X |  |
|  |  |  |  |  |
| II. | **BUILDING LEASES TO AND FROM OTHERS** |  |  |  |
|  |  |  |  |  |
|  | A. Receive request |  | X |  |
|  |  |  |  |  |
|  | B. Gather necessary maps, records, and correspondence | X |  |  |
|  |  |  |  |  |
|  | C. Conduct market investigation |  | X |  |
|  |  |  |  |  |
|  | D. Locate suitable sites |  | X |  |
|  |  |  |  |  |
|  | E. Discuss and negotiate terms and conditions with second party | X* |  |  |
|  |  |  |  |  |
|  | F. Prepare Lease Agreement | X* |  |  |
|  |  |  |  |  |
|  | G. Obtain signatures from second party and Company |  | X |  |
|  |  |  |  |  |
|  | H. Abstract lease and update POPs data base | X |  |  |
|  |  |  |  |  |
|  | I. Maintain file | X |  |  |
|  |  |  |  |  |
|  | J. Manage lease | X |  |  |
|  |  |  |  |  |
| III. | **APPRAISALS** |  |  |  |
|  |  |  |  |  |
|  | A. Prepare preliminary reports and data sheets; conduct market  investigations |  | X |  |
|  |  |  |  |  |
|  | B. Perform value justification for use in determining values for sales/lease/acquisition of land and land rights |  | X |  |
|  |  |  |  |  |
|  | C. Perform value justification for use in determining values of IV below | X |  |  |

\* Lease may be negotiated and prepared by two exempt Transaction Specialists, Company attorney, and/or outside contractor.

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 243 of 256

| IV. | LICENSES, LEASES (except building leases), ENCROACHMENTS, CONSENTS, PERMITS, AND GRANTS OF EASEMENTS TO OTHERS | B | E | M |
|---|---|---|---|---|
| | | | | |
| | A. Receive inquiry/request | X | | |
| | | | | |
| | B. Processing: | X | | |
| | | | | |
| | 1. Gather necessary maps and records | | | |
| | 2. Request letter from applicant | | | |
| | 3. Request comments/recommendations from appropriate operating departments | | | |
| | | | | |
| | C. Law Department liaison | | X | |
| | | | | |
| | D. Discuss and negotiate terms and conditions with second party | X | | |
| | | | | |
| | E. Complete checklist and explanation of proposed use | X | | |
| | | | | |
| | F. Prepare document | X | | |
| | | | | |
| | G. Obtain approvals from appropriate departments | X | | |
| | | | | |
| | H. Obtain second party's signature on document | X | | |
| | | | | |
| | I. Forward any fees or service charges collected to appropriate   accounting department | X | | |
| | | | | |
| | J. Maintain file | X | | |
| | | | | |
| | K. Abstract lease/license and update POPs data base | X | | |
| | | | | |
| | L. Manage lease/license | X | | |
| | | | | |
| V. | QUITCLAIMS | X | | |
| | | | | |
| | A. Receive inquiry/request from second party | | | |
| | B. Gather necessary maps and records | | | |
| | C. Discuss and negotiate terms, conditions and fees with second party | | | |
| | D. Complete "Quitclaim Information Sheet" | | | |
| | E. Prepare document | | | |
| | F. Obtain approval from appropriate operating department | | | |
| | G. Obtain signature on document | | | |
| | H. Forward any fees/service charges to appropriate accounting  department | | | |
| | I. Close file | | | |

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 244 of 256

| VI. | RELOCATIONS | B | E | M |
|---|---|---|---|---|
| | A. Distribution facilities: In accordance with the appropriate Standard Practice, Building and Land Services is responsible for relocation of all distribution facilities | X | | |
| | | | | |
| | B. Transmission facilities: | X | | |
| | | | | |
| | 1. Gather maps, records, and correspondence | | | |
| | | | | |
| | 2. Obtain approvals from appropriate departments | | | |
| | | | | |
| | 3. Discuss/negotiate terms, conditions and liability with requesting party and act as primary contact with requesting party | | | |
| | | | | |
| | 4. Coordinates preparation of appropriate Relocation Agreements,Contracts and supporting documents | | | |
| | | | | |
| | 5. Obtain approvals and document signatures | | | |
| | | | | |
| | 6. Determine billing arrangement and forward fees, if any, to appropriate accounting department | | | |
| | | | | |
| | 7. Monitor engineering and construction of project (throughout project if appropriate) | | | |
| | | | | |
| | 8. Close file | | | |
| | | | | |
| VII. | LAW DEPARTMENT INVESTIGATIONS | | | |
| | | | | |
| | A. Upon request gather: | X | | |
| | | | | |
| | 1. Maps, records, and correspondence | | | |
| | 2. Any Division comments | | | |
| | | | | |
| | B. Review and recommend course of action | | X | |
| | | | | |
| | C. Coordinate with Law Department | | X | |
| | | | | |
| | D. Determine equitable solution | | X | |
| | | | | |
| VIII. | RAILROAD, CALTRANS AND LOCAL PERMITS | | | |
| | | | | |
| | A. In accordance with Delegation of Authority, prepare and execute necessary encroachment permit applications for distribution facilities | X | | |
| | | | | |
| | B. Forward license or permit for review and execution | X | | |
| | | | | |
| | C. Secure local administrative permits | X | | |
| | | | | |
| | D. Prepare encroachment permit applications for transmission facilities | X | | |

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 245 of 256

| | | B | E | M |
|---|---|---|---|---|
| | | | | |
| | E. Negotiate and secure local conditional permit | | X | |

| | | B | E | M |
|---|---|---|---|---|
| **IX.** | **STATE AND FEDERAL PERMITS/LEASES** | B | E | M |
| | | | | |
| | A. In accordance with Delegation of Authority, prepare and execute  necessary encroachment permit applications for distribution facilities | X | | |
| | | | | |
| | B. Forward license or permit for review and execution | X | | |
| | | | | |
| | C. Prepare encroachment permit applications for transmission  facilities | X | | |
| | | | | |
| | D. Negotiate and secure leases/permits with Land Management agencies for the accommodation of Company facilities | | X | |
| | | | | |
| **X.** | **ORDINANCE AND GENERAL PLAN REVIEW** | X | | |
| | | | | |
| | A. Assist Divisions in reviewing, evaluating and responding to local  ordinances and general plan revisions which may affect Company facilities, operations, or fee lands | | | |
| | | | | |
| **XI.** | **FEE PROPERTY INSPECTIONS** | | X | |
| | | | | |
| | A. FERC reports | | | |
| | | | | |
| | B. Yearly inspection of all fee lands | | | |
| | | | | |
| **XII.** | **TELECOMMUNICATIONS LEASES TO AND FROM OTHERS** | X | | |
| | | | | |
| | A. Receive inquiry/request | | | |
| | | | | |
| | B. Processing: | | | |
| | | | | |
| | 1. Gather necessary maps, records, and correspondence | | | |
| | 2. Request comments/recommendations from appropriate operating department | | | |
| | | | | |
| | C. Discuss and negotiate terms and conditions with second party | | | |
| | | | | |
| | D. Prepare document | | | |
| | | | | |
| | E. Obtain approvals | | | |
| | | | | |
| | F. Obtain signatures from second party and Company | | | |
| | | | | |
| | G. Abstract lease/license and update POPs | | | |
| | | | | |
| | H. Maintain file | | | |

| | | | | |
|---|---|---|---|---|
| | I. Manage lease/license and POPs data base | | | |
| | | | | |
| **XIII.** | **MAP REVIEWS** | X | | |
| | | | | |
| **XIV.** | **ABANDONMENTS** | X | | |
| | | | | |
| **XV.** | **NOTICES OF DEFAULT** | X | | |

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 247 of 256

<u>EXHIBIT P</u>

ALTERNATE WORK SCHEDULES

<div align="right"><b>93-11-ESC</b></div>

June 1, 1993

Engineers and Scientists of
  California, MEBA
1182 Market Street, Suite 204
San Francisco, CA  94102

      Attention:  Mr. Ben Hudnall, Business Manager

Gentlemen:

In order to provide a consistent approach to ten-hour, four-day workweek schedules for employees, the Union proposes, pursuant to Subsection 7.4(e) of the Agreement, that the following provisions will be applicable to such schedule:

<u>Meals</u>

Lunch period will normally be five hours after start time.  However, consistent with Section 7.3, the regular lunch period may be advanced or delayed up to one-half hour by the supervisor without the payment of overtime.

<u>Overtime Meals</u>

No employee shall be required to work more than five hours without a meal except as provided above (i.e., assuming a schedule of 6:30 a.m. through 5:00 p.m., any paid overtime prior to 5:30 a.m. or after 5:00 p.m. qualifies for meals and the employee shall be compensated pursuant to Sections 16.5 and 16.6, whichever is applicable).

<u>Overtime</u>

No overtime will be paid for hours worked during regularly scheduled hours on regularly scheduled workdays.  Overtime at time-and-a-half rate shall be paid for time worked in excess of ten hours on a workday.  Double time will be paid for time worked in excess of 12 consecutive hours on a workday or for call-outs.  Provisions of Subsections 17.3(c) and (d) will apply for time worked on a non-workday or holiday.

<u>Upgrades</u>

The normal practice shall prevail Tuesday through Thursday.  On Mondays and Fridays upgrades will be made among all personnel working the same hours including those working prearranged overtime, if applicable.

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 248 of 256

Sick Leave, Vacation, Holidays, Jury Duty, and Funeral Leave

Sick leave, jury duty, funeral leave, and vacation will be converted to hours. An employee who is off for either will be charged for ten hours, subject to the four ten hours, subject to the following conditions:

(1) Sick leave - Employees shall be charged in increments of one hour.

(2) Vacation - An employee, upon returning to the regular eight-hour workday, may elect to have Company purchase any fractions of less than four hours vacation remaining, or may elect to take a day off and be paid for that amount of fractional vacation allowance due. Employees remaining on the ten-hour day at the end of a year will automatically have any fractional vacation allowance deferred to the following year, subject to the provisions of Subsection 9.10(a).

(3) Holidays -

    (a) Ten hours pay will be paid for holidays. The provisions of Section 8.4 shall apply to holidays on an employee's non-workday (utilizing the ten-hour credit as applied in Item No. 2 above).

    (b) For schedules which begin or continue into a new calendar year, ten hours pay will be paid for the following Holidays:

| | |
|---|---|
| New Year's Day | (January 1) |
| Martin Luther King, Jr. Day | (Third Monday in Jan) |
| Washington's Birthday | (Third Monday in Feb) |
| Memorial Day | (Last Monday in May) |
| Independence Day | (July 4) |
| Labor Day | (First Monday in Sept) |
| Veteran's Day | (November 11) |
| Thanksgiving Day | (Fourth Thursday in Nov) |
| Friday After Thanksgiving | |
| Christmas Day | (December 25) |
| Three Floating Holidays | |

    (c) Schedules which begin at other than the beginning of a calendar year will result in the employees maintaining their current number of holidays for that year.

Administration

This four-day, ten-hour per day schedule is voluntary by employee. Employees electing not to work this schedule will remain on a five-day, eight-hour per day schedule.

Mutual agreement for the four-day, ten-hour per day schedule will be executed at the local level between the Business Unit or Region Human Resources Manager and the Union Business Representative for the involved location.

A letter agreement will be required between the Manager of Industrial Relations and the Union Business Manager for deviation from this letter agreement.

Either the Company or Union reserves the right to return to the five-day, eight-hour shift schedule by giving a 30 days written notice.

If you are in accord with the foregoing and agree thereto, please so indicate in the space provided below and return one executed copy of this letter to the Company.

Very truly yours,

PACIFIC GAS AND ELECTRIC COMPANY

By   /s/ Ronald L. Bailey
        Manager of Industrial Relations

The Union is in accord with the foregoing and it agrees thereto as of the date hereof.

ENGINEERS AND SCIENTISTS OF CALIFORNIA, MEBA

August 11, 1993          By   /s/ Ben Hudnall
                                    Business Manager

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 250 of 256

June 1, 1993

Engineers and Scientists of
 California, MEBA
340 Fremont Street
San Francisco, CA  94105

Attention:  Mr. Ben Hudnall, Business Manager

Gentlemen:

This letter cancels and supersedes Letter Agreement R1-90-34.

Pursuant to Subsection 26.1(a) of the Agreement, Company proposes to allow the establishment of nine-hour per day work schedules by the execution of local letters of agreement.  Such agreements which are in accordance with the following, may be executed by the Division Human Resources Manager and the ESC Business Representative responsible for the area establishing such schedules.

Schedule

The "nine-hour" schedule is based on a two workweek cycle and is voluntary by employee.  Employees electing not to work this schedule will remain on an eight hour per day/five days per week schedule which is within the time/band day established by the nine-hour schedule.

1.　　Week 1:  Four nine-hour days, one eight-hour day:  44 hours
　　　Week 2:  Four nine-hour days, one day off:  36 hours

　　　Example

| | Sun | Mon | Tues | Wed | Thurs | Fri | Sat |
|---|---|---|---|---|---|---|---|
| Week 1 | X | 9 | 9 | 9 | 9 | 8 | X |
| Week 2 | X | 9 | 9 | 9 | 9 | X | X |
| Repeat Week 1 | | | | | | | |
| Repeat Week 2 | | | | | | | |

2.　　In this example, every other Friday is a non-scheduled day.  The non-scheduled day off will be the same day every other week.  Time card employees must turn in a time card on scheduled days off using an "X" in the hour column with "Regular Day Off" in the description column.

3.　　Work hours may be scheduled within the 7:00 a.m. - 7:00 p.m. band with a half-hour lunch.

4.　　Schedules may be established using the 44/36-hour workweek cycle with other designated non-scheduled and non-workdays, provided such days are consecutive.

233

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 251 of 256

Meals

Lunch period will normally be five hours after start. However, consistent with Section 7.3, the regular lunch period may be advanced or delayed up to one-half hour by the supervisor without the payment of overtime.

Overtime Meals

No employee shall be required to work more than five hours without a meal except as provided above.

Overtime

No overtime will be paid for hours worked during regularly scheduled hours on regularly scheduled workdays. Overtime at the time and a half rate shall be paid for time worked in excess of nine hours on a nine-hour workday or eight hours on an eight-hour workday. Double time will be paid for time worked in excess of 12 consecutive hours on a workday or for callouts. Provisions of Subsections 17.2(c) and (d) will apply for time worked on a non-workday or holiday.

Upgrades

In the "Schedule" example, the normal practice shall prevail Monday through Thursday. On Fridays, upgrades will be made among all personnel working the same hours including those working prearranged overtime, if applicable.

Sick Leave, Vacation Holidays, Jury Duty and Funeral Leave

Sick leave, jury duty, funeral leave and vacation will be converted to hours. An employee who is off for either will be charged for eight or nine hours (as appropriate for the individual's schedule), subject to the following conditions:

1)  Sick Leave - Employees shall be charged in increments of one hour.

2)  Vacation - An employee, upon returning to the regular eight-hour workday, may elect: to have Company purchase any fractions of less than four hours vacation remaining; or may elect to take a full day off and be paid only for that amount of fractional vacation allowance due. Employees remaining on eight/nine hour day at the end of a year will automatically have any fractional vacation allowance deferred to the following year, subject to the provisions of Subsection 9.10(a).

3)a.  Holidays - Eight or nine hours' pay will be paid for holidays. The provisions of Section 8.4 shall apply to holidays on an employee's non-workday (utilizing the eight/nine hour credit as applied in Item No. 2 above).

  b.  For schedules which begin or continue into a new calendar year, eight or nine hours pay will be paid for the following holidays (depending on the employee's work schedule and date of holiday):

|  |  |
|---|---|
| New Year's Day | (January 1) |
| Martin L. King, Jr. Day | (Third Mon in Jan) |
| President's Day | (Third Mon in Feb) |
| Memorial Day | (Last Monday in May) |
| Independence Day | (July 4) |
| Labor Day | (First Mon in Sept) |
| Veteran's Day | (November 11) |
| Thanksgiving Day | (Fourth Thu in Nov) |
| Friday after Thanksgiving | |
| Christmas Day | (December 25) |
| Floating Holiday | |

234

In order to maintain the same total number of hours of pay for holidays, two of the three Floating Holidays have been eliminated, and the Company will purchase the remaining hours of fractional holiday pay each year.

c.  Schedules which begin at other than the beginning of a calendar year will result in the employees maintaining their current number of holidays for that year.

Either the Company or Union reserves the right to return to the five-day, eight-hour shift schedule by giving a 30-day written notice.

Copies of all locally executed agreements shall be forwarded to Company's Manager of Industrial Relations and Union's Business Manager in order to be valid.  Proposed agreements which deviate from the foregoing provisions require execution by the Manager of Industrial Relations and Union's Business Manager.

If you are in accord with the foregoing and agree thereto, please so indicate in the space provided below and return one executed copy of this letter to the Company.

Very truly yours,

PACIFIC GAS AND ELECTRIC COMPANY

By   /s/ Ronald L. Bailey
`         Manager of Industrial Relations

The Union is in accord with the foregoing and it agrees thereto as of the date hereof.

ENGINEERS AND SCIENTISTS OF CALIFORNIA, MEBA

August 11, 1993          By   /s/ Ben Hudnall
                                  Business Manager

235

June 1, 1993

Engineers and Scientists of
 California, MEBA
340 Fremont Street
San Francisco, CA  94105

    Attention:  Mr. Ben Hudnall, Business Manager

Gentlemen:

This letter cancels and supersedes Letter Agreement R1-92-18-ESC.

The purpose of this letter is to further clarify holiday pay of employees under the "nine-80" schedule as described in Letter Agreement 93-12.  The Company proposes, in certain situations, employees be allowed to forfeit only one floating holiday instead of the two floating holidays currently specified in Letter Agreement 93-12.

Currently, all employees are entitled to 104 hours of holiday pay, which is the equivalent to 13 eight-hour holidays.  In an eight-hour pay schedule, floating holidays are split up into three holidays and the 10 fixed holidays listed below:

| | |
|---|---|
| New Year's Day | (January 1) |
| Martin L. King, Jr. Day | (Third Monday in January) |
| President's Day | (Third Monday in  Feb) |
| Memorial Day | (Last Monday in May) |
| Independence Day | (July 4) |
| Labor Day | (First Monday in Sept) |
| Veteran's Day | (November 1) |
| Thanksgiving Day | (Fourth Thursday in Nov) |
| Friday after Thanksgiving | |
| Christmas Day | (December 25) |

Broken up into hours the holiday pay amounts to 104 hours:

| | | |
|---|---|---|
| 10 Fixed Holidays x 8 hours a day | = | 80 Hours |
| 3 Floating Holidays x 8 hours a day | = |  24 Hours |
| | | 104 Hours Total Holiday Pay |

The above holiday schedule does not accommodate workers under the "nine-80" work week because, under this schedule, most days are nine hours instead of the above example of eight hours.  The "nine-80" work week has both nine and eight-hour work days, as a result, the Company and Union have decided, in Letter Agreement 93-12, that the employee under the "nine-80" work week must forfeit two of the three floating holidays and be paid for the remaining hours at the end of the year.  An example of an all nine-hour holiday schedule is listed below:

| | | |
|---|---|---|
| 10 Fixed Holidays x 9 hours a day | = | 90 Hours |
| 1 Floating Holiday x 9 hours a day | = |  9 Hours |
| | | 99 Hours Total Holiday Pay |
| | |  5 Hours Back Pay |

236

Case: 19-30088   Doc# 503-1   Filed: 02/20/19   Entered: 02/20/19 14:36:23   Page 254 of 256

Under this agreement the employee is entitled to only one floating holiday even if they have more than one full day of back pay.

The Company proposes, as soon as an employee has secured eight or more hours of back pay, they may opt to convert this holiday pay into an additional second floating holiday.

The accumulation of additional holiday pay will occur only when the employees fixed or floating holidays fall on eight-hour days. The following is an example of an employee who works eight hours every other Monday, while alternate Mondays are non-work days. In this example five fixed holidays land on eight-hour Mondays:

| Holiday | Date / Day | Holiday Pay |
|---|---|---|
| New Year's Day | (January 1) | 9 hours |
| Martin L. King, Jr. Day | (Third Monday in January) | 8 hours |
| Washington's Birthday | (Third Monday in February) | 8 hours |
| Memorial Day | (Last Monday in May) | 8 hours |
| Independence Day | (July 4, Saturday, | 8 hours |
| becomes floating holiday taken on Monday) | | |
| Labor Day | (First Monday in Sept) | 8 hours |
| Veterans Day | (November 11) | 9 hours |
| Thanksgiving Day | (Fourth Thur in Nov) | 9 hours |
| Friday after Thanksgiving | | 9 hours |
| Christmas Day | (December 25) | 9 hours |
| Floating Holiday | | 9 hours |

In this example the employee receives a total of ninety-four holiday hours. Therefore, the employee will receive ten hours of back pay. This broken down further below:

| | | |
|---|---|---|
| 5 Fixed Holidays x 9 hours a day | = | 45 Hours |
| 1 Floating Holiday x 9 hours a day | = | 9 Hours |
| 5 Fixed Holidays x 8 hours a day | = | 40 Hours |
| | | 94 Hours Total Holiday Pay |
| | | 10 Hours Back Pay |

In this example the employee has the option to either receive ten hours of back pay or take an additional floating holiday of either eight or nine hours and receive the remaining time (one or two hours) as back pay.

The employee may exercise this option as soon as it is apparent they will have the sufficient hours to enable them to take the additional floating holiday.

Proposed agreements which deviate from the foregoing provisions require execution by the Manager of Industrial Relations and the Union's Business Manager.

Case: 19-30088    Doc# 503-1    Filed: 02/20/19    Entered: 02/20/19 14:36:23    Page 255 of 256

If you are in accord with the foregoing and agree thereto, please so indicate in the space provided below and return one executed copy of this letter to the Company.

<div style="margin-left: 2em">

Very truly yours,

PACIFIC GAS AND ELECTRIC COMPANY

By   /s/ Ronald L. Bailey
     Manager of Industrial Relations

</div>

The Union is in accord with the foregoing and it agrees thereto as of the date hereof.

<div style="margin-left: 2em">

ENGINEERS AND SCIENTISTS OF CALIFORNIA,
MEBA

</div>

August 11, 1993      By   /s/ Ben Hudnall
               Business Manager