1  EMILY P. RICH, Bar No. 168735
   TRACY L. MAINGUY, Bar No. 176928
2  CAITLIN GRAY, Bar No. 305118
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501
   Telephone (510) 337-1001
5  Fax (510) 337-1023
   E-Mail: bankruptcycourtnotices@unioncounsel.net
6          erich@unioncounsel.net
           tmainguy@unioncounsel.net
7          cgray@unioncounsel.net

8  Attorneys for Creditor Engineers and Scientists of California, Local
   20, IFPTE
9

10              UNITED STATES BANKRUPTCY COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  (SAN FRANCISCO DIVISION)

13
   In Re                                    Case No. 19-30088 DM
14
   PG&E CORPORATION,                        CHAPTER 11
15
                        and                 **EXHIBIT D TO DECLARATION OF**
16                                          **JOSHUA SPERRY IN SUPPORT OF**
   PACIFIC GAS AND ELECTRIC COMPANY,        **ESC LOCAL 20'S RESPONSE TO**
17                                          **DEBTOR'S MOTION TO PAY**
                        Debtors.            **PREPETITION EMPLOYEE**
18                                          **OBLIGATIONS AND CONTINUE**
                                            **WAGES AND BENEFITS**
19

20  ☐ Affects PG&E Corporation             Date:      February 27, 2019
21  ☐ Affects Pacific Gas and Electric Company   Time:      9:30 a.m.
    ■ Affects both Debtors                  Location:  U.S. Bankruptcy Court
22                                                     Courtroom 17, 16th Floor
                                                       San Francisco, CA 94102
23  *All papers shall be filed in the Lead Case,*
    *No. 19-30088 (DM)*

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

DECLARATION OF JOSHUA SPERRY IN SUPPORT OF ESC LOCAL 20'S RESPONSE TO
DEBTOR'S MOTION TO PAY PREPETITION EMPLOYEE OBLIGATIONS ...
Case No. 19-30088 DM

# Exhibit D

## To Declaration of Joshua Sperry iso ESC Local 20's Response to Debtor's Motion to pay Prepetition Employee Obligations and Continue Wages and Benefits



| | | |
|---|---|---|
| | **Robert Joga**<br>Senior Director<br>Labor Relations | 375 N. Wiget Lane, Suite 130<br>Walnut Creek, CA 94598<br>925.974.4461 |

**18-02-ESC**

January 16, 2018

Joshua Sperry, Senior Union Representative
Engineers and Scientists of California, Local 20
IFPTE (AFL-CIO & CLC)
810 Clay Street
Oakland, CA 94607

Dear Mr. Sperry:

Due to the upcoming changes in tools, processes, and technologies, the Company announced its intention to consolidate and optimize Service Planning Estimating and customer contact functions, Gas Distribution Estimating and Engineering, and create a new Permit Facilitation function. The Company and Union have been meeting to discuss the effects on employees as a result of these changes. The "relocation period" in this agreement refers to January 1, 2018, through December 31, 2019.

In accordance with Section 21.9, the Company proposes to make the voluntary incentive offers contained in this agreement to impacted employees in the affected headquarters as defined below.

Realignment and consolidation will be into Design Centers and Customer Contact headquarters, as follows:

1.  **Design Centers and Customer Contact Locations**

    A.  Estimating positions will be consolidated into 12 Design Centers along with three additional Transitional Centers. Those locations are as follows:

        1.  Auburn*, 343 Sacramento Street and/or Service Center location established in 2018
        2.  Bakersfield, 4101 Wible Road
        3.  Chico, 460 Rio Lindo Avenue
        4.  Concord RMC, 1850 Gateway Boulevard
        5.  Eureka, 2555 Myrtle Avenue
        6.  Fresno RMC, 8 River Park Place
        7.  Merced*, 3185 M St and/or new Service Center location on Childs Road
        8.  Redding*, 3600 Meadowview Avenue
        9.  San Francisco, 2180 Harrison Street
        10. San Jose, 6402 Santa Teresa Boulevard
        11. San Luis Obispo, 4325 S. Higuera Street
        12. Santa Rosa, 111 Stony Circle
        13. Stockton, 3136 Boeing Way
        14. Ukiah, 2641 N. State Street
        15. West Sacramento, 850 Stillwater Drive

        *Indicates Transitional location

B. Customer Contact positions will be located at the above locations as well as the following additional ten headquarters:

1. Angels Camp, 1108 Murphys Grade Road
2. Livermore, 998 Murrieta Boulevard
3. Marysville, 29 4th Street
4. Napa, 1850 Soscol Avenue
5. Oakland, 4801 Oakport Street
6. Placerville, 4636 Missouri Flat Road
7. Salinas, 356 E Alisal Street
8. San Carlos, 275 Industrial Avenue
9. San Rafael, 1220 Anderson Drive
10. Santa Cruz, 615 7th Avenue
11. San Jose (Cinnabar), 308 Stockton Avenue
12. Santa Rosa, 3965 Occidental Road

C. Gas Distribution Estimating will be at the following locations:

Hub Locations

1. Fresno. Exact Location is pending CRESS Review. Location will be either 8 River Park Place, Fresno, or Fresno Service Center (California Ave / Orange Ave facilities) or 90 West Ashlan Avenue, Clovis.
2. San Francisco, 2180 Harrison Street
3. San Ramon Bishop Ranch, 6111 Bollinger Canyon Road
4. West Sacramento, 850 Stillwater Road
5. Modesto, 1524 N. Carpenter Road
6. Santa Rosa, 3965 Occidental Road
7. Fresno Service Center, 3580 East California Avenue
8. San Rafael, 1220 Anderson Drive
9. San Carlos, 275 Industrial Avenue

Other Locations

1. San Jose, Cinnabar, 308 Stockton Avenue
2. Salinas, 401 Work Street
3. Hayward, 24300 Clawiter Road
4. Oakland, 4801 Oakport Street
5. Eureka, 2475 Myrtle Avenue
6. Vallejo, Carlson Street
7. Redding, 3600 Meadowview Avenue
8. Auburn, 343 Sacramento Street
9. Sacramento, 5555 Florin-Perkins Road
10. Stockton, 4040 West Lane
11. Bakersfield, 4101 Wible Road

**2. Relocation of Impacted Employees to Regional Consolidated Headquarters**

A. For the purpose of this agreement, "IMPACTED EMPLOYEE" refers to any regular employee as defined below:

1. Working in the Service Planning department in a classification listed below at a location other than the West Sacramento and Clovis Transmission Estimating Offices, Remote Gas Transmission Estimating offices, the Rocklin Regional Office, and offices listed in Section 1A above as of the effective date of this agreement:

| CLASSIFICATIONS | SAP Job Code | Pay Scale Group |
|---|---|---|
| Associate Distribution Engineer - Electric | 50010515 | 3091 |
| Associate Distribution Engineer - Gas | 50010516 | 3092 |
| Associate Distribution Engineer Local - Electric | 50115106 | 3623 |
| Associate Distribution Engineer Local - Gas | 50115108 | 3624 |
| Associate Distribution Engineer Local - Provisional - Electric | 50115105 | 3625 |
| Associate Distribution Engineer Local - Provisional - Gas | 50115107 | 3626 |
| Associate Distribution Engineer Provisional - Gas | 50010518 | 3094 |
| Associate Distribution Engineer Provisional - Electric | | |
|     Engineering Estimator | 50010524 | 3143 |
| Engineering Estimator - Electric | 50010529 | 3150 |
| Engineering Estimator - Gas | 50010530 | 3151 |
| Engineering Estimator Local - Electric | 50115114 | 3631 |
| Engineering Estimator Local - Gas | 50115115 | 3632 |
| Senior Engineering Estimator | 50073037 | 3140 |
| Senior Engineering Estimator - Gas | 50010526 | 3145 |
| Senior Engineering Estimator Local - Electric | 50115109 | 3627 |
| Senior Engineering Estimator Local - Gas | 50115111 | 3628 |
| Senior Engineering Estimator (passed test) - Electric | 50010527 | 3147 |
| Senior Engineering Estimator (passed test) - Gas | 50010528 | 3148 |
| Senior Engineering Estimator (passed test) Local – Electric | 50115112 | 3629 |
| Senior Engineering Estimator (passed test) Local – Gas | 50115113 | 3630 |
| Senior Engineering Estimator- Electric | 50010525 | 3144 |

2. Working in Gas Distribution Portfolio Management & Engineering (GDPM&E) in a classification listed below at a location other than West Sacramento and Clovis Transmission Estimating Offices, Remote Gas Transmission Estimating offices, the Rocklin Regional Office and a hub location listed in C.

| CLASSIFICATIONS | SAP Job Code | Pay Scale Group |
|---|---|---|
| Associate Distribution Engineer - Gas | 50010516 | 3092 |
| Associate Distribution Engineer Local - Gas | 50115108 | 3624 |
| Associate Distribution Engineer Local - Provisional - Gas | 50115107 | 3626 |
| Associate Distribution Engineer Provisional - Gas | 50010518 | 3094 |
| Engineering Estimator | 50010524 | 3143 |
| Engineering Estimator -– Gas | 50010530 | 3151 |
| Engineering Estimator Local - Gas | 50115115 | 3632 |
| Senior Engineering Estimator | 50073037 | 3140 |
| Senior Engineering Estimator - Gas | 50010526 | 3145 |
| Senior Engineering Estimator Local - Gas | 50115111 | 3628 |
| Senior Engineering Estimator (passed test) - Gas | 50010528 | 3148 |
| Senior Engineering Estimator (passed test) Local - Gas | 50115113 | 3630 |

3. Working in the Service Planning department in either a Senior New Business Representative classification or an Industrial Power Engineer classification at a location other than the West Sacramento and Clovis Transmission Estimating Offices, Remote Gas Transmission Estimating offices, the Rocklin Regional Office, and offices listed in Section 1A or 1B above as of the effective date of this agreement.

4. Working in a line of progression with impacted employees in the line of progression at the same headquarters

B. The Company will determine which classifications and how many of each to fill at each of the consolidated headquarters, as long as the Associate Distribution Engineer (ADE) to Estimator ratio is maintained in accordance with Exhibit D. Incumbent ADEs will not be demoted to Senior Estimator or any other classification as a result of this agreement.

C. In early 2018, available options will be provided to IMPACTED EMPLOYEES and will include a Commitment Letter. Commitment Letters will be voluntarily signed and entered into by each of the IMPACTED EMPLOYEES as indicated above. The Commitment Letter will designate the employee's commitment to relocate and report to the specified headquarters, assigned based upon the employee's seniority and preference of available positions at the new headquarters and within the relocation periods outlined below, and the corresponding incentive payment.

     a. $20,000 in exchange for relocation and report to a new consolidated headquarters, from the locations listed in Section 1 above, made before December 31, 2018.

     b. $10,000 in exchange for relocation and report to a new consolidated headquarters, from the locations listed in Section 1 above, made before December 31, 2019.

D. The above relocation bonus payment will only be made to those IMPACTED EMPLOYEES who, by accepting the assignment under Section C above, have increased their commute by reporting to the new location and as a result have a commute in excess of either 30 miles or 20 miles in cases where either the employee's home or new headquarters or both are within the Bay Area, defined as the following divisions: San Francisco, Peninsula, De Anza, San Jose, Mission, East Bay, Diablo and North Bay.

E. Employees will be told if they are eligible for the relocation incentive prior to being asked to sign a Commitment Letter or election form.

F. Assignments will be made to IMPACTED EMPLOYEES in order of seniority, first within the headquarters, then the Bid Region and then the System. Senior Estimator and Routine Estimator will be considered the same classification for this purpose. IMPACTED EMPLOYEES who have declined a bid to a position within the past six months will still be permitted to request assignments to that position and receive consideration under this process. The Oversight Committee will meet quarterly to assess any open assignments and will also review employee selections to seek to provide employees their highest preference available.

G. Employees accepting relocation bonus payments also agree to waive any bidding rights for 24 months from the report date, with the following exceptions:

     a. Employees may still bid to higher classifications in the same Line of Progression.
     b. Utilization of the employee's already existing preferential bid rights under Section 21.2(a) or Section 21.13 (a).
     c. The above waiver of bidding rights can be modified by agreement between a Local ESC Business Representative and PG&E Labor Relations.

H. Employees reporting to new positions under this process will have preferential return rights under Section 22.3.c in filling the next vacancy in their original or successively lower classification or headquarters or both.

I. On or before the Commitment Letter relocation period ends, the employee will be required to report to the newly designated headquarters that was identified in the Commitment Letter. After the employee relocates and reports to the new headquarters, the employee will receive the appropriate relocation bonus payment as described in Section D. Such bonus payments will be made in one lump sum by the Company within four pay periods after reporting to the new headquarters. If the Company postpones an employee's report date, the employee will still receive the amount of incentive based on the date in their original Commitment Letter and payment will be made within four pay periods of the original report date.

J.  The Company agrees not to implement involuntary layoff under Section 22.3 of the classifications discussed in this agreement for the relocation period.

K.  The Company agrees not to implement involuntary relocations for the classifications covered by this agreement under Section 22.9 for the relocation period except in the following circumstances:

1.  Closing of a reporting headquarters/office, or
2.  Relocations where the resulting commute will be shorter than the employee's current commute, or
3.  Relocations on the following list, and where the resulting commute for the affected employee is less than 30 miles or 20 miles in cases where either the employee's home or new headquarters or both are within the Bay Area, defined as the following divisions: San Francisco, Peninsula, De Anza, San Jose, Mission, East Bay, Diablo and North Bay:

    a)  Between Concord Detroit Avenue and Concord Gateway Boulevard
    b)  Between Fresno California Street and Fresno River Park Place and 90 West Ashlan Avenue, Clovis
    c)  Between San Jose Cinnabar (Stockton Avenue) and San Jose Edenvale (Santa Teresa Boulevard)
    d)  Between Santa Rosa Occidental and Santa Rosa Stony Circle
    e)  Between 5555 Florin-Perkins Road, Sacramento, and 850 Stillwater, West Sacramento (Distribution Portfolio Management & Engineering (DPM&E only)
    f)  Between 10900 N. Blaney, Cupertino and San Jose, Cinnabar, 308 Stockton Avenue

L.  No employee will be involuntarily relocated outside of their bid region except as noted in this agreement.

M.  If an employee is involuntarily relocated and could have received an incentive for voluntarily choosing this move, they will have the option to choose a preferred location as described above, provided that opportunities are available.

N.  Only IMPACTED EMPLOYEES as defined in Section 2A above will be subject to the possibility of involuntarily relocation under the conditions provided for in this section.

O.  Any individual employee may only be involuntarily relocated once during the relocation period, with the exception of closing of a reporting headquarters/office.  An employee who accepted an incentive to relocate to a Design Center may not be involuntarily relocated again during the relocation period.

P.  Moving Allowance.  Employees who are eligible for the Section 22.7 Moving Allowance as a result of relocating to a position in one of the new headquarters will be eligible for an enhanced moving allowance of $5,000.   Employees will not be required to relocate to be eligible for the allowance. Eligible employees will receive the allowance as a flat amount rather than as reimbursement for covered expenses as in Section 22.7.

Q.  No employee will receive more than one incentive payment.

## 3. Alternative Work Schedules

The Company will establish a 9/80 schedule for those Electric and Gas Estimator and ADE positions covered by this agreement which do not primarily have customer contact or are not in a Permit Facilitator position.   All schedules will require that Friday be the designated regular day off and that the opposing Friday consist of the eight-hour day.  Start time for the schedules must be between the hours of 6:00 a.m. and 8:00 a.m.

The parties agree to revisit this issue at a later date in order to determine if the above schedules support

the operational goals.  The parties also agree to explore opportunities to adjust or expand the schedules.

**4.  New Business Representative Classification**

A.  The parties agree to create a new classification, New Business Representative (NBR).  The Job Description for the position is attached.

B.  Staffing for this position will begin immediately upon the effective date of this agreement, following the processes described below.

C.  IMPACTED EMPLOYEES will be provided preferential consideration to any New Business Representative vacancy during the relocation period.  Assignments will be made following the process in Section 2 above. Impacted Senior Estimators or ADEs with more than five years of experience selecting an NBR position will be placed into a Senior New Business Representative (SNBR) position.

D.  IMPACTED EMPLOYEES and Estimators/ADEs already in the headquarters will not be required to meet the minimum requirements of the position during the relocation period.  Impacted Senior Estimators who accept an NBR position will be placed as a SNBR even if they do not meet minimum requirements for SNBR.   All others and anyone filling the position after the relocation period will be required to meet all requirements of the position.

E.  As noted, in Section 2, the Company maintains the right to determine the number and locations of any NBR positions.  The Company also maintains the right to determine the exact report date to any NBR position filled through this staffing process.

F.  Those IMPACTED EMPLOYEES who have exercised their rights through this preferential consideration process will be eligible to receive the incentive and relocation payments in Section 2.  Once the employee reports to the NBR or SNBR position, he or she will no longer be considered an impacted employee as defined above.

G.  Employees reporting to new positions under this process will have preferential return rights in accordance with Section 22.3.c.

H.  Any ADE who accepts a NBR or SNBR position during the relocation period shall receive wage range protection.  In addition, the frozen wage range provision will be extended for the length of time the IMPACTED EMPLOYEE holds the NBR/SNBR position.   ADEs who accept an NBR/SNBR position will retain ADE pay range and bidding rights (in addition to SNBR bid rights), but will be assigned work as a SNBR, eligible for Industrial Power Engineer (IPE) upgrade as if a SNBR, and overtime will be equalized with other SNBRs at the headquarters.

I.  In any future application of Section 22.3 to Estimating, current incumbent Estimators, Senior Estimators and ADEs will be permitted to displace NBRs as a lower classification under Section 22.3.a.1.

**5.  Scope of Work at Design Centers**

A.  The parties agree to amend the language of Letter of Agreement 13-02 by eliminating any distinction in work jurisdiction issues between the local office and RMC locations.   The Oversight Committee described below will review any issues relating to estimating offices or conflicts between this agreement and Letter of Agreement 13-02.

B.  The Company will create new bid codes for the physical Design Center locations where there have previously been an RMC and local headquarters in the same building, i.e. Chico (460 Rio Lindo Avenue) and Bakersfield (4101 Wible Road). In addition, all Estimating employees located at those facilities will be designated as working at the same physical headquarters. The Company will not use the previous bid code and will not establish any other Estimating or New Business bid codes at those locations without agreement of the Union during the relocation period.

**6. Permit Facilitator (PF) Classification**

A. The parties agree to create a new classification, Permit Facilitator (PF). The Job Description for the position is attached. This agreement does not alter the work jurisdiction of existing classifications. This agreement cancels and supersedes Letter of Agreement 16-17-R1.

B. Company intends to begin staffing for this position immediately upon the effective date of this agreement.

C. IMPACTED EMPLOYEES who are in Estimating/ADE Classifications will be provided preferential consideration to any PF vacancy during the relocation period.

D. IMPACTED EMPLOYEES and Estimators/ADEs already in the headquarters will not be required to meet the minimum requirements of the position during the relocation period. All others and anyone filling the position after the relocation period will be required to meet all requirements of the position.

E. As noted in Section 2C, the Company maintains the right to determine the number and locations of any PF positions. The Company also maintains the right to determine the exact report date to any position filled through this staffing process.

F. Those IMPACTED EMPLOYEES who meet the requirements in Section 2 and have exercised their rights through this preferential consideration process will be eligible to receive the incentive and relocation payments in Section 2. Once the employee reports to the PF position, he or she will no longer be considered an impacted employee as defined above.

G. Employees reporting to new positions under this process will have preferential return rights in accordance with Section 22.3.c.

H. Any ADE or Senior Estimator who accepts a PF position during the relocation period shall receive wage range protection. Wage range protection is defined as maintaining the employee's ability to progress to the top of the salary range for the previous classification, in addition to all General Wage Increases. The wage range provision will be extended for the length of time the impacted employee holds the PF position. ADEs/Senior Estimators who accept a PF position will be allowed to retain ADE/Senior Estimator pay range and bidding rights (in addition to PF bid rights), but will be assigned work as a PF, and overtime will be equalized with other PFs at the headquarters.

I. In any future application of Section 22.3 to Estimating, current incumbent Estimators, Senior Estimators and ADEs will be permitted to displace PFs as a lower classification under Section 22.3.a.1.

J. Creation of the Permit Facilitator will not cause any change to bargaining unit jurisdiction related to field checking.

**7. Emergency Overtime (EOT)**

The Oversight Committee described below will discuss and work to reach agreement on EOT responsibilities and callout.

**8. Gas Distribution Portfolio Management & Engineering (GDPM&E) Reorganization**

A. Gas Distribution Engineers (DE) in the following non-preferred locations will be offered incentives to move to the preferred locations indicated below. The Company maintains the right to determine the number of Gas DE positions. All relocation provisions of Section 2 above will apply.

    a)   Bakersfield to Fresno
    b)   Chico to West Sacramento
    c)   Concord to San Ramon
    d)   Cupertino to Oakland
    e)   San Carlos to San Ramon
    f)   Senior Gas DE: San Jose (Cinnabar) to the employee's choice of Oakland, San Ramon, San Francisco or San Rafael

B.   The Company may relocate one Gas ADE or Senior Gas Estimator, one Gas DE and one Gas Senior DE from Hayward to San Ramon, as long as the commute of the affected employees is shorter than their current commute. If there are multiple employees in the classification, the assignment will be made voluntarily by seniority, involuntarily by reverse seniority.

C.   The Union and Company agree to transfer responsibility for Gas only Work Requested by Others (WRO) projects under $500,000 not related to New Business work from SNBR/IPE to Gas Distribution Engineers.

**9. Oversight Committee**

Company and Union agree to establish a Joint Oversight Committee consisting of an equal number of Company and Union representatives. Committee members will be appointed by the Company and Union, respectively.

The Committee will address all unanticipated or implementation issues arising from this agreement. This Committee will also be responsible for attempting to address and resolve disputes arising from this agreement prior to a grievance being filed.

If you agree, please so indicate in the space provided below and return one executed copy of this letter to the Company.

Very truly yours,

PACIFIC GAS & ELECTRIC COMPANY

By: _____ s/Robert Joga _____
Robert Joga
Senior Director

The Union is in agreement.

ENGINEERS AND SCIENTISTS OF CALIFORNIA
LOCAL 20, IFPTE, AFL-CIO and CLC

__January 17_____, 2018    By: _____ s/Joshua Sperry _____
Joshua Sperry
Senior Union Representative

**New Business Representative**

**SAP Codes:**

| New Business Representative | 52047231 |
|---|---|
| Assoc Distb Eng-New Busi Rep-E (PIO) | 52047235 |
| Assoc Distb Eng-New Busi Rep-G (PIO) | 52047238 |

## A. SUMMARY

**This is a Beginning Level Classification.**

This position is charged with customer contact, project coordination, billing, and contract preparation in connection with less complex installation of new business gas and/or electric facilities. NBRs will not prepare job estimates. This does not preclude job owners from preparing invoices or contracts based on simplified charge methodology.

For training purposes, a New Business Representative may be assigned no more than 50% of their workload in SNBR-level jobs at the same time, and must work under the guidance of an SNBR or IPE.

## B. DUTIES:

The duties as outlined in this job description may vary by location. This position includes office work and site visits.

SAFETY

1. Maximize public and employee safety by ensuring that job designs are performed to Company and State standards and meet all compliance requirements.

PROJECT MANAGEMENT

2. Prepare field sketches and layouts for the scoping of construction of additions or improvements to electric or gas systems. Provides accurate field data including pictures or videos as needed to estimators.
3. Manages scope, schedule and cost for all assigned projects, from initiation to meter set. Scope and schedule is adjusted as appropriate to accommodate change (e.g., new customer needs, competition, and new regulation).
4. Coordinates all other departments or individuals who are involved with the project and works to define the project's background, objective, design scope, schedule, roles and responsibilities.
5. Coordinates with others, such as Planning, Estimating, Construction and Metering, etc., in completing the project in a timely manner. Includes understanding of industrial project schedules and working closely with the work and resource group to prioritize work using available tools or technology.
6. Monitors project schedule and prioritizes work in coordination with the work and resource group.
7. Schedules and conducts pre-engineering meetings, provides all pertinent data and addresses potential project risks including schedule setbacks and coordinates actions before setbacks occur.
8. Conducts and documents pre-construction meeting.
9. Looks for ways to minimize costs on projects for both the applicant and PG&E.
10. Ensures that the correct type of financial order, work category, etc., has been applied and actively monitors costs.

COMMUNICATION

11. Communicates project status (e.g., scope, schedule, and cost) to all stakeholders throughout the project, as applicable.
12. Facilitates resolution of project-related disputes. Continuous formal communication (both written and verbal) with all stakeholders is given a high priority throughout all stages of the project.
13. Prepares contracts, as applicable, to ensure compliance with standards and tariffs.
14. Provides applicants, estimating, engineering, clerical and construction partners with complete and accurate information on rate and rule applicability, potential costs and timelines.

MANAGING CUSTOMER EXPECTATIONS

15. Proactively communicates to project stakeholders, both internal and external.
16. Negotiates reasonable estimating and construction dates that address customer's anticipated schedules. May provide customer with an initial non-binding cost.

TARIFFS

17. Ensures that all charges mandated under the applicable tariffs are identified in the contract and secured before beginning construction.
18. May partner with other PG&E departments and/or rates and tariffs for application of best rates when appropriate.

COMPLIANCE MANAGEMENT

19. Ensures all applicable project documentation is maintained in an orderly job file.
20. Ensures all project dependencies are met prior to allowing a construction start.
21. Ensures all permits are obtained and land rights issues are resolved per procedures.

## C. KNOWLEDGE/ABILITIES

1. Familiar with tariffs, rates, contracts/tools, Work Management (WM) SAP, project approval process, document routing system and estimating and construction work processes.
2. Works effectively as a member of a team.
3. Ability to work with both internal and external customers/clients
4. Facilitation and conflict resolution skills
5. Ability to manage for results and in the process work as a team to build agreement
6. Strong focus on safety
7. Committed to providing superior and proactive customer service.
8. Strong verbal and written communication skills
9. Ability to demonstrate initiative and decisiveness
10. Ability to demonstrate sound judgment and forward thinking
11. Problem solving skills
12. Knowledge of PG&E's rates and tariffs
13. Knowledge of PG&E's Gas & Electric Service Requirements
14. Computer skills (SAP, Microsoft Excel, Word, etc.)
15. Conflict resolution skills
16. Knowledge of overrun/underrun policies
17. Knowledge of Delegation of Authority guidelines
18. Knowledge of Customer Service Policies
19. Measurement skills and ability to use some physical tools (drive stake in the ground, use Range Finder or Height Stick and Shovel, etc.) in the field

### D. QUALIFICATIONS

- A Bachelor's degree from a recognized college or its equivalent in education and experience. Such experience must include three (3) or more years in construction project management or PG&E technical service planning experience.
- Must have strong project management, customer contact and communications skills. Basic computer skills including Microsoft Word, Excel, email.
- Valid California Driver's license and California minimum insurance coverage if using personal car
- Pre-employment tests: Physical Test Battery (PTB)

The Company will negotiate with the Union what pre-employment tests will be required for the classification. The agreement will be added to the requirements section of the job description.

## E. PROGRESSION

Upon completion of five years of relevant experience and having passed an agreed-to examination, the employee will progress to a Senior New Business Representative position. The exam will be offered at least once per year. The parties agree to meet and finalize the details of the examination process at a later date.

Training Program:
Company and Union will jointly develop appropriate modules for job owner duties. The parties will then establish policies for the use of Estimator Training Program modules for NBRs, and the credit NBRs may receive if they move into Estimator positions.

Estimator experience will be considered relevant experience for the purpose of progression above.

SNBR position will be added to the list of classifications held open for bidding at the senior level in Section 21.1c note as shown below:

> Note: All Senior Engineering Estimator, **Senior New Business Rep,** Senior Mapping Technician, Senior Land Technician and Scheduler vacancies will be held open for bidding, in accordance with Section 21.2. Of those jobs not filled under 21.2(a) or (b), every other one will be subject to the provisions of Subsection 21.2(d) before it may be downgraded to Engineering Estimator, **New Business Rep,** Mapping Technician, Land Technician or Scheduler-in-Training, respectively. (Amended 1/1/09, 7/7/14, 1/1/16)

## F. WAGE RATE - New Business Representative (52047231)

2017 Wage Rate – 36.99 – 44.79
2018 Wage Rate – 38.28 – 46.36

## G.  WORK JURISDICTION

Work jurisdiction as related to the Senior New Business Representative is as follows:

| | NBR | SNBR |
|---|---|---|
| WRO | Associated single service-only projects under 400 amps, may include government agency customers | All other WRO |
| Residential | Gas and electric four or fewer lots service ratings 400 amps and below<br><br>Gas meter aggregate badge rating at standard pressure below 1M in total load | All residential over four lots<br>Service ratings over 600 amps<br>Service requiring CT<br>Multi-unit residential<br>Mixed-used buildings<br>Gas: meter aggregate badge rating at standard pressure meets or exceeds 1M in total load |
| Agricultural | Service rating below 400 amps | All other ag<br>Gas: meter aggregate badge rating at standard pressure meets or exceeds 1M in total load |
| Commercial | Service rating below 400 amps | Applicant-designed commercial projects (any size)<br>All other commercial<br>Gas: meter aggregate badge rating at standard pressure meets or exceeds 1M in total load |
| Telco | Telco teams will continue to be staffed by SNBRs, but the company may assign the NBR to a Telco assignment | Telco teams will continue to be staffed by SNBRs |
| Streetlights | Single service requests not associated with SNBR or IPE level projects | Metered streetlight<br>Streetlight requests with more than one streetlight<br>Streetlight projects associated with other modifications (e.g. full intersection redesign) |

## H. NBR FIELD CHECKING CRITERIA

NBRs will gather information on field conditions for single locations (the definition of a "single location" will be agreed upon by the Company and Union).  The checklist of specific information points that NBRs will collect will be agreed upon by the Company and Union.  An ADE will review the information collected by the NBR and send it back if it is incomplete.  Once the NBR information is accepted by Estimating, the Estimator assigned to the job will be responsible to collect field information, and may request fielding support from the NBR/SNBR.

**Permit Facilitator**

**Incumbent Permit Facilitators**

1. The following six employees have been performing Permit Facilitator duties in their current positions.
   a. Rene Guerrero, Senior Field Engineering Technician, San Jose (Cinnabar) Service Center;
   b. Damani Gillam, Senior Field Engineering Technician, Vacaville, Quinn Road;
   c. Greg Washington III, Field Engineering Technician, Stockton, Boeing Way;
   d. Eddie Calibjo, Senior Field Engineering Technician, San Carlos Service Center.
   e. Evelyn Cosino, Senior Estimator, San Francisco, Harrison St.
   f. Roland Davies, Senior Field Engineering Technician, Stockton, Boeing Way

2. Each incumbent will be offered the option to accept a regular PF position at their current headquarters, or return to their base classification at their current headquarters or GC area. Employees electing PF positions under this process will have preferential return rights in accordance with Section 22.3.c.

**SAP Codes:**

| | |
|---|---|
| Permit Facilitator | 52048138 |
| Assoc Distb Eng Permit Facilitator-E (PIO) | 52048140 |
| Assoc Distb Eng Permit Facilitator-G (PIO) | 52048142 |
| Sr Engg Est Permit Facilitator-E (PIO) | 52048421 |
| Sr Engg Est Permit Facilitator-G (PIO) | 52048422 |
| Sr Eng Est-PT-E Permit Facilitator (PIO) | 52048503 |
| Sr Eng Est-PT-G Permit Facilitator (PIO) | 52048504 |

**Permit Facilitator Job Description**

**Wages – Permit Facilitator (52048138)**

2017 Wage Rate – 33.84 – 52.28
2018 Wage Rate – 35.02 – 54.11

DUTIES

1. May review project scopes to identify need for encroachment permit and Traffic Control Plan.
2. May draft permit sketches based upon construction drawings provided by lines of business (LOBs) where applicable that conform to all agency-specific criteria/requirements and complete permit applications. Any changes to drawings that would require Estimator or ADE approval must be made by an Estimator.
3. Coordinates, acquires and renews permits for all assigned projects.
4. Interfaces with all internal stakeholders regarding upcoming permits, permit status, and/or permit requirements/conditions.
5. Support Agency Liaison in coordination of encroachment permitting and public works as needed.
6. Select or acquire (internal or external) appropriate Traffic Control Plan according to PG&E requirements and agency requirements.
7. Provides information on site restoration requirements as needed.
8. May create, run and present reports applicable to the encroachment permitting process.
9. Coordinates with appropriate personnel to facilitate payment of permit fees in support of deadlines.
10. If upfront payment is required, requests a check from clerical staff. (Note: receipt of payment is performed by clerical employees).

11. Ensures all permit application packages are submitted to appropriate agency on or before the Permit Submittal Deadline. If permit application is to be submitted in person, may deliver permit application to agency office.
12. Updates/Tracks permit from pre-submittal to close in SAP (includes managing the permit notification, updating permit status in long text, completing all associated tasks). Clerical employees may also complete certain permit functions in SAP as assigned.
13. Ensures that permit tasks are complete and associated documents are uploaded, and receipt of the permit is communicated to the job owner.
14. Communicates to job owner, Project Manager, GC FE/FET or M&C crew foreman any specific or new/different requirements on the approved permit.
15. Coordinates permit-related job closeout activities with clerical staff.

A. REQUIREMENTS

1. Functional understanding of Microsoft Office, SAP and other reporting and monitoring tools and software
2. Functional understanding of Primavera P6 desired
3. Ability to communicate with a wide variety of individuals with various backgrounds
4. Be an effective team member by having the ability to work collaboratively with various internal and external stakeholders at all levels and positions.
5. Minimum one year of construction, engineering, estimating/design, or work management experience
6. CADD experience required if hired externally, desired for internal hire.
7. Pre-employment tests: Physical Test Battery (PTB)

The Company will negotiate with the Union what pre-employment tests will be required for the classification. The agreement will be added to the requirements section of the job description.

B. APPLICATION

Permit Facilitator is not a beginning level job, but there is no lower job in the line of progression. Vacancies will be filled under Section 21.10. All ESC-represented employees will be considered as "F" bidders and subject to interviews.