Antonio Ortiz
Texas State Bar No. 24074839
**JORDAN, HOLZER & ORTIZ, PC**
500 N. Shoreline, Suite 900
Corpus Christi, Texas 78401
Phone: (361) 884-5678
Fax: (361) 888-5555
Email: aortiz@jhwclaw.com
ecf@jhwclaw.com

**Attorneys for A&J Electric Cable Corporation**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>Debtor. | Case No. 19-30088<br><br>Chapter 11<br><br>APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

  Pursuant to B.L.R. 1001-2(a) and Civil L.R.11-3, Jose Antonio Ortiz, an active member in good standing of the bar of Texas, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing A&J Electric Cable Corporation ("A&J"), in the above-entitled action.

  In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in

1

the above-entitled action. The name, address and telephone number of that attorney is:

Mark V. Isola, SBN 154614
Roger Brothers, SBN 118622
BROTHERS SMITH LLP
2033 N. Main Street, Suite 720
Walnut Creek, California 94596
Telephone: 925 944 9700
Facsimile: 925 944 9701
misola@brotherssmithlaw.com
rbrothers@brotherssmithlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 20, 2019

_____
Antonio Ortiz
Texas Bar No. 24074839
***JORDAN, HOLZER & ORTIZ, P.C.***
500 North Shoreline Blvd., Suite 900
Corpus Christi, TX 78401
Telephone:     (361) 884-5678
Facsimile:      (361) 888-5555
Email: sjordan@jhwclaw.com
            aortiz@jhwclaw.com
**Attorneys for A&J Electric Cable Corporation**

2