Sander L. Esserman *(Admitted Pro Hac Vice)*
Cliff I. Taylor *(Admitted Pro Hac Vice)*
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689
Telephone: 214-969-4900
Email: esserman@sbep-law.com

Scott Summy
John Fiske (CSBN 249256)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue #1100
Dallas, TX 75219
Telephone: 214-521-3605
Email: ssummy@baronbudd.com

Christopher H. Hart (CSBN 184117)
Kimberly S. Fineman (CSBN 184433)
NUTI HART LLP
411 30TH Street, Suite 408
Oakland, CA 94609-3311
Telephone: 510-506-7152
Email: kfineman@nutihart.com

Attorneys for Public Entities Impacted by the Wildfires

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM. | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br><br><br><br><br>**CERTIFICATE OF SERVICE**<br><br><br>Date:  February 27, 2019<br>Time:  9:30 a.m.<br>Place:  450 Golden Gate Avenue, Ctrm 17<br>       San Francisco, CA 94102<br>Judge:  Hon. Dennis Montali |

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

I am employed in the City of Oakland, County of Alameda, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of Nuti Hart LLP, and my business address is 411 30th Street, Suite 408, Oakland, California 94609-3311.

I served the attached document(s):

> **OBJECTION OF THE PUBLIC ENTITIES TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105, 362, 363, 364, 503, AND 507, AND FED. R. BANKR. P. 2002, 4001, 6003, 6004 AND 9014 FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO OBTAIN SENIOR SECURED, SUPERPRIORITY, POSTPETITION FINANCING, (II) GRANTING LIENS AND SUPERPRIORITY CLAIMS, (III) MODIFYING THE AUTOMATIC STAY, (IV) SCHEDULING FINAL HEARING AND (V) GRANTING RELATED RELIEF**

by the following means:

☑ **BY ECF.** Based on court rules or an agreement of the parties to accept service by electronic transmission, on February 20, 2019, I caused the document(s) to be filed via the Court's Electronic Case Filing (ECF) which to the best of my knowledge will cause links to such document(s) to be transmitted electronically to the persons at their respective notification who are registered ECF participants.

See **Attachment A** for list of ECF participants.

☑ **BY ELECTRONIC SERVICE.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent on February 20, 2019, to the persons at the electronic notification addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

| | |
|---|---|
| Stephen Karotkin<br>stephen.karotkin@weil.com<br>Jessica Liou<br>jessica.liou@weil.com<br>Matthew Goren<br>matthew.goren@weil.com<br>WEIL GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>*Proposed Counsel for Debtor, PG&E Corporation* | Timothy S. Lafferdi<br>timothy.s.laffredi@usdoj.gov<br>Office of the U.S. Trustee<br>450 Golden Gate Avenue, Suite 05-0153<br>San Francisco, CA 94102<br>*Counsel for Acting U.S. Trustee, Andrew R. Vara* |

Paul S. Aronzon
paronzon@milbank.com
Gregory A. Bray
gbray@milbank.com
Thomas R. Kreller
tkreller@milbank.com
MILBANK LLP
2029 Century Park East, 33rd Flr.
Los Angeles, CA 90067
*Proposed Counsel for Official Committee of Unsecured Creditors*

Dennis F. Dunne
ddunne@milbank.com
Samuel A. Khalil
skhalil@milbank.com
MILBANK LLP
55 Hudson Yards
New York, NY 10001-2163
*Proposed Counsel for Official Committee of Unsecured Creditors*

William S. Lisa
wlisa@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 32nd Flr.
San Francisco, CA 94111
*Counsel for California Self-Insurers' Security Fund*

Maximilian Ferullo
mferullo@nixonpeabody.com
NIXON PEABODY LLP
55 West 46th Street
New York, NY 10036-4120
*Counsel for California Self-Insurers' Security Fund*

Richard C. Pedone
rpedone@nixonpeabody.com
NIXON PEABODY LLP
Exchange Place
53 State Street
Boston, MA 02109-2835
*Counsel for California Self-Insurers' Security Fund*

Danette E. Valdez
danette.valdez@doj.ca.gov
State of California Department of Justice
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
*Counsel for California Department of Water Resources*

Executed on February 20, 2019, Oakland, California.

/s/Nicole C. White
Nicole C. White

- **Dana M. Andreoli**     dandreoli@steyerlaw.com
- **Richard L. Antognini**     rlalawyer@yahoo.com, hallonaegis@gmail.com
- **Herb Baer**     hbaer@primeclerk.com, ecf@primeclerk.com
- **Todd M. Bailey**     Todd.Bailey@ftb.ca.gov
- **Kathryn E. Barrett**     keb@svlg.com, amt@svlg.com
- **Ronald S. Beacher**     rbeacher@pryorcashman.com
- **Hagop T. Bedoyan**     hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- **Peter J. Benvenutti**     pbenvenutti@kellerbenvenutti.com
- **Robert Berens**     rberens@smtdlaw.com, sr@smtdlaw.com
- **Heinz Binder**     heinz@bindermalter.com
- **W. Steven Bryant**     , molly.batiste-debose@lockelord.com
- **Christina Lin Chen**     christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- **Shawn M. Christianson**     schristianson@buchalter.com
- **Robert N.H. Christmas**     rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- **Alicia Clough**     aclough@loeb.com
- **Marc Cohen**     mscohen@loeb.com
- **Keith J. Cunningham**     , rkelley@pierceatwood.com
- **James D. Curran**     jcurran@wolkincurran.com, dstorms@wolkincurran.com
- **Jonathan S. Dabbieri**     dabbieri@sullivanhill.com, vidovich@sullivanhill.com
- **Jonathan R. Doolittle**     jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- **Jennifer V. Doran**     jdoran@hinckleyallen.com
- **David V. Duperrault**     dvd@svlg.com, edn@svlg.com
- **Kevin M. Eckhardt**     keckhardt@hunton.com, candonian@huntonak.com
- **Joseph A. Eisenberg**     JAE1900@yahoo.com
- **Sally J. Elkington**     sally@elkshep.com, ecf@elkshep.com
- **G. Larry Engel**     larry@engeladvice.com
- **Krista M. Enns**     kenns@beneschlaw.com
- **Michael P. Esser**     michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- **Richard W. Esterkin**     richard.esterkin@morganlewis.com, sue.reimers@morganlewis.com
- **Joseph Kyle Feist**     jfeistesq@gmail.com, info@norcallawgroup.net
- **James J. Ficenec**     James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- **John D. Fiero**     jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- **Kimberly S. Fineman**     kfineman@nutihart.com, nwhite@nutihart.com
- **Stephen D. Finestone**     sfinestone@fhlawllp.com
- **Jonathan Forstot**     , john.murphy@troutman.com
- **Xiyi Fu**     jackie.fu@lockelord.com, taylor.warren@lockelord.com
- **Larry W. Gabriel**     lgabriel@bg.law, nfields@bg.law
- **Gregg M. Galardi**     gregg.galardi@ropesgray.com
- **Richard L. Gallagher**     richard.gallagher@ropesgray.com
- **Janet D. Gertz**     jgertz@btlaw.com, amattingly@btlaw.com
- **Barry S. Glaser**     bglaser@swesq.com
- **Gabriel I. Glazer**     gglazer@pszjlaw.com
- **Gabrielle Glemann**     gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- **Eric D. Goldberg**     eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Richard H. Golubow**     rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- **Mark A. Gorton**     mgorton@boutinjones.com, cdomingo@boutininc.com
- **Mark A. Gorton**     mgorton@boutininc.com, cdomingo@boutininc.com
- **Debra I. Grassgreen**     dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- **Stuart G. Gross**     sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

- **Oren Buchanan Haker**     oren.haker@stoel.com, rene.alvin@stoel.com
- **Robert G. Harris**     rob@bindermalter.com
- **Christopher H. Hart**     chart@nutihart.com, nwhite@nutihart.com
- **Bryan L. Hawkins**     bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- **Christopher V. Hawkins**     hawkins@sullivanhill.com, bkstaff@sullivanhill.com
- **Jan M Hayden**     jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- **Jennifer C. Hayes**     jhayes@fhlawllp.com
- **Stephen E. Hessler, P.C.**     , jozette.chong@kirkland.com
- **James P. Hill**     hill@sullivanhill.com, bkstaff@sullivanhill.com
- **Michael R. Hogue**     hoguem@gtlaw.com, frazierl@gtlaw.com
- **David Holtzman**     david.holtzman@hklaw.com
- **Marsha Houston**     mhouston@reedsmith.com, hvalencia@reedsmith.com
- **Brian D. Huben**     hubenb@ballardspahr.com
- **Jonathan Hughes**     jonathan.hughes@aporter.com, jane.rustice@aporter.com
- **Michael A. Isaacs**     Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- **Mark V. Isola**     mvi@sbj-law.com
- **J. Eric Ivester**     , Andrea.Bates@skadden.com
- **Ivan C. Jen**     ivan@icjenlaw.com
- **Chris Johnstone**     chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- **Gregory K. Jones**     GJones@dykema.com, cacossano@dykema.com
- **Roberto J. Kampfner**     rkampfner@whitecase.com, mco@whitecase.com
- **Robert B. Kaplan**     rbk@jmbm.com
- **Eve H. Karasik**     ehk@lnbyb.com
- **Tobias S. Keller**     tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- **Lynette C. Kelly**     lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- **Gerald P. Kennedy**     gerald.kennedy@procopio.com, laj@procopio.com
- **Samuel M. Kidder**     skidder@ktbslaw.com
- **Marc Kieselstein**     , carrie.oppenheim@kirkland.com
- **Jane Kim**     jkim@kellerbenvenutti.com
- **Thomas F. Koegel**     tkoegel@crowell.com
- **Andy S. Kong**     kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- **Alan W. Kornberg**     , akornberg@paulweiss.com
- **Jeffrey C. Krause**     jkrause@gibsondunn.com, psantos@gibsondunn.com
- **Lindsey E. Kress**     lkress@lockelord.com, autodocket@lockelord.com
- **Michael Thomas Krueger**     michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- **Richard A. Lapping**     rich@trodellalapping.com
- **Matthew A. Lesnick**     matt@lesnickprince.com, jmack@lesnickprince.com
- **David B. Levant**     david.levant@stoel.com, rene.alvin@stoel.com
- **Andrew H. Levin**     alevin@wcghlaw.com, vcorbin@wcghlaw.com
- **Jonathan A. Loeb**     jon.loeb@bingham.com
- **John William Lucas**     jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Jane Luciano**     jane-luciano@comcast.net
- **Kerri Lyman**     klyman@irell.com, lgauthier@irell.com
- **John H. MacConaghy**     macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- **Iain A. Macdonald**     iain@macfern.com, ecf@macfern.com
- **Samuel R. Maizel**     samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- **Adam Malatesta**     adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- **Michael W. Malter**     michael@bindermalter.com
- **Geoffrey E. Marr**     gemarr59@hotmail.com, pamses@yahoo.com
- **David P. Matthews**     jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- **Hugh M. McDonald**     , john.murphy@troutman.com
- **C. Luckey McDowell**     luckey.mcdowell@bakerbotts.com
- **Frank A. Merola**     lacalendar@stroock.com, mmagzamen@stroock.com
- **Matthew D. Metzger**     belvederelegalecf@gmail.com
- **M. David Minnick**     dminnick@pillsburylaw.com, docket@pillsburylaw.com
- **Thomas C. Mitchell**     tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com

- **John A. Moe**     john.moe@dentons.com, glenda.spratt@dentons.com
- **David W. Moon**     lacalendar@stroock.com, mmagzamen@stroock.com
- **Courtney L. Morgan**     morgan.courtney@pbgc.gov
- **Joshua D. Morse**     Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- **Thomas G. Mouzes**     tmouzes@boutinjones.com, cdomingo@boutininc.com
- **Peter S. Munoz**     pmunoz@reedsmith.com, gsandoval@reedsmith.com
- **Michael S. Myers**     myersms@ballardspahr.com, hartt@ballardspahr.com
- **David L. Neale**     dln@lnbrb.com
- **David L. Neale**     dln@lnbyb.com
- **David Neier**     dneier@winston.com
- **Melissa T. Ngo**     ngo.melissa@pbgc.gov, efile@pbgc.gov
- **Gregory C. Nuti**     gnuti@nutihart.com, nwhite@nutihart.com
- **Abigail O'Brient**     aobrient@mintz.com, docketing@mintz.com
- **Office of the U.S. Trustee / SF**     USTPRegion17.SF.ECF@usdoj.gov
- **Aram Ordubegian**     Ordubegian.Aram@ArentFox.com
- **Gabriel Ozel**     Gabriel.Ozel@troutman.com, tsinger@houser-law.com
- **Amy S. Park**     amy.park@skadden.com, alissa.turnipseed@skadden.com
- **Donna Taylor Parkinson**     donna@parkinsonphinney.com
- **Peter S. Partee**     , candonian@huntonak.com
- **Paul J. Pascuzzi**     ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- **Kenneth Pasquale**     , mlaskowski@stroock.com
- **Valerie Bantner Peo**     vbantnerpeo@buchalter.com
- **Danielle A. Pham**     danielle.pham@usdoj.gov
- **Thomas R. Phinney**     tom@parkinsonphinney.com
- **R. Alexander Pilmer**     alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- **M. Ryan Pinkston**     rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- **Estela O. Pino**     epino@epinolaw.com, staff@epinolaw.com
- **Mark D. Poniatowski**     ponlaw@ponlaw.com
- **Christopher E. Prince**     cprince@lesnickprince.com
- **Douglas B. Provencher**     dbp@provlaw.com
- **Lary Alan Rappaport**     lrappaport@proskauer.com, PHays@proskauer.com
- **Justin E. Rawlins**     jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- **Jack A. Reitman**     jareitman@lgbfirm.com, srichmond@lgbfirm.com
- **Emily P. Rich**     erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Christopher O. Rivas**     crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Daniel Robertson**     robertson.daniel@pbgc.gov, efile@pbgc.gov
- **Lacey Rochester**     lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- **Gregory A. Rougeau**     grougeau@brlawsf.com
- **Nanette D. Sanders**     nanette@ringstadlaw.com, becky@ringstadlaw.com
- **Sunny S. Sarkis**     sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- **Sunny S. Sarkis**     , dawn.forgeur@stoel.com
- **David B. Shemano**     dshemano@pwkllp.com
- **James A. Shepherd**     jim@elkshep.com, ecf@elkshep.com
- **Wayne A. Silver**     w_silver@sbcglobal.net, ws@waynesilverlaw.com
- **Dania Slim**     dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- **Alan D. Smith**     adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- **Jan D. Sokol**     jdsokol@lawssl.com, dwright@lawssl.com
- **Bennett L. Spiegel**     blspiegel@jonesday.com
- **Michael St. James**     ecf@stjames-law.com
- **David M. Stern**     dstern@ktbslaw.com
- **Brad T. Summers**     tsummers@balljanik.com, swylen@balljanik.com
- **Meagan S. Tom**     Meagan.tom@lockelord.com, autodocket@lockelord.com
- **Edward Tredinnick**     etredinnick@grmslaw.com
- **Matthew Jordan Troy**     matthew.troy@usdoj.gov
- **Shmuel Vasser**     shmuel.vasser@dechert.com, brett.stone@dechert.com
- **Victor A. Vilaplana**     vavilaplana@foley.com, rhurst@foley.com

Case: 19-30088    Doc# 505    Filed: 02/20/19    Entered: 02/20/19 15:04:22    Page 6 of 7

- **Marta Villacorta**     marta.villacorta@usdoj.gov
- **John A. Vos**     InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- **Riley C. Walter**     ecf@W2LG.com
- **Philip S. Warden**     philip.warden@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- **Genevieve G. Weiner**     gweiner@gibsondunn.com
- **Joseph M. Welch**     jwelch@buchalter.com, dcyrankowski@buchalter.com
- **Eric R. Wilson**     kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- **Kimberly S. Winick**     kwinick@clarktrev.com, knielsen@clarktrev.com
- **Rebecca J. Winthrop**     rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- **David Wirt**     david.wirt@hklaw.com, denise.harmon@hklaw.com
- **Ryan A. Witthans**     rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- **Andrea Wong**     wong.andrea@pbgc.gov, efile@pbgc.gov
- **Christopher Kwan Shek Wong**     christopher.wong@arentfox.com
- **Kirsten A. Worley**     kw@wlawcorp.com, admin@wlawcorp.com
- **Andrew Yaphe**     andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com
- **Brittany Zummer**     bzummer@theadlerfirm.com, nfournier@theadlerfirm.com