1  Mark D. Poniatowski, Esq. (#123405)
2  Kimberly F. Leding, Esq. (#233618)
   Meera T. Parikh, Esq. (#217996)
3  PONIATOWSKI LEDING PARIKH PC
   20980 Redwood Road, Suite 200
4  Castro Valley, California 94546
   Telephone: (510) 881-8700
5  Facsimile: (510) 881-8702

6  Attorneys for Creditor
   Holt of California, a California corporation
7
                    UNITED STATES BANKRUPTCY COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                       (SAN FRANCISCO DIVISION)
10

11  In re:                                 Bankruptcy Case
                                           No. 19-30088 (DM)
12  PG&E CORPORATION,

13         - and -                         Chapter 11
                                           (Lead Case) (Jointly Administered)
14  PACIFIC GAS AND ELECTRIC
    COMPANY,                               REFILED EXHIBITS "A" THROUGH "C"
15                                         TO THE DECLARATION OF DARRELL
                                           WEIGHT IN SUPPORT OF
16  Debtors.                               CONDITIONAL OBJECTION OF HOLT
                                           OF CALIFORNIA TO MOTION OF
17  _____/     DEBTORS PURSUANT TO 11 U.S.C. §§
                                           105(a), 363(b), AND 503(b)(9) AND FED.
18  [  ]  Affects PG&E Corporation         R. BANKR. P. 6003 AND 6004 FOR
19  [  ]  Affects Pacific Gas and Electric INTERIM AND FINAL AUTHORITY TO
                Company                     PAY PREPETITION OBLIGATIONS
20  [X]  Affects both Debtors             OWED TO CERTAIN SAFETY AND
                                           RELIABILITY, OUTAGE, AND
21  * All papers shall be filed in the Lead NUCLEAR FACILITY SUPPLIERS
    Case, No. 19-30088 (DM).
22                                         DATE:     February 27, 2019
23                                         TIME:     9:30 a.m.
                                           CTRM.:    17
24  _____/
25

26

27

28

---

In re Pacific Gas and Electric Company, Chapter 11 Case No. 19-30088
REFILED EXHIBITS "A" THROUGH "C" TO THE DECLARATION OF DARRELL WEIGHT IN SUPPORT OF
CONDITIONAL OBJECTION OF HOLT OF CALIFORNIA TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C.
§§ 105(a), 363(b), AND 503(b)(9) AND FED. R. BANKR. P. 6003 AND 6004 FOR INTERIM AND FINAL
AUTHORITY TO PAY PREPETITION OBLIGATIONS OWED

Case: 19-30088   Doc# 508-2   Filed: 02/20/19   Entered: 02/20/19 15:19:50   Page 1
                                   of 41                                    Page 1

Mark D. Poniatowski, Esq. (#123405)
Kimberly F. Leding, Esq. (#233618)
Meera T. Parikh, Esq. (#217996)
PONIATOWSKI LEDING PARIKH PC
20980 Redwood Road, Suite 200
Castro Valley, California 94546
Telephone: (510) 881-8700
Facsimile: (510) 881-8702

Attorneys for Creditor
Holt of California, a California corporation

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| In Re<br><br>PG&E CORPORATION,<br><br>Debtor.<br><br>Tax I.D. No. 94-3234914<br>_____/<br><br>In Re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtor.<br><br>Tax I.D. No. 94-0742640<br>_____/ | Chapter 11 Case No. 19-30089DM<br><br>EXHIBITS "A" THROUGH "C" TO THE DECLARATION OF DARRELL WEIGHT IN SUPPORT OF CONDITIONAL OBJECTION OF HOLT OF CALIFORNIA TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a), 363(b), AND 503(b)(9) AND FED. R. BANKR. P. 6003 AND 6004 FOR INTERIM AND FINAL AUTHORITY TO PAY PREPETITION OBLIGATIONS OWED TO CERTAIN SAFETY AND RELIABILITY, OUTAGE, AND NUCLEAR FACILITY SUPPLIERS<br><br>DATE:    January 31, 2019<br>TIME:    10:00 a.m.<br>DEPT.:   17 |

| Exhibit | Title | Pages |
|---|---|---|
| A | Master Rental Agreement | 2-36 |
| B | PG&E Scoring System Criteria | 37-38 |
| C | Summary of Aging of Total Amount Due to Holt | 39-40 |

In re Pacific Gas and Electric Company, Chapter 11 Case No. 19-30089
EXHIBITS "A" THROUGH "C" TO THE DECLARATION OF DARRELL WEIGHT IN SUPPORT OF
CONDITIONAL OBJECTION OF HOLT OF CALIFORNIA TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C.
§§ 105(a), 363(b), AND 503(b)(9) AND FED. R. BANKR. P. 6003 AND 6004 FOR INTERIM AND FINAL
AUTHORITY TO PAY PREPETITION OBLIGATIONS OWED

Page 1

Case: 19-30089   Doc# 302-2   Filed: 01/30/19   Entered: 01/30/19 18:00:20   Page 2 of 40

**EXHIBIT "A"**



# Contract Change Order

This is Change Order ("CO") No. 001 to Contract No. C5762 (4400010093) dated October 2, 2015 between the below-named Contractor ("Contractor"), Holt of California, and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105. Contractor shall perform all Work under this Contract, as amended by this Change Order, pursuant to and in accordance with the terms and conditions of the Contract.

| | | |
|---|---|---|
| **Contractor's Legal Name:** | Holt of California | **This Contract Change Order consists of** 2 **page(s).** |
| **Contractor's Address:** | 10000 Industrial Blvd. Roseville, CA 95678 | |

**Project Name:**

**Job Location:**     Various locations within PG&E's service Territory

**CHANGES: The Parties hereby modify the Contract referenced above as follows:**

In consideration of the recitals, and of the terms, covenants and conditions herein, the parties agree that Contract number 4400010093 dated **October 2, 2015** is amended as follows:

The Parties agree to extend the termination date from October 31, 2018 to January 30, 2019.

The Parties specifically agree that this Contract 4400010093 shall be deemed to have been in effect continuously and without interruption since the original effective date of **October 2, 2015**.

**ATTACHMENTS: The following are attached to this Contract Change Order and incorporated herein by this reference.**

| **PRICING CHANGES**: | Previous Total Contract Value: | $Sum of all purchase orders |
|---|---|---|
| | Addition or Deduction: | $0] |
| | Revised Total Contract Value: | $No change to contract value |

**All other terms and conditions of the Contract, as it may have been amended by previous Contract Change Order(s), if any, shall remain the same.**

**THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CONTRACT CHANGE ORDER.**

| **PACIFIC GAS AND ELECTRIC COMPANY** | | **CONTRACTOR: Holt of California** | |
|---|---|---|---|
| Signature | *Brendan Q. Kearney* DocuSigned by: C528654C5D9A449... | Signature | *Darrell Weight* DocuSigned by: 81C39EE92B4443A... |
| Name | Brendan Kearney | Name | Darrell Weight |
| Title | Portfolio Manager | Title | Operations manager |
| Date | 10/31/2018 | Date | 11/7/2018 |

62-4675 (12-1-08)                                    Sourcing

DocuSign Envelope ID: A61F127F-D00D-4098-B5F9-7E30314335C2



| ADMINISTRATION | | | |
|---|---|---|---|
| **PG&E Negotiator** | Richard Ho | **Contractor Representative** | |
| **Phone** | (415) 973-7678 | **Phone** | |
| **Email:** | rghj@pge.com | **Email:** | |
| **Accounting Reference** | | | |

| INTERNAL PG&E USE ONLY | | |
|---|---|---|
| **Distribution Date** | | |
| **Distribution of Copies** | ☐ Document Services (Signed Original Copy) Mail Code N5D 245 MARKET ST., SAN FRANCISCO | ☐ Contractor (Signed Original Copy) |
| | ☐ Work Supervisor | ☐ Manager |
| | ☐ Invoice Approver | ☐ Supervisor |
| | ☐ V.P. | ☐ Sourcing/ Purchasing |
| | ☐ Director | ☐ Law |

Case: 19-30088    Doc# 502-2    Filed: 02/20/19    Entered: 02/20/19 15:00:50    Page 5 of 40



**Rental Vehicles and Equipment**

<u>**SPECIFIC CONDITIONS**</u>
**TABLE OF CONTENTS**

# Contents

1.   DEFINITIONS _____ 2
2.   GENERAL _____ 2
3.   LOCATION OF WORK _____ 2
4.   SCOPE OF WORK _____ 3
5.   MAINTENANCE AND REPAIR _____ 4
6.   PRICING _____ 5
7.   [REBATE] _____ 6
8.   TRAINING _____ 6
9.   REPORTING _____ 6
10.  TERMS OF PAYMENT _____ 7
11.  REGULATORY COMPLIANCE _____ 9
12.  NOTIFICATION OF THE RENTAL OF REGULATED GOODS _____ 10
13.  TERM OF CONTRACT _____ 10
14.  WARRANTY: _____ 10
15.  INSPECTION _____ 11
16.  CONTINUOUS IMPROVEMENT _____ 11
17.  PRODUCT DELIVERY ASSURANCE _____ 12
18.  SUPPLIER DIVERSITY _____ 12
19.  CONTRACTOR WARRANTY _____ 12
20.  CONTACTS _____ 13
Attachment A _____ 14
Attachment B _____ 28
Attachment C _____ 29
Attachment D _____ 30

Case: 19-30088    Doc# 502-2    Filed: 02/20/19    Entered: 02/20/19 15:00:50    Page 6
of 41



1.    DEFINITIONS

   1.1.    The terms Change Order, Contractor or Supplier, Contract, Buyer, Goods, Rental Vehicles and Equipment, Hazardous Materials and Hazardous Waste, PG&E, Purchase Order, Specifications, Subcontract, Subcontractor, Work and other terms are defined in the General Conditions and shall have the meaning set forth therein.

2.    GENERAL

   2.1.    This Contract, including the Specific and General Conditions and each attachment, sets forth all of the terms and conditions pursuant to which PG&E and Contractor shall contract for the rental of vehicles, equipment, and other Goods from Contractor to PG&E. Contractor understands that PG&E intends to enter into multiple contracts with various entities for rental of vehicles and equipment and that PG&E may or may not place orders with Contractor for the rental thereof.

   2.2.    This Contract will be the only agreement between PG&E and Contractor relating to the subject matter hereof.  PG&E does not intend to enter into any separate agreements with Contractor for the rental of vehicles or equipment.  This Contract will supersede any of Contractor's forms for rental of vehicles or equipment.

   2.3.    This contract will prevail over any of Contractor's forms or documents for rental of vehicles or equipment.  Any Contractor purchase order terms, invoice terms or other forms shall have no effect.  PG&E may be asked to sign Contractor forms, which PG&E will sign only to confirm receipt of Rental Equipment and/or Vehicle and the condition of the Rental Equipment and/or Vehicle. PG&E may contact supplier to request a Rental Equipment and/or Vehicle.  If supplier has the requested rental available, PG&E shall issue an Authorization ID that will be used to track the rental equipment and allow the supplier to be able to Invoice PG&E.  The Authorization ID must be included on the invoice, otherwise Supplier will not be able to Invoice PG&E.

   2.4.    Should a conflict exist between the General Conditions and these Specific Conditions, the Specific Conditions shall control.  Should a conflict exist between the Specific Conditions or General Conditions and the Exhibits, the Specific Conditions or General Conditions shall control.  Should a conflict exist between the Contract and applicable federal, state or local law, rule, regulation, order or code, the law, rule, regulation, order or code shall control.  Varying degrees of stringency among the General Conditions, Specific Conditions, Exhibits, laws, rules, regulations, orders, or codes are not deemed conflicts and the most stringent requirement shall control.

3.    LOCATION OF WORK



3.1. PG&E's utility service territory is located in northern and central California. PG&E may need Rental Vehicles and Equipment for operation anywhere in the United States, but its primary need will be within its service territory and adjacent states. Supplier shall provide PG&E with a list of Supplier's service areas, including branch locations, rental yard locations and repair facilities.

3.2. The specific areas served by this Contract will be determined by PG&E. It is the responsibility of Contractor to submit updates to PG&E's Procurement Representative regarding Contractor's service areas, including branch locations, rental yard locations and repair facilities.

4. SCOPE OF WORK

4.1. Contractor <u>shall not deliver</u> any Rental Vehicles and Equipment to PG&E without a Rental Authorization ID, an approved number provided by PG&E to begin the rental transaction between supplier and PG&E. For Rental Vehicles and Equipment requested by PG&E after-hours or in emergency situations, both Contractor and PG&E's representative will adhere to Contractor's After Hours or Emergency Roadside Service Contact Information (see Section 20).

4.2. Rental transactions will be originated, only by PG&E Rental Central, via phone call, Email, Web service, fax, or at PG&E's sole option, in person, to a number or location specified by Contractor. A written confirmation of the Rental Central order form, if used, must be executed by Contractor and returned by mail, email or fax to the originating PG&E office within three (3) working days of PG&E's submission of the Purchase Order to Contractor.

4.3. At PG&E's request, Contractor shall deliver and/or pick up, without distance limitations Rental Vehicles and Equipment and Goods to or from the locations, based on date and time specified by PG&E's representative. In addition, PG&E may pick up and/or drop off rental equipment at contractor's site.

4.4. Contractor shall provide a full tank of fuel upon delivery of each Rental Vehicle and Equipment. PG&E's representative has the option to decline any Rental Vehicle and Equipment with less than a full tank of fuel. In the event any Rental Vehicle and Equipment is returned by PG&E to Contractor without a full tank of fuel, then Contractor may include fuel charges at Contractor's posted price (currently $8.75. Contractor will provide an annual rebate of 50% on all fuel purchases. The rebate will be paid in first quarter of the following year that the rebate was earned.

4.5. Vehicle Specific Requirements:

4.5.1. The following requirements, without limitation shall apply to any light duty vehicle rentals hereunder:

4.5.1.1. Contractor shall not substitute any all-wheel drive vehicles for any 4 wheel drive vehicles requested by PG&E without specific approval from the Transportation Services rental office.
4.5.1.2. All 4x4 vehicles that Contractor provides to PG&E shall have off-road, mud and snow rated tires.
4.5.1.3. All cargo vans that Contractor provides to PG&E shall have safety screens.
4.5.1.4. Specific requirements for medium and heavy duty vehicles will be provided by PG&E on a case by case basis.

Case: 19-30088    Doc# 502-2    Filed: 02/20/19    Entered: 02/20/19 15:00:50    Page 8
of 41



4.6.     Contractor shall use its best efforts to ensure Rental Vehicles and Equipment are available to meet PG&E's demand.

4.7.     If PG&E has rented a specific Rental Vehicle and Equipment for twelve (12) months or more, PG&E, in its sole discretion, may elect to purchase that Rental Vehicle and Equipment at a price and on terms that are mutually agreeable to both Parties.  Eighty percent (75%) of rental payments shall be deducted from the purchase price of the rental equipment.

4.8.     Unless expressly agreed in advance by PG&E, PG&E will not accept any Rental Vehicle and Equipment that is more than five (5) years old (from the date of manufacture).

4.9.     Early Rental Termination – If mutually agreed upon for each specific rental, rental periods that exceed the number of days in a breakdown rate (e.g. daily, weekly, monthly, six-month, or twelve-month), Contractor shall apply a prorated daily rate based off of the original breakdown rate.  For example, if a rental period for one month is $300 and PG&E terminates at 36 days, Contractor's invoice will be itemized showing rates at one-month and 6/30ths of a monthly rate ($60).  Total for 36 days shall equal $360.

4.10.    Re-rent - If Contractor is unable to fulfill a rental request from PG&E, Contractor will arrange a re-rent upon PG&E's request.  The administrative fee to PG&E for a re-rent unit is an additional five percent (5%) of the order of that Rental Vehicles and Equipment.  Contractor shall replace the re-rent unit with the Contractor's-owned unit that PG&E requested when the Contractor's-owned unit becomes available.  Contractor shall be responsible for all drive away charges incurred for delivering the Contractor's-owned unit and returning the re-rent unit.

4.11.    Replacement Units - Contractor shall contact PG&E to determine if replacement units are acceptable to PG&E.  If a replacement unit is acceptable to PG&E, PG&E and Contractor shall make arrangements to schedule the replacement.  If using a replacement unit is not acceptable to PG&E, Contractor and PG&E will seek an equitable solution.  Contractor shall be flexible regarding impact to PG&E and its services as a result of the need for, and use of, any required replacement units.

5.     MAINTENANCE AND REPAIR

Case: 19-30088    Doc# 502-2    Filed: 02/20/19    Entered: 02/20/19 15:00:50    Page 9
of 41



5.1.    Rental Vehicles and Equipment rented from Contractor may be critical to PG&E's ability to meet its obligation to provide safe, reliable gas and electric service to its customers.  Contractor shall be responsible for maintenance, repair and replacement, for any Rental Vehicles or Equipment.

5.2.    Contractor shall provide the following assistance during normal business hours at Contractor's expense:  If any Rental Vehicles and Equipment becomes inoperative or unsafe for any reason, or requires maintenance or repair, for assistance during normal business hours, PG&E's representative shall contact the originating rental yard location.  Contractor shall complete the repair or replacement within four (4) hours thereafter. If Contractor is unable to complete repairs within four (4) hours after notification, then PG&E may make emergency repairs at Contractor's expense upon notice to Contractor's rental yard location.

5.3.    Contractor shall provide Emergency Services to PG&E at Contractor's expense.  Emergency Service is accessed by a contact number listed in Section 20 for after hour emergencies.  After hours is defined as after 5PM and before 7AM Mon thru Fri and all day Sat and Sun.    In the event Contractor's Emergency Services fails to satisfy PG&E's requirements or fails to adequately provide the necessary repairs, as determined by PG&E and Contractor, then PG&E's representative shall be permitted to repair the Rental Vehicles and Equipment, and/or select and rent equal or equivalent vehicles and equipment, at Contractor's expense.  Contractor shall have a digital mobile radio capable of sending and receiving within Bands A4, B1, C0, D1, G2, H5, H6, H7 and K5 for emergency communications in case of a catastrophic event.

5.4.    Contractor will be responsible for disposal of fluids in accordance with all applicable federal, state and local laws, rules and regulations for fluids related to the maintenance or operation of the Rental Vehicles and Equipment.

5.5.    All Rental Vehicles and Equipment that Contractor rents to PG&E shall be properly maintained by Contractor as follows:

5.5.1. Routine and annual servicing as prescribed by the manufacturer, including all components and auxiliary equipment that are part of the rented unit. Copies of maintenance records shall be placed in the vehicle and with the equipment. During the rental period, Contractor will be responsible for and will pay for all repairs of the Rental Vehicles and Equipment, including the supply and installation of all parts, made necessary by Contractor's acts or omissions or normal wear and tear. In connection therewith, Contractor shall also pay for all freight, towing and storage charges.

6.  PRICING



6.1.    For the purposes of this Contract, (8 hours = 1 day, 40 hours = 1 week = 7 days, 160 hours = 1 month = 30 days).

6.2.    Rental rates as listed in the Final Pricing Spreadsheet attached hereto as **Attachment A** shall be firm for a period of 1 year.  During the term of the Contract, Pricing may be adjusted annually thereafter upon mutual acceptance between Contractor and PG&E.  If a rental is charged at a rate different than the Final Pricing Spreadsheet, the Contractor has five (5) days from notification of the difference, to issue a credit for the excess amount charged.

6.3.    The rates provided by Contractor shall include GPS/Telematics, wireless devices to transmit data on vehicle use, maintenance, GPS technology and other real time information, all maintenance and repair costs pursuant to Section 5 above, all applicable taxes (excluding sales and use taxes), and all license and registration fees.  Contractor shall bill any sales/use tax as a separate line item by vehicle/equipment on the rental agreement to PG&E.

6.4.    Purchase of tools shall be at a pricing structure of cost plus **10%.**

7.    [REBATE]

7.1    If applicable, as of the Effective Date, the Contract may include the rebate schedule attached hereto as **Attachment C** (the "Rebate Schedule"). PG&E's eligible Rental Revenues (as defined in the Rebate Schedule) achieved during the specified period. Rebate will be paid quarterly via check or annually with PG&E Sourcing prior approval.  In addition, all subcontractor spend shall qualify and will be added to the total spend for rebates as per the Rebate Schedule.

8.    TRAINING

8.1.    If training is required to ensure the proper use by PG&E of any of the Goods, Contractor will promptly provide such training to PG&E at Contractor's expense and at a PG&E or Contractor facility designated by PG&E.

8.2.    Contractor shall notify client of required training and provide training to PG&E to ensure full compliance with the requirements of OSHA Regulations Part 1910 applicable to all owners of these types of Rental Vehicles and Equipment.

9.    REPORTING

Case: 19-30088    Doc# 502-2    Filed: 02/20/19    Entered: 02/20/19 15:00:50    Page 10
of 41


9.1. In the event Rental Vehicles and Equipment needs to be replaced by another Rental Vehicles and Equipment and/or PG&E has a driver assignment change, the actual/original rental commencement date shall remain the same as long as it is a continual rental.

9.2. Contractor and PG&E shall communicate to each other any original rental reservation information changes including, but not limited to, vehicle replacement or changes in vehicle location or driver information.

9.3. Fuel reporting **by unit** must be provided through Telematics or manually.

9.4. Provide daily, weekly and monthly reporting through a data interface. If Supplier has a web based service for reconciliation/validation of data, access will be granted to PG&E. If a web based service is not available then manual electronic submission of the data is required. All equipment that is regulated by a state/federal entity must have the applicable data reported by one of the previous methods. Units that are found to be out of compliance, or if information is not provided, Supplier will provide credit equal to the then current daily rental rate until the unit is within compliance.

## 10. TERMS OF PAYMENT

10.1. GENERAL INFORMATION: Invoices submitted by Contractor to PG&E for payment must be in accordance with **Attachment D**. All timelines for payment of invoices specified herein shall run from the date a correct invoice is received by PG&E's Accounts Payable Department. All invoices submitted to and accepted by PG&E's Accounts Payable department by 6:00 PM on a business day are considered received that same day.

10.2. AUTHORIZATION ID: All authorized rentals will have a PG&E Authorization ID. No equipment may be purchased or rented from suppliers without an Authorization ID from PG&E.

10.3. COMPLETED WORK: Contractor shall submit invoices for completed Work accepted by PG&E, unless otherwise agreed.

10.4. All invoices must be submitted to the location stated in **Attachment D**, INVOICES SUBMITTED TO ANY OTHER OFFICE, LOCATION OR ADDRESS, INCLUDING A LOCAL PG&E OFFICE OR THE DEPARTMENT IN CHARGE OF THE WORK, ARE **NOT** CONSIDERED RECEIVED FOR PAYMENT PURPOSES. The discount and net due date timelines for invoice payment **DO NOT BEGIN** until the receiving location has forwarded a correct invoice to PG&E's Accounts Payable department and the invoice has been received and accepted.

10.5. PAYMENT: PG&E shall pay monthly in the amount of one hundred percent (100%) of the value of the Work satisfactorily completed during each month including extras, if any, within 45 days after receipt of a correct invoice by PG&E, subsequent to PG&E's acceptance of the Work. After receipt and approval of the Contractor's invoice, any remaining, uncontested balance shall be payable to Contractor within 45 days. Overtime hours shall be billed at 1.5x rates for labor unless otherwise agreed and limited to those hours for which the employee is actually compensated. Non-employees, such as Subcontractors and agency temporaries, shall not be billed as Contractor's employees. Contractor-furnished material shall be reimbursed at the Contractor's actual cost including transportation, less trade and cash discounts, plus the percentage fee quoted in Contractor's Proposal. Satisfactory evidence shall also be submitted to verify materials drawn from

Case: 19-30088   Doc# 502-2   Filed: 02/20/19   Entered: 02/20/19 16:00:50   Page 12
of 41



Contractor's stock, rental of Contractor's equipment, or other miscellaneous items of cost not otherwise verified. The unit cost and quantity of each item shall be shown on each invoice.

10.6.    Withholding Funds:  PG&E may retain payments due to Contractor for the following reasons:

10.6.1.    Discharge any delinquent accounts of Contractor for which liens or stop notices on PG&E's property have been or may be filed, and PG&E may at any time pay therefrom for Contractor's account by joint check or otherwise, such amounts as are admittedly due thereon.

10.6.2.    Funds will be withheld for Work deemed by PG&E as not meeting the requirements of this Contract. Provide funds to cover cost of property damage by Contractor to PG&E facilities. Expenses to cover damages shall be at Contractor's expense, and repairs shall meet with PG&E approval.

10.7.    All invoices shall be submitted in a timely manner. Invoices shall be submitted within 30 days after the end of the rental period. Invoices must also be submitted within 30 days once a rental is returned.



## 11. REGULATORY COMPLIANCE

11.1. All Rental Vehicles and Equipment rented by Contractor to PG&E shall meet all federal, state and local law, rules, and regulations, including, but not limited to, the following:

11.1.1. Valid California registration shall be maintained at all times. Out-of-state apportioned plates are acceptable if "Ca." is indicated on the apportioned tag.

11.1.2. All vehicles over 10,000 lbs. Gross Vehicle Weight Rating (GVWR), shall have Contractor's carrier identification number affixed to each side of the vehicle as set forth in section 34507.5 of the California Vehicle Code. Contractor's identification number may be issued by the Interstate Commerce Commission (ICC), California Public Utilities Commission (CPUC), or Department Of Transportation (DOT).

11.1.3. If the vehicle is scheduled to be on rent for 30 days or less, the contractor's carrier identification number and name or trademark shall be affixed to each side of the vehicle as set forth in section 34507.5 of the California Vehicle Code prior to delivery.

11.1.4. If the vehicle is scheduled to be on rent for 30 days or less, but is extended to be on rent for more than 30 days, PG&E shall affix PG&E's carrier identification number and trademark to each side of the vehicle as set forth in section 34507.5 of the California Vehicle Code. The installation shall take place in the field at a location selected by PG&E.

11.1.5. If the vendor is not a motor carrier, PG&E's carrier identification number and trademark shall be affixed to each side of the vehicle as set forth in section 34507.5 of the California Vehicle Code prior to delivery.

11.1.6. If the vehicle is scheduled to be on rent for more than 30 days, PG&E's carrier identification number and trademark shall be affixed to each side of the vehicle as set forth in section 34507.5 of the California Vehicle Code prior to delivery.

11.1.7. Records of decal installation shall be maintained by Contractor.

11.1.8. Biennial Inspection of Terminals (BIT) regulated vehicles (as defined under California Vehicle Code section 34500), shall have a BIT inspection performed every ninety (90) days. PG&E also requires a BIT inspection on all trucks that are greater or equal to 16,000 pounds gross vehicle weight rating with a tow hitch and all trailers equipped with a pintle eye.

11.1.9. Records of BIT inspections shall be maintained by Contractor. A copy of the most recent BIT inspection shall be maintained on the unit.

11.1.10. Ninety (90) day BIT compliance decals must be affixed by Contractor to the exterior of the driver's side door on all BIT regulated vehicles, and street side of the tongue on trailers. The date on the inspection must be posted on the decal immediately after completing each inspection.

11.1.11. Periodic inspections shall be performed by Contractor on all aerial lifts, cranes, and digger derricks in accordance with Cal/OSHA Title 8, Article 100 - Section 5031 and Article 24 - Section 3640. PG&E requires periodic inspections every ninety (90) days or less.

11.1.12. Records of BIT inspections shall be maintained by Contractor.

11.1.13. A copy of the most recent periodic inspection shall be maintained on the unit.

11.1.14. Cranes and derricks that have a rated lifting capacity exceeding 6,000 lbs. shall have a Cal/OSHA crane certification. Plate V forms are to be placed in the vehicle and crane certification stickers affixed to the boom. Testing and certification shall be performed by a third party in accordance with California Labor Code Section7375(c) (manuals shall be provided in vehicle)

11.1.15. Records of crane inspections shall be maintained by Contractor.

11.1.16. A copy of the most recent periodic and quadrennial crane inspections shall be maintained on the unit.

11.1.17. Di-electric certifications shall be maintained by Contractor on all insulated booms and performed in accordance with ANSI A92.2-2009 and the PG&E Di-electric Testing Manual.

11.1.18. All diesel vehicles shall meet the requirements of the Smog Check and Smoke Opacity as per CCR Title 13, 2192.

Case: 19-30088   Doc# 502-2   Filed: 02/20/19   Entered: 02/20/19 15:00:50   Page 14 of 41



11.1.19. Records of opacity inspections shall be maintained by Contractor.

11.1.20. A copy of the most recent opacity inspection shall be maintained on the unit.

11.1.21. PG&E reserves the right to perform onsite record audits. These inspections records include, but are not limited to:

11.1.22. Department of Transportation CFR Title 49

11.1.23. California Code of Regulations CCR Title 13 (CHP, DMV & ARB)

11.1.24. California Code of Regulations CCR Title 8 (OSHA)

11.1.25. Contractor shall be responsible for, and shall pay, all applicable licenses, registrations, permits, and other certificates required for lawful operation, placement or use of the Rental Vehicles and Equipment.

11.1.26. Upon request, all most recent inspection records shall be submitted to PG&E Rental Central via Email, Web service or fax


12. NOTIFICATION OF THE RENTAL OF REGULATED GOODS

12.1     All regulated Goods (over 26,000 lbs. GVW), vehicles with a boom or derrick, tracked equipment or other specialized use equipment requested by PG&E shall be reported by Contractor to PG&E's Rental Central office **(by email to rentals@pge.com, or by phone to 530-757-5959)** before they are delivered to the job site or PG&E location.  Information required to be included in Contractor's report includes Contractor's name, phone number, name and phone number of the PG&E representative requesting the rental, delivery location, type of Rental Vehicles and Equipment being rented, vehicle ID number and delivery date.  PG&E at its discretion may elect to inspect the Rental Vehicles and Equipment prior to delivery.


13. TERM OF CONTRACT

13.1.     Unless otherwise agreed upon by PG&E and Contractor, or unless terminated earlier in accordance with the terms and conditions of this Contract, the term of this Contract shall be for a period of three (3) year, commencing on the date it is executed by both parties.  PG&E may extend this Contract for two (2) additional one year periods upon the mutual written agreement of Contractor and PG&E pursuant to a Change Order.  PG&E shall give notice to Contractor of its intention to extend the Contract term for one additional year no later than thirty (30) days prior to the expiration of the then-current Contract period.

13.2.     If Contractor receives notice that PG&E intends to extend the Contract term, Contractor and PG&E shall negotiate and update the Pricing Spreadsheet with adjusted rates for the option year. Adjusted rates will automatically go into effect upon the effective date of the extension term unless PG&E notifies Contractor that it wishes to rescind its notice of intention to extend.


14. WARRANTY:

Case: 19-30088   Doc# 502-2   Filed: 02/20/19   Entered: 02/20/19 15:00:50   Page 15 of 41



14.1. Contractor warrants that the Rental Vehicles and Equipment, and all parts thereof furnished by Contractor, shall be of the kind and quality described in the rate schedule, and shall, if operated properly by PG&E, perform in accordance with the manufacturers' specifications. These warranties shall not be negated by PG&E's examination or acceptance of the Rental Vehicles and Equipment.

15. INSPECTION

15.1. Apart from any inspections required under Section 11 and 12 above, the inspection of Rental Vehicles and Equipment will be made at the time of delivery and return, and will be performed by PG&E and Contractor. PG&E reserves the right to reject any defective or nonconforming Rental Vehicles and Equipment.

16. CONTINUOUS IMPROVEMENT

16.1. PG&E intends to track and rate Contractor on continuous improvement measures, including but not limited to the following:

16.1.1. Customer service, to include, but not be limited to, phone professionalism, providing Rental Vehicles and Equipment that are clean, safe and reliable, obtaining accurate credit card and PCC data, fuel level, and OSHA and BIT requirements.

16.1.2. Timely transportation, both delivery and pick up as specified by PG&E's representative, for all Rental Vehicles and Equipment throughout PG&E's service territory.

16.1.3. Timely response to requests for Emergency Roadside Assistance, including adherence to Contractor's standard maintenance processes.

16.1.4. Accuracy, completeness and on-time submittal of Rental Activity Reports and Subcontracting Reports.

16.1.5. Accuracy in rental rates in accordance with the Pricing Spreadsheet attached hereto as **Attachment A**.

16.2. Service Level Agreement (SLA) and Scorecard: In order to evaluate Contractor performance under this Contract and to drive continuous improvement, PG&E requires that Contractor agree to an SLA describing the specific performance requirements of Contractor and a performance scorecard tracking Contractor's performance of these requirements. The SLA Matrix is attached hereto as **Attachment B**.

16.3. Both PG&E and Contractor agree to pursue continuous improvement. To accomplish this, critical service levels, key measurements, new performance categories (each a "Continuous Improvement Measure") may be modified, added, or substituted by PG&E during the term of this Contract, in order to achieve a fair, accurate, and consistent measurement of Contractor's performance of the Work.



16.4.    Unless otherwise specified, Contractor's performance against each Continuous Improvement Measure and SLA deliverable or requirement shall be measured and reported to PG&E on a quarterly or as-needed basis. Contractor shall provide to PG&E, as part of Contractor's performance reports, a set of hard- and soft-copy reports to verify Contractor's performance under, and compliance with, this Contract.

17. PRODUCT DELIVERY ASSURANCE

17.1.    Contractor capacity constraints shall not affect Contractor's ability to meet PG&E's requirements. In the event of an inventory or production capacity problem at Contractor's or its Subcontractor's facilities, Contractor shall give priority to fulfilling its contractual obligations to PG&E.

18. SUPPLIER DIVERSITY

18.1.    Contractor shall submit to PG&E a quarterly report on Contractor's direct and indirect spend with diverse suppliers in PG&E's SDMS program.

19. CONTRACTOR WARRANTY

19.1.    Contractor warrants that all work performed hereunder shall be performed in a safe, dependable, and courteous manner.



20. CONTACTS

20.1.    Contacts for information pertaining to this Contract are as listed below:

**PG&E Supply Chain Operations Department** (Contract Administration)

Christopher Hagan                    Richard Ho

245 Market Street, M/S N5D          245 Market Street, M/S N5D

San Francisco, CA  94105            San Francisco, CA  94105


Christopher.Hagan@pge.com           Richard.Ho@pge.com


**PG&E Rental Central** (Rental Vehicles and Equipment Liaison)

Rory Parks

3401 Crow Canyon Rd

San Ramon, CA 94583

415-973-3692

rory.parks@pge.com

**Supplier Contact**

Name Darrell Weight

Street Address 10,000 Industrial blvd

City, State Zip Code Roseville CA, 95678

Telephone 530-682-7583

Email DWEIGHT@HOLTCA.COM

Emergency Contact Telephone 530-682-7583



Attachment A

Rate Schedule

| ID | PGE Description | PGE Rate Class Code | Holt New Bid Daily Rate (1 Day) | Holt New Bid Weekly Rate (7 Days) | Holt New Bid Monthly Rate (30 Days) | Holt New Bid 6 Month Rate (180 Days) | Holt New Bid 12 month Rate (360 Days) |
|---|---|---|---|---|---|---|---|
| 1 | TROUBLE/AERIAL 30'-49'-4X4 | 12907 | | | | | |
| 2 | VACUUM SYSTEM LG W/BOOM 1200 GAL | 12979 | | | | | |
| 3 | LIGHT TOWER TOWABLE SMALL | 4000 | | | | | |
| 4 | PICKUP 1/2 TON 4X4 EXT CAB GAS | 12507 | | | | | |
| 5 | TRUCK DUMP 10-14 YARD CLASS A | 12562 | | | | | |
| 6 | MINI EXCAVATOR 7400-9199# | 9638 | | | | | |
| 7 | PICKUP 1/2 TON 4X4 CREW CAB GAS | 12503 | | | | | |
| 8 | MATERIAL HANDLER 90'-109'-6X6 | 12915 | | | | | |
| 9 | FORKLIFT VARIABLE REACH 5000# 16-20' | 1786 | | | | | |
| 10 | GENERATOR 280-319 KW | 1869 | | | | | |
| 11 | TRUCK WATER 4000-4999 GALLON | 12571 | | | | | |
| 12 | GENERATOR 400-479 KW | 1876 | | | | | |
| 13 | ROCK SAW TRACK RUBBER TIRE | 12992 | | | | | |
| 14 | EXCAVATOR 50000-55900# REDUCED TAIL SWG | 9445 | | | | | |
| 15 | BOOM 40-50' ARTICULATING | 3898 | | | | | |
| 17 | DIRECTIONAL DRILL 1250' | 12988 | | | | | |
| 18 | TRUCK, CRANE 28 TON TELESCOPIC 6X4 | 12966 | | | | | |
| 19 | PICKUP 1/2 TON 4X2 EXT CAB GAS | 12505 | | | | | |

Case: 19-30088   Doc# 502-2   Filed: 02/20/19   Entered: 02/20/19 15:00:50   Page 19 of 41



| | | |
|---|---|---|
| 20 | FORKLIFT VARIABLE REACH 10000# 50' & UP | 1801 |
| 21 | SUV MIDSIZE 4X4 | 12487 |
| 22 | PICKUP 1/2 TON 4X2 CREW CAB GAS | 12502 |
| 23 | PULLER SINGLE DRUM 7,500 TO 9,999 LB | 12933 |
| 24 | PICKUP 1/2 TON 4X2 STD CAB GAS | 12504 |
| 25 | BOOM 60-64' ARTICULATING | 3911 |
| 26 | MINI EXCAVATOR 6000-6799# | 9636 |
| 27 | PICKUP 1/2 TON 4X4 STD CAB GAS | 12506 |
| 29 | BOOM 76-80' ARTICULATING | 3920 |
| 30 | EASEMENT MACHINE 5,000 LB | 13125 |
| 31 | SIDEBOOM CRAWLER CAT PL61 | 12903 |
| 32 | PICKUP 3/4 TON 4X4 STD CAB GAS | 12509 |
| 33 | DIRECTIONAL DRILL 1500' | 12989 |
| 34 | FORKLIFT VARIABLE REACH 12000# 55' & UP | 1802 |
| 35 | MATERIAL HANDLER 50'-69'-4X4 | 12909 |
| 36 | GENERATOR 55-64 KW | 1843 |
| 37 | TRUCK FLATBED/STAKEBED 4X2 12' WITH LIFT GATE | 12540 |
| 38 | GENERATOR 200-239 KW | 1863 |
| 39 | MOBILE OFFICE TRAILER 24 X 60 | 13051 |
| 40 | GENERATOR 95-104 KW | 1851 |
| 41 | BACKHOE/LOADER COMPACT 18" BUCKET | 9170 |
| 42 | GENERATOR 65-74 KW | 1845 |



| 43 | EXCAVATOR BREAKER 500-1000# | 9555 |
|---|---|---|
| 44 | TRUCK WATER 2000-2999 GALLON | 12569 |
| 45 | EXCAVATOR 70000-79000# | 9456 |
| 46 | PICKUP 1/4 TON 4X4 EXT CAB GAS | 12496 |
| 47 | GENERATOR 1760-2000 KW | 1902 |
| 49 | TRUCK DUMP 3 YARD | 12557 |
| 50 | CAR FULL SIZE | 12896 |
| 51 | VACUUM TRAILER 751-1000 GALLON | 12573 |
| 52 | VAN CUTAWAY | 12930 |
| 53 | FORKLIFT VARIABLE REACH 6000# 35-39' | 1789 |
| 54 | FORKLIFT VARIABLE REACH 8000# 40-49' | 1795 |
| 55 | TRUCK FLATBED/STAKEBED 4X2 14' | 12542 |
| 56 | COMPRESSOR 175-195 CFM | 86 |
| 57 | PICKUP 3/4 TON 4X4 CREW CAB DIESEL | 13225 |
| 58 | EASEMENT MACHINE 6,000 LB | 13126 |
| 59 | SUV LARGE 4X4 | 12489 |
| 60 | CONTAINER STORAGE 8 X 20 | 9772 |
| 62 | CAR INTERMEDIATE | 12891 |
| 63 | PICKUP 3/4 TON 4X4 EXT CAB DIESEL | 13224 |
| 64 | GENERATOR 150-174 KW TIER 4 | 1860 |
| 65 | TRAILER EQUIPMENT DOUBLE AXLE SPECIAL | 9806 |
| 66 | TRUCK UTILITY SERVICE BODY 4X4 - FORD F250 | 13000 |
| 67 | SUV MIDSIZE 4X2 | 12486 |
| 68 | GENERATOR 150-174 KW | 1859 |
| 69 | VACUUM SYSTEM LG | 12976 |



| | | |
|---|---|---|
| | 500 GAL | |
| 70 | MOBILE OFFICE TRAILER 10 X 32 | 13025 |
| 71 | PICKUP 3/4 TON 4X4 EXT CAB GAS | 12511 |
| 72 | PICKUP 3/4 TON 4X4 STD CAB DIESEL | 13223 |
| 73 | CRANE 18 TON TRUCK MOUNTED | 666 |
| 74 | TRUCK, CRANE 33 TON & OVER TELESCOPIC REMOTE/PLATFORM 6X4 | 12969 |
| 75 | BACKHOE/LOADER OVER 105HP 4WD EXT-A-HOE | 9181 |
| 76 | MINI EXCAVATOR 15000-19999# | 9643 |
| 77 | TRUCK DUMP 5 YARD CLASS B | 12559 |
| 78 | FORKLIFT WHSE 35000-49999# PNEUMATIC | 1766 |
| 79 | FORKLIFT VARIABLE REACH 9000# 30-45' | 1796 |
| 80 | LOADER WHEEL 4.0 CUBIC YARD | 9394 |
| 81 | TRUCK DUMP 5 YARD CLASS C | 12558 |
| 82 | PICKUP 1 TON 4X4 CREW CAB DIESEL | 13231 |
| 83 | MINI EXCAVATOR 10000-13999# | 9641 |
| 84 | PICKUP 1/4 TON 4X4 STD CAB GAS | 12495 |
| 85 | GENERATOR 200-239 KW TIER 4 | 1865 |
| 86 | EXCAVATOR 43000-49999# | 9443 |
| 87 | MATERIAL HANDLER 70'-89'-6X6 | 12913 |
| 88 | PICKUP 1/4 TON 4X2 STD CAB GAS | 12494 |

Case: 19-30088    Doc# 502-2    Filed: 02/20/19    Entered: 02/20/19 15:00:50    Page 22
of 41



| | | |
|---|---|---|
| 89 | TRUCK FLATBED/STAKEBED 4X2 12' | 12538 |
| 90 | BACKHOE BREAKER | 9205 |
| 91 | EXCAVATOR 50000-55999# | 9446 |
| 92 | CRANE 30 TON | 654 |
| 93 | BACKHOE/LOADER 91-104HP 4WD EXT-A-HOE | 9177 |
| 94 | EXCAVATOR 30000-34999# | 9437 |
| 95 | GENERATOR 480-559 KW TIER 4 | 1881 |
| 96 | BOOM 65-70' TELESCOPIC | 3917 |
| 97 | SUV COMPACT 4X2 | 12485 |
| 98 | CRANE 30 TON TRUCK MOUNTED | 672 |
| 99 | TRAILER EQUIPMENT TANDEM AXLE | 9805 |
| 100 | SWEEPER RIDE ON 8' WINDROW THREE WHEEL | 7167 |
| 101 | TRUCK, CRANE 30 TON TELESCOPIC REMOTE/PLATFORM 6X4 | 12968 |
| 102 | MINI EXCAVATOR BUCKET 12" | 9674 |
| 103 | MINI EXCAVATOR 10000-13999# REDUCED TAIL | 9642 |
| 105 | GENERATOR 800-959 KW | 1887 |
| 106 | TRUCK FLATBED/STAKEBED 4X2 14' WITH LIFT GATE | 12543 |
| 107 | SKID STEER LOADER 1351-1699# | 9230 |
| 108 | MINI VAN 7 PASSENGER | 12900 |
| 109 | FORKLIFT WHSE | 1755 |



| | 10000-12500# DIESEL | |
|---|---|---|
| 110 | CRANE 35 TON TRUCK MOUNTED | 677 |
| 111 | MOBILE OFFICE TRAILER 36 X 60 | 13054 |
| 112 | MATERIAL HANDLER 130' & OVER-6X6 | 12919 |
| 113 | MINI EXCAVATOR 6800-7399# | 9637 |
| 114 | TRAILER WATER TANK 500 GALLON | 9887 |
| 115 | BACKHOE VIBRATORY PLATE COMPACTOR | 9207 |
| 116 | SKID STEER TRACK LOADER 2000-2399# | 9242 |
| 117 | FORKLIFT WHSE 5000# GAS/LP | 1729 |
| 118 | CRANE, RT 30 TON 130'-149' 4X4 | 12949 |
| 119 | SKID STEER LOADER 2001-2599# | 9234 |
| 120 | MOTORGRADER 135HP 14' BLADE | 9151 |
| 121 | CRANE 17 TON TRUCK MOUNTED | 665 |
| 122 | EXCAVATOR 90000-99999# | 9459 |
| 123 | UTILITY VEHICLE 4X4 WITH CAB | 12614 |
| 124 | FORKLIFT WHSE 15000# | 1761 |
| 125 | GENERATOR 960-1119 KW | 1891 |
| 126 | PICKUP 1 TON 4X2 STD CAB | 13247 |
| 127 | CRANE, RT 55 TON 165'-174' 4X4 | 13333 |
| 128 | LIGHT STAND 4 X 500W QUARTZ | 3957 |
| 129 | BOOM 37-44' TELESCOPIC | 3900 |
| 130 | SKID STEER PLANER ATTACHMENT | 9287 |
| 131 | MOBILE OFFICE TRAILER 10 X 40 | 13029 |
| 132 | LOADER WHEEL 2.5- | 9388 |

Case: 19-30088    Doc# 502-2    Filed: 02/20/19    Entered: 02/20/19 15:00:50    Page 24 of 41



| | 2.9 CUBIC YARD | |
|---|---|---|
| 133 | SUV COMPACT 4X4 | 13108 |
| 135 | GENERATOR 35-39 KW | 1837 |
| 136 | EXCAVATOR 74000-79000# LONG REACH | 9458 |
| 137 | CONTAINER STORAGE 8 X 40 | 9774 |
| 138 | COMPRESSOR 350-450 CFM 150 PSI | 93 |
| 139 | MOBILE OFFICE TRAILER 10 X 24 | 13023 |
| 140 | SKID STEER TRACK LOADER 2400-2999# | 9243 |
| 141 | BACKHOE/LOADER 60-90HP 4WD EXT-A-HOE | 9175 |
| 142 | MINI EXCAVATOR BUCKET 18" | 9678 |
| 143 | MINI EXCAVATOR BREAKER | 9694 |
| 144 | CRAWLER CARRIER 95-115HP | 9154 |
| 145 | SKID STEER/MINI EXCAVATOR BREAKER | 9294 |
| 146 | PULLER FOUR DRUM 3,500 TO 3,999 LB | 12940 |
| 148 | SKID STEER LOADER 2600# AND OVER | 9235 |
| 149 | SKID STEER LOADER 1700-1899# | 9231 |
| 150 | LOADER LANDSCAPER 4WD | 9400 |
| 151 | DOZER STANDARD TRACK 90-95HP | 9605 |
| 152 | BOOM 55-60' BUCKET TRUCK | 3874 |
| 153 | MOTORGRADER 150HP 14' BLADE | 9152 |
| 154 | TAMPER RAMMER AIR | 266 |
| 155 | MATERIAL HANDLER 90'-109'-6X4 | 12914 |
| 156 | PICKUP 1/4 TON 4X2 EXT CAB GAS | 13330 |
| 157 | CRANE 25 TON TRUCK MOUNTED | 669 |
| 158 | EXCAVATOR 19000# | 9433 |

Case: 19-30088   Doc# 502-2   Filed: 02/20/19   Entered: 02/20/19 15:00:50   Page 25 of 41



| | ZERO TAIL SWING | |
|---|---|---|
| 159 | PICKUP 3/4 TON 4X4 CREW CAB GAS | 12514 |
| 160 | MATERIAL HANDLER 70'-89'-4X4 | 12911 |
| 161 | BOOM 84-86' TELESCOPIC 4WD | 3923 |
| 163 | BACKHOE BUCKET 18" | 9187 |
| 164 | GENERATOR 20-24 KW | 1831 |
| 165 | BACKHOE BUCKET 24" | 9190 |
| 166 | BOOM 30-33' ARTICULATING DC | 3893 |
| 167 | CRANE 15 TON INDUSTRIAL | 674 |
| 168 | LOADER WHEEL 3.0-3.4 CUBIC YARD | 9389 |
| 169 | EXCAVATOR 30000-34999# ZERO TAIL SWING | 9438 |
| 170 | AIR HOSE 3/4" X 50' | 284 |
| 171 | FORKLIFT WHSE 20000-22499# PNEUMATIC | 1763 |
| 172 | MESSAGE BOARD SOLAR | 5896 |
| 173 | MOBILE OFFICE TRAILER 8 X 16 | 13018 |
| 174 | FORKLIFT ROUGH TERRAIN 6000# 21-29' | 1775 |
| 175 | TRUCK FLATBED/STAKEBED 4X2 22' WITH LIFT GATE | 12550 |
| 176 | OFFICE STEPS | 13061 |
| 177 | UTILITY VEHICLE 4X4 DIESEL | 12611 |
| 178 | TRAILER TILT 7' X 16' TANDEM AXLE | 9783 |
| 179 | SUV LARGE 4X2 | 12488 |
| 180 | ROLLER 80-89" VIB SINGLE DRUM SMOOTH | 609 |
| 181 | SUV EXTRA LARGE 4X4 | 13110 |
| 182 | PICKUP 1 TON 4X4 CREW CAB GAS | 12501 |

Case: 19-30088   Doc# 502-2   Filed: 02/20/19   Entered: 02/20/19 15:00:50   Page 26 of 41



| 183 | GENERATOR 105-119 KW | 1853 |
|-----|------------------------|-------|
| 184 | BOOM 60-64' TELESCOPIC | 3913 |
| 185 | BOOM 76-80' TELESCOPIC | 3921 |
| 186 | MOBILE OFFICE TRAILER 12 X 32 | 13035 |
| 187 | EXCAVATOR 100000-109999# | 9461 |
| 188 | FORKLIFT WHSE 6000# GAS/LP | 1741 |
| 189 | SCISSOR LIFT 19' ELECTRIC | 3833 |
| 190 | BOOM 34-40' BUCKET TRUCK | 3870 |
| 191 | TRAILER RAMP 10-25 TON | 9801 |
| 192 | TRUCK, CRANE 26 TON TELESCOPIC REMOTE/PLATFORM 6X4 | 12965 |
| 193 | PULLER 40,000 LB & OVER WITH REEL | 12946 |
| 194 | ROLLER 24-33" WALKBEHIND PAD | 597 |
| 195 | COMPRESSOR 350-395 CFM DIESEL | 94 |
| 196 | TRUCK, CRANE 26 TON TELESCOPIC 6X4 | 12964 |
| 197 | ROLLER 61-70" VIB SINGLE DRUM PAD | 606 |
| 198 | VACUUM TRAILER 400-750 GALLON | 12572 |
| 199 | RAMMER MEDIUM 2400-2800 LBS/BLOW | 573 |
| 200 | FORKLIFT WHSE 13000-20000# CONST PNEU | 1769 |
| 201 | BOOM 120' TELESCOPIC 4WD | 3932 |
| 202 | DOZER STANDARD TRACK 186-205HP | 9613 |
| 203 | MOBILE OFFICE TRAILER 8 X 20 | 13019 |



| 204 | MATERIAL HANDLER 50'-69'-4X2 | 12908 |
|-----|------------------------------|-------|
| 205 | BOOM 135' ARTICULATING IC 4WD | 3935 |
| 206 | BARRIER WALL 20' CONCRETE | 5969 |
| 207 | MINI EXCAVATOR BUCKET 24" | 9680 |
| 208 | WINCH TRUCK | 12575 |
| 209 | TRUCK WATER 3000-3999 GALLON | 12570 |
| 210 | CAR STANDARD | 12892 |
| 211 | MOBILE OFFICE TRAILER 12 X 40 | 13036 |
| 212 | GENERATOR 135-149 KW | 1857 |
| 213 | VAN 15 PASSENGER 4X4 | 12591 |
| 214 | LOADER WHEEL 5.0-5.9 CUBIC YARD | 9395 |
| 215 | TRAILER ENCLOSED 6' X 12' | 9844 |
| 216 | TRAILER EQUIPMENT DOUBLE AXLE 10 TON | 9817 |
| 217 | MOBILE OFFICE TRAILER 24 X 40 | 13050 |
| 218 | MOBILE OFFICE TRAILER 8 X 24 | 13020 |
| 219 | EXCAVATOR BUCKET 24" | 9464 |
| 220 | SKID STEER BUCKET 60" TOOTH | 9253 |
| 221 | FORKLIFT ROUGH TERRAIN 8000# 15-22' 4WD | 1777 |
| 222 | SKID STEER BUCKET 60" SMOOTH | 9254 |
| 223 | RAMMER LARGE 2900-3600 LBS/BLOW | 574 |
| 224 | FORKLIFT WHSE 5000# PNEUMATIC | 1732 |
| 226 | BOOM 40-46' TELESCOPIC LARGE PLATFORM | 3901 |
| 227 | CRANE, RT 50 TON 160'-169' 4X4 | 12952 |

Case: 19-30088   Doc# 502-2   Filed: 02/20/19   Entered: 02/20/19 15:00:50   Page 28 of 41



| 228 | UTILITY VEHICLE ELECTRIC | 12621 |
|---|---|---|
| 229 | TRUCK, CRANE 28 TON TELESCOPIC REMOTE/PLATFORM 6X4 | 12967 |
| 230 | CRANE MATS/BASE MATS | 13331 |
| 231 | TRAILER FLATBED 40' | 9824 |
| 232 | MOBILE OFFICE TRAILER 48 X 60 | 13057 |
| 233 | TRUCK, CRANE 20 TON TELESCOPIC 6X4 | 12962 |
| 234 | EXCAVATOR 25000-29999# | 9435 |
| 235 | EXCAVATOR BUCKET 18" | 9463 |
| 236 | BOOM 43-46' ARTICULATING ELECTRIC | 3905 |
| 237 | WELDER ARC 500 AMP GAS/DIESEL | 12715 |
| 238 | VAN 15 PASSENGER | 12590 |
| 239 | FORKLIFT VARIABLE REACH 6000# 40-49' | 1790 |
| 240 | TRAILER TILT 7' X 18' TANDEM AXLE | 9784 |
| 241 | OFFICE SECURITY DOOR BARS | 13064 |
| 242 | UTILITY VEHICLE 4X4 GAS | 12612 |
| 243 | TRAILER FLATBED TILT 5 TON | 13252 |
| 244 | FORKLIFT VARIABLE REACH 7000# 38-44' | 1792 |
| 245 | FORKLIFT ROUGH TERRAIN 8000# 22-30' | 1778 |
| 246 | BACKHOE 18" COMPACTION WHEEL | 9211 |
| 247 | CONTAINER STORAGE 8 X 10 | 9771 |
| 248 | TANK WATER POLY 500 GALLON | 9897 |
| 249 | MOBILE OFFICE TRAILER 12 X 60 | 13044 |
| 250 | FORKLIFT WHSE 6000# | 1743 |



| | | |
|---|---|---|
| | DIESEL | |
| 252 | SCISSOR LIFT 36-49' IC 4WD | 3863 |
| 253 | VIB PLATE REVERSIBLE XL 13000# IMPACT | 591 |
| 254 | CROSSOVER FULLSIZE | 13111 |
| 255 | EXCAVATOR BREAKER 1500-2000# | 9557 |
| 256 | MINI EXCAVATOR 5000-5999# | 9635 |
| 257 | CHAIN HOIST AIR 75000LB | 2871 |
| 258 | ARROW BOARD SOLAR | 5893 |
| 259 | MINI EXCAVATOR 4000-4999# | 9634 |
| 260 | LOADER WHEEL 3.5-3.9 CUBIC YARD | 9393 |
| 261 | GENERATOR 45-54 KW | 1841 |
| 263 | FORKLIFT WHSE 5000# DIESEL | 1731 |
| 264 | SKID STEER TRACK LOADER 1700-1999# | 9241 |
| 266 | SKID STEER ANGLE BROOM | 9312 |
| 267 | BOOM 135' TELESCOPIC WITH JIB 4WD | 3934 |
| 268 | MOBILE OFFICE TRAILER 24 X 64 | 13052 |
| 269 | MINI EXCAVATOR 3000-3999# | 9632 |
| 270 | WELDER ARC 300 AMP GAS/DIESEL TOWABLE | 12702 |
| 271 | LOADER WHEEL 2.0-2.4 CUBIC YARD | 9387 |
| 272 | MOBILE OFFICE TRAILER 8 X 28 | 13021 |
| 273 | EXCAVATOR 35000-39999# | 9440 |
| 274 | TRUCK FLATBED/STAKEBED 4X4 12' | 13270 |
| 275 | ROLLER 80-89" VIB SINGLE DRUM PAD | 608 |
| 276 | VIB PLATE REVERSIBLE LARGE 9000# IMPACT | 589 |



| 277 | SKID STEER BUCKET 68" SMOOTH | 9252 |
|-----|------------------------------|------|
| 278 | SWEEPER 8' PRESSURIZED CAB | 7169 |
| 279 | SKID STEER BUCKET 48" TOOTH | 9250 |
| 280 | SKID STEER TRACK LOADER WALKBEHIND | 9237 |
| 281 | EXCAVATOR COMPACTION WHEEL 24" | 9572 |
| 283 | MOBILE OFFICE TRAILER 10 X 30 | 13024 |
| 284 | CLAY SPADE 1" X 4 1/4" | 386 |
| 285 | BACKHOE 24" COMPACTION WHEEL | 9212 |
| 286 | CABLE 4/0 X 50' | 2117 |

**OTHER RATES/FEES**

| Item | PGE RCC | Notes |
|------|---------|-------|
| MISCELLANEOUS BULK INVENTORY EQUIPMENT | 12888 | Need better detail of bulk. Would this be bkt teeth, cutting edges, steel for pneumatic hammer, etc. |
| MISC FURNITURE | 13099 | n/a |
| HAND WASH SERVICE | 13119 | n/a |
| RENTAL DELIVERY | 13258 | 1ton delivery is $85 within 50 miles, over 50 miles $85 per hr. Transport legal load $150 Delivery within 50 mile, over 50 miles $150 per hr. Extra legal load will be billed @ $130 per hr plus any applicable permits and pilots. Delivery does not include bridge tolls |
| RENTAL PICKUP | 13259 | 1ton pick up is $85 within 50 miles, over 50 miles $85 per hr. Transport legal load $150 pickup within 50 mile, over 50 miles $150 per hr. Extra legal load will be billed @ $130 per hr plus any applicable permits and pilots. Delivery does not include bridge tolls |
| SERVICE FEE | 13305 | env fee, state & county tax,  point wear, broom wear, hammer grease |
| LABOR | 13306 | Cat Rental Store $110 hr,  Dealership/Union $155 hr plus mileage |
| RENTAL RELOCATE | 13307 | see delivery rate |
| INSTALLATION/SETUP | 13313 | This would apply with large Cat eq needing assembley on jobsite see labor rates above. |

Case: 19-30088   Doc# 502-2   Filed: 02/20/19   Entered: 02/20/19 15:00:50   Page 30 of 41



| FUEL - CLEAR DIESEL | 13322 | Stated in Specific Conditions of the contract |
| FUEL - DYED DIESEL | 13323 | Stated in Specific Conditions of the contract |

Case: 19-30088    Doc# 502-2    Filed: 02/20/19    Entered: 02/20/19 16:00:50    Page 32
of 41



Attachment B

Service Level Agreement

| Indicator | Definition | Measurement | Target |
|---|---|---|---|
| On-Time Delivery | Percent of On-Time Deliveries | Delivery Time | >99.5% On-Time |
| On-Time Pickup | Percent of On-Time Pickup | Pickup Time | >99.5% On-Time |
| Equipment Rejected | Percent of time Equipment Rejected | Rejections | Zero Rejections |
| Documentation Accuracy | Percent of Documentation Accuracy | Documentation Accuracy | 99.9% Accuracy |
| Invoice/Billing Accuracy | Percent of Accurate Billing | Corrections | 1% Inaccuracy |
| Customer Complaints | Percent of Complaints to Orders | Order vs. Complaint | 99% Success Rate |
| Rental Fill Rate | Number of Orders Filled Accurately | Order Fulfillment | 99.9% Filled |
| Standard Call/Email Response | Response Time | Call/Email Response Time | 30 Minutes |
| Service Call Response | Service Call to Onsite Resolution | Call to Resolution Hours | 4 hours |
| Emergency Service | Response Time | Call/Email Response Time | 30 Minutes |

Case: 19-30088   Doc# 502-2   Filed: 02/20/19   Entered: 02/20/19 15:00:50   Page 32
of 40



Attachment C

Rebate Schedule

| Spend | Rebate % |
|-------|----------|
| N/A | N/A |

Case: 19-30088   Doc# 502-2   Filed: 02/20/19   Entered: 02/20/19 15:00:50   Page 34
of 41



Attachment D

**Rental Process**

PG&E currently uses a third party invoicing and billing process company, Suppliers will be required to provide rental details to a third party invoicing and billing process company or PG&E through an electronic method. The ordering and invoice process may be changed with 15 days of written notice to the supplier.

Ordering and Invoicing Process

1. PG&E employee calls or emails Rental Central to request rental equipment.

2. Rental Central contacts (via email or phone) employee's manager for approval of rental equipment request.

3. PG&E Manager approves (via email or phone) the rental equipment request.

4. Rental Central contacts the best supplier

   a. Confirms availability: equipment type and start/stop dates,

5. Supplier provides Rental Central confirmation/reservation #

6. Rental Central provides Authorization ID to supplier for invoicing and tracking purposes.

7. Delivery/Pickup

   a. Prior to delivery or pickup, supplier will provide photos, unit details and regulatory information specific to each unit to Rental Central. Rental Central may stop the delivery/pickup if the requested information is not satisfactory.

8. All Invoicing will be processed through Agile Sourcing Partners. Onboarding information will be provided post contract execution.

   a. Suppliers will provide invoices on a monthly basis.

9. All Invoices will be validated by PG&E

10. Payment to suppliers will be made promptly once Invoices are approved.


Special Notes:

1. Any exchange or service done on unit PG&E Rental Central will be notified

2. If rental is returned to supplier with PG&E decals or logos, PG&E radio equipment vendor will remove. Decals and logos will be destroyed and Rental Central will be notified of all radio equipment.

3. PG&E will either return the unit to supplier location or supplier will be notified of termination of rental via email.

   a. Final Invoice and closing details will be submitted.



PG&E requires suppliers to deliver the below data on all new rentals for purposes of Invoicing, payment and tracking.

<u>Upon Delivery</u>
☐ PG&E Authorization ID
☐ Rental Vendor
☐ PG&E Reservation #
☐ Contract #
☐ Original Date Rental Started
☐ Original Time Rental Started
☐ Cat-Class/Car-Class
☐ Branch Location
☐ Quantity
☐ Make
☐ Model
☐ Daily Rate
☐ Weekly Rate
☐ Monthly Rate
☐ Unit #
☐ Serial/VIN
☐ License Plate (if applicable)
☐ Year
☐ Meter Start – Odometer
☐ All applicable regulatory information

<u>During Rental</u>

☐ Detailed exchange information (return information for existing unit, information on new unit)
☐ Reason for Exchange
☐ Invoice totals
☐ All applicable regulatory information

<u>Closing Rental</u>

☐ Date Rental Returned
☐ Time Rental Returned
☐ Odometer / Meter End

<u>Unit Details</u>

☐ Cat-Class/Car-Class
☐ Quantity
☐ Make
☐ Model
☐ Unit #
☐ Serial/VIN
☐ License Plate (if applicable)
☐ Year

SC Holt Rental Contract Revision 08172015 njs5                                                                 31



☐ Odometer / Meter Start

<u>Data Delivery Method</u>

PG&E is the order of preference for delivery or receipt of rental transaction data:

1. Web Portal Access, Web Services, XML/XSD

2. Excel file emailed to <u>rentals@pge.com</u> & <u>rentals@agilesp.com</u>

3. Invoice/Rental Contract PDFs are sent to <u>rentals@pge.com</u> & <u>rentals@agilesp.com</u>

Case: 19-30088   Doc# 502-2   Filed: 02/20/19   Entered: 02/20/19 15:00:50   Page 37
of 41

**EXHIBIT "B"**



Attachment B

Service Level Agreement

| Indicator | Definition | Measurement | Target |
|---|---|---|---|
| On-Time Delivery | Percent of On-Time Deliveries | Delivery Time | >99.5% On-Time |
| On-Time Pickup | Percent of On-Time Pickup | Pickup Time | >99.5% On-Time |
| Equipment Rejected | Percent of time Equipment Rejected | Rejections | Zero Rejections |
| Documentation Accuracy | Percent of Documentation Accuracy | Documentation Accuracy | 99.9% Accuracy |
| Invoice/Billing Accuracy | Percent of Accurate Billing | Corrections | 1% Inaccuracy |
| Customer Complaints | Percent of Complaints to Orders | Order vs. Complaint | 99% Success Rate |
| Rental Fill Rate | Number of Orders Filled Accurately | Order Fulfillment | 99.9% Filled |
| Standard Call/Email Response | Response Time | Call/Email Response Time | 30 Minutes |
| Service Call Response | Service Call to Onsite Resolution | Call to Resolution Hours | 4 hours |
| Emergency Service | Response Time | Call/Email Response Time | 30 Minutes |

SC Hcl Rental Contract Revision Template-08177022015 njs5

Case: 19-30088   Doc# 502-2   Filed: 02/20/19   Entered: 02/20/19 15:00:50   Page 39
of 41

**EXHIBIT "C"**

| CUSTOMER # | CUSTOMER NAME | TOTAL O/S | CURRENT | 1 to 30 DAYS | 31 to 60 DAYS | 61 to 90 DAYS | >90 DAYS | UNAPPLIED CASH |
|---|---|---|---|---|---|---|---|---|
| 1162140 | PG&E | 449,768.59 | 150,830.07 | 234,705.00 | 43,171.57 | 16,368.76 | 4,693.19 | -4,656.81 |
| 1129950 | PG&E | 6,275.61 | | | | | 6275.61 | |
| 1054120 | PG&E | -1,654.30 | | | | | -1,654.30 | |
| 1042190 | PG&E | | | | | | | |
| 4247500 | PG&E | -372.36 | -325.77 | | -46.59 | | | |
| 4250210 | PG&E | -92.27 | | | | | -92.27 | |
| 4250390 | PG&E | -45.61 | -45.61 | | | | | -45.61 |
| | | 453,879.66 | 150,458.69 | 234,705.00 | 43,124.98 | 16,368.76 | 9,222.23 | -4,702.42 |