Mark D. Poniatowski, Esq. (#123405)
Kimberly F. Leding, Esq. (#233618)
Meera T. Parikh, Esq. (#217996)
PONIATOWSKI LEDING PARIKH PC
20980 Redwood Road, Suite 200
Castro Valley, California 94546
Telephone: (510) 881-8700
Facsimile: (510) 881-8702

Attorneys for Creditor
Holt of California, a California corporation

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: <br><br> PG&E CORPORATION, <br><br> - and - <br><br> PACIFIC GAS AND ELECTRIC COMPANY, <br><br> Debtors. <br><br> _____/ <br><br> [ ] Affects PG&E Corporation <br> [ ] Affects Pacific Gas and Electric Company <br> [X] Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* <br><br> _____/ | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) (Jointly Administered) <br><br> SUPPLEMENTAL DECLARATION OF DARRELL WEIGHT IN SUPPORT OF REFILED CONDITIONAL OBJECTION OF HOLT OF CALIFORNIA TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a), 363(b), AND 503(b)(9) AND FED. R. BANKR. P. 6003 AND 6004 FOR INTERIM AND FINAL AUTHORITY TO PAY PREPETITION OBLIGATIONS OWED TO CERTAIN SAFETY AND RELIABILITY, OUTAGE, AND NUCLEAR FACILITY SUPPLIERS <br><br> DATE: February 27, 2019 <br> TIME: 9:30 a.m. <br> CTRM.: 17 |

I, Darrell Weight, hereby declare as follows:

1. I make this Supplemental Declaration In Support Of The Refiled Conditional Objection Of Holt Of California To Motion Of Debtors Pursuant To 11 U.S.C. §§ 105(a), 363(b),

In re Pacific Gas and Electric Company, Chapter 11 Case No. 19-30088
SUPPLEMENTAL DECLARATION OF DARRELL WEIGHT IN SUPPORT OF REFILED CONDITIONAL OBJECTION OF HOLT OF CALIFORNIA TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a), 363(b), AND 503(b)(9) AND FED. R. BANKR. P. 6003 AND 6004 FOR INTERIM AND FINAL AUTHORITY TO PAY PREPETITION OBLIGATIONS OWED TO CERTAIN SAFETY AND RELIABILITY, OUTAGE, AND NUCLEAR FACILITY SUPPLIERS

Page 1

Case: 19-30088    Doc# 508-3    Filed: 02/20/19    Entered: 02/20/19 15:19:50    Page 1 of 4

503(b)(9) And Fed. R. Bankr. P. 6003 And 6004 For Interim And Final Authority To Pay Prepetition Obligations Owed To Certain Safety And Reliability, Outage, And Nuclear Facility Suppliers. To the extent that I have personal knowledge of the facts set forth herein, I will set forth said personal knowledge. To the extent that I do not have personal knowledge, then I have gained such knowledge in the course and scope of my employment at Plaintiff, by reviewing the records, documents, memoranda, reports and/or data compilations in Plaintiff's files, by my knowledge of Plaintiff's business practices.

2. If called upon to testify in this action as to the matters set forth in this declaration, I could and would competently testify thereto.

3. I am the Operations Manager of Holt of California, a California corporation ("Holt"). My duties as Operations Manager of Holt include managing the rental staff, operations, and sales creation procedure for Holt's equipment rental division. I have held this position for approximately 3 years and have been employed by Holt for approximately 17 years.

4. Holt is the Caterpillar equipment dealer in northern and central California with its corporate headquarters in Pleasant Grove, Sutter County, California. Holt is in the business providing sales, rental, parts, service and related activities to its customers for Caterpillar construction, earthmoving, material handling, agricultural, power generation and related equipment. Holt has 16 locations throughout northern and central California. My duties as Operations Manager include supervisory responsibility for the rental of Caterpillar and related equipment to PG&E Corporation ("PG&E").

5. On or about February 20, 2019 I communicated with PG&E Contract Manager Richard Ho regarding Holt's request to be considered by PG&E as an Operational Integrity Supplier ("Critical Vendor") to obtain payment of Holt's pre-petition claim. Mr. Ho is Holt's primary contact at PG&E regarding Holt's contracts and procurements with PG&E and has been my primary source of information regarding the affect of the PG&E bankruptcy filing on the relationship between Holt and PG&E.

///

In re Pacific Gas and Electric Company, Chapter 11 Case No. 19-30088
SUPPLEMENTAL DECLARATION OF DARRELL WEIGHT IN SUPPORT OF CONDITIONAL OBJECTION OF HOLT OF CALIFORNIA TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a), 363(b), AND 503(b)(9) AND FED. R. BANKR. P. 6003 AND 6004 FOR INTERIM AND FINAL AUTHORITY TO PAY PREPETITION OBLIGATIONS OWED TO CERTAIN SAFETY AND RELIABILITY, OUTAGE, AND NUCLEAR FACILITY SUPPLIERS

Page 2

Case: 19-30088    Doc# 508-3    Filed: 02/20/19    Entered: 02/20/19 15:19:50    Page 2 of 4

6. During our conversation I told Mr. Ho the following:

A. Holt would like to be considered a Critical Vendor, and Holt's attorney appeared at the hearing in Bankruptcy Court for that purpose.

B. PG&E informed Holt and the Bankruptcy Court at the hearing that to be considered a Critical Vendor, Holt is required to follow the PG&E procedure in place and contact Holt's primary PG&E business contact person to make a formal application, which would then be reviewed and either approved or denied be a PG&E committee. The Bankruptcy Court approved this procedure.

7. During our conversation Mr. Ho told me the following:

A. There is currently no procedure in place at PG&E to process Holt's request for Critical Vendor status;

B. Mr. Ho is getting lots of calls from other vendors with the same concerns as Holt regarding Critical Vendor status and is telling them the same thing that he told me;

C. There is nothing that he can do to process Holt's request to be considered for Critical Vendor status;

8. Mr. Ho was no help addressing Holt's request to be considered for Critical Vendor status. Mr. Ho said he would send me the information that would answer Holt's questions. Attached hereto as Exhibit A and Exhibit B are the documents that Mr. Ho sent me.

9. Exhibit B is the same document that Mr. Ho had sent me approximately 2 weeks ago.

10. Paragraph 15 of Exhibit A addresses Critical Vendor Status. This paragraph states that "We (PG&E) will coordinate with suppliers via normal channels to discuss eligibility…please reach out to your usual sourcing contact."

11. Mr. Ho deflected my questions regarding Holt's request to be considered for Critical Vendor status and directed our conversation to discuss the post-petition rental of Caterpillar Equipment by Holt to PG&E.

/ / /

In re Pacific Gas and Electric Company, Chapter 11 Case No. 19-30088
SUPPLEMENTAL DECLARATION OF DARRELL WEIGHT IN SUPPORT OF CONDITIONAL OBJECTION OF HOLT OF CALIFORNIA TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a), 363(b), AND 503(b)(9) AND FED. R. BANKR. P. 6003 AND 6004 FOR INTERIM AND FINAL AUTHORITY TO PAY PREPETITION OBLIGATIONS OWED TO CERTAIN SAFETY AND RELIABILITY, OUTAGE, AND NUCLEAR FACILITY SUPPLIERS

Case: 19-30088    Doc# 508-3    Filed: 02/20/19    Entered: 02/20/19 15:19:50    Page 3 of 4

Page 3

12. I am informed and believe that Holt is an Operational Integrity Supplier (Critical Vendor) for the reasons stated in my Declaration filed on January 30, 2019 as Docket Number. 112-1 in the jointly administered bankruptcy case number 19-30089.

13. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on February 20, 2019 at _Anaheim_, California.

_____
DARRELL WEIGHT

In re Pacific Gas and Electric Company, Chapter 11 Case No. 19-30088
SUPPLEMENTAL DECLARATION OF DARRELL WEIGHT IN SUPPORT OF CONDITIONAL OBJECTION OF HOLT OF CALIFORNIA TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a), 363(b), AND 503(b)(9) AND FED. R. BANKR. P. 6003 AND 6004 FOR INTERIM AND FINAL AUTHORITY TO PAY PREPETITION OBLIGATIONS OWED TO CERTAIN SAFETY AND RELIABILITY, OUTAGE, AND NUCLEAR FACILITY SUPPLIERS