Mark D. Poniatowski, Esq. (#123405)
Kimberly F. Leding, Esq. (#233618)
Meera T. Parikh, Esq. (#217996)
PONIATOWSKI LEDING PARIKH PC
20980 Redwood Road, Suite 200
Castro Valley, California 94546
Telephone: (510) 881-8700
Facsimile: (510) 881-8702

Attorneys for Creditor
Holt of California, a California corporation

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION,

    - and -

PACIFIC GAS AND ELECTRIC COMPANY,

Debtors.
_____/

[ ] Affects PG&E Corporation
[ ] Affects Pacific Gas and Electric Company
[X] Affects both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088 (DM).*
_____/

Bankruptcy Case No. 19-30088 (DM)

Chapter 11
(Lead Case) (Jointly Administered)

CERTIFICATE OF SERVICE OF DOCUMENTS RELATED TO REFILED CONDITIONAL OBJECTION OF HOLT OF CALIFORNIA TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a), 363(b), AND 503(b)(9) AND FED. R. BANKR. P. 6003 AND 6004 FOR INTERIM AND FINAL AUTHORITY TO PAY PREPETITION OBLIGATIONS OWED TO CERTAIN SAFETY AND RELIABILITY, OUTAGE, AND NUCLEAR FACILITY SUPPLIERS

DATE: February 27, 2019
TIME: 9:30 a.m.
CTRM.: 17

I, Bryan Waage, certify and declare as follows:

I am over the age of 18 years and not a party to this action. My business address is 20980 Redwood Road, Suite 200, Castro Valley, California 94546, which is located in the county where the service described below took place.

In re Pacific Gas and Electric Company, Chapter 11 Case No. 19-30088
CERTIFICATE OF SERVICE OF DOCUMENTS RELATED TO REFILED CONDITIONAL OBJECTION OF HOLT OF CALIFORNIA TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a), 363(b), AND 503(b)(9) AND FED. R. BANKR. P. 6003 AND 6004 FOR INTERIM AND FINAL AUTHORITY TO PAY PREPETITION OBLIGATIONS OWED TO CERTAIN SAFETY AND RELIABILITY, OUTAGE, AND NUCLEAR FACILITY SUPPLIERS

Page 1

Case: 19-30088   Doc# 508-5   Filed: 02/20/19   Entered: 02/20/19 15:19:50   Page 1 of 4

On February 20, 2019, I served copies of the document entitled:

1) Refiled Conditional Objection Of Holt Of California To Motion Of Debtors Pursuant To 11 U.S.C. §§ 105(A), 363(B), And 503(B)(9) And Fed. R. Bankr. P. 6003 And 6004 For Interim And Final Authority To Pay Prepetition Obligations Owed To Certain Safety And Reliability, Outage, And Nuclear Facility Suppliers;

2) Refiled Declaration Of Darrell Weight In Support Of Conditional Objection Of Holt Of California To Motion Of Debtors Pursuant To 11 U.S.C. §§ 105(A), 363(B), And 503(B)(9) And Fed. R. Bankr. P. 6003 And 6004 For Interim And Final Authority To Pay Prepetition Obligations Owed To Certain Safety And Reliability, Outage, And Nuclear Facility Suppliers;

3) Exhibits "A" Through "C" To The Refiled Declaration Of Darrell Weight In Support Of Conditional Objection Of Holt Of California To Motion Of Debtors Pursuant To 11 U.S.C. §§ 105(A), 363(B), And 503(B)(9) And Fed. R. Bankr. P. 6003 And 6004 For Interim And Final Authority To Pay Prepetition Obligations Owed To Certain Safety And Reliability, Outage, And Nuclear Facility Suppliers;

4) Supplemental Declaration Of Darrell Weight In Support Of Conditional Objection Of Holt Of California To Motion Of Debtors Pursuant To 11 U.S.C. §§ 105(A), 363(B), And 503(B)(9) And Fed. R. Bankr. P. 6003 And 6004 For Interim And Final Authority To Pay Prepetition Obligations Owed To Certain Safety And Reliability, Outage, And Nuclear Facility Suppliers;

5) Exhibits "A" Through "B" To The Supplemental Declaration Of Darrell Weight In Support Of Conditional Objection Of Holt Of California To Motion Of Debtors Pursuant To 11 U.S.C. §§ 105(A), 363(B), And 503(B)(9) And Fed. R. Bankr. P. 6003 And 6004 For Interim And Final Authority To Pay Prepetition Obligations Owed To Certain Safety And Reliability, Outage, And Nuclear Facility Suppliers;

The above listed document was mailed together with a copy of this declaration on the following parties to this action addressed as follows:

In re Pacific Gas and Electric Company, Chapter 11 Case No. 19-30088
CERTIFICATE OF SERVICE OF DOCUMENTS RELATED TO REFILED CONDITIONAL OBJECTION OF HOLT OF CALIFORNIA TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a), 363(b), AND 503(b)(9) AND FED. R. BANKR. P. 6003 AND 6004 FOR INTERIM AND FINAL AUTHORITY TO PAY PREPETITION OBLIGATIONS OWED TO CERTAIN SAFETY AND RELIABILITY, OUTAGE, AND NUCLEAR FACILITY SUPPLIERS

Case: 19-30088    Doc# 508-5    Filed: 02/20/19    Entered: 02/20/19 15:19:50    Page 2 of 4

Page 2

| | |
|---|---|
| Debtor<br>**Pacific Gas and Electric Company**<br>**PG&E Corporation**<br>77 Beale Street<br>PO Box 770000<br>San Francisco, CA 94177 | Counsel for Debtor<br>**Stephen Karotkin**<br>**Jessica Liou**<br>**Matthew Goren**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Counsel for Debtor<br>**Tobias S. Keller**<br>Keller & Benvenutti LLP<br>650 California St, Suite 1900<br>San Francisco, CA 94108 | Counsel for Debtor<br>**David A. Herman**<br>Cravath, Swaine & Moore LLP<br>85 Eighth Avenue<br>New York, NY 10019 |
| Responsible Individual<br>**Jason P. Wells**<br>Senior Vice President<br>Chief Financial Officer PG&E Corporation<br>77 Beale St.<br>San Francisco, CA 94177 | U.S. Trustee<br>**Office of the U.S. Trustee / SF**<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102 |
| Counsel for U.S. Trustee<br>**Lynette C. Kelly**<br>**Marta Villacorta**<br>Office of the United States Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102 | Counsel for Committee of<br>Unsecured Creditors<br>**Paul S. Aronzon**<br>**Gregory A. Bray**<br>**Thomas R. Kreller**<br>MILBANK LLP<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 |
| Counsel for Committee of<br>Unsecured Creditors<br>**Dennis F. Dunne**<br>**Samuel A. Khalil**<br>MILBANK LLP<br>55 Hudson Yards<br>New York, New York 10001 | Chambers Copies<br>**Hon. Dennis Montali**<br>Attn: Chambers Copies<br>United State Bankruptcy Court<br>450 Golden Gate Ave., 18th Flr<br>San Francisco, CA 94102 |

     I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. I placed a copy of the attached document for deposit in the United

---

In re Pacific Gas and Electric Company, Chapter 11 Case No. 19-30088
CERTIFICATE OF SERVICE OF DOCUMENTS RELATED TO REFILED CONDITIONAL OBJECTION OF HOLT OF CALIFORNIA TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a), 363(b), AND 503(b)(9) AND FED. R. BANKR. P. 6003 AND 6004 FOR INTERIM AND FINAL AUTHORITY TO PAY PREPETITION OBLIGATIONS OWED TO CERTAIN SAFETY AND RELIABILITY, OUTAGE, AND NUCLEAR FACILITY SUPPLIERS

Page 3

States Postal Service in a sealed envelope, with postage fully prepaid and that envelope was placed for collection and mailing on the above date following ordinary business practices.

I certify and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct in accordance with 28 U.S.C. § 1746.

Executed on February 20, 2019 at Castro Valley, California.



                                          */s/ Bryan Waage*
                                          BRYAN WAAGE

---

In re Pacific Gas and Electric Company, Chapter 11 Case No. 19-30088
CERTIFICATE OF SERVICE OF DOCUMENTS RELATED TO REFILED CONDITIONAL OBJECTION OF HOLT OF CALIFORNIA TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a), 363(b), AND 503(b)(9) AND FED. R. BANKR. P. 6003 AND 6004 FOR INTERIM AND FINAL AUTHORITY TO PAY PREPETITION OBLIGATIONS OWED TO CERTAIN SAFETY AND RELIABILITY, OUTAGE, AND NUCLEAR FACILITY SUPPLIERS

Page 4