AKIN GUMP STRAUSS HAUER & FELD LLP

Abid Qureshi
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: aqureshi@akingump.com

*Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*

**FILED**
FEB 2 0 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| In re:<br>PG&E CORPORATION,<br>-and-<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>**Debtors.**<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
|---|---|

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Abid Qureshi, an active member in good standing of the bar of the United States District Court for the Southern District of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company in the above entitled action.

In support of this application, I certify on oath that:

1

Application For Admission Of Attorney Pro Hac Vice

Application For Admission Of Attorney Pro Hac Vice

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> David P. Simonds (SBN 214499)
> AKIN GUMP STRAUSS HAUER & FELD LLP
> 1999 Avenue of the Stars, Suite 600
> Los Angeles, CA 90067
> Tel: (310) 229-1000

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 20, 2019

_____
Abid Qureshi

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, *Ruby J. Krajick*, Clerk of Court, Certify that

    ABID   QURESHI   , Bar #    AQ4882

was duly admitted to practice in the Court on

October 12, 1999

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.    On    February 20, 2019
New York, New York

Ruby J. Krajick    By
Clerk of Court          Deputy Clerk

```
UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 30065245 - JB
* * C O P Y * *
February 20, 2019
     14:36:54

PRO HAC VICE FEE
  19-30088-DM11
Debtor..: PG&E CORPORATION
Judge...: DENNIS MONTALI
Qty.....:   4 @ $310.00
Amount..:                $1,240.00 CH
Check#..: 5031037


Total-> $1,240.00


FROM: NATIONWIDE LEGAL, LLC
```