

**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**Signed and Filed: February 20, 2019**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Proposed Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION**, | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors**. | **ORDER GRANTING STIPULATION BETWEEN DEBTORS AND AD HOC GROUP OF INSTITUTIONAL BONDHOLDERS OF PACIFIC GAS AND ELECTRIC CO. EXTENDING TIME TO RESPOND TO MOTIONS TO BE HEARD ON FEBRUARY 27, 2019** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | [No Hearing Requested] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The Court having considered the *Stipulation Between Debtors and the Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co. Extending Time to Respond to Motions Set for Hearing on February 27, 2019* ("Stipulation"), entered into by PG&E Corporation ("PG&E Corp.") and Pacific Gas and Electric Company (the "Utility"), as debtors and debtors in possession (collectively, the "Debtors"), on the one hand, and the Ad Hoc Group of Institutional Bondholders of Pacific Gas and Electric Co. (the "Ad Hoc Group of Institutional Bondholders"), on the other hand, filed on February 20, 2019; and, pursuant to such stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED:

1. The time for the Ad Hoc Group of Institutional Bondholders to file and serve any response or opposition to the Motions (as defined in the Stipulation) is extended up to and including 4:00 p.m. Pacific Standard Time on February 22, 2019.

APPROVED AS TO FORM AND CONTENT:

Dated: February 20, 2019

PROSKAUER ROSE LLP


/s/ *Brian S. Rosen*
Brian S. Rosen

*Attorneys for Ad Hoc Group of Institutional Bondholders of Pacific Gas and Electric Company*

**END OF ORDER**