AKIN GUMP STRAUSS HAUER & FELD LLP

Michael S. Stamer (*pro hac vice* pending)
Ira S. Dizengoff (*pro hac vice* pending
David H. Botter (*pro hac vice* pending)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: mstamer@akingump.com
idizengoff@akingump.com
dbotter@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP

David P. Simonds (SBN 214499)
1999 Avenue of the Stars, Suite 600
Los Angeles, California 90067
Telephone: (310) 229-1000
Facsimile: (310) 229-1001
Email: dsimonds@akingump.com

Ashley Vinson Crawford (SBN 257246)
580 California Street
Suite 1500
San Francisco, CA 94104
Telephone: (415) 765-9500
Facsimile: (415) 765-9501
Email: avcrawford@akingump.com

*Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                                       **Debtors.**<br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company (the "Ad Hoc Committee"), a party in interest in the above-captioned cases, through its counsel, Akin Gump Strauss Hauer & Feld LLP, hereby enters its appearance pursuant to Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 9010-1 of the Bankruptcy Local Rules for the Northern District of California, and Section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and requests that all notices given or required to be given and all papers served in these cases be delivered to and be served at the following addresses and further requests to be added to the master service list: |

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Attention:
Michael S. Stamer
Ira S. Dizengoff
David H. Botter
Email: mstamer@akingump.com
Email: idizengoff@akingump.com
Email: dbotter@akingump.com

-and-

AKIN GUMP STRAUSS HAUER & FELD LLP
1999 Avenue of the Stars, Suite 600
Los Angeles, California 90067
Telephone: (310) 229-1000
Facsimile: (310) 229-1001
Attention:
David P. Simonds
Email: dsimonds@akingump.com

//
//
//
//

-and-

AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street
Suite 1500
San Francisco, CA 94104
Attention:
Ashley Vinson Crawford
Telephone: (415) 765-9500
Facsimile: (415) 765-9501
Email: avcrawford@akingump.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints and demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, electronic mail, telephone, facsimile or otherwise, in these cases.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance and Request for Service of Papers*, nor any later appearance, pleading, claim, or suit shall waive or otherwise impair or limit (a) the Ad Hoc Committee's right to have final orders in non-core matters entered only after de novo review by a District Court Judge, (b) the Ad Hoc Committee's right to have all core matters heard and decided by a District Court Judge; (c) the Ad Hoc Committee's right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (d) the Ad Hoc Committee's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (e) any objection to the jurisdiction of the Bankruptcy Court for any purpose, (f) any election of remedy, or (g) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Ad Hoc Committee is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Ad Hoc Committee expressly reserves.

| | | |
|---|---|---|
| Dated: February 20, 2019 | | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| | | By /s/ Ashley Vinson Crawford |

                                                  David P. Simonds (SBN 214499)
Ashley Vinson Crawford (SBN 257246)
Michael S. Stamer (*pro hac vice* pending)
Ira S. Dizengoff (*pro hac vice* pending)
David H. Botter (*pro hac vice* pending)

*Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*