

**SIERRA BUSINESS COUNCIL**

FILED
FEB 20 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

February 19, 2019

The Honorable Judge Dennis Montali
U.S. Bankruptcy Court, Northern District of California
450 Golden Gate Ave.
Mailbox 36099
San Francisco, CA 94102

> Re: COMMENT LETTER in SUPPORT of a Final Order Authorizing Continuation of Customer and Public Purpose Programs (Doc #216) in PG&E Corporation and Pacific Gas and Electric Company Case (#19-30088) – for February 27, 2019 Final Hearing

Dear Judge Montali:

Sierra Business Council is a non-profit organization that has worked with PG&E for more than 10 years as a Public Purpose Program (PPP) implementer across nine rural Sierra Nevada counties. We are writing in support of PG&E's First Day Motion (Docket #16, filed 01/29/19) in which PG&E requests interim and final authority to: a.) maintain and administer Customer Programs, including Public Purpose Programs, and b.) pay and otherwise honor all obligations relating to those programs.

More specifically, we request that the Court make final the Interim Order Doc# 216 (entered 01/31/19) at the hearing on February 27, 2019, as allowed under the Interim Order Item #11.

Public Purpose Program implementers provide a critical service to PG&E ratepayers – especially those who lack easy access to energy efficiency program information or who generally do not participate in energy efficiency programs due to geographic isolation, language barriers and other challenges. Rural and hard-to-reach residents, businesses, and municipal ratepayers – many of whom are located in the counties most affected by recent wildfire impacts – count on our services to help them reduce energy use and costs, lower emissions, and transition to a clean energy future and low-carbon economy. As such, we respectfully request that the Court make final the Customer Service/Public Purpose Program findings outlined in Interim Order Doc# 216.

Sincerely,

*Kerri J. Zimmer*

Kerri L. Timmer
Vice President, Climate & Energy

Sierra Business Council | www.SierraBusiness.org | (530) 582-4800 | PO Box 2428 Truckee, CA 96160

Case: 19-30088   Doc# 516   Filed: 02/20/19   Entered: 02/20/19 15:57:15   Page 1 of 1