SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
  James P. Hill, SBN 90478
  Jonathan S. Dabbieri, SBN 91963
  Christopher V. Hawkins, SBN 222961
600 B Street, Suite 1700
San Diego, California 92101
Telephone:     (619) 233-4100
Fax Number:    (619) 231-4372

Attorneys for Certain Fire Victim Claimants

**Electronically Filed: 02/20/2019**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>       and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>                    Debtors<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF JOINDER BY THE SLF FIRE VICTIM CLAIMANTS IN OBJECTION OF THE PUBLIC ENTITIES TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105, 362, 363, 364, 503, AND 507, AND FED. R. BANKR. P. 2002, 4001, 6003, 6004 AND 9014 FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO OBTAIN SENIOR SECURED, SUPERPRIORITY, POSTPETITION FINANCING, (II) GRANTING LIENS AND SUPERPRIORITY CLAIMS, (III) MODIFYING THE AUTOMATIC STAY, (IV) SCHEDULING FINAL HEARING, AND (V) GRANTING RELATED RELIEF**<br><br>Date:  February 27, 2019<br>Time:  9:30 a.m. (Pacific)<br>Place: United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102 |

TO: HONORABLE DENNIS MONTALI AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Andrew Armstrong; Annie Curtis; Jackie Easton and Ray LeLoup; James Finn; Lillian Lazzeri; Tim Shurtliff; Marc Thomas and Susan Thomas; Kristina Wuslich; Lisa Yoshida; and Doreen Zimmerman (collectively, the "SLF Fire Victim Claimants"), by their attorneys James P. Hill, Esq., Christopher V. Hawkins, Esq., and Jonathan S. Dabbieri, Esq., and Sullivan Hill Rez & Engel, A Professional Law Corporation ("Sullivan Hill"), hereby join in the Objection of the Public Entities to Motion of Debtors pursuant to 11 U.S.C. §§ 105, 362, 363, 364, 503, and 507, and Fed. R. Bankr. P. 2002, 4001, 6003, 6004 and 9014 for Interim and Final Orders (i) Authorizing the Debtors to Obtain Senior Secured, Superpriority, Postpetition Financing, (ii) Granting Liens and Superpriority Claims, (iii) Modifying the Automatic Stay, (iv) Scheduling Final Hearing and (v) Granting Related Relief [ECF 494].

Dated: February 20, 2019

SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation

By: */s/ Christopher V. Hawkins*
    James P. Hill
    Christopher V. Hawkins
    Jonathan S. Dabbieri
    Attorneys for Certain Fire Victim Claimants