SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
  James P. Hill, SBN 90478
  Christopher V. Hawkins, SBN 222961
600 B Street, Suite 1700
San Diego, California 92101
Telephone:    (619) 233-4100
Fax Number:   (619) 231-4372

Attorneys for Certain Fire Victim Claimants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>    and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>                Debtors<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☐ Both Debtors | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

I am employed in San Diego County. I am over the age of 18 and not a party to this action. My business address is 600 B Street, Suite 1700, San Diego, California 92101.

On February 20, 2019, I served the foregoing document(s), described as:

1. **OPPOSITION TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a), 363(b), AND 507 AND FED. R. BANKR. P. 6003 AND 6004 FOR INTERIM AND FINAL AUTHORITY TO (I) PAY PREPETITION WAGES, SALARIES, WITHHOLDING OBLIGATIONS, AND OTHER COMPENSATION AND BENEFITS; (II) MAINTAIN EMPLOYEE BENEFITS PROGRAMS; AND (III) PAY RELATED ADMINISTRATIVE OBLIGATIONS; and**

2. **NOTICE OF JOINDER BY SLF FIRE VICTIM CLAIMANTS IN OBJECTION OF THE PUBLIC ENTITIES TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§**

1 | 2 | 3 | 4

**105, 362, 363, 364, 503, AND 507, AND FED. R. BANKR. P. 2002, 4001, 6003, 6004 AND 9014 FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO OBTAIN SENIOR SECURED, SUPERPRIORITY, POSTPETITION FINANCING, (II) GRANTING LIENS AND SUPERPRIORITY CLAIMS, (III) MODIFYING THE AUTOMATIC STAY, (IV) SCHEDULING FINAL HEARING, AND (V) GRANTING RELATED RELIEF**

☒ by placing ☐ the original ☒ a true copy thereof, by the following means to the persons as listed below:

☒ **ECF SYSTEM** On February 20, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

- Dana M. Andreoli    dandreoli@steyerlaw.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Todd M. Bailey    Todd.Bailey@ftb.ca.gov
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- Peter J. Benvenutti    pbenvenutti@kellerbenvenutti.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder    heinz@bindermalter.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Shawn M. Christianson    schristianson@buchalter.com
- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alicia Clough    aclough@loeb.com
- Marc Cohen    mscohen@loeb.com
- Keith J. Cunningham    , rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Jonathan S. Dabbieri    dabbieri@sullivanhill.com, vidovich@sullivanhill.com
- Jonathan R. Doolittle    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- Jennifer V. Doran    jdoran@hinckleyallen.com
- David V. Duperrault    dvd@svlg.com, edn@svlg.com
- Kevin M. Eckhardt    keckhardt@hunton.com, candonian@huntonak.com
- Joseph A. Eisenberg    JAE1900@yahoo.com
- Sally J. Elkington    sally@elkshep.com, ecf@elkshep.com
- G. Larry Engel    larry@engeladvice.com
- Krista M. Enns    kenns@beneschlaw.com
- Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
- Richard W. Esterkin    richard.esterkin@morganlewis.com, sue.reimers@morganlewis.com
- Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
- James J. Ficenec    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman    kfineman@nutihart.com, nwhite@nutihart.com

- Stephen D. Finestone  sfinestone@fhlawllp.com
- Jonathan Forstot  , john.murphy@troutman.com
- Xiyi Fu  jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Larry W. Gabriel  lgabriel@bg.law, nfields@bg.law
- Gregg M. Galardi  gregg.galardi@ropesgray.com
- Richard L. Gallagher  richard.gallagher@ropesgray.com
- Janet D. Gertz  jgertz@btlaw.com, amattingly@btlaw.com
- Barry S. Glaser  bglaser@swesq.com
- Gabriel I. Glazer  gglazer@pszjlaw.com
- Gabrielle Glemann  gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Eric D. Goldberg  eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Richard H. Golubow  rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Mark A. Gorton  mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton  mgorton@boutininc.com, cdomingo@boutininc.com
- Debra I. Grassgreen  dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Stuart G. Gross  sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Oren Buchanan Haker  oren.haker@stoel.com, rene.alvin@stoel.com
- Robert G. Harris  rob@bindermalter.com
- Christopher H. Hart  chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins  bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Christopher V. Hawkins  hawkins@sullivanhill.com, bkstaff@sullivanhill.com
- Jan M Hayden  jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes  jhayes@fhlawllp.com
- Stephen E. Hessler, P.C.  , jozette.chong@kirkland.com
- James P. Hill  hill@sullivanhill.com, bkstaff@sullivanhill.com
- Michael R. Hogue  hoguem@gtlaw.com, frazierl@gtlaw.com
- David Holtzman  david.holtzman@hklaw.com
- Marsha Houston  mhouston@reedsmith.com, hvalencia@reedsmith.com
- Brian D. Huben  hubenb@ballardspahr.com
- Jonathan Hughes  jonathan.hughes@aporter.com, jane.rustice@aporter.com
- Michael A. Isaacs  Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- Mark V. Isola  mvi@sbj-law.com
- J. Eric Ivester  , Andrea.Bates@skadden.com
- Ivan C. Jen  ivan@icjenlaw.com
- Chris Johnstone  chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Gregory K. Jones  GJones@dykema.com, cacossano@dykema.com
- Roberto J. Kampfner  rkampfner@whitecase.com, mco@whitecase.com
- Robert B. Kaplan  rbk@jmbm.com
- Eve H. Karasik  ehk@lnbyb.com
- Tobias S. Keller  tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly  lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Gerald P. Kennedy  gerald.kennedy@procopio.com, laj@procopio.com
- Samuel M. Kidder  skidder@ktbslaw.com
- Marc Kieselstein  , carrie.oppenheim@kirkland.com
- Jane Kim  jkim@kellerbenvenutti.com
- Thomas F. Koegel  tkoegel@crowell.com
- Andy S. Kong  kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Alan W. Kornberg  , akornberg@paulweiss.com

- Jeffrey C. Krause    jkrause@gibsondunn.com, psantos@gibsondunn.com
- Lindsey E. Kress    lkress@lockelord.com, autodocket@lockelord.com
- Michael Thomas Krueger    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Richard A. Lapping    rich@trodellalapping.com
- Matthew A. Lesnick    matt@lesnickprince.com, jmack@lesnickprince.com
- David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin    alevin@wcghlaw.com, vcorbin@wcghlaw.com
- Jonathan A. Loeb    jon.loeb@bingham.com
- John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Jane Luciano    jane-luciano@comcast.net
- Kerri Lyman    klyman@irell.com, lgauthier@irell.com
- John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald    iain@macfern.com, ecf@macfern.com
- Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Michael W. Malter    michael@bindermalter.com
- Geoffrey E. Marr    gemarr59@hotmail.com, pamses@yahoo.com
- David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Hugh M. McDonald    , john.murphy@troutman.com
- C. Luckey McDowell    luckey.mcdowell@bakerbotts.com
- Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com
- Matthew D. Metzger    belvederelegalecf@gmail.com
- M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
- Courtney L. Morgan    morgan.courtney@pbgc.gov
- Joshua D. Morse    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Thomas G. Mouzes    tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Michael S. Myers    myersms@ballardspahr.com, hartt@ballardspahr.com
- David L. Neale    dln@lnbrb.com
- David L. Neale    dln@lnbyb.com
- David Neier    dneier@winston.com
- Melissa T. Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
- Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Aram Ordubegian    Ordubegian.Aram@ArentFox.com
- Gabriel Ozel    Gabriel.Ozel@troutman.com, tsinger@houser-law.com
- Amy S. Park    amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson    donna@parkinsonphinney.com
- Peter S. Partee    , candonian@huntonak.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- Kenneth Pasquale    , mlaskowski@stroock.com

- Valerie Bantner Peo    vbantnerpeo@buchalter.com
- Danielle A. Pham    danielle.pham@usdoj.gov
- Thomas R. Phinney    tom@parkinsonphinney.com
- R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino    epino@epinolaw.com, staff@epinolaw.com
- Mark D. Poniatowski    ponlaw@ponlaw.com
- Christopher E. Prince    cprince@lesnickprince.com
- Douglas B. Provencher    dbp@provlaw.com
- Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins    jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- Jack A. Reitman    jareitman@lgbfirm.com, srichmond@lgbfirm.com
- Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Daniel Robertson    robertson.daniel@pbgc.gov, efile@pbgc.gov
- Lacey Rochester    lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Gregory A. Rougeau    grougeau@brlawsf.com
- Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com
- Sunny S. Sarkis    sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- Sunny S. Sarkis    , dawn.forgeur@stoel.com
- David B. Shemano    dshemano@pwkllp.com
- James A. Shepherd    jim@elkshep.com, ecf@elkshep.com
- Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol    jdsokol@lawssl.com, dwright@lawssl.com
- Bennett L. Spiegel    blspiegel@jonesday.com
- Michael St. James    ecf@stjames-law.com
- David M. Stern    dstern@ktbslaw.com
- Brad T. Summers    tsummers@balljanik.com, swylen@balljanik.com
- Meagan S. Tom    Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward Tredinnick    etredinnick@grmslaw.com
- Matthew Jordan Troy    matthew.troy@usdoj.gov
- Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta    marta.villacorta@usdoj.gov
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Riley C. Walter    ecf@W2LG.com
- Philip S. Warden    philip.warden@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- Genevieve G. Weiner    gweiner@gibsondunn.com
- Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com
- Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans    rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov

- Christopher Kwan Shek Wong    christopher.wong@arentfox.com
- Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com
- Andrew Yaphe    andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com
- Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com

☒ **UNITED STATES MAIL, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

**See Attached Service Listing.**

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on February 20, 2019, at San Diego, California.

*/s/ Linda Gubba-Reiner*
Linda Gubba-Reiner

E. Elliot Adler
Adler Law Group, APLC
402 W. Broadway, #860
San Diego, CA 92101

Robert Albery
Associate General Counsel
Jacobs Engineering
9191 South Jamaica St.
Englewood, CO 80112

Paul S. Aronzon
Milbank LLP
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067

Michael J. Barrie
Benesch, Friedlander, Coplan et LLP
222 Delaware Ave., #801
Wilmington, DE 19801

Christopher R. Belmonte
Satterlee Stephens LLP
230 Park Ave.
New York, NY 10169

Martin J. Bienenstock
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

Pamela A. Bosswick
Abigail Snow
Satterlee Stephens LLP
230 Park Ave.
New York, NY 10169

Gregory A. Bray
Milbank LLP
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067

Beth M. Brownstein
Arent Fox LLP
1301 Avenue of the Americas, 42nd Fl.
New York, NY 10019

Michael G. Busenkell
Morris, Nichols, Arsht and Tunnell
1201 N Market St.
P.O. Box 1347
Wilmington, DE 19899-1347

Max Africk
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Mary E. Alexander
Mary Alexander & Associates, P.C.
44 Montgomery St., #1303
San Francisco, CA 94104

Khaldoun A. Baghdadi
Walkup, Melodia, Kelly and Schoenberger
650 California St. 26th Fl.
San Francisco, CA 94108

Bryan E. Bates
Dentons US LLP
303 Peachtree St., NE, #5300
Atlanta, GA 30308

Steven M. Berki
Corey, Luzaich, De Ghetaldi & Riddle LLP
700 El Camino Real
P.O. Box 669
Millbrae, CA 94030-0669

Todd Blischke
Williams Kastner
601 Union St., #4100
Seattle, WA 98101

Kevin Bostel
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Allan S. Brilliant
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036

Bob B. Bruner
Norton Rose Fulbright US LLP
1301 McKinney #5100
Houston, TX 77010-3095

Kevin M. Capuzzi
Benesch, Friedlander, Coplan et LLP
222 Delaware Ave., #801
Wilmington, DE 19801

Arocles Aguilar
California Public Utilities Commission
505 Van Ness Ave.
San Francisco, CA 94102

Monique D. Almy
Crowell and Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004

Mark I. Bane
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Carolynn K. Beck
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., 4400
Los Angeles, CA 90071

Joshua B. Bevitz
Newmeyer & Dillion LLP
1333 N. California Blvd. #600
Walnut Creek, CA 94596

Abigail D. Blodgett
Cochett, Pitre & McCarthy, LLP
San Francisco Airport Office Center
840 Malcolm Rd., Suite 200
Burlingame, CA 94010

Thomas J. Brandi
Law Offices of Thomas J. Brandi
345 Pine St. 3rd Fl
San Francisco, CA 94104

Matthew C. Brown
White & Case LLP
200 South Biscayne Blvd, Suite 4900
Miami, FL 33131-2352

Robert Bryson
Robins Cloud LLP
808 Wilshire Boulevard, #450
Santa Monica, CA 90401

James Carr
Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10078

Patricia I. Chen
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600

Patricia A. Cirucci
Southern California Edison Company
2244 Walnut Grove Ave., 3rd Fl.
Rosemead, CA 91770

Marc S. Cohen
Loeb & Loeb LLP
10100 Santa Monica Blvd., #2200
Los Angeles, CA 90067

Joseph Corrigan
One Federal Street
Boston, MA 02110

Michael S. Danko
O'Reilly, Collins and Danko
2500 Sand Hill Rd. #201
Menlo Park, CA 94025

Dennis F. Dunne
Milbank, LLP
55 Hudson Yards
New York, NY 10001-2163

Benjamin D. Feder
Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10078

Michael A. Firestein
Proskauer Rose LLP
29 Century Park East, #2400
Los Angeles, CA 90067

Steven Fruchter
Arnold & Porter Kaye Scholer LLP
250 W 55th St.
New York, NY 10019

Andriana Georgallas
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Donald Chewning
463 Wooster Ave Apt D12
San Jose, CA 95116

Owen Clements
San Francisco City Attorneys Office
1390 Market Street, 7th Floor
San Francisco, CA 94102

Kevin M. Coles
Stewart Sokol and Larkin LLC
2300 SW 1st Ave. #200
Portland, OR 97201

Leo T. Crowley
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036

Navi Dhillon
Baker Botts L.L.P.
101 California St., #3600
San Francisco, CA 94111

Daniel G. Egan
Ropes and Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Debra Felder
Orrick, Herrington & Sutcliffe LLP
1152 15th St., NW
Washington, DC 20005

John Fiske
Baron & Budd P.C.
3102 Oak Lawn Avenue #1100
Dallas, TX 75219

Craig Solomon Ganz
Ballard Spahr LLP
1 East Washington St., #2300
Phoenix, AZ 85004-2555

Eric Gibbs
Gibbs Law Group
505 14th St., #1110
Oakland, CA 94612

Kevin Chiu
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Janine Cohen
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Alison E. Cordova
Cochett, Pitre & McCarthy, LLP
840 Malcolm Rd., Suite 200
Burlingame, CA 94010

Ivo G. Daniele
Newmeyer & Dillion LLP
1333 N. California Blvd., #600
Walnut Creek, CA 94596

Neal P. Donnelly
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019

Sander L. Esserman
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan St. #2200
Dallas, TX 75201-2689

Maximilian A. Ferullo
Nixon Peabody LLP
55 West 46th St.
New York, NY 10036

Leslie A. Freiman, Esq.
c/o EDP Renewables North America LLC
808 Travis, #700
Houston, TX 77002

Matthew G. Garofalo
Stroock & Stroock & Lavan LLP
180 Maiden Ln.
New York, NY 10038-4982

Erez E. Gilad
Stroock & Stroock & Lavan LLP
180 Maiden Ln.
New York, NY 10038-4982

Leah S. Goldberg
General Counsel
1111 Broadway, 3rd Flr.
Oakland, CA 94607

Stuart J. Goldring
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153

Matthew Goren
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Debra L. Grassgreen
Pachulski Stang Ziehl & Jones LLP
150 California St., 15th Fl.
San Francisco, CA 94111

Timothy Graulich
Davis Polk and Wardwell LLP
450 Lexington Ave.
New York, NY 10017

William R. Greendyke
Norton Rose Fulbright US LLP
1301 McKinney #5100
Houston, TX 77010-3095

James W. Grudus
One AT&T Way, Rm 3A115
Bedminster, NJ 07921

Elizabeth M. Guffy
Locke Lord LLP
JPMorgan Chase Tower
600 Travis, #2800
Houston, TX 77002

Mirco J. Haag
Buchalter, A Professional Corporation
18400 Von Karman Ave., #800
Irvine, CA 92612

Kristopher M. Hansen
Stroock & Stroock & Lavan LLP
180 Maiden Ln.
New York, NY 10038-4982

Christopher J. Harney
Seyfarth Shaw LLP
560 Mission St., #3100
San Francisco, CA 94105

Christopher Harris
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

Alaina R. Heine
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036

David A. Herman
Cravath, Swaine & Moore LLP
85 Eighth Avenue
New York, NY 10019

Brian S. Hermann
Law Offices of Brian S. Hermann
1285 Avenue of the Americas
New York, NY 10019-6064

Monique B. Howery
Reed Smith LLP
10 S. Wacker Dr., 40th Flr.
Chicago, IL 60606

Dylan Hughes
Gibbs Law Group
505 14th St., #1110
Oakland, CA 94612

Iron Mountain Information Management, LLC
One Federal Street
7th Floor
Boston, MA 02110

Peter A. Ivanick
Hogan Lovells US LLP
875 Third
San Francisco, CA 94111

Shelby A. Jordan
Jordan, Holzer & Ortiz, PC
500 N. Shoreline #900
Corpus Christi, TX 78401

Andrew Paul Kangas
15 Boardman Pl. 2nd Fl.
San Francisco, CA 94103

Stephen Karotkin
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Michael A. Kelly
Walkup, Melodia, Kelly and Schoenberger
650 California St. 26th Fl.
San Francisco, CA 94108

Samuel A. Khalil
Milbank, LLP
55 Hudson Yards
New York, NY 10001-2163

Kenneth N. Klee
Klee, Tuchin, Bogdanoff and Stern
1999 Avenue of the Stars, 39th Fl.
Los Angeles, CA 90067

Marilyn S. Klinger
SMTD Law LLP
355 S. Grand Ave., #2450
Los Angeles, CA 90071

Bradley C. Knapp
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, LA 70130

Kevin Kramer
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Thomas R. Kreller
Milbank LLP
2029 Century Park East, 33rd
Los Angeles, CA 90067

Robert J. Labate
Holland & Knight LLP
50 California St., #2800
San Francisco, CA 94111

Kathy Labriola
1307 University Ave.
Berkeley, CA 94702

Jessica Liou
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Lauren Macksoud
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089

Matthew L. McGinnis
Ropes and Gray LLP
Prudential Tower
800 Boylston St.
Boston, MA 02199-3600

Kristine K. Meredith
Danko Meredith
333 Twin Dolphin Dr., #145
Redwood Shores, CA 94065

Mark A. Minich
Assistant General Counsel
Kinder Morgan, Inc.
Two North Nevada
Colorado Springs, CO 80903

Stephen Moeller-Sally
Ropes and Gray LLP
Prudential Tower
800 Boylston St.
Boston, MA 02199-3600

Alan A. Moskowitz
Gibson, Dunn and Crutcher LLP
200 Park Ave.
New York, NY 10166-0193

Brittany J. Nelson
Foley & Lardner LLP
3000 K St., NW, #600
Washington, DC 20007-5109

Kevin J. Orsini
Cravath, Swaine & Moore LLP
85 Eighth Avenue
New York, NY 10019

Thomas E. Lauria
Law Offices of White and Case
Southeast Financial Center
200 South Biscayne Blvd. #4900
Miami, FL 33131-2352

William S. Lisa
Nixon Peabody LLP
One Embarcadero Center, 32nd Fl.
San Francisco, CA 94111

Sumble Manzoor
Corey, Luzaich, De Ghetaldi & Riddle LLP
700 El Camino Real
P.O. Box 669
Mill———, CA 94030-0669

Lorraine McGowen
Orrick, Herrington & Sutcliffe LLP
51 West 52nd St.
New York, NY 10019

Shawn R. Miller
Danko Meredith
333 Twin Dolphin Dr., #145
Redwood Shores, CA 94065

Mark A. Minich
Assistant General Counsel
Kinder Morgan, Inc.
Two North Nevada
Colorado Springs, CO 80903

Erika L. Morabito
Foley & Lardner LLP
3000 K St., NW, #600
Washington, DC 20007-5109

Jessica R. Mullan
General Counsel
Sonoma Clean Power Authority
50 Santa Rosa Ave., 5th Fl.
San Rosa, CA 95494

John Nolan
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Antonio Ortiz
Jordan, Holzer & Ortiz, PC
500 N. Shoreline #900
Corpus Christi, TX 78401

Howard M. Levine
Law Offices of Sussman and Shank
1000 SW Broadway #1400
Portland, OR 97205

Brian Lohan
Arnold & Porter Kaye Scholer LLP
250 W 55th St.
New York, NY 10019

John McCusker
Bank of America Tower
Mail code NY1-100-21-01
One Bryant Park
New York, NY 10036

Mark McKane
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104

Sherry J. Millman
Stroock & Stroock & Lavan LLP
180 Maiden Ln.
New York, NY 10038-4982

Sean A. Mitchell
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019

Julia A. Mosel
Southern California Edison Company
2244 Walnut Grove Ave., 3rd Fl.
Rosemead, CA 91770

Omid H. Nasab
Cravath, Swaine & Moore LLP
85 Eighth Avenue
New York, NY 10019

Harold A. Olsen
Stroock & Stroock & Lavan LLP
180 Maiden Ln.
New York, NY 10038-4982

Samuel S. Ory
Frederic Dorwart, Lawyers PLLC
124 E 4th St.
Tulsa, OK 74103-5010

Owen Clements, Esq
San Francisco City Attorney's Office
1390 Market St., 7th Flr.
San Francisco, CA 94102

Richard C. Pedone
Nixon Peabody LLP
Exchange Place
53 State St.
Boston, MA 02109

Oscar N. Pinkas
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089

Prime Clerk LLC
830 Third Avenue
3rd Floor
New York, NY 10017

Caroline A. Reckler
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

Walter R. Rieman
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019

Ian E. Roberts
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Matthew M. Roose
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Michael A. Rosenthal
Gibson, Dunn and Crutcher LLP
200 Park Ave.
New York, NY 10166-0193

David Schiff
Davis Polk and Wardwell LLP
450 Lexington Ave.
New York, NY 10017

Isaac M. Pachulski
Pachulski Stang Ziehl & Jones
150 California Street, 15th Floor
San Francisco, CA 94111

Mosby Perrow
Vice President & Deputy General Counsel
Kinder Morgan, Inc.
1001 Louisiana #1000

Frank Pitre
Cochett, Pitre & McCarthy, LLP
San Francisco Airport Office Center
840 Malcolm Rd., Suite 200
Burlingame, CA 94010

Amy C. Quartarolo
Law Offices of Latham and Watkins
355 S Grand Ave., #100
Los Angeles, CA 90071-1560

Jordana L. Renert
Arent Fox LLP
1301 Avenue of the Americas, 42nd Fl.
New York, NY 10019

David Riley
DLA Piper LLP
2000 Ave. of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704

Matthew G. Roberts
Troutman Sanders LLP
Bank of America Plaza
600 Peachtree St., NE, #3000
Atlanta, GA 30308

Brian S. Rosen
Proskauer Rose LLP
Eleven Times Square
P.O. Box 770000
New York, NY 10036

Randy A. Sawyer, Esq.
c/o EDP Renewables North America LLC
808 Travis, #700
Houston, TX 77002

Ray C. Schrock
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Andrew M. Parlen
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

John M. Pierce
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Patricia Williams Prewitt
Law Offices of Patricia Williams Prewitt
10953 Vista Lake Ct.
Navasota, TX 77868

Hugh M. Ray
Pillsbury Winthrop Shaw Pittman LLP
900 Fannin, #2000
Houston, TX 77010

Amanda L. Riddle
Corey, Luzaich, De Ghetaldi & Riddle LLP
700 El Camino Real
P.O. Box 669

Christy Rivera
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019

Bill Robins
Robins Cloud LLP
808 Wilshire Boulevard, #450
Santa Monica, CA 90401

Andrew Rosenblatt
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019

Margaret Schierberl
Cleary, Gottlieb, Sheen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Max A. Schuver
Walkup, Melodia, Kelly and Schoenberger
650 California St. 26th Fl.
San Francisco, CA 94108

Lisa Schweitzer
Cleary, Gottlieb, Sheen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Alex M. Sher
Hogan Lovells US LLP
875 Third Ave.
New York, NY 10022

Andrew I. Silfen
Arent Fox PLLC
1301 Avenue of the Americas, 42nd Fl.
New York, NY 10019

Abigail Snow
Satterlee Stephens LLP
230 Park Ave.
New York, NY 10169

Michael H Strub
Irell and Manella LLP
840 Newport Center Dr., #400
Newport Beach, CA 92660-6324

Scott Summy
Baron & Budd P.C.
3102 Oak Lawn Avenue #1100
Dallas, TX 75219

Judy D. Thompson
JD Thompson Law
P.O. Box 33127
Charlotte, NC 28233

Union Pacific Railroad Company
Attn: Tonya W. Conley
Attn: Lila L. Howe
1400 Douglas St. Stop 1580
Omaha, NE 68179

Thomas D. Warren
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Michael L. Wilhelm
Walter and Wilhelm Law Group
205 E. River Park Circle #410
Fresno, CA 93720

Howard Seife
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019

J. Christopher Shore
Law Offices of White and Case
1221 Avenue of the Americas
New York, NY 10020-1095

Aaron Smith
Locke Lord LLP
111 South Wacker Dr., #4100
Chicago, IL 60606

Mark A. Speiser
Stroock, Stroock and Lavan
180 Maiden Ln.
New York, NY 10038

Joshua Y. Sturm
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600

Ron A. Symm
Assistant General Counsel
Aera Energy LLC
10000 Ming Avenue
Bakersfield, CA 93311

Theodore Tsekerides
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Craig Varnen
Irell and Manella LLP
1800 Avenue of the Stars, #900
Los Angeles, CA 90067-4276

Jason P. Wells
Senior Vice President
Chief Financial Officer PG&E
Corporation
77 Beale St.

Harris B. Winsberg
Troutman Sanders LLP
Bank of America Plaza
600 Peachtree St., NE, #3000
Atlanta, GA 30308

David R. Seligman
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

George W. Shuster
7 World Trade Center
New York, NY 10007

Edwin E. Smith
Morgan, Lewis & Bockius LLP
101 Park Ave.
New York, NY 10178-0060

Andrew J. Strabone
Irell and Manella LLP
1800 Avenue of the Stars, #900
Los Angeles, CA 90067-4276

Matthew G. Summers
Ballard Spahr LLP
919 N Market St., 11th Fl.
Wilmington, DE 19801

Cliff I. Taylor
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan St. #2200
Dallas, TX 75201-2689

Michael M. Turkel
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Eli J. Vonnegut
Davis Polk and Wardwell LLP
450 Lexington Ave.
New York, NY 10017

Peter L. Welsh
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600

Keith H. Wofford
Ropes and Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Aparna Yenamandra  
Kirkland & Ellis LLP  
601 Lexington Avenue  
New York, NY 10022

Paul H. Zumbro  
Cravath, Swaine & Moore LLP  
85 Eighth Avenue  
New York, NY 10019

ROPES & GRAY LLP  
Gregg M. Galardi/ Keith H. Wofford  
Daniel G. Egan  
1211 Avenue of the Americas  
New York, NY 10036-8704

Michael A. Yuffee  
Winston and Strawn LLP  
1700 K St., N.W.  
Washington, DC 20006-3817

Dario de Ghetaldi  
Corey, Luzaich, De Ghetaldi & Riddle LLP  
700 El Camino Real  
P.O. Box 669  
Millbrae, CA 94030-0669

Maja Zerjal  
Proskauer Rose LLP  
Eleven Times Square  
P.O. Box 770000  
New York, NY 10036

ROPES & GRAY LLP  
Stephen Moeller-Sally  
Matthew L. McGinnis  
Prudential Tower, 800 Boylston Street  
Boston, MA 02199-3600