Robert A. Julian (CA Bar 88469)
rjulian@bakerlaw.com
Cecily A. Dumas (CA Bar 111449)
cdumas@bakerlaw.com
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:    (628) 208-6434

Eric E. Sagerman (CA Bar 155496)
esagerman@bakerlaw.com
Lauren T. Attard (CA Bar 320898)
lattard@bakerlaw.com
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:    (310) 442-8875
Facsimile:    (310) 820-8859

Requested by Proposed Counsel to
the Official Committee of Tort Claimants

**IN THE UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☒  Affects Both Debtors<br><br>All papers shall be filed in the Lead Case No. 19-30088 (DM) | Case Nos.:  **19-30088 (DM) (Lead Case)**<br>**19-30089 (DM)**<br><br>**Chapter 11**<br><br>**Jointly Administered**<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS AND NOTICE BY PROPOSED COUNSEL FOR OFFICIAL COMMITTEE OF TORT CLAIMANTS** |

**PLEASE TAKE NOTICE** pursuant to Bankruptcy Rules 2002 and 9010(b), the Official Committee of Tort Claimants ("Tort Claimants Committee"), requested by its proposed counsel, Baker & Hostetler, LLP, hereby requests that all notices given or required to be given in the above-captioned cases, and all papers served or required to be served in these cases, be given to and served on the undersigned.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request applies to and includes not only notices and papers referenced in the Bankruptcy Rules and the Bankruptcy Code, but also includes, without limitation, all orders, notices and pleadings relating to any application, motion, petition, objection, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile transmission, electronic mail, telex or otherwise that: (i) affects, or seeks to affect, or may potentially affect in any way, any rights or interests of any creditor or party in interest in these cases, including the Tort Claimants Committee; (ii) affects, or seeks to affect (a) the above-captioned debtors and/or their estates or (b) property or proceeds thereof in the possession, custody or control of others that the debtors or their estates may seek to use; or (iii) requires or seeks to require any act, delivery of any property, payment or other conduct by the Tort Claimants Committee.

**PLEASE TAKE FURTHER NOTICE** that the Tort Claimants Committee does not, by filing this Notice of Appearance or any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Notice of Appearance constitute a waiver of its respective rights: (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) to trial by jury in any proceeding so triable in this case, or any controversy or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions,

- 2 -
NOTICE OF APPEARANCE AND REQUEST FOR SERVICE – *In re PG&E Corp.*, Case No. 19-30088 (DM)

Case: 19-30088    Doc# 521    Filed: 02/20/19    Entered: 02/20/19 17:16:23    Page 2 of 3

setoff or recoupments to which the Tort Claimants Committee is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs or recoupments are hereby reserved.

Dated: February 20, 2019

Respectfully submitted,

BAKER & HOSTETLER, LLP

By: */s/ Cecily A. Dumas*
Robert A. Julian (CA Bar 88469)
rjulian@bakerlaw.com
Cecily A. Dumas (CA Bar 111449)
cdumas@bakerlaw.com
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: (415) 542-8730

Eric E. Sagerman (CA Bar 155496)
esagerman@bakerlaw.com
Lauren T. Attard (CA Bar 320898)
lattard@bakerlaw.com
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: (310) 442-8875
Facsimile: (310) 820-8859

Proposed Counsel for Official Committee of Tort Claimants

- 3 -
NOTICE OF APPEARANCE AND REQUEST FOR SERVICE – *In re PG&E Corp.*, Case No. 19-30088 (DM)

Case: 19-30088    Doc# 521    Filed: 02/20/19    Entered: 02/20/19 17:16:23    Page 3 of 3