# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
| **Debtors.** | **(Jointly Administered)** |

## CERTIFICATE OF PUBLICATION

I, Jesse Offenhartz, do declare and state as follows:

1.      I am employed at Prime Clerk LLC, the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2.      This Certificate of Publication includes sworn statements verifying that the Notice of Commencement approved by the Bankruptcy Court [Docket No. 226; Exhibit 1], as conformed for publication, was published in the following publications and on the following dates:

| Publication Name | Date(s) of Publication | Exhibit Evidencing Publication |
|---|---|---|
| *San Francisco Chronicle* | February 13, 2019 | Exhibit A |
| *Wall Street Journal* National Edition | February 13, 2019 | Exhibit B |
| *USA Today* National Edition | February 14, 2019 | Exhibit C |
| *Los Angeles Times* | February 14, 2019 | Exhibit D |
| *The Press Democrat* (Santa Rosa) | February 14, 2019 | Exhibit E |
| *The Bakersfield Californian* | February 14, 2019 | Exhibit F |
| *The Chico Enterprise-Record* and *The Oroville Mercury-Register* | February 14, 2019 | Exhibit G |
| *The Sacramento Bee* | February 14, 2019 | Exhibit H |

| Publication Name | Date(s) of Publication | Exhibit Evidencing Publication |
|---|---|---|
| *The Fresno Bee* | February 14, 2019 | Exhibit I |
| *The Record* (Stockton) | February 14, 2019, and February 16, 2019 | Exhibit J |
| *San Jose Mercury News* | February 15, 2019 | Exhibit K |
| *Contra Costa Times* (aka East Bay Times) | February 15, 2019 | Exhibit L |
| *The Modesto Bee* | February 15, 2019 | Exhibit M |
| *Paradise Post* | February 16, 2019, and February 20, 2019 | Exhibit N |

3.     I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 20th day of February 2019, at New York, NY.

JESSE OFFENHARTZ

SRF 30800