# **Exhibit A**

# DECLARATION OF PUBLICATION OF
SAN FRANCISCO CHRONICLE

Diane FitzGibbon

declares that:

The annexed advertisement has been regularly published in the

## SAN FRANCISCO CHRONICLE

which is and was at all times herein mentioned established as newspaper of general circulation in the City and County of San Francisco, State of California, as that term is defined by Section 6000 of the Government Code.

SAN FRANCISCO CHRONICLE
(Name of Newspaper)

901 Mission Street

San Francisco, CA 94103

From 2/13/19

To 2/13/19

Namely, on 2/13/19

(Dates of Publication)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/13/19

at San Francisco, California.

*/s/ Diane FitzGibbon*

Diane FitzGibbon

---

**United States Bankruptcy Court for the Northern District of California**
**Debtors: PG&E Corporation and Pacific Gas and Electric Company**
Date cases filed in chapter 11: 01/29/2019
Case number: 19-30088 (DM) (Lead Case; Jointly Administered)
**Notice of Chapter 11 Bankruptcy Cases**

- For the debtors listed above, cases have been filed under chapter 11 of the Bankruptcy Code and orders for relief have been entered. This notice has important information about the cases for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from the debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the cases may be inspected at the bankruptcy clerk's office at the address below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

The staff of the bankruptcy clerk's office cannot give legal advice. Do not file this notice with any proof of claim or other filing in the cases.

1. **Debtors' full names; Address, Case No., EIN#:** PG&E Corporation, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30088 (DM), 94-3234914; Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30089 (DM), 94-0742640.
2. **All other names used in the last 8 years:** n/a
3. **Address:** See above
4. **Debtors' Attorneys:** Tobias S. Keller (#151445), KELLER & BENVENUTTI LLP, 650 California Street, Suite 1900, San Francisco, CA 94108 –and– Stephen Karotkin (pro hac vice), WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, NY 10153. **Debtors' Claims and Noticing Agent:** If you have questions about this notice, please contact Prime Clerk LLC. **Contact Phone:** (844) 339-4217 (Toll Free), +1 (929) 333-8977 (Int'l). **Email:** pgeinfo@primeclerk.com. **Website:** https://restructuring.primeclerk.com/pge
5. **Bankruptcy clerk's office:** U.S. Bankruptcy Court, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, CA 94102. **Hours open:** Monday-Friday, 9 a.m. - 4:30 p.m. (CT). **Contact phone:** 888-821-7606. Documents in these cases may be filed at this address. You may inspect all records filed in these cases at this office or online at www.pacer.gov.
6. **Meeting of creditors:** Date and Time: **Monday March 4, 2019 at 10:00 a.m.** Location: Phillip Burton Federal Building and U.S. Courthouse, 450 Golden Gate Avenue, 2nd Floor, California Conference Room, San Francisco, CA 94102. The debtors' representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.
7. **Proof of claim deadline:** Deadline for filing proof of claim: **To Be Determined.** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as disputed, contingent, or unliquidated; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as disputed, contingent, or unliquidated, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.
8. **Exception to discharge deadline:** You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A). The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. Deadline for filing the complaint: **To Be Determined**
9. **Creditors with a foreign address:** If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in these cases.
10. **Filing a Chapter 11 bankruptcy case:** Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtors will remain in possession of the property and may continue to operate their business.
11. **Discharge of debts:** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

## WORLD

### NIGERIA
# Militants' resurgence imperils vote

**By Haruna Umar and Cara Anna**

MAIDUGURI, Nigeria — Baba Inuwa was pleased to move back to his vegetable farm in Nigeria's northeast, encouraged by the military's offensive against Boko Haram, the country's homegrown Islamic extremist rebels, and by President Muhammadu Buhari's claim that the insurgency had been crushed.

"We thought all was over and Boko Haram can never return," Inuwa said. He joined thousands of others in leaving displacement camps to return to their homes.

But then last month the extremists rolled into Inuwa's hometown, Baga, firing into the air, hoisting flags and claiming it as their own. Suddenly residents were on the move again, fleeing with little more than the clothes on their backs. On a punishing two-day march through the arid Sahel, some pregnant women miscarried and other elderly people died.

Nigeria's government now acknowledges an extremist resurgence, this time by a Boko Haram offshoot, the Islamic State West Africa Province, the Islamic State group's largest presence outside the Middle East, estimated to have more than 3,000 fighters. Their near-daily attacks have many traumatized Nigerians questioning whether they can vote for Buhari as he seeks a second term.

Others question how the elections can be held in the troubled northeast region. The National Assembly has approved a record $147 million for election security but some polling workers in remote areas have rejected their posts in fear of being attacked. The opposition objects that voting will be held in government-controlled camps, which in "liberated" communities are the safest locations.

Buhari, a former military dictator, returned to power in 2015 with an election victory in which he promised to tackle insecurity, corruption and the economy in Africa's most populous country with 190 million people. While he still has support in most states of his native north, enthusiasm has dimmed as it becomes clear that the decade-old extremist insurgency — killing more than 27,000, abducting hundreds of schoolgirls, displacing millions — is far from over.

Up against Atiku Abubakar, a fellow northern Muslim and former vice president, Buhari could end up like former President Goodluck Jonathan, who lost in 2015 after his failure to stop extremism.

At first, Nigeria's military appeared to deliver on Buhari's inaugural vow to eliminate Boko Haram, pushing fighters out of many communities. Residents were urged to return home.

But late last year the Islamic State-linked extremists roared back, attacking military bases, resupplying and causing a rare government admission of dozens of soldier deaths. Shaken, officials said the extremists had begun using drones, indicating links with ISIS fighters fleeing collapsing strongholds in Syria and Iraq.

"ISIS now has a strong foothold in West Africa, with Nigeria in the forefront of the battle," Information Minister Lai Mohammed declared last week. The fighters are more worrying than Boko Haram and at least triple its size, the U.S. Africa Command chief has said.

Some 59,000 people have fled attacks since November, the U.N. migration agency says. now-deserted border town of Rann was hit twice last month.

As many as 39 attacks were recorded in Borno and Yobe states last month, the U.N. refugee agency says.

*Haruna Umar and Cara Anna are Associated Press writers.*



Joe Klamar / AFP / Getty Images
Slovakia's Prime Minister Peter Pellegrini (right) greets Secretary of State Mike Pompeo in Bratislava, during a five-nation tour that began in Hungary and will take Pompeo to Poland, Belgium and Iceland.

### EUROPE
# Pompeo warns region on China, Russia meddling

**By Matthew Lee**

BRATISLAVA, Slovakia — Secretary of State Mike Pompeo on Tuesday invoked the 30th anniversary of the demise of communism to implore countries in Central and Eastern Europe to resist Chinese and Russian influence.

Speaking in the Slovak capital of Bratislava, Pompeo said China and Russia pose twin threats to the democratic and free-market gains made since the fall of the Berlin Wall in 1989.

He said the post-communist countries are particularly vulnerable to Chinese and Russian predatory investment and political meddling. To combat the threat, he said, the United States is committed to boosting its engagement in the region, through defense cooperation agreements and exchange programs.

He said because of its history and geography, Slovakia has "a special appreciation for the aggressive role Russia continues to play in the region," particularly in Ukraine.

But, he said, "Russia is not the only nation that seeks to erode sovereignty and freedom in Europe."

Pompeo said he had raised with Slovak officials the "need to guard against China's economic and other efforts to create dependence and manipulate your political system."

Pompeo is in Slovakia on the second leg of a five-nation European tour that began in Hungary and will take him to Poland, Belgium and Iceland.

He renewed a warning he delivered on Monday in Budapest that the United States may be forced to scale back certain operations in Europe and elsewhere if countries continue to do business with Chinese telecommunications company Huawei.

He said the U.S. had strong concerns about Huawei's motives in Europe, especially in NATO and European Union member states, as well as its business practices.

"We're fine with companies competing, but they have got to do so in a way that's fair and open and transparent, and they can't do so with anything other than an economic motive," he said.

Pompeo said nations would have to consider choosing between Huawei and the United States. The warning was broad but pointedly delivered first in Hungary, a NATO ally and European Union member, where Huawei is a major player.

The U.S. has been warning countries about the risks of Chinese telecom technology as governments choose providers for the rollout of 5G wireless internet, which will enable faster download speeds but also greater connectivity among devices.

China has said the U.S. is just trying to suppress a rising competitor.

Pompeo said he hoped to reverse what he called a decade of U.S. disengagement in Central and Eastern Europe that created a vacuum Russia and China have exploited. Over the course of the past 10 years, he said, Russian President Vladimir Putin and Chinese leaders have become much more aggressive in the region and made inroads.

"I want to make sure that the Slovakian people understand that America is engaged, we're back," he said earlier at a ceremony at Slovakia's "Gate of Freedom," a memorial on the banks of the Morava River at the Slovakian border with Austria that commemorates the 400 people killed at the borders of the former Czechoslovakia while attempting to escape the Iron Curtain between 1945 and 1989.

*Matthew Lee is an Associated Press writer.*

### FRANCE
# Anti-Semitic acts hit amid protests

**By Samuel Petrequin**

PARIS — Portraits of a Holocaust survivor stained with swastikas. A memorial in honor of a Jewish man vandalized. A bagel shop with the German word "Juden" sprayed on its front window.

These are just a few of the hundreds of anti-Semitic acts that have been committed in recent months in France, home to the world's largest Jewish population outside Israel and the United States.

According to French authorities, registered incidents of anti-Semitism rose to 541 last year from 311 in 2017, an increase of 74 percent.

"These acts are revolting," Prime Minister Edouard Philippe said at the French parliament on Tuesday. "Day after day, I'm noticing scandalous degradation and inscriptions. Day after day, I'm noticing that symbols and venues our country cherishes are attacked."

A judicial official said Paris prosecutors have opened four investigations following incidents in the French capital last weekend. The official was not authorized to be publicly named because the investigations are ongoing.

"Anti-Semitism is spreading like a poison, like a venom," Interior Minister Christophe Castaner said while attending a ceremony at the memorial of a young Jewish man who was tortured to death in 2006. Two trees planted at the scene where Ilan Halimi was found dying in a Paris suburb have been vandalized.

"It's rotting minds, it's killing," Castaner said at the Monday event, vowing that the government would fight anti-Semitism.

Castaner did not link the rise of incidents to any specific groups. Some members of the yellow vest movement are known for their extremist views, and several anti-Semitic incidents have occurred amid weekly antigovernment protests that started in November.

Frederic Potier, a French government official in charge of fighting anti-Semitism, racism and anti-gay discrimination, said some far-right groups have managed to infiltrate yellow-vest demonstrations.

"Anti-Semitic tags up to nausea in the heart of Paris this weekend," Potier tweeted with a picture of a wall with a derogatory inscription, insinuating that French President Emmanuel Macron was just a tool of views, and several anti-Semitic incidents have occurred amid weekly antigovernment protests that started in November.

"When the hatred of the Jews overlaps with the hatred of democracy, the vocabulary of the fachosphere (the sphere of fascists) is found on the walls," Potier wrote.

In addition to the desecration of the Ilan Halimi memorial, portraits of the late Simone Veil drawn on mailboxes were daubed with swastikas. A survivor of Nazi death camps and a European Parliament president who died in 2017, Veil also spearheaded abortion rights as one of France's most prominent female politicians.

*Samuel Petrequin is an Associated Press writer.*



Michel Euler/Associated Press
A French street artist cleans vandalized mailboxes with swastikas covering the face of the late Holocaust survivor and politician Simone Veil, in Paris.

United States Bankruptcy Court for the Northern District of California
**Debtors: PG&E Corporation and Pacific Gas and Electric Company**
Date cases filed in chapter 11: 01/29/2019
Case number: 19-30088 (DM) (Lead Case; Jointly Administered)
**Notice of Chapter 11 Bankruptcy Cases**

For the debtors listed above, cases have been filed under chapter 11 of the Bankruptcy Code and orders for relief have been entered. This notice has important information about the cases for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from the debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the cases may be inspected at the bankruptcy clerk's office at the address below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice. Do not file this notice with any proof of claim or other filing in the cases.**

1. **Debtors' full names: Debtor, Address, Case No., EIN#:** PG&E Corporation, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30088 (DM), 94-3234914; Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30089 (DM), 94-0742640.
2. **All other names used in the last 8 years:** n/a
3. **Address:** See above
4. **Debtors' Attorneys:** Tobias S. Keller (#151445), KELLER & BENVENUTTI LLP, 650 California Street, Suite 1900, San Francisco, CA 94108 -and- Stephen Karotkin (pro hac vice), WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, NY 10153. **Debtors' Claims and Noticing Agent: If you have questions about this notice, please contact Prime Clerk LLC. Contact Phone:** (844) 339-4217 (Toll Free), +1 (929) 333-8977 (Int'l). **Email:** pgeinfo@primeclerk.com. **Website:** https://restructuring.primeclerk.com/pge
5. **Bankruptcy clerk's office:** U.S. Bankruptcy Court, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, CA 94102. **Hours open:** Monday-Friday, 9 a.m.- 4:30 p.m. (CT). **Contact phone:** 888-821-7606. Documents in these cases may be filed at this address. You may inspect all records filed in these cases at this office or online at www.pacer.com.
6. **Meeting of creditors: Date and Time: Monday March 4, 2019 at 10:00 a.m. Location:** Phillip Burton Federal Building and U.S. Courthouse, 450 Golden Gate Avenue, 2nd Floor, California Conference Room, San Francisco, CA 94102. The debtors' representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.
7. **Proof of claim deadline: Deadline for filing proof of claim: To Be Determined.** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed, contingent, or unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed, contingent, or unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.
8. **Exception to discharge deadline:** You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A). The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. **Deadline for filing the complaint: To Be Determined**
9. **Creditors with a foreign address:** If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.
10. **Filing a Chapter 11 bankruptcy case:** Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtors will remain in possession of the property and may continue to operate their business.
11. **Discharge of debts:** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

# **Exhibit B**

# AFFIDAVIT

STATE OF NEW JERSEY       )
                          ) ss:
CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )

I, Andrew Introne, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher

of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout

the United States, and that the notice attached to this Affidavit has been regularly

published in THE WALL STREET JOURNAL for National distribution for

1  insertion(s) on the following date(s):

FEB-13-2019;

ADVERTISER: PG&E Corporation;

and that the foregoing statements are true and correct to the best of my knowledge.

_[signature]_

Sworn to before me this
13  day of  February    2019

_[signature]_
Notary Public

[Notary Seal: CIELO L ORJUELA, NOTARY PUBLIC, ID # 50086491, COMMISSION EXPIRES 7/18/2023, STATE OF NEW JERSEY]

## BUSINESS & FINANCE

# Investor Set to Boost Stake in Coty

By Saabira Chaudhuri

JAB Ltd. offered to significantly boost its stake in Coty Inc. by buying up to $1.75 billion in shares, a move intended to signal its confidence in the embattled beauty giant.

The European holding company on Tuesday launched a tender offer to buy up to 150 million Coty shares for $11.65 a share in cash, a 21% premium to Monday's closing price. If successful, the purchase would boost JAB's stake in Coty, whose products include OPI nail polish and CoverGirl makeup, to 60% from 40%. The move comes as Coty shares have fallen sharply over the past year.

JAB, which also owns Krispy Kreme, Dr Pepper and Peet's Coffee, has run Coty since buying the castoff perfume business from Pfizer Inc. in 1992.

While JAB has become a consumer-goods powerhouse after a string of acquisitions, Coty's $12 billion purchase of more than 40 brands from Procter & Gamble Co. in 2016 has been problematic.

Since that deal, Coty's sales have slumped and the company has named a new chief executive and financial head. Its former chairman, a JAB senior partner, has also left both Coty and the investment firm.

Coty has said some of the former P&G brands were in worse condition than it anticipated when it agreed to buy



Race driver Shelina Moreda, right, at a CoverGirl event last year.

them and suffered further as consumers shifted away from mass-market brands sold in drugstores.

However, JAB managing partner Peter Harf on Tuesday defended the deal and said integrating the business had been the major problem.

"We underestimated its complexity, we took it lightly, that's the problem," Mr. Harf said in an interview.

He said an aging population and social media could benefit hair-color products and cosmetics, and that the business is relatively resilient. Even in a tough economy, people still want to look good, he said.

Mr. Harf said JAB's plan to buy more shares in the beauty company was intended to signal that the investment firm thinks Coty's problems can be fixed under the new CEO.

"We want to show the market that we support the company and believe in management," said Mr. Harf, noting that the move also offers shareholders looking for an exit an easy out.

Coty's new chief, Pierre Laubies, is from JAB's executive stable. He previously ran Jacobs Douwe Egberts, which was created in 2014 by the combination of Mondelez International Inc.'s coffee business with a European coffee company controlled by JAB.

JAB's offer to buy more shares is contingent on the recommendation of Coty's independent directors.

Jonathan Feeney, an analyst at Consumer Edge, raised his price target on Coty stock to $14 from $10 on the news, saying he expects the board to approve the deal and the full offer to be subscribed. The move, Mr. Feeney said, gives JAB more control to cut Coty's high expenses and "shows confidence from knowledgeable insiders in existing management's plans."

JAB's focus on Coty is a relative outlier for the company, whose priorities have increasingly shifted toward food and drinks brands. Last year it agreed to pay $26 billion to buy Dr Pepper Snapple Group Inc., the No. 3 softdrink company in the U.S. It also acquired British sandwich chain Pret A Manger Ltd. It already owns Peet's Coffee & Tea, Krispy Kreme doughnuts and Panera Bread Co., after a decadeslong acquisition spree. In late 2015, JAB took control of Keurig Green Mountain in a $13.9 billion deal that further expanded its coffee business.

*—Micah Maidenberg contributed to this article.*

# French Shipping Line Aims to Extend Inland

By Costas Paris

CMA CGM is pursuing a $1.65 billion deal for full control of Swiss-based Ceva Logistics AG in an effort to add revenue streams from freight logistics to its core ocean-transportation business.

On Tuesday, French container-shipping firm CMA CGM opened a public tender offer of 30 Swiss francs ($29.88) a share for the roughly two-thirds of Ceva that it doesn't already own.

Ceva's board of directors said last month that the offer "provides a fair exit opportunity" for those who want to get cash for shares but that it believes investors could realize "a higher value" by retaining their holdings in the business under CMA CGM ownership.

The takeover plan, which was first announced in October, was cleared by the European Commission last week.

Shipping lines have been targeting a larger part of customer supply chains by moving into inland transportation and freight management, outside the traditional scope of basic port-to-port transport. Denmark-based Maersk Line, the world's biggest container carrier by capacity, has said it wants to become an integrated freight operator like United Parcel Service Inc. and FedEx Corp.

CMA CGM, the world's fourth-biggest container operator by capacity, spent more than $460 million last year subscribing into Ceva convertible securities.

Ceva stock was trading at 30.05 francs on the Swiss Stock Exchange on Tuesday. CMA CGM's offer is about 12% above Ceva's average share price over the past 60 days.

"By developing a logistics offering to complement our maritime activity, we will be able to propose a full 'end-to-end' service to our customers," said Rodolphe Saade, CMA CGM's chairman and chief executive. "The board of Ceva Logistics is fully aligned with this friendly offer."

Ceva, which has a market capitalization of about 1.2 billion francs, turned down in October a buyout offer by Danish logistics rival DSV A/S that matched CMA CGM's price.

CMA CGM's logistics arm, which has 1,200 employees and annual revenue of $650 million, would be merged with Ceva if the deal goes through. Privately held CMA CGM has said it plans to keep Ceva listed in Zurich.

*France's CMA CGM pursues $1.65 billion deal for Swiss logistics firm Ceva.*

---

ADVERTISEMENT

# The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

## BANKRUPTCIES

United States Bankruptcy Court for the Northern District of California
Debtors: PG&E Corporation and Pacific Gas and Electric Company
Date cases filed in chapter 11: 01/29/2019
Case number: 19-30088 (DM) (Lead Case; Jointly Administered)

**Notice of Chapter 11 Bankruptcy Cases**

For the debtors listed above, cases have been filed under chapter 11 of the Bankruptcy Code and orders for relief have been entered. This notice has important information about the cases for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from the debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the cases may be inspected at the bankruptcy clerk's office at the address below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice. Do not file this notice with any proof of claim or other filing in the cases.**

1. **Debtors' full names:** Debtor, Address, Case No., EIN#: PG&E Corporation, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30088 (DM), 94-3234914; Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30089 (DM), 94-0742640.

2. **All other names used in the last 8 years:** n/a

3. **Address:** See above

4. **Debtors' Attorneys:** Tobias S. Keller (#151445), KELLER & BENVENUTTI LLP, 650 California Street, Suite 1900, San Francisco, CA 94108 -and- Stephen Karotkin (pro hac vice), WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, NY 10153. **Debtors' Claims and Noticing Agent: If you have questions about this notice, please contact Prime Clerk LLC. Contact Phone:** (844) 339-4217 (Toll Free), +1 (929) 333-8977 (Int'l). **Email:** pgeinfo@primeclerk.com. **Website:** https://restructuring.primeclerk.com/pge

5. **Bankruptcy clerk's office: U.S. Bankruptcy Court,** 450 Golden Gate Avenue, Mail Box 36099, San Francisco, CA 94102. **Hours open:** Monday-Friday, 9 a.m.- 4:30 p.m. (CT). **Contact phone:** 888-821-7606. Documents in these cases may be filed at this address. You may inspect all records filed in these cases at this office or online at www.pacer.gov.

6. **Meeting of creditors:** Date and Time: **Monday March 4, 2019 at 10:00 a.m.** Location: Phillip Burton Federal Building and U.S. Courthouse, 450 Golden Gate Avenue, 2nd Floor, California Conference Room, San Francisco, CA 94102. The debtors' representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.

7. **Proof of claim deadline: Deadline for filing proof of claim: To Be Determined.** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed, contingent, or unliquidated;* • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed, contingent, or unliquidated,* you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

8. **Exception to discharge deadline:** You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A). The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. **Deadline for filing the complaint: To Be Determined**

9. **Creditors with a foreign address:** If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in these cases.

10. **Filing a Chapter 11 bankruptcy case:** Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtors will remain in possession of the property and may continue to operate their business.

11. **Discharge of debts:** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

## PUBLIC NOTICES

**NOTICE OF INTENDED DIVIDEND PURSUANT TO RULE 14.29 OF THE INSOLVENCY (ENGLAND AND WALES) RULES 2016
LB HOLDINGS INTERMEDIATE 2 LIMITED - IN ADMINISTRATION
REGISTERED NO: 05957878
REGISTERED ADDRESS: 7 MORE LONDON RIVERSIDE, LONDON SE1 2RT IN THE HIGH COURT OF JUSTICE, CHANCERY DIVISION, COMPANIES COURT,
NO. 429 OF 2009 / CR-2009-000052**

Notice is hereby given, pursuant to Rule 14.29 of the Insolvency (England and Wales) Rules 2016 that the Joint Administrators intend to declare a third interim distribution to unsecured creditors within two months from the last date of proving, being **6 March 2019.** Such creditors are required on or before that date to submit their proofs of debt to the Joint Administrators, PricewaterhouseCoopers LLP, 7 More London Riverside, London SE1 2RT, United Kingdom, marked for the attention of Diane Adebowale or by email to lehman.affiliates@uk.pwc.com.

Persons so proving are required, if so requested, to provide such further details or produce such documents or other evidence as may appear to the Joint Administrators to be necessary. The Joint Administrators will not be obliged to deal with proofs lodged after the last date for proving but they may do so if they think fit. For further information, contact details, and proof of debt forms, please visit http://www.pwc.co.uk/services/business-recovery/administrations/lehman/lbhi2-limited-in-administration.html. Alternatively, please call Diane Adebowale on +44 (0) 20 7583 5000.

**Joint Administrators details:**
Derek Anthony Howell (IP no. 6604), Gillian Eleanor Bruce (IP no. 9120), Ian David Green (IP no. 9045), Russell Downs (IP no. 9372) and Edward John Macnamara (IP no. 9694) all of PricewaterhouseCoopers LLP, 7 More London Riverside, London SE1 2RT, United Kingdom
Date of Administration appointment:
14 January 2009
Dated: 13 February 2019
G E Bruce
Joint Administrator

---

### ANNOUNCEMENTS

**Your Life Story**
Professional Biographers Write Your Book for Family or Business - or to Publish. Affordable Options. Writing Books Since 1999.
(888) 862-2754
**Legacies And Memories.com**

### BOATING

**66' Key West Boat Slip**
With direct access to the Gulf of Mexico and the Atlantic Ocean. Unobstructed Open Water Fast Access. Floating Docks, Great Marina.
**$499,000. No Solicitation**
**Talk/Text: Robin 239.221.4230**

**Marina For Sale**
Idyllic Lake Community-
Upstate New York
Owner Retiring – Flexible Terms
**$1,700,000**
Contact Owner: (716) 499-4003
greg@readyaboutsailing.com

### BUSINESS OPPORTUNITIES

**State of the art, Patented fast food chicken sandwich operation**
- ASSET SALE -
Needs entrepreneurial individual or company with vast amount of experience in all phases of owning and operating a fast food company - set up for franchising nationally -presently two units in heart of Energy country (West Texas) must have impeccable verifiable, credit, background, and initial investment of 100,000 down to purchase operating restaurant FF an E - real estate can be bought or leased.
**Call will be returned same day**
**432-368-3420**

### BUSINESS OPPORTUNITIES

**Central Florida Law firm for sale.** Specializes in Tax, Bankruptcy, Civil Litigation, PI, Foreclosure and loan modification. Total staff of 14 people w/ 5 attorneys. Seller may stay on. Housed in 4500 sf in office park off of Interstate. SBA pre qual.
Crowne Atlantic Properties,
Archie Ossin, Broker 407-808-4287

**ONC Certified Cloud Based EMR with PRACTICE MANAGEMENT**
We have no further funds for
Sales, Marketing and Distribution
**Offers/Partner 561-212-8166**
drmarkfreeman170@gmail.com

**Unique Opportunity**
Run the Putney General Store
(Vermont's oldest), Putney, VT!
Purchase of business/stock for $120,000. 5-year renewable lease at $3600/month includes the 2-story building & equipment. Could sublet upstairs to another business. Grosses more than $1 million/year. Grocery/deli/bakery.Seating approved for 22. Turnkey.
**Call Lyssa at 802-387-4692**

**"SMALL AD, BIG OPPORTUNITY"**
**American Renewable Energy Leader** manufacturing Best-In-Class Solar Panels. Immediate need of WC to keep pace with booming demand of existing client base & additional expansion of MFG line.
Seasoned Sr. Mgt Team.
Would consider investment or acquisition.
**Contact: Tom at T.rshane@bizstrategygroup.com or Cell: 617-515-1730**

**$10,000,000**
PRIVATE LOAN WANTED
10 YEAR TERM, FIXED A.P.R.
1st LIEN ON PARADISE VALLEY RESIDENCE
1st LIEN ON SCOTTSDALE MEDICAL PRACTICE
NO BROKERS; PRIVATE INVESTORS ONLY
**INFO@LVAZ.ORG**

### PUBLIC NOTICES

**NOTICE OF INTENDED DIVIDEND PURSUANT TO RULE 14.29 OF THE INSOLVENCY (ENGLAND AND WALES) RULES 2016
LEHMAN BROTHERS HOLDINGS PLC - IN ADMINISTRATION
REGISTERED NO: 01854685
REGISTERED ADDRESS: 7 MORE LONDON RIVERSIDE, LONDON SE1 2RT IN THE HIGH COURT OF JUSTICE, CHANCERY DIVISION, COMPANIES COURT,
NO. 7943 OF 2008/CR-2008-000012**

Notice is hereby given, pursuant to Rule 14.29 of the Insolvency (England and Wales) Rules 2016 that the Joint Administrators intend to declare a fifth interim dividend to unsecured creditors within two months from the last date of proving, being **6 March 2019.**
Such creditors are required on or before that date to submit their proofs of debt to the Joint Administrators, PricewaterhouseCoopers LLP, 7 More London Riverside, London SE1 2RT, United Kingdom, marked for the attention of Diane Adebowale or by email to lehman.affiliates@uk.pwc.com.

Persons so proving are required, if so requested, to provide such further details or produce such documents or other evidence as may appear to the Joint Administrators to be necessary.
The Joint Administrators will not be obliged to deal with proofs lodged after the last date for proving but they may do so if they think fit. For further information, contact details, and proof of debt forms, please visit http://www.pwc.co.uk/services/business-recovery/administrations/non-lbie-companies/lbh-plc-in-administration.html. Alternatively, please call Diane Adebowale on +44 (0) 20 7583 5000.

**Joint Administrators' details:**
Gillian Eleanor Bruce (IP no. 9120), Derek Anthony Howell (IP no. 6604), Ian David Green (IP no. 9045), Russell Downs (IP no. 9372), Edward John Macnamara (IP no. 9694), all of PricewaterhouseCoopers LLP, 7 More London Riverside, London SE1 2RT, United Kingdom
Date of Administration appointment:
15 September 2008
Dated: 13 February 2019
G E Bruce
Joint Administrator

### TRAVEL



**Save Up To 60%**
**First & Business**
INTERNATIONAL
Major Airlines, Corporate Travel
Never Fly Coach Again!
**www.cooktravel.net**
**(888)473-3941**

---



THE WALL STREET JOURNAL.

SHOW ROOM
ADVERTISE TODAY
**(800) 366-3975**
sales.showroom@wsj.com
For more information visit:
wsj.com/classifieds

© 2019 Dow Jones & Company, Inc.
All Rights Reserved.

THE MARKETPLACE

ADVERTISE TODAY
**(800) 366-3975**
For more information visit:
**wsj.com/classifieds**

© 2019 Dow Jones & Company, Inc. All Rights Reserved.

DOW JONES

# **Exhibit C**



**VERIFICATION OF PUBLICATION**

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Vanessa Salvo says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Thursday, February 14, 2019** the following legal advertisement – **In re: PG&E Corporation** – was published in the national edition of **USA TODAY.**

_____
Principal Clerk of USA TODAY
February 14, 2019

This _14th_ day of _February_ month _2019_ year.

_____
Notary Public
Commission expires on 31 October 2019

*Robin Sue Purcell, Notary Public, My Commission Number 7630258, Commonwealth of Virginia*

# NJ passes bill to limit full-contact drills

## Michigan might approve restrictions in May

**Logan Newman**
USA TODAY High School Sports
USA TODAY Network

New Jersey high school football officials voted Wednesday to implement the most restrictive contact limitations during practice at any level of the sport.

The New Jersey State Interscholastic Athletic Association passed a bill that reduces in-season full-contact limits from 90 minutes a week to 15 minutes and preseason full-contact hours from unlimited to six.

"The image of the 'rub some dirt on it' football coach is really one of the past," said Chuck Klaus, former president and current board member of the NJSIAA executive committee. "They want their kids to succeed, they want them to do well, but ultimately they want them healthy and safe."

Will restrictions on contact eventually extend beyond New Jersey? Practice Like Pros, an advocacy group that proposed the bill, is in discussion with high school football associations from seven other states that the organization has either presented to or has a presentation scheduled.

At the top of the list is Michigan, which is nearing approval for similar restrictions to New Jersey's. The representative council is expected to meet in May to discuss.

Although the bill minimizes full-contact allowances, the NJSIAA and the New Jersey Football Coaches' Association don't think practices will be altered significantly.

NJFCA President John Fiore said the definition of "full-contact" established by Practice Like Pros will create an easy transition for coaches.

"When we went and did the data over a year's time on how much full contact we were doing based on (the) definition, it wasn't difficult to get them to the 30 minutes a week during the season and six hours during the preseason," Fiore said in November.

Practice Like Pros President Terry O'Neil encourages using the "thud" technique in practices in which the defender wraps up a ballcarrier without taking him to the ground.

When his organization presents this concept to state associations, it uses film from the Seahawks, the Jaguars and Rutgers to show how teams at higher levels develop tackling skills without full-contact practice.

"This is the revelation moment for most high school coaches to realize how much real work they can get done without tackling player-on-player," O'Neil said in November.

Kevin Carty Jr., a football coach and board member of the NJSIAA, doesn't think it will take much adjustment.

"I think we've been trying to do this on our own," he said. "This is just going to make sure that it's the case throughout the state."

Like New Jersey, most Michigan schools in the state follow similar guidelines at practices already, Michigan High School Athletic Association executive director Mark Uyl said.

But this bill would better measure "full-contact" instead of making coaches discern how to characterize a live-player drill.

"Adding the thud concept into our definitions was very, very important," Uyl said. "The thud situation, there's not a physical winner or loser, nobody's being taken to the ground. ... We really needed those three levels: live, thud, and then obviously, contact that isn't player-to-player."

In doing so, the MHSAA and Michigan High School Football Coaches Association are confident players will be safer and healthier without sacrificing technique.

"An analogy that detractors often will use is if you want kids to be stronger, you need to lift weights every other day, that you've gotta continue to kind of build that load up or else they're not going to be ready," Uyl said.

"Contact in football really doesn't work that way, it's not a case of, 'Well the more we hit, the more often that we hit, the more proficient our kids are going to be.' It's finding that right balance."

O'Neil is cautiously optimistic that with Michigan and New Jersey on board, other states will be inclined to follow.

"We're hopeful that approval in New Jersey and Michigan will trigger full consideration in several other states," he said.



Full-contact drills during New Jersey high school practices will be restricted to 6 hours a week in the preseason and 15 minutes in season. ALEXANDRA PAIS FOR THE ASBURY PARK PRESS

# New prep football rules allow replay

**Melanie Laughman**
The Cincinnati Enquirer
USA TODAY Network

Instant replay could be coming to Ohio high school football playoff games after the National Federation of State High School Associations adopted rules revisions that allow for it.

Among seven recent rule changes, the NFHS Football Rules Committee's recommendations allow state association members to create instant-replay procedures for state postseason only. A report on the NFHS website Monday said that this revision would allow game or replay officials to use a replay monitor to review game officials' on-field decisions. The NFHS board of directors approved those seven recommendations.

Ohio High School Athletic Association spokesman Tim Stried told the Willoughby News Herald, "If it's a national rule, then yes," when asked if the OHSAA will automatically adopt these rules.

"The ultimate goal of each game official and each officiating crew is to get the call correct," said Todd Tharp, assistant director of the Iowa High School Athletic Association and chair of the NFHS Football Rules Committee, in the report. "Each state association, by individual adoption, can now use replay or video monitoring during its respective postseason contests to review decisions by the on-field game officials. Each state association, if it adopts this rules revision, will also create the parameters and scope of the replay."

Other adopted football rule changes:

▪ The play clock will start at 40 seconds instead of 25 in certain circumstances, including when the football has been ruled dead by an official after a down.

▪ New requirements for uniforms.

▪ A change in the definition of a legal scrimmage.

▪ Tripping the runner is now prohibited.

▪ The horse-collar foul was expanded to included the nameplate area.

▪ A reduction in penalty for illegally kicking or batting the ball from 15 to 10 yards.



A national rule now allows use of instant replay in prep football playoff games, but each state will decide whether to use it and the parameters. ALEX VEHR FOR THE CINCINNATI ENQUIRER

# McConaughey huddles up during Texas game

**Scott Gleeson**
USA TODAY

Dressed in a three-piece orange suit, Academy Award-winning actor Matthew McConaughey joined the Texas basketball huddle on Tuesday night during the Longhorns' game against Kansas State.

McConaughey briefly popped as one of coach Shaka Smart's assistants by listening in during huddles in Texas' 71-64 loss to the first-place Wildcats. McConaughey, a 1993 Texas alum, was tabbed the university's "Minister of Culture" in December.

The actor's role is to help "create a fan experience unlike any other," according to the university. It's part of a marketing effort as the program is slated to open a $338 million basketball arena and entertainment facility in 2021. The new stadium will seat 10,000 and is partially funded by ArenaCo, a corporation in which McConaughey is an investor.

"It's time to raise the bar," McConaughey said in the December release announcing his role as Minister of Culture. "It's time for an authentic home-court advantage for our Longhorn basketball teams."

He added on "The Late Show With Stephen Colbert" last month that his goal is "to have that arena be the last place any visiting basketball team wants to play and the first place that any world-class large band act does want to play."

## MARKETPLACE TODAY

For advertising information: 1.800.397.0070  www.russelljohns.com/usat

### NOTICES — LEGAL NOTICES

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: OAKFABCO, INC., Debtor. — Chapter 11, Case No. 15-27062, Hon. Jack B. Schmetterer

NOTICE OF VOTING RIGHTS AND HEARING TO CONSIDER WHETHER TO CONFIRM PLAN OF LIQUIDATION

[Legal notice text regarding asbestos claims, Plan of Liquidation, Disclosure Statement, solicitation materials, voting procedures, confirmation hearing on March 28, 2019 at 10:30 a.m., and related bankruptcy proceedings.]

Dated: January 16, 2019, Chicago, Illinois

### LEGAL NOTICES

In re: Fairway Energy, et al, U.S. Bankruptcy Court, District of Delaware, Case No. 18-12684
NOTICE OF SALE OF CRUDE OIL STORAGE FACILITY AND RELATED ASSETS IN HOUSTON, TEXAS, WITH NOTICE OF (I) BID DEADLINE; (II) BIDDING PROCEDURES; (III) AUCTION; (IV) SALE HEARING AND (V) RELATED RELIEF AND DATES

[Legal notice regarding Fairway Energy sale, bid deadline February 27, 2019 at 4:00 p.m. (ET), auction March 7, 2019 at 10:00 a.m. (CT), Sale Hearing March 13, 2019 at 10:30 a.m. (ET).]

United States Bankruptcy Court for the Northern District of California
Debtors: PG&E Corporation and Pacific Gas and Electric Company
Date cases filed in chapter 11: 01/29/2019
Case number: 19-30088 (DM) (Lead Case; Jointly Administered)

Notice of Chapter 11 Bankruptcy Cases

[Notice regarding PG&E Corporation and Pacific Gas and Electric Company Chapter 11 filings, listing debtor addresses, attorneys (Weil, Gotshal & Manges LLP; Keller & Benvenutti LLP), bankruptcy clerk info, meeting of creditors March 4, 2019 at 10:00 a.m., proof of claim deadline, and discharge information.]

### GET NOTICED!
Advertise in USA TODAY's Marketplace Today Classifieds!
Call: 1-800-397-0070



ONE CALL DOES IT ALL!
Call Today! (800) 397-0070
Your Ad in Print, Online Classifieds, & Internet Banners Too!

Case: 19-30088    Doc# 522-1    Filed: 02/20/19    Entered: 02/20/19 18:38:39    Page 9 of 13

# **Exhibit D**



PROOF OF PUBLICATION
(2015.5 C.C.P.)

STATE OF ILLINOIS
County of Cook

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the action for which the attached notice was published.
I am a principal clerk of the Los Angeles Times, which was adjudged a newspaper of general circulation on May 21, 1952, Cases 598599 for the City of Los Angeles, County of Los Angeles, and State of California. Attached to this Affidavit is a true and complete copy as was printed and published on the following date(s):
Feb 14, 2019

I certify (or declare) under penalty of perjury
under the laws of the State of California that the foregoing is true and correct.

Dated at Chicago, Illinois
on this 19 day of 2, 20 19.

_____
[signature]

160 N Stetson Avenue
Chicago, IL 60601

6138716 - Los Angeles Times
Page 1 of 2

Case: 19-30088    Doc# 522-1    Filed: 02/20/19    Entered: 02/20/19 18:38:39    Page 11 of 13

Los Angeles Times

Publication Date: 02/14/2019

This electronic tearsheet confirms the ad appeared in the Los Angeles Times



United States Bankruptcy Court for the Northern District of California
Debtors: PG&E Corporation and Pacific Gas and Electric Company
Date cases filed in chapter 11: 01/29/2019
Case number: 19-30088 (DM) (Lead Case. Jointly Administered)

### Notice of Chapter 11 Bankruptcy Cases

For the debtors listed above, cases have been filed under chapter 11 of the Bankruptcy Code and orders for relief have been entered. This notice has important information about the cases for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from the debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the cases may be inspected at the bankruptcy clerk's office at the address below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice. Do not file this notice with any proof of claim or other filing in the cases.**

1. **Debtors' full names: Debtor, Address, Case No., EIN#:** PG&E Corporation, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30088 (DM), 94-3234914; Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30089 (DM), 94-0742640.
2. **All other names used in the last 8 years:** n/a
3. **Address:** See above
4. **Debtors' Attorneys:** Tobias S. Keller (#151445), KELLER & BENVENUTTI LLP, 650 California Street, Suite 1900, San Francisco, CA 94108 -and- Stephen Karotkin (pro hac vice), WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, NY 10153. **Debtors' Claims and Noticing Agent: If you have questions about this notice, please contact Prime Clerk LLC. Contact Phone: (844) 339-4217 (Toll Free), +1 (929) 333-8977 (Int'l). Email: pgeinfo@primeclerk.com. Website: https://restructuring.primeclerk.com/pge**
5. **Bankruptcy clerk's office:** U.S. Bankruptcy Court, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, CA 94102. **Hours open:** Monday-Friday, 9 a.m. - 4:30 p.m. (CT). **Contact phone:** 888-821-7606. Documents in these cases may be filed at this address. You may inspect all records filed in these cases at this office or online at www.pacer.gov.
6. **Meeting of creditors:** Date and Time: **Monday March 4, 2019 at 10:00 a.m.** Location: Phillip Burton Federal Building and U.S. Courthouse, 450 Golden Gate Avenue, 2nd Floor, California Conference Room, San Francisco, CA 94102. The debtors' representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.
7. **Proof of claim deadline: Deadline for filing proof of claim: To Be Determined.** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless • your claim is designated as disputed, contingent, or unliquidated • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as disputed, contingent, or unliquidated, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.
8. **Exception to discharge deadline:** You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A). The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. **Deadline for filing the complaint: To Be Determined**
9. **Creditors with a foreign address:** If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in these cases.
10. **Filing a Chapter 11 bankruptcy case:** Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtors will remain in possession of the property and may continue to operate their business.
11. **Discharge of debts:** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d) (6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

# Iran suicide bombing kills elite troops

Attack in poor region near Pakistan leaves 27 dead and 13 injured. Sunni extremist group claims responsibility.

By Melissa Etehad and Ramin Mostaghim

TEHRAN — A suicide bombing killed 27 of Iran's elite Islamic Revolutionary Guard members and injured 13 others shortly after sunset Wednesday in the country's southeast, according to state media.

The Sunni Muslim extremist group Jaish al-Adl claimed responsibility for the attack on a bus carrying guard members who had just finished patrolling in Sistan and Baluchistan province near the border with Pakistan.

Authorities believe the attacker drove up next to the bus before detonating a car bomb, according to the semiofficial Fars News Agency.

Jaish al-Adl came to prominence in recent years claiming to fight oppression against the Sunni minority in the southeastern province.

An overwhelming majority of Iran's population is Shiite Muslim, but about 9% of the nation is Sunni. Many in the minority sect live in the impoverished outlying areas of Iran and say they face discrimination, poverty and a lack of opportunity.

"The group has become pretty famous in Iran," Ariane Tabatabai, an associate political scientist at Rand Corp., said of Jaish al-Adl. "What makes Wednesday's attack unique is that it's happening in the middle of the anniversary of the revolution, which is a time when Iran wants to showcase its military power."

The attack came two days after thousands of Iranians commemorated the 40th anniversary of the Islamic Revolution, which ousted a secular pro-Western monarchy and replaced it with the Islamic Republic.

It also came on the first day of a U.S.-led Mideast conference in Warsaw. Outside the conference, hundreds of demonstrators called for a change of government in Iran. The protest was organized by the National Council of Resistance of Iran. The council is linked to the Mujahedin Khalq, an Iranian exile group that has long sought to topple the government in Tehran and enjoys support among some members of the Trump administration.

Iranian Foreign Minister Mohammad Javad Zarif sought to link the attack with the conference in a tweet: "Is it no coincidence that Iran is hit by terror on the very day that #WarsawCircus begins? Especially when cohorts of same terrorists cheer it from Warsaw streets & support it with twitter bots?"

Bahram Qasemi, a spokesman for the Foreign Ministry, condemned the suicide bombing and said officials and Iran's military would "take revenge on the murderous terrorists."

Jaish al-Adl, whose name means "Army of Justice," is an offshoot of the still-active militant Jundallah separatist group from Sistan and Baluchistan, Tabatabai said.

Jaish al-Adl is just one of several extremist groups in the province, Tabatabai said, with members of Iran's armed forces patrolling there facing numerous terrorist attacks in recent years. The area is one of the most underdeveloped parts of Iran, she said.

"There are few jobs and not many opportunities, so it creates an environment where terrorist groups can recruit people easily," Tabatabai said.

Jaish al-Adl has targeted members of Iran's armed forces for kidnappings or deadly attacks. The group has also demanded the government release its jailed members.

In 2013, authorities hanged 16 people in retaliation for the killing of 14 border guards who were ambushed near Pakistan. Fars said they were linked to groups hostile to Iran's political system.

In 2014, Jaish al-Adl kidnapped five members of the Revolutionary Guard in the same border region, according to state media. Four of the guards were released in Pakistan two months later, but the fifth had been executed, state media said. The group kidnapped 12 Iranian border guards in October, according to state media. Five were later freed, Fars reported.

The Revolutionary Guard was formed by Shiite cleric Ayatollah Ruhollah Khomeini shortly after the 1979 revolution and is distinct from the regular military. In its early days, the guard was made up of destitute young men from urban areas who were used to clamp down on critics of the revolution.

The Revolutionary Guard, numbering about 125,000 members, now plays a major political and economic role in Iran.

*Special correspondent Mostaghim reported from Tehran and Times staff writer Etehad from Los Angeles.*


Fars News Agency
**A SUICIDE** bomber attacked a bus carrying Revolutionary Guard members, Fars News Agency said.

---

# Prominent Philippine journalist arrested

Award-winning Maria Ressa, a critic of President Duterte, faces a libel charge.

By David Pierson

SINGAPORE — Maria Ressa, a veteran Philippine journalist and frequent target of the country's president, was arrested Wednesday and charged with cyber libel.

Ressa, who garnered international recognition last year when she was among several reporters named Time magazine's Person of the Year, was already facing charges of tax evasion in what critics said was an attempt to stifle critical reporting of President Rodrigo Duterte.

Ressa, the chief executive and executive editor of the news site Rappler, was arrested at the news outlet's Manila headquarters by plainclothes officers from the National Bureau of Investigation, the news site reported. Authorities also charged former Rappler researcher Reynaldo Santos Jr.

The libel charge stems from a story published in May 2012, more than four months before the law Ressa and Santos are accused of violating was enacted.

The story, which was about an impeached chief justice, included details about businessman Wilfredo D. Keng, who filed the libel complaint for being described as having links to human trafficking and illicit drugs.

It was unclear late Wednesday whether Ressa would be permitted to post bail, as she did in December after being charged with tax evasion.

"We are not intimidated. No amount of legal cases, black propaganda and lies can silence Filipino journalists who continue to hold the line," Ressa said in a statement. "These legal acrobatics show how far the government will go to silence journalists, including the pettiness of forcing me to spend the night in jail."

The National Bureau of Investigation could not be reached for comment.

The crime of cyber libel was introduced as part of a controversial law aimed at primarily stamping out online fraud and child pornography, but which critics said was fashioned to control dissent against the government on the internet. Conviction of cyber libel can result in up to 12 years in prison.

Presidential spokesman Salvador Panelo said on national television that Ressa's arrest is in accordance with the law.

"There's nothing to do with freedom of expression or freedom of the press," he said.

Still, the arrest drew immediate condemnation from free press advocates.

"The Philippine government's legal harassment of Rappler and Ressa has now reached a critical and alarming juncture," Shawn Crispin, the Committee to Project Journalists' senior Southeast Asia representative, said in a statement. "We call on Filipino authorities to immediately release Ressa, drop this spurious cyber libel charge, and cease and desist this campaign of intimidation aimed at silencing Rappler."

Rappler is credited with dogged reporting on Duterte's so-called war on drugs, which has resulted in the deaths of thousands of mostly poor Filipinos.

Ressa is the recipient of last year's Knight International Journalism Award and the Committee to Protect Journalists' Gwen Ifill Press Freedom Award.

In the Philippines, however, her site is treated as a pariah by the Duterte administration and its supporters. Rappler's reporters have been barred from covering presidential events and are the frequent subject of death threats.

The Manila-based Center for Media Freedom and Responsibility says conditions have deteriorated for journalists under Duterte's presidency, in which charges of spreading "fake news" have been leveled at independent reporting.

Twelve reporters have been killed since Duterte took power in 2016, the group said.

"Everyone who values press freedom and free expression needs to call President Rodrigo Duterte to account for this latest and most brazen assault on the very values that make possible the building of a free society," the center said in response to Ressa's arrest.


Alecs Ongcal EPA/Shutterstock
**VETERAN JOURNALIST** Maria Ressa is accused of cyber libel for a story published in May 2012, more than four months before the cyber libel law was enacted.

---

## FOR THE RECORD

If you believe that we have made an error, or you have questions about The Times' journalistic standards and practices, you may contact the readers' representative by email at readers.representative@latimes.com, by phone at (877) 554-4000 or by mail at 2300 E. Imperial Highway, El Segundo, CA 90245. The readers' representative office is online at latimes.com/readersrep.

[Left margin tearsheet metadata: Client Name, Advertiser, Section/Page/Zone: MAIN/A004/EAST, Description, Ad Number, Insertion Number, Size, Color Type. Publication Date: 02/14/2019. This electronic tearsheet confirms the ad appeared in the Los Angeles Times on the date and page indicated. You may not create derivative works, or in any way exploit or repurpose any content.]

[Bottom of page: Bankruptcy court notice for PG&E Corporation and Pacific Gas and Electric Company, Case No. 19-30088 (DM); TRAILBLAZER-ALZ study advertisement from Irvine Clinical Research / Lilly; "How to contact us" (800) LA TIMES box with Home Delivery, Letters to the Editor, Readers' Representative, Advertising, Reprint Requests, Times in Education, The Newsroom, Media Relations, L.A. Times Store sections; Los Angeles Times masthead Founded Dec. 4, 1881 Vol. CXXXVIII No. 73.]



Case: 19-30088  Doc# 522-1  Filed: 02/20/19  Entered: 02/20/19 18:38:39  Page 13 of 13