# **Exhibit E**

## PROOF OF PUBLICATION

### (2015.5 C.C.P.)

### STATE OF CALIFORNIA

#### County of Sonoma

I am a citizen of the United States and a resident of the county aforesaid: I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer of The Press Democrat, a newspaper of general circulation, printed and published DAILY IN THE City of Santa Rosa, County of Sonoma; and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Sonoma, State of California, under the date of November 29, 1951, Case number 34831, that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates to wit:

The Press Democrat - Legal Notices

2/14 1x - 2/14/2019

I certify (or declare) under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated at Santa Rosa, California, on

Feb 14, 2019

SIGNATURE

The Press Democrat 10/20/16

---

### Proof of Publication of

United States Bankruptcy Court for the Northern District of California
**Debtors: PG&E Corporation and Pacific Gas and Electric Company**
Date cases filed in chapter 11: 01/29/2019
Case number: 19-30088 (DM) (Lead Case; Jointly Administered)
**Notice of Chapter 11 Bankruptcy Cases**

For the debtors listed above, cases have been filed under chapter 11 of the Bankruptcy Code and orders for relief have been entered. This notice has important information about the cases for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from the debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the cases may be inspected at the bankruptcy clerk's office at the address below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice. Do not file this notice with any proof of claim or other filing in the cases.**

**1. Debtors' full names:** Debtor, Address, Case No., EIN#: PG&E Corporation, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30088 (DM), 94-3234914; Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30089 (DM), 94-0742640.

**2. All other names used in the last 8 years:** n/a

**3. Address:** See above

**4. Debtors' Attorneys:** Tobias S. Keller (#151445), KELLER & BENVENUTTI LLP, 650 California Street, Suite 1900, San Francisco, CA 94108 -and- Stephen Karotkin (pro hac vice), WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, NY 10153. **Debtors' Claims and Noticing Agent: If you have questions about this notice, please contact Prime Clerk LLC. Contact Phone: (844) 339-4217 (Toll Free), +1 (929) 333-8977 (Int'l). Email: pgeinfo@primeclerk.com. Website: https://restructuring.primeclerk.com/pge**

**5. Bankruptcy clerk's office:** U.S. Bankruptcy Court, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, CA 94102. **Hours open:** Monday-Friday, 9 a.m.- 4:30 p.m. (CT). **Contact phone:** 888-821-7606. Documents in these cases may be filed at this address. You may inspect all records filed in these cases at this office or online at www.pacer.com.

**6. Meeting of creditors:** Date and Time: **Monday March 4, 2019 at 10:00 a.m.** Location: Phillip Burton Federal Building and U.S. Courthouse, 450 Golden Gate Avenue, 2nd Floor, California Conference Room, San Francisco, CA 94102. The debtors' representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.

**7. Proof of claim deadline: Deadline for filing proof of claim: To Be Determined.** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as disputed, contingent, or unliquidated; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as disputed, contingent, or unliquidated, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

**8. Exception to discharge deadline:** You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A). The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. **Deadline for filing the complaint: To Be Determined**

**9. Creditors with a foreign address:** If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in these cases.

**10. Filing a Chapter 11 bankruptcy case:** Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtors will remain in possession of the property and may continue to operate their business.

**11. Discharge of debts:** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141d(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

# PUBLIC NOTICE ▪▪▪ PUBLIC NOTICE ▪▪▪ PUBLIC NOTICE

## SONOMA VALLEY UNIFIED SCHOOL DISTRICT

**ADVERTISEMENT AND NOTIFICATION OF INVITATION TO PREQUALIFY AND SUBMIT PROPOSALS FOR ALTIMIRA TRACK & FIELD CONSTRUCTION SERVICES (LEASE-LEASEBACK)**

Notice is hereby given that the governing board ("Board") of the **Sonoma Valley Unified School District** is requesting submission of:

- A prequalification questionnaire **("Prequalification Questionnaire[s]")**, and
- A statement of qualifications and a proposal **("Proposal")**

(together, **"Response[s]"**) from qualified firms, partnerships, corporations, associations, persons, or professional organizations **("Contractor[s]"** or **"Firm[s]")** to perform construction services for the project identified here in **Attachment 1 ("Project[s] Description")** pursuant to a lease-leaseback structure. (Education Code section 17406.)

**Basic Requirements.** Contractors that intend to submit a Response to this Request for Qualifications and for Proposals for Preliminary and Construction Services (Lease-Leaseback) **("RFQ/P")**, must be:

- Insured;
- Hold a Class B Contractors License, which is current, valid, and in good standing with the California Contractor's State License Board; and
- Must maintain a full-service office within seventy-five (75) miles of the District.

**Responses.** Interested Contractors are invited to submit a Response as described below, with one (1) original and one (1) copies of requested materials as well as a digital copy on a thumb drive, to: **Sonoma Valley Unified School District, 17850 Railroad Avenue, Sonoma, CA 95476, Attn: Bruce Abbott, Associate Superintendent, Business Services.**

- Prequalification Questionnaires must be received on or before **Thursday, February 28, 2019,** no later than 3:00 p.m.
- Proposals must be received on or before **Thursday, March 14, 2019,** no later than 2:00 p.m.

**Questions.** Questions regarding this RFQ/P must be in writing and directed only to Tenaya Dale at tdale@counterpointinc.com. Contractors are directed to **not** contact any other person regarding this RFQ/P.

**Pre-Response Meeting (Mandatory).** A pre-Response meeting will be held at **11:00 A.M.** on **Tuesday, February 19, 2019**, at **17850 Railroad Avenue, Sonoma, CA 95476.** The District anticipates this meeting will last **Thirty (30) Minutes**, but will continue the meeting until the District determines that it has answered all substantive questions. All participants are required to sign in. Failure to attend or tardiness will render the Contractor ineligible to submit a Response.

**RFQ/P Addenda.** If the District issues addenda to this RFQ/P, Contractors are solely responsible for and must acknowledge receipt of addenda in the Contractor's Proposal. Failure to acknowledge and respond to any addenda issued by the District may, in the District's sole discretion, render the Contractor's Proposal to be deemed non-responsive and may be rejected.

Thank you for your interest in working with the Sonoma Valley Unified School District.

**ATTACHMENT ONE
PROJECT DESCRIPTION**

**PROJECT DESCRIPTION:**

**Altimira Track & Field Project**

The following provides a description of the various individual project renovations which include replacing the track and field, including parking facilities, stormwater improvements, and ancillary improvements such as landscaping.

The existing dirt track and natural turf field would be replaced with an all-weather track surfacing and synthetic turf field. A new shot put field, long jump area, and high jump area would be installed within the southern portion of the site. A concrete walkway would be installed around the renovated track and field, and extend to the northeast and southwest corners of the site. The concrete walkway would provide a pedestrian connection from the track and field facilities to the adjacent SVUSD District Offices to the north, as well as new parking area to the southwest. The field would be fenced with 6-foot tall black vinyl-coated fencing. Pedestrian and maintenance gates would be installed at the access points at the northeast, southeast, and southwest corners of the project site

Please use link to attached reports: **www.draftsvbluprinting.com**

**Anticipated Schedule**

| Event / Occurrence | Date / Deadline |
|---|---|
| District Issues RFQ/P | Thursday, February 14, 2019 |
| Deadline to submit written questions regarding this RFQ/P | Thursday, February 21, 2019 |
| District to respond to Contractors' questions regarding this RFQ/P | Monday, February 25, 2019 |
| Deadline for Contractors to complete Prequalification Questionnaires | Thursday, February 28, 2019 |
| Deadline for MEP subcontractors to be prequalified | Thursday, February 28, 2019 |
| Deadline for Contractors to submit SOQ and Proposal | Thursday, March 14, 2019 |
| District to notify Contractors of qualification status | Thursday, April 4, 2019 |
| Interviews with short-listed qualified Contractors | Thursday, April 18, 2019 |
| Award of contract for Project | Tuesday, May 14, 2019 |

2831070 – Pub Feb 14, 2019                                                               1½L

---

## SONOMA VALLEY UNIFIED SCHOOL DISTRICT

**ADVERTISEMENT AND NOTIFICATION OF INVITATION TO PREQUALIFY AND SUBMIT PROPOSALS FOR DISTRICT WIDE PRECONSTRUCTION AND CONSTRUCTION SERVICES (LEASE-LEASEBACK)**

Notice is hereby given that the governing board ("Board") of the **Sonoma Valley Unified School District** is requesting submission of:

- A prequalification questionnaire **("Prequalification Questionnaire[s]")**, and
- A statement of qualifications and a proposal **("Proposal")**

(together, **"Response[s]"**) from qualified firms, partnerships, corporations, associations, persons, or professional organizations **("Contractor[s]"** or **"Firm[s]")** to perform construction services for the project identified here in **Attachment 1 ("Project[s] Description")** pursuant to a lease-leaseback structure. (Education Code section 17406.)

**Basic Requirements.** Contractors that intend to submit a Response to this Request for Qualifications and for Proposals for Preliminary and Construction Services (Lease-Leaseback) **("RFQ/P")**, must be:

- Insured;
- Hold a Class B Contractors License, which is current, valid, and in good standing with the California Contractor's State License Board; and
- Must maintain a full-service office within seventy-five (75) miles of the District.

**Responses.** Interested Contractors are invited to submit a Response as described below, with one (1) original and one (1) copies of requested materials as well as a digital copy on a thumb drive, to: **Sonoma Valley Unified School District, 17850 Railroad Avenue, Sonoma, CA 95476, Attn: Bruce Abbott, Associate Superintendent, Business Services.**

- Prequalification Questionnaires must be received on or before **Thursday, February 28, 2019,** no later than 3:00 p.m.
- Proposals must be received on or before **Thursday, March 14, 2019,** no later than 2:00 p.m.

**Questions.** Questions regarding this RFQ/P must be in writing and directed only to Tenaya Dale at tdale@counterpointinc.com. Contractors are directed to **not** contact any other person regarding this RFQ/P.

**Pre-Response Meeting (Mandatory).** A pre-Response meeting will be held at **12:00 P.M.** on **Tuesday, February 19, 2019**, at **17850 Railroad Avenue, Sonoma, CA 95476.** The District anticipates this meeting will last **Thirty (30) Minutes**, but will continue the meeting until the District determines that it has answered all substantive questions. All participants are required to sign in. Failure to attend or tardiness will render the Contractor ineligible to submit a Response.

**RFQ/P Addenda.** If the District issues addenda to this RFQ/P, Contractors are solely responsible for and must acknowledge receipt of addenda in the Contractor's Proposal. Failure to acknowledge and respond to any addenda issued by the District may, in the District's sole discretion, render the Contractor's Proposal to be deemed non-responsive and may be rejected.

Thank you for your interest in working with the Sonoma Valley Unified School District.

**ATTACHMENT ONE
PROJECT DESCRIPTION**

**PROJECT DESCRIPTION:**

- **Adele Vym Locker and Performing Arts Modernization          $2,400,000**
- **El Verano New MPR                                            $3,400,000**
- **SVHS CTE Shop Renovations                                   $3,500,000**
- **SVHS Track and Field Improvements                           $6,000,000**
- **SVHS Pool and Associated Facilities                         $6,000,000**
- **Woodland Star                                               $4,000,000**

Please use link to attached site master plans: **https://www.sonomaschools.org/Page/1173**

**ANTICIPATED SCHEDULE**

| Event / Occurrence | Date / Deadline |
|---|---|
| District Issues RFQ/P | Thursday, February 14, 2019 |
| Deadline for Contractors to submit written questions regarding this RFQ/P | Thursday, February 21, 2019 |
| District to respond to Contractors' questions regarding this RFQ/P | Monday, February 25, 2019 |
| Deadline for Contractors to complete Prequalification Questionnaires | Thursday, February 28, 2019 |
| Deadline for MEP subcontractors to be prequalified | Thursday, February 28, 2019 |
| Deadline for Contractors to submit SOQ and Proposal | Thursday, March 14, 2019 |
| District to notify Contractors of qualification status | Thursday, April 4, 2019 |
| Interviews with short-listed qualified Contractors | Thursday, April 18, 2019 |
| Award of contract for Project | Tuesday, May 14, 2019 |

2831069 – Pub Feb 14, 2019                                                               1½L

---

## ORDER TO SHOW CAUSE FOR CHANGE OF NAME

SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF SONOMA
3055 Cleveland Ave.
Santa Rosa, CA 95403
Case No. 092539

Petition of: TERRANCE ALLEN MELBERG for change of name
TO ALL INTERESTED PERSONS:
Petitioner TERRANCE ALLEN MELBERG filed a petition with this court for a decree changing names as follows: TERRANCE ALLEN VOCUM to TERRANCE ALLEN MELBERG.

THE COURT ORDERS that all persons interested in this matter appear before this court at the hearing indicated below to show cause, if any, why the petition for change of name should not be granted. Any person objecting to the name changes described above must file a written objection that includes the reasons for the objection at least two court days before the matter is scheduled to be heard and must appear at the hearing to show cause why the petition should not be granted. If no written objection is timely filed, the court may grant the petition without a hearing.

NOTICE OF HEARING
3-21-2019 at 2:30 p.m. in Dept 18, located at 3055 Cleveland Ave., Santa Rosa, CA 95403.

A copy of this Order to Show Cause shall be published at least once each week for four successive weeks prior to the date set for hearing on the petition in the following newspaper of general circulation, printed in this county: Santa Rosa Press Democrat.

Dated: January 28, 2019
Jennifer V Dollard
Judge of the Superior Court

2830308 – Pub Jan 31, Feb 7, 14, 21, 2019                                                4L

---

**FICTITIOUS
BUSINESS NAME STATEMENT
FILE NO. 2019-00355**

The following person (persons) is (are) doing business as:

OPEN DOOR ART STUDIO located at 1924 GRAVENSTEIN HWY N, SEBASTOPOL, CA 95472; Mailing Address P O Box 746 SEBASTOPOL, CA 95473 Sonoma County, is hereby registered by the following owner(s): PATRICIA MARINA-STEWART 1924 GRAVENSTEIN HWY S, SEBASTOPOL, CA 95472
This business is conducted by: An Individual

The registrant commenced to transact business under the fictitious name or names above on N/A.

I declare that all information in this statement is true and correct. Signed: PATRICIA MARINA-STEWART

This statement was filed with the County Clerk of SONOMA COUNTY on 02/11/2019

I hereby certify that this copy is a correct copy of the original statement on file in my office.
DEVA MARIE PROTO
Sonoma County Clerk
By /s/   Alina Roman
Deputy Clerk
SEAL

2830366 – Pub Feb 14, 21, 28, Mar 7, 2019                                        4L

**AMENDED NOTICE OF HEARING
DECEDENT'S ESTATE OR TRUST
CASE NO. SPR-090580
ESTATE OF: MANUEL GONSALVES, DECEDENT**

1 NOTICE is given that (name): DANNY GONSALVES and MANUEL GONSALVES, JR.,
(representative capacity, if any) CO-ADMINISTRATORS
Has filed (specify): Amended 1st and Final Account and Report of Personal Representative
Sale of Real Property at 4727-31 Bodegga Bay Avenue, Windsor, CA 95492.

Any person interested in the property may file a response to the Petition.
2. You may refer to the filed documents for more information.
3. A HEARING on the matter will be held as follows:
Date: 3-7-19
Time: 2:00 p.m.
Dept: 18     Room:
Address: 3055 Cleveland Avenue, Santa Rosa, CA 95403

2830782 – Pub Feb 7, 14, 21, 2019                                        3L

**FICTITIOUS
BUSINESS NAME STATEMENT
FILE NO. 2019-00324**

The following person (persons) is (are) doing business as:

1. ACCOLADE WINES NORTH AMERICA, 2) ATLAS PEAK WINERY, 3) GEYSER PEAK WINERY, 4) OUTLOT WINES, 5) XYZIN WINERY located at 9592 SONOMA HWY KENWOOD, CA 95452; Mailing Address 100 PARK AVE. NEW YORK, NY 10017 Sonoma County, is hereby registered by the following owner(s): PERNOD RICARD KENWOOD HOLDING LLC 9592 SONOMA HWY KENWOOD, CA 95452
This business is conducted by: A DE Limited Liability Company

The registrant commenced to transact business under the fictitious name or names above on N/A.

I declare that all information in this statement is true and correct. Signed: MARCUS BLACK, MANAGER

This statement was filed with the County Clerk of SONOMA COUNTY on 01/24/2019

I hereby certify that this copy is a correct copy of the original statement on file in my office.
DEVA MARIE PROTO
Sonoma County Clerk
By /s/   Carrie Anderson
Deputy Clerk
SEAL

2830369 – Pub Jan 31, Feb 7, 14, 21, 2019                                        4L

---

## CITY OF SANTA ROSA
**NOTICE OF PUBLIC HEARING**

**APPEAL OF PLANNING COMMISSION APPROVAL FOR A CONDITIONAL USE PERMIT FOR BOND TO OPERATE A MEDICINAL AND ADULT USE CANNABIS RETAIL (DISPENSARY) AND DELIVERY BUSINESS, WITHIN AN EXISTING 2,214 SQUARE FOOT BUILDING LOCATED AT 1128 SONOMA AVE; ASSESSOR'S PARCEL NO. 014-121-002; FILE NO. CUP18-079**

Notice is hereby given that a public hearing will be conducted by the City Council on Tuesday, February 26, 2019, at or after 5:00pm, in the Council Chamber, City Hall, 100 Santa Rosa Avenue, Santa Rosa. The purpose of the public hearing will be to receive public comment and recommendations prior to the Council acting on the appeal.

The appeal was filed by Santa Rosa City School District. The project application was filed by WT Ventures, Inc. The application and applicable information are on file in the Planning & Economic Development Department, Room 3, Santa Rosa, Room 3, Santa Rosa, CA 95404, telephone (707) 543-4691 or email aunn@erncity.org.

| Monday: | 8:00 - 4:00 |
| Tuesday: | 8:00 - 4:00 |
| Wednesday: | 10:00 - 4:00 |
| Thursday: | 8:00 - 4:00 |
| Friday: | 8:00 - 12:00 |

If you cannot attend, you are encouraged to submit written comments and recommendations prior to the Tuesday, February 26, 2019, public hearing. Comments and questions may be directed to Emmanuel Urso, Planning & Economic Development Department, City of Santa Rosa, 100 Santa Rosa Avenue, Room 3, Santa Rosa, CA 95404, telephone (707) 543-4691 or email eurso@smcity.org.

Dated: Santa Rosa, City Clerk, City of Santa Rosa
PUBLISHED: Feb 14, 2019                                                               1½L

The City of Santa Rosa does not discriminate on the basis of disability in its admissions or access to, or treatment of or employment in, its programs or activities. Requests for alternate formats may be made by contacting (707) 543-3200.



Location Map
1128 Sonoma Avenue

2830921 – Pub Feb 14, 2019                                                               1½L

---

**United States Bankruptcy Court for the Northern District of California**

**Debtors: F&AC Corporation and Pacific Gas and Electric Company**
Date case filed chapter 11: 01/29/2019
Case number: 19-30088 (F&AC Case: Jointly Administered)

**Notice of Chapter 11 Bankruptcy Cases**

For the debtors listed above, cases have been filed under chapter 11 of the Bankruptcy Code and orders for relief have been entered. This notice has important information about the cases for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from the debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**1. Debtors' full name, address, and unique identifiers:**

[multiple items of fine print listing details about the case, meeting of creditors, deadlines, and court addresses]

20000821 – Pub Feb 14, 2019

---

**Notice of Changes to Imposition**

**Sonoma State University** plans to impose an Involuntary Transfer (INTO/AID) students who may begin satisfying their residency requirements or begin to meet the academic standards necessary to continue their enrollment. The program plans to change imposition criteria for pre-requisite, academic and program admission requirements for students as of Fall 2018. These proposed changes in standards will apply to students who begin their studies effective Fall 2018.

Through these changes, Sonoma State aims to meet the needs of the North Bay service region by providing degrees and career preparation to local and area students, both through programs at the main campus and through off-site locations at the College of Marin, Mendocino College, Napa Valley College, and Solano Community College, and the surrounding counties.

Working towards this goal, Sonoma State has found increased service needs in Sonoma County's high academic and standards to meet the emphasis of this requirement to prepare their students in the foreseeable future.

Sonoma State views this request to increase standards for local as well as all the increases to its goal of remaining an institution whose students are prepared to meet the CSU goal of serving the transfer students of the North Bay. The institution is committed to enriching students in need of support services.

Sonoma degree programs remain subject to the major's level degree specifications. Those who wish to obtain more information about the program, please email hzxx@sonoma.edu.

As part of this change to Sonoma State University plans to contact additional program changes through the following public hearings:
Where: Sonoma State University.
When: February 26, 2019
Time: 6pm
Where: Sonoma State University

If students are unable to participate in one of the above public hearings, please know that you can provide feedback via comment cards at either of the above email: ssu-resolution@sonoma.edu/how-imposition.

2831047 – Pub Feb 14, 2019                                                               1½L

---

**ORDER TO SHOW CAUSE FOR CHANGE OF NAME
SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF SONOMA
3055 Cleveland Avenue
Santa Rosa, CA 95403
Case No. 092530**

Petition of GOLLOTTA LAW GROUP located at 350 TWIN LAKES DRIVE SANTA ROSA, CA 95409 Sonoma County, is hereby registered by the following owner(s): OFELIA KATHERINE GARCIA 350 TWIN LAKES DRIVE SANTA ROSA, CA 95409
This business is conducted by: An Individual

The registrant commenced to transact business under the fictitious name or names above on N/A.

I declare that all information in this statement is true and correct. Signed: OFELIA KATHERINE GARCIA, OWNER

This statement was filed with the County Clerk of SONOMA COUNTY on 01/28/2019

I hereby certify that this copy is a correct copy of the original statement on file in my office.
DEVA MARIE PROTO
Sonoma County Clerk
By /s/   BETSY PENN
Deputy Clerk
SEAL

2831122 – Pub Feb 14, 21, 28, Mar 7, 2019                                        4L

---

**FICTITIOUS
BUSINESS NAME STATEMENT
FILE NO. 2019-00479**

The following person (persons) is (are) doing business as:

DIAL ROTARY AND SONOMA located at 350 TWIN LAKES DRIVE SANTA ROSA, CA 95409 Sonoma County, is hereby registered by the following owner(s): OFELIA KATHERINE GARCIA 350 TWIN LAKES DRIVE SANTA ROSA, CA 95409
This business is conducted by: An Individual

The registrant commenced to transact business under the fictitious name or names above on N/A.

I declare that all information in this statement is true and correct. Signed: OFELIA KATHERINE GARCIA, OWNER

This statement was filed with the County Clerk of SONOMA COUNTY on 01/28/2019

I hereby certify that this copy is a correct copy of the original statement on file in my office.
DEVA MARIE PROTO
Sonoma County Clerk
By /s/   Carrie Anderson
Deputy Clerk
SEAL

2831122 – Pub Jan 31, Feb 7, 14, 21, 2019                                        4L

---

**FICTITIOUS
BUSINESS NAME STATEMENT
FILE NO. 2019-00370**

The following person (persons) is (are) doing business as:

1) Confidante, 2) Mira Wine Company located at 21461 8th St East, Suite 30 Sonoma, CA 94768 Sonoma County, is hereby registered by the following owner(s): Sonoma Valley Custom Crush, LLC 21461 8th St East, Suite 30 Sonoma, CA 94576
This business is conducted by: A CA Limited Liability Company

The registrant commenced to transact business under the fictitious name or names above on N/A.

I declare that all information in this statement is true and correct. Signed: Randall Goebu, Member

This statement was filed with the County Clerk of SONOMA COUNTY on 01/28/2019

I hereby certify that this copy is a correct copy of the original statement on file in my office.
DEVA MARIE PROTO
Sonoma County Clerk
By /s/   Darrell Light
Deputy Clerk
SEAL

2830907 – Pub Jan 31, Feb 7, 14, 21, 2019                                        4L

---

**FICTITIOUS
BUSINESS NAME STATEMENT
FILE NO. 2019-00370**

The following person (persons) is (are) doing business as:

A to Z Farms located at 1790 Olivet Lane Santa Rosa, CA 95401; Mailing Address 1590 Redwood Dr. Healdsburg, CA 95448 Sonoma County, is hereby registered by the following owner(s): DEVA MARIE PROTO
Sonoma County Clerk
By /s/   Julie Duff
Deputy Clerk
SEAL

2830866 – Pub Feb 7, 14, 21, 28, 2019                                        4L

---

**FICTITIOUS
BUSINESS NAME STATEMENT
FILE NO. 2019-00455**

The following person (persons) is (are) doing business as:

Baskin Robbins located at 110 Coddingtown Center, Santa Rosa, CA 95401 Sonoma County, is hereby registered by the following owner(s): Smith and Nephew, Inc. 23240 Santa Rosa, CA 95403
This business is conducted by: A CA corporation

The registrant commenced to transact business under the fictitious name or names above on 11/01/18.

I declare that all information in this statement is true and correct. Signed: DEVA MARIE PROTO
Sonoma County Clerk
By /s/   Darrell Light
Deputy Clerk
SEAL