**Exhibit F**

# PROOF OF PUBLICATION

**The BAKERSFIELD CALIFORNIAN**
P.O. BOX 440
BAKERSFIELD, CA 93302

PG&E Corporation
77 Beale St
SAN FRANCISCO, CA 94177

--

STATE OF CALIFORNIA
COUNTY OF KERN

I AM A CITIZEN OF THE UNITED STATES AND A RESIDENT OF THE COUNTY AFORESAID: I AM OVER THE AGE OF EIGHTEEN YEARS, AND NOT A PARTY TO OR INTERESTED IN THE ABOVE ENTITLED MATTER. I AM THE ASSISTANT PRINCIPAL CLERK OF THE PRINTER OF THE BAKERSFIELD CALIFORNIAN, A NEWSPAPER OF GENERAL CIRCULATION, PRINTED AND PUBLISHED DAILY IN THE CITY OF BAKERSFIELD COUNTY OF KERN,

AND WHICH NEWSPAPER HAS BEEN ADJUDGED A NEWSPAPER OF GENERAL CIRCULATION BY THE SUPERIOR COURT OF THE COUNTY OF KERN, STATE OF CALIFORNIA, UNDER DATE OF FEBRUARY 5, 1952, CASE NUMBER 57610; THAT THE NOTICE, OF WHICH THE ANNEXED IS A PRINTED COPY, HAS BEEN PUBLISHED IN EACH REGULAR AND ENTIRE ISSUE OF SAID NEWSPAPER
AND NOT IN ANY SUPPLEMENT THEREOF ON THE FOLLOWING DATES, TO WIT:   2/14/19

ALL IN YEAR   2019

I CERTIFY (OR DECLARE) UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

_[signature]_

DATED AT BAKERSFIELD CALIFORNIA
2·14·19

| | | | |
|---|---|---|---|
| Ad Number: | 14571445 | PO #: | R2110114 |
| Edition: | 1TBC | Run Times | 1 |
| Class Code | Legal Display Only | | |
| Start Date | 2/14/2019 | Stop Date | 2/14/2019 |
| Billing Lines | 74 | Inches | 441.00 |
| Total Cost | | Account | 73058800 |
| Billing Address | PG&E Corporation 77 Beale St SAN FRANCISCO,CA 94177 | | |

Solicitor I.D.:   0

**First Text**
Notice of Chapter 11 Bankruptcy Cases

Ad Number   14571445

Case: 19-30088   Doc# 522-3   Filed: 02/20/19   Entered: 02/20/19 18:38:39   Page 2 of 4

United States Bankruptcy Court for the Northern District of California

**Debtors:** PG&E Corporation and Pacific Gas and Electric Company
Date cases filed in chapter 11: 01 / 29 / 2019
Case number: 19-30088 (DM) (Lead Case; Jointly Administered)

## Notice of Chapter 11 Bankruptcy Cases

For the debtors listed above, cases have been filed under chapter 11 of the Bankruptcy Code and orders for relief have been entered. This notice has important information about the cases for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from the debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the cases may be inspected at the bankruptcy clerk's office at the address below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

The staff of the bankruptcy clerk's office cannot give legal advice. Do not file this notice with any proof of claim or other filing in the cases.

1. **Debtors' full names: Debtor, Address, Case No., EIN#:** PG&E Corporation, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30088 (DM), 94-3234914; Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30089 (DM), 94-0742640.

2. **All other names used in the last 8 years:** n/a

3. **Address:** See above

4. **Debtors' Attorneys:** Tobias S. Keller (#151445), KELLER & BENVENUTTI LLP, 650 California Street, Suite 1900, San Francisco, CA 94108 -and- Stephen Karotkin (*pro hac vice*), WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, NY 10153. **Debtors' Claims and Noticing Agent:** If you have questions about this notice, please contact Prime Clerk LLC. **Contact Phone:** (844) 339-4217 (Toll Free), +1 (929) 333-8977 (Int'l). **Email:** pgeinfo@primeclerk.com. **Website:** https://restructuring.primeclerk.com/pge

5. **Bankruptcy clerk's office:** U.S. Bankruptcy Court, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, CA 94102. **Hours open:** Monday-Friday, 9 a.m.- 4:30 p.m. (CT). **Contact phone:** 888-821-7606. Documents in these cases may be filed at this address. You may inspect all records filed in these cases at this office or online at www.pacer.com.

6. **Meeting of creditors:** Date and Time: **Monday March 4, 2019 at 10:00 a.m.** Location: Phillip Burton Federal Building and U.S. Courthouse, 450 Golden Gate Avenue, 2nd Floor, California Conference Room, San Francisco, CA 94102. The debtors' representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.

7. **Proof of claim deadline: Deadline for filing proof of claim: To Be Determined.** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed, contingent*, or *unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed, contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

8. **Exception to discharge deadline:** You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A). The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. **Deadline for filing the complaint: To Be Determined**

9. **Creditors with a foreign address:** If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in these cases.

10. **Filing a Chapter 11 bankruptcy case:** Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtors will remain in possession of the property and may continue to operate their business.

11. **Discharge of debts:** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

## Dogs



**French Bulldog** AKC female, 17 weeks, house broke, crate trained, leash broke, loves to cuddle, play ball. all shots, dew claws removed.
$3,500.00.   661-342-1697



**French Bulldog Puppies.** Ch. Import lines. Excellent quality and temperments. Home raised with TLC by retired veterinary tech. Health guaranteed. Reasonably priced. Call 661-269-4673

**LABRADORS** - AKC/OFA. yellow, black, choc.  $800.
**Mini LABRADOODLES** 1200
**GERMAN SHEPHERDS** AKC/OFA
$800  **559-358-0226**

**Siberian Husky** Pups, pure bred, parents on site, males, females, $400. ea.  call  661-205-1537

## Legal Notices

## Fictitious Names

Moving and you can't take the Treadmill? Advertise it tomorrow in the Classifieds.
**Don't Delay -- Call Today**
**322-SELL**

**STATEMENT OF ABANDONMENT OF USE OF FICTITIOUS BUSINESS NAME**
Business Name you wish to abandon:
**ARVIN MEDICAL CLINIC**
**146 N HILL RD**
**ARVIN, CA 93203**
Mailing Address:
**11606 HARRINGTON ST**
**BAKERSFIELD, CA 93311**
Registrant(s) who wish to abandon the business name:
**KERN RURAL WELLNESS CENTERS, INC**
**146 N HILL RD**
**ARVIN, CA 93203**
I declare that all information in this Statement is true and correct. Signed:
**SAMIR MOHAN**
This statement of abandonment filed with the County Clerk of Kern County on 01/22/2019
Original FBN Statement File Number: 2018-B8881
Original FBN Statement Filed on: 12/14/2018
**MARY B. BEDARD, CPA**
County Clerk
By A ZUBELDIA
Deputy
JAN. 24, 31, Feb. 7, 14, 2019
1456564

## Fictitious Names

**FILE NO. #2019-B0468**
**FICTITIOUS BUSINESS NAME STATEMENT**
The following person(s) is/are doing business as:
**ARVIN MEDICAL CLINIC**
**146 N HILL RD**
**ARVIN , CA 93203**
Mailing Address:
**11606 HARRINGTON ST.**
**ARVIN, CA 93203**
Registrant's Name(s)
**KERN RURAL WELLNESS CENTERS, INC**
**146 N HILL RD.**
**ARVIN, CA 93203**
This business is being conducted as an
**CORPORATION**
Signed
**SAMIR MOHAN**
This statement filed with the County Clerk of Kern County on 01/22/2019
The registrant commenced to transact business under the fictitious business name or names listed above on 10/23/2009
Mary B. Bedard, CPA
County Clerk
By: A. ZUBELDIA
"NOTICE THIS FICTITIOUS NAME STATEMENT EXPIRES 01/22/2024"
"NOTICE THE COUNTY CLERK. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THAT TIME, the filing of this Statement does not in itself authorize the use in this State of A Fictitious Business Name in violation of the rights of another under Federal, State or common law (see Section 14411 et. seq. Business and Professions Code).
JAN. 24, 31, FEB. 7, 14, 2019
14565661

**The Bakersfield Californian Classifieds Working For You!**

**FILE NO. #2019-B1033**
**FICTITIOUS BUSINESS NAME STATEMENT**
The following person(s) is/are doing business as:
**RIVER'S END RAFTING & ADVENTURE COMPANY**
**15701 HWY 178**
**BAKERSFIELD, CA 93306**
**KERN COUNTY**
Mailing Address:
**110 TREMONT WAY**
**BAKERSFIELD, CA 93312**
Registrant's Name(s)
**RIVER'S END ENTERPRISES LLC**
**110 TREMONT WAY**
**BAKERSFIELD, CA 93312**
This business is being conducted as an
**LIMITED LIABILITY COMPANY**
Signed
**SARA ARDONA**
This statement filed with the County Clerk of Kern County on 02/12/2019
The registrant commenced to transact business under the fictitious business name or names listed above on 02/05/2019
Mary B. Bedard, CPA
County Clerk
By: A ZUBELDIA
"NOTICE THIS FICTITIOUS NAME STATEMENT EXPIRES 02/12/2024"
"NOTICE THE COUNTY CLERK. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THAT TIME, the filing of this Statement does not in itself authorize the use in this State of A Fictitious Business Name in violation of the rights of another under Federal, State or common law (see Section 14411 et. seq. Business and Professions Code).
February 14, 21, 28, March 7, 2019 (14571812)

## Public Notices

The Commission on Accreditation of Medical Transport Systems will conduct an accreditation site visit of:

Hall Critical Care Transport on March 19-20, 2019.

The purpose of the site visit will be to evaluate the program's compliance with nationally established medical transport standards. The site visit results will be used to determine whether, and the conditions under which, accreditation should be awarded to the program.

CAMTS accreditation standards deal with issues of patient care and safety of the transport environment. Anyone believing that he or she has pertinent or valid information about such matters may request a public information interview with the CAMTS site surveyors at the time of the site visit. Information presented at the interview will be carefully evaluated for relevance to the accreditation process. Requests for public information interviews must be made in writing and sent to CAMTS no later than 10 business days before the site survey begins. The request should also indicate the nature of the information to be provided during the interview. Such request should be addressed to:

Office of the Executive Director
Commission on Accreditation of Medical Transport Systems
PO Box 130
Sandy Springs, SC 29677

The Commission will acknowledge such written requests in writing or by telephone and will inform the program of the request for an interview. The Commission will, in turn, notify the interviewee of the date, time and place of the meeting.

*Call 322-SELL.*
We can help you sell your items Fast!!

**Are You Looking For Something Fun To Do This Weekend?**

How About An Open House?

Open Houses are listed every weekend in the Real Estate section.

Get Out & Visit One Today

---

**SUMMONS** (Family Law)
CASE NUMBER (NÚMERO DE CASO):
**BFL-19001062**

NOTICE TO RESPONDENT (Name):
AVISO AL DEMANDADO (Nombre):
**SIDNEY RAY MARTIN JR**

You are being sued. Lo estan demandado.

Petitioner's name is:
Nombre del demandante:
**RUTH A MARTIN**

You have 30 calendar days after this Summons and Petition are served on you to file a Response (form FL-220 or FL-270) at the court and have a copy served on the petitioner. A letter, phone call, or court appearance will not protect you.
If you do not file your Response on time, the court may make orders affecting your right to custody of your children. You may also be ordered to pay child support and attorney fees and costs, if you cannot pay the filing fee, ask the clerk for a fee waiver form.
For legal advice, contact a lawyer immediately. You can get this information about finding lawyers at the California Courts Online Self-Help Center(www.courtinfo.ca.gov/selfhelp), at the California Legal Services Web site (www.lawhelpcalifornia.org), or by contacting your local county bar association.

Tiene 30 días corridos después de haber recibido la entrega legal de esta Citación y Petición para presenter una Respuesta (formulario FL-220 ó FL-270) ante la corte u efectuar la entrega legal de una copia al solicitante. Una carta o llamada telefónica no basta para protegerlo.
Si no presenta su Respuesta a tiempo, la corte puede dar órdenes que afecten su matrimonio o pareja de hecho, sus bienes y la custodia de sus hijos. La corte también le puede ordenar que pague manutención, y honorarios y costos legales. Si no puede pagar la cuota de presentacion, pida al secretario un formulario de exención de cuotas.
Si desea obtenber asesoramiento legal, póngase en contacto de inmediato con un abogado. Puede obtener información para encontrar a un abogado en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en el sitio Web de los Servicios Legales de Calfronia (www.lawhelpcalifornia.org) o poniéndose en contacto con el colegio de abogados de su condado.

NOTICE: The restraining orders on page 2 are effective against both spouses or domestic partners until the petition is dismissed, a judgment is entered, or the court makes further orders. These orders are enforceable anywhere in California by any law enforcement officer who has received or seen a copy of them.
AVISO: Las órdenes de restricción que figuran en la página 2 valen para ambos cónyuges o paraja de hecho hasta que se despida la petición, se emita un fallo o la corte de otras órdenes. Cualquier autoridad de la ley que haya recibido o visto una copia de estas órdenes puede hacerias acatar en cualquier lugar de California.
NOTE: If a judgement or support order is entered, the court may order you to pay all or part of the fees and costs that the court waived for yourself or the other party. If this happens, the party ordered to pay fees shall be given notice and an opportunity to request a hearing to set aside the order to pay waived court fees.
AVISO: Si se emite un fallo u orden de manutención, la corte puede ordenar que usted pague parte de, o todos las cuotas y costos de la corte previamente exentas a petición de usted o de la otra parte. Si esto ocurre, la parte ordenada a pagar estas cuotas debe recibir aviso y la oportunidad de solicitar una audiencia para anular la orden de pagar las cuotas exentas.

1. The name and address of the court are (El nombre y dirección de la corte son):
SUPERIOR COURT – COUNTY OF KERN
1215 TRUXTUN AVE
BAKERSFIELD, CA 93301
2. The name, address, and telephone number of petitioner's attorney, or the petitioner without an attorney, are:
(El nombre, dirección y número de teléfono del abogado del demandante, o del demandante si no tiene abogado, son):
Ruth Ann Martin
11411 Reagan Rd
Bakersfield, CA 93312
Date (Fecha): JAN 08 2019
Tamarah Harber-Pickens, Clerk
B Brand, Deputy (Asistente)

February 14, 21, 28, March 7, 2019 (14571729)

---




Who says there is never any **good news?**
Tell your story with the pictures and words that mean the most to you. For information about creating your individualized Applause ad,
**Applause!**  call **322-7355**
e-mail applause@bakersfield.com
TBC MEDIA
For Self-Serve Applause ads visit
http://applause.bakersfield.com

---

United States Bankruptcy Court for the Northern District of California

**Debtors: PG&E Corporation and Pacific Gas and Electric Company**
Date cases filed in chapter 11: 01 / 29 / 2019
Case number: 19-30088 (DM) (Lead Case; Jointly Administered)

**Notice of Chapter 11 Bankruptcy Cases**

For the debtors listed above, cases have been filed under chapter 11 of the Bankruptcy Code and orders for relief have been entered. This notice has important information about the cases for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from the debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the cases may be inspected at the bankruptcy clerk's office at the address below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

The staff of the bankruptcy clerk's office cannot give legal advice. Do not file this notice with any proof of claim or other filing in the cases.

1. **Debtors' full names, Address, Case No., EIN#:**  PG&E Corporation, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30088 (DM), 94-3234914;  Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30089 (DM), 94-0742640.
2. **All other names used in the last 8 years:** n/a
3. **Address:** See above
4. **Debtors' Attorneys:**  Tobias S. Keller (#151445), KELLER & BENVENUTTI LLP, 650 California Street, Suite 1900, San Francisco, CA 94108 -and- Stephen Karotkin (*pro hac vice*), WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, NY 10153.  **Debtors' Claims and Noticing Agent: If you have questions about this notice, please contact Prime Clerk LLC. Contact Phone: (844) 339-4217 (Toll Free), +1 (929) 333-8977 (Int'l). Email: pgeinfo@primeclerk.com. Website: https://restructuring.primeclerk.com/pge**
5. **Bankruptcy clerk's office: U.S. Bankruptcy Court,** 450 Golden Gate Avenue, Mail Box 36099, San Francisco, CA 94102. **Hours open**: Monday-Friday, 9 a.m.- 4:30 p.m. (PT).  **Contact phone**: 888-821-7606. Documents in these cases may be filed at this address. You may inspect all records filed in these cases at this office or online at www.pacer.com.
6. **Meeting of creditors:** <u>Date and Time:</u> **Monday March 4, 2019 at 10:00 a.m.** <u>Location</u>:  Phillip Burton Federal Building and U.S. Courthouse, 450 Golden Gate Avenue, 2nd Floor, California Conference Room, San Francisco, CA 94102. The debtors' representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so.  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.
7. **Proof of claim deadline: Deadline for filing proof of claim: To Be Determined.**  A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless:  • your claim is designated as *disputed*, *contingent*, or *unliquidated*;  • you file a proof of claim in a different amount; or  • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.
8. **Exception to discharge deadline:** You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A). The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. **Deadline for filing the complaint: To Be Determined**
9. **Creditors with a foreign address:** If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in these cases.
10. **Filing a Chapter 11 bankruptcy case:** Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtors will remain in possession of the property and may continue to operate their business.
11. **Discharge of debts:** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

---

**SUMMONS** (Family Law)
CASE NUMBER (NÚMERO DE CASO):
**DFL-19000012**

NOTICE TO RESPONDENT (Name):
AVISO AL DEMANDADO (Nombre):
**RONALD P. MANTURANO**

You are being sued. Lo estan demandado.

Petitioner's name is:
Nombre del demandante:
**DOLORES R. MESTAZ**

You have 30 calendar days after this Summons and Petition are served on you to file a Response (form FL-220 or FL-270) at the court and have a copy served on the petitioner. A letter, phone call, or court appearance will not protect you.
If you do not file your Response on time, the court may make orders affecting your right to custody of your children. You may also be ordered to pay child support and attorney fees and costs, if you cannot pay the filing fee, ask the clerk for a fee waiver form.
For legal advice, contact a lawyer immediately. You can get this information about finding lawyers at the California Courts Online Self-Help Center(www.courtinfo.ca.gov/selfhelp), at the California Legal Services Web site (www.lawhelpcalifornia.org), or by contacting your local county bar association.

Tiene 30 días corridos después de haber recibido la entrega legal de esta Citación y Petición para presenter una Respuesta (formulario FL-220 ó FL-270) ante la corte u efectuar la entrega legal de una copia al solicitante. Una carta o llamada telefónica no basta para protegerlo.
Si no presenta su Respuesta a tiempo, la corte puede dar órdenes que afecten su matrimonio o pareja de hecho, sus bienes y la custodia de sus hijos. La corte también le puede ordenar que pague manutención, y honorarios y costos legales. Si no puede pagar la cuota de presentacion, pida al secretario un formulario de exención de cuotas.
Si desea obtenber asesoramiento legal, póngase en contacto de inmediato con un abogado. Puede obtener información para encontrar a un abogado en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en el sitio Web de los Servicios Legales de Calfronia (www.lawhelpcalifornia.org) o poniéndose en contacto con el colegio de abogados de su condado.

NOTICE: The restraining orders on page 2 are effective against both spouses or domestic partners until the petition is dismissed, a judgment is entered, or the court makes further orders. These orders are enforceable anywhere in California by any law enforcement officer who has received or seen a copy of them.
AVISO: Las órdenes de restricción que figuran en la página 2 valen para ambos cónyuges o paraja de hecho hasta que se despida la petición, se emita un fallo o la corte de otras órdenes. Cualquier autoridad de la ley que haya recibido o visto una copia de estas órdenes puede hacerias acatar en cualquier lugar de California.
NOTE: If a judgement or support order is entered, the court may order you to pay all or part of the fees and costs that the court waived for yourself or the other party. If this happens, the party ordered to pay fees shall be given notice and an opportunity to request a hearing to set aside the order to pay waived court fees.
AVISO: Si se emite un fallo u orden de manutención, la corte puede ordenar que usted pague parte de, o todos las cuotas y costos de la corte previamente exentas a petición de usted o de la otra parte. Si esto ocurre, la parte ordenada a pagar estas cuotas debe recibir aviso y la oportunidad de solicitar una audiencia para anular la orden de pagar las cuotas exentas.

1. The name and address of the court are (El nombre y dirección de la corte son):
SUPERIOR COURT – NORTH DIV DELANO-MCFARLAND BRANCH
1122 JEFFERSON STREET
DELANO, CA 93215
2. The name, address, and telephone number of petitioner's attorney, or the petitioner without an attorney, are:
(El nombre, dirección y número de teléfono del abogado del demandante, o del demandante si no tiene abogado, son):
Dolores R. Mestaz
722 Randolph Street
Delano, CA 93215
Date (Fecha): JAN 16 2019
Tamarah Harber-Pickens, Clerk
Denise Munoz, Deputy (Asistente)

February 14, 21, 28, March 7, 2019 (14571664)