**Exhibit G**

# Chico Enterprise-Record

400 E. Park Ave.
Chico, Ca 95928
530-896-7702
erlegal@chicoer.com

3809751

PG&E CORPORATION
77 BEALE STREET
SAN FRANCISCO, CA  94177

Legal No.  0006294341

**IN THE SUPERIOR COURT OF THE
STATE OF CALIFORNIA,
IN AND FOR THE COUNTY OF BUTTE**

In The Matter Of
**R2110116**

## AFFIDAVIT OF PUBLICATION

STATE OF CALIFORNIA  } SS.
COUNTY OF BUTTE

The undersigned resident of the county of Butte, State of California, says:

That I am, and at all times herein mentioned was a citizen of the United States and not a party to nor interested in the above entitled matter; that I am the principal clerk of the printer and publisher of

**The Chico Enterprise-Record
The Oroville Mercury-Register**

That said newspaper is one of general circulation as defined by Section 6000 Government Code of the State of California, Case No. 26796 by the Superior Court of the State of California, in and for the County of Butte; that said newspaper at all times herein mentioned was printed and published daily in the City of Chico and County of Butte; that the notice of which the annexed is a true printed copy, was published in said newspaper on the following days:

02/14/2019

Dated February 14, 2019
at Chico, California

_____
(Signature)

---

**United States Bankruptcy Court for the Northern District of California**
**Debtors:** PG&E Corporation and Pacific Gas and Electric Company
Date cases filed in chapter 11: 01/29/2019
Case number: 19-30088 (DM) (Lead Case; Jointly Administered)
**Notice of Chapter 11 Bankruptcy Cases**

For the debtors listed above, cases have been filed under chapter 11 of the Bankruptcy Code and orders for relief have been entered. This notice has important information about the cases for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from the debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the cases may be inspected at the bankruptcy clerk's office at the address below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice. Do not file this notice with any proof of claim or other filing in the cases.**

1. **Debtors' full names: Debtor, Address, Case No., EIN#:** PG&E Corporation, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30088 (DM), 94-3234914; Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30089 (DM), 94-0742640.
2. All other names used in the last 8 years: n/a
3. **Address:** See above
4. **Debtors' Attorneys:** Tobias S. Keller (#151445), KELLER & BENVENUTTI LLP, 650 California Street, Suite 1900, San Francisco, CA 94108 -and- Stephen Karotkin (*pro hac vice*), WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, NY 10153. **Debtors' Claims and Noticing Agent:** If you have questions about this notice, please contact Prime Clerk LLC. Contact Phone: (844) 339-4217 (Toll Free), +1 (929) 333-8977 (Int'l). Email: pgeinfo@primeclerk.com. Website: https://restructuring.primeclerk.com/pge
5. **Bankruptcy clerk's office:** U.S. Bankruptcy Court, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, CA 94102. **Hours open:** Monday-Friday, 9 a.m.- 4:30 p.m. (CT). **Contact phone:** 888-821-7606. Documents in these cases may be filed at this address. You may inspect all records filed in these cases at this office or online at www.pacer.com.
6. **Meeting of creditors: Date and Time:** Monday March 4, 2019 at 10:00 a.m. **Location:** Phillip Burton Federal Building and U.S. Courthouse, 450 Golden Gate Avenue, 2nd Floor, California Conference Room, San Francisco, CA 94102. The debtors' representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.
7. **Proof of claim deadline: Deadline for filing proof of claim: To Be Determined.** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed, contingent, or unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed, contingent, or unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.
8. **Exception to discharge deadline:** You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A). The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. **Deadline for filing the complaint: To Be Determined.**
9. **Creditors with a foreign address:** If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in these cases.
10. **Filing a Chapter 11 bankruptcy case:** Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtors will remain in possession of the property and may continue to operate their business.
11. **Discharge of debts:** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

## Valentine Love Lines

**CHRIS SJOSTROM** Friends forever hugs & kisses Be my Valentine. -Lon Aurelia (Re) This year will be 40 years married. Thank you for always being there for me and for all you do for me. I love you. Happy Valentine's Day. Larry.

**Barb,** Happy Valentine's Day 2019 to an amazing, beautiful, wife, best friend and partner in life. I appreciate all you do for me, you're my forever valentine. **Love you always baby**

Dee, Roses sometimes red, violets are sometimes blue, for over 15 years you've made my dreams come true. Happy Anniversary xoxoxo-Mikey

Rose, the poet's words barely audible, almost dormant. Inspiration's embers linger, longing to ignite. Blessed is he to remember, he knows the kiss, the touch, the intimate embrace. 9/25/99 Unconditional Love, Gus

**LOGAN** WISHING YOU A HAPPY VALENTINES DAY, YOU WILL ALWAYS BE GRAND MA'S LITTLE MAN AND GRAND PA'S BUD WE LOVE YOU ALL THE WAY TO THE STARS AND BACK

**HAPPY 42ND** Valentines Day to my Barbie boo. You make every day new and fresh with your special giving ways. You'll have my undying love for eternity as you are my forever love. I love you always, your Susan. Patches, and Shadow love you too.

Dear Amy-How do I get the wonderful gals that at the Studio Lounge to be my valentine- Hopeful in Chico

**KIMBERLEY** You are the best Daughter ever I am very lucky The worlds best Daughter Son-In-Law Grand Daughter Grand Son Great Grand Children Wishing you all a very HAPPY VALENTINE'S DAY Love T.O.M.

**JEWELL** You are number one The one and only Number one At the Big 8-0 You are number one For 62 Years 10 Months 22 Days You are and always will be number one Happy Valentine's Day T.O.M.

**RILYN WISHING** YOU A HAPPY VALENTINES DAY YOU WILL ALWAYS BE GRAND MA'S SWEET PEA AND GRAND PA'S PRINCESS WE LOVE YOU ALL THE WAY TO THE STARS AND BACK

Jimmy loves Brenda Ann Happy Valentine to my wife, my best friend, my powdered donut. Looking forward to the next 20 years.

## Butte Strong Classified

Housing • Auto Services • Merchandise and Donations

*All qualifying donation ads run free for 30 days*

To advertise in this section, you may email your ad to klandini@chicoer.com or call (530) 896-7777

**FREE !!!** 6X4 cloth couch. 7x4 cloth couch. Men's leather jacket size 34. Womens hiking boots size 8.5. Misc womens clothes various sizes. 916-316-3909

**2007 Komfort** 5th Wheel, 26.5', single popout, sleeps 4. Xlnt. cond., barely used. Must see to appreciate. $17,500. Call for more info 916-451-1315

**1999 CLASS C RV**, Jamboree, 24'. Xlnt cond. 47K mi $12,500. 707-217-5956

**WESTWOOD (LAKE ALMANOR AREA).** 1bd., or 3 bd. apts. priced from $400-$600/mo. 1 yr lease req. Section 8 accepted. Owner pays wtr/sewer/trash. Call Jackie for more info. 408-593-1843.



Be sure to watch for the new NCH! Publishing the last Friday of the month!

---

## Your New Home Is Waiting

If you would like to place an ad on the OPEN HOUSE page, Contact Michelle Manera at 896-7733 and email to mmanera@chicoer.com DEADLINE FOR COPY: Wednesday(s) by 5pm CLIENT AD APPROVAL: Thursday(s) by 11am

Visit chicoer.com/openhouses for maps, photos and more

---

**BUSINESS OPPORTUNITY - DRIVERS NEEDED**

EARN EXTRA CASH! DELIVERY ROUTES AVAILABLE ENTERPRISE-RECORD MERCURY-REGISTER

Routes available in CHICO, ORLAND & OROVILLE

Call Janette 896-7710 or Rachel 521-7954

Call or come by the ENTERPRISE-RECORD 400 E. Park Ave. in Chico

CALL TODAY 530-896-7710

---

## Legal Notices

### FICTITIOUS BUSINESS NAME STATEMENT OF ABANDONMENT
The following person(s) is (are) doing business as RUSHSTROKES ART STUDIO AND GALLERY at 1967 Montgomery Street Oroville, CA 95965
County of Butte
HANSON, TED EDWARD
1244 Mt Ida Rd Oroville, CA 95966
HANSON, ROBIN LYNN
1244 Mt Ida Rd Oroville, CA 95966
Began Transacting Business: 7/6/2016
Statement Expires On: 7/26/2021
Business Is Conducted By: General Partnership This statement was filed in the office of CANDACE J. GRUBBS, County Clerk of Butte County, January 16, 2019, By: N. ROYBAL, Deputy.
FBN Number: 2016-0000942
Publish: 2/07, 2/14, 2/21, 2/28/2019

### FICTITIOUS BUSINESS NAME STATEMENT
The following person(s) is (are) doing business as INTEGRITY BUILDERS 2 at 2358 Moyer Way Chico, CA 95926
County of Butte
INTEGRITY BUILDERS 2 LLC
2358 Moyer Way Chico, CA 95926
Began Transacting Business: 1/25/2019
Statement Expires On: 1/31/2024
Business Is Conducted By: Individual This statement was filed in the office of CANDACE J. GRUBBS, County Clerk of Butte County, on January 31, 2019, By: N. ROYBAL, Deputy.
FBN Number: 2019-0000165
Publish: 2/07, 2/14, 2/21, 2/28/2019

### FICTITIOUS BUSINESS NAME STATEMENT
The following person(s) is (are) doing business as BOWEN'S FLOOR COVERING
1515 Grand Avenue Oroville, CA 95965
County of Butte.
Bowen, Dayne Wesley
1515 Grand Avenue Oroville, CA 95965; Began Transacting Business:

### NOTICE TO CREDITORS OF BULK SALE (Secs 6101-6107 U.C.C.)
(This form provided by Bidwell Title & Escrow Company)

1. Notice is hereby given to creditors of the within named seller(s) that a bulk sale is about to be made of the assets described below:

2. The name(s) and business address of the seller(s) are :
Frederick N Stuelpnagel,
aka Rick Norman Stuelpnagel
4031 Songbird
Chico, CA 95973

3. The location in California of the chief executive office of the seller is (if "same as above" so state):
708 Mangrove Avenue, Chico, CA 95926

4. The name(s) and business address of the buyer(s) are :
Heel & Sole Shoes, a General Partnership
708 Mangrove Avenue
Chico, CA 95926

5. The Business name used by the seller(s) at said location is :
Heel and Sole Shoes
ESCROW HOLDER:
BIDWELL TITLE & ESCROW CO.
500 Wall Street, Chico, CA 95928
ESCROW OFFICER: Becky Schroer
Order No. : 00262407-002
DATE OF ANTICIPATED SALE :
March 6, 2019
LAST DAY TO FILE CLAIMS
March 5, 2019

Notice is hereby given that Transferor intends to make a BULK SALE of the assets of the above described Business to Transferee including all stock in trade, furniture and equipment used in the said Business, to be consummated at the office of Escrow Holder at the time of consummation or thereafter. Creditors of the Transferor may file claims with the Escrow Holder on or before the last day to file claims stated above. This sale is subject to Sec. 6106 - 6107 of the California Commercial Code.
Transferor has used the following business names and addresses within last three years so far as known to Transferee: (If NONE, so state): NONE

Heel & Sole Shoes, a General Partnership,
Dated: February 8, 2019

/s/ Adriana Covarrubias
BY: Adriana Covarrubias, General Partner
/s/ Gloria Covarrubias
BY: Gloria Covarrubias, General Partner
2/14/2019

### Legal Notices (continued)
2/7/2019
Statement Expires On: 2/7/2024
Business Is Conducted By: Individual. This statement was filed in the office of Candace J. Grubbs, County Clerk of Butte County, on February 7, 2019, By: S. Mitzel, Deputy.
FBN Number: 2019-0000194
Publish: 2/14, 2/21, 2/28, 3/7/19

### NOTICE OF PETITION TO ADMINISTER ESTATE OF:
LARRY JOE PADELFORD, AKA LARRY J. PADELFORD AND LARRY PADELFORD
CASE NUMBER: 19PR00055
To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the will or estate, or both, of LARRY JOE PADELFORD, AKA LARRY J. PADELFORD AND LARRY PADELFORD
A Petition for Probate has been filed by: DAVID LEWELLEN in the Superior Court of California, County of: BUTTE
The petition for probate requests that: DAVID LEWELLEN be appointed as personal representative to administer the estate of the decedent.
The petition requests the decedent's will and codicils, if any, be admitted to probate. The will and codicils are available for examination in the file kept by the court.
The petition requests authority to administer the estate under the Independent Administration of Estates Act. (This authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.) The independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court should not grant the authority.
A hearing on the petition will be held in this court as follows:
Date: March 5, 2019 Time 9:00 a.m. Dept: TBA Room: Address of court: Superior Court of California, County of Butte, 1775 Concord Avenue, Chico, CA 95928 Branch Name:
If you object to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney.
If you are a creditor or a contingent creditor of the decedent, you must file your claim with the court and mail a copy to the personal representative appointed by the court within the later of either (1) four months from the date of first issuance of letters to a general personal representative, as defined in section 58(b) of the California Probate Code, or (2) 60 days from the date of mailing or personal delivery to you of a notice under section 9052 of the California Probate Code.
Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in California law.
You may examine the file kept by the court. If you are a person interested in the estate, you may file with the court a Request for Special Notice (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code section 1250. A Request for Special Notice form is available from the court clerk.
Attorney for Petitioner:
Jackson Glick
P.O. Box 908
Gridley, CA 95948
530-846-5691
Publish: 2/11, 2/14, 2/19/2019

THINKING About remodeling? Get the help you need with the experienced people advertising in the Key To Home And Business Section. Call 896-7777.

### AUCTION NOTICE
Wednesday, February 20, 2019

Notice is hereby given that the undersigned intends to sell personal property described below to enforce a lien imposed on said property pursuant to the Sections 21700-21716 of the Business and Professions Code section 2328 of the UCC, Section 535 of the Penal code and Provisions of the Civil Code.

The undersigned will sell at Public Auction by competitive bidding on the 20th of February 2019 at 10:00am (Registration starts at 9:30am), on the premises where said property has been stored and which are located at CHICO U LOCK IT SELF STORAGE 1909 Dr. Martin Luther King Jr. Parkway, Chico, CA 95928, Butte County State of California, the following.

Audrey Pacheco #194; Hutch, landscaping tools, shelving, plastic bins, boxes

Shane Wilson #246; Golf club sets, couch, fan, plastic bins, boxes

Michael Lockett #608; Vintage tools, bed frame, dresser, plastic bins, boxes

Corey Guathney #610; Skiis, dresser, lawn care equipment, plastic bins, boxes

Lorin Downing #637; Artificial plant, mattresses, plastic bins

Auctioneer is Jack Harbor, Chico Auction Gallery (Bond #70981317),
530-345-0431
2/14/2019, 2/18/2019

---

### NOTICE OF INTENT TO REQUEST RELEASE OF FUNDS
February 14, 2019

County of Butte
25 County Center Drive, Suite 213
Oroville, CA 95965
(530) 552-3337

On or about March 4, 2019 the County of Butte will submit a request to the Department of Housing and Community Development for the release of Community Development Block Grant funds under Title 1 of the HOUSING AND COMMUNITY DEVELOPMENT ACT OF 1974, as amended, to undertake a program known as the Housing Rehabilitation Loan Program within the unincorporated area of Butte County in an effort to correct health and safety hazards in deteriorated housing, and to extend the useful life of existing housing units. Loans and grants will be available to achieve cost-effective repairs for approximately fifteen (15) income-eligible households from December 2018 through July 2023. Approximately $930,233 will be available through the 17-CDBG-12012 grant as well as $200,000 in future Program Income.

The activities proposed ARE CATEGORICALLY EXCLUDED UNDER HUD REGULATIONS AT 24 CFR PART 58 FROM NATIONAL ENVIRONMENTAL POLICY ACT (NEPA) REQUIREMENTS. An Environmental Review Record (ERR) that documents the environmental determinations for this project is on file at the County of Butte Administrative Office located at 25 County Center Drive, Suite 213, Oroville, California and may be examined or copied weekdays 8:00 A.M. to 5:00 P.M.

#### PUBLIC COMMENTS
Any individual, group, or agency may submit written comments on the ERR to the Butte County Administrative Office located at 25 County Center Drive, Suite 213, Oroville, California 95965. All comments received by March 4, 2019 will be considered by the County of Butte prior to authorizing submission of a request for release of funds.

#### ENVIRONMENTAL CERTIFICATION
The County of Butte certifies to HCD that Shari McCracken in her capacity as Chief Administrative Officer consents to accept the jurisdiction of the Federal Courts if any action is brought to enforce responsibilities in relation to the environmental review process and that these responsibilities have been satisfied. The State's approval of the certification satisfies its responsibilities under NEPA and related laws and authorities and allows the County of Butte to use Program funds.

#### OBJECTIONS TO RELEASE OF FUNDS
HCD will accept objections to its release of funds and the County of Butte's certification for a period of fifteen days following the anticipated submission date or its actual receipt of the request (whichever is later) only if it is on one of the following bases: (a) the certification was not executed by the Certifying Officer of the County of Butte; (b) the County of Butte has omitted a step or failed to make a decision or finding required by HUD regulations at 24 CFR Part 58; (c) the grant recipient or other participants in the development process have committed funds, incurred costs or undertaken activities not authorized by 24 CFR Part 58 before approval of a release of funds by HCD; or (d) another Federal agency acting pursuant to 40 CFR Part 1504 has submitted a written finding that the project is unsatisfactory from the standpoint of environmental quality. Objections must be prepared and submitted in accordance with the required procedures (24 CFR Part 58, Sec. 58.76) and shall be addressed to HCD, at 2020 W. El Camino Avenue, Sacramento, CA 95833. Potential objectors should contact HCD to verify the actual last day of the objection period.

Shari McCracken
Chief Administrative Officer
County of Butte
2/14/2019

---

### United States Bankruptcy Court for the Northern District of California
**Debtors: PG&E Corporation and Pacific Gas and Electric Company**
Date cases filed in chapter 11: 01/29/2019
Case number: 19-30088 (DM) (Lead Case; Jointly Administered)

#### Notice of Chapter 11 Bankruptcy Cases
For the debtors listed above, cases have been filed under chapter 11 of the Bankruptcy Code and orders for relief have been entered. This notice has important information about the cases for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from the debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the cases may be inspected at the bankruptcy clerk's office at the address below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice. Do not file this notice with any proof of claim or other filing in the cases.**

1. **Debtors' full names:** Debtor, Address, Case No., EIN#: PG&E Corporation, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30088 (DM), 94-3234914; Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30089 (DM), 94-0742640.
2. **All other names used in the last 8 years:** n/a
3. **Address:** See above
4. **Debtors' Attorneys:** Tobias S. Keller (#151445), KELLER & BENVENUTTI LLP, 650 California Street, Suite 1900, San Francisco, CA 94108 -and- Stephen Karotkin (*pro hac vice*), WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, NY 10153. **Debtors' Claims and Noticing Agent: If you have questions about this notice, please contact Prime Clerk LLC.** Contact Phone: (844) 339-4217 (Toll Free), +1 (929) 333-8977 (Int'l). Email: **pgeinfo@primeclerk.com.** Website: **https://restructuring.primeclerk.com/pge**
5. **Bankruptcy clerk's office: U.S. Bankruptcy Court,** 450 Golden Gate Avenue, Mail Box 36099, San Francisco, CA 94102. **Hours open:** Monday-Friday, 9 a.m. - 4:30 p.m. (CT). **Contact phone:** 888-821-7606. Documents in these cases may be filed at this office. You may inspect all records filed in these cases at this office or online at www.pacer.com.
6. **Meeting of creditors:** Date and Time: **Monday March 4, 2019 at 10:00 a.m.** Location: Phillip Burton Federal Building and U.S. Courthouse, 450 Golden Gate Avenue, 2nd Floor, California Conference Room, San Francisco, CA 94102. The debtors' representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.
7. **Proof of claim deadline: Deadline for filing proof of claim: To Be Determined.** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed, contingent*, or *unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed, contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.
8. **Exception to discharge deadline:** You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6) (A). The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. **Deadline for filing the complaint: To Be Determined**
9. **Creditors with a foreign address:** If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in these cases.
10. **Filing a Chapter 11 bankruptcy case:** Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtors will remain in possession of the property and may continue to operate their business.
11. **Discharge of debts:** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

---

## PEANUTS

   

**Exhibit H**

# The Sacramento Bee

P.O. Box 15779 • 2100 Q Street • Sacramento, CA 95852

**PG&E Corporation**
**77 Beale Street, P.O Box 77000**
**San Francisco CA 94177**

DECLARATION OF PUBLICATION
(C.C.P. 2015.5)

COUNTY OF DALLAS
STATE OF TEXAS

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the printer and principal clerk of the publisher of The Sacramento Bee, printed and published in the City of Sacramento, County of Sacramento, State of California, daily, for which said newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Sacramento, State of California, under the date of September 26, 1994, Action No. 379071; that the notice of which the annexed is a printed copy, has been published in each issue thereof and not in any supplement thereof on the following dates, to wit:

**FEBRUARY 14, 2019**

I certify (or declare) under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Irving, Texas,
on **FEBRUARY 14, 2019**

_____ (Signature)

United States Bankruptcy Court for the Northern District of California
**Debtors: PG&E Corporation and Pacific Gas and Electric Company**
Date cases filed in chapter 11: 01/29/2019
Case number: 19-30088 (DM) (Lead Case; Jointly Administered)
**Notice of Chapter 11 Bankruptcy Cases**

For the debtors listed above, cases have been filed under chapter 11 of the Bankruptcy Code and orders for relief have been entered. This notice has important information about the cases for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from the debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the cases may be inspected at the bankruptcy clerk's office at the address below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice. Do not file this notice with any proof of claim or other filing in the cases.**

1. **Debtors' full names: Debtor, Address, Case No., EIN#:** PG&E Corporation, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30088 (DM), 94-3234914; Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30089 (DM), 94-0742640.
2. **All other names used in the last 8 years:** n/a
3. **Address:** See above
4. **Debtors' Attorneys:** Tobias S. Keller (#151445), KELLER & BENVENUTTI LLP, 650 California Street, Suite 1900, San Francisco, CA 94108 -and- Stephen Karotkin (pro hac vice), WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, NY 10153. **Debtors' Claims and Noticing Agent: If you have questions about this notice, please contact Prime Clerk LLC. Contact Phone:** (844) 339-4217 (Toll Free), +1 (929) 333-8977 (Int'l). **Email:** pgeinfo@primeclerk.com. **Website:** https://restructuring.primeclerk.com/pge
5. **Bankruptcy clerk's office:** U.S. Bankruptcy Court, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, CA 94102. **Hours open:** Monday-Friday, 9 a.m. - 4:30 p.m. (CT). **Contact phone:** 888-821-7606. Documents in these cases may be filed at this address. You may inspect all records filed in these cases at this office or online at www.pacer.com.
6. **Meeting of creditors:** Date and Time: **Monday March 4, 2019 at 10:00 a.m.** Location: Phillip Burton Federal Building and U.S. Courthouse, 450 Golden Gate Avenue, 2nd Floor, California Conference Room, San Francisco, CA 94102. The debtors' representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.
7. **Proof of claim deadline: Deadline for filing proof of claim: To Be Determined.** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as disputed, contingent, or unliquidated; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as disputed, contingent, or unliquidated, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.
8. **Exception to discharge deadline:** You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A). The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. **Deadline for filing the complaint: To Be Determined**
9. **Creditors with a foreign address:** If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in these cases.
10. **Filing a Chapter 11 bankruptcy case:** Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtors will remain in possession of the property and may continue to operate their business.
11. **Discharge of debts:** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

Classified ads page from The Sacramento Bee, Thursday February 14, 2019, page 7B. Contains legal notices, public notices, rentals, jobs, pets, and other classified advertisements.

# **Exhibit I**

PG&E Corporation

0004083624-01

**The Fresno Bee**
fresnobee.com



# PROOF OF PUBLICATION

**COUNTY OF FRESNO**
**STATE OF CALIFORNIA**

The undersigned states:

McClatchy Newspapers in and on all dates herein stated was a corporation, and the owner and publisher of The Fresno Bee. The Fresno Bee is a daily newspaper of general circulation now published, and on all-the-dates herein stated was published in the City of Fresno, County of Fresno, and has been adjudged a newspaper of general circulation by the Superior Court of the County of Fresno, State of California, under the date of November 28, 1994, Action No. 520058-9.

The undersigned is and on all dates herein mentioned was a citizen of the United States, over the age of twenty-one years, and is the principal clerk of the printer and publisher of said newspaper; and that the notice, a copy of which is hereto annexed, marked Exhibit A, hereby made a part hereof, was published in The Fresno Bee in each issue thereof (in type not smaller than nonpareil), on the following dates.

February 14, 2019

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated             February 14, 2019

*Isabel Capps*

## Exhibit A

**United States Bankruptcy Court for the Northern District of California**
**Debtors: PG&E Corporation and Pacific Gas and Electric Company**
Date cases filed in chapter 11: 01/29/2019
Case number: 19-30088 (DM) (Lead Case; Jointly Administered)
**Notice of Chapter 11 Bankruptcy Cases**

For the debtors listed above, cases have been filed under chapter 11 of the Bankruptcy Code and orders for relief have been entered. This notice has important information about the cases for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from the debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the cases may be inspected at the bankruptcy clerk's office at the address below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice. Do not file this notice with any proof of claim or other filing in the cases.**

1. **Debtors' full names: Debtor, Address, Case No., EIN#:** PG&E Corporation, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30088 (DM), 94-3234914; Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30089 (DM), 94-0742640.
2. **All other names used in the last 8 years:** n/a
3. **Address:** See above
4. **Debtors' Attorneys:** Tobias S. Keller (#151445), KELLER & BENVENUTTI LLP, 650 California Street, Suite 1900, San Francisco, CA 94108 -and- Stephen Karotkin (pro hac vice), WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, NY 10153. **Debtors' Claims and Noticing Agent: If you have questions about this notice, please contact Prime Clerk LLC. Contact Phone: (844) 339-4217 (Toll Free), +1 (929) 333-8977 (Int'l). Email: pgeinfo@primeclerk.com. Website: https://restructuring.primeclerk.com/pge**
5. **Bankruptcy clerk's office:** U.S. Bankruptcy Court, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, CA 94102. Hours open: Monday-Friday, 9 a.m. - 4:30 p.m. (CT). **Contact phone:** 888-821-7606. Documents in these cases may be filed at this address. You may inspect all records filed in these cases at this office or online at www.pacer.com.
6. **Meeting of creditors:** Date and Time: **Monday March 4, 2019 at 10:00 a.m.** Location: Phillip Burton Federal Building and U.S. Courthouse, 450 Golden Gate Avenue, 2nd Floor, California Conference Room, San Francisco, CA 94102. The debtors' representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.
7. **Proof of claim deadline: Deadline for filing proof of claim: To Be Determined.** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed*, *contingent*, or *unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.
8. **Exception to discharge deadline:** You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A). The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. **Deadline for filing the complaint: To Be Determined**
9. **Creditors with a foreign address:** If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in these cases.
10. **Filing a Chapter 11 bankruptcy case:** Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtors will remain in possession of the property and may continue to operate their business.
11. **Discharge of debts:** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

0004083624-01

Case: 19-30088    Doc# 522-4    Filed: 02/20/19    Entered: 02/20/19 18:38:39    Page 8 of 9

# Employment

## Help Wanted, General

**COURT REPORTER
MERCED SUPERIOR COURT**
Biweekly Range:
$2,308.80 - $2,808.80
Official application and detailed Job flyer can be obtained from:
Merced Superior Court
Administration Office
627 W. 21st St.
Merced, CA 95340
Or from our website
www.mercedcourt.org
Filing Deadline: Continuous -EOE

**COURT TECHNOLOGY ANALYST II**
Merced Salary Range:
$2,155.20 - $2,622.40
Official application and detailed job flyer can be obtained from:
Merced Superior Court
Administration
627 W. 21st Street
Merced, CA 95340
Or from our website
www.mercedcourt.org
Filing Deadline: Open Until Filled EOE

**PART-TIME/FULL-** Work from Home BOOKKEEPER PERSON NEEDED Privately owned Regal Plumbing company is seeking a Full Charge Bookkeeper to perform and administer the company's accounting operations. Hours of work: 20-25 hours per week. Salary is $18-$20 / hour. Flexible schedule and a pleasant work environment.Must have a printer & scanner. Interested candidate email resume with contact information to fl6013112@gmail.com

**PROGRAMMING AND DATABASE ANALYST**
MERCED Superior Court
Annual Salary Range:
$91,894.40 - $111,737.60
Official application and detailed job flyer can be obtained from:
Merced Superior Court
Administration
627 W. 21st Street
Merced, CA 95340
Or from our website
www.mercedcourt.org
Filing Deadline: 4:30pm 02/26/19 EOE

# Misc Employment

## Work Wanted

**GARY McDonald Homes** is looking to hire a full-time Customer Service Manager to handle home owner warranty claims. Applicants must have industry experience. Send resume and references to steveh@garymcdonaldhomes.com

# Garage/Yard Sales

## N.E. Yard Sales

**ESTATE** Sale 1424 E Stuart Fri/Sat 9am Bullard/Millbrook antiques, furn, vintage, household, kitchen, freezer, clocks, art, beds, office, linens, more!

# Merchandise



**FRAUD ALERT**

Credit card thieves have called advertisers whose phone numbers are on their ads, claiming to be classified customer service representatives and asking for credit card information. Customers should not provide credit card information to someone who calls them about an ad. If you have any concerns about the billing for your classifieds ad, please call the Classified Department at 559-442-4442.

## Fitness/Sporting Equip.

**EASTON LIONS CLUB** Turkey Shoot
Sunday March 3, 10am to 3pm.
750 E. South Ave. (559) 281-6574

## Firewood

**BEST** Hard Mix All split. $110/Cord.
Delivery available. 559-647-5534

**NICE** PINE WOOD All Split $75/Cord, 2 Cords $150. Del Avail 559.727.5937

**Year** End Clearance sale Best hard mix all split all dry. $120/cord 630-0609

## Miscellaneous Merchandise for Sale/Rent

**CASE** backhoe 580 Super L series 2

Low hrs., 4X4, Cummins turbo diesel, 4in1 bucket, extend-a-hoe, Wain Roy, plumbed for a hammer or drill, Forks and hammer available but not included in the price.-$27500 woodoz@sbcglobal.net 925-766-7410

**ELIMINATE RATS & MICE-GUARANTEED!** Buy Harris Baits, Traps, Repellents Available: Hardware Stores, Buy Online: homedepot.com kevin@pfharris.com 800-637-0317

## Miscellaneous Merchandise for Sale/Rent

★ **I Buy Diabetic Test Strips** Trusted in the Valley for 4 years. Most brands.100% Legal. Local pickup Fresno/Surrounding Call Chris 559/248-1424

# Pets

## Pets for Sale

**5 Cute** Yellow LAB Females Looking for loving families, $400. Text Alan 559-268-3387 for pics

**A.K.C. Boxer Pups** 1F, 1M UTD shots, dewormed, tails docked, dew claws removed. $750.00 (559)759-5363

**AKC Doberman Pincher Puppies** 7 weeks old. $800. 4 Males & 3 Females. Champion lines. Shots & wormed. 559-287-0714

**AKC Female Standard Poodle** 13 weeks, shots dewormed ready now sisterdrennan@hotmail.com 559-287-0714

**AKC GERMAN SHEPHERD PUPPIES** 2M - 4F Vet Ck, 1st shots & wormed $800. 559-930-9503

**AKC lab pups** Blk,choc and yellow. Xlnt hunting, field trial and family. $700-800 Hogbackbabs.com 559-471-6343

**AKC Minature Schnauzer** Males and Females tails docked dew claws removed text 559-280-5379

**AUSTRALIAN Shepherd- Mini & Toy** Beautiful puppies. Merles and Tri's. Double blue eyed. ASDR Reg. $1200-2000 wildrosemiriaussies@gmail.com 209-712-2683

**BORDER** Collie/Husky Mix, 8.5wks, 4 M 2 F, shots & worm'd, $600 559-222-1002

**FRENCH** Bulldog Puppy 10wks AKC 2F, 1M, shots, $800ea 559-346-1334 davidwhite8865@gmail.com

**GERMAN** SHEPHERD Males & Females, Purebred, 8 weeks, shots & dewormed, $150 ea. (559) 470-4963

**HUSKY** pups Adorable Husky pups. 8wks F/$400 M/$350. Beautiful blue eyes. $400 barnett9911@gmail.com 559-975-6290

**JACK RUSSELL Pups** nice Purebreds! 5Girls 4Boys shots $500 559-313-9542 himountainsnow8k@live.com

## Pets for Sale

**LOST MY BIRD**

Friday morning 1/25/2019 at about 10am my Cinnamon Cheeked Conure flew out my back sliding door. She is a small Conure, her name is "Puppy" and she will probably look to land on a human. Please don't be scared! If she lands on you, please call me ASAP (559) 326 - 6264 My name is Jessica. She will be hungry and scared. She really likes apple slices, oranges, and carrot slices. NO AVOCADO, NO APPLE SEEDS. I will come get her at any time and anywhere.
Reward of 300.00 for her return.
jmpnjessie@yahoo.com 559-326-6264

**MASTIFF, Brazillian/ Fila Puppies** Great working family dogs, puppies available April, socialized with livestock, children, other pets; $600 to $1,000 or trade $600 alexbelanger@gmail.com 907-952-1041

**SMALL** Tea Cup Female Yorkies, AKC, 10-16 wks old, all shots, dewormed, no dew claws. $1100 559-904-1661

**YORKIE** toy pups pure bred, CKC, tales dews, 1st shot, wormed, vet checked, 1M/1F. 7 wks $1500. 559.338.2418

## Auctions

**REDUCTION AUCTION | Thurs 2/14 | 630 H St, Fresno, CA 93721** Floor Scrubbers, Deli Slicers, Oven Ranges, Coffee & Ice Cream Equip, Safes, Rotisseries, Deep Fryers & more! More info: SAMauctions.com or 877.SAM.AUCT

# Farm & Equipment

## Misc. Farm & Equipment

**WANTED** Ford /M/F Tractors any cond 3PT equip Tractor Ferguson Fork Lift Trailer/Mower deck, R Tires 270-7707

Place your own ad, 24/7 at fresnobee.com/placead

# Recreation

## Motorhome, Travel Trailers & Campers

**$ $ $ CASH CASH CASH $ $ $**
Motorhomes-Travel Trailers-Trucks-Cars Beat Any Price! Top $$$$$ As Easy As 1 2 3 Cash on the Spot 559.790-1582

**RPOD 177 Hood River Edition**



Upgraded axle. New batteries. New tires. $13,500 pvwacko@hotmail.com 480-639-9464

# Automotive

## Motorcycles

**2008 Kymco Scooter** 3000 miles, good condition, $1,800 o.b.o trbarney@sbcglobal.net 559-283-1493

## Antique, Classic & Custom Cars & Parts

**LOOKING** to Buy an Old Foreign Project Car, in any condition, running or not, Porsche, Jaguar, Mercedes, Rolls Royce, Ferrari & Much More. Fast & Easy Transaction Cash on the spot. If you have a Porsche or any other Old Foreign Cars Sitting Around Please Call 310-614-8012

Place your own ad, 24/7 at fresnobee.com/placead

# Autos

**2014** Honda CRV LX, 2.4 engine, auto, gray, 2 wheel drive, 44K miles, nice cond, very clean, everything is working, $12K. 559-977-0440

**'63** Impala SS, 4 ftd, ex cond, $28,950 559-930-6900



**CHEVY** MONTE CARLO 2003 Original Owner 140K miles, all power, all records, runs xlnt, $1,950 559-577-3457

**WANTED**: Toyota 2007-2009, clean. 559-222-0755

---

**PLACE YOUR ADS
AT YOUR CONVENIENCE
24 HOURS A DAY**

**FAX CLASSIFIED ADS TO:
559-441-6045**

Please include: Complete billing name & address (include street address if P.O. Box is used); name of contact person for verification; phone number for billing; phone number where you can be reached Mon-Fri 8:30 a.m.- 5:00 p.m. & ad publication dates.

Reach us by 1:00 p.m. daily for next day publication & by 1:00 p.m. Fri. for Sun., Mon. or Tues. editions.

All faxed ads will be verified prior to publication.

**THANK YOU FOR USING BEE CLASSIFIED'S FAX LINE**

For assistance call **559-442-4442** or toll-free **800-877-9886**

**The Fresno Bee**
Classified Advertising

---

**PUBLIC NOTICE**
#4085746
SUMMARY OF ADOPTED ORDINANCE INCREASING
COUNCIL MEMBER COMPENSATION

**NOTICE IS HEREBY GIVEN** that on February 7, 2019, the City Council of the City of Parlier adopted an ordinance approving an increase in monthly compensation payable to the Mayor and City Council members from $350 to $927 and $300 to $795, respectively.

AYES: 4 COUNCIL MEMBERS: Beltran, Maldonado, Pimentel and Rodriguez.
NOES: 0
ABSENT: 1 COUNCIL MEMBER: Escoto.

ATTEST

_____
/s/Bertha Augustine, Deputy City Clerk

---

**PUBLIC NOTICE**
#4079633
NOTICE OF PRELIMINARY DECISION FOR THE PROPOSED RENEWAL OF THE FEDERALLY MANDATED OPERATING PERMIT

NOTICE IS HEREBY GIVEN that the San Joaquin Valley Air Pollution Control District solicits public comment on the proposed renewal of the Federally Mandated Operating Permit to Cal Peak Power - Panoche, LLC at 43699 W Panoche Rd, Firebaugh, California.

The District's analysis of the legal and factual basis for this proposed action, project # C-1173181, is available for public inspection at http://www.valleyair.org/notices/public_notices_idx.htm and at any District office. There are no emission changes associated with this proposed action. This will be the public's only opportunity to comment on the specific conditions of the proposed renewal of the Federally Mandated Operating permit. If requested, the District will hold a public hearing regarding issuance of this renewed permit. For additional information, please contact the District at (559) 230-6000. Written comments on this project must be sent or postmarked by March 18, 2019 to publicnotices@valleyair.org or ARNAUD MARJOLLET, DIRECTOR OF PERMIT SERVICES, SAN JOAQUIN VALLEY AIR POLLUTION CONTROL DISTRICT, 1990 EAST GETTYSBURG AVENUE, FRESNO, CA 93726. 2/14/19
CNS-3220692#
THE FRESNO BEE

---

**PUBLIC NOTICE**
#4070034
ORDER TO SHOW CAUSE FOR CHANGE OF NAME
CASE NUMBER: 18CECG04420

TO ALL INTERESTED PERSONS:
1. Petitioner: JOE LOUIE MEDINA filed a petition with the court for a decree changing names as follows:

| Present name | | Proposed name |
|---|---|---|
| a. JOE LOUIE MEDINA | to | JOSE LUIS BAUTISTA |

2. THE COURT ORDERS that all persons interested in this matter appear before this court at the hearing indicated below to show cause, if any, why the petition for change of name should be granted. Any person objecting to the name changes described above must file a written objection that includes the reasons for the objection at least two court days before the matter is scheduled to be heard and must appear at the hearing to show cause why the petition should not be granted. If no written objection is timely filed, the court may grant the petition without a hearing.

NOTICE OF HEARING
a. March 18, 2019 Time: 8:30 AM Dept. 404
b. the address of the court is:
SUPERIOR COURT OF CALIFORNIA, COUNTY OF FRESNO
1130 "O" Street
Fresno, California 93721

3. a. A copy of the Order to Show Cause shall be published at least once a week for four successive weeks prior to the date set for hearing on the petition in the following newspaper of general circulation, printed in the county: The Fresno Bee

Date: 12/10/2018 /s/ Monica Diaz
JUDGE OF THE SUPERIOR COURT

---

**PUBLIC NOTICE**
#4085741
CLOVIS UNIFIED SCHOOL DISTRICT
NOTICE TO BIDDERS

The Board of Trustees of the Clovis Unified School District of Fresno County, California invites and will receive sealed proposals for BID NO. 2763 for the award of Office Supplies for Central Warehouse on or before 3:00 PM, on March 4, 2019 in the Purchasing Department of Clovis Unified School District, 1450 Herndon Avenue, Clovis, CA 93611, after which time and place the bids will be opened and read in public.

Bids must be accompanied by a bidder's bond, cashier's check or certified check for TEN PERCENT (10%) of the amount of the bid. The bidders bond or certified check shall be made payable to the Clovis Unified School District and shall be given as a guarantee that the bidder will enter into a contract if awarded the work, and will be declared forfeited, paid to, or retained by the District as liquidated damages if the bidder refuses or neglects to enter into a contract on the terms of the accepted proposal within fourteen (14) calendar days after bidders notification of District's acceptance of the proposal. Bidders may not withdraw bids for a period of forty-five (45) days after the date set for opening of bids.

Bids shall be made on forms prepared by the Clovis Unified School District. Bid forms, specifications and further information may be obtained from Cheryl Loyko, Lead Buyer, in the Purchasing Department, phone (559) 327-9475.

The District reserves the right to accept or reject any or all proposals, or any combination of proposals, and to waive any irregularities or informalities which may be legally waived.

Published: Dates:(1) 2/14/2019 (2) 2/21/2019

CLOVIS UNIFIED SCHOOL DISTRICT

Michael Johnston
Associate Superintendent of Administrative Services

---

**United States Bankruptcy Court for the Northern District of California**
**Debtors: PG&E Corporation and Pacific Gas and Electric Company**
Date cases filed in chapter 11: 01/29/2019
Case number: 19-30088 (DM) (Lead Case; Jointly Administered)
**Notice of Chapter 11 Bankruptcy Cases**
For the debtors listed above, cases have been filed under chapter 11 of the Bankruptcy Code and orders for relief have been entered. This notice has important information about the cases for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from the debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the cases may be inspected at the bankruptcy clerk's office at the address below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

The staff of the bankruptcy clerk's office cannot give legal advice. Do not file this notice with any proof of claim or other filing in the cases.

1. Debtors' full names: Debtor, Address, Case No., EIN#: PG&E Corporation, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30088 (DM), 94-3234914; Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30089 (DM), 94-0742640.
2. All other names used in the last 8 years: n/a
3. Address: See above
4. Debtors' Attorneys: Tobias S. Keller (#151445), KELLER & BENVENUTTI LLP, 650 California Street, Suite 1900, San Francisco, CA 94108 -and- Stephen Karotkin (pro hac vice), WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, NY 10153. **Debtors' Claims and Noticing Agent: If you have questions about this notice, please contact Prime Clerk LLC. Contact Phone: (844) 339-4217 (Toll Free), + 1 (929) 333-8977 (Int'l). Email: pgeinfo@primeclerk.com. Website: https://restructuring.primeclerk.com**
5. **Bankruptcy clerk's office:** U.S. Bankruptcy Court, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, CA 94102. **Hours open:** Monday-Friday, 9 a.m. - 4:30 p.m. (PT). **Contact phone:** 888-821-7606. Documents in these cases may be filed at this address. You may inspect all records filed in these cases at this office or online at www.pacer.gov.
6. **Meeting of creditors:** Date and Time: **Monday March 4, 2019 at 10:00 a.m.** Location: Phillip Burton Federal Building and U.S. Courthouse, 450 Golden Gate Avenue, 2nd Floor, California Conference Room, San Francisco, CA 94102. The debtors' representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.
7. **Proof of claim deadline: Deadline for filing proof of claim: To Be Determined.** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as disputed, contingent, or unliquidated; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as disputed, contingent, or unliquidated, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.
8. **Exception to discharge deadline:** You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A). The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. **Deadline for filing the complaint: To Be Determined**
9. **Creditors with a foreign address:** If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in these cases.
10. **Filing a Chapter 11 bankruptcy case:** Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the hearing to oppose confirmation. Unless a trustee is serving, the debtors will remain in possession of the property and may continue to operate their business.
11. **Discharge of debts:** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

0004083624-01

---

**PUBLIC NOTICE**
#4079756
SUMMONS
(CITACION JUDICIAL)
NOTICE TO DEFENDANT (AVISO AL DEMANDADO):
Hasan A Mohammad, aka Hasan Ahmad Mohammed, an individual; Does 1 through 20, inclusive.

YOU ARE BEING SUED BY PLAINTIFF
(LO ESTA DEMANDANDO EL DEMANDANTE):
American Express National Bank f/k/a American Express Centurion Bank

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov /selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.
Tiene 30 DIAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro in el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is: (El nombre y dirección de la corte es):
SUPERIOR COURT OF CALIFORNIA - COUNTY OF FRESNO
1130 "O" STREET, FRESNO, CALIFORNIA 93721-2220

CASE NUMBER: (Número del Caso): 18CECG02844

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney is: (El nombre, la dirección y número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
Lina M. Michael (Bar#237842 Stephanie S. Ho (Bar#306109)
MICHAEL & ASSOCIATES, 555 St. Charles Drive, Suite 204, Thousand Oaks, CA 91360. Fax No.: (805) 379-8525 Phone No.: (805) 379-8505

Date (Fecha): 8/6/2018 Clerk, by (Secretario), M. Douangkham, Deputy (Adjunto)

---

# SERVICES DIRECTORY

Go online to view our Services Directory at fresnobee.com

To place an ad in the Services Directory, call **441-6621** or **442-4442**

## Attention

**NOTICE TO READERS**
The Fresno Bee publishes home improvement & construction advertisements from companies & individuals who have been licensed by the State of California. We also publish advertisements from unlicensed companies & individuals. California law requires that contractors taking jobs that total $500 or more (labor or materials) be licensed by the Contractors State License Board. State law also requires that contractors include their license number on all advertising. California law prohibits unlicensed contractors from taking jobs that total $500 or more (labor or materials). Unlicensed contractors taking jobs that total less than $500 must state in the advertisements that they are not licensed by the Contractors State License Board.
You can check the status of your licensed contractor @ www.cslb.ca.gov or call the Contractors State License Board.
**1-800-321-2752**

## Cleaning & Janitorial

**CARPET** CLEAN/REPAIR/INSTALL CAN DO TODAY Clean/Repair/Dye Water damage/Tile cleaning. Free est 20 yrs exp. (559) 307-4282

**Same Day Service** Carpet, Tile, Aggregate, Cleaning. Repairs & Installs Your Materials or ours. Sandá Refinish Floors Lic.#966418. Call/Tex 559.217.7350

## Home and Business Improvement

**ALL GARAGE DOOR REPAIRS**
ACCESS PRO GARAGE DOORS
Lic. #683491 ★ 559-276-3950

**BUILDING/REMODELING** BULLDOG CONST. additions, remodel, repairs & roofing. Brick & block work. Call (559) 449.1234 License #974978

**DRYWALL**-SERVICE- PATCHWORK, Skip trowel, Paper & Texture, Acoustic Removal, Hand Texture Finishes, unlic. Over 25 years exp! 559-250-1513

## Home and Business Improvement

**ELECTRICAL - SELSOR ELECTRIC** Free in home estimates, Residential, Commercial & Industrial, Lic. #1034618, Call Scott 559-385-3147

★ **ELECTRIC** Quality, dependable NO JOB TOO SMALL or BIG 24/7 Electrical Svc & Repair Lic 508597 559-264-1952 Free est

**FENCING - FENCEWORKS** No. 1 American Cedar Dog Ear $17.45/lin ft, based on 100 ft. proof of comm. #299964 454-1712 1230 N. Backer, Fresno

**GARAGE** DOOR INSTALL/REPAIR **GARAGE DOORS AND OPENERS** Repairs - New Install + Showroom **CENTRAL VALLEY OVERHEAD 475-5809**

**GARAGE DOOR REPAIRS** & Emergency, Broken Springs, 24/7. Lic. **559.233-4488**

**PAINTING** pro Co Painters for Interior Work, competitive material, interior & exterior Good References. Lic #980933. Free Estimates. Call Gene 559.519.0983

## Home and Business Improvement

**PLASTERING/STUCCO** REDASH-WATERDAMAGE-CRACKS REPAIRS 3 Generations of Quality (559) 281-3855 Lic #508301

**PLUMBING - 449.1234 BULLDOG** Plumbing All kinds + mobile homes. Sr. discount of 25% discount w/ad. Visa /MC Lic. #974978 559.449.1234

**PLUMBING — GOODE Plumbing** All types. Water Heaters, Sewer Repair, Leak Detection, 25% disc. w/ad. For Fast Prof'l Svc Call 451-1887 #941110

**ROOFING - 30 YRS EXP. In FRESNO,** CLOVIS All roofing & repairs. Roofing certifications. Senior disc. Lic #635734. Five Star Roofing: 559-724-9129

**ROOFING - AH HOME RE-ROOFING** ★ Best Service & Prices ★ Since 1985 Free Est. / MC / VISA (559) 276-7407 Bonded Lic. 508398

**ROOFING - DON'S ROOFING** Residential Reroof. Much So Billing & Repair Work Big-Small Jobs, no problem. Free est. 559-217-4393 #1042662/Bonded

## Home and Business Improvement

**ROOFING CONTRACTORS** #1021846 STORM SHIELD ROOFING Free Inspect BBB Accredited A+ Rating! Price Guar. Sr Disc. Sprint Special 559.940.4690

**ROO FING & HOME IMPROVEMENT** Over 35 years experience (559) 213-3861 or (559) 855-7750 License #779906

**TILE WORK Hashimoto Tile Co** 45 Yrs BBB A+ #407915 240.6188

## Junk/Trash/Debris Removal

**AFFORDABLE HAULING** -Indoor & Outdoor Hauls, Garage, Real Estate & Tree Trimming, ODD JOBS BIG & SMALL. Free Estimates. License #1047855 Bonded & Insured. 559-548-9296

## Lawn/Garden/Landscaping/Trees

**#1 TREE SURGERY/SERVICE VALLEY TREE SERVICE** We do it all. Free est. Sr. disc. BBB #855475. Insured.
**(559) 226-8424**

**I.V. TREE SERVICES** Trimming, Topping, Pruning, Stump Grinding, 70' boom. BBB, 15 yrs exp. Free est, lic'd, ins & bond. #978186. Call 559.395.6757

**JESSE'S TREE SERVICE** Stump Grinding, Hauling, General Clean-ups & Odd Jobs. Free Estimates. Lic. #1017900 Bonded & Insured. 559-708-9152

**MID VALLEY TREE SERVICE** Complete Tree Service & Stump Grinding. Free Estimates. License #1047855 Bonded & Insured. 559.548.9296

**SPRINKLERS** & REPAIRS, Installation, No Job Too Small. Free Estimates. Unlic. Robert 559-280-2849

Downloaded 02/20/2019 of 9