# **Exhibit J**

# THE RECORD
## PROOF OF PUBLICATION

STATE OF CALIFORNIA
COUNTY OF SAN JOAQUIN

THE UNDERSIGNED SAYS:

I am a citizen of the United States and a resident of San Joaquin County; I am over the age of 18 years and not a part to or interested in the above-entitled matter. I am the principal clerk of the printer of THE RECORD, a newspaper of general publication, printed and published daily in the City of Stockton, County of San Joaquin by the Superior Court of the County of San Joaquin, State of California, under the date of February 26, 1952, File No. 52857, San Joaquin County Records; that the notice of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published each regular and entire issue of said newspaper and not in any supplement thereof on the following dates,
To wit,

February 14 2019,
February 16 2019

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 16, 2019 In Stockton California

*Delailah Little* (signature)

Delailah Little,
The Record

0001136544

---

United States Bankruptcy Court for the Northern District of California

Debtors: PG&E Corporation and Pacific Gas and Electric Company
Date cases filed in chapter 11: 01/29/2019
Case number: 19-30088 (DM) (Lead Case; Jointly Administered)

### Notice of Chapter 11 Bankruptcy Cases

For the debtors listed above, cases have been filed under chapter 11 of the Bankruptcy Code and orders for relief have been entered. This notice has important information about the cases for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from the debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the cases may be inspected at the bankruptcy clerk's office at the address below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

The staff of the bankruptcy clerk's office cannot give legal advice. Do not file this notice with any proof of claim or other filing in the cases.

1. **Debtors' full names:** Debtor, Address, Case No., EIN#: PG&E Corporation, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30088 (DM), 94-3234914; Pacific Gas and Electric Company, 77 Beale Street, P.D. Box 77000, San Francisco, California 94177, 19-30089 (DM), 94-0742640.
2. All other names used in the last 8 years: n/a
3. Address: See above
4. **Debtors' Attorneys:** Tobias S. Keller (#151445), KELLER & BENVENUTTI LLP, 650 California Street, Suite 1900, San Francisco, CA 94108 -and- Stephen Karotkin (*pro hac vice*), WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, NY 10153. **Debtors' Claims and Noticing Agent:** If you have questions about this notice, please contact Prime Clerk LLC. Contact Phone: (844) 339-4217 (Toll Free), +1 (929) 333-8977 (Int'l). Email: pgeinfo@primeclerk.com. Website: https://restructuring.primeclerk.com/pge
5. **Bankruptcy clerk's office:** U.S. Bankruptcy Court, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, CA 94102. Hours open: Monday-Friday, 9 a.m.- 4:30 p.m. (CT). Contact phone: 888-821-7606. Documents in these cases may be filed at this address. You may inspect all records filed in these cases at this office or online at www.pacer.com.
6. **Meeting of creditors:** Date and Time: Monday March 4, 2019 at 10:00 a.m. Location: Phillip Burton Federal Building and U.S. Courthouse, 450 Golden Gate Avenue, 2nd Floor, California Conference Room, San Francisco, CA 94102. The debtors' representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.
7. **Proof of claim deadline:** Deadline for filing proof of claim: To Be Determined. A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed*, *contingent*, or *unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.
8. **Exception to discharge deadline:** You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A). The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. Deadline for filing the complaint: To Be Determined
9. **Creditors with a foreign address:** If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in these cases.
10. **Filing a Chapter 11 bankruptcy case:** Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtors will remain in possession of the property and may continue to operate their business.
11. **Discharge of debts:** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.



# Weather PLUS+

Mark Finan

We will see on-and-off rain today and tomorrow. Winds will continue to be gusty throughout the day. Friday and Saturday will have less wind with scattered showers. Sunday should be dry.

Watch chief meteorologist Mark Finan's weathercasts weekdays at 5 p.m., 6 p.m., 6:30 p.m. and 11 p.m. only on KCRA 3.

| | TODAY | TONIGHT | FRIDAY | SATURDAY | SUNDAY | MONDAY |
|---|---|---|---|---|---|---|
| | Showers | Showers | Showers | Lingering showers | Cloudy, showers around | Partly sunny |
| Stockton | 59 | 46 | 55/43 | 56/39 | 54/34 | 56/34 |
| Tracy | 60 | 43 | 55/42 | 55/38 | 53/35 | 56/33 |

## Almanac

Stockton through 5 p.m. yesterday

**Temperature**
High/low .................. 61/47
Normal high/low .......... 60/40

**Precipitation**
24 hours through 5 p.m. yest. ... 0.90"
Season to date ........... 11.15"
Last season to date ...... 3.99"
Normal season to date .... 8.99"

### UV Index
Stockton — 1
Lake Tahoe — 1
San Francisco — 1

The higher the AccuWeather.com UV Index™ number, the greater the need for eye and skin protection. 0-2 Low; 3-5 Moderate; 6-7 High; 8-10 Very High; 11+ Extreme.

Minutes a fair-skinned person can stay in the sun from 9 a.m.-5 p.m. before unprotected skin is damaged: **60**

### Air Quality
Good / Moderate / Unhealthy (sensitive) / Unhealthy / Very Unhealthy / Hazardous
Source: Airnow.gov

### Pollen
Absent / Low / Moderate / High / Very High
Source: National Allergy Bureau

### Tides (Stockton)

| Today | Time | Tidal Height | Time | Tidal Height |
|---|---|---|---|---|
| High | 1:54 a.m. | 2.6 | 12:13 p.m. | 4.0 |
| Low | 6:43 a.m. | 1.2 | 9:12 p.m. | 0.3 |
| Friday | | | | |
| High | 3:02 a.m. | 3.2 | 1:17 p.m. | 4.2 |
| Low | 7:54 a.m. | 1.3 | 10:09 p.m. | 0.1 |

### Water Storage
As of midnight Wednesday

| Reservoir | Capacity | Storage | % |
|---|---|---|---|
| Camanche | 417,120 | 321,664 | 77 |
| New Hogan | 317,000 | 183,733 | 58 |
| New Melones | 2,420,000 | 1,924,870 | 80 |

Measurement in acre-feet

### Wood Burning
Burning discouraged

## The State

**How to read the map**
Stockton — Location
87/66 — Today's high/low
86/59/0.13 — Yesterday's high/low and precipitation amount * estimated

| City | Hi/Lo |
|---|---|
| Placerville | 55/39 |
| South Lake Tahoe | 42/24 |
| Sacramento | 58/45 |
| Jackson | 54/39 |
| Santa Rosa | 58/40 |
| Napa | 58/43 |
| Fairfield | 58/43 |
| Galt | 57/43 |
| Lodi | 57/45 |
| Linden | 58/43 |
| San Andreas | 55/39 |
| Vallejo | 59/45 |
| Stockton | 59/46 |
| Manteca | 57/46 |
| Angels Camp | 51/38 |
| Sonora | 55/40 |
| San Rafael | 57/44 |
| Oakland | 58/46 |
| San Francisco | 57/46 |
| San Mateo | 58/48 |
| Livermore | 57/43 |
| Tracy | 60/43 |
| Modesto | 62/45 |
| Yosemite | 48/32 |
| Fremont | 59/47 |
| San Jose | 59/47 |
| Newman | 62/45 |
| Atwater | 62/47 |
| Half Moon Bay | 58/45 |
| Santa Cruz | 58/47 |
| Gilroy | 57/45 |
| Los Banos | 63/44 |
| Merced | 63/46 |
| Madera | 64/48 |
| Fresno | 63/46 |
| Monterey | 58/47 |
| Salinas | 60/47 |
| Selma | 62/46 |

### Sun and Moon
Sunrise ........ 6:56 a.m.
Sunset ......... 5:42 p.m.
Moonrise today ... 12:39 p.m.
Moonset Friday ... 3:27 a.m.

Full — Feb 19 | Last — Feb 26 | New — Mar 6 | First — Mar 14

Shown is today's weather. Temperatures are today's highs and tonight's lows.

AccuWeather — DOWNLOAD THE FREE APP
Forecasts and graphics, except for KCRA forecasts, provided by AccuWeather, Inc.©2019

| City | Hi/Lo/W | City | Hi/Lo/W | City | Hi/Lo/W |
|---|---|---|---|---|---|
| Alturas | 43/24/sn | Mammoth Lakes | 37/22/sn | Salinas | 60/47/r |
| Bakersfield | 67/47/r | Marysville | 58/44/r | San Diego | 64/57/r |
| Barstow | 59/42/r | Mendocino | 55/45/r | San Francisco | 57/46/r |
| Bodega Bay | 57/48/r | Monterey | 58/47/r | San Gabriel | 61/48/r |
| Chico | 57/43/r | Napa | 58/43/r | San Luis Obispo | 59/47/r |
| Concord | 57/44/r | Needles | 60/48/r | Santa Barbara | 63/47/r |
| Davis | 58/45/r | Palm Springs | 69/48/r | Santa Cruz | 58/47/r |
| Death Valley | 65/50/r | Paso Robles | 59/44/r | South Lake Tahoe | 42/24/sn |
| Eureka | 53/43/r | Red Bluff | 55/40/r | Ukiah | 52/39/r |
| Lancaster | 58/37/r | Redding | 53/39/r | Ventura | 62/50/r |
| Los Angeles | 62/49/r | Riverside | 59/41/r | Yosemite | 48/32/sn |

## The Nation




Shown are the noon positions of weather systems and precipitation. Temperature bands are highs for the day. Forecast high/lows are for selected cities.

Legend: Showers / T-storms / Rain / Flurries / Snow / Ice / Cold / Warm / Stationary

| City | Hi/Lo/W | City | Hi/Lo/W | City | Hi/Lo/W |
|---|---|---|---|---|---|
| Albany | 37/28/pc | Flagstaff | 41/29/r | Omaha | 32/3/c |
| Albuquerque | 58/44/c | Hartford | 39/30/pc | Orlando | 75/54/s |
| Anchorage | 15/0/s | Honolulu | 75/65/sh | Philadelphia | 47/39/pc |
| Atlanta | 64/48/pc | Indianapolis | 49/24/c | Phoenix | 61/53/r |
| Baltimore | 51/41/pc | Jacksonville | 71/46/s | Pittsburgh | 47/41/c |
| Bismarck | 2/-20/pc | Kansas City | 41/14/c | Portland, ME | 37/22/pc |
| Boise | 40/36/sh | Las Vegas | 56/44/r | Portland, OR | 42/37/r |
| Boston | 40/33/s | Little Rock | 66/46/c | Raleigh | 63/46/pc |
| Buffalo | 39/35/c | Louisville | 58/39/c | Reno | 49/32/r |
| Cheyenne | 24/14/pc | Medford | 48/34/r | St. Louis | 59/20/c |
| Chicago | 44/11/c | Memphis | 64/48/c | Salt Lake City | 50/37/sh |
| Cincinnati | 52/35/c | Miami | 77/65/pc | San Antonio | 71/55/pc |
| Cleveland | 46/36/c | Milwaukee | 42/11/c | Santa Fe | 54/40/c |
| Dallas | 77/50/pc | Minneapolis | 24/-4/sn | Seattle | 43/32/sh |
| Denver | 52/24/pc | Nashville | 65/44/c | Sioux Falls | 20/-8/c |
| Des Moines | 35/2/c | New Orleans | 72/60/c | Spokane | 33/28/sn |
| Detroit | 41/28/c | New York City | 44/39/pc | Tampa | 74/57/s |
| Duluth | 23/-1/sn | Oklahoma City | 54/30/pc | Tulsa | 69/29/pc |
| El Paso | 75/59/pc | Oklahoma City | 69/31/pc | Washington, DC | 54/47/pc |

## The World

| City | Hi/Lo/W | City | Hi/Lo/W | City | Hi/Lo/W |
|---|---|---|---|---|---|
| Athens | 52/41/c | Kabul | 42/23/pc | Rome | 60/40/pc |
| Baghdad | 64/51/sh | London | 55/38/s | Seoul | 37/23/pc |
| Beijing | 29/16/sn | Madrid | 58/33/s | Singapore | 89/78/pc |
| Berlin | 49/33/c | Manila | 87/75/s | Stockholm | 43/37/c |
| Bermuda | 68/62/r | Mexico City | 77/52/pc | Sydney | 77/64/pc |
| Buenos Aires | 74/59/c | Montreal | 26/16/pc | Tel Aviv | 66/54/sh |
| Cairo | 62/52/pc | Moscow | 29/25/pc | Tokyo | 45/34/c |
| Frankfurt | 48/32/s | Nassau | 77/69/sh | Toronto | 34/31/c |
| Geneva | 54/34/pc | Oslo | 41/36/pc | Vienna | 49/33/c |
| Hong Kong | 74/67/pc | Paris | 54/37/s | Warsaw | 43/37/c |
| Jerusalem | 54/37/s | Rio | 81/75/pc | Zurich | 52/29/pc |

Legend: s-sunny, pc-partly cloudy, c-cloudy, sh-showers, t-thunderstorms, r-rain, sf-snow flurries, sn-snow, i-ice

---

Legal Notices section (9310, 9315) — Fictitious Business Name Statements, Notices of Trustee's Sale, Summons, Request for Qualifications and Proposals, Notice of Funding Availability, Notice of Chapter 11 Bankruptcy Cases, and related legal notices. Filings include:

#1135364 — Jason Trucking, 2234 Lonnie Beck Way, Stockton, CA 95209. Manjinder Singh, 2234 Lonnie Beck Way, Stockton, CA 95209. Filed: January 22, 2019.

#1135349 — Shi's Laced, 2218 Clipper Ln., Stockton, CA 95204. Raashida Janear Brisco, 2218 Clipper Ln., Stockton, CA 95204. Filed: January 22, 2019.

#1136111 — Notice of Trustee's Sale T.S. No.: 18-1735. Loan No.: *******063 APN: 115-200-17. Trustor: Miguel Garcia, an unmarried man. Recorded 9/20/2016 as Instrument No. 2016-113403. Date of Sale: 2/21/2019 at 9:00 AM. Place of Sale: East Weber Avenue entrance, San Joaquin County Courthouse, 222 E. Weber Avenue, Stockton, CA 95202. Amount of unpaid balance and other charges: $191,445.35. Street Address or other common designation of real property: 280 E. Harper Street, Stockton, California 95204. Prestige Default Services Inc. 01/31/2019, 02/07/2019, 02/14/2019. #1135342

#1136114 — Process Tech Ag, 1254 Ness Ct., Ripon, CA 95366. Matthew Murray, 1254 Ness Ct., Ripon, CA 95366. Filed: January 28, 2019.

#1136117 — Ozzie's Sweeping Service, 3680 Higgins Ave., Stockton, CA 95205. Asif Hayat, 3680 Higgins Ave., Stockton, CA 95205. Filed: February 5, 2019.

#1135674 — Enriquez Transportation, 627 S. Netherton Ave., Stockton, CA 95205. Miguel Angel Enriquez, 627 S. Netherton Ave., Stockton, CA 95205. Filed: February 4, 2019.

#1135387 — Chahal Trucking, 5951 Brush Creek Dr., Stockton, CA 95207. Rizwana Khan, 5951 Brush Creek Dr., Stockton, CA 95207. Filed: January 22, 2019.

Notice of Funding Availability — Notice is hereby given that a Notice of Funding Availability (NOFA) will be issued and distributed to the public When Stockton Business Entrepreneurship Program on February 25, 2019. Funding allocated for this program in 2019 totals $80,000 and is allocated from the City of Stockton Community Development Block Grant (CDBG) Program. Applications must be received by Thursday, April 4, 2019, no later than 5:00 p.m. at the address noted above. Christian Clegg, Interim Stockton City Clerk. #1135372 2/14/19

Request for Statements of Qualification — Turlock Library Project. The Request for Statements of Qualification are due no later than 2:00 PM, March 26, 2019, to Stanislaus County Chief Executive Office. #1135496 2/7/2019, 02/14/2019

NOTICE OF TRUSTEE'S SALE UNDER DEED OF TRUST Loan No.: 000277-MOJAS RESS Order No.: 76596 A.P. NUMBER 111-295-04; 151-295-05; 151-295-06. Trustor: Mojas Construction, Inc. Recorded on 05/17/2017, as Book N/A of Official Records of San Joaquin County. Date of Sale: 03/07/2019 at 9:00 AM. Place of Sale: East Weber Avenue entrance, San Joaquin County Courthouse, 222 East Weber Avenue, Stockton, CA 95202. Estimated Amount: $252,590.17. American Pacific Mortgage Corporation as Beneficiary. 02/07/2019, 02/14/2019, 02/21/2019. #1135613 2/13, 2/14, 2/15, 2019

#1136613 Summons Case No. C18-01031 — Notice to Defendant: Jordan Emmanuel. You Are Being Sued By Plaintiff: U-Haul Co. of California, a California Corporation; 2013 U-Haul Titling I, LLC, an Arizona Corporation; Arcoa Risk Retention Group, Inc., a Nevada Corporation; and Repwest Insurance Company, Arizona Corporation; and Custom Bunk Beds, a California business. Superior Court of California, County of Contra Costa, 725 Court Street, Martinez, California 94553. Stephen H. Nash, Clerk, by D. Wagner Deputy Clerk. #1135625 1/31, 2/7, 2/14, 2/21, 2019

Request for Qualifications and Proposals for On-Call Estimating Services and Request for Qualifications and Proposals for On-Call Code Review Services — Stanislaus County Capital Projects. Responses are due no later than 4:00 PM, March 15, 2019, to Stanislaus County Capital Projects by phone (209) 525-4384. #1136312 2/13, 2/14, 2/15, 2019

#1136465 — Providence Transit Services, 343 East Main Street, Court Tower Suite 316, Stockton, CA 95202. Ogheneruona Vine Ororho, 8534 Don Ave. Apt. 60, Stockton, CA 95210. Filed: January 25, 2019.

#1136458 — Vine Carter, 1410 Lincoln Blvd., Tracy, CA 95376. Jasvir Singh, 1410 Lincoln Blvd., Tracy, CA 95376. Filed: February 12, 2019.

#1136465 — Small Sprouts Play Center, 1235 Lloyd Thayer Circle, Stockton, CA 95206. Laneisha Renee Preston-Roberts, 1235 Lloyd Thayer Circle, Stockton, CA 95206. Filed: February 8, 2019.

United States Bankruptcy Court for the Northern District of California — Notice of Chapter 11 Bankruptcy Cases. Debtors: PG&E Corporation and Pacific Gas and Electric Company. Case numbers: 19-30088 and 19-30089. Date cases filed: 01/29/2019. For creditor information and procedures, visit www.pgecorporation.com or www.pacer.gov. #1136312

# US says it's time to expand coalition against IS

By Robert Burns
The Associated Press

MUNICH, Germany — The top Pentagon official said Friday he foresees a "bigger and stronger" American-led international coalition combatting the Islamic State group globally as the U.S. withdraws its troops from Syria.

Pat Shanahan, on his first trip abroad as the acting secretary of defense, made his comment after meeting in Munich with representatives of the dozen or so countries that provide troops in Iraq and Syria.

"While the time for U.S. troops on the ground in northeast Syria winds down, the United States remains committed to our coalition's cause, the permanent defeat of ISIS, both in the Middle East and beyond," Shanahan said in remarks to reporters.

The U.S. has about 2,000 troops in Syria and about 5,200 in Iraq.

President Donald Trump said on Feb. 6 that the Islamic State was within a week of losing all the territory it once controlled in Syria and Iraq. He seemed to



Acting United States Secretary of Defense Patrick Shanahan talks to the media Friday at a meeting of ministers of defense during the International Security Conference in Munich, Germany. [TOBIAS HASE/DPA VIA AP]

suggest Friday that the job had been completed.

"We have a lot of great announcements having to do with Syria and our success with the eradication of the caliphate and that'll be announced over the next 24 hours and many other things," the president told reporters.

Trump's decision in December to pull out of Syria angered some allies, confounded U.S. military officials and prompted Jim Mattis to resign as defense secretary.

Gen. Joseph Votel, who as head of U.S. Central Command is overseeing military operations against IS in Syria and Iraq, said last week that he was not consulted before Trump made his decision.

In an interview with CNN on Friday, Votel went a step further, saying, "It would not have been my military advice at that particular time … I would not have made that suggestion, frankly."

CNN quoted him further as saying IS "still has leaders, still has fighters, it still has facilities, it still has resources, so our continued military pressure is necessary to continue to go after that network."

Votel is leaving his post shortly.

Shanahan said the United States will "continue to support our local partners' ability to stand up to the remnants of ISIS," but he did not explain how that will be done.

A senior defense official, speaking later, said Shanahan did not discuss a timetable for the U.S. withdrawal from Syria, which other officials have said is expected to be completed in April. The coalition partners did not take issue with the U.S. withdrawal, indicating they see it as an irreversible decision, the official said, speaking on condition of anonymity to discuss the closed-door talks.

The focus of the meeting, on the topic of Syria, was how to avoid a security vacuum once U.S. troops are gone, the official said. No representatives committed to keeping troops there after the U.S. leaves, raising the possibility of clashes between Turkey — a U.S. NATO ally — and the U.S.-backed Syrian fighters known as the Syrian Democratic Forces, which suffered heavy casualties in fighting IS. The Turks view the Kurdish members of the SDF as terrorists and a treat to Turkey.

In his public remarks, Shanahan said that in Syria, IS has lost most of its leadership and resources — though he didn't say it's lost 100 percent of its territory.

"Together, we have eliminated the group's hold over 99 percent of the territory it once claimed as part of its so-called caliphate," he said. "We have ensured ISIS no longer holds the innocent people of Syria or Iraq in its murderous iron fist."

IS militants are holed up in the last sliver of land in eastern Syria as U.S.-backed forces are closing in.

As IS retreats in Syria, some worry that substantial numbers of its fighters could migrate beyond the Middle East, to Africa, for example.

Gen. Thomas Waldhauser, commander of U.S. Africa Command, said in an interview with a small group of reporters Friday that he is not yet seeing evidence of IS movements into Africa, although he said this cannot be ruled out.

Shanahan said he and his counterparts discussed the future of their coalition, which was developed during the Barack Obama administration after U.S. forces took on IS directly in 2014 with a return of U.S. troops to Iraq as advisers and the start of a bombing campaign against IS in Syria.

"I, for one, envision an even bigger and stronger coalition going forward — one that has evolved to meet the global threat posed by ISIS's offshoots and its murderous ideology," he said. It needs to look beyond Syria and Iraq to face the militants' broader threat in other parts of the world including Afghanistan and the Philippines, he said.

# Chicago police arrest 2 black suspects in attack on Smollett

By Don Babwin
The Associated Press

CHICAGO — The investigation into black actor Jussie Smollett's account of being beaten in a racist, anti-gay attack took a sharp turn Friday when police announced the arrest of two black men they believe assaulted the "Empire" cast member.

At least one of the men worked on the TV show, police said.

Police spokesman Anthony Guglielmi said authorities had probable cause to believe the suspects committed assault and battery against Smollett. But they had not been charged as of Friday afternoon.

Guglielmi would not comment on a possible motive.

Smollett, who is gay, has said two masked men shouting racial and anti-gay slurs and "This is MAGA country!" beat him and looped a rope around his neck early on Jan. 29 before running away. He said they also poured some kind of chemical on him.

The police spokesman said that there is "no evidence to say that this is a hoax" and that Smollett "continues to be treated by police as a victim, not a suspect."

The two suspects, identified only as Nigerian brothers, were picked up at Chicago's O'Hare Airport on Wednesday on their return from Nigeria after police learned at least one worked on "Empire," Guglielmi said. He said he did not know what the man's job was.

Guglielmi said police also searched the Chicago apartment where the men lived. But he said he had no information on what was found.

The police spokesman's comments followed a furious 24 hours that included local media reports that the attack was a hoax.

Police said those reports were unconfirmed. And the producers of "Empire" disputed as "patently ridiculous" news reports that Smollett's character was being written out of the show before the attack.

Smollett, 36, has said he was attacked while out getting food at a Subway sandwich shop in downtown Chicago.

Guglielmi said police have not found any surveillance video of an attack but continue to look. He said police also are contacting stores in the hope of finding out who bought the rope that was around Smollett's neck.

In an interview with ABC News, the singer and actor said he didn't remove the rope from around his neck before police arrived "because I wanted them to see."

Smollett also said he initially refused to give police his cellphone because the device contained private content and phone numbers. He later gave detectives heavily redacted phone records that police have said are insufficient for an investigation.



In this May 20, 2016, file photo, actor and singer Jussie Smollett attends the "Empire" FYC Event in Los Angeles. [RICHARD SHOTWELL/INVISION/AP, FILE]

## STORMS

*From Page A3*

sheriff's Lt. Andrew Scott said in a tweet with a video of the snow-covered road.

About 140 miles southeast of Lake Tahoe, Mammoth Mountain was about to break a more than 30-year record for monthly snowfall, resort spokesman Justin Romano said. Skiers and snowboarders should be able to reach the slopes as long as they have chains or snow tires, he said.

The resort has already gotten 163 inches of snow this month, just 5 inches shy of its snowfall record for February, set in 1986.

The storms heavily damaged — and in some places destroyed — parts of roads leading to Idyllwild and other mountain communities about 100 miles east of Los Angeles, but access



Bruce MacDonell carries his neighbor, Annie Lovell, through a flooded area of Guerneville on Friday. Streets and low-lying areas flooded as the Russian River swelled above its banks. [JOSH EDELSON/AP]

was not cut off.

In other parts of California, crews turned to cleanup after a storm Thursday led to at least three deaths.

A woman pulled from rising water in a flood-control channel in Corona, southeast of Los Angeles, had a heart attack and died. About 50 miles east, a man was found dead after floodwaters swept him away in a rural community. A man's body also was recovered from a fast-flowing creek in Escondido, northeast of San Diego.

There's potential for more roadway flooding in the Northern San Joaquin Valley in the next couple of days. The National Weather Service predicts rain likely today, followed by possible showers Sunday. Presidents Day is looking clear but chilly, with highs in the 50s and lows in the 30s. Another storm could move in Wednesday, forecasters said.

The week of wet weather pushed rainfall totals across Northern California above 100 percent of their historical averages, and the U.S. Drought Monitor reports that just 10 percent of California's land area is in any kind of drought condition, even a modest one.

## SHOOTER

*From Page A1*

he prepared to depart for a weekend trip to his home in Palm Beach, Florida. Trump tweeted his thanks to law enforcement officers in Aurora and offered his condolences to the victims and their families. "America is with you," he said.

"This is a strange thing to come home to, right," she said. She had just learned that the shooter lived close by and his unit in the complex had been taped off by police.

Christy Fonseca often worries about some of the gang-related crimes and shootings around her mother's Aurora neighborhood. But she never expected the type of phone call she got from her mom on Friday, warning her to be careful with an active shooter loose in the town.

Police cars with screaming sirens revved past her as she drove to her mother's house, where the Henry Pratt building is visible from the porch stoop. it was only when they flipped on the television news that they realized Martin had killed people just a few hundred feet away.

"In Aurora, period, we'd never thought anything like this would happen," Fonseca, a lifelong resident of the Chicago suburb, said as she looked out at the factory.

The White House said President Donald Trump was briefed on the shooting and monitoring the situation as

United States Bankruptcy Court for the Northern District of California

Debtors: PG&E Corporation and Pacific Gas and Electric Company
Date cases filed in chapter 11: 01/29/2019
Case number: 19-30088 (DM) (Lead Case; Jointly Administered)

Notice of Chapter 11 Bankruptcy Cases

For the debtors listed above, cases have been filed under chapter 11 of the Bankruptcy Code and orders for relief have been entered. This notice has important information about the cases for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from the debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the cases may be inspected at the bankruptcy clerk's office at the address below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

The staff of the bankruptcy clerk's office cannot give legal advice. Do not file this notice with any proof of claim or other filing in the cases.

1. Debtors' full names: Debtor, Address, Case No., EIN#: PG&E Corporation, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30088 (DM), 94-3234914; Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30089 (DM), 94-0742640.
2. All other names used in the last 8 years: n/a
3. Address: See above
4. Debtors' Attorneys: Tobias S. Keller (#151445), KELLER & BENVENUTTI LLP, 650 California Street, Suite 1900, San Francisco, CA 94108 -and- Stephen Karotkin (pro hac vice), WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, NY 10153. Debtors' Claims and Noticing Agent: If you have questions about this notice, please contact Prime Clerk LLC, Contact Phone: (844) 339-4217 (Toll Free), +1 (929) 333-8977 (Int'l). Email: pgeinfo@primeclerk.com
Website: https://restructuring.primeclerk.com/pge
5. Bankruptcy clerk's office: U.S. Bankruptcy Court, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, CA 94102. Hours open: Monday-Friday, 9 a.m.- 4:30 p.m. (CT). Contact phone: 888-821-7606. Documents in these cases may be filed at this address. You may inspect all records filed in these cases at this office or online at www.pacer.gov.
6. Meeting of creditors: Date and Time: Monday March 4, 2019 at 10:00 a.m. Location: Phillip Burton Federal Building and U.S. Courthouse, 450 Golden Gate Avenue, 2nd Floor, California Conference Room, San Francisco, CA 94102. The debtors' representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.
7. Proof of claim deadline: Deadline for filing proof of claim: To Be Determined. A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as disputed, contingent, or unliquidated; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as disputed, contingent, or unliquidated, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.
8. Exception to discharge deadline: You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A). The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. Deadline for filing the complaint: To Be Determined
9. Creditors with a foreign address: If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in these cases.
10. Filing a Chapter 11 bankruptcy case: Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtors will remain in possession of the property and may continue to operate their business.
11. Discharge of debts: Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

FIND US ONLINE AT WWW.RECORDNET.COM

# kmart

discover more
@kmart.com

DISCOUNTS AT THIS STORE ONLY

STOCKTON • 2180 E MARIPOSA RD

STORE CLOSING
EVERYTHING MUST GO!

ENTIRE STORE 25% to 60% off & more!

75% off PLUS AN EXTRA 10% 
ALL Fine Gold, Silver, Diamond & Gemstone JEWELRY*
*10K gold unless otherwise specified.

60% off ALL Fashion Clothing

ALL Footwear for the entire family 60% off

ALL Bras & Panties 60% off

50% off ALL Toys, Games and Dolls

STORE FIXTURES, FURNITURE & EQUIPMENT FOR SALE NOW!

ALL SALES FINAL. NO REFUNDS OR EXCHANGES. WE ACCEPT CASH, CHECKS, VISA, MASTERCARD, DISCOVER, AMERICAN EXPRESS, KMART AND SEARS CARDS. WE ACCEPT KMART GIFT CARDS. DISCOUNTS DO NOT APPLY TO PHONE CARDS, PHARMACY, TOBACCO, ALCOHOL AND PREPAID GIFT CARDS. SOME FOOD ITEMS ARE EXCLUDED AS REQUIRED BY LAW. INVENTORY IS LIMITED TO STOCK ON HAND. 10K GOLD JEWELRY UNLESS OTHERWISE SPECIFIED. ALL DEAL FLASH OF DEPARTMENT 36, 236 AND 436 MERCHANDISE IS MARKED AT THE PRICE AFTER ALL DISCOUNTS. THIS STORE IS NOT PARTICIPATING IN CURRENT KMART CIRCULARS.

kmart A SHOP YOUR WAY PARTNER

NOT A MEMBER? JOIN TODAY-IT'S FREE! kmart.com/shopyourway

# **Exhibit K**

# San Jose Mercury News

4 N. 2nd Street, Suite 800
San Jose, CA 95113
408-920-5332

1016884

# PG&E CORPORATION

## PROOF OF PUBLICATION
## IN THE CITY OF SAN JOSE
## IN THE STATE OF CALIFORNIA
## COUNTY OF SANTA CLARA

### FILE NO. R110117

In the matter of

**San Jose Mercury News**

The undersigned, being first duly sworn, deposes and says: That at all times hereinafter mentioned affiant was and still is a citizen of the United States, over the age of eighteen years, and not a party to or interested in the above entitled proceedings; and was at and during all said times and still is the principal clerk of the printer and publisher of the San Jose Mercury News, a newspaper of general circulation printed and published daily in the City of San Jose, County of Santa Clara, State of California as determined by the court's decree dated June 27, 1952, Case Numbers 84096 and 84097, and that said San Jose Mercury News is and was at all times herein mentioned a newspaper of general circulation as that term is defined by Sections 6000; that at all times said newspaper has been established, printed and published in the said County and State at regular intervals for more than one year preceding the first publication of the notice herein mentioned. Said decree has not been revoked, vacated or set aside.

I declare that the notice, of which the annexed is a true printed copy, has been published in each regular or entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

**02/15/2019**

Dated at San Jose, California
February 15, 2019

I declare under penalty of perjury that the foregoing is true and correct.

_[signature]_

Principal clerk of the printer and publisher of the San Jose Mercury News

---

Legal No. **0006293845**

United States Bankruptcy Court for the Northern District of California
**Debtors:** PG&E Corporation and Pacific Gas and Electric Company
Date cases filed in chapter 11: 01/29/2019
Case number: 19-30088 (DM) (Lead Case; Jointly Administered)

**Notice of Chapter 11 Bankruptcy Cases**

For the debtors listed above, cases have been filed under chapter 11 of the Bankruptcy Code and orders for relief have been entered. This notice has important information about the cases for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from the debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the cases may be inspected at the bankruptcy clerk's office at the address below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

The staff of the bankruptcy clerk's office cannot give legal advice. Do not file this notice with any proof of claim or other filing in the cases.

1. **Debtors' full names:** Debtor, Address, Case No., EIN#: PG&E Corporation, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30088 (DM), 94-3234914; Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30089 (DM), 94-0742640.
2. **All other names used in the last 8 years:** n/a
3. **Address:** See above
4. **Debtors' Attorneys:** Tobias S. Keller (#151445), KELLER & BENVENUTTI LLP, 650 California Street, Suite 1900, San Francisco, CA 94108 -and- Stephen Karotkin (*pro hac vice*), WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, NY 10153. Debtors' Claims and Noticing Agent: If you have questions about this notice, please contact Prime Clerk LLC. Contact Phone: (844) 339-4217 (Toll Free), +1 (929) 333-8977 (Int'l). Email: pgeinfo@primeclerk.com. Website: https://restructuring.primeclerk.com/pge
5. **Bankruptcy clerk's office:** U.S. Bankruptcy Court, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, CA 94102. **Hours open:** Monday-Friday, 9 a.m.- 4:30 p.m. (CT). Contact phone: 888-821-7606. Documents in these cases may be filed at this address. You may inspect all records filed in these cases at this office or online at www.pacer.com.
6. **Meeting of creditors:** Date and Time: Monday March 4, 2019 at 10:00 a.m. Location: Phillip Burton Federal Building and U.S. Courthouse, 450 Golden Gate Avenue, 2nd Floor, California Conference Room, San Francisco, CA 94102. The debtors' representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.
7. **Proof of claim deadline:** Deadline for filing proof of claim: To Be Determined. A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed, contingent,* or *unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed, contingent, or unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.
8. **Exception to discharge deadline:** You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A). The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. Deadline for filing the complaint: To Be Determined
9. **Creditors with a foreign address:** If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in these cases.
10. **Filing a Chapter 11 bankruptcy case:** Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtors will remain in possession of the property and may continue to operate their business.
11. **Discharge of debts:** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

# Marketplace

To place an ad, call 408.920.5111 (Mon–Fri 8am–5pm) or visit www.mercurynews.com/classifieds

Classified advertising page — listings for Announcements, General Merchandise, General Help Wanted, Rooms for Rent, Shared Housing, Financial Services, Business Opportunities, Pets/Livestock, Personals, Persons Seeking Employment, Dogs For Sale, Antiques, Collectibles, Firewood and Fuel, Home Furnishings, Estate Sales, Real Estate, Alamo, Aptos, Property for Sale Out of State, Automotive Parts/Supplies/Services, Auto wanted, Custom & classics, Wheels, General Automotive, and numerous Legal Notice / Fictitious Business Name Statement filings for Santa Clara County. Also includes a United States Bankruptcy Court notice re: PG&E Corporation and Pacific Gas and Electric Company, Case No. 19-30088 (DM).











