**Exhibit L**

**Contra Costa Times**
2850 Shadelands Dr., #101
Walnut Creek, CA 94598
(510) 723-2850

Legal No. **6294103**

3110950

PG&E Corporation

## PROOF OF PUBLICATION

### FILE NO. R2110118

In the matter of:

Contra Costa Times

I am a citizen of the United States. I am over the age of eighteen years and I am not a party to or interested in the above entitled matter. I am the Legal Advertising Clerk of the printer and publisher of the Contra Costa Times, a newspaper published in the English language in the City of Walnut Creek, County of Contra Costa, State of California.

I declare that the Contra Costa Times is a newspaper of general circulation as defined by the laws of the State of California as determined by court decree dated October 22, 1934, Case Number 19764. Said decree states that the Contra Costa Times is adjudged to be a newspaper of general circulation for the City of Walnut Creek, County of Contra Costa and State of California. Said order has not been revoked.

I declare that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

**February 15, 2019**

I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

Executed at Walnut Creek, California.
On this 15th day of February, 2019.

Signature

United States Bankruptcy Court for the Northern District of California

**Debtors: PG&E Corporation and Pacific Gas and Electric Company**

Date cases filed in chapter 11: 01/29/2019

Case number: 19-30088 (DM) (Lead Case; Jointly Administered)

**Notice of Chapter 11 Bankruptcy Cases**

For the debtors listed above, cases have been filed under chapter 11 of the Bankruptcy Code and orders for relief have been entered. This notice has important information about the cases for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from the debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the cases may be inspected at the bankruptcy clerk's office at the address below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice. Do not file this notice with any proof of claim or other filing in the cases.**

**1. Debtors' full names: Debtor, Address, Case No., EIN#:** PG&E Corporation, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30088 (DM), 94-3234914; Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30089 (DM), 94-0742640.

**2. All other names used in the last 8 years:** n/a

**3. Address:** See above

**4. Debtors' Attorneys:** Tobias S. Keller (#151445), KELLER & BENVENUTTI LLP, 650 California Street, Suite 1900, San Francisco, CA 94108 -and- Stephen Karotkin (*pro hac vice*), WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, NY 10153. **Debtors' Claims and Noticing Agent: If you have questions about this notice, please contact Prime Clerk LLC. Contact Phone: (844) 339-4217 (Toll Free), +1 (929) 333-8977 (Int'l). Email: pgeinfo@primeclerk.com. Website: https://restructuring.primeclerk.com/pge**

**5. Bankruptcy clerk's office: U.S. Bankruptcy Court,** 450 Golden Gate Avenue, Mail Box 36099, San Francisco, CA 94102. **Hours open**: Monday-Friday, 9 a.m.- 4:30 p.m. (CT). **Contact phone:** 888-821-7606. Documents in these cases may be filed at this address. You may inspect all records filed in these cases at this office or online at www.pacer.com.

**6. Meeting of creditors:** Date and Time: **Monday March 4, 2019 at 10:00 a.m.** Location: Phillip Burton Federal Building and U.S. Courthouse, 450 Golden Gate Avenue, 2nd Floor, California Conference Room, San Francisco, CA 94102. The debtors' representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.

**7. Proof of claim deadline: Deadline for filing proof of claim: To Be Determined.** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed*, *contingent*, or *unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

**8. Exception to discharge deadline:** You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A). The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. **Deadline for filing the complaint: To Be Determined**

**9. Creditors with a foreign address:** If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in these cases.

**10. Filing a Chapter 11 bankruptcy case:** Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtors will remain in possession of the property and may continue to operate their business.

**11. Discharge of debts:** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

**CCT #6294103; 2/15/19**

# Legal Advertising and Public Notices

## Legal Notice

**INVITATION TO BID**

1.Notice is hereby given that the governing board ("Board") of the West Contra Costa Unified School District ("District" or "Owner") will receive sealed bids for the following project, Bid No. 1000002992R ("Project" or "Contract"):

**Richmond High School Track & Turf Surfaces Replacement, Project #1000002992R**

2.Sealed Bids will be received until 2:00 p.m. March 8, 2019 at the Reception Desk located at the District's Facilities Operations Center, 1400 Marina Way South, Richmond, California, at or after which time the bids will be opened and publicly read aloud. Any claim by a bidder of error in its bid must be made in compliance with section 5100 et seq. of the Public Contract Code. Any bid that is submitted after this time shall be non-responsive and returned to the bidder.

3.The Project consists of: Remove and replace existing synthetic turf field. Repair resurfacing of all-weather track surface and field water line replacement.

4. All bids shall be on the form provided by the District. Each bid must conform and be responsive to all pertinent Contract Documents, including, but not limited to, the Instructions to Bidders. Bid Form and Proposal (Document 00 41 13), Bid Bond on the District's form (Document 00 43 13) or other security, Designated Subcontractors List (Document 00 43 36), and Non-Collusion Declaration (Document 00 45 19) must accompany each bid and shall be submitted in a sealed envelope.

5.To bid on this Project, the Bidder is required to possess one or more of the following State of California Contractor Licenses: A, and/or B
The Bidder's license(s) must be active and in good standing at the time of the bid opening and must remain so throughout the term of the Contract.

6.As security for its Bid, each bidder shall provide with its Bid form:
- a bid bond issued by an admitted surety insurer on the form provided by the District,
- cash, or
- a cashier's check or a certified check, drawn to the order of the West Contra Costa Unified School District,

in the amount of ten percent (10%) of the total bid price. This bid security shall be a guarantee that the Bidder shall, within seven (7) calendar days after the date of the Notice of Award, enter into a contract with the District for the performance of the services as stipulated in the bid.

7.The successful Bidder shall be required to furnish a 100% Performance Bond and a 100% Payment Bond if it is awarded the contract for the Project.

8.The successful Bidder may substitute securities for any monies withheld by the District to ensure performance under the Contract, in accordance with the provisions of section 22300 of the Public Contract Code.

9.The successful Bidder and its subcontractors shall pay all workers on the Project not less than the general prevailing rate of per diem wages and the general prevailing rate for holiday and overtime work as determined by the Director of the Department of Industrial Relations, State of California, for the type of work performed and the locality in which the work is to be performed within the boundaries of the District, pursuant to sections 1770 et seq. of the California Labor Code. Prevailing wage rates are available from the District or on the Internet at: <http://www.dir.ca.gov>. Bidders and Bidders' subcontractors shall comply with the registration and qualification requirements pursuant to sections 1725.5 and 1771.1 of the California Labor Code.

10.The District requires 5% retention.

11.A **MANDATORY** pre-bid conference and site visit will be held on February 26, 2019 at 10:00 a.m. at the front quad Richmond High School 1250 23rd Street, Richmond CA 94804. All participants are required to sign in. Failure to attend will render Contractor's bid ineligible.

12.Contract Documents may be obtained through BPXpress on or after February 13, 2019. Contractors will be required to pay ($60.00 per set) for Contract Documents at the time of pick-up or before delivery. Contractors will have the option of either picking up Contract Documents at BPXpress, 4903 Central Avenue, Richmond, CA (510-559-8299), Fax (510-559-8398) or to have Contract Documents delivered to their place of business, at their own expense. The charge for documents is NON-REFUNDABLE. For information pertaining to the Contract Documents, contact **Imelda Sanchez at (510) 307-4676.**

13.The District's Board reserves the right to reject any and all bids and/or waive any irregularity in any bid received. If the District awards the Contract, the security of unsuccessful bidder(s) shall be returned within sixty (60) days from the time the award is made. Unless otherwise required by law, no bidder may withdraw its bid for ninety (90) days after the date of the bid opening.

14.The District shall award the Contract, if it awards it at all, to the lowest responsive responsible bidder based on: the total base bid amount only.

**WCT 6292598 Feb. 8, 15, 2019**

**City of San Pablo**

**NOTICE INVITING BIDS**

**FY 2018-19 Pavement Repair Project**

**City of San Pablo Project Number: MAR-600**

**Bid Start Date: February 13, 2019**

**Non-Mandatory Pre-Bid Meeting:**
**March 5, 2019 at 2:00 PM**
**13831 San Pablo Avenue, Bldg., 2**
**Conference Room**
**San Pablo, CA 94806**

**Bid Close Date: March 14, 2019 at 2:00 PM**

The City of San Pablo ("City"), will accept sealed bids for its FY 2018-19 Pavement Repair Project ("Project"), by or before March 14, 2019, at 2:00 p.m., at the City Clerk's office, located at 13831 San Pablo Avenue, Building #1, San Pablo, California, 94806 at which time the bids will be publicly opened and read aloud.

The Project is located at:
(1) Market Street from 23rd Street to Vila Drive, (2) Mission Bell Road from El Portal Drive to College Avenue, (3) Road 20 from Abella Circle to El Portal Drive, and (4) Parcel A (MS 776-16, APN 417-310-009), and is described as follows: mobilization; traffic control; installation and maintenance during construction of stormwater pollution prevention measures; removal and replacement of concrete curb ramps, sidewalks, and curb & gutters; grinding existing pavement; transport, removal and off haul of grounded materials; placing, spreading, and compacting new asphalt concrete pavement; adjusting utility irons to final grade; protecting existing facilities in place; removing existing pavement markings and striping; installing new pavement markings and striping; removal of existing street light foundation; salvaging and removal of street light poles; grinding and pulverizing existing parking lot pavement; stockpiling pulverized asphalt pavement material; cleanup of project site; and demolishing traffic signs and manpower from site.

Download Available at https://www.planetbids.com/portal/portal.cfm?CompanyID=39472

Find jobs to bid - City of San Pablo
NOTE: The bidder must be on the plan holder's list to submit a bid. It is the responsibility of each prospective bidder to confirm his/her firm is on the planholder's list held at PlanetBids to ensure receipt of any subsequent communications, such as Addenda. Amended bids received without the applicable addenda will be rejected as incomplete.

**All responses must be received by March 14, 2019 not later than 2:00 p.m.**

**Publication Information:**
https://www.planetbids.com/portal/portal.cfm?CompanyID=39472

**Closing Date/Time:**
3/14/2019 at 2:00 PM

**Submittal Information:**
City of San Pablo, City Clerk,
13831 San Pablo Ave. Bldg. 1, San Pablo, CA 94806

Contact Person:
Allan Panganiban
Senior Civil Engineer
(510) 215-3062
AllanN@sanpabloca.gov

**WCT 6295095 February 15, 2019**

United States Bankruptcy Court for the Northern District of California

**Debtors: PG&E Corporation and Pacific Gas and Electric Company**

Date cases filed (chapter 11): 01/29/2019

Case number: 19-30088 (DM) (Lead Case; Jointly Administered)

**Notice of Chapter 11 Bankruptcy Cases**

For the debtors listed above, cases have been filed under chapter 11 of the Bankruptcy Code and orders for relief have been entered. This notice has important information about the cases for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from the debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the cases may be inspected at the bankruptcy clerk's office at the address below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice. Do not file this notice with any proof of claim or other filing in the cases.**

1. **Debtors' full names:** Debtor, Address, Case No., EIN#: PG&E Corporation, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30088 (DM), 94-3234914; Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30089 (DM), 94-0742640.

2. **All other names used in the last 8 years:** n/a

3. **Address:** See above

4. **Debtors' Attorneys:** Tobias S. Keller (#151445), KELLER & BENVENUTTI LLP, 650 California Street, Suite 1900, San Francisco, CA 94108 - and - Stephen Karotkin (pro hac vice), WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, NY 10153. **Debtors' Claims and Noticing Agent: If you have questions about this notice, please contact Prime Clerk LLC. Contact Phone: (844) 339-4217 (Toll Free), +1 (929) 333-8977 (Int'l). Email: pgeinfo@primeclerk.com. Website: https://restructuring.primeclerk.com/pge**

5. **Bankruptcy clerk's office:** U.S. Bankruptcy Court, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, CA 94102. **Hours open:** Monday-Friday, 9 a.m.- 4:30 p.m. (CT). **Contact phone:** 888-821-7606. Documents in these cases may be filed at this address. You may inspect all records filed in these cases at this office or online at www.pacer.gov.

6. **Meeting of creditors:** Date and Time: **Monday March 4, 2019 at 10:00 a.m.** Location: Phillip Burton Federal Building and U.S. Courthouse, 450 Golden Gate Avenue, 2nd Floor, California Conference Room, San Francisco, CA 94102. The debtors' representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.

7. **Proof of claim deadline: Deadline for filing of proof of claim: To Be Determined.** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as disputed, contingent, or unliquidated; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as disputed, contingent, or unliquidated, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

8. **Exception to discharge deadline:** You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C § 1141(d)(6)(A). The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. **Deadline for filing the complaint: To Be Determined**

9. **Creditors with a foreign address:** If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in these cases.

10. **Filing a Chapter 11 bankruptcy case:** Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtors will remain in possession of the property and may continue to operate their business.

11. **Discharge of debts:** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

**CCT #6294103; 2/15/19**

## Legal Notice

**INVITATION TO BID**

1.Notice is hereby given that the governing board ("Board") of the West Contra Costa Unified School District ("District" or "Owner") will receive sealed bids for the following project, Bid No. 1000003087 ("Project" or "Contract"):

**Pinole Valley High School Interim Campus Demolition, Project# 1000003087**

2.Sealed Bids will be received until 2:00 p.m. March 7, 2019 at the Reception Desk located at the District's Facilities Operations Center, 1400 Marina Way South, Richmond, California, at or after which time the bids will be opened and publicly read aloud. Any claim by a bidder of error in its bid must be made in compliance with section 5100 et seq. of the Public Contract Code. Any bid that is submitted after this time shall be non-responsive and returned to the bidder.

3.The Project consists of: Demolition of the existing Interim Campus, including but not limited to site utilities, structures and furnishings. Removal of fencing, fixtures and equipment where indicated on drawings.
4.All bids shall be on the form provided by the District. Each bid must conform and be responsive to all pertinent Contract Documents, including, but not limited to, the Instructions to Bidders. Bid Form and Proposal (Document 00 41 13), Bid Bond on the District's form (Document 00 43 13) or other security, Designated Subcontractors List (Document 00 43 36), and Non-Collusion Declaration (Document 00 45 19) must accompany each bid and shall be submitted in a sealed envelope.

5.To bid on this Project, the Bidder is required to possess one or more of the following State of California Contractor Licenses: **"A", "B", or "C-21".**
The Bidder's license(s) must be active and in good standing at the time of the bid opening and must remain so throughout the term of the Contract.

6.As security for its Bid, each bidder shall provide with its Bid form:
- a bid bond issued by an admitted surety insurer on the form provided by the District,
- cash, or
- a cashier's check or a certified check, drawn to the order of the West Contra Costa Unified School District,

in the amount of ten percent (10%) of the total bid price. This bid security shall be a guarantee that the Bidder shall, within seven (7) calendar days after the date of the Notice of Award, enter into a contract with the District for the performance of the services as stipulated in the bid.

7.The successful Bidder shall be required to furnish a 100% Performance Bond and a 100% Payment Bond if it is awarded the contract for the Project.

8.The successful Bidder may substitute securities for any monies withheld by the District to ensure performance under the Contract, in accordance with the provisions of section 22300 of the Public Contract Code.

9.The successful Bidder and its subcontractors shall pay all workers on the Project not less than the general prevailing rate of per diem wages and the general prevailing rate for holiday and overtime work as determined by the Director of the Department of Industrial Relations, State of California, for the type of work performed and the locality in which the work is to be performed within the boundaries of the District, pursuant to sections 1770 et seq. of the California Labor Code. Prevailing wage rates are available from the District or on the Internet at: <http://www.dir.ca.gov>. Bidders and Bidders' subcontractors shall comply with the registration and qualification requirements pursuant to sections 1725.5 and 1771.1 of the California Labor Code.

10.The District requires 5% retention.

11.Two **Mandatory** pre-bid conference and site visits will be held on February 19, 2019, and February 21, 2019 at 12:30 p.m. Meet at the interim campus area, 2900 Pinole Valley Road, Pinole CA 94564. All participants are required to sign in. Failure to attend one site visit will render Contractor's bid ineligible.

12.Contract Documents may be obtained through BPXpress on or after February 12, 2019. Contractors will be required to pay ($175.00 per set) for Contract Documents at the time of pick-up or before delivery. In addition, there are (152 sheets) of As-Built drawings that can be viewed at no cost or downloaded for a fee. Contractors will have the option of either picking up Contract Documents at BPXpress, 4903 Central Avenue, Richmond, CA Phone (510-559-8299), Fax (510-559-8398) or to have Contract Documents delivered to their place of business, at their own expense. The charge for documents is NON-REFUNDABLE. For information pertaining to the Contract Documents, contact **Imelda Sanchez at (510) 307-4676.**

13.The District's Board reserves the right to reject any and all bids and/or waive any irregularity in any bid received. If the District awards the Contract, the security of unsuccessful bidder(s) shall be returned within sixty (60) days from the time the award is made. Unless otherwise required by law, no bidder may withdraw its bid for ninety (90) days after the date of the bid opening.

14.The District shall award the Contract, if it awards it at all, to the lowest responsive responsible bidder based on: the base bid amount only.

**WCT 6292604 Feb. 8, 15, 2019**

NOTICE OF PUBLIC SALE: Self-storage unit contents of the following customers containing household and other goods will be sold for cash by CubeSmart to satisfy a lien on February 21st, 2019 at approx. 1:00PM at CubeSmart, 3101 Valley Ave., Pleasanton, CA, 94566: [Sangeeta Chandra]
**PT/VT #6287430; Feb. 8, 15, 2019**

**NOTICE OF LIEN SALE**

Date and time of sale: 02/23/2019 at 11:00 a.m.

**Unit # Tenant Name**
C104 Diana Chandler
Artwork, Antiques, lots of boxes, clothes, furniture
Name & Location of Storage Facility:
Rodie's RV & Self Storage, 8863 Marsh Creek Rd., Clayton, CA 94517, (925) 672-4600
**CCT 6293427 Feb. 15, 22, 2019**

**NOTICE** TO DEFENDANTS: NATHAN SAHAR a.k.a. HASEEB SAHAR, an Individual, JOSEPH SAHAR, a.k.a. HABEEB SAHAR an Individual, MICHELE SHEBA SAHAR an individual, and DOES 1 to 25, **YOU ARE BEING SUED BY PLAINTIFF:** SAID SHEFAYEE JR. **CASE NUMBER:** MSC18-01416. The name and address of the Court is Contra Costa County Superior Court 725 Court St. Martinez, CA 94553. The name, address and telephone number of plaintiff's attorney is Raymond Miller, 225 W. Winton Ave. Ste. 125, Hayward, CA 94544 (510) 938-0075.

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below. You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
**CCT #6294902; Feb. 15, 22; Mar. 1, 8, 2019**

**NOTICE OF PETITION TO ADMINISTER ESTATE OF: VALLA R. COWAN CASE NUMBER: RP19003697**

To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the will or estate, or both, of: **VALLA R. COWAN, VALLA RUTH COWAN, and VALLA COWAN**

**A Petition for Probate** has been filed by: **Cathy L. Cowan and Rory B. Cowan** in the Superior Court of California, County of **ALAMEDA.**

**The Petition for Probate** requests that **Rory B. Cowan** be appointed as personal representative to administer the estate of the decedent.

**The Petition** requests the decedent's will and codicils, if any, be admitted to probate. The will and any codicils are available for examination in the file kept by the court.

**The Petition** requests authority to administer the estate under the Independent Administration of Estates Act. (This authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.)

## Legal Notice

**You may want to consult with an attorney knowledgeable in California law.**

**You may examine the file kept by the court.** If you are a person interested in the estate, you may file with the court a **Request for Special Notice** (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code section 1250. **A Request for Special Notice** form is available from the court clerk.

**Attorney For Petitioner: Juliana N. Zolynas TRUTNER LAW OFFICES 2109 Fourth St. Livermore, CA 94550 (925) 447-1222**
**TVH # 6288466 Feb. 6, 11, 15, 2019**

**NOTICE OF PETITION TO ADMINISTER ESTATE OF: ERIC D. FROST CASE NUMBER: RP19006143**

To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the will or estate, or both, of: **ERIC D. FROST.**

**A Petition for Probate** has been filed by: **GORDON J. FROST** in the Superior Court of California, County of **ALAMEDA.**

The Petition for Probate requests that **GORDON J. FROST** be appointed as personal representative to administer the estate of the decedent.

The Petition requests authority to administer the estate under the Independent Administration of Estates Act. (This authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.) The independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court should not grant the authority.

**A hearing on the petition will be held in this court as follows:** Date: 03/20/2019 Time: 9:31 AM Dept.: 201 Address of court: **SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA, 2120 Martin Luther King Jr. Wy., Berkeley, CA 94704.**

**If you object** to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney.

**If you are a creditor or a contingent creditor of the decedent,** you must file your claim with the court and mail a copy to the personal representative appointed by the court within the later of either (1) **four months** from the date of first issuance of letters to a general personal representative, as defined in section 58(b) of the California Probate Code, or (2) **60 days** from the date of mailing or personal delivery to you of a notice under section 9052 of the California Probate Code.

**Other California statutes and legal authority may affect your rights as a creditor.** You may want to consult with an attorney knowledgeable in California law.

**You may examine the file kept by the court.** If you are a person interested in the estate, you may file with the court a **Request for Special Notice** (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code section 1250. A **Request for Special Notice** form is available from the court clerk.

**Attorney For Petitioner: Jennifer Thaete 210523 Law Office of Jennifer Thaete 2600 Kitty Hawk Rd., Ste. 108 Livermore, CA 94551 (925) 447-0134**
**TVH #6294934 Feb. 15, 16, 22, 2019**

(continuation of Valla R. Cowan notice:) The independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court should not grant the authority.

**A hearing on the petition will be held in this court as follows:** Date: 03/05/2019 Time: 9:31 AM Dept.: 201 Address of court: **SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA, 2120 Martin Luther King Jr. Wy., Berkeley, CA 94704.** Branch: **PROBATE**

**If you object** to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney.

**If you are a creditor or a contingent creditor of the decedent,** you must file your claim with the court and mail a copy to the personal representative appointed by the court within the later of either (1) **four**

## Legal Notice

FILED JANUARY 29, 2019 MELISSA WILK, County Clerk ALAMEDA COUNTY By ---------, Deputy FILE NO. 554584
**FICTITIOUS BUSINESS NAME STATEMENT**
Pursuant To Business and Professions Code Sections 17900-17930
The name of the business: WHITE HAT PROPERTY MANAGEMENT SERVICES located at 2300 First St., Ste. 316, Livermore, CA 94550 in Alameda County is hereby registered by the following owner(s):
White Hat Property Management Services, Inc.
2300 First St., Ste. 316
Livermore, CA 94550
California
This business is conducted by: a Corporation
Business commenced on Jan. 1, 2019.
/s/ Sheri Guzolek, President
This statement was filed with the County Clerk of Alameda County on date indicated by file stamp above.
Expires JANUARY 29, 2024.
**TVH #6294758 Feb. 15, 22; Mar. 1, 8, 2019**

FILED Jan. 23, 2019 JOSEPH E. CANCIAMILLA, County Clerk CONTRA COSTA COUNTY By, P. Cornelius, Deputy County Clerk FILE NO. 2019-0448
**FICTITIOUS BUSINESS NAME STATEMENT**
The name of the business is:
**KABAB HOUSE** located at 1801 Hillcrest Ave. Antioch, CA 94509, Contra Costa County, is hereby registered by the following owner(s):
Asadullah Noori
529 Eaker Way
Antioch, CA 94509
Mahboob Safie
1069 Mohr. Ln. #A
Concord, CA 94518
This business is conducted by: A General Partnership
/s/ Asadullah Noori
This statement was filed with the County Clerk of Contra Costa on date indicated by file stamp above.
The registrant commenced to transact business under the fictitious business name listed above on N/A
Expires 1/23/2024
**ECT# 6287944 Feb. 1, 8, 15, 22, 2019**

FILED FEB. 4, 2019 J.E. CANCIAMILLA County Clerk CONTRA COSTA COUNTY By -------- Deputy
**STATEMENT OF ABANDONMENT OF USE OF FICTITIOUS BUSINESS NAME**
The following person(s) HAS abandoned the use of the Fictitious Business Name **Moraga Auto Care & Service** at 1135 Moraga Way, Moraga, CA 94556 Business sold in 2018
The fictitious business name referred to above was filed on **06/07/2017** in Contra Costa County under file number **20170003535-00**
John J. Crawford
2201 Commerce Ave.
Concord, Ca. 94520
This business was conducted by: an individual
/s/John J. Crawford
This statement was filed with the County Clerk of Contra Costa County on the date indicated by the file stamp above.
**CCT 6295462 Feb. 15, 22; Mar. 1, 8, 2019**

FILED February 5, 2019 ALAMEDA COUNTY MELISSA WILK County Clerk ALAMEDA COUNTY By Melissa Wilk, Deputy File No. 554891
**FICTITIOUS BUSINESS NAME STATEMENT Pursuant To Business and Professions Code Sections 17900-17930**
The name of the business: Tri Valley Endodontics located at 5720 Stoneridge Mall Rd. #280, Pleasanton, Alameda County, CA 94588 is hereby registered by the following owner(s):
Franco A. Tarm, D.D.S., Inc.
5720 Stoneridge Mall Rd. #280, Pleasanton, CA 94588
Harrison Nguyen, DDS MSD, a Dental Corp.
5720 Stoneridge Mall Rd. #280, Pleasanton, CA 94588
This business is conducted by: a General Partnership
Business commenced on January 03, 2019
Expires February 05, 2024
/s/ Franco Tarm
**WB0180078 VT February 8, 15, 22, March 1 2019**

## Legal Notice

FILED Jan. 23, 2019 JOSEPH E. CANCIAMILLA, County Clerk CONTRA COSTA COUNTY By, A. Vasquez, Deputy County Clerk FILE NO. 2019-0200
**FICTITIOUS BUSINESS NAME STATEMENT**
The name of the business is:
**MC WIRELESS, INC.** located at 3729 Heritage Dr. Antioch, CA 94509, Contra Costa County, is hereby registered by the following owner(s):
MC Wireless, Inc.
3729 Heritage Dr.
Antioch, CA 94509
California
This business is conducted by: A Corporation
/s/ Milton A. Olmedo, President
This statement was filed with the County Clerk of Contra Costa on date indicated by file stamp above.
The registrant commenced to transact business under the fictitious business name listed above on N/A
Expires 1/10/2024
**ECT# 6289420 Feb. 1, 8, 15, 22, 2019**

FILED JANUARY 28, 2019 Joseph E. Canciamilla, County Clerk-Recorder Contra Costa County By L Fallas, Deputy FILE NO. 2019-0000585
**FICTITIOUS BUSINESS NAME STATEMENT**
The name of the business: HIRAHARA PROPERTIES located at 3595 Mt. Diablo Blvd., Ste. 390, Lafayette, CA 94549 in Contra Costa County is hereby registered by the following owner(s):
Carle Hirahara, Trustee of the Hirahara Family Trust
6506 Horsemans Canyon Dr.
Walnut Creek, CA 94595
This business is conducted by: A Trust
Business commenced on 7/9/1993.
/s/ Carle Hirahara, Trustee of Registrant
This statement was filed with the County Clerk of Contra Costa on date indicated by file stamp above.
Expires JANUARY 28, 2024.
**SRVT #6294993 Feb. 15, 22; Mar. 1, 8, 2019**

FILED FEB. 11, 2019 JOSEPH E. CANCIAMILLA County Clerk CONTRA COSTA COUNTY BY: L. MAE DEPUTY COUNTY CLERK FILE#2019-0897
**FICTITIOUS BUSINESS NAME STATEMENT**
The name of the business: **JJ Plumbing & Drain Cleaning** at **2817 Robert Ct. Pinole, Ca. 94564 CCC** mailing address: **623 18th St. Richmond, Ca. 94801** is hereby registered by the following owner(s):
Jorge Rodriguez H
623 18th St.
Richmond, Ca. 94801
This business is conducted by: an individual
/s/Jorge Rodriguez
This statement was filed with the County Clerk of Contra Costa on date indicated by file stamp above.
Business commenced on 02/11/2019
Expires 02/11/2024
**WCT 6295087 Feb. 15, 22; Mar. 1, 8, 2019**

FILED FEB. 6, 2019 JOSEPH E. CANCIAMILLA County Clerk CONTRA COSTA COUNTY BY: L. MAE DEPUTY COUNTY CLERK FILE#2019-0789
**FICTITIOUS BUSINESS NAME STATEMENT**
The name of the business: **Pat Carver Media** at **744 35th St. Richmond, Ca. 94805 Contra Costa Co.** is hereby registered by the following owner(s):
Patricia Carver
744 35th St.
Richmond, Ca. 94805
This business is conducted by: an individual
/s/Patricia Carver
This statement was filed with the County Clerk of Contra Costa on date indicated by file stamp above.
Business commenced on 01/01/2014 at 8473 Pinehollw Cir. Discovery Bay, CA 94505
Expires 02/06/2024
**WCT 6294820 Feb. 15, 22; Mar. 1, 8, 2019**

FILED January 18, 2019 CONTRA COSTA COUNTY Joseph E. Canciamilla County Clerk CONTRA COSTA COUNTY By Joseph E Canciamilla, Deputy File No. F-0000376
**FICTITIOUS BUSINESS NAME STATEMENT Pursuant To Business and Professions Code Sections 17900-17930**
The name of the business: The Alarm Guys, TAG, Lenhart, Blackstar Security located at 2199 Harbor Street, Pittsburg, Contra Costa County, CA 94565 is hereby registered by the following owner(s):
Bright Security Integrations, LLC
2199 Harbor Street, Pittsburg, CA 94565
This business is conducted by: a Limited Liability Co.
Business commenced on December 01,2018
N/A
Expires 01/18/2023
/s/Derek Bradshaw, Chief Operating Officer
**WB0179277 ECT January 25, February 1, 8, 15 2019**

FILED FEB. 1, 2019 JOSEPH E. CANCIAMILLA County Clerk CONTRA COSTA COUNTY BY: C. DIAS DEPUTY COUNTY CLERK FILE#2019-0701
**FICTITIOUS BUSINESS NAME STATEMENT**
The name of the business: **Cali Kernels** at **607 Fern Ave. Pinole, Ca. 94564 Contra Costa Co** is hereby registered by the following owner(s):
Dana Aguilera
607 Fern Ave.
Pinole, Ca. 94564
Anthony Aguilera
607 Fern Ave.
Pinole, Ca. 94564
This business is conducted by: a married couple
/s/Dana Aguilera
This statement was filed with the County Clerk of Contra Costa on date indicated by file stamp above.
Business commenced on n/a
Expires 02/01/2024
**WCT 6291639 Feb. 8, 15, 22; Mar. 1, 2019**

## Legal Notice

FILED FEB 11, 2019 MELISSA WILK, County Clerk ALAMEDA COUNTY By ---, Deputy FILE NO. 555142
**FICTITIOUS BUSINESS NAME STATEMENT**
Pursuant To Business and Professions Code Sections 17900-17930
The name of the business: **FAIRVIEW CARE HOME** located at 24933 2ND ST. in HAYWARD, CA 94541, Alameda County is hereby registered by the following owner(s):
AURICA FRONE
24933 2ND ST.
HAYWARD, CA 94541
This business is conducted by: an individual
/s/ Aurica Frone
This statement was filed with the County Clerk of Alameda County on date indicated by file stamp above.
Business commenced on 10-17-2008
Expires FEB 11, 2024
**PT/VT#6295161 Feb 15, 22; Mar 1, 8, 2019**

FILED JANUARY 18, 2019 Joseph E. Canciamilla, County Clerk-Recorder Contra Costa County By M Favro, Deputy FILE NO. 2019-0000383
**FICTITIOUS BUSINESS NAME STATEMENT**
The name of the business: FASTWAY TRANSPORTATION located at 1620 Adelaide St., #29, Concord, CA 94520 in Contra Costa County is hereby registered by the following owner(s):
Richard Mark Chauvenne
1620 Adelaide St., #29
Concord, CA 94520
This business is conducted by: An Individual
Business commenced on 1/8/19.
/s/ Richard Mark Chauvenne
This statement was filed with the County Clerk of Contra Costa on date indicated by file stamp above.
Expires JANUARY 18, 2024.
**CCT #6284593 Jan. 25; Feb. 1, 8, 15, 2019**

FILED FEB. 7, 2019 JOSEPH E. CANCIAMILLA County Clerk CONTRA COSTA COUNTY BY: L. FALLAS DEPUTY COUNTY CLERK FILE#2019-0809
**FICTITIOUS BUSINESS NAME STATEMENT**
The name of the business: **Call to Service** at **472 E 9th St. Pittsburg, Ca. 94565 Contra Costa Co.** is hereby registered by the following owner(s):
LaTanya Williams
472 E 9th St.
Pittsburg, Ca. 94565
This business is conducted by: an individual
/s/LaTanya Williams
This statement was filed with the County Clerk of Contra Costa on date indicated by file stamp above.
Business commenced on n/a
Expires 02/07/2024
**ECT 6294396 Feb. 15, 22; Mar. 1, 8, 2019**

FILED FEB. 11, 2019 JOSEPH E. CANCIAMILLA County Clerk CONTRA COSTA COUNTY BY: L. MAE DEPUTY COUNTY CLERK FILE#2019-0896
**FICTITIOUS BUSINESS NAME STATEMENT**
The name of the business: **JJ Rooter & Plumbing** at **623 18th St. Richmond, Ca. 94801 CCC** is hereby registered by the following owner(s):
Jorge Rodriguez H
623 18th St.
Richmond, Ca. 94801
This business is conducted by: an individual
/s/Jorge Rodriguez
This statement was filed with the County Clerk of Contra Costa on date indicated by file stamp above.
Business commenced on 02/11/2019
Expires 02/11/2024
**WCT 6295080 Feb. 15, 22; Mar. 1, 8, 2019**

FILED February 1, 2019 CONTRA COSTA COUNTY Joseph E. Canciamilla County Clerk CONTRA COSTA COUNTY By ---, Deputy File No. F-0000707
**FICTITIOUS BUSINESS NAME STATEMENT Pursuant To Business and Professions Code Sections 17900-17930**
The name of the business: A&J Janitorial Services located at 2823 Killarney Drive, San Pablo , Contra Costa County, CA 94806 is hereby registered by the following owner(s):
Alan Guevara
2823 Killarney Drive, San Pablo , CA 94806
Johanny Ubeda
2823 Killarney Drive, San Pablo, CA 94806
This business is conducted by: a Joint Venture
Business commenced on February 01, 2019
Expires 02/01/2024
Alan Guevara
**WB0180305 WCT February 15, 22, March 1, 8 2019**

FILED FEB. 12, 2019 JOSEPH E. CANCIAMILLA County Clerk CONTRA COSTA COUNTY BY: H. FRANKLIN DEPUTY COUNTY CLERK FILE#2019-0947
**FICTITIOUS BUSINESS NAME STATEMENT**
The name of the business: **Kia's Boutique** at **620 S. 37th St. Apt. 5 Richmond, Ca. 94804 CCC** is hereby registered by the following owner(s):
Marquita Johnson
620 S. 37th St. Apt. 5
Richmond, Ca. 94804
This business is conducted by: an individual
/s/Marquita Johnson
This statement was filed with the County Clerk of Contra Costa on date indicated by file stamp above.
Business commenced on 04/2018
Expires 02/12/2024
**WCT 6294824 Feb. 15, 22; Mar. 1, 8, 2019**

## Legal Notice

FILED JANUARY 30, 2019 Joseph E. Canciamilla, County Clerk-Recorder Contra Costa County By J Celestial, Deputy FILE NO. 2019-0000630
**FICTITIOUS BUSINESS NAME STATEMENT**
The name of the business: BRIAN LEE & ASSOCIATES located at 4 Crow Canyon Ct., Ste. 100, San Ramon, CA 94583 in Contra Costa County is hereby registered by the following owner(s):
Myungsoo Lee
3135 Vittoria Loop
Dublin, CA 94568
This business is conducted by: An Individual
Business commenced on 7-26-18.
/s/ Myungsoo Lee
This statement was filed with the County Clerk of Contra Costa on date indicated by file stamp above.
Expires JANUARY 30, 2024.
**SRVT #6294544 Feb. 15, 22; Mar. 1, 8, 2019**

FILED JANUARY 29, 2019 Joseph E. Canciamilla, County Clerk-Recorder Contra Costa County By C Pittman, Deputy FILE NO. 2019-0000600
**FICTITIOUS BUSINESS NAME STATEMENT**
The name of the business: L & N DESIGN located at 1244 Rose Ln., Lafayette, CA 94549 in Contra Costa County is hereby registered by the following owner(s):
Elizabeth Wilkinson
1244 Rose Ln.
Lafayette, CA 94549
This business is conducted by: An Individual
Business commenced on N/A.
/s/ Elizabeth Wilkinson
This statement was filed with the County Clerk of Contra Costa on date indicated by file stamp above.
Expires JANAURY 29, 2024.
**CCT #6288381 Feb. 1, 8, 15, 22, 2019**

OAKLEY
CALIFORNIA

Notice is hereby given that sealed bids for the **Empire Avenue and Gateway Drive Signalization Project – CIP 230, addressed to** the City of Oakley will be received by the City Clerk, 3231 Main Street, Oakley CA 94561, up to **2:00 p.m., Thursday, March 14, 2019,** at which time they will be publicly opened and read. For the full notice please call Billilee Saengchalern, (925) 625-7154 or email saengchalern@ci.oakley.ca.us.
**WB0180471 ECT February 15 2019**

FILED February 6, 2019 CONTRA COSTA COUNTY Joseph E. Canciamilla County Clerk CONTRA COSTA COUNTY By L. Mae, Deputy File No. F-0000803
**FICTITIOUS BUSINESS NAME STATEMENT Pursuant To Business and Professions Code Sections 17900-17930**
The name of the business: Odessa Rye PCB located at 902 Radiant Ln, San Ramon, Contra Costa County, CA 94583 is hereby registered by the following owner(s):
Irene Radionov
902 Radiant Ln, San Ramon, CA 94583
This business is conducted by: an individual
Business commenced on January 02, 2019
Expires February 06, 2024
/s/ Irene Radionov
**WB0180301 SRVT February 15, 22, March 1, 8 2019**

**Extra Space Storage** will hold a public auction to sell personal property described below belonging to those individuals listed below at the location indicated:
**2201 Clement Ave, Alameda CA 510-458-3050 Sale Date 2/26/2019 at 10:30 AM**

**Tenants and items:**

**Gordon Anthony Romei**
Shelving, try-pod Small Keyboard sound equipment Misc items

**Matthew Strickland**
tools, camping gear, household items, furniture, boxes

**Matthew Strickland**
art, music equip, bikes, misc.

**Larry Fischberg**
Household Items

**Kenneth Gourdine**
Household goods

**John Tessandori**
Furniture from estate

**Harold Herndon**
Bins, Clothes, Kitchenware,

**Autumn Valjien**
Photo Albums, clothes, art supplies

**Lavar Grey**
Clothes, household goods, furniture

**Anne Sanders**
Boxes, Clothes

**Jonathon David Day**
Household items and some furniture

Purchases must be made with cash only and paid at the above referenced facility in order to complete the transaction. Extra Space Storage may refuse any bid and may rescind any purchase up until the winning bidder takes possession of the personal property.
**ATS# 6291242 Feb. 8, 15, 2019**

WHERE ELSE CAN YOU FIND
A HOUSE?
A CAR?
A PET?
A JOB?
THEY'RE ALL IN ONE PLACE
THE CLASSIFIEDS!

**Local:** Suspect shot in standoff in San Jose. A8

**Business:** Amazon pulls plans for New York City headquarters. C7

**Local:** Big-wave women surfers inspire equal-pay bill. B1

**Sports:** Profar has not reached potential. C1

WINNER OF THE **2017 PULITZER PRIZE** FOR BREAKING NEWS REPORTING

# EAST BAY TIMES

BayArea NewsGroup 000 Volume 107, issue 260 FRIDAY, FEBRUARY 15, 2019 24/7 COVERAGE: EASTBAYTIMES.COM » $1.50

MILITARY COULD BUILD BORDER WALL

## Budget deal, then emergency?

Spending bill will avert shutdown, but declaration will circumvent Congress

**By Erica Werner, Damian Paletta, Seung Min Kim and Rachael Bade**
*The Washington Post*

**WASHINGTON »** President Donald Trump on Thursday endorsed a massive budget deal moving through Congress in time to avert an impending government shutdown, but only after announcing he will also declare a national emergency so he can get more money for a border wall.

Moments after Trump disclosed his intentions in a phone call with Senate Majority Leader Mitch McConnell, R-Ky., McConnell announced the news on the Senate floor, ending days of uncertainty over whether the president would support the $333 billion spending deal that includes just a fraction of the money he's sought for a steel wall along the U.S.-Mexico border.

The Senate swiftly passed the legislation on an 83-16 vote, and the House followed suit late Thursday with a 300-128 vote. If Trump keeps his promise to sign the measure, it would avert a government shutdown that would have started Saturday and keep the government open through at least Sept. 30.

**BORDER » PAGE 9**

Senate Majority Leader Mitch McConnell heads to his office after a vote on the Senate floor on Capitol Hill in Washington on Thursday.

SARAH SILBIGER — THE NEW YORK TIMES

ATMOSPHERIC RIVER STRIKES BAY AREA

## SEASON'S LARGEST STORM MAKES A SPLASH

**Drenching:** Powerful system spurs flood threats, boosts Sierra snowpack

**Forecast:** Colder temperatures, lighter rain expected today and Saturday

JUSTIN SULLIVAN — GETTY IMAGES

A view of the roof of a home that was swept down a hill by a mudslide during a rainstorm on Thursday in Sausalito. Fifty homes there were evacuated after a mudslide struck homes and sent at least one sliding about 75 yards down a hill.

**By Paul Rogers**
*progers@bayareanewsgroup.com*

An atmospheric river storm that walloped the Bay Area on Thursday — causing traffic snarls, flood scares and at least one major mudslide that wrecked homes and cars — has finally left Northern California.

But apart from the hassles and damage, the biggest storm of the winter so far also delivered something quite valuable: a boost to the Sierra Nevada snowpack — the source of one-third of California's water supply — to 102 percent of its historical average for April 1.

In other words, California already has the equivalent of an average winter's snow supply, with six weeks still left to go in this

**STORM » PAGE 8**

**"It's a good sign for our water supply. ... It wasn't that long ago that we had five years of historic drought."**

*— Chris Orrock, a spokesman for the state Department of Water Resources*

### Lesson learned: This time, San Jose officials more proactive about warnings

**By Mark Gomez and John Woolfolk**
*Staff writers*

**SAN JOSE »** Two years after San Jose officials failed to evacuate residents before floodwaters from a powerful February storm trapped many in their homes, another downpour Thursday gave the city's emergency planners a chance to put the scathing criticism behind them.

With the Guadalupe Creek rising, city officers and multilingual volunteers went door to door in the pre-dawn darkness warning residents in the Willow Glen area to evacuate from the growing flood danger.

This time, it wasn't necessary.

The threat subsided two hours after the city sent out electronic evacuation alerts and officers warned residents to leave their homes. The city deactivated its evacuation order and told sleepy-eyed residents they could return home. Evacuated residents seemed fine with that.

"I think they did a great job," said CJ Durbin, who was awakened by police at 4:30 a.m. at her Glacier Drive home and evacuated with her husband, Mark Durbin, their two teenage daughters, three cats and a dog to the

**EVACUATION » PAGE 8**

S.J. MAYOR SAYS YES

## Is bullet train still on track for Bay Area?

**By Casey Tolan and Erin Baldassari**
*Staff writers*

The bullet train to the Bay Area might not be dead after all.

Gov. Gavin Newsom sowed confusion this week about the future of California's controversial high-speed rail project, suggesting that the state must focus on a much-abbreviated Central Valley route instead of the long-heralded San Francisco-to-Los Angeles vision.

But local leaders insisted on Thursday that even if the $77 billion project isn't on track for the Bay Area anytime soon, the governor's goal is still to link the Central Valley, with its abundance of affordable housing, to the economic engine of Silicon Valley.

"The governor has personally communicated to me a commitment to a Valley-to-Valley connection," San Jose Mayor Sam Liccardo said in an interview. "I take him at his word."

And while it's not clear when that will happen, "It wasn't obvious to any of us that the connection was going to happen in this decade anyway," Liccardo added.

Newsom told reporters as much in Fresno on Wednesday, saying he was confident the rail line would eventually be built to the Bay Area. For now, the state will focus on the Bakersfield-to-Merced route, a roughly 170-mile segment that Newsom hopes will serve as a proof of concept to help generate private investment or additional federal funds to connect it to Silicon Valley sometime after it starts running in 2027 or 2028. A

**RAIL » PAGE 8**

CALIFORNIA HIGH-SPEED RAIL AUTHORITY VIA GETTY IMAGES

The San Joaquin River Viaduct is being built to carry high-speed rail over the San Joaquin River in north Fresno.

**NEWS ON YOUR PHONE**
Download the East Bay Times mobile app for iPhone or Android.

**INDEX**

| | | | | | |
|---|---|---|---|---|---|
| Business | C7 | Comics/TV | B16 | Obituaries | B10 |
| Classified | B8 | Lottery | A2 | Puzzles | B15, C5 |
| | | Movies | B4 | Weather | B18 |

**WEATHER**
**H:** 51-55 **L:** 41-47
Full report on **B18**

MediaNews Group
Subscribe: EastBayTimes.com
©2019

**Presidents' Day Sell-A-Bration STARTS NOW!**
**4 DAYS ONLY! FRIDAY, SATURDAY, SUNDAY AND MONDAY!**

TOYOTA NISSAN HYUNDAI GENESIS Ford CHRYSLER Jeep DODGE RAM

**Antioch Toyota** 1817 Auto Center Drive Antioch, CA (877) 898-3812 www.antiochtoyota.com

**Antioch Nissan** 1831 Auto Center Drive Antioch, CA (877) 667-9086 www.antiochnissan.com

**All Star Hyundai** 3950 Century Court, Pittsburg, CA (888) 721-4571 www.allstarhyundai.net

**All Star Genesis** 3950 Century Court, Pittsburg, CA (888) 721-4571 www.allstargenesis.com

**All Star Ford** 3800 Century Way Pittsburg, CA (888) 721-5724 www.allstarford.net

**Antioch Chrysler Jeep Dodge Ram** 1810 Auto Center Drive Antioch, CA (888) 715-3201 www.antiochdodge.com