**Exhibit M**

# DECLARATION OF PUBLICATION
## (C.C.P. S2015.5)

COUNTY OF STANISLAUS
STATE OF CALIFORNIA

I am a citizen of the United States and I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am a printer and principal clerk of the publisher of
**THE MODESTO BEE,**
which has been adjudged a newspaper of general circulation by the Superior Court of the County of **STANISLAUS**, State of California, under the date of **February 25, 1951, Action No. 46453.** The notice of which the annexed is a printed copy has been published in each issue thereof on the following dates, to wit:

**FEBRUARY 15, 2019**

I certify (or declare) under penalty of perjury that the foregoing is true and correct and that this declaration was executed at **MODESTO,** California on

**FEBRUARY 15, 2019**

*Cynthia A. Muhammad* (Signature)

---

**United States Bankruptcy Court for the Northern District of California**
**Debtors: PG&E Corporation and Pacific Gas and Electric Company**
Date cases filed in chapter 11: 01/29/2019
Case number: 19-30088 (DM) (Lead Case; Jointly Administered)

**Notice of Chapter 11 Bankruptcy Cases**

For the debtors listed above, cases have been filed under chapter 11 of the Bankruptcy Code and orders for relief have been entered. This notice has important information about the cases for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from the debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the cases may be inspected at the bankruptcy clerk's office at the address below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice. Do not file this notice with any proof of claim or other filing in the cases.**

1. **Debtors' full names: Debtor, Address, Case No., EIN#:** PG&E Corporation, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30088 (DM), 94-3234914; Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30089 (DM), 94-0742640.
2. **All other names used in the last 8 years:** n/a
3. **Address:** See above
4. **Debtors' Attorneys:** Tobias S. Keller (#151445), KELLER & BENVENUTTI LLP, 650 California Street, Suite 1900, San Francisco, CA 94108 -and- Stephen Karotkin (pro hac vice), WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, NY 10153. **Debtors' Claims and Noticing Agent:** If you have questions about this notice, please contact Prime Clerk LLC. **Contact Phone:** (844) 339-4217 (Toll Free), +1 (929) 333-8977 (Int'l). **Email:** pgeinfo@primeclerk.com. **Website:** https://restructuring.primeclerk.com/pge
5. **Bankruptcy clerk's office:** U.S. Bankruptcy Court, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, CA 94102. **Hours open:** Monday-Friday, 9 a.m.- 4:30 p.m. (CT). **Contact phone:** 888-821-7606. Documents in these cases may be filed at this address. You may inspect all records filed in these cases at this office or online at www.pacer.com
6. **Meeting of creditors:** Date and Time: **Monday March 4, 2019 at 10:00 a.m.** Location: Phillip Burton Federal Building and U.S. Courthouse, 450 Golden Gate Avenue, 2nd Floor, California Conference Room, San Francisco, CA 94102. The debtors' representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.
7. **Proof of claim deadline: Deadline for filing proof of claim: To Be Determined.** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed, contingent,* or *unliquidated;* • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed, contingent,* or *unliquidated,* you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.
8. **Exception to discharge deadline:** You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A). The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. **Deadline for filing the complaint: To Be Determined**
9. **Creditors with a foreign address:** If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in these cases.
10. **Filing a Chapter 11 bankruptcy case:** Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtors will remain in possession of the property and may continue to operate their business.
11. **Discharge of debts:** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

## Misc. Merchandise

ELIMINATE RATS & MICE-GUARANTEED! Buy Harris Baits, Traps, Repellents
Available: Hardware Stores
Buy Online: homedepot.com 800-637-0317

# ANIMALS

## Dogs

AKC LAB PUPPIES, WHELPED 1/21. DEWED, BLK/YELLOW, $650 ($200 NON REFUNDABLE HOLD YOUR CHOICE). Call: 209-648-1398

AUSTRALIAN SHEPHERD MINI and TOY Beautiful Puppies. Merle's and Tri's. Double blue eyes, ASDR $1200-$2000 Call or Text (209) 712-2683

## Pets Lost & Found

LOST Amazon Red Head Parrot REWARD Modesto 209-601-3757

# RECREATION

## Camping/Motorhomes

ALL CONSIGNMENTS WANTED
Toscano RV 209-826-2488
Best Service Department
Huge Discounts on new RV's

WANTED: Motorhomes, travel trailers, RVs, cars, trucks. Top dollar cash on the spot. Beat any price. 559-790-1582

# AUTOMOTIVE

## Automobiles

CHRYSLER '08 PT Cruiser 114k mi, AC loaded, clean #125716 $2995 Modesto Whls 10th & O 521-5705

CHRYSLER '12 200, AT, AC, loaded, runs great #22483 $5488 Modesto Whls 10th & O 521-5705

DODGE '06 Stratus SXT, 106k mi, AT, AC, clean, nice car #40589 $3500 Modesto Whls 10th & O 521-5705

FIAT 2012 500, htchbck, lo mi, sporty AC, 5spd, #114024 $3995 Modesto Whls 10th & O 521-5705

FORD '06 Taurus SE V6 AT, AC 118k mi, great family car #250319 $3495 Modesto Whls 10th & O 521-5705

HONDA '01 CRV 4WD, AT, AC runs great, closeout #048240 $3500 Modesto Whls 10th & O 521-5705

HONDA 2008 Accord 4DR LX-P AT, AC, loaded clean #095889 $6495 Modesto Whls 10th & O 521-5705

HONDA CRV 2015 EX 2.4L Gray/Tan automatic, 32,741 mi, AWD, 4 cyl, clear title, first owner, $9,800 424-263-9556

JEEP '07 Liberty 4x4 AT, AC 3.7 V6, loaded, clean #694835 $4995 Modesto Whls 10th & O 521-5705

JEEP 2008 Commander limited 4x4 5.7hemi loaded, 1-owner, #205885 Modesto Whls 10th & O 521-5705

SATURN '06 ION 3 4dr, AT, AC, 4cyl, gas saver clean #692993 $3500 Modesto Whls 10th & O 521-5705

THOMPSON CHEVROLET 521-1354 OR 892-3311

TOYOTA Prius 2012 $11,100; White/ Gray One owner. Very good condition. Blue tooth. 63,900mi; OBO 209-669-1408.

VOLVO 2004 C70 Convert, 61k mi, 1 owner, closeout #41036 $6500 Modesto Whls 10th & O 521-5705

## Trucks & Vans

FORD '01 F150 Lariat Super crew 4dr, V8, runs grt #A86346 $4500 Modesto Whls 10th & O 521-5705

# LEGAL NOTICES

## Legals & Public Notices

REQUEST FOR STATEMENTS OF QUALIFICATION
Turlock Library Project

Notice is hereby given that Stanislaus County will receive statements of qualification from Design-Build teams for the Turlock Public Library Project ("Project") at 550 N. Minaret Avenue, Turlock, CA. The Project consists of design and construction to expand and renovate the Turlock Branch Library and the work will be phased in order to keep the library operational throughout the duration of the Project. Phase I will add approximately 4,500 square feet onto the south side of the Library. The library expansion will include a grand entryway, a new circulation desk, an open and inviting children's area, a large multi-purpose / community room, new public restrooms, as well as enclosed gardens and courtyards. In addition, there will be several opportunities for Design-Build Teams to propose a better value design and include additive alternates like core & shell space and further expansion of the children's area and multi-purpose room. Phase II will be the renovation of the existing 10,000 square foot Library to bring the building up to code and optimize the existing structure for important collections, a new teen space as well as administration needs. The Request for Statements of Qualification (RFSOQ) Packages may be obtained from Stanislaus County Capital Projects free of charge, at 1010 10th St., Ste. 2300, Modesto, CA 95354. Requests for the RFSOQ Packages may be directed by phone 209-525-4380 or by fax 209-525-4384 or e-mail to vandrvnt@stancounty.com. Statements of Qualification are due no later than 2:00 PM, March 26, 2019, to Stanislaus County Chief Executive Office.
MOD- 4081356 2/13, 1, 15

AS EASY AS 1-2-3
1) Gather unused items
2) Place a Classified ad to sell them
3) Count the money you've made
Bee Classified
521-7777

## Legals & Public Notices

REQUEST FOR QUALIFICATIONS AND PROPOSALS FOR
On-Call Estimating Services and
REQUEST FOR QUALIFICATIONS AND PROPOSALS FOR
On-Call Code Review Services
REQUEST FOR QUALIFICATIONS AND PROPOSALS FOR
On-Call Civil Engineering Services

Notice is hereby given that Stanislaus County will receive proposals for on-call estimating services, on-call code review services and on-call civil engineering services for Stanislaus County Capital Projects. The Request for Qualifications and Proposals (RFQ/P) packages may be obtained from Stanislaus County Capital Projects. Requests for the RFQ/P packages may be directed to Stanislaus County Capital Projects by phone (209) 525-4380 or by fax (209) 525-4384. Responses are due no later than 4:00 PM, March 15, 2019, to Stanislaus County, Attn: Patricia Hill Thomas, 1010 10th St, Ste 6800, Modesto, CA 95354.
MOD- 4081339 2/13, 14, 15

NOTICE OF PUBLIC HEARING

Stanislaus County Planning Commission will hold a meeting on **THURS, APRIL 4, 2019**, at 6:00 PM, Joint Chambers, Basement Level,1010 10th St., Modesto, CA, to consider: **UP APP NO. PLN2015-0097 – ART SILVA DAIRY** – Request to increase the number of permitted cows from 643 mature cows to 1,100 mature cows (consisting of 920 milking cows & 180 dry cows) & from 390 support stock to 861 support stock. The project also proposes to construct four freestall barns to cover existing open pens (totaling approximately 185,900 sq ft), an additional commodity barn (7,200 sq ft in size), & three additional hay barns (each 9,600 sq ft in size). The project is located at 5201 Milnes Rd, on the north side of Milnes Rd, between Langworth & Claus Rds, east of the City of Modesto. The Planning Commission will consider adoption of a CEQA Negative Declaration for the project. APNs: 014-015-003

This NOTICE also serves as a NOTICE OF INTENT to adopt the following: Negative Declaration. Review Period: Feb. 15, 2019, to March 20, 2019. All documents are available for review at 1010 10th Street, Suite 3400, Modesto and online at www.stancounty.com/planning/

At above noticed time and place, interested persons will be given an opportunity to be heard. Material submitted to Commission for consideration (i.e. photos, petitions, etc.) will be retained by the County. If a challenge to above application is made in court, persons may be limited to raising only those issues they or someone else raised at the public hearing described in this notice, or in written correspondence delivered to the Commission. For further information please call (209) 525-6330, Stanislaus County Planning & Community Development.
MOD-4087407 2/15

## Legals & Public Notices

United States Bankruptcy Court for the Northern District of California

**Debtors: PG&E Corporation and Pacific Gas and Electric Company**

Date cases filed in chapter 11: 01 / 29 / 2019

Case number: 19-30088 (DM) (Lead Case; Jointly Administered)

**Notice of Chapter 11 Bankruptcy Cases**

For the debtors listed above, cases have been filed under chapter 11 of the Bankruptcy Code and orders for relief have been entered. This notice has important information about the cases for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from the debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the cases may be inspected at the bankruptcy clerk's office at the address below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice. Do not file this notice with any proof of claim or other filing in the cases.**

**1. Debtors' full names: Debtor, Address, Case No., EIN#:** PG&E Corporation, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30088 (DM), 94-3234914; Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30089 (DM), 94-0742640.

**2. All other names used in the last 8 years:** n/a

**3. Address:** See above

**4. Debtors' Attorneys:** Tobias S. Keller (#151445), KELLER & BENVENUTTI LLP, 650 California Street, Suite 1900, San Francisco, CA 94108 -and- Stephen Karotkin (*pro hac vice*), WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, NY 10153. **Debtors' Claims and Noticing Agent: If you have questions about this notice, please contact Prime Clerk LLC. Contact Phone: (844) 339-4217 (Toll Free), +1 (929) 333-8977 (Int'l). Email: pgeinfo@primeclerk.com. Website: https://restructuring.primeclerk.com/pge**

**5. Bankruptcy clerk's office: U.S. Bankruptcy Court,** 450 Golden Gate Avenue, Mail Box 36099, San Francisco, CA 94102. **Hours open**: Monday-Friday, 9 a.m.- 4:30 p.m. (CT). **Contact phone**: 888-821-7606. Documents in these cases may be filed at this address. You may inspect all records filed in these cases at this office or online at www.pacer.com.

**6. Meeting of creditors:** Date and Time: **Monday March 4, 2019 at 10:00 a.m.** Location: Phillip Burton Federal Building and U.S. Courthouse, 450 Golden Gate Avenue, 2nd Floor, California Conference Room, San Francisco, CA 94102. The debtors' representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.

**7. Proof of claim deadline: Deadline for filing proof of claim: To Be Determined.** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed*, *contingent*, or *unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

**8. Exception to discharge deadline:** You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A). The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. **Deadline for filing the complaint: To Be Determined**

**9. Creditors with a foreign address:** If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in these cases.

**10. Filing a Chapter 11 bankruptcy case:** Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtors will remain in possession of the property and may continue to operate their business.

**11. Discharge of debts:** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

EVERY 2018 & 2019
BUICK
0% FOR 72
A.P.R. ON CREDIT APPROVAL MONTHS
SINCE
TURLOCK
1946
BONANDER
BUICK & GMC
EVERY
New 2018 BUICK LaCrosse
LaCrosse • Encore • Envision • Enclave • Regal • TourX
$10,000 OFF
OFF MSRP
New 2018 GMC Sierra Crew
1500 All Terrain
$10,431 OFF
New 2018 GMC Canyon Crew
V6, Rear Camera, Tow Package, Android Auto & Apple CarPlay. 1 At This Low Price. #101808
SLT, Dual Skyscape Sunroof, Navigation, V6, Leather, Rear Cross Traffic Alert, Power Liftgate, OnStar WiFi 4G LTE and Much More! 1 At This Low Price. #162117
MSRP $54,920
Bonander Discount - $3,294
Net Sale Price $51,626
GM Rebates $ - 6,038
GM Bonus Cash $ - 1,098
Net Sale Price... $44,489
$295
Per Month, Plus Tax On Credit Approval • 36 Mo. Lease
$295 per month plus tax = $319 per month total payment; 36 month lease through GM Financial on credit approval. $30,298 cap cost; 5.26% APR. $2,400 customer cash due at signing plus $1500 GM Select Market CCR and $1,500 Lease Loyalty or Lease Conquest. (Must be currently leasing to qualify) 10k miles per year; 25¢ per additional mile. Subject to credit approval.
New 2018 GMC Denali Crew
1500 Ultimate Package
20" Wheels, Integrated Brake Controller, Navigation, 4G LTE WiFi, OnStar, Rear Back Up Camera and Much More! 1 At This Low Price. #495181
MSRP $64,670
Bonander Discount - $3,970
Net Sale Price $60,700
GM Rebates $ - 3,250
Lease Loyalty* $ - 2,000
Down Pay**** $ - 1,000
Bonus Cash* $ - 1,000
$11,200 OFF
Net Sale Price... $54,450
Prices, plus government fees and taxes, any finance charges, any document preparation charge & any emission testing charge. All vehicles subject to prior sale. Offer ends within 24 hours of publication. *Customer must be currently leasing a GM vehicle to qualify. **Must trade in 1999 or newer GM vehicle to qualify. ***Must own a 1999 or newer GM vehicle. ****Must Finance Through GMF. Subject to credit approval. 0% APR FOR 72 MONTHS = $13.88 per month, per $1,000 borrowed with $0 down at signing. Subject to credit approval.
New & Used Vehicles • Trucks • Trailers • Parts & Service
BONANDER Auto, Truck & Trailer Group
BUICK, GMC & PREOWNED 231 S. Center Street • Turlock 209/250-3613
TRUCK & TRAILER SALES 4520 N. Golden State • Turlock 209/250-3883
FEATHERLITE TRAILERS
WELLS CARGO
TRAILMAX
BigTex TRAILERS
PJ TRAILERS
See Our Entire Inventory Of Vehicles & Trailers Online 24/7...
For Vehicles bonanderbuickgmc.com For Trailers bonandertrailer.com

PUBLIC NOTICE

Please take notice that the Board of Directors of the Patterson Irrigation District ("PID") has approved and/or anticipates approving water transfers totaling up to 22,500 acre feet, or up to what would be approximately of what a 100% allocation of PID's water under its Central Valley Project water supply contract with the United States Bureau of Reclamation for water year 2019-2020 plus PID's San Joaquin River Settlement Water supply. PID anticipates this water transfer going to the Del Puerto Water District, Westlands Water District, Panoche Water District, San Luis Water District, Santa Clara Valley Water District or Kern-Tulare Water District. The Transfers encompassed in this notice are valid from March 1, 2019 through February 29, 2020. Environmental review of the transfers has been completed, but approval of the Secretary of the Interior is required. This transfer is authorized under section 3405(a) of the Central Valley Project Improvement Act (Title 34 of Public Law 102-575), and in accordance with the terms and conditions of PID's CVP water service contract. Because this transfer could result in the transfer of more than 20 percent of PID's contract supply, this notice is provided in accordance with the water transfer provisions of section 3405(a)(2)(B) of the CVPIA.
Members of the public are invited to submit comments, ask questions or provide relevant information concerning the proposed transfer described in this notice. The deadline for responding to this notice shall be **March 17, 2019**. Comments should be mailed to the following:

Vince Lucchesi, General Manager
Patterson Irrigation District
Post Office Box 685
Patterson, California 95363
Phone: (209) 892-6233
Fax: (209) 892-4013

Dated: February 15, 2019
By: _______________
Toni Russell, Secretary
Patterson Irrigation District
MOD-4081591 2/15

# LEGALS OTHER

## Change of Name

ORDER TO SHOW CAUSE
FOR CHANGE OF NAME
CASE NUMBER: CV19000020
SUPERIOR COURT OF CALIFORNIA
COUNTY OF STANISLAUS
801 10TH STREET, 6TH FLOOR
MODESTO, CALIFORNIA 95354

PETITION OF: MOLICA SOULINHO
TO ALL INTERESTED PERSONS:
Petitioner: MOLICA SOULINHO filed a petition with this court for a decree changing names as follows:
PRESENT NAME
MOLICA SOULINHO
TO
PROPOSED NAME
MOLLIE MOLICA SOULINHO
THE COURT ORDERS that all persons interested in this matter shall appear before this court at the hearing indicated below to show cause, if any, why the petition for change of name should not be granted. Any person objecting to the name changes described above must file a written objection that includes the reasons for the objection at least two court days before the matter is scheduled to be heard and must

## Legals & Public Notices

NOTICE OF PETITION TO
ADMINISTER ESTATE OF
CLARENCE WILSON
CASE NUMBER: PR-19-000097

To all heirs, beneficiaries, creditors, contingent creditors, and persons who may be otherwise interested in the will or estate, or both of
CLARENCE WILSON

A PETITION FOR PROBATE has been filed by ANNA M. WILSON in the Superior Court of California, County of Stanislaus.

THE PETITION FOR PROBATE requests that ANNA M. WILSON be appointed as personal representative to administer the estate of the decedent.

THE PETITION requests the decedent's will and codicils, if any, be admitted to probate. The will and any codicils are available for examination in the file kept by the court.

THE PETITION requests authority to administer the estate under the Independent Administration of Estates Act.(This authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.) The independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court should not grant the authority.

A HEARING ON THE PETITION WILL BE HELD IN THIS COURT AS FOLLOWS:
MARCH 5, 2019 AT 8:30 AM IN DEPT: 22 801 TENTH STREET, SIXTH FLOOR, MODESTO, CA 95354

IF YOU OBJECT to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney.

If you are a creditor or a contingent creditor of the decedent, you must file your claim with the court and mail a copy to the personal representative appointed by the court within the later of either (1) four months from the date of first issurance of letters to a general personal representative, as defined in section 58(b) of the California Probate Code, or (2) 60 days from the date of mailing or personal delivery to you of a notice under section 9052 of the California Probate Code.
Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in California Law.

YOU MAY EXAMINE the file kept by the court. If you are a person interested in the estate, you may file with the court a Request for Special Notice (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code section 1250. A Request for Special Notice form is available from the court clerk.
Attorney for Petitioner GINA B. LEGURIA
1050 N. CARPENTER ROAD, SUITE H
MODESTO, CA 95351
(209) 416-0353
Pub Dates 2/10, 2/15, 2/20

## Change of Name

appear at the hearing to show cause why the petition should not be granted. If no written objection is timely filed, the court may grant the petition without a hearing.
NOTICE OF HEARING
DATE: FEB 28 2019 AT 8:30AM IN DEPT. 22
ADDRESS OF THE COURT IS:
SUPERIOR COURT OF CALIFORNIA
COUNTY OF STANISLAUS
801 10TH STREET, 6TH FLOOR
MODESTO, CALIFORNIA 95354
A COPY of this Order to Show Cause shall be published at least once each week for four successive weeks prior to the date set for hearing on the petition in the following newspaper of general circulation, printed in this county: THE MODESTO BEE
DATE: 1/9/19
/s/ STACY P. SPEILLER
Judge of the Superior Court
MOD-4052751 1/25, 2/1, 8, 15

ORDER TO SHOW CAUSE
FOR CHANGE OF NAME
CASE NUMBER: CV19000091
SUPERIOR COURT OF CALIFORNIA
COUNTY OF STANISLAUS
801 10TH STREET, 4TH FLOOR
MODESTO, CALIFORNIA 95354

PETITION OF: CHRISTINA CHAVOUS PATTERSON ON BEHALF OF ERIC CHAVOUS LEYVA, A MINOR, FOR CHANGE OF NAME
TO ALL INTERESTED PERSONS:
Petitioner: CHRISTINA CHAVOUS PATTERSON filed a petition with this court for a decree changing names as follows:
PRESENT NAME
ERIC CHAVOUS LEYVA
TO
PROPOSED NAME
ERIC RODRIGUEZ CHAVOUS
THE COURT ORDERS that all persons interested in this matter shall appear before this court at the hearing indicated below to show cause, if any, why the petition for change of name should not be granted. Any person objecting to the name changes described above must file a written objection that includes the reasons for the objection at least two court days before the matter is scheduled to be heard and must appear at the hearing to show cause why the petition should not be granted. If no written objection is timely filed, the court may grant the petition without a hearing.
NOTICE OF HEARING
DATE: MAR 01 2019 AT 8:30AM IN DEPT. 22
ADDRESS OF THE COURT IS:
SUPERIOR COURT OF CALIFORNIA
COUNTY OF STANISLAUS
801 10TH STREET, 6TH FLOOR
MODESTO, CALIFORNIA 95354
CITY TOWERS COURTHOUSE
A COPY of this Order to Show Cause shall be published at least once each week for four successive weeks prior to the date set for hearing on the petition in the following newspaper of general circulation, printed in this county: THE MODESTO BEE
DATE: 1/11/19
/s/ STACY P. SPEILLER
Judge of the Superior Court
MOD- 4078701 2/8, 15, 22, 3/1

Do it yourself ads!
Now you can write your own classified ad, schedule it to appear in the paper and on modbee.com and pay for it all at once - 24 hours a day!
Visit Bee Classified on modbee.com
VISA MasterCard DISCOVER NOVUS

## Foreclosure

NOTICE OF TRUSTEE'S SALE UNDER DEED OF TRUST LOAN: 8580022800/AMERICAN TRADERS OTHER: 91212114 T.S. #: 18129-PB NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED.* *PURSUANT TO CIVIL CODE Section 2923.3(a), THE SUMMARY OF INFORMATION REFERRED TO ABOVE IS NOT ATTACHED TO THE RECORDED COPY OF THIS DOCUMENT, BUT TO THE COPIES PROVIDED TO THE TRUSTOR. YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 10/17/2016. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER. NOTICE is hereby given that REDWOOD TRUST DEED SERVICES, INC., as trustee, or successor trustee, or substituted trustee pursuant to the Deed of Trust executed by AMERICAN TRADERS, INC., a California corporation, recorded on 11/2/2016 as Instrument No. 2016-0086653-00 in Book —, Page — of Official Records in the office of the County Recorder of STANISLAUS County, California, and pursuant to the Notice of Default and Election to Sell thereunder recorded 10/30/2018 in Book -, Page --, as Instrument No. 2018-0075429-00 of said Official Records, WILL SELL on 3/8/2019 At the "I" Street entrance to the County Courthouse Building, 1100 "I" Street, Modesto, CA 95350 at 12:00 PM AT PUBLIC AUCTION TO THE HIGHEST BIDDER FOR CASH (payable at the time of sale in lawful money of the United States), all right, title and interest conveyed to and now held by it under said Deed of Trust in the property situated in said County and State hereinafter described: A LEASEHOLD ESTATE AS DESCRIBED IN THAT DOCUMENT ENTITLED ASSIGNMENT AND ASSUMPTION AGREEMENT (MODESTO GROUND SUBLEASE) RECORDED JUNE 24, 2013 AS INSTRUMENT 2013-0053876-00 OF OFFICIAL RECORDS. AS TO THE LEASEHOLD INTEREST ONLY - Real property in the City of Modesto, County of Stanislaus, State of California, described as follows: PARCEL ONE: PARCEL 21 AS SHOWN ON THAT CERTAIN PARCEL MAP FILED FEBRUARY 7, 1989 IN BOOK 41 OF PARCEL MAPS, AT PAGE 56, STANISLAUS COUNTY RECORDS. PARCEL TWO: A PRIVATE UTILITY EASEMENT OVER PARCEL 23 IN VOLUME 41 OF PARCEL MAPS, AT PAGE 56, DISCLOSED BY DOCUMENT RECORDED FEBRUARY 7, 1989, AS INSTRUMENT NO, 8403, STANISLAUS COUNTY RECORDS. PARCEL THREE: AN EASEMENT FOR PARKING OVER PARCEL 22 IN VOLUME 41 OF PARCEL MAPS, AT PAGE 56, DISCLOSED BY DOCUMENT RECORDED FEBRUARY 7, 1989 AS INSTRUMENT NO. 8404, STANISLAUS COUNTY RECORDS. PARCEL FOUR: NON-EXCLUSIVE EASEMENTS FOR INGRESS, EGRESS, UTILITIES AND FOOTINGS, AS MORE PARTICULARLY DESCRIBED AND SET FORTH IN THAT CERTAIN OPERATION AND EASEMENT AGREEMENT (SOUTH) FOR CENTRAL VALLEY PLAZA, DATED DECEMBER 16, 1988, BY AND BETWEEN CENTRAL VALLEY ASSOCIATES, A CALIFORNIA LIMITED PARTNERSHIP, AND LILJENQUIST MODESTO COMPANY, A UTAH LIMITED PARTNERSHIP, RECORDED FEBRUARY 7, 1989, AS INSTRUMENT NO. 8397, STANISLAUS COUNTY RECORDS. PARCEL FIVE: NON-EXCLUSIVE EASEMENTS FOR PARKING, INGRESS AND EGRESS, AS MORE PARTICULARLY DESCRIBED AND SET FORTH IN THAT CERTAIN PARKING AREA AGREEMENT, DATED JUNE 4, 1982, BY AND BETWEEN LILJENQUIST MODESTO CO., A LIMITED PARTNERSHIP, AND SAGA PROPERTY MANAGEMENT CORPORATION, A CALIFORNIA CORPORATION, RECORDED JUNE 8, 1982 IN BOOK 3564, PAGE 544, STANISLAUS COUNTY RECORDS. APN: 005-053-034 Beneficiary hereby elects to conduct a Unified Foreclosure Sale pursuant to the provisions of California Commercial Code Section 9604 (a)(1), et seq., and to include in the nonjudicial foreclosure of the real property, interest described in the UCC Financing Statement filed with the Secretary of State on 06/23/2016 as #16-7532573473. All Equipment, Chattel Paper, Inventory, Accounts and General Intangibles; that certain leasehold estate and all of Debtor's right, title and interest in, to and under that certain Lease and amendments thereto, (collectively, the "Ground Lease") Ground Sublease dated February 22, 1989, between Central Valley Associates, a California limited partnership ("Sublessor"), and The Rim Corporation, a California corporation ("Rim Corp."), as disclosed by that certain Short Form of Lease dated April S, 1989, and recorded in the Official Records of Stanislaus County, California (the "Official Records'), on April 19,1989 as Instrument No. 027775 (collectively, the "Original Ground Sublease"). Rim Corp.'s interest in the Original Ground Sublease was assigned to Mallard's Inn Investors' Group, a California limited partnership ("Mallard") pursuant to that certain Assignment of Ground Sublease dated August 22, 1989, and recorded in the Official Records an January 26, 1990 as instrument No. 007954. The Original Ground Sublease was amended pursuant to that certain unrecorded First Amendment to Ground Sublease dated January 18,1990, by and between Sublessor and Mallard (the "First Amendment"). As used in this Exhibit A, "Ground Sublease" means, collectively, the Original Ground Sublease and the First Amendment. Pursuant to an Assignment and Assumption of Agreements dated as of October 1, 1997, The Rim Hotel Group LLC, a California limited liability company ("Rim Hotel Group"), acquired all of Mallard's right, title and interest in and to the Ground Sublease. Rim Hotel Group's interest in the Ground Sublease was assigned to Rim Property One LLC, a California limited liability company ("Rim Property"), pursuant to that certain Assignment of Ground Lease and Grant Deed dated January 14, 1998, and recorded on January 23, 1998 as Instrument No. 98-0006497. Rim Property's interest in the Ground Sublease was assigned to RCEP/Windsor Modesto Venture, LP., a Delaware limited partnership ("RCEP"). pursuant to that certain Assignment, Assumption and Consent Agreement dated August 11, 2005, and recorded in the Official Records on August 16, 2005 as Instrument No. 2005-0145042-00. RCEP's interest in the Ground Sublease was granted to GCCFC 2005-GG5 Sisk Road Limited Partnership, a Delaware limited partnership ("GCCFC") pursuant to that certain Trustee's Deed Upon Sale dated December 16, 2010, and recorded in the Official Records on January 5, 2011 as Document No, 2011-0000799-00. GCCFC's interest in the Ground Sublease was assigned to American Traders, Inc., a California corporation ("Sublessee"), pursuant to that certain Assignment and Assumption Agreement dated June 19, 2013, and recorded in the Official Records on June 24, 2013 as Document No. 2013-0053876-00. Sublessee is the "Tenant" under the Ground Lease as of June_, 2016. The term "Ground Lease" also includes that certain Ground Lease dated_, 2015, by and between Liljenquist Modesto Company, a California limited partnership, as "Landlord", and Sublessee, as "Tenant". which Ground Lease relates to a certain tract or parcel of land located in the County of Stanislaus, State of California (the "Real Property"), and more particularly described in Exhibit B attached hereto, together with all existing or subsequently erected or affixed buildings, improvements and fixtures; all leasehold estate, right, title and interest of Debtor in and to all leases or subleases covering the Real Property, the improvements thereon, or any portion thereof now or hereafter existing or entered into; all easements, rights of way and appurtenances; all water, water rights and ditch rights (including stock in utilities with ditch or irrigation rights); and all other rights, royalties and profits derived from any of the foregoing, including without limitation all minerals, oil, gas, geothermal and similar matters; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and other accounts proceeds) No warranty is made that any or all of the personal property still exists or is available for the successful bidder and no warranty is made as to the condition of any of the personal property, which will be sold "as is", "where is". The property address and other common designation, if any, of the real property described above is purported to be: 1720 Sisk Road, Modesto, CA The undersigned Trustee disclaims any liability for any incorrectness of the property address and other common designation, if any, shown herein. If no street address or other common designation is shown, directions to the location of the property may be obtained by sending a written request to the undersigned within 10 days of the date of first publication of this Notice of Sale. The property heretofore described is being sold "as is". The total amount of the unpaid balance of the obligation secured by the property to be sold and reasonable estimated costs, expenses and advances at the time of the initial publication of the Notice of sale is: $3,077,624.31. In addition to cash, the Trustee will accept a cashier's check drawn on a state or national bank, a check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, savings association or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state. In the event tender other than cash is accepted, the Trustee may withhold the issuance of the Trustee's Deed until funds become available to the payee or endorsee as a matter of right. Said sale will be made, but without covenant or warranty, express or implied, regarding title, possession or encumbrances, to satisfy the indebtedness secured by said Deed of Trust, advances thereunder, with interest as provided therein, and the unpaid principal balance of the Note(s) secured by said Deed of Trust with interest thereon as provided in said Note(s), fees, charges and expenses of the trustee and the trusts created by said Deed of Trust. If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee, and the successful bidder shall have no further recourse. Dated: January 30, 2019 REDWOOD TRUST DEED SERVICES, INC., as said Trustee ATTN: ROBERT CULLEN P.O. BOX 6875 SANTA ROSA, CA 95406-0875 By: ROBERT CULLEN, President NOTICE TO POTENTIAL BIDDERS: If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property. NOTICE TO PROPERTY OWNER: The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call (714) 730-2727 or visit this Internet Web site: www.servicelinkASAP.com, using the Trustee Sale number assigned to this file, T.S. #18129-PB. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the Internet Web site. The best way to verify postponement information is to attend the scheduled sale. A-4683637 02/08/2019, 02/15/2019, 02/22/2019
MOD-4069115 2/8, 15, 22