**Exhibit N**



PO Drawer 70
Paradise, CA 95967
530-877-4413
legals@paradisepost.com
3809751

PG&E CORPORATION
77 BEALE STREET
SAN FRANCISCO, CA 94177

# Declaration of Publication

State of California
County of Butte

That at all times herein mentioned Declarant is and was a resident of said county of Butte over the age of twenty-one years; not a party to nor interested in the within matter; that Declarant is now and was at all times herein mentioned the Legal Clerk of the Paradise Post, a newspaper published twice a week, which said newspaper was adjudged a newspaper of general circulation on November 12, 1946, by Superior Court Order No. 22262 as entered in Book 30 Page 223 of said Court; and that said newspaper is printed and published every Wednesday and Saturday.

**ANNOUNCEMENTS**

**02/16/2019, 02/20/2019**

and such publications was made in the regular issues of said paper (and not in any supplemental edition or extra thereof).

02/20/2019

Signature

Legal No. **0006294343**

United States Bankruptcy Court for the Northern District of California

**Debtors: PG&E Corporation and Pacific Gas and Electric Company**

Date cases filed in chapter 11: 01 / 29 / 2019

Case number: 19-30088 (DM) (Lead Case; Jointly Administered)

**Notice of Chapter 11 Bankruptcy Cases**

For the debtors listed above, cases have been filed under chapter 11 of the Bankruptcy Code and orders for relief have been entered. This notice has important information about the cases for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from the debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the cases may be inspected at the bankruptcy clerk's office at the address below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice. Do not file this notice with any proof of claim or other filing in the cases.**

1. **Debtors' full names: Debtor, Address, Case No., EIN#:** PG&E Corporation, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30088 (DM), 94-3234914; Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30089 (DM), 94-0742640.

2. **All other names used in the last 8 years:** n/a

3. **Address:** See above

4. **Debtors' Attorneys:** Tobias S. Keller (#151445), KELLER & BENVENUTTI LLP, 650 California Street, Suite 1900, San Francisco, CA 94108 -and- Stephen Karotkin (*pro hac vice*), WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, NY 10153. **Debtors' Claims and Noticing Agent: If you have questions about this notice, please contact Prime Clerk LLC. Contact Phone: (844) 339-4217 (Toll Free), +1 (929) 333-8977 (Int'l). Email: pgeinfo@primeclerk.com. Website: https://restructuring.primeclerk.com/pge**

5. **Bankruptcy clerk's office: U.S. Bankruptcy Court,** 450 Golden Gate Avenue, Mail Box 36099, San Francisco, CA 94102. **Hours open**: Monday-Friday, 9 a.m.- 4:30 p.m. (CT). **Contact phone**: 888-821-7606. Documents in these cases may be filed at this address. You may inspect all records filed in these cases at this office or online at www.pacer.com.

6. **Meeting of creditors:** Date and Time: **Monday March 4, 2019 at 10:00 a.m.** Location: Phillip Burton Federal Building and U.S. Courthouse, 450 Golden Gate Avenue, 2nd Floor, California Conference Room, San Francisco, CA 94102. The debtors' representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.

7. **Proof of claim deadline: Deadline for filing proof of claim: To Be Determined.** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed*, *contingent*, or *unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

8. **Exception to discharge deadline:** You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A). The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. **Deadline for filing the complaint: To Be Determined**

9. **Creditors with a foreign address:** If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in these cases.

10. **Filing a Chapter 11 bankruptcy case:** Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtors will remain in possession of the property and may continue to operate their business.

11. **Discharge of debts:** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

## Legal Notices

**Request for Proposals**
**Town of Paradise**
**Post-Fire Recovery and Rebuilding Assistance**

The Town is seeking sealed proposals from responsible and qualified firms with experience establishing and operating a post-disaster (Fire, Hurricane, Tornado, ETC.) recovery rebuild center for a sustained period to assist with permitting procedures associated with recovery and rebuilding efforts, general scope to include:

- Review of applicable standards
- Permit review
- Inspection services for compliance with environmental, building, fire, planning, and engineering regulations
- Associated communication and outreach services to inform the public on processes and procedures.
- Additional requested services may also include but not limited to:
  - o planning services
  - o plan check services
  - o on-site plan inspection services
  - o fire prevention plan review and inspection
  - o public works engineering
  - o geotechnical engineering support
  - o health and safety
  - o environmental waste water services.

Request for Proposal packages are available through the Town of Paradise website at www.townofparadise.com or Community Development Department at 5555 Skyway, Paradise, CA. 95969. Proposals must be received at Town of Paradise, Office of the Town Clerk, 5555 Skyway, Paradise, CA 95969, until **4:00 PM, (PDST), February 26, 2019**. The envelope enclosing the proposal submittal shall be clearly marked "**POST-FIRE RECOVERY AND REBUILDING ASSISTANCE**", date and hour for opening of bids. Questions shall be directed to Marc Mattox at (530) 872-6291 x125.

The Town reserves the right to reject all bids and to waive non-material defects in bids.
Marc Mattox,
Assistant Town Manager
2/16/2019

## Legal Notices

**TOWN OF PARADISE**
**SUMMARY OF ORDINANCE NO. 575**
**AN ORDINANCE OF THE TOWN COUNCIL**
**OF THE TOWN OF PARADISE**
**REPEALING ORDINANCE NO. 573**
**AND ADOPTING A NEW URGENCY ORDINANCE RELATING TO INTERIM HOUSING INSIDE THE CAMP FIRE AREA**

The following is a summary of Ordinance No. 575:

1. The ordinance repeals Ordinance No. 573.

2. Among other things, the ordinance makes numerous findings concerning the emergency and health hazards associated with the Camp Fire.

3. As an urgency measure, the ordinance will take effect immediately upon adoption and will remain in effect until December 31, 2020.

4. The purpose of the ordinance is to provide the temporary housing requirements within the Town of Paradise as a result of the damage caused by Camp Fire.

5. The ordinance sets forth numerous definitions concerning what constitutes "eligible property", "temporary housing", and "qualifying structures" as they relate to providing interim housing in the Town.

6. The ordinance states that up to two temporary dwellings may be located on "eligible property" during the initial 180 days from the date of the ordinance. A temporary dwelling is defined as either a recreational vehicle or movable tiny house.

7. The ordinance provides that certain accessory residential structures may also be used as interim housing for displaced persons.

8. The ordinance includes the standards for establishing temporary dwellings including utility hookups.

9. The ordinance is exempt from the provisions of the California Environmental Quality Act pursuant to Public Resources Code sections 21080 (b)(3) and 21080 (b)(4), and CEQA Guidelines section 15269(a).

**PASSED AND ADOPTED** by the Town Council of the Town of Paradise, County of Butte, State of California, on this 4th day of February, 2019, by the following vote: AYES: Greg Bolin, Steve Crowder, Melissa Schuster, Mike Zuccolillo and Jody Jones, Mayor NOES: None ABSENT: None NOT VOTING: None

Signed by Jody Jones, Mayor
Approved as to form by: Dwight L. Moore, Town Attorney
Attested by Dina Volenski, Town Clerk

The complete text of Ordinance No. 575 may be reviewed at the Town Clerk's office at 5555 Skyway, Paradise, California or on the Town of Paradise website at www.townofparadise.com. The Town Clerk's telephone number is (530) 872-6291 ext. 102.
2/16/2019

## Legal Notices

**NOTICE OF PETITION TO ADMINISTER ESTATE OF:**
Randall P. Dodge aka Randall Paul Dodge aka Randy P. Dodge
CASE NUMBER: 19PR00082
To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the will or estate, or both, of Randall P. Dodge aka Randall Paul Dodge aka Randy P. Dodge
A Petition for Probate has been filed by: Bradley L. Dodge in the Superior Court of California, County of: BUTTE
The petition for probate requests that: Bradley L. Dodge be appointed as personal representative to administer the estate of the decedent.
The petition requests authority to administer the estate under the Independent Administration of Estates Act. (This authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.) The independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court should not grant the authority.
A hearing on the petition will be held in this court as follows:
Date: March 12, 2019 Time 9:00 a.m. Dept: 10 Room: Hon. R. Glusman Address of court: Superior Court of California, County of Butte, 1775 Concord Avenue, Chico, CA 95928
Branch Name:
If you object to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney.
If you are a creditor or a contingent creditor of the decedent, you must file your claim with the court and mail a copy to the personal representative appointed by the court within the later of either (1) four months from the date of first issuance of letters to a general personal representative, as defined in section 58(b) of the California Probate Code, or (2) 60 days from the date of mailing or personal delivery to you of a notice under section 9052 of the California Probate Code.
Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in California law.
You may examine the file kept by the court. If you are a person interested in the estate, you may file with the court a Request for Special Notice (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code section 1250. A Request for Special Notice form is available from the court clerk.
Attorney for Petitioner:
Christian A. Atherton
2112 Fifth Avenue
Oroville, CA 95965
530-877-6332
Publish: 2/16, 2/20, 2/23/2019

## Legal Notices

**NOTICE OF TRUSTEE'S SALE**
**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 9/20/2007. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state will be held by the duly appointed trustee as shown below, of all right, title, and interest conveyed to and now held by the trustee in the hereinafter described property under and pursuant to a Deed of Trust described below. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by the Deed of Trust, with interest and late charges thereon, as provided in the note(s), advances, under the terms of the Deed of Trust, interest thereon, fees, charges and expenses of the Trustee for the total amount (at the time of the initial publication of the Notice of Sale) reasonably estimated to be set forth below. The amount may be greater on the day of sale.

Trustor: **JACQUELINE S GITMAN, TRUSTEES JACQUELINE S GITMAN REVOCABLE INTER VIVOS TRUST DATED FEBRUARY 22, 2007**
Duly Appointed Trustee: Zieve, Brodnax & Steele, LLP
Deed of Trust recorded 9/27/2007, as Instrument No. 2007-0045869, of Official Records in the office of the Recorder of Butte County, California,
Date of Sale: **2/25/2019** at 3:30 PM
Place of Sale: At the main entrance to the County Courthouse
1 Court Street Oroville, California 95965

Estimated amount of unpaid balance and other charges: **$162,229.95**
Note: Because the Beneficiary reserves the right to bid less than the total debt owed, it is possible that at the time of the sale the opening bid may be less than the total debt owed.

Street Address or other common designation of real property: 691 & 693 FIR STREET
PARADISE, California 95969
Described as follows:
As more fully described on said Deed of Trust.

**A.P.N #.: 052-141-015-000**
The undersigned Trustee disclaims any liability for any incorrectness of the street address or other common designation, if any, shown above. If no street address or other common designation is shown, directions to the location of the property may be obtained by sending a written request to the beneficiary within 10 days of the date of first publication of this Notice of Sale.

NOTICE TO POTENTIAL BIDDERS: If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property.

NOTICE TO PROPERTY OWNER: The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call (714) 848-9272 or visit this Internet Web site www.elitepostandpub.com, using the file number assigned to this case 18-53608. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the Internet Web site. The best way to verify postponement information is to attend the scheduled sale.

Dated: **1/23/2019** **Zieve, Brodnax & Steele, LLP, as Trustee**
**30 Corporate Park, Suite 450**
**Irvine, CA 92606**
**For Non-Automated Sale Information, call: (714) 848-7920**
**For Sale Information: (714) 848-9272**
**www.elitepostandpub.com**

**Andrew Buckelew, Trustee Sale Officer**
THIS FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION WE OBTAINED WILL BE USED FOR THAT PURPOSE
EPP 27939 Pub Dates 02/02, 02/09, 02/16/2019

**NOTICE OF PETITION TO ADMINISTER ESTATE OF:**
Paula S. Dodge aka Paula Susan Dodge aka Paula Dodge
CASE NUMBER: 19PR00081
To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the will or estate, or both, of Paula S. Dodge aka Paula Susan Dodge aka Paula Dodge
A Petition for Probate has been filed by: Bradley L. Dodge in the Superior Court of California, County of: BUTTE
The petition for probate requests that: Bradley L. Dodge be appointed as personal representative to administer the estate of the decedent.
The petition requests authority to administer the estate under the Independent Administration of Estates Act. (This authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.) The independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court should not grant the authority.
A hearing on the petition will be held in this court as follows:
Date: March 12, 2019 Time 9:00 a.m. Dept: 10 Room: Address of court: Superior Court of California, County of Butte, 1775 Concord Avenue, Chico, CA 95928
Branch Name:
If you object to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney.
If you are a creditor or a contingent creditor of the decedent, you must file your claim with the court and mail a copy to the personal representative appointed by the court within the later of either (1) four months from the date of first issuance of letters to a general personal representative, as defined in section 58(b) of the California Probate Code, or (2) 60 days from the date of mailing or personal delivery to you of a notice under section 9052 of the California Probate Code.
Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in California law.
You may examine the file kept by the court. If you are a person interested in the estate, you may file with the court a Request for Special Notice (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code section 1250. A Request for Special Notice form is available from the court clerk.
Attorney for Petitioner:
Christian A. Atherton
2112 Fifth Avenue
Oroville, CA 95966
Telephone: 530-877-6332
Publish: 2/16, 2/20, 2/23/2019

# Exercise Your Legal Rights!

**DEADLINES:**
Wednesday at 3p.m. for the Saturday issue
Friday at 4p.m. for the Wednesday issue
PARADISE POST
**896-7702**

## Legal Notices

Trustee Sale No. 18-006077 TSG# DS7333-18000192 APN# 066-130-014-000 NOTICE OF TRUSTEE'S SALE YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 01/23/03. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDINGS AGAINST YOU, YOU SHOULD CONTACT A LAWYER. On 02/26/19 at 3:30 PM, Aztec Foreclosure Corporation as the duly appointed Trustee under and pursuant to the power of sale contained in that certain Deed of Trust executed by Robert J Machuta, a married man as his sole and separate property, as Trustor(s), in favor of ABN AMRO Mortgage Group, Inc, as Beneficiary, Recorded on 01/30/03 in Instrument No. 2003-0005791 of official records in the Office of the county recorder of BUTTE County, California, WILL SELL AT PUBLIC AUCTION TO THE HIGHEST BIDDER FOR CASH (payable at time of sale in lawful money of the United States, by cash, a cashier's check drawn by a state or national bank, a check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, savings association, or savings bank specified in section 5102 of the Financial Code and authorized to do business in this state), Main Entrance, Butte County Courthouse, 1 Court Street, Oroville, CA 95965, all right, title and interest conveyed to and now held by it under said Deed of Trust in the property situated in said County, California described as: 13834 FERGUSON DRIVE, MAGALIA, CA 95954. The property heretofore described is being sold "as is". The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. Said sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by said Deed of Trust, with interest thereon, as provided in said note(s), advances, if any, under the terms of the Deed of Trust, estimated fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust, to-wit: $51,365.65 (Estimated). Accrued interest and additional advances, if any, will increase this figure prior to sale. The undersigned caused said Notice of Default and Election to Sell to be recorded in the county where the real property is located and more than three months have elapsed since such recordation. NOTICE TO POTENTIAL BIDDERS: If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property. NOTICE TO PROPERTY OWNER: The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call or visit the Internet Web site, using the file number assigned to this case 18-006077. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the Internet Web site. The best way to verify postponement information is to attend the scheduled sale. www.Auction.com or call (800) 280-2832 or Aztec Foreclosure Corporation (877) 257-0717 www.aztectrustee.com DATE: January 28, 2019 AZTEC FORECLOSURE CORPORATION Elaine Malone Assistant Secretary / Assistant Vice President Aztec Foreclosure Corporation, 3636 N. Central Ave., Suite #400, Phoenix, AZ 85012 Phone: (877) 257-0717 or (602) 638-5700; fax: (602) 638-5748 www.aztectrustee.com NPP0348158 To: PARADISE POST 02/02/2019, 02/09/2019, 02/16/2019

Exercise Your Legal Rights!

DEADLINES:
Wednesday at 3p.m. for the Saturday issue
Friday at 4p.m. for the Wednesday issue
PARADISE POST
896-7702

## Legal Notices

United States Bankruptcy Court for the Northern District of California
**Debtors: PG&E Corporation and Pacific Gas and Electric Company**
Date cases filed in chapter 11: 01 / 29 / 2019
Case number: 19-30088 (DM) (Lead Case; Jointly Administered)

**Notice of Chapter 11 Bankruptcy Cases**

For the debtors listed above, cases have been filed under chapter 11 of the Bankruptcy Code and orders for relief have been entered. This notice has important information about the cases for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from the debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the cases may be inspected at the bankruptcy clerk's office at the address below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice. Do not file this notice with any proof of claim or other filing in the cases.**

1. **Debtors' full names: Debtor, Address, Case No., EIN#:** PG&E Corporation, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30088 (DM), 94-3234914; Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30089 (DM), 94-0742640.
2. **All other names used in the last 8 years:** n/a
3. **Address:** See above
4. **Debtors' Attorneys:** Tobias S. Keller (#151445), KELLER & BENVENUTTI LLP, 650 California Street, Suite 1900, San Francisco, CA 94108 -and- Stephen Karotkin (*pro hac vice*), WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, NY 10153. **Debtors' Claims and Noticing Agent: If you have questions about this notice, please contact Prime Clerk LLC. Contact Phone: (844) 339-4217 (Toll Free), +1 (929) 333-8977 (Int'l). Email: pgeinfo@primeclerk.com. Website: https://restructuring.primeclerk.com/pge**
5. **Bankruptcy clerk's office: U.S. Bankruptcy Court,** 450 Golden Gate Avenue, Mail Box 36099, San Francisco, CA 94102. **Hours open**: Monday-Friday, 9 a.m.- 4:30 p.m. (CT). **Contact phone**: 888-821-7606. Documents in these cases may be filed at this address. You may inspect all records filed in these cases at this office or online at www.pacer.com.
6. **Meeting of creditors:** Date and Time: **Monday March 4, 2019 at 10:00 a.m.** Location: Phillip Burton Federal Building and U.S. Courthouse, 450 Golden Gate Avenue, 2nd Floor, California Conference Room, San Francisco, CA 94102. The debtors' representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.
7. **Proof of claim deadline: Deadline for filing proof of claim: To Be Determined.** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed*, *contingent*, or *unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.
8. **Exception to discharge deadline:** You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A). The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. **Deadline for filing the complaint: To Be Determined**
9. **Creditors with a foreign address:** If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in these cases.
10. **Filing a Chapter 11 bankruptcy case:** Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtors will remain in possession of the property and may continue to operate their business.
11. **Discharge of debts:** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

## Legal Notices

Notwithstanding any contrary provision in the Paradise Municipal Code, any existing small or large child day care facility or child care center, elementary school, junior high school, high school or institution of higher education that was housed in premises made uninhabitable by the Camp Fire may be temporarily relocated to existing buildings on an Eligible Property in the Eligible Property, subject to a temporary use permit and any existing applicable standards, and subject to a building permit if any renovations are required. Nothing in this Ordinance waives or affects any State law requirements applicable to such facilities.

**Section 12. CEQA Exemption.**
Adoption of this Ordinance is exempt from the provisions of the California Environmental Quality Act (CEQA) pursuant to California Public Resources Code Section 21080(b)(3)regarding projects to maintain, repair, restore, or replace property or facilities damaged or destroyed as a result of a declared disaster and Section 21080(b)(4) regarding actions to mitigate or prevent an emergency, and CEQA Guidelines Section 15269(a) regarding maintaining, repairing, restoring, demolishing, or replacing property or facilities damaged or destroyed as a result of a disaster stricken area in which a state of emergency has been proclaimed by the Governor pursuant to the California Emergency Services Act, commencing with Section 8550 of the California Government Code.

**Section 13. Severability.**
If any section, subsection, sentence, clause, or phrase of this Ordinance is for any reason held to be unconstitutional or invalid, such decision shall not affect the validity of the remaining portion of this Ordinance. The Town Council hereby declares that it would have passed this Ordinance and every section, subsection, sentence, clause or phrase thereof irrespective of the fact that any one or more sections, subsections, sentences, clauses or phrases be declared unconstitutional or invalid.

**Section 14. Effective Date and Publication.**
This Ordinance shall be and the same is hereby declared to be in full force and effect immediately upon its passage by a four-fifths (4/5) or greater vote. The Town Clerk of the Town of Paradise is authorized and directed to publish a summary of this ordinance before the expiration of fifteen (15) days after its passage. This Ordinance shall be published once, with the names of the members of the Town Council Members voting for and against it, in the Paradise Post, a newspaper of general circulation published in the Town of Paradise, State of California. A complete copy of this Ordinance is on file with the Town Clerk of the Town Council and is available for public inspection and copying during regular business hours in the office of the Town Clerk.

**Section 15.** This Ordinance shall expire on December 31, 2020.
**PASSED AND ADOPTED** by the Town Council of the Town of Paradise, County of Butte, State of California, on this 4th day of February, 2019 by the following vote:

**PASSED AND ADOPTED** by the Town Council of the Town of Paradise, County of Butte, State of California, on this 4th day of February, 2019, by the following vote: **AYES:** Greg Bolin, Steve Crowder, Melissa Schuster, Mike Zuccolillo and Jody Jones, Mayor **NOES:** None **ABSENT:** None
**NOT VOTING:** None
Signed by Jody Jones, Mayor
Approved as to form by: Dwight L. Moore, Town Attorney
Attested by Dina Volenski, Town Clerk
2/20/2019

## Legal Notices

**NOTICE OF PETITION TO ADMINISTER ESTATE OF:**
Paula S. Dodge aka Paula Susan Dodge aka Paula Dodge
CASE NUMBER: 19PR00081
To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the will or estate, or both, of Paula S. Dodge aka Paula Susan Dodge aka Paula Dodge
A Petition for Probate has been filed by: Bradley L. Dodge in the Superior Court of California, County of: BUTTE
The petition for probate requests that: Bradley L. Dodge be appointed as personal representative to administer the estate of the
The petition requests authority to administer the estate under the Independent Administration of Estates Act. (This authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.) The independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court should not grant the authority.
A hearing on the petition will be held in this court as follows:
Date: March 12, 2019 Time 9:00 a.m. Dept: 10 Room: Address of court: Superior Court of California, County of Butte, 1775 Concord Avenue, Chico, CA 95928 Branch Name:
If you object to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney.
If you are a creditor or a contingent creditor of the decedent, you must file your claim with the court and mail a copy to the personal representative appointed by the court within the later of either (1) four months from the date of first issuance of letters to a general personal representative, as defined in section 58(b) of the California Probate Code, or (2) 60 days from the date of mailing or personal delivery to you of a notice under section 9052 of the California Probate Code.
Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in California law.
You may examine the file kept by the court. If you are a person interested in the estate, you may file with the court a Request for Special Notice (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code section 1250. A Request for Special Notice form is available from the court clerk.
Attorney for Petitioner:
Christian A. Atherton
2112 Fifth Avenue
Oroville, CA 95966
Telephone: 530-877-6332
Publish: 2/16, 2/20, 2/23/2019

**ORDER FOR PUBLICATION**
PETITIONER: Kim & Richard Smith
REPONDENT: Antonia Michelle Taylor
SA18-073
Publication Granted: The court finds that the respondent cannot be served in any other manner specified in the California code of Civil Procedure. The court orders that the documents listed in item 6 be served by publication at least once per week for our successive weeks in the following newspaper Oroville Mercury Register or Paradise Post
SUPERIOR COURT OF CALIFORNIA COUNTY OF YOLO
1000 Main Street
WOODLAND, CALIFORNIA 95695
WOODLAND
Adoption of Savanna M. Smith
FI-982 #6 - Document to be served by publication "Other": Petition to Declare Minor Free From Parental Custody and Control Pursuant to Probate Code Sec. 1516.5, Citation to Parent, Adoption Request, and Notice of Court Hearing.
Date: 1/18/2019
/S/ TIMOTHY L. FALL
JUDICIAL OFFICER
ATTORNEY FOR:
KIM & RICHARD SMITH
ATTORNEY:
STEPHEN A. MONTAGNA, CFLS
SBN: 283810
HODSON & MULLIN, Attorneys at Law
727 Texas Street
Fairfield CA 94533
(707) 421-7800
2/13, 2/20, 2/27, 3/06/2019

**INVITATION TO BID**
Notice is hereby given that sealed bids for financial auditing services will be received by Paradise Unified School District located at 3760 Morrow Lane, Suite #A, Chico, CA 95928. Bids will be received until 3:00 p.m. March 01, 2019, at which time all bids will be publicly opened and read aloud. Telephone, Facsimile, or E-mailed bids will not be accepted and will automatically be rejected. The bids must be clearly marked "RFP Auditing Services". RFP specifications and requirements can be obtained at no charge at the Paradise Unified School District office, or by calling 530-342-3190 (x233).
2/13, 2/20/2019

**FICTITIOUS BUSINESS NAME STATEMENT**
The following person(s) is (are) doing business as **VICK'S KITCHEN** at 637 Pearson Rd Paradise, CA 95969
County of Butte
**MJNS, INC**
637 Pearson Rd Paradise, CA 95969
Began Transacting Business: 8/1/1999
Statement Expires On: Not Applicable
Business Is Conducted By: Corporation
This statement was filed in the office of CANDACE J. GRUBBS, County Clerk of Butte County, on February 8, 2019, By: **J. SILVA, Deputy.**
**FBN Number: 2019-0000195**
Publish: 2/12, 2/19, 2/26, 3/05/2019

**NOTICE OF PETITION TO ADMINISTER ESTATE OF:**
Merle A. Thomas
CASE NUMBER: 19PR00071
To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the will or estate, or both, of Merle A. Thomas, Merle Ann Thomas
A Petition for Probate has been filed by: Russell Bellman in the Superior Court of California, County of: BUTTE
The petition for probate requests that: Russell Bellman be appointed as personal representative to administer the estate of the decedent.
The petition requests authority to administer the estate under the Independent Administration of Estates Act. (This authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.) The independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court should not grant the authority.
A hearing on the petition will be held in this court as follows:
Date: March 12, 2019 Time 9:00 a.m. Dept: TBA Room: Address of court: Superior Court of California, County of Butte, 1775 Concord Avenue, Chico, CA 95928 Branch Name:
If you object to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney.
If you are a creditor or a contingent creditor of the decedent, you must file your claim with the court and mail a copy to the personal representative appointed by the court within the later of either (1) four months from the date of first issuance of letters to a general personal representative, as defined in section 58(b) of the California Probate Code, or (2) 60 days from the date of mailing or personal delivery to you of a notice under section 9052 of the California Probate Code.
Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in California law.
You may examine the file kept by the court. If you are a person interested in the estate, you may file with the court a Request for Special Notice (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code section 1250. A Request for Special Notice form is available from the court clerk.
Attorney for Petitioner:
Thomas E. Baker, Esq.
1068 East Avenue,
Chico, CA 95926
530-965-5672
Publish: 2/09, 2/13, 2/20/2019

**NOTICE OF PETITION TO ADMINISTER ESTATE OF:**
Randall P. Dodge aka Randall Paul Dodge aka Randy P. Dodge
CASE NUMBER: 19PR00082
To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the will or estate, or both, of Randall P. Dodge aka Randall Paul Dodge aka Randy P. Dodge
A Petition for Probate has been filed by: Bradley L. Dodge in the Superior Court of California, County of: BUTTE
The petition for probate requests that: Bradley L. Dodge be appointed as personal representative to administer the estate of the decedent.
The petition requests authority to administer the estate under the Independent Administration of Estates Act. (This authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.) The independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court should not grant the authority.
A hearing on the petition will be held in this court as follows:
Date: March 12, 2019 Time 9:00 a.m. Dept: 10 Room: Hon. R. Glusman Address of court: Superior Court of California, County of Butte, 1775 Concord Avenue, Chico, CA 95928 Branch Name:
If you object to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney.
If you are a creditor or a contingent creditor of the decedent, you must file your claim with the court and mail a copy to the personal representative appointed by the court within the later of either (1) four months from the date of first issuance of letters to a general personal representative, as defined in section 58(b) of the California Probate Code, or (2) 60 days from the date of mailing or personal delivery to you of a notice under section 9052 of the California Probate Code.
Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in California law.
You may examine the file kept by the court. If you are a person interested in the estate, you may file with the court a Request for Special Notice (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code section 1250. A Request for Special Notice form is available from the court clerk.
Attorney for Petitioner:
Christian A. Atherton
2112 Fifth Avenue
Oroville, CA 95965
530-877-6332
Publish: 2/16, 2/20, 2/23/2019

ASK about package deals. 896-7777

ASK about package deals. 896-7777

ASK about package deals. 896-7777

## Legal Notices

United States Bankruptcy Court for the Northern District of California
**Debtors: PG&E Corporation and Pacific Gas and Electric Company**
Date cases filed in chapter 11: 01/29/2019
Case number: 19-30088 (DM) (Lead Case; Jointly Administered)

**Notice of Chapter 11 Bankruptcy Cases**

For the debtors listed above, cases have been filed under chapter 11 of the Bankruptcy Code and orders for relief have been entered. This notice has important information about the cases for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from the debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the cases may be inspected at the bankruptcy clerk's office at the address below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice. Do not file this notice with any proof of claim or other filing in the cases.**

**1. Debtors' full names: Debtor, Address, Case No., EIN#:** PG&E Corporation, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30088 (DM), 94-3234914; Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 77000, San Francisco, California 94177, 19-30089 (DM), 94-0742640.

**2. All other names used in the last 8 years:** n/a

**3. Address:** See above

**4. Debtors' Attorneys:** Tobias S. Keller (#151445), KELLER & BENVENUTTI LLP, 650 California Street, Suite 1900, San Francisco, CA 94108 -and- Stephen Karotkin (*pro hac vice*), WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, NY 10153. **Debtors' Claims and Noticing Agent: If you have questions about this notice, please contact Prime Clerk LLC. Contact Phone: (844) 339-4217 (Toll Free), +1 (929) 333-8977 (Int'l). Email: pgeinfo@primeclerk.com. Website: https://restructuring.primeclerk.com/pge**

**5. Bankruptcy clerk's office: U.S. Bankruptcy Court,** 450 Golden Gate Avenue, Mail Box 36099, San Francisco, CA 94102. **Hours open**: Monday-Friday, 9 a.m.- 4:30 p.m. (CT). **Contact phone**: 888-821-7606. Documents in these cases may be filed at this address. You may inspect all records filed in these cases at this office or online at www.pacer.com.

**6. Meeting of creditors:** Date and Time: **Monday March 4, 2019 at 10:00 a.m.** Location: Phillip Burton Federal Building and U.S. Courthouse, 450 Golden Gate Avenue, 2nd Floor, California Conference Room, San Francisco, CA 94102. The debtors' representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.

**7. Proof of claim deadline: Deadline for filing proof of claim: To Be Determined.** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed*, *contingent*, or *unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

**8. Exception to discharge deadline:** You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A). The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. **Deadline for filing the complaint: To Be Determined**

**9. Creditors with a foreign address:** If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in these cases.

**10. Filing a Chapter 11 bankruptcy case:** Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtors will remain in possession of the property and may continue to operate their business.

**11. Discharge of debts:** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

Exercise Your Legal Rights!
DEADLINES:
Wednesday at 3p.m. for the Saturday issue
Friday at 4p.m. for the Wednesday issue
PARADISE POST
896-7702

Keep POSTed
Visit the Paradise Post online at: www.paradisepost.com

REPORTERS, EDITORS AND PHOTOGRAPHERS CREATE REAL NEWS. JOURNALISM YOU CAN TRUST.
Follow the conversation at #SupportRealNews
Help show your support for the journalists - in local communities and across the country - who are working tirelessly to bring you real news.
Subscribe to your local newspaper today.
NEWS MEDIA ALLIANCE
INLAND PRESS ASSOCIATION
Local Media Consortium
THIS PUBLICATION SUPPORTS REAL NEWS.
Real, Reputable, Trusted. Your News Media.
newsmediaalliance.org