STUART G. GROSS (#251019)
sgross@grosskleinlaw.com
**GROSS & KLEIN LLP**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

*Attorneys for Sam and Cathy Dorrance*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>   - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                   Debtors. | Bankruptcy Case<br>Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE BY SAM AND CATHY DORRANCE** |
| ☐   Affects PG&E Corporation<br>☐   Affects Pacific Gas and Electric Company<br>☒   Affects both Debtors<br><br>\* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | |

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE; Case Nos. 19-30088, 19-30089

**PLEASE TAKE NOTICE** that Sam and Cathy Dorrance ("the Dorrances") hereby requests, pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, or pursuant to any other applicable rule or statute, that notice of all matters which may come before the Court be given to the Dorrances' counsel of record:

GROSS & KLEIN LLP
Stuart G. Gross
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 671-4628
Facsimile: (415) 480-6688
E-mail: sgross@grosskleinlaw.com

The foregoing request includes, without limitation all notices, papers, and disclosure statements referred to in Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure, and also includes notice of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before the Court in this case, as well as anything concerning which the Dorrances may be heard under Section 1109 of the Bankruptcy Code, whether formal or informal, whether written or oral, and whether transmitted or conveyed by electronic mail, mail, hand delivery, telephone, telegraph, facsimile, or otherwise.

This notice of appearance and request for special notice, as well as any subsequent appearance, pleading, claim or suit, are without prejudice to and do not waive and expressly reserves: (1) the Dorrances' rights, remedies, claims, actions, defenses, setoffs, or recoupments, in law or in equity, against the above-captioned debtor and any other person either in this case or in any other action; (2) any objection which may be made to the jurisdiction of the Court; (3) the Dorrances' right to have final orders in non-core matters entered only after de novo review by a district judge; (4) the Dorrances' right to trial by jury in any proceedings or trial, in any state or federal court, so triable herein or in any case, controversy or proceeding relating hereto; and (5) the Dorrances' right to have and reference withdrawn in any matter subject to mandatory or discretionary withdrawal. This notice of appearance and request for special notice, as well as any subsequent appearance, pleading, claim or suit, are not, shall not be deemed or construed as, a

submission of the Dorrances to the jurisdiction of the Court concerning any claim or the waiver of any rights of the Dorrances to pursue any claims against any person in any other forum, state or federal, including without limitation, the jurisdiction of the Court to adjudicate non-core matters, all of which rights are reserved without prejudice.

Dated: February 20, 2019          GROSS & KLEIN LLP

By: */s/ Stuart G. Gross*
STUART G. GROSS

*Attorneys for Sam and Cathy Dorrance*