TIMOTHY S. LAFFREDI (WI SBN 1055133)
Assistant United States Trustee
United States Department of Justice
Office of the United States Trustee
450 Golden Gate Avenue, Suite 05-0153
San Francisco, CA 94102
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: timothy.s.laffredi@usdoj.gov

Attorney for Andrew R. Vara,
Acting United States Trustee for Region 3[1]

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case No. 19-30088 DM. | Case Nos. 19-30088 DM (Lead Case)<br><br>19-30089 DM<br><br>Chapter 11<br><br>Jointly Administered |

**AMENDED**
**APPOINTMENT OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS**
*(Amended to reflect resignation of Richard Heffern and to add Tommy Wehe)*

Pursuant to 11 U.S.C. § 1102(a), Andrew R. Vara, Acting United States Trustee for Region 3, hereby appoints the following persons to be members of the Official Committee of Tort Claimants in these jointly administered cases:

---

[1] Andrew R. Vara, Acting United States Trustee for Region 3, is acting in this appointment for Tracy Hope Davis, United States Trustee for Region 17, who is recused from the above-captioned cases.
AMENDED APPOINTMENT OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS – *In re PG&E Corp.*, Case No. 19-30088

1. GER Hospitality, LLC, in its capacity as an individual claimant
   c/o Adolfo Veronese
   19190 Spring Street
   Sonoma, CA 94576
   (415) 990-5466

2. Kirk Trostle

3. Tommy Wehe

4. Angela Loo

5. Karen K. Gowins

6. Agajanian, Inc.
   c/o Gary Agajanian
   2785 Napa Valley Corporate Drive
   Napa, CA 94558
   gary@agajanian.com

7. Susan Slocum

8. Samuel Maxwell

9. Karen Lockhart

10. Wagner Family Wines-Caymus Vineyards
    c/o Michael T. Carlson
    8700 Conn Creek Road
    Rutherford, CA 94573
    MCarlson@caymus.com

11. Gregory Wilson

Dated: February 21, 2019  ANDREW R. VARA
Acting United States Trustee, Region 3

*/s/ Timothy S. Laffredi*
TIMOTHY S. LAFFREDI
Assistant United States Trustee

AMENDED APPOINTMENT OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS – *In re PG&E Corp.*, Case No. 19-30088