January 29, 2019

RECEIVED
JAN 30 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

FILED
FEB 20 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

19-30088

Wendy A. Nathan
1033 Fruitvale Road
Lincoln, CA 95648

Honorable Judge Dennis Montali
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102

Subject: Pacific Gas and Electric Bankruptcy Filing

Dear Judge Montali,

My name is Wendy Nathan and I'm a fifty six year old native Californian.

On September 5, 2015 I was visiting the Oakland area with my family. During this visit, I fell on the sidewalk on Lakeshore Avenue. It has been determined the cause of my fall was a depressed Pacific Gas and Electric utility box that caused the surface to be uneven.

I suffered broken front teeth in the fall, plus additional superficial injuries. The damage to my mouth resulted in numerous surgeries and dental visits over the course of several years. The damage was so extensive it required some teeth to be replaced with implants- a very expensive and arduous treatment in my case. I have had over fifty medical appointments for treatment. As a matter of fact, I am still seeking treatment for these injuries. Because my injuries are dental in nature they are not covered under my medical insurance. I have limited dental insurance with a maximum of $1500 per year. To date I have incurred almost $30,000 in medical costs to restore my teeth not to mention loss of time at work.

The problem in this area was not unknown to Pacific Gas and Electric as several others had fallen and had suffered injuries that Pacific Gas and Electric subsequently paid in settlement without lawsuits being filed. Pacific Gas and Electric also received notice from the City of Oakland to repair this area. In other words, Pacific Gas and Electric was well aware of the issue prior to my falling and did nothing to remedy the problem.

I filed suit against Pacific Gas and Electric on August 30, 2017. (Alameda County case number RG17873549) and my case is scheduled for trial July 12, 2019.

After I filed suit I discovered there were others that filed suit regarding falls the same area in which I fell. (Alameda County Case Numbers RG17850563 and RG16842616). In both suits Pacific Gas and Electric accepted responsibility and reached settlement with both parties prior to going to trial.

My deposition was taken on August 10, 2018. I was finally contacted on January 4, 2019 to schedule mediation. To date, no mediation has been scheduled. I have no idea why this has taken so long. However, with Pacific Gas and Electric filing for bankruptcy protection, it looks like that mediation will never take place.

It is my understanding that with Pacific Gas and Electric filing bankruptcy, I will not be able to mediate my case and receive a settlement nor will the civil trial that was scheduled in July occur since Pacific Gas and Electric would be protected from litigation. I am caught in the middle of this and have nothing.

I am now left to pay the enormous debt I incurred, plus future treatment, on my own. Meanwhile, Pacific Gas and Electric's CEO has collected almost three million dollars in severance pay. Quite frankly, a pretty good deal considering it's coming from a company that supposedly is in dire straits financially. I can assure you if I failed to fulfill my duties at work, I would be summarily dismissed and no severance would be forthcoming.

Pacific Gas and Electric WILLINGLY left this area in disrepair and REFUSED to correct it. They are now leaving me, the victim of their carelessness, left to burden the cost. This entire ordeal has been devastating to me and my family both financially, physically and emotionally. The mere sight of their name sickens me. (You can imagine how I feel each month when I pay my utility bill.)

How can this be allowed? How can a company be so irresponsible yet still be allowed to be protected by the veil of bankruptcy- again? They have assets. They have cash. They have insurance. I believe it's time that they face reality, just as their victims have to do on a daily basis. Bankruptcy should not be a part of a company's twenty year plan as it seems to be with Pacific Gas and Electric.

I implore you to make Pacific Gas and Electric fully accountable. The people that are suffering because of their actions are far and wide. They are not deserving of protection of any kind.

Yours truly,

Wendy A. Nathan