John W. Mills, III
CA Bar No. 149861
Taylor English Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
Telephone: 770-434-6868
Facsimile: 770-434-7376
jmills@taylorenglish.com
*Attorney for BrightView Landscape Services, Inc.*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

PLEASE TAKE NOTICE that BrightView Landscape Services, Inc. ("BrightView"), a creditor and party in interest in the above-captioned chapter 11 cases, by and through its counsel, Taylor English Duma LLP, hereby enters this appearance in place of BrightView Enterprise Solutions, LLC pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, and requests that counsel listed below be added to the official mailing matrix, CM/ECF, and service lists in these chapter 11 cases. BrightView requests, pursuant to Bankruptcy Rules 2002,

3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these cases, and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, and all other matters arising herein or in any way related to these chapter 11 cases, be given and served upon Taylor English Duma LLP at the following address:

> John W. Mills, III
> Taylor English Duma LLP
> 1600 Parkwood Circle, Suite 200
> Atlanta, Georgia  30339
> Telephone:  770-434-6868
> Facsimile:  770-434-7376
> jmills@taylorenglish.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request applies to and includes not only the notices and papers referenced in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, all orders, notices and pleadings relating to any application, motion, petition, objection, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile transmission, electronic mail, telex or otherwise that (i) affects, or seeks to affect, or may potentially affect in any way, any rights or interests of any creditor or party-in-

interest in these chapter 11 cases; (ii) affects, or seeks to affect (a) the above-captioned Debtors and/or their estates or (b) property or proceeds thereof in the possession, custody, or control of others that each of the Debtors or their estates may seek to use; or (iii) requires or seeks to require any act, delivery of any property, payment or other conduct by BrightView.

**PLEASE TAKE FURTHER NOTICE** that BrightView does not, by filing this Notice of Appearance and Request for Service of Papers, nor by any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Notice of Appearance and Request for Service of Papers constitute a waiver of any of its rights: (i) to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) to trial by jury in any proceeding so triable in these cases, or any controversy or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which BrightView is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments BrightView expressly reserves.

DATED: February 21, 2019.          TAYLOR ENGLISH DUMA LLP

By: /s/ John W. Mills, III
    John W. Mills, III
    CA Bar No. 149861
    *Attorney for BrightView Landscape Services, Inc.*