

Signed and Filed: February 21, 2019

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>**PACIFIC GAS & ELECTRIC COMPANY,**<br><br>Debtors. | Bankruptcy Case<br>Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY KEITH J. CUNNINGHAM** *PRO HAC VICE* |

Keith J. Cunningham, whose business address and telephone number is Pierce Atwood LLP, 254 Commercial Street, Portland, Maine, (207)791-1100, and who is an active member in good standing of the bar of the State of Maine having applied in the above-entitled action for admission to practice in the Norther District of California on a *pro hac vice* basis, representing California Independent System Operator Corporation and California Department of Water Resources, acting under the authority and powers created by California Water Code Sections 80000 through 80270.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the

application will constitute notice to the represented party.  All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

DATED: _____

United States Bankruptcy Judge