COOPER, WHITE & COOPER LLP
PETER C. CALIFANO (SBN 129043)
　pcalifano@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:　(415) 433-1900
Facsimile:　(415) 433-5530

Attorneys for Small LEC Creditors
CALAVERAS TELEPHONE COMPANY
KERMAN TELEPHONE CO.
PINNACLES TELEPHONE CO.
THE PONDEROSA TELEPHONE CO.
SIERRA TELEPHONE COMPANY, INC.
VOLCANO TELEPHONE COMPANY
TDS TELECOM

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# [San Francisco Division]

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>　　-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　Debtors and Debtors-in-Possession.<br><br>☒ Affects all Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br><br>*All papers shall be filed in the lead case, 19-30088 (DM)* | Case No. 19-30088-DM<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

　　**PLEASE TAKE NOTICE** that Peter C. Califano of Cooper, White & Cooper LLP hereby enters his appearance as attorneys of record for CALAVERAS TELEPHONE COMPANY; KERMAN TELEPHONE CO.; PINNACLES TELEPHONE CO.; THE PONDEROSA TELEPHONE CO.; SIERRA TELEPHONE COMPANY, INC.; VOLCANO TELEPHONE

COMPANY; and TDS TELECOM, creditors herein (collectively, the "Small LEC Creditors"), pursuant to 11 U.S.C. §1109(b) and Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010 and requests that copies of all notices and papers be given to and served upon the following address:

> **Peter C. Califano, Esq.**
> Cooper, White & Cooper LLP
> 201 California Street, 17th Floor
> San Francisco, California 94111
> Telephone: (415) 433-1900
> Facsimile: (415) 433-5530
> Email: pcalifano@cwclaw.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the provisions specified above, but also includes any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, disclosure statement and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, electronically or otherwise, that is filed or given in connection with these cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any prior or later appearance, pleading, claim or suit shall waive any right of the party in interest (1) to have final orders in non-core matters entered only after de novo review by a United States District Court judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to have documents served in accordance with Federal Rule of Bankruptcy Procedure 7004 and Rule 4 of the Federal Rules of Civil Procedure, or to any other rights, claims, actions or defenses, in law, in equity, or otherwise, all of which rights, claims, actions and defenses are expressly reserved.

/ / /
/ / /
/ / /
/ / /

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

Case: 19-30088    Doc# 543    Filed: 02/21/19    Entered: 02/21/19 14:51:28    Page 2 of 3

2

| | | |
|---|---|---|
| DATED: February 21, 2019 | | COOPER, WHITE & COOPER LLP |
| | By: | /s/*Peter C. Califano* |
| | | Peter C. Califano |
| | | Attorneys for Creditors |
| | | CALAVERAS TELEPHONE COMPANY |
| | | KERMAN TELEPHONE CO. |
| | | PINNACLES TELEPHONE CO. |
| | | THE PONDEROSA TELEPHONE CO. |
| | | SIERRA TELEPHONE COMPANY, INC. |
| | | VOLCANO TELEPHONE COMPANY |
| | | TDS TELECOM |

1247615.1

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

Case: 19-30088    Doc# 543    Filed: 02/21/19    Entered: 02/21/19 14:51:28    Page 3 of 3

3