Jonathan R. Doolittle (SBN 290638)
Email: jdoolittle@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for BP Energy Company and BP Products North America Inc.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors | No.: 19-30088 DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>Date: February 27, 2019<br>Time: 9:30 a.m.<br>Place: 450 Golden Gate Ave., Ctrm 17<br><br>Honorable Hon. Dennis Montali |

## CERTIFICATE OF SERVICE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 101 Second Street, Suite 1800, San Francisco, CA 94105. On February 21, 2019, I served the following document(s) by the method indicated below:

☑ **RESERVATION OF RIGHTS BY BP ENERGY COMPANY AND BP PRODUCTS NORTH AMERICA INC. TO THE MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105, 362, 363, AND 364 AND FED. R. BANKR. P. 6003 AND 6004 TO (A) HONOR PREPETITION OBLIGATIONS TO NATURAL GAS AND ELECTRICITY EXCHANGE OPERATORS, (B) GRANT ADMINISTRATIVE EXPENSE CLAIMS AND AUTHORIZE POSTING OF COLLATERAL TO EXCHANGE OPERATORS TRADING COUNTERPARTIES, AND FUTURE COMMISSION MERCHANTS, (C) MODIFY THE AUTOMATIC STAY, AND (D) GRANT RELATED RELIEF [DOCKET NO. 15]**

☑ by ECF. Based on court rules or an agreement of the parties to accept service by electronic transmission, On February 21, 2019, I caused the document(s) to be filed via the Court's Electronic Case Filing (ECF) which to the best of my knowledge will cause links to such document(s) to be transmitted electronically to the persons at their respective notification who are registered ECF participants.

See <u>Attachment A</u> for list of ECF participants.

| | |
|---|---|
| Stephen Karotkin<br>Jessica Liou<br>Jessica.liou@weil.com<br>Matthew Goren<br>matthew.goren@weil.com<br>GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119<br><br>*Proposed Counsel for Debtor, PG&E Corporation* | Timothy S. Lafferdi<br>timothy.s.laffredi@usdoj.gov<br>Office of the U.S. Trustee<br>450 Golden Gate Avenue, Suite 05-0153 San Francisco, CA 94102<br><br>*Counsel for Acting U.S. Trustee, Andrew R. Vara* |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

| | |
|---|---|
| Paul S. Aronzon<br>paronzon@milbank.com<br>Gregory A. Bray<br>gbray@milbank.com<br>Thomas R. Kreller<br>tkreller@milbank.com<br>MILBANK LLP<br>2029 Century Park East, 33rd Flr.<br>Los Angeles, CA 90067<br><br>*Proposed Counsel for Official Committee of Unsecured Creditors* | William S. Lisa<br>wlisa@nixonpeabody.com<br>NIXON PEABODY LLP<br>One Embarcadero Center, 32nd Flr.<br>San Francisco, CA 94111<br><br>*Counsel for California Self-Insurers' Security Fund* |
| Richard C. Pedone<br>rpedone@nixonpeabody.com<br>NIXON PEABODY LLP Exchange Place<br>53 State Street<br>Boston, MA 02109-2835<br><br>*Counsel for California Self-Insurers' Security Fund* | Dennis F. Dunne<br>ddunne@milbank.com<br>Samuel A. Khalil<br>skhalil@milbank.com<br>MILBANK LLP<br>55 Hudson Yards<br>New York, NY 10001-2163<br><br>*Proposed Counsel for Official Committee of Unsecured Creditors* |
| Maximilian Ferullo<br>mferullo@nixonpeabody.com<br>NIXON PEABODY LLP<br>55 West 46th Street<br>New York, NY 10036-4120<br><br>*Counsel for California Self-Insurers' Security Fund* | Danette E. Valdez<br>danette.valdez@doj.ca.gov<br>State of California Department of Justice Office of the Attorney General<br>455 Golden Gate Avenue, Suite 11000 San Francisco, CA 94102-7004<br><br>*Counsel for California Department of Water Resources* |

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on February 21, 2019, at San Francisco, California.

/s/ Renee Pelusi
Renee Pelusi

# ATTACHMENT A
## Service List of ECF Participants

- **Dana M. Andreoli**   dandreoli@steyerlaw.com
- **Richard L. Antognini**   rlalawyer@yahoo.com, hallonaegis@gmail.com
- **Herb Baer**   hbaer@primeclerk.com, ecf@primeclerk.com
- **Todd M. Bailey**   Todd.Bailey@ftb.ca.gov
- **Kathryn E. Barrett**   keb@svlg.com, amt@svlg.com
- **Ronald S. Beacher**   rbeacher@pryorcashman.com
- **Hagop T. Bedoyan**   hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- **Peter J. Benvenutti**   pbenvenutti@kellerbenvenutti.com
- **Robert Berens**   rberens@smtdlaw.com, sr@smtdlaw.com
- **Heinz Binder**   heinz@bindermalter.com
- **W. Steven Bryant**   , molly.batiste-debose@lockelord.com
- **Christina Lin Chen**   christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- **Shawn M. Christianson**   schristianson@buchalter.com
- **Robert N.H. Christmas**   rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- **Alicia Clough**   aclough@loeb.com
- **Marc Cohen**   mscohen@loeb.com
- **Keith J. Cunningham**   , rkelley@pierceatwood.com
- **James D. Curran**   jcurran@wolkincurran.com, dstorms@wolkincurran.com
- **Jonathan S. Dabbieri**   dabbieri@sullivanhill.com, vidovich@sullivanhill.com
- **Jonathan R. Doolittle**   jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- **Jennifer V. Doran**   jdoran@hinckleyallen.com
- **David V. Duperrault**   dvd@svlg.com, edn@svlg.com
- **Kevin M. Eckhardt**   keckhardt@hunton.com, candonian@huntonak.com
- **Joseph A. Eisenberg**   JAE1900@yahoo.com
- **Sally J. Elkington**   sally@elkshep.com, ecf@elkshep.com
- **G. Larry Engel**   larry@engeladvice.com
- **Krista M. Enns**   kenns@beneschlaw.com
- **Michael P. Esser**   michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- **Richard W. Esterkin**   richard.esterkin@morganlewis.com, sue.reimers@morganlewis.com
- **Joseph Kyle Feist**   jfeistesq@gmail.com, info@norcallawgroup.net
- **James J. Ficenec**   James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- **John D. Fiero**   jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- **Kimberly S. Fineman**   kfineman@nutihart.com, nwhite@nutihart.com
- **Stephen D. Finestone**   sfinestone@fhlawllp.com
- **Jonathan Forstot**   , john.murphy@troutman.com
- **Xiyi Fu**   jackie.fu@lockelord.com, taylor.warren@lockelord.com
- **Larry W. Gabriel**   lgabriel@bg.law, nfields@bg.law
- **Gregg M. Galardi**   gregg.galardi@ropesgray.com
- **Richard L. Gallagher**   richard.gallagher@ropesgray.com
- **Janet D. Gertz**   jgertz@btlaw.com, amattingly@btlaw.com
- **Barry S. Glaser**   bglaser@swesq.com
- **Gabriel I. Glazer**   gglazer@pszjlaw.com
- **Gabrielle Glemann**   gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- **Eric D. Goldberg**   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Richard H. Golubow**   rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- **Mark A. Gorton**   mgorton@boutinjones.com, cdomingo@boutininc.com
- **Mark A. Gorton**   mgorton@boutininc.com, cdomingo@boutininc.com
- **Debra I. Grassgreen**   dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- **Stuart G. Gross**   sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

- **Oren Buchanan Haker**   oren.haker@stoel.com, rene.alvin@stoel.com
- **Robert G. Harris**   rob@bindermalter.com
- **Christopher H. Hart**   chart@nutihart.com, nwhite@nutihart.com
- **Bryan L. Hawkins**   bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- **Christopher V. Hawkins**   hawkins@sullivanhill.com, bkstaff@sullivanhill.com
- **Jan M Hayden**   jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- **Jennifer C. Hayes**   jhayes@fhlawllp.com
- **Stephen E. Hessler, P.C.**   , jozette.chong@kirkland.com
- **James P. Hill**   hill@sullivanhill.com, bkstaff@sullivanhill.com
- **Michael R. Hogue**   hoguem@gtlaw.com, frazierl@gtlaw.com
- **David Holtzman**   david.holtzman@hklaw.com
- **Marsha Houston**   mhouston@reedsmith.com, hvalencia@reedsmith.com
- **Brian D. Huben**   hubenb@ballardspahr.com
- **Jonathan Hughes**   jonathan.hughes@aporter.com, jane.rustice@aporter.com
- **Michael A. Isaacs**   Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- **Mark V. Isola**   mvi@sbj-law.com
- **J. Eric Ivester**   , Andrea.Bates@skadden.com
- **Ivan C. Jen**   ivan@icjenlaw.com
- **Chris Johnstone**   chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- **Gregory K. Jones**   GJones@dykema.com, cacossano@dykema.com
- **Roberto J. Kampfner**   rkampfner@whitecase.com, mco@whitecase.com
- **Robert B. Kaplan**   rbk@jmbm.com
- **Eve H. Karasik**   ehk@lnbyb.com
- **Tobias S. Keller**   tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- **Lynette C. Kelly**   lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- **Gerald P. Kennedy**   gerald.kennedy@procopio.com, laj@procopio.com
- **Samuel M. Kidder**   skidder@ktbslaw.com
- **Marc Kieselstein**   , carrie.oppenheim@kirkland.com
- **Jane Kim**   jkim@kellerbenvenutti.com
- **Thomas F. Koegel**   tkoegel@crowell.com
- **Andy S. Kong**   kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- **Alan W. Kornberg**   , akornberg@paulweiss.com
- **Jeffrey C. Krause**   jkrause@gibsondunn.com, psantos@gibsondunn.com
- **Lindsey E. Kress**   lkress@lockelord.com, autodocket@lockelord.com
- **Michael Thomas Krueger**   michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- **Richard A. Lapping**   rich@trodellalapping.com
- **Matthew A. Lesnick**   matt@lesnickprince.com, jmack@lesnickprince.com
- **David B. Levant**   david.levant@stoel.com, rene.alvin@stoel.com
- **Andrew H. Levin**   alevin@wcghlaw.com, vcorbin@wcghlaw.com
- **Jonathan A. Loeb**   jon.loeb@bingham.com
- **John William Lucas**   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Jane Luciano**   jane-luciano@comcast.net
- **Kerri Lyman**   klyman@irell.com, lgauthier@irell.com
- **John H. MacConaghy**   macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- **Iain A. Macdonald**   iain@macfern.com, ecf@macfern.com
- **Samuel R. Maizel**   samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- **Adam Malatesta**   adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- **Michael W. Malter**   michael@bindermalter.com
- **Geoffrey E. Marr**   gemarr59@hotmail.com, pamses@yahoo.com
- **David P. Matthews**   jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- **Hugh M. McDonald**   , john.murphy@troutman.com
- **C. Luckey McDowell**   luckey.mcdowell@bakerbotts.com
- **Frank A. Merola**   lacalendar@stroock.com, mmagzamen@stroock.com
- **Matthew D. Metzger**   belvederelegalecf@gmail.com
- **M. David Minnick**   dminnick@pillsburylaw.com, docket@pillsburylaw.com
- **Thomas C. Mitchell**   tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com

- **John A. Moe**   john.moe@dentons.com, glenda.spratt@dentons.com
- **David W. Moon**   lacalendar@stroock.com, mmagzamen@stroock.com
- **Courtney L. Morgan**   morgan.courtney@pbgc.gov
- **Joshua D. Morse**   Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- **Thomas G. Mouzes**   tmouzes@boutinjones.com, cdomingo@boutininc.com
- **Peter S. Munoz**   pmunoz@reedsmith.com, gsandoval@reedsmith.com
- **Michael S. Myers**   myersms@ballardspahr.com, hartt@ballardspahr.com
- **David L. Neale**   dln@lnbrb.com
- **David L. Neale**   dln@lnbyb.com
- **David Neier**   dneier@winston.com
- **Melissa T. Ngo**   ngo.melissa@pbgc.gov, efile@pbgc.gov
- **Gregory C. Nuti**   gnuti@nutihart.com, nwhite@nutihart.com
- **Abigail O'Brient**   aobrient@mintz.com, docketing@mintz.com
- **Office of the U.S. Trustee / SF**   USTPRegion17.SF.ECF@usdoj.gov
- **Aram Ordubegian**   Ordubegian.Aram@ArentFox.com
- **Gabriel Ozel**   Gabriel.Ozel@troutman.com, tsinger@houser-law.com
- **Amy S. Park**   amy.park@skadden.com, alissa.turnipseed@skadden.com
- **Donna Taylor Parkinson**   donna@parkinsonphinney.com
- **Peter S. Partee**   , candonian@huntonak.com
- **Paul J. Pascuzzi**   ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- **Kenneth Pasquale**   , mlaskowski@stroock.com
- **Valerie Bantner Peo**   vbantnerpeo@buchalter.com
- **Danielle A. Pham**   danielle.pham@usdoj.gov
- **Thomas R. Phinney**   tom@parkinsonphinney.com
- **R. Alexander Pilmer**   alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- **M. Ryan Pinkston**   rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- **Estela O. Pino**   epino@epinolaw.com, staff@epinolaw.com
- **Mark D. Poniatowski**   ponlaw@ponlaw.com
- **Christopher E. Prince**   cprince@lesnickprince.com
- **Douglas B. Provencher**   dbp@provlaw.com
- **Lary Alan Rappaport**   lrappaport@proskauer.com, PHays@proskauer.com
- **Justin E. Rawlins**   jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- **Jack A. Reitman**   jareitman@lgbfirm.com, srichmond@lgbfirm.com
- **Emily P. Rich**   erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Christopher O. Rivas**   crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Daniel Robertson**   robertson.daniel@pbgc.gov, efile@pbgc.gov
- **Lacey Rochester**   lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- **Gregory A. Rougeau**   grougeau@brlawsf.com
- **Nanette D. Sanders**   nanette@ringstadlaw.com, becky@ringstadlaw.com
- **Sunny S. Sarkis**   sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- **Sunny S. Sarkis**   , dawn.forgeur@stoel.com
- **David B. Shemano**   dshemano@pwkllp.com
- **James A. Shepherd**   jim@elkshep.com, ecf@elkshep.com
- **Wayne A. Silver**   w_silver@sbcglobal.net, ws@waynesilverlaw.com
- **Dania Slim**   dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- **Alan D. Smith**   adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- **Jan D. Sokol**   jdsokol@lawssl.com, dwright@lawssl.com
- **Bennett L. Spiegel**   blspiegel@jonesday.com
- **Michael St. James**   ecf@stjames-law.com
- **David M. Stern**   dstern@ktbslaw.com
- **Brad T. Summers**   tsummers@balljanik.com, swylen@balljanik.com
- **Meagan S. Tom**   Meagan.tom@lockelord.com, autodocket@lockelord.com
- **Edward Tredinnick**   etredinnick@grmslaw.com
- **Matthew Jordan Troy**   matthew.troy@usdoj.gov
- **Shmuel Vasser**   shmuel.vasser@dechert.com, brett.stone@dechert.com
- **Victor A. Vilaplana**   vavilaplana@foley.com, rhurst@foley.com

- **Marta Villacorta**   marta.villacorta@usdoj.gov
- **John A. Vos**   InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- **Riley C. Walter**   ecf@W2LG.com
- **Philip S. Warden**   philip.warden@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- **Genevieve G. Weiner**   gweiner@gibsondunn.com
- **Joseph M. Welch**   jwelch@buchalter.com, dcyrankowski@buchalter.com
- **Eric R. Wilson**   kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- **Kimberly S. Winick**   kwinick@clarktrev.com, knielsen@clarktrev.com
- **Rebecca J. Winthrop**   rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- **David Wirt**   david.wirt@hklaw.com, denise.harmon@hklaw.com
- **Ryan A. Witthans**   rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- **Andrea Wong**   wong.andrea@pbgc.gov, efile@pbgc.gov
- **Christopher Kwan Shek Wong**   christopher.wong@arentfox.com
- **Kirsten A. Worley**   kw@wlawcorp.com, admin@wlawcorp.com
- **Andrew Yaphe**   andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com
- **Brittany Zummer**   bzummer@theadlerfirm.com, nfournier@theadlerfirm.com