

**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:  (212) 310-8000
Fax:  (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:  (415) 496-6723
Fax:  (415) 636-9251

**Signed and Filed: February 21, 2019**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

*Proposed Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                         Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>**All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**ORDER GRANTING STIPULATION BETWEEN DEBTORS AND AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS OF PACIFIC GAS AND ELECTRIC CO. EXTENDING TIME TO RESPOND TO NOL MOTION TO BE HEARD ON FEBRUARY 27, 2019**<br><br>[No Hearing Requested] |

The Court having considered the *Stipulation Between Debtors and the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Co. Extending Time to Respond to Motions Set for Hearing on February 27, 2019* ("Stipulation"), entered into by PG&E Corporation ("PG&E Corp.") and Pacific Gas and Electric Company (the "Utility"), as debtors and debtors in possession (collectively, the "Debtors"), on the one hand, and the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Co. (the "Ad Hoc Committee of Senior Unsecured Noteholders"), on the other hand, filed on February 21, 2019; and, pursuant to such stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED:

1. The time for the Ad Hoc Committee of Senior Unsecured Noteholders to file and serve any response or opposition to the NOL Motion (as defined in the Stipulation) be extended up to and including 4:00 p.m. (Pacific Standard Time) on February 22, 2019.

APPROVED AS TO FORM AND CONTENT:

Dated: February 21, 2019

AKIN GUMP STRAUSS HAUER & FELD LLP

By   */s/ Ashley Vinson Crawford*
    Ashley Vinson Crawford

*Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*

\*\*\* END OF ORDER\*\*\*