LOCKE LORD LLP
Aaron C. Smith (IL SBN 6282131)
asmith@lockelord.com
111 South Wacker Drive, Suite 4100
Chicago, IL 60606
Telephone: (312) 443-0700
Fax: (312) 443-0336

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY

Debtor(s).

Case No. 19-30088
Chapter 11

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, __Aaron C. Smith__, an active member in good standing of the bar of __Illinois__, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing __California Insurance Guarantee Assocation__ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Lindsey E. Kress (SBN 278213)

Locke Lord LLP, 101 Montgomery Street, Suite 4100, San Francisco, CA 94104

(415) 318-8810

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/14/19

Aaron C. Smith