Caroline A. Reckler
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
(312) 876-7700

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY<br><br>Debtor(s). | Case No. 19-30088 (Main)<br>Case No. 19-30089 (Jointly Administered)<br>Chapter: 11<br><br>APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, __Caroline A. Reckler__, an active member in good standing of the bar of __Illinois__, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing __Dynegy Marketing and Trade, LLC__ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: __Adam E. Malatesta, Latham & Watkins, LLP, 355 S. Grand Avenue, Suite 100, Los Angeles, California, 90071; (213) 485-1234__.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __February 21, 2019__                    /s/ Caroline A. Reckler

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Caroline Ann Reckler

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/08/2001 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 19th day of February, 2019.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois