RUTAN & TUCKER, LLP
Roger F. Friedman (State Bar No. 186070)
rfriedman@rutan.com
Philip J. Blanchard (State Bar No. 192378)
pblanchard@rutan.com
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone:  714-641-5100
Facsimile:  714-546-9035

Attorneys for Creditor ARB, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

PG&E CORPORATION

and

PACIFIC GAS AND ELECTRIC COMPANY

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors.

Case No. 19-30088 DM (Lead Case)

(Jointly Administered with Case No. 19-30089 DM)

Chapter 11

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

**PLEASE TAKE NOTICE THAT**, Rutan & Tucker, LLP, attorneys for creditor ARB, Inc. ("ARB"), hereby files this Notice of Appearance and Request for Special Notice pursuant to section 1109(b) of title 11 of the United States Code ("Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure ("F.R.B.P.").

**PLEASE TAKE FURTHER NOTICE THAT**, ARB requests that all notices given or required to be given and all papers served or required to be served in these cases, in accordance with Rules 2002(a)(1) through (a)(7), 2002(b), and 9007 of the F.R.B.P., sections 102(1) and 342(a) of the Bankruptcy Code, the Local Bankruptcy Rules, and any order(s) of the Court limiting notice in these cases, be given to and served upon ARB's counsel at the following address and telephone number:

> ARB, INC.
> c/o Roger F. Friedman, Esq. and
>   Philip J. Blanchard, Esq.
> RUTAN & TUCKER, LLP
> 611 Anton Boulevard, Fourteenth Floor
> Costa Mesa, California 92626
> Telephone: (714) 641-5100
> Facsimile: (714) 546-9035
> E-Mail: rfriedman@rutan.com
>    pblanchard@rutan.com

**PLEASE TAKE FURTHER NOTICE THAT**, the foregoing request includes not only the notices and papers referred to in the rules, statutes, and order(s) specified above, but also includes, without limitation, bankruptcy schedules and statements of financial affairs and any amendments thereto, notices and orders regarding any applications, motions, petitions, pleadings, requests, complaints, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, overnight delivery, personal service, telephone, telegraph, telex, facsimile, or otherwise.

This Notice of Appearance and Request for Special Notice shall not be deemed or construed to be a waiver of the rights of ARB, including, without limitation (1) to have final orders in non-core matters entered only after de novo review by the District Court, (2) to trial by jury in any proceedings so triable in this case or any case, controversy, or

-1- NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, liens, setoffs, or recoupments to which ARB is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, liens, setoffs, and recoupments are hereby expressly reserved.

Dated: February 21, 2019

RUTAN & TUCKER, LLP
ROGER F. FRIEDMAN
PHILIP J. BLANCHARD

By: _____
Roger F. Friedman
Attorneys for Creditor ARB, INC.

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE
-2-