OREN B. HAKER (*pro hac vice*)
DAVID B. LEVANT (*pro hac vice*)
GABRIELLE GLEMANN (*pro hac vice*)
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.386.7530
Facsimile: 206.386.7500
gabrielle.glemann@stoel.com

*Attorneys for Party in Interest*
*Enel Green Power North America, Inc.*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>   - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>        Debtors. | Bankruptcy Case<br>No. 19 - 30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Hearing Date: **March 12, 2019**<br>Time: **9:30 a.m.**<br>Courtroom: Hon. Dennis Montali<br>      450 Golden Gate Avenue<br>      16th Floor, Courtroom 17<br>      San Francisco, CA 94102<br><br>Objections Due: **March 5, 2019, 4 p.m.** |

     I, René A. Alvin, hereby declare that I am employed in the State of Oregon, County of Multnomah. I am over the age of 18 years and not a party to the within titled action. My business address is 760 SW Ninth Avenue, Suite 3000, Portland, Oregon 97205.

     I hereby certify that on February 19, 2019, a true and correct copy of each of the following:

    1.    Motion and Memorandum of Enel Green Power North America for Entry of an Order Confirming Safe Harbor Protection Under 11 U.S.C. §§ 362(b)(6) and 556;

2. Enel Green Power North America's Motion Under 11 U.S.C. §§ 105(a) and 107(b) and FRBP 9018 for Entry of an Order Authorizing the Filing of Certain Contracts and Related Filings Under Seal;
3. Declaration of Giovanni Bertolino in Support of Enel Green Power North America's (I) Motion for Entry of an Order Confirming Safe Harbor Protection Under 11 U.S.C. §§ 362(b)(6) and 556; and (II) Motion to File Under Seal;
4. Notice of Hearing on Enel Green Power North America's (I) Motion to Confirm Safe Harbor Protection Under 11 U.S.C. §§ 362(b)(6) and 556; and (II) Motion to File Under Seal; and
5. Relief from Stay Cover Sheet

was electronically filed with the United States Bankruptcy Court for the Northern District of California CM/ECF filing system.

I further certify that on February 21, 2019, that I caused a true and correct copy of each of the above documents to be mailed via first class mail, postage pre-paid, to each party listed on attached Exhibit A.

I declare under penalty of perjury under the laws of the United States of America and the State of Oregon that the foregoing is true and correct

DATED this 21st day of February, 2019 at Portland, Oregon.

STOEL RIVES LLP

_____
René A. Alvin
Stoel Rives LLP
760 SW Ninth, Suite 3000
Portland, OR 97205
(503) 294-9845

-2-

**Exhibit A**

**[Core / 2002 Service List as of 2/20/2019]**

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for for Mirna Trettevik, including other Fire Victim Tort Claimants | ADLER LAW GROUP, APLC | Attn: E. Elliot Adler, Geoffrey E. Marr, Brittany S. Zummer | 402 West Broadway | Suite 860 | San Diego | CA | 92101 | | 619-531-8700 | 619-342-9600 | EAdler@TheAdlerFirm.com<br>gemarr59@hotmail.com<br>bzummer@TheAdlerFirm.com |
| Counsel for Aera Energy LLC, Midway Sunset Congeneration Company | Aera Energy LLC | Attn: Ron A. Symm | 10000 Ming Avenue | | Bakersfield | CA | 93311 | | 661-665-5791 | | RASymm@aeraenergy.com |
| Top 50 Unsecured Creditors | ARB Inc. | Attn: Leah Panlilio | 26000 Commercentre Dr. | | Lake Forest | CA | 92630 | | 949-598-9242 | 949-595-5526 | contractssf@prim.com |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | ARENT FOX LLP | Attn: Andrew I. Silfen, Beth M. Brownstein, Jordana L. Renert | 1301 Avenue of the Americas | 42nd Floor | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Andrew.Silfen@arentfox.com<br>Beth.Brownstein@arentfox.com<br>Jordana.Renert@arentfox.com |
| Counsel for Genesys Telecommunications Laboratories Inc. | Arent Fox LLP | Attn: Andy S. Kong and Christopher K.S. Wong | 555 West Fifth Street | 48th Floor | Los Angeles | CA | 90013-1065 | | 213-629-7400 | 213-629-7401 | andy.kong@arentfox.com<br>christopher.wong@arentfox.com |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | ARENT FOX LLP | Attn: Aram Ordubegian | 555 West Fifth Street | 48th Floor | Los Angeles | CA | 90013-1065 | | 213-629-7400 | 213-629-7401 | Aram.Ordubegian@arentfox.com |
| Counsel for NRG Energy Inc., Clearway Energy, Inc., and Clearway Energy Group LLC | Baker Botts L.L.P. | Attn: C. Luckey McDowell, Ian E. Roberts, Kevin Chiu | 2001 Ross Avenue | Suite 1000 | Dallas | TX | 75201 | | 214-953-6500 | | Luckey.Mcdowell@BakerBotts.com<br>Ian.Roberts@BakerBotts.com<br>Kevin.Chiu@BakerBotts.com |
| Counsel for NRG Energy Inc., Clearway Energy, Inc., and Clearway Energy Group LLC | Baker Botts L.L.P. | Attn: Navi S. Dhillon | 101 California Street | Suite 3600 | San Francisco | CA | 94111 | | 415-291-6200 | | Navi.Dhillon@BakerBotts.com |
| Counsel for Phillips and Jordan | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: John H. Rowland | 211 Commerce Street | Suite 800 | Nashville | TN | 37201 | | 615-726-5544 | 615-744-5544 | jrowland@bakerdonelson.com |
| Counsel for Phillips and Jordan, Inc., Counsel for APTIM, Counsel for TTR Substations, Inc., Counsel for Snelson Companies, Inc. | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: Lacey E. Rochester, Jan M. Hayden | 201 St. Charles Avenue, Suite 3600 | | New Orleans | LA | 70170 | | 504-566-5292; 504-566-5200 | 504-636-4000 | lrochester@bakerdonelson.com<br>jhayden@bakerdonelson.com |
| URENCO Limited and Louisiana Energy Services, LLC | Ballard Spahr LLP | Attn: Brian D. Huben | 2029 Century Park East | Suite 800 | Los Angeles | CA | 90067-2909 | | 424-204-4353 | 424-204-4350 | hubenb@ballardspahr.com |
| Counsel for Realty Income Corp., Counsel for Discovery Hydrovac | BALLARD SPAHR LLP | Attn: Craig Solomon Ganz, Michael S. Myers | 1 East Washington Street | Suite 2300 | Phoenix | AZ | 85004-2555 | | | | ganzc@ballardspahr.com<br>myersms@ballardspahr.com |
| URENCO Limited and Louisiana Energy Services, LLC | Ballard Spahr LLP | Attn: Matthew G. Summers | 919 North Market Street | 11th Floor | Wilmington | DE | 19801 | | 302-252-4428 | 410-361-8930 | summersm@ballardspahr.com |
| Counsel for Bank of America, N.A. | Bank of America | Attn: John McCusker | Mail Code: NY1-100-21-01 | One Bryant Park | New York | NY | 10036 | | 646-855-2464 | | John.mccusker@bami.com |
| Top 50 Unsecured Creditors | Bank of America | Attn: Patrick Boultinghouse | NY1-199-22-00, 1 Bryant Park, 22nd Floor | | New York | NY | 10036 | | 646-855-4576 | 214-290-8374 | Patrick.boultinghouse@baml.com<br>jacob.m.carson@baml.com<br>maggie.halleland@baml.com<br>john.mccusker@baml.com |
| Top 50 Unsecured Creditors | Bank of New York Mellon | Attn: Raymond Torres | 400 South Hope Street, Suite 500 | | Los Angeles | CA | 90071 | | 213-630-6175 | 213-630-6298 | raymond.torres@bnymellon.com |
| Top 50 Unsecured Creditors | Bank of New York Mellon | Attn: Timothy J. Marchando | 500 Grant Street, BNY Mellon Center | Suite 410 | Pittsburgh | PA | 15258 | | 412-236-4788 | 412-236-1928 | timothy.marchando@bnymellon.com |
| Counsel for Creditors Public Entities Impacted by the Wildfires | Baron & Budd, P.C. | Attn: Scott Summy, John Fiske | 3102 Oak Lawn Avenue #1100 | | Dallas | TX | 75219 | | 214-521-3605 | | ssummy@baronbudd.com<br>jfiske@baronbudd.com |
| Counsel for Dan Clarke | BELVEDERE LEGAL, PC | Attn: Matthew D. Metzger | 1777 Borel Place | Suite 314 | San Mateo | CA | 94402 | | 415-513-5980 | 415-513-5985 | belvederelegalecf@gmail.com |
| Counsel for Infosys Limited, Counsel for ACRT, Inc. | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | Attn: Kevin M. Capuzzi, Michael J. Barrie | 222 Delaware Avenue | Suite 801 | Wilmington | DE | 19801 | | 302-442-7010 | 302-442-7012 | kcapuzzi@beneschlaw.com<br>mbarrie@beneschlaw.com |
| Counsel for Infosys Limited, Counsel for ACRT, Inc. | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | Attn: Krista M. Enns | 555 California Street | Suite 4925 | San Francisco | CA | 94104 | | 415-659-7924 | 312-767-9192 | kenns@beneschlaw.com |
| Counsel for ChargePoint, Inc. | BINDER & MALTER, LLP | Attn: Michael W. Malter, Robert G. Harris | 2775 Park Avenue | | Santa Clara | CA | 95050 | | 408-295-1700 | 408-295-1531 | Michael@bindermalter.com<br>Rob@bindermalter.com |
| Counsel for Creditor and Party-in-Interest Sonoma Clean Power Authority | Boutin Jones Inc. | Attn: Mark Gorton | 555 Capital Mall | Suite 1500 | Sacramento | CA | 95814 | | | | mgorton@boutinjones.com |
| Counsel for MDR Inc. (dba Accu-Bore Directional Drilling), Veteran Power, Inc. | Brothers Smith LLP | Attn: Mark V. Isola | 2033 N. Main Street | Suite 720 | Walnut Creek | CA | 94596 | | 925-944-9700 | 925-944-9701 | misola@brotherssmithlaw.com |
| Counsel to Frase Enterprises, Inc. dba Kortick Manufacturing Company | Brunetti Rougeau LLP | Attn: Gregory A. Rougeau | 235 Montgomery Street | Suite 410 | San Francisco | CA | 94104 | | 415-992-8940 | 415-992-8915 | grougeau@brlawsf.com |
| Counsel for California Community Choice Association, Counsel for Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Valerie Bantner Peo, Shawn M. Christianson | 55 Second Street | 17th Floor | San Francisco | CA | 94105-3493 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com<br>vbantnerpeo@buchalter.com |
| California Public Utilities Commission | California Public Utilities Commission | Attn: Arocles Aguilar | 505 Van Ness Avenue | | San Francisco | CA | 94102 | | 415-703-2015 | 415-703-2262 | arocles.aguilar@cpuc.ca.gov |
| Counsel to Chevron Products Company, a division of Chevron U.S.A. Inc. | CHEVRON PRODUCTS COMPANY, A DIVISION OF CHEVRON U.S.A. INC. | Attn: Melanie Cruz, M. Armstrong | 6001 Bollinger Canyon Road | T2110 | San Ramon | CA | 94583 | | | | melaniecruz@chevron.com<br>marmstrong@chevron.com |
| Top 50 Unsecured Creditors | Citibank, N.A. | Attn: Amit Vasani | 388 Greenwich Street | | New York | NY | 10013 | | 212-816-4166 | 646-291-1685 | amit.vasani@citi.com |
| Interested Party California Community Choice Association | Clark & Trevithick | Attn: Kimberly S. Winick | 800 Wilshire Boulevard | 12th Floor | Los Angeles | CA | 90017 | | 213-629-5700 | 213-624-9441 | kwinick@clarktrev.com |
| Counsel for BlueMountain Capital Management, LLC | Cleary Gottlieb Sheen & Hamilton LLP | Attn: Lisa Schweitzer, Margaret Schierberl | One Liberty Plaza | | New York | NY | 10006 | | 212-255-2000 | 212-225-3999 | lschweitzer@cgsh.com<br>mschierberl@cggsh.com |
| Counsel for Fire Victim Creditors | COREY, LUZAICH, DE GHETALDI & RIDDLE LLP | Attn: Dario de Ghetaldi, Amanda L. Riddle, Steven M. Berki, Sumble Manzoor | 700 El Camino Real | PO Box 669 | Millbrae | CA | 94030-0669 | | 650-871-5666 | 850-871-4144 | def@coreylaw.com<br>alr@coreylaw.com<br>smb@coreylaw.com<br>sm@coreylaw.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Cotchett, Pitre & Mccarthy, LLP | Attn: Frank M. Pitre, Alison E. Cordova, Abigail D. Blodgett | San Francisco Airport Office Center | 840 Malcolm Road, Suite 200 | Burlingame | CA | 94010 | | 650-697-6000 | 650-697-0577 | fpitre@cpmlegal.com acordova@cpmlegal.com ablodgett@cpmlegal.com |
| Counsel for Creditors and Parties-in-Interest NEXANT | Crowell & Moring LLP | Attn: Monique D. Almy | 1001 Pennsylvania Avenue, N.W. | | Washington | DC | 20004 | | 415-986-2827 | 202-628-5116 | malmy@crowell.com |
| Counsel for Creditors and Parties-in-Interest NEXANT | Crowell & Moring LLP | Attn: Thomas F. Koegel | 3 Embarcadero Center | 26th Floor | San Francisco | CA | 94111 | | 415-986-2800 | 202-624-2935 | tkoegel@crowell.com |
| Counsel for Fire Victim Creditors | DANKO MEREDITH | Attn: Michael S. Danko, Kristine K. Meredith, Shawn R. Miller | 333 Twin Dolphin Drive | Suite 145 | Redwood Shores | CA | 94065 | | 650-453-3600 | 650-394-8672 | mdanko@dankolaw.com kmeredith@dankolaw.com smiller@dankolaw.com |
| Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | Attn: Andrew D. Yaphe | 1600 El Comino Real | | Menlo Park | CA | 94025 | | 650-752-2000 | 650-752-2111 | andrew.yaphe@davispolk.com |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities, Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | 450 Lexington Avenue | | New York | NY | 10017 | | 212-450 4331 | 212-701-5331 | eli.vonnegut@davispolk.com david.schiff@davispolk.com timothy.graulich@davispolk.com |
| Creditor and Counsel to Debra Grassgreen | Debra Grassgreen | Attn: Karl Knight | 1339 Pearl Street | Suite 201 | Napa | CA | 94558 | | | | dgrassgreen@gmail.com |
| Counsel to Southwire Company LLC | Dentons US LLP | Attn: Bryan E. Bates, Esq. | 303 Peachtree St., NE, Suite 5300 | | Atlanta | GA | 30308 | | 404-527-4073 | 404-527-4198 | bryan.bates@dentons.com |
| Counsel for Capital Power Corporation and Halkirk I Wind Project LP | Dentons US LLP | Attn: John A. Moe, II | 601 S. Figueroa Street | Suite 2500 | Los Angeles | CA | 90017-5704 | | 213-623-9300 | 213-623-9924 | john.moe@dentons.com |
| Counsel for Capital Power Corporation and Halkirk I Wind Project LP | Dentons US LLP | Attn: Lauren Macksoud | 1221 Avenue of the Americas | | New York | NY | 10020-1089 | | 212-768-5347 | | Lauren.macksoud@dentons.com |
| Counsel to Southwire Company LLC | Dentons US LLP | Attn: Michael A. Isaacs, Esq. | One Market Plaza, Spear Tower, 24th Floor | | San Francisco | CA | 94105 | | 415-356-4614 | 415-267-4198 | michael.isaacs@dentons.com |
| Counsel for Capital Power Corporation and Halkirk I Wind Project LP | Dentons US LLP | Attn: Oscar N. Pinkas | 1221 Avenue of the Americas | | New York | NY | 10020-1089 | | 212-768-6701 | | oscar.pinkas@dentons.com |
| Counsel to Southwire Company LLC | Dentons US LLP | Attn: Samuel R. Maizel, Esq. | 601 S. Figueroa Street | Suite 2500 | Los Angeles | CA | 90017-5704 | | 213-623-9300 | 213-623-9924 | samuel.maizel@dentons.com |
| Top 50 Unsecured Creditors | Deutsche Bank | Attn: Kathryn Fischer | 100 Plaza One, 8th Floor | MS JCY03-0801 | Jersey City | NJ | 07311 | | 201-593-2238 | 732-578-4635 | kathryn.fischer@db.com |
| Counsel for Ad Hoc Committee of Unsecured Tort Claimant Creditors | DLA PIPER LLP (US) | Attn: Eric Goldberg, David Riley | 2000 Avenue of the Stars | Suite 400 North Tower | Los Angeles | CA | 90067-4704 | | 310-595-3000 | 310-595-3300 | david.riley@dlapiper.com eric.goldberg@dlapiper.com |
| Counsel for Ad Hoc Committee of Unsecured Tort Claimant Creditors | DLA PIPER LLP (US) | Attn: Joshua D. Morse | 555 Mission Street | Suite 2400 | San Francisco | CA | 94105-2933 | | 415-836-2500 | 415-836-2501 | joshua.morse@dlapiper.com |
| Counsel for Honeywell International Inc. and Elster American Meter Company, LLC | Dykema Gossett LLP | Attn: Gregory K. Jones | 333 South Grand Avenue, Suite 2100 | | Los Angeles | CA | 90071 | | 213-457-1800 | 213-457-1850 | gjones@dykema.com |
| Counsel for East Bay Community Energy Authority | East Bay Community Energy Authority | Attn: Leah S. Goldberg | 1111 Broadway | 3rd Floor | Oakland | CA | 94607 | | 510-838-5266 | | lgoldberg@ebce.org |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | EDP Renewables North America LLC | Attn: Leslie A. Freiman, Randy Sawyer | 808 Travis | Suite 700 | Houston | TX | 77002 | | 713-265-0350 | 713-265-0365 | Leslie.Freiman@edpr.com Randy.Sawyer@edpr.com |
| Counsel for W. Bradley Electric, Inc. | Elkington Shepherd LLP | Attn: Sally J. Elkington, James A. Shepherd | 409 - 13th Street | 10th Floor | Oakland | CA | 94612 | | 510-465-0404 | 510-465-0202 | sally@elkshep.com jim@elkshep.com |
| Counsel for Creditor and Party-in-Interest Sonoma Clean Power Authority | Engel Law, P.C. | Attn: G. Larry Engel | 12116 Horseshoe Lane | | Nevada City | CA | 94123 | | | | larry@engeladvice.com |
| Federal Energy Regulatory Commission | Federal Energy Regulatory Commission | Attn: General Counsel | 888 First St NE | | Washington | DC | 20426 | | | | |
| Aggreko, MCE Corporation, Nor-Cal Pipeline Services, and Roebbelen Contracting, Inc. | Finestone Hayes LLP | Attn: Stephen D. Finestone, Jennifer C. Hayes | 456 Montgomery St. | 20th Floor | San Francisco | CA | 94104 | | 415-421-2624; 415-616-0466; 415-481-5481 | | sfinestone@fhlawllp.com jhayes@fhlawllp.com rwitthans@fhlawllp.com |
| Counsel for Michels Corporation | FOLEY & LARDNER LLP | Attn: Erika L. Morabito, Brittany J. Nelson | 3000 K Street, NW, Suite 600 | | Washington | DC | 20007-5109 | | 202-672-5300 | 202-672-5399 | emorabito@foley.com bnelson@foley.com |
| Counsel for Michels Corporation | FOLEY & LARDNER LLP | Attn: Victor A. Vilaplana | 3579 Valley Centre Drive, Suite 300 | | San Diego | CA | 92130 | | 858-847-6759 | 858-792-6773 | vavilaplana@foley.com |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | FREDERIC DORWART, LAWYERS PLLC | Attn: Samuel S. Ory | 124 East Fourth Street | | Tulsa | OK | 74103-5010 | | 918-583-9922 | 918-583-8251 | sory@fdlaw.com |
| Official Committee of Unsecured Creditors | G4S Secure Solutions (USA) Inc. and G4S Secure Integration LLC | Attn: Joseph Schwaderer, CFO | 1395 University Blvd | | Jupiter | FL | 33458 | | | | Joseph.schwaderer@usa.g4s.com |
| Counsel for Itron, Inc. | GELLERT SCALI BUSENKELL & BROWN, LLC | Attn: Michael Busenkell | 1201 N. Orange St. | Suite 300 | Wilmington | DE | 19801 | | 302-425-5800 | 302-425-5814 | mbusenkell@gsbblaw.com |
| Counsel for Fire Victim Creditors | GIBBS LAW GROUP | Attn: Eric Gibbs, Dylan Hughes | 505 14th Street, Suite 1110 | | Oakland | CA | 94612 | | 510-350-9700 | 510-350-9701 | ehg@classlawgroup.com dsh@classlawgroup.com |
| Counsel for Topaz Solar Farms LLC | Gibson, Dunn & Crutcher LLP | Attn: Jeffrey C. Krause, Genevieve G. Weiner | 333 South Grand Avenue | | Los Angeles | CA | 90071-3197 | | 213-229-7000 | 213-229-7520 | Gweiner@gibsondunn.com Jkrause@gibsondunn.com |
| Counsel for Topaz Solar Farms LLC | Gibson, Dunn & Crutcher LLP | Attn: Michael A. Rosenthal, Alan Moskowitz | 200 Park Avenue | | New York | NY | 10166-0193 | | 212-351-4000 | 212-351-4035 | Mrosenthal@gibsondunn.com Amoskowitz@gibsondunn.com |
| Counsel for Ruby Pipeline, L.L.C. | GREENBERG TRAURIG, LLP | Attn: Michael Hogue | 4 Embarcadero Center | Suite 3000 | San Francisco | CA | 94111 | | 415-655-1300 | 415-707-2010 | hoguem@gtlaw.com |

In re: PG Corporation, *et al.*
Core/2002 Service List
Case No. 19-30088

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | Greene Radovsky Maloney Share & Hennigh LLP | Attn: Edward J. Tredinnick | Four Embarcadero Center | Suite 4000 | San Francisco | CA | 94111-4106 | | 415-981-1400 | 415-777-4961 | etredinnick@greeneradovsky.com |
| Counsel for San Francisco Herring Association, Counsel for for Dan Clarke, Counsel for Aida and Ramiro Rodriguez, Counsel for Todd and Adelina McNeive | GROSS & KLEIN LLP | Attn: Stuart G. Gross | The Embarcadero | Pier 9 Suite 100 | San Francisco | CA | 94111 | | 415-671-4628 | 415-480-6688 | sgross@grosskleinlaw.com |
| Counsel for Telvent USA, LLC. | Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | 28 State Street | | Boston | MA | 02109 | | 617-345-9000 | 617-345-9020 | jdoran@hinckleyallen.com |
| Counsel for Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company as Indenture Trustees for certain bondholders | Holland & Knight LLP | Attn: Robert J. Labate, David I. Holtzman | 50 California Street | Suite 2800 | San Francisco | CA | 94111 | | 415-743-6900 | 415-743-6910 | robert.labate@hklaw.com david.holtzman@hklaw.com |
| Counsel for DTE Stockton, LLC, Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P., Potrero Hills Energy Producers, LLC, Sunshine Gas Producers, LLC, Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd. | HUNTON ANDREWS KURTH LLP | Attn: Kevin M. Eckhardt | 50 California Street | Suite 1700 | San Francisco | CA | 94111 | | 415-975-3700 | 415-975-3701 | keckhardt@huntonak.com |
| Counsel for DTE Stockton, LLC, Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P., Potrero Hills Energy Producers, LLC, Sunshine Gas Producers, LLC, Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd. | HUNTON ANDREWS KURTH LLP | Attn: Peter S. Partee, Sr. | 200 Park Avenue | 53rd Floor | New York | NY | 10166 | | 212-309-1000 | 212-309-1100 | ppartee@huntonak.com |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | 19104-5016 | | 800-973-0424 | 855-235-6787 | |
| Counsel for BlueMountain Capital Management, LLC | Irell & Manella LLP | Attn: Craig Varnen, Andrew J. Strabone | 1800 Avenue of the Stars | Suite 900 | Los Angeles | CA | 90067-4276 | | 310-277-1010 | 310-203-7199 | cvarnen@irell.com astrabone@irell.com |
| Counsel for BlueMountain Capital Management, LLC | Irell & Manella LLP | Attn: Michael H. Strub, Jr. | 840 Newport Center Drive | Suite 400 | Newport Beach | CA | 92660-6324 | | 949-760-0991 | 949-760-5200 | mstrub@irell.com |
| Interested Party CH2M HILL Engineers, Inc. | Jacobs Engineering | Attn: Robert Albery | Associate General Counsel | 9191 South Jamaica Street | Englewood | CO | 80112 | | 720-286-2242 | | robert.albery@jacobs.com |
| Interested Party Jane Luciano | Jane Luciano | | 9000 Crow Canyon Road | Suite S #168 | Danville | CA | 94506 | | 925-216-6030 | | jane-luciano@comcast.net |
| Counsel for Peter Ouborg | Jeffer Mangles Butler & Mitchell LLP | Attn: Robert B. Kaplan | Two Embarcadero Center | 5th Floor | San Francisco | CA | 94111 | | | | rbk@jmbm.com |
| Counsel for Itron, Inc. | JENKINS MULLIGAN & GABRIEL LLP | Attn: Larry W. Gabriel | 2160 Oxnard Street | Suite 500 | Woodland Hills | CA | 91367 | | 818-827-9147 | 818-827-9099 | lgabriel@bg.law |
| Interested Party John A. Vos A | John A. Vos | | 1430 Lincoln Avenue | | San Rafael | CA | 94901 | | 415-485-5330 | | |
| Counsel for A&J Electric Cable Corporation | JORDAN, HOLZER & ORTIZ, PC | Attn: Antonio Ortiz, Shelby A Jordan | 500 N. Shoreline | Suite 900 | Corpus Christi | TX | 78401 | | 361-884-5678 | 361-888-5555 | aortiz@jhwclaw.com sjordan@jhwclawcom ecf@jhwclaw.com |
| Counsel for The Act 1 Group, Inc. | Joseph A. Eisenberg P.C. | | 2976 E. State Street | Suite 120 – No. 111 | Eagle | ID | 83616 | | | | JAE1900@yahoo.com |
| Counsel to Debtor | Keller & Benvenutti LLP | Attn: Tobias S. Keller, Jane Kim | 650 California Street | Suite 1900 | San Francisco | CA | 94108 | | 415-496-6723 | 650-636-9251 | tkeller@kellerbenvenutti.com jkim@kellerbenvenutti.com |
| Counsel for Kompogas SLO LLC and Tata Consultancy Services | Kelley Drye & Warren LLP | Attn: Benjamin D. Feder | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | 212-808-7897 | KDWBankruptcyDepartment@kelleydrye.com bfeder@kelleydrye.com |
| Counsel for Ruby Pipeline, L.L.C. | Kinder Morgan, Inc. | Attn: Mark A. Minich | Two North Nevada | | Colorado Springs | CO | 80903 | | 719-520-4416 | | Mark_Minich@kindermorgan.com |
| Counsel for Ruby Pipeline, L.L.C. | Kinder Morgan, Inc. | Attn: Mosby Perrow | 1001 Louisiana | Suite 1000 | Houston | TX | 77002 | | 713-420-6547 | | mosby_perrow@kindermorgan.com |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: Aparna Yenamandra | 601 Lexington Avenue | | New York | NY | 10022 | | 212-446-4800 | 212-446-4900 | aparna.yenamandra@kirkland.com |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: David R. Seligman, P.C. | 300 North LaSalle | | Chicago | IL | 60654 | | 312-862-2000 | 312-862-2200 | david.seligman@kirkland.com |
| Counsel for the Federal Monitor | Kirkland & Ellis LLP | Attn: Marc Kieselstein, P.C. | 300 North LaSalle | | Chicago | IL | 60654 | | 312-862-2000 | 312-862-2200 | marc.kieselstein@kirkland.com |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: Mark McKane, P.C., Michael P. Esser | 555 California Street | | San Francisco | CA | 94104 | | 415-439-1400 | 415-439-1500 | mark.mckane@kirkland.com michael.esser@kirkland.com |
| Counsel for the Federal Monitor | Kirkland & Ellis LLP | Attn: R. Alexander Pilmer | 555 California Street | | San Francisco | CA | 94104 | | 415-439-1400 | 415-439-1500 | alexander.pilmer@kirkland.com |
| Counsel for the Federal Monitor | Kirkland & Ellis LLP | Attn: Stephen E. Hessler, P.C. | 601 Lexington Avenue | | New York | NY | 10022 | | 212-446-4800 | 212-446-4900 | stephen.hessler@kirkland.com |
| Counsel for NextEra Energy Inc. et al. | Klee, Tuchin, Bogdanoff & Stern LLP | Attn: Kenneth N. Klee, David M. Stern, Samuel M. Kidder | 1999 Avenue of the Stars | Thirty-Ninth Floor | Los Angeles | CA | 90067 | | 310-407-4000 | 310-407-9090 | kklee@ktbslaw.com dstern@ktbslaw.com skidder@ktbslaw.com |
| Counsel for Kings River Water Association | Klein, Denatale, Goldner, Cooper, Rosenlieb & Kimball, LLP | Attn: Hagop T. Bedoyan | 5260 N. Palm Avenue, Suite 205 | | Fresno | CA | 93704 | | 559-438-4374 | 661-326-0418 | hbedoyan@kleinlaw.com ecf@kleinlaw.com |
| Counsel to Dynegy Marketing and Trade, LLC | Latham & Watkins LLP | Attn: Adam E. Malatesta | 355 S. Grand Avenue, Suite 100 | | Los Angeles | CA | 90071-1560 | | 213-485-1234 | | adam.malatesta@lw.com |
| Counsel for Crockett Cogeneration, Middle River Power, LLC, and MRP San Joaquin Energy, LLC | Latham & Watkins LLP | Attn: Amy C. Quartarolo | 355 South Grand Avenue | Suite 100 | Los Angeles | CA | 90071-1560 | | 213-485-1234 | 231-891-8763 | amy.quartarolo@lw.com |
| Counsel to Dynegy Marketing and Trade, LLC | Latham & Watkins LLP | Attn: Caroline A. Reckler, Andrew M. Parlen | 885 Third Avenue | | New York | NY | 10022-4834 | | 212-906-1200 | 212-751-4864 | caroline.reckler@lw.com andrew.parlen@lw.com |

Case: 19-30088    Doc# 550    Filed: 02/21/19    Entered: 02/21/19 21:42:37    Page 6 of 11

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for Crockett Cogeneration, Middle River Power, LLC, and MRP San Joaquin Energy, LLC | Latham & Watkins LLP | Attn: Christopher Harris, Andrew M. Parlen | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | chirstopher.harris@lw.com andrew.parlen@lw.com |
| Counsel for Ruby Pipeline, L.L.C. | LAW OFFICE OF PATRICIA WILLIAMS PREWITT | Attn: Patricia Williams Prewitt | 10953 Vista Lake Ct. | | Navasota | TX | 77868 | | 936-825-8705 | | pwp@pattiprewittlaw.com |
| Interested Party | Law Office of Richard L. Antognini | Attn: Richard L. Antognini | 2036 Nevada City Highway | Suite 636 | Grass Valley | CA | 95945-7700 | | 916-295-4896 | | rlalawyer@yahoo.com |
| Counsel for LEWIS & TIBBITTS, INC. | LAW OFFICE OF WAYNE A. SILVER | Attn: Wayne A. Silver | 643 Bair Island Road | Suite 403 | Redwood City | CA | 94063 | | 650-282-5970 | 650-282-5980 | ws@waynesilverlaw.com |
| Creditor and Counsel to Debra Grassgreen | Law Offices of Thomas J. Brandi | Attn: Thomas J. Brandi | 345 Pine Street | 3rd Floor | San Francisco | CA | 94104 | | 415-989-1800 | | tjb@brandilaw.com |
| Interested Party CH2M HILL Engineers, Inc. | Lesnick Prince & Pappas LLP | Attn: Matthew A. Lesnick, Christopher E. Prince | 185 Pier Avenue | Suite 103 | Santa Monica | CA | 90405 | | 310-396-0964 | 310-396-0963 | matt@lesnickprince.com cprince@lesnickprince.com |
| Counsel for California Independent System Operator | Levene, Neale, Bender, Yoo & Brill L.L.P. | Attn: David L. Neale | 10250 Constellation Blvd. | Suite 1700 | Los Angeles | CA | 90067 | | 310-229-1234 | 310-229-1244 | DLN@LNBYB.COM |
| Counsel to Global Diving & Salvage, Inc. | LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. | Attn: Eve H. Karasik | 10250 Constellation Blvd., Suite 1700 | | Los Angeles | CA | 90067 | | 310-229-1234 | 310-229-1244 | EHK@LNBYB.COM |
| Counsel to California Insurance Guarantee Association | Locke Lord LLP | Attn: Aaron Smith | 111 South Wacker Drive, Suite 4100 | | Chicago | IL | 60606 | | 312-443-0700 | 312-443-0336 | asmith@lockelord.com |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | Attn: Bradley C. Knapp | 601 Poydras Street | Suite 2660 | New Orleans | LA | 70130 | | 504-558-5210 | 504-910-6847 | bknapp@lockelord.com |
| Counsel to Creditor Quanta Energy Services LLC | Locke Lord LLP | Attn: Elizabeth M. Guffy | JPMorgan Chase Tower | 600 Travis, Suite 2800 | Houston | TX | 77002 | | 713-226-1200 | 713-223-3717 | eguffy@lockelord.com |
| Counsel to California Insurance Guarantee Association | Locke Lord LLP | Attn: Lindsey E. Kress | 101 Montgomery Street | Suite 1950 | San Francisco | CA | 94104 | | 415-318-8810 | 415-676-5816 | lkress@lockelord.com |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | Attn: Meagan S. Tom | 101 Montgomery Street | Suite 1950 | San Francisco | CA | 94104 | | 415-318-8810 | 415-676-5816 | meagan.tom@lockelord.com |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | Attn: W. Steven Bryant | 600 Congress Street | Suite 2200 | Austin | TX | 78701 | | 512-305-4700 | 512-305-4800 | sbryant@lockelord.com |
| Counsel to Creditor Quanta Energy Services LLC | Locke Lord LLP | Attn: Xiyi Fu | 101 Montgomery Street, Suite 1950 | | San Francisco | CA | 94104 | | 415-318-8810 | 415-676-5816 | jackie.fu@lockelord.com |
| Counsel for California Power Exchange Corporation | LOEB & LOEB LLP | Attn: Marc S. Cohen, Alicia Clough | 10100 Santa Monica Blvd | Suite 2200 | Los Angeles | CA | 90067 | | 310-282-2000 | | mscohen@loeb.com aclough@loeb.com |
| Interested Party | Macdonald \| Fernandez LLP | Attn: Iain A. Macdonald | 221 Sansome Street | Third Floor | San Francisco | CA | 94104-2323 | | 415-362-0449 | 415-394-5544 | imac@macfern.com |
| Counsel for Ghost Ship Warehouse Plaintiffs' Executive Committee | MARY ALEXANDER & ASSOCIATES, P.C. | Attn: Mary E. Alexander | 44 Montgomery Street, Suite 1303 | | San Francisco | CA | 94104 | | 415-433-4440 | 415-433-5440 | malexander@maryalexander.com |
| Top 50 Unsecured Creditors | McKinsey & Company Inc. | Attn: Rob Bland | PO Box 7247-7255 | | Philadelphia | PA | 19170 | | 540-271-4000 | 415-318-5200 | ron_bland@mckinsey.com |
| Counsel for Marin Clean Energy | Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. | Attn: Abigail V. O'Brient, Andrew B. Levin | 2029 Century Park East | Suite 3100 | Los Angeles | CA | 90067 | | 310-586-3200 | 310-586-3200 | avobrient@mintz.com ablevin@mintz.com |
| Top 50 Unsecured Creditors | Mizuho | Attn: Peter Bickford | 1251 Ave. of the Americas, 32nd Fl. | | New York | NY | 10020 | | 212-282-4945 | 212-282-4486 | peter.bickford@mizuhocbus.com |
| Top 50 Unsecured Creditors | MRO Integrated Solutions LLC | Attn: Tracy M. Tomkovicz | Maxwell Way, Ste. 200 | | Fairfield | CA | 94534 | | 925-335-4000 | 925-228-3668 | tracyt@mrois.com |
| Top 50 Unsecured Creditors | MUFG | Attn: Nietzsche Rodricks | 1251 Avenue of the Americas | | New York | NY | 10020-1104 | | 212-782-5568 | 201-521-2305 | nrodricks@us.mufg.jp |
| Counsel for Exponent, Inc. | Newmeyer & Dillion LLP | Attn: James J. Ficenec, Joshua B. Bevitz | 1333 N. California Blvd | Suite 600 | Walnut Creek | CA | 94596 | | 925-988-3200 | 925-988-3290 | James.Ficenec@ndlf.com Joshua.Bevitz@ndlf.com |
| Counsel for Michael Vairo, Marie Dierssen, Catherine McClure, Tonia Hanson, Deirdre Coderre, Denise Stooksberry, John Stooksberry, Bryan Sullivan, Sara Hill, Isaiah Vera, Michael Williams, Joel Batts, Annaleisa Batts, Claudia Bijstra, Andries Bijstra, Roger Martinez, Candice Seals, Gretchen Franklin, Christopher Franklin, Paul Bowen, Kelly Jones, Tami Coleman, Cecil Morris, Linda Schooling, Jennifer Makin, Barbara Cruise, Benjamin Hernandez, Irma Enriquez, Constantina Howard, Leroy Howard, Edward Delongfield, Brenda Howell, Lynda Howell, Angela Coker, Sally Thorp, Paradise Moose Lodge, Nancy Seals | Northern California Law Group, PC | Attn: Joseph Feist | 2611 Esplanade | | Chico | CA | 95973 | | 530-433-0233 | 530-345-2103 | info@norcallawgroup.net joe@norcallawgroup.com |
| Counsel for NextEra Energy Inc., NextEra Energy Partners, L.P. | NORTON ROSE FULBRIGHT US LLP | Attn: Howard Seife, Andrew Rosenblatt, Christy Rivera | 1301 Avenue of the Americas | | New York | NY | 10019-6022 | | 212-408-5100 | 212-541-5369 | howard.seife@nortonrosefulbright.com andrew.rosenblatt@nortonrosefulbright.com christy.rivera@nortonrosefulbright.com |
| Counsel for Creditors Public Entities Impacted by the Wildfires | Nuti Hart LLP | Attn: Gregory C. Nuti, Christopher H. Hart, Kimberly S. Fineman | 411 30th Street | Suite 408 | Oakland | CA | 94609-3311 | | 510-506-7152 | | kfineman@nutihart.com gnuti@nutihart.com chart@nutihart.com |
| Office of the California Attorney General | Office of the California Attorney General | Attn: Bankruptcy Dept | P.O. Box 944255 | | Sacramento | CA | 94244-2550 | | 916-445-9555 | 916-323-5341 | bankruptcy@coag.gov |
| Office of the United States Attorney for the Northern District of California | Office of the United States Attorney for the Northern District of California | Attn: Bankruptcy Unit | Federal Courthouse | 450 Golden Gate Avenue | San Francisco | CA | 94102 | | 415- 436-7200 | 415-436-7234 | |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Office of the United States Trustee | Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Lynette C. Kelly, Marta E. Villacorta | 450 Golden Gate Ave | Suite 05-0153 | San Francisco | CA | 94102 | | 415-705-3333 | 415-705-3367 | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>lynette.c.kelly@usdoj.gov<br>Marta.Villacorta@usdoj.gov |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | Attn: Debra Felder | 1152 15th Street, NW | | Washington | DC | 20005 | | 202-339-8567 | 202-339-8500 | dfelder@orrick.com |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | Attn: Lorraine McGowen | 51 West 52nd Street | | New York | NY | 10019 | | 212-506-5114 | 212-506-5151 | lmcgowen@orrick.com |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | Attn: Thomas C. Mitchell | The Orrick Building | 405 Howard Street | San Francisco | CA | 94105 | | 415-773-5732 | 415-773-5759 | tcmitchell@orrick.com |
| Counsel for The Baupost Group, L.L.C., as the general partner and investment manager for certain entities | Pachulski Stang Ziehl & Jones LLP | Attn: Isaac M. Pachulski, Debra I. Grassgreen, Gabriel I. Glazer, John W. Lucas | 150 California Street | 15th Floor | San Francisco | CA | 94111 | | 415-263-7000 | 415-263-7010 | jlucas@pszjlaw.com<br>gglazer@pszjlaw.com<br>dgrassgreen@pszjlaw.com<br>ipachulski@pszjlaw.com |
| Counsel for TRC Companies, Inc. | Pachulski Stang Ziehl & Jones LLP | Attn: John D. Fiero | 150 California Street | 15th Floor | San Francisco | CA | 94111 | | 415-263-7000 | 415-263-7010 | jfiero@pszjlaw.com |
| Counsel for Yuba County Water Agency | Parkinson Phinney | Attn: Thomas R. Phinney | 3600 American River Drive | Suite 145 | Sacramento | CA | 95864 | | | | tom@parkinsonphinney.com |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3209<br>212-373-3000 | 212-492-0209<br>212-757-3990 | akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com |
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Courtney L. Morgan, Cynthia Wong | Office of the General Counsel | 1200 K Street, N.W. | Washington | DC | 20005-4026 | | 202-326-4020 ext. 3738 | 202-326-4112 | morgan.courtney@pbgc.gov<br>efile@pbgc.gov<br>wong.cynthia@pbgc.gov |
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Daniel Robertson | Office of the General Counsel | 1200 K Street, N.W. | Washington | DC | 20005-4026 | | 202-326-4020 | 202-326-4112 | efile@pbgc.gov<br>robertson.daniel@pbgc.gov |
| Counsel for Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Melissa T. Ngo | Office of the General Counsel | 1200 K Street N.W. | Washington | DC | 20005-4026 | | 202-326-4020, ext. 3019 | 202-326-4112 | ngo.melissa@pbgc.gov<br>efile@pbgc.gov |
| Counsel for Puget Sound Energy, Inc. | Perkins Coie, LLP | Attn: Alan D. Smith | 1201 Third Avenue | Suite 4900 | Seattle | WA | 98101-3099 | | 206-359-8000 | 206-359-9000 | ADSmith@perkinscoie.com |
| Debtors | PG&E Corporation | Attn: President or General Counsel | 77 Beale Street | P.O. Box 77000 | San Francisco | CA | 94177 | | | | |
| Counsel for California Independent System Operator | Pierce Atwood LLP | Attn: Keith J. Cunningham | Merrill's Wharf | 254 Commercial Street | Portland | ME | 04101 | | 207-791-1187 | 207-791-1350 | kcunningham@PierceAtwood.com |
| Counsel for Bank of America, N.A. | Pillsbury Winthrop Shaw Pittman LLP | Attn: Dania Slim | 324 Royal Palm Way | Suite 2200 | Palm Beach | FL | 33480 | | 561-232-3300 | | dania.slim@pillsburylaw.com |
| Counsel to Chevron Products Company, a division of Chevron U.S.A. Inc. | PILLSBURY WINTHROP SHAW PITTMAN LLP | Attn: Hugh M. Ray, III | 900 Fannin | Suite 2000 | Houston | TX | 77010 | | 713-276-7600 | 713-276-7673 | hugh.ray@pillsburylaw.com |
| Counsel for Bank of America, N.A. | Pillsbury Winthrop Shaw Pittman LLP | Attn: Leo T. Crowley | 1540 Broadway | | New York | NY | 10036 | | 212-858-1000 | | leo.crowley@pillsburylaw.com |
| Counsel for Bank of America, N.A. | Pillsbury Winthrop Shaw Pittman LLP | Attn: M. David Minnick | Four Embarcadero Center | 22nd Floor | San Francisco | CA | 94126-5998 | | 415-983-1000 | | dminnick@pillsburylaw.com |
| Counsel to Chevron Products Company, a division of Chevron U.S.A. Inc. | PILLSBURY WINTHROP SHAW PITTMAN LLP | Attn: Philip S. Warden | Four Embarcadero Center | 22nd Floor | San Francisco | CA | 94111-5998 | | 415-983-1000 | 415-983-1200 | philip.warden@pillsburylaw.com |
| Counsel for Ghost Ship Warehouse Plaintiffs' Executive Committee | PINO & ASSOCIATES | Attn: Estela O. Pino | 20 Bicentennial Circle, Suite 200 | | Sacramento | CA | 95826 | | 916-641-2288 | 916-641-1888 | epino@epinolaw.com |
| Claims Agent | Prime Clerk LLC | Attn: Herb Baer | 830 3rd Ave FL 9 | | New York | NY | 10022 | | 212-257-5450 | 212-257-5452 | pelicanteam@PrimeClerk.com<br>serviceqa@primeclerk.com |
| Counsel for Agile Sourcing Partners, Inc. | Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P. Kennedy, Esq. | 525 B Street, Suite 2200 | | San Diego | CA | 92101 | | 619-238-1900 | 619-235-0398 | gerald.kennedy@procopio.com |
| Counsel for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co. | Proskauer Rose LLP | Attn: Martin J. Bienenstock, Brian S. Rosen, Maja Zerjal | Eleven Times Square | | New York | NY | 10036-8299 | | 212-969-3000 | 212-969-2900 | mbienenstock@proskauer.com<br>brosen@proskauer.com<br>mzerjal@proskauer.com |
| Counsel for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co. | Proskauer Rose LLP | Attn: Michael A. Firestein, Lary Alan Rappaport, Steve Y. Ma | 2029 Century Park East | Suite 2400 | Los Angeles | CA | 90067-3010 | | 310-557-2900 | 310-557-2193 | mfirestein@proskauer.com<br>lrappaport@proskauer.com<br>sma@proskauer.com |
| Interested Party Provencher & Flatt | Provencher & Flatt, LLP | Attn: Douglas b. Provencher | 823 Sonoma Avenue | | Santa Rosa | CA | 95404 | | 707-284-2380 | 707-284-2387 | |
| Interested Party Pryor Cashman LLP | Pryor Cashman LLP | Attn: Ronald S. Beacher | 7 Times Square | | New York | NY | 10036 | | 212-421-4100 | 212-326-0806 | rbeacher@pryorcashman.com |
| Top 50 Unsecured Creditors | Quanta Energy Services LLC | Attn: B.J. Ducey | Post Oak Blvd., Ste. 2600 | | Houston | TX | 77056 | | 713-629-7600 | 713-629-7676 | BDucey@QuantaServices.com |
| Counsel for AECOM Technical Services, Inc., Kiefner and Associates, Inc., JAN X-Ray Services, Inc., Counsel for Kiefner and Associates, Inc. and JAN X-Ray Services, Inc., AECOM Technical Services, Inc., Counsel for Parsons Environment & Infrastructure, Inc. | Reed Smith LLP | Attn: Christopher O. Rivas, Marsha A. Houston | 355 South Grand Avenue, Suite 2900 | | Los Angeles | CA | 90071-1514 | | 213-457-8000 | 213-457-8080 | crivas@reedsmith.com<br>mhouston@reedsmith.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for Creditors Nevada Irrigation District, Counsel for Attorneys for Creditors Lodi Gas Storage, L.L.P. Wild Goose, LLC | Reed Smith LLP | Attn: Jonathan R. Doolittle | 101 Second Street | Suite 1800 | San Francisco | CA | 94105 | | 415-543-8400 | 415-391-8269 | jdoolittle@reedsmith.com |
| Counsel for Parsons Environment & Infrastructure, Inc. | Reed Smith LLP | Attn: Marsha A. Houston | 355 South Grand Avenue, Suite 2900 | | Los Angeles | CA | 90071-1514 | | 213-457-8000 | 213-457-8080 | mhouston@reedsmith.com |
| Counsel for Creditors Nevada Irrigation District, Counsel for Attorneys for Creditors Lodi Gas Storage, L.L.P. Wild Goose, LLC | Reed Smith LLP | Attn: Monique B. Howery | 10 S. Wacker Drive | 40th Floor | Chicago | IL | 60606 | | 312-207-2417 | 312-207-6400 | mhowery@reedsmith.com |
| Counsel for Lodi Gas Storage, L.L.P. Wild Goose, LLC | Reed Smith LLP | Attn: Peter Munoz | 101 Second Street | Suite 1800 | San Francisco | CA | 94105-3659 | | 415-543-8700 | 415-391-8269 | pmunoz@reedsmith.com |
| Special Bankruptcy Counsel for Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation | Ringstad & Sanders LLP | Attn: Nanette D. Sanders | 4343 Von Karman Avenue | Suite 300 | Newport Beach | CA | 92660 | | 949-851-7450 | 949-851-6926 | nanette@ringstadlaw.com |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Robins Cloud LLP | Attn: Bill Robins, III, Robert Bryson | 808 Wilshire Boulevard | Site 450 | Santa Monica | CA | 90401 | | 310-929-4200 | 310-566-5900 | robins@robinscloud.com rbryson@robinscloud.com |
| Top 50 Unsecured Creditors | Roebbelen Contracting Inc. | Attn: Frank Lindsay Robert McLean | 1241 Hawks Flight Ct. | | El Dorado Hills | CA | 95762 | | 916-939-1194 | 916-939-4028 | FrankL@roebbelen.com RobM@Roebbelen.com |
| Counsel for The Baupost Group L.L.C., as the managing general partner and/or investment manager for certain entities | Ropes & Gray LLP | Attn: Matthew M. Roose, Mark I. Bane | 1211 Avenue of the Americas | | New York | NY | 10036-8704 | | 212-596-9000 | 212-596-9090 | mark.bane@ropesgray.com matthew.roose@ropesgray.com |
| Counsel for The Baupost Group L.L.C., as the managing general partner and/or investment manager for certain entities | Ropes & Gray LLP | Attn: Peter L. Welsh, Joshua Y. Sturm, & Patricia I. Chen | Prudential Tower | 800 Boylston Street | Boston | MA | 02199-3600 | | 617-951-7000 | 617-951-7777 | peter.welsh@ropesgray.com joshua.sturm@ropesgray.com patricia.chen@ropesgray.com |
| Counsel for for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | San Francisco City Attorney's Office | Attn: Owen Clements | 1390 Market Street | 7th Floor | San Francisco | CA | 94102 | | 415-554-3944 | 415-437-4644 | Owen.Clements@sfcityatty.org Catheryn.Daly@sfcityatty.org |
| Counsel for International Business Machines Corp. | Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Esq., Pamela A. Bosswick, Esq. | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | cbelmonte@ssbb.com pbosswick@ssbb.com |
| Counsel for Turner Construction Company Case | Seyfarth Shaw LLP | Attn: M. Ryan Pinkston, Christopher J. Harney | 560 Mission Street | Suite 3100 | San Francisco | CA | 94105 | | 415-397-2823 | 415-397-8549 | rpinkston@seyfarth.com charney@seyfarth.com |
| Counsel for East Bay Community Energy Authority | Shemanolaw | Attn: David B. Shemano | 1801 Century Park East | Suite 1600 | Los Angeles | CA | 90067 | | 310-492-5033 | | dshemano@shemanolaw.com |
| Counsel for TURN – The Utility Reform Network | Silicon Valley Law Group | Attn: David V. Duperrault, Kathryn E. Barrett | One North Market Street | Suite 200 | San Jose | CA | 95113 | | 408-573-5700 | 408-573-5701 | dvd@svlg.com keb@svlg.com |
| Counsel to Atlantica Yield plc and Mojave Solar LLC | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Attn: Amy S. Park | 525 University Avenue | | Palo Alto | CA | 94301 | | 650-470-4500 | 650-470-4570 | Amy.Park@skadden.com |
| Counsel to Atlantica Yield plc and Mojave Solar LLC | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Attn: J. Eric Ivester | Four Times Square | | New York | NY | 10036 | | 212-735-3882 | 917-777-3882 | Eric.Ivester@skadden.com |
| Counsel for Creditor and Party-in-Interest Sonoma Clean Power Authority | Sonoma Clean Power Authority | Attn: Jessica Mullan, General Counsel | 50 Santa Rosa Avenue | Fifth Floor | Santa Rosa | CA | 95494 | | | | jmullan@sonomacleanpower.org |
| Counsel for Southern California Edison Company | Southern California Edison Company | Attn: Julia M. Mosel, Patricia A. Cirucci | 2244 Walnut Grove Avenue | 3rd Floor | Rosemead | CA | 91770 | | 626-302-6789 | 626-302-6873 | Julia.Mosel@sce.com patricia.cirucci@sce.com |
| Counsel for Garcia and Associates | St. James Law, P.C. | Attn: Michael St. James | 22 Battery Street | Suite 888 | San Francisco | CA | 94111 | | 415-391-7566 | 415-391-7568 | Ecf@stjames-law.com |
| Counsel for California Franchise Tax Board | State of California Franchise Tax Board | Attn: Todd M. Bailey | Mail Stop A-260 | P.O. Box 1720 | Rancho Cordova | CA | 95741-1720 | | 916-845-6340 | 916-845-0241 | todd.bailey@ftb.ca.gov |
| Sonoma County Treasurer & Tax Collector | Steckbauer Weinhart, LLP | Attn: Barry S. Glaser | 333 S. Hope Street | 36th Floor | Los Angeles | CA | 90071 | | 213-229-2868 | 213-229-2870 | bglaser@swesq.com |
| Counsel for Liberty Mutual Life Insurance Company | Stewart Sokol & Larkin LLC | Attn: Jan D. Sokol, Esq., Kevin M. Coles, Esq. | 2300 SW First Avenue, Suite 200 | | Portland | OR | 97201 | | 503-221-0699 | 503-223-5706 | jdsokol@lawssl.com kcoles@lawssl.com |
| Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for FTP Power LLC, et al. | STOEL RIVES LLP | Attn: David B. Levant | 101 S. Capitol Boulevard | Suite 1900 | Boise | ID | 83702 | | 208-389-9000 | 208-389-9040 | david.levant@stoel.com |
| Counsel to Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC, Enel Green Power North America, Inc., et al. and Enel X, Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for Power LLC, et al. | Stoel Rives LLP | Attn: Gabrielle Glemann | 600 University Street, Suite 3600 | | Seattle | WA | 98101 | | 206-624-0900 | 206-386-7500 | gabrielle.glemann@stoel.com |
| Counsel to Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC, Enel Green Power North America, Inc., et al. and Enel X, Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for Power LLC, et al. | Stoel Rives LLP | Attn: Oren Buchanan Haker | 760 SW Ninth, Suite 3000 | | Portland | OR | 97205 | | 503-294-9338 | 503-220-2480 | oren.haker@stoel.com |
| Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for FTP Power LLC, et al. | STOEL RIVES LLP | Attn: Sunny S. Sarkis | Sunny S. Sarkis | Suite 1600 | Sacramento | CA | 98514 | | 916-447-0700 | 916-447-4781 | sunny.sarkis@stoel.com |
| Counsel for Mizuho Bank, Ltd. | STROOCK & STROOCK & LAVAN LLP | Attn: David W. Moon | 2029 Century Park East | | Los Angeles | CA | 90067-3086 | | 310-556-5800 | 310-556-5959 | dmoon@stroock.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola | 2029 Century Park East | | Los Angeles | CA | 90067-3086 | | 310-556-5800 | 310-556-5959 | fmerola@stroock.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo | 180 Maiden Lane | | New York | NY | 10038-4982 | | 212-806-5400 | 212-806-6006 | khansen@stroock.com egilad@stroock.com mgarofalo@stroock.com |
| Counsel for Mizuho Bank, Ltd. | STROOCK & STROOCK & LAVAN LLP | Attn: Mark A. Speiser, Kenneth Pasquale, Sherry J. Millman, Harold A. Olsen | 180 Maiden Lane | | New York | NY | 10038-4982 | | 212-806-5400 | 212-806-6006 | khansen@stroock.com egilad@stroock.com mgarofalo@stroock.com holsen@stroock.com mspeiser@stroock.com kpasquale@stroock.com smillman@stroock.com |
| Counsel for Creditors Public Entities Impacted by the Wildfires | Stutzman, Bromberg, Esserman & Plifka, P.C. | Attn: Sander L. Esserman, Cliff I. Taylor | 2323 Bryan Street | Suite 2200 | Dallas | TX | 5201-2689 | | 214-969-4910 | | esserman@sbep-law.com taylor@sbep-law.com |
| Counsel to Singleton Law Firm Fire Victim Claimants | Sullivan Hill Rez & Engel | Attn: James P. Hill, Christopher V. Hawkins, Jonathan S. Dabbieri | 600 B Street, Suite 1700 | | San Diego | CA | 92101 | | 619-233-4100 | 619-231-4372 | hill@SullivanHill.com hawkins@SullivanHill.com dabbieri@SullivanHill.com |
| Counsel for Project Management, Inc. | Synergy Project Management, Inc. | c/o Law Office of Ivan C. Jen | 1017 Andy Circle | | Sacramento | CA | 95838 | | | | |
| Official Committee of Unsecured Creditors | The Davey Tree Expert Company, Davey Tree Surgery Company, and DRG, Inc. | Attn: Erika Schoenberger | 1500 North Mantua Street | | Kent | OH | 44240 | | | | Erika.schoenberger@davey.com |
| Top 50 Unsecured Creditors | The Okonite Company Inc. | Attn: Patrick Nash | 2440 Camino Ramon, Ste. 315 | | San Ramon | CA | 94583 | | 925-830-0801 | 925-830-0954 | sfpo@okonite.com |
| Counsel for Refining Company-California | Trodella & Lapping LLP | Attn: Richard A. Lapping | 540 Pacific Avenue | | San Francisco | CA | 94133 | | 415-399-1015 | 415-651-9004 | Rich@TrodellaLapping.com |
| Counsel for Consolidated Edison Development Inc., Southern Power Company | TROUTMAN SANDERS LLP | Attn: Gabriel Ozel | 11682 El Camino Real, Suite 400 | | San Diego | CA | 92130-2092 | | 858-509-6000 | 858-509-6040 | gabriel.ozel@troutman.com |
| Counsel for Southern Power Company | TROUTMAN SANDERS LLP | Attn: Harris B. Winsberg, Esq., Matthew G. Roberts, Esq. | 600 Peachtree St. NE | Suite 3000 | Atlanta | GA | 30308 | | 404-885-3348 | 404-885-3900 | harris.winsberg@troutman.com matthew.roberts2@troutman.com |
| Counsel for Consolidated Edison Development Inc. | Troutman Sanders LLP | Attn: Hugh M. McDonald | 875 Third Avenue | | New York | NY | 10022 | | 212-704-6000 | 212-704-6288 | hugh.mcdonald@troutman.com |
| Counsel for TURN – The Utility Reform Network | TURN—The Utility Reform Network | Attn: Mark Toney, Thomas Long | 785 Market St | Suite 1400 | San Francisco | CA | 94103 | | | | mtoney@turn.org tlong@turn.org |
| U.S. Bankruptcy Court Northern District of CA | U.S. Bankruptcy Court Northern District of CA | Attn: Honorable Dennis Montali | PG&E Corp. Chambers Copy | 450 Golden Gate Ave, 18th Floor | San Francisco | CA | 94102 | | | | |
| Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. Department of Justice | Attn: Danielle A. Pham | 1100 L Street, NW | Room 7106 | Washington | DC | 20005 | | 202-514-7451 | 202-514-9163 | danielle.pham@usdoj.gov |
| Counsel for Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. Department of Justice | Attn: Danielle A. Pham | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 | | 202-514-7451 | 202-514-9163 | danielle.pham@usdoj.gov |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel | U.S. NRC Region IV | 1600 E. Lamar Blvd. | Arlington | TX | 76011 | | 817-860-8100 | | |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel | | | Washington | DC | 20555-0001 | | 301-415-7000 | | |
| Interested Party | Union Pacific Railroad Company | Attn: Tonya W. Conley, Lila L. Howe | 1400 Douglas Street | STOP 1580 | Omaha | NE | 68179 | | 402-544-3015 | | bankruptcynotices@up.com |
| Counsel to the United States of America, Department of Energy | United States Department of Justice Civil Division | Attn: Matthew J. Troy | 1100 L Street, N.W. | Room 10030 | Washington | DC | 20530 | | | | |
| Counsel to the United States of America, Department of Energy | United States Department of Justice Civil Division | Attn: Matthew J. Troy | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 | | | | |
| US Securities and Exchange Commission | US Securities and Exchange Commission | Attn: Jina Choi, Regional Director | San Francisco Regional Office | 44 Montgomery Street, Suite 2800 | San Francisco | CA | 94104 | | 415-705-2500 | | sanfrancisco@sec.gov |
| US Securities and Exchange Commission | US Securities and Exchange Commission | Attn: Office of General Counsel | 100 F St. NE MS 6041B | | Washington | DC | 20549 | | 202-551-5100 | | secbankruptcy@sec.gov |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Walkup Melodia Kelly & Schoenberger | Attn: Michael A. Kelly, Khaldoun A. Baghdadi, Max Schuver | 650 California Street | 26th Floor | San Francisco | CA | 94108 | | 415-981-7210 | 415-391-6956 | mkelly@walkuplawoffice.com kbaghdadi@walkuplawoffice.com mschuver@walkuplawoffice.com |
| Counsel for Aera Energy LLC, Midway Sunset Congeneration Company | Walter Wilhelm Law Group a Professional Corporation | Attn: Riiley C. Walter, Michael L. Wilhelm | 205 E. River Park Circle | Suite 410 | Fresno | CA | 93720 | | | 559-435-9868 | rileywalter@W2LG.com Mwilhelm@W2LG.com |
| Counsel to Debtor | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | 767 Fifth Avenue | | New York | NY | 10153-0119 | | 212-310-8000 | 212-310-8007 | stephen.karotkin@weil.com matthew.goren@weil.com jessica.liou@weil.com |
| Counsel for Engineers and Scientists of California, Local 20, IFPTE, Counsel for SEIU United Service Workers - West | Weinberg Roger & Rosenfeld | Attn: Emily P. Rich | 1001 Marina Village Parkway | Suite 200 | Alameda | CA | 94501-1091 | | 510-337-1001 | 510-337-1023 | bankruptcycourtnotices@unioncounsel.net erich@unioncounsel.net tmainguy@unioncounsel.net cgray@unioncounsel.net |
| Top 50 Unsecured Creditors | Wells Fargo | Attn: Shelley C. Anderson | One West Fourth Street | | Winston-Salem | NC | 27101 | | 336-747-8817 | 336-747-8957 | Shelley.C.Anderson@wellsfargo.com |
| Official Committee of Unsecured Creditors | Western Asset Management Company, LLC | Attn: Christopher Jacobs | 385 E. Colorado Blvd. | | Pasadena | CA | 91101 | | | | Christopher.jacobs@westernasset.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: J.Christopher Shore | 1221 Avenue of the Americas | | New York | NY | 10020-1095 | | 212-819-8200 | 212-354-8113 | cshore@whitecase.com |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: Roberto J. Kampfner | 555 South Flower Street | Suite 2700 | Los Angeles | CA | 90071 | | 213-620-7700 | 213-452-2329 | rkampfner@whitecase.com |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: Thomas E Lauria, Matthew C. Brown | Southeast Financial Center | 200 South Biscayne Boulevard, Suite 4900 | Miami | FL | 33131-2352 | | 305-371-2700 | 305-385-5744 | tlauria@whitecase.com mbrown@whitecase.com |
| Counsel for Ballard Marine Construction, Inc. | Williams Kastner | Attn: Todd W. Blischke | 601 Union Street | Suite 4100 | Seattle | WA | 98101-2380 | | 206-628-6623 | | TBlischke@williamskastner.com |
| Interested Party ICE NGX Canada Inc. | WILMER CUTLER PICKERING HALE & DORR LLP | Attn: Chris Johnstone | 950 PAGE MILL ROAD | | PALO ALTO | CA | 94304 | | | | CHRIS.JOHNSTONE@WILMERHALE.COM |
| Counsel for Macquarie Energy LLC, Counsel for California Efficiency + Demand Management Council, Counsel for Cypress Energy Partners, L.P., Tulsa Inspection Resources – PUC, LLC, Tulsa Inspection Resources, LLC, CF Inspection Management, LLC, and Cypress Energy Management – TIR, LLC | Winston & Strawn LLP | Attn: David Neier | 200 Park Avenue | 40th Floor | Washington | DC | 10166-4193 | | 212-294-6700 | 212-294-4700 | dneier@winston.com |
| Counsel for California Efficiency + Demand Management Council, Counsel for Cypress Energy Partners, L.P., Tulsa Inspection Resources – PUC, LLC, Tulsa Inspection Resources, LLC, CF Inspection Management, LLC, and Cypress Energy Management – TIR, LLC | WINSTON & STRAWN LLP | Attn: Justin E. Rawlins | 333 S. Grand Avenue | 38th Floor | Los Angeles | CA | 90071-1543 | | 213-615-1700 | 213-615-1750 | jrawlins@winston.com |
| Counsel for Macquarie Energy LLC | Winston & Strawn LLP | Attn: Michael A. Yuffee | 1700 K Street, N.W. | | Washington | DC | 20006-3817 | | 202-282-5000 | 202-282-5100 | myuffee@winston.com |
| Counsel for Liberty Mutual Life Insurance Company | Wolkin Curran, LLP | Attn: James D. Curran, Esq. | 111 Maiden Lane, 6th Floor | | San Francisco | CA | 94108 | | 415-982-9390 | 415-982-4328 | jcurran@wolkincurran.com |
| Counsel for Ballard Marine Construction, Inc. | Worley Law, P.C. | Attn: Kirsten A. Worley | 1572 Second Avenue | | San Diego | CA | 92101 | | 619-550-1004 | | kw@wlawcorp.com |
| GER Hospitality, LLC | | c/o Adolfo Veronese | 19190 Spring Street | | Sonoma | CA | 94576 | | 415-990-5466 | | |
| Agajanian, Inc. | | c/o Gary Agajanian | 2785 Napa Valley Corporate Drive | | Napa | CA | 94558 | | | | gary@agajanian.com |
| Wagner Family Wines-Caymus Vineyards | | c/o Michael T. Carlson | 8700 Conn Creek Road | | Rutherford | CA | 94573 | | | | Mcarlson@caymus.com |
| BOKF, N.A. | | Attn: George Kubin | 1600 Broadway Street | 3rd Floor | Denver | CO | 80202 | | | | Gkubin@bokf.com |
| Internal Brotherhood of Electrical Workers, Local 1245 | | Attn: Doug Girouard | 30 Orange Tree Circle | | Vacaville | CA | 95687 | | | | deg0@ibew1245.com |
| NextEra Energy, Inc. | | Attn: Mark Hickson | 700 Universe Blvd. | | Juno Beach | FL | 33408 | | | | Mark.Hickson@nexteraenergy.com |