Entered on Docket
February 22, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Caroline A. Reckler
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
(312) 876-7700

Signed and Filed: February 22, 2019



_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re **PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY**

Debtor(s).

Case No. 19-30088 (Main)
19-30089 (Jointly Administered)

Chapter **11**

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Caroline A. Reckler**, whose business address and telephone number is

**Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago, IL 60611; (312) 876-7700**

and who is an active member in good standing of the bar of **Illinois**

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **Dynegy Marketing and Trade, LLC**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**