UNITED STATES BANKRUPTCY COURT

**FILED**

FEB 2 2 2019

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

NORTHERN DISTRICT OF CALIFORNIA

In re
PG&E Corporation

Case No. 19-30088-DM
Chapter 11

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Debtor(s).

Pursuant to B.L.R. 1001-2(a)(29) and Civil L.R. 11-3, Francis J. Lawall, an

active member in good standing of the bar of Pennsylvania, hereby applies for admission

to practice in the Northern District of California on *a pro hac vice* basis representing

HydroChemPSC in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest court

of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4,

and agree to become familiar with the Local Rules and the Bankruptcy

Dispute Resolution Program of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who

maintains an office within the State of California has been designated as co-counsel in

the above-entitled action. The name, address and telephone number of that attorney is:

Jeffrey M. Goldman (SBN 233840)

Pepper Hamilton, LLP, 4 Park Plaza, Suite 1200, Irvine, CA 92614

Tel: (949) 567-3547.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/29/2019

Francis J. Lawall

American LegalNet, Inc.
www.FormsWorkflow.com



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Francis J. Lawall, Esq.*

#### DATE OF ADMISSION

**November 4, 1985**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: February 8, 2019**

Patricia A. Johnson
Chief Clerk

UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 30065257 — JB

February 22, 2019
14:04:15

PRO HAC VICE FEE
19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI          $310.00 CH
Amount.:
Check#.: 643970


Total-> $310.00


FROM: PEPPER HAMILTON