WILLIAM S. LISA (SBN 310541)
wlisa@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111
Tel: 415-984-8200
Fax: 415-984-8300

RICHARD C. PEDONE (*pro hac vice*)
rpedone@nixonpeabody.com
NIXON PEABODY LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel: 617-345-1000
Fax: 617-345-1300

Attorneys for *CALIFORNIA SELF-INSURERS'
SECURITY FUND*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| - and – | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **CERTIFICATE OF SERVICE** |
| **Tax I.D. No. 94-0742640** | |
| ☐ Affects PG & Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-030088 (DM)* | |

4835-3686-6185.1

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I, the undersigned, certify that I am employed in the County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is One Embarcadero Center, 32nd Floor, San Francisco, CA 94111. On this date, I served the following document(s):

STATEMENT AND RESERVATION OF RIGHTS OF THE CALIFORNIA SELF-INSURERS' SECURITY FUND REGARDING THE DIP MOTION AND ENTRY OF THE PROPOSED FINAL DIP ORDER

by the following means:

☒ **BY ECF** based on court rules or an agreement of the parties to accept service by electronic transmission, on February 22, 2019, I caused the document(s) to be filed via the Court's Electronic Case Filing (ECF) which to the best of my knowledge will cause links to such document(s) to be transmitted electronically to the persons at their respective notification who are registered ECF participants.

See **Attachment A** for list of ECF participants.

☒ **(BY MAIL)** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at San Francisco, California addressed as set forth below:

Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, NY 10019 (Attn: Paul H. Zumbro, George E. Zobitz, Stephen M. Kessing and Nicholas A. Dorsey) (*Special Counsel for Debtors*)

Weil Gotshal & Manges, LLP, 767 Fifth Ave., New York, NY 10153-0119 (Attn: Daniel S. Dokos and Jessica Liou) (*Proposed Counsel for the Debtors*)

Stroock & Stroock & Lavan, LLP, 180 Maiden Lane, New York, NY 10038 (Attn: Kristopher M. Hansen, Erez E. Gilad, Frank A. Merola and Matthew G. Garofalo (*Counsel to the DIP Administrative Agent*)

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 22, 2019, at San Francisco, California.

*/s/ Joanne Caruso*
Joanne Caruso

4835-3686-6185.1

CERTIFICATE OF SERVICE

- **Dana M. Andreoli**    dandreoli@steyerlaw.com
- **Richard L. Antognini**    rlalawyer@yahoo.com, hallonaegis@gmail.com
- **Herb Baer**    hbaer@primeclerk.com, ecf@primeclerk.com
- **Todd M. Bailey**    Todd.Bailey@ftb.ca.gov
- **Kathryn E. Barrett**    keb@svlg.com, amt@svlg.com
- **Ronald S. Beacher**    rbeacher@pryorcashman.com
- **Hagop T. Bedoyan**    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- **Peter J. Benvenutti**    pbenvenutti@kellerbenvenutti.com
- **Robert Berens**    rberens@smtdlaw.com, sr@smtdlaw.com
- **Heinz Binder**    heinz@bindermalter.com
- **W. Steven Bryant**    , molly.batiste-debose@lockelord.com
- **Christina Lin Chen**    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- **Shawn M. Christianson**    schristianson@buchalter.com
- **Robert N.H. Christmas**    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- **Alicia Clough**    aclough@loeb.com
- **Marc Cohen**    mscohen@loeb.com
- **Keith J. Cunningham**    , rkelley@pierceatwood.com
- **James D. Curran**    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- **Jonathan S. Dabbieri**    dabbieri@sullivanhill.com, vidovich@sullivanhill.com
- **Jonathan R. Doolittle**    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- **Jennifer V. Doran**    jdoran@hinckleyallen.com
- **David V. Duperrault**    dvd@svlg.com, edn@svlg.com
- **Kevin M. Eckhardt**    keckhardt@hunton.com, candonian@huntonak.com
- **Joseph A. Eisenberg**    JAE1900@yahoo.com
- **Sally J. Elkington**    sally@elkshep.com, ecf@elkshep.com
- **G. Larry Engel**    larry@engeladvice.com
- **Krista M. Enns**    kenns@beneschlaw.com
- **Michael P. Esser**    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- **Richard W. Esterkin**    richard.esterkin@morganlewis.com, sue.reimers@morganlewis.com
- **Joseph Kyle Feist**    jfeistesq@gmail.com, info@norcallawgroup.net
- **James J. Ficenec**    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- **John D. Fiero**    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- **Kimberly S. Fineman**    kfineman@nutihart.com, nwhite@nutihart.com
- **Stephen D. Finestone**    sfinestone@fhlawllp.com
- **Jonathan Forstot**    , john.murphy@troutman.com
- **Xiyi Fu**    jackie.fu@lockelord.com, taylor.warren@lockelord.com
- **Larry W. Gabriel**    lgabriel@bg.law, nfields@bg.law
- **Gregg M. Galardi**    gregg.galardi@ropesgray.com
- **Richard L. Gallagher**    richard.gallagher@ropesgray.com
- **Janet D. Gertz**    jgertz@btlaw.com, amattingly@btlaw.com
- **Barry S. Glaser**    bglaser@swesq.com
- **Gabriel I. Glazer**    gglazer@pszjlaw.com
- **Gabrielle Glemann**    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- **Eric D. Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Richard H. Golubow**    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- **Mark A. Gorton**    mgorton@boutinjones.com, cdomingo@boutininc.com
- **Mark A. Gorton**    mgorton@boutininc.com, cdomingo@boutininc.com
- **Debra I. Grassgreen**    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- **Stuart G. Gross**    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

- **Oren Buchanan Haker**  oren.haker@stoel.com, rene.alvin@stoel.com
- **Robert G. Harris**  rob@bindermalter.com
- **Christopher H. Hart**  chart@nutihart.com, nwhite@nutihart.com
- **Bryan L. Hawkins**  bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- **Christopher V. Hawkins**  hawkins@sullivanhill.com, bkstaff@sullivanhill.com
- **Jan M Hayden**  jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- **Jennifer C. Hayes**  jhayes@fhlawllp.com
- **Stephen E. Hessler, P.C.**  , jozette.chong@kirkland.com
- **James P. Hill**  hill@sullivanhill.com, bkstaff@sullivanhill.com
- **Michael R. Hogue**  hoguem@gtlaw.com, frazierl@gtlaw.com
- **David Holtzman**  david.holtzman@hklaw.com
- **Marsha Houston**  mhouston@reedsmith.com, hvalencia@reedsmith.com
- **Brian D. Huben**  hubenb@ballardspahr.com
- **Jonathan Hughes**  jonathan.hughes@aporter.com, jane.rustice@aporter.com
- **Michael A. Isaacs**  Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- **Mark V. Isola**  mvi@sbj-law.com
- **J. Eric Ivester**  , Andrea.Bates@skadden.com
- **Ivan C. Jen**  ivan@icjenlaw.com
- **Chris Johnstone**  chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- **Gregory K. Jones**  GJones@dykema.com, cacossano@dykema.com
- **Roberto J. Kampfner**  rkampfner@whitecase.com, mco@whitecase.com
- **Robert B. Kaplan**  rbk@jmbm.com
- **Eve H. Karasik**  ehk@lnbyb.com
- **Tobias S. Keller**  tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- **Lynette C. Kelly**  lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- **Gerald P. Kennedy**  gerald.kennedy@procopio.com, laj@procopio.com
- **Samuel M. Kidder**  skidder@ktbslaw.com
- **Marc Kieselstein**  , carrie.oppenheim@kirkland.com
- **Jane Kim**  jkim@kellerbenvenutti.com
- **Thomas F. Koegel**  tkoegel@crowell.com
- **Andy S. Kong**  kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- **Alan W. Kornberg**  , akornberg@paulweiss.com
- **Jeffrey C. Krause**  jkrause@gibsondunn.com, psantos@gibsondunn.com
- **Lindsey E. Kress**  lkress@lockelord.com, autodocket@lockelord.com
- **Michael Thomas Krueger**  michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- **Richard A. Lapping**  rich@trodellalapping.com
- **Matthew A. Lesnick**  matt@lesnickprince.com, jmack@lesnickprince.com
- **David B. Levant**  david.levant@stoel.com, rene.alvin@stoel.com
- **Andrew H. Levin**  alevin@wcghlaw.com, vcorbin@wcghlaw.com
- **Jonathan A. Loeb**  jon.loeb@bingham.com
- **John William Lucas**  jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Jane Luciano**  jane-luciano@comcast.net
- **Kerri Lyman**  klyman@irell.com, lgauthier@irell.com
- **John H. MacConaghy**  macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- **Iain A. Macdonald**  iain@macfern.com, ecf@macfern.com
- **Samuel R. Maizel**  samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- **Adam Malatesta**  adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- **Michael W. Malter**  michael@bindermalter.com
- **Geoffrey E. Marr**  gemarr59@hotmail.com, pamses@yahoo.com
- **David P. Matthews**  jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- **Hugh M. McDonald**  , john.murphy@troutman.com
- **C. Luckey McDowell**  luckey.mcdowell@bakerbotts.com
- **Frank A. Merola**  lacalendar@stroock.com, mmagzamen@stroock.com
- **Matthew D. Metzger**  belvederelegalecf@gmail.com
- **M. David Minnick**  dminnick@pillsburylaw.com, docket@pillsburylaw.com
- **Thomas C. Mitchell**  tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com

- **John A. Moe**    john.moe@dentons.com, glenda.spratt@dentons.com
- **David W. Moon**    lacalendar@stroock.com, mmagzamen@stroock.com
- **Courtney L. Morgan**    morgan.courtney@pbgc.gov
- **Joshua D. Morse**    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- **Thomas G. Mouzes**    tmouzes@boutinjones.com, cdomingo@boutininc.com
- **Peter S. Munoz**    pmunoz@reedsmith.com, gsandoval@reedsmith.com
- **Michael S. Myers**    myersms@ballardspahr.com, hartt@ballardspahr.com
- **David L. Neale**    dln@lnbrb.com
- **David L. Neale**    dln@lnbyb.com
- **David Neier**    dneier@winston.com
- **Melissa T. Ngo**    ngo.melissa@pbgc.gov, efile@pbgc.gov
- **Gregory C. Nuti**    gnuti@nutihart.com, nwhite@nutihart.com
- **Abigail O'Brient**    aobrient@mintz.com, docketing@mintz.com
- **Office of the U.S. Trustee / SF**    USTPRegion17.SF.ECF@usdoj.gov
- **Aram Ordubegian**    Ordubegian.Aram@ArentFox.com
- **Gabriel Ozel**    Gabriel.Ozel@troutman.com, tsinger@houser-law.com
- **Amy S. Park**    amy.park@skadden.com, alissa.turnipseed@skadden.com
- **Donna Taylor Parkinson**    donna@parkinsonphinney.com
- **Peter S. Partee**    , candonian@huntonak.com
- **Paul J. Pascuzzi**    ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- **Kenneth Pasquale**    , mlaskowski@stroock.com
- **Valerie Bantner Peo**    vbantnerpeo@buchalter.com
- **Danielle A. Pham**    danielle.pham@usdoj.gov
- **Thomas R. Phinney**    tom@parkinsonphinney.com
- **R. Alexander Pilmer**    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- **M. Ryan Pinkston**    rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- **Estela O. Pino**    epino@epinolaw.com, staff@epinolaw.com
- **Mark D. Poniatowski**    ponlaw@ponlaw.com
- **Christopher E. Prince**    cprince@lesnickprince.com
- **Douglas B. Provencher**    dbp@provlaw.com
- **Lary Alan Rappaport**    lrappaport@proskauer.com, PHays@proskauer.com
- **Justin E. Rawlins**    jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- **Jack A. Reitman**    jareitman@lgbfirm.com, srichmond@lgbfirm.com
- **Emily P. Rich**    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Christopher O. Rivas**    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Daniel Robertson**    robertson.daniel@pbgc.gov, efile@pbgc.gov
- **Lacey Rochester**    lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- **Gregory A. Rougeau**    grougeau@brlawsf.com
- **Nanette D. Sanders**    nanette@ringstadlaw.com, becky@ringstadlaw.com
- **Sunny S. Sarkis**    sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- **Sunny S. Sarkis**    , dawn.forgeur@stoel.com
- **David B. Shemano**    dshemano@pwkllp.com
- **James A. Shepherd**    jim@elkshep.com, ecf@elkshep.com
- **Wayne A. Silver**    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- **Dania Slim**    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- **Alan D. Smith**    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- **Jan D. Sokol**    jdsokol@lawssl.com, dwright@lawssl.com
- **Bennett L. Spiegel**    blspiegel@jonesday.com
- **Michael St. James**    ecf@stjames-law.com
- **David M. Stern**    dstern@ktbslaw.com
- **Brad T. Summers**    tsummers@balljanik.com, swylen@balljanik.com
- **Meagan S. Tom**    Meagan.tom@lockelord.com, autodocket@lockelord.com
- **Edward Tredinnick**    etredinnick@grmslaw.com
- **Matthew Jordan Troy**    matthew.troy@usdoj.gov
- **Shmuel Vasser**    shmuel.vasser@dechert.com, brett.stone@dechert.com
- **Victor A. Vilaplana**    vavilaplana@foley.com, rhurst@foley.com

- **Marta Villacorta**   marta.villacorta@usdoj.gov
- **John A. Vos**   InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- **Riley C. Walter**   ecf@W2LG.com
- **Philip S. Warden**   philip.warden@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- **Genevieve G. Weiner**   gweiner@gibsondunn.com
- **Joseph M. Welch**   jwelch@buchalter.com, dcyrankowski@buchalter.com
- **Eric R. Wilson**   kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- **Kimberly S. Winick**   kwinick@clarktrev.com, knielsen@clarktrev.com
- **Rebecca J. Winthrop**   rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- **David Wirt**   david.wirt@hklaw.com, denise.harmon@hklaw.com
- **Ryan A. Witthans**   rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- **Andrea Wong**   wong.andrea@pbgc.gov, efile@pbgc.gov
- **Christopher Kwan Shek Wong**   christopher.wong@arentfox.com
- **Kirsten A. Worley**   kw@wlawcorp.com, admin@wlawcorp.com
- **Andrew Yaphe**   andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com
- **Brittany Zummer**   bzummer@theadlerfirm.com, nfournier@theadlerfirm.com