| | |
|---|---|
| RUTAN & TUCKER, LLP<br>Roger F. Friedman (State Bar No. 186070)<br>rfriedman@rutan.com<br>Philip J. Blanchard (State Bar No. 192378)<br>pblanchard@rutan.com<br>611 Anton Boulevard, Suite 1400<br>Costa Mesa, California 92626-1931<br>Telephone: 714-641-5100<br>Facsimile: 714-546-9035<br><br>Attorneys for Creditor ARB, INC. | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors.<br><br>* All papers shall be filed in the Lead Case No. 19-30088 DM. | Case No. 19-30088 DM (Lead Case)<br><br>(Jointly Administered with Case No. 19-30089 DM)<br><br>Chapter 11<br><br>**NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN PURSUANT TO 11 U.S.C. § 546(b)(2)**<br><br>[Kern County, Doc. No. 219008686] |

ARB, Inc. ("ARB"), by and through its undersigned counsel, hereby gives notice of continued perfection of its mechanics lien under 11 U.S.C. § 546(b)(2), as follows:

1. ARB is a corporation that has provided and delivered labor, services, equipment, and materials for the construction and improvement of projects on real property located in the County of Kern, State of California (the "Property") and owned by PG&E Corporation and/or Pacific Gas and Electric Company (collectively, the "Debtors").

Rutan & Tucker, LLP
attorneys at law
790/018579-0185
13432904.1 a02/21/19

Case: 19-30088    Doc# 598    Filed: 02/22/19    Entered: 02/22/19 14:54:51    Page 1 of 8

-1-

NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN

2. Through January 29, 2019 (the "Petition Date"), the amount owing to ARB is at least $17,161.00, exclusive of accruing interest and other charges, with additional amounts owed and accrued after the Petition Date.

3. On January 25, 2019, before the Petition Date, ARB properly perfected its mechanics lien under California Civil Code §§ 8400, *et seq.* by timely recording its Mechanics Lien (Claim of Lien) in the Official Records of Kern County, State of California, as more fully described in its Mechanics Lien, a true copy of which is attached hereto as Exhibit A.

4. Pursuant to California Civil Code § 8460, an action to enforce a lien must be commenced within 90 days after recordation of the claim of lien. However, due to the automatic stay set forth in 11 U.S.C. § 362, ARB is precluded from filing a state court action to enforce its mechanics lien. 11 U.S.C. § 546(b)(2) provides that when applicable law requires seizure of property or commencement of an action to perfect, maintain, or continue the perfection of an interest in property, and the property has not been seized or an action has not been commenced before the bankruptcy petition date, then the claimant shall instead give notice within the time fixed by law for seizing the property or commencing an action. (See 11 U.S.C. § 546(b)(2); see also In re Baldwin Builders (Village Nurseries v. Gould), 232 B.R. 406, 410-411 (9th Cir. 1999); Village Nurseries v. Greenbaum, 101 Cal.App.4th 26, 41 (Cal. Ct. App. 2002).)

5. Accordingly, ARB hereby provides notice of its rights as a perfected lienholder in the Property pursuant to California's mechanics lien law. ARB is filing and serving this notice to preserve, perfect, maintain, and continue the perfection of its lien and its rights in the Property to comply with the requirements of California state law, 11 U.S.C. §§ 362(a), 362(b)(3), and 546(b)(2), and any other applicable law. This notice constitutes the legal equivalent of having recorded a mechanics lien in the recorder's office for the county where the Property is located and then having commenced an action to foreclose the lien in the proper court. By this notice, the Debtors and other parties in interest are estopped from claiming that the lawsuit to enforce ARB's mechanics lien was not timely commenced

Rutan & Tucker, LLP
attorneys at law
790/018579-0185
13432904.1 a02/21/19

-2-

NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN

Case: 19-30088    Doc# 598    Filed: 02/22/19    Entered: 02/22/19 14:54:51    Page 2 of 8

pursuant to applicable state law. ARB intends to enforce its lien rights to the fullest extent permitted by applicable law. The interests perfected, maintained, or continued by 11 U.S.C. § 546(b)(2) extend in and to the proceeds, products, offspring, rents, or profits of the Property.

6. The filing of this notice shall not be construed as an admission that such filing is required under the Bankruptcy Code, the California mechanics lien law, or any other applicable law. In addition, ARB does not make any admission of fact or law, and ARB asserts that its lien is senior to and effective against entities that may have acquired rights or interests in the Property previously.

7. The filing of this notice shall not be deemed to be a waiver of ARB's right to seek relief from the automatic stay to foreclose its mechanics lien and/or a waiver of any other rights or defenses.

8. ARB reserves all rights, including the right to amend or supplement this notice.

Dated: February 22, 2019

RUTAN & TUCKER, LLP
ROGER F. FRIEDMAN
PHILIP J. BLANCHARD

By: /s/ Roger F. Friedman
Roger F. Friedman
Attorneys for Creditor ARB, INC.

# EXHIBIT A

RECORDING REQUESTED BY AND MAIL TO:
*(Name and mailing address, including city, state, and ZIP code, of requesting party)*

Philip J. Blanchard (State Bar No. 192378)
RUTAN & TUCKER, LLP
611 Anton Blvd., Suite 1400
Costa Mesa, California 92626
(714) 641-5100

Jon Lifquist, Assessor – Recorder
Kern County Official Records
Recorded at the request of
**Public**

RODRIGUS
1/25/2019
10:50 AM

DOC#: 219008686

| Stat Types: 1 | Pages: 4 |
|---|---|
| Fees | 32.00 |
| Taxes | 0.00 |
| Others | 75.00 |
| PAID | $107.00 |

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# DOCUMENT TITLE

☐ ABSTRACT OF JUDGMENT

☐ ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT

☒ OTHER *(specify)*: **MECHANICS LIEN**

Exhibit A, Page 4

# MECHANICS LIEN
# (CLAIM OF LIEN)

NOTICE IS HEREBY GIVEN: That, <u>ARB, Inc., 26000 Commercentre Drive, Lake Forest, California 92630</u> ("Claimant") claims a lien for labor, service, equipment, and/or materials under Section 8400, et seq., of the Civil Code of the State of California, upon the premises hereinafter described, and upon every estate or interest in such structures, improvements and premises held by any party holding any estate or interest therein.

The labor, service, equipment and/or materials were furnished for the construction of those certain buildings, improvements, or structures now upon those certain parcels of land situated in the **County of Kern**, State of California, said land described as follows:

### 2 V Street, Bakersfield, California  93304

The lien is claimed for the following kind of labor, services, equipment and/or materials: <u>Replacement of a non-operational fire valve by removal of one (1) existing inoperable 4-inch valve and installation by direct burial of one (1) new 4-inch valve in accordance with the construction drawings</u>.

The amount due after deducting all just credits and offsets: **$17,161**, plus interest.

The name of the person or company to whom claimant furnished labor, services, equipment or materials is: <u>Pacific Gas and Electric Company, 77 Beale Street, 24th Floor, Mail Code B24W, San Francisco, California  94105</u>.

The owner or reputed owner of said premises is: <u>Pacific Gas and Electric Company, 77 Beale Street, 24th Floor, Mail Code B24W, San Francisco, California  94105</u>.

## NOTICE OF MECHANICS LIEN
## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS CO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

Date: January 24, 2019          Claimant: ARB, Inc.

By: _____
John Perisich
Executive Vice President

## VERIFICATION

I, John Perisich, the undersigned, state that I am the Executive Vice President of ARB, Inc., the claimant named in the foregoing Mechanics Lien. I have read said Mechanics Lien and know the contents thereof, and I certify that the same is true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 24, 2019          ARB, Inc.

By: _____
John Perisich
Executive Vice President

*SEE ATTACHED PROOF OF SERVICE AFFIDAVIT INCORPORATED HEREIN*

Exhibit A, Page 6

## PROOF OF SERVICE AFFIDAVIT
## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange. I am over the age of eighteen years and not a party to the within Mechanics Lien. My business address is 611 Anton Blvd., 14th Floor, Costa Mesa, California 92626.

On January 24, 2019, I served a copy of the enclosed **Mechanics Lien and Notice of Mechanics Lien** on the following person(s) by placing true copies thereof enclosed in sealed envelope(s) and/or package(s) addressed as follows:

**Owner or Reputed Owner:**   Pacific Gas and Electric Company
77 Beale Street, 24th Floor
Mail Code B24W
San Francisco, California 94105

☒   **BY CERTIFIED MAIL and U.S. MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for Certified Mail and First Class U.S. Mail. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 24, 2019, at Costa Mesa, California.

Josette Cann