Paul J. Laurin (CA No. 136287)
BARNES & THORNBURG LLP
2029 Century Park E, Suite 300
Los Angeles, CA 90067
Telephone: (310) 284-3785
E-mail: paul.laurin@btlaw.com

David M. Powlen (DE No. 4978) (*pro hac vice* forthcoming)
Kevin G. Collins (DE No. 5149) (*pro hac vice* forthcoming)
BARNES & THORNBURG LLP
1000 N. West St., Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 300-3434
Facsimile: (302) 300-3456
E-mail: david.powlen@btlaw.com
       kevin.collins@btlaw.com

*Attorneys for Energy Systems Group, LLC and Miller Pipeline, LLC*

**FILED**
FEB 22 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br>**ALL LEAD PAPERS SHALL BE FILED IN THE LEAD CASE, NO. 19-30088 (DM)* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, David M. Powlen, an active member in good standing of the bars of Delaware, New York, Pennsylvania and Indiana, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis

1

representing Energy Systems Group, LLC and Miller Pipeline, LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Paul J. Laurin
> BARNES & THORNBURG LLP
> 2029 Century Park E, Suite 300
> Los Angeles, CA 90067
> Telephone: (310) 284-3785
> E-mail: paul.laurin@btlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 21, 2019

_____
David M. Powlen

# SUPREME COURT OF THE STATE OF DELAWARE

## CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **David M. Powlen** was admitted to practice as an attorney in the Courts of this State on **September 19, 2007** and is an *active* member of the Bar of the Supreme Court of the State of Delaware in good standing.

**IN TESTIMONY WHEREOF,**

I have hereunto set my hand and affixed the seal of said Court at Dover this 12th day of February, 2019.

Lisa A. Dolph
Clerk of the Supreme Court

```
UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 30065258 - JB

February 22, 2019
     14:11:10

  PRO HAC VICE FEE
   19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Amount.:            $310.00 CH
Check#.: 508941


Total-> $310.00


FROM: BARNES AND THORNBURG LLP
```