DENTONS US LLP
Peter D. Wolfson
1221 Avenue of the Americas
New York, NY 10020-1089
Tel.: 212-768-6840
Fax: 212-768-6800
Email: peter.wolfson@dentons.com

*Attorneys for Travelers Insurance*

FILED

FEB 22 2019

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**<br><br>Debtors. | Case No. 19-30088 DM<br>Case No. 19-30089 DM<br>Chapter 11<br>Hon. Dennis Montali<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>[No Hearing Requested] |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Peter Wolfson, an active member in good standing of the bar of United States District Court, Southern District of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Travelers Insurance in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

///

///

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Michael A. Isaacs
> Dentons US LLP
> One Market Plaza
> Spear Tower, 24th Floor
> San Francisco, CA 94105
> Tel: 415-356-4614
> Fax: 415-267-4198
> Email: michael.isaacs@dentons.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 6, 2019     DENTONS US LLP

By: /s/ Peter Wolfson
Peter Wolfson
1221 Avenue of the Americas
New York, New York 10020
Tel:  212-768-6840
Fax:  212-768-6800
Email: peter.wolfson@dentons.com

*Attorneys for Travelers Insurance*

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, *Ruby J. Krajick*, Clerk of Court, Certify that

PETER D. WOLFSON, Bar # PW5956

was duly admitted to practice in the Court on

March 07, 1978

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St. New York, New York

On February 4, 2019

Ruby J. Krajick
Clerk of Court

By _____
Deputy Clerk

```
UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 30065259 - JB

February 22, 2019
     14:17:07

PRO HAC VICE FEE
 19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Qty....:    2 @ $310.00
Amount.:                $620.00 CH
Check#.: 1425117


Total->    $620.00


FROM: DENTONS
```