TIMOTHY S. LAFFREDI (WI SBN 1055133)
Assistant United States Trustee
MARTA E. VILLACORTA (NY SBN 4918280)
Trial Attorney
United States Department of Justice
Office of the U.S. Trustee
450 Golden Gate Avenue, Suite 05-0153
San Francisco, CA 94102
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: marta.villacorta@usdoj.gov

Attorneys for Andrew R. Vara,
Acting United States Trustee for Region 3[1]

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>- **and** -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>     **Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>*\* All papers shall be filed in the lead case,*<br>*No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |

## DECLARATION OF MICHAEL SORGAARD IN SUPPORT OF UNITED STATES TRUSTEE'S OBJECTION TO MOTION OF THE DEBTORS TO CONTINUE THEIR EXISTING CASH MANAGEMENT SYSTEM AND FOR OTHER RELIEF [ECF NO. 7]

I, Michael Sorgaard, declare as follows:

---

[1] Andrew R. Vara, Acting United States Trustee for Region 3, is acting in this appointment for Tracy Hope Davis, United States Trustee for Region 17, who is recused from the above-captioned cases.

1. I am employed as a Regional Bankruptcy Analyst in the Office of the United States Trustee, Region 17, San Francisco Division (the "Office"), 450 Golden Gate Avenue, San Francisco, California 94102. I make this declaration based on my own personal knowledge of the facts of this matter. If called upon to do so, I could and would testify as to these facts.

2. I have had numerous telephonic conversations and email exchanges with the above captioned debtors (the "Debtors") in connection with cash management issues. In a telephonic conversation on February 12, 2019, my Office colleagues and I discussed banking issues with the Debtors' counsel and the Debtors' financial advisors, as well as representatives from the Bank of New York Mellon ("BNYM"). At that time, my Office inquired into the status of the various bank and financial institution accounts of the Debtors.

3. The Debtors, by their financial advisors, sent information to my Office by email on February 12, 2019. In that email, the Debtors disclosed balances in the Debtors' accounts. However, they did not explain whether the balances were the maximum anticipated amounts in these accounts, a question of my Office requested that the Debtors answer. My review of these accounts shows that the Debtors listed over $1 billion in BNYM brokerage accounts.

4. On January 31, 2019, the United States Trustee filed an Omnibus Objection to First Day Motions, including to the Cash Management Motion (the "US Trustee Omnibus Objection"). ECF No. 173. A copy of the US Trustee Omnibus Objection is attached as Exhibit A.

5. On January 31, 2019, the Court entered an order granting the Cash Collateral Motion on an interim basis (the "Interim Order"). A copy of the Interim Order is attached as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct this 21st day of February 2019.

/s/ Michael Sorgaard
Michael Sorgaard