Patrick Maxcy
patrick.maxcy@dentons.com
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606-6361
Tel. 312-876-2810

Attorney for Travelers Insurance
and Horace Mann Property & Casualty Insurance Company

FILED
FEB 2 2 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br>and<br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors. | Case No. 19-30088 DM<br>Case No. 19-30089 DM<br>Chapter 11<br>Hon. Dennis Montali<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>[No Hearing Requested] |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Patrick Maxcy, an active member in good standing of the bar of Illinois, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Travelers Insurance and Horace Mann Property & Casualty Insurance Company in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

///

///

1

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Tania M. Moyron

Dentons US LLP

601 Figueroa Street, Suite 2500

Los Angeles, CA 90017

213-623-9300

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 20, 2019            DENTONS US LLP

By: /s/ P.C. Maxcy
Patrick Maxcy,
Attorney for Travelers Insurance and
Horace Mann Property & Casualty Insurance Company

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Patrick Carr Maxcy

*Northern District of Illinois*

    I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Patrick Carr Maxcy was duly admitted to practice in said Court on (12/20/2001) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (02/01/2019 )

                                      Thomas G. Bruton , Clerk,
                                      By: Katherine Baker
                                          Deputy Clerk

```
UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 30065259  -  JB

February 22, 2019
     14:17:07

   PRO HAC VICE FEE
    19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Qty....:    2 @ $310.00
Amount.:              $620.00 CH
Check#.: 1425117



Total->  $620.00



FROM: DENTONS
```