# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Justin J. Ra, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On February 19, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, attached hereto as **Exhibit B**.

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 22th day of February 2019, at New York, NY.

JUSTIN J. RA

# **Exhibit A**

# Exhibit A
## Notice Parties Service List
## Served via First Class Mail

| Name | Address1 | Address2 | City | State | PostalCode |
|---|---|---|---|---|---|
| Gregory A. Bray, Esq. | Milbank, Tweed, Hadley & McCloy LLP | 2029 Century Park East, 33rd Fl. | Los Angeles | CA | 90067-3019 |
| Peter J. Benvenutti. Esq. | Keller & Benvenutti LLP | 650 California Street, #1900 | San Francisco | CA | 94108-2736 |
| Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York | NY | 10153-0119 |

# **Exhibit B**

Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| **In re Debtor(s):** | Case No.: 19-30088 DM 11 |
|---|---|
| PG&E Corporation and Pacific Gas and Electric Company | Chapter: 11 |

### NOTICE OF FILING OF TRANSCRIPT
### AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on February 13, 2019 was filed on February 14, 2019. The following deadlines apply:

The parties have until Thursday, February 21, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Thursday, March 7, 2019.

If a request for redaction is filed, the redacted transcript is due Monday, March 18, 2019.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Wednesday, May 15, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 2/21/19

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

# Notice Recipients

District/Off: 0971-3　　　User: dchambers　　　Date Created: 2/19/2019
Case: 19-30088　　　Form ID: TRANSC　　　Total: 5

**Recipients of Notice of Electronic Filing:**
aty　　Jane Kim　　　jkim@kellerbenvenutti.com
aty　　Tobias S. Keller　　tkeller@kellerbenvenutti.com

　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 2

**Recipients submitted to the Claims Agent (Prime Clerk):**
aty　　Stephen Karotkin　　Weil, Gotshal & Manges LLP　　767 Fifth Avenue　　New York, NY 10153
　　　　Gregory A. Bray, Esq..　　Milbank, Tweed, Hadley & McCloy LLP　　2029 Century Park East, 33rd Fl.　　Los Angeles, CA 90067
　　　　Peter J. Benvenutti, Esq.　　Keller & Benvenutti LLP　　650 California Street, #1900　　San Francisco, CA 94108

　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 3