THOMAS F. KOEGEL (SBN 125852)
tkoegel@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

MONIQUE D. ALMY (*pro hac vice* pending)
malmy@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2935
Facsimile: (202) 628-5116

Attorneys for Creditor and
Party-in-Interest NEXANT INC.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PG&E CORPORATION<br><br>And<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case No. 3:19-bk-30088-DM* | Bankruptcy Case<br>Case No. No. 3:19-bk-30088-DM<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**APPLICATION FOR ADMISSION *PRO HAC VICE* OF MONIQUE D. ALMY** |

CROWELL & MORING LLP
ATTORNEYS AT LAW

APPLICATION FOR ADMISSION
*PRO HAC VICE* OF MONIQUE D. ALMY;
CASE NO. NO. 3:19-bk-30088-DM

Case: 19-30088    Doc# 615    Filed: 02/22/19    Entered: 02/22/19 18:49:28    Page 1 of 2

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, I, Monique D. Almy, an active member in good standing of the bar of the District of Columbia, hereby apply for admission to practice in the Northern District of California on a *pro hac vice* basis representing Creditor and Party-in-Interest Nexant Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia; namely the District of Columbia. A certificate attesting to my good standing in the bar of the District of Columbia is attached as Exhibit A.

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Thomas F. Koegel, Crowell & Moring LLP, 3 Embarcadero Center, 26th Floor, San Francisco, California, 94111, (415) 986-2800.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 22, 2019          CROWELL & MORING LLP

                                  By: /s/
                                  _____
                                  Monique D. Almy
                                  Attorneys for Creditor and Party-in-Interest
                                  NEXANT INC.

SFACTIVE-905163055.1