AKIN GUMP STRAUSS HAUER & FELD LLP

David M. Zensky
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: dzensky@akingump.com

*Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*

**FILED**
FEB 25 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| In re: | Bankruptcy Case No. 19-30088 (DM) |
|---|---|
| PG&E CORPORATION, | Chapter 11 |
| -and- | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| **Debtors.** | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, David M. Zensky, an active member in good standing of the bar of the United States District Court for the Southern District of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company in the above entitled action.

In support of this application, I certify on oath that:

1

Application For Admission Of Attorney Pro Hac Vice

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

   David P. Simonds (SBN 214499)
   AKIN GUMP STRAUSS HAUER & FELD LLP
   1999 Avenue of the Stars, Suite 600
   Los Angeles, CA 90067
   Tel: (310) 229-1000

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 22, 2019

David M. Zensky

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__DAVID MITCHELL ZENSKY__, Bar # __DZ5913__

was duly admitted to practice in the Court on

__July 12, 1988__

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.    On    __February 20, 2019__
New York, New York

By

__Ruby J. Krajick__
Clerk of Court

Deputy Clerk

```
UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
    SAN FRANCISCO DIVISION

 # 30065260 - JB
 * * C O P Y * *
 February 25, 2019
     10:10:52

  PRO HAC VICE FEE
   19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Amount.:            $310.00 CH
Check#.: 5034119



Total-> $310.00



FROM: NATIONWIDE LEGAL, LLC
```