STROOCK & STROOCK & LAVAN LLP
Kristopher M. Hansen (*pro hac vice* pending)
(khansen@stroock.com)
Erez E. Gilad (*pro hac vice* pending)
egilad@stroock.com)
Matthew G. Garofalo (*pro hac vice* pending)
(mgarofalo@stroock.com)
180 Maiden Lane
New York, NY 10038-4982
Tel: 212 806 5400
Fax: 212 806 6006

STROOCK & STROOCK & LAVAN LLP
Frank A. Merola (#136934)
(fmerola@stroock.com)
2029 Century Park East
Los Angeles, CA 90067-3086
Tel: 310 556-5800
Fax: 310 556 5959

*Attorneys for JPMorgan Chase Bank, N.A.*

**FILED**

FEB 2 5 2019

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19 -30088 (DM) |
| **PG&E CORPORATION** | |
| – and – | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY** | (Lead Case) |
| | (Jointly Administered) |
| **Debtors.** | **AMENDED APPLICATION FOR ADMISSION OF ATTORNEY EREZ E. GILAD *PRO HAC VICE*** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects all Debtors | |

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

1  STROOCK & STROOCK & LAVAN LLP
   Kristopher M. Hansen (*pro hac vice* pending)
2  (khansen@stroock.com)
   Erez E. Gilad (*pro hac vice* pending)
3  egilad@stroock.com)
   Matthew G. Garofalo (*pro hac vice* pending)
4  (mgarofalo@stroock.com)
   180 Maiden Lane
5  New York, NY 10038-4982
   Tel: 212 806 5400
6  Fax: 212 806 6006
7
8  STROOCK & STROOCK & LAVAN LLP
   Frank A. Merola (#136934)
9  (fmerola@stroock.com)
   2029 Century Park East
10 Los Angeles, CA 90067-3086
   Tel: 310 556-5800
11 Fax: 310 556 5959
12
   *Attorneys for JPMorgan Chase Bank, N.A., as*
13 *DIP Administrative Agent*

**FILED**

FEB - 1 2019

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

14              **UNITED STATES BANKRUPTCY COURT**

15              **NORTHERN DISTRICT OF CALIFORNIA**

16                  **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 17 In re: | Case Nos. 19-30088 (DM) |
| 18 | 19-30089 (DM) |
| **PG&E CORPORATION** | |
| 19 | Chapter 11 |
| **Debtor.** | |
| 20 | **APPLICATION FOR ADMISSION OF** |
| **Tax I.D. No. 94-3234914** | **ATTORNEY *PRO HAC VICE*** |
| 21 | |
| 22 In re: | |
| 23 **PACIFIC GAS AND ELECTRIC** | |
| **COMPANY** | |
| 24 | |
| **Debtor.** | |
| 25 | |
| 26 **Tax I.D. No. 94-0742640** | |

27

28          Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Erez E. Gilad, an active member in good

standing of the bar of the State of New York, hereby applies for admission to practice in the

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

1  Northern District of California on a *pro hac vice* basis representing JPMorgan Chase Bank,

2  N.A., as DIP Administrative Agent, in the above-entitled actions.

3      In support of this application, I certify on oath that:

4      1.      I am an active member in good standing of a United States Court or of the highest

5  court of another State or the District of Columbia, as indicated above;

6      2.      I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-

7  4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution

8  Program of this Court; and,

9      3.      An attorney who is a member of the bar of this Court in good standing and who

10  maintains an office within the State of California has been designated as co-counsel in the above-

11  entitled action. The name, address and telephone number of that attorney is:

12      Frank A. Merola (#136934)
13      Stroock & Stroock & Lavan LLP
        2029 Century Park East
14      Los Angeles, CA 90067-3086
        Tel: 310 556-5800
15      fmerola@stroock.com

16  I declare under penalty of perjury that the foregoing is true and correct.

17

18  Dated:    January 29, 2019

19                                          Erez E. Gilad

20

21

22

23

24

25

26

27

28

2

## Appellate Division of the Supreme Court
## of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# EREZ E GILAD

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **October 29, 2001,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**February 20, 2019**

2745

Clerk of the Court

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611140871
Cashier ID: almaceh
Transaction Date: 01/31/2019
Payer Name: stroock and stroock and
-----------------------------------
PRO HAC VICE
 For: erez e gilad
 Case/Party: D-CAN-3-19-AT-PROHAC-001
 Amount:       $310.00
-----------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 033797
 Amt Tendered: $310.00
-----------------------------------
Total Due:     $310.00
Total Tendered: $310.00
Change Amt:     $0.00


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```