Rebecca J. Winthrop (CA Bar No. 116386)
NORTON ROSE FULBRIGHT US LLP
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone:   (213) 892-9200
Facsimile:    (213) 892-9494
rebecca.winthrop@nortonrosefulbright.com

William R. Greendyke (TX Bar No. 08390450)
Bob B. Bruner (TX Bar No. 24062637)
NORTON ROSE FULBRIGHT US LLP
1301 McKinney Street, Suite 5100
Houston, Texas 77010
Telephone:   (713) 651-5151
Facsimile:    (713) 651-5246
william.greendyke@nortonrosefulbright.com
bob.bruner@nortonrosefulbright.com

Attorneys for MRC GLOBAL (US) INC.

**FILED**
FEB 25 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   - and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>                                        Debtors. | Bankruptcy Case<br>No. 19 - 30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY ROBERT B. BRUNER *PRO HAC VICE*** |
| ☐   Affects PG&E Corporation<br>☐   Affects Pacific Gas and Electric Company<br>☒   Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

DOCUMENT PREPARED ON RECYCLED PAPER

Pursuant to Rule 1001-2(a) of the Bankruptcy Local Rules of the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Local Rules**") and Rule 11-3 of the Civil Local Rules of the United States District Court for the Northern District of California (the "**Local Rules**"), Robert B. Bruner, an active member in good standing of the state bar of Texas, who is therefore a member in good standing of the bar of the highest court in that state, hereby applies for admission to practice in the United States Bankruptcy Court for the Northern District of California (the "**Court**") on a *pro hac vice* basis representing MRC Global (US), Inc. in the above-captioned bankruptcy cases.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Rebecca J. Winthrop, Norton Rose Fulbright US LLP, 555 South Flower Street, 41st Floor, Los Angeles, California 90071.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 4, 2019

NORTON ROSE FULBRIGHT US LLP

By _____
ROBERT B. BRUNER
Attorney for MRC Global (US) Inc.

DOCUMENT PREPARED
ON RECYCLED PAPER

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, **BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Robert Bernard Bruner**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 2nd day of May, 2008.

I further certify that the records of this office show that, as of this date

**Robert Bernard Bruner**

is presently enrolled with the State Bar of Texas as an active member in good standing.



**IN TESTIMONY WHEREOF** witness my signature

and the seal of the Supreme Court of

Texas at the City of Austin, this, the

1st day of February, 2019.

BLAKE HAWTHORNE, Clerk

*Blake A. Hawthorne*
Clerk, Supreme Court of Texas

No. 8790C.1

---

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

```
UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 30065262 - JB

February 25, 2019
    10:44:31

PRO HAC VICE FEE
  19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Qty....:    2 @ $310.00
Amount.:
Check#.: 120845              $620.00 CH


Total-> $620.00


FROM: NORTON ROSE FULBRIGHT
```