STROOCK & STROOCK & LAVAN LLP
Mark A. Speiser (pro hac vice pending)
(mspeiser@stroock.com)
Kenneth Pasquale (pro hac vice)
kpasquale@stroock.com
Sherry J. Millman (pro hac vice pending)
(smillman@stroock.com)
Harold A. Olsen (pro hac vice pending)
(holsen@stroock.com)
180 Maiden Lane
New York, NY 10038-4982
Tel: 212 806 5400
Fax: 212 806 6006

STROOCK & STROOCK & LAVAN LLP
David W. Moon (#197711)
(dmoon@stroock.com)
2029 Century Park East
Los Angeles, CA 90067-3086
Tel: 310 556-5800
Fax: 310 556 5959

*Attorneys for Mizuho Bank, Ltd.*

**FILED**
FEB 2 5 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> – and – <br><br> **PACIFIC GAS AND ELECTRIC COMPANY** <br><br> **Debtors.** | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY MARK A. SPEISER *PRO HAC VICE*** |
| ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects all Debtors | |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Mark A. Speiser, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Northern District of California on a *pro hac vice* basis representing Mizuho Bank, Ltd., in the above-entitled actions.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled actions. The name, address and telephone number of that attorney is:

David W. Moon (#197711)
Stroock & Stroock & Lavan LLP
2029 Century Park East
Los Angeles, CA 90067-3086
Tel: 310 556-5800
dmoon@stroock.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 21, 2019

*/s/ Mark A. Speiser*
Mark A. Speiser



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Mark Alan Speiser** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 14th day of **February 1979**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on February 19, 2019.



*Aprilanne Agostino*

Clerk of the Court

Case: 19-30088    Doc# 624    Filed: 02/25/19    Entered: 02/25/19 14:29:58    Page 3 of 4

```
UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 30065267 - JB

February 25, 2019
     12:24:28

PRO HAC VICE FEE
  19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Amount.:              $310.00 CH
Check#.: 034154



Total-> $310.00



FROM: STROOCK & STROOCK & LAVAN LLP
```