WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Proposed Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

**In re:**

**PG&E CORPORATION,**

    **- and -**

**PACIFIC GAS AND ELECTRIC COMPANY,**

          **Debtors.**

☐ Affects PG&E Corporation
☑ Affects Pacific Gas and Electric Company
☐ Affects both Debtors

*\* All papers shall be filed in the Lead Case,
No. 19-30088 (DM).*

Bankruptcy Case
No. 19-30088 (DM)

Chapter 11

(Lead Case)

(Jointly Administered)

**CERTIFICATE OF SERVICE**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088    Doc# 626    Filed: 02/25/19    Entered: 02/25/19 14:50:08    Page 1 of 2

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is 650 California Street, Suite 1900, San Francisco, CA 94108.

On February 22, 2019, I served true copies of the following document(s) described as

- **PRELIMINARY RESPONSE IN OPPOSITION TO VALERO REFINING COMPANY-CALIFORNIA'S MOTION FOR RELIEF FROM STAY**

on the interested parties in this action as follows:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and the Local Bankruptcy Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. Upon filing of the above document(s), I reviewed the Notice(s) of Electronic Filing and determined that the following persons have received the NEF transmission at the e-mail addresses stated below:

All Registered ECF Participants, including:

**Movant**
- Richard A. Lapping, on behalf of Creditor Valero Refining Company-California
  rich@trodellalapping.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am a member of the bar of this Court.

Executed on February 25, 2019, at San Francisco, California.

/s/*Peter J. Benvenutti*___
Peter J. Benvenutti