AKIN GUMP STRAUSS HAUER & FELD LLP
Michael S. Stamer (*pro hac vice*)
Ira S. Dizengoff (*pro hac vice*)
David H. Botter (*pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone:     (212) 872-1000
Facsimile:     (212) 872-1002
Email:         mstamer@akingump.com
               idizengoff@akingump.com
               dbotter@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
David P. Simonds (SBN 214499)
1999 Avenue of the Stars, Suite 600
Los Angeles, California 90067
Telephone:     (310) 229-1000
Facsimile:     (310) 229-1001
Email:         dsimonds@akingump.com

Ashley Vinson Crawford (SBN 257246)
580 California Street
Suite 1500
San Francisco, CA 94104
Telephone:     (415) 765-9500
Facsimile:     (415) 765-9501
Email:         avcrawford@akingump.com

*Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>　　-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>　　　　　　　　　　　**Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>*\*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

TRACY SOUTHWELL

1. I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1999 Avenue of the Stars, Suite 600, Los Angeles, California, 90067.

2. I certify that on February 24, 2019, I caused a true and correct copy of the *Joinder of the Ad Hoc Committee of Senior Unsecured Noteholders to Limited Objection of the Official Committee of Unsecured Creditors to Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 362 for Interim and Final Orders Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Stock of, and Claims Against, the Debtor* [ECF No. 616] (the "Joinder") to be served via email on the parties listed on the annexed **Exhibit A**.

3. I certify that on February 25, 2019, I caused a true and correct copy of the Joinder to be served via first-class mail, postage prepaid on the parties listed on the annexed **Exhibit B**.

Los Angeles, California

Dated: February 25, 2019

By: /s/ Tracy Southwell
Tracy Southwell

# EXHIBIT A

| Name | Notice Name | Email |
| --- | --- | --- |
| Adler Law Group, APLC | Attn: E. Elliot Adler, Geoffrey E. Marr, Brittany S. Zummer | eadler@theadlerfirm.com<br>gemarr59@hotmail.com<br>bzummer@theadlerfirm.com |
| Aera Energy LLC | Attn: Ron A. Symm | rasymm@aeraenergy.com |
| ARB Inc. | Attn: Leah Panlilio | contractssf@prim.com |
| Arent Fox LLP | Attn: Andrew I. Silfen, Beth M. Brownstein, Jordana L. Renert | andrew.silfen@arentfox.com<br>beth.brownstein@arentfox.com<br>jordana.renert@arentfox.com |
| Arent Fox LLP | Attn: Andy S. Kong and Christopher K.S. Wong | andy.kong@arentfox.com<br>christopher.wong@arentfox.com |
| Arent Fox LLP | Attn: Aram Ordubegian | aram.ordubegian@arentfox.com |
| Baker Botts L.L.P. | Attn: C. Luckey McDowell, Ian E. Roberts, Kevin Chiu | luckey.mcdowell@bakerbotts.com<br>ian.roberts@bakerbotts.com<br>kevin.chiu@bakerbotts.com |
| Baker Botts L.L.P. | Attn: Navi S. Dhillon | navi.dhillon@bakerbotts.com |
| Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: John H. Rowland | jrowland@bakerdonelson.com |
| Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: Lacey E. Rochester, Jan M. Hayden | lrochester@bakerdonelson.com<br>jhayden@bakerdonelson.com |
| Ballard Spahr LLP | Attn: Brian D. Huben | hubenb@ballardspahr.com |
| Ballard Spahr LLP | Attn: Craig Solomon Ganz, Michael S. Myers | ganzc@ballardspahr.com<br>myersms@ballardspahr.com |
| Ballard Spahr LLP | Attn: Matthew G. Summers | summersm@ballardspahr.com |
| Bank of America | Attn: John McCusker | john.mccusker@bami.com |
| Bank of America | Attn: Patrick Boultinghouse | patrick.boultinghouse@baml.com<br>jacob.m.carson@baml.com<br>maggie.halleland@baml.com<br>john.mccusker@baml.com |

| Name | Notice Name | Email |
|---|---|---|
| Bank of New York Mellon | Attn: Raymond Torres | raymond.torres@bnymellon.com |
| Bank of New York Mellon | Attn: Timothy J. Marchando | timothy.marchando@bnymellon.com |
| Baron & Budd, P.C. | Attn: Scott Summy, John Fiske | ssummy@baronbudd.com<br>jfiske@baronbudd.com |
| Belvedere Legal, PC | Attn: Matthew D. Metzger | belvederelegalecf@gmail.com |
| Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Michael J. Barrie | kcapuzzi@beneschlaw.com<br>mbarrie@beneschlaw.com |
| Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Krista M. Enns | kenns@beneschlaw.com |
| Binder & Malter, LLP | Attn: Michael W. Malter, Robert G. Harris | michael@bindermalter.com<br>rob@bindermalter.com |
| Boutin Jones Inc. | Attn: Mark Gorton | mgorton@boutinjones.com |
| Brothers Smith LLP | Attn: Mark V. Isola | misola@brotherssmithlaw.com |
| Brunetti Rougeau LLP | Attn: Gregory A. Rougeau | grougeau@brlawsf.com |
| Buchalter, A Professional Corporation | Attn: Valerie Bantner Peo, Shawn M. Christianson | schristianson@buchalter.com<br>vbantnerpeo@buchalter.com |
| California Public Utilities Commission | Attn: Arocles Aguilar | arocles.aguilar@cpuc.ca.gov |
| Chevron Products Company, A Division Of Chevron U.S.A. INC. | Attn: Melanie Cruz, M. Armstrong | melaniecruz@chevron.com<br>marmstrong@chevron.com |
| Citibank, N.A. | Attn: Amit Vasani | amit.vasani@citi.com |
| Clark & Trevithick | Attn: Kimberly S. Winick | kwinick@clarktrev.com |
| Cleary Gottlieb Sheen & Hamilton LLP | Attn: Lisa Schweitzer, Margaret Schierberl | lschweitzer@cgsh.com<br>mschierberl@cggsh.com |
| Corey, Luzaich, De Ghetaldi & Riddle LLP | Attn: Dario de Ghetaldi, Amanda L. Riddle, Steven M. Berki, Sumble Manzoor | def@coreylaw.com<br>alr@coreylaw.com<br>smb@coreylaw.com<br>sm@coreylaw.com |

| Name | Notice Name | Email |
|---|---|---|
| Cotchett, Pitre & McCarthy, LLP | Attn: Frank M. Pitre, Alison E. Cordova, Abigail D. Blodgett | fpitre@cpmlegal.com<br>acordova@cpmlegal.com<br>ablodgett@cpmlegal.com |
| Crowell & Moring LLP | Attn: Monique D. Almy | malmy@crowell.com |
| Crowell & Moring LLP | Attn: Thomas F. Koegel | tkoegel@crowell.com |
| Danko Meredith | Attn: Michael S. Danko, Kristine K. Meredith, Shawn R. Miller | mdanko@dankolaw.com<br>kmeredith@dankolaw.com<br>smiller@dankolaw.com |
| Davis Polk & Wardwell LLP | Attn: Andrew D. Yaphe | andrew.yaphe@davispolk.com |
| Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |
| Debra Grassgreen | Attn: Karl Knight | dgrassgreen@gmail.com |
| Dentons US LLP | Attn: Bryan E. Bates, Esq. | bryan.bates@dentons.com |
| Dentons US LLP | Attn: John A. Moe, II | john.moe@dentons.com |
| Dentons US LLP | Attn: Lauren Macksoud | lauren.macksoud@dentons.com |
| Dentons US LLP | Attn: Michael A. Isaacs, Esq. | michael.isaacs@dentons.com |
| Dentons US LLP | Attn: Oscar N. Pinkas | oscar.pinkas@dentons.com |
| Dentons US LLP | Attn: Samuel R. Maizel, Esq. | samuel.maizel@dentons.com |
| Deutsche Bank | Attn: Kathryn Fischer | kathryn.fischer@db.com |
| DLA Piper LLP (US) | Attn: Eric Goldberg, David Riley | david.riley@dlapiper.com<br>eric.goldberg@dlapiper.com |
| DLA Piper LLP (US) | Attn: Joshua D. Morse | joshua.morse@dlapiper.com |
| Dykema Gossett LLP | Attn: Gregory K. Jones | gjones@dykema.com |
| East Bay Community Energy Authority | Attn: Leah S. Goldberg | lgoldberg@ebce.org |

3

| Name | Notice Name | Email |
|---|---|---|
| EDP Renewables North America LLC | Attn: Leslie A. Freiman, Randy Sawyer | leslie.freiman@edpr.com<br>randy.sawyer@edpr.com |
| Elkington Shepherd LLP | Attn: Sally J. Elkington, James A. Shepherd | sally@elkshep.com<br>jim@elkshep.com |
| Engel Law, P.C. | Attn: G. Larry Engel | larry@engeladvice.com |
| Finestone Hayes LLP | Attn: Stephen D. Finestone, Jennifer C. Hayes | sfinestone@fhlawllp.com<br>jhayes@fhlawllp.com<br>rwitthans@fhlawllp.com |
| Foley & Lardner LLP | Attn: Erika L. Morabito, Brittany J. Nelson | emorabito@foley.com<br>bnelson@foley.com |
| Foley & Lardner LLP | Attn: Victor A. Vilaplana | vavilaplana@foley.com |
| Frederic Dorwart, Lawyers PLLC | Attn: Samuel S. Ory | sory@fdlaw.com |
| G4S Secure Solutions (USA) Inc. and G4S Secure Integration LLC | Attn: Joseph Schwaderer, CFO | joseph.schwaderer@usa.g4s.com |
| Gellert Scali Busenkell & Brown, LLC | Attn: Michael Busenkell | mbusenkell@gsbblaw.com |
| GIBBS LAW GROUP | Attn: Eric Gibbs, Dylan Hughes | ehg@classlawgroup.com<br>dsh@classlawgroup.com |
| Gibson, Dunn & Crutcher LLP | Attn: Jeffrey C. Krause, Genevieve G. Weiner | gweiner@gibsondunn.com<br>jkrause@gibsondunn.com |
| Gibson, Dunn & Crutcher LLP | Attn: Michael A. Rosenthal, Alan Moskowitz | mrosenthal@gibsondunn.com<br>amoskowitz@gibsondunn.com |
| Greenberg Traurig, LLP | Attn: Michael Hogue | hoguem@gtlaw.com |
| Greene Radovsky Maloney Share & Hennigh LLP | Attn: Edward J. Tredinnick | etredinnick@greeneradovsky.com |
| Gross & Klein LLP | Attn: Stuart G. Gross | sgross@grosskleinlaw.com |
| Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | jdoran@hinckleyallen.com |
| Holland & Knight LLP | Attn: Robert J. Labate, David I. Holtzman | robert.labate@hklaw.com<br>david.holtzman@hklaw.com |

| Name | Notice Name | Email |
|---|---|---|
| Hunton Andrews Kurth LLP | Attn: Kevin M. Eckhardt | keckhardt@huntonak.com |
| Hunton Andrews Kurth LLP | Attn: Peter S. Partee, Sr. | ppartee@huntonak.com |
| Irell & Manella LLP | Attn: Craig Varnen, Andrew J. Strabone | cvarnen@irell.com<br>astrabone@irell.com |
| Irell & Manella LLP | Attn: Michael H. Strub, Jr. | mstrub@irell.com |
| Jacobs Engineering | Attn: Robert Albery | robert.albery@jacobs.com |
| Jane Luciano | Attn: Jane Luciano | jane-luciano@comcast.net |
| Jeffer Mangles Butler & Mitchell LLP | Attn: Robert B. Kaplan | rbk@jmbm.com |
| Jenkins Mulligan & Gabriel LLP | Attn: Larry W. Gabriel | lgabriel@bg.law |
| Jordan, Holzer & Ortiz, PC | Attn: Antonio Ortiz, Shelby A Jordan | aortiz@jhwclaw.com<br>sjordan@jhwclaw.com<br>ecf@jhwclaw.com |
| Joseph A. Eisenberg P.C. | Attn: Joseph A. Eisenberg P.C. | jae1900@yahoo.com |
| Keller & Benvenutti LLP | Attn: Tobias S. Keller, Jane Kim | tkeller@kellerbenvenutti.com<br>jkim@kellerbenvenutti.com |
| Kelley Drye & Warren LLP | Attn: Benjamin D. Feder | kdwbankruptcydepartment@kelleydrye.com<br>bfeder@kelleydrye.com |
| Kinder Morgan, Inc. | Attn: Mark A. Minich | mark_minich@kindermorgan.com |
| Kinder Morgan, Inc. | Attn: Mosby Perrow | mosby_perrow@kindermorgan.com |
| Kirkland & Ellis LLP | Attn: Aparna Yenamandra | aparna.yenamandra@kirkland.com |
| Kirkland & Ellis LLP | Attn: David R. Seligman, P.C. | david.seligman@kirkland.com |
| Kirkland & Ellis LLP | Attn: Marc Kieselstein, P.C. | marc.kieselstein@kirkland.com |
| Kirkland & Ellis LLP | Attn: Mark McKane, P.C., Michael P. Esser | mark.mckane@kirkland.com<br>michael.esser@kirkland.com |

| Name | Notice Name | Email |
|---|---|---|
| Kirkland & Ellis LLP | Attn: R. Alexander Pilmer | alexander.pilmer@kirkland.com |
| Kirkland & Ellis LLP | Attn: Stephen E. Hessler, P.C. | stephen.hessler@kirkland.com |
| Klee, Tuchin, Bogdanoff & Stern LLP | Attn: Kenneth N. Klee, David M. Stern, Samuel M. Kidder | kklee@ktbslaw.com<br>dstern@ktbslaw.com<br>skidder@ktbslaw.com |
| Klein, Denatale, Goldner, Cooper, Rosenlieb & Kimball, LLP | Attn: Hagop T. Bedoyan | hbedoyan@kleinlaw.com<br>ecf@kleinlaw.com |
| Latham & Watkins LLP | Attn: Adam E. Malatesta | adam.malatesta@lw.com |
| Latham & Watkins LLP | Attn: Amy C. Quartarolo | amy.quartarolo@lw.com |
| Latham & Watkins LLP | Attn: Caroline A. Reckler, Andrew M. Parlen | caroline.reckler@lw.com<br>andrew.parlen@lw.com |
| Latham & Watkins LLP | Attn: Christopher Harris, Andrew M. Parlen | chirstopher.harris@lw.com<br>andrew.parlen@lw.com |
| Law Office Of Patricia Williams Prewitt | Attn: Patricia Williams Prewitt | pwp@pattiprewittlaw.com |
| Law Office of Richard L. Antognini | Attn: Richard L. Antognini | rlalawyer@yahoo.com |
| Law Office Of Wayne A. Silver | Attn: Wayne A. Silver | ws@waynesilverlaw.com |
| Law Offices of Thomas J. Brandi | Attn: Thomas J. Brandi | tjb@brandilaw.com |
| Lesnick Prince & Pappas LLP | Attn: Matthew A. Lesnick, Christopher E. Prince | matt@lesnickprince.com<br>cprince@lesnickprince.com |
| Levene, Neale, Bender, Yoo & Brill L.L.P. | Attn: David L. Neale | dln@lnbyb.com |
| Levene, Neale, Bender, Yoo & Brill L.L.P. | Attn: Eve H. Karasik | ehk@lnbyb.com |
| Locke Lord LLP | Attn: Aaron Smith | asmith@lockelord.com |
| Locke Lord LLP | Attn: Bradley C. Knapp | bknapp@lockelord.com |
| Locke Lord LLP | Attn: Elizabeth M. Guffy | eguffy@lockelord.com |

| Name | Notice Name | Email |
|---|---|---|
| Locke Lord LLP | Attn: Lindsey E. Kress | lkress@lockelord.com |
| Locke Lord LLP | Attn: Meagan S. Tom | meagan.tom@lockelord.com |
| Locke Lord LLP | Attn: W. Steven Bryant | sbryant@lockelord.com |
| Locke Lord LLP | Attn: Xiyi Fu | jackie.fu@lockelord.com |
| Loeb & Loeb LLP | Attn: Marc S. Cohen, Alicia Clough | mscohen@loeb.com aclough@loeb.com |
| Macdonald \| Fernandez LLP | Attn: Iain A. Macdonald | imac@macfern.com |
| Mary Alexander & Associates, P.C. | Attn: Mary E. Alexander | malexander@maryalexander.com |
| McKinsey & Company Inc. | Attn: Rob Bland | ron_bland@mckinsey.com |
| Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil | ddunne@milbank.com skhalil@milbank.com |
| Milbank LLP | Attn: Paul S. Aronzon Gregory A. Bray Thomas R. Kreller | paronzon@milbank.com gbray@milbank.com tkreller@milbank.com |
| Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. | Attn: Abigail V. O'Brient, Andrew B. Levin | avobrient@mintz.com ablevin@mintz.com |
| Mizuho | Attn: Peter Bickford | peter.bickford@mizuhocbus.com |
| MRO Integrated Solutions LLC | Attn: Tracy M. Tomkovicz | tracyt@mrois.com |
| MUFG | Attn: Nietzsche Rodricks | nrodricks@us.mufg.jp |
| Newmeyer & Dillion LLP | Attn: James J. Ficenec, Joshua B. Bevitz | james.ficenec@ndlf.com joshua.bevitz@ndlf.com |
| Northern California Law Group, PC | Attn: Joseph Feist | info@norcallawgroup.net joe@norcallawgroup.com |
| Norton Rose Fulbright US LLP | Attn: Howard Seife, Andrew Rosenblatt, Christy Rivera | howard.seife@nortonrosefulbright.com andrew.rosenblatt@nortonrosefulbright.com christy.rivera@nortonrosefulbright.com |

| Name | Notice Name | Email |
|---|---|---|
| Nuti Hart LLP | Attn: Gregory C. Nuti, Christopher H. Hart, Kimberly S. Fineman | kfineman@nutihart.com<br>gnuti@nutihart.com<br>chart@nutihart.com |
| Office of the California Attorney General | Attn: Bankruptcy Dept | bankruptcy@coag.gov |
| Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Lynette C. Kelly, Marta E. Villacorta | james.l.snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>lynette.c.kelly@usdoj.gov<br>marta.villacorta@usdoj.gov |
| Orrick, Herrington & Sutcliffe LLP | Attn: Debra Felder | dfelder@orrick.com |
| Orrick, Herrington & Sutcliffe LLP | Attn: Lorraine McGowen | lmcgowen@orrick.com |
| Orrick, Herrington & Sutcliffe LLP | Attn: Thomas C. Mitchell | tcmitchell@orrick.com |
| Pachulski Stang Ziehl & Jones LLP | Attn: Isaac M. Pachulski, Debra I. Grassgreen, Gabriel I. Glazer, John W. Lucas | jlucas@pszjlaw.com<br>gglazer@pszjlaw.com<br>dgrassgreen@pszjlaw.com<br>ipachulski@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP | Attn: John D. Fiero | jfiero@pszjlaw.com |
| Parkinson Phinney | Attn: Thomas R. Phinney | tom@parkinsonphinney.com |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com |
| Pension Benefit Guaranty Corporation | Attn: Courtney L. Morgan | morgan.courtney@pbgc.gov<br>efile@pbgc.gov |
| Pension Benefit Guaranty Corporation | Attn: Daniel Robertson | efile@pbgc.gov<br>robertson.daniel@pbgc.gov |
| Pension Benefit Guaranty Corporation | Attn: Melissa T. Ngo | ngo.melissa@pbgc.gov<br>efile@pbgc.gov |
| Perkins Coie, LLP | Attn: Alan D. Smith | adsmith@perkinscoie.com |
| Pierce Atwood LLP | Attn: Keith J. Cunningham | kcunningham@pierceatwood.com |

| Name | Notice Name | Email |
|---|---|---|
| Pillsbury Winthrop Shaw Pittman LLP | Attn: Dania Slim | dania.slim@pillsburylaw.com |
| Pillsbury Winthrop Shaw Pittman LLP | Attn: Hugh M. Ray, III | hugh.ray@pillsburylaw.com |
| Pillsbury Winthrop Shaw Pittman LLP | Attn: Leo T. Crowley | leo.crowley@pillsburylaw.com |
| Pillsbury Winthrop Shaw Pittman LLP | Attn: M. David Minnick | dminnick@pillsburylaw.com |
| Pillsbury Winthrop Shaw Pittman LLP | Attn: Philip S. Warden | philip.warden@pillsburylaw.com |
| Pino & Associates | Attn: Estela O. Pino | epino@epinolaw.com |
| Prime Clerk LLC | Attn: Herb Baer | pelicanteam@primeclerk.com<br>serviceqa@primeclerk.com |
| Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P. Kennedy, Esq. | gerald.kennedy@procopio.com |
| Proskauer Rose LLP | Attn: Martin J. Bienenstock, Brian S. Rosen, Maja Zerjal | mbienenstock@proskauer.com<br><br>brosen@proskauer.com<br>mzerjal@proskauer.com |
| Proskauer Rose LLP | Attn: Michael A. Firestein, Lary Alan Rappaport, Steve Y. Ma | mfirestein@proskauer.com<br>lrappaport@proskauer.com<br>sma@proskauer.com |
| Pryor Cashman LLP | Attn: Ronald S. Beacher | rbeacher@pryorcashman.com |
| Quanta Energy Services LLC | Attn: B.J. Ducey | bducey@quantaservices.com |
| Reed Smith LLP | Attn: Christopher O. Rivas, Marsha A. Houston | crivas@reedsmith.com<br>mhouston@reedsmith.com |
| Reed Smith LLP | Attn: Jonathan R. Doolittle | jdoolittle@reedsmith.com |
| Reed Smith LLP | Attn: Marsha A. Houston | mhouston@reedsmith.com |
| Reed Smith LLP | Attn: Monique B. Howery | mhowery@reedsmith.com |
| Reed Smith LLP | Attn: Peter Munoz | pmunoz@reedsmith.com |
| Ringstad & Sanders LLP | Attn: Nanette D. Sanders | nanette@ringstadlaw.com |
| Robins Cloud LLP | Attn: Bill Robins, III, Robert Bryson | robins@robinscloud.com<br>rbryson@robinscloud.com |

9

| Name | Notice Name | Email |
|---|---|---|
| Roebbelen Contracting Inc. | Attn: Frank Lindsay | frankl@roebbelen.com |
| Ropes & Gray LLP | Attn: Matthew M. Roose, Mark I. Bane | mark.bane@ropesgray.com<br>matthew.roose@ropesgray.com |
| Ropes & Gray LLP | Attn: Peter L. Welsh, Joshua Y. Sturm, & Patricia I. Chen | peter.welsh@ropesgray.com<br>joshua.sturm@ropesgray.com<br>patricia.chen@ropesgray.com |
| San Francisco City Attorney's Office | Attn: Owen Clements | owen.clements@sfcityatty.org<br>catheryn.daly@sfcityatty.org |
| Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Esq., Pamela A. Bosswick, Esq. | cbelmonte@ssbb.com<br>pbosswick@ssbb.com |
| Seyfarth Shaw LLP | Attn: M. Ryan Pinkston, Christopher J. Harney | rpinkston@seyfarth.com<br>charney@seyfarth.com |
| Shemanolaw | Attn: David B. Shemano | dshemano@shemanolaw.com |
| Silicon Valley Law Group | Attn: David V. Duperrault, Kathryn E. Barrett | dvd@svlg.com<br>keb@svlg.com |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Amy S. Park | amy.park@skadden.com |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: J. Eric Ivester | eric.ivester@skadden.com |
| Sonoma Clean Power Authority | Attn: Jessica Mullan, General Counsel | jmullan@sonomacleanpower.org |
| Southern California Edison Company | Attn: Julia A. Mosel, Patricia A. Cirucci | julia.mosel@sce.com<br>patricia.cirucci@sce.com |
| St. James Law, P.C. | Attn: Michael St. James | ecf@stjames-law.com |
| State of California Franchise Tax Board | Attn: Todd M. Bailey | todd.bailey@ftb.ca.gov |
| Steckbauer Weinhart, LLP | Attn: Barry S. Glaser | bglaser@swesq.com |
| Stewart Sokol & Larkin LLC | Attn: Jan D. Sokol, Esq., Kevin M. Coles, Esq. | jdsokol@lawssl.com<br>kcoles@lawssl.com |
| Stoel Rives LLP | Attn: David B. Levant | david.levant@stoel.com |

| Name | Notice Name | Email |
|---|---|---|
| Stoel Rives LLP | Attn: Gabrielle Glemann | gabrielle.glemann@stoel.com |
| Stoel Rives LLP | Attn: Oren Buchanan Haker | oren.haker@stoel.com |
| STOEL RIVES LLP | Attn: Sunny S. Sarkis | sunny.sarkis@stoel.com |
| Stroock & Stroock & Lavan LLP | Attn: David W. Moon | dmoon@stroock.com |
| Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola | fmerola@stroock.com |
| Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com |
| Stroock & Stroock & Lavan LLP | Attn: Mark A. Speiser, Kenneth Pasquale, Sherry J. Millman, Harold A. Olsen | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>holsen@stroock.com<br>mspeiser@stroock.com<br>kpasquale@stroock.com<br>smillman@stroock.com |
| Stutzman, Bromberg, Esserman & Plifka, P.C. | Attn: Sander L. Esserman, Cliff I. Taylor | esserman@sbep-law.com<br>taylor@sbep-law.com |
| Sullivan Hill Rez & Engel | Attn: James P. Hill, Christopher V. Hawkins, Jonathan S. Dabbieri | hill@sullivanhill.com<br>hawkins@sullivanhill.com<br>dabbieri@sullivanhill.com |
| The Davey Tree Expert Company, Davey Tree Surgery Company, and DRG, Inc. | Attn: Erika Schoenberger | erika.schoenberger@davey.com |
| The Okonite Company Inc. | Attn: Patrick Nash | sfpo@okonite.com |
| Trodella & Lapping LLP | Attn: Richard A. Lapping | rich@trodellalapping.com |
| TROUTMAN SANDERS LLP | Attn: Gabriel Ozel | gabriel.ozel@troutman.com |
| TROUTMAN SANDERS LLP | Attn: Harris B. Winsberg, Esq., Matthew G. Roberts, Esq. | harris.winsberg@troutman.com<br>matthew.roberts2@troutman.com |
| Troutman Sanders LLP | Attn: Hugh M. McDonald | hugh.mcdonald@troutman.com |

| Name | Notice Name | Email |
|---|---|---|
| TURN—The Utility Reform Network | Attn: Mark Toney, Thomas Long | mtoney@turn.org<br>tlong@turn.org |
| U.S. Department of Justice | Attn: Danielle A. Pham | danielle.pham@usdoj.gov |
| Union Pacific Railroad Company | Attn: Tonya W. Conley, Lila L. Howe | bankruptcynotices@up.com |
| US Securities and Exchange Commission | Attn: Jina Choi, Regional Director | sanfrancisco@sec.gov |
| US Securities and Exchange Commission | Attn: Office of General Counsel | secbankruptcy@sec.gov |
| Walkup Melodia Kelly & Schoenberger | Attn: Michael A. Kelly, Khaldoun A. Baghdadi, Max Schuver | mkelly@walkuplawoffice.com<br>kbaghdadi@walkuplawoffice.com<br>mschuver@walkuplawoffice.com |
| Walter Wilhelm Law Group a Professional Corporation | Attn: Riiley C. Walter, Michael L. Wilhelm | rileywalter@w2lg.com<br>mwilhelm@w2lg.com |
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | stephen.karotkin@weil.com<br>matthew.goren@weil.com<br>jessica.liou@weil.com |
| Weinberg Roger & Rosenfeld | Attn: Emily P. Rich | bankruptcycourtnotices@unioncounsel.net<br>erich@unioncounsel.net<br>tmainguy@unioncounsel.net<br>cgray@unioncounsel.net |
| Wells Fargo | Attn: Shelley C. Anderson | shelley.c.anderson@wellsfargo.com |
| Western Asset Management Company, LLC | Attn: Christopher Jacobs | christopher.jacobs@westernasset.com |
| White & Case LLP | Attn: J.Christopher Shore | cshore@whitecase.com |
| White & Case LLP | Attn: Roberto J. Kampfner | rkampfner@whitecase.com |
| White & Case LLP | Attn: Thomas E Lauria, Matthew C. Brown | tlauria@whitecase.com<br>mbrown@whitecase.com |
| Williams Kastner | Attn: Todd W. Blischke | tblischke@williamskastner.com |
| Wilmer Cutler Pickering Hale & Dorr LLP | Attn: Chris Johnstone | chris.johnstone@wilmerhale.com |

| Name | Notice Name | Email |
|---|---|---|
| Winston & Strawn LLP | Attn: David Neier | dneier@winston.com |
| Winston & Strawn LLP | Attn: Justin E. Rawlins | jrawlins@winston.com |
| Winston & Strawn LLP | Attn: Michael A. Yuffee | myuffee@winston.com |
| Wolkin Curran, LLP | Attn: James D. Curran, Esq. | jcurran@wolkincurran.com |
| Worley Law, P.C. | Attn: Kirsten A. Worley | kw@wlawcorp.com |

# EXHIBIT B

Davis Polk & Wardwell LLP
Attn: Eli J. Vonnegut, David Schiff, Timothy
  Graulich
450 Lexington Avenue
New York, NY  10017

Federal Energy Regulatory Commission
Attn: General Counsel
888 First St NE
Washington, DC  20426

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA  19104-5016

Keller & Benvenutti LLP
Attn: Tobias S. Keller, Jane Kim
650 California Street
Suite 1900
San Francisco, CA  94108

Milbank LLP
Attn: Dennis F. Dunne, Samuel A. Khalil
55 Hudson Yards
New York, NY  10001-2163

Milbank LLP
Attn: Paul S. Aronzon, Gregory A. Bray
Thomas R. Kreller
2029 Century Park East
33rd Floor
Los Angeles, CA  90067

Office of the California Attorney General
Attn: Bankruptcy Dept
P.O. Box 944255
Sacramento, CA  94244-2550

Office of the United States Attorney for the
  Northern District of California
Attn: Bankruptcy Unit
Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA  94102

Office of the United States Trustee
Attn: James L. Snyder, Esq. & Timothy
  Lafreddi, Lynette C. Kelly, Marta E.
  Villacorta
450 Golden Gate Ave
Suite 05-0153
San Francisco, CA  94102

Paul, Weiss, Rifkind, Wharton & Garrison
  LLP
Attn: Alan W. Kornberg, Brian S. Hermann,
  Walter R. Rieman, Sean A. Mitchell, Neal
  P. Donnelly
1285 Avenue of the Americas
New York, NY  10019-6064

PG&E Corporation
Attn: President or General Counsel
77 Beale Street
P.O. Box 77000
San Francisco, CA  94177

Provencher & Flatt, LLP
Attn: Douglas b. Provencher
823 Sonoma Avenue
Santa Rosa, CA  95404

Stroock & Stroock & Lavan LLP
Attn: Frank A. Merola
2029 Century Park East
Los Angeles, CA  90067-3086

Stroock & Stroock & Lavan LLP
Attn: Kristopher M. Hansen, Erez E. Gilad,
  Matthew G. Garofalo
180 Maiden Lane
New York, NY  10038-4982

Synergy Project Management, Inc.
c/o Law Office of Ivan C. Jen
1017 Andy Circle
Sacramento, CA  95838

U.S. Department of Justice
Attn: Danielle A. Pham
1100 L Street, NW
Room 7106
Washington, DC  20005

U.S. Nuclear Regulatory Commission
Attn: General Counsel
U.S. NRC Region IV
1600 E. Lamar Blvd.
Arlington, TX  76011

U.S. Nuclear Regulatory Commission
Attn: General Counsel
Washington, DC  20555-0001

U.S. Department of Justice
Attn: Danielle A. Pham
P.O. Box 875
Ben Franklin Station
Washington, DC  20044-0875

United States Department of Justice Civil
  Division
Attn: Matthew J. Troy
1100 L Street, N.W.
Room 10030
Washington, DC  20530

United States Department of Justice Civil
  Division
Attn: Matthew J. Troy
P.O. Box 875
Ben Franklin Station
Washington, DC  20044-0875

US Securities and Exchange Commission
Attn:  Jina Choi, Regional Director
San Francisco Regional Office
44 Montgomery Street, Suite 2800
San Francisco, CA  94104

US Securities and Exchange Commission
Attn:  Office of General Counsel
100 F St. NE MS 6041B
Washington, DC  20549

John A. Vos
1430 Lincoln Avenue
San Rafael, CA  94901

Weil, Gotshal & Manges LLP
Attn: Stephen Karotkin, Jessica Liou,
  Matthew Goren
767 Fifth Avenue
New York, NY  10153-0119

2