# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

February 15, 2019

Re: Ms. Elizabeth Mary Guffy, State Bar Number 08592525

To Whom It May Concern:

This is to certify that Ms. Elizabeth Mary Guffy was licensed to practice law in Texas on December 31, 1987, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

*J. Ehler*

James Ehler
Interim Chief Disciplinary Counsel
LA/web

