

Signed and Filed: February 25, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re **PG & E**

Debtor(s).

Case No. **19-30088-DM**

Chapter **11**

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Francis J. Lawall**, whose business address and telephone number is **3000 Two Logan Square, Eighteenth and Arch Street, Philadelphia, PA 19103-2799** and who is an active member in good standing of the bar of **Pennsylvania** having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **HydroChemPSC**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**