

Signed and Filed: February 25, 2019

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re:<br><br>PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br>*ALL LEAD PAPERS SHALL BE FILED IN THE LEAD CASE, NO. 19-30088 (DM) | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Jointly Administered) |
|---|---|

## ORDER GRANTING APPLICATION FOR ADMISSION
## OF ATTORNEY *PRO HAC VICE*

David M. Powlen, whose business address and telephone number are Barnes & Thornburg LLP, 1000 N. West Street, Suite 1500, Wilmington, Delaware 19801, Telephone: (302) 300-3434 and who is an active member in good standing of the bars of Delaware, Pennsylvania, New York and Indiana, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Energy Systems Group, LLC and Miller Pipeline, LLC;

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are

subject to the Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court for the Northern District of California.

Dated: _____

The Honorable Dennis Montali
United States Bankruptcy Judge