

| | |
|---|---|
| 1   DENTONS US LLP<br>    Peter D. Wolfson<br>2   1221 Avenue of the Americas<br>    New York, NY 10020-1089<br>3   Tel.: 212-768-6840<br>    Fax: 212-768-6800<br>4   Email: peter.wolfson@dentons.com | Signed and Filed: February 25, 2019<br><br>_____<br>**DENNIS MONTALI**<br>U.S. Bankruptcy Judge |

*Attorneys for Travelers Insurance*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>  - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**<br><br>        Debtors. | Case No. 19-30088 DM<br>Case No. 19-30089 DM<br>Chapter 11<br>Hon. Dennis Montali<br><br>**ORDER GRANTING ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Peter Wolfson, whose business address and telephone number is Dentons US LLP, 1221 Avenue of the Americas, New York, NY 10020-1089, Tel. 212 768 6840 and who is an active member in good standing of the bar of having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Travelers Insurance

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court for the Northern District of California.

Dated: _____

_____
HON. DENNIS MONTALI