**Entered on Docket**
**February 25, 2019**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: February 25, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> – and – <br><br> **PACIFIC GAS AND ELECTRIC COMPANY** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects all Debtors | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY EREZ E. GILAD** *PRO HAC VICE* |

| | |
|---|---|
| 1 | Erez E. Gilad, whose business address and telephone number is: |
| 2 | STROOCK & STROOCK & LAVAN LLP |
| | 180 Maiden Lane |
| 3 | New York, NY 10038-4982 |
| | Tel: 212 806 5400 |
| 4 | Fax: 212 806 6006 |

and who is an active member in good standing of the bar of the State of New York having applied in the above-entitled actions for admission to practice in the Northern District of California on a *pro hac vice* basis, representing JPMorgan Chase Bank, N.A.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in these actions are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

***END OF ORDER***