

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FR

*Signed and Filed: February 25, 2019*

**DENNIS MONTALI**
U.S. Bankruptcy Judge

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>– and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects all Debtors | Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY SHERRY J. MILLMAN *PRO HAC VICE*** |

Sherry J. Millman, whose business address and telephone number is: STROOCK & STROOCK & LAVAN LLP

    180 Maiden Lane
    New York, NY 10038-4982
    Tel: 212 806 5400
    Fax: 212 806 6006

and who is an active member in good standing of the bar of the State of New York having applied in the above-entitled actions for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Mizuho Bank, Ltd.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in these actions are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

***END OF ORDER***

```
 1  STROOCK & STROOCK & LAVAN LLP
    Mark A. Speiser (pro hac vice pending)
 2  (mspeiser@stroock.com)
    Kenneth Pasquale (pro hac vice)
 3  kpasquale@stroock.com
    Sherry J. Millman (pro hac vice pending)
 4  (smillman@stroock.com)
 5  Harold A. Olsen  (pro hac vice pending)
    (holsen@stroock.com)
 6  180 Maiden Lane
    New York, NY 10038-4982
 7  Tel: 212 806 5400
 8  Fax: 212 806 6006

 9  STROOCK & STROOCK & LAVAN LLP
    David W. Moon (#197711)
10  (dmoon@stroock.com)
    2029 Century Park East
11  Los Angeles, CA 90067-3086
    Tel: 310 556-5800
12  Fax: 310 556 5959

13
    *Attorneys for Mizuho Bank, Ltd.*
14
```