

Signed and Filed: February 25, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1 | Patrick Maxcy
patrick.maxcy@dentons.com
2 | DENTONS US LLP
233 South Wacker Drive, Suite 5900
3 | Chicago, IL 60606-6361
Tel. 312-876-2810
4 |
Attorney for Travelers Insurance
5 | and Horace Mann Property & Casualty Insurance Company

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re | Case No. 19-30088 DM |
| --- | --- |
| PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY | Case No. 19-30089 DM<br>Chapter 11<br>Hon. Dennis Montali |
| Debtors. | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Patrick Maxcy, whose business address and telephone number is Dentons US LLP, 233 South Wacker Drive, Suite 5900, Chicago, IL 60606-6361, Tel. 312-876-2810 and who is an active member in good standing of the bar of having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Travelers Insurance and Horace Mann Property & Casualty Insurance Company.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court for the Northern District of California.

Dated: _____, 2019

_____
HON. DENNIS MONTALI