**Entered on Docket**
**February 25, 2019**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: February 25, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1. THOMAS F. KOEGEL (SBN 125852)
   tkoegel@crowell.com
2. CROWELL & MORING LLP
   3 Embarcadero Center, 26th Floor
3. San Francisco, CA 94111
   Telephone: 415.986.2800
4. Facsimile: 415.986.2827

5. MONIQUE D. ALMY (*Pro Hac Vice* pending)
   malmy@crowell.com
6. CROWELL & MORING LLP
   1001 Pennsylvania Avenue, N.W.
7. Washington, D.C. 20004
   Telephone: (202) 624-2935
8. Facsimile: (202) 628-5116

9. Attorneys for Creditor and
   Party-in-Interest NEXANT INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PG&E CORPORATION<br><br>And<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case No. 3:19-bk-30088-DM* | Bankruptcy Case<br>Case No. No. 3:19-bk-30088-DM<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF MONIQUE D. ALMY** |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

ORDER GRANTING APP. FOR ADMISSION *PRO HAC VICE* OF MONIQUE D. ALMY;
CASE NO. No. 3:19-bk-30088-DM

|   |   |
|---|---|
| 1 | Monique D. Almy, whose business address and telephone number is CROWELL & |
| 2 | MORING LLP, 1001 Pennsylvania Avenue, N.W., Washington, D.C. 20004, Telephone: (202) |
| 3 | 624-2935, and who is an active member in good standing of the bar of the District of Columbia, |
| 4 | has applied in the above-entitled action for admission to practice in the Northern District of |
| 5 | California on a *pro hac vice* basis, representing NEXANT INC. |
| 6 | IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and |
| 7 | conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac* |
| 8 | *vice*. Service of papers upon and communication with co-counsel designated in the application |
| 9 | will constitute notice to the represented party. All future filings in this action are subject to the |
| 10 | Bankruptcy Local Rules and *Electronic Case Filing* Procedures adopted by the United States |
| 11 | Bankruptcy Court for the Northern District of California. |
| 12 | * * * END OF ORDER * * * |