

Signed and Filed: February 25, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| – and – | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY** | (Jointly Administered) |
| Debtors. | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY MATTHEW G. GAROFALO *PRO HAC VICE*** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects all Debtors | |

| | |
|---|---|
| 1 | Matthew G. Garofalo, whose business address and telephone number is: |
| 2 | STROOCK & STROOCK & LAVAN LLP |
| 3 | 180 Maiden Lane<br>New York, NY 10038-4982 |
| 4 | Tel: 212 806 5400<br>Fax: 212 806 6006 |

and who is an active member in good standing of the bar of the State of New York having applied in the above-entitled actions for admission to practice in the Northern District of California on a *pro hac vice* basis, representing JPMorgan Chase Bank, N.A.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in these actions are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

***END OF ORDER***