

Signed and Filed: February 25, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>　- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>　　　　　　　　　Debtors. | Bankruptcy Case<br>No. 19 - 30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |
| ☐　Affects PG&E Corporation<br>☐　Affects Pacific Gas and Electric Company<br>☒　Affects both Debtors<br><br>*  All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

### ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY ROBERT B. BRUNER *PRO HAC VICE*

Robert B. Bruner, whose business address and telephone number is Norton Rose Fulbright US LLP, 1301 McKinney Street, Suite 5100, Houston, Texas, 77010, (713) 651-5151, and who is an active member in good standing of the bar of Texas, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing MRC Global (US) Inc. in the above-entitled bankruptcy cases.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

Dated: _____

DENNIS MONTALI
United States Bankruptcy Judge