**Entered on Docket
February 25, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



Signed and Filed: February 25, 2019

_/s/ Dennis Montali_
**DENNIS MONTALI
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION**

– and –

**PACIFIC GAS AND ELECTRIC COMPANY**

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects all Debtors

No. 19-30088 (DM)

Chapter 11

(Lead Case)

(Jointly Administered)

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY HAROLD A. OLSEN *PRO HAC VICE***

Harold A. Olsen, whose business address and telephone number is:

> STROOCK & STROOCK & LAVAN LLP
> 180 Maiden Lane
> New York, NY 10038-4982
> Tel: 212 806 5400
> Fax: 212 806 6006

and who is an active member in good standing of the bar of the State of New York having applied in the above-entitled actions for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Mizuho Bank, Ltd.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in these actions are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

** END OF ORDER **