1  Dennis F. Dunne (*pro hac vice* application pending)
   Samuel A. Khalil (*pro hac vice* application pending)
2  MILBANK LLP
   55 Hudson Yards
3  New York, New York 10001-2163
   Telephone: (212) 530-5000
4  Facsimile: (212) 530-5219

5  *and*

6  Paul S. Aronzon (SBN 88781)
   Gregory A. Bray (SBN 115367)
7  Thomas R. Kreller (SBN 161922)
   MILBANK LLP
8  2029 Century Park East, 33rd Floor
   Los Angeles, CA 90067
9  Telephone: (424) 386-4000
   Facsimile: (213) 629-5063

10
   *Proposed Counsel for the Official Committee*
11 *of Unsecured Creditors*

12                    **UNITED STATES BANKRUPTCY COURT**

13        **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

14 |  |  |
|---|---|
| In re: | Case No.: 19-30088 (DM) |
15 |  | Chapter 11 |
| PG&E CORPORATION | |
16 |  | (Lead Case) |
| -and- | |
17 |  | (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY | |
18 |  | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| Debtors and Debtors In Possession. | |
19 | | |

20
21 ☒ Affects All Debtors
   ☐ Affects PG&E Corporation
22 ☐ Affects Pacific Gas and Electric Company

23 * *All papers shall be filed in the lead case, 19-30088 (DM)*

24

25        Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Samuel A. Khalil, an active member in

26 good standing of the bar of the State of New York, hereby applies for admission to practice in the

27 Northern District of California on a *pro hac vice* basis as proposed counsel to the Official Committee

28 of Unsecured Creditors of PG&E Corporation, *et al.* in the above-entitled action.

In support of this application, I certify on oath that:

1.     I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.     I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3.     An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Paul S. Aronzon (SBN 88781)
> MILBANK LLP
> 2029 Century Park East, 33rd Floor
> Los Angeles, CA 90067
> Telephone: (424) 386-4000
> Facsimile: (213) 629-5063

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 25, 2019

SAMUEL A. KHALIL

MILBANK, TWEED, HADLEY & McCLOY LLP
*Proposed Counsel for the Official Committee of Unsecured Creditors*

2



# Appellate Division of the Supreme Court
# of the State of New York
# Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Samuel Alfred Khalil** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **10 th** day of **March 2004,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on February 14, 2019.

*Aprilanne Agostino*

Clerk of the Court