Dennis F. Dunne (*pro hac vice* application pending)
Samuel A. Khalil (*pro hac vice* application pending)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

and

Paul S. Aronzon (SBN 88781)
Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Proposed Counsel for the Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: <br><br> PG&E CORPORATION <br><br> -and- <br><br> PACIFIC GAS AND ELECTRIC COMPANY <br><br> Debtors and Debtors In Possession. | Case No.: 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

CHARMAINE THOMAS, being duly sworn, deposes and says:

I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank LLP, *Proposed Counsel for the Official Committee of Unsecured Creditors*, in the above-captioned cases.

On the 22nd of February 2019, I caused copies of the following documents:

Statement and Reservation of Rights of Official Committee of Unsecured Creditors with Respect to Certain Matters Scheduled for February 27 Hearing [ECF No. 610], and

Corrected Limited Objection of the Official Committee of Unsecured Creditors to Motion of Debtors Pursuant to Sections 105(a) and 362 for Interim and Final Orders Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Stock of, and Claims Against, the Debtors [ECF No. 613]

to be served upon the parties identified on Exhibit A attached hereto by electronic mail, to be served upon the parties identified on Exhibit B attached hereto by FedEx Overnight mail, and to be served upon the party identified on Exhibit C attached hereto by USPS.

/s/ Charmaine Thomas
CHARMAINE THOMAS

SWORN TO AND SUBSCRIBED before me
this 25th of February 2018

/s/ Jacqueline Brewster
Jacqueline Brewster
Notary Public, State of New York
No. 03BR6093249
Qualified in Bronx County
Certificate filed in New York County
Commission Expires June 2, 2019

**Exhibit A**

EAdler@TheAdlerFirm.com; gemarr59@hotmail.com; bzummer@TheAdlerFirm.com; RASymm@aeraenergy.com; contractssf@prim.com; Andrew Silfen <Andrew.Silfen@arentfox.com>; Beth Brownstein <beth.brownstein@arentfox.com>; Jordana Renert <jordana.renert@arentfox.com>; andy.kong@arentfox.com; christopher.wong@arentfox.com; Aram Ordubegian <Aram.Ordubegian@arentfox.com>; Luckey.Mcdowell@BakerBotts.com; Ian.Roberts@BakerBotts.com; Kevin.Chiu@BakerBotts.com; Navi.Dhillon@BakerBotts.com; jrowland@bakerdonelson.com; lrochester@bakerdonelson.com; jhayden@bakerdonelson.com; hubenb@ballardspahr.com; ganzc@ballardspahr.com; myersms@ballardspahr.com; summersm@ballardspahr.com; John.mccusker@bami.com; Patrick.boultinghouse@baml.com; jacob.m.carson@baml.com; maggie.halleland@baml.com; john.mccusker@baml.com; raymond.torres@bnymellon.com; timothy.marchando@bnymellon.com; ssummy@baronbudd.com; jfiske@baronbudd.com; belvederelegalecf@gmail.com; kcapuzzi@beneschlaw.com; mbarrie@beneschlaw.com; kenns@beneschlaw.com; Michael@bindermalter.com; Rob@bindermalter.com; mgorton@boutinjones.com; misola@brotherssmithlaw.com; grougeau@brlawsf.com; schristianson@buchalter.com; vbantnerpeo@buchalter.com; arocles.aguilar@cpuc.ca.gov; melaniecruz@chevron.com; marmstrong@chevron.com; amit.vasani@citi.com; kwinick@clarktrev.com; lschweitzer@cgsh.com; mschierberl@cggsh.com; def@coreylaw.com; alr@coreylaw.com; smb@coreylaw.com; sm@coreylaw.com; fpitre@cpmlegal.com; acordova@cpmlegal.com; ablodgett@cpmlegal.com; malmy@crowell.com; tkoegel@crowell.com; mdanko@dankolaw.com; kmeredith@dankolaw.com; smiller@dankolaw.com; andrew.yaphe@davispolk.com; eli.vonnegut@davispolk.com; david.schiff@davispolk.com; timothy.graulich@davispolk.com; dgrassgreen@gmail.com; bryan.bates@dentons.com; john.moe@dentons.com; Lauren.macksoud@dentons.com; michael.isaacs@dentons.com; oscar.pinkas@dentons.com; samuel.maizel@dentons.com; kathryn.fischer@db.com; david.riley@dlapiper.com; eric.goldberg@dlapiper.com; joshua.morse@dlapiper.com; gjones@dykema.com; lgoldberg@ebce.org; Leslie.Freiman@edpr.com; Randy.Sawyer@edpr.com; sally@elkshep.com; jim@elkshep.com; larry@engeladvice.com; Stephen Finestone <sfinestone@fhlawllp.com>; Jennifer Hayes <jhayes@fhlawllp.com>; Ryan A. Witthans <rwitthans@fhlawllp.com>; emorabito@foley.com; bnelson@foley.com; vavilaplana@foley.com; Samuel J. Ory <sory@fdlaw.com>; Joseph Schwaderer <Joseph.schwaderer@usa.g4s.com>; mbusenkell@gsbblaw.com; ehg@classlawgroup.com; dsh@classlawgroup.com; Gweiner@gibsondunn.com; Jkrause@gibsondunn.com; Mrosenthal@gibsondunn.com; Amoskowitz@gibsondunn.com; hoguem@gtlaw.com; etredinnick@greeneradovsky.com; sgross@grosskleinlaw.com; jdoran@hinckleyallen.com; Robert Labate <robert.labate@hklaw.com>; David Holtzman <david.holtzman@hklaw.com>; keckhardt@huntonak.com; ppartee@huntonak.com; cvarnen@irell.com; astrabone@irell.com; mstrub@irell.com; robert.albery@jacobs.com; jane-luciano@comcast.net; rbk@jmbm.com; lgabriel@bg.law; aortiz@jhwclaw.com; sjordan@jhwclaw.com; ecf@jhwclaw.com; JAE1900@yahoo.com; tkeller@kellerbenvenutti.com; jkim@kellerbenvenutti.com; KDWBankruptcyDepartment@kelleydrye.com; bfeder@kelleydrye.com; Mark_Minich@kindermorgan.com; mosby_perrow@kindermorgan.com; aparna.yenamandra@kirkland.com; david.seligman@kirkland.com; marc.kieselstein@kirkland.com; mark.mckane@kirkland.com; michael.esser@kirkland.com; alexander.pilmer@kirkland.com; stephen.hessler@kirkland.com; kklee@ktbslaw.com; dstern@ktbslaw.com; skidder@ktbslaw.com; hbedoyan@kleinlaw.com; ecf@kleinlaw.com; adam.malatesta@lw.com; amy.quartarolo@lw.com;

caroline.reckler@lw.com; andrew.parlen@lw.com; chirstopher.harris@lw.com; andrew.parlen@lw.com; pwp@pattiprewittlaw.com; rlalawyer@yahoo.com; ws@waynesilverlaw.com; tjb@brandilaw.com; matt@lesnickprince.com; cprince@lesnickprince.com; DLN@LNBYB.COM; EHK@LNBYB.COM; asmith@lockelord.com; Bradley C. Knapp <bknapp@lockelord.com>; eguffy@lockelord.com; lkress@lockelord.com; Meagan Tom <meagan.tom@lockelord.com>; sbryant@lockelord.com; jackie.fu@lockelord.com; mscohen@loeb.com; aclough@loeb.com; imac@macfern.com; malexander@maryalexander.com; ron_bland@mckinsey.com; avobrient@mintz.com; ablevin@mintz.com; peter.bickford@mizuhocbus.com; tracyt@mrois.com; nrodricks@us.mufg.jp; James.Ficenec@ndlf.com; Joshua.Bevitz@ndlf.com; info@norcallawgroup.net; joe@norcallawgroup.com; howard.seife@nortonrosefulbright.com; andrew.rosenblatt@nortonrosefulbright.com; christy.rivera@nortonrosefulbright.com; kfineman@nutihart.com; gnuti@nutihart.com; chart@nutihart.com; bankruptcy@coag.gov; James.L.Snyder@usdoj.gov; timothy.s.laffredi@usdoj.gov; lynette.c.kelly@usdoj.gov; Marta.Villacorta@usdoj.gov; dfelder@orrick.com; lmcgowen@orrick.com; tcmitchell@orrick.com; jlucas@pszjlaw.com; gglazer@pszjlaw.com; dgrassgreen@pszjlaw.com; ipachulski@pszjlaw.com; jfiero@pszjlaw.com; tom@parkinsonphinney.com; akornberg@paulweiss.com; bhermann@paulweiss.com; wrieman@paulweiss.com; smitchell@paulweiss.com; ndonnelly@paulweiss.com; Courtney Morgan <morgan.courtney@pbgc.gov>; efile@pbgc.gov; efile@pbgc.gov; Daniel Robertson <Robertson.Daniel@pbgc.gov>; Melissa Ngo <ngo.melissa@pbgc.gov>; efile@pbgc.gov; ADSmith@perkinscoie.com; kcunningham@PierceAtwood.com; dania.slim@pillsburylaw.com; hugh.ray@pillsburylaw.com; leo.crowley@pillsburylaw.com; dminnick@pillsburylaw.com; philip.warden@pillsburylaw.com; epino@epinolaw.com; pelicanteam@PrimeClerk.com; serviceqa@primeclerk.com; gerald.kennedy@procopio.com; mbienenstock@proskauer.com; brosen@proskauer.com; mzerjal@proskauer.com; mfirestein@proskauer.com; lrappaport@proskauer.com; sma@proskauer.com; rbeacher@pryorcashman.com; BDucey@QuantaServices.com; crivas@reedsmith.com; mhouston@reedsmith.com; jdoolittle@reedsmith.com; mhouston@reedsmith.com; mhowery@reedsmith.com; pmunoz@reedsmith.com; nanette@ringstadlaw.com; robins@robinscloud.com; rbryson@robinscloud.com; FrankL@roebbelen.com; mark.bane@ropesgray.com; matthew.roose@ropesgray.com; peter.welsh@ropesgray.com; joshua.sturm@ropesgray.com; patricia.chen@ropesgray.com; Owen.Clements@sfcityatty.org; Catheryn.Daly@sfcityatty.org; cbelmonte@ssbb.com; pbosswick@ssbb.com; rpinkston@seyfarth.com; charney@seyfarth.com; dshemano@shemanolaw.com; dvd@svlg.com; keb@svlg.com; Amy.Park@skadden.com; Eric.Ivester@skadden.com; jmullan@sonomacleanpower.org; Julia.Mosel@sce.com; patricia.cirucci@sce.com; Ecf@stjames-law.com; todd.bailey@ftb.ca.gov; bglaser@swesq.com; jdsokol@lawssl.com; kcoles@lawssl.com; david.levant@stoel.com; gabrielle.glemann@stoel.com; oren.haker@stoel.com; sunny.sarkis@stoel.com; dmoon@stroock.com; fmerola@stroock.com; khansen@stroock.com; egilad@stroock.com; mgarofalo@stroock.com; khansen@stroock.com; egilad@stroock.com; mgarofalo@stroock.com; holsen@stroock.com; mspeiser@stroock.com; kpasquale@stroock.com; smillman@stroock.com; esserman@sbep-law.com; taylor@sbep-law.com; hill@SullivanHill.com; hawkins@SullivanHill.com; dabbieri@SullivanHill.com; Erika Schoenberger <Erika.schoenberger@davey.com>; sfpo@okonite.com; Rich@TrodellaLapping.com; gabriel.ozel@troutman.com; harris.winsberg@troutman.com; matthew.roberts2@troutman.com; hugh.mcdonald@troutman.com; mtoney@turn.org; tlong@turn.org; danielle.pham@usdoj.gov; danielle.pham@usdoj.gov; bankruptcynotices@up.com; sanfrancisco@sec.gov; secbankruptcy@sec.gov; mkelly@walkuplawoffice.com; kbaghdadi@walkuplawoffice.com;

| | |
|---|---|
| 1 | mschuver@walkuplawoffice.com; rileywalter@W2LG.com; Mwilhelm@W2LG.com; |
| 2 | stephen.karotkin@weil.com; matthew.goren@weil.com; jessica.liou@weil.com; |
| 3 | bankruptcycourtnotices@unioncounsel.net; erich@unioncounsel.net; tmainguy@unioncounsel.net; cgray@unioncounsel.net; Shelley.C.Anderson@wellsfargo.com; Christopher Jacobs <Christopher.jacobs@westernasset.com>; cshore@whitecase.com; rkampfner@whitecase.com; |
| 4 | tlauria@whitecase.com; mbrown@whitecase.com; TBlischke@williamskastner.com; |
| 5 | CHRIS.JOHNSTONE@WILMERHALE.COM; dneier@winston.com; jrawlins@winston.com; myuffee@winston.com; jcurran@wolkincurran.com; kw@wlawcorp.com; Duke, Julia <JDuke@milbank.com>; Muhrez, Diane <DMuhrez@milbank.com>; #NY Financial Restructuring |
| 6 | Legal Assistants <#NYFRLegalAssistants@milbank.com>; Koch, Matthew |
| 7 | <MKoch@milbank.com>; Dexter, Erin <EDexter@milbank.com>; Price, Craig <CPrice@milbank.com> |

**Exhibit B**

Hon. Dennis Montali
U.S. Bankruptcy Judge
Attn: Lorena Parada for PG&E Corp. Chambers Copies
Mail Box 36099
450 Golden Gate Avenue
San Francisco, CA 94102


Federal Energy Regulatory Commission
Attn: General Counsel
888 First St. NE
Washington, DC 20426


Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
Philadelphia, PA 19104-5016


Synergy Project Management, Inc.
c/o Law Office of Ivan C. Jen
1017 Andy Circle
Sacramento, CA 95838


PG&E Corporation
Attn: President or General Counsel
77 Beale Street
P.O. Box 77000
San Francisco, CA 94177


U.S. Nuclear Regulatory Commission
Attn: General Counsel
U. S. NRC Region IV
1600 E. Lamar Blvd.
Arlington, TX 76011

U.S. Department of Justice
Civil Division
Attn: Matthew J. Troy
1100 L. Street, N.W. Room 10030
Washington, DC 20530

**Exhibit C**

U.S. Department of Justice
Civil Division
Attn: Matthew J. Troy
P.O. Box 875
Ben Franklin Station
Washington, DC  20044