Kevin P. Montee, Esq., State Bar No. 223822
**MONTEE & ASSOCIATES**
1250-I Newell Ave., Suite 149
Walnut Creek, California 94596
Telephone: (925) 979-5579
Facsimile: (925) 955-1648
kmontee@monteeassociates.com

Attorneys for Creditor Nearon Sunset, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re:* | Case No. 19-30088 |
| **PG&E Corporation and Pacific Gas and Electric Company** | Chapter 11 Bankruptcy (Jointly Administered) |
| **Debtors.** / | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned, appearing for NEARON SUNSET, LLC ("Creditor") pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002 and 9007, hereby requests that all notices given to or required to be served in this case be given and served to Creditor, in care of the following address:

Kevin P. Montee, (California State Bar # 223822)
MONTEE & ASSOCIATES
1250-I Newell Ave., Suite 149
Walnut Creek, CA 94596
Telephone No. (925) 979-5579
Facsimile No. (925) 955-1648

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints or demands transmitted or conveyed by mail delivery, telephone, facsimile of otherwise, which affect the Debtors or property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests that the names and addresses set forth herein be added to the mailing matrix in this case.

**PLEASE TAKE FURTHER NOTICE** that Creditor intends that neither this Notice of Appearance, nor any former or later pleading, claim or suit shall waive: (1) Creditor's right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) Creditor's right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related in this case, (3) Creditor's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Creditor's is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Creditor expressly reserves.

Date: February 25, 2019         **MONTEE & ASSOCIATES**

By: /s/ Kevin P. Montee
Kevin P. Montee, Esq.
Attorneys for Creditor Nearon Sunset, LLC