| | |
|---|---|
| 1 | Andrew I. Silfen (*pro hac vice*) |
| | Beth M. Brownstein (*pro hac vice*) |
| 2 | Jordana L. Renert (*pro hac vice*) |
| | **ARENT FOX LLP** |
| 3 | 1301 Avenue of the Americas, 42nd Floor |
| | New York, New York 10019 |
| 4 | Telephone: (212) 484-3900 |
| | Facsimile: (212) 484-3990 |
| 5 | Email: andrew.silfen@arentfox.com |
| | beth.brownstein@arentfox.com |
| 6 | jordana.renert@arentfox.com |
| 7 | Aram Ordubegian (SBN 185142) |
| | **ARENT FOX LLP** |
| 8 | 55 Second Street, 21st Floor |
| | San Francisco, CA 94105 |
| 9 | Telephone: (415) 757-5500 |
| | Facsimile: (415) 757-5501 |
| 10 | Email: aram.ordubegian@arentfox.com |
| 11 | *Counsel for BOKF, NA, solely in its capacity as Indenture Trustee* |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and – | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | |
| ☐ Affects PG&E Corporation | **CERTIFICATE OF SERVICE** |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

Case: 19-30088    Doc# 651    Filed: 02/25/19    Entered: 02/25/19 20:14:37    Page 1 of 2

# CERTIFICATE OF SERVICE

I, Yvonne Li, declare as follows:

I am a citizen of the United States and over the age of eighteen (18) years and not a party to the within action. My business address is 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

On February 22, 2019, I served document(s) described as:

**JOINDER OF BOKF, NA AS INDENTURE TRUSTEE TO LIMITED OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105(A) AND 362 FOR INTERIM AND FINAL ORDERS ESTABLISHING NOTIFICATION PROCEDURES AND APPROVING RESTRICTIONS ON CERTAIN TRANSFERS OF STOCK OF, AND CLAIMS AGAINST, THE DEBTORS**

on the interested parties in this action as follows:

[ ]     BY MAIL: Service was accomplished by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth above.

[x]     BY E-MAIL/NEF: Service was accomplished through the Notice of Electronic Filing ("NEF") for all parties and counsel who are registered ECF Users and those identified below:

**Movant**

*Tobias S. Keller on behalf of Debtor PG&E Corporation*
*tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. This declaration was executed on February 25, 2019 at Los Angeles, California.

                                    */s/ Yvonne Li*
                                    YVONNE LI
                                    Declarant