

Signed and Filed: February 25, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re **PACIFIC GAS AND ELECTRIC COMPANY, a California corporation,**

Debtor(s).

Case No. **19-30088 (DM)**

Chapter **11**

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Dennis F. Dunne**, whose business address and telephone number is

**Milbank LLP, 55 Hudson Yards, New York, NY 10001-2163**
**212-530-5000**

and who is an active member in good standing of the bar of **Southern District of New York** having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **Official Committee of Unsecured Creditors**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

Dated: _____

**Dennis Montali**
United States Bankruptcy Judge