Mark D. Poniatowski, Esq. (#123405)
Kimberly F. Leding, Esq. (#233618)
Meera T. Parikh, Esq. (#217996)
PONIATOWSKI LEDING PARIKH PC
20980 Redwood Road, Suite 200
Castro Valley, California 94546
Telephone: (510) 881-8700
Facsimile: (510) 881-8702

Attorneys for Creditor
Holt of California, a California corporation

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br>_____ /<br><br>[ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas and Electric Company<br>[X] Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).*<br>_____ / | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>WITHDRAWAL <u>WITHOUT PREJUDICE</u> OF REFILED CONDITIONAL OBJECTION OF HOLT OF CALIFORNIA TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a), 363(b), AND 503(b) (9) AND FED. R. BANKR. P. 6003 AND 6004 FOR INTERIM AND FINAL AUTHORITY TO PAY PREPETITION OBLIGATIONS OWED TO CERTAIN SAFETY AND RELIABILITY, OUTAGE, AND NUCLEAR FACILITY SUPPLIERS<br><br>DATE: February 27, 2019<br>TIME: 9:30 a.m.<br>CTRM.: 17 |

**<u>WITHDRAWAL OF OBJECTION WITHOUT PREJUDICE</u>**

    Holt of California ("Holt") hereby withdraws <u>without prejudice</u> its Refiled Conditional Objection Of Holt Of California To Motion Of Debtors Pursuant To 11 U.S.C. §§ 105(A), 363(B), And 503(B)(9) And Fed. R. Bankr. P. 6003 And 6004 For Interim And Final Authority

In re Pacific Gas and Electric Company, Chapter 11 Case No. 19-30088
WITHDRAWAL WITHOUT PREJUDICE OF REFILED CONDITIONAL OBJECTION OF HOLT OF CALIFORNIA TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a), 363(b), AND 503(b) (9) AND FED. R. BANKR. P. 6003 AND 6004 FOR INTERIM AND FINAL AUTHORITY TO PAY PREPETITION OBLIGATIONS OWED TO CERTAIN SAFETY AND RELIABILITY, OUTAGE, AND NUCLEAR FACILITY SUPPLIERS    Page 1

Case: 19-30088    Doc# 658    Filed: 02/26/19    Entered: 02/26/19 10:23:21    Page 1 of 2

To Pay Prepetition Obligations Owed To Certain Safety And Reliability, Outage, And Nuclear Facility Suppliers Refiled The Motion Of Debtors Pursuant To 11 U.S.C. §§ 105(a), 363(b), And 503(b) (9) And Fed. R. Bankr. P. 6003 And 6004 For Interim And Final Authority To Pay Prepetition Obligations Owed To Certain Safety And Reliability, Outage, And Nuclear Facility Suppliers that was filed on February 20, 2019 as Docket No. 508 (the "Objection"). Holt reserves its right to refile the Objection, or to file any new objections in this case, in its discretion.

DATED: February 26, 2019        PONIATOWSKI LEDING PARIKH PC

                               */s/ Mark D. Poniatowski*
                               MARK D. PONIATOWSKI
                               Attorneys for Creditor Holt of California

In re Pacific Gas and Electric Company, Chapter 11 Case No. 19-30088
WITHDRAWAL WITHOUT PREJUDICE OF REFILED CONDITIONAL OBJECTION OF HOLT OF CALIFORNIA TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a), 363(b), AND 503(b) (9) AND FED. R. BANKR. P. 6003 AND 6004 FOR INTERIM AND FINAL AUTHORITY TO PAY PREPETITION OBLIGATIONS OWED TO CERTAIN SAFETY AND RELIABILITY, OUTAGE, AND NUCLEAR FACILITY SUPPLIERS    Page 2

Case: 19-30088    Doc# 658    Filed: 02/26/19    Entered: 02/26/19 10:23:21    Page 2 of 2