Mark D. Poniatowski, Esq. (#123405)
Kimberly F. Leding, Esq. (#233618)
Meera T. Parikh, Esq. (#217996)
PONIATOWSKI LEDING PARIKH PC
20980 Redwood Road, Suite 200
Castro Valley, California 94546
Telephone: (510) 881-8700
Facsimile: (510) 881-8702

Attorneys for Creditor
Holt of California, a California corporation

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: <br><br> PG&E CORPORATION, <br><br> - and - <br><br> PACIFIC GAS AND ELECTRIC COMPANY, <br><br> Debtors. <br><br>———————————————/ <br><br> [ ] Affects PG&E Corporation <br> [ ] Affects Pacific Gas and Electric Company <br> [X] Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* <br><br>———————————————/ | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) (Jointly Administered) <br><br> CERTIFICATE OF SERVICE OF WITHDRAWAL <u>WITHOUT PREJUDICE</u> OF REFILED CONDITIONAL OBJECTION OF HOLT OF CALIFORNIA TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a), 363(b), AND 503(b) (9) AND FED. R. BANKR. P. 6003 AND 6004 FOR INTERIM AND FINAL AUTHORITY TO PAY PREPETITION OBLIGATIONS OWED TO CERTAIN SAFETY AND RELIABILITY, OUTAGE, AND NUCLEAR FACILITY SUPPLIERS <br><br> DATE: February 27, 2019 <br> TIME: 9:30 a.m. <br> CTRM.: 17 |

I, Bryan Waage, certify and declare as follows:

I am over the age of 18 years and not a party to this action. My business address is 20980 Redwood Road, Suite 200, Castro Valley, California 94546, which is located in the county where the service described below took place.

---

In re Pacific Gas and Electric Company, Chapter 11 Case No. 19-30088
CERTIFICATE OF SERVICE OF WITHDRAWAL <u>WITHOUT PREJUDICE</u> OF REFILED CONDITIONAL OBJECTION OF HOLT OF CALIFORNIA TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a), 363(b), AND 503(b) (9) AND FED. R. BANKR. P. 6003 AND 6004 FOR INTERIM AND FINAL AUTHORITY TO PAY PREPETITION OBLIGATIONS OWED TO CERTAIN SAFETY AND RELIABILITY, OUTAGE, AND NUCLEAR FACILITY SUPPLIERS

Page 1

On February 26, 2019, I served copies of the document entitled Withdrawal <u>Without Prejudice</u> Of Refiled Conditional Objection Of Holt Of California To Motion Of Debtors Pursuant To 11 U.S.C. §§ 105(A), 363(B), And 503(B) (9) And Fed. R. Bankr. P. 6003 And 6004 For Interim And Final Authority To Pay Prepetition Obligations Owed To Certain Safety And Reliability, Outage, And Nuclear Facility Suppliers.

The above listed document was sent by electronic mail, together with a copy of this declaration, at or around 10:30am on February 26, 2019 on the following parties to this action addressed as follows:

<u>Counsel for Debtor</u>
**Tobias S. Keller** - tkeller@kellerbenvenutti.com
**Jane Kim** - jkim@kellerbenvenutti.com
**Matthew Goren** - matthew.goren@weil.com
**David Herman** - dherman@cravath.com

<u>Counsel for U.S. Trustee</u>
**Lynette C. Kelly** - lynette.c.kelly@usdoj.gov
**Marta Villacorta** - marta.villacorta@usdoj.gov
**Timothy S. Laffredi** - timothy.s.laffredi@usdoj.gov

<u>Counsel for Official Committee of Tort Claimants</u>
**Lauren T. Attard** - lattard@bakerlaw.com
**Cecily A. Dumas** - cdumas@bakerlaw.com
**Robert A. Julian** - rjulian@bakerlaw.com
**Eric E. Sagerman** - esagerman@bakerlaw.com

<u>Courtroom Deputy for Judge Montali</u>
**Lorena Parada** – lorena_parada@canb.uscourts.gov

I certify and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct in accordance with 28 U.S.C. § 1746.

Executed on February 26, 2019 at Castro Valley, California.

*/s/ Bryan Waage*
BRYAN WAAGE

---

In re Pacific Gas and Electric Company, Chapter 11 Case No. 19-30088
CERTIFICATE OF SERVICE OF WITHDRAWAL <u>WITHOUT PREJUDICE</u> OF REFILED CONDITIONAL OBJECTION OF HOLT OF CALIFORNIA TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a), 363(b), AND 503(b) (9) AND FED. R. BANKR. P. 6003 AND 6004 FOR INTERIM AND FINAL AUTHORITY TO PAY PREPETITION OBLIGATIONS OWED TO CERTAIN SAFETY AND RELIABILITY, OUTAGE, AND NUCLEAR FACILITY SUPPLIERS

Page 2