1   Jan M. Hayden
    BAKER DONELSON BEARMAN
2   CALDWELL & BERKOWITZ, PC
    201 St. Charles Avenue, Suite 3600
3   New Orleans, Louisiana 70170
    Telephone: (504) 566-5200
4   Facsimile: (504) 636-4000
    E-mail: jhayden@bakerdonelson.com
5

6   Attorneys for Phillips and Jordan, Inc., Aptim Environmental & Infrastructure, LLC, Snelson
    Companies, Inc. and TTR Substations, Inc.
7

8

9                    UNITED STATES BANKRUPTCY COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

13  IN RE:                          *   Case Nos. 19-30088 (DM) (Lead Case)
                                     *
14  PG&E CORPORATION                 *            19-30088 (DM)
                                     *
15       -and-                       *   Chapter 11
                                     *
16  PACIFIC GAS AND ELECTRIC         *   Jointly Administered
    COMPANY,                         *
17                                   *
          *Debtors*                  *
18                                   *
    ☐ Affects PG&E Corporation       *
19  ☐ Affects Pacific Gas and Electric *
    Company                          *
20  ☒ Affects both Debtors           *
                                     *   **APPLICATION FOR ADMISSION OF**
21  * All papers shall be filed in the Lead *   **ATTORNEY** *PRO HAC VICE*
    Case No. 19-30088 DM.            *
22                                   *
                                     *
23  * * * * * * * * * * * * * * * * * * * * * * * *

24

25          Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Jan M. Hayden, an active member in good

26  standing of the bar of Louisiana, hereby applies for admission to practice in the Northern District of

27  California on a *pro hac vice* basis representing Phillips and Jordan, Inc., Aptim Environmental &

28  Infrastructure, LLC, Snelson Companies, Inc. and TTR Substations, Inc. in the above-entitled action.

4839-5015-8989v1
1037842-000259

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above.

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Gary M. Kaplan
Farella Braun + Martel LLP
235 Montgomery Street, 18th Floor
San Francisco, CA 94104

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 22, 2019

/s/ Jan M. Hayden
JAN M. HAYDEN

2

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana
———

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

### *JAN MARIE HAYDEN ESQ., #6672*

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 5th Day of October, 1979 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 4th Day of February, 2019, A.D.

Clerk of Court
Supreme Court of Louisiana