Risa Lynn Wolf-Smith (#122396)
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202-3979
Telephone: (303) 295-8000
Facsimile: (303) 295-8261
rwolf@hollandhart.com
*Attorneys for DIABLO WINDS, LLC*

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors., | Case No. 19-30088<br><br>**NOTICE OF APPERANCE AND REQUEST FOR SERVICE OF DOCUMENTS** |

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rules 9010(b) and 2002(g), Holland & Hart LLP hereby appears on behalf of Diablo Winds, LLC, creditors and parties in interest in this proceeding, and requests that all notices, pleadings, motions, applications, and any other documents filed and/or served in this case be sent to the following:

> Risa Lynn Wolf-Smith
> HOLLAND & HART LLP
> 555 Seventeenth Street, Suite 3200
> P.O. Box 8749
> Denver, CO 80201-8749
> Telephone: (303) 295-8011
> Facsimile: (303) 295-8261
> Email: rwolf@hollandhart.com

Neither this Entry of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive: (i) any right to have final orders in non-core matters entered only after de novo review by a U.S. District Court judge; (ii) any right to a jury trial in this or any related case, controversy or proceeding; (iii) any right to have the reference withdrawn by the U.S. District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights,

claims, actions, defenses, setoffs or recoupments, in law or equity, all of which are expressly reserved.

DATED this 26th day of February 2019.

Respectfully submitted,

s/*Risa Lynn Wolf-Smith*
Risa Lynn Wolf-Smith
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202-3979

*Attorneys for DIABLO WINDS, LLC*

12009765_1