Lacey Rochester
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
E-mail: lrochester@bakerdonelson.com

Attorneys for Phillips and Jordan, Inc., Aptim Environmental & Infrastructure, LLC, Snelson Companies, Inc. and TTR Substations, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE: | * | Case Nos. 19-30088 (DM) (Lead Case) |
| | * | |
| PG&E CORPORATION | * | 19-30088 (DM) |
| | * | |
| -and- | * | Chapter 11 |
| | * | |
| PACIFIC GAS AND ELECTRIC COMPANY, | * | Jointly Administered |
| | * | |
| *Debtors* | * | |
| | * | |
| ☐ Affects PG&E Corporation | * | |
| ☐ Affects Pacific Gas and Electric Company | * | |
| ☒ Affects both Debtors | * | |
| | * | **APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |
| * All papers shall be filed in the Lead Case No. 19-30088 DM. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

      Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Lacey E. Rochester, an active member in good standing of the bar of Louisiana, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Phillips and Jordan, Inc., Aptim Environmental & Infrastructure, LLC, Snelson Companies, Inc. and TTR Substations, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above.

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Gary M. Kaplan
Farella Braun + Martel LLP
235 Montgomery Street, 18th Floor
San Francisco, CA 94104

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 22, 2019         */s/Lacey Rochester*
                                          LACEY ROCHESTER

2

4847-7800-0264v1
1037842-000259

# United States of America

# State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

### *LACEY ELIZABETH ROCHESTER ESQ., #34733*

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 25th Day of October, 2012 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 4th Day of February, 2019, A.D.

Clerk of Court
Supreme Court of Louisiana