Anne Andrews, Esq., SBN 103280
Sean T. Higgins, Esq., SBN 266888
John C. Thornton, Esq., SBN 84492
ANDREWS & THORNTON
4701 Von Karman Ave, Suite 300
Newport Beach, CA 92660
Phone: (949) 748-1000
Facsimile: (949) 315-3540
aa@andrewsthornton.com
shiggins@andrewsthornton.com
jct@andrewsthornton.com
*Attorneys for Agajanian, Inc.*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case. No. 19-30088 DM |
| PG&E CORPORATION, INC, | Chapter 11 |
| Debtor in Possession. | |
| In re | Case. No. 19-30089 DM |
| PACIFIC GAS AND ELECTRIC COMPANY, | Chapter 11 |
| Debtor in Possession. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

PLEASE TAKE NOTICE that ANDREWS & THORNTON appears as counsel in the above-captioned cases on behalf of **Agajanian, Inc.**, a creditor therein ("Agajanian"). Agajanian requests under Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and other applicable law that an entry be made on the

court matrix and that all notices and papers filed and/or served in these cases be served upon:

> Anne Andrews
> Sean T. Higgins
> John C. Thornton
> ANDREWS & THORNTON
> 4701 Von Karman Ave, Suite 300
> Newport Beach, CA 92660
> Phone: (949) 748-1000
> Facsimile: (949) 315-3540
> aa@andrewsthornton.com
> shiggins@andrewsthornton.com
> jct@andrewsthornton.com

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed to be a waiver of rights of the above-named parties-in-interest (i) to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) to trial by jury in any proceeding so triable in this case, or any controversy or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, setoff or recoupments to which **Agajanian, Inc.** is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs or recoupments are hereby reserved.

Date: February 26, 2019  */s/ John C. Thornton*
John C. Thornton
*Attorney for Agajanian, Inc.*