**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Proposed Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>     - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br> -and-<br><br>Adv. Pro. No. 19-03003 (DM)<br><br>**NOTICE OF AGENDA FOR FEBRUARY 27, 2019 OMNIBUS HEARING (1:30 P.M.)**<br><br>Date: February 27, 2019<br>Time: 1:30 p.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>         Courtroom 17, 16th Floor<br>         San Francisco, CA 94102 |

# PROPOSED AGENDA FOR
# FEBRUARY 27, 2019 OMNIBUS HEARING
## MATTERS TO BE HEARD AT 1:30 P.M.

I. **ADVERSARY PROCEEDING:** *PG&E v. FERC*, Adv. Pro. No. 19-03003 (DM).

    1. **OCUC Motion to Intervene.** Official Committee of Unsecured Creditors' Motion to Intervene in Adversary Proceeding [AP Dkt. 96].

        Response Deadline: Pursuant to the Court's order shortening time [AP Dkt. 105], any response or opposition may be presented orally at the hearing.

        Responses Filed:

        A. Opposition to Official Committee of Unsecured Creditors' Motion to Intervene in Adversary proceeding; Memorandum of Points and Authorities [AP Dkt. 106].

        Status: The matter is going forward.

    2. **Debtors' Motion for Preliminary Injunction.** Debtor's Motion for Preliminary Injunction and Memorandum of Points and Authorities in Support [AP Dkt. 2].

        Response Deadline: Pursuant to the Court's Order Regarding Briefing and Scheduling on Debtors' Motion for Preliminary Injunction [AP Dkt. 91], Defendant FERC's brief in opposition was due February 15, 2019, and the PPA Counterparties' brief in opposition was due at 5:00 p.m. (Pacific Time) on February 22, 2019.

        Responses Filed:

        A. **Chevron Response.** Chevron U.S.A. Inc.'s Joinder and Amicus Brief Support of Complaint and Motion for Preliminary Injunction (Docket #1 and #2) [AP Dkt. 75].

            i. Notice of Withdrawal of Document filed at Docket No. 75. [AP Dkt. 107].

        B. **FERC Response.** Defendant Federal Energy Regulatory Commission's Response in Opposition to Debtors' Motion for a Preliminary Injunction and Motion to Dismiss [AP Dkt 87].

        C. **PPA Counterparties' Response.** PPA Counterparties' Opposition to Debtors' Motion for Preliminary Injunction [AP Dkt. 99].

            i. Declaration of Frank R. Lindh in Support of the PPA Counterparties' Opposition to Debtors' Motion for Preliminary Injunction [AP Dkt. 100].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

NOTICE OF AGENDA FOR
FEBRUARY 27, 2019 HEARING (1:30 P.M.) - 2 -

Case: 19-30088    Doc# 666    Filed: 02/26/19    Entered: 02/26/19 12:21:30    Page 2 of 3

ii. Declaration of William L. Massey in Opposition to Debtors' Motion for Injunctive Relief [AP Dkt 101].

iii. Request to Take Judicial Notice in Support of the PPA Counterparties' Opposition to Debtors' Motion for Preliminary Injunction [AP Dkt. 102].

Related Documents:

D. Declaration of Fong Wan in Support of Debtors' Motion for Preliminary Injunction [AP Dkt. 3].

E. Debtors' Request for Judicial Notice in Support of Motion for Preliminary Injunction [AP Dkt. 4].

Status: Pursuant to the Court's Order Regarding Briefing and Scheduling on Debtors' Motion for Preliminary Injunction [AP Dkt. 91], the Court will hold a status and scheduling conference, at which the Court intends to set a rescheduled hearing date on the Debtors' Motion for Preliminary Injunction, and address other matters related to the conduct of the hearing.

**PLEASE TAKE NOTICE** that copies of any papers filed with the court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: February 26, 2019

**WEIL, GOTSHAL & MANGES LLP**

**KELLER & BENVENUTTI LLP**

By: /s/ *Jane Kim*
      Jane Kim

*Proposed Attorneys for Debtors and Debtors in Possession*