Alan I. Nahmias, Esq. SBN 125140
**MIRMAN, BUBMAN & NAHMIAS, L.L.P.**
21860 Burbank Boulevard, Suite 360
Woodland Hills, California 91367
Telephone:   (818) 995-2555
Facsimile:   (818) 451-4620
Email:   anahmias@mbnlawyers.com

Attorneys for EN Engineering, LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PACIFIC GAS & ELECTRIC COMPANY<br><br>Debtor. | Case No. 19-30089-DM<br><br>Chapter 11<br><br>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for EN Engineering, LLC ("EN Engineering") in connection with the Chapter 11 case of the above-captioned debtor (the "Debtor"), and pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 4001, 6006, 9007, 9010 and 9013, and Bankruptcy Code Section 102(1), 342 and 1109(b), requests that the following names be added to any service list in the Chapter 11 case and that all notices given or required to be given in the Chapter 11 case and all papers served or required to be served in the Chapter 11 case, be given and served upon:

> Alan I. Nahmias
> Mirman, Bubman & Nahmias, LLP
> 21860 Burbank Boulevard, Suite 360
> Woodland Hills, CA   91367
> Telephone:   818-995-2555
> Email:   anahmias@mbnlaw

PLEASE TAKE FURTHER NOTICE that this request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, email, or otherwise that: (1) affects or seeks to affect in any way any rights or interest of any creditor or party-in interest in the Chapter 11 case, including EN Engineering, with respect to: (a) the Debtor; (b) property of the estate or proceeds thereof, in which the Debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtor may seek to use; or (2) that requires or seeks to require any act, delivery, or any property, payment, or other conduct by EN Engineering.

PLEASE TAKE FURTHER NOTICE that EN Engineering intends that neither this Notice of Appearance and Request for Notice nor any later appearance, claim, or suite shall waive: (1) its right to have final orders in non-core matters entered only after de novo review by a District Judge; (2) its right to trial by jury in any proceeding so triable in the Chapter 11 case or any case, controversy, or proceeding relating to the Chapter 11 case: (3) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, setoffs, or recoupments to which it is or may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: February 26, 2019         MIRMAN, BUBMAN & NAHMIAS, LLP

                                 By: _____
                                     ALAN I. NAHMIAS
                                     Attorneys for EN Engineering, LLC