3                     UNITED STATES BANKRUPTCY COURT

4                     NORTHERN DISTRICT OF CALIFORNIA
                              SAN FRANCISCO DIVISION

5   In re                              |
                                       |   Case No. 19-30088 (DM)
6                                      |   Chapter  11
                                       |   (Lead Case)    (Jointly Administered)
7                                      |   APPLICATION FOR
                                       |   ADMISSION OF ATTORNEY
8                          Debtor(s).  |   *PRO HAC VICE*
                                       |
9   _____.____|

10        Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, _____, an

11  active member in good standing of the bar of _____, hereby applies for admission

12  to practice in the Northern District of California on a *pro hac vice* basis representing

13  _____ in the above-entitled action.

14        In support of this application, I certify on oath that:

15        1.    I am an active member in good standing of a United States Court or of the highest court

16              of another State or the District of Columbia, as indicated above;

17        2.    I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4,

18              and agree to become familiar with the Local Rules and the Bankruptcy

19              Dispute Resolution Program of this Court; and,

20        3.    An attorney who is a member of the bar of this Court in good standing and who

21              maintains an office within the State of California has been designated as co-counsel in

22              the above-entitled action.  The name, address and telephone number of that attorney is:

23              _____

24              _____

25              _____.

26        I declare under penalty of perjury that the foregoing is true and correct.

27
    Dated: _____              _____
28

                                             _____
                                             Elizabeth Lee Thompson