LOCKE LORD LLP
Lindsey E. Kress (SBN 278213)
lkress@lockelord.com
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

LOCKE LORD LLP
Aaron C. Smith (admitted *pro hac vice)*
asmith@lockelord.com
111 South Wacker Drive, Suite 4100
Chicago, IL 60606
Telephone: (312) 443-0700
Fax: (312) 443-0336

Attorneys for Creditor
California Insurance Guarantee Association

**Locke Lord LLP**
**101 Montgomery Street, Suite 1950**
**San Francisco, CA 94104**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | ) Bankruptcy No.: 19-30088 |
| | ) |
| PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY, | ) Chapter 11 |
| | ) |
| | ) **NOTICE OF APPEARANCE AND** |
| Debtors. | ) **REQUEST FOR SERVICE** |
| | ) |
| | ) |
| | ) |

**PLEASE TAKE NOTICE** that pursuant to, inter alia, Bankruptcy Rules 2002, 3017, 9007 and 9010, and 11 U.S.C. §§ 102(1) and 342, Aaron Smith of Locke Lord LLP hereby enters his appearance for creditor California Insurance Guarantee Association ("CIGA") and requests that copies of all notices given or required to be given in this case and all papers served or required to be served in this case, be served upon it at the following addresses:

Aaron Smith
LOCKE LORD LLP
111 South Wacker Drive, Suite 4100
Chicago, IL 60606
Telephone: (312) 443-0700
Fax:  (312) 443-0336
asmith@lockelord.com

Lindsey E. Kress (Notice of Appearance filed 2-14-19 at Dkt. 449)
LOCKE LORD LLP
101 Montgomery Street, Suite 1950
San Francisco, CA  94104
Telephone: (415) 318-8810
Fax: (415) 676-5816
lkress@lockelord.com

**PLEASE TAKE FURTHER NOTICE**, that this Notice of Appearance and Request for Service is not consent to the jurisdiction of the Bankruptcy Court or a waiver of any procedural or substantive right; and neither this nor any subsequent appearance, pleading, claim or suit is intended to nor shall it be deemed or construed as a waiver of (i) the right to have final orders in applicable matters entered only after a de novo review by a District Court Judge; (ii) the right to trial by jury in any proceeding so triable in these cases (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which CIGA is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly

//

//

//

//

**Locke Lord LLP**
101 Montgomery Street, Suite 1950
San Francisco, CA  94104

Dated: February 26, 2019

Respectfully submitted,

LOCKE LORD LLP

By: */s/ Aaron C. Smith*
       Lindsey E. Kress
       Aaron C. Smith
Attorneys for Creditor
California Insurance Guarantee Association

**Locke Lord LLP**
101 Montgomery Street, Suite 1950
San Francisco, CA 94104