

Antonio Ortiz
Texas State Bar No. 24074839
**JORDAN, HOLZER & ORTIZ, PC**
500 N. Shoreline, Suite 900
Corpus Christi, Texas 78401
Phone: (361) 884-5678
Fax: (361) 888-5555
Email: aortiz@jhwclaw.com
　　　　ecf@jhwclaw.com

**Signed and Filed: February 26, 2019**

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

**Attorneys for A&J Electric Cable Corporation**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 19-30088 |
|---|---|
| PG&E CORPORATION | Chapter 11 |
| Debtor. | |

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Jose Antonio Ortiz of Jordan, Holzer & Ortiz, P.C., whose business address and telephone number is 500 N. Shoreline Blvd., Suite 900, Corpus Christi, Texas 7840; Telephone: (361) 884-5678 and who is an active member in good standing of the bar of Texas having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing A&J Electric Cable Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Norther District of California.

** END OF ORDER**