

Signed and Filed: February 26, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

1  Lacey E. Rochester
   BAKER DONELSON BEARMAN
2  CALDWELL & BERKOWITZ, PC
   201 St. Charles Avenue, Suite 3600
3  New Orleans, Louisiana 70170
   Telephone: (504) 566-5200
4  Facsimile: (504) 636-4000
   E-mail: lrochester@bakerdonelson.com
5  Attorneys for Phillips and Jordan, Inc.,
   Aptim Environmental & Infrastructure, LLC,
6  Snelson Companies, Inc. and
   TTR Substations, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: | Case Nos. 19-30088 (DM) (Lead Case) |
| PG&E CORPORATION | 19-30088 (DM) |
| -and- | Chapter 11 |
| PACIFIC GAS AND ELECTRIC COMPANY, | Jointly Administered |
| *Debtors* | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| * All papers shall be filed in the Lead Case No. 19-30088 DM. | |

* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Lacey E. Rochester, whose business address and telephone number is:

Lacey E. Rochester
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
E-mail: lrochester@bakerdonelson.com

and who is an active member in good standing of the bar of Louisiana having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Phillips and Jordan, Inc., Aptim Environmental & Infrastructure, LLC, Snelson Companies, Inc. and TTR Substations, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**

37080\12312178.1