ALAN R. BRAYTON, ESQ., S.B. #73685
BRYN G. LETSCH, ESQ., S.B. #256592
BRAYTON❖PURCELL LLP
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
bletsch@braytonlaw.com

Attorneys for Various Unsecured Asbestos Personal Injury Creditors

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br>　　　　Debtor.<br><br>In re:<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>　　　　Debtor. | Case No. 19-30088<br>Case No. 19-30089<br>Chapter 11<br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**TO THE HONORABLE COURT, THE DEBTOR, AND THE U.S. TRUSTEE:**

Please take notice that Brayton❖Purcell, LLP hereby enter their appearances as counsel for unsecured asbestos personal injury creditor Everett Freeman Waining, Jr., and very respectfully request, pursuant to Section 1109(B) of the Bankruptcy Code, and Rules 2002 and 9010 of Federal Rules of Bankruptcy Procedure, that copies of all notices, reports, motions, briefs, pleadings, proposed orders, conformed copies of orders, monthly operating reports, amended statements and schedules, and any other documents or instruments filed in the above-

1
NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS

captioned case be given to and served at the following:

> Alan R. Brayton, Esq. (CA State Bar No. #73685)
> Bryn G. Letsch, Esq. (CA State Bar No. #256592)
> BRAYTON ◆ PURCELL LLP
> 222 Rush Landing Road
> P.O. Box 6169
> Novato, California 94948-6169
> Telephone (415) 898-1555
> Facsimile (415) 898-1247
> E-mail: BLetsch@braytonlaw.com

WHEREFORE, unsecured creditors identified above respectfully requests this Honorable Court take notice of the above, and order that it be included in the master address list of the above-captioned case and that copies of all motions, orders or pleadings filed herein by any party be served upon it as indicated.

**PLEASE TAKE FURTHER NOTICE** that neither this Appearance nor any subsequent pleading, proof of claim, or suit, or other writing shall constitute a waiver of (1) its right to a trial by jury in any proceeding as to any and all matter so triable; (2) its right to have final orders in non-core matters entered only after de novo review by the District Court; or (3) any other rights, claims, set-offs, or recoupments to which they may be entitled, which rights they expressly reserve.

Dated: February 26, 2019                    Respectfully submitted,

                                            BRAYTON❖PURCELL LLP
                                            222 Rush Landing Road
                                            P.O. Box 6169
                                            Novato, California 94948-6169
                                            (415) 898-1555


                                            By: /s/ *Bryn G. Letsch*
                                                Bryn G. Letsch
                                                Brayton❖Purcell LLP
                                                Attorneys for Everett Freeman Waining, Jr.

| | |
|---|---|
| 1 | ALAN R. BRAYTON, ESQ., S.B. #73685<br>BRYN G. LETSCH, ESQ., S.B. #256592 |
| 2 | BRAYTON❖PURCELL LLP<br>222 Rush Landing Road |
| 3 | P.O. Box 6169<br>Novato, California 94948-6169 |
| 4 | (415) 898-1555<br>bletsch@braytonlaw.com |
| 5 | |
| 6 | Attorneys for Various Unsecured Asbestos Personal Injury Creditors |

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>　　　　Debtor.<br><br>In re:<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>　　　　Debtor. | Case No. 19-30088<br><br>Case No. 19-30089<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing *Notice of Appearance and Request for Service of Papers* was served via the CM/ECF system upon filing of this Notice to the electronic mail address provided the Court:

Dated: February 26, 2019　　　　　　　　By: /s/ *Bryn G. Letsch*
　　　　　　　　　　　　　　　　　　　　　　　Bryn G. Letsch

3
**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS**