Stephan Brown, SBN 300563
Daniel Griffin, SBN 311236
The Bankruptcy Group, P.C.
3300 Douglas Blvd., Ste. 100
Roseville, CA 95661
Phone: 800-920-5351
Fax: 916-242-8588
Email: daniel@thebklawoffice.com

Attorneys for Creditor
Road Safety, Inc.,
a California corporation

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Bankruptcy Case No. 19-30088 (DM) |
|---|---|
| PG&E CORPORATION | Chapter 11 |
| -and- | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors. | NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

### NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

Creditor Road Safety, Inc., a California corporation ("Creditor" or "RS, Inc."), by and through counsel, hereby requests under Federal Rule of Bankruptcy Procedure 9010 that notice be served as follows:

1

Road Safety, Inc.
Attn: The Bankruptcy Group, P.C.
3300 Douglas Blvd. Ste. 100
Roseville, CA 95661
Email: daniel@thebklawoffice.com

This request includes, without limitation, all schedules, statements, operating reports, notices, motions, applications, petitions, demands, pleadings, disclosure statements, hearings, and orders, and any other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, hand delivery, facsimile, telephone, or otherwise.

  PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), Creditor reserves its right to appear and be heard on any issue in a case under this chapter.

  PLEASE TAKE FURTHER NOTICE that this Request for Notice shall not constitute a waiver of Creditor's (i) right(s) to have all core matters subject to Article III jurisdiction heard and decided by a district judge; (ii) right(s) to have final orders in non-core matters entered only after de novo review by a district judge; (iii) right(s) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iv) right(s) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (v) other rights, claims, actions, defenses, setoffs or recoupments to which Creditor is, or may be, entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

DATE: February 26, 2019

/s/ Stephan Brown<br>
Stephan Brown<br>
Attorney for Creditor<br>
Road Safety, Inc.<br>
a California corporation