UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

Debtor(s).

Case No. 19-30088 (DM)
Chapter 11
(Lead Case)   (Jointly Administered)

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, _____, an active member in good standing of the bar of _____, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing _____ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

_____

_____

_____.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____      _____
                                   Elizabeth Lee Thompson

# KENTUCKY BAR ASSOCIATION
### 514 WEST MAIN STREET
### FRANKFORT, KENTUCKY 40601-1812
### (502) 564-3795
### FAX (502) 564-3225
### www.kybar.org

**OFFICERS**
Douglas C. Ballantine
**President**

J. Stephen Smith
**President-Elect**

Thomas N. Kerrick
**Vice President**

William R. Garmer
**Immediate Past President**

**YOUNG LAWYERS**
Jennifer S. Overmann
**Chair**

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Mindy G. Barfield
Rhonda Jennings Blackburn
Matthew P. Cook
Amy D. Cubbage
Melinda G. Dalton
Howard Oliver Mann
Todd V. McMurtry
J. D. Meyer
Eileen M. O'Brien
W. Fletcher Schrock
Gary J. Sergent
Bobby C. Simpson
Van F. Sims
Judge John F. Vincent

## *THIS IS TO CERTIFY THAT*

### *HELEN ELIZABETH LEE THOMPSON*
*Stites Harbison*
*250 West Main Street, Suite 2300*
*Lexington, Kentucky 40507-1758*

### *Membership No. 70680*

*is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 12th day of February, 2019.*

### *JOHN D. MEYERS*
### *REGISTRAR*

By: *Michele M. Pogrotsky*
*Michele M. Pogrotsky, Deputy Registrar*