UNITED STATES DEPARTMENT OF JUSTICE
Joseph H. Hunt, Assistant Attorney General
Civil Division
Ruth A. Harvey, Director
Kirk Manhardt, Deputy Director
Matthew Troy (GA Bar No. 717258)
Marc S. Sacks (GA Bar No. 621931)
Danielle A. Pham (CA Bar No. 269915)
Shane Huang (IL Bar No. 6317316)
Trial Attorneys
P.O. Box 875, Ben Franklin Station
Washington, D.C. 20044-0875
Telephone: (202) 514-7451
Email: marcus.s.sacks@usdoj.gov
　　　　danielle.pham@usdoj.gov
　　　　shane.huang@usdoj.gov

David L. Anderson (CA Bar No. 149604)
United States Attorney
Northern District of California

*Attorneys for the Federal Energy Regulatory Commission*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re**<br><br>**PG&E CORPORATION,**<br><br>- and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors. | Bankruptcy Cases<br>No. 19-30088 (DM) (Lead Case)<br>No. 19-30089 (DM)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE** |

1  PLEASE TAKE NOTICE that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned, Shane Huang hereby enters an appearance as counsel for the Federal Energy Regulatory Commission ("FERC").

PLEASE TAKE FURTHER NOTICE that this appearance is being filed in addition to the appearance filed by Danielle A. Pham on January 30, 2019, Dkt. #85. Ms. Pham remains counsel of record for FERC and should continue receiving notices.

The undersigned requests that his name be added to the mailing list maintained by the Clerk for this case, and that all notices given and all papers served on any party, filed with the Court, or delivered to the Office of the United States Trustee in this case be served upon the United States at the addresses set forth below. Please serve all such notices and papers on:

Shane Huang
Commercial Litigation Branch, Civil Division
U.S. Department of Justice
(202) 616-0341 (direct)
(202) 514-9163 (fax)
shane.huang@usdoj.gov

His office addresses are:

P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875
(regular mail)

and

1100 L Street, NW
Room 7030
Washington DC, 20005
(hand delivery/overnight mail)

Because postal service mail to this government attorney presently is substantially delayed for security screening, please transmit all papers addressed to him by electronic mail or if electronic mail is not available, by facsimile.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed or construed to be a waiver of the rights: (i) to have final orders in non-core matters entered only after *de*

NOTICE OF APPEARANCE OF SHANE HUANG
ON BEHALF OF FERC                                          1

CASE NOS. 19-30088, 19-30089
(JOINTLY ADMINISTERED)

**U.S. Department of Justice**
P.O. Box 875
Washington, DC 20044-0875

*novo* review by a District Court Judge; (ii) to a trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) to any other rights, claims, actions, setoffs, or recoupments to which the United States is or may be entitled.

Dated: February 27, 2019               Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON (CA Bar No. 149604)
United States Attorney
Northern District of California

RUTH A. HARVEY
Director

KIRK MANHARDT
Deputy Director

/s/Shane Huang
MATTHEW TROY (GA Bar No. 717258)
MARC S. SACKS (GA Bar No. 621931)
DANIELLE A. PHAM (CA Bar No. 269915)
SHANE HUANG (IL Bar No. 6317316)
Trial Attorneys
U.S. Department of Justice, Civil Division
P.O. Box 875, Ben Franklin Station
Washington, D.C. 20044-0875
Telephone: (202) 616-0341
Facsimile: (202) 514-9163
E-mail: shane.huang@usdoj.gov

*Attorneys for the Federal Energy Regulatory Commission*