

Elizabeth Lee Thompson (KBA No. 70680)
Stites & Harbison PLLC
250 W. Main St, Suite 2300
Lexington, Ky 40507
Telephone: (859) 226-2300
Email: ethompson@stites.com

Signed and Filed: February 27, 2019

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re **PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,**

Debtor(s).

Case No. **19-30088 (DM)**
(Lead Case) (Jointly Administered)

Chapter **11**

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Elizabeth Lee Thompson**, whose business address and telephone number is

**Elizabeth Lee Thompson (KBA No. 70680)
STITES & HARBISON PLLC
250 West Main Street, Suite 2300
Lexington, KY 40507
Telephone: (859) 226-2300**

and who is an active member in good standing of the bar of **State of Kentucky** having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **The Okonite Company**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**