UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION

- and -

PACIFIC GAS AND ELECTRIC COMPANY,

Debtors.

Case No. 19-30088 (DM)

Chapter 11

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to B.L.R. 1001-2(a) and /Civil L.R. 11-3, Louis S. Chiappetta, an active and practicing member in good standing of the bar of the State of Illinois, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Atlantica Yield plc, Mojave Solar LLC, First Solar, Inc. and Willow Springs Solar 3, LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name and address and telephone number of that attorney is:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Amy S. Park
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Fax: (650) 470-4570

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/26/2019

/s/ Louis Chiappetta



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
2/26/2019

Re: Louis Salvatore Chiappetta
Attorney No. 6298299

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Louis Salvatore Chiappetta was admitted to practice law in Illinois on 5/7/2009; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: *[signature]*

Andrew Oliva
Registrar

**UNITED STATES
BANKRUPTCY COURT**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

\# 30065272 — JB
\* \* C O P Y \* \*
February 27, 2019
10:02:26

**PRO HAC VICE FEE
19-30088-DM11**
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Amount.:                $310.00 CH
Check#.: 55625

Total-> $310.00

FROM: SPECIALIZED LEGAL SERVICES INC