| | |
|---|---|
| 1 | John H. Rowland |
| | BAKER DONELSON BEARMAN |
| 2 | CALDWELL & BERKOWITZ, PC |
| | Baker Donelson Center Ste 800 |
| 3 | 211 Commerce St |
| 4 | Nashville, TN 37201 |
| | Telephone:  615.726.5544 |
| 5 | Facsimile:   615.744.5544 |
| | E-mail: jrowland@bakerdonelson.com |
| 6 | |
| 7 | Attorneys for Phillips and Jordan, Inc., Aptim Environmental & Infrastructure, LLC, Snelson Companies, Inc. and TTR Substations, Inc. |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE: | * | Case Nos. 19-30088 (DM) (Lead Case) |
| | * | |
| PG&E CORPORATION | * | 19-30088 (DM) |
| | * | |
|     -and- | * | Chapter 11 |
| | * | |
| PACIFIC GAS AND ELECTRIC COMPANY, | * | Jointly Administered |
| | * | |
|     *Debtors* | * | |
| | * | |
| ☐ Affects PG&E Corporation | * | |
| ☐ Affects Pacific Gas and Electric Company | * | |
| ☒ Affects both Debtors | * | |
| | * | **APPLICATION FOR ADMISSION OF** |
| * All papers shall be filed in the Lead Case No. 19-30088 DM. | * | **ATTORNEY** *PRO HAC VICE* |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, John H. Rowland , an active member in good standing of the bar of Tennessee, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Phillips and Jordan, Inc., Aptim

Environmental & Infrastructure, LLC, Snelson Companies, Inc. and TTR Substations, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above.

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Gary M. Kaplan
Farella Braun + Martel LLP
235 Montgomery Street, 18th Floor
San Francisco, CA 94104

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 22, 2019           /s/ John H. Rowland
                                   JOHN H. ROWLAND

# Supreme Court of Tennessee

# Certificate of Good Standing

I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that

## John Hayden Rowland

is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on October 25, 1989, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 22nd day of February, 2019.

James M. Hivner
Clerk of the Supreme Court of Tennessee

By: ___*Kitty Martin*___
Kitty Martin, D.C.