1  JOSEPH G. McGUINNESS - State Bar No. 115983
   JEFFREY S. FLASHMAN - State Bar No. 161186
2  MCGUINNESS & ASSOCIATES
   3858 Carson Street, Suite 301
3  Torrance, California 90503
   Telephone: (310) 792-0495
4  Facsimile:  (310) 792-0520

5  Attorneys for Creditor,
   AA/Acme Locksmiths, Inc.
6

**FILED**

FEB 27 2019

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

7

8                  UNITED STATES BANKRUPTCY COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11
   **In re:**

12  **PG&E CORPORATION**

13  **- and -**

14  **PACIFIC GAS AND ELECTRIC**
    **COMPANY,**
15

16  Debtors.

17

18  ☐    Affects PG&E Corporation

19  ☐    Affects Pacific Gas and Electric
         Company
20

21  ☑    Affects both Debtors

22
    * ALL PAPERS SHALL BE FILED IN
23  THE LEAD CASE, NO. 19-30088 (DM).

24

25

26

27

28

|  |
|---|
| **Case Nos.    19 - 30088 (DM)** |
| **19 - 30089 (DM)** |
| **Chapter 11** |
| **CREDITOR AA/ACME LOCKSMITHS, INC.'s NOTICE OF WITHDRAWAL OF OBJECTION TO FINAL ORDER GRANTING OPERATIONAL INTEGRITY SUPPLIER MOTION** |
| Date: February 27, 2019 |
| Time: 9:30 a.m. |
| Courtroom: 17, 16th Floor |

1     AA/Acme Locksmiths, Inc. dba Acme Security Systems hereby withdraws its objection

2    to the entry of a final order granting the motion for the Debtors to pay Operational Integrity

3    Suppliers

4

5

Dated: February 26, 2019

6                              MCGUINNESS & ASSOCIATES

7

8                      By

9                             Joseph G. McGuinness

10                           Jeffrey S. Flashman
                                 Attorneys for Creditor

11                           AA/Acme Locksmiths, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Withdrawal of Objection to Final Order on Operational Supplier Motion

Case: 19-30088   Doc# 686   Filed: 02/27/19   Entered: 02/27/19 13:43:29   Page 2 of 4

**PROOF OF SERVICE**

STATE OF CALIFORNIA - COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action. My business address is McGuinness & Associates, 3858 Carson Street, Suite 301, Torrance, California 90503.

On the service date below I served the document described as:

**CREDITOR AA/ACME LOCKSMITHS, INC.'s NOTICE OF WITHDRAWAL OF OBJECTION TO FINAL ORDER GRANTING OPERATIONAL INTEGRITY SUPPLIER MOTION**

on the interested parties to this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

_____ By first class mail by depositing a sealed envelope in the United States Mail atTorrance, California, with postage fully prepaid.

_____ Via Courier by depositing in a sealed envelope and delivering to the courier, with all charges fully prepaid.

__XX__ By overnight delivery by depositing such envelope in a box or other facility regularly maintained by an express service carrier, or delivered it to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for at Torrance, California.

__XX__ I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this declaration was executed on February 26, 2019, at Torrance, California.

_____

Patrice McDonald

Case: 19-30088   Doc# 686   Filed: 02/27/19   Entered: 02/27/19 13:43:29   Page 3 of 4

| | |
|---|---|
| 1 | |
| 2 | <u>**SERVICE LIST**</u> |
| 3 | <u>Debtors' Counsel</u> |
| 4 | Tobias S. Keller |
| 5 | Keller and Benvenutti LLP<br>650 California St., #1900 |
| 6 | San Francisco, CA 94108 |
| 7 | <u>Debtors' Counsel</u> |
| 8 | Stephen Karotkin |
| | Jessica Liou |
| 9 | Matthew Goren<br>Weil, Gotshal & Manges LLP |
| 10 | 767 Fifth Avenue<br>New York, NY 10153 |
| 11 | <u>U.S. Trustee</u> |
| 12 | Office of the U.S. Trustee |
| 13 | Phillip J. Burton Federal Building<br>450 Golden Gate Ave., 5th Floor., #05-0153 |
| 14 | San Francisco, CA 94102 |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |