# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: dchambers | Date Created: 2/28/2019 |
| Case: 19–30088 | Form ID: TRANSC | Total: 4 |

**Recipients of Notice of Electronic Filing:**

aty    Peter J. Benvenutti    pbenvenutti@kellerbenvenutti.com
aty    Richard A. Lapping    rich@trodellalapping.com

TOTAL: 2

**Recipients submitted to the Claims Agent (Prime Clerk):**

aty    Thomas R. Kreller    Milbank LLP    2029 Century Park East, 33rd    Los Angeles, CA 90067
      AN TRAN, ESQ.    Weil, Gotshal & Manges LLP    201 Redwood Shores Parkway    Redwood Shores, CA 94065

TOTAL: 2