1
2
3
4
5
6

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: <br><br> PACIFIC GAS AND ELECTRIC COMPANY, <br><br> Debtor. | Chapter 11 <br><br> Case No. 19-30088-DM |

## REQUEST FOR SERVICE OF NOTICES

   PLEASE TAKE NOTICE that the undersigned appears as counsel for The Mosaic Company, a creditor of the Debtor and, pursuant to Bankruptcy Rules 9010 and 2002, requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at his office and address set forth below.

     PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands: (1) which may directly, or indirectly, affect or seek to affect in any way any rights or interests of The Mosaic Company with respect to (a) the Debtor; (b) property or proceeds thereof in which the Debtor may claim an interest; or claims or other property or proceeds thereof in the possession, custody or control of The Mosaic Company; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by The Mosaic Company; or (3) which may otherwise affect the Debtor or property of the Debtor.

     PLEASE TAKE FURTHER NOTICE that The Mosaic Company intends that neither this Request for Service of Notices, nor any former or later pleading, claim or suit shall waive (1) The Mosaic Company's right to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) The Mosaic Company's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) The Mosaic Company's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, set offs, or recoupments to which The Mosaic Company is or may be entitled

REQUEST FOR NOTICE - 1

**P**ETERSON **R**USSELL **K**ELLY PLLC
**1850 Skyline Tower – 10900 NE Fourth Street**
**Bellevue, Washington 98004-8341**
**TELEPHONE (425) 462-4700 FAX (425) 451-0714**

Case: 19-30088    Doc# 688    Filed: 02/27/19    Entered: 02/27/19 15:10:43    Page 1 of 2
101652 143 jb272h02jv

under agreements, in law or in equity, all of which rights, claims, defenses, set-offs, and recoupments The Mosaic Company expressly reserves.

Dated: February 27, 2019.

PETERSON RUSSELL KELLY PLLC

By: s/ Carolyn Frederick
Carolyn Frederick, WSBA # 47604
Peterson Russell Kelly, PLLC
10900 NE 4th Street, Suite 1850
Bellevue, WA 98004
Telephone: (425) 462-4700
Fax: (425) 451-0714
E-Mail: cfrederick@prklaw.com
Attorney for The Mosaic Company

REQUEST FOR NOTICE - 2

**PETERSON RUSSELL KELLY PLLC**
**1850 Skyline Tower – 10900 NE Fourth Street**
**Bellevue, Washington 98004-8341**
TELEPHONE (425) 462-4700 FAX (425) 451-0714

Case: 19-30088    Doc# 688    Filed: 02/27/19    Entered: 02/27/19 15:10:43    Page 2 of 2
101652 143 jb272h02jv