THE LAW OFFICES OF SHAI OVED
Shai Oved, Esq. CBN 185526
7445 Topanga Cyn Blvd, Suite 220
Canoga Park, California 91303
Email - ssoesq@aol.com
(818) 992-6588; Fax (818) 992-6511

Attorneys for Interested Party Henry Rick Schuller

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re | ) CASE NO. 3:19-bk-30088 (DM) |
| | ) Chapter 11 |
| | ) |
| | ) REQUEST FOR SPECIAL NOTICE |
| PG&E, CORPORATION, | ) |
| | ) |
| | ) <u>NO HEARING REQUIRED</u> |
| Debtor. | ) Date: |
| | ) Time: |
| | ) Place: |
| | ) |
| _____ | ) |

**TO THE HONORABLE UNITED STATES BANKRUPTCY COURT AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that interested party, Henry Rick Schuller, through its counsel hereby requests that all notices, pleadings, schedules, plans, or amendments, status reports, etc., which are served on parties-in-interest whether filed or not filed (but served on the Office of the US Trustee) in the above-captioned case be provided to counsel for said interested party at the following address:

The Law Offices of Shai Oved
7445 Topanga Cyn Blvd, Suite 220
Canoga Park, CA 91303

The Law Offices of Shai Oved

Dated: February 27, 2019

/s/ Shai Oved
By: Shai Oved, Attorneys for Henry Rick Schuller

**PROOF OF SERVICE**

( )    **BY U.S. MAIL AT <u>WOODLAND HILLS</u>, CALIFORNIA**

( )    **BY HAND DELIVERY** (IN COURT IF PRESENT OTHERWISE BY MAIL)

( )    **BY FAX**

(xx)    **BY SPECIAL DELIVERY/FEDERAL EXPRESS/EXPRESS MAIL**

I am a resident of Los Angeles County, California.  I am over the age of 18 and not a party to the within action.  My business address is 7445 Topanga Cyn Blvd, Suite 220, Canoga Park, California 91303.  On February 27, 2019, I served a true and correct copy of **REQUEST FOR SPECIAL NOTICE**   on the <u>Parties-in-Interest</u> in this action, in the manner referenced above and addressed or telecopied as follows:  None.

The  following will be served by ECMCF:

See below/attached list

Executed on February 27, 2019, at Woodland Hills, California.

/s/ Shai Oved
_____
Shai Oved

Monique D. Almy     malmy@crowell.com
Dana M. Andreoli     dandreoli@steyerlaw.com, pspencer@steyerlaw.com
Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
Richard L. Antognini     rlalawyer@yahoo.com, hallonaegis@gmail.com
Lauren T. Attard     lattard@bakerlaw.com, abalian@bakerlaw.com
Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
Todd M. Bailey    Todd.Bailey@ftb.ca.gov
Kathryn E. Barrett     keb@svlg.com, amt@svlg.com
Ronald S. Beacher    rbeacher@pryorcashman.com
Hagop T. Bedoyan     hbedoyan@kleinlaw.com, ecf@kleinlaw.com
James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
Peter J. Benvenutti     pbenvenutti@kellerbenvenutti.com
Robert Berens     rberens@smtdlaw.com, sr@smtdlaw.com
Heinz Binder     heinz@bindermalter.com
Stephan M. Brown     eric@thebklawoffice.com, Ellen@thebklawoffice.com
W. Steven Bryant     , molly.batiste-debose@lockelord.com
Peter C. Califano     pcalifano@cwclaw.com
Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
Shawn M. Christianson     schristianson@buchalter.com

Case: 19-30088    Doc# 689    Filed: 02/27/19    Entered: 02/27/19 16:03:00    Page 2 of 6

1  Robert N.H. Christmas   rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
   Alicia Clough    aclough@loeb.com
2  Marc Cohen    mscohen@loeb.com
   Ashley Vinson Crawford    avcrawford@akingump.com, tsouthwell@akingump.com
3  Keith J. Cunningham    , rkelley@pierceatwood.com
   Keith J. Cunningham    kcunningham@pierceatwood.com, rkelley@pierceatwood.com
4  James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com
   Jonathan S. Dabbieri    dabbieri@sullivanhill.com, bkstaff@sullivanhill.com
5  Jonathan R. Doolittle    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
   Jennifer V. Doran    jdoran@hinckleyallen.com
6  Cecily A. Dumas    cdumas@bakerlaw.com
   Dennis F. Dunne    mkoch@milbank.com, jbrewster@milbank.com
7  David V. Duperrault    dvd@svlg.com, edn@svlg.com
   Kevin M. Eckhardt    keckhardt@hunton.com, candonian@huntonak.com
8  Joseph A. Eisenberg    JAE1900@yahoo.com
   Sally J. Elkington    sally@elkshep.com, ecf@elkshep.com
9  G. Larry Engel    larry@engeladvice.com
   Krista M. Enns    kenns@beneschlaw.com
10 Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
   Richard W. Esterkin    richard.esterkin@morganlewis.com
11 Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
   James J. Ficenec    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
12 John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
   Kimberly S. Fineman    kfineman@nutihart.com, nwhite@nutihart.com
13 Stephen D. Finestone    sfinestone@fhlawllp.com
   Jonathan Forstot    jonathan.forstot@troutman.com, john.murphy@troutman.com
14 Jonathan Forstot    , john.murphy@troutman.com
   Carolyn Frederick    cfrederick@prklaw.com
15 Roger F. Friedman    rfriedman@rutan.com, csolorzano@rutan.com
   Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com
16 Larry W. Gabriel    lgabriel@bg.law, nfields@bg.law
   Gregg M. Galardi    gregg.galardi@ropesgray.com
17 Richard L. Gallagher    richard.gallagher@ropesgray.com
   Janet D. Gertz    jgertz@btlaw.com, amattingly@btlaw.com
18 Barry S. Glaser    bglaser@swesq.com
   Gabriel I. Glazer    gglazer@pszjlaw.com
19 Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
   Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
20 Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
   Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutininc.com
21 Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutininc.com
   Michael I. Gottfried    mgottfried@lgbfirm.com, msutton@lgbfirm.com
22 Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
   Daniel J. Griffin    eric@thebklawoffice.com, christina@thebklawoffice.com
23 Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
   Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com
24 Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com
   Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com
25 Robert G. Harris    rob@bindermalter.com
   Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com
26 Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
   Christopher V. Hawkins    hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com
27 Jan M Hayden    jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
   Jennifer C. Hayes    jhayes@fhlawllp.com
28 Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com

Case: 19-30088    Doc# 689    Filed: 02/27/19    Entered: 02/27/19 16:03:00    Page 3 of 6

| | |
|---|---|
| 1 | Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com |
| | Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com |
| 2 | James P. Hill    hill@sullivanhill.com, bkstaff@sullivanhill.com |
| | Michael R. Hogue    hoguem@gtlaw.com, frazierl@gtlaw.com |
| 3 | David Holtzman    david.holtzman@hklaw.com |
| | Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com |
| 4 | Shane Huang    shane.huang@usdoj.gov |
| | Brian D. Huben    hubenb@ballardspahr.com |
| 5 | Jonathan Hughes    jonathan.hughes@aporter.com, jane.rustice@aporter.com |
| | Michael A. Isaacs    Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com |
| 6 | Mark V. Isola    mvi@sbj-law.com |
| | J. Eric Ivester    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com |
| 7 | J. Eric Ivester    , Andrea.Bates@skadden.com |
| | Ivan C. Jen    ivan@icjenlaw.com |
| 8 | Chris Johnstone    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com |
| | Gregory K. Jones    GJones@dykema.com, cacossano@dykema.com |
| 9 | Robert A. Julian    rjulian@bakerlaw.com |
| | Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com |
| 10 | Robert B. Kaplan    rbk@jmbm.com |
| | Eve H. Karasik    ehk@lnbyb.com |
| 11 | Tobias S. Keller    tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com |
| | Lynette C. Kelly    lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov |
| 12 | Gerald P. Kennedy    gerald.kennedy@procopio.com, laj@procopio.com |
| | Samuel A. Khalil    skhalil@milbank.com, jbrewster@milbank.com |
| 13 | Samuel M. Kidder    skidder@ktbslaw.com |
| | Marc Kieselstein    , carrie.oppenheim@kirkland.com |
| 14 | Jane Kim    jkim@kellerbenvenutti.com |
| | Thomas F. Koegel    tkoegel@crowell.com |
| 15 | Andy S. Kong    kong.andy@arentfox.com, Yvonne.Li@arentfox.com |
| | Alan W. Kornberg    , akornberg@paulweiss.com |
| 16 | Jeffrey C. Krause    jkrause@gibsondunn.com, psantos@gibsondunn.com |
| | Lindsey E. Kress    lkress@lockelord.com, autodocket@lockelord.com |
| 17 | Michael Thomas Krueger    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com |
| | Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov |
| 18 | Richard A. Lapping    rich@trodellalapping.com |
| | Matthew A. Lesnick    matt@lesnickprince.com, jmack@lesnickprince.com |
| 19 | Bryn G. Letsch    bletsch@braytonlaw.com |
| | David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com |
| 20 | Andrew H. Levin    alevin@wcghlaw.com, vcorbin@wcghlaw.com |
| | William S. Lisa    , jcaruso@nixonpeabody.com |
| 21 | William S. Lisa    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com |
| | Jonathan A. Loeb    jon.loeb@bingham.com |
| 22 | John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com |
| | Jane Luciano    jane-luciano@comcast.net |
| 23 | Kerri Lyman    klyman@irell.com, lgauthier@irell.com |
| | John  H.  MacConaghy    macclaw@macbarlaw.com, |
| 24 | smansour@macbarlaw.com;kmuller@macbarlaw.com |
| | Iain A. Macdonald    iain@macfern.com, ecf@macfern.com |
| 25 | Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com |
| | Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com |
| 26 | Michael W. Malter    michael@bindermalter.com |
| | Geoffrey E. Marr    gemarr59@hotmail.com, pamses@yahoo.com |
| 27 | David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com |
| | Patrick C. Maxcy    patrick.maxcy@snrdenton.com |
| 28 | Hugh M. McDonald    hugh.mcdonald@troutman.com, john.murphy@troutman.com |

1  Hugh M. McDonald      , john.murphy@troutman.com
   C. Luckey McDowell      luckey.mcdowell@bakerbotts.com
2  Frank A. Merola      lacalendar@stroock.com, mmagzamen@stroock.com
   Matthew D. Metzger      belvederelegalecf@gmail.com
3  M. David Minnick      dminnick@pillsburylaw.com, docket@pillsburylaw.com
   Thomas C. Mitchell      tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
4  John A. Moe      john.moe@dentons.com, glenda.spratt@dentons.com
   Kevin Montee      kmontee@monteeassociates.com
5  David W. Moon      lacalendar@stroock.com, mmagzamen@stroock.com
   Courtney L. Morgan      morgan.courtney@pbgc.gov
6  Joshua D. Morse      Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
   Thomas G. Mouzes      tmouzes@boutinjones.com, cdomingo@boutininc.com
7  Peter S. Munoz      pmunoz@reedsmith.com, gsandoval@reedsmith.com
   Michael S. Myers      myersms@ballardspahr.com, hartt@ballardspahr.com
8  Alan I. Nahmias      anahmias@mbnlawyers.com
   David L. Neale      dln@lnbrb.com
9  David L. Neale      dln@lnbyb.com
   David Neier      dneier@winston.com
10 Melissa T. Ngo      ngo.melissa@pbgc.gov, efile@pbgc.gov
   Gregory C. Nuti      gnuti@nutihart.com, nwhite@nutihart.com
11 Abigail O'Brient      aobrient@mintz.com, docketing@mintz.com
   Office of the U.S. Trustee / SF      USTPRegion17.SF.ECF@usdoj.gov
12 Aram Ordubegian      Ordubegian.Aram@ArentFox.com
   Gabriel Ozel      Gabriel.Ozel@troutman.com, tsinger@houser-law.com
13 Margarita Padilla      Margarita.Padilla@doj.ca.gov
   Amy S. Park      amy.park@skadden.com, alissa.turnipseed@skadden.com
14 Donna Taylor Parkinson      donna@parkinsonphinney.com
   Peter S. Partee      , candonian@huntonak.com
15 Paul J. Pascuzzi      ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
   Kenneth Pasquale      , mlaskowski@stroock.com
16 Valerie Bantner Peo      vbantnerpeo@buchalter.com
   Danielle A. Pham      danielle.pham@usdoj.gov
17 Thomas R. Phinney      tom@parkinsonphinney.com
   R. Alexander Pilmer      alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
18 M. Ryan Pinkston      rpinkston@seyfarth.com, jmcdermott@seyfarth.com
   Estela O. Pino      epino@epinolaw.com, staff@epinolaw.com
19 Mark D. Poniatowski      ponlaw@ponlaw.com
   Christopher E. Prince      cprince@lesnickprince.com
20 Douglas B. Provencher      dbp@provlaw.com
   Amy C. Quartarolo      amy.quartarolo@lw.com
21 Lary Alan Rappaport      lrappaport@proskauer.com, PHays@proskauer.com
   Justin E. Rawlins      jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
22 Hugh M. Ray      hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
   Caroline A. Reckler      caroline.reckler@lw.com
23 Jack A. Reitman      jareitman@lgbfirm.com, srichmond@lgbfirm.com
   Emily P. Rich      erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
24 Christopher O. Rivas      crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
   Daniel Robertson      robertson.daniel@pbgc.gov, efile@pbgc.gov
25 Lacey E. Rochester      lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
   Gregory A. Rougeau      grougeau@brlawsf.com
26 Eric E. Sagerman      esagerman@bakerlaw.com
   Nanette D. Sanders      nanette@ringstadlaw.com, becky@ringstadlaw.com
27 Sunny S. Sarkis      sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
   Sblend A. Sblendorio      sas@hogefenton.com
28 Lisa Schweitzer      lschweitzer@cgsh.com

| | |
|---|---|
| 1 | David B. Shemano    dshemano@pwkllp.com |
| | James A. Shepherd    jim@elkshep.com, ecf@elkshep.com |
| 2 | Andrew I. Silfen    andrew.silfen@arentfox.com |
| | Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com |
| 3 | Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com |
| | Aaron C. Smith    asmith@lockelord.com, autodocket@lockelord.com |
| 4 | Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com |
| | Jan D. Sokol    jdsokol@lawssl.com, dwright@lawssl.com |
| 5 | Bennett L. Spiegel    blspiegel@jonesday.com |
| | Michael St. James    ecf@stjames-law.com |
| 6 | David M. Stern    dstern@ktbslaw.com |
| | Rebecca Suarez    rsuarez@crowell.com |
| 7 | Brad T. Summers    summerst@lanepowell.com, docketing-pdx@lanepowell.com |
| | John C. Thornton    jct@andrewsthornton.com, aandrews@andrewsthornton.com |
| 8 | Meagan S. Tom    Meagan.tom@lockelord.com, autodocket@lockelord.com |
| | Edward Tredinnick    etredinnick@grmslaw.com |
| 9 | Matthew Jordan Troy    matthew.troy@usdoj.gov |
| | Andrew Van Ornum    avanornum@vlmglaw.com, hchea@vlmglaw.com |
| 10 | Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com |
| | Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com |
| 11 | Marta Villacorta    marta.villacorta@usdoj.gov |
| | John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com |
| 12 | Riley C. Walter    ecf@W2LG.com |
| | Philip S. Warden    philip.warden@pillsburylaw.com, candy.kleiner@pillsburylaw.com |
| 13 | Genevieve G. Weiner    gweiner@gibsondunn.com |
| | Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com |
| 14 | Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com |
| | Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com |
| 15 | Rebecca    J.    Winthrop    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com |
| 16 | David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com |
| | Ryan A. Witthans    rwitthans@fhlawllp.com, rwitthans@fhlawllp.com |
| 17 | Risa Lynn Wolf-Smith    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com |
| | Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov |
| 18 | Christopher Kwan Shek Wong    christopher.wong@arentfox.com |
| | Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com |
| 19 | Andrew Yaphe    andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com |
| | Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com |
| 20 | Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

6