| | |
|---|---|
| 1 | Paul J. Laurin (CA No. 136287) |
| 2 | BARNES & THORNBURG LLP<br>2029 Century Park E, Suite 300 |
| 3 | Los Angeles, CA 90067<br>Telephone: (310) 284-3785 |
| 4 | E-mail: paul.laurin@btlaw.com |
| 5 | David M. Powlen (DE No. 4978) (*pro hac vice* forthcoming)<br>Kevin G. Collins (DE No. 5149) (*pro hac vice* forthcoming) |
| 6 | BARNES & THORNBURG LLP<br>1000 N. West St., Suite 1500 |
| 7 | Wilmington, Delaware 19801<br>Telephone: (302) 300-3434 |
| 8 | Facsimile: (302) 300-3456<br>E-mail: david.powlen@btlaw.com |
| 9 |         kevin.collins@btlaw.com |
| 10 | *Attorneys for Energy Systems Group, LLC and Miller Pipeline, LLC* |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br>*ALL LEAD PAPERS SHALL BE FILED IN THE LEAD CASE, NO. 19-30088 (DM) | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Kevin G. Collins, an active member in good standing of the bar of Delaware, hereby applies for admission to practice in the

1

Case: 19-30088    Doc# 691    Filed: 02/28/19    Entered: 02/28/19 06:01:45    Page 1 of 3
APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Northern District of California on a *pro hac vice* basis representing Energy Systems Group, LLC and Miller Pipeline, LLC and in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Paul J. Laurin
> BARNES & THORNBURG LLP
> 2029 Century Park E, Suite 300
> Los Angeles, CA 90067
> Telephone: (310) 284-3785
> E-mail: paul.laurin@btlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 28, 2019

Kevin G. Collins

# SUPREME COURT OF THE STATE OF DELAWARE

## CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Kevin G. Collins** was admitted to practice as an attorney in the Courts of this State on **December 11, 2008** and is an *active* member of the Bar of the Supreme Court of the State of Delaware in good standing.

**IN TESTIMONY WHEREOF,**

I have hereunto set my hand and affixed the seal of said Court at Dover this 12th day of February, 2019.

Lisa A. Dolph
Clerk of the Supreme Court