Mark D. Plevin (State Bar No. 146278)
Brendan V. Mullan (State Bar No. 267613)
CROWELL & MORING LLP
Three Embarcadero Center, 26th Floor
San Francisco, California 94111
Phone: (415) 986-2800
Fax:   (415) 986-2827
Email: mplevin@crowell.com
       bmullan@crowell.com

Tacie H. Yoon (*pro hac vice* to be filed)
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Phone: (202) 624-2500
Fax:   (202) 628-5116
Email: tyoon@crowell.com

Attorneys for RENAISSANCE REINSURANCE LTD.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors. | CASE NO. 19-30088<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE OF RENAISSANCE REINSURANCE LTD. AND REQUEST FOR SERVICE OF PAPERS** |

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear as counsel for Renaissance Reinsurance Ltd. ("Ren Re"), a party-in-interest, and, pursuant to Bankruptcy Rules 2002, 9007, and 9010, the undersigned request that the Clerk of Court enter the following names and addresses on the general matrix for this case, and on all special or limited matrices, and request that copies of all notices, whether given pursuant to Bankruptcy Rule 2002 or otherwise, and all orders and other pleadings and papers in this case be given and sent to the following:

| | |
|---|---|
| 1 | Mark D. Plevin (State Bar No. 146278) |
| 2 | Brendan V. Mullan (State Bar No. 267613) |
|   | CROWELL & MORING LLP |
| 3 | Three Embarcadero Center, 26th Floor |
|   | San Francisco, California 94111 |
| 4 | Phone: (415) 986-2800 |
|   | Fax:   (415) 986-2827 |
| 5 | Email: mplevin@crowell.com |
|   |        bmullan@crowell.com |
| 6 | |
| 7 | Tacie H. Yoon (*pro hac vice* to be filed) |
|   | CROWELL & MORING LLP |
| 8 | 1001 Pennsylvania Ave., N.W. |
|   | Washington, D.C. 20004 |
| 9 | Phone: (202) 624-2500 |
|   | Fax:   (202) 628-5116 |
| 10 | Email: tyoon@crowell.com |

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any or all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, statements of affairs, operating reports, schedules of assets and liabilities, or other papers, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile, transmission, telegraph, telex, e-mail, or otherwise, which relate in any way to the above-referenced case or proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that Ren Re does not, by filing this Notice of Appearance and Request for Service of Papers nor any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Notice of Appearance and Request for Service of Papers constitute a waiver of any of its rights: (i) to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) to trial by jury in any proceeding so triable in these cases, or any controversy or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Ren Re is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Ren Re expressly reserves.

| | | |
|---|---|---|
| DATED: February 28, 2019 | | CROWELL & MORING LLP |
| | By: | */s/ Mark D. Plevin* |
| | | Mark D. Plevin (State Bar No. 146278) |
| | | Brendan V. Mullan (State Bar No. 267613) |
| | | Tacie H. Yoon (*pro hac vice* to be filed) |
| | | Attorneys for RENAISSANCE REINSURANCE LTD. |

# CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2019, I electronically filed the above Notice Of Appearance Of Renaissance Reinsurance Ltd. And Request For Service Of Papers with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to e-mail addresses on file with the Court's ECF System.

Dated: February 28, 2019                    */s/   Mark D. Plevin*

By:  Mark D. Plevin