

Signed and Filed: February 27, 2019

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

| | |
|---|---|
| 1 | John H. Rowland |
| 2 | BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC |
| | Baker Donelson Center Ste 800 |
| 3 | 211 Commerce St |
| | Nashville, TN 37201 |
| 4 | Telephone: 615.726.5544 |
| | Facsimile: 615.744.5544 |
| 5 | E-mail: jrowland@bakerdonelson.com |
| | Attorneys for Phillips and Jordan, Inc., |
| 6 | Aptim Environmental & Infrastructure, LLC, |
| | Snelson Companies, Inc. and |
| 7 | TTR Substations, Inc. |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE:   *   Case Nos. 19-30088 (DM) (Lead Case)
         *
PG&E CORPORATION   *   19-30088 (DM)
         *
    -and-   *   Chapter 11
         *
PACIFIC GAS AND ELECTRIC COMPANY,   *   Jointly Administered
         *
    *Debtors*   *
         *
☐ Affects PG&E Corporation   *
☐ Affects Pacific Gas and Electric Company   *
☒ Affects both Debtors   *
         *
* All papers shall be filed in the Lead Case No. 19-30088 DM.   *
         *
* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*_**

John H. Rowland, whose business address and telephone number is:

John H. Rowland
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
Baker Donelson Center Ste. 800
211 Commerce St
Nashville, TN 37201
Telephone: 615.726.5544
Facsimile: 615.744.5544
E-mail: jrowland@bakerdonelson.com

1 and who is an active member in good standing of the bar of Tennessee having applied in the
2 above-entitled action for admission to practice in the Northern District of California on a *pro hac*
3 *vice* basis, representing Phillips and Jordan, Inc., Aptim Environmental & Infrastructure, LLC,
4 Snelson Companies, Inc. and TTR Substations, Inc.

5       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
6 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
7 *vice*. Service of papers upon and communication with co-counsel designated in the application
8 will constitute notice to the represented party. All future filings in this action are subject to the
9 Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States
10 Bankruptcy Court for the Northern District of California.

11                          **\*\*END OF ORDER\*\***

37080\12312178.1