Craig S. Simon (SBN 78158)
csimon@bergerkahn.com
BERGER KAHN, A Law Corporation
1 Park Plaza, Suite 340
Irvine, California 92614
Tel: (949) 474-1880 • Fax: (949) 313-5029

Mark S. Grotefeld *Admitted Pro Hac Vice*
mgrotefeld@ghlaw-llp.com
Maura Walsh Ochoa (SBN 193799)
mochoa@ghlaw-llp.com
Waylon J. Pickett (SBN 248865)
wpickett@ghlaw-llp.com
GROTEFELD HOFFMANN
700 Larkspur Landing Circle, Suite 280
Larkspur, CA 94939
Tel: (415) 344-9670 • Fax: (415) 989-2802

Alan J. Jang (SBN 83409)
ajang@janglit.com
Sally Noma (SBN 264774)
snoma@janglit.com
JANG & ASSOCIATES, LLP
1766 Lacassie Ave., Suite 200
Walnut Creek, CA 94596
Tel: (925) 937-1400 • Fax: (925) 937-1414

Counsel for Nationwide Entities

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Case No. 19-30089 (DM) |
| **Debtor.** | Chapter 11 |
| **Tax I.D. No. 94-3234914** | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS** |
| **In re:** | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| **Debtor.** | |
| **Tax I.D. No. 94-0742640** | |

**PLEASE TAKE NOTICE** that Nationwide Mutual Insurance Company; AMCO Insurance Company, a Nationwide company; Allied Property and Casualty Insurance Company, a Nationwide company; Depositors Insurance Company, a Nationwide company; Nationwide Insurance Company of America; Nationwide Property & Casualty Insurance Company; Nationwide Agribusiness Insurance Company; Nationwide Agribusiness Insurance - NAIC; Nationwide Affinity Insurance Company; Nationwide General Insurance Company; Nationwide Indemnity Company; Nationwide Mutual Fire Insurance Company; Nationwide Lloyds Insurance Company; Colonial County Mutual Insurance Company; Nationwide Joint Underwriting; National Casualty Company; Scottsdale Insurance Company; Scottsdale Indemnity Company; Scottsdale Surplus Lines Insurance Company; Western Heritage Insurance Company; Freedom Specialty Insurance Company; Colonial County Mutual Insurance Company; Farmland Mutual Insurance Company; and Crestbrook Insurance Company ("Nationwide Entities") appear in this proceeding as parties of interest and request, pursuant to 11 U.S.C.§§ 342 and 1109(B) and Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby request special notice of all actions, and that copies of all papers filed in this proceeding be served at the address and to the individuals set forth below:

BERGER KAHN, A Law Corporation
Craig S. Simon (SBN 78158)
1 Park Plaza, Suite 340
Irvine, CA 92614
Telephone: (949) 474-1880
Facsimile: (949) 313-5029
Email: csimon@bergerkahn.com

GROTEFELD HOFFMANN
Mark S. Grotefeld Admitted PHV
Maura Walsh Ochoa (SBN 193799)
Waylon J. Pickett (SBN 248865)
700 Larkspur Landing Circle, Suite 280
Larkspur, CA 94939
Telephone: (415) 344-9670
Facsimile: (415) 989-2802
Email: mgrotefeld@ghlaw-llp.com
mochoa@ghlaw-llp.com
wpickett@ghlaw-llp.com

JANG & ASSOCIATES, LLP
Alan J. Jang (SBN 83409)
Sally Noma (SBN 264774)
1766 Lacassie Ave., Suite 200
Walnut Creek, CA  94596
Telephone:  (925) 937-1400
Facsimile:  (925) 937-1414
Email:     ajang@janglit.com
           snoma@janglit.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 2002, the foregoing request includes not only the notices and papers referred to or specified above but also includes, without limitation, orders and notices of any application, complaint, demand, motion, petition, plan, disclosure statement, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, telegraph, telex or otherwise filed or made which affect or seek to affect in any way rights or interests of creditors, parties in interest, Nationwide Entities, the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that Nationwide Entities (a) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (b) to a trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (c) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs, or recoupments to which Nationwide Entities is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Nationwide Entities expressly reserve. .

DATED: February 28, 2019

BERGER KAHN, A Law Corporation

By: /s/ Craig S. Simon
Craig S. Simon (SBN 78158)
1 Park Plaza, Suite 340
Irvine, CA  92614
Telephone:  (949) 474-1880
Facsimile:  (949) 313-5029
Email:     csimon@bergerkahn.com
Counsel for Nationwide Entities

| | | |
|---|---|---|
| 1 | DATED: February 28, 2019 | GROTEFELD HOFFMANN |
| 2 | | By: _____ |
| 3 | | Mark S. Grotefeld *Admitted PHV*<br>Maura Walsh Ochoa (SBN 193799)<br>Waylon J. Pickett (SBN 248865) |
| 4 | | 700 Larkspur Landing Circle, Suite 280<br>Larkspur, CA 94939 |
| 5 | | Telephone: (415) 344-9670<br>Facsimile: (415) 989-2802 |
| 6 | | Email: mgrotefeld@ghlaw-llp.com<br>mochoa@ghlaw-llp.com<br>wpickett@ghlaw-llp.com |
| 7 | | |
| 8 | | Counsel for Nationwide Entities |
| 9 | DATED: February 28, 2019 | JANG & ASSOCIATES, LLP |
| 10 | | By: _____ |
| 11 | | Alan J. Jang (SBN 83409)<br>Sally Noma (SBN 264774) |
| 12 | | 1766 Lacassie Ave., Suite 200<br>Walnut Creek, CA 94596 |
| 13 | | Telephone: (925) 937-1400<br>Facsimile: (925) 937-1414 |
| 14 | | Email: ajang@janglit.com<br>snoma@janglit.com |
| 15 | | |
| 16 | | Counsel for Nationwide Entities |