Craig S. Simon (SBN 78158)
csimon@bergerkahn.com
BERGER KAHN, A Law Corporation
1 Park Plaza, Suite 340
Irvine, California 92614
Tel: (949) 474-1880 • Fax: (949) 313-5029

Counsel for American Alternative Insurance Corporation; American Reliable Entities; Assurant Entities; Amica Mutual Insurance Company; California Casualty Indemnity Exchange; California FAIR Plan Association; Church Mutual Insurance Company; Crusader Insurance Company; Farmers Entities; Gencon Entities; National General Entities; Nautilus Insurance Company; Privilege Underwriters Reciprocal Exchange; Sutter Insurance Company; Topa Insurance Company; Wawanesa General Insurance Company; and Zenith Insurance Company

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Case No. 19-30089 (DM) |
| Debtor. | Chapter 11 |
| **Tax I.D. No. 94-3234914** | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS** |
| **In re:** | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| Debtor. | |
| **Tax I.D. No. 94-0742640** | |

BERGER KAHN
A Law Corporation
1 Park Plaza, Suite 340
Irvine, CA 92614

**PLEASE TAKE NOTICE** that American Alternative Insurance Corporation; American Reliable Insurance Company; Diamond States Insurance Company; United National Insurance Company, ("American Reliable Entities"); American Security Insurance Company; American Bankers Insurance Company; American Bankers Insurance Company of Florida; Standard Guaranty Insurance Company; Voyager Indemnity Insurance Company, ("Assurant Entities"); Amica Mutual Insurance Company; California Casualty Indemnity Exchange; California FAIR Plan Association; Church Mutual Insurance Company; Crusader Insurance Company; 21st Century Casualty Company; 21st Century Insurance Company; Civic Property & Casualty Company; Coast National Insurance Company; Farmers Insurance Company of Oregon; Farmers Insurance Company of Washington; Farmers Insurance Exchange; Farmers Specialty Insurance Company; Fire Insurance Exchange; Foremost Insurance Company Grand Rapids, Michigan; Foremost Property and Casualty Insurance Company; Foremost Signature Insurance Company; Illinois Farmers Insurance Company; Mid-Century Insurance Company; Neighborhood Spirit Property and Casualty Company; Truck Insurance Exchange, ("Farmers Entities"); Gencon Insurance Company of Vermont; Adventist Risk Management, Inc., ("Gencon Entities"); Century National Insurance Company; Integon National Insurance Company; National General Insurance Company, ("National General Entities"); Nautilus Insurance Company; Privilege Underwriters Reciprocal Exchange; Sutter Insurance Company; Topa Insurance Company; Wawanesa General Insurance Company; and Zenith Insurance Company appear in this proceeding as parties of interest and request, pursuant to 11 U.S.C.§§ 342 and 1109(B) and Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby request special notice of all actions, and that copies of all papers filed in this proceeding be served at the address and to the individuals set forth below:

BERGER KAHN, A Law Corporation
Craig S. Simon (SBN 78158)
1 Park Plaza, Suite 340
Irvine, CA 92614
Telephone: (949) 474-1880
Facsimile: (949) 313-5029
Email: csimon@bergerkahn.com

1
NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 2002, the foregoing request includes not only the notices and papers referred to or specified above but also includes, without limitation, orders and notices of any application, complaint, demand, motion, petition, plan, disclosure statement, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, telegraph, telex or otherwise filed or made which affect or seek to affect in any way rights or interests of creditors, parties in interest, American Alternative Insurance Corporation; American Reliable Entities; Assurant Entities; Amica Mutual Insurance Company; California Casualty Indemnity Exchange; California FAIR Plan Association; Church Mutual Insurance Company; Crusader Insurance Company; Farmers Entities; Gencon Entities; National General Entities; Nautilus Insurance Company; Privilege Underwriters Reciprocal Exchange; Sutter Insurance Company; Topa Insurance Company; Wawanesa General Insurance Company; and Zenith Insurance Company, the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that American Alternative Insurance Corporation; American Reliable Entities; Assurant Entities; Amica Mutual Insurance Company; California Casualty Indemnity Exchange; California FAIR Plan Association; Church Mutual Insurance Company; Crusader Insurance Company; Farmers Entities; Gencon Entities; National General Entities; Nautilus Insurance Company; Privilege Underwriters Reciprocal Exchange; Sutter Insurance Company; Topa Insurance Company; Wawanesa General Insurance Company; and Zenith Insurance Company intend that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive or otherwise impair or limits the rights of American Alternative Insurance Corporation; American Reliable Entities; Assurant Entities; Amica Mutual Insurance Company; California Casualty Indemnity Exchange; California FAIR Plan Association; Church Mutual Insurance Company; Crusader Insurance Company; Farmers Entities; Gencon Entities; National General Entities; Nautilus Insurance Company; Privilege Underwriters Reciprocal Exchange; Sutter Insurance Company; Topa Insurance

BERGER KAHN
A Law Corporation
1 Park Plaza, Suite 340
Irvine, CA 92614

BERGER KAHN
A Law Corporation
1 Park Plaza, Suite 340
Irvine, CA 92614

1  Company; Wawanesa General Insurance Company; and Zenith Insurance Company (a) to

2  have final orders in non-core matters entered only after *de novo* review by a District

3  Judge, (b) to a trial by jury in any proceeding so triable in these cases or any case,

4  controversy, or proceeding related to these cases, (c) to have the District Court withdraw

5  the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any

6  other rights, claims, actions, defenses, setoffs, or recoupments to which American

7  Alternative Insurance Corporation; American Reliable Entities; Assurant Entities; Amica

8  Mutual Insurance Company; California Casualty Indemnity Exchange; California FAIR

9  Plan Association; Church Mutual Insurance Company; Crusader Insurance Company;

10 Farmers Entities; Gencon Entities; National General Entities; Nautilus Insurance

11 Company; Privilege Underwriters Reciprocal Exchange; Sutter Insurance Company;

12 Topa Insurance Company; Wawanesa General Insurance Company; and Zenith Insurance

13 Company is or may be entitled under agreements, in law or in equity, all of which rights,

14 claims, actions, defenses, setoffs and recoupments American Alternative Insurance

15 Corporation; American Reliable Entities; Assurant Entities; Amica Mutual Insurance

16 Company; California Casualty Indemnity Exchange; California FAIR Plan Association;

17 Church Mutual Insurance Company; Crusader Insurance Company; Farmers Entities;

18 Gencon Entities; National General Entities; Nautilus Insurance Company; Privilege

19 Underwriters Reciprocal Exchange; Sutter Insurance Company; Topa Insurance

20 Company; Wawanesa General Insurance Company; and Zenith Insurance Company

21 expressly reserve. .

22 DATED: February 28, 2019            BERGER KAHN, A Law Corporation

23
24                                     By: /s/ Craig S. Simon
                                           Craig S. Simon (SBN 78158)
25                                     1 Park Plaza, Suite 340
                                       Irvine, CA  92614
26                                     Telephone:  (949) 474-1880
                                       Facsimile:  (949) 313-5029
27                                     Email:      csimon@bergerkahn.com
                                       Counsel for Subrogation Insurers
28