**<u>Exhibit 1</u>**

**Ordinary Course Professionals**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Name | Address | Legal Service |
|---|---|---|
| Aldrich & Bonnefin, PLC | 18500 Von Karman Avenue, Suite 300, Irvine, CA, 62612, United States | FERC/CPUC (Non-Permitting) Regulatory & Licensing Matters |
| Allen Matkins | Three Embarcadero Center, 12th Floor, San Francisco, CA, 94111-4074 | Environmental Law (non-CPUC) Matters |
| Alvardo Smith | 235 Pine Street, Suite 1150, San Francisco, CA, 94104, United States | Personal Injury and Property Damage Matters |
| Amanda C. Lewis | 20 Sunnyside Road Suite #110A, Mill Valley, CA, 94941, United States | Commercial Transaction Matters |
| Armbruster, Goldsmith & Delvac | 12100 Wilshire Boulevard, Suite 1600, Los Angeles, CA, 90024, United States | Nuclear Regulatory Commission Matters |
| Barg Coffin | 600 Montgomery Street, Suite 525, San Francisco, CA, 94111, United States | Environmental Law (non-CPUC) Matters |
| Boersch Shapiro | 1611 Telegraph Avenue Suite 806, Oakland, CA, 94612, United States | Employment and Labor Matters |
| Castellon & Funderburk | 3201 Danville Boulevard, Suite 267, Alamo, CA, 94507, United States | Environmental Law (non-CPUC) Matters |
| CJG Legal | 200 Pringle Ave., Suite 400, Walnut Creek, CA, 94596, United States | Land/Eminent Domain Matters |
| Coleman, Chavez & Associates | 1731 East Roseville Parkway, Suite 200, Roseville, CA, 95661 | Employment and Labor Matters |
| Cooley | 101 California Street, Suite 500, San Francisco, CA, 94111-5800, United States | Environmental Law (non-CPUC) Matters |
| Cox, Castle & Nicholson | 50 California Street, Suite 3200, San Francisco, CA, 94111, United States | Environmental Law (non-CPUC) Matters |
| Davis Polk & Wardwell LLP | 1600 El Camino Real, Menlo Park, CA, 94025 | Corporate Matters |
| Day Carter Murphy | 3620 American River Drive, Suite 205, Sacramento, CA, 95864, United States | Environmental Matters - Non-Water, Permitting, Land Use |
| Ebbin, Moser & Skaggs | 550 Montgomery Street, Suite 900, San Francisco, CA, 94111-2539, United States | Environmental Law (non-CPUC) Matters |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Egoscue Law Group | 3777 Long Beach Blvd, Suite 280, Long Beach, CA, 90807, United States | Environmental Law (non-CPUC) Matters |
|---|---|---|
| Ericksen, Arbuthnot, Kilduff, Day & Lindstrom | 100 Howe Avenue, Suite 110S, Sacramento, CA, 95825, United States | Personal Injury/Propery Damage Matters |
| Eversheds - Sutherland | 700 Sixth St. NW, Suite 700 Washington DC 20001-2980 United States | Tax Law (Jobs Act of 2017 and related regulatory tax matters) |
| Farella Braun | 235 Montgomery Street, 17th Floor Russ Building, San Francisco, CA, 94104, United States | Personal Injury/Property Damage Matters & 2011 Bankruptcy Matters |
| Flesher Schaff & Schroeder, Inc. | 2202 Plaza Drive, Rocklin, CA, 95762, United States | Employment and Labor Matters |
| Friedman & Springwater | 350 Sansome Street, Suite 210, San Francisco, CA, 94104 | Corporate Matters |
| Gordon-Creed, Kelley, Holl & Sugerman | 101 Montgomery Street, Suite 2650, San Francisco, CA, 94104 | Affirmative Claims/Property Damage Matters |
| Gough & Hancock | Two Embarcadero Center, Suite 640, San Francisco, CA, 94111, United States | Affirmative Claims/Property Damage Matters |
| Greenberg Traurig | 2375 East Camelback Road, Suite 700, Phoenix, AZ, 85016, United States | Personal Injury/Property Damage Matters |
| Hanna, Brophy, MacLean, McAleer & Jensen (Workers Comp) | 2701 Park Marina Drive, 1st Floor, Redding, CA, 96001, United States | Employment and Labor Matters |
| Hanson Bridgett | 425 Market Street, 26th Floor, San Francisco, CA, 94105, United States | Commercial Transactions (Non-EP an Non-Const), & Intel Prop Matters |
| Helena S. Younossi (dba Younossi Law) (Immigration) | 601 Gateway Boulevard, Suite 210, South San Francisco, CA, 94080, United States | Labor Immigration Matters |
| Horvitz & Levy | 3601 West Olive Avenue, 8th Floor, Burbank, CA, 91505 | Appellate Matters |
| Hunton Andrews Kurth | 2200 Pennsylvania Avenue, NW, Washington DC, 20037, United States | Commercial Transactions (Non-EP an Non-Const), & Intel Prop Matters |
| Hwang Law Group | 420 Kit Fox Court, Walnut Creek, CA, 94598, United States | Land/Eminent Domain Matters |
| J. Drew Page | 11622 El Camino Real, Suite 100, San Diego, CA, 92130, United States | Environmental Law (non-CPUC) Matters |

| | | |
|---|---|---|
| Jackson Lewis P.C. | 200 Spectrum Center Drive, Suite 500, Irvine, CA, 92618, United States | Employment and Labor Matters |
| Jennie Lee | 10 Corte Azul, Moraga, CA, 94556, United States | Labor Matters |
| Jennifer L. Dodge | 2512 Artesia Blvd., Suite 300D, Redondo Beach, CA, 90278, United States | Personal Injury/Propery Damage Matters |
| Jo Lynn Lambert (dba Lambert Law) | 300 East State Street, Suite 600, Redlands, CA, 92373, United States | Environmental Law (CPUC and non-CPUC) Matters |
| Kollitz & Kollitz | 150 South Los Robles Avenue, Suite 920, Pasadena, CA, 91101, United States | Employment and Labor Matters |
| Kronenberg Law, P.C. | 1 Kaiser Plaza, Suite 1675, Oakland, Ca, 94612, United States | Personal Injury/Propery Damage Matters |
| Latham & Watkins | 355 South Grand Avenue, Suite 100, Los Angeles, CA, 90071-1560, United States | Environmental Law (non-CPUC) Matters |
| Law Offices of Michael L. Gallo | 417 Village Drive, El Cerrito, CA, 94530, United States | Regulatory – CPUC Matters |
| Lee Law Offices | 1700 S. El Camino Real, Suite 450, San Mateo, CA, 94402, United States | Land/Eminent Domain Matters |
| LimNexus LLP | 707 Wilshire Blvd., 46th Floor, Los Angeles, CA, 90017, United States | Personal Injury/Propery Damage Matters |
| Lindsey How-Downing | 3060 El Cerrito Plaza #175, El Cerrito, CA, 94530, United States | Commercial Transactions-Energy Procurement Mattesr |
| Lucinda L. Storm | 720 Lombard Street, San Francisco, CA, 94133, United States | Personal Injury/Propery Damage Matters |
| Martha J. Simon | 22 Battery Street, Suite 888, San Francisco, CA, 94111, United States | Corporate Matters |
| Mayer Brown LLP | 1221 Avenue of the Americas, New York, NY, 10020-1001, United States | Corporate Matters |
| McClellan & Corren | 395 Oyster Point Blvd. Suite 218, South San Francisco, CA, 94080, United States | Employment and Labor Matters |
| Miller Chevalier | 900 16th Street NW, Washington, DC, 20006-2901, United States | Corporate Matters |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Miller Starr Regalia | 1331 N. California Boulevard, 5th Floor, Walnut Creek, CA, 94596, United States | Environmental - Non-Water, Permitting, Land Use Matters |
|---|---|---|
| Law Office of Mario A. Moya | 1300 Clay Street, Suite 600, Oakland, CA, 94612 | Personal Injury/Propery Damage Matters |
| Paragon | 601 California Street, Suite 615, San Francisco, CA, 94108, United States | Staff Attorneys |
| Nakamoto Chou | 1532 E. Warner Avenue, Santa Ana, CA, 92705, United States | Employment and Labor Matters |
| Nielsen Merksamer | 1415 "L" Street Suite 1200, Sacramento, CA, 95814, United States | Political Compliance/Comm Trans - Other Incl. IP & Technology Matters |
| Nixon Peabody | One Embarcadero Center, 18th Floor, San Francisco, CA, 94111-3600, United States | Safety/OSHA Matters |
| Noland, Hamerly, Etienne & Hoss | P. O. Box 2510, Salinas, CA, 93902, United States | Joinder Benefits Matters |
| Nossaman LLP | 1666 K Street, NW, Suite 500, Washington, DC, 20006, United States | Environmental Law (non-CPUC) Matters |
| Opterra Law, Inc. | 2907 Claremont Avenue, Suite 115,, Berkeley, CA, 94705, United States | Commercial Transactions-Energy Procurement/FERC/CPUC Matters |
| Pasich LLP | 1100 Glendon Avenue, Los Angeles, CA, 90024, United States | Insurance Matters |
| Peters, Habib, McKenna & Juhl-Rhodes | 414 Salem Street, Chico, CA, 95928, United States | Land/Eminent Domain Matters |
| Pillsbury | Four Embarcadero Center, 22nd Floor, San Francisco, Ca, 94111-5998, United States | Commercial Transactions and Nuclear Regulatory Commission Matters |
| Ralls, Gruber & Niece LLP | 1700 S. El Camino Real, Suite 150, San Mateo, CA, 94402 | Commercial Litigation, Commercial Transactions, and Construction Matters |
| Rovens Lamb | 1500 Rosecrans Avenue, Suite 418, Manhattan Beach, CA, 90266, United States | Commercial Litigation/Personal Injury/Property Damage Matters |
| Roy J. Park, A Professional Law Corporation (Workers Comp) | 6119 E. Washington Blvd., Suite 202, Commerce, CA, 90040, United States | Employment and Labor Matters |
| Samuelsen, Gonzalez, Valenzuela & Brown | 700 Airport Boulevard Suite 380, Burlingame, CA, 94010, United States | Employment and Labor Matters |

| | | |
|---|---|---|
| Sanchez & Amador | 1300 Clay Street, Suite 600, Oakland, CA, 94612, United States | Employment and Labor Matters |
| Sheppard Mullin | 333 S. Hope Street, 43rd Floor, Los Angeles, CA, 90071, United States | Environmental Matters - Non-Water, Permitting, Land Use |
| Sinnott Puebla | 2000 Powell Street, Suite 830,, Emeryville, CA, 94608, United States | Personal Injury/Propery Damage Matters |
| Stander, Reubens, Thomas, and Kinsey | 200 North Sepulveda Boulevard, Suite 1400 | Employment and Labor Matters |
| Steptoe & Johnson | One Market Street, Steuart Tower, Suite 1800, San Francisco, CA, 94105 | Commercial Litigation - Energy Proc & Grid Matters |
| Tamara J. Gabel | 50 West San Fernando Street, Suite 1408, San Jose, CA, 95113, United States | Environmental Law (non-CPUC) Matters |
| Urrabazo Law | 10340 Santa Monica Boulevard, Los Angeles, CA, 90025, United States | Affirmative Claims and Property Damage Matters |
| Vedder Price | 1401 I Street NW, Suite 110, Washington, DC, 20005, United States | FAA and Aviation Matters |
| Wai & Connor | 2566 Overland Avenue, Suite 570, Los Angeles, CA, 90064, United States | Employment and Labor Matters |
| Walsworth | 601 Montgomery Street, Ninth Floor, San Francisco, Ca, 94111, United States | Environmental Law (non-CPUC) Matters |
| White & Case | 701 Thirteenth Street, N.W., Washington, DC, 20005, United States | FERC/CPUC (Non-Permitting) Regulatory & Licensing Matters |
| Wilmer Hale | 1875 Pennsylvania Avenue NW, Washington, DC, 20006, United States | Employment and Labor Matters |
| Winston & Strawn | 101 California Street, 35th Floor, San Francisco, CA, 94111, United States | FERC/CPUC (Non-Permitting) Regulatory & Licensing Matters |
| Work/Environment Law Group | 351 California Street, Suite 700, San Francisco, CA, 94104, United States | CPUC Permitting |