**Exhibit 3**

**Retention Questionnaire**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>        Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)*. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |

  TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

  All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:
  _____
  _____
  _____

2. Date of retention: _____

3. Type of services to be provided:
  _____
  _____

4. Brief description of services to be provided:

   _____

   _____

   _____

5. Arrangements for compensation (hourly, contingent, etc.):

   _____

   (a) Average hourly rate (if applicable): _____

   (b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

   _____

   (c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): _____

   _____

   _____

6. Prepetition claims against the Debtors held by the company:

   Amount of claim: $_____

   Date claim arose: _____

   Nature of claim: _____

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

   Name: _____

   Status: _____

   Amount of claim: $_____

   Date claim arose: _____

   Nature of claim: _____

   _____

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

_____

_____

_____

9. Name and title of individual completing this form:

_____

Dated: _____, 2019

_____
Signature of Individual Completing Form

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119