**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro (*pro hac vice*)
(pzumbro@cravath.com)
Kevin J. Orsini (*pro hac vice*)
(korsini@cravath.com)
Omid H. Nasab (*pro hac vice*)
(onasab@cravath.com)
825 Eighth Avenue
New York, NY 10019
Tel: 212 474 1000
Fax: 212 474 3700

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Proposed Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF FILING OF PROPOSED FINAL ORDER PURSUANT TO 11 U.S.C. §§ 105, 362, 363, 364, 503 AND 507 AND FED. R. BANKR. P. 2002, 4001, 6004 AND 9014 (I) AUTHORIZING DEBTORS TO OBTAIN SENIOR SECURED, SUPERPRIORITY, POSTPETITION FINANCING, (II) GRANTING LIENS AND SUPERPRIORITY CLAIMS, (III) MODIFYING THE AUTOMATIC STAY, AND (IV) GRANTING RELATED RELIEF**<br><br>Date: March 13, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>      Courtroom 17, 16th Floor<br>      450 Golden Gate Avenue<br>      San Francisco, CA 94102 |

PLEASE TAKE NOTICE that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

PLEASE TAKE FURTHER NOTICE that a hearing was held on January 31, 2019 (the "**First Day Hearing**"), where, among other things, the Bankruptcy Court granted interim relief with respect to the *Motion of Debtors Pursuant to 11 U.S.C. §§ 105, 362, 363, 364, 503 and 507 and Fed. R. Bankr. P. 2002, 4001, 6003, 6004 and 9014 for Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured, Superpriority, Postpetition Financing, (II) Granting Liens and Superpriority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling Final Hearing, and (V) Granting Related Relief* (the "**DIP Financing Motion**") [Dkt No. 23].

PLEASE TAKE FURTHER NOTICE that the Bankruptcy Court will hold a hearing on **March 13, 2019, at 9:30 a.m. (Pacific Time)** (the "**Omnibus Hearing**") in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. At the Omnibus Hearing, the Bankruptcy Court will, among other matters, hear the DIP Financing Motion and consider granting the relief requested therein on a final basis.

PLEASE TAKE FURTHER NOTICE that a copy of the Debtors' proposed final order on the DIP Financing Motion and a redline comparison against the interim order previously entered by the Court are attached hereto as **Exhibit 1**. The changes reflected in such proposed final order include provisions intended to address certain formal and informal comments, objections, and reservations of rights received by the Debtors with respect to the DIP Financing Motion, including from the California Self-Insurers' Security Fund, the Ad Hoc Group of Institutional Bondholders and MRC Global (US) Inc.

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit 2** is (i) the fully executed Senior Secured Superpriority Debtor-in-Possession Credit, Guaranty and Security Agreement dated as of February 1, 2019 (the "**Credit Agreement**"), by and among the Utility, PG&E Corp. and the other guarantors, the several banks and other financial institutions or entities from time to time party thereto as lenders or issuing lenders, J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Barclays Bank PLC, Citibank, N.A., BNP Paribas Securities Corp., Credit Suisse Loan Funding LLC, Goldman Sachs Bank USA, MUFG Union Bank, N.A. and Wells Fargo Securities, LLC, as joint lead arrangers and joint bookrunners, JPMorgan Chase Bank, N.A., as administrative agent, and Citibank, N.A., as collateral agent and (ii) a changed pages redline comparison of the executed Credit Agreement against the draft form of the Credit Agreement attached as Exhibit B to the *Notice of Revised Exhibits A and B to Motion of Debtors for Interim and Final Orders Authorizing the Debtors to Obtain Senior Secured, Superpriority, Postpetition Financing and Additional Relief* [Dkt. No. 165] filed on January 31, 2019.

PLEASE TAKE FURTHER NOTICE that copies of each pleading and other document identified herein can be viewed and/or obtained: (i) by accessing the Court's website at

http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC ("**Prime Clerk**"), at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to further amend, modify, or supplement the proposed final order at any time up to and during the Omnibus Hearing.

Dated: February 28, 2019

          **WEIL, GOTSHAL & MANGES LLP**
          **CRAVATH, SWAINE & MOORE LLP**
          **KELLER & BENVENUTTI LLP**

          /s/ *Jane Kim*
                 Jane Kim

          *Proposed Attorneys for Debtors and Debtors in Possession*