

**Signed and Filed: February 28, 2019**

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY, | Chapter 11 |
| Debtors. | (Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br>*ALL LEAD PAPERS SHALL BE FILED IN THE LEAD CASE, NO. 19-30088 (DM) | |

## ORDER GRANTING APPLICATION FOR ADMISSION
## OF ATTORNEY *PRO HAC VICE*

Kevin G. Collins, whose business address and telephone number are Barnes & Thornburg LLP, 1000 N. West Street, Suite 1500, Wilmington, Delaware 19801, Telephone: (302) 300-3434 and who is an active member in good standing of the bar of Delaware, having applied in the above-entitled action for admission to practice in the Northern District of

1

California on a *pro hac vice* basis, representing Energy Systems Group, LLC and Miller Pipeline, LLC;

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court for the Northern District of California.

*End of Order*