# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: dchambers | Date Created: 3/5/2019 |
| Case: 19–30088 | Form ID: TRANSC | Total: 8 |

**Recipients of Notice of Electronic Filing:**
aty    Christopher V. Hawkins    hawkins@sullivanhill.com
aty    Jane Kim    jkim@kellerbenvenutti.com
aty    Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov

TOTAL: 3

**Recipients submitted to the Claims Agent (Prime Clerk):**
aty    Jessica Liou    Weil, Gotshal & Manges LLP    767 Fifth Avenue    New York, NY 10153
aty    Matthew Goren    Weil, Gotshal & Manges LLP    767 Fifth Avenue    New York, NY 10153
aty    Michael S. Stamer    Akin Gump Strauss Hauer & Feld LLP    One Bryant Park    New York, NY 10036
aty    Stephen Karotkin    Weil, Gotshal & Manges LLP    767 Fifth Avenue    New York, NY 10153
    DENNIS DUNNE, ESQ.    Milbank, Tweed, Hadley & McCloy LLP    2029 Century Park East, 33rd Floor    Los Angeles, CA 90067

TOTAL: 5