Sander L. Esserman *(Admitted Pro Hac Vice)*
Cliff I. Taylor *(Admitted Pro Hac Vice)*
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689
Telephone: 214-969-4900
Email: esserman@sbep-law.com

Scott Summy
John Fiske (CSBN 249256)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue #1100
Dallas, TX 75219
Telephone: 214-521-3605
Email: ssummy@baronbudd.com

Christopher H. Hart (CSBN 184117)
Kimberly S. Fineman (CSBN 184433)
NUTI HART LLP
411 30TH Street, Suite 408
Oakland, CA 94609-3311
Telephone: 510-506-7152
Email: kfineman@nutihart.com

Attorneys for Public Entities Impacted by the Wildfires

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM. | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br><br><br>**CERTIFICATE OF SERVICE**<br><br><br>[No hearing required.]<br><br><u>Requested Hearing on Shortened Time</u>:<br>Date: March 13, 2019<br>Time: 9:30 a.m.<br>Place: 450 Golden Gate Avenue, Ctrm 17<br>        San Francisco, CA 94102<br>Judge: Hon. Dennis Montali |

    I declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

I am employed in the City of Oakland, County of Alameda, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of Nuti Hart LLP, and my business address is 411 30th Street, Suite 408, Oakland, California 94609-3311.

I served the attached document(s):

- ***EX PARTE* MOTION TO SHORTEN TIME FOR NOTICE AND HEARING ON MOTION OF PUBLIC ENTITIES FOR APPOINTMENT OF OFFICIAL COMMITTEE OF PUBLIC ENTITIES PURSUANT TO 11 U.S.C. §§ 1102(a)(2) AND 105(a)**

- **DECLARATION OF SANDER L. ESSERMAN IN SUPPORT OF *EX PARTE* MOTION TO SHORTEN TIME FOR NOTICE AND HEARING ON MOTION OF PUBLIC ENTITIES FOR APPOINTMENT OF OFFICIAL COMMITTEE OF PUBLIC ENTITIES PURSUANT TO 11 U.S.C. §§ 1102(a)(2) AND 105(a)**

- **[PROPOSED] ORDER SHORTENING TIME FOR HEARING ON MOTION OF PUBLIC ENTITIES FOR APPOINTMENT OF OFFICIAL COMMITTEE OF PUBLIC ENTITIES PURSUANT TO 11 U.S.C. §§ 1102(A)(2) AND 105(A)**

by the following means:

☑ **BY ELECTRONIC SERVICE**. Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent on March 1, 2019, to the persons at the electronic notification addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Stephen Karotkin
stephen.karotkin@weil.com
Jessica Liou
jessica.liou@weil.com
Matthew Goren
matthew.goren@weil.com
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
*Proposed Counsel for Debtor, PG&E Corporation*

Peter J. Benvenutti
pbenvenutti@kellerbenvenutti.com
Tobias S. Keller
tkeller@kellerbenvenutti.com
Jane Kim
jkim@kellerbenvenutti.com
Keller & Benvenutti LLP
650 California Street, Suite 1900
San Francisco, CA 94108
*Proposed Counsel for Debtor, PG&E Corporation*

Timothy S. Lafferdi
timothy.s.laffredi@usdoj.gov
Office of the U.S. Trustee
450 Golden Gate Avenue, Suite 05-0153
San Francisco, CA 94102
*Counsel for Acting U.S. Trustee, Andrew R. Vara*

Dennis F. Dunne
ddunne@milbank.com
Samuel A. Khalil
skhalil@milbank.com
MILBANK LLP
55 Hudson Yards
New York, NY 10001-2163
*Proposed Counsel for Official Committee of Unsecured Creditors*

Paul S. Aronzon
paronzon@milbank.com
Gregory A. Bray
gbray@milbank.com
Thomas R. Kreller
tkreller@milbank.com
MILBANK LLP
2029 Century Park East, 33rd Flr.
Los Angeles, CA 90067
*Proposed Counsel for Official Committee of Unsecured Creditors*

Executed on March 1, 2019, Oakland, California.

/s/Nicole C. White
Nicole C. White

STUTZMAN BROMBERG ESSERMAN & PLIFKA, P.C.
2323 BRYAN STREET, SUITE 2200
DALLAS, TX 75201-2689
TELEPHONE: 214-969-4900