

Sander L. Esserman *(Admitted Pro Hac Vice)*
Cliff I. Taylor *(Admitted Pro Hac Vice)*
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689
Telephone: 214-969-4900
Email: esserman@sbep-law.com

Scott Summy
John Fiske (CSBN 249256)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue #1100
Dallas, TX 75219
Telephone: 214-521-3605
Email: ssummy@baronbudd.com

Christopher H. Hart (CSBN 184117)
Kimberly S. Fineman (CSBN 184433)
NUTI HART LLP
411 30ᵀᴴ Street, Suite 408
Oakland, CA 94609-3311
Telephone: 510-506-7152
Email: kfineman@nutihart.com

Attorneys for Public Entities Impacted by the Wildfires

**CHANGES MADE BY COURT**

**Signed and Filed: March 1, 2019**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>    and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM. | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br><br>**ORDER SHORTENING TIME FOR HEARING ON MOTION OF PUBLIC ENTITIES FOR APPOINTMENT OF OFFICIAL COMMITTEE OF PUBLIC ENTITIES PURSUANT TO 11 U.S.C. §§ 1102(A)(2) AND 105(A)** |

The Court has duly considered the *Ex Parte* Motion to Shorten Time for Notice and Hearing on Motion of Public Entities[1] for Appointment of Official Committee of Public Entities Pursuant to 11 U.S.C. §§ 1102(a)(2) and 105(a). For good cause appearing,

IT IS HEREBY ORDERED THAT

1. The Public Entities' motion to have the PE Committee Motion heard on shortened time is granted.

2. The PE Committee Motion shall be heard on March 13, 2019 at 9:30 a.m.

3. The Public Entities shall serve the PE Committee Motion and any supporting pleadings on the U.S. Trustee, all ECF participants who have requested notice and accepted electronic service via ECF, and the proposed counsel for the Debtors, the Official Committee of Unsecured Creditors and the Official Committee of Tort Claimants by no later than Friday, March 1, 2019 at 5:00 p.m. (Pacific Time).

4. Any opposition to the PE Committee Motion must be filed and served no later than Monday, March 11, 2019,[**] and the notice of the hearing to be served by the Public Entities with the motion shall clearly state this deadline. No replies shall be filed but may be presented orally at the hearing.

\* \* \* End of Order \* \* \*

[**] Oppositions must be filed, and Chambers copies delivered, by Noon, March 11, PDT.

---

[1] The Public Entities consist of the following California public entities: (a) Calaveras County Water District, (b) Napa County, (c) City of Napa, (d) Mendocino County, (e) Lake County, (f) City of Clearlake, (g) Nevada County, (h) Yuba County, (i) City of Santa Rosa, (j) Sonoma County, (k) Sonoma County Agricultural Preservation and Open Space District, (l) Sonoma County Community Development Commission, (m) Sonoma County Water Agency, (n) Sonoma County Sanitation District, (o) Town of Paradise, and (p) Butte County.

**Court Service List**

All ECF participants.

STUTZMAN BROMBERG ESSERMAN & PLIFKA, P.C.
2323 BRYAN STREET, SUITE 2200
DALLAS, TX 75201-2689
TELEPHONE: 214-969-4900