Sander L. Esserman *(Admitted Pro Hac Vice)*
Cliff I. Taylor *(Admitted Pro Hac Vice)*
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689
Telephone: 214-969-4900
Email: esserman@sbep-law.com

Scott Summy
John Fiske (CSBN 249256)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue #1100
Dallas, TX 75219
Telephone: 214-521-3605
Email: ssummy@baronbudd.com

Christopher H. Hart (CSBN 184117)
Kimberly S. Fineman (CSBN 184433)
NUTI HART LLP
411 30TH Street, Suite 408
Oakland, CA 94609-3311
Telephone: 510-506-7152
Email: kfineman@nutihart.com

Attorneys for Public Entities Impacted by the Wildfires

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM. | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**NOTICE OF HEARING ON MOTION OF PUBLIC ENTITIES FOR APPOINTMENT OF OFFICIAL COMMITTEE OF PUBLIC ENTITIES PURSUANT TO 11 U.S.C. §§ 1102(a)(2) AND 105(a)**<br><br>Hearing on Shortened Time:<br>Date:  March 13, 2019<br>Time:  9:30 a.m. (Pacific Time)<br>Place:  450 Golden Gate Avenue, Ctrm 17<br>          San Francisco, CA  94102<br>Judge:  Hon. Dennis Montali |

**TO THE U.S. TRUSTEE, ALL ECF PARTICIPANTS WHO HAVE REQUESTED NOTICE AND ACCEPTED ELECTRONIC SERVICE VIA ECF, THE DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND THE OFFICIAL COMMITTEE OF TORT CLAIMANTS:**

**PLEASE TAKE NOTICE THAT** the Public Entities[1] seek an order of this Court, pursuant to 11 U.S.C. §§ 1102(a)(2) and 105(a), appointing an Official Committee of Public Entities (the "**Public Entities Committee**"). The Public Entities also request the appointment of the Public Entities to the Public Entities Committee and such other related relief as the Court may deem appropriate.

**PLEASE TAKE FURTHER NOTICE THAT** these requests by the Public Entities are based on the Motion of Public Entities for Appointment of Official Committee of Public Entities Pursuant to 11 U.S.C. §§ 1102(a)(2) and 105(a) (the "**PE Committee Motion**") filed with this Notice, the Declaration of Sander L. Esserman in support of the PE Committee Motion, and the pleadings and documents on file in this case.

**PLEASE TAKE FURTHER NOTICE THAT** on March 1, 2019 the Court entered an Order Shortening Time for Hearing on Motion of Public Entities for Appointment of Official Committee of Public Entities Pursuant to 11 U.S.C. §§ 1102(a)(2) and 105(a) (the "**OST**"). [Dkt. No. 719.]

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the OST, the PE Committee Motion will be heard on March 13, 2019 at 9:30 a.m.

**PLEASE TAKE FURTHER NOTICE THAT**, as also directed by the OST, any opposition to the PE Committee Motion must be filed and served no later than Monday, March 11, 2019. Oppositions must be filed, and Chambers copies delivered, by Noon, March 11, PDT. No replies shall be filed but may be presented orally at the hearing.

Dated: March 1, 2019　　　　　　　　　　NUTI HART LLP

By: _/s/ Kimberly S. Fineman_
　　　Kimberly S. Fineman
　　　Attorneys for Public Entities Impacted by the Wildfires

---

[1] The Public Entities consist of the following California public entities: (a) Calaveras County Water District, (b) Napa County, (c) City of Napa, (d) Mendocino County, (e) Lake County, (f) City of Clearlake, (g) Nevada County, (h) Yuba County, (i) City of Santa Rosa, (j) Sonoma County, (k) Sonoma County Agricultural Preservation and Open Space District, (l) Sonoma County Community Development Commission, (m) Sonoma County Water Agency, (n) Sonoma County Sanitation District, (o) Town of Paradise, and (p) Butte County.

2