Sander L. Esserman *(Admitted Pro Hac Vice)*
Cliff I. Taylor *(Admitted Pro Hac Vice)*
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689
Telephone: 214-969-4900
Email: esserman@sbep-law.com

Scott Summy
John Fiske (CSBN 249256)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue #1100
Dallas, TX 75219
Telephone: 214-521-3605
Email: ssummy@baronbudd.com

Christopher H. Hart (CSBN 184117)
Kimberly S. Fineman (CSBN 184433)
NUTI HART LLP
411 30TH Street, Suite 408
Oakland, CA 94609-3311
Telephone: 510-506-7152
Email: kfineman@nutihart.com

Attorneys for Public Entities Impacted by the Wildfires

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM. | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br><br><br>**CERTIFICATE OF SERVICE**<br><br>Hearing on Shortened Time:<br>Date:  March 13, 2019<br>Time:  9:30 a.m. (Pacific Time)<br>Place:  450 Golden Gate Avenue, Ctrm 17<br>          San Francisco, CA 94102<br>Judge:  Hon. Dennis Montali |

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

I am employed in the City of Oakland, County of Alameda, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of Nuti Hart LLP, and my business address is 411 30th Street, Suite 408, Oakland, California 94609-3311.

I served the attached document(s):

- **MOTION OF PUBLIC ENTITIES FOR APPOINTMENT OF OFFICIAL COMMITTEE OF PUBLIC ENTITIES PURSUANT TO 11 U.S.C. §§ 1102(A)(2) AND 105(A)**

- **DECLARATION OF SANDER L. ESSERMAN IN SUPPORT OF MOTION OF PUBLIC ENTITIES FOR APPOINTMENT OF OFFICIAL COMMITTEE OF PUBLIC ENTITIES PURSUANT TO 11 U.S.C. §§ 1102(A)(2) And 105(A)**

- **NOTICE OF HEARING ON MOTION OF PUBLIC ENTITIES FOR APPOINTMENT OF OFFICIAL COMMITTEE OF PUBLIC ENTITIES PURSUANT TO 11 U.S.C. §§ 1102(a)(2) AND 105(a)**

by the following means:

☑ **BY ECF.** Based on court rules or an agreement of the parties to accept service by electronic transmission, on March 1, 2019 I caused the document(s) to be filed via the Court's Electronic Case Filing (ECF) which to the best of my knowledge will cause links to such document(s) to be transmitted electronically to the persons at their respective notification who are registered ECF participants.

See **Attachment A** for list of ECF participants.

☑ **BY ELECTRONIC SERVICE**. Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent on March 1, 2019 to the persons at the electronic notification addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

| | |
|---|---|
| Stephen Karotkin<br>stephen.karotkin@weil.com<br>Jessica Liou<br>jessica.liou@weil.com<br>Matthew Goren<br>matthew.goren@weil.com<br>WEIL GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>*Proposed Counsel for Debtor, PG&E Corporation* | Timothy S. Lafferdi<br>timothy.s.laffredi@usdoj.gov<br>Office of the U.S. Trustee<br>450 Golden Gate Avenue, Suite 05-0153<br>San Francisco, CA 94102<br>*Counsel for Acting U.S. Trustee, Andrew R. Vara* |

| | |
|---|---|
| Paul S. Aronzon<br>paronzon@milbank.com<br>Gregory A. Bray<br>gbray@milbank.com<br>Thomas R. Kreller<br>tkreller@milbank.com<br>MILBANK LLP<br>2029 Century Park East, 33rd Flr.<br>Los Angeles, CA 90067<br>*Proposed Counsel for Official Committee of Unsecured Creditors* | Dennis F. Dunne<br>ddunne@milbank.com<br>Samuel A. Khalil<br>skhalil@milbank.com<br>MILBANK LLP<br>55 Hudson Yards<br>New York, NY 10001-2163<br>*Proposed Counsel for Official Committee of Unsecured Creditors* |

Executed on March 1, 2019 Oakland, California.

/s/Nicole C. White
Nicole C. White

- **Monique D. Almy**     malmy@crowell.com
- **Dana M. Andreoli**      dandreoli@steyerlaw.com, pspencer@steyerlaw.com
- **Anne Andrews**     aa@andrewsthornton.com, aandrews@andrewsthornton.com
- **Richard L. Antognini**     rlalawyer@yahoo.com, hallonaegis@gmail.com
- **Lauren T. Attard**     lattard@bakerlaw.com, abalian@bakerlaw.com
- **Herb Baer**     hbaer@primeclerk.com, ecf@primeclerk.com
- **Todd M. Bailey**     Todd.Bailey@ftb.ca.gov
- **Kathryn E. Barrett**     keb@svlg.com, amt@svlg.com
- **Ronald S. Beacher**     rbeacher@pryorcashman.com
- **Hagop T. Bedoyan**     hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- **James C. Behrens**     jbehrens@milbank.com, mkoch@milbank.com
- **Peter J. Benvenutti**     pbenvenutti@kellerbenvenutti.com
- **Robert Berens**     rberens@smtdlaw.com, sr@smtdlaw.com
- **Heinz Binder**     heinz@bindermalter.com
- **Stephan M. Brown**     eric@thebklawoffice.com, Ellen@thebklawoffice.com
- **W. Steven Bryant**     , molly.batiste-debose@lockelord.com
- **Peter C. Califano**     pcalifano@cwclaw.com
- **Christina Lin Chen**     christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- **Shawn M. Christianson**     schristianson@buchalter.com
- **Robert N.H. Christmas**     rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- **Alicia Clough**     aclough@loeb.com
- **Marc Cohen**     mscohen@loeb.com
- **Ashley Vinson Crawford**     avcrawford@akingump.com, tsouthwell@akingump.com
- **Keith J. Cunningham**     , rkelley@pierceatwood.com
- **Keith J. Cunningham**     kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- **James D. Curran**     jcurran@wolkincurran.com, dstorms@wolkincurran.com
- **Jonathan S. Dabbieri**     dabbieri@sullivanhill.com, bkstaff@sullivanhill.com
- **Jonathan R. Doolittle**     jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- **Jennifer V. Doran**     jdoran@hinckleyallen.com
- **Cecily A. Dumas**     cdumas@bakerlaw.com
- **Dennis F. Dunne**     mkoch@milbank.com, jbrewster@milbank.com
- **David V. Duperrault**     dvd@svlg.com, edn@svlg.com
- **Kevin M. Eckhardt**     keckhardt@hunton.com, candonian@huntonak.com
- **Joseph A. Eisenberg**     JAE1900@yahoo.com
- **Sally J. Elkington**     sally@elkshep.com, ecf@elkshep.com
- **G. Larry Engel**     larry@engeladvice.com
- **Krista M. Enns**     kenns@beneschlaw.com
- **Michael P. Esser**     michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- **Richard W. Esterkin**     richard.esterkin@morganlewis.com
- **Joseph Kyle Feist**     jfeistesq@gmail.com, info@norcallawgroup.net
- **James J. Ficenec**     James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- **John D. Fiero**     jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- **Kimberly S. Fineman**     kfineman@nutihart.com, nwhite@nutihart.com
- **Stephen D. Finestone**     sfinestone@fhlawllp.com
- **Jonathan Forstot**     jonathan.forstot@troutman.com, john.murphy@troutman.com
- **Jonathan Forstot**     , john.murphy@troutman.com
- **Carolyn Frederick**     cfrederick@prklaw.com
- **Roger F. Friedman**     rfriedman@rutan.com, csolorzano@rutan.com
- **Xiyi Fu**     jackie.fu@lockelord.com, taylor.warren@lockelord.com

- **Larry W. Gabriel**     lgabriel@bg.law, nfields@bg.law
- **Gregg M. Galardi**     gregg.galardi@ropesgray.com
- **Richard L. Gallagher**     richard.gallagher@ropesgray.com
- **Janet D. Gertz**     jgertz@btlaw.com, amattingly@btlaw.com
- **Barry S. Glaser**     bglaser@swesq.com
- **Gabriel I. Glazer**     gglazer@pszjlaw.com
- **Gabrielle Glemann**     gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- **Eric D. Goldberg**     eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Richard H. Golubow**     rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- **Mark A. Gorton**     mgorton@boutinjones.com, cdomingo@boutininc.com
- **Mark A. Gorton**     mgorton@boutininc.com, cdomingo@boutininc.com
- **Michael I. Gottfried**     mgottfried@lgbfirm.com, msutton@lgbfirm.com
- **Debra I. Grassgreen**     dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- **Daniel J. Griffin**     eric@thebklawoffice.com, christina@thebklawoffice.com
- **Stuart G. Gross**     sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- **Elizabeth M. Guffy**     eguffy@lockelord.com, autodocket@lockelord.com
- **Oren Buchanan Haker**     oren.haker@stoel.com, rene.alvin@stoel.com
- **Kristopher M. Hansen**     dmohamed@stroock.com, mmagzamen@stroock.com
- **Robert G. Harris**     rob@bindermalter.com
- **Christopher H. Hart**     chart@nutihart.com, nwhite@nutihart.com
- **Bryan L. Hawkins**     bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- **Christopher V. Hawkins**     hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com
- **Jan M Hayden**     jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- **Jennifer C. Hayes**     jhayes@fhlawllp.com
- **Alaina R. Heine**     alaina.heine@dechert.com, brett.stone@dechert.com
- **Stephen E. Hessler, P.C.**     , jozette.chong@kirkland.com
- **Sean T. Higgins**     aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- **James P. Hill**     hill@sullivanhill.com, bkstaff@sullivanhill.com
- **Michael R. Hogue**     hoguem@gtlaw.com, frazierl@gtlaw.com
- **David Holtzman**     david.holtzman@hklaw.com
- **Marsha Houston**     mhouston@reedsmith.com, hvalencia@reedsmith.com
- **Shane Huang**     shane.huang@usdoj.gov
- **Brian D. Huben**     hubenb@ballardspahr.com
- **Jonathan Hughes**     jonathan.hughes@aporter.com, jane.rustice@aporter.com
- **Michael A. Isaacs**     Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- **Mark V. Isola**     mvi@sbj-law.com
- **J. Eric Ivester**     Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- **J. Eric Ivester**     , Andrea.Bates@skadden.com
- **Ivan C. Jen**     ivan@icjenlaw.com
- **Chris Johnstone**     chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- **Gregory K. Jones**     GJones@dykema.com, cacossano@dykema.com
- **Robert A. Julian**     rjulian@bakerlaw.com
- **Roberto J. Kampfner**     rkampfner@whitecase.com, mco@whitecase.com
- **Robert B. Kaplan**     rbk@jmbm.com
- **Eve H. Karasik**     ehk@lnbyb.com
- **Tobias S. Keller**     tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- **Lynette C. Kelly**     lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- **Gerald P. Kennedy**     gerald.kennedy@procopio.com, laj@procopio.com
- **Samuel A. Khalil**     skhalil@milbank.com, jbrewster@milbank.com
- **Samuel M. Kidder**     skidder@ktbslaw.com
- **Marc Kieselstein**     , carrie.oppenheim@kirkland.com
- **Jane Kim**     jkim@kellerbenvenutti.com
- **Thomas F. Koegel**     tkoegel@crowell.com
- **Andy S. Kong**     kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- **Alan W. Kornberg**     , akornberg@paulweiss.com
- **Jeffrey C. Krause**     jkrause@gibsondunn.com, psantos@gibsondunn.com

- **Lindsey E. Kress**   lkress@lockelord.com, autodocket@lockelord.com
- **Michael Thomas Krueger**   michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- **Timothy S. Laffredi**   timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- **Richard A. Lapping**   rich@trodellalapping.com
- **Matthew A. Lesnick**   matt@lesnickprince.com, jmack@lesnickprince.com
- **Bryn G. Letsch**   bletsch@braytonlaw.com
- **David B. Levant**   david.levant@stoel.com, rene.alvin@stoel.com
- **Andrew H. Levin**   alevin@wcghlaw.com, vcorbin@wcghlaw.com
- **William S. Lisa**   , jcaruso@nixonpeabody.com
- **William S. Lisa**   wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- **Jonathan A. Loeb**   jon.loeb@bingham.com
- **John William Lucas**   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Jane Luciano**   jane-luciano@comcast.net
- **Kerri Lyman**   klyman@irell.com, lgauthier@irell.com
- **John H. MacConaghy**   macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- **Iain A. Macdonald**   iain@macfern.com, ecf@macfern.com
- **Samuel R. Maizel**   samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- **Adam Malatesta**   adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- **Michael W. Malter**   michael@bindermalter.com
- **Geoffrey E. Marr**   gemarr59@hotmail.com
- **David P. Matthews**   jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- **Patrick C. Maxcy**   patrick.maxcy@snrdenton.com
- **Hugh M. McDonald**   hugh.mcdonald@troutman.com, john.murphy@troutman.com
- **Hugh M. McDonald**   , john.murphy@troutman.com
- **C. Luckey McDowell**   luckey.mcdowell@bakerbotts.com
- **Frank A. Merola**   lacalendar@stroock.com, mmagzamen@stroock.com
- **Matthew D. Metzger**   belvederelegalecf@gmail.com
- **M. David Minnick**   dminnick@pillsburylaw.com, docket@pillsburylaw.com
- **Thomas C. Mitchell**   tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- **John A. Moe**   john.moe@dentons.com, glenda.spratt@dentons.com
- **Kevin Montee**   kmontee@monteeassociates.com
- **David W. Moon**   lacalendar@stroock.com, mmagzamen@stroock.com
- **Courtney L. Morgan**   morgan.courtney@pbgc.gov
- **Joshua D. Morse**   Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- **Thomas G. Mouzes**   tmouzes@boutinjones.com, cdomingo@boutininc.com
- **Peter S. Munoz**   pmunoz@reedsmith.com, gsandoval@reedsmith.com
- **Michael S. Myers**   myersms@ballardspahr.com, hartt@ballardspahr.com
- **Alan I. Nahmias**   anahmias@mbnlawyers.com
- **David L. Neale**   dln@lnbrb.com
- **David L. Neale**   dln@lnbyb.com
- **David Neier**   dneier@winston.com
- **Melissa T. Ngo**   ngo.melissa@pbgc.gov, efile@pbgc.gov
- **Gregory C. Nuti**   gnuti@nutihart.com, nwhite@nutihart.com
- **Abigail O'Brient**   aobrient@mintz.com, docketing@mintz.com
- **Office of the U.S. Trustee / SF**   USTPRegion17.SF.ECF@usdoj.gov
- **Aram Ordubegian**   Ordubegian.Aram@ArentFox.com
- **Shai Oved**   ssoesq@aol.com, Ovedlaw@hotmail.com
- **Gabriel Ozel**   Gabriel.Ozel@troutman.com, tsinger@houser-law.com
- **Margarita Padilla**   Margarita.Padilla@doj.ca.gov
- **Amy S. Park**   amy.park@skadden.com, alissa.turnipseed@skadden.com
- **Donna Taylor Parkinson**   donna@parkinsonphinney.com
- **Peter S. Partee**   , candonian@huntonak.com
- **Paul J. Pascuzzi**   ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- **Kenneth Pasquale**   , mlaskowski@stroock.com
- **Valerie Bantner Peo**   vbantnerpeo@buchalter.com
- **Danielle A. Pham**   danielle.pham@usdoj.gov

Case: 19-30088   Doc# 723   Filed: 03/01/19   Entered: 03/01/19 11:38:48   Page 6 of 8

- **Thomas R. Phinney**     tom@parkinsonphinney.com
- **R. Alexander Pilmer**     alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- **M. Ryan Pinkston**     rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- **Estela O. Pino**     epino@epinolaw.com, staff@epinolaw.com
- **Mark D. Plevin**     mplevin@crowell.com
- **Mark D. Poniatowski**     ponlaw@ponlaw.com
- **Christopher E. Prince**     cprince@lesnickprince.com
- **Douglas B. Provencher**     dbp@provlaw.com
- **Amy C. Quartarolo**     amy.quartarolo@lw.com
- **Lary Alan Rappaport**     lrappaport@proskauer.com, PHays@proskauer.com
- **Justin E. Rawlins**     jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- **Hugh M. Ray**     hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- **Caroline A. Reckler**     caroline.reckler@lw.com
- **Jack A. Reitman**     jareitman@lgbfirm.com, srichmond@lgbfirm.com
- **Emily P. Rich**     erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Christopher O. Rivas**     crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Daniel Robertson**     robertson.daniel@pbgc.gov, efile@pbgc.gov
- **Lacey E. Rochester**     lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- **Gregory A. Rougeau**     grougeau@brlawsf.com
- **Eric E. Sagerman**     esagerman@bakerlaw.com
- **Nanette D. Sanders**     nanette@ringstadlaw.com, becky@ringstadlaw.com
- **Sunny S. Sarkis**     sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- **Sblend A. Sblendorio**     sas@hogefenton.com
- **Lisa Schweitzer**     lschweitzer@cgsh.com
- **David B. Shemano**     dshemano@pwkllp.com
- **James A. Shepherd**     jim@elkshep.com, ecf@elkshep.com
- **Andrew I. Silfen**     andrew.silfen@arentfox.com
- **Wayne A. Silver**     w_silver@sbcglobal.net, ws@waynesilverlaw.com
- **Craig S. Simon**     csimon@bergerkahn.com, aketcher@bergerkahn.com
- **Dania Slim**     dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- **Aaron C. Smith**     asmith@lockelord.com, autodocket@lockelord.com
- **Alan D. Smith**     adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- **Jan D. Sokol**     jdsokol@lawssl.com, dwright@lawssl.com
- **Bennett L. Spiegel**     blspiegel@jonesday.com
- **Michael St. James**     ecf@stjames-law.com
- **David M. Stern**     dstern@ktbslaw.com
- **Rebecca Suarez**     rsuarez@crowell.com
- **Brad T. Summers**     summerst@lanepowell.com, docketing-pdx@lanepowell.com
- **Elizabeth Lee Thompson**     ethompson@stites.com, docketclerk@stites.com
- **John C. Thornton**     jct@andrewsthornton.com, aandrews@andrewsthornton.com
- **Meagan S. Tom**     Meagan.tom@lockelord.com, autodocket@lockelord.com
- **Edward Tredinnick**     etredinnick@grmslaw.com
- **Matthew Jordan Troy**     matthew.troy@usdoj.gov
- **Andrew Van Ornum**     avanornum@vlmglaw.com, hchea@vlmglaw.com
- **Shmuel Vasser**     shmuel.vasser@dechert.com, brett.stone@dechert.com
- **Victor A. Vilaplana**     vavilaplana@foley.com, rhurst@foley.com
- **Marta Villacorta**     marta.villacorta@usdoj.gov
- **John A. Vos**     InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- **Riley C. Walter**     ecf@W2LG.com
- **Philip S. Warden**     philip.warden@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- **Genevieve G. Weiner**     gweiner@gibsondunn.com
- **Joseph M. Welch**     jwelch@buchalter.com, dcyrankowski@buchalter.com
- **Eric R. Wilson**     kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- **Kimberly S. Winick**     kwinick@clarktrev.com, knielsen@clarktrev.com
- **Rebecca J. Winthrop**     rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com

- **David Wirt**    david.wirt@hklaw.com, denise.harmon@hklaw.com
- **Ryan A. Witthans**    rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- **Risa Lynn Wolf-Smith**    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- **Andrea Wong**    wong.andrea@pbgc.gov, efile@pbgc.gov
- **Christopher Kwan Shek Wong**    christopher.wong@arentfox.com
- **Kirsten A. Worley**    kw@wlawcorp.com, admin@wlawcorp.com
- **Andrew Yaphe**    andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com
- **Brittany Zummer**    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- **Dario de Ghetaldi**    deg@coreylaw.com, lf@coreylaw.com