BARTON, KLUGMAN & OETTING LLP
Thomas E. McCurnin (SBN 103762)
Terry L. Higham, APLC (SBN 150726)
Christopher D. Higashi (SBN 168667)
350 South Grand Avenue, Suite 2200
Los Angeles, CA 90071-3485
Telephone: 213-621-4000
Facsimile: 213-625-1832
E-mail: tmccurnin@bkolaw.com
t.higham@bkolaw.com
chigashi@bkolaw.com

Attorneys for Party-in-Interest
CITY OF MORGAN HILL

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS** |

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the City of Morgan Hill, which is a party in interest in this case, by and through their counsel Barton, Klugman & Oetting LLP, hereby enter their appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE FURTHER NOTICE THAT counsel for the City of Morgan Hill hereby requests pursuant to Rules 2002, 3017(a), 9007, and Section

1109(b) of the Bankruptcy Code, that copies of all pleadings or notices given or required to be given in these cases, and copies of all papers served or required to be served in these cases, shall be given to and served upon Barton Klugman & Oetting at the following address:

> Terry L. Higham, APLC
> BARTON, KLUGMAN & OETTING LLP
> 350 South Grand Avenue, Suite 2200
> Los Angeles, California 90071
> E-mail:  t.higham@bkolaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes without limitation, all orders, applications, pleadings, motions, petitions, requests, schedules, statements, complaints or demands, whether formal or informal, arising herein or in any way related to these cases, including in adversary proceedings.

PLEASE TAKE FURTHER NOTICE that City of Morgan Hill does not, by filing this Notice of Appearance and Request for Notice and Service of Papers, nor any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Notice of Appearance and Request for Notice and Service of Papers constitute a waiver of any of their rights: (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) to trial by jury in any proceeding so triable in these cases, or any controversy or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which they may be entitled, which they expressly reserve.

Respectfully submitted,

Dated:  March 1, 2019        BARTON, KLUGMAN & OETTING LLP

By: _____/s/_____
    Terry L. Higham
    A Professional Law Corporation
    Attorney for Party-in-Interest
    CITY OF MORGAN HILL