Heinz Binder (SBN 87908)
Robert G. Harris (SBN 124678)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: Heinz@bindermalter.com
Email: Rob@bindermalter.com

Attorneys for The Utility Reform Network - TURN

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC<br><br>COMPANY,<br><br>                Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* All papers shall be filed in the Lead Case No. 19-30088 DM. | Case Nos. 19-30088 DM (Lead Case)<br>                 19-30089 DM<br><br>Chapter 11<br>*Jointly Administered* |

**SUBSTITUTION OF ATTORNEYS**

SUBSTITUTION OF ATTORNEYS

TO THE BANKRUPTCY COURT AND ALL PARTIES IN INTEREST:

THE UTILITY REFORM NETWORK ("TURN"), Interested Party herein, hereby substitute BINDER & MALTER, LLP, 2775 Park Ave., Santa Clara, CA 95050, (408) 295-1700 as their attorney of record in the above Chapter 11 case in place and instead of SILICON VALLEY LAW GROUP, One North Market Street, Suite 200 San Jose, CA 95113, (408) 573-5700.

We accept this substitution.

THE UTILITY REFORM NETWORK - TURN

Dated:   February 25, 2019     /s/ *Mark Toney*
                               Mark Toney
                               Executive Director

We concur to this substitution.

Dated: February 28, 2019       SILICON VALLEY LAW GROUP

                               /s/ *David V. Duperrault*
                               David V. Duperrault
                               Former Attorneys for Debtors

Dated: February 25, 2019       BINDER & MALTER LLP

                               /s/ *Robert G. Harris*
                               Robert G. Harris
                               Attorneys for The Utility Reform Network - TURN

SUBSTITUTION OF ATTORNEYS                                                    1