**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
| Debtors. | **(Jointly Administered)** |

<u>**SUPPLEMENTAL CERTIFICATE OF SERVICE**</u>

I, Nabeela Ahmad, do declare and state as follows:

1.  I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2.  On February 27, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on CVIN LLC (MMLID: 4919330), 7447 N Palm Bluffs Ave, Ste 105, Fresno, CA, 93711:

- Notice of Omnibus Hearing (Hearing to Consider Final Approval of Certain First Day Motions and Additional Motions) [Docket No. 353]

3.  On February 27, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as <u>**Exhibit A:**</u>

- Notice of Chapter 11 Bankruptcy Case [Docket No. 396]

6.    I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 4th day of March 2019, at New York, NY.

_Nabeela Ahmad_

Nabeela Ahmad

# **Exhibit A**

| MMLID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 4939645 | 1969-Hefter, Edward | 201 MONT BLANC CT | | DANVILLE | CA | 94526-5404 |
| 4915298 | A & A LEGAL SERVICES INC | 880 MITTEN RD STE 102 | | BURLINGAME | CA | 94010-1309 |
| 4934045 | ABM Electrical Power Services-Allen, Katie | 14201 Franklin Ave | | Tustin | CA | 92780 |
| 4999924 | American Family Home Insurance Company | 1900 avenue of the stars ste 425 | | Los Angeles | CA | 90067 |
| 4940201 | Anderson, Donald | 177 Milke Way | | Sparks | NV | 89438-6006 |
| 4916420 | ATKINSON POWER LLC | 7931 E PECOS RD STE 211 | | MESA | AZ | 85212 |
| 4916422 | ATLANTA GROUP SYSTEMS INC | 800 BATTERY AVE SE #1 | | ATLANTA | GA | 30339-4261 |
| 4976202 | Baber III, William | 14 Foss Ave | | San Anselmo | CA | 94960 |
| 4911872 | Backus, Jonathan Duane | Redacted | | Redacted | Redacted | Redacted |
| 4936961 | Balletti, Doreen | PO BOX 217 | | ESPARTO | CA | 95627 |
| 4916627 | BARG COFFIN LEWIS & TRAPP LLP | 600 montgomery st ste 525 | | SAN FRANCISCO | CA | 94111 |
| 4938984 | Bonstin, Susie | 700 WELLFLEET DR | | VALLEJO | CA | 94591-7221 |
| 4940585 | Boyce, James | 2809 YUMA CT | | SANTA ROSA | CA | 95403-3274 |
| 4917088 | BOYS & GIRLS CLUB OF MARIN AND | SOUTHERN SONOMA COUNTIES | 1400 N DUTTON AVE STE 23 | SANTA ROSA | CA | 95401 |
| 4975888 | Bozek | 42 MARY CT | | DANVILLE | CA | 94526-3208 |
| 4917131 | BRANDON SUPPLY INC | DBA BRANDON INDUSTRIAL | PO Box 5017 | CERRITOS | CA | 90703-5017 |
| 4911874 | Breeden, Cameron Ross | Redacted | | Redacted | Redacted | Redacted |
| 4989787 | Brodrick, Elora | Redacted | | Redacted | Redacted | Redacted |
| 4935900 | BROWN, DANEVE | 4377 EL DORADO RD | | PLACERVILLE | CA | 95687 |
| 4939202 | Brown, MILLIE | 650 Manzanita Ave Apt 102 | | Chico | CA | 95926-1339 |
| 4937897 | Bush, Lori | 46230 PINE MEADOW DR | | KING CITY | CA | 93990-9742 |
| 4917368 | CAGLIA ENVIRONMENTAL LLC | PO BOX 310 | | Chowchilla | CA | 93610 |
| 4985393 | Calhoun, Shelly | Redacted | | Redacted | Redacted | Redacted |
| 4917417 | CALIFORNIA ASSOCIATION FOR | 20888 AMAR RD | | WALNUT | CA | 91789 |
| 4917436 | CALIFORNIA CENTRAL COAST | PO BOX 731 | | NIPOMO | CA | 93444 |
| 4986685 | Carriker, Pauline | Redacted | | Redacted | Redacted | Redacted |
| 4977565 | CATES, CLIFFORD | Redacted | | Redacted | Redacted | Redacted |
| 4938110 | Chavez, Brian | PO Box 2198 | | Freedom | CA | 95019-2138 |
| 4935710 | Chu, Stephen | 5 Shasta | | Irvine | CA | 92612-2223 |
| 4913339 | Cianciarulo, Michael Briano | Redacted | | Redacted | Redacted | Redacted |
| 4918364 | CITY OF KINGSBURG | 1200 KERN ST | | KINGSBURG | CA | 93631 |
| 4912976 | Claggett, Kevin | Redacted | | Redacted | Redacted | Redacted |
| 4913051 | Clark, John | Redacted | | Redacted | Redacted | Redacted |
| 4982380 | Clay, Alicia | Redacted | | Redacted | Redacted | Redacted |
| 4935942 | Clay, Cyndi | 942 Lynnwood DR | | Yuba City | CA | 95993-8926 |
| 4992036 | Clement, Dean | Redacted | | Redacted | Redacted | Redacted |
| 4923153 | COE, JEFFREY D | 1608 W Campbell Ave | # 265 | CAMPBELL | CA | 95008 |
| 4939587 | Cole, Steve | 2588 N Springtime Ave | | Meridian | ID | 83646-8262 |
| 4937900 | Collins, Lisa | 701 Bello ST | | Pismo Beach | CA | 93449-2308 |
| 4933724 | COLLINS, VELMA | 211 JULIE DR APT 2 | | YUBA CITY | CA | 95991 |
| 4918860 | CONCORD ENERGY LLC | 1401 17TH ST STE 1500 | | DENVER | CO | 80202-1253 |

Case: 19-30088    Doc# 730    Filed: 03/04/19    Entered: 03/04/19 10:28:48    Page 4 of 12

| MMLID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 4918869 | CONDE GROUP INC | 954 CANDLELIGHT PL | | LA JOLLA | CA | 92037-7715 |
| 4937739 | Cooling, Ryan | 1299 ASHCROFT LN | | SAN JOSE | CA | 95118-3505 |
| 4919008 | CORE TO GO | 7761 N INGRAM AVE STE 109 | | FRESNO | CA | 93711 |
| 4912820 | Corona, Analisa | Redacted | | Redacted | Redacted | Redacted |
| 4939653 | CORREA, ADRIANA | 7909 BAY VILLAGE CTR APT 1004 | | SANTA ROSA | CA | 95403-2277 |
| 4919040 | CORTECH ENGINEERING | 1340 N JEFFERSON ST | | ANAHEIM | CA | 92807 |
| 4914284 | Cote, William | Redacted | | Redacted | Redacted | Redacted |
| 4975622 | CRAIN, MILLARD | 1155 WRIGLEY WAY | | MILPITAS | CA | 95035-5426 |
| 4913268 | Crane, Chad Murray | Redacted | | Redacted | Redacted | Redacted |
| 4939776 | Cruisers Saloon, Harmon, Gregory | PO BOX 147 | | Antioch | CA | 94509 |
| 4912986 | Cruz, Glenn Alain Quiboloy | Redacted | | Redacted | Redacted | Redacted |
| 4919283 | CUESTA EQUIPMENT CO | 4540 BROAD ST SUITE 110 | | SAN LUIS OBISPO | CA | 93401-5210 |
| 5006208 | CVIN LLC | 7447 N PALM BLUFFS AVE STE 105 | | FRESNO | CA | 93711-5773 |
| 4919550 | DAVIES CONSULTING LLC | 4313 Bradley LN | | CHEVY CHASE | MD | 20815-5232 |
| 4912743 | Davis, Katherine A | Redacted | | Redacted | Redacted | Redacted |
| 4938854 | Davis, Kay | 7200 SUTTER AVE | | Carmichael | CA | 95608-2858 |
| 4932444 | DAVISKNOTTS, CYNTHIA | 1256 W Lathrop Rd | | MANTECA | CA | 95336 |
| 4937837 | De haro, Luis | 752 JOSEPHINE ST | | Salinas | CA | 93905 |
| 4986823 | De Pedrini, Harry | Redacted | | Redacted | Redacted | Redacted |
| 4923837 | DE SERPA, KIMBERLY ANN | 2284 TROUT GULCK RD | | APTOS | CA | 95003 |
| 4935103 | De Witte, Rachel | 488 E OCEAN BLVD UNIT 418 | | LONG BEACH | CA | 90802-4766 |
| 4990925 | DeMicheli, Olympia | Redacted | | Redacted | Redacted | Redacted |
| 4940331 | Dempsey, Patricia | 1953 Bird Ave | | San Jose | CA | 95125-1828 |
| 4932427 | DENES MD, ZOLTAN D | 243 EL DORADO ST STE 100 | | MONTEREY | CA | 93940-2914 |
| 4991654 | Denn, Beverly | Redacted | | Redacted | Redacted | Redacted |
| 4925162 | DICRISTINA, MERRILL P | 181 Oak View LN | | Oakley | CA | 94561-4210 |
| 4936863 | Dutton, Ellen | PIN OAK PL | | SANTA ROSA | CA | 95409-6037 |
| 4913248 | Earley Jr., Anthony F. | Redacted | | Redacted | Redacted | Redacted |
| 4911607 | Engelman, John David | Redacted | | Redacted | Redacted | Redacted |
| 4920769 | EVOLVED ENERGY RESEARCH | 1091 E BAYAUD AVE APT W2801 | | DENVER | CO | 80209-2754 |
| 4920775 | EXACTER INC | 1105 SCHROCK RD STE 401 | | COLUMBUS | OH | 45229 |
| 4920796 | EXIGIS LLC | 2 E 46TH ST FL GE | | NEW YORK | NY | 10017-2418 |
| 4911857 | Eyre, Michael | Redacted | | Redacted | Redacted | Redacted |
| 4941092 | Fachner, Cherissa | 669S Marsh Creek RD | | Brentwood | CA | 84513-4243 |
| 4939268 | FARRAR, DEBRA | 417 WESTACRE RD SPC 39 | | W SACRAMENTO | CA | 95691-4700 |
| 4933840 | Fenster, Norma | 1643 HACKBERRY LN | | LINCOLN | CA | 95648-8455 |
| 4920966 | FINANCIAL STRATEGIES GROUP LLC | 2 EMBARCADERO CTR FL 8 | | SAN FRANCISCO | CA | 94111-3833 |
| 4995690 | Finch, Susan | Redacted | | Redacted | Redacted | Redacted |
| 4936093 | Flores, Manuel | 5437 Staples Way | | Linden | CA | 95238 |
| 4938159 | FLUEGAL, JUNE | 55 BROAD ST APT 237 | | SN LUIS OBISPO | CA | 93405 |
| 4912054 | Frampton, Theodore J | Redacted | | Redacted | Redacted | Redacted |

Case: 19-30088   Doc# 730   Filed: 03/04/19   Entered: 03/04/19 10:28:48   Page 5 of 12

| MMLID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 4937365 | Frank, Rachel | Po Box 4062 | | Salinas | CA | 93912-4062 |
| 4996490 | Frantz, Jill | Redacted | | Redacted | Redacted | Redacted |
| 4921358 | FTI CONSULTING INC | 16701 MELFORD BLVD STE 200 | | BOWIE | MD | 20715-4418 |
| 4936074 | Galloway, Jade | 7500 SAINT PATRICK WAY APT 115 | | DUBLIN | CA | 94568 |
| 4924414 | GAMBA, LLOYD JOHN | 1100 DEBBIE HILL RD | | COTATI | CA | 94951-9604 |
| 4921641 | GEOTECH COMPUTER SYSTEMS INC | 12200 E BRIARWOOD AVE UNIT 152 | | CENTENNIAL | CO | 80112-8860 |
| 5006275 | Ghost Ship Plaintiffs | 475 14TH ST STE 500 | | Oakland | CA | 94612 |
| 4921687 | GILL RANCH LLC | 101 University Ave STE 125 | | SACRAMENTO | CA | 95825-6738 |
| 4939578 | Gilley, Curtis | 3720 Pyramid Pl | | W.Sacramento | CA | 95691-5476 |
| 4921698 | GINGERY LAW GROUP PC | EDUARDO MEZA | 1430 BLUE OAKS BLVD STE 200 | ROSEVILLE | CA | 95747 |
| 4912344 | Glasmeier, Kyle | Redacted | | Redacted | Redacted | Redacted |
| 4992927 | Glass, Alicia | Redacted | | Redacted | Redacted | Redacted |
| 4937922 | Gomez, Josef | 1837 Morgan Dr | | Kingsburg | CA | 93631-2618 |
| 4933776 | Grand Jewelry Co., Tammy Ng | 869 WASHINGTON ST | | San Francisco | CA | 94108-1210 |
| 4938207 | GRANT, KAREN | 14435 MOUNTAIN QUAIL RD | | SALINAS | CA | 93908 |
| 5006419 | Gratneyese-Jackson, Elaine | PO BOX 21 | | SUISUN CITY | CA | 94585 |
| 4911570 | Greer, Robert Eugene | Redacted | | Redacted | Redacted | Redacted |
| 4940124 | Greer, Shamika | PO BOX 871 | | West Sacramento | CA | 95605 |
| 4937114 | Gridley, Robert | PO BOX 3427 | | GRASS VALLEY | CA | 95945 |
| 4921964 | GRIFFIN SOIL | 248 Industrial DR | | Stockton | CA | 95206-3905 |
| 4911747 | Guillory, Zakiyah | Redacted | | Redacted | Redacted | Redacted |
| 4937476 | Gutheil, Lawrence | 550 W PLUMB LN STE B | | RENO | NV | 89509 |
| 4936618 | Hackman, Sabrina | 155 N SANTA CRUZ AVE STE E | | Los Gatos | CA | 95030 |
| 4938166 | HAGER, JEANETTE | 748 Awalau Rd | | Haiku | HI | 96708-5560 |
| 4989885 | Halnon, Shelley | Redacted | | Redacted | Redacted | Redacted |
| 4922103 | HANNA LEUNG PROFESSIONAL | LAW CORPORATION | 1933 OCEAN AVE | SAN FRANCISCO | CA | 94127-2721 |
| 4936740 | Hansen, Robert | 1399 SANTA CLARA RD | | MIDDLETOWN | CA | 95461-9544 |
| 4931773 | HANSEN, WADE | 8895 TOWNE CENTRE DR STE 105 | | SAN DIEGO | CA | 92111-5542 |
| 4938388 | Hansen, Wendi | P.O. BOX 1857 | | BOULDER CREEK | CA | 95006-1857 |
| 4935640 | Harlow, David | 348 Shamrock CT | | Vacaville | CA | 95688-9362 |
| 4928161 | HARMON, ROBERT K | ROBERT K HARMON & COMPANY LLC | 16621 93RD AVE SW | VASHON | WA | 98070 |
| 4940584 | Haughey, Kevin | 521 CALABRIA PL | | San Jose | CA | 95128-5153 |
| 4928590 | HAUX, SALLY | 1155 W SHAW AVE STE 102 | | FRESNO | CA | 93711-3748 |
| 4995235 | Hein, Lowell | Redacted | | Redacted | Redacted | Redacted |
| 4986674 | Hicks, Elaine | Redacted | | Redacted | Redacted | Redacted |
| 4987892 | Hicks, Janis | Redacted | | Redacted | Redacted | Redacted |
| 4937164 | Higgins, Krista | 1296 E GIBSON RD STE A | | WOODLAND | CA | 95776-6378 |
| 4913823 | Hinkle, Jeffrey C | Redacted | | Redacted | Redacted | Redacted |
| 4912047 | Hogan, Melissa W | Redacted | | Redacted | Redacted | Redacted |
| 4975904 | Hoifjeld, David | 3760 LAKE ALMANOR DR | | LAKE ALMANOR | CA | 96137-9769 |
| 4916933 | HOLLAND, BILLY | 3714 OAK LN | | COTTONWOOD | CA | 96022-9240 |

In re: PG&E Corporation, et al.
Case No. 19-30088 (DM)
Page 3 of 9

Case: 19-30088    Doc# 730    Filed: 03/04/19    Entered: 03/04/19 10:28:48    Page 6 of 12

| MMLID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 4939575 | Hrabovsky, Nicholas | 584 W SMITH RD | | BELLINGHAM | WA | 98226 |
| 4922537 | HURST TECHNOLOGIES CORP | PO BOX 1718 | | ANGLETON | TX | 77516-1718 |
| 4922707 | INK PEOPLE INC | 25 7TH ST | | EUREKA | CA | 95501-6806 |
| 4926345 | IVOILOVA, OLGA | 1619 N POINT ST | | SAN FRANCISCO | CA | 94123 |
| 4922953 | JACK B SHUMATE MD PA | PO Box 15117 | | PANAMA CITY | FL | 32406-5117 |
| 4923349 | JOHN E DUITSMAN | PO BOX 123 | | HINKLEY | CA | 92347-0123 |
| 4935741 | Johnson, Kimberly | 1461 163RD AVE APT 28 | | SAN LEANDRO | CA | 94578-5125 |
| 5006424 | Johnson, Timothy | Ruskin Hyland Doris & Tindall LLP | 1939 HARRISON ST STE 290 | OAKLAND | CA | 94612-4713 |
| 5800643 | Jose, Abigail | Redacted | | Redacted | Redacted | Redacted |
| 4923636 | KALLMANN, KARL | 240 N 12TH AVE STE 109 | | HANFORD CA 93230-5996 | CA | 93705 |
| 4911432 | Kaltschmidt, Kurt D. | Redacted | | Redacted | Redacted | Redacted |
| 4923704 | KEMA INC | 101 Station LNDG Ste 510 | | Medford | MA | 02155-5148 |
| 4995328 | Kemper, David | Redacted | | Redacted | Redacted | Redacted |
| 4915149 | Kennon, Zuleika Casei | Redacted | | Redacted | Redacted | Redacted |
| 4923761 | KERN COUNTY BLACK CHAMBER | PO Box 81171 | | BAKERSFIELD | CA | 93380-1171 |
| 4923851 | KINETICA DB INC | 101 CALIFORNIA ST STE 4560 | | SAN FRANCISCO | CA | 94111 |
| 4923858 | KING CITY UNION SCHOOL DISTRICT | 435 PEARL ST | | KING CITY | CA | 93930 |
| 4937118 | KING, LATRICE | 6850 CHARING CROASS RD | | BERKELEY | CA | 94705-1719 |
| 4940475 | kleis, jeffrey | 8627 Ospital Rd | | Valley Springs | CA | 95252 |
| 4923901 | KLR INC | PO BOX 34418 | | LOS ANGELES | CA | 90034 |
| 4935151 | Koble, Dennis | 1806 HILL GROVE LN | | LINCOLN | CA | 95648 |
| 4939799 | KORSAK, MICHAEL | 245 MEADOW LN | | EAGLE POINT | OR | 97524 |
| 4996110 | Kutsal, Mehmet | Redacted | | Redacted | Redacted | Redacted |
| 4923958 | KV SIERRA VISTA LLC | 601 UNIVERSITY AVE STE 125 | | SACRAMENTO | CA | 95825-6738 |
| 4989608 | Lai, Leland | Redacted | | Redacted | Redacted | Redacted |
| 4924026 | LAKESHORE DAIRY | 1127 W WINDSOR CT | | HANFORD | CA | 93230-6575 |
| 5800458 | Lange, Brian | Redacted | | Redacted | Redacted | Redacted |
| 4924063 | LAO KHMU ASSOCIATION INC | PO BOX 693268 | | STOCKTON | CA | 95269-3268 |
| 4923522 | LAZAR, JOSHUA AARON | 731 S LINCOLN ST | | SANTA MARIA | CA | 93458-6107 |
| 4912438 | Le, Richard Q | Redacted | | Redacted | Redacted | Redacted |
| 4937641 | Ledesma, Katelyn | 1701 MARSHALL RD APT 170 | | VACAVILLE | CA | 95687-5998 |
| 4939703 | Lee, David | 2624 Harrisburg Ave | | Henderson | NV | 89052-6858 |
| 4935946 | LemosSilva, Mary Ann | 001 HAVASU DR | | LATHROP | CA | 95330-8225 |
| 4912798 | Leonard, Zackary J. | Redacted | | Redacted | Redacted | Redacted |
| 4934214 | Leslie, Cheral | P.O Box 43 | | Fresno | CA | 93707-0043 |
| 4914040 | Lewallen, James Neal | Redacted | | Redacted | Redacted | Redacted |
| 4939007 | LINDAHL, HOLLI | 640 LINNE RD | | PASO ROBLES | CA | 93446-8443 |
| 4913192 | Lindblom, Ryan | Redacted | | Redacted | Redacted | Redacted |
| 4924364 | LINER LLP | 2000 AVENUE OF THE STARS STE 400 | | LOS ANGELES | CA | 90067-4704 |
| 4975537 | Little, David | 590 E MAGNOLIA AVE | | PORTOLA | CA | 96122 |
| 4924413 | LK GOODWIN COMPANY | FS INDUSTRIES | 20 TECHNOLOGY WAY | W GREENWICH | RI | 02817-1710 |

In re:  PG&E Corporation, et al.
Case No. 19-30088 (DM)

Page 4 of 9

Case: 19-30088   Doc# 730   Filed: 03/04/19   Entered: 03/04/19 10:28:48   Page 7 of 12

| MMLID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 4938276 | LUCHEN, ANGELA | 2727 MITCHELL AVE APT 1 | | OROVILLE | CA | 95966 |
| 4938567 | M.E.G.'s Helping Hand's-Garcia, Monica | PO BOX 4074 | | Vallejo | CA | 94590 |
| 4993163 | Machado, Donald | Redacted | | Redacted | Redacted | Redacted |
| 4912834 | Mack, Tom | Redacted | | Redacted | Redacted | Redacted |
| 4989627 | Macrusky, Joan | Redacted | | Redacted | Redacted | Redacted |
| 4911619 | Makhyoun, Miriam Nabil | Redacted | | Redacted | Redacted | Redacted |
| 4939567 | Malik, Victoria | 4992 TEAKWOOD DR APT 8 | | OAKLEY | CA | 94561-1977 |
| 4934915 | Manfredi, Thomas & Jennifer | 15221 Old Ranch Rd | | Los Gatos | CA | 95033-8329 |
| 4913385 | Marella, Gopikrishna | Redacted | | Redacted | Redacted | Redacted |
| 4924788 | MARK T HELLNER MD INC | 201 Hawkins Way | | Pebble Beach | CA | 93953-2907 |
| 4924873 | MARYSVILLE GROUP LLC | 2777 NORTHTOWNE LN OFC | | RENO | NV | 89512 |
| 4912840 | Mason, Eric Matthew | Redacted | | Redacted | Redacted | Redacted |
| 4933886 | Massaro, Robert | PO Box 475 | | Massapequa Pk | NY | 11762-0475 |
| 4938922 | Mastakar, Jayant | 5815 Hickory Dr Apt F | | Oak Park | CA | 91377-3991 |
| 5800518 | Matthews, Timothy | Redacted | | Redacted | Redacted | Redacted |
| 4913117 | McCallum, Bryan Scott | Redacted | | Redacted | Redacted | Redacted |
| 4937320 | McCauley, Christa | 750 Lincoln Rd Apt 37 | | Yuba City | CA | 95991 |
| 4923030 | MCMAHON, JAMES | PO BOX 4238 | | EAGLE | ID | 83616 |
| 4925102 | MERCED CHAMBER OF COMMERCE | 531 W MAIN ST # C | | MERCED | CA | 95340-4715 |
| 4925151 | MERITAGE HOMES OF CALIFORNIA INC | 868 Stillwater Rd | STE 200 | WEST SACRAMENTO | CA | 96505 |
| 4925271 | MICHAEL KRINSKY MD MC | 21030 REDWOOD RD | | CASTRO VALLEY | CA | 94546 |
| 4925328 | MICROSOFT | 680 VAQUEROS AVE | | SUNNYVALE | CA | 94085 |
| 4938492 | Miller, Jack/Cathy | PO Box 286 | | Pollock Pines | CA | 95726-0286 |
| 4974905 | Mispagel, Lawrence M. | 3568 Judah Way | | Las Vegas | NV | 89147-6392 |
| 4925465 | MIZUHO SECURITIES USA INC | 101 WOOD AVE S FL 3 | | ISELIN | NJ | 08830 |
| 4983158 | Monroe, James | Redacted | | Redacted | Redacted | Redacted |
| 4989395 | Moore, Johnnie | Redacted | | Redacted | Redacted | Redacted |
| 4940185 | Moran, Jess | 925A TORO CANYON RD | | SANTA BARBARA | CA | 93108 |
| 4928991 | MORASCI, SCOTT | 2964 HOT SPRINGS RD | | MINDEN | NV | 89423 |
| 4938991 | Morgan, Tonya | 831 Koshland Way | | Santa Cruz | CA | 95064-1071 |
| 4936985 | Morreira, Andrea | 237 Assembly Dr Unit 205 | | Mooresville | NC | 28117 |
| 4992531 | Mosley, Braxton | Redacted | | Redacted | Redacted | Redacted |
| 4976173 | Mount & Berg | 546 TUCKER ST | | HEALDSBURG | CA | 95448-4443 |
| 4912839 | Muller IV, Ramon M. | Redacted | | Redacted | Redacted | Redacted |
| 4940084 | Mungalpara, Mukesh | 209 Tobrurry Way | | Folsom | CA | 95680-6855 |
| 4983926 | Murphy, Joyce | Redacted | | Redacted | Redacted | Redacted |
| 4933692 | Murphy, Thomas | 783 Magellan Way | | Napa | CA | 94559-4747 |
| 4939137 | Murray, Robert | 4247 Hackberry Ln Apt 83 | | Carmichael | CA | 95608-1345 |
| 4936754 | Myers, Tim | 542 FLINTSHIRE AVE | | THE VILLAGES | FL | 32162 |
| 4925692 | MYTURN COM PBC | 16 CAVENDISH CT | | LEBANON | NH | 03766-1441 |
| 4911871 | Nag, Shibani | Redacted | | Redacted | Redacted | Redacted |

| MMLID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 4925783 | NATIONAL COUNCIL FOR SCIENCE | AND THE ENVIRONMENT | 740 15th ST NW STE 900 | WASHINGTON | DC | 20005 |
| 4925880 | NEHEMIAH COMMUNITY REINVESTMENT | 813 HARBOR BLVD | | W SACRAMENTO | CA | 95691 |
| 4925894 | NEMATRON CORPORATION | 440 FORTUNE BLVD | | MILFORD | MA | 01757-1722 |
| 4925944 | NEWCASTLE ELEMENTARY SCHOOL DIST | 645 KENTUCKY GREENS WAY | | NEWCASTLE | CA | 95658-9377 |
| 4912860 | Newman Jr., Robert David. | Redacted | | Redacted | Redacted | Redacted |
| 4934300 | Nickerson, Sharon-Steve | 14780 TANYARD HILL RD | | PINE GROVE | CA | 95665 |
| 4996398 | Norment, Jake | Redacted | | Redacted | Redacted | Redacted |
| 4926167 | NORTHLAKE INTERNAL MEDICINE | PO BOX 1647 | | LAKEPORT | CA | 95453-1647 |
| 4926211 | NPL CONSTRUCTION CO | 19820 N 7TH AVE STE 120 | | PHOENIX | AZ | 85027-4739 |
| 4923387 | OBERHOLSER, JOHN L | 74 NOBEL AVE | | LODI | CA | 95242-9734 |
| 4940313 | OBREGON, ELVIA | 5907 WINTERHAVEN DR | | WINDCREST | TX | 78239-2142 |
| 4918055 | OESTREICHER MD, CHARLES | PO BOX 3230 | | CLOVIS | CA | 93613-3230 |
| 4940781 | Offenbacher, James | PO Box 11249 | | Santa Rosa | CA | 95404-1249 |
| 4912364 | Olonan, Jasper B. | Redacted | | Redacted | Redacted | Redacted |
| 4912511 | On, Krystal | Redacted | | Redacted | Redacted | Redacted |
| 4926445 | ORBIS INC | PETER TUREK MD | 1034 WALNUT ST | NAPA | CA | 94559 |
| 4937078 | OREM, TOM | 8 PASEO DEL RIO | | SOLVANG | CA | 93463-2918 |
| 4939892 | Orozco, Rosendo | 309 S Auburn St | | Colfax | CA | 95713-9249 |
| 4932793 | Ortigalita Power Company LLC | PO BOX 2253 | | SAN FRANCISCO | CA | 94126-2253 |
| 4926489 | OSCAR N ABELIUK MD INC | 3000F DANVILLE BLVD #518 | | ALAMO | CA | 94507-1538 |
| 4926504 | OUTBACK MATERIALS | 4201 W SHAW AVE STE 106 | | FRESNO | CA | 93722-6216 |
| 4926530 | PA CONSULTING GROUP INC | 55 CAMBRIDGE PKWY STE 900 | | CAMBRIDGE | MA | 02142-1218 |
| 4926538 | PACIFIC 2700 YGNACIO CORPORATION | 201 CALIFORNIA ST STE 500 | | SAN FRANCISCO | CA | 94111 |
| 4926561 | PACIFIC ENT MEDICAL GROUP | 6010 HIDDEN VALLEY RD STE 210 | | CARLSBAD | CA | 92011 |
| 4926594 | PACIFIC NEWS SERVICE | DBA NEW AMERICA | PO BOX 71025 | OAKLAND | CA | 94612 |
| 4912882 | Painter, Warren Gregory | Redacted | | Redacted | Redacted | Redacted |
| 4926728 | PARKER SUPPLY CO | 8440A KASS DR | | BUENA PARK | CA | 90621-3808 |
| 4975582 | PATTERSON, BRUCE | 735 BLOSSOM LN | | LINCOLN | CA | 95648-8311 |
| 4978322 | Pavana, George | Redacted | | Redacted | Redacted | Redacted |
| 4989470 | Payawal, Martha | Redacted | | Redacted | Redacted | Redacted |
| 4996208 | Penner, Beth Ann | Redacted | | Redacted | Redacted | Redacted |
| 4939028 | PERAZA, ARACELI | 644 S 11TH ST | | SAN JOSE | CA | 95112-2339 |
| 4936280 | Persson, Susan | PO Box 60 | | Canton | MA | 02021-0060 |
| 4940320 | Phillips, Scharlee | 11945 Loren Way | | MADERA | CA | 93636 |
| 4935555 | Pickens, Channae | 581 Pepper Dr Apt B | | Hanford | CA | 93230 |
| 4928187 | PICKER, ROBERT | ROBERT PICKER MD | PO BOX 1160 | CLAYTON | CA | 94517-9160 |
| 4927079 | PINNACLE POWER SERVICES INC | 1080 NIMITZ AVE # 204 | | VALLEJO | CA | 94592-1007 |
| 4927096 | PIPELINE SOFTWARE LLC | 1101 HAYNES ST STE 218 | | RALEIGH | NC | 27604 |
| 4927204 | PODESTA GROUP INC | 2438 BELMONT RD NW | | WASHINGTON | DC | 20008-1610 |
| 4927205 | PODO LLC | DBA PODO LEGAL | 1 PINE ST APT 2006 | SAN FRANCISCO | CA | 94111-5320 |
| 4994369 | Powell, Carol | Redacted | | Redacted | Redacted | Redacted |

Case: 19-30088    Doc# 730    Filed: 03/04/19    Entered: 03/04/19 10:28:48    Page 9 of 12

Exhibit A
Supplemental Mailing List
Served via First Class Mail

| MMLID | Name | Address1 | Address2 | City | State | Postal Code |
|-------|------|----------|----------|------|-------|-------------|
| 4927256 | POWER ANALYTICS CORPORATION | 2621 SPRING FOREST RD STE 101 | | RALEIGH | NC | 27616-1830 |
| 4927296 | PRACTICE XYZ INC | 6330 S 3000 E STE 700 | | SALT LAKE CITY | CAUT | 84121-6237 |
| 4936291 | Prelsnik, Elizabeth | PO Box 51511 | | Sparks | NV | 89435-1511 |
| 4938966 | Pudberry, Eden | 6078 Old Quarry Loop #5304 | | Oakland | CA | 94605-3380 |
| 4927525 | QUANTUM LAND SERVICES LLVC | Po Box 42956 | | Bakersfield | CA | 93384-2956 |
| 4927526 | QUANTUM SECURE INC | 3590 N 1ST ST STE 320 | | SAN JOSE | CA | 95134 |
| 4939978 | Querfurth, Vance | PO Box 78 | | Lockwood | CA | 93932 |
| 4935652 | Ramseck, Joe | 27399 PASEO PLACENTIA | | SAN JUAN | CA | 92675-5348 |
| 4936918 | RANKIN, NINA | PO BOX 2126 | | FAIRFIELD | CA | 94533-0212 |
| 4975756 | Reid, Bill | 0190 PENINSULA DR | 1019 HUNTINGDON DR | SAN JOSE | CA | 95129-3121 |
| 4936191 | REID, MARY | 1040 Deerfield Ct | | Merced | CA | 95340 |
| 4939228 | Reid, Portia | 1520 N 1ST ST #115 | | FRESNO | CA | 93703-4023 |
| 4927882 | REMOTE SOLUTIONS LLC | 2475 N JACKRABBIT AVE | | TUCSON | AZ | 85745-1208 |
| 4918039 | REYNOLDS, CHARLES D | 2117 NORTHRIDGE DR | | MODESTO | CA | 95350-0292 |
| 4937783 | Rice, Kristen | 2050 Lorenzo CT | | Seaside | CA | 93955-5812 |
| 4980418 | Richards, Jack | Redacted | | Redacted | Redacted | Redacted |
| 4996210 | Rivera, Rebeca | Redacted | | Redacted | Redacted | Redacted |
| 4911612 | Riviello, Candace Caulkins | Redacted | | Redacted | Redacted | Redacted |
| 4913094 | Robinson, Christopher | Redacted | | Redacted | Redacted | Redacted |
| 4949731 | Rodrigues, Neva | 430 W 18th St | | Houston | TX | 77008 |
| 4912228 | Rodriguez, Jeffrey Donald | Redacted | | Redacted | Redacted | Redacted |
| 4928258 | ROGER W SHORTZ MD APC | 3065 richmond pkwy ste 102 | | RICHMOND | CA | 94806 |
| 4936342 | ROMAN, MARCOS | 708 VIENTO WAY | | ARVIN | CA | 93203 |
| 4943415 | Rose, Ray and Violet | 122 HELENE STREET | | LEMOORE | CA | 93245 |
| 4992765 | Royat, June | Redacted | | Redacted | Redacted | Redacted |
| 4912600 | Russo, Jennifer R | Redacted | | Redacted | Redacted | Redacted |
| 4934367 | Saepharn, Yoon | 2284 OSELOT WAY | | RANCHO CORDOVA | CA | 95670-6962 |
| 4989969 | Saghebi, Mohammad | Redacted | | Redacted | Redacted | Redacted |
| 4913351 | Sanada, Cristy Miyono | Redacted | | Redacted | Redacted | Redacted |
| 4913047 | Sananikone, Rattamany Kimo | Redacted | | Redacted | Redacted | Redacted |
| 4928830 | SANCHEZ & AMADOR LLP | 300 S FIGUEROA ST STE 1120 | | LOS ANGELES | CA | 90017-2759 |
| 4936825 | Sankey Rodoni, Patricia | 2470 LOCUST ST | | SUTTER | CA | 95982 |
| 4912923 | Sanzo, Joseph | Redacted | | Redacted | Redacted | Redacted |
| 4986247 | Schaubroeck, Patricia | Redacted | | Redacted | Redacted | Redacted |
| 4995394 | Schellenger, Roy | Redacted | | Redacted | Redacted | Redacted |
| 4912471 | Schmaltz, Troy Charles | Redacted | | Redacted | Redacted | Redacted |
| 4995302 | Schneider, Donal | Redacted | | Redacted | Redacted | Redacted |
| 4929043 | SEDGWICK LLP | 264 DUPONT DR STE 60 | | IRVINE | CA | 92612-7651 |
| 4912166 | Segraves, Jason | Redacted | | Redacted | Redacted | Redacted |
| 4929087 | SENSEMETRICS INC | 750 B ST STE 1630 | | SAN DIEGO | CA | 92101 |
| 4938021 | SERRANO, MARIBEL | PO BOX 1392 | | SALINAS | CA | 93902-1392 |

Case: 19-30088   Doc# 730   Filed: 03/04/19   Entered: 03/04/19 10:28:48   Page 10 of 12

| MMLID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 4912947 | Seward, Robert L | Redacted | | Redacted | Redacted | Redacted |
| 4929145 | SHAPEUP | 75 FOUNTAIN ST #310 | | PROVIDENCE | RI | 02902-0050 |
| 4929147 | SHAPIRO CHIROPRACTIC INC | G404 | 4719 Quail Lakes Dr Ste G | Stockton | CA | 95207-5267 |
| 4911944 | Shelly, Bronson | Redacted | | Redacted | Redacted | Redacted |
| 4929218 | SHIFT COMMUNICATIONS INC | 120 SAINT JAMES AVE | | BOSTON | MA | 02116-5001 |
| 4929276 | SIERRA CONTROLS LLC | 5470 louie ln ste 104 | | RENO | NV | 89511 |
| 4990794 | Silverthorn, Howard | Redacted | | Redacted | Redacted | Redacted |
| 4937881 | Simcoe, Paul | 700 N Valley St Ste 8 | | Anaheim | CA | 92801-3824 |
| 4913526 | Smith, Nicholas Frank | Redacted | | Redacted | Redacted | Redacted |
| 4995408 | Smith, Paul | Redacted | | Redacted | Redacted | Redacted |
| 4940828 | Sousa, Lisa | 613 WIL FORD CIR | | COTATI | CA | 94931-5179 |
| 4929616 | SOUTHWEST ADMINISTRATORS INC | 19820 N 7th Ave STE 120 | | PHOENIX | AZ | 85027 |
| 4923220 | SR, JERMAINE TARVER | 402 COOT LN | | SUISUN CITY | CA | 94585-2104 |
| 4912015 | Steele, Melissa | Redacted | | Redacted | Redacted | Redacted |
| 4915202 | Stenroos, Kevin John | Redacted | | Redacted | Redacted | Redacted |
| 4988791 | Stewart, Sylvia | Redacted | | Redacted | Redacted | Redacted |
| 4987127 | Stillman, Thomas | Redacted | | Redacted | Redacted | Redacted |
| 4939946 | Stolfo, Abby | 1770 Pine St., APT 507 | | San Francisco | CA | 94109 |
| 4938392 | Stone, Cameron | 3154 W AVALANCHE CT | | BOISE | ID | 83709 |
| 4935169 | STONE, MICHAEL | PO Box 2034 | | Twain Harte | CA | 95583 |
| 4934412 | Subway Sandwiches 3133, RAJIV KOHLI | 3269 TRAJAN CT | | SAN JOSE | CA | 95135 |
| 4933762 | Sutherland, John | 919 KEY RD | | PORT ANGELES | WA | 98362 |
| 4992016 | SWARTZBAUGH, MICHELLE | Redacted | | Redacted | Redacted | Redacted |
| 4995626 | Sykes, Joane | Redacted | | Redacted | Redacted | Redacted |
| 4993966 | Sykora-Hardisty, Marla | Redacted | | Redacted | Redacted | Redacted |
| 4922287 | TANENHAUS, HERBERT MARVIN | 3580 M ST | | EUREKA | CA | 95503-5476 |
| 4930416 | TELESOFT CORP | 5343 N 16TH ST STE 300 | | PHOENIX | AZ | 85016-5240 |
| 4935059 | The Great Overland Book Company-Beausoleil, Beau | 710 Lisbon St | | San Francisco | CA | 94112-3523 |
| 4912862 | Thibodeau, Jeffrey | Redacted | | Redacted | Redacted | Redacted |
| 4930837 | TIMOTHY FRANTZ MD INC | TIMOTHY FRANTZ MD NORTH VALLEY EAR N | PO BOX 338 | RED BLUFF | CA | 96080-0338 |
| 4923860 | TOM, KING G | 39152 GUARDINO DR APT 304 | | FREMONT | CA | 94538-3021 |
| 4931027 | TRC ENGINEERS INC | 17911 VON KARMAN AVE STE 400 | | IRVINE | CA | 92614-6261 |
| 4938105 | Tredway, Sandra | 404 Pamona St | | Waterford | CA | 95386-9469 |
| 4940863 | Trujillo Burns, Marcia | 864 Zurich Dr | | Manteca | CA | 95337-6671 |
| 4976722 | Turney, Barbara | Redacted | | Redacted | Redacted | Redacted |
| 4938435 | Tyagi, Prashant | 761 Bay Rd | | Mill Valley | CA | 94941-3914 |
| 4931211 | UC DAVIS FOUNDATION | 202 COUSTEAU PL STE 185 | | DAVIS | CA | 95618-7761 |
| 4913003 | Valentino, Angeline | Redacted | | Redacted | Redacted | Redacted |
| 4931527 | VALLEY NUT GROWERS LP | 445 N PALM AVE STE 110 | | FRESNO | CA | 93704 |
| 4931534 | VALLEY PSYCHOLOGICAL GROUP | PO BOX 10627 | | BAKERSFIELD | CA | 93389-0627 |
| 4911602 | Van Artsdalen, Eliza Amy | Redacted | | Redacted | Redacted | Redacted |

Case: 19-30088    Doc# 730    Filed: 03/04/19    Entered: 03/04/19 10:28:48    Page 11 of
12

| MMLID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 4913090 | Van Der Horst, Jeffrey Allen | Redacted | | Redacted | Redacted | Redacted |
| 4986767 | Van Note, Madeline M | Redacted | | Redacted | Redacted | Redacted |
| 4984841 | Vaughn, Betty | Redacted | | Redacted | Redacted | Redacted |
| 4934468 | Venter, Keith | 5708 CAMINITO RICARDO | | ENCINITAS | CA | 92024-7004 |
| 4936073 | vera, rocio | 1919 Fruitdale Ave Apt k747 | | San Jose | CA | 95128-4902 |
| 4931594 | VEREGY CONSULTING LLC | 2 EMBARCADERO CTR FL 8 | | SAN FRANCISCO | CA | 94111-3833 |
| 4933747 | Verhines, David | 1101 N CAMELOT DR | | PAYSON | AZ | 85541-3303 |
| 4913035 | Vervilos, James | Redacted | | Redacted | Redacted | Redacted |
| 4913233 | Vigil, Easton D | Redacted | | Redacted | Redacted | Redacted |
| 4935343 | WALKER, GRAHAM | 20942 SHERMAN DR | | CASTRO VALLEY | CA | 94552 |
| 4936869 | Waller, Danielle | 2417 HILLTOP DR | | VILLA RICA | GA | 30180-8619 |
| 4913553 | Walsh II, Robert Leo | Redacted | | Redacted | Redacted | Redacted |
| 4996494 | Warner, Geneva | Redacted | | Redacted | Redacted | Redacted |
| 4923499 | WAXMAN, JOSEPH C | LAW OFFICE OF JOSEPH C WAXMAN | 40 PINE ST STE 503 | SAN FRANCISCO | CA | 94104 |
| 4934960 | Webster, Donald | 2703 GLOW RD | | RIVERBANK | CA | 95367-9557 |
| 4931898 | WEBTRENDS INCORPORATED | 111 SW 5TH AVE STE 3200 | | PORTLAND | OR | 97204 |
| 4990134 | Wheatfill, Kimberly | Redacted | | Redacted | Redacted | Redacted |
| 4916075 | WHITE, ANGELA J | 740 4th st # 109 | | SANTA ROSA | CA | 95404 |
| 5006341 | William L. Joseph Family Trust | Joseph, Kristin L | 4094 Royal Sage Dr | Reno | NV | 89503-6832 |
| 4940051 | WINSOR, JAQUILYN | 4259 TOYON DR | | MARIPOSA | CA | 95338-9269 |
| 4936604 | Wise, Christina | PO 1618 | | Felton | CA | 95018-1618 |
| 4934955 | Woodland Nut Inc | PO Box 489 | | Huntingtn Bch | CA | 92648-0489 |
| 4934310 | Wuthrich, Patricia | 3543 Edge Braid Ct | | Driggs | ID | 83422-5249 |
| 4912397 | Xiong, Maisee | Redacted | | Redacted | Redacted | Redacted |
| 4940844 | Yaconelli, Trent and Ondrejka | 1714 Maggie Ave | | Calistoga | CA | 94515-1164 |
| 4985130 | Yoshikawa, Alan T | Redacted | | Redacted | Redacted | Redacted |
| 4992254 | YUHRE, NATALIE | Redacted | | Redacted | Redacted | Redacted |
| 4938204 | Zamora, Maria | 19200 OAK RIDGE DR | | AROMAS | CA | 95004-9141 |

Case: 19-30088    Doc# 730    Filed: 03/04/19    Entered: 03/04/19 10:28:48    Page 12 of 12