Victor A. Vilaplana (SBN 58535)
FOLEY & LARDNER LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
T: (858) 847-6759 / F: (858) 792-6773
Email: vavilaplana@foley.com

Erika L. Morabito (pro hac vice pending)
Brittany J. Nelson (pro hac vice pending)
FOLEY & LARDNER LLP
3000 K Street, NW, Suite 600
Washington, DC 20007-5109
T: (202) 672-5300 / F: (202) 672-5399
Email: emorabito@foley.com
          bnelson@foley.com

ATTORNEYS FOR MICHELS CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| PG&E CORPORATION | Chapter 11 |
| - and - | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered |
| Debtors. | |

☐    Affects PG&E Corporation

☐    Affects Pacific Gas and Electric Company

■    Affects both Debtors

*All papers shall be filed in the Leas Case, No. 19-30088*

**APPLICATION FOR ADMISSION OF ATTORNEY BRITTANY J. NELSON *PRO HAC VICE***

Pursuant to Rule1001-2(a) of the Bankruptcy Local Rules of the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Local Rules") and Rule 11-3 of the Civil Local Rules of the United States District Court for the District of Northern California (the "Local Rules"), Brittany J. Nelson, an active member in good standing of the bars of Commonwealth of Virginia, and the District of Columbia, who is therefore a member in good standing of the bars of the highest courts in those

jurisdictions, hereby applies for admission to practice in the United States Bankruptcy Court for the Northern District of California (the "Court") on a *pro hac vice* basis representing Michels Corporation ("Michels") in the above-captioned bankruptcy cases.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules, the Bankruptcy Local Rules, and the Bankruptcy Dispute Resolution Program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-captioned bankruptcy cases. The name, address, and telephone number of that attorney is:

Victor A. Vilaplana (SBN 58535)

**FOLEY & LARDNER LLP**

3579 Valley Center Drive

San Diego, CA 92130

Tel.: (858) 847-6700

Fax: (858) 792-6773

Email: vavilaplana@foley.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 27, 2019

_____

Brittany J. Nelson

4833-6074-2793.1

# Supreme Court of Virginia

**AT RICHMOND**

# Certificate

I, Douglas B. Robelen, Clerk of the Supreme Court of Virginia,

do hereby certify that

## Brittany Nelson

was admitted to practice as an attorney and counsellor at the bar of this Court on

October 31, 2011.

I further certify that so far as the records of this office are

concerned, Brittany Nelson is a member of the bar of this Court in good

standing.

Witness my hand and seal of said Court

This 26th day of February

A.D. 2019

By: _____

*Deputy Clerk*