# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
| Debtors. | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Herb Baer, do declare and state as follows:

1.     I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2.     On February 28, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, attached hereto as **Exhibit B**.

3.     I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 4th day of March 2019, at New York, NY.

_____
HERB BAER

SRF 31237

# **Exhibit A**

Notice Parties Service List
Served via First Class Mail

| Name | Address1 | Address2 | City | State | PostalCode |
|---|---|---|---|---|---|
| AN TRAN, ESQ. | Weil, Gotshal & Manges LLP | 201 Redwood Shores Parkway | Redwood Shores | CA | 94065-1134 |
| Thomas R. Kreller | Milbank LLP | 2029 Century Park East, 33rd | Los Angeles | CA | 90067-2901 |
| | | | | | |

In re:  PG&E Corporation, *et al.*
Case No. 19-30088 (DM)

Case: 19-30088    Doc# 733    Filed: 03/04/19    Entered: 03/04/19 11:52:12    Page 3 of 5

Page 3 of 5

# **Exhibit B**

## UNITED STATES BANKRUPTCY COURT
### Northern District of California

| | |
|---|---|
| **In re Debtor(s):** | Case No.: 19−30088 DM 11 |
| | Chapter: 11 |
| PG&E Corporation and Pacific Gas and Electric Company | |

### NOTICE OF FILING OF TRANSCRIPT
### AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on February 26, 2019 was filed on February 27, 2019. The following deadlines apply:

The parties have until Wednesday, March 6, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Wednesday, March 20, 2019.

If a request for redaction is filed, the redacted transcript is due Monday, April 1, 2019.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Tuesday, May 28, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 3/4/19                         For the Court:

                                      Edward J. Emmons
                                      Clerk of Court
                                      United States Bankruptcy Court