Victor A. Vilaplana (SBN 58535)
FOLEY & LARDNER LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA  92130
T: (858) 847-6759 / F: (858) 792-6773
Email:  vavilaplana@foley.com

Erika L. Morabito (pro hac vice pending)
Brittany J. Nelson (pro hac vice pending)
FOLEY & LARDNER LLP
3000 K Street, NW, Suite 600
Washington, DC  20007-5109
T: (202) 672-5300 / F: (202) 672-5399
Email:  emorabito@foley.com
            bnelson@foley.com

ATTORNEYS FOR MICHELS CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>■  Affects both Debtors<br><br>*All papers shall be filed in the Leas Case, No. 19-30088* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered<br><br><br><br>**APPLICATION FOR ADMISSION OF ATTORNEY ERIKA L. MORABITO** *PRO HAC VICE* |

Pursuant to Rule1001-2(a) of the Bankruptcy Local Rules of the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Local Rules") and Rule 11-3 of the Civil Local Rules of the United States District Court for the District of Northern California (the "Local Rules"), Erika L. Morabito, an active member in good standing of the bars of Commonwealth of Virginia, and the District of Columbia, who is therefore a member in good standing of the bars of the highest courts in those

jurisdictions, hereby applies for admission to practice in the United States Bankruptcy Court for the Northern District of California (the "<u>Court</u>") on a *pro hac vice* basis representing Michels Corporation ("<u>Michels</u>") in the above-captioned bankruptcy cases.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules, the Bankruptcy Local Rules, and the Bankruptcy Dispute Resolution Program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-captioned bankruptcy cases. The name, address, and telephone number of that attorney is:

Victor A. Vilaplana (SBN 58535)
**FOLEY & LARDNER LLP**
3579 Valley Center Drive
San Diego, CA 92130
Tel.: (858) 847-6700
Fax: (858) 792-6773
Email: vavilaplana@foley.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 4, 2019

_____
Erika L. Morabito

4826-3722-5353.1

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Douglas B. Robelen, Clerk of the Supreme Court of Virginia, do hereby certify that

### ERIKA LYNN MORABITO

was admitted to practice as an attorney and counsellor at the bar of this Court on November 1, 1999.

I further certify that so far as the records of this office are concerned, ERIKA LYNN MORABITO is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 26th day of February
A.D. 2019

By: _____
Deputy Clerk