TIMOTHY S. LAFFREDI (WI SBN 1055133)
Assistant United States Trustee
MARTA E. VILLACORTA (NY SBN 4918280)
Trial Attorney
United States Department of Justice
Office of the U.S. Trustee
450 Golden Gate Avenue, Suite 05-0153
San Francisco, CA 94102
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: timothy.s.laffredi@usdoj.gov;
marta.villacorta@usdoj.gov

Attorneys for Andrew R. Vara,
Acting United States Trustee for Region 3[1]

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case No. 19-30088 DM. | Case Nos. 19-30088 DM (Lead Case)<br><br>19-30089 DM<br><br>Chapter 11<br><br>Jointly Administered |

## NOTICE OF CONTINUED § 341 MEETING OF CREDITORS

**PLEASE TAKE NOTICE** that the § 341 Meeting of Creditors held on March 4, 2019 is

continued to:

//

---

[1] Andrew R. Vara, Acting United States Trustee for Region 3, is acting in this appointment for Tracy Hope Davis, United States Trustee for Region 17, who is recused from the above-captioned cases.

Notice of Continued § 341 Meeting of Creditors

Case: 19-30088    Doc# 736    Filed: 03/04/19    Entered: 03/04/19 14:54:50    Page 1 of 2

**Monday, April 29, 2019 at 10:00 a.m.**

**Phillip Burton Federal Building and U.S. Courthouse**

**450 Golden Gate Avenue, 2nd Floor**

**California Conference Room**

**San Francisco, California 94102**

All other dates and deadlines found in the Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors & Deadlines filed as ECF No. 396 remain unchanged.

Dated: March 4, 2019					Andrew R. Vara
							Acting United States Trustee, Region 3

							/s/ Timothy S. Laffredi
							Assistant United States Trustee