**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Proposed Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**STIPULATION BETWEEN DEBTORS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS EXTENDING TIME TO RESPOND TO MOTIONS TO BE HEARD ON MARCH 12 AND 13, 2019**<br><br>[No Hearing Requested] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

This stipulation and agreement for order ("Stipulation and Agreement for Order") is entered into by PG&E Corporation ("PG&E Corp.") and Pacific Gas and Electric Company (the "Utility"), as debtors and debtors in possession (collectively, the "Debtors"), on the one hand, and the Official Committee of Unsecured Creditors (the "Creditors Committee") on the other. The Debtors and the Creditors Committee are referred to in this Stipulation and Agreement for Order collectively as the "Parties," and each as a "Party."  The Parties hereby stipulate and agree as follows:

**RECITALS**

A. On February 6, 2019, the Debtors filed a notice of hearing (the "Notice") [Dkt. 353] noticing sixteen (16) motions listed therein for a hearing before the Court at 9:30 a.m. on February 27, 2019.  At the February 27 hearing, four (4) motions, identified in the Notice as the Cash Management Motion [Dkt. 7], the Customer Programs Motion [Dkt. 16], the Operational Integrity Suppliers Motion [Dkt. 12], and the DIP Financing Motion [Dkt. 23] (collectively, the "Motions"), were adjourned to hearings set for March 12, 2019 (as to the Customer Programs Motion) and March 13, 2019 (as to the other three Motions).

B. Pursuant to the *Amended Notice of Agenda for February 27, 2019 9:30 a.m. Omnibus Hearing*, filed by the Debtors on February 26, 2019 [Dkt. 668], the Creditors Committee and the Debtors agreed, and at the February 27 hearing, the Court authorized, that the time for the Creditors Committee to respond to the Motions be extended to 4:00 p.m. (Pacific Time) on March 5, 2019.

C. Proposed counsel for the Creditors Committee has requested, and proposed counsel for the Debtors has agreed, that the time for the Creditors Committee to respond to the Motions be further extended.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. The time for the Creditors Committee to file and serve any response or opposition to the Motions is extended through 4:00 p.m. (Pacific Time) on March 8, 2019.

| | |
|---|---|
| Dated: March 4, 2019 | Dated: March 4, 2019 |
| KELLER & BENVENUTTI LLP | MILBANK LLP |
| /s/ *Jane Kim* <br> Jane Kim | /s/ *Thomas R. Kreller* <br> Thomas R. Kreller |
| *Proposed Attorneys for Debtors and Debtors in Possession* | *Proposed Attorneys for Official Committee of Unsecured Creditors* |