Entered on Docket
March 04, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: March 4, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

---

Victor A. Vilaplana (SBN 58535)
FOLEY & LARDNER LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
T: (858) 847-6759 / F: (858) 792-6773
Email: vavilaplana@foley.com

Erika L. Morabito (pro hac vice pending)
Brittany J. Nelson (pro hac vice pending)
FOLEY & LARDNER LLP
3000 K Street, NW, Suite 600
Washington, DC 20007-5109
T: (202) 672-5300 / F: (202) 672-5399
Email: emorabito@foley.com
       bnelson@foley.com

ATTORNEYS FOR MICHELS CORPORATION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| PG&E CORPORATION | Chapter 11 |
| - and - | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| *All papers shall be filed in the Leas Case, No. 19-30088* | |

Erika L. Morabito, whose business address and telephone number is:

Erika L. Morabito

**FOLEY & LARDNER LLP**

3000 K Street, NW, Suite 600

Washington DC 20007-5109

Tel: (202) 672-5300

Fax: (202) 672-5399

Email: emorabito@foley.com

and who is an active member in good standing of the bars of Commonwealth of Virginia, and the District of Columbia, having applied in the above-captioned bankruptcy cases for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Michels Corporation.

    IT IS HEREBY ORDERED that the application of Erika L. Morabito is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in these bankruptcy cases are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

** END OF ORDER **