IRELL & MANELLA LLP
Jeffrey M. Reisner (143715) (jreisner@irell.com)
Kerri A. Lyman (241615) (klyman@irell.com)
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Creditor
The Davey Tree Expert Company

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors.<br><br>* All papers shall be filed in the Lead Case No. 19-30088 DM. | Case No. 19-30088 DM (Lead Case)<br><br>Chapter 11<br><br>(Jointly Administered Case No. 19-30089 DM)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

**PLEASE TAKE NOTICE THAT** The Davey Tree Expert Company ("Davey"), as a party-in-interest in the above-captioned cases, hereby appears by its counsel, Irell & Manella LLP, and such counsel hereby enters its appearance pursuant to 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 9010(b), and such counsel hereby requests, pursuant to rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, N.D. Cal. L.R. 2002-1, and 11 U.S.C. §§ 342 and 1109(b), that copies of all notices and pleadings given or filed in this case be given and served upon them at the following addresses, emails, and telephone numbers:

**IRELL & MANELLA LLP**
Jeffrey M. Reisner
Kerri A. Lyman
840 Newport Center Drive
Suite 400
Newport Beach, California 92660
Telephone:  (949) 760-5242
Facsimile:  (949) 760-5200
Email: jreisner@irell.com
       klyman@irell.com

and

**THE DAVEY TREE EXPERT COMPANY**
Attn: Erika J. Schoenberger, General Counsel
1500 N. Mantua Street
Kent, Ohio 44240
Telephone:  330-673-9511 Ext. 8549
Email: Erika.Schoenberger@davey.com

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, e-mail, telephone, telecopy or otherwise filed or made with regard to the above-referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE THAT** neither this Notice of Appearance, nor any subsequent appearance, pleading, claim, or suit are not intended as, nor shall be deemed, a

consent to or waiver of Davey's: (i) right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claim, actions, defenses, setoffs, or recoupments to which Davey is or may be entitled under any agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: March 5, 2019

IRELL & MANELLA LLP

By: _____
Jeffrey M. Reisner
Attorneys for Creditor
The Davey Tree Expert Company