MARTHA E. ROMERO, State Bar No. 128144
BAILEY AND ROMERO LAW FIRM
12518 Beverly Boulevard
Whittier, California 90601
(562) 889-0182
Email: marthaeromerolaw@gmail.com

Attorneys for CREDITOR
JENNIFER HORST

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

PACIFIC GAS AND ELECTRIC,

    Debtor(s).

Case No. 19-30088 (DM)
Consolidated with 19-30089
(Jointly Administered)
Chapter 11

**NOTICE OF APPEARANCE AND INCLUSION ON MASTER MAILING LIST BY CREDITOR JENNIFER HORST**

(No Hearing Required)

    PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of: **CREDITOR JENNIFER HORST** an individual Plaintiffs/Claimants seeking damages and other relief arising out of or related to, the "Camp Fire Litigation" in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed chapter 13 plans that have been filed with the court, any other documents or instruments filed in the above-

1

referenced proceedings and any other matter in which notice is required pursuant to Bankruptcy Rules 2002(a) and (b) and/or local court rules.

Copies should be mailed to the creditor in care of the undersigned at the address set forth below.

MARTHA E. ROMERO, State Bar No. 128144
BAILEY AND ROMERO LAW FIRM
12518 Beverly Boulevard
Whittier, California 90601
(562) 889-0182
Email: marthaeromerolaw@gmail.com

Neither this request for special notice nor any subsequent appearance, pleading, claim, proof of claim, document or motion, shall (I) expressly or impliedly designate the undersigned agent for service of process of the generally described Plaintiffs/Claimants, or (ii) constitute a waiver of any of the following rights of such Plaintiffs/Claimants:

(a) Right to have any and all final orders in any and all non-core matters entered only after de novo review by the United States District Court;

(b) Right to trial by jury in any proceeding as to any and all matters so triable, whether or not the same be designated legal or private rights, or in any case, controversy relating hereto notwithstanding any designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

(c) Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject only to mandatory or discretionary withdrawal; and,

(d) Other rights, claims, actions, defenses, setoffs, recoupments, or other matters to which the Plaintiffs/Claimants are entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved by such Plaintiffs/Claimants without exception.

Respectfully submitted

Dated: March 5, 2019         BAILEY AND ROMERO LAW FIRM

                             By /s/ MARTHA E. ROMERO
                                Special Bankruptcy Counsel
                                for Certain Fire Damage
                                Plaintiffs Claimants
                                Relating to the Camp
                                Fire Litigation