Peter P. Meringolo (CA Bar No. 197136)
peter@pmrklaw.com
PMRK Law
201 Spear Street, Suite 1100
San Francisco, CA 94105
T: 415.496.3045
F: 415.496.3091

*Attorneys for Donna Walker*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| In re<br><br>PG&E CORPORATION, INC.,<br><br>Debtor in Possession. | Case. No. 19-30088 DM<br><br>Chapter 11 |
|---|---|
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtor in Possession. | Case. No. 19-30089 DM<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

   PLEASE TAKE NOTICE that PMRK Law appears as counsel in the above-captioned cases on behalf of **Donna Walker**, a creditor therein ("Walker"). Walker requests under Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy

Procedure and other applicable law that an entry be made on the court matrix and that all notices and papers filed and/or served in these cases be served upon:

>Peter P. Meringolo
>PMRK Law
>201 Spear Street, Suite 1100
>San Francisco, CA 94105
>T: 415.496.3045
>F: 415.496.3091
>peter@pmrklaw.com

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed to be a waiver of rights of the above-named parties-in-interest (i) to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) to trial by jury in any proceeding so triable in this case, or any controversy or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any other rights, claims, actions, setoff or recoupments to which **Walker** is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs or recoupments are hereby reserved; or (v) any objection which may be made to the jurisdiction of this Court.

This Notice of Appearance, as well as any subsequent appearance, pleading, claim or suit, are not, shall not be deemed or construed as, a submission of **Walker** to the jurisdiction of the Court concerning any claim or the waiver of any rights of **Walker** to pursue any claims against any person in any

other forum, state or federal, including without limitation, the jurisdiction of the Court to adjudicate non-core matters, all of which rights are reserved without prejudice.

Dated: March 5, 2019          /s/Peter P. Meringolo

                                              PMRK Law
                                              Attorneys for Donna Walker

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

3