Entered on Docket
March 05, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: March 5, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

---

**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Proposed Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**ORDER GRANTING STIPULATION BETWEEN DEBTORS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS EXTENDING TIME TO RESPOND TO MOTIONS TO BE HEARD ON MARCH 12 AND 13, 2019**<br><br>[No Hearing Requested] |

The Court having considered the *Stipulation Between Debtors and Official Committee of Unsecured Creditors Extending Time to Respond to Motions Set for Hearing on March 12 and 13, 2019* ("Stipulation"), entered into by PG&E Corporation ("PG&E Corp.") and Pacific Gas and Electric Company (the "Utility"), as debtors and debtors in possession (collectively, the "Debtors"), on the one hand, and the Official Committee of Unsecured Creditors (the "Creditors Committee"), on the other hand, filed on March 4, 2019; and, pursuant to such stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED:

1. The time for the Creditors Committee to file and serve any response or opposition to the Motions (as defined in the Stipulation) is extended through 4:00 p.m. (Pacific Time) on March 8, 2019.

APPROVED AS TO FORM AND CONTENT:

Dated: March 4, 2019

MILBANK LLP

/s/ *Thomas R. Kreller*
Thomas R. Kreller

*Proposed Attorneys for*
*Official Committee of Unsecured Creditors*

**END OF ORDER**