Lillian G. Stenfeldt (Cal Bar No. 104929)
Phillip K. Wang (Cal Bar No. 186712)
RIMON, P.C.
One Embarcadero Center, Suite 400
San Francisco, California 94111
Telephone: (415) 915-5192
Facsimile: (415) 683-5472
Email: lillian.stenfeldt@rimonlaw.com

Attorney(s) for Creditor
PIVOT INTERIORS, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtor(s). | Case No. 19-30088 (DM)<br>(Lead Case)<br><br>Chapter 11<br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE** that Pivot Interiors, Inc., ("Creditor") creditor and party in interest in the above-captioned bankruptcy case (the "Bankruptcy Case"), by and through its counsel, RIMON, P.C., hereby enters this appearance pursuant to Federal Rules of Bankruptcy Procedure §§2002, 9007 and 9010, or pursuant to any other applicable rule or statute, and requests that the counsel listed below be added to the official mailing matrix, CM/ECF and/or any other electronic notice lists, and service lists in these Bankruptcy Cases.

Creditor further requests that copies of all notices and pleadings given or required to be given in these Bankruptcy Cases, including, but not limited to, all notices, orders, other pleadings or papers served in these Bankruptcy Cases, including in adversary proceedings, be given and served upon RIMON, P.C. at the following address:

>Lillian G. Stenfeldt
>**RIMON, P.C.**
>One Embarcadero Center, Suite 400
>San Francisco, CA 94111
>Telephone: (415) 915-5192
>Facsimile: (415) 683-5472
>lillian.stenfeldt@rimonlaw.com

>Phillip K. Wang
>**RIMON, P.C.**
>One Embarcadero Center, Suite 400
>San Francisco, CA 94111
>Telephone: (415) 968-2002
>phillip.wang@rimonlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request encompasses, without limitation, all orders, notices, petitions, schedules, statements, objections, pleadings, applications, motions, requests, complaints or demands or whether formal or informal, written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile transmission, electronic mail, telex or otherwise that (i) affects or purports to affect in any way, any rights or interests of the Debtors or any creditor or party-in-interest in this case.

**PLEASE TAKE FURTHER NOTICE** that Creditor does not, by filing this Notice of Appearance and Request for Special Notice, nor any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Notice of Appearance and Request for Special Notice constitute a waiver of any of its rights: (i) to have final orders in non-core and core matters in which the Bankruptcy Court does not have final adjudicatory authority entered only after de novo review by a District Court Judge; (ii) to trial by jury in any proceedings so triable in this case, or any controversy or proceeding related to this case; (iii) to have the District Court

withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, which Creditor expressly reserves.

DATED this 5th day of March, 2019

**RIMON, P.C.**

By: */s/Lillian G. Stenfeldt*
Lillian G. Stenfeldt
T. (415) 915-5192
F. (415) 683-5472
lillian.stenfeldt@rimonlaw.com

*Attorney(s) for Pivot Interiors, Inc.*

# CERTIFICATE OF SERVICE
## STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

**PG&E Corporation and Pacific Gas and Electric Company**
**U.S.B.C., Northern District of California, Case No. 19-30088 (DM)**

I, Ashley Frisch, am an employee with the firm of RIMON, P.C., and hereby certify that on March 5, 2019, the Notice of Appearance and Request for Special Notice was served by electronic transmission via the Court's CM/ECF System on all counsel of record who are authorized to receive Notices. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 5, 2019

_Ashley N. Frisch_
Ashley Frisch