IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PACIFIC GAS & ELECTRIC CO.,<br><br>         Debtor. | Chapter 11<br><br>Case No. 19-30089 |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

  Please take notice that Valley Clean Energy Alliance ("VCE") hereby appears in this Chapter 11 case by its counsel, Best Best & Krieger LLP and Yolo County Counsel, and requests, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") that all notices given in these cases and all papers served or required to be served in these cases, be given to and served upon the undersigned counsel at the address set forth below. Email address is included and notice by email is affirmatively acknowledged as being acceptable:

    Harriet Steiner
    BEST BEST & KRIEGER LLP
    500 Capitol Mall, Suite 1700
    Sacramento, CA 95814
    Telephone: (916) 325-4000
    Facsimile: (916) 325-4010
    Email: harriet.steiner@bbklaw.com

    Eric May
    Senior Deputy County Counsel
    COUNTY OF YOLO
    625 Court Street, Room 201
    Woodland, CA 95695
    Telephone: (530) 666-8278
    Facsimile: (530) 666-8279
    eric.may@yolocounty.org

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, order, application, complaint, demand, motion petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail hand delivery, telegraph, telex, or otherwise filed or made with regard to the referenced case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers is neither intended as, nor is it a consent of, VCE to jurisdiction of the Bankruptcy Court nor, specifically but not limited to, a waiver of VCE's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal or have (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which VCE is or may be entitled under agreements, in law, or in equity, all of which rights, claims, action, defenses, setoffs, and recoupments are expressly reserved.

Dated: March 6, 2019

BEST BEST & KRIEGER LLP

By: */s/ Harriet Steiner*
Harriet Steiner,
Attorneys for Valley Clean Energy Alliance

82499.04011\31785432.2

## CERTIFICATE OF SERVICE

On March 6, 2019, I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Notice was served upon all registered CM/ECF users who have appeared in this case.

                                                */s/ Harriet Steiner*
                                                Harriet Steiner