| | |
|---|---|
| 1 | Mikel R. Bistrow (SBN 102978)<br>DINSMORE & SHOHL LLP<br>655 West Broadway, Ste. 800<br>San Diego, California 92101<br>Telephone:(619) 400-0500<br>mikel.bistrow@dinsmore.com<br><br>-and-<br><br>Kim Martin Lewis (*Pro Hac Vice Pending*)<br>Alexandra Horwitz (*Pro Hac Vice Pending*)<br>DINSMORE & SHOHL LLP<br>255 E. 5th Street, Ste. 1900<br>Cincinnati, Ohio 45202<br>Telephone:(513) 977-8200<br>kim.lewis@dinsmore.com<br>allie.horwitz@dinsmore.com<br><br>*Attorneys for G4S USA, G4S Secure Solutions (USA), Inc. and G4S Secure Integration LLC* | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*  All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br><br>**APPLICATION FOR ADMISSION OF KIM MARTIN LEWIS *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Kim Martin Lewis, an active member in good standing of the bar of the state of Ohio, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing G4S Secure Solutions (USA) Inc. and G4S Secure Integration LLC and their affiliates, in the above-entitled action.

1

In support of this application, I certify on oath that:

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Mikel R. Bistrow
> DINSMORE & SHOHL LLP
> 655 West Broadway
> San Diego, California 92101
> Telephone: (619) 400-0500
> mikel.bistrow@dinsmore.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 5, 2019

Kim Martin Lewis