Jay M. Ross (State Bar No. 151750)
Monique D. Jewett-Brewster (State Bar No. 217792)
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790

Attorneys for Interested Party
The City of Oakland

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtor<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD;

PLEASE TAKE NOTICE that Hopkins & Carley, a Law Corporation, hereby appears in the above-captioned jointly administered cases (the "Chapter 11 Cases") as counsel of record for and on behalf of Interested Party THE CITY OF OAKLAND (the "City"). Copies of all notices
HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO
BURBANK

853\3219335.1

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Case: 19-30088    Doc# 758    Filed: 03/06/19    Entered: 03/06/19 11:19:50    Page 1 of 3

given or required to be given in the Chapter 11 Cases, and all papers served or required to be served in the Chapter 11 Cases, be given to and served upon the following:

Jay M. Ross
Monique D. Jewett-Brewster
Hopkins & Carley, a Law Corporation
70 South First Street
San Jose, CA 95113
Telephone: (408) 286-9800
Facsimile (408) 998-4790
jross@hopkinscarley.com
mjb@hopkinscarley.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, a request for service of all orders and notices of any application (including those required by Federal Rule of Bankruptcy Procedure 2002), motion, petition, pleading, request, chapter 11 plan, disclosure statement, complaint, or demand, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise filed or made with regard to the Chapter 11 Cases and any and all adversary proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim, or suit shall constitute a waiver of the City's rights (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in non-core matters entered only after *de novo* review by a higher court; (3) to trial by jury in any proceeding so triable herein or any case, controversy, or proceeding related to hereto; (4) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which the City is or may be entitled under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

///

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO
BURBANK

853\3219335.1

- 2 -

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Case: 19-30088    Doc# 758    Filed: 03/06/19    Entered: 03/06/19 11:19:50    Page 2 of 3

**PLEASE TAKE FURTHER NOTICE** that the City does not consent to the entry of final orders or judgments by the Court if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

Dated: March 6, 2019

HOPKINS & CARLEY
A Law Corporation

By: /s/ *Monique D. Jewett-Brewster*
Monique D. Jewett-Brewster
Attorneys for Interested Party
The City of Oakland