

Signed and Filed: March 6, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION<br>- and –<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF KIM MARTIN LEWIS *PRO HAC VICE*** |

Kim Martin Lewis, whose business address and telephone number is DINSMORE & SHOHL LLP, 255 E. 5th Street, Suite 1900, Cincinnati, OH 45202, (513) 977-8200, and who is an active member in good standing of the bar of the state of Ohio, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing G4S Secure Solutions (USA) Inc., G4S Secure Integration LLC and their affiliates.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**