McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
H Annie Duong, #319953
annie.duong@mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Attorneys for Creditor
PHILIP VERWEY d/b/a
PHILIP VERWEY FARMS.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In Re**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY, and**<br><br>**PG&E CORPORATION**<br><br>Debtors. | Bankruptcy Cases<br>19-30088-DM (Lead Case)<br>19-30089-DM<br><br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE** |

PLEASE TAKE NOTICE, H. Annie Duong of the firm McCormick Barstow LLP, 7647 N. Fresno Street, Fresno, CA 93720, that pursuant to Federal Rules of Bankruptcy Procedure 9010, does hereby appear as counsel on behalf of Creditor Philip Verwey d/b/a Philip Verwey Farms ("PVF") and requests that all notices given or required to be given and papers served or required to be served, filed with the Court, or delivered to the Trustee in this case, be served upon the following address:

H. Annie Duong
c/o Philip Verwey d/b/a Philip Verwey Farms
McCormick Barstow LLP
7647 North Fresno Street
Fresno, California 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

PLEASE TAKE NOTICE, that this Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of procedural or substantive rights nor construed as a waiver of: (1) the right to have final orders entered only after a *de novo* review by a District Court Judge, (2) the

right to have the reference withdrawn by the District Court Judge in any matter subject to mandatory or discretionary withdrawal, (3) right to trial by jury in any proceeding as triable in these cases, or (4) any other rights, claims, actions, offsets, or recoupments to which Creditor PVF is or may be entitled to, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: March 6, 2019

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ H Annie Duong
H Annie Duong
Attorneys for Creditor
PHILIP VERWEY d/b/a PHILIP VERWEY FARMS