JOZEL BRUNETT, Chief Counsel, SBN 124188
TODD M. BAILEY, Tax Counsel IV, SBN 109519
State of California Franchise Tax Board
Mail Stop A-260
P.O. Box 1720
Rancho Cordova, CA 95741-1720
Telephone: 916/845-6340
Facsimile: 916-845-0241
E-mail: todd.bailey@ftb.ca.gov

Attorneys for California Franchise Tax Board

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>and<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* All papers shall be filed in the Lead Case No. 19-30088 DM | Bankruptcy Case No. 19-30088 DM<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**CALIFORNIA FRANCHISE TAX BOARD'S WITHDRAWAL OF NOTICE OF APPEARANCE** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that California Franchise Tax Board ("FTB") hereby withdraws its Notice of Appearance and Request for Notice, filed as docket no. 360 in the instant matter.

Dated: March 6, 2019                                    FRANCHISE TAX BOARD

                                                     By:  /s/ Todd M. Bailey
                                                       Todd M. Bailey
                                                       Attorneys for California Franchise Tax Board