WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Proposed Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF STEPHEN L. SCHIRLE IN SUPPORT OF MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 363(b) AND 105(a) FOR AUTHORITY TO CONTINUE PERFORMANCE UNDER PREPETITION SETTLEMENT AGREEMENT WITH BUTTE COUNTY DISTRICT ATTORNEY'S OFFICE TO FUND ENHANCED FIRE PREVENTION AND COMMUNICATIONS PROGRAM**<br><br>Date:  March 27, 2019<br>Time:  9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>           Courtroom 17, 16th Floor<br>           San Francisco, CA 94102 |

I, Stephen L. Schirle, hereby declare under the penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

I am Chief Counsel, Litigation, at Pacific Gas and Electric Company (the "**Utility**" and collectively with PG&E Corporation the "**Debtors**"). I joined the Utility Law Department on March 30, 1998 and have served in the litigation group continuously since that time. From July 2005 to April 2017, I was the lead attorney in the litigation group.

I am knowledgeable and familiar with the Utility's litigation, including settlement agreements involving the Utility. I am authorized to submit this Declaration on behalf of the Debtors. The facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, information provided to me by the Debtors' other employees or the Debtors' legal advisors, or from other members of the litigation group. If called upon to testify, I would testify to the facts set forth in this Declaration.

I submit this Declaration in support of the *Motion of Debtors Pursuant to 11 U.S.C. §§ 363(b) and 105(a) for Authority to Continue Performance Under Prepetition Settlement Agreement with Butte County District Attorney's Office to Fund Enhanced Fire Prevention and Communications Program* (the "**Prepetition Settlement Motion**").

In early October 2017, the Cherokee Fire, Honey Fire, and LaPorte Fires started in Butte County (collectively, the "**2017 Butte County Fires**"). During the second quarter of 2018, the California Department of Forestry and Fire Protection ("**Cal Fire**") issued news releases announcing its determination of the causes of, among other things, the 2017 Butte County Fires. According to the Cal Fire releases, the Cherokee, Honey and LaPorte fires were caused by trees coming into contact with power lines, and Cal Fire referred the Honey fire to the District Attorney's Office of Butte County, California (the "**District Attorney**") for investigation. In connection with the investigation, and the Utility's and the State's common interest in fire safety and reducing the risk of fires caused by vegetation coming into contact power lines and equipment, the Utility determined that it was appropriate to enter into the Settlement Agreement with the People currently represented by the District Attorney to help further reduce wildfire risk.

Pursuant to the Settlement Agreement,[1] the Utility agreed to provide funding to Butte County through the District Attorney for an Enhanced Fire Prevention and Communications Program (the "**Program**") to be run and administered by the Butte County Fire Department (the "**Fire Department**"). It is my understanding the Settlement Agreement and the Program are designed to promote increased coordination and communications between the Utility and the People. Specifically, in accordance with the Settlement Agreement, the Utility has agreed to participate in quarterly meetings with the Fire Department and County officials to report on (i) the Utility's vegetation management practices and plans in Butte County; (ii) the results of the Utility's quality assurance and quality control work in Butte County; and (iii) the Utility's vegetation management contractor training and certification materials. The Settlement Agreement and Program also establish a time frame and process by which the Fire Department can notify the Utility of any compliance issues or concerns, including any imminent threats, and for the Utility to respond and, if necessary, cure such issues or concerns prior to any citation issuing. If the Fire Department inspectors hired under the Program identify any alleged or potential violation or compliance concern, the Fire Department shall notify the Utility of each alleged or potential violation or compliance concern. If the Utility resolves the alleged or potential violation or compliance concern within a reasonable time, generally not to exceed thirty (30) days of receiving such notice, no citation shall be issued for that alleged violation or compliance concern. If there is an alleged or potential violation or compliance concern that the Fire Department determines is a "burner" or another situation where there is immediate peril of fire, the Fire Department shall issue to the Utility a notice of such immediate threat. The Utility will immediately resolve such notices, within twenty-four (24) hours.

To fund the Program, the Utility agreed to pay the sum of up to one million five hundred thousand dollars ($1,500,000) to be administered by the District Attorney over a period from January 1, 2019 to December 31, 2023. Any amounts paid by the Utility will be used, among other things, for the purposes of hiring four (4) inspectors, purchasing and funding inspection vehicles and a trailer, paying for related office equipment, and funding other expenses related to the Program. Pursuant to the Settlement Agreement, Program payments are required to be made by the Utility into a separate Butte County

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Supplemental Motion.

Enhanced Fire Prevention and Communications Special Revenue Fund ("**Fund**") in the following installments:

    a) The first installment of $500,000 was paid November 2, 2018 (within 30 days of the effective date of the Settlement Agreement);

    b) The second installment of $500,000 is due on April 2, 2019;

    c) The third installment of $400,000 is due on September 29, 2019; and

    d) Any remaining installments, not to exceed $100,000, will be paid upon the request of the District Attorney and Fire Department after September 29, 2019, but prior to the Settlement Agreement expiration date on December 31, 2023.

Accordingly, as of the date of the Prepetition Settlement Motion, the total maximum amount outstanding under the Settlement Agreement will not exceed one million dollars ($1,000,000). The Settlement Agreement was entered into without any admission of liability or wrongdoing on the part of the Utility. Further, the Settlement Agreement also includes a covenant that the People, including by and through the District Attorney, agree not to commence or prosecute any civil or criminal actions, charges, causes of actions or proceeding against the PG&E Released Parties related to the Settled Matters.

It is my understanding that Butte County is in the process of obtaining approvals to use the initial $500,000 payment to purchase equipment and recruit personnel and would like assurance that the Utility remains committed to honoring its obligations under the Settlement Agreement. The Utility entered into the Settlement Agreement because it shares a common interest with the District Attorney in safety and the reduction of the risk of wildfires. The Settlement Agreement furthers the Debtors' objective of keeping their customers and the communities they serve safe by promoting increased reporting, accountability, and communication. It also furthers the Debtors' interest of resolving all matters related to the 2017 Butte County Fires with the People through the District Attorney. Accordingly, I believe the Prepetition Settlement Motion is in the best interest of the Debtors, their estates, creditors, shareholders, and all other parties in interest and should be approved.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Pursuant to section 1746 of title 28 of the United States Code, I declare under the penalty of perjury that the foregoing is true and correct.

Dated: March 6, 2019

By: _____
Stephen L. Schirle