Julie E. Oelsner, State Bar No. 125432
**weintraub tobin** chediak coleman grodin
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
(916) 558-6000 – Telephone
(916) 446-1611 – Facsimile
joelsner@weintraub.com – E-Mail

Attorneys for Intech Mechanical

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | Case No.: 19-30088 (DM) |
| PG&E CORPORATION | Chapter 11 |
| and | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors. | |

## INTECH MECHANICAL'S NOTICE OF PERFECTION OF LIEN
## (11 U.S.C. §§ 546 and 362)

TO THE CLERK OF THE BANKRUPTCY COURT, THE DEBTORS, AND ALL OTHER INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:

You are hereby notified that Intech Mechanical (hereinafter "Intech") hereby perfects and continues to perfect, under 11 United States Code Sections 546(b) and 362(b)(3), its mechanic's lien in the principal amounts, after deducting all creditors and offsets, of $144,261.25 for labor, equipment, material, and services provided by Intech generally described as electrical construction and related materials, labor, equipment, and services, incorporated in and constituting improvements to the real property commonly known as PG&E VCOC Building 1 – HVAC, 4940 Allison Parkway, Vacaville, California 95688. The purported

owner of the property in question is Pacific Gas & Electric Co., 1850 Gateway Boulevard, 7th Floor, Concord, California 94250. Intech furnished the above-described labor, equipment, materials and services at the special instance and request of, and pursuant to a contract with Turner Construction Company, 1211 H Street, Sacramento, California 95814. This Notice constitutes the legal equivalent of having recorded a mechanic's lien and then having commenced a suit to foreclose upon the mechanic's lien. A true and correct copy of Intech's lien is attached hereto as *Exhibit A*.

You are further notified that Intech intends to enforce the lien to the fullest extent allowed by bankruptcy law and California law. This pleading does not constitute an admission as to the necessity of any such seizure or commencement.

Dated: March 6, 2019

**weintraub tobin** chediak coleman grodin
law corporation

By: /s/ Julie E. Oelsner
Julie E. Oelsner, State Bar No. 125432
Attorneys for Intech Mechanical

# PROOF OF SERVICE

I am a citizen of the United States, employed in the City and County of Sacramento, California. My business address is 400 Capitol Mall, 11th Floor, Sacramento, California 95814. I am over the age of 18 years and not a party to, nor interested in, the within action. On March 6, 2019, I caused to be served the following:

### INTECH MECHANICAL'S NOTICE OF PERFECTION OF LIEN

\_\_\_\_\_ United States mail by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this office's practice whereby the mail is deposited in a United States mailbox after the close of the day's business.

\_\_\_\_\_ United States First Class mail by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this office's practice whereby the mail is deposited in a United States mailbox after the close of the day's business.

\_\_\_\_\_ By personally delivering, or causing to be delivered, a true copy thereof to the persons at the addresses set forth below.

\_\_X\_\_ CM/ECF Participants

I declare under penalty of perjury that the foregoing is true and correct. Executed March 6, 2019, at Sacramento, California.

/s/ Brenda Jennings
Brenda Jennings

Exhibit A

# CALIFORNIA PRELIMINARY NOTICE

*In accordance with section 8102, 8202 and 9303, California Civil Code. THIS IS NOT A LIEN.*
*This is NOT a reflection on the integrity of any contractor or subcontractor.*

**CONSTRUCTION LENDER OR REPUTED CONSTRUCTION LENDER**

NONE

**OWNER OR REPUTED OWNER(S)/PUBLIC ENTITY**

Pacific Gas & Electric Company
245 Market Street
San Francisco, CA 94111

**DIRECT CONTRACTOR OR REPUTED DIRECT CONTRACTOR**

※ Turner Construction Company
1211 H Street
Sacramento, CA 95814

**OTHER**

Name and address of claimant giving notice:
Intech Mechanical Company LLC
7501 Galilee Rd., Roseville, CA 95678

has furnished or will furnish labor, service, equipment or material of the following general description:
HVAC work per Subcontract Work Order # 4700103199,
dated 5/03/18, and Project #171107.

Description of job site sufficient for identification:
PG&E VCOC Building 1 - HVAC
4940 Allison Parkway, Vacaville, CA 95688

The name of the person or firm who contracted for the purchase of such labor, service, equipment or material furnished is:
Turner Construction Company
1211 H Street, Sacramento, CA 95814

An estimate of the total price of the labor, service, equipment or material provided or to be provided is:
$ 551,300.00

**NOTICE TO PROPERTY OWNER**
**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.**

**This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.**

**If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.**

Date: 6/04/18

Signature: *[signature]*

Case: 19-30088    Doc# 774    Filed: 03/06/19    Entered: 03/06/19 17:04:20    Page 5 of 13

# Proof of Notice Declaration
(California Civil Code Section 8118)

I, Angela Familia _____ declare:

## IF BY MAIL

That I served copies of this Preliminary Notice by registered or certified mail (or express mail), postage prepaid, on the persons named, at the places and on the date(s) shown below.

## IF BY PERSONAL SERVICE

That I served copies of this Preliminary Notice on the persons named, at the places and on the date(s) shown below:

## IF PURSUANT TO CCP § 415.20

That I served copies of this Preliminary Notice by leaving the Notice and mailing a copy of the Notice on the persons named, at the places and on the date(s) shown below:

| | | |
|---|---|---|
| Lender | NONE | _____ (date) <br> _____ (place of service) |
| Owner or Public Body | Pacific Gas & Electric Company <br> 245 Market Street <br> San Francisco, CA 94111 | 6/04/18 (date) <br> San Francisco, CA (place of service) |
| Direct Contractor | Turner Construction Company <br> 1211 H Street <br> Sacramento, CA 95814 | 6/04/18 (date) <br> Sacramento, CA (place of service) |

Documentation of service by mail (if served by mail), as required by Civil Code Section 8118, is attached hereto.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 6/04/18 (date), at Roseville (place of signature), California

*(signature of person making service)*

# CALIFORNIA PRELIMINARY NOTICE

*In accordance with section 8102, 8202 and 9303, California Civil Code. THIS IS NOT A LIEN.*
*This is NOT a reflection on the integrity of any contractor or subcontractor.*

**CONSTRUCTION LENDER OR REPUTED CONSTRUCTION LENDER**

NONE

**OWNER OR REPUTED OWNER(S)/PUBLIC ENTITY**

✱ Pacific Gas & Electric Company
245 Market Street
San Francisco, CA 94111

**DIRECT CONTRACTOR OR REPUTED DIRECT CONTRACTOR**

Turner Construction Company
1211 H Street
Sacramento, CA 95814

**OTHER**

Name and address of claimant giving notice:
Intech Mechanical Company LLC
7501 Galilee Rd., Roseville, CA 95678

has furnished or will furnish labor, service, equipment or material of the following general description:
HVAC work per Subcontract Work Order # 4700103199,
dated 5/03/18, and Project #171107.

Description of job site sufficient for identification:
PG&E VCOC Building 1 - HVAC
4940 Allison Parkway, Vacaville, CA 95688

The name of the person or firm who contracted for the purchase of such labor, service, equipment or material furnished is:
Turner Construction Company
1211 H Street, Sacramento, CA 95814

An estimate of the total price of the labor, service, equipment or material provided or to be provided is:
$ 551,300.00

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.

This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Date: 6/04/18
Signature: *[signature]*

# Proof of Notice Declaration
(California Civil Code Section 8118)

I, Angela Familia _____ declare:

## IF BY MAIL

That I served copies of this Preliminary Notice by registered or certified mail (or express mail), postage prepaid, on the persons named, at the places and on the date(s) shown below.

## IF BY PERSONAL SERVICE

That I served copies of this Preliminary Notice on the persons named, at the places and on the date(s) shown below:

## IF PURSUANT TO CCP § 415.20

That I served copies of this Preliminary Notice by leaving the Notice and mailing a copy of the Notice on the persons named, at the places and on the date(s) shown below:

| | | |
|---|---|---|
| Lender | NONE | _____ *(date)* <br><br> _____ *(place of service)* |
| Owner or Public Body | Pacific Gas & Electric Company <br> 245 Market Street <br> San Francisco, CA 94111 | 6/04/18 *(date)* <br><br> San Francisco, CA *(place of service)* |
| Direct Contractor | Turner Construction Company <br> 1211 H Street <br> Sacramento, CA 95814 | 6/04/18 *(date)* <br><br> Sacramento, CA *(place of service)* |

Documentation of service by mail (if served by mail), as required by Civil Code Section 8118, is attached hereto.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 6/04/18 *(date)*, at Roseville *(place of signature)*, California

*(Signature of person making service)*

# CALIFORNIA PRELIMINARY NOTICE

*In accordance with section 8102, 8202 and 9303, California Civil Code. THIS IS NOT A LIEN.*
*This is NOT a reflection on the integrity of any contractor or subcontractor.*

**CONSTRUCTION LENDER OR**
**REPUTED CONSTRUCTION LENDER**

NONE

**OWNER OR**
**REPUTED OWNER(S)/PUBLIC ENTITY**

Pacific Gas & Electric Company
245 Market Street
San Francisco, CA 94111

**DIRECT CONTRACTOR OR**
**REPUTED DIRECT CONTRACTOR**

Turner Construction Company
1211 H Street
Sacramento, CA 95814

**OTHER**

Name and address of claimant giving notice:
Intech Mechanical Company LLC
7501 Galilee Rd., Roseville, CA 95678

has furnished or will furnish labor, service, equipment or material of the following general description:
HVAC work per Subcontract Work Order # 4700103199,
dated 5/03/18, and Project #171107.

Description of job site sufficient for identification:
PG&E VCOC Building 1 - HVAC
4940 Allison Parkway, Vacaville, CA 95688

The name of the person or firm who contracted for the purchase of such labor, service, equipment or material furnished is:
Turner Construction Company
1211 H Street, Sacramento, CA 95814

An estimate of the total price of the labor, service, equipment or material provided or to be provided is:
$ 551,300.00

**NOTICE TO PROPERTY OWNER**
**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.**

**This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.**

**If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.**

Date: _____

Signature: _____

# Proof of Notice Declaration
(California Civil Code Section 8118)

I, Angela Familia _____ declare:

## IF BY MAIL

That I served copies of this Preliminary Notice by registered or certified mail (or express mail), postage prepaid, on the persons named, at the places and on the date(s) shown below.

## IF BY PERSONAL SERVICE

That I served copies of this Preliminary Notice on the persons named, at the places and on the date(s) shown below:

## IF PURSUANT TO CCP § 415.20

That I served copies of this Preliminary Notice by leaving the Notice and mailing a copy of the Notice on the persons named, at the places and on the date(s) shown below:

| | | |
|---|---|---|
| Lender | NONE | _____ *(date)* <br><br> _____ *(place of service)* |
| Owner or Public Body | Pacific Gas & Electric Company <br> 245 Market Street <br> San Francisco, CA 94111 | _____ *(date)* <br><br> _____ *(place of service)* |
| Direct Contractor | Turner Construction Company <br> 1211 H Street <br> Sacramento, CA 95814 | _____ *(date)* <br><br> _____ *(place of service)* |

Documentation of service by mail (if served by mail), as required by Civil Code Section 8118, is attached hereto.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _____ , at Roseville _____ , California
            *(date)*                    *(place of signature)*

_____
*(Signature of person making service)*

# PRE-LIEN INFORMATION


18.09
Kevin

| | |
|---|---|
| Project: | PG&E VCOC Building 1 - HVAC<br>Project # 171107 |
| Project Location: | 4940 Allison Parkway<br>Vacaville, CA 95688 |
| General Contractor: | Turner Construction Company<br>1211 H Street<br>Sacramento, CA 95814<br><br>**Project Executive:** Dan Wheeler<br>916-554-7933<br><br>**Project Manager:** Drake Costa<br>916-956-1206<br>Andrew Brumley<br>916-599-9259 |
| Owner: | Pacific Gas & Electric Company<br>245 Market St.<br>San Francisco, CA 94111 |
| Construction Lender: | No |
| Bond: | None |
| Certified Payroll: | Yes<br>**LCP Tracker – contact** Lacey Reveles: lreveles@tcco.com<br>or Marcella Gonzalez: mgonzalez@tcco.com |
| Accountant: | Joy Garcia<br>Phone: 916-554-7938<br>email: jogarcia@tcco.com<br>invoices: ncapc@tcco.com |

If you have any questions in reference to the information provided above, please contact
Debbie DeVries @ 916-554-7930

# SUBCONTRACT WORK ORDER

**Turner Construction Company**

| Subcontractor:<br>Intech Mechanical Company LLC<br>7501 Galilee Road, Roseville, CA, 95678 | Office:<br>Sacramento | | Date:<br>05/03/2018 |
|---|---|---|---|
| | Contract:<br>PG&E VCOC Building 1 | | Project Number:<br>171107 |
| | Subcontract Work:<br>HVAC | Sub#<br>10111530 | Work Order#<br>4700103199 |

The terms and conditions of the Master Subcontract dated **01/01/2015** shall govern this Subcontract Work Order (SWO) with the exception of those modifications listed below:

1. Project: **PG&E VCOC Building 1 Expansion**

2. Premises: **4940 Allison Parkway, Vacaville, CA, 95688**

3. Architect: DGA

4. Owner: **PG&E Corporation**

5. Date of General Contract: **07/15/2017**

6. Overhead Markup: **See Formula for Changes**

7. Profit Markup: **See Formula for Changes**

8. Reserve applicable to this SWO is as follows: **10.00%**

9. All invoices are to be identified to the above referenced SWO Number. Invoices are to be submitted to **Turner Construction Company,** located at **1211 H Street, Sacramento, CA, 95814**.

10. Insurance Requirements

    1. Worker's Compensation in accordance with Laws of the State in which the Work is situated.

    2. General Liability: $ **3,000,000.00** / combined single limit.
       General Aggregate: $ **3,000,000.00**

       __X__. Subcontractor Election A). The above insurance coverages shall be provided by insurance companies selected by the Subcontractor.
       
       or
       
       ____. Subcontractor Election B). The above insurance coverages shall be provided through a consolidated insurance program (CCIP) arranged by **Turner Construction Company.** $ _____ (The "Estimated Unburdened Payroll") warranted by Subcontractor as accurate for calculation of Insurance Premium for Subcontractor and enrolled Lower Tiers.

          ____. Subcontractor Election B, Sub-Part B-1. Project utilizes a consolidated insurance program (CCIP) arranged by **Turner Construction Company.** Subcontractor is an Excluded Prime Tier with Enrolled Lower Tier Subcontractors. $ _____ (The "Estimated Unburdened Payroll") warranted by Subcontractor as accurate for calculation of Insurance Premium for enrolled Lower Tiers.
          
       or
       
       ____. Subcontractor Election C). The above insurance coverages shall be provided through an Owner Controlled Insurance Program (OCIP.)

    3. Automobile Liability: $ **1,000,000.00** / per accident

4. Additional Insured: **Turner Construction Company, The Turner Corporation, Owner** .

11. 100% Payment & Performance Bonds (Y/N): **No**

    A. If a Payment and Performance Bond is required by this SWO, Subcontractor and its surety hereby agree to execute and deliver to Turner in connection with the issuance of Change Orders under this SWO, Rider "A" amendments increasing the amount (penal sum) of the performance and payment bonds when Subcontractor is requested by Turner to do so. The reasonable premiums or other charges paid by Subcontractor for the procurement of the Rider "A" amendment requested by Turner will be paid as a part of the Change Order.

12. SWO Amount: **$ 551,300.00**

13. Additional Provisions:
    **2A and 16A**

**Intech Mechanical Company LLC**

BY: *Gary Myers*   5/4/2018
— 0FDE0BEC3ABC474...

**Turner Construction Company**

BY: *Dan R. Wheeler*   5/4/2018
— 85325...Dan R. Wheeler - **General Manager**