Julie E. Oelsner, State Bar No. 125432
**weintraub tobin** chediak coleman grodin
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
(916) 558-6000 – Telephone
(916) 446-1611 – Facsimile
joelsner@weintraub.com – E-Mail

Attorneys for Intech Mechanical

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case No.: 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |

**INTECH MECHANICAL'S NOTICE OF PERFECTION OF LIEN**
**(11 U.S.C. §§ 546 and 362)**

TO THE CLERK OF THE BANKRUPTCY COURT, THE DEBTORS, AND ALL OTHER INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:

You are hereby notified that Intech Mechanical (hereinafter "Intech") hereby perfects and continues to perfect, under 11 United States Code Sections 546(b) and 362(b)(3), its mechanic's lien in the principal amounts, after deducting all creditors and offsets, of $10,750.00 for labor, equipment, material, and services provided by Intech generally described as electrical construction and related materials, labor, equipment, and services, incorporated in and constituting improvements to the real property commonly known as PG&E Auburn SC IT Consolidation. The purported owner of the property in question is Pacific Gas &

Electric Co., 1850 Gateway Boulevard, 7th Floor, Concord, California 94250. Intech furnished the above-described labor, equipment, materials and services at the special instance and request of, and pursuant to a contract with Roebbelen Contracting, Inc., 1241 Hawks Flight Court, El Dorado Hills, California 95762. This Notice constitutes the legal equivalent of having recorded a mechanic's lien and then having commenced a suit to foreclose upon the mechanic's lien. A true and correct copy of Intech's lien is attached hereto as *Exhibit A*.

You are further notified that Intech intends to enforce the lien to the fullest extent allowed by bankruptcy law and California law. This pleading does not constitute an admission as to the necessity of any such seizure or commencement.

Dated: March 6, 2019

**weintraub tobin** chediak coleman grodin
law corporation

By: /s/ Julie E. Oelsner
Julie E. Oelsner, State Bar No. 125432
Attorneys for Intech Mechanical

# PROOF OF SERVICE

I am a citizen of the United States, employed in the City and County of Sacramento, California. My business address is 400 Capitol Mall, 11th Floor, Sacramento, California 95814. I am over the age of 18 years and not a party to, nor interested in, the within action. On March 6, 2019, I caused to be served the following:

### INTECH MECHANICAL'S NOTICE OF PERFECTION OF LIEN

\_\_\_\_ United States mail by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this office's practice whereby the mail is deposited in a United States mailbox after the close of the day's business.

\_\_\_\_ United States First Class mail by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this office's practice whereby the mail is deposited in a United States mailbox after the close of the day's business.

\_\_\_\_ By personally delivering, or causing to be delivered, a true copy thereof to the persons at the addresses set forth below.

__X__ CM/ECF Participants

I declare under penalty of perjury that the foregoing is true and correct. Executed March 6, 2019, at Sacramento, California.

/s/ Brenda Jennings
Brenda Jennings

Exhibit A

# CALIFORNIA PRELIMINARY NOTICE

*In accordance with section 8102, 8202 and 9303, California Civil Code. THIS IS NOT A LIEN.*
*This is NOT a reflection on the integrity of any contractor or subcontractor.*

## CONSTRUCTION LENDER OR REPUTED CONSTRUCTION LENDER

None

## OWNER OR REPUTED OWNER(S)/PUBLIC ENTITY

Pacific Gas & Electric
245 Market Street
San Francisco, CA 94105

## DIRECT CONTRACTOR OR REPUTED DIRECT CONTRACTOR

Roebbelen Contracting, Inc.
1241 Hawks Flight Court
El Dorado Hills, CA 95762

## OTHER

---

Name and address of claimant giving notice:
Intech Mechanical Company LLC
7501 Galilee Rd., Roseville, CA 95678

has furnished or will furnish labor, service, equipment or material of the following general description:
HVAC, Controls, & Plumbing per Contract dated
4/03/18 & Job # 21-18-315.

Description of job site sufficient for identification:
PG&E Auburn SC IT Consolidation
343 Sacramento St., Auburn, CA 95603

The name of the person or firm who contracted for the purchase of such labor, service, equipment or material furnished is:
Roebbelen Contracting, Inc.
1241 Hawks Flight Court, El Dorado Hills, CA 95762

An estimate of the total price of the labor, service, equipment or material provided or to be provided is:
$ 139,985.00

### NOTICE TO PROPERTY OWNER

**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL,** if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.

This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Date: 5/10/18

Signature: *[signed] Angie L.*

Case: 19-30088    Doc# 775    Filed: 03/06/19    Entered: 03/06/19 17:05:27    Page 5 of 6

# Proof of Notice Declaration
(California Civil Code Section 8118)

I, Angela Familia _____ declare:

## IF BY MAIL

That I served copies of this Preliminary Notice by registered or certified mail (or express mail), postage prepaid, on the persons named, at the places and on the date(s) shown below.

## IF BY PERSONAL SERVICE

That I served copies of this Preliminary Notice on the persons named, at the places and on the date(s) shown below:

## IF PURSUANT TO CCP § 415.20

That I served copies of this Preliminary Notice by leaving the Notice and mailing a copy of the Notice on the persons named, at the places and on the date(s) shown below:

| | | |
|---|---|---|
| Lender | None | _____ *(date)* <br> _____ *(place of service)* |
| Owner or Public Body | Pacific Gas & Electric <br> 245 Market Street <br> San Francisco, CA 94105 | 5/10/18 *(date)* <br> San Francisco, CA *(place of service)* |
| Direct Contractor | Roebbelen Contracting, Inc. <br> 1241 Hawks Flight Court <br> El Dorado Hills, CA 95762 | 5/10/18 *(date)* <br> El Dorado Hills, CA *(place of service)* |

Documentation of service by mail (if served by mail), as required by Civil Code Section 8118, is attached hereto.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 5/10/18 *(date)*, at Roseville *(place of signature)*, California

*(Signature of person making service)*

Case: 19-30088    Doc# 775    Filed: 03/06/19    Entered: 03/06/19 17:05:27    Page 6 of 6