Julie E. Oelsner, State Bar No. 125432
**weintraub tobin** chediak coleman grodin
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
(916) 558-6000 – Telephone
(916) 446-1611 – Facsimile
joelsner@weintraub.com – E-Mail

Attorneys for Intech Mechanical

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | Case No.: 19-30088 (DM) |
| PG&E CORPORATION | Chapter 11 |
| and | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors. | |

**INTECH MECHANICAL'S NOTICE OF PERFECTION OF LIEN**
**(11 U.S.C. §§ 546 and 362)**

TO THE CLERK OF THE BANKRUPTCY COURT, THE DEBTORS, AND ALL OTHER INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:

You are hereby notified that Intech Mechanical (hereinafter "Intech") hereby perfects and continues to perfect, under 11 United States Code Sections 546(b) and 362(b)(3), its mechanic's lien in the principal amounts, after deducting all creditors and offsets, of $6,220.24 for labor, equipment, material, and services provided by Intech generally described as electrical construction and related materials, labor, equipment, and services, incorporated in and constituting improvements to the real property commonly known as PG&E VCOC Building 4 – Plumbing, 4940 Allison Parkway, Vacaville, California 95688. The purported

owner of the property in question is Pacific Gas & Electric Co., 1850 Gateway Boulevard, 7th Floor, Concord, California 94250. Intech furnished the above-described labor, equipment, materials and services at the special instance and request of, and pursuant to a contract with Turner Construction Company, 1211 H Street, Sacramento, California 95814. This Notice constitutes the legal equivalent of having recorded a mechanic's lien and then having commenced a suit to foreclose upon the mechanic's lien. A true and correct copy of Intech's lien is attached hereto as *Exhibit A.*

You are further notified that Intech intends to enforce the lien to the fullest extent allowed by bankruptcy law and California law. This pleading does not constitute an admission as to the necessity of any such seizure or commencement.

Dated: March 6, 2019

**weintraub tobin** chediak coleman grodin
law corporation


By: /s/ Julie E. Oelsner
Julie E. Oelsner, State Bar No. 125432
Attorneys for Intech Mechanical

# PROOF OF SERVICE

I am a citizen of the United States, employed in the City and County of Sacramento, California. My business address is 400 Capitol Mall, 11th Floor, Sacramento, California 95814. I am over the age of 18 years and not a party to, nor interested in, the within action. On March 6, 2019, I caused to be served the following:

INTECH MECHANICAL'S NOTICE OF PERFECTION OF LIEN

_____ United States mail by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this office's practice whereby the mail is deposited in a United States mailbox after the close of the day's business.

_____ United States First Class mail by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this office's practice whereby the mail is deposited in a United States mailbox after the close of the day's business.

_____ By personally delivering, or causing to be delivered, a true copy thereof to the persons at the addresses set forth below.

\_\_X\_\_ CM/ECF Participants

I declare under penalty of perjury that the foregoing is true and correct. Executed March 6, 2019, at Sacramento, California.

/s/ Brenda Jennings
Brenda Jennings

Exhibit A

# CALIFORNIA PRELIMINARY NOTICE

**THIS NOTICE IS GIVEN PURSUANT TO CALIFORNIA CIVIL CODE SECTIONS 8034(a), 8102, 8200 ET SEQ.**

THIS IS NOT A LIEN. THIS IS NOT A REFLECTION ON THE INTEGRITY OF ANY CONTRACTOR OR SUBCONTRACTOR.

**YOU ARE HEREBY NOTIFIED:** DATE: January 4, 2017

THE NAME AND ADDRESS OF THE PERSON OR FIRM WHO HAS FURNISHED OR WILL FURNISH LABOR, SERVICES, EQUIPMENT OR MATERIAL OF THE FOLLOWING DESCRIPTION IS:

INDIVIDUAL OR FIRM:
Intech Mechanical Company LLC
7501 GALILEE ROAD
ROSEVILLE, CA 95678

BY: Angela Familia, AP/AR Manager

Relationship to the parties of the one giving this notice: Subcontractor

THE NAME AND ADDRESS OF THE PERSON WHO CONTRACTED FOR THE PURCHASE OF (PRIVATE WORKS) OR WHO WILL BE FURNISHED (PUBLIC WORKS) SUCH LABOR, SERVICES, EQUIPMENT OR MATERIAL IS:

TURNER CONSTRUCTION COMPANY
1211 H STREET
SACRAMENTO, CA 95814

TO: OWNER, REPUTED OWNER OR PUBLIC ENTITY
Pacific Gas & Electric Company
245 Market Street
San Francisco, CA 94111

TO: DIRECT CONTRACTOR OR REPUTED CONTRACTOR
Turner Construction Company
1211 H Street
Sacramento, CA 95814

TO: LENDER, REPUTED LENDER, OR SURETY
NONE

TO: SUBCONTRACTOR
NONE

DESCRIPTION OF LABOR, SERVICES, EQUIPMENT OR MATERIAL:
Labor, materials and equipment to perform Plumbing work per Subcontract Work Order # 4700077377 dated 11/18/16, & Project # 161159.

JOB NAME AND LOCATION: PG&E VCOC-BLDG 4 PLUMBING
4940 ALLISON PARKWAY
VACAVILLE, CA 95688

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **NOTICE TO PROPERTY OWNER** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.

This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project. If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

TRUST FUNDS TO WHICH SUPPLEMENTAL FRINGE BENEFITS ARE PAYABLE:

U.A. Local Pipe Trades Trust Fund

(MATERIAL MEN NOT REQUIRED TO FURNISH THE ABOVE)

Estimated total price of the labor, services, equipment, or material provided and to be provided: **$295,300.00**

## PROOF OF SERVICE AFFIDAVIT

I, Angela Familia, declare that I served copies of the above PRELIMINARY NOTICE (check appropriate box).

(a) [ ] By personally delivering copies to _____ (name(s) and title(s) of persons served) at _____
On _____ (date), _____ (year), at _____ (time) .m.

(b) [x] By First Class Certified or Registered Mail service, postage prepaid, addressed to each of the parties at the address shown above on January 4, 2017.

I declare under penalty of perjury that the foregoing is true and correct.
Signed at Roseville, CA on January 4, 2017

Signature of person making service: _____

[ATTACH RECEIPTS OF CERTIFIED OR REGISTERED MAIL WHEN RETURNED]

# CALIFORNIA PRELIMINARY NOTICE

**THIS NOTICE IS GIVEN PURSUANT TO CALIFORNIA CIVIL CODE SECTIONS 8034(a), 8102, 8200 ET SEQ.**

THIS IS NOT A LIEN. THIS IS NOT A REFLECTION ON THE INTEGRITY OF ANY CONTRACTOR OR SUBCONTRACTOR.

**YOU ARE HEREBY NOTIFIED:** DATE: January 4, 2017

THE NAME AND ADDRESS OF THE PERSON OR FIRM WHO HAS FURNISHED OR WILL FURNISH LABOR, SERVICES, EQUIPMENT OR MATERIAL OF THE FOLLOWING DESCRIPTION IS:

**INDIVIDUAL OR FIRM:**
Intech Mechanical Company LLC
7501 GALILEE ROAD
ROSEVILLE, CA 95678

BY: /s/ Angela Familia
Angela Familia
AP/AR Manager

Relationship to the parties of the one giving this notice: **Subcontractor**

THE NAME AND ADDRESS OF THE PERSON WHO CONTRACTED FOR THE PURCHASE OF (PRIVATE WORKS) OR WHO WILL BE FURNISHED (PUBLIC WORKS) SUCH LABOR, SERVICES, EQUIPMENT OR MATERIAL IS:

TURNER CONSTRUCTION COMPANY
1211 H STREET
SACRAMENTO, CA 95814

**TO: OWNER, REPUTED OWNER OR PUBLIC ENTITY**
Pacific Gas & Electric Company
245 Market Street
San Francisco, CA 94111

**TO: DIRECT CONTRACTOR OR REPUTED CONTRACTOR**
Turner Construction Company
1211 H Street
Sacramento, CA 95814

**TO: LENDER, REPUTED LENDER, OR SURETY**
NONE

**TO: SUBCONTRACTOR**
NONE

**DESCRIPTION OF LABOR, SERVICES, EQUIPMENT OR MATERIAL:**
Labor, materials and equipment
to perform Plumbing work per
Subcontract Work Order # 4700077377
dated 11/18/16, & Project # 161159.

**JOB NAME AND LOCATION:** PG&E VCOC-BLDG 4 PLUMBING
4940 ALLISON PARKWAY
VACAVILLE, CA 95688

*************************** **NOTICE TO PROPERTY OWNER** ***************************

EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.

This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project. If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.
*************************************************************************************

**TRUST FUNDS TO WHICH SUPPLEMENTAL FRINGE BENEFITS ARE PAYABLE:**

U.A. Local Pipe Trades Trust Fund

(MATERIAL MEN NOT REQUIRED TO FURNISH THE ABOVE)

Estimated total price of the labor, services, equipment, or material provided and to be provided: **$295,300.00**

## PROOF OF SERVICE AFFIDAVIT

I, Angela Familia, declare that I served copies of the above PRELIMINARY NOTICE (check appropriate box).

(a) [ ] By personally delivering copies to _____ (name(s) and title(s) of persons served) at _____
On _____ (date), _____ (year), at _____ (time) .m.

(b) [x] By First Class Certified or Registered Mail service, postage prepaid, addressed to each of the parties at the address shown above on January 4, 2017.

I declare under penalty of perjury that the foregoing is true and correct.
Signed at Roseville, CA on January 4, 2017

Signature of person making service: /s/ Angela Familia

[ATTACH RECEIPTS OF CERTIFIED OR REGISTERED MAIL WHEN RETURNED]

# CALIFORNIA PRELIMINARY NOTICE

**THIS NOTICE IS GIVEN PURSUANT TO CALIFORNIA CIVIL CODE SECTIONS 8034(a), 8102, 8200 ET SEQ.**

THIS IS NOT A LIEN. THIS IS NOT A REFLECTION ON THE INTEGRITY OF ANY CONTRACTOR OR SUBCONTRACTOR.

**YOU ARE HEREBY NOTIFIED:**     DATE: January 3, 2017

THE NAME AND ADDRESS OF THE PERSON OR FIRM WHO HAS FURNISHED OR WILL FURNISH LABOR, SERVICES, EQUIPMENT OR MATERIAL OF THE FOLLOWING DESCRIPTION IS:

INDIVIDUAL OR FIRM:
Intech Mechanical Company LLC
7501 GALILEE ROAD
ROSEVILLE, CA 95678

BY: Angela Familia, AP/AR Manager

Relationship to the parties of the one giving this notice: Subcontractor

DESCRIPTION OF LABOR, SERVICES, EQUIPMENT OR MATERIAL:
Labor, materials and equipment
to perform Plumbing work per
Subcontract Work Order # 4700077377
dated 11/18/16, & Project # 161159.

JOB NAME AND LOCATION: PG&E VCOC-BLDG 4 PLUMBING
4940 ALLISON PARKWAY
VACAVILLE, CA 95688

THE NAME AND ADDRESS OF THE PERSON WHO CONTRACTED FOR THE PURCHASE OF (PRIVATE WORKS) OR WHO WILL BE FURNISHED (PUBLIC WORKS) SUCH LABOR, SERVICES, EQUIPMENT OR MATERIAL IS:

TURNER CONSTRUCTION COMPANY
1211 H STREET
SACRAMENTO, CA 95814

*************************** **NOTICE TO PROPERTY OWNER** ***************************

**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL,** if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.

TO: OWNER, REPUTED OWNER OR PUBLIC ENTITY
Pacific Gas & Electric Company
245 Market Street
San Francisco, CA 94111

TO: DIRECT CONTRACTOR OR REPUTED CONTRACTOR
Turner Construction Company
1211 H Street
Sacramento, CA 95814

This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project. If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

TO: LENDER, REPUTED LENDER, OR SURETY
NONE

TRUST FUNDS TO WHICH SUPPLEMENTAL FRINGE BENEFITS ARE PAYABLE:
U.A. Local Pipe Trades Trust Fund

TO: SUBCONTRACTOR NONE

(MATERIAL MEN NOT REQUIRED TO FURNISH THE ABOVE)

Estimated total price of the labor, services, equipment, or material provided and to be provided:     **$295,300.00**

## PROOF OF SERVICE AFFIDAVIT

I, Angela Familia, declare that I served copies of the above PRELIMINARY NOTICE (check appropriate box).

(a) [ ] By personally delivering copies to _____ at _____
(name(s) and title(s) of persons served)
On _____, _____, at _____ .m.
(date)    (year)    (time)

(b) [x] By First Class Certified or Registered Mail service, postage prepaid, addressed to each of the parties at the address shown above on _____, _____.

I declare under penalty of perjury that the foregoing is true and correct.
Signed at Roseville, CA on _____

Signature of person making service: _____

[ATTACH RECEIPTS OF CERTIFIED OR REGISTERED MAIL WHEN RETURNED]

\*Please make sure the job name is exactly as follows: PG&E VCOC Building 4 Plumbing.

# PRE-LIEN INFORMATION


*217-09 Micah*

| | |
|---|---|
| Project: | PG&E VCOC Building 4 PLUMBING<br>Project # 161159 |
| Project Location: | 4940 Allison Parkway<br>Vacaville, CA ~~95688~~ 95688 |
| General Contractor: | Turner Construction Company<br>1211 H Street<br>Sacramento, CA 95814<br><br>Project Executive: Harry Smith<br>916-201-9804<br><br>Project Manager: Drake Costa<br>916-956-1206 |
| Owner: | Pacific Gas & Electric Company<br>245 Market St.<br>San Francisco, CA 94111 |
| Construction Lender: | No |
| Bond: | None |
| Certified Payroll: | DCM Group<br>333 University Ave, Suite 200<br>Sacramento, CA 95825<br>(P) 916.443-2100 |
| Accountant: | Janice Lacorte<br>Phone: 510.267.8163<br>email: jlacorte@tcco.com<br>invoices: ncapc@tcco.com |

If you have any questions in reference to the information provided above, please contact
Debbie DeVries @ 916-554-7930

Case: 19-30088    Doc# 778    Filed: 03/06/19    Entered: 03/06/19 17:08:06    Page 8 of 9

# SUBCONTRACT WORK ORDER

**Turner Construction Company**

| Subcontractor:<br>Intech Mechanical Company LLC<br>7501 Galilee Road, Roseville, CA, 95678 | Office:<br>Sacramento | | Date:<br>11/18/2016 |
|---|---|---|---|
| | Contract:<br>PG&E VCOC - Building 4 | | Project Number:<br>161159 |
| | Subcontract Work:<br>Plumbing | Sub#<br>10111530 | Work Order#<br>4700077377 |

The terms and conditions of the Master Subcontract dated **01/01/2015** shall govern this Subcontract Work Order (SWO) with the exception of those modifications listed below:

1. Project: **PG&E VCOC - Building 4 Construction**

2. Premises: **4940 Allison Parkway, Vacaville, CA, 95688**

3. Architect: DGA

4. Owner: **PG&E Corporation**

5. Date of General Contract: **10/04/2016**

6. Overhead Markup: **See Formula for Changes**

7. Profit Markup: **See Formula for Changes**

8. Reserve applicable to this SWO is as follows: **10.00%**

9. All invoices are to be identified to the above referenced SWO Number. Invoices are to be submitted to **Turner Construction Company,** located at **1211 H Street, Sacramento, CA, 95814 .**

10. Insurance Requirements

    1. Worker's Compensation in accordance with Laws of the State in which the Work is situated.

    2. General Liability: $ **3,000,000.00** / combined single limit.
       General Aggregate: $ **3,000,000.00**

       __X__. Subcontractor Election A). The above insurance coverages shall be provided by insurance companies selected by the Subcontractor .
       or
       ____. Subcontractor Election B). The above insurance coverages shall be provided through a consolidated insurance program (CCIP) arranged by **Turner Construction Company.** $ _____ (The "Estimated Unburdened Payroll") warranted by Subcontractor as accurate for calculation of Insurance Premium for Subcontractor and enrolled Lower Tiers.

         ____. Subcontractor Election B, Sub-Part B-1. Project utilizes a consolidated insurance program (CCIP) arranged by **Turner Construction Company.** Subcontractor is an Excluded Prime Tier with Enrolled Lower Tier Subcontractors.         $ _____ (The "Estimated Unburdened Payroll") warranted by Subcontractor as accurate for calculation of Insurance Premium for enrolled Lower Tiers.
       or
       ____. Subcontractor Election C). The above insurance coverages shall be provided through an Owner Controlled Insurance Program (OCIP.)

    3. Automobile Liability : $ **1,000,000.00** / per accident

*handwritten: $ 295,300.00*