Judge Dennis Mantali
US Bankrupcy Court, Courtroom 17
450 Golden Gate Ave
San Francisco, CA. 94102

**19-30088**

Dear Judge Montali,

As a PG&E customer, I have a great deal at stake in PG&E's bankruptcy case. We customers generate nearly all of PG&E's revenues, and hence are its main source of income. While creditors seeking billions in payments from this criminal corporation will be represented by a creditors committee, there is currently no representation for over 16 million customers.

Decisions about the sale or disposition of any of PG&E's assets will also have implications for my safety, and the reliability of these essential services. I support the request of TURN, AARP, Public Advocates, the Farm Bureau Federation, Sierra Club and Greenlining Institute for an official committee that will zealously and effectively represent the interests of PG&E's ratepayers. Please appoint one right away.

Thank you!

Sincerely,

Colleen Mast
PO Box 12734
Oakland, CA 94604