McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
David Emerzian, #222930
*david.emerzian@mccormickbarstow.com*
H Annie Duong, #319953
*annie.duong@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Attorneys for Creditor
A.J. EXCAVATION INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In Re** <br><br> **PG&E CORPORATION** <br><br> **and** <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Corporation <br> ☒ Affects both Debtors <br><br> **All papers shall be filed in the Lead Case No. 19-30088 DM | Bankruptcy Cases <br> 19-30088-DM (Lead Case) <br> 19-30089-DM <br><br> (Jointly Administered) <br><br> **A.J. EXCAVATION INC.'S NOTICE OF PERFECTION OF LIEN** <br><br> (11 U.S.C. §§ 362, 546(b)) |

Creditor A.J. EXCAVATION INC., ("AJ"), by and through its undersigned counsel, hereby files this notice of perfection, maintenance, and continuation of perfection of its mechanics' lien against the Debtors, PG&E Corporation and Pacific Gas and Electric Company ("Debtors") pursuant to 11 U.S.C. sections 362(b)(3) and 546(b) ("Notice"). In support of this Notice, AJ represents the following:

1. AJ is organized as a California corporation, in the business of performing earthwork, grading, paving, foundation, fencing, excavation, maintenance and/or other related construction

services, with its principal place of business at 514 North Brawley Avenue, Fresno, California 93706.

2. Debtor Pacific Gas & Electric Company (hereinafter "PG&E") contracted AJ to provide earthwork, grading, paving, foundation, fencing, excavation, maintenance, and/or other related construction services for the improvement of certain real property owed, or reputed to be owned, by PG&E, as provided more fully in the prepetition contract (Long Form) (hereinafter "Contract") . The real property is located at the following address, along with the contract number, more commonly known as:

**Henrietta Substation**
**16480 25th Ave, Lemoore, CA 93245**
**Contract #C11711**

(hereinafter "Real Property").

3. Prior to the bankruptcy petition, AJ furnished such labor, materials, equipment, and/or supervision for the earthwork, grading, paving, foundation, fencing, excavation, and other related construction services for the improvement of the Real Property in accordance with the scope of work contained in the Contract, and as amended by applicable work change orders.

4. The principal sum, exclusive of interest and other charges, that is currently due and owing to AJ for the labor and materials provided to the PG&E pursuant to the Contract is:

**$51,375.00.**

5. Bankruptcy Code, 11 U.S.C. section 362(b)(3), provides that:

> The filing of a petition under section 301, 302, or 303 of this title…does not operate a stay… under subsection (a) of this section, of any act to perfect, or to maintain or continue the perfection of, an interest in property to the extent that the trustee's rights and powers are subject to perfection under Section 546(b) of this title or to the extent that such act is accomplished within the period provide under section 547(e)(2)(A) of this title. 11 U.S.C. § 362(b)(3).

6. Bankruptcy Code, 11 U.S.C. section 546(b), provides that:

> (1) The rights and powers of a trustee under sections 544, 545, and 549 of this title are subject to any generally applicable law that-
>   (A) permits perfection of an interest in property to be effective against an entity that acquires rights in such property before the date of perfection; or
>   (B) provides for the maintenance or continuation of perfection of an interest in property to be effective against an entity that

> acquire rights in such property before the date on which action is taken to effect such maintenance or continuation.
>
> (2) If –
>
> (A) a law described in paragraph (1) requires seizure of such property or commencement of an action to accomplish such perfection, or maintenance or continuation of perfection of an interest in property; and
>
> (B) such property has not been seized or such an action has not been commenced before the date of the filing of the petition;
>
> such interest in such property shall be perfected, or perfection of such interest shall be maintained or continued, by giving notice within the time fixed by such law for such seizure or such commencement. 11 U.S.C. § 546(b).

7. Pursuant to California Mechanic's Lien law, a claimant must commence an action to enforce a lien within 90 days after recordation of the claim of lien. Cal. Civ. Code § 8460(a). Because the Debtors filed their Chapter 11 petition for bankruptcy on January 29, 2019, it created an automatic stay of all actions, including a claimant's action to enforce a lien. Thus, AJ was prevented from commencing an action to enforce its liens against the Debtors and perfect its mechanic's liens under the law.

8. Accordingly, AJ hereby gives this notice in lieu of the commencement of any action to perfect, maintain, or otherwise preserve its mechanics' liens pursuant to 11 U.S.C. § 546(b) and California Civil Code sections 8460(a), including the recording of a claim of lien, the commencement of action to enforce the Mechanics' Liens, the filing of a Pendency of Action, and/or the service of notice on purchasers of production on the Real Property ("Mechanics' Lien"). A true and correct copy of the Mechanics' Lien is attached hereto as Exhibit "A" and incorporated by reference.

9. AJ hereby gives notice it intends to enforce its rights under the Mechanics' Lien to the fullest extent allowed under the law. This Notice shall not be construed as an admission that such filing is required or to the necessity of recording, commencement, or seizure. In addition, AJ hereby gives notice that it has, or may be entitled to, additional mechanics' liens rights to properties owned by the Debtors as they become due and owing according to prepetition contracts with the Debtors for the improvement of real property. This Notice shall preserve and continue to preserve any and all of AJ's rights as to the Mechanics' Liens and Bankruptcy Code.

10. AJ reserves the right to amend, supplement, or otherwise modify this Notice and reserves any and all rights entitled to it under the applicable law.

Dated: March 7, 2019

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ H. Annie Duong
David L. Emerzian
H Annie Duong
Attorneys for Creditor
A.J. EXCAVATION INC.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On March 7, 2019, I served true copies of the following document(s) described as **A.J. EXCAVATION, INC.'S NOTICE OF PERFECTION OF LIEN** on the interested parties in this action as directed by the Order Implementing Certain Notice and Case Management Procedures issued March 6, 2019.

**BY ELECTRONIC FILING THROUGH CM/ECF PARTICIPANTS:** Based on the Order Implementing Certain Notice and Case Management Procedures, transmission of service through CM/ECF shall constitute effective service on that Registered Participant. My electronic service address service is dawn.houston@mccormickbarstow.com, and I caused the document(s) to be sent to the persons using the CM/ECF system. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 7, 2019, at Fresno, California.

/s/ Dawn Houston
Dawn M. Houston

# EXHIBIT A

# NOTICE OF MECHANICS' LIEN ATTENTION!

Upon the recording of the enclosed MECHANICS' LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics' lien is recorded.

The party identified in the mechanics' lien may have provided labor or materials for improvements to your property and may not have been paid for those items. You are receiving this notice because it is a required step in filing a mechanics' lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics' lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS' LIENS GO TO THE CONTRACTORS STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

# PROOF OF SERVICE AFFIDAVIT

I am a citizen of the United States and employed in Fresno County, California. I am over the age of eighteen (18) years and not a party to the action. My business address is: 514 N. Brawely Ave Fresno CA 93706

On this date I served the foregoing MECHANICS' LIEN on the owners of the property: Pacific Gas & Electric 77 Beale St. San Francisco CA 94105
(Name & Address of Owner)
subject to the mechanics' lien:

[X] by placing a true copy thereof enclosed in a sealed envelope, first-class mail postage prepaid, evidenced by a certificate of mailing, to the owner at the owner's or reputed owner's residence or place of business address or at the address shown by the building permit on file with the authority issuing a building permit for the work, or as otherwise provided in Section 8174 of the California Civil Code.

[ ] by personally delivering a true copy thereof to the person(s) at the address set forth below:

I declare under penalty of perjury under the laws of the State of California that foregoing is true and correct.
Executed on: 2-16-19            by: Alisa Emmett
                                    (Your Name)

(SIGNATURE)

RECORDING REQUESTED BY
A.J. Excavation Inc.
514 N. Brawley Avenue
Fresno CA 93706

AND WHEN RECORDED MAIL TO:
A.J. Excavation Inc.
514 N. Brawley Avenue
Fresno CA 93706

Henrietta:18-160:2700180881:CNTRC11711

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## MECHANICS' LIEN

The undersigned A.J. Excavation Inc.
[Name of person or firm claiming mechanics' lien. Contractors use name exactly as it appears on contractor's license]

Claimant claims a mechanics' lien upon the following described real property:

City of Avenal, County of Kings, California,

Henrietta Substation
[General description of property where the work or materials were furnished. A street address is sufficient, but, if possible, use both street address and legal description.]

Replace Breaker 2

Contract#: C11711 PO#: 2700180881 Invoice#:2018-1034 & 2019-1064R #18-160

The sum of $ 51,375.00
[Amount of claim due and unpaid]
together with interest thereon at the rate of 10% percent per annum from February 16th, 2019
[Date when balance became due]
is due claimant after deducting all just credits and offsets for the following work and materials furnished by claimant Provide & Install Foundations / Grading / Soil Removal / Demolition
[Insert general description of work or materials furnished]

Claimant furnished the work and materials at the request of, or under contract with

Pacific Gas & Electric
[Name of person or firm who ordered or contracted for the work or materials]

The owners and reputed owners of the real property or leasehold interest are
Pacific Gas & Electric
[Insert name of owner of real property. This can be obtained from the County Recorder]

Firm Name A.J. Excavation Inc.
By: [signature]
[Signature of claimant or authorized agent]
Alisa Emmett
[Printed name of claimant or authorized agent]
514 N. Brawley Avenue Fresno CA 93706
[Address of claimant or authorized agent]

### VERIFICATION

I, the undersigned, say: I am the President
["President of," "Manager of," "A partner of," "Owner of," etc.]
the claimant of the foregoing mechanics' lien. I have read said claim of mechanics' lien and know the contents thereof; the same is true of my own knowledge.
I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 19th, 2019, at Fresno, California.
[Date of Signature]  [City Where Signed]

[signature]
[Personal signature of the individual who is swearing that the contents of the claim of mechanics' lien are true.]
Alisa Emmett - President
[Printed name]

Page 1 of 2   Revised 7-1-2012   © VFR, Inc., P.O. Box 7, Loomis, CA 95650 (916) 652-7237   FORM D

AJ Excavation Inc.

9662 W. Kearney Blvd.
Fresno, CA 93706
O#559-408-5908

# Invoice

| Date | Invoice # |
|---|---|
| 1/10/2019 | 2019-1064R |

| Bill To |
|---|
| Pacific Gas & Electric<br>P.O. BOX 7760<br>San Francisco, CA. 94120 |

| P.O. No. | Terms | Project |
|---|---|---|
| 2700180881 | | Henrietta Sub Found & Gra... |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Billing #2 & FINAL for work completed at Henrietta Sub | 26,400.00 | 26,400.00 |

| | Total | $26,400.00 |
|---|---|---|

AJ Excavation Inc.

Fresno, CA 93706
O#559-408-5908
F #559-354-0639

# Invoice

| Date | Invoice # |
|---|---|
| 11/19/2018 | 2018-1034 |

| Bill To |
|---|
| Pacific Gas & Electric<br>P.O. BOX 7760<br>San Francisco, CA. 94120 |

| P.O. No. | Terms | Project |
|---|---|---|
| 2700180881 | | Henrietta Sub Found & Gra... |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | BILLING #1: Work completed at the Henrietta Substation - Bank Replacement, Foundation and F/G Project | 24,975.00 | 24,975.00 |

| | **Total** | $24,975.00 |
|---|---|---|


# Contract (Long Form)

**This is a Contract between the below named Contractor ("Contractor"), a California corporation, and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105.**

| | | |
|---|---|---|
| **Contractor's Legal Name:** | A.J. Excavation Inc. | **PG&E Contract No. C11711** |
| **Contractor's Address:** | 9662 W. Kearney Boulevard<br>Fresno, CA 93706 | **This Contract consists of 65 pages.** |
| **Project Name**: | HENRIETTA: EM REPLACE BK 2 | |
| **Job Location**: | PG&E's Henrietta Substation – Avenal, California | |

**WORK**: Contractor shall, at its own risk and expense, perform the Work described in this Contract and furnish all labor, equipment, and materials necessary to complete the Work as summarized below and as more fully described in Attachment 1, Scope of Work. This is not an exclusive Contract. This Contract does not guarantee Contractor any Work nor is there any guarantee as to any volume or duration of Work.

Contractor shall provide the following Work at PG&E's Henrietta Substation:
1. Demo and remove one (1) oil circuit breaker, and one (1) sta. service structure.
2. Provide and install one (1) high voltage circuit breaker foundation.
3. Cut and remove approximately five thousand (5,000) square feet of existing four inch soil.
4. Cut and remove five hundred (500) square feet of existing four inch soil.
5. Provide final grade utilizing dress-up method as directed by PG&E's Work Supervisor, Warren Frank.
6. Provide and install four inch gate post.
7. Provide street sweeping service as directed by Warren Frank.
8. Load and off-haul approximately one hundred (100) tons of generated non-hazardous soils.

**ATTACHMENTS:** Each of the following documents is attached to this Contract and incorporated herein by this reference:
Attachment 1: Scope of Work, Pages 1 through 7
Attachment 2: General Conditions, Pages 1 through 49
Attachment 3: Authorized Disposal and Recycling, Pages 1 through 7

| | |
|---|---|
| **CONTRACT TERM:** | This Contract is effective upon signature by both parties and expires on 11/30/2018. |
| **COMPLETION**: | Contractor shall commence performance hereof when directed to do so by PG&E. Work shall be completed by the completion date of 11/30/2018. Time is of the essence. |
| **INSURANCE**: | Contractor shall maintain insurance in accordance with Section 25 of the General Conditions. |
| **TERMS OF PAYMENT**: | In accordance with Section 16 of the General Conditions. |

**CONSIDERATION:** As full consideration for satisfactory performance of the Work by Contractor, PG&E's total obligation to Contractor shall not exceed the following amount. This amount is inclusive of all taxes incurred in the performance of the Work. Any change to this amount shall only be authorized in writing by a PG&E Contract Change Order, fully executed by both PG&E and Contractor.

**TOTAL UNIT COST AND TIME & EXPENSE NOT-TO-EXCEED: $53,275.00**

**THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CONTRACT.**

| **PACIFIC GAS AND ELECTRIC COMPANY** | | **CONTRACTOR: A.J. EXCAVATION INC.** | |
|---|---|---|---|
| **Signature** | *Janetta Tarter* (DocuSigned by: D49087CE9AA24AD...) | **Signature** | *Dave Swofford* (DocuSigned by: 7C5EB705F2604BA...) |
| **Name** | Janetta Tarter | **Name** | Dave Swofford |
| **Title** | Sourcing Supervisor | **Title** | VP Utility |
| **Date** | 10/29/2018 | **Date** | 10/29/2018 |

# Job Status Report - Unit Price Tracking
## Substation Construction Management

| Field | Value |
|---|---|
| Substation | HENRIETTA |
| Job Number | 74016652 |
| CWA Number | C11711 |
| Lead Inspector | Warren Frank — Phone (707)-291-1232 — E-Mail wxf8@pge.com |
| Civil Engineer | Kambiz Moradkhani — Phone (925) 785-9216 — E-Mail K2M7@pge.com |
| Environmental Specialist | Mike Harbick — Phone (559)269-5217 — E-Mail MEH4@pge.com |
| Contractor | AJ Excavation, Inc. — Phone (559)408-5908 |
| Contractor's Rep | Dave Swofford — Phone (559)408-5908 — E-Mail dave@movendirt.com |

**Job Description:** HENRIETTA: EM REPLACE BK 2

### Start/Completion Dates
- Yard Extension Start Date:
- Yard Extension End Date:
- Foundation Start Date: 11/6/2018
- Foundation End Date: 11/15/2018
- Conduit/Ground Start Date:
- Conduit/Ground End Date:
- Final Grade Start Date:
- Final Grade End Date:
- Soil Off-Haul Completed:

### Soil Conditions
- Normal ✓
- Rocky (3" +) ☐
- Solid Rock ☐
- Mud ☐
- Sandy ☐

| Item # | Description of Work | Qty. in Scope | Unit of Measure | Qty. Complete | Qty. Remaining |
|---|---|---|---|---|---|
| 1 | MOB/DEMOB | 2 | EA | 1 | 1 |
| 2 | MOB/DEMOB (CREW MOB) | 1 | EA | 1 | 0 |
| 3 | DEMO/REMOVE ITEM #11 | 1 | EA | 1 | 0 |
| 4 | DEMO/REMOVE ITEM #16 | 1 | EA | 1 | 0 |
| 5 | INSTALL/PROVIDE ITEM #131 | 1 | EA | 1 | 0 |
| 6* | 4/4 FINAL GRADING | 5,000 | SF | 0 | 5000 |
| 7* | 4/4 HAND ADDER | 500 | SF | 0 | 500 |
| 8* | FINAL GRADE (DRESS UP) | 1 | LS | 0 | 1 |
| 9* | OFF HAUL AND DISPOSE OF SOILS | 100 | TONS | 0 | 100 |
| 10 | INSTALL/PROVIDE GATE POST AND HARDWARE | 1 | LS | 1 | 0 |
| 11* | STREET SWEEPING SERVICE (MIN 5 HOURS) | 1 | LS | 0 | 1 |
| 12 | INSTALL ITEM #132 TOTAL 3 PER CCO-1 | 3 | EA | 3 | 0 |
| 13 | INSTALL ITEM #133 TOTAL 3 PER CCO-1 | 3 | EA | 3 | 0 |

*  REMOVED WORK IN LIEU OF CCO-1

| | |
|---|---|
| PG&E Sr. Inspector Name: John Lassley | Date: 11/15/2018 |
| Contractor Foreman's Name: Dave Swofford | Date: 11/15/2018 |

x Dave Swofford — Digitally signed by Dave Swofford Date: 2018.11.17 18:52:41 -08'00'

Case: 19-30088    Doc# 792    Filed: 03/07/19    Entered: 03/07/19 16:37:36    Page 12 of 12