PILLSBURY WINTHROP SHAW PITTMAN LLP
HUGH M. RAY, III (TX24004246) (*pro hac vice pending*)
hugh.ray@pillsburylaw.com
900 Fannin, Suite 2000
Houston, TX 77010
Telephone: 713.276.7661
Facsimile: 713.276.7673

*Counsel to Chevron U.S.A. Inc.*

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors. | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered) |

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

    Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Hugh M. Ray, III, an active member in good standing of the bar of Texas, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Chevron U.S.A. Inc. in the above-entitled action.

    In support of this application, I certify on oath that:

1.     I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.     I agree to above by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

3.     An attorney who is a member of the bar of this Court in good standing and who maintains an office within the state of California has been designated as co-counsel in

the above-entitled action. The name, address and telephone number of that attorney is:

Philip S. Warden
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: 415.983.1000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 7, 2019

*/s/ Hugh M. Ray, III*
HUGH M. RAY, III