IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors. | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered) |

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Hugh M. Ray, III, who business address and telephone number is **Pillsbury Winthrop Shaw Pittman, LLP, 909 Fannin Street, Suite 2000, Houston, Texas 77010, Tel (713) 276-7661**, and who is an active member in good standing of the bar of **Texas**, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **Chevron U.S.A. Inc.**:

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United State Bankruptcy Court for the Northern District of California.

Dated:

_____
United State Bankruptcy Judge