**LEWIS BRISBOIS BISGAARD & SMITH LLP**
AMY L. GOLDMAN, SB# 134088
 E-Mail: Amy.Goldman@lewisbrisbois.com
SCOTT LEE, SB# 204564
 E-Mail: Scott.Lee@lewisbrisbois.com
LOVEE D. SARENAS, SB# 204361
 E-Mail: Lovee.Sarenas@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Kepco California LLC and RE Astoria LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br>**PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Case No. 19-30088 DM<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PLEADINGS FILED IN THE CASE** |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE'S OFFICE, DEBTORS, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, ALL OTHER INTERESTED PARTIES, AND THEIR RESPECTIVE COUNSEL, IF ANY:**

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 1109(b) and the Federal Rules of Bankruptcy Procedure 2002, 3017, 9007 and 9010(b), Kepco California LLC and RE Astoria LLC, parties in interest in the above-referenced bankruptcy cases, by and through their counsel of record, hereby file this Notice of Appearance and Request for Notice and Service of Pleadings filed in the above-referenced cases ("Request for Notice"). Kepco California LLC and

RE Astoria, LLC, request special notice of all documents served in this case, including those filed and served in any adversary proceeding related to this above-referenced bankruptcy cases, all schedules, applications, demands, notice of hearings, motions, petitions, requests, or orders lodged and entered whether by first class mail, overnight mail, electronically, telephonic, courier, personal delivery or facsimile; and that their counsel listed below be added to the official mailing matrix, CM/ECF Notice of Electronic Filing, and service lists in any of the above-referenced bankruptcy case, using the following designated addresses:

| | |
|---|---|
| LOVEE D. SARENAS<br>Lewis Brisbois Bisgaard & Smith LLP<br>633 West 5th Street, Suite 4000<br>Los Angeles, CA 90071<br>Telephone: 213.250.1800<br>Facsimile: 213.250.7900<br>E-Mail: Lovee.Sarenas@lewisbrisbois.com | AMY L. GOLDMAN<br>Lewis Brisbois Bisgaard & Smith LLP<br>633 West 5th Street, Suite 4000<br>Los Angeles, CA 90071<br>Telephone: 213.250.1800<br>Facsimile: 213.250.7900<br>E-Mail: Amy.Goldman@lewisbrisbois.com |
| SCOTT LEE<br>Lewis Brisbois Bisgaard & Smith LLP<br>633 West 5th Street, Suite 4000<br>Los Angeles, CA 90071<br>Telephone: 213.250.1800<br>Facsimile: 213.250.7900<br>E-Mail: Scott.Lee@lewisbrisbois.com | JASMIN YANG<br>Lewis Brisbois Bisgaard & Smith LLP<br>633 West 5th Street, Suite 4000<br>Los Angeles, CA 90071<br>Telephone: 213.250.1800<br>Facsimile: 213.250.7900<br>E-Mail: Jasmin.Yang@lewisbrisbois.com |

PLEASE TAKE FURTHER NOTICE that this Request for Notice neither constitutes as a waiver, consent nor submission of Kepco California LLC and RE Astoria, LLC to the jurisdiction of the Bankruptcy Court nor a waiver of any of their rights which Kepco California LLC and RE Astoria, LLC may be entitled, in law or equity, all of which rights, claims, actions, and defenses are hereby expressly reserved.

DATED: March 7, 2019                        LEWIS BRISBOIS BISGAARD & SMITH LLP


                                            By:        /s/ Lovee Sarenas
                                                LOVEE D. SARENAS
                                                Attorneys for Kepco California LLC
                                                and RE Astoria, LLC

4811-2409-3066.1                                2