SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
  James P. Hill, SBN 90478
  Christopher V. Hawkins, SBN 222961
600 B Street, Suite 1700
San Diego, California 92101
Tel:   (619) 233-4100
Email: hill@SullivanHill.com
       Hawkins@SullivanHill.com

Gerald Singleton, SBN 208783
SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
San Diego, CA 92101
Tel:  (619)771-3473
Email: gerald@slffirm.com

Attorneys for SLF Fire Victim Claimants

**Electronically Filed: 03/08/2019**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>    and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>          Debtors<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:  March 13, 2019<br>Time: 9:30 a.m. (Pacific)<br>Place: United States Bankruptcy Court<br>         Courtroom 17, 16th Floor<br>         San Francisco, CA 94102 |

I am employed in San Diego County. I am over the age of 18 and not a party to this action.

My business address is 600 B Street, Suite 1700, San Diego, California 92101.

On March 8, 2019, I served the foregoing document(s), described as:

1. **OBJECTION TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105, 362, 363, 364, 503, AND 507, AND FED. R. BANKR. P. 2002, 4001, 6003, 6004, AND 9014**

**FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO OBTAIN SENIOR SECURED, SUPERPRIORITY, POSTPETITION FINANCING, (II) GRANTING LIENS AND SUPERPRIORITY CLAIMS, (III) MODIFYING THE AUTOMATIC STAY, (IV) SCHEDULING FINAL HEARING, AND (V) GRANTING RELATED RELIEF;**

2. **DECLARATION OF GERALD SINGLETON IN SUPPORT OF OBJECTION TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105, 362, 363, 364, 503, AND 507, AND FED. R. BANKR. P. 2002, 4001, 6003, 6004, AND 9014 FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO OBTAIN SENIOR SECURED, SUPERPRIORITY, POSTPETITION FINANCING, (II) GRANTING LIENS AND SUPERPRIORITY CLAIMS, (III) MODIFYING THE AUTOMATIC STAY, (IV) SCHEDULING FINAL HEARING, AND (V) GRANTING RELATED RELIEF; and**

3. **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OBJECTION TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105, 362, 363, 364, 503, AND 507, AND FED. R. BANKR. P. 2002, 4001, 6003, 6004, AND 9014 FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO OBTAIN SENIOR SECURED, SUPERPRIORITY, POSTPETITION FINANCING, (II) GRANTING LIENS AND SUPERPRIORITY CLAIMS, (III) MODIFYING THE AUTOMATIC STAY, (IV) SCHEDULING FINAL HEARING, AND (V) GRANTING RELATED RELIEF**

☒ by placing ☐ the original ☒ a true copy thereof, by the following means to the persons as listed below:

☒ **ECF SYSTEM** On March 8, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

- Monique D. Almy    malmy@crowell.com
- Dana M. Andreoli    dandreoli@steyerlaw.com, pspencer@steyerlaw.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Lauren T. Attard    lattard@bakerlaw.com, abalian@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Todd M. Bailey    Todd.Bailey@ftb.ca.gov
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Peter J. Benvenutti    pbenvenutti@kellerbenvenutti.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder    heinz@bindermalter.com
- Stephan M. Brown    eric@thebklawoffice.com, Ellen@thebklawoffice.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Peter C. Califano    pcalifano@cwclaw.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Shawn M. Christianson    schristianson@buchalter.com

- Robert N.H. Christmas     rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alicia Clough     aclough@loeb.com
- Marc Cohen     mscohen@loeb.com
- Ashley Vinson Crawford     avcrawford@akingump.com, tsouthwell@akingump.com
- John Cumming     jcumming@dir.ca.gov
- Keith J. Cunningham     , rkelley@pierceatwood.com
- Keith J. Cunningham     kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- James D. Curran     jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Jonathan S. Dabbieri     dabbieri@sullivanhill.com, bkstaff@sullivanhill.com
- John P. Dillman     houston_bankruptcy@publicans.com
- Jonathan R. Doolittle     jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- Jennifer V. Doran     jdoran@hinckleyallen.com
- Cecily A. Dumas     cdumas@bakerlaw.com
- Dennis F. Dunne     cprice@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong     annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Kevin M. Eckhardt     keckhardt@hunton.com, candonian@huntonak.com
- Joseph A. Eisenberg     JAE1900@yahoo.com
- Sally J. Elkington     sally@elkshep.com, ecf@elkshep.com
- David Emerzian     david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com
- G. Larry Engel     larry@engeladvice.com
- Krista M. Enns     kenns@beneschlaw.com
- Michael P. Esser     michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- Richard W. Esterkin     richard.esterkin@morganlewis.com
- Joseph Kyle Feist     jfeistesq@gmail.com, info@norcallawgroup.net
- James J. Ficenec     James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero     jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman     kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone     sfinestone@fhlawllp.com
- Jonathan Forstot     jonathan.forstot@troutman.com, john.murphy@troutman.com
- Jonathan Forstot     , john.murphy@troutman.com
- Carolyn Frederick     cfrederick@prklaw.com
- Roger F. Friedman     rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu     jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Larry W. Gabriel     lgabriel@bg.law, nfields@bg.law
- Gregg M. Galardi     gregg.galardi@ropesgray.com
- Richard L. Gallagher     richard.gallagher@ropesgray.com
- Janet D. Gertz     jgertz@btlaw.com, amattingly@btlaw.com
- Barry S. Glaser     bglaser@swesq.com
- Gabriel I. Glazer     gglazer@pszjlaw.com
- Gabrielle Glemann     gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Eric D. Goldberg     eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Richard H. Golubow     rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Mark A. Gorton     mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton     mgorton@boutininc.com, cdomingo@boutininc.com
- Michael I. Gottfried     mgottfried@lgbfirm.com, msutton@lgbfirm.com

- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Daniel J. Griffin    eric@thebklawoffice.com, christina@thebklawoffice.com
- Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com
- Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com
- Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com
- Robert G. Harris    rob@bindermalter.com
- Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Christopher V. Hawkins    hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com
- Jan M Hayden    jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes    jhayes@fhlawllp.com
- Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com
- Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com
- Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- Terry L. Higham    t.higham@bkolaw.com, achavez@bkolaw.com
- James P. Hill    hill@sullivanhill.com, bkstaff@sullivanhill.com
- Michael R. Hogue    hoguem@gtlaw.com, frazierl@gtlaw.com
- David Holtzman    david.holtzman@hklaw.com
- Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com
- Shane Huang    shane.huang@usdoj.gov
- Brian D. Huben    hubenb@ballardspahr.com
- Jonathan Hughes    jonathan.hughes@aporter.com, jane.rustice@aporter.com
- Michael A. Isaacs    Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- Mark V. Isola    mvi@sbj-law.com
- J. Eric Ivester    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester    , Andrea.Bates@skadden.com
- Ivan C. Jen    ivan@icjenlaw.com
- Monique Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- Chris Johnstone    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Gregory K. Jones    GJones@dykema.com, cacossano@dykema.com
- Robert A. Julian    rjulian@bakerlaw.com
- Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com
- Robert B. Kaplan    rbk@jmbm.com
- Eve H. Karasik    ehk@lnbyb.com
- Tobias S. Keller    tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly    lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Gerald P. Kennedy    gerald.kennedy@procopio.com, laj@procopio.com
- Samuel A. Khalil    skhalil@milbank.com, jbrewster@milbank.com
- Samuel M. Kidder    skidder@ktbslaw.com
- Marc Kieselstein    , carrie.oppenheim@kirkland.com
- Jane Kim    jkim@kellerbenvenutti.com
- Thomas F. Koegel    tkoegel@crowell.com
- Andy S. Kong    kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Alan W. Kornberg    , akornberg@paulweiss.com
- Jeffrey C. Krause    jkrause@gibsondunn.com, psantos@gibsondunn.com
- Thomas R. Kreller    tkreller@milbank.com, dmuhrez@milbank.com
- Lindsey E. Kress    lkress@lockelord.com, autodocket@lockelord.com

- Michael Thomas Krueger    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping    rich@trodellalapping.com
- Matthew A. Lesnick    matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch    bletsch@braytonlaw.com
- David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin    alevin@wcghlaw.com, vcorbin@wcghlaw.com
- William S. Lisa    , jcaruso@nixonpeabody.com
- William S. Lisa    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb    jon.loeb@bingham.com
- John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Jane Luciano    jane-luciano@comcast.net
- Kerri Lyman    klyman@irell.com, lgauthier@irell.com
- John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald    iain@macfern.com, ecf@macfern.com
- Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Michael W. Malter    michael@bindermalter.com
- Geoffrey E. Marr    gemarr59@hotmail.com
- David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy    patrick.maxcy@snrdenton.com
- Thomas E. McCurnin    tmccurnin@bkolaw.com, kescano@bkolaw.com
- Hugh M. McDonald    hugh.mcdonald@troutman.com, john.murphy@troutman.com
- Hugh M. McDonald    , john.murphy@troutman.com
- C. Luckey McDowell    luckey.mcdowell@bakerbotts.com
- Peter Meringolo    peter@pmrklaw.com
- Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com
- Matthew D. Metzger    belvederelegalecf@gmail.com
- M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Kevin Montee    kmontee@monteeassociates.com
- David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
- Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com
- Courtney L. Morgan    morgan.courtney@pbgc.gov
- Joshua D. Morse    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Thomas G. Mouzes    tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Michael S. Myers    myersms@ballardspahr.com, hartt@ballardspahr.com
- Alan I. Nahmias    anahmias@mbnlawyers.com
- David L. Neale    dln@lnbrb.com
- David L. Neale    dln@lnbyb.com
- David Neier    dneier@winston.com
- Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com
- Melissa T. Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov

- Gregory C. Nuti   gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient   aobrient@mintz.com, docketing@mintz.com
- Julie E. Oelsner   joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF   USTPRegion17.SF.ECF@usdoj.gov
- Aram Ordubegian   Ordubegian.Aram@ArentFox.com
- Shai Oved   ssoesq@aol.com, Ovedlaw@hotmail.com
- Gabriel Ozel   Gabriel.Ozel@troutman.com, tsinger@houser-law.com
- Margarita Padilla   Margarita.Padilla@doj.ca.gov
- Amy S. Park   amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson   donna@parkinsonphinney.com
- Peter S. Partee   , candonian@huntonak.com
- Paul J. Pascuzzi   ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- Kenneth Pasquale   , mlaskowski@stroock.com
- Valerie Bantner Peo   vbantnerpeo@buchalter.com
- Danielle A. Pham   danielle.pham@usdoj.gov
- Thomas R. Phinney   tom@parkinsonphinney.com
- R. Alexander Pilmer   alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston   rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino   epino@epinolaw.com, staff@epinolaw.com
- Mark D. Plevin   mplevin@crowell.com
- Mark D. Poniatowski   ponlaw@ponlaw.com
- Christopher E. Prince   cprince@lesnickprince.com
- Douglas B. Provencher   dbp@provlaw.com
- Amy C. Quartarolo   amy.quartarolo@lw.com
- Lary Alan Rappaport   lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins   jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- Hugh M. Ray   hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Caroline A. Reckler   caroline.reckler@lw.com
- Jeffrey M. Reisner   jreisner@irell.com
- Jack A. Reitman   jareitman@lgbfirm.com, srichmond@lgbfirm.com
- Emily P. Rich   erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Christopher O. Rivas   crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Daniel Robertson   robertson.daniel@pbgc.gov, efile@pbgc.gov
- Lacey E. Rochester   lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Allan Robert Rosin   arrosin@alr-law.com
- Jay M. Ross   jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau   grougeau@brlawsf.com
- Eric E. Sagerman   esagerman@bakerlaw.com
- Nanette D. Sanders   nanette@ringstadlaw.com, becky@ringstadlaw.com
- Sunny S. Sarkis   sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- Sblend A. Sblendorio   sas@hogefenton.com
- Lisa Schweitzer   lschweitzer@cgsh.com
- David B. Shemano   dshemano@pwkllp.com
- James A. Shepherd   jim@elkshep.com, ecf@elkshep.com
- Andrew I. Silfen   andrew.silfen@arentfox.com
- Wayne A. Silver   w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Craig S. Simon   csimon@bergerkahn.com, aketcher@bergerkahn.com
- Dania Slim   dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com

- Aaron C. Smith    asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol    jdsokol@lawssl.com, dwright@lawssl.com
- Bennett L. Spiegel    blspiegel@jonesday.com
- Michael St. James    ecf@stjames-law.com
- Harriet A. Steiner    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- David M. Stern    dstern@ktbslaw.com
- Rebecca Suarez    rsuarez@crowell.com
- Brad T. Summers    summerst@lanepowell.com, docketing-pdx@lanepowell.com
- Elizabeth Lee Thompson    ethompson@stites.com, docketclerk@stites.com
- John C. Thornton    jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Meagan S. Tom    Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward Tredinnick    etredinnick@grmslaw.com
- Matthew Jordan Troy    matthew.troy@usdoj.gov
- Andrew Van Ornum    avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta    marta.villacorta@usdoj.gov
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Riley C. Walter    ecf@W2LG.com
- Phillip K. Wang    phillip.wang@rimonlaw.com
- Philip S. Warden    philip.warden@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- Genevieve G. Weiner    gweiner@gibsondunn.com
- Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com
- Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans    rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- Risa Lynn Wolf-Smith    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher Kwan Shek Wong    christopher.wong@arentfox.com
- Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com
- Andrew Yaphe    andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com
- Tacie H. Yoon    tyoon@crowell.com
- Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com

/ / /

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | ☒ | **UNITED STATES MAIL, postage fully prepaid** |
| 2 | | (*List persons and addresses. Attach additional paper if necessary*) |

| | |
|---|---|
| Debtors<br>c/o PG&E Corporation and<br>Pacific Gas and Electric Company<br>Attn: Janet Loduca, Esq.<br>PO Box 770000<br>77 Beale Street,<br>San Francisco, CA 94105 | Weil, Gotshal & Manges LLP<br>Attn: Stephen Karotkin, Esq., Jessica Liou, Esq., and Matthew Goren, Esq.<br>767 Fifth Avenue<br>New York, New York 10153 |
| Keller & Benvenutti LLP<br>Attn: Tobias Keller, Esq. and Jane Kim, Esq.<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br><br>*Served via CM/ECF Only* | Stroock & Stroock & Lavan LLP<br>Attn: Kristopher M. Hansen, Esq., Erez E. Gilad, Esq., & Matthew G. Garofalo, Esq.<br>180 Maiden Lane<br>New York, NY 10038-4982 |
| Stroock & Stroock & Lavan LLP<br>Attn: Frank A. Merola, Esq<br>2029 Century Park East<br>Los Angeles, CA 90067-3086<br><br>*Served via CM/ECF Only* | Davis Polk & Wardwell LLP<br>Attn: Eli J. Vonnegut, Esq., David Schiff, Esq., and Timothy Graulich, Esq.<br>450 Lexington Avenue<br>New York, NY 10017 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Attn: Alan W. Kornberg, Esq., Brian S. Hermann, Esq., Walter R. Rieman, Esq., Sean A. Mitchell, Esq., and Neal P. Donnelly, Esq.<br>1285 Avenue of the Americas,<br>New York, NY 10019-6064 | Office of the United States Trustee for Region 17<br>Attn: James L. Snyder, Esq.<br>and Timothy Laffredi, Esq.<br>450 Golden Gate Avenue, 5th Floor,<br>Suite #05-0153<br>San Francisco, CA 94102 |
| U.S. Nuclear Regulatory Commission<br>Attn: General Counsel<br>Washington, DC 20555-0001 | U.S. Department of Justice<br>Attn: Danielle A. Pham, Esq.<br>1100 L Street, NW, Room 7106,<br>Washington DC 20005<br><br>*Served via CM/ECF Only* |
| Milbank LLP<br>Attn: Dennis F. Dunne, Esq. and Sam A. Khalil, Esq.<br>55 Hudson Yards<br>New York, NY 10001-2163<br><br>*Served via CM/ECF Only* | Milbank LLP<br>Attn: Paul S. Aronzon, Esq., Gregory A. Bray, Esq., and Thomas R. Kreller, Esq.<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 |

| | | |
|---|---|---|
| 1 | Baker & Hostetler LLP<br>Attn: Eric Sagerman, Esq. and Cecily Dumas, Esq.<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025-0509 | STEPHEN MOELLER-SALLY MATTHEW L. McGINNIS<br>ROPES & GRAY LLP<br>Prudential Tower, 800 Boylston Street<br>Boston, MA 02199-3600 |
| 2 | | |
| 3 | | |
| 4 | *Served via CM/ECF Only* | *Request for Special Notice* |
| 5 | | |
| 6 | GREGG M. GALARDI<br>KEITH H. WOFFORD/DANIEL G. EGAN<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 | |

*Request for Special Notice*

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on March 8, 2019, at San Diego, California.

                                               */s/ Linda Gubba-Reiner*
                                               Linda Gubba-Reiner