UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Bankruptcy Case |
|---|---|
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Sebastian V. Higgins, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On March 5, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, attached hereto as **Exhibit B**.

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 8th day of March 2019, at New York, NY.

_____
SEBASTIAN V. HIGGINS

1

SRF 31337

**Exhibit A**

Case: 19-30088    Doc# 810    Filed: 03/08/19    Entered: 03/08/19 15:55:44    Page 2 of 5

# Exhibit A
## Notice Parties Service List
## Served via First Class Mail

| Name | Address1 | Address2 | City | State | PostalCode |
|---|---|---|---|---|---|
| DENNIS DUNNE, ESQ. | Milbank, Tweed, Hadley & McCloy LLP | 2029 Century Park East, 33rd Floor | Los Angeles | CA | 90067-3019 |
| Jessica Liou | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York | NY | 10153-0119 |
| Matthew Goren | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York | NY | 10153-0119 |
| Michael S. Stamer | Akin Gump Strauss Hauer & Feld LLP | One Bryant Park | New York | NY | 10036-6742 |
| Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York | NY | 10153-0119 |

**Exhibit B**

Case: 19-30088    Doc# 810    Filed: 03/08/19    Entered: 03/08/19 15:55:44    Page 4 of 5

Form TRANSC

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| | |
|---|---|
| **In re Debtor(s):** <br><br> PG&E Corporation and Pacific Gas and Electric Company | Case No.: 19–30088 DM 11 <br> Chapter: 11 |

**NOTICE OF FILING OF TRANSCRIPT**
**AND DEADLINES RELATED TO RESTRICTION AND REDACTION**

A transcript of the proceeding held on February 27, 2019 was filed on February 28, 2019. The following deadlines apply:

The parties have until Thursday, March 7, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Thursday, March 21, 2019.

If a request for redaction is filed, the redacted transcript is due Monday, April 1, 2019.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Wednesday, May 29, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 3/7/19

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court