WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Proposed Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>   - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF FILING OF FURTHER REVISED PROPOSED FINAL ORDERS ON FIRST DAY MOTIONS TO BE HEARD AT MARCH 12 AND 13 OMNIBUS HEARINGS**<br><br>Date: March 12 and 13, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102 |

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will hold hearings on **March 12, 2019, at 9:30 a.m. (Pacific Time)** and **March 13, 2019, at 9:30 a.m. (Pacific Time)** (the "**Omnibus Hearings**") in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. At the Omnibus Hearings, among other matters, the Debtors will seek approval of the three (3) motions listed below on a final basis (the "**Motions**"), which were filed by the Debtors on the Petition Date. The Bankruptcy Court previously approved each of the Motions on an interim basis.

**PLEASE TAKE FURTHER NOTICE** that, on February 19 and 25, 2019, the Debtors filed proposed final orders (the "**Proposed Final Orders**") for each of the Motions [Dkt. Nos. 491 and 654].

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as Exhibits 1-3 are the Debtors' revised Proposed Final Orders granting the relief requested in each of the Motions on a final basis, including redline comparisons against the interim orders previously entered by the Court for each Motion. The Proposed Final Orders have been revised to address formal and informal comments and objections received, as reflected in exhibits attached hereto.

1. **Customer Programs Motion (to be heard at March 12, 2019 Omnibus Hearing).** Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507(a)(7) and Fed. R. Bankr. P. 6003 and 6004 for Interim and Final Orders (I) Authorizing Debtors to (A) Maintain and Administer Customer Programs, Including Public Purpose Programs, and (B) Honor Any Prepetition Obligations Relating Thereto; and (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers [Dkt No. 16]. Copies of the Proposed Final Order on the Customer Programs Motion and a redline comparison against the interim order previously entered by the Court are attached hereto as **Exhibit 1**. There have been no substantive revisions to the Proposed Final Order on the Customer Programs Motion.

2. **Cash Management Motion (to be heard at March 13, 2019 Omnibus Hearing).** Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507 and Fed. R. Bankr. P. 6003 and 6004 for Interim and Final Authority to (I)(A) Continue Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use Thereof, (C) Continue Intercompany Arrangements, (D) Continue to Honor Obligations Related to Joint Infrastructure Projects, and (E) Maintain Existing Bank Accounts and Business Forms; and (II) Waiving the Requirements of 11 U.S.C. § 345(b) [Dkt No. 7]. Copies of the Proposed Final Order on the Cash Management Motion and a redline comparison against the interim order previously entered by the Court are attached hereto as **Exhibit 2**. As set forth on **Exhibit 2**, the Proposed Final Order on the Cash Management Motion has been revised to include language (i) addressing certain informal objections of the U.S. Trustee regarding the Debtors'

compliance with section 345(b) of the Bankruptcy Code, (ii) addressing certain informal objections of the Creditors Committee and adding language to, among other things, make clear that Intercompany Transfers among the Debtors shall be afforded administrative expense priority status under section 503(b) of the Bankruptcy Code, restricting transfers made out of the Debtors' retiree benefit trust account, and adding certain notice and reporting requirements, and (iii) addressing a ministerial clarification that the Banks are authorized to continue currency conversions.

3. **Operational Integrity Suppliers Motion (to be heard at March 13, 2019 Omnibus Hearing).** Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 503(b)(9) and Fed. R. Bankr. P. 6003 and 6004 for Interim and Final Authority to Pay Prepetition Obligations Owed to Certain Safety and Reliability, Outage, and Nuclear Facility Suppliers [Dkt No. 12]. Copies of the Proposed Final Order on the Operational Integrity Suppliers Motion and a redline comparison against the second interim order previously entered by the Court are attached hereto as **Exhibit 3**. As set forth on **Exhibit 3**, the Proposed Final Order on the Operational Integrity Supplier Motion has been revised to include certain advanced notice requirements added at the request of the Creditors Committee.

**PLEASE TAKE FURTHER NOTICE** that copies of each pleading identified herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC ("**Prime Clerk**"), at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to further amend, modify, or supplement the Proposed Final Orders at any time up to and during the Omnibus Hearings.

Dated: March 8, 2019

                                **WEIL, GOTSHAL & MANGES LLP**
                                **KELLER & BENVENUTTI LLP**

                              /s/ Jane Kim
                                      Jane Kim

                              *Proposed Attorneys for Debtors and Debtors in Possession*