Robert A. Julian
Cecily A. Dumas
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:    628.208.6434
Facsimile:    310.820.8859
Email:   rjulian@bakerlaw.com
Email:   cdumas@bakerlaw.com

Eric E. Sagerman
Lauren T. Attard
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA 90025
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email:   esagerman@bakerlaw.com
Email:   lattard@bakerlaw.com

*Proposed Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br> -and-<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors**<br><br>☐ Affects PG& E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF HEARING ON MOTION OF OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO 11 U.S.C. §§ 503(b)(3)(F) AND 105(a) TO ESTABLISH PROCEDURES FOR REIMBURSEMENT OF EXPENSES OF TORT COMMITTEE MEMBERS**<br>Date:         Tuesday, April 9, 2019<br>Time:        9:30 a.m. (Pacific Time)<br>Place:       United States Bankruptcy Court<br>               Courtroom 17, 16 Floor<br>               San Francisco, CA  94102<br><br>**Objection Deadline**:   April 1, 2019<br>                                    4 p.m. (Pacific Time) |

**PLEASE TAKE NOTICE** that on March 10, 2019, the Official Committee of Tort Claimants (hereafter, the "**Tort Committee**"), in the above-captioned chapter 11 cases of PG&E Corporation and Pacific Gas and Electric Company filed a Motion seeking the entry of an order setting forth the process for reimbursement of expenses for Tort Committee members, and other related relief as the Court may deem appropriate.

**PLEASE TAKE FURTHER NOTICE** that any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party by 4:00 p.m. (Pacific Time) on April 1, 2019; any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position; if there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default.

**PLEASE TAKE FURTHER NOTICE** that in the event of a timely objection or request for hearing, the tentative hearing date, location and time are Tuesday, April 9, 2019, at 9:30 a.m. (Pacific Time), at the United States Bankruptcy Court, Courtroom 17, 16 Floor, San Francisco, CA 94102.

Dated: March 10, 2019

BAKER & HOSTETLER LLP

By: /s/ Lauren T. Attard
Lauren T. Attard

Proposed Attorneys for Official Committee of Tort Claimants

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES