1  Robert A. Julian
   Cecily A. Dumas
2  BAKER & HOSTETLER LLP
   1160 Battery Street, Suite 100
3  San Francisco, CA 94111
   Telephone:    628.208.6434
4  Facsimile:    310.820.8859
   Email:  rjulian@bakerlaw.com
5  Email:  cdumas@bakerlaw.com

6  Eric E. Sagerman
   Lauren T. Attard
7  BAKER & HOSTETLER LLP
   11601 Wilshire Boulevard
8  Suite 1400
   Los Angeles, CA 90025
9  Telephone:    310.820.8800
   Facsimile:    310.820.8859
10 Email:  esagerman@bakerlaw.com
   Email:  lattard@bakerlaw.com
11
   *Proposed Counsel for Official Committee of Tort Claimants*
12

13
                    **UNITED STATES BANKRUPTCY COURT**
14                  **NORTHERN DISTRICT OF CALIFORNIA**
                        **SAN FRANCISCO DIVISION**
15

16 **In re:**                              Case No. 19-30088 (DM)

17 **PG&E CORPORATION**                     Chapter 11

          **-and-**                         (Lead Case)
18
   **PACIFIC GAS AND ELECTRIC**             (Jointly Administered)
19 **COMPANY,**

20                      **Debtors**

21 ─────────────────────────────           **DECLARATION OF KAREN
                                           LOCKHART IN SUPPORT OF MOTION
22 □  Affects PG& E Corporation            OF OFFICIAL COMMITTEE OF TORT
                                           CLAIMANTS PURSUANT TO 11 U.S.C.
23 □  Affects Pacific Gas and Electric Company  §§ 503(b)(3)(F) AND 105(a) TO
                                           ESTABLISH PROCEDURES FOR
24 ■  Affects both Debtors                 REIMBURSEMENT OF EXPENSES OF
                                           TORT COMMITTEE MEMBERS
25                                         Date:     Tuesday, April 9, 2019
                                           Time:     9:30 a.m. (Pacific Time)
26 *All papers shall be filed in the Lead Case,*  Place:    United States Bankruptcy Court
   *No. 19-30088 (DM)*                               Courtroom 17, 16 Floor
27                                                   San Francisco, CA  94102

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

I, Karen Lockhart, pursuant to section 1746 of title 28 of the United States Code, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.     I am the chair of the Official Committee of Tort Claimants (hereafter, the "**Tort Committee**"), in the above-captioned chapter 11 cases of PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**" or "**PG&E**").  I submit this declaration in support of the *Motion of Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 503(b)(3)(F) and 105(a) to Establish Procedures for Reimbursement of Expenses of Tort Committee Members* (the "**Motion**").

2.     The statements in this Declaration are, except where specifically noted, based on my personal knowledge or opinion.

3.     On February 15, 2019, the U.S. Trustee appointed eleven tort claimants (the "**Members**") as an official committee pursuant to section 1102(a)(1) of the Bankruptcy Code.[1]  The identity of each Member, the fires in which they suffered losses, and the nature of their losses is described below:

| Committee Member | Fire | Nature of Losses |
| --- | --- | --- |
| GER Hospitality, LLC c/o Adolfo Veronese | Nuns | Business Loss |
| Angela Loo | Camp | Wrongful Death |
| Kirk Trostle | Camp | Business and Home Loss |
| Tommy Wehe | Camp | Wrongful Death |
| Karen Gowins | Camp | Home Loss |
| Agajanian, Inc. c/o Gary Agajanian | North Bay | Business Loss |
| Susan Slocum | Ghost Ship | Wrongful Death |
| Samuel Maxwell | Ghost Ship | Personal Injury |
| Wagner Family Wines-Caymus Vineyards c/o Michael Carlson | Atlas | Business Loss |
| Greg Wilson | Tubbs | Personal Injury |
| Karen Lockhart | Cascade | Wrongful Death |

4.     Members of the Tort Committee reside throughout Northern California from the Bay Area and Santa Rosa to Sacramento and Paradise. One Member resides as far away as Portland, Oregon.

[1] On February 21, 2019, the United States Trustee filed the *Amended Appointment of the Official Committee of Tort Claimants* (ECF No. 530).

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

4821-0267-0618.2

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

5.      To balance the travel hardship associated with in person meetings, the Tort Committee plans to alternate meetings in locations throughout Northern California, including Santa Rosa, Napa, Sonoma, Sacramento, Chico, and the Bay Area.

6.      The Tort Committee also plans to conduct certain meetings telephonically to reduce the travel burden and limit expenses.

7.      Despite efforts to minimize costs associated with travel to meetings and hearings, the Members will necessarily incur travel expenses including: tolls, parking, taxi fares, fares for rideshares services such as Uber and Lyft, hotel stays, airfare, and meals while traveling.

8.      The Members will also incur additional expenses in connection with their service on the Tort Committee, such as: printing and photocopy charges, postage, and overnight delivery.

9.      While the Members are represented by personal injury counsel, the Members are not seeking reimbursement for their personal counsel's expenses unless those expenses are incurred by personal counsel as a proxy for the Member.

10.     The Members personally pay these expenses in performance of their duties on the Tort Committee.

11.     The amounts that have and will be incurred by the Members in performance of their duties on the Tort Committee are substantial to the Members and requiring Members to wait an extended time for reimbursement would impose an undue hardship.

12.     The amount of expenses that the Members will seek to be reimbursed will likely be significantly less than the amount sought by the estate professionals in these cases.

13.     The expenses incurred by Members are also predictable, mostly consisting of travel expenses as a result of Committee meetings.  If Members were also required to file monthly applications for approval of the administrative expense claims, these applications would be very similar every month, and the process would be tedious, inefficient and costly.

14.     The issues in these Bankruptcy Cases including the treatment of the many tort claimants are extremely important to the Members of the Tort Committee and active involvement by the Members will be critical to an equitable and just resolution.

4821-0267-0618.2

1       I declare and verify under penalty of perjury that the foregoing is true and correct to the best

2   of my knowledge, information, and belief.

3       Executed this 10th day of March, 2019, at Yuba City, California.

4

5

6                                  Karen Lockhart

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

– 4 –