**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Proposed Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**,<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors**.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br>**NOTICE OF AGENDA FOR MARCH 12, 2019 9:30 A.M. OMNIBUS HEARING**<br>Date: March 12, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

**PROPOSED AGENDA FOR
MARCH 12, 2019 9:30 A.M. (PACIFIC TIME)
OMNIBUS HEARING**

I.  **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*MATTERS GOING FORWARD*

    1.    **Customer Programs Motion.** Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507(a)(7) and Fed. R. Bankr. P. 6003 and 6004 for Interim and Final Orders (I) Authorizing Debtors to (A) Maintain and Administer Customer Programs, Including Public Purpose Programs, and (B) Honor Any Prepetition Obligations Relating Thereto; and (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers **[Dkt. 16]**.

Response Deadline: February 20, 2019, except for the Official Committee of Unsecured Creditors and the Official Committee of Tort Claimants, for whom the response deadline was extended by stipulation and order to March 8, 2019 at 4:00 p.m. (Pacific Time).

Responses Filed:

A.    Sonoma Clean Power Authority's Statement of Support for Debtors' Public Programs Motion and Reservation of Rights [**Dkt. 66**].

    i.    Declaration of Geoffrey G. Syphers in Support of Sonoma Clean Power Authority's Statement [**Dkt. 67**].

B.    Chargepoint, Inc's Conditional Non-Opposition to Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507(a)(7) and Fed. R. Bankr. P. 6003 and 6004 for Interim and Final Orders (I) Authorizing Debtors to (A) Maintain and Administer Customer Programs, Including Public Purpose Programs, and (B) Honor any Prepetition Obligations Relating Thereto; and (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers [**Dkt. 147**].

C.    Statement of Marin Clean Energy in Support of Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507(a)(7) and Fed. R. Bankr. P. 6003 and 6004 for Interim and Final Orders (I) Authorizing Debtors to (A) Maintain and Administer Customer Programs, Including Public Purpose Programs, and (B) Honor any Prepetition Obligations Relating Thereto; and (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers; Reservation of Rights [**Dkt. 156**].

D.    Preliminary Objection of California State Agencies to Customer Programs Motion [**Dkt. 158**].

E.    Reservation of Rights of Berry Petroleum Company with Respect to Debtors' Customer Programs Motion [**Dkt. 170**].

F.    Supplemental Statement and Reservation of Rights of California State Agencies Regarding Customer Programs Motion [**Dkt. 500**].

G.    Limited Objection by Homeowners of Contaminated Properties to Customer Programs Motion [**Dkt. 527**].

H. Statement and Reservation of Rights of Official Committee of Unsecured Creditors with respect to Certain Matters Scheduled for February 27 Hearing [**Dkt. 610**].

Related Documents:

I. Proposed Final Order on the Customer Programs Motion and redline comparison against the interim order previously entered by the Court [**Dkt. 491-7**].

J. Debtors' Statement and Omnibus Reply in Support of First Day and Other Motions set for Hearing on February 27, 2019 [**Dkt. 652**].

K. Further Revised Proposed Final order on the Customers Programs Motion and redline comparison against the interim order previously entered by the Court [**Dkt. 811-1**].

Status: This matter is going forward.

***MATTERS CONTINUED TO MARCH 26, 2019, 9:30 A.M. OMNIBUS HEARING***

2. **Enel Green Power Motion.** Motion and Memorandum of Enel Green Power North America for Entry of an Order Confirming Safe Harbor Protection under 11 U.S.C. §§ 362(b)(6) and 556 [**Dkt. 481**].

Response Deadline: March 19, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed: None.

Related Documents:

A. Enel Green Power North America's Motion under 11 U.S.C. §§ 105(a) and 107(b) and FRBP 9018 for Entry of an Order Authorizing the Filing of Certain Contracts and Related Filings Under Seal [**Dkt. 483**].

B. Declaration of Giovanni Bertolino in Support of Enel Green Power North America's (I) Motion for Entry of an Order Confirming Safe Harbor Protection under 11 U.S.C §§ 362(b)(6) and 556; and (II) Motion to File Under Seal [**Dkt. 484**].

C. Notice of Hearing on Enel Green Power North America's (I) Motion to Confirm Safe Harbor Protection under 11 U.S.C §§ 362(b)(6) and 556; and (II) Motion to File Under Seal [**Dkt. 485**].

D. Exhibit [**Dkt. 486**].

E. Notice of Continued Hearing on Enel Green Power North America's Safe Harbor Motion and Motion to File Under Seal Originally Set for Hearing on March 12, 2019 at 9:30 a.m. [**Dkt 742**].

Status: Continued to March 26, 2019 at 9:30 a.m. (Pacific Time)

**PLEASE TAKE NOTICE** that copies of any papers filed with the court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at

| | |
|---|---|
| 1 | http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website. |

Dated: March 11, 2019

**WEIL, GOTSHAL & MANGES LLP**

**KELLER & BENVENUTTI LLP**

By: /s/ *Jane Kim*
      Jane Kim

*Proposed Attorneys for Debtors and Debtors in Possession*