# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Nabeela Ahmad, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On March 6, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the Supplemental Mailing List attached hereto as **Exhibit A**:

- Notice of Chapter 11 Bankruptcy Case [Docket No. 396]

*[Remainder of page intentionally left blank]*

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 11th day of March 2019, at New York, NY.

_____
Nabeela Ahmad

# **Exhibit A**

Exhibit A
Supplemental Mailing List
Served via First Class Mail

| MMLID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 4940847 | Boone, David | 400 Lake Blvd | Apt 12 | Redding | CA | 96003-2468 |
| 4922469 | HP INC | 1140 Enterprise Way | | Sunnyvale | CA | 94089-1412 |
| 4935328 | Left Romero, Craig | 2255 Truckee Dr | | Santa Rosa | CA | 95401-9197 |