AKIN GUMP STRAUSS HAUER & FELD LLP
Michael S. Stamer (*pro hac vice*)
Ira S. Dizengoff (*pro hac vice*)
David H. Botter (*pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: mstamer@akingump.com
idizengoff@akingump.com
dbotter@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
David P. Simonds (SBN 214499)
1999 Avenue of the Stars, Suite 600
Los Angeles, California 90067
Telephone: (310) 229-1000
Facsimile: (310) 229-1001
Email: dsimonds@akingump.com

Ashley Vinson Crawford (SBN 257246)
580 California Street
Suite 1500
San Francisco, CA 94104
Telephone: (415) 765-9500
Facsimile: (415) 765-9501
Email: avcrawford@akingump.com

*Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                 **Debtors.** | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |

AD HOC COMMITTEE'S JOINDER TO OFFICIAL COMMITTEE'S OPPOSITION TO APPOINTMENT OF OFFICIAL COMMITTEE OF PUBLIC ENTITIES

| | |
|---|---|
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **JOINDER OF THE AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS TO OPPOSITION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION OF PUBLIC ENTITIES FOR APPOINTMENT OF OFFICIAL COMMITTEE OF PUBLIC ENTITIES PURSUANT TO 11 U.S.C. §§ 1102(A)(2) AND 105(A)**<br><br>**Hearing**<br>Date: March 13, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: Courtroom 17<br>450 Golden Gate Ave, 16th Floor<br>San Francisco, CA 9410 |

The Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company (the "Ad Hoc Committee") in the above-captioned chapter 11 cases of Pacific Gas and Electric Company (the "Utility") and PG&E Corporation ("PG&E" and, together with the Utility, the "Debtors"), by its undersigned counsel, Akin Gump Strauss Hauer & Feld LLP, hereby joins in the opposition of the Official Committee of Unsecured Creditors (the "Creditors' Committee Opposition") [Dkt. No. 819] to the *Motion of Public Entities for Appointment of Official Committee of Public Entities Pursuant to 11 U.S.C. §§ 1192(a)(2) and 105(a)* [Dkt. No. 720] (the "Motion") filed by the California public entities identified therein (the "Public Entities").[1] In support hereof, the Ad Hoc Committee respectfully represents as follows:

## JOINDER

1. The Ad Hoc Committee joins the Creditors' Committee Opposition and respectfully requests that the Motion be denied. As set forth more fully in the Creditors' Committee Opposition, the appointment of an official committee comprising the Public Entities is not warranted for several reasons. First, the Ad Hoc Committee agrees that the interests of the Public Entities are already adequately represented in these chapter 11 cases by the official committee of tort claimants (the "Tort Committee"), whose members are fiduciaries for all tort claimants and are charged with maximizing

---

[1] Capitalized terms used, but not defined, herein shall have the meanings ascribed to them in the Motion.

AD HOC COMMITTEE'S JOINDER TO OFFICIAL COMMITTEE'S OPPOSITION TO APPOINTMENT OF OFFICIAL COMMITTEE OF PUBLIC ENTITIES

value for all tort claimants, including the Public Entities. Second, the Public Entities are able to represent adequately their interests in ensuring the health and welfare of their communities by appearing and participating as parties in ongoing proceedings regarding the Debtors, including before the CPUC. Finally, the Ad Hoc Committee believes that any benefits derived from the appointment of an official committee consisting of the Public Entities, which appear to be already working in concert on an *ad hoc* basis, and whose interests are already adequately represented, will be *de minimis* when weighed against the additional costs and expenses that the Debtors estates will bear as a result of such appointment.

## CONCLUSION

2. For the reasons set forth herein and those set forth in the Creditors' Committee Opposition, the Ad Hoc Committee joins in the Creditors' Committee Opposition and respectfully requests that the Court deny the Motion.

Dated: March 11, 2019

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: */s/ Ashley Vinson Crawford*
David P. Simonds (SBN 214499)
Ashley Vinson Crawford (SBN 257246)
Michael S. Stamer (*pro hac vice*)
Ira S. Dizengoff (*pro hac vice*)
David H. Botter (*pro hac vice*)

*Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*