**IBM CORPORATION**
275 Viger East
Montreal, Quebec H2X 3R7
Canada
514-964-0694
Fax 845-491-5032
mjdube@ca.ibm.com

**FILED**

MAR 1 1 2019

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

March 2, 2019

**19-30088**

UNITED STATES BANKRUPTCY COURT
Northern District of California

RE: Pacific Gas and Electric Company

CHAPTER 11
CASE# 19-30089

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that International Business Machines Corp (IBM), a creditor and party-in-interest herein, hereby appears in the chapter 11 case, and requests that, pursuant to Rule 2002 of the Bankruptcy Rules, copies of all notices, motions, applications, petitions, pleadings, and orders be duly served on the undersigned at the address herein below noted and be directed to the attention of:

ATTN: Marie-Josee Dube
IBM Corporation
275 Viger East
Montreal, QC H2X 3R7
Canada

**INTERNATIONAL BUSINESS MACHINES CORPORATION**

BY: */s/ Marie-Josee Dube*
Marie-Josee Dube
IBM Corporation

TO: Clerk of the Court
US Bankruptcy Court
Northern District of California
450 Golden Gate Ave., 18 Floor
Mailbox 36099
San Francisco, CA 94102