PLACER COUNTY OFFICE OF THE TREASURER-TAX COLLECTOR
Robert Kanngiesser, Deputy Tax Collector
2976 Richardson Drive
Auburn, California 95603
Telephone Number: (530) 889-4129
Facsimile Number: (530) 889-4123

**FILED**

MAR 1 1 2019

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: PACIFIC GAS & ELECTRIC COMPANY

Debtor(s)

Case No.: 19-30088 (DM)

REQUEST FOR SPECIAL NOTICE
FILED BY PLACER COUNTY OFFICE OF
THE TREASURER-TAX COLLECTOR

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES OF INTEREST:

The County of Placer, California hereby requests notice of all pleadings, court notices, motions, applications, ex-parte application, contested matters and all other documents and papers pertaining to the above-captioned case, including all notices required under the Bankruptcy Code, Bankruptcy Rules, local rules or any other rule or law, to be noticed and served on creditors, creditors' committees or other parties of interest as shown on the attached service list.

Dated: February 27, 2019        Placer County Treasurer-Tax Collector's Office

By _____
Robert Kanngiesser, Deputy Tax Collector
For the County of Placer

DECLARATION OF PROOF OF SERVICE

I, Gayle Strom, declare:

I am a citizen of the United States and am employed in the County of Placer. I am over the age of eighteen (18) years and not a party to the within-entitled action. My business address is 2976 Richardson Dr., Auburn, California.

On 2/27/2019 I served the within documents:

**NOTICE OF SPECIAL NOTICE and PROOF OF CLAIM**

☒ by mail on the following party(ies) in said action, in accordance with Code of Civil Procedure Section 1013(a), by placing a true copy thereof enclosed in a sealed envelope and placing it in a designated area for outgoing mail, addressed as follows: "SEE ATTACHED". I am readily familiar with the practice of this office with respect to collection and processing of documents for mailing. On the same day that correspondence is placed for collection and mailing at Auburn, California, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

☐ by facsimile transmission: I transmitted the above listed documents to those parties indicated on the attached service list at the fax numbers so indicated. I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☐ personally delivering a true copy thereof, in accordance with Code of Civil Procedure section 1011, to the person(s) and at the address(es) set forth below.

☐ by overnight delivery on the following party(ies) in said action, in accordance with Code of Civil Procedure section 1013(c), by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, in a designated area for outgoing overnight mail, addressed as set forth below.

☐ By Electronic Transmission

I declare under penalty of perjury that the foregoing is true and correct. Executed on 2/27/2019, at Auburn, California.

_Gayle Strom_

Case: 19-30088    Doc# 825    Filed: 03/11/19    Entered: 03/11/19 15:04:35    Page 2 of 3

| | |
|---|---|
| 1 | |
| 2 | U.S. Bankruptcy Court<br>Northern Dist. of Calif. |
| 3 | 280 South First Street Room 3035<br>San Jose CA 95113 |
| 4 | |
| 5 | U.S. Trustee Office of the U.S. Trustee |
| 6 | U.S. Federal Bldg.<br>280 South First Street Room 268 |
| 7 | San Jose CA 95113 |
| 8 | |
| 9 | Max Africk<br>Weil, Gotshal & Manges LLP<br>757 Fifth Avenue |
| 10 | New York NY 10153 |
| 11 | |
| 12 | Peter J Benvenutti<br>Keller & Benvenutti LLP<br>650 California St 19th Fl. |
| 13 | San Francisco CA 94108 |