Dario de Ghetaldi – Bar No. 126782
Amanda L. Riddle – Bar No. 215221
Steven M. Berki – Bar No. 245426
Sumble Manzoor – Bar No. 301704
**COREY, LUZAICH,
DE GHETALDI & RIDDLE LLP**
700 El Camino Real
P.O. Box 669
Millbrae, CA 94030-0669
Telephone: (650) 871-5666
Facsimile: (650) 871-4144
deg@coreylaw.com
alr@coreylaw.com
smb@coreylaw.com
sm@coreylaw.com

Michael S. Danko – Bar No. 111359
Kristine K. Meredith – Bar No. 158243
Shawn R. Miller – Bar No. 238447
**DANKO MEREDITH**
333 Twin Dolphin Drive, Suite 145
Redwood Shores, CA 94065
Telephone: (650) 453-3600
Facsimile: (650) 394-8672
mdanko@dankolaw.com
kmeredith@dankolaw.com
smiller@dankolaw.com

Eric Gibbs - Bar No. 178658
Dylan Hughes - Bar No. 209113
**GIBBS LAW GROUP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
dsh@classlawgroup.com

Attorneys for Individual Butte Fire, North Bay Fires,
And Camp Fire Victim Claimants

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION and<br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**JOINDER OF INDIVIDUAL BUTTE FIRE, NORTH BAY FIRES, AND CAMP FIRE VICTIM CLAIMANTS IN THE OBJECTION BY THE OFFICIAL COMMITTEE OF TORT CLAIMANTS TO DEBTORS' DIP FINANCING MOTION (ECF NO. 23)**<br><br>Date: March 27, 2019<br>Time: 9:30 a.m. (Pacific Daylight Time)<br>Place: United States Bankruptcy Court<br>    Courtroom 17, 16th Floor<br>    San Francisco, CA 94102 |

## I. INTRODUCTION

Immediately after the 2010 San Bruno Gas Pipeline Explosion and Fire, PG&E distributed VISA gift cards to the victims and then paid substantial sums of cash to victims with "no strings attached" – $50,000 to victims whose house was destroyed, $25,000 to victims whose house was damaged and in the immediate zone of danger, and $10,000 to victims whose house was damaged and outside the immediate zone of danger. These sums were in addition to the settlements PG&E eventually reached with each of the San Bruno victims for the personal injuries and property damages they suffered.

Much has changed.

PG&E entered into prepetition enforceable settlement agreements with 132 victims of the Butte Fire in the aggregate amount of almost $18,000,000.00 but failed to pay the agreed amounts.

Claims of 1,049 victims of the Butte Fire remain unresolved. Three and one-half years after the fire, many still live in trailers or other temporary housing. Many have no insurance and most of those who did have exhausted their policies.

At the same time Debtors were defaulting on their settlement agreements with victims of the Butte Fire, they were paying departing CEO Geisha Williams $2,500,000 as a part of her severance package. PG&E now comes before this Court seeking authority to prioritize payments of hundreds and hundreds of millions of dollars for various programs and projects, yet never once even acknowledges the existence of those settlements with the forgotten Butte Fire victims let alone offers a plan to pay them.

Much has changed indeed.

## II. JOINDER IN OBJECTION BY OFFICIAL COMMITTEE OF TORT CLAIMANTS

Objectors herein are 141 survivors of the 2015 Butte Fire, 320 survivors of the 2017 North Bay Fires, and 1,330 survivors of the 2018 Camp Fire, including the families of 17 people who died in three of those fires. On January 31, 2019, Objectors filed an opposition to the DIP financing motion (ECF No. 178), and hereby join in the objection to the DIP financing motion filed by the Official Committee of Tort Claimants. (ECF No. 800.)

Objectors wish to inform the Court of two brief factual points:

- Available insurance for the 2015 Butte Fire appears to be underreported by approximately $10,000,000.00 in Debtors' 2018 Form 10-K. (See Declaration of Dario de Ghetaldi in Support of Joinder ("Joinder Decl. of de Ghetaldi"), ¶¶ 5-7.)
- Unfunded prepetition settlement agreements between Debtors and approximately 130 survivors of the 2015 Butte Fire have a total value of approximately $18,000,000.00. (Joinder Decl. of de Ghetaldi, ¶ 8.)

Funding the outstanding Butte Fire settlements at this time will aid the work of the Official Committee of Tort Claimants in representing the rights of all victims who have tort claims against PG&E. PG&E will inevitably seek to devalue those claims and pay cents on the dollar through the bankruptcy. Past settlements from the 2010 San Bruno Explosion and the 2015 Butte Fire are excellent points of reference regarding what the fair value of the tort claims are. How much did PG&E pay in the past for the loss of life? How much did PG&E pay in the past to a victim who was burned while running for their life? How much did PG&E pay in the past to a person who must live with Post-Traumatic Stress Disorder after surviving a mass disaster? How much did PG&E pay in the past to someone who lost their home in a fire and has since had to live in a trailer on their burnt-out property? Ordering PG&E to fund the outstanding Butte Fire settlements will help answer those questions by increasing the number of settlement benchmarks.

III. CONCLUSION

As more the fully set forth in their objection to the DIP financing motion (Doc. No. 178), the victims of the 2015 Butte Fire whose settlements remain unpaid maintain that Debtors' first "primary objective" of the Chapter 11 **_IS NOT_** "to establish a process for PG&E to fully address and resolve its liabilities resulting from the 2017 and 2018 Northern California wildfires and to provide compensation to those entitled to compensation from the Debtors fairly and expeditiously – indeed, more quickly and more equitably than those liabilities could be addressed and resolved in the state court system." (See Declaration of Jason P. Wells ISO First Day Motions ("Wells Decl."), Doc. No. 28, p. 4:10-16.)

The Debtors' hollow claim resounds with cruel irony when seen in the light of the unfunded Butte Fire settlements and the bankruptcy filings the Debtors are using to allow them to avoid paying those settlements.

DATED: March 11, 2019					Respectfully submitted,

					**COREY, LUZAICH, DE GHETALDI & RIDDLE LLP**

					By: _____
					Dario de Ghetaldi
					Amanda L. Riddle
					Steven Berki
					Sumble Manzoor
					Attorneys for Objectors Herein

					**DANKO MEREDITH**
					Michael S. Danko
					Kristine K. Meredith
					Shawn R. Miller
					Attorneys for Objectors Herein

					**GIBBS LAW GROUP**
					Eric Gibbs
					Dylan Hughes
					Attorneys for Objectors Herein