Dario de Ghetaldi – Bar No. 126782
Amanda L. Riddle – Bar No. 215221
Steven M. Berki – Bar No. 245426
Sumble Manzoor – Bar No. 301704
**COREY, LUZAICH,**
**DE GHETALDI & RIDDLE LLP**
700 El Camino Real
P.O. Box 669
Millbrae, CA 94030-0669
Telephone: (650) 871-5666
Facsimile: (650) 871-4144
deg@coreylaw.com
alr@coreylaw.com
smb@coreylaw.com
sm@coreylaw.com

Michael S. Danko – Bar No. 111359
Kristine K. Meredith – Bar No. 158243
Shawn R. Miller – Bar No. 238447
**DANKO MEREDITH**
333 Twin Dolphin Drive, Suite 145
Redwood Shores, CA 94065
Telephone: (650) 453-3600
Facsimile: (650) 394-8672
mdanko@dankolaw.com
kmeredith@dankolaw.com
smiller@dankolaw.com

Eric Gibbs - Bar No. 178658
Dylan Hughes - Bar No. 209113
**GIBBS LAW GROUP**
505 14th Street, Suite 11 I 0
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
dsh@classlawgroup.com

Attorneys for Individual Butte Fire, North Bay Fires,
And Camp Fire Victim Claimants

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION and<br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF DARIO DE GHETALDI, ESQ., IN SUPPORT OF JOINDER IN THE OBJECTION BY THE OFFICIAL COMMITTEE OF TORT CLAIMANTS TO DEBTORS' DIP FINANCING MOTION (ECF NO. 23)**<br><br>Date:　　March 27, 2019<br>Time:　　9:30 a.m. (Pacific Daylight Time)<br>Place:　　United States Bankruptcy Court<br>　　　　　Courtroom 17, 16th Floor<br>　　　　　San Francisco, CA 94102 |

I, Dario de Ghetaldi, hereby swear under penalty of perjury:

1. I am an attorney at law, licensed to practice in the Northern District of California, the Ninth Circuit Court of Appeal, the United States Supreme Court, and all state courts in the State of California.

2. I served as liaison counsel in cases arising out of the 2010 San Bruno gas pipeline explosion and fire. I am currently on the Plaintiffs' Executive Committee in the 2015 Butte Fire Cases and the 2017 North Bay Fire Cases.

3. Our office along with co-counsel currently represent 141 survivors of the 2015 Butte Fire, 320 survivors of the 2017 North Bay Fires, and 1,330 victims of the 2018 Camp Fire, including families of 17 persons who died in three of those fires. Our office separately represents one of the victims of the August 2015 PG&E gas pipeline explosion and fire at the Fresno Sheriff's gun range.

4. In the Butte Fire Cases, I took or attended almost 100 depositions of PG&E employees, management personnel, and experts, and personally reviewed over 100,000 pages of documents produced by PG&E.

5. Among the documents I reviewed in the Butte Fire Cases were forty-two (42) liability insurance policies and associated documents produced by PG&E as "Confidential" in response to plaintiffs' document requests. Over half of those policies appear to provide excess coverage for exemplary damages.

6. I have also reviewed the portions of PG&E's 2018 Form 10-K dated February 28, that relate to PG&E's insurance coverage. See https://last10k.com/sec-filings/1004980/0001004980-19-000004.htm#fullReport?utm_source=last10k&utm_medium=PDF&utm_campaign=share&utm_term=1004980, at p. 157.

7. From this review, it appears that available insurance for the 2015 Butte Fire was underreported by approximately $10,000,000.00 in Debtors' 2018 Form 10-K.

8. I understand that unfunded prepetition settlement agreements between Debtors and approximately 130 survivors of the 2015 Butte Fire have a total value of approximately $18,000,000.00.

/ / /

I declare under penalty that I have read the foregoing Declaration and know its contents. The same is true of my personal knowledge except for those matters stated on information and belief that I believe to be true.

Executed on March 11, 2019, at Millbrae, California.

_____
Dario de Ghetaldi