Leah E. Capritta (32087)
Holland & Knight LLP
1801 California Street, Suite 5000
Denver, CO 80202

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY

Debtor(s).

Case No. 19-30088-DM (19-30089-DM)
Chapter 11

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, __LEAH E. CAPRITTA__, an active member in good standing of the bar of __COLORADO__, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing __United Energy Trading, LLC__ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
   Vince Farhat, Holland & Knight LLP, 400 South Hope Street, 8th Floor, Los Angeles, CA 90071, 213.896.2400.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 12, 2019

*/s/ Leah E. Capritta*