# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In Re: PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY ) Case No.: 19-30088-DM
) (Related Case 19-30089-DM)
)
) Chapter 11
)

ORDER GRANTING APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE

<u>Leah E. Capritta</u>, whose business address and telephone number is **Holland & Knight, LLP, 1801 California Street, Suite 5000, Denver, CO 80202, 303.974.6660** and who is an active member in good standing of the bar of **Colorado** having applied in the above entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **United Energy Trading, LLC.**

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

Dated this _____ day of March, 2019.

_____
Honorable Dennis Montali
United States Bankruptcy Judge