Leonard M. Shulman - Bar No. 126349
Melissa Davis Lowe - Bar No. 245521
**SHULMAN HODGES & BASTIAN LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: LShulman@shbllp.com
MLowe@shbllp.com

Attorneys for Cushman & Wakefield, Inc.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br>**PG&E Corporation,**<br>Debtor. | Case No. 19-30088<br>Chapter 11<br>**REQUEST FOR COURTESY NOTIFICATION OF ELECTRONIC FILING (NEF)** |

**PLEASE TAKE NOTICE** that the parties listed below hereby request that notice of all matters which may come before the Court be delivered to said parties via the Court's Case Management/Electronic Filing system:

> Leonard M. Shulman
> Melissa Davis Lowe
> Shulman Hodges & Bastian LLP
> 100 Spectrum Center Drive, Suite 600
> Irvine, CA 92618
> (949) 340-3400
> E-mail: lshulman@shbllp.com; mlowe@shbllp.com

The above named wish to receive courtesy electronic notice of all documents filed in the above-referenced case. The parties understand the courtesy electronic notification shall be delivered via the Court's Case Management/Electronic Filing (CM/ECF) system as a Notice of Electronic Filing (NEF) and that the parties must be registered users of the Court's CM/ECF system to be eligible for courtesy NEFs.

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5215-004\56\1336788.1

Case: 19-30088    Doc# 836    Filed: 03/12/19    Entered: 03/12/19 12:02:32    Page 1 of 2

1. The parties further understand that this request does not impose any obligation on the Court, the Debtor or any other party in the case to deliver courtesy copies of any orders, pleadings or other documents entered on the docket by mail, telephone, facsimile, or any other means other than as through the CM/ECF system as a NEF.

**SHULMAN HODGES & BASTIAN LLP**

DATED: March 12, 2019

By: /s/ *Leonard M. Shulman*
Leonard M. Shulman
Melissa Davis Lowe
Attorneys for Cushman & Wakefield, Inc.

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5215-004\56\1336788.1

Case: 19-30088    Doc# 836    Filed: 03/12/19    Entered: 03/12/19 12:02:32    Page 2 of 2

2