Dennis F. Dunne (*pro hac vice*)
Samuel A. Khalil (*pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

and

Paul S. Aronzon (SBN 88781)
Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Proposed Counsel for the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors and Debtors In Possession. | Case No.: 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) SS.:
COUNTY OF NEW YORK   )

DAVID MCCRACKEN, being duly sworn, deposes and says:

I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank LLP, *Proposed Counsel for the Official Committee of Unsecured Creditors*, in the above-captioned cases.

On the 12th of March, 2019, I caused copies of the following document:

Statement of The Official Committee of Unsecured Creditors In Support of The Final Approval of The Debtors' DIP Motion [ECF No. 835]

to be served upon the parties identified on Exhibit A attached hereto by electronic mail, to be served upon the parties identified on Exhibit B attached hereto by FedEx Overnight mail, to be served upon the party identified on Exhibit C attached hereto by USPS, and to be served upon the party identified on Exhibit D attached hereto by Courier service.

/s/ David McCracken
DAVID MCCRACKEN

SWORN TO AND SUBSCRIBED before me
this 12th of March, 2019

/s/ Monica D. Alston
Monica D. Alston
Notary Public, State of New York
No. 31-4853249
Qualified in New York County
Certificate filed in New York County
Commission Expires February 10, 2022

# Exhibit A

aa@andrewsthornton.com; shiggins@andrewsthornton.com; jct@andrewsthornton.com; adam.malatesta@lw.com; ADSmith@perkinscoie.com; ajang@janglit.com; snoma@janglit.com; akornberg@paulweiss.com; bhermann@paulweiss.com; wrieman@paulweiss.com; smitchell@paulweiss.com; ndonnelly@paulweiss.com; alex.sher@hoganlovells.com; peter.ivanick@hoganlovells.com; alexander.pilmer@kirkland.com; Amy.Park@skadden.com; amy.quartarolo@lw.com; anahmias@mbnlawyers.com; Andrew.Silfen@arentfox.com; Beth.Brownstein@arentfox.com; Jordana.Renert@arentfox.com; andrew.yaphe@davispolk.com; andy.kong@arentfox.com; christopher.wong@arentfox.com; aortiz@jhwclaw.com; sjordan@jhwclaw.com; ecf@jhwclaw.com; aparna.yenamandra@kirkland.com; Aram.Ordubegian@arentfox.com; arocles.aguilar@cpuc.ca.gov; asmith@lockelord.com; avcrawford@akingump.com; avobrient@mintz.com; ablevin@mintz.com; bankruptcy@coag.gov; Bankruptcy2@ironmountain.com; bankruptcycourtnotices@unioncounsel.net; erich@unioncounsel.net; tmainguy@unioncounsel.net; cgray@unioncounsel.net; bankruptcynotices@up.com; belvederelegalecf@gmail.com; bennett.spiegel@hoganlovells.com; bglaser@swesq.com; bknapp@lockelord.com; bletsch@braytonlaw.com; brian.lohan@arnoldporter.com; steven.fruchter@arnoldporter.com; bryan.bates@dentons.com; caroline.reckler@lw.com; andrew.parlen@lw.com; cbelmonte@ssbb.com; pbosswick@ssbb.com; CHRIS.JOHNSTONE@WILMERHALE.COM; christopher.harris@lw.com; andrew.parlen@lw.com; crivas@reedsmith.com; mhouston@reedsmith.com; cshore@whitecase.com; csimon@bergerkahn.com; csimon@bergerkahn.com; cvarnen@irell.com; astrabone@irell.com; dandreoli@steyerlaw.com; Danette.Valdez@doj.ca.gov; Annadel.Almendras@doj.ca.gov; dania.slim@pillsburylaw.com; daniel@thebklawoffice.com; danielle.pham@usdoj.gov; danielle.pham@usdoj.gov; david.levant@stoel.com; david.riley@dlapiper.com; eric.goldberg@dlapiper.com; david.seligman@kirkland.com; ddunne@milbank.com; skhalil@milbank.com; deg@coreylaw.com; alr@coreylaw.com; smb@coreylaw.com; sm@coreylaw.com; dfelder@orrick.com; dgrassgreen@gmail.com; DLN@LNBYB.COM; dminnick@pillsburylaw.com; dmoon@stroock.com; dneier@winston.com; dshemano@shemanolaw.com; dsimonds@akingump.com; dvd@svlg.com; keb@svlg.com; EAdler@TheAdlerFirm.com; gemarr59@hotmail.com; bzummer@TheAdlerFirm.com; Ecf@stjames-law.com; efile@pbgc.gov; robertson.daniel@pbgc.gov; eguffy@lockelord.com; ehg@classlawgroup.com; dsh@classlawgroup.com; EHK@LNBYB.COM; eli.vonnegut@davispolk.com; david.schiff@davispolk.com; timothy.graulich@davispolk.com; emorabito@foley.com; bnelson@foley.com; epino@epinolaw.com; Eric.Ivester@skadden.com; eric.may@yolocounty.org; Erika.Schoenberger@davey.com; esagerman@bakerlaw.com; lattard@bakerlaw.com; esserman@sbep-law.com; taylor@sbep-law.com; ethompson@stites.com; etredinnick@greeneradovsky.com; fmerola@stroock.com; fpitre@cpmlegal.com; acordova@cpmlegal.com; ablodgett@cpmlegal.com; gabriel.ozel@troutman.com; gabrielle.glemann@stoel.com; ganzc@ballardspahr.com; myersms@ballardspahr.com; gerald.kennedy@procopio.com; gjones@dykema.com; gregg.galardi@ropesgray.com; keith.wofford@ropesgray.com; daniel.egan@ropesgray.com; grougeau@brlawsf.com; Gweiner@gibsondunn.com; Jkrause@gibsondunn.com; harriet.steiner@bbklaw.com; harris.winsberg@troutman.com; matthew.roberts2@troutman.com; hbedoyan@kleinlaw.com; ecf@kleinlaw.com; hill@SullivanHill.com; hawkins@SullivanHill.com; dabbieri@SullivanHill.com; hoguem@gtlaw.com; houston_bankruptcy@publicans.com; howard.seife@nortonrosefulbright.com; andrew.rosenblatt@nortonrosefulbright.com;

| | |
|---|---|
| 1 | christy.rivera@nortonrosefulbright.com; hubenb@ballardspahr.com; |
| 2 | hugh.mcdonald@troutman.com; hugh.ray@pillsburylaw.com; imac@macfern.com; info@norcallawgroup.net; joe@norcallawgroup.net; jackie.fu@lockelord.com; |
| 3 | JAE1900@yahoo.com; James.Ficenec@ndlf.com; Joshua.Bevitz@ndlf.com; James.L.Snyder@usdoj.gov; timothy.s.laffredi@usdoj.gov; Marta.Villacorta@usdoj.gov; |
| 4 | James.Potter@doj.ca.gov; jane-luciano@comcast.net; jcumming@dir.ca.gov; jcurran@wolkincurran.com; jdoolittle@reedsmith.com; jdoran@hinckleyallen.com; |
| 5 | jdsokol@lawssl.com; kcoles@lawssl.com; jdt@jdthompsonlaw.com; jfiero@pszjlaw.com; Jg5786@att.com; jlowenthal@steyerlaw.com; jlucas@pszjlaw.com; gglazer@pszjlaw.com; |
| 6 | dgrassgreen@pszjlaw.com; ipachulski@pszjlaw.com; jmills@taylorenglish.com; |
| 7 | jmullan@sonomacleanpower.org; John.mccusker@bami.com; john.moe@dentons.com; joshua.morse@dlapiper.com; jrawlins@winston.com; jreisner@irell.com; klyman@irell.com; |
| 8 | jrowland@bakerdonelson.com; Julia.Mosel@sce.com; patricia.cirucci@sce.com; kcapuzzi@beneschlaw.com; mbarrie@beneschlaw.com; kcunningham@PierceAtwood.com; |
| 9 | KDWBankruptcyDepartment@kelleydrye.com; bfeder@kelleydrye.com; keckhardt@huntonak.com; |
| 10 | kenns@beneschlaw.com; kfineman@nutihart.com; gnuti@nutihart.com; chart@nutihart.com; khansen@stroock.com; egilad@stroock.com; mgarofalo@stroock.com; khansen@stroock.com; |
| 11 | egilad@stroock.com; mgarofalo@stroock.com; holsen@stroock.com; mspeiser@stroock.com; kpasquale@stroock.com; smillman@stroock.com; kklee@ktbslaw.com; dstern@ktbslaw.com; |
| 12 | skidder@ktbslaw.com; kmontee@monteeassociates.com; kw@wlawcorp.com; kwinick@clarktrev.com; larry@engeladvice.com; Lauren.macksoud@dentons.com; |
| 13 | leo.crowley@pillsburylaw.com; Leslie.Freiman@edpr.com; Randy.Sawyer@edpr.com; lgabriel@bg.law; lgoldberg@ebce.org; lillian.stenfeldt@rimonlaw.com; lkress@lockelord.com; |
| 14 | lmcgowen@orrick.com; lrochester@bakerdonelson.com; jhayden@bakerdonelson.com; |
| 15 | lschweitzer@cgsh.com; mschierberl@cggsh.com; Luckey.Mcdowell@BakerBotts.com; Ian.Roberts@BakerBotts.com; Kevin.Chiu@BakerBotts.com; malexander@maryalexander.com; |
| 16 | malmy@crowell.com; marc.kieselstein@kirkland.com; Margarita.Padilla@doj.ca.gov; James.Potter@doj.ca.gov; mark.bane@ropesgray.com; matthew.roose@ropesgray.com; |
| 17 | mark.mckane@kirkland.com; michael.esser@kirkland.com; Mark_Minich@kindermorgan.com; marthaeromerolaw@gmail.com; matt@lesnickprince.com; cprince@lesnickprince.com; |
| 18 | mbienenstock@proskauer.com; brosen@proskauer.com; mzerjal@proskauer.com; |
| 19 | mbusenkell@gsbblaw.com; mdanko@dankolaw.com; kmeredith@dankolaw.com; smiller@dankolaw.com; meagan.tom@lockelord.com; melaniecruz@chevron.com; |
| 20 | marmstrong@chevron.com; mferullo@nixonpeabody.com; mfirestein@proskauer.com; lrappaport@proskauer.com; sma@proskauer.com; mgorton@boutinjones.com; mgrotefeld@ghlaw-|
| 21 | llp.com; mochoa@ghlaw-llp.com; wpickett@ghlaw-llp.com; mhouston@reedsmith.com; mhowery@reedsmith.com; michael.isaacs@dentons.com; Michael@bindermalter.com; |
| 22 | Rob@bindermalter.com; Heinz@bindermalter.com; misola@brotherssmithlaw.com; |
| 23 | mjb@hopkinscarley.com; jross@hopkinscarley.com; mkelly@walkuplawoffice.com; kbaghdadi@walkuplawoffice.com; mschuver@walkuplawoffice.com; morgan.courtney@pbgc.gov; |
| 24 | efile@pbgc.gov; mosby_perrow@kindermorgan.com; mplevin@crowell.com; bmullan@crowell.com; Mrosenthal@gibsondunn.com; Amoskowitz@gibsondunn.com; |
| 25 | mscohen@loeb.com; aclough@loeb.com; mstamer@akingump.com; idizengoff@akingump.com; |
| 26 | dbotter@akingump.com; mstrub@irell.com; mtoney@turn.org; tlong@turn.org; myuffee@winston.com; nanette@ringstadlaw.com; Navi.Dhillon@BakerBotts.com; |
| 27 | ngo.melissa@pbgc.gov; efile@pbgc.gov; oren.haker@stoel.com; oscar.pinkas@dentons.com; Owen.Clements@sfcityatty.org; Catheryn.Daly@sfcityatty.org; Paronzon@milbank.com; |
| 28 | Gbray@milbank.com; TKreller@milbank.com; pcalifano@cwclaw.com; |

peter.welsh@ropesgray.com; joshua.sturm@ropesgray.com; patricia.chen@ropesgray.com; peter.wolfson@dentons.com; peter@pmrklaw.com; pgeteam@PrimeClerk.com; serviceqa@primeclerk.com; philip.warden@pillsburylaw.com; phillip.wang@rimonlaw.com; pmunoz@reedsmith.com; ppartee@huntonak.com; pwp@pattiprewittlaw.com; ra-li-ucts-bankrupt@state.pa.us; RASymm@aeraenergy.com; rbeacher@pryorcashman.com; rbk@jmbm.com; rfriedman@rutan.com; pblanchard@rutan.com; rgolubow@wcghlaw.com; Rich@TrodellaLapping.com; rileywalter@W2LG.com; Mwilhelm@W2LG.com; rjulian@bakerlaw.com; cdumas@bakerlaw.com; rkampfner@whitecase.com; rlalawyer@yahoo.com; robert.albery@jacobs.com; robert.labate@hklaw.com; david.holtzman@hklaw.com; robins@robinscloud.com; rbryson@robinscloud.com; rpedone@nixonpeabody.com; rpinkston@seyfarth.com; charney@seyfarth.com; rwolf@hollandhart.com; sally@elkshep.com; jim@elkshep.com; samuel.maizel@dentons.com; sanfrancisco@sec.gov; sbryant@lockelord.com; schristianson@buchalter.com; vbantnerpeo@buchalter.com; secbankruptcy@sec.gov; sfelderstein@ffwplaw.com; ppascuzzi@ffwplaw.com; sfinestone@fhlawllp.com; sfinestone@fhlawllp.com; jhayes@fhlawllp.com; rwitthans@fhlawllp.com; sgross@grosskleinlaw.com; shane.huang@usdoj.gov; shane.huang@usdoj.gov; sory@fdlaw.com; ssally@ropesgray.com; matthew.mcginnis@ropesgray.com; ssummy@baronbudd.com; jfiske@baronbudd.com; stephen.hessler@kirkland.com; stephen.karotkin@weil.com; matthew.goren@weil.com; jessica.liou@weil.com; summersm@ballardspahr.com; summerst@lanepowell.com; sunny.sarkis@stoel.com; TBlischke@williamskastner.com; tcmitchell@orrick.com; tjb@brandilaw.com; tkeller@kellerbenvenutti.com; jkim@kellerbenvenutti.com; tkoegel@crowell.com; tlauria@whitecase.com; mbrown@whitecase.com; tmccurnin@bkolaw.com; t.higham@bkolaw.com; chigashi@bkolaw.com; todd.bailey@ftb.ca.gov; tom@parkinsonphinney.com; tyoon@crowell.com; vavilaplana@foley.com; vuocolod@gtlaw.com; wlisa@nixonpeabody.com; wong.andrea@pbgc.gov; efile@pbgc.gov; ws@waynesilverlaw.com;

# **Exhibit B**

Federal Energy Regulatory Commission
Attn: General Counsel
888 First St., NE
Washington, DC 20426

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St.
Philadelphia, PA 19104-5016

John A. Vos
1430 Lincoln Avenue
San Rafael, CA 94901

McCormick Barstow LLP
c/o A.J. Excavation Inc.
Attn: David L. Emerzian, H. Annie Duong
7647 North Fresno Street
Fresno, CA 93720

McCormick Barstow LLP
c/o Philip Verwey d/b/a Philip Verwey Farms
Attn: H. Annie Duong
7647 North Fresno Street
Fresno, CA 93720

Office of the United States Attorney
for the Northern District of California
Attn: Bankruptcy UnitFederal Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

PG&E Corporation
Attn: President or General Counsel
77 Beale Street
P.O. Box 77000
San Francisco, CA 94177

Provencher & Flatt, LLP
Attn: Douglas B. Provencher
823 Sonoma Avenue
Santa Rosa, CA 95404

| | |
|---|---|
| 1 | Synergy Project Management, Inc. |
| | c/o Law Office of Ivan C. Jen |
| 2 | 1017 Andy Circle |
| | Sacramento, CA  95838 |
| 3 | |
| 4 | U.S. Bankruptcy Court Northern District of CA |
| | Attn: Honorable Dennis Montali |
| 5 | Corp. Chambers Copy |
| | 450 Golden Gate Ave, |
| 6 | 18th Floor |
| | San Francisco, CA  94102 |
| 7 | |
| 8 | U.S. Nuclear Regulatory Commission |
| | Attn: General Counsel |
| 9 | U.S. NRC Region IV |
| | 1600 E. Lamar Blvd. |
| 10 | Arlington, TX  76011 |
| 11 | U.S. Nuclear Regulatory Commission |
| | Attn: General Counsel |
| 12 | 11555 Rockville Pike |
| | Rockville, MD  20852 |
| 13 | |
| 14 | |
| 15 | United States Department of Justice |
| | Civil Division |
| 16 | Attn: Matthew J. Troy |
| | 1100 L Street, N.W. |
| 17 | Room 10030 |
| | Washington, DC  20530 |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**Exhibit C**

U.S. Department of Justice
Civil Division
Attn: Matthew J. Troy
P.O. Box 875
Ben Franklin Station
Washington, DC  20044-0875

**Exhibit D**

U.S. Bankruptcy Court Northern District of CA
Attn: Honorable Dennis Montali
Corp. Chambers Copy
450 Golden Gate Ave,
18th Floor
San Francisco, CA  94102