STROOCK & STROOCK & LAVAN LLP
Frank A. Merola (#136934)
(fmerola@stroock.com)
2029 Century Park East
Los Angeles, CA 90067-3086
Tel: (310) 556-5800
Fax: (310) 556-5959

STROOCK & STROOCK & LAVAN LLP
Kristopher M. Hansen (*pro hac vice*)
(khansen@stroock.com)
Erez E. Gilad (*pro hac vice*)
egilad@stroock.com)
Matthew G. Garofalo (*pro hac vice*)
(mgarofalo@stroock.com)
180 Maiden Lane
New York, NY 10038-4982
Tel: (212) 806-5400
Fax: (212) 806-6006

*Counsel to JPMorgan Chase Bank, N.A.,
as DIP Administrative Agent*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>– and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**<br><br>                    **Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

Michael Magzamen, being duly sworn, affirms and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane, New York, New York 10038.

2. On March 11, 2019, affiant served, true and correct copies of *Omnibus Reply of the DIP Administrative Agent to the Objections of (I) the Official Committee of Tort Claimants, (II) the Public Entities, and (III) the SLF Fire Victim Claimants to Debtors Motion Seeking Postpetition Financing* [ECF No. 818], that was filed via the Court's ECF system on such date, via electronic mail upon those electronic mail addresses set forth on the attached Service List A, via overnight mail upon those parties set forth on the attached Service List B and via first class mail upon those parties set forth on attached Service List C.

3. On March 11, 2018, affiant arranged for a Chambers' copy of *Omnibus Reply of the DIP Administrative Agent to the Objections of (I) the Official Committee of Tort Claimants, (II) the Public Entities, and (III) the SLF Fire Victim Claimants to Debtors Motion Seeking Postpetition Financing* [ECF No. 818], that was filed via the Court's ECF system on such date.

_____
Michael Magzamen

Sworn to before me this
12th day of March, 2019

_____
NOTARY PUBLIC

DANIEL P. GINSBERG
Notary Public, State of New York
No. 02GI6002989
Qualified in New York County
Commission Expires February 17, 20 22

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

# SERVICE LIST A

EAdler@TheAdlerFirm.com; gemarr59@hotmail.com; bzummer@TheAdlerFirm.com; RASymm@aeraenergy.com; avcrawford@akingump.com; dsimonds@akingump.com; mstamer@akingump.com; idizengoff@akingump.com; dbotter@akingump.com; aa@andrewsthornton.com; shiggins@andrewsthornton.com; jct@andrewsthornton.com; Andrew.Silfen@arentfox.com; Beth.Brownstein@arentfox.com; Jordana.Renert@arentfox.com; andy.kong@arentfox.com; christopher.wong@arentfox.com; Aram.Ordubegian@arentfox.com; brian.lohan@arnoldporter.com; steven.fruchter@arnoldporter.com; Jg5786@att.com; Danette.Valdez@doj.ca.gov; Annadel.Almendras@doj.ca.gov; Margarita.Padilla@doj.ca.gov; James.Potter@doj.ca.gov; James.Potter@doj.ca.gov; marthaeromerolaw@gmail.com; esagerman@bakerlaw.com; lattard@bakerlaw.com; rjulian@bakerlaw.com; cdumas@bakerlaw.com; Luckey.Mcdowell@BakerBotts.com; Ian.Roberts@BakerBotts.com; Kevin.Chiu@BakerBotts.com; Navi.Dhillon@BakerBotts.com; jrowland@bakerdonelson.com; lrochester@bakerdonelson.com; jhayden@bakerdonelson.com; hubenb@ballardspahr.com; ganzc@ballardspahr.com; myersms@ballardspahr.com; summersm@ballardspahr.com; John.mccusker@bami.com; ssummy@baronbudd.com; jfiske@baronbudd.com; tmccurnin@bkolaw.com; t.higham@bkolaw.com; chigashi@bkolaw.com; belvederelegalecf@gmail.com; kcapuzzi@beneschlaw.com; mbarrie@beneschlaw.com; kenns@beneschlaw.com; csimon@bergerkahn.com; csimon@bergerkahn.com; harriet.steiner@bbklaw.com; Michael@bindermalter.com; Rob@bindermalter.com; Heinz@bindermalter.com; mgorton@boutinjones.com; bletsch@braytonlaw.com; misola@brotherssmithlaw.com; grougeau@brlawsf.com; schristianson@buchalter.com; vbantnerpeo@buchalter.com; arocles.aguilar@cpuc.ca.gov; melaniecruz@chevron.com; marmstrong@chevron.com; kwinick@clarktrev.com; lschweitzer@cgsh.com; mschierberl@cggsh.com; ra-li-uctsbankrupt@ state.pa.us; pcalifano@cwclaw.com; deg@coreylaw.com; alr@coreylaw.com; smb@coreylaw.com; sm@coreylaw.com; fpitre@cpmlegal.com; acordova@cpmlegal.com; ablodgett@cpmlegal.com; eric.may@yolocounty.org; mplevin@crowell.com; bmullan@crowell.com; malmy@crowell.com; tyoon@crowell.com; tkoegel@crowell.com; mdanko@dankolaw.com; kmeredith@dankolaw.com; smiller@dankolaw.com; andrew.yaphe@davispolk.com; eli.vonnegut@davispolk.com; david.schiff@davispolk.com; timothy.graulich@davispolk.com; dgrassgreen@gmail.com; bryan.bates@dentons.com; john.moe@dentons.com; Lauren.macksoud@dentons.com; michael.isaacs@dentons.com; oscar.pinkas@dentons.com; peter.wolfson@dentons.com; samuel.maizel@dentons.com; david.riley@dlapiper.com; eric.goldberg@dlapiper.com; joshua.morse@dlapiper.com; gjones@dykema.com; lgoldberg@ebce.org; Leslie.Freiman@edpr.com; Randy.Sawyer@edpr.com; sally@elkshep.com; jim@elkshep.com; larry@engeladvice.com; sfelderstein@ffwplaw.com; ppascuzzi@ffwplaw.com; sfinestone@fhlawllp.com; sfinestone@fhlawllp.com; jhayes@fhlawllp.com; rwitthans@fhlawllp.com; emorabito@foley.com; bnelson@foley.com; vavilaplana@foley.com; sory@fdlaw.com; mbusenkell@gsbblaw.com; ehg@classlawgroup.com; dsh@classlawgroup.com; Gweiner@gibsondunn.com; Jkrause@gibsondunn.com; Mrosenthal@gibsondunn.com; Amoskowitz@gibsondunn.com; vuocolod@gtlaw.com; hoguem@gtlaw.com; etredinnick@greeneradovsky.com; sgross@grosskleinlaw.com; mgrotefeld@ghlaw-llp.com; mochoa@ghlaw-llp.com; wpickett@ghlaw-llp.com; jdoran@hinckleyallen.com; bennett.spiegel@hoganlovells.com; alex.sher@hoganlovells.com; peter.ivanick@hoganlovells.com; rwolf@hollandhart.com; robert.labate@hklaw.com; david.holtzman@hklaw.com; mjb@hopkinscarley.com; jross@hopkinscarley.com; keckhardt@huntonak.com; ppartee@huntonak.com; cvarnen@irell.com; astrabone@irell.com;

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

| | |
|---|---|
| 1 | jreisner@irell.com; klyman@irell.com; mstrub@irell.com; Bankruptcy2@ironmountain.com; robert.albery@jacobs.com; jane-luciano@comcast.net; ajang@janglit.com; snoma@janglit.com; |
| 2 | jdt@jdthompsonlaw.com; rbk@jmbm.com; lgabriel@bg.law; aortiz@jhwclaw.com; sjordan@jhwclaw.com; ecf@jhwclaw.com; JAE1900@yahoo.com; tkeller@kellerbenvenutti.com; |
| 3 | jkim@kellerbenvenutti.com; KDWBankruptcyDepartment@kelleydrye.com; bfeder@kelleydrye.com; Mark_Minich@kindermorgan.com; mosby_perrow@kindermorgan.com; |
| 4 | aparna.yenamandra@kirkland.com; david.seligman@kirkland.com; |
| 5 | marc.kieselstein@kirkland.com; mark.mckane@kirkland.com; michael.esser@kirkland.com; alexander.pilmer@kirkland.com; stephen.hessler@kirkland.com; kklee@ktbslaw.com; |
| 6 | dstern@ktbslaw.com; skidder@ktbslaw.com; hbedoyan@kleinlaw.com; ecf@kleinlaw.com; |
| 7 | summerst@lanepowell.com; adam.malatesta@lw.com; amy.quartarolo@lw.com; caroline.reckler@lw.com; andrew.parlen@lw.com; christopher.harris@lw.com; |
| 8 | andrew.parlen@lw.com; pwp@pattiprewittlaw.com; rlalawyer@yahoo.com; ws@waynesilverlaw.com; tjb@brandilaw.com; matt@lesnickprince.com; |
| 9 | cprince@lesnickprince.com; DLN@LNBYB.COM; EHK@LNBYB.COM; houston_bankruptcy@publicans.com; asmith@lockelord.com; bknapp@lockelord.com; |
| 10 | eguffy@lockelord.com; lkress@lockelord.com; meagan.tom@lockelord.com; |
| 11 | sbryant@lockelord.com; jackie.fu@lockelord.com; mscohen@loeb.com; aclough@loeb.com; imac@macfern.com; malexander@maryalexander.com; ddunne@milbank.com; |
| 12 | skhalil@milbank.com; Paronzon@milbank.com; Gbray@milbank.com; TKreller@milbank.com; avobrient@mintz.com; ablevin@mintz.com; anahmias@mbnlawyers.com; |
| 13 | kmontee@monteeassociates.com; James.Ficenec@ndlf.com; Joshua.Bevitz@ndlf.com; mferullo@nixonpeabody.com; rpedone@nixonpeabody.com; wlisa@nixonpeabody.com; |
| 14 | info@norcallawgroup.net; joe@norcallawgroup.net; howard.seife@nortonrosefulbright.com; andrew.rosenblatt@nortonrosefulbright.com; christy.rivera@nortonrosefulbright.com; |
| 15 | kfineman@nutihart.com; gnuti@nutihart.com; chart@nutihart.com; bankruptcy@coag.gov; |
| 16 | James.L.Snyder@usdoj.gov; timothy.s.laffredi@usdoj.gov; Marta.Villacorta@usdoj.gov; dfelder@orrick.com; lmcgowen@orrick.com; tcmitchell@orrick.com; jlucas@pszjlaw.com; |
| 17 | gglazer@pszjlaw.com; dgrassgreen@pszjlaw.com;  ipachulski@pszjlaw.com; jfiero@pszjlaw.com; tom@parkinsonphinney.com; akornberg@paulweiss.com; bhermann@paulweiss.com; |
| 18 | wrieman@paulweiss.com; smitchell@paulweiss.com; ndonnelly@paulweiss.com; |
| 19 | wong.andrea@pbgc.gov; efile@pbgc.gov; morgan.courtney@pbgc.gov; efile@pbgc.gov; efile@pbgc.gov; robertson.daniel@pbgc.gov; ngo.melissa@pbgc.gov; efile@pbgc.gov; |
| 20 | ADSmith@perkinscoie.com; kcunningham@PierceAtwood.com; dania.slim@pillsburylaw.com; hugh.ray@pillsburylaw.com; leo.crowley@pillsburylaw.com; dminnick@pillsburylaw.com; |
| 21 | philip.warden@pillsburylaw.com; epino@epinolaw.com; peter@pmrklaw.com; |
| 22 | pgeteam@PrimeClerk.com; serviceqa@primeclerk.com; gerald.kennedy@procopio.com; mbienenstock@proskauer.com; brosen@proskauer.com; mzerjal@proskauer.com; |
| 23 | mfirestein@proskauer.com; lrappaport@proskauer.com; sma@proskauer.com; rbeacher@pryorcashman.com; crivas@reedsmith.com; mhouston@reedsmith.com; |
| 24 | jdoolittle@reedsmith.com; mhouston@reedsmith.com; mhowery@reedsmith.com; pmunoz@reedsmith.com; lillian.stenfeldt@rimonlaw.com; phillip.wang@rimonlaw.com; |
| 25 | nanette@ringstadlaw.com; robins@robinscloud.com; rbryson@robinscloud.com; |
| 26 | gregg.galardi@ropesgray.com; keith.wofford@ropesgray.com; daniel.egan@ropesgray.com; mark.bane@ropesgray.com; matthew.roose@ropesgray.com; peter.welsh@ropesgray.com; |
| 27 | joshua.sturm@ropesgray.com; patricia.chen@ropesgray.com; ssally@ropesgray.com; matthew.mcginnis@ropesgray.com; rfriedman@rutan.com; pblanchard@rutan.com; |
| 28 | Owen.Clements@sfcityatty.org; Catheryn.Daly@sfcityatty.org; cbelmonte@ssbb.com; pbosswick@ssbb.com; rpinkston@seyfarth.com; charney@seyfarth.com; |

| | |
|---|---|
| 1 | dshemano@shemanolaw.com; dvd@svlg.com; keb@svlg.com; Amy.Park@skadden.com; Eric.Ivester@skadden.com; jmullan@sonomacleanpower.org; Julia.Mosel@sce.com; patricia.cirucci@sce.com; Ecf@stjames-law.com; todd.bailey@ftb.ca.gov; jcumming@dir.ca.gov; bglaser@swesq.com; jdsokol@lawssl.com; kcoles@lawssl.com; dandreoli@steyerlaw.com; jlowenthal@steyerlaw.com; ethompson@stites.com; david.levant@stoel.com; gabrielle.glemann@stoel.com; oren.haker@stoel.com; sunny.sarkis@stoel.com; dmoon@stroock.com; fmerola@stroock.com; khansen@stroock.com; egilad@stroock.com; mgarofalo@stroock.com; holsen@stroock.com; kpasquale@stroock.com; mspeiser@stroock.com; smillman@stroock.com; esserman@sbep-law.com; taylor@sbep-law.com; hill@SullivanHill.com; hawkins@SullivanHill.com; dabbieri@SullivanHill.com; jmills@taylorenglish.com; daniel@thebklawoffice.com; Erika.Schoenberger@davey.com; Rich@TrodellaLapping.com; gabriel.ozel@troutman.com; harris.winsberg@troutman.com; matthew.roberts2@troutman.com; hugh.mcdonald@troutman.com; mtoney@turn.org; tlong@turn.org; danielle.pham@usdoj.gov; danielle.pham@usdoj.gov; shane.huang@usdoj.gov; shane.huang@usdoj.gov; bankruptcynotices@up.com; sanfrancisco@sec.gov; secbankruptcy@sec.gov; mkelly@walkuplawoffice.com; kbaghdadi@walkuplawoffice.com; mschuver@walkuplawoffice.com; rileywalter@W2LG.com; Mwilhelm@W2LG.com; stephen.karotkin@weil.com; matthew.goren@weil.com; jessica.liou@weil.com; bankruptcycourtnotices@unioncounsel.net; erich@unioncounsel.net; tmainguy@unioncounsel.net; cgray@unioncounsel.net; cshore@whitecase.com; rkampfner@whitecase.com; tlauria@whitecase.com; mbrown@whitecase.com; TBlischke@williamskastner.com; CHRIS.JOHNSTONE@WILMERHALE.COM; dneier@winston.com; jrawlins@winston.com; myuffee@winston.com; rgolubow@wcghlaw.com; jcurran@wolkincurran.com; kw@wlawcorp.com; hill@sullivanhill.com; hawkins@sullivanhill.com; gerald@slffirm.com; manda@slffirm.com; rjulian@bakerlaw.com; cdumas@bakerlaw.com; esagerman@bakerlaw.com; lattard@bakerlaw.com; esserman@sbep-law.com; ssummy@baronbudd.com; kfineman@nutihart.com |

Case: 19-30088    Doc# 841    Filed: 03/12/19    Entered: 03/12/19 14:00:56    Page 5 of 7

3

# SERVICE LIST B

| | |
|---|---|
| Nuclear Regulatory Commission<br>U.S. Nuclear Regulatory Commission<br>Attn: General Counsel<br>Washington, DC 20555-0001 | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn: Stephen Karotkin, Esq., Jessica Liou, Esq., and Matthew Goren, Esq.) |
| Keller & Benvenutti LLP<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Attn: Tobias Keller, Esq. and Jane Kim, Esq. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn: Eli J. Vonnegut, Esq., David Schiff, Esq., and Timothy Graulich, Esq. |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP,<br>1285 Avenue of the Americas,<br>New York, NY 10019-6064<br>Attn: Alan W. Kornberg, Esq., Brian S. Hermann, Esq., Walter R. Rieman, Esq., Sean A. Mitchell, Esq., and Neal P. Donnelly, Esq. | Office of the United States Trustee for Region 17<br>450 Golden Gate Avenue, 5th Floor, Suite #05-0153<br>San Francisco, CA 94102<br>Attn: James L. Snyder, Esq. and Timothy Laffredi, Esq. |
| U.S. Department of Justice<br>1100 L Street, NW, Room 7106<br>Washington DC 20005<br>Attn: Danielle A. Pham, Esq., | Milbank LLP<br>55 Hudson Yards<br>New York, NY 10001-2163<br>Attn: Dennis F. Dunne, Esq. and Sam A. Khalil, Esq. |
| Milbank LLP<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067<br>Attn: Paul S. Aronzon, Esq., Gregory A. Bray, Esq., and Thomas R. Kreller, Esq. | Baker & Hostetler LLP<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025-0509<br>Attn: Eric Sagerman, Esq. and Cecily Dumas, Esq. |
| Baker & Hostetler LLP<br>1160 Battery Street, Suite 100<br>San Francisco, CA 94111<br>Attn: Robert A. Julian, Cecily A. Dumas | |

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

# SERVICE LIST C

| | |
|---|---|
| PG&E Corporation and Pacific Gas and Electric Company<br>PO Box 770000<br>77 Beale Street<br>San Francisco, CA 94105<br>Attn: Janet Loduca, Esq.) | Federal Energy Regulatory Commission<br>Attn: General Counsel<br>888 First St NE<br>Washington, DC 20426 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104-5016 | John A. Vos<br>1430 Lincoln Avenue<br>San Rafael, CA 94901 |
| McCormick Barstow LLP<br>Attn: David L. Emerzian<br>      H. Annie Duong<br>7647 North Fresno Street<br>Fresno, CA 93720 | Office of the United States Attorney for the Northern District of California<br>Attn: Bankruptcy Unit<br>Federal Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
| Provencher & Flatt, LLP<br>Attn: Douglas B. Provencher<br>823 Sonoma Avenue<br>Santa Rosa, CA 95404 | Synergy Project Management, Inc.<br>c/o Law Office of Ivan C. Jen<br>1017 Andy Circle<br>Sacramento, CA 95838 |
| U.S. Nuclear Regulatory Commission<br>Attn: General Counsel<br>U.S. NRC Region IV<br>1600 E. Lamar Blvd<br>Arlington, TX 76011 | United States Department of Justice Civil Division<br>Attn: Matthew J. Troy<br>1100 L Street, N.W.<br>Room 10030<br>Washington, DC 20530 |
| United States Department of Justice Civil Division<br>Attn: Matthew J. Troy<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 | |

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982