# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____ERIC  ROBERT  GOODMAN_____, Bar # _____EG7377_____

was duly admitted to practice in the Court on

_____June 12, 2018_____

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.            On   _____March 6, 2019_____
           New York, New York


_____Ruby J. Krajick_____     By   _____(signature)_____
        Clerk of Court                              Deputy Clerk