| | |
|---|---|
| JACOB T. BEISWENGER (S.B. #321012) <br> jbeiswenger@omm.com <br> O'MELVENY & MYERS LLP <br> 400 South Hope Street <br> Los Angeles, California 90071-2899 <br> Telephone: (213) 430-6000 <br> Facsimile: (213) 430-6407 <br><br> PETER FRIEDMAN (*pro hac vice* forthcoming) <br> pfriedman@omm.com <br> O'MELVENY & MYERS LLP <br> 1625 Eye Street, NW <br> Washington, DC 20006 <br> Telephone: (202) 383-5300 <br> Facsimile: (202) 383-5414 | JOHN J. RAPISARDI (*pro hac vice* forthcoming) <br> jrapisardi@omm.com <br> NANCY A. MITCHELL (*pro hac vice* forthcoming) <br> nmitchell@omm.com <br> DANIEL S. SHAMAH (*pro hac vice* forthcoming) <br> dshamah@omm.com <br> O'MELVENY & MYERS LLP <br> 7 Times Square <br> New York, New York 10036 <br> Telephone: (212) 326-2000 <br> Facsimile: (213) 326-2061 |

*Attorneys for the Department of Finance for the State of California*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: <br> PG&E CORPORATION, <br>       -and- <br> PACIFIC GAS & ELECTRIC COMPANY, <br>       Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas & Electric Company <br> ☒ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

**PLEASE TAKE NOTICE** that the Department of Finance for the State of California (the "**Department of Finance**"), a party in interest in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), by and through its counsel, O'Melveny & Myers LLP ("**O'Melveny**"),

hereby enters this appearance pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and requests that the counsel listed below be added to the official mailing matrix, CM/ECF, and service lists in the Chapter 11 Cases. The Department of Finance requests, pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010(b), Rule 9010-1 of the Bankruptcy Local Rules for the Northern District of California, and Bankruptcy Code section 1109(b), that copies of all notices and pleadings given or required to be given in the Chapter 11 Cases and copies of all papers served or required to be served in the Chapter 11 Cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, and all other matters arising herein or in any way related to the Chapter 11 Cases, including in adversary proceedings, be given and served upon O'Melveny at the following addresses:

| | |
|---|---|
| Jacob T. Beiswenger (S.B. #321012)<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, California 90071-2899<br>Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407<br>jbeiswenger@omm.com<br><br>Peter Friedman (*pro hac vice* forthcoming)<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, NW<br>Washington, DC 20006<br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414<br>pfriedman@omm.com | John J. Rapisardi (*pro hac vice* forthcoming)<br>Nancy A. Mitchell (*pro hac vice* forthcoming)<br>Daniel S. Shamah (*pro hac vice* forthcoming)<br>O'MELVENY & MYERS LLP<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br>Facsimile: (213) 326-2061<br>jrapisardi@omm.com<br>nmitchell@omm.com<br>dshamah@omm.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Code section 1109(b), the foregoing request applies to and includes not only the notices and papers reference in the Bankruptcy Code and Bankruptcy Rules, but also include, without limitation, all orders, notices and pleadings relating to any application, motion, petition, objection, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile transmission, electronic mail, telex or otherwise that (i) affects, or seeks to affect, or may potentially affect in any way, any

rights or interests of any creditor or party in interest in these Chapter 11 Cases; (ii) affects, or seeks to affect (a) the above-captioned Debtors and/or their estates or (b) property or proceeds thereof in the possession, custody, or control of others that any of the Debtors or their estates may seek to use; or (iii) requires or seeks to require any act, delivery of any property, payment or other conduct by the Department of Finance.

**PLEASE TAKE FURTHER NOTICE** that the Department of Finance does not, by filing this Notice of Appearance and Request for Service of Papers nor any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Notice of Appearance and Request for Service of Papers constitute a waiver of any of its rights: (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) to trial by jury in any proceeding so triable in these cases, or any controversy or proceeding related to these Chapter 11 Cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) of any other rights, claims, actions, defenses, setoffs or recoupments to which the Department of Finance is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Department of Finance expressly reserves; or (v) of any objections or defenses that the Department of Finance or any other agency, unit or entity of the State of California may have to this Court's jurisdiction over the State of California, the Department of Finance, or such other agency, unit or entity based on the Eleventh Amendment to the United States Constitution or related principles of sovereign immunity or otherwise, all of which objections and defenses are hereby reserved.

Dated: March 12, 2019
Los Angeles, California

**O'MELVENY & MYERS LLP**

By: */s/ Jacob T. Beiswenger*
     Jacob T. Beiswenger

*Attorneys for the Department of Finance for the State of California*