# Exhibit C
# Mendocino County Lien Filing

Copy For Return

CONFORMED COPY
Copy of Document Recorded on
02/01/2019 12:34:56 PM
as 2019-01355
Mendocino County Clerk-Recorder

**Recording Requested by:**

Tulsa Inspection Resources – PUC, LLC
5727 S. Lewis Ave., Suite 300
Tulsa, OK 74105

**After Recording Return to:**

Winston & Strawn LLP
Attn: Justin Rawlins
333 S. Grand Ave., 38th Floor
Los Angeles, CA 90071

(Space above this line for recorders' use)

---

**Tulsa Inspection Resources – PUC, LLC, a Delaware limited liability company, hereby claims a mechanics lien on the real property in Mendocino County, California, consisting of an underground gas pipeline that extends across multiple street addresses and parcels, owned or reputed to be owned by Pacific Gas and Electric Company, a California corporation ("PG&E") as such real property is more specifically detailed on Exhibit A attached hereto, for the sum of $133,535[1], plus interest at the rate of 10% per year from January 25, 2019, which is due and unpaid (after deducting all just credits and offsets) for service furnished by claimant consisting of inspection services related to gas and pipelines, connections, compression stations and related projects critical for safety and required by the United States Department of Transportation Pipeline and Hazardous Materials Administration and California law to ensure explosions leading to loss of life and property damage do not occur, including services related to maintenance and repair. Claimant was contracted to furnish the same by PG&E pursuant to that certain Contract (Long Form), dated as of March 27, 2012, by and between PG&E and Tulsa Inspection Resources, Inc. (claimant's predecessor in interest), which contract is further referred to as PG&E Contract No. 4400006534, as such contract has been amended, amended and restated or otherwise modified or supplemented from time to time. Victor Villar, Manager, Sourcing signed such contract on behalf of PG&E.**

**Date: January 25, 2019**

By: _____
Name: Richard M. Carson
Title: Senior Vice President & General Counsel
Phone Number: (918) 748-3912
Address: 5727 S. Lewis Ave., Suite 300, Tulsa, OK 74105

[Signature page follows]

---

[1] This amount is claimant's best estimate that is given partly on the basis of information claimant received from PG&E, which is occasionally reported by PG&E in arrears and is thus subject to further revision.

Date: January 25, 2019

By: *[signature]*
Name: Richard M. Carson
Title: Senior Vice President & General Counsel
Phone Number: (918) 748-3912
Address: 5727 S. Lewis Ave., Suite 300, Tulsa, OK 74105

## NOTICE OF MECHANICS LIEN: ATTENTION!

On the recordation of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect our ability to borrow against, refinance, or sell the property until the mechanics lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY OR CONTACT AN ATTORNEY. FOR MORE INFORMATION ON MECHANICS LIENS, GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE at http://www.cslb.ca.gov.**

## VERIFICATION

I am the claimant's agent authorized to make this verification on the claimant's behalf and the foregoing Claim of Lien is true of my own knowledge, except for matters stated in it on the basis of my information or belief, and as to those matters I believe to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: **January 25, 2019**

By: *[signature]*
Name: Richard M. Carson

## PROOF OF SERVICE

On January 25, 2019, the undersigned declarant served copies of the above CLAIM OF MECHANICS LIEN and NOTICE OF MECHANICS LIEN on the owner named below by certified mail at the addresses shown below:

Linda Y.H. Cheng, as Agent for Service of Process for Pacific Gas and Electric Company
77 Beale Street, 24th Floor
San Francisco, CA 94105

Mr. Alberto Rocha
Pacific Gas and Electric Company
370 N. Widget Lane
Walnut Creek, CA 94598

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**Date: January 25, 2019**

By: *[signature]*
Name: Carol A. Ortiz

## Exhibit A

The attached map of PG&E's pipeline is a good faith effort to mark PG&E's pipeline in the following cities in Mendocino County, in which claimant has furnished the services detailed in the notice of mechanics lien that this Exhibit A is attached to:

- Hopland
- Mendocino
- Redwood Valley
- Ukiah
- Willits



*Package ID*
0600096

*Ship Date*
Fri, January 25, 2019

*To*
Alberto Rocha
Pacific Gas and Electric ...
370 N. Widget Lane
Walnut Creek, CA 94598
United States
213-615-1721

*Residential Address*
No

*Return Label*
No

*From*
Brendan Mace (17829)
Winston & Strawn LLP
333 S Grand Ave
Los Angeles, CA 90071
(213) 615-1768

*Billing*
Winston & Strawn.Partner-Business Developm...tches
(17829999999.00106)
Mendocino County

*Operator*
Clarita Bernabe
151927
CBernabe@winston.com

*Create Time*
01/25/19, 3:07PM

*Ready Time*
NOW

*Vendor*
Postage - US Mail

*Tracking Number*
CSTM0600097

*Service*
Certified Mail

*Packaging*
Envelope or Letter

*Declared Value*
$0.00 USD

*Piece Count*
1

*Signature*
May be left unattended

*Courtesy Quote*



*Package ID*
0600056

*Ship Date*
Fri, January 25, 2019

*To*
Linda Y.H. Cheng
Pacific Gas and Electric ...
77 Beale Street, 24th Floor
San Francisco, CA 94105
United States
213-615-1721

*Residential Address*
No

*Return Label*
No

*From*
Brendan Mace (17829)
Winston & Strawn LLP
333 S Grand Ave
Los Angeles, CA 90071
(213) 615-1768

*Billing*
Winston & Strawn.Partner-
Business Developm...tches
(17829999999.00106)
Mendocino County

*Operator*
Clarita Bernabe
151927
CBernabe@winston.com

*Create Time*
01/25/19, 2:50PM

*Ready Time*
NOW

*Vendor*
Postage - US Mail

*Tracking Number*
CSTM0600057

*Service*
Certified Mail

*Packaging*
Envelope or Letter

*Declared Value*
$0.00 USD

*Piece Count*
1

*Signature*
May be left unattended

*Courtesy Quote*