

Robert A. Julian
Cecily A. Dumas
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:   628.208.6434
Email:   rjulian@bakerlaw.com
Email:   cdumas@bakerlaw.com

Signed and Filed: March 12, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Eric E. Sagerman
Lauren T. Attard
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA 90025
Telephone:   310.820.8800
Facsimile:   310.820.8859
Email:   esagerman@bakerlaw.com
Email:   lattard@bakerlaw.com

*Proposed Counsel for Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
|     -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY ERIC R. GOODMAN *PRO HAC VICE*** |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

1   Eric R. Goodman, whose business address and telephone number is Baker & Hostetler LLP,
2   Key Tower, 127 Public Square, Suite 2000, Cleveland, Ohio 44114, (216) 621-0200, and who is
3   an active member in good standing of the bar of the state of Ohio, having applied in the above-
4   entitled action for admission to practice in the Northern District of California on a *pro hac vice*
5   basis representing the Official Committee of Tort Claimants.
6       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
8   *vice*. Service of papers upon and communication with co-counsel designated in the application
9   will constitute notice to the represented party. All future filings in this action are subject to the
10  Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States
11  Bankruptcy Court for the Northern District of California.
12      **END OF ORDER**