ORRICK, HERRINGTON & SUTCLIFFE LLP
Marc A. Levinson (#57613)
(malevinson@orrick.com)
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Tel: 916 329 4910
Fax: 916 329 4900

ORRICK, HERRINGTON & SUTCLIFFE LLP
Douglas S. Mintz (*pro hac vice*)
DC Bar #492078
(dmintz@orrick.com)
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Tel: 202 339 8518
Fax: 202 339 8500

*Attorneys for Centerbridge Partners, L.P., on behalf of its affiliates and related funds*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>    Debtors.<br><br>☐    Affect PG&E Corporation<br>☐    Affects Pacific Gas and Electric Company<br>☒    Affects both Debtors<br><br>   *\*ALL PAPERS SHALL BE FILED IN THE LEAD CASE, NO. 19-30088 (DM).* | Case Nos. 19-30088-DM<br><br>19-30089-DM<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE (CENTERBRIDGE PARTNERS, L.P.)** |

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. §§ 342 and 1109(b), Rules 2002, 3017, 9007, 9010 of the Federal Rules of Bankruptcy Procedure, and the Local Rules of the United States Bankruptcy Court for the Northern District of California, the undersigned hereby enters an appearance in the above-captioned cases on behalf of Centerbridge Partners, L.P. on behalf of its affiliates and related funds (collectively, "Centerbridge"), party-in-interest in the above-captioned chapter 11 cases, and requests that all notices given or required to be given in these cases or any related adversary proceedings and all papers served or required to be served in these cases or any related adversary proceedings be given and served upon:

ORRICK, HERRINGTON & SUTCLIFFE LLP
Marc A. Levinson
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Tel: 916 329 4910
Fax: 916 329 4900
malevinson@orrick.com

 - and -

ORRICK, HERRINGTON & SUTCLIFFE LLP
Douglas S. Mintz
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Tel: 202 339 8518
Fax: 202 339 8500
dmintz@orrick.com

**PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in these cases or any related adversary proceedings and that such service be by mailing one copy of each, unless otherwise directed by the Court, to the parties listed above.

**PLEASE TAKE FURTHER NOTICE** that Centerbridge intends that neither this Notice of Appearance nor any prior or subsequent pleading, claim, or suit shall waive (1) the right to have final orders in non-core matters entered only after de novo review by the United States District

Court for the Northern District of California (the "District Court"), (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Centerbridge is or may be entitled under agreements in law or in equity.

Dated: March 13, 2019         ORRICK, HERRINGTON & SUTCLIFFE LLP

By:  /s/ Marc A. Levinson
Marc A. Levinson (#57613)
Douglas S. Mintz (*pro hac vice*)

*Attorneys for Centerbridge Partners, L.P., on behalf of its affiliates and related funds*