Michael J. Gomez, (State Bar No. 251571)
mgomez@frandzel.com
Gerrick M. Warrington, (State Bar No. 294890)
gwarrington@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Creditor
LYLES UTILITY CONSTRUCTION, LLC

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

In re

PG&E CORPORATION,

and

PACIFIC GAS AND ELECTRIC COMPANY,

Debtors and Debtors-in-Possession.

Affects:

☐ PG&E Corporation

☐ Pacific Gas and Electric Company

☒ Both Debtors

*All papers shall be filed in the Lead Case No. 19-30088 DM

Case No. 19-30088 DM (Lead Case)

(Jointly Administered with Case No. 19-30089 DM)

Chapter 11

**NOTICE OF CONTINUED PERFECTION OF MECHANIC'S LIEN PURSUANT TO 11 U.S.C. § 546(b)(2)**


Case: 19-30088 Doc# 856 Filed: 03/13/19 Entered: 03/13/19 11:50:08 Page 1 of 13

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

Lyles Utility Construction, LLC ("Lyles"), by and through its undersigned counsel, hereby gives notice of continued perfection of its mechanic's lien under 11 U.S.C. § 546(b)(2), as follows:

1. Lyles is a company that has provided and delivered labor, services, equipment, and materials for the construction and improvement of projects on real property located in the Counties of Stanislaus County, State of California ("Property") and owned by PG&E Corporation and/or Pacific Gas and Electric Company (collectively, "Debtors"), more particularly described in **Exhibit 1**.[1]

2. Through January 29, 2019 ("Petition Date"), the amount owing to Lyles is at least $100,995.90, exclusive of accruing interest and other charges, with additional amounts owed and accrued after the Petition Date.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Lyles's Mechanics Lien.

4. Pursuant to California Civil Code § 8460, an action to enforce a lien must be commenced within 90 days after recordation of the claim of lien. However, due to the automatic stay set forth in 11 U.S.C. § 362, Lyles is precluded from filing a state court action to enforce its mechanics lien. Bankruptcy Code section 546(b)(2) provides that when applicable law requires seizure of property or commencement of an action to perfect, maintain, or continue the perfection of an interest in property, and the property has not been seized or an action has not been commenced before the bankruptcy petition date, then the claimant shall instead give notice within the time fixed by law for seizing the property or commencing an action. 11 U.S.C. § 546(b)(2); *In re Baldwin Builders (Village Nurseries v. Gould)*, 232 B.R. 406, 410-11 (B.A.P. 9th Cir. 1999); *Village Nurseries v. Greenbaum*, 101 Cal. App. 4th 26, 41 (2002).

5. Accordingly, Lyles hereby provides notice of its rights as a perfected lienholder in the Property pursuant to California's mechanics lien law. Lyles is filing and serving this notice to preserve, perfect, maintain, and continue the perfection of its lien and its rights in the Property to comply with the requirements of California state law, 11 U.S.C. §§ 362(a), 362(b)(3), and 546(b)(2), and any other applicable law. This notice constitutes the legal equivalent of having recorded a

[1] Lyles will supplement this Notice to provide further details, if necessary.


Case: 19-30088 Doc# 856 Filed: 03/13/19 Entered: 03/13/19 11:50:08 Page 2 of 13

mechanics lien in the recorder's office for the county where the Property is located and then having commenced an action to foreclose the lien in the proper court. By this notice, the Debtors and other parties in interest are estopped from claiming that the lawsuit to enforce Lyles's mechanics lien was not timely commenced pursuant to applicable state law. Lyles intends to enforce its lien rights to the fullest extent permitted by applicable law. The interests perfected, maintained, or continued by 11 U.S.C § 546(b)(2) extend in and to the proceeds, products, offspring, rents, or profits of the Property.

6. The filing of this notice shall not be construed as an admission that such filing is required under the Bankruptcy Code, California mechanics lien laws, or any other applicable law. In addition, Lyles does not make any admission of fact or law, and Lyles asserts that its lien is senior to and effective against entities that may have acquired rights or interests in the Property previously.

7. The filing of this notice shall not be deemed to be a waiver of Lyles's right to seek relief from the automatic stay to foreclose its mechanics lien and/or a waiver of any other rights or defenses.

8. Lyles reserves all rights, including the right to amend or supplement this notice.

DATED: March 13, 2019

FRANDZEL ROBINS BLOOM & CSATO, L.C.
MICHAEL J. GOMEZ
GERRICK M. WARRINGTON

By: /s/ Michael J. Gomez
MICHAEL J. GOMEZ
Attorneys for Creditor
LYLES UTILITY CONSTRUCTION, LLC

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000



Case: 19-30088 Doc# 856 Filed: 03/13/19 Entered: 03/13/19 11:50:08 Page 3 of 13

# EXHIBIT 1



Case: 19-30088 Doc# 856 Filed: 03/13/19 Entered: 03/13/19 11:50:08 Page 4 of 13

RECORDING REQUESTED BY
Lyles Utility Construction, LLC
WHEN RECORDED MAIL TO

Lyles Utility Construction, LLC
c/o John M. Cardot, Esq.
QUALL CARDOT LLP
205 E. RIVER PARK CIRCLE, SUITE 110
FRESNO, CA 93720

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# Mechanics' Lien

## (Claim of Lien)

(To be recorded in the county recorder's office in the county in which the property is located.)

NOTICE IS HEREBY GIVEN: That Lyles Utility Construction, LLC as claimant claims a lien for labor, service, equipment, or materials under Section 8000 et Seq. of the Civil Code of the State of California, upon the premises hereinafter described, and upon every estate or interest in such structures, improvements and premises held by any party holding any estate therein.

Said labor, service, equipment or materials were furnished for the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the County of Stanislaus State of California, said land described as follows:

STREET ADDRESS: 101 Greger Road, Oakdale, CA 95361
LEGAL DESCRIPTION: Lot 3 of the Pacific Pea Packing Company Colony lying in the Northwest one-quarter of Section 23, Township 2 So
Range 10East, Mount Diablo Base and Meridian

Said lien is claimed for the following labor, services, equipment or materials: (describe labor, services, equipment, or materials in detail) Above Ground Regulator and Service Tie-In; Directional Bore for 2" Pipe Casing; Concrete Repairs; Site Traffic Control

Amount due after deducting all just credits and offsets...$ 100,995.90

The name of the person or company by whom claimant was employed or to whom claimant furnished labor, services, equipment, or materials is: Pacific Gas and Electric Company

That Pacific Gas and Electric Company is/are the reputed owner(s) of said real property, including below ground high pressure regulators and piping thereto, or some interest therein.

DATED: February 14, 2019 Name of Claimant: Lyles Utility Construction, LLC
(Firm Name)
By: [signature]
(Signature)
Chief Executive Officer
(Authorized Capacity)

**VERIFICATION**

I, the undersigned, certify that I am the Chief Executive Officer of the claimant named in the foregoing Mechanics' Lien, and that I am informed and believe the facts herein to be true, and, on that ground, allege that the facts stated in the foregoing Mechanics' Lien are true.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on February 14, 2019, in the City of Fresno, State of California.

[signature]
, Its Agent

## NOTICE OF MECHANICS LIEN CLAIM

## ATTENTION!

**Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.**

**The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.**

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.**

**PROOF OF SERVICE AFFIDAVIT**
**California Civil Code section 8416**

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

**PROOF OF SERVICE AFFIDAVIT (ON OWNER)**
**California Civil Code section 8416(a)(7) and (c)(1)**

I, Sylvia Gomez (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: Pacific Gas and Electric Company

Title or capacity of person served (if appropriate): ______

Service address: P.O. Box 997300, Sacramento, CA 95899-7300

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on February 15, 2019 (date) at Fresno (city), California (county), California.

By: [signature]
(Signature of person making service)

**ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)**

**California Civil Code Section 8416(a)(7) and (c)(2)**

I, ______ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c )(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: ______

Title or capacity of person served (if appropriate): ______

Service address: ______

Executed on ______, 20____ (date) at ______ (city), ______ (county), California.

By: ______
(Signature of person making service)


Case: 19-30088 Doc# 856 Filed: 03/13/19 Entered: 03/13/19 11:50:08 Page 7 of 13

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

**CERTIFICATE OF SERVICE**

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California. I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

On March 13, 2019, I served true and correct copy(ies) of the foregoing **NOTICE OF CONTINUED PERFECTION OF MECHANIC'S LIEN PURSUANT TO 11 U.S.C. § 546(b)(2)**, the original(s) of which is(are) affixed hereto. to the party(ies) on the attached service list.

**SEE ATTACHED SERVICE LIST**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of and the United States of America that the foregoing is true and correct.

Executed on March 13, 2019, at Los Angeles, California.

/s/ Sandra Young-King


Case: 19-30088 Doc# 856 Filed: 03/13/19 Entered: 03/13/19 11:50:08 Page 8 of 13

## SERVICE LIST

- Monique D. Almy malmy@crowell.com
- Dana M. Andreoli dandreoli@steyerlaw.com, pspencer@steyerlaw.com
- Anne Andrews aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini rlalawyer@yahoo.com, hallonaegis@gmail.com
- Lauren T. Attard lattard@bakerlaw.com, abalian@bakerlaw.com
- Herb Baer hbaer@primeclerk.com, ecf@primeclerk.com
- Todd M. Bailey Todd.Bailey@ftb.ca.gov
- Kathryn E. Barrett keb@svlg.com, amt@svlg.com
- Ronald S. Beacher rbeacher@pryorcashman.com
- Hagop T. Bedoyan hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- James C. Behrens jbehrens@milbank.com, mkoch@milbank.com
- Peter J. Benvenutti pbenvenutti@kellerbenvenutti.com
- Robert Berens rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder heinz@bindermalter.com
- Stephan M. Brown eric@thebklawoffice.com, Ellen@thebklawoffice.com
- W. Steven Bryant , molly.batiste-debose@lockelord.com
- Peter C. Califano pcalifano@cwclaw.com
- Christina Lin Chen christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Shawn M. Christianson schristianson@buchalter.com
- Robert N.H. Christmas rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alicia Clough aclough@loeb.com
- Marc Cohen mscohen@loeb.com
- Ashley Vinson Crawford avcrawford@akingump.com, tsouthwell@akingump.com
- John Cumming jcumming@dir.ca.gov
- Keith J. Cunningham , rkelley@pierceatwood.com
- Keith J. Cunningham kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- James D. Curran jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Jonathan S. Dabbieri dabbieri@sullivanhill.com, bkstaff@sullivanhill.com
- John P. Dillman houston_bankruptcy@publicans.com
- Jonathan R. Doolittle jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- Jennifer V. Doran jdoran@hinckleyallen.com
- Cecily A. Dumas cdumas@bakerlaw.com
- Dennis F. Dunne cprice@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Kevin M. Eckhardt keckhardt@hunton.com, candonian@huntonak.com
- Joseph A. Eisenberg JAE1900@yahoo.com
- Sally J. Elkington sally@elkshep.com, ecf@elkshep.com
- David Emerzian david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com
- G. Larry Engel larry@engeladvice.com
- Krista M. Enns kenns@beneschlaw.com
- Michael P. Esser michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- Richard W. Esterkin richard.esterkin@morganlewis.com
- Joseph Kyle Feist jfeistesq@gmail.com, info@norcallawgroup.net
- James J. Ficenec James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman kfineman@nutihart.com, nwhite@nutihart.com

- Stephen D. Finestone sfinestone@fhlawllp.com
- Jonathan Forstot jonathan.forstot@troutman.com, john.murphy@troutman.com
- Jonathan Forstot , john.murphy@troutman.com
- Carolyn Frederick cfrederick@prklaw.com
- Roger F. Friedman rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Larry W. Gabriel lgabriel@bg.law, nfields@bg.law
- Gregg M. Galardi gregg.galardi@ropesgray.com
- Richard L. Gallagher richard.gallagher@ropesgray.com
- Janet D. Gertz jgertz@btlaw.com, amattingly@btlaw.com
- Barry S. Glaser bglaser@swesq.com
- Gabriel I. Glazer gglazer@pszjlaw.com
- Gabrielle Glemann gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Eric D. Goldberg eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Richard H. Golubow rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Mark A. Gorton mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton mgorton@boutininc.com, cdomingo@boutininc.com
- Michael I. Gottfried mgottfried@lgbfirm.com, msutton@lgbfirm.com
- Debra I. Grassgreen dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Daniel J. Griffin eric@thebklawoffice.com, christina@thebklawoffice.com
- Stuart G. Gross sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Elizabeth M. Guffy eguffy@lockelord.com, autodocket@lockelord.com
- Oren Buchanan Haker oren.haker@stoel.com, rene.alvin@stoel.com
- Kristopher M. Hansen dmohamed@stroock.com, mmagzamen@stroock.com
- Robert G. Harris rob@bindermalter.com
- Christopher H. Hart chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Christopher V. Hawkins hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com
- Jan M Hayden jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes jhayes@fhlawllp.com
- Alaina R. Heine alaina.heine@dechert.com, brett.stone@dechert.com
- Stephen E. Hessler, P.C. , jozette.chong@kirkland.com
- Sean T. Higgins aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- Terry L. Higham t.higham@bkolaw.com, achavez@bkolaw.com
- James P. Hill hill@sullivanhill.com, bkstaff@sullivanhill.com
- Michael R. Hogue hoguem@gtlaw.com, frazierl@gtlaw.com
- David Holtzman david.holtzman@hklaw.com
- Marsha Houston mhouston@reedsmith.com, hvalencia@reedsmith.com
- Shane Huang shane.huang@usdoj.gov
- Brian D. Huben hubenb@ballardspahr.com
- Jonathan Hughes jonathan.hughes@aporter.com, jane.rustice@aporter.com
- Michael A. Isaacs Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- Mark V. Isola mvi@sbj-law.com
- J. Eric Ivester Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester , Andrea.Bates@skadden.com
- Ivan C. Jen ivan@icjenlaw.com
- Monique Jewett-Brewster mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- Chris Johnstone chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Gregory K. Jones GJones@dykema.com, cacossano@dykema.com
- Robert A. Julian rjulian@bakerlaw.com
- Roberto J. Kampfner rkampfner@whitecase.com, mco@whitecase.com

- Robert B. Kaplan rbk@jmbm.com
- Eve H. Karasik ehk@lnbyb.com
- Tobias S. Keller tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Gerald P. Kennedy gerald.kennedy@procopio.com, laj@procopio.com
- Samuel A. Khalil skhalil@milbank.com, jbrewster@milbank.com
- Samuel M. Kidder skidder@ktbslaw.com
- Marc Kieselstein , carrie.oppenheim@kirkland.com
- Jane Kim jkim@kellerbenvenutti.com
- Thomas F. Koegel tkoegel@crowell.com
- Andy S. Kong kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Alan W. Kornberg , akornberg@paulweiss.com
- Jeffrey C. Krause jkrause@gibsondunn.com, psantos@gibsondunn.com
- Thomas R. Kreller tkreller@milbank.com, dmuhrez@milbank.com
- Lindsey E. Kress lkress@lockelord.com, autodocket@lockelord.com
- Michael Thomas Krueger michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Timothy S. Laffredi timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping rich@trodellalapping.com
- Matthew A. Lesnick matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch bletsch@braytonlaw.com
- David B. Levant david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin alevin@wcghlaw.com, vcorbin@wcghlaw.com
- William S. Lisa , jcaruso@nixonpeabody.com
- William S. Lisa wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb jon.loeb@bingham.com
- John William Lucas jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Jane Luciano jane-luciano@comcast.net
- Kerri Lyman klyman@irell.com, lgauthier@irell.com
- John H. MacConaghy macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald iain@macfern.com, ecf@macfern.com
- Samuel R. Maizel samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Michael W. Malter michael@bindermalter.com
- Geoffrey E. Marr gemarr59@hotmail.com
- David P. Matthews jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy patrick.maxcy@snrdenton.com
- Thomas E. McCurnin tmccurnin@bkolaw.com, kescano@bkolaw.com
- Hugh M. McDonald hugh.mcdonald@troutman.com, john.murphy@troutman.com
- Hugh M. McDonald , john.murphy@troutman.com
- C. Luckey McDowell luckey.mcdowell@bakerbotts.com
- Peter Meringolo peter@pmrklaw.com
- Frank A. Merola lacalendar@stroock.com, mmagzamen@stroock.com
- Matthew D. Metzger belvederelegalecf@gmail.com
- M. David Minnick dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Thomas C. Mitchell tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe john.moe@dentons.com, glenda.spratt@dentons.com
- Kevin Montee kmontee@monteeassociates.com
- David W. Moon lacalendar@stroock.com, mmagzamen@stroock.com
- Erika L. Morabito emorabito@foley.com, hsiagiandraughn@foley.com
- Courtney L. Morgan morgan.courtney@pbgc.gov

- Joshua D. Morse Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Thomas G. Mouzes tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Michael S. Myers myersms@ballardspahr.com, hartt@ballardspahr.com
- Alan I. Nahmias anahmias@mbnlawyers.com
- David L. Neale dln@lnbrb.com
- David L. Neale dln@lnbyb.com
- David Neier dneier@winston.com
- Brittany J. Nelson bnelson@foley.com, hsiagiandraughn@foley.com
- Melissa T. Ngo ngo.melissa@pbgc.gov, efile@pbgc.gov
- Gregory C. Nuti gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient aobrient@mintz.com, docketing@mintz.com
- Julie E. Oelsner joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF USTPRegion17.SF.ECF@usdoj.gov
- Aram Ordubegian Ordubegian.Aram@ArentFox.com
- Shai Oved ssoesq@aol.com, Ovedlaw@hotmail.com
- Gabriel Ozel Gabriel.Ozel@troutman.com, tsinger@houser-law.com
- Margarita Padilla Margarita.Padilla@doj.ca.gov
- Amy S. Park amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson donna@parkinsonphinney.com
- Peter S. Partee , candonian@huntonak.com
- Paul J. Pascuzzi ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- Kenneth Pasquale , mlaskowski@stroock.com
- Valerie Bantner Peo vbantnerpeo@buchalter.com
- Danielle A. Pham danielle.pham@usdoj.gov
- Thomas R. Phinney tom@parkinsonphinney.com
- R. Alexander Pilmer alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino epino@epinolaw.com, staff@epinolaw.com
- Mark D. Plevin mplevin@crowell.com
- Mark D. Poniatowski ponlaw@ponlaw.com
- Christopher E. Prince cprince@lesnickprince.com
- Douglas B. Provencher dbp@provlaw.com
- Amy C. Quartarolo amy.quartarolo@lw.com
- Lary Alan Rappaport lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- Hugh M. Ray hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Caroline A. Reckler caroline.reckler@lw.com
- Jeffrey M. Reisner jreisner@irell.com
- Jack A. Reitman jareitman@lgbfirm.com, srichmond@lgbfirm.com
- Emily P. Rich erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Christopher O. Rivas crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Daniel Robertson robertson.daniel@pbgc.gov, efile@pbgc.gov
- Lacey E. Rochester lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Allan Robert Rosin arrosin@alr-law.com
- Jay M. Ross jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau grougeau@brlawsf.com
- Eric E. Sagerman esagerman@bakerlaw.com
- Nanette D. Sanders nanette@ringstadlaw.com, becky@ringstadlaw.com
- Sunny S. Sarkis sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- Sblend A. Sblendorio sas@hogefenton.com

- Lisa Schweitzer lschweitzer@cgsh.com
- David B. Shemano dshemano@pwkllp.com
- James A. Shepherd jim@elkshep.com, ecf@elkshep.com
- Andrew I. Silfen andrew.silfen@arentfox.com
- Wayne A. Silver w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Craig S. Simon csimon@bergerkahn.com, aketcher@bergerkahn.com
- Dania Slim dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Aaron C. Smith asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol jdsokol@lawssl.com, dwright@lawssl.com
- Bennett L. Spiegel blspiegel@jonesday.com
- Michael St. James ecf@stjames-law.com
- Harriet A. Steiner harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- David M. Stern dstern@ktbslaw.com
- Rebecca Suarez rsuarez@crowell.com
- Brad T. Summers summerst@lanepowell.com, docketing-pdx@lanepowell.com
- Elizabeth Lee Thompson ethompson@stites.com, docketclerk@stites.com
- John C. Thornton jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Meagan S. Tom Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward Tredinnick etredinnick@grmslaw.com
- Matthew Jordan Troy matthew.troy@usdoj.gov
- Andrew Van Ornum avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta marta.villacorta@usdoj.gov
- John A. Vos InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Riley C. Walter ecf@W2LG.com
- Phillip K. Wang phillip.wang@rimonlaw.com
- Philip S. Warden philip.warden@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- Genevieve G. Weiner gweiner@gibsondunn.com
- Joseph M. Welch jwelch@buchalter.com, dcyrankowski@buchalter.com
- Eric R. Wilson kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- David Wirt david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- Risa Lynn Wolf-Smith rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Andrea Wong wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher Kwan Shek Wong christopher.wong@arentfox.com
- Kirsten A. Worley kw@wlawcorp.com, admin@wlawcorp.com
- Andrew Yaphe andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com
- Tacie H. Yoon tyoon@crowell.com
- Brittany Zummer bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi deg@coreylaw.com, lf@coreylaw.com