**AKERMAN LLP**
EVELINA GENTRY (SBN 296796)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342
evelina.gentry@akerman.com

**AKERMAN LLP**
JOHN E. MITCHELL (*pro hac vice* pending)
YELENA ARCHIYAN (*pro hac vice* pending)
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 720-4300
Facsimile: (214) 981-9339
john.mitchell@akerman.com
yelena.archiyan@akerman.com

Attorneys for
TRANSWESTERN PIPELINE COMPANY, LLC,
creditors and parties in interest

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 |
| PACIFIC GAS & ELECTRIC CORP., et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |
| | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

PLEASE TAKE NOTICE that TRANSWESTERN PIPELINE COMPANY, LLC ("Transwestern"), creditors and parties in interest in the above-captioned bankruptcy cases, by and through their counsel of record, Akerman, LLP, hereby enter this appearance pursuant to Section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure

(the "Bankruptcy Rules") and request that the counsel listed below be added to the official electronic mailing matrix, CM/ECF, and service lists in the above-captioned bankruptcy cases.

Transwestern requests, pursuant to the Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings give or required to be served in the above-captioned bankruptcy cases and copies of all papers served or required to be served in this matter, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, and all other matters arising herein or in any way related to this matter, including in adversary proceedings, be given and served upon Akerman LLP, at the following addresses:

| | |
|---|---|
| AKERMAN LLP<br>EVELINA GENTRY (SBN 296796)<br>601 West Fifth Street, Suite 300<br>Los Angeles, California 90071<br>Telephone: (213) 688-9500<br>Facsimile: (213) 627-6342<br>evelina.gentry@akerman.com | AKERMAN LLP<br>JOHN E. MITCHELL<br>(*pro hac vice* pending)<br>YELENA ARCHIYAN<br>(*pro hac vice* pending)<br>2001 Ross Avenue, Suite 3600<br>Dallas, Texas 75201<br>Telephone: (214) 720-4300<br>Facsimile: (214) 981-9339<br>john.mitchell@akerman.com<br>yelena.archiyan@akerman.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request applies to and includes not only the notices and papers referenced in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, all orders, notices and pleadings relating to any application, motion, petition, objection, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile transmission, electronic mail, telex or otherwise that (i) affects, or seeks to affect, or may potentially affect in any way, any rights or interests of any creditor or party-in-interest in these Cases; (ii) affects, or seeks to affect (a) the above-captioned Debtors and/or their estates or (b) property or proceeds

2
Case No. 19-30088
NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

47990014;2

thereof in the possession, custody, or control of others that any of the Debtors or their estates may seek to use; or (iii) requires or seeks to require any act, delivery of any property, payment or other conduct by Transwestern.

PLEASE TAKE FURTHER NOTICE that Transwestern does not, by filing this Notice of Appearance and Request for Special Notice ("Notice") nor any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Notice constitute a waiver of any of its rights: (i) to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) to trial by jury in any proceeding so triable in these cases, or any controversy or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Transwestern is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Transwestern expressly reserves.

DATED: March 13, 2019

AKERMAN LLP

By: /s/
Evelina Gentry
John E. Mitchell
Yelena Archiyan
Attorneys for TRANSWESTERN PIPELINE COMPANY, LLC, creditors and parties in interest

Case: 19-30088    Doc# 857    Filed: 03/13/19    Entered: 03/13/19 12:03:11    Page 3 of 3