HOLLAND & KNIGHT LLP
Leah E. Capritta (*pro hac vice* pending)
1801 California Street, Suite 5000
Denver, CO 80202
Telephone: (303) 974-6660
Facsimile: (303) 974-6659
Email: leah.capritta@hklaw.com

HOLLAND & KNIGHT LLP
Vince Farhat (SBN 183794)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450
Email: vince.farhat@hklaw.com

Attorneys for Debtor
TIGER NATURAL GAS, INC.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors. | Case No.: 19-30088(DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>Date: March 27, 2019<br>Time: 9:30 a.m.<br>Before: Hon. Dennis Montali<br>   United States Bankruptcy Court<br>   Courtroom 17, 16th Floor<br>   450 Golden Gate Ave.<br>   San Francisco, CA 94102 |
| **PG&E CORPORATION,**<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Plaintiffs,<br><br>v.<br><br>**PUBLIC EMPLOYEES RETIREMENT ASSOCIATION OF NEW MEXICO,** *et al.*<br><br>Defendants. | |

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned counsel of record for Tiger Natural Gas, Inc. ("Tiger") certifies based on current knowledge the following:

Tiger is a closely-held Oklahoma corporation. No publicly held corporation owns ten percent (10%) or more of Tiger's stock.

Dated: March 13, 2019.

HOLLAND & KNIGHT LLP

By: */s/Vince Farhat*
Vince Farhat

*Attorney for Debtors,
Tiger Natural Gas, Inc.*