**Exhibit 2**

**Disclosure Schedule**

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| 21st Century Casualty Company | Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation | **Affiliate or Subsidiary of Current Client** |
| ACE American Insurance Company (Starr Tech) <br><br> ACE Insurance Company | Insurance/Insurance Provider/Surety Bonds | **Affiliate or Subsidiary of Current Client** |
| AIG Europe Limited <br><br> AIG Property Casualty Company <br><br> American Home Assurance Company | Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation | **Affiliate or Subsidiary of Current Client** |
| AlixPartners, LLP | Debtors Professionals (law firms, accountants and other professionals) | **Current Client** |
| Allianz Global Corporate & Specialty SE (PDW) <br><br> Allianz Global Risks <br><br> Allianz Global Risks US Insurance Company | Insurance/Insurance Provider/Surety Bonds | **Former Client** |
| Allianz Global Risks US Insurance Company | Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation | **Former Client** |
| Alpha | Insurance/Insurance Provider/Surety Bonds | **Related to Former Client** |
| Alpha Pacific Engineering & Contracting Inc. | Vendors/Suppliers (critical, foreign, common carrier, shippers, warehousemen, customs duties, brokers charges, facilities provider and third party) | **Related to Former Client** |
| Amec Foster Wheeler Environment & Infrastructure, Inc. | Vendors | **Affiliate or Subsidiary of Current Client** |
| American Alternative Insurance Company (Munich Re U.S.) <br><br> Great Lakes Reinsurance (UK) PLC (Munich Re London) | Insurance/Insurance Provider/Surety Bonds | **Affiliate or Subsidiary of Current Client** |
| Anadarko | Contract Counterparties (includes, PPAs, patents and IP) | **Affiliate or Subsidiary of Current Client** |
| Apache Corp | Contract Counterparties (includes, PPAs, patents and IP) | **Affiliate or Subsidiary of Current Client** |
| AT&T Corp – Lease Administration <br><br> AT&T Corporate Real Estate | Landlords and parties to leases | **Affiliate or Subsidiary of Current Client** |

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| AT&T Network<br>AT&T PCS Wireless Services | Utility Providers | **Affiliate or Subsidiary of Current Client** |
| Bank of America | Bank Accounts<br>Unsecured Notes | **Affiliate or Subsidiary of Current Client** |
| Bank of America Merrill Lynch | Bank Accounts | **Current Client** |
| Bank of America, N.A. | Lenders (Prepetition and Postpetition to the extent not already listed)<br>Top Unsecured Creditors<br>Term and Revolving Loan Lenders and Administrative Agents<br>Interested Parties / Notice of Appearance Parties | **Current Client** |
| Barclays Bank PLC<br><br>Barclays Capital Inc.<br>Barclays Global | Term and Revolving Loan Lenders and Administrative Agents<br>Contract Counterparties (includes, PPAs, patents and IP)<br>Unsecured Notes<br>Lenders (Prepetition and Postpetition to the extent not already listed) | **Current Client** |
| Baupost Group | Significant Holder of Voting Securities and Claims | **Current Client** |
| Blackrock Inc. | Significant Shareholders (more than 5% of equity) | **Affiliate or Subsidiary of Current Client** |
| Blue Mountain Capital Management LLC | Significant Holder of Voting Securities<br>Interested Parties / Notice of Appearance Parties | **Current Client** |
| BNP Paribas | Term and Revolving Loan Lenders and Administrative Agents<br>Unsecured Notes | **Current Client** |
| BNP Paribas Securities Corp. | Contract Counterparties (includes, PPAs, patents and IP) | **Affiliate or Subsidiary of Current Client** |
| BNP Paribas US | Contract Counterparties (includes, PPAs, patents and IP) | **Current Client** |
| Brock Services, LLC | Vendors | **Affiliate or Subsidiary of Current Client** |

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Brookfield Renewable Energy Partners | Contract Counterparties (includes, PPAs, patents and IP) | **Affiliate or Subsidiary of Current Client** |
| Chevron (McKittrick) <br> Chevron (North Midway) <br> Chevron Natural <br> Chevron Products Company <br> Chevron Richmond Refinery <br> Chevron USA (Coalinga) <br> Chevron USA (Concord) <br> Chevron USA (Cymric) <br> Chevron USA (Eastridge) <br> Chevron USA (Taft/Cadet) <br> Chevron USA, Inc. <br> Chevron USA, Inc. (SE Kern River) | Contract Counterparties (includes, PPAs, patents and IP) | **Affiliate or Subsidiary of Current Client** |
| Chevron Power Holding Inc. | Top Unsecured Creditors | **Affiliate or Subsidiary of Current Client** |
| Chrysler | Landlords and parties to leases | **Affiliate or Subsidiary of Current Client** |
| Chubb Bermuda <br> Chubb Bermuda Insurance Ltd | Insurance/Insurance Provider/Surety Bonds | **Affiliate or Subsidiary of Current Client** |
| Citigroup Global Markets <br> Citigroup Global Markets Inc. | Bank Accounts | **Current Client** |
| Citibank, N.A. | Bank Accounts <br> Unsecured Notes <br> Top Unsecured Creditors <br> Interested Parties / Notice of Appearance Parties <br> Term and Revolving Loan Lenders and Administrative Agents | **Current Client** |
| Citigroup | Contract Counterparties (includes, PPAs, patents and IP) | **Affiliate or Subsidiary of Current Client** |
| Citigroup Global Markets Inc. | Lenders (Prepetition and Postpetition to the extent not already listed) | **Current Client** |
| Coast National Insurance Company | Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation | **Current Client** |
| Comcast | Utility Provider | **Affiliate or Subsidiary of Current Client** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Credit Suisse Energy LLC | Contract Counterparties (includes, PPAs, patents and IP) | **Affiliate or Subsidiary of Current Client** |
| Dell Financial Services L.L.C. Dell Financial Services, L.P. | UCC Lien Holders | **Affiliate or Subsidiary of Current Client** |
| Deloitte & Touche LLP | Debtors Professionals (law firms, accountants and other professionals) | **Affiliate or Subsidiary of Current Client** |
| Deutsche | Unsecured Notes | **Affiliate or Subsidiary of Current Client** |
| Deutsche Bank | Top Unsecured Creditors | **Affiliate or Subsidiary of Current Client** |
| Deutsche Bank Trust Company Americas | Bank Accounts  Interested Parties / Notice of Appearance Parties | **Affiliate or Subsidiary of Current Client** |
| Deutsche Bank National Trust Company | Interested Parties / Notice of Appearance Parties | **Affiliate or Subsidiary of Current Client** |
| El Paso Natural Gas Company | Contract Counterparties (includes, PPAs, patents and IP) | **Affiliate or Subsidiary of Current Client** |
| Environmental Resources Management (ERM) | Vendor | **Former Client** |
| Equinix Inc. | Utility Providers | **Affiliate or Subsidiary of Current Client** |
| Farmers Insurance Company of Oregon  Farmers Insurance Company of Washington  Farmers Insurance Exchange  Farmers Insurance Exchange  Farmers Specialty Insurance Company  Fire Insurance Exchange | Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation | **Affiliate or Subsidiary of Current Client** |
| Federal Insurance Company | Insurance/Insurance Provider/Surety Bonds  Litigation Counterparties/Litigation | **Current Client** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| | Pending Lawsuits – includes threatened litigation | |
| Chubb Custom Insurance Company | Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation | **Affiliate or Subsidiary of Current Client** |
| Chubb Custom Insurance Company | | |
| Chubb Insurance Company Of New Jersey | | |
| Chubb National Insurance Company | | |
| First Reserve | Contract Counterparties (includes, PPAs, patents and IP) | **Current Client** |
| Foremost Insurance Company Grand Rapids, Michigan | Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation | **Affiliate or Subsidiary of Current Client** |
| Foremost Insurance Company Grand Rapids, Michigan | | |
| Foremost Property and Casualty Insurance Company | | |
| Foremost Property and Casualty Insurance Company | | |
| Foremost Signature Insurance Company | | |
| GE Oil & Gas - North America | Vendors | **Affiliate or Subsidiary of Current Client** |
| GE Renewable Energy | | |
| General Electric International Inc. | | |
| General Electric International Inc. - Power Services | | |
| Gelco Corporation d/b/a GE Fleet Services | UCC Lien Holders | **Affiliate or Subsidiary of Current Client** |
| GEPIF NAP I Holdings, LLC | Significant Holder of Voting Securities | **Affiliate or Subsidiary of Current Client** |
| Goldman Sachs Bank USA | Term and Revolving Loan Lenders and Administrative Agents Unsecured Notes | **Affiliate or Subsidiary of Current Client** |
| Great American Alliance Assurance Company | Insurance/Insurance Provider/Surety Bonds Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation | **Affiliate or Subsidiary of Current Client** |
| Great American Alliance Insurance Company | | |
| Great American E&S Insurance Company | | |
| Great American Insurance Company of New York | | |
| Great American Insurance Company | | |
| Greenleaf Energy Unit 1 LLC | Contract Counterparties (includes, PPAs, patents and IP) | **Current Client** |
| Greenleaf Energy Unit 2 LLC | | |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Greenleaf Power | | |
| Hartford Accident & Indemnity Company | Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation | **Affiliate or Subsidiary of Current Client** |
| Hartford Casualty Insurance Company | | |
| Hartford Casualty Insurance Company | | |
| Hartford Fire Insurance Company | | |
| Hartford Fire Insurance Company | | |
| Hartford Underwriters Insurance Company | | |
| Hartford Underwriters Insurance Company | | |
| Property & Casualty Ins. Company Of Hartford | | |
| Property and Casualty Insurance Company of Hartford | | |
| IHI Power Services Corp. | Contract Counterparties (includes, PPAs, patents and IP) | **Affiliate or Subsidiary of Current Client** |
| Invenergy Wind Development LLC | Contract Counterparties (includes, PPAs, patents and IP) | **Affiliate or Subsidiary of Current Client** |
| Iron Mountain | Non-Debtors Professionals | **Affiliate or Subsidiary of Current Client** |
| J.P. Morgan Ventures | Contract Counterparties (includes, PPAs, patents and IP) Interested Parties /Notice of Appearance Parties | **Affiliate or Subsidiary of Current Client** |
| JP Morgan Securities LLC | Contract Counterparties (includes, PPAs, patents and IP) | **Affiliate or Subsidiary of Current Client** |
| JP Morgan Ventures Energy Corporation | Contract Counterparties (includes, PPAs, patents and IP) | **Affiliate or Subsidiary of Current Client** |
| JPMorgan Chase Bank, N.A. | Term and Revolving Loan Lenders and Administrative Agents  Contract Counterparties (includes, PPAs, patents and IP)  Unsecured Notes  Lenders (Prepetition and Postpetition to the extent not already listed) | **Current Client** |
| Koch Energy Svc.  Koch Supply & Trading, LP | Contract Counterparties (includes, PPAs, patents and IP) | **Affiliate or Subsidiary of Current Client** |
| Lehman Brothers | Unsecured Notes | **Current Client** |
| Lehman Brothers Commodity Services | Contract Counterparties (includes, PPAs, patents and IP) | **Affiliate or Subsidiary of Current Client** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Liberty Insurance Corporation<br><br>Liberty Mutual Fire Insurance Company<br><br>Liberty Mutual Insurance Company | Insurance/Insurance Provider/Surety Bonds<br><br>Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation | **Affiliate or Subsidiary of Current Client** |
| Liberty Insurance Underwriters Inc.<br><br>Liberty Mutual Fire Insurance Company<br><br>Liberty Mutual Insurance Company<br><br>Liberty Mutual Insurance Europe Limited<br><br>Liberty Mutual Management (Bermuda) Ltd (PDW)<br><br>Liberty Surplus Insurance Company<br><br>Liberty Surplus Insurance Corporation | Insurance/Insurance Provider/Surety Bonds | **Current Client** |
| Liberty Mutual Fire Insurance Company | Surety Bonds | **Affiliate or Subsidiary Current Client** |
| Liberty Mutual Fire Insurance Company<br><br>Liberty Mutual Insurance Europe Limited | Insurance/Insurance Provider/Surety Bonds | **Affiliate or Subsidiary of Current Client** |
| Liberty Mutual Insurance Company | Surety Bonds<br><br>Interested Parties / Notice of Appearance Parties | **Current Client** |
| Liberty Mutual Insurance Company<br><br>Liberty Mutual Fire Insurance Company | Surety Bonds | **Affiliate or Subsidiary of Current Client** |
| Liberty Mutual Insurance Company | Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation | **Current Client** |
| Liberty Mutual Management (Bermuda) Ltd (PDW)<br><br>Liberty Insurance Underwriters Inc.<br><br>Liberty Mutual Fire Insurance Company<br><br>Liberty Mutual Insurance Company<br><br>Liberty Mutual Insurance Europe Limited<br><br>Liberty Mutual Management (Bermuda) Ltd (PDW)<br><br>Liberty Surplus Insurance Company | Insurance/Insurance Provider/Surety Bonds | **Affiliate or Subsidiary of Current Client** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Liberty Surplus Insurance Corporation | | |
| MacQuarie Energy LLC<br>MacQuarie Can<br>MacQuarie Futures<br>MacQuarie Futures LLC<br>MacQuerie Energy LLC | Contract Counterparties (includes, PPAs, patents and IP) | **Affiliate or Subsidiary of Current Client** |
| MacQuarie Energy LLC | Top Unsecured Creditors | **Affiliate or Subsidiary of Current Client** |
| Maxim Crane Works, L.P. | Vendor | **Affiliate or Subsidiary of Current Client** |
| McKinsey & Company Inc. - U S | Top Unsecured Creditors<br>Interested Parties / Notice of Appearance Parties | **Affiliate or Subsidiary of Current Client** |
| Mercuria Commodities Canada<br>Mercuria Ener Amer Inc. | Contract Counterparties (includes, PPAs, patents and IP) | **Affiliate or Subsidiary of Current Client** |
| Merrill Lynch | Bank Accounts | **Affiliate or Subsidiary of Current Client** |
| Merrill Lynch, Pierce, Fenner & Smith Incorporated | Unsecured Notes | **Affiliate or Subsidiary of Current Client** |
| Mid-Century Insurance Company | Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation | **Affiliate or Subsidiary of Current Client** |
| Mitsubishi Electric Power Products, Inc. - Substation Division<br>Mitsubishi Hitachi Power Systems Americas, Inc. | Vendors | **Affiliate or Subsidiary of Current Client** |
| Mizuho Bank, Ltd.<br>Mizuho Corporate Bank, Ltd. | Unsecured Notes | **Affiliate or Subsidiary of Current Client** |
| Mizuho Bank, Ltd. (TL) | Term and Revolving Loan Lenders and Administrative Agents | **Affiliate or Subsidiary of Current Client** |
| Mizuho Corporate Bank, Ltd. | Unsecured Notes | **Affiliate or Subsidiary of Current Client** |

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Morgan Stanley | Unsecured Notes | **Affiliate or Subsidiary of Current Client** |
| Morgan Stanley / ISG Operations | Bank Accounts | **Affiliate or Subsidiary of Current Client** |
| Morgan Stanley Bank | Unsecured Notes | **Affiliate or Subsidiary of Current Client** |
| Morgan Stanley Bank, N.A. Morgan Stanley Senior Funding, Inc. | Term and Revolving Loan Lenders and Administrative Agents | **Affiliate or Subsidiary of Current Client** |
| Morgan Stanley Capital Group Inc. | Contract Counterparties (includes, PPAs, patents and IP) | **Affiliate or Subsidiary of Current Client** |
| Morgan Stanley Senior Funding | Unsecured Notes | **Affiliate or Subsidiary of Current Client** |
| MS Amlin (Lloyds Synd) Amlin Underwriting Limited | Insurance/Insurance Provider/Surety Bonds | **Related to Former Client** |
| MUFG Union Bank, N.A. | Term and Revolving Loan Lenders and Administrative Agents Unsecured Notes Top Unsecured Creditors | **Affiliate or Subsidiary of Current Client** |
| Munich Re | Insurance/Insurance Provider/Surety Bonds | **Current Client** |
| Ormat Technologies Inc. | Contract Counterparties (includes, PPAs, patents and IP) | **Related to Current Client** |
| Panoche Energy Center LLC | Contract Counterparties (includes, PPAs, patents and IP) | **Affiliate or Subsidiary of Current Client** |
| Perella Weinberg | Bondholder Professional | **Current Client** |
| PricewaterhouseCoopers LLP | Non-Debtors Professionals Ordinary Course Professionals | **Related to Current Client** |
| QBE European Operations QBE Insurance Corporation QBE Specialty Insurance Company | Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation | **Related to Current Client** |
| RBC Capital Markets | Bank Accounts | **Current Client** |
| RBS | Unsecured Notes | **Current Client** |
| Repsol Canada Energy | Contract Counterparties (includes, PPAs, patents and IP) | **Affiliate or Subsidiary of Current Client** |
| RLI Insurance Company | Insurance/Insurance Provider/Surety Bonds | **Current Client** |
| Rothschild | Non-Debtors Professionals | **Affiliate or Subsidiary of Current Client** |
| Royal Bank of Canada | Bank Accounts | **Current Client** |

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| | Term and Revolving Loan Lenders and Administrative Agents | |
| | Contract Counterparties (includes , PPAs, patents and IP) | |
| | Unsecured Notes | |
| Royal Bank of Scotland, PLC | Contract Counterparties (includes, PPAs, patents and IP) | **Current Client** |
| Ruby Pipeline, LLC | Contract Counterparties (includes, PPAs, patents and IP) | **Affiliate or Subsidiary of Current Client** |
| | Interested Parties / Notice of Appearance Parties | |
| Savage | Contract Counterparties (includes, PPAs, patents and IP) | **Related to Current Client** |
| Schindler Elevator Corp. | Vendors | **Current Client** |
| Schlumberger US Land | Vendors | **Affiliate or Subsidiary of Current Client** |
| Sears | Landlords and parties to leases | **Current Client** |
| Security National Insurance Company | Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation | **Affiliate or Subsidiary of Current Client** |
| Sodexo, Inc. | Interested Parties /Notice of Appearance Parties | **Affiliate or Subsidiary of Current Client** |
| Spark Energy Gas | Contract Counterparties (includes, PPAs, patents and IP) | **Former Client** |
| Sparks | Landlords and parties to leases | **Former Client** |
| Sumitomo Mitsui Banking Corporation | Term and Revolving Loan Lenders and Administrative Agents | **Current Client** |
| SunEdison Yieldco ACQ2, LLC | Contract Counterparties (includes, PPAs, patents and IP) | **Affiliate or Subsidiary of Current Client** |
| Swiss Re International SE<br>Swiss Re International SE (Swiss Re) | Insurance/Insurance Provider/Surety Bonds | **Affiliate or Subsidiary of Current Client** |
| T. Rowe Price Associates | Significant Shareholders (more than 5% of equity) | **Former Client** |
| Tenaska Gas<br>Tenaska Mktg | Contract Counterparties (includes, PPAs, patents and IP) | **Related to Former Client** |

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Tenaska Mktg Can<br>Tenaska Power Services Co.<br>Tenaska Power Services Company | | |
| Tesoro Refining & Marketing Company, LLC | Contract Counterparties (includes, PPAs, patents and IP) | **Affiliate or Subsidiary of Current Client** |
| The Bank of Tokyo-Mitsubishi UFJ, Ltd. | Term and Revolving Loan Lenders and Administrative Agents | **Affiliate or Subsidiary of Current Client** |
| T-Mobile<br>T-Mobile USA | Landlords and parties to leases | **Affiliate or Subsidiary of Current Client** |
| T-Mobile West | Utility Providers | **Affiliate or Subsidiary of Current Client** |
| Total Gas | Contract Counterparties (includes, PPAs, patents and IP) | **Affiliate or Subsidiary of Current Client** |
| Truck Insurance Exchange | Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation | **Current Client** |
| UBS<br>UBS Securities | Unsecured Notes | **Current Client** |
| UBS AG (Switzerland) | Contract Counterparties (includes, PPAs, patents and IP) | **Affiliate or Subsidiary of Current Client** |
| UBS Investment Bank | Unsecured Notes | **Affiliate or Subsidiary of Current Client** |
| United Fire & Casualty Company | Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation | **Related to Former Client** |
| University of Miami | Contract Counterparties (includes, PPAs, patents and IP) | **Current Client** |
| Verizon Business Network Services<br>Verizon Wireless | Utility Providers | **Former Client** |
| Wells Fargo Bank Northwest, National Association, as Trustee Mac: U1228-051 | UCC Lien Holders | **Affiliate or Subsidiary of Current Client** |
| Wells Fargo Bank, National Association<br>Wells Fargo Bank<br>Wells Fargo Bank, N.A.<br>Wells Fargo Bank, National Association<br>Wells Fargo | Term and Revolving Loan Lenders and Administrative Agents<br>Unsecured Notes<br>Top Unsecured Creditors | **Current Client** |

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Wells Fargo LLC | Contract Counterparties (includes, PPAs, patents and IP) | **Affiliate or Subsidiary of Current Client** |
| Wells Fargo Securities LLC | Unsecured Notes | **Current Client** |
| Westinghouse | Suppliers | **Current Client** |
| Westinghouse Electric Co. LLC<br>Westinghouse Electric Company, LLC | Top Unsecured Creditors<br>Vendors | **Current Client** |
| Willis Towers Watson | Insurance/Insurance Provider/Surety Bonds | **Current Client** |
| WPX Energy Mktg. | Contract Counterparties (includes, PPAs, patents and IP) | **Affiliate or Subsidiary of Current Client** |
| XL Insurance America, Inc. | Insurance/Insurance Provider/Surety Bonds<br><br>Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation | **Affiliate or Subsidiary of Current Client** |
| XL Insurance Company | Insurance/Insurance Provider/Surety Bonds | **Affiliate or Subsidiary of Current Client** |
| XL Specialty Insurance Company | Insurance/Insurance Provider/Surety Bonds | **Affiliate or Subsidiary of Current Client** |