WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Proposed Attorneys for Debtors
and Debtors in Possession*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>   **- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>               **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**DECLARATION IN SUPPORT OF APPLICATION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 363(b) AND 105(a) FOR AUTHORITY TO EMPLOY AND RETAIN AP SERVICES, LLC TO PROVIDE A CHIEF RESTRUCTURING OFFICER, DEPUTY CHIEF RESTRUCTURING OFFICER, AND ADDITIONAL PERSONNEL FOR THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**<br>Date: April 9, 2019<br>Time: 9:30 a.m. (PT)<br>Place: United States Bankruptcy Court<br>      Courtroom 17, 16th Floor<br>      San Francisco, CA 94102 |

I, James Mesterharm, make this declaration (the "**Declaration**") pursuant to 28 U.S.C. § 1746, and state:

I am a Managing Director of AlixPartners, LLP ("**AlixPartners**") and an authorized representative of APS, which has a place of business at 909 Third Avenue, Floor 30, New York, New York, 10022. I submit this Declaration in connection with the Application, submitted on the date hereof (the "**Application**"), of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), for authority to employ and retain AP Services, LLC ("**APS**"), *nunc pro tunc* to the Petition Date (as defined below), to provide James Mesterharm to serve as the Debtors' Chief Restructuring Officer ("**CRO**"), John Boken to serve as the Debtors' Deputy Chief Restructuring Officer ("**Deputy CRO**"), and additional personnel in accordance with the terms and conditions set forth in that certain engagement letter by and among the Debtors and APS, dated as of January 25, 2019 (the "**CRO Engagement Letter"**). I am duly authorized to execute this Declaration on behalf of APS, an affiliate of AlixPartners. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.

## I. APS'S QUALIFICATIONS

APS has a wealth of experience in providing interim management services and enjoys an excellent reputation for services it has rendered in large and complex chapter 11 cases on behalf of debtors and creditors throughout the United States. APS's professionals have provided strategic advice to debtors, creditors, bondholders, investors, and other entities in numerous chapter 11 cases. Since its inception in 1981, APS, AlixPartners, their subsidiaries and affiliates, and their predecessor entities have provided restructuring or crisis management services in numerous large cases. *See, e.g.*, *In re Heritage Home Group, LLC, et al*, Case No. 18-11736 (KG) (Bankr.D. Del. Jul. 29, 2018); *In re: Video Equipment Rental, et al.*, Case No. 18-10834 (KG) (Bankr. D. Del. May 22, 2018); *In re HCR Manorcare, Inc., et al*, Case No. 18-10467 (KG) (Bankr. D. Del. Mar. 16, 2018); *In re Velocity Holding Company, et al.*, Case No. 17-12442 (KJC) (Bankr. D. Del. Dec. 12, 2017); *In re Appvion, Inc., et al.*, Case No. 17-12082 (KJC) (Bankr. D. Del. Oct. 30, 2017); *In re The Gymboree Corporation, et al*., Case No. 17-32986 (KLP) (Bank. E.D. Va. July 26, 2017); *In re Westinghouse Electric Company, LLC, et al.*, Case No. 17-10751

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

(MEW) (Bankr. S.D.N.Y. June 6, 2017); *In re Nuverra Environmental Solutions, Inc., et al.*, Case No. 17-10949 (KJC) (Bankr. D. Del. June 5, 2017); *In re BCBG Max Azria Global Holdings, et al.,* Case No. 17-10466 (SCC) (Bankr. S.D.N.Y. Mar. 29, 2017); *In re Eastern Outfitters, LLC, et al*., Case No. 17-10243 (LSS) (Bankr. D. Del. Mar. 9, 2017); *In re Paragon Offshore PLC*, Case No. 16-10386 (CSS) (Bankr. D. Del. Apr. 5, 2016); *In re Linn Energy*, Case No. 16-60040 (DRJ) (Bankr. S.D. Tex. June 27, 2016); *In re Walter Energy, Inc.*, Case No. 15-02741 (TOM) (Bankr. N.D. Ala. Sept. 8, 2015); *In re Nautilus Holdings, Ltd.*, Case No. 14-22885 (RDD) (Bankr. S.D.N.Y. July 14, 2014); *In re Eastman Kodak Co.,* Case No. 12-10202 (ALG) (Bankr. S.D.N.Y. Feb. 28, 2012); *In re Silicon Graphics, Inc.*, Case No. 09-11701 (MG) (Bankr. S.D.N.Y. May 31, 2009); *In re General Growth Prop. Inc.*, Case No. 09-11977 (ALG) (Bankr. S.D.N.Y. May 26, 2009); *In re Zenith Elecs. Corp*., Case No. 99-2911 (MFW) (Bankr. D. Del. Aug. 25, 1999); *In re Parmalat USA Corp*., Case No. 04-11139 (RDD) (Bankr. S.D.N.Y. June 25, 2004); *In re Safety-Kleen Corp.,* Case No. 00-2303 (PJW) (Bankr. D. Del. Oct. 15, 2001)

In addition to being a Managing Director at AlixPartners, as set forth above, I am the co-head of its Turnaround & Restructuring Services unit in the Americas. I have worked as a turnaround consultant for over twenty-five years, including experience in the energy sector. I have substantial knowledge and experience in senior management positions with, or as restructuring advisor to, distressed companies and in assisting distressed companies with stabilizing their financial condition, analyzing their operations, and developing an appropriate business plan to accomplish the necessary restructuring of their operations and finances. Specifically, I have advised or served as a senior executive for, among others, American Tire Distributors, Inc., Pacific Drilling, S.A., CRO of Gymboree Group Inc., Zenith Electronics Corp., CRO of Parmalat USA Corp., Silicon Graphics, Inc., Safety-Kleen Corp, CRO of Eastman Kodak Company, CRO of Nautilus Holdings Ltd., CRO of Hilex Poly Co., Chief Operating Officer ("**COO**") of Tekni-Plex Inc., General Growth Properties, Inc., Linn Energy, LLC, Paragon Offshore Limited, and Walter Energy, Inc.

Mr. Boken, also a Managing Director at AlixPartners, LLP, has twenty-eight years of corporate restructuring experience. Mr. Boken has led over 75 restructuring projects in a wide variety of industries, including energy, as well as homebuilding, industrial construction, manufacturing, retail, health care and agriculture. Some of Mr. Boken's restructuring and reorganization assignments for chapter 11 debtors

include: CRO of Flying J, Inc., President and COO of NRG Energy, Inc., CRO and CEO of TOUSA, Inc., CRO of Collins & Aikman Corporation, and CRO of Homer City Generation, L.P. Furthermore, Mr. Boken has advised or served as senior executive in restructuring situations for, among others, SolarWorld Americas, Inc., Entegra Power Group, LLC, TIC, Fleetwood Enterprises, and Southern California Edison Company. Accordingly, Mr. Boken has developed significant relevant experience and expertise that will assist him in providing effective and efficient services in these Chapter 11 Cases.

If the Application is approved, the additional APS Personnel that will work on this matter all have expertise in providing advice and assistance to stakeholders in chapter 11 cases. Such personnel and I will work closely with the Debtors' management and other professionals throughout the reorganization process. By virtue of our expertise, APS Personnel, Mr. Boken, and I are uniquely well qualified to provide services to and represent the Debtors' interests in these Chapter 11 Cases.

## II. SCOPE OF SERVICES

APS Personnel, Mr. Boken and I will provide the ordinary course duties of a CRO and Deputy CRO, including leading the restructuring efforts as directed by the Debtors' senior management team and the Boards of Directors of PG&E Corp. and the Utility and shall be authorized to make certain decisions with respect to all aspects of the restructuring of the Debtors. These decisions may be made in a manner that myself and Mr. Boken deem necessary or appropriate and in a manner consistent with the business judgment rule, as applied to officers, applicable state law, and the Bankruptcy Code. However, such decisions will remain subject to appropriate governance by the Boards of both PG&E Corp. and the Utility, as applicable, in accordance with the Debtors' governing documents and applicable state law. Additionally, we may work with the Debtors to do the following:[1]

    i.    Restructuring

        a.    Work with the Debtors and their team to further identify and implement both short-term and long-term liquidity generating and cost reduction initiatives.

        b.    Assist the Debtors in connection with the development of their business plan, and such other related forecasts as may be required in connection with negotiations or by the Debtors for other corporate purposes.

---

[1] All summaries herein of terms contained in the CRO Engagement Letter are provided for convenience only. The terms set forth in the CRO Engagement Letter control in all respects.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

c. Assist the Debtors' management and their professionals specifically assigned to sourcing, negotiating and implementing any financing, including DIP and exit financing facilities, in conjunction with the plan of reorganization and the overall restructuring.

d. Assist the Debtors' management in the design and implementation of a restructuring strategy designed to maximize enterprise value, taking into account the unique interests of all constituencies.

e. Work with the Debtors' senior management to negotiate and implement restructuring initiatives and evaluate strategic alternatives.

ii. Communications with Outsiders

a. Assist in negotiations with stakeholders and their representatives.

b. Assist in negotiations with potential acquirers of the Debtors' assets.

c. Assist in communication and/or negotiation with outside constituents including the lenders, committees, stakeholders and their advisors.

iii. Bankruptcy Case Management

a. Assist in managing the "working group" professionals who are assisting the Debtors in the reorganization process or who are working for the Debtors' various stakeholders to improve coordination of their effort and individual work product to be consistent with the Debtors' overall restructuring goals.

b. Assist in obtaining and presenting information required by parties in interest in the Debtors' chapter 11 process including official committees appointed by the Court itself.

c. Assist the Debtors in other business and financial aspects of the Chapter 11 Cases, including, but not limited to, development of a disclosure statement and plan of reorganization.

d. Assist with the preparation of the Debors' statement of affairs, schedules of assets and liabilities, and other regular reports required in the Chapter 11 Cases as well as providing assistance in such areas as testimony before the Court on matters that are within APS's areas of expertise.

e. Assist as requested in managing any litigation that may be brought against the Debtors in the Court.

f. Assist as requested in analyzing preferences and other avoidance actions.

g. Manage the claims reconciliation processes.

h. Assist the Debtors with electronic data collection.

iv. Finance and Cash Management

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

  a. Assist the Debtors and their management in developing and maintaining a short-term cash flow forecasting tool and related methodologies and to assist with planning for alternatives as requested by the Debtors.

  b. Assist the Debtors in developing an actual to forecast variance reporting mechanism including written explanations of key differences.

 v. Miscellaneous

  a. Assist with such other matters as may be requested that fall within APS's expertise and that are mutually agreeable.

## III. PROFESSIONAL COMPENSATION

  APS's decision to accept this engagement to advise and assist the Debtors is conditioned upon its ability to be retained in accordance with its customary terms and conditions of employment, compensated for its services, and reimbursed for the out-of-pocket expenses it incurs in accordance with its customary billing practices, as set forth in Schedule 1 of the CRO Engagement Letter (the "**Fee and Expense Structure**").

  **Hourly Fees**. APS's current standard hourly rates for 2019, subject to periodic adjustments, are as follows:

| Title | Hourly Rate |
|---|---|
| Managing Director | $990 - $1,165 |
| Director | $775 - $945 |
| Senior Vice President | $615 - $725 |
| Vice President | $440 - $600 |
| Consultant | $160 - $435 |
| Paraprofessional | $285 - $305 |

  In the normal course of business, APS may periodically adjust its billing rates. Changes in applicable hourly rates will be noted on the invoices for the first time period in which the revised rates became effective.

  **Success Fee**. In these Chapter 11 Cases, the Debtors and APS have agreed on a contingent incentive compensation (the "**Success Fee**"). Subject to Court approval, the Debtors have agreed to pay APS the Success Fee in the amount of $8,000,000 upon the occurrence of a "Transaction." For purposes of the CRO Engagement Letter, a "Transaction" shall mean (i) completion of a restructuring through

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

confirmation of a chapter 11 plan of reorganization, (ii) the consummation of any material recapitalization or debt restructuring of the Debtors, or (iii) consummation of one or more transactions, in any form, that effectively transfers a significant portion of the business as a going concern to another entity or entities or that results in a change in structure of the Board of Directors of PG&E Corp.

Notwithstanding the foregoing, should a Transaction first occur after 18 months from the Petition Date (the "**Target Date**"), the Success Fee shall be reduced by 10% of the monthly fees earned for each whole calendar month between the Target Date and the actual date of the Transaction. However, after applying the reduction, the Success Fee will in no event be less than $4,000,000. The Success Fee shall be due and payable immediately upon the occurrence of a Transaction. APS understands and agrees that the Success Fee are not being pre-approved and remain subject to Court approval. While APS is not seeking pre-approval of the Success Fees, APS wishes to advise the Court at this time that the Success Fees were negotiated as part of the overall agreement for compensation in connection with the services to be provided to the Debtors in these Chapter 11 cases. The Debtors understand and have acknowledged that the Success Fee is an integral part of APS's compensation for the engagement and that the structure and amount of the success fee is reasonable.

**Expense Reimbursement**. In addition to compensation for professional services rendered by APS Personnel, APS will seek reimbursement for reasonable and necessary expenses incurred in connection with these Chapter 11 Cases, including transportation costs, lodging, and meals.

**Retainer**. APS and its affiliates received an unapplied advance payment from the Debtors in the amount of $750,000.00 (the "**Retainer**"). The Retainer was further supplemented by $1,750,000 for an aggregate Retainer amount of $2,500,000 as set forth in the Financial Advisor Engagement Letter. According to APS's books and records, during the 90-day period prior to the Petition Date, Debtors paid APS and its affiliates $8,978,334.53 in the aggregate for professional services performed and expenses incurred, including the Retainer.

The Fee and Expense Structure is consistent with and typical of compensation arrangements entered into by APS and other comparable firms that render similar services under similar circumstances. The Debtors believe that the Fee and Expense Structure is reasonable, market-based, and designed to compensate APS fairly for its work and to cover fixed and routine overhead expenses.

To the extent APS uses the services of independent contractors (the "**Contractors**") in these chapter 11 cases, APS shall (a) pass through the cost of such Contractors to the Debtors at the same rate that APS pays the Contractors; (b) seek reimbursement for actual costs only; (c) ensure that the Contractors are subject to the same conflict checks as required for APS; and (d) file with the Court a schedule of disclosures.

To the extent APS requires services of its international divisions or personnel from specialized practices, the standard hourly rates for that international division or specialized practice will apply.

**Compensation and Staffing Reports**.  APS will submit monthly invoices to the Debtors, and the Debtors request authority to pay, in the ordinary-course of business, all reasonable and undisputed amounts invoiced by APS for fees and expenses incurred during the Chapter 11 Cases.  Upon approval of the relief requested, APS will not be employed by the Debtors as a professional under section 327 of the Bankruptcy Code, and it will not file or submit fee applications pursuant to sections 330 and 331 of the Bankruptcy Code.  APS will, however, file with the Court, and provide reports of compensation earned and expenses incurred on a monthly basis ("**Compensation Reports**") to the U.S. Trustee counsel to any statutory committees appointed in these Chapter 11 Cases (the "**Notice Parties**").  APS will file and submit Compensation Reports within 30 days of the end of the period.  Such reports shall summarize the services provided and identify the compensation earned and expenses incurred by APS Personnel. The Notice Parties shall have 21 days after the date each Compensation Report is served upon them to object.  Such compensation and expenses will be subject to Court review in the event an objection is filed.

APS may from time to time add or remove staff and APS will file monthly staffing reports that will reflect the APS Personnel that provided services during the prior month ("**Staffing Reports**"). Staffing Reports will include the names of all full- and part-time APS Personnel involved in these chapter 11 cases and each individual's hourly billing rate.  APS will file and submit Staffing Reports within 30 days of the end of each monthly period.  The Notice Parties shall have 21 days after the date each Staffing Report is served upon them to object.  The Staffing Reports and APS's staffing decisions will be subject to review by the Court in the event an objection is filed.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The Debtors and APS have agreed that any portion of the Retainer not used to compensate APS and its affiliates for its prepetition services and reasonable and documented out-of-pocket expenses, will be applied against APS's post-petition invoices, and will not be placed in a separate account.

Due to the ordinary course and unavoidable reconciliation of fees and submission of expenses immediately prior, and subsequent to the Petition Date, APS may have incurred, but not billed, fees and reimbursable expenses that relate to the prepetition period. Approval is sought from this Court for APS to apply the Retainer to these amounts. Upon entry of an Order approving the relief requested herein, the Debtors will not owe APS any sums for prepetition services.

**Indemnification.** I acknowledge that, for the duration of these Chapter 11 Cases, there shall be no indemnification of APS, its affiliates, or the APS Personnel. Debtors shall indemnify Mr. Boken and myself in our capacity as corporate officers on the same terms provided to the Debtors' other officers and directors under the corporate bylaws and applicable state law, along with insurance coverage under the Debtors' D&O policy.

## IV. EFFORTS TO AVOID DUPLICATION OF SERVICES

APS understands that the Debtors may retain additional professionals during the term of its engagement and will work cooperatively with such professionals to integrate any respective work conducted by the professionals on behalf of the Debtors. The services provided by APS will complement, and not duplicate, the services to be rendered by any other professional retained in these Chapter 11 Cases.

## V. APS'S DISINTERESTEDNESS

In connection with its proposed retention by the Debtors in these Chapter 11 Cases, APS undertook a lengthy review to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors. Specifically, APS obtained from the Debtors and/or their representatives the names of individuals and entities that may be parties-in-interest in these Chapter 11 Cases ("**Potential Parties-in-Interest**"). The Debtors organized the Potential Parties-in-Interest by category and the categories are listed on **Schedule 1**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

annexed hereto.[2] A search was performed for connections to the Potential Parties-in-Interest as to AlixPartners Holdings, LLP ("**Holdings**"), APS's parent company, and each of AlixPartners Holdings' U.S. and non-U.S. subsidiary affiliates. Results are disclosed for connections to Potential Parties-in-Interest. In addition, an email is sent to all of their professionals inquiring of any potential connections.

Based on that review, APS represents that, to the best of its knowledge, APS knows of no fact or situation that would represent a conflict of interest for APS with regard to the Debtors. Unless otherwise noted, references to AP collectively refer to AlixPartners, Holdings, APS, and each of their subsidiary affiliates. APS wishes to disclose the following:

- APS is a wholly owned subsidiary of AlixPartners, which is a wholly owned subsidiary of Holdings (together with APS, "**AP**"). The equity capital of Holdings is owned individually by: (i) the Managing Directors of AlixPartners; (ii) Lakeview Capital Holdings, Inc., the Jay Alix Living Trust and other affiliates of Jay Alix (collectively the "**Lakeview Parties**"); (iii) affiliates of each of (a) Caisse de dépôt et placement du Québec ("**CDPQ**"), (b) Investcorp Bank B.S.C. ("**IVC**"), and (c) Public Sector Pension Investment Board ("PSP Investments"); and (iv) other individuals and trusts. Neither CDPQ, nor IVC, nor the Lakeview Parties, nor PSP Investments (collectively, the "Investors"), nor any Managing Director, other individual or trust separately owns a majority of the equity capital of Holdings directly or indirectly or separately controls the Boards of either Holdings or AlixPartners. None of the Investors own any of the bank or other debt of AlixPartners.

  CDPQ is an institutional investor that manages funds primarily on behalf of a number of Quebec-based public pension and insurance plans. As one of Canada's leading institutional fund managers, CDPQ invests globally in major financial markets, private equity, infrastructure and real estate.

  Investcorp is a leading global provider and manager of alternative investment products.

  The Lakeview Parties and related entities are entities owned or controlled by Jay Alix that, among other things, make investments on behalf of Mr. Alix and his family.

  PSP Investments is a Canadian Crown corporation established in 1999 to manage employer and employee contributions made after April 1, 2000 to the Canadian Federal Public Service, the Canadian Forces and the Royal Canadian Mounted Police pension funds. It is also responsible for contributions made after March 1, 2007 to the Canadian Reserve Force Pension Fund. PSP Investments manages a diversified global portfolio composed of investments in public financial markets, private equity, infrastructure, natural resources, real estate and private debt.

  Designees of the Investors or their subsidiaries serve as some of the members of the Boards of Directors of each of AlixPartners and Holdings (collectively, the "Boards"). In addition to their investments in Holdings, all of the Investors have substantial investments unrelated to AP. Accordingly, as a precautionary matter, AP maintains information barriers designed to prevent

---

[2] APS will provide a copy of the Potential Parties-in-Interest list upon request.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

confidential client information, including the names of clients likely to be involved in reorganization proceedings under the Bankruptcy Code, from being shared with the Investors or their designees on the Boards.

To that end, no material nonpublic information about the Debtors has been or will be furnished by AP to the Investors, the InvestCos (as defined below) or their Board designees, and AP will continue to abide by its confidentiality obligations to the Debtors.  AP operates independently of the Investor Conflicts Parties (as defined below), and does not share employees, officers or other management with any such Investor Conflicts Parties (as defined below).  AP and each of the Investor Conflicts Parties have separate offices in separate buildings, use separate Internet email addresses, and do not otherwise share IT systems.  No personnel of the Investor Conflicts Parties work on AlixPartners client matters or have access to AlixPartners client information or client files or client personnel.  No AP executive or employee is a director, officer or employee of any Investor.  Each Investor is governed by its own board of directors or similar body and managed by its own management team.  Each Investor is independent of each other Investor.

AlixPartners has searched the names of the Debtors and the list of Potential Parties in Interest against the names of (i) the Investors, (ii) the subsidiaries of the Investors that either hold a direct position in Holdings or hold a direct position in the entity that holds a direct position in Holdings (collectively, the "**InvestCos**"), and (iii) the subsidiaries of the Investors that hold, directly or indirectly, positions in the respective InvestCos.  In addition, AlixPartners has searched and/or will request each Investor to search the names of the Debtors against the companies that the InvestCos have a direct greater than 10% investment in (collectively, with (i) – (iii) the "Investor Conflicts Parties").  AlixPartners has determined, to the best of its knowledge based solely on that search, that there are no connections with the Investor Conflicts Parties that require disclosure other than as noted herein.  Because of the information barriers described above, the sheer size of the investment portfolios of the Investor Conflicts Parties, and any applicable securities laws, prior to the Petition Date, AlixPartners was unable to further investigate any potential or actual connections between the Investor Conflicts Parties and the Debtors and the Potential Parties in Interest.  To the extent any potential or actual connections are discovered after the Petition Date, if there exists a material connection, AlixPartners will promptly supplement this disclosure.  Notwithstanding the foregoing, AlixPartners' conflicts check did not and will not extend to entities owned by mutual funds in which an Investor Conflicts Party has an interest; entities owned by separate accounts managed by non-affiliates for an Investor Conflicts Party; entities owned by  private equity funds in which an Investor Conflicts Party has a limited partnership interest managed by non-affiliates (even though the particular Investor Party may be represented on the limited partner advisory board or investor committee and even though the particular Investor Conflicts Party may have a passive interest in the general partner); entities where any of the Investor Conflicts Parties serves as general partner or investment manager holding interests representing, directly or indirectly,  10% or less.  Nor does it or will it necessarily include indirect investments, such as businesses owned or investments made by an Investor Conflicts Party's portfolio company(ies), or passive investments held or managed by any of the Investor Conflicts Parties.  In addition, because of the sheer size of the investments of the Investors and their respective affiliates and subsidiaries, except as described herein, AlixPartners' conflicts check did not and it will not necessarily include any other affiliates or subsidiaries owned, directly or indirectly, by each Investor, or any investments made by such other affiliates or subsidiaries, nor will it include, to the extent applicable, any depositors of the Investors.

Although AlixPartners has performed a conflicts check of the Investor Conflicts Parties as set forth above, as a result of, among other things, the sheer size of the investments of the Investor Conflicts Parties, one or more of the Investor Conflicts Parties may, in the ordinary course and from time to time, hold, control and/or manage loans to, or investments in, the Debtors and/or Potential Parties in Interest and/or may trade debt and/or equity securities in the Debtors and/or Potential Parties in Interest. In addition, one or more of the Investor Conflicts Parties may also have had, currently have, or may in the future have business relationships or other connections with the Debtors or other Potential Parties in Interest. To the extent AlixPartners learns of material business relationships or other material connections that are not included herein, AlixPartners will promptly file a supplemental disclosure.

Other than as specifically noted herein, AlixPartners has not undertaken to determine the existence, nature, and/or full scope of any business relationships or connections that the Investor Conflicts Parties may have with the Potential Parties in Interest, the Debtors and their affiliates, or these chapter 11 cases.

Further, AlixPartners may have had, currently have or may in the future have business relationships with, among other entities, portfolio companies of the Investors and portfolio companies of private equity funds in which they are limited partners, in matters unrelated to the Debtors or their affiliates in these chapter 11 cases. Based on, among other things, the business separation between each of the Investor Conflict Parties and AlixPartners, the contractual client confidentiality obligations of AlixPartners and the information barriers referred to above, AlixPartners believes that it does not hold or represent an interest adverse to the estate with respect to the engagement.

- 7-Eleven, Inc., a landlord / lease party to the Debtors, is a vendor and material contract party to a former AP client in matters unrelated to the Debtors. 7-Eleven, Inc., is a current AP client in matters unrelated to the Debtors.

- ABB, Inc., a creditor and vendor to the Debtors, and affiliates ("**ABB**") are litigation parties, material contract parties, creditors, adverse parties, co-defendants and vendors to current and former AP clients in matters unrelated to the Debtors. ABB and affiliates are current and former AP clients in matters unrelated to the Debtors.

- Ace American Insurance Company (Starr Tech), Ace Insurance Company and Ace American Insurance Company, insurance providers, litigation parties and surety bond parties to the Debtors, and affiliates ("**Ace**") are insurance providers, vendors, creditors, lenders, investors, bondholders, customers, material contract parties, defendants, and litigation parties to current and former AP clients in matters unrelated to the Debtors. Ace is a current AP client in matters unrelated to the Debtors. Ace is an insurance provider to AP.

- ADP, a vendor to the Debtors, and affiliates ("**ADP**") are vendors, creditors, material contract parties, and adverse parties to current and former AP clients in matters unrelated to the Debtors. ADP is a former employer of current AP employees. ADP is a vendor to AP.

- AECOM Technical Services, a notice of appearance party / interested party in this bankruptcy matter, and affiliates ("**AECOM**") are litigation parties, professionals and vendors to current and former AP clients in matters unrelated to the Debtors.

Case: 19-30088    Doc# 868    Filed: 03/13/19    Entered: 03/13/19 18:55:57    Page 12 of 41

- Aetna and Aetna International, an insurance provider to the Debtors, and affiliates ("**Aetna**") are lenders, material contract parties, director-affiliated companies, adverse parties, creditors, customers, insurance providers, lenders, litigation parties, vendors and bondholders to current and former AP clients in matters unrelated to the Debtors. Aetna is a former AP client in matters unrelated to the Debtors.

- AIG Europe Limited and AIG Property Casualty Company, litigation parties to the Debtors, and affiliates ("**AIG**") are limited partners, litigation counterparties, insurance providers, adverse parties, associated companies, director-affiliated companies, lenders, and bondholders to current and former AP clients in matters unrelated to the Debtors. AIG is a current and former AP client in matters unrelated to the Debtors. AIG is a former employer of a current AP employee.

- Allianz Global Allianz Global Corporate & Specialty SE (PDW), Allianz Global Risks and Allianz Global Risks US Insurance Company, litigation parties, insurance providers and surety bonds parties to the Debtors, and affiliates ("**Allianz**") are insurance providers, bondholders, vendors, lessors, creditors, noteholders, lenders, shareholders, equity holders, lienholders, director-affiliated companies, related parties, and adverse parties to current and former AP clients in matters unrelated to the Debtors. Allianz is a current AP client in matters unrelated to the Debtors. Allianz is a former employer of a current AP employee. Allianz is an insurance provider to AP. Allianz is a vendor to AP.

- Allied World Assurance Company Ltd., a litigation party, insurance provider and surety bond party to the Debtors, and affiliates ("**Allied World**") are insurance providers, lenders, shareholders, and material contract parties to current and former AP clients in matters unrelated to the Debtors. Allied World is a vendor to AP.

- Allstate Insurance Company ("**Allstate**"), a litigation party to the Debtors, is affiliated with entities that are lenders, executory contract counterparties, litigation parties, creditors, bondholders, insurance providers and adverse parties to current and former AP clients in matters unrelated to the Debtors. Allstate is a previous employer of a current AP employee.

- Ametek Solidstate Controls, a vendor to the Debtors, and affiliates ("**Ametek**") are litigation parties to a former AP client in matters unrelated to the Debtors. Ametek is a former employer of a current AP employee.

- Anadarko, a contract counterparty to the Debtors, and affiliates are litigation parties, creditors, material contract parties, customers, vendors and director-affiliated companies to current and former AP clients in matters unrelated to the Debtors.

- Analytic Focus LLC, a professional in this bankruptcy matter, is a professional to a former AP client in matters unrelated to the Debtors.

- Andrews Kurth LLP ("**Andrews Kurth**"), a professional in this bankruptcy matter, is a professional to current and former AP clients in matters unrelated to the Debtors. Andrews Kurth is a current and former AP client in matters unrelated to the Debtors.

- Arch Insurance Company (Europe) Ltd. and Arch Insurance Company, litigation parties, insurance providers and surety parties to the Debtors, and affiliates ("**Arch**") are insurance providers, co-defendants, lenders and material contract parties to current and former AP clients

in matters unrelated to the Debtors. Arch is a former AP client in matters unrelated to the Debtors.

- Archrock, a vendor to the Debtors, is a creditor to a current AP client in a matter unrelated to the Debtors. Archrock is current and former AP client in matters unrelated to the Debtors.

- Aspen Insurance Company and Aspen Specialty Insurance Company, litigation parties and insurance providers to the Debtors, and affiliates are co-defendants, bondholders, shareholders, lenders and insurers to current and former AP clients in matters unrelated to the Debtors.

- ATC Group Services LLC, a vendor to the Debtors, is a current AP client in matters unrelated to the Debtors.

- AT&T Corporate Real Estate, AT&T Network, and AT&T PCS Wireless Service, landlords / lease parties and utility providers to the Debtors, and affiliates ("**AT&T**") are creditors, lenders, adverse parties, co-defendants, director-affiliated companies, material contract parties, lessees, vendors, litigation parties, customers, joint venture entities, and shareholders to current and former AP clients in matters unrelated to the Debtors. AT&T is a former AP client in matters unrelated to the Debtors. AT&T is a former employer of current AP employees. AT&T is a vendor to AP.

- AXIS Specialty Limited (PDW) and AXIS Surplus Insurance Company, insurance providers and surety parties to the Debtors, and affiliates ("**Axis**") are material contract parties, insurance providers, creditors, and vendors to current and former AP clients in matters unrelated to the Debtors. Axis is a current AP client in matters unrelated to the Debtors. Axis is an insurance provider to AP.

- AVI-SPL, Inc., a vendor to the Debtors, is a vendor to AP.

- Babcock & Wilcox Construction Co. ("**Babcock**"), a vendor to the Debtors, is a material contract party, lender and shareholder to current AP clients in matters unrelated to the Debtors. Babcock is a current AP client in matters unrelated to the Debtors.

- Baker Hughes Process & Pipeline Services and Baker Hughes US Land, vendors to the Debtor, and affiliates ("**Baker Hughes**") are litigation parties, creditors, customers, vendors and material contract parties to current and former AP clients in matters unrelated to the Debtors. Baker Hughes is a former AP client in matters unrelated to the Debtors.

- Bank of America, N.A. and Bank of America Merrill Lynch, creditors, banking parties, noteholders and lenders to the Debtors, and affiliates ("**Bank of America**") are professionals, vendors, shareholders, litigation parties, director-affiliated companies, adverse parties, material contract parties, creditors, bondholders, indenture trustees, investors, co-defendants, co-plaintiffs, lessors, and lenders to current and former AP clients in matters unrelated to the Debtors. Bank of America is a current and former AP client in matters unrelated to the Debtors. Bank of America is a former employer of current AP employees. Bank of America is a vendor to AP.

- Bank of Montreal, a contract counterparty to the Debtors, is an adverse party, indenture trustee, customer, lender, UCC lien holder and creditor to current and former AP clients in matters

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

unrelated to the Debtors. Bank of Montreal is a former AP client in matters unrelated to the Debtors.

- Bank of New York Mellon and Bank of New York Trust Company, N.A., creditors, banking parties, noteholders and lenders to the Debtors, and affiliates ("**BNY**") are lenders, bondholders, shareholders, creditors, litigation parties, material contract counterparties, noteholders, shareholders, adverse parties, lessors and indenture trustees to current and former AP clients in matters unrelated to the Debtors. BNY is a current and former AP client in matters unrelated to the Debtors. BNY is a former employer of a current AP employee.

- Bank of Tokyo-Mitsubishi UFJ ("**Bank of Tokyo**"), a creditor, noteholder and lender to the Debtors, is a lender, lessor, creditor, co-defendant and professional to current and former AP clients in matters unrelated to the Debtors. Bank of Tokyo is a current and former AP client in matters unrelated to the Debtors

- Barclays Bank PLC, Barclays Capital Inc., and Barclays Global, lenders, contract counterparties, noteholders and creditors to the Debtors, and affiliates ("**Barclays**") are creditors, customers, shareholders, adverse parties, associated companies, co-defendants, co-plaintiffs, material contract parties, indenture trustees, investors, lenders, financial advisors, professionals, vendors, noteholders, and bondholders to current and former AP clients in matters unrelated to the Debtors. Barclays is a current and former AP client in matters unrelated to the Debtors. Barclays is a former employer of current AP employees.

- Baupost Group SSgA Funds Management (The), a significant holder of voting securities in this bankruptcy matter, and affiliates ("**Baupost**") are parent companies to a current AP client in matters unrelated to the Debtors.

- Beazley Insurance Company, Inc., an insurance provider to the Debtors, is an insurer and adverse party to current and former AP clients in matters unrelated to the Debtors. Beazley is an insurance provider to AP.

- Berkshire Hathaway Energy Renewables and Berkshire Hathaway International Insurance Limited (PDW), litigation parties, contract counterparties and insurance providers to the Debtors, and affiliates are insurance providers, bondholders, shareholders, co-defendants, vendors and lenders to current and former AP clients in matters unrelated to the Debtors.

- Berry Petroleum, a contract counterparty to the Debtors, is a client related party to former AP client in matters unrelated to the Debtors.

- BlackRock, Inc., a shareholder to the Debtors, and affiliates ("**BlackRock**") are lenders, creditors, bondholders, vendors, lessors, lienholders, shareholders, and noteholders to current and former AP clients in matters unrelated to the Debtors. BlackRock is a current and former AP client in matters unrelated to the Debtors. BlackRock is a former employer of current AP employees.

- Blue Cross of California, Inc. d/b/a Anthem Blue Cross, an insurance provider to the Debtors, and affiliates ("**Blue Cross**") are insurance providers, vendors, creditors, lenders, lessors, customers, professionals, plaintiffs, adverse parties, material contract parties, director-affiliated companies, and related parties to current and former AP clients in matters unrelated to the

Debtors. Blue Cross is a former AP client in matters unrelated to the Debtors. Blue Cross is a former employer of current AP employees.

- Blue Mountain, a significant holder of voting securities in this bankruptcy matter, is a bondholder, lender, adverse party, noteholder and professional to current and former AP clients in matters unrelated to the Debtors.

- BNP Paribas, BNP Paribas Securities Corp. and BNP Paribas US, noteholders and contract counterparties to the Debtors, and affiliates ("**BNP**") are lenders, lienholders, adverse parties, bondholders, indenture trustees, investors, lenders, parent companies, shareholders, creditors, associated companies, UCC lien parties and professionals in interest to current and former AP clients in matters unrelated to the Debtors. BNP is a current and former AP client in matters unrelated to the Debtors. BNP is a vendor to AP. BNP is a former employer of current AP employees.

- BP Energy Company and BP Products NA, contract counterparties and creditors to the Debtors, and affiliates ("**BP**") are material contract parties, litigation parties, associated companies, shareholders, creditors, director-affiliated companies, lessors, professionals, lenders, vendors, and customers to current and former AP clients in matters unrelated to the Debtors. BP is a current and former AP client in matters unrelated to the Debtors. BP is a former employer of current AP employees. BP is a vendor to AP.

- Canadian Imperial Bank of Commerce – NY, a contract counterparty, noteholder, lender, and creditor to the Debtors, and affiliates ("**CIBC**") are lenders, bondholders, creditors, shareholders, lienholders and professionals to current and former AP clients in matters unrelated to the Debtors. CIBC is a former AP client in matters unrelated to the Debtors.

- Canon Solutions America, a UCC lienholder to the Debtors, and affiliates ("**Canon**") are lienholders, material contract parties, creditors, customers, and vendors to current and former AP clients in matters unrelated to the Debtors. Canon is a vendor to AP.

- Cardno Inc., a professional in this bankruptcy matter and vendor to the Debtors, is an associated company to a former AP client in matters unrelated to the Debtors.

- Cargill, Inc., Cargill Power Markets, LLC and Cargill, Ltd., contract counterparties to the Debtors, and affiliates ("**Cargill**") are creditors, vendors, lenders, customers and material contract parties to current and former AP clients in matters unrelated to the Debtors. Cargill is a current and former AP client in matters unrelated to the Debtors.

- CH2M Hill Engineers ("**CH2M**"), a creditor and vendor to the Debtors, is a professional to a former AP client in matters unrelated to the Debtors. CH2M is the former employer of a current AP employee.

- Charter Communications, a utility provider to the Debtor, and affiliates ("**Charter Communications**") are creditors, customers, litigation parties and vendors to current and former AP clients in matters unrelated to the Debtors. Charter Communications is a current AP client in matters unrelated to the Debtors. Charter Communications is a former employer of a current AP employee.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

- Chevron (McKittrick), Chevron (North Midway), CHEVRON NATURAL, Chevron Power Holding Inc., Chevron Products Company, Chevron Richmond Refinery, Chevron USA (Coalinga), Chevron USA (Concord), Chevron USA (Cymric), Chevron USA (Eastridge), Chevron USA (Taft/Cadet) and Chevron USA, Inc., contract counterparties and creditors to the Debtors, and affiliates ("**Chevron**") are material contract parties, creditors, adverse parties, associated parties, legacy asset owners, vendors, lenders, litigation parties, director-affiliated companies, lessors, and customers to current and former AP clients in matters unrelated to the Debtors. Chevron is a current and former AP client in matters unrelated to the Debtors.

- Chrysler, a landlord / lease party to the Debtors, and affiliates ("**Chrysler**") are customers, investors and creditors to former AP clients in matters unrelated to the Debtors. Chrysler is a former AP client in matters unrelated to the Debtors. Chrysler is a former employer of current AP employees.

- Chubb Bermuda Insurance Ltd., Chubb Custom Insurance Company, Chubb Insurance Company of New Jersey and Chubb National Insurance Company, litigation parties, insurance providers and surety bond parties to the Debtors, and affiliates ("**Chubb**") are creditors, adverse parties, lenders, investors, insurance providers, bondholders, vendors, related parties, and material contract parties to current and former AP clients in matters unrelated to the Debtors. Chubb is a current AP client in matters unrelated to the Debtors. Chubb is an insurance provider to AP.

- Cigna Group Insurance, an insurance provider and surety bond party to the Debtors, and affiliates ("**Cigna**") are adverse parties, bondholders, customers, insurance providers, creditors, lenders, related parties, material contract parties, defendants, professionals and vendors to current and former AP clients in matters unrelated to the Debtors. Cigna is a former AP client in matters unrelated to the Debtors. Cigna is a former employer of a current AP employee. Cigna is an insurance provider to AP.

- Citibank, N.A., Citigroup, Citigroup Global Markets and Citigroup Energy Inc., lenders, banking parties, noteholders, creditors and contract counterparties to the Debtors, and affiliates ("**Citi**") are creditors, banks, lenders, vendors, bondholders, customers, investors, director-affiliated companies, joint venture entities, shareholders, related parties, adverse parties, litigation parties, associated companies, indenture trustees, professionals and lessors to current and former AP clients in matters unrelated to the Debtors. Citi is a current and former AP client in matters unrelated to the Debtors. Citi is a former employer of current AP employees.

- CNA Insurance Company, a litigation party to the Debtors, and affiliates ("**CNA**") are bondholders, creditors, co-defendants, customers, material contract parties, insurance providers, lenders, lessors, professionals in interest, vendors and adverse parties to current and former AP clients in matters unrelated to the Debtors. CNA is a former AP client in matters unrelated to the Debtors. CNA is a former employer of a current AP employee.

- Comcast, a utility provider to the Debtors, and affiliates ("**Comcast**") are adverse parties, creditors, customers, director-affiliated companies, litigation parties, professionals, related parties, and vendors to current and former AP clients in matters unrelated to the Debtors. Comcast is a former AP client in matters unrelated to the Debtors. Comcast is a former employer of current AP employees. Comcast is a vendor to AP.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

- Concur Technologies, Inc. ("**Concur**"), a vendor to the Debtors, is a vendor and material contract party to current AP clients in matters unrelated to the Debtors. Concur is a vendor to AP.

- Cooley, professional in this bankruptcy matter, is a professional, co-counsel and creditor to current and former AP clients in matters unrelated to the Debtors. Cooley is a current and former AP client in matters unrelated to the Debtors.

- Conoco Phillips Company, Conocophillips Co., and Conoco Canada, contract counterparties to the Debtors, and affiliates ("**Conoco**") are creditors, material contract parties, professionals, joint venture entities, vendors, customers, litigation parties and adverse parties to current and former AP clients in matters unrelated to the Debtors. Conoco is a former employer of a current AP employee.

- Covanta Power Pacific, a contract counterparty to the Debtors, and affiliates are former AP clients in matters unrelated to the Debtors.

- Cox, Castle & Nicholson ("**CCN**"), a professional in this bankruptcy matter, is a vendor to a current AP client in matters unrelated to the Debtors. CCN is a former AP client in matters unrelated to the Debtors.

- Cravath Swaine & Moore, a professional in this bankruptcy matter, is opposing counsel, client counsel and professional to current and former AP clients in matters unrelated to the Debtors. Cravath Swaine & Moore is a current and former AP client in matters unrelated to the Debtors.

- Credit Suisse Energy, a contract counterparty to the Debtors, and affiliates ("**Credit Suisse**") are lenders, customers, creditors, investors, lienholders, bondholders, shareholders, limited partners, adverse parties, litigation parties, material contract parties, associated companies, indenture trustees, vendors, and professionals to current and former AP clients in matters unrelated to the Debtors. Credit Suisse is a current and former AP client in matters unrelated to the Debtors. Credit Suisse is a former employer of current AP employees.

- Crown Castle, a landlord / lease party and utility provider to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Cupertino Electric Inc., a vendor and creditor to the Debtors, is a former AP client in matters unrelated to the Debtors.

- Davis Polk & Wardwell, a professional in this bankruptcy matter, is a creditor, professional, adverse party, material contract party and client counsel to current and former AP clients in matters unrelated to the Debtors. Davis Polk & Wardwell is a current AP client in matters unrelated to the Debtors.

- D.E. Shaw, a contract counterparty to the Debtors, is a lender, bondholder, associated company, creditor, parent company and shareholder to former AP clients in matters unrelated to the Debtors. D.E. Shaw is a former AP client in matters unrelated to the Debtors. D.E. Shaw is a former employer of a current AP employee.

- Dell Financial Services, a UCC lienholder to the Debtors, and affiliates ("**Dell**") are lenders, vendors, creditors, lienholders, bondholders, sellers, material contract parties, co-defendants, and related parties to current and former AP clients in matters unrelated to the Debtors. Dell is a

current AP client in matters unrelated to the Debtors. Dell is a former employer of a current AP employee. Dell is a vendor to AP.

- Deloitte & Touche, LLP, a professional in this bankruptcy matter, and affiliates ("**Deloitte**") are professionals, adverse parties, associated companies, litigation parties, creditors, material contract parties, auditors, and vendors to current and former AP clients in matters unrelated to the Debtors. Deloitte is a current AP client in matters unrelated to the Debtors. Deloitte is a former employer of current AP employees. Deloitte is a vendor to AP.

- Dentons US LLP, a notice of appearance party / interested party in this bankruptcy matter, and affiliates ("**Dentons**") are professionals to former AP clients in matters unrelated to the Debtors. Dentons is a current and former AP client in matters unrelated to the Debtors. Dentons provides legal services to AP.

- Department of Labor ("**DOL**"), a letter of credit party to the Debtor, is an adverse party, lender, litigation party and related party to current and former AP clients in matters unrelated to the Debtors. DOL is a current and former AP client in matters unrelated to the Debtors.

- Deutsche Bank and Deutsche Bank Trust Companies Americas, banking parties, noteholders and creditors to the Debtors, and affiliates ("**Deutsche Bank**") are adverse parties, associated companies, bondholders, creditors, indenture trustees, lenders, lessors, litigation parties, limited partners, material contract parties, professionals, related parties, shareholders and trustees to current and former AP clients in matters unrelated to the Debtors. Deutsche Bank is a current and former AP client in matters unrelated to the Debtors. Deutsche Bank is a former employer of current AP employees. Deutsche Bank is a vendor to AP.

- Direct Energy, a contract counterparty to the Debtors, is a material contract party and vendor to current and former AP clients in matters unrelated to the Debtors. Direct Energy is a current AP client in matters unrelated to the Debtors. Direct Energy is a former employer of a current AP employee.

- DLA Piper US LLP ("**DLA**"), a creditor in this bankruptcy matter, is client counsel, creditor, defendant, lender, opposing counsel and professional to current and former AP clients in matters unrelated to the Debtors. DLA is a current and former AP client in matters unrelated to the Debtors.

- Dresser-Rand Co / Dresser-Rand Services / Field Services / Arrow Services ("**Dresser**"), a vendor to the Debtors, is vendor to former AP clients in matters unrelated to the Debtors. Dresser is a current AP client in matters unrelated to the Debtors.

- DTE Energy, DTE Biomass Energy, DTE Energy Services, DTE Energy Services, Inc. and DTE Stockton, LLC, utility providers to the Debtors, and affiliates ("**DTE**") are creditors, material contract parties, customers, and vendors to current and former AP clients in matters unrelated to the Debtors. DTE is a former employer of current AP employees. DTE is a vendor to AP.

- Duke Energy and Duke Energy Marketing America, a contract counterparty to the Debtors, and affiliates ("**Duke Energy**") are joint venture entities, creditors, customers, vendors, director-affiliated companies, litigation parties, material contract parties, and adverse parties to current and former AP clients in matters unrelated to the Debtors. Duke Energy is a current AP client in matters unrelated to the Debtors.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

- Eaton Corporation, a vendor to the Debtors, is a litigation party, creditor, director-affiliated company and vendor to current and former AP clients in matters unrelated to the Debtors. Eaton Corporation is a current and former AP client in matters unrelated to the Debtors.

- EDF Renewable Energy, EDF Renewable Windfarm V, Inc., EDF Trading and EDF Trading North America LLC, contract counterparties and creditors to the Debtors, and affiliates ("**EDF**") are adverse parties, material contract parties, associated companies and customers to former AP clients in matters unrelated to the Debtors. EDF is a current AP client in matters unrelated to the Debtors. EDF is a vendor to AP.

- Edison Electric Institute and Electric Power Research Institute, director-affiliated companies in this bankruptcy matter, are customers and director-affiliated companies to former AP clients in matters unrelated to the Debtors.

- Elliott Management, a significant holder of voting securities in this bankruptcy matter, and affiliates ("**Elliott**") litigation parties, lenders, shareholders, creditors, parent companies and bondholders to current and former AP clients in matters unrelated to the Debtors. Elliott is a current and former AP client in matters unrelated to the Debtors.

- Employers Insurance Company of Wausau ("**Wausau**"), an insurance provider and surety bond party to the Debtors, is an adverse party to a current AP client in matters unrelated to the Debtors. Wausau is a former AP client in matters unrelated to the Debtors.

- Endurance Risk Solutions Assurance Co., an insurance provider and surety bond party to the Debtors, and affiliates ("**Endurance**") are insurance providers and lenders to current and former AP clients in matters unrelated to the Debtors. Endurance is a current AP client in matters unrelated to the Debtors.

- Energy Capital Partners, a contract counterparty to the Debtors, is a shareholder to a former AP client in matters unrelated to the Debtors.

- EnergySolutions, LLC, a vendor to the Debtors, is a vendor, lender, material contract party and shareholder to current and former AP clients in matters unrelated to the Debtors. EnergySolutions, LLC is a former AP client in matters unrelated to the Debtors.

- EOG Resources Inc., a contract counterparty to the Debtors, is a creditor, customer, director affiliated company, lessor, litigation party, material contract party, related party and vendor to current and former AP clients in matters unrelated to the Debtors.

- Equinix, Inc., a utility provider to the Debtor, is a vendor to a former AP client in matters unrelated to the Debtors. Equinix, Inc is a current AP client in matters unrelated to the Debtors. Equinix, Inc., is a vendor to AP.

- Eversheds - Sutherland, a professional in this bankruptcy matter, and affiliates ("**Eversheds**") are counsel, material contract parties and professionals to current AP clients in matters unrelated to the Debtors. Eversheds is a former AP client in matters unrelated to the Debtors. Eversheds is a former employer of current AP employees. Eversheds provides legal services to AP.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

- Farella Braun, a professional in this bankruptcy matter, is a professional and counsel to former AP clients in matters unrelated to the Debtors. Farella Braun is a former AP client in matters unrelated to the Debtors.

- Farmers Insurance Company of Oregon, Farmers Insurance Company of Washington, Farmers Insurance Exchange and Farmers Specialty Insurance Company, litigation parties to the Debtors, is a former employer of a current AP employee.

- Federal Insurance Company, an insurance provider and surety bond party to the Debtors, and affiliates ("**Federal Insurance**") are lenders, insurance providers, vendors, lessors, defendants, adverse parties, related parties and material contract parties to current and former AP clients in matters unrelated to the Debtors. Federal Insurance is an insurance provider to AP.

- Fidelity Management Trust Company, Fidelity & Deposit Company of Maryland and Fidelity and Guaranty Insurance Underwriters Inc. litigation parties and banking parties to the Debtors, and affiliates ("**Fidelity**") are adverse parties, bondholders, creditors, customers, material contract parties, indenture trustees, insurance providers, lenders, lienholders, litigation parties, related parties, noteholders, parent companies, sellers, significant shareholders, and vendors to current and former AP clients in matters unrelated to the Debtors. Fidelity is a current and former AP client in matters unrelated to the Debtors. Fidelity is a former employer of current AP employees. Fidelity is a vendor to AP. Fidelity is an insurance provider to AP.

- First Reserve, a contract counterparty to the Debtors, is parent company, affiliated company and related party to current and former AP clients in matters unrelated to the Debtors.

- First Solar, a contract counterparty to the Debtors, is a former AP client in matters unrelated to the Debtors.

- Fluor Enterprises, a vendor to the Debtors, and affiliates ("**Fluor**") are material contract parties, litigation parties, shareholders, client affiliates, creditors, director-affiliations and professionals to current and former AP clients in matters unrelated to the Debtors. Fluor is a former AP client in matters unrelated to the Debtors. Fluor is a former employer of a current AP employee.

- Ford Motor, a director-affiliated company in this bankruptcy matter, and affiliates ("**Ford**") are customers, lenders, adverse parties, vendors and litigation parties to current and former AP clients in matters unrelated to the Debtors. Ford is a current and former AP client in matters unrelated to the Debtors.

- Frontier Communications, a utility provider to the Debtors, and affiliates ("**Frontier**") are creditors, material contract parties, related parties, shareholders and vendors to current and former AP clients in matters unrelated to the Debtors. Frontier is a current and former AP client in matters unrelated to the Debtors. Frontier is a former employer to current AP employees.

- FTI Consulting, a professional in this bankruptcy matter, and affiliates ("**FTI**") is a professional, creditor, adverse party, vendor, related party, and material contract party to current and former AP clients in matters unrelated to the Debtors. FTI is a former AP client in matters unrelated to the Debtors. FTI is a former employer of current AP employees. FTI is a vendor to AP.

- GE Oil & Gas - North America, GE Renewable Energy, General Electric International Inc. and General Electric International Inc. - Power Services, vendors to the Debtors, and affiliates ("**GE**")

are creditors, lenders, lessors, lessees, vendors, customers, lienholders, bondholders, shareholders, insurance providers, professionals, material contract parties, associated companies, director-affiliated companies, joint venture entities, defendants, litigation parties, adverse parties, and parent companies and to current and former AP clients in matters unrelated to the Debtors. GE is a current and former AP client in matters unrelated to the Debtors. GE is a former employer of current AP employees.

- Geico General Insurance Company and Geico Indemnity Company, litigation parties to the Debtors, are vendors to a current AP client in matters unrelated to the Debtors. Geico is a former employee of a current AP employee.

- GenOn Delta, LLC, GenOn Energy Management LLC and GenOn Energy, Inc., contract counterparties to the Debtors, and affiliates ("**GenOn**") are vendors to a former AP client in matters unrelated to the Debtors. GenOn is a former AP client in matters unrelated to the Debtors.

- Goldman Sachs and Goldman Sachs Bank USA, lenders, creditors, banking parties and noteholders to the Debtors, and affiliates ("**Goldman Sachs**") are acquisition targets, associated companies, lenders, litigation parties, adverse parties, indenture trustees, lessees, lessors, bondholders, professionals, creditors, director-affiliated companies, financial advisors, material contract parties, noteholders, parent companies, investment bankers, investors, joint venture entities, vendors, and shareholders to current and former AP clients in matters unrelated to the Debtors. Goldman Sachs is a current and former AP client in matters unrelated to the Debtors. Goldman Sachs is a former employer of current AP employees.

- Google Inc, a contract counterparty, landlord / lease party to the Debtors, and affiliates ("**Google**") are defendants, vendors, creditors, customers, lessees and litigation parties to current and former AP clients in matters unrelated to the Debtors. Google is a former AP client in matters unrelated to the Debtors.

- Gordon-Creed, a professional in this bankruptcy matter, is a professional to a former AP client in matters unrelated to the Debtors.

- Great American Insurance Company, a litigation party, insurance provider and surety bond party to the Debtors, and affiliates ("**Great American**") are vendors, material contract parties, insurance providers, associated companies, litigation parties and creditors to current and former AP clients in matters unrelated to the Debtors. Great American is an insurance provider to AP. Great American is a former AP client in matters unrelated to the Debtors.

- Greenberg Traurig, LLP ("**Greenberg**"), a professional in this bankruptcy matter, is a professional, opposing counsel, and vendor to current and former AP clients in matters unrelated to the Debtor. Greenberg is a current and former AP client in matters unrelated to the Debtor. Greenberg is a former employer of a current AP employee.

- Groom Law, a professional in this bankruptcy matter, is a professional and client counsel to current and former AP clients in matters unrelated to the Debtors. Groom Law is a current and former AP client in matters unrelated to the Debtors.

- Gulf Interstate Engineering Company, a vendor to the Debtors, is a former AP client in matters unrelated to the Debtors.

- Halliburton US Onshore, a vendor to the Debtors, and affiliates ("**Halliburton**") are customers, vendors, creditors, litigation parties and material contract parties to current and former AP clients in matters unrelated to the Debtors. Halliburton is a former employer of current AP employees.

- Honeywell HPS, a vendor to the Debtors, and affiliates ("**Honeywell**") are creditors, adverse parties, vendors, litigation parties, and director-affiliated companies to former AP clients in matters unrelated to the Debtors. Honeywell is a current and former AP client in matters unrelated to the Debtors. Honeywell is a former employer of current AP employees.

- Hunton & Williams, a professional in this bankruptcy matter, is a vendor and professional to former AP clients in matters unrelated to the Debtors. Hunton & Williams is a current and former AP client in matters unrelated to the Debtors. Hunton & Williams is a former employer of a current AP employee.

- Icap, a contract counterparty to the Debtors, is a vendor and adverse party to former AP clients in matters unrelated to the Debtors. Icap is a former employer of a current AP employee.

- Ingersoll, a landlord and lease party to the Debtors, and affiliates ("**Ingersoll**") are professionals, vendors, litigation parties, customers, creditors and material contract parties to current and former AP clients in matters unrelated to the Debtors. Ingersoll is a former AP client in matters unrelated to the Debtors.

- Integrated Power Services, a vendor to the Debtors, is a professional to a former AP client in matters unrelated to the Debtors.

- The Internal Revenue Service ("**IRS**"), a regulatory agency, taxing authority and UCC lien holder to the Debtors, is a vendor, adverse party, professional in interest, related party, litigation party, and taxing authority to current and former AP clients in matters unrelated to the Debtors. The IRS is a current and former AP client in matters unrelated to the Debtors. The IRS is a former employer of current AP employees.

- International Business Machines Corp., a notice of appearance party / interested party in this bankruptcy matter, and affiliates ("**IBM**") are lenders, lessor, joint venture entities, vendors, adverse parties, lienholders, customers, bondholders, material contract parties, professionals, sellers, defendants, and creditors to current and former AP clients in matters unrelated to the Debtors. IBM is a current and former AP client in matters unrelated to the Debtors. IBM is a former employer of current AP employees. IBM is a vendor to AP.

- Iron Mountain and Iron Mountain Mines, a professional and contract counterparty to the Debtors, and affiliates ("**Iron Mountain**") are adverse parties, bondholders, creditors, customers, material contract parties, lessors, professionals, related parties, shareholders and vendors to current and former AP clients in matters unrelated to the Debtors. Iron Mountain is a current and former AP client in matters unrelated to the Debtors. Iron Mountain is a member of a UCC represented by AP in matters unrelated to the Debtors. Iron Mountain is a former employer of current AP employees. Iron Mountain is a vendor to AP.

- Ironshore Indemnity Inc., a litigation party to the Debtors, and affiliates ("**Ironshore**") are co-defendants, litigation parties, creditors, lenders and insurance providers to current and former AP clients in matters unrelated to the Debtors. Ironshore is a former AP client in matters unrelated to the Debtors.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

- J. Aron and Company, a contract counterparty to the Debtors, is an indenture trustee, material contract party, creditor, customer and vendor to current and former AP clients in matters unrelated to the Debtors. J. Aron and Company is a vendor to AP.

- J.P. Morgan Ventures Energy Corporation, J.P. Morgan Chase Bank, N.A., J.P. Morgan Securities LLC and J.P. Morgan, lenders, noteholders, creditors and contract counterparties to the Debtors, and affiliates ("**JPMorgan Chase**") are lenders, shareholders, lienholders, bondholders, adverse parties, co-defendants, material contract parties, customers, investors, lessors, lessees, joint venture entities, indenture trustees, noteholders, banks, vendors, director-affiliated companies, litigation parties, professionals, and creditors to current and former AP clients in matters unrelated to the Debtors. JPMorgan Chase is a current and former AP client in matters unrelated to the Debtors. JPMorgan Chase is a former employer of current AP employees.

- Jackson Lewis PC, a professional in this bankruptcy matter, is a creditor, vendor, client counsel and professional to current and former AP clients in matters unrelated to the Debtors.

- Jenner & Block, a professional in this bankruptcy matter, is a professional, opposing counsel and client counsel to current and former AP clients in matters unrelated to the Debtors. Jenner & Block is a current and former AP client in matters unrelated to the Debtors.

- Johnson Controls (Central Region) and Johnson Controls Inc. (Systems and Services North America), vendors to the Debtors, and affiliates ("**Johnson Controls**"), are vendors, creditors, sellers, customers, defendants, related parties, and adverse parties to current and former AP clients in matters unrelated to the Debtors. Johnson Controls is a current and former AP client in matters unrelated to the Debtors. Johnson Controls is a former employer of current AP employees. Johnson Controls is a vendor to AP.

- Latham & Watkins, LLP ("**Latham**"), a professional in this bankruptcy matter, is counsel, opposing counsel, creditor, lender, material contract party, vendor and professional in interest to current and former AP clients in matters unrelated to the Debtors. Latham is a current and former AP client in matters unrelated to the Debtors.

- Lazard Freres & Co., a professional in this bankruptcy matter, and affiliates ("**Lazard**"), are creditors, indenture trustees, bondholders, shareholders, lenders, material contract parties, vendors and professionals to current and former AP clients in matters unrelated to the Debtors. Lazard is a current AP client in matters unrelated to the Debtors. Lazard is a former employer of a current AP employee.

- Lehman Brothers and Lehman Brothers Commodity Services, noteholders and contract counterparties to the Debtors, and affiliates ("**Lehman**") are bondholders, adverse parties, shareholders and professionals to current and former AP clients in matters unrelated to the Debtors. Lehman is a former AP client in matters unrelated to the Debtors. Lehman provided investment banking services to AP and affiliated entities.

- Level 3 Communications, LLC, a utility provider to the Debtors, and affiliates are vendors, creditors, material contract parties and related parties to current and former AP clients in matters unrelated to the Debtors.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

- Lexington Insurance Company, a litigation party to the Debtors, is a client related party, co-defendant, plaintiff, and insurance provider to current and former AP clients in matters unrelated to the Debtors.

- Liberty Mutual Insurance Company, Liberty Mutual Management (Bermuda) Ltd (PDW), Liberty Surplus Insurance Company and Liberty Mutual Fire Insurance Company, litigation parties, insurance providers and surety bond parties to the Debtors, and affiliates ("**Liberty Mutual**") are creditors, vendors, customers, bondholders, insurance providers, lenders, related parties, adverse parties, material contract parties, co-defendant, and litigation parties to current and former AP clients in matters unrelated to the Debtors. Liberty Mutual is a current AP client in matters unrelated to the Debtors. Liberty Mutual is an insurance provider to AP.

- Littler Mendelson ("**Littler**"), professional in this bankruptcy matter, is a professional, litigation party, vendor, and material contract party to current and former AP clients in matters unrelated to the Debtors. Littler is a current and former AP clients in matters unrelated to the Debtors. Littler is a former employer of a current AP employee. Littler provides legal services to AP.

- Lloyd's of London (various), litigation parties, insurance providers and surety bond parties to the Debtors, and affiliates ("**Lloyd's**") are insurance providers, co-defendants, adverse parties, and associated companies to current and former AP clients in matters unrelated to the Debtors.

- Louis Berger U.S., INC, a vendor to the Debtors, and affiliates are current AP clients in matters unrelated to the Debtors.

- Macquarie Can, Macquarie Energy LLC and Macquarie Futures LLC, contract counterparties and creditors to the Debtors, and affiliates ("**Macquarie**") are adverse parties, litigation parties, associated companies, creditors, material contract parties, investors, lenders, parent companies, professionals, vendors, shareholders, noteholders and related partiers to current and former AP clients in matters unrelated to the Debtors. Macquarie is a current and former AP client in matters unrelated to the Debtors. Macquarie is a former employer of current AP employees.

- Manatt Phelps, professional in this bankruptcy matter, is a material contract party to a former AP client in matters unrelated to the Debtors. Manatt Phelps is a current AP client in matters unrelated to the Debtors.

- MassMutual Asset Finance LLC, a UCC lienholder to the Debtors, and affiliates ("**MM**") are material contract parties, bondholders, creditors, customers, lenders and litigation parties to current and former AP clients in matters unrelated to the Debtors. MM is a current and former AP client in matters unrelated to the Debtors. MM is a vendor to AP.

- Mayer Brown LLP ("**Mayer**"), a professional in this bankruptcy matter, is a professional, litigation party and opposing counsel to current and former AP clients in matters unrelated to the Debtors. Mayer Brown is a current and former AP client in matters unrelated to the Debtors. Mayer Brown is a vendor to AP. Mayer Brown is a former employer of a current AP employee.

- McDermott Will & Emery, a professional in this bankruptcy matter, and affiliates ("**McDermott**") are creditors, counsel, lenders and professionals to current and former AP clients in matters unrelated to the Debtors. McDermott is a current and former AP client in matters unrelated to the Debtors.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

- MCI Telecommunications Corp and MCI Worldcom, landlords and lease parties to the Debtors, and affiliates ("**MCI**") are vendors, creditors and material contract parties to current and former AP clients in matters unrelated to the Debtors. MCI is a former employer of current AP employees.

- McKinsey & Company ("**McKinsey**"), a notice of appearance party / interested party in this bankruptcy matter and a creditor to the Debtors, is a customer, creditor, material contract party and professional to current and former AP clients in matters unrelated to the Debtors. McKinsey is the previous employer of current AP employees. An AP board member and investor in AP, individually and through an entity he controls, is litigating against McKinsey in federal court; AP is not a party to this litigation and the litigation involves matters unrelated to this case.

- Merrill Lynch, Merrill Lynch Commodities Inc. and Merrill Lynch, Pierce, Fenner & Smith Incorporated, contract counterparties, noteholders and banking parties to the Debtors, and affiliates ("**Merrill Lynch**") are lenders, creditors, director-affiliated companies, insurance providers, banks, professionals, lessees, lessors, investors, adverse parties, co-plaintiffs, co-defendants, litigation parties, shareholders, and bondholders to current and former AP clients in matters unrelated to the Debtors. Merrill Lynch is a current AP client in matters unrelated to the Debtors. Merrill Lynch is a former employer of current AP employees. Merrill Lynch is a vendor to AP.

- Milbank, Tweed, Hadley & McCloy ("**Milbank**"), a professional in this bankruptcy matter, is an adverse party, professional, creditor, lender, vendor and client counsel to current and former AP clients in matters unrelated to the Debtors. Milbank is a current and former AP client in matters unrelated to the Debtors.

- Mitsubishi Electric Power Products, Inc. - Substation Division and Mitsubishi Hitachi Power Systems Americas, Inc, vendors to the Debtors, and affiliates ("**Mitsubishi**") are lenders, lessors, creditors, co-defendants, bondholders, adverse parties, material contract parties, joint venture entities, vendors, and professionals in interest to current and former AP clients in matters unrelated to the Debtors. Mitsubishi is a current and former AP client in matters unrelated to the Debtors. Mitsubishi is a former employer of current AP employees.

- Mizuho Corporate Bank, Ltd. and Mizuho Bank, Ltd,, creditors and noteholders to the Debtors, and affiliates ("**Mizuho**") are vendors, bondholders, creditor, adverse parties, shareholder, co-defendant, litigation party, lenders, and creditors to current and former AP clients in matters unrelated to the Debtors. Mizuho is a former employer of a current AP employee.

- MK Consulting Services, Inc., a vendor to the Debtors, is a vendor to AP.

- Morgan Stanley Bank, Morgan Stanley Capital Group Inc. and Morgan Stanley Senior Funding, contract counterparties, noteholders, lenders and creditors to the Debtors, and affiliates ("**Morgan Stanley**") are lenders, bondholders, creditors, shareholders, defendants, plaintiffs, litigation parties, vendors, material contract parties, indenture trustees, investors, shareholders, adverse parties, noteholders, associated companies, professionals, and customers to current and former AP clients in matters unrelated to the Debtors. Morgan Stanley is a current and former AP client in matters unrelated to the Debtors. Morgan Stanley is a former employer of current AP employees.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

- Morrison & Foerster ("**MoFo**"), a professional in this bankruptcy matter, is a professional, adverse party, creditor and opposing counsel to current and former AP clients in matters unrelated to the Debtors. Morrison & Foerster is a current and former AP client in matters unrelated to the Debtors. Morrison & Foerster is a former employer of current AP employees.   Morrison & Foerster provides legal services to AP.

- Moss Adams LLP, a professional in this bankruptcy matter, is a professional and vendor to former AP clients in matters unrelated to the Debtors.  Moss Adams LLP is a current AP client in matters unrelated to the Debtors.

- MUFG Union Bank, N.A., a creditor, lender and noteholder to the Debtors, and affiliates ("**MUFG**") are lenders, material contract parties and customers to current and former AP clients in matters unrelated to the Debtors.  MUFG is a current and former AP clients in matters unrelated to the Debtors.

- Munger Tolles & Olson LLP ("**Munger**"), a professional in interest in this bankruptcy matter, is a professional to current and former AP clients in matters unrelated to the Debtors.

- Munich Re, an insurance provider and surety bond party to the Debtors, is a material contract party and insurance provider to former AP clients in matters unrelated to the Debtors.  Munich Re is a former employer of a current AP employee.

- NASDAQ OMX Commodities Clearing - Contract Merchant LLC, a contract counterparty to the Debtors, is a professional, material contract party, vendor and creditor to current and former AP clients in matters unrelated to the Debtors.

- National Fire & Marine Insurance, an insurance provider to the Debtors, is affiliated with entities that are limited partners, litigation counterparties, adverse parties, lenders, and bondholders to current and former AlixPartners clients in matters unrelated to the Debtors.

- Nationwide Affinity Insurance Company, Nationwide Agribusiness Insurance Company, Nationwide Agribusiness Insurance-Naic, Nationwide General Insurance Company, Nationwide Indemnity Company, Nationwide Insurance Comp Any Of America, Nationwide Insurance Company of America, Nationwide Joint Underwriting, Nationwide Lloyds Insurance Company, Nationwide Mutual Fire Insurance Company, Nationwide Mutual Insurance Company and Nationwide Property & Casualty Insurance Comp Any, litigation parties to the Debtors, and affiliates ("**Nationwide**") are bondholders, lenders, professionals, creditors, adverse parties, material contract parties, vendors, associated companies and litigation parties to current and former AP clients in matters unrelated to the Debtors. Nationwide is a current AP client in matters unrelated to the Debtors. Nationwide is an insurance provider to AP. Nationwide is a former employer of current AP employees.

- NextEra, NextEra Energy Marketing, LLC, Nextera Energy Montezuma Wind II, LLC, NextEra Energy Parnters, LP, NextEra Energy Resources Acquisitions, LLC, NextEra Energy Resources, LLC, Nextera Energy Resources, LLC and its subsidiary Aries Solar Holding, LLC and NextEra Energy, Inc. are contract counterparties to the Debtors.  NextEra Energy Resources is a former employer of a current AP employee.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

- Nixon Peabody LLP, a professional in this bankruptcy matter, is a professional, litigation party, creditor, related party and vendor to current and former AP clients in matters unrelated to the Debtors. Nixon Peabody LLP is a current and former AP client in matter unrelated to the Debtors.

- Noble Americas Corporation, Noble Americas Energy Solutions LLC and Noble Americas Gas & Power Corp., contract counterparties to the Debtors, and affiliates ("**Noble**") are vendors, associated companies and material contract parties to current and former AP clients in matters unrelated to the Debtors. Noble is a current AP client in matters unrelated to the Debtors.

- Norton Rose Fulbright, a professional in this bankruptcy matter, is a professional to current and former AP clients in matters unrelated to the Debtors. Norton Rose Fulbright is a current and former AP client in matters unrelated to the Debtors.

- NRG Energy, Inc., NRG Marsh Landing, LLC, NRG Power Marketing LLC, NRG Solar Alpine, LLC and NRG Solar Kansas South LLC, contract counterparties to the Debtors, and affiliates are litigation parties, vendors, material contract parties, parent companies, customers and vendors to current and former AP clients in matters unrelated to the Debtors.

- Oracle America, Inc., a creditor to the Debtors, and affiliates ("**Oracle**") are creditors, vendors, lessors, professionals, material contract parties and associated companies to current and former AP clients in matters unrelated to the Debtors. Oracle is a former employer of current AP employees. Oracle is a vendor to AP.

- Otis Elevator Company, a vendor to the Debtors, is a vendor, material contract party and creditor to current and former AP clients in matters unrelated to the Debtors. Otis Elevator is a former AP client in matters unrelated to the Debtors.

- Pacific Gas & Electric and affiliates ("**PG&E**") are vendors and creditors to current and former AP clients in matters unrelated to this bankruptcy matter.

- Paul Hastings LLP, a professional in this bankruptcy matter, is a vendor, opposing counsel, creditor, professional and client counsel to current and former AP clients in matters unrelated to the Debtors. Paul Hastings LLP is a current and former AP client in matters unrelated to the Debtors.

- Paul, Weiss, Rifkind, Wharton & Garrison LLP ("**Paul Weiss**"), a professional in this bankruptcy matter, is a material contract party, professional, vendor, lender, client counsel, and opposing counsel to current and former AP clients in matters unrelated to the Debtors. Paul Weiss is a current and former AP client in matters unrelated to the Debtors. Paul Weiss provides legal services to AP in matters unrelated to the Debtors. Paul Weiss is a former employer of current AP employees.

- Pep Boys, a landlord / lease party to the Debtors, is a client related party to a former AP client in matters unrelated to the Debtors.

- Pillsbury, professional in this bankruptcy matter, is a professional, client counsel, and opposing counsel to current and former AP clients in matters unrelated to the Debtors. Pillsbury is a former AP client in matters unrelated to the Debtors. Pillsbury is a vendor to AP.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

- Pitney Bowes Global Financial Services, a UCC lienholder to the Debtors, and affiliates ("**Pitney Bowes**") are related parties, material contract parties, lenders, vendors, creditors, customers, and lessors to current and former AP clients in matters unrelated to the Debtors. Pitney Bowes is a former employer of a current AP employee. Pitney Bowes is a vendor to AP.

- Praxair, a vendor to the Debtors, is a professional, vendor, creditor and adverse party to current and former AP clients in matters unrelated to the Debtors.

- Precision Drilling, Inc., a vendor to the Debtors, is a director-affiliated company to a former AP client in matters unrelated to the Debtors.

- PricewaterhouseCoopers LLP ("**PWC**"), a professional in this bankruptcy matter, is a professional, opposing counsel, vendor, and creditor to current and former AP clients in matters unrelated to the Debtor. PWC provides tax and related consulting services to AP. PWC is a former AP client in matters unrelated to the Debtor. AP provides services to PWC in the ordinary course in matters unrelated to the Debtor. PWC is a former employer of certain employees, officers, directors, and shareholders of AP.

- Prime Clerk, a professional in this bankruptcy matter, is a professional and lessor to current and former AP clients in matters unrelated to the Debtors.

- Proskauer Rose LLP ("**Proskauer**"), a professional in this bankruptcy matter, is a professional, legal counsel, opposing, vendor, creditor, and related party to current and former AP clients in matters unrelated to the Debtors. Proskauer is a current and former AP client in matters unrelated to the Debtors.

- QBE European Operations, QBE Insurance Corporation and QBE Specialty Insurance Company, litigation parties to the Debtors, and affiliates ("**QBE**") are insurance providers to current and former AP clients in matters unrelated to the Debtors. QBE is a former employer of a current AP employee. QBE is an insurance provider to AP.

- Redgrave, a professional in interest in this bankruptcy matter, is a current AP client in matters unrelated to the Debtors.

- Regents of the University of California, a landlord / lease party and contract counterparty to the Debtors, is an adverse party, creditor and client related party to current and former AP clients in matters unrelated to the Debtors.

- Ropes & Gray, a professional in this bankruptcy matter, is a professional, vendor, creditor and opposing counsel to current and former AP clients in matters unrelated to the Debtors. Ropes & Gray is a current and former AP client in matters unrelated to the Debtors.

- Rothschild, a professional in this bankruptcy matter, is a professional and vendor to current and former AP clients in matters unrelated to the Debtors.

- Royal Bank of Canada, a banking party, contract counterparty, creditor, lender and noteholder to the Debtors, and affiliates ("**RBC**") are bondholders, shareholders, creditors, indenture trustees, litigation parties, adverse parties, material contract parties, investors, professionals, related parties, vendors and lenders to current and former AP clients in matters unrelated to the Debtors.

RBC is a current and former AP clients in matters unrelated to the Debtors. RBC is a former employer of a current AP employee.

- Royal Bank of Scotland, a creditor, noteholder and contract counterparty to the Debtors, and affiliates ("**RBS**") are lenders, material contract parties, associated companies, adverse parties, bondholders, co-defendants, parent companies, professionals, shareholders and creditors to current and former AP clients in matters unrelated to the Debtors. RBS is a current and former AP client in matters unrelated to the Debtors. RBS is a former employer to current AP employees.

- The Ryan Law Group (FAA), a professional in this bankruptcy matter, is a related party to a former AP client in matters unrelated to the Debtors.

- Safway Services, LLC ("**Safway**"), a vendor to the Debtors, is a joint venture entity to a former AP client in matters unrelated to the Debtors. Safway is a former AP client in matters unrelated to the Debtors.

- San Diego Gas & Electric Company ("**SDG**"), a competitor to the Debtors, is a vendor and bondholder to current and former AP clients in matters unrelated to the Debtors. SDG is a former AP client in matters unrelated to the Debtors.

- Schlumberger US Land, a vendor to the Debtors, and affiliates ("**Schlumberger**") are litigation parties, material contract parties, customers, vendors, creditors and lessors to current and former AP clients in matters unrelated to the Debtors. Schlumberger is a former employer of a current AP employee.

- Schneider Electric Systems USA and Schneider Electric USA, vendors to the Debtors, and affiliates ("**Schneider**") are customers, vendors and material contract parties to current and former AP clients in matters unrelated to the Debtors. Schneider is a vendor to AP.

- Sears, Roebuck & Company, a landlord / lease party to the Debtors, and affiliates ("**Sears**") are customers, lessors, creditors, material contract parties, lenders, related parties, and adverse parties to current and former AP clients in matters unrelated to the Debtors. Sears is a current AP client in matters unrelated to the Debtors. Sears is a former employer of current AP employees.

- Sedgwick, a professional in this bankruptcy matter, and affiliates ("**Sedgwick**") are insurance providers, litigation parties, related parties, vendors and creditors to current and former AP clients in matters unrelated to the Debtors. Sedgwick is a current and former AP client in matters unrelated to the Debtors. Sedgwick is a vendor to AP.

- Sempra Energy Trading Co., Sempra Gas & Power, Sempra Gas and Power Marketing, LLC, Sempra Generation, Sempra Generation, LLC and Sempra U.S. Gas & Power, contract counterparties and customers to the Debtors, and affiliates ("**Sempra**") are vendors, joint venture parties, customers and material contract parties to current and former AP clients in matters unrelated to the Debtors. Sempra is a former AP client in matters unrelated to the Debtors.

- Shell Energy, Shell Energy CAN, Shell Energy North America (US), L.P., Shell Energy US, Shell Trading (US) Company and Shell Western E & P, contract counterparties to the Debtors, and affiliates ("**Shell**") are vendors, joint venture entities, adverse parties, customers, creditors,

investors, lessors, material contract parties and related parties to current and former AP clients in matters unrelated to the Debtors. Shell is a former AP client in matters unrelated to the Debtors. Shell is a former employer of a current AP employee.

- Sheppard Mullin Richter & Hampton ("**Sheppard Mullin**"), a professional in this bankruptcy matter, is a professional, creditor, litigation party, counsel and opposing counsel to current and former AP clients in matters unrelated to the Debtors. Sheppard Mullin is a former AP client in matters unrelated to the Debtors.

- Sidley Austin LLP ("**Sidley**"), a professional in this bankruptcy matter, is a professional, litigation party, vendor and co-counsel to current and former AP clients in matters unrelated to the Debtors. Sidley is a current and former AP client in matters unrelated to the Debtors. Sidley provides legal services to AP in matters unrelated to the Debtors.

- Siemens Industry, Inc., Siemens Energy, Inc., Fossil Services Power Generation, Siemens Industry, Inc. - Building Technologies and Siemens Industry, Inc. Customer Services Division, vendors and creditors to the Debtors, and affiliates ("**Siemens**") are creditors, lenders, adverse parties, litigation parties, material contract parties, customers, vendors, shareholders, and lessors to current and former AP clients in matters unrelated to the Debtor. Siemens is a current and former AP client in matters unrelated to the Debtor. Siemens is a former employer of current AP employees. Siemens is a vendor to AP.

- Simpson Thacher & Bartlett, a professional in this bankruptcy matter, is a professional, vendor, customer, opposing counsel and client counsel to current and former AP clients in matters unrelated to the Debtors. Simpson Thacher & Bartlett is a current and former AP client in matters unrelated to the Debtors.

- Sprint Nextel Property Services, Sprint Spectrum and Sprint Spectrum- Nextel, utility providers to the Debtors, and affiliates ("**Sprint**") are creditors, customers, vendors, litigation parties, related parties and material contract parties to current and former AP clients in matters unrelated to the Debtors. Sprint is a current and former AP client in matters unrelated to the Debtors. Sprint is a former employer of current AP employees.

- St. Paul Fire & Marine, a litigation party to the Debtors, and affiliates ("**St. Paul**") are creditors, bondholders, insurance providers, material contract parties and adverse parties to current and former AP clients in matters unrelated to the Debtors. St. Paul is a current AP client in matters unrelated to the Debtors. St. Paul is a vendor to AP.

- Stars Alliance is an affiliate / subsidiary of the Debtors. Stars Alliance is a joint venture entity to a former AP client in matters unrelated to the Debtors.

- State Farm General Insurance Company, State Farm Mutual Automobile Insurance Company and State Farm Mutual Automobile Insurance Company, litigation parties to the Debtors, and affiliates ("**State Farm**") are insurance providers, creditors and material contract parties to former AP clients in matters unrelated to the Debtors. State Farm is a current AP client in matters unrelated to the Debtors.

- Starr Indemnity & Liability Co. and Starr Surplus Lines Insurance Company, litigation parties, insurance providers and surety bond parties to the Debtors, and affiliates ("**Starr**") are insurance

providers, vendors and shareholders to current and former AP clients in matters unrelated to the Debtors. Starr is a current AP client in matters unrelated to the Debtors.

- Steptoe & Johnson, professional in this bankruptcy matter, is a professional, client counsel, and opposing counsel to current and former AP clients in matters unrelated to the Debtor. Steptoe & Johnson is a current and former AP client in matters unrelated to the Debtor.

- Sterling National Bank, a UCC lienholder to the Debtors, is a related party to a current AP client in matters unrelated to the Debtors. Sterling National Bank is a current AP client in matters unrelated to the Debtors.

- Stroock & Stroock, a professional in interest in this bankruptcy matter, is a professional and related party to current and former AP clients in matters unrelated to the Debtors.

- Sumitomo Mitsui Banking Corp., a creditor, lender and noteholder to the Debtors, and affiliates ("**Sumitomo**") are shareholders, insurance providers, adverse parties, lenders and creditors to current and former AP clients in matters unrelated to the Debtors. Sumitomo is a current and former AP client in matters unrelated to the Debtors. Sumitomo is a former employer of a current AP employee.

- Sunbelt Rentals Inc., a vendor to the Debtors, is a creditor, litigation party, lienholder and vendor to current AP clients in matters unrelated to the Debtors. Sunbelt Rentals Inc. is a former AP client in matters unrelated to the Debtors.

- Suncor Energy, a contract counterparty to the Debtors, is a creditor to a current AP client in matters unrelated to the Debtors. SunCor Energy is a current AP client in matters unrelated to the Debtors.

- SunEdison Yieldco ACQ2, LLC, a contract counterparty to the Debtors, and affiliates ("**SunEdison**") are material contract parties, parent companies and creditors to former AP clients in matters unrelated to the Debtors.

- T. Rowe Price Associates, a shareholder to the Debtors, and affiliates ("**T. Rowe**") are shareholders, creditors, bondholders, lienholders, lenders and litigation parties to current and former AP clients in matters unrelated to the Debtors. T. Rowe is a current AP client in matters unrelated to the Debtors.

- TD Bank, N.A. and Toronto Dominion Bank, creditors, lenders, contract counterparties and noteholders to the Debtors, and affiliates ("**TD**") are bondholders, lenders, shareholders and vendors to current and former AP clients in matters unrelated to the Debtors. TD is a former AP client in matters unrelated to the Debtors. TD is a former employer of current AP employees.

- Teledyne Monitor Labs Inc., a vendor to the Debtors, and affiliates ("**Teledyne**") are vendors and creditors to current and former AP clients in matters unrelated to the Debtors. Teledyne is a current AP client in matters unrelated to the Debtors.

- ThyssenKrupp Elevator Corporation, a vendor to the Debtor, and affiliates ("**ThyssenKrupp**") are material contract parties, creditors, adverse parties and vendors to current and former AP clients in matters unrelated to the Debtor. ThyssenKrupp is a former AP client in matters unrelated to the Debtor. ThyssenKrupp is a former employer of a current AP employee.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

- T-Mobile, T-Mobile USA and T-Mobile West, landlords / lease parties and utility providers to the Debtors, and affiliates ("**T-Mobile**") are vendors, material contract parties, joint venture entities, creditors and customers to current and former AP clients in matters unrelated to the Debtors. T-Mobile is a current AP client in matters unrelated to the Debtors.

- Total Gas, a contract counterparty to the Debtors, and affiliates ("**Total**") are material contract parties, creditors, customers, vendors, investors, shareholders, joint venture entities, sellers and co-defendants to current and former AP clients in matters unrelated to the Debtors. Total is a former AP client in matters unrelated to the Debtors.

- Travelers Casualty Insurance Company Of America, Travelers Commercial Insurance Company, Travelers Indemnity Company Of Connecticut, Travelers Indemnity of CT, Travelers Insurance Company of America, Travelers Property Casualty Company of America, Travelers Property Casualty Insurance Company, The Travelers Home Marine Insurance Company, The Travelers Indemnity Company and The Travelers Indemnity Company Of America, litigation parties to the Debtors, and affiliates ("**Travelers**") are insurance providers, creditors, lenders, bondholders, material contract parties, defendant, litigation parties, related parties, and adverse parties to current and former AP clients in matters unrelated to the Debtors. Travelers is a current AP client in matters unrelated to the Debtors.

- Troutman Sanders LLP, a professional in this bankruptcy matter, is a creditor, professional and related party to current and former AP clients in matters unrelated to the Debtors.

- Twin City Fire Insurance, a litigation party to the Debtors, and affiliates ("**Twin City**") are insurance providers, defendants, and material contract parties to current and former AP clients in matters unrelated to the Debtors. Twin City is a former AP client in matters unrelated to the Debtors.

- Tyco Integrated Security LLC, a vendor to the Debtors, and affiliates ("**Tyco**") are vendors and related parties to current and former AP clients in matters unrelated to the Debtors. Tyco is a vendor to AP.

- United Services Automobile Association, USAA Casualty Insurance Company, USAA General Indemnity Company and USAA General Indemnity Company and Garrison Property, litigation parties to the Debtors, and affiliates ("**USAA**") are shareholders, material contract parties, lienholders, creditors, bondholders, noteholders and lenders to current and former AP clients in matters unrelated to the Debtors. USAA is a current and former AP client in matters unrelated to the Debtors. USAA is a vendor to AP.

- U.S Bank Equipment Finance, a division of U.S. Bank National Association, a creditor, noteholder, banking party and UCC lienholder to the Debtors, and affiliates ("**US Bank**") are banks, vendors, lienholders, shareholders, creditors, lessees, lessors, lenders, investors, bondholders, material contract parties, director-affiliated companies trustees, indenture trustees, co-plaintiffs, defendants, customers, adverse parties and related parties to current and former AP clients in matters unrelated to the Debtors. US Bank is a current AP client in matters unrelated to the Debtors. US Bank is a vendor to AP.

- The United States Department of Justice ("**DOJ**"), including the United States Attorney General's Office, is a current and former client of AP in matters unrelated to the Debtors. The

DOJ has also been an adverse party and customer to current and former AP clients in matters unrelated to the Debtors.

- U.S. District Attorney California, Central (Nicola T. Hanna), U.S. District Attorney California, Eastern (McGregor W. Scott) and U.S. District Attorney California, Southern (Adam L. Braverman) are regulatory / government agencies in this bankruptcy matter. California Attorney General Office is an adverse party to former AP clients in matters unrelated to the Debtors. California Attorney General Office is a former AP client in matters unrelated to the Debtors

- U.S. Securities and Exchange Commission ("**SEC**"), a government agency to the Debtors, is an adverse party, vendor and related party to current and former AP clients in matters unrelated to the Debtors. The SEC is a current and former AP client in matters unrelated to the Debtors. The SEC is a former employer of a current AP employee.

- U.S. Specialty Insurance Co. ("**U.S. Specialty**"), an insurance provider and surety bond party to the Debtors, as an insurance provider and bondholder to current and former AP clients in matters unrelated to the Debtors. U.S. Specialty is a former AP client in matters unrelated to the Debtors.

- UBS, UBS Securities, UBS AG (Switzerland), and UBS Investment Bank, creditors, contract counterparties and noteholders to the Debtors, and affiliates ("**UBS**") are creditors, bondholders, vendors, lessors, professionals, associated companies, adverse parties, litigation parties, related parties, plaintiffs, defendants, shareholders, investors, lenders, indenture trustees, customers, lienholders, noteholders and material contract parties to current and former AP clients in matters unrelated to the Debtors. UBS is a current and former AP client in matters unrelated to the Debtors. UBS is a former employer of current AP employees. UBS is a vendor to AP.

- Union Bank of California, a banking party to the Debtors, is a vendor, lessor and shareholder to current and former AP clients in matters unrelated to the Debtors.

- United Airlines (Cogen), a contract counterparty to the Debtors, is a material contract party, vendor, customer and director-affiliated company to current and former AP clients in matters unrelated to the Debtors.

- Univar USA, Inc., a vendor to the Debtors, is a vendor and material contract party to current and former AP clients in matters unrelated to the Debtors. Univar is a former client in matters unrelated to the Debtors.

- Vanguard Group, a shareholder to the Debtors, and affiliates ("**Vanguard**") are vendors, material contract parties, adverse parties, bondholders and shareholders to current and former AP clients in matters unrelated to the Debtors.

- Vedder Price, a professional in this bankruptcy matter, is opposing counsel, adverse party and professional to current and former AP clients in matters unrelated to the Debtors. Vedder Price is a current and former AP client in matters unrelated to the Debtors.

- Verizon Wireless (Airtouch), Verizon Wireless, Verizon Network Operations and Verizon Wireless - Network Real Estate C, utility providers to the Debtors, and affiliates ("**Verizon**") are vendors, lessors, creditors, customers, material contract parties, parent companies, litigation parties, adverse parties, and related parties to current and former AP clients in matters unrelated

to the Debtors. Verizon is a current and former AP client in matters unrelated to the Debtors. Verizon is a former employer of current AP employees. Verizon is a vendor to AP.

- Wachovia Corporate Services, a banking party to the Debtors, and affiliates ("**Wachovia**") are lenders, indenture trustees, bondholders, creditors, adverse parties, co-defendants, landlords and professionals to current and former AP clients in matters unrelated to the Debtors.

- Weil, Gotshal & Manges LLP ("**WG&M**"), a professional in interest in this bankruptcy matter, is a professional, counsel, creditor, opposing counsel and vendor to current and former AP clients in matters unrelated to the Debtors. WG&M is a current and former AP client in matters unrelated to the Debtors. WG&M provides legal service to AP.

- Wells Fargo Securities LLC, Wells Fargo, LLC, Wells Fargo Bank, N.A. and Wells Fargo Bank Northwest, National Association, as Trustee Mac: U1228-051, noteholder, UCC lienholders, creditors, lenders and contract counterparties to the Debtors, and affiliates ("**Wells Fargo**"), are lenders, banks, creditors, lienholders, bondholders, indenture trustees, litigation parties, defendants, plaintiffs, adverse parties, customers, lessors, lessees, noteholders, insurance providers, associated companies, investors, trustees, professionals, material contract parties, shareholders and vendors to current and former AP clients in matters unrelated to the Debtors. Wells Fargo is a former AP client in matters unrelated to the Debtors. Wells Fargo is a former employer of current AP employees.

- Westinghouse Electric Company, LLC and Westinghouse, suppliers, creditors and vendors to the Debtors, and affiliates ("**Westinghouse**") are creditors, material contract parties, litigation parties and vendors to current and former AP clients in matters unrelated to the Debtors. Westinghouse is a current and former AP client in matters unrelated to the Debtors.

- Wheelabrator Shasta Energy Company Inc. and Wheelabrator Technologies Inc., contract counterparties to the Debtors, and affiliates ("**Wheelabrator**") are litigation parties and joint venture entities to former AP clients in matters unrelated to the Debtors. Wheelabrator is a former AP client in matters unrelated to the Debtors.

- White & Case, a professional in interest in this bankruptcy matter, is a professional, opposing counsel, vendor and co-counsel to current and former AP clients in matters unrelated to the Debtors. White & Case is a current and former AP client in matters unrelated to the Debtors.

- Williams Capital, a creditor and noteholder to the Debtors, is an adverse party, vendor and lender to former AP clients in matters unrelated to the Debtors.

- Willis Towers Watson, a professional in interest in this bankruptcy matter, is a creditor, insurance provider and vendor to current AP clients in matters unrelated to the Debtors. Willis Towers Watson is a current and former AP client in matters unrelated to the Debtors.

- Willow Creek, a contract counterparty to the Debtors, is an affiliate to a former AP client in matters unrelated to the Debtors.

- Wilmer Cutler Pickering Hale & Dorr and WilmerHale ("**WilmerHale**"), professionals in interest in this bankruptcy matter, is opposing counsel and vendor to current and former AP clients in matters unrelated to the Debtors. Wilmer Hale is a current and former AP client in matters unrelated to the Debtors.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

- Wilson Sonsini Goodrich & Rosati, a professional in interest in this bankruptcy matter, is counsel and material contract party to current and former AP clients in matters unrelated to the Debtors. Wilson Sonsini Goodrich & Rosati is a current and former AP client in matters unrelated to the Debtors.

- Winston & Strawn, a professional in interest in this bankruptcy matter, is a current and former AP client in matters unrelated to the Debtors. Winton & Strawn is a professional in interest and opposing counsel to current and former AP clients in matters unrelated to the Debtors.

- XL Insurance Company and XL Insurance America, Inc., litigation parties, insurance providers and surety bond parties to the Debtors, and affiliates ("**XL**") are material contract parties, associated companies, insurance providers, lessors and co-defendants to current and former AP clients in matters unrelated to the Debtors. XL is an insurance provider to AP.

- Zurich American Insurance Company and Zurich Insurance Company, insurance providers, litigation parties and surety bond parties to the Debtors, and affiliates ("**Zurich**") are creditors, vendors, material contract parties, insurance providers, lenders and litigation parties to current and former AP clients in matters unrelated to the Debtors. Zurich is a former AP client in matters unrelated to the Debtors. Zurich is a vendor to AP. Zurich is a former employer of current AP employees.

APS and its affiliates are advisors and crisis managers providing services and advice in many areas, including restructuring and distressed debt. As part of its diverse practice, AlixPartners and APS appear in numerous cases, proceedings, and transactions involving many different attorneys, accountants, investment bankers, and financial consultants, some of whom may represent claimants and parties in interest in these Chapter 11 Cases. Further, AlixPartners and APS have in the past, currently, and may in the future, be represented by several attorneys and law firms, some of whom may be involved in these Chapter 11 Cases. In addition, AlixPartners and APS have been in the past, currently, and likely will be in the future, engaged in matters unrelated to the Debtors or these Chapter 11 Cases in which it works with or in opposition to other professionals involved in these Chapter 11 Cases. Moreover, AlixPartners and APS might have referred work to other professionals who are retained in these Chapter 11 Cases. Likewise, certain such professionals who are retained in these Chapter 11 Cases might have referred work to AlixPartners. To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, none of these business relations constitute interests adverse to the Debtors.

From time to time, APS and AlixPartners have provided services, and likely will continue to provide services, to certain creditors of the Debtors and various other parties adverse to the Debtors in

matters wholly unrelated to these Chapter 11 Cases. As described herein, however, APS and AlixPartners have undertaken a detailed search to determine, and to disclose, whether either is providing or has provided services to any significant creditor, equity security holder, insider or other party-in-interest in such unrelated matters.

Even though the Debtors are not seeking to retain APS, myself and Mr. Boken pursuant to section 327 of the Bankruptcy Code, I desire to make the following assertions: To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, and except as set forth herein, neither I nor any member of the APS Personnel (a) have any connection with the U.S. Trustee; or (b) are related or connected to any United States Bankruptcy Judge for the Northern District of California, San Francisco, any of the District Judges for the Northern District of California, San Francisco who handle bankruptcy cases, except as otherwise set forth herein.

To the best of my knowledge, none of the members of the engagement team, or APS is a direct holder of any of the Debtors' securities. It is possible that members of the engagement team or certain AlixPartners or APS employees, managing directors, board members, equity holders, or an affiliate of any of the foregoing, may own interests in mutual funds or other investment vehicles (including various types of private funds) that own the Debtors' or other parties-in-interest's debt or equity securities or other financial instruments including bank loans and other obligations. Typically, the holders of such interests have no control over investment decisions related to such investment funds or financial instruments. AlixPartners' policy prohibits its employees from personally trading in the Debtors' securities.

To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, except as set forth herein, neither AlixPartners or APS have been retained to assist any entity or person other than the Debtors on matters relating to, or in direct connection with, these Chapter 11 Cases. AlixPartners and APS will continue to provide professional services to entities that may be creditors or equity security holders of the Debtors or other parties in interest in these Chapter 11 Cases, provided that such services do not relate to, or have any direct connection with, these Chapter 11 Cases or the Debtors.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Certain of AlixPartners' employees, managing directors, board members, equity holders, or an affiliate of any of the foregoing may have financial accounts or insurance relationships with a potential party in interest.

In accordance with section 504 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, neither I, AlixPartners, nor APS have entered into any agreements, express or implied, with any other party in interest, including the Debtors, any creditor, or any attorney for such party in interest in these Chapter 11 Cases (a) for the purpose of sharing or fixing fees or other compensation to be paid to any such party in interest or its attorneys for services rendered in connection therewith, (b) for payment of such compensation from the assets of the estates in excess of the compensation allowed by the Court pursuant to the applicable provisions of the Bankruptcy Code, or (c) for payment of compensation in connection with these Chapter 11 Cases other than in accordance with the applicable provisions of the Bankruptcy Code.

Accordingly, except as otherwise set forth herein, insofar as I have been able to determine, none of APS, AlixPartners, I, nor any employee of APS who will work on the engagement holds or represents any interest adverse to the Debtors or their estates.

Despite the efforts described above to identify and disclose the connections that APS has with parties-in-interest in these Chapter 11 Cases, because the Debtors are a large enterprise with numerous creditors and other relationships, AlixPartners and APS are unable to state with certainty that every client relationship or other connection has been disclosed. If APS discovers additional information that requires disclosure, APS will promptly file a supplemental disclosure with the Court. APS reserves the right to supplement this Declaration in the event that APS discovers any facts bearing on matters described in this Declaration regarding APS's employment by the Debtors.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Dated: March 13, 2019

AP Services, LLC

By: _____

Name: James Mesterharm

Title: Authorized Representative

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Schedule 1

## Potential Parties-in-Interest Categories

- Debtors
- Debtors' Trade Names and Aliases (up to 8 years)
- Affiliates and Subsidiaries
- Bank Accounts
- Bankruptcy Judges & Staff Northern District of California
- Current Officers and Directors
- Term and Revolving Loan Lenders and Administrative Agents
- Contract Counterparties
- DIP Lenders
- Debtors Professionals
- Former Officers and Directors (since 2008)
- Affiliations of Former Officers
- Affiliations of Former Directors
- Insurance/Insurance Provider/Surety Bonds
- Surety Bonds
- Landlords and parties to leases
- Lenders Litigation Counterparties/Litigation Pending Lawsuits
- Litigation Parties (in adversary proceeding 19-03003)
- Ad Hoc Committee of Unsecured Tort Claimant Creditors
- Non-Debtors Professionals
- Ordinary Course Professionals
- Letters of Credit
- Regulatory and Government
- Significant Competitors
- Significant Shareholders (more than 5% of equity)
- Significant holder of voting securities
- Taxing Authorities
- Top Unsecured Creditors (top 50 list as well as other large holders of unsecured claims)
- Unsecured Notes
- UCC Lien Holders
- Unions
- Office of the United States Trustee for Region 17
- Utility Providers
- Vendors/Suppliers
- Interested Parties / Notice of Appearance Parties

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119