WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Proposed Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF FILING AND HEARING ON RETENTION APPLICATIONS FOR DEBTORS' PROFESSIONALS**<br><br>Date: April 9, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>      Courtroom 17, 16th Floor<br>      San Francisco, CA 94102<br><br>**Objection Deadline**: April 2, 2019<br>                                   4:00 p.m. (Pacific Time) |

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will hold a hearing on **April 9, 2019, at 9:30 a.m. (Pacific Time)** (the "**Omnibus Hearing**") in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

**PLEASE TAKE FURTHER NOTICE** that, in addition to any other matters scheduled for the Omnibus Hearing, the Bankruptcy Court is scheduled to hear the applications filed by the Debtors on March 13, 2019 to retain and employ certain advisors and other professionals listed below (the "**Applications**").

1. **Weil, Gotshal & Manges LLP.** Application of Debtors Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Weil, Gotshal & Manges LLP as Attorneys for the Debtors Effective as of the Petition Date [Dkt No. 864].

2. **Keller & Benvenutti LLP.** Application of Debtors Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Keller & Benvenutti LLP as Co-Counsel for the Debtors *Nunc Pro Tunc* to the Petition Date [Dkt No. 869].

3. **AlixPartners.** Application of Debtors Pursuant to 11 U.S.C. §§ 363(b) and 105(a) for Authority to Employ and Retain AP Services, LLC to Provide a Chief Restructuring Officer, Deputy Chief Restructuring Officer, and Additional Personnel for the Debtors *Nunc Pro Tunc* to the Petition Date [Dkt No. 867].

**PLEASE TAKE FURTHER NOTICE** that any oppositions or responses to the Applications must be in writing, filed with the Bankruptcy Court, and served on the counsel for the Debtors at the above-referenced addresses so as to be received by no later than **4:00 p.m. (Pacific Time) on April 2, 2019**. Any oppositions or responses must be filed and served on all "Standard Parties" as defined in, and in accordance with, the *Order Implementing Certain Notice and Case Management Procedures* entered on March 6, 2019 [Dkt No. 759] ("**Case Management Order**"). **Any relief requested in the Applications may be granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order.** In deciding the Applications, the Court may consider any other document filed in these Chapter 11 Cases and related Adversary Proceedings.

/ / /

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| 1 | **PLEASE TAKE FURTHER NOTICE** that copies of each Application can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC , at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com.  Note that a PACER password is needed to access documents on the Bankruptcy Court's website. |

Dated: March 13, 2019

                              **WEIL, GOTSHAL & MANGES LLP**

                              **KELLER & BENVENUTTI LLP**

                              /s/ *Jane Kim*
                                      Jane Kim

                              *Proposed Attorneys for Debtors and Debtors in Possession*