POS-030(P)

| SHORT TITLE: JH KELLY, LLC V. AECOM TECHNICAL SERVICES, INC., et al. | CASE NUMBER: 19cv0172 |
|---|---|

## ATTACHMENT TO PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL (PERSONS SERVED)

*(This Attachment is for use with form POS-030)*

**NAME AND ADDRESS OF EACH PERSON SERVED BY MAIL:**

| Name of Person Served | Address *(number, street, city, and zip code)* |
|---|---|
| AECOM Technical Services, Inc. c/o CT Corporation System, its Registered Agent | 818 West Seventh Street, Suite 930 Los Angeles, CA 90017 |
| Pacific Gas and Electric Company c/o Linda Y.H. Cheng, its Registered Agent | 77 Beale Street, 24th Floor San Francisco, CA 94105 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Form Approved for Optional Use
Judicial Council of California
POS-030(P) [New January 1, 2005]

**ATTACHMENT TO PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL (PERSONS SERVED)**
**(Proof of Service)**

**Attachment 1h**

This case and the case referenced above could require duplication of judicial resources because the claims in both cases arise from the same construction project.

100044625.1 0034592-00012

# EXHIBIT C

BY FAX



**CM-015**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Mario R. Nicholas (SB #273122)<br>Stoel Rives LLP<br>760 SW Ninth Avenue, Suite 3000<br>Portland, OR 97205<br>TELEPHONE NO.: 503-224-3380    FAX NO. *(Optional):* 503-220-2480<br>E-MAIL ADDRESS *(Optional):* mario.nicholas@stoel.com<br>ATTORNEY FOR *(Name):* Plaintiff JH Kelly, LLC | FOR COURT USE ONLY |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SHASTA
    STREET ADDRESS: 1500 Court Street Room 319
    MAILING ADDRESS: 1500 Court Street Room 319
    CITY AND ZIP CODE: Redding 96001
    BRANCH NAME: Redding Main Courthouse

| PLAINTIFF/PETITIONER: JH KELLY, LLC | CASE NUMBER:<br>191759 |
|---|---|
| DEFENDANT/RESPONDENT: PACIFIC GAS AND ELECTRIC COMPANY, et al. | JUDICIAL OFFICER:<br>Stephen H. Baker |
| NOTICE OF RELATED CASE | DEPT.:<br>3 |

*Identify, in chronological order according to date of filing, all cases related to the case referenced above.*

1. a. Title: JH KELLY, LLC V. AECOM TECHNICAL SERVICES, INC., ET AL.
   b. Case number: 19cv0172
   c. Court: [✓] same as above
        [ ] other state or federal court *(name and address):*
   d. Department: 8
   e. Case type: [ ] limited civil [✓] unlimited civil [ ] probate [ ] family law [ ] other *(specify):*
   f. Filing date: 01-29-2019
   g. Has this case been designated or determined as "complex?" [ ] Yes [✓] No
   h. Relationship of this case to the case referenced above *(check all that apply):*
     [ ] involves the same parties and is based on the same or similar claims.
     [ ] arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.
     [ ] involves claims against, title to, possession of, or damages to the same property.
     [✓] is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.
        [✓] Additional explanation is attached in attachment 1h
   i. Status of case:
     [✓] pending
     [ ] dismissed [ ] with [ ] without prejudice
     [ ] disposed of by judgment

2. a. Title:
   b. Case number:
   c. Court: [ ] same as above
        [ ] other state or federal court *(name and address):*
   d. Department:

Page 1 of 3

Form Approved for Optional Use<br>Judicial Council of California<br>CM-015 [Rev. July 1, 2007]

**NOTICE OF RELATED CASE**

Cal. Rules of Court, rule 3.300<br>www.courtinfo.ca.gov

CM-015

| PLAINTIFF/PETITIONER: JH KELLY, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: PACIFIC GAS AND ELECTRIC COMPANY, ET AL. | 191759 |

2. *(continued)*

    e. Case type: ☐ limited civil ☐ unlimited civil ☐ probate ☐ family law ☐ other *(specify)*:

    f. Filing date:

    g. Has this case been designated or determined as "complex?" ☐ Yes ☐ No

    h. Relationship of this case to the case referenced above *(check all that apply)*:

        ☐ involves the same parties and is based on the same or similar claims.

        ☐ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

        ☐ involves claims against, title to, possession of, or damages to the same property.

        ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

        ☐ Additional explanation is attached in attachment 2h

    i. Status of case:

        ☐ pending

        ☐ dismissed ☐ with ☐ without prejudice

        ☐ disposed of by judgment

3. a. Title:

    b. Case number:

    c. Court: ☐ same as above

        ☐ other state or federal court *(name and address)*:

    d. Department:

    e. Case type: ☐ limited civil ☐ unlimited civil ☐ probate ☐ family law ☐ other *(specify)*:

    f. Filing date:

    g. Has this case been designated or determined as "complex?" ☐ Yes ☐ No

    h. Relationship of this case to the case referenced above *(check all that apply)*:

        ☐ involves the same parties and is based on the same or similar claims.

        ☐ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

        ☐ involves claims against, title to, possession of, or damages to the same property.

        ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

        ☐ Additional explanation is attached in attachment 3h

    i. Status of case:

        ☐ pending

        ☐ dismissed ☐ with ☐ without prejudice

        ☐ disposed of by judgment

4. ☐ Additional related cases are described in Attachment 4. Number of pages attached: _____

Date: 01-31-2019

Mario R. Nicholas
_____
(TYPE OR PRINT NAME OF PARTY OR ATTORNEY)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

CM-015 [Rev. July 1, 2007]          **NOTICE OF RELATED CASE**          Page 2 of 3

**CM-015**

| | |
|---|---|
| PLAINTIFF/PETITIONER: JH KELLY, LLC | CASE NUMBER: |
| DEFENDANT/RESPONDENT: PACIFIC GAS AND ELECTRIC COMPANY, ET AL. | 191759 |

## PROOF OF SERVICE BY FIRST-CLASS MAIL
### NOTICE OF RELATED CASE

*(NOTE: You cannot serve the Notice of Related Case if you are a party in the action. The person who served the notice must complete this proof of service. The notice must be served on all known parties in each related action or proceeding.)*

1. I am at least 18 years old and not a party to this action. I am a resident of or employed in the county where the mailing took place, and my residence or business address is *(specify):*

   760 SW Ninth Avenue, Suite 3000
   Portland, OR 97205

2. I served a copy of the *Notice of Related Case* by enclosing it in a sealed envelope with first-class postage fully prepaid and *(check one):*

   a. ☐ deposited the sealed envelope with the United States Postal Service.

   b. ☑ placed the sealed envelope for collection and processing for mailing, following this business's usual practices, with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

3. The *Notice of Related Case* was mailed:

   a. on *(date):* 01-31-2019

   b. from *(city and state):* Portland, Oregon

4. The envelope was addressed and mailed as follows:

   a. Name of person served:

      Street address:
      City:
      State and zip code:

   b. Name of person served:

      Street address:
      City:
      State and zip code:

   c. Name of person served:

      Street address:
      City:
      State and zip code:

   d. Name of person served:

      Street address:
      City:
      State and zip code:

☒ Names and addresses of additional persons served are attached. *(You may use form POS-030(P).)*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 01-31-2019

Mario R. Nicholas
_____
(TYPE OR PRINT NAME OF DECLARANT)          (SIGNATURE OF DECLARANT)

| | | |
|---|---|---|
| CM-015 [Rev. July 1, 2007] | **NOTICE OF RELATED CASE** | Page 3 of 3 |

POS-030(P)

| SHORT TITLE: JH KELLY, LLC V. PACIFIC GAS AND ELECTRIC COMPANY, et al. | CASE NUMBER: 191759 |
|---|---|

## ATTACHMENT TO PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL (PERSONS SERVED)

*(This Attachment is for use with form POS-030)*

**NAME AND ADDRESS OF EACH PERSON SERVED BY MAIL:**

| Name of Person Served | Address (number, street, city, and zip code) |
|---|---|
| AECOM Technical Services, Inc. c/o CT Corporation System, its Registered Agent | 818 West Seventh Street, Suite 930 Los Angeles, CA 90017 |
| Pacific Gas and Electric Company c/o Linda Y.H. Cheng, its Registered Agent | 77 Beale Street, 24th Floor San Francisco, CA 94105 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Form Approved for Optional Use
Judicial Council of California
POS-030(P) [New January 1, 2005]

**ATTACHMENT TO PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL (PERSONS SERVED) (Proof of Service)**

Page 1 of 1

**Attachment 1h**

This case and the case referenced above could require duplication of judicial resources because the claims in both cases arise from the same construction project.

Notice of Related Case – Attachment 1h – Case No. 191759                    Page 1 of 1

100044625.1 0034592-00012