**Frank Bloksberg, SBN 150809**
**142 East McKnight Way**
**Grass Valley, CA 95949**
**Tel: (530) 478-0170**
**Fax: (530) 478-0170**
**email: frank@bloksberglaw.com**

**Attorney for Kevin Thompson and Mia Nash**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   -and-<br><br>PACIFIC GAS & ELECTRIC COMPANY<br><br>   Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas & Electric Company<br>■ Affects both Debtors<br><br>*  *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | CASE NO: 19-30088-DM<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE BY KEVIN THOMPSON AND MIA NASH** |

**PLEASE TAKE NOTICE** that Kevin Thompson and Mia Nash hereby request, pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, or pursuant to any other applicable rule or statute, that notice of all matters which may come before the Court be given to their counsel of record:

        Frank Bloksberg
        Attorney at Law
        142 East McKnight Way
        Grass Valley, CA 95949
        (530) 478-0170
        frank@bloksberglaw.com

The foregoing request includes, without limitation all notices, papers, and disclosure statements referred to in Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure, and also includes notice of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before the Court in this case, as well as anything concerning which Mr. Thompson and Ms. Nash may be heard under Section 1109 of the Bankruptcy Code, whether formal or informal, whether written or oral, and whether transmitted or conveyed by electronic mail, mail, hand delivery, telephone, telegraph, facsimile, or otherwise.

This notice of appearance and request for special notice, as well as any subsequent appearance, pleading, claim or suit, are without prejudice to and do not waive and expressly reserves: (1) Mr. Thompson and Ms. Nash's rights, remedies, claims, actions, defenses, setoffs, or recoupments, in law or in equity, against the above-captioned debtor and any other person either in this case or in any other action; (2) any objection which may be made to the jurisdiction of the Court; (3) Mr. Thompson and Ms. Nash's right to have final orders in non-core matters entered only after de novo review by a district judge; (4) Mr. Thompson and Ms. Nash's right to trial by jury in any proceedings or trial, in any state or federal court, so triable herein or in any case, controversy or proceeding relating hereto; and (5) Mr. Thompson and Ms. Nash's right to have and reference withdrawn in any matter subject to mandatory or discretionary withdrawal.

This notice of appearance and request for special notice, as well as any subsequent appearance, pleading, claim or suit, are not, shall not be deemed or construed as, a submission of Mr. Thompson and Ms. Nash to the jurisdiction of the Court concerning any claim or the waiver of any rights of Mr. Thompson and Ms. Nash to pursue any claims against any person in any other forum, state or federal, including without limitation, the jurisdiction of the Court to adjudicate non-core matters, all of which rights are reserved without prejudice.

DATED: March 13, 2019                      FRANK BLOKSBERG

                                  BY:     /s/ Frank Bloksberg
                                                 Frank Bloksberg
                                                 Attorney for Plaintiffs
                                                 KEVIN THOMPSON and MIA NASH