UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: **PG&E CORPORATION,**
-and-
**PACIFIC GAS & ELECTRIC COMPANY**
Debtor(s)

Bankruptcy No.: 19-30088-DM
R.S. No.: FDB-1
Hearing Date: 04/09/2019
Time: 9:30 am

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 01/29/2019      Chapter: 11
    Prior hearings on this obligation: None      Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

    Secured Creditor [ ] or lessor [ ]
    Fair market value:      $_____      Source of value: _____
    Contract Balance:       $_____      Pre-Petition Default:      $_____
    Monthly Payment:        $_____          No. of months: _____
    Insurance Advance:      $_____      Post-Petition Default:     $_____
                                                     No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

    Fair market value: $_____      Source of value: _____      If appraisal, date: _____

    Moving Party's position (first trust deed, second, abstract, etc.):

    Approx. Bal.            $_____      Pre-Petition Default:      $_____
    As of (date): _____                     No. of months: _____
    Mo. payment:            $_____      Post-Petition Default:     $_____
    Notice of Default (date): _____         No. of months: _____
    Notice of Trustee's Sale: _____     Advances Senior Liens:     $_____

    Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

    | Position | Amount | Mo. Payment | Defaults |
    |---|---|---|---|
    | 1st Trust Deed: _____ | $_____ | $_____ | $_____ |
    | 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
    | _____: | | | |
    | _____: | | | |
    | _____: | | | |
    | (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information:

03/13/2019                              /s/ Frank Bloksberg
                                             Signature
                                        Frank Bloksberg
                                        Print or Type Name

                                        Attorney for Kevin Thompson and Mia Nash