**Entered on Docket**
**March 14, 2019**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

TIMOTHY S. LAFFREDI (WI SBN 1055133)
Assistant United States Trustee
CAMERON M. GULDEN (MN SBN 310931)
Trial Attorney
MARTA E. VILLACORTA (NY SBN 4918280)
Trial Attorney
United States Department of Justice
Office of the U.S. Trustee
450 Golden Gate Avenue, Suite 05-0153
San Francisco, CA 94102
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: marta.villacorta@usdoj.gov;
cameron.m.gulden@usdoj.gov

Attorneys for Andrew R. Vara,
Acting United States Trustee for Region 3[1]

Signed and Filed: March 14, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION**, <br><br>  - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors**. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> Date: March 13, 2019 <br> Time: 9:30 a.m. <br> Place: Honorable Dennis Montali <br> 450 Golden Gate Avenue <br> 16th Floor, Courtroom 17 <br> San Francisco, CA 94102 |

## ORDER DENYING THE MOTION OF PUBLIC ENTITIES FOR APPOINTMENT OF OFFICIAL COMMITTEE OF PUBLIC ENTITIES

A hearing on the Motion of Public Entities for Appointment of Official Committee of Public Entities Pursuant to 11 U.S.C. §§ 1102(a)(2) and 105(a) (ECF No. 720, "Motion") was held

---

[1] Andrew R. Vara, Acting United States Trustee for Region 3, is acting in this appointment for Tracy Hope Davis, United States Trustee for Region 17, who has recused herself.

in the above-captioned case on March 13, 2019, before the Honorable Dennis Montali. Appearances were noted on the record.

    For the reasons stated on the record at the hearing, the Motion is DENIED.

APPROVED AS TO FORM OF ORDER ONLY:

Stutzman, Bromberg, Esserman & Plifka, P.C.

By:  */s/ Sander L. Esserman*_____
    Sander L. Esserman
    Attorneys for Public Entities Impacted by the Wildfires

**END OF ORDER**

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | <u>COURT SERVICE LIST</u> |
| 4 | |
| 5 | All ECF Recipients |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Page -3-

Case: 19-30088   Doc# 884   Filed: 03/14/19   Entered: 03/14/19 14:35:05   Page 3 of 3