# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: dchambers | Date Created: 3/15/2019 |
| Case: 19−30088 | Form ID: TRANSC | Total: 13 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Christopher V. Hawkins | hawkins@sullivanhill.com |
| aty | Eric R. Goodman | egoodman@bakerlaw.com |
| aty | Jane Kim | jkim@kellerbenvenutti.com |
| aty | Kristopher M. Hansen | dmohamed@stroock.com |
| aty | M. David Minnick | dminnick@pillsburylaw.com |
| aty | Thomas R. Kreller | tkreller@milbank.com |

TOTAL: 6

**Recipients submitted to the Claims Agent (Prime Clerk):**

| | | | | |
|---|---|---|---|---|
| aty | Howard M. Levine | Law Offices of Sussman and Shank | 1000 SW Broadway #1400 | Portland, OR 97205 |
| aty | Matthew Goren | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| aty | Paul H. Zumbro | Cravath, Swaine & Moore LLP | 85 Eighth Avenue | New York, NY 10019 |
| aty | Sander L. Esserman | Stutzman, Bromberg, Esserman & Plifka | 2323 Bryan St. #2200 | Dallas, TX 75201−2689 |
| aty | Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| | Cecily A. Dumas. Esq. | Baker & Hostetler LLP | 11601 Wilshire Blvd., #1400 | Los Angeles, CA 90025 |
| | Timothy S. Laffredi | Office of the United States Trustee | 280 South First St., Room 268 | San Jose, CA 95113 |

TOTAL: 7