March 11, 2019

The Honorable Dennis Montali
United States Bankruptcy Court
450 Golden Gate Avenue, #36099
San Francisco, CA 94102

**FILED**

MAR 1 4 2019

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**19-30088**

Dear Judge Montali,

It is respectfully requested that you deny PG&E's request to disperse $230 million in short term incentive compensation to approximately 10,000 employees.

My request is based around the following background factors:
1. I am the retired PG&E Manager of Human Resources Planning and Development.
2. In 1986 I was involved in the creation of PG&E's first Bonus Plan and, in later years, helped to administer that plan and its successors. I thus have a deep understanding of why these plans were created, e.g., when the company performed well, employees would share in that success and, conversely, when the company's performance was substandard, there would be no monetary awards.
3. There have been no increases in management pensions (Qualified Plans) since 2000 and, in the ensuing years, Retirees have twice had their company stock holdings and dividends adversely impacted due to the mismanagement of the company. Similarly, the company's retired Officers have twice had then Non Qualified Pensions and Benefits slashed. During that same period, however, the company's leadership has had continuous and significant increases in both their salaries and incentive plans.
4. By any measure and metric, the company's performance has been terrible and customers have both suffered or died as a result of strategic and tactical decisions and actions gone array. As a matter of basic decency, no employee should be rewarded for this unacceptable performance.

To the extent United States Bankruptcy Law allows you discretionary decision latitude, I encourage you to exercise it and disallow PG&E's request.

Sincerely,

JAMES M. EANEMAN, SR.
11672 East Arabian Park Drive
Scottsdale, AZ 85259