**Frank Bloksberg, SBN 150809**
**142 East McKnight Way**
**Grass Valley, CA 95949**
**Tel: (530) 478-0170**
**Fax: (530) 478-0170**
**email: frank@bloksberglaw.com**

**Attorney for Kevin Thompson and Mia Nash**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | CASE NO: 19-30088-DM |
| PG&E CORPORATION, | Chapter 11 |
| -and- | AMENDED NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY KEVIN THOMPSON AND MIA NASH |
| PACIFIC GAS & ELECTRIC COMPANY | |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas & Electric Company<br>■ Affects both Debtors | Date: April 9, 2019<br>Time: 9:30 am<br>Place: 450 Golden Gate Avenue, 16th Floor<br>San Francisco, California<br>Judge: Honorable Dennis Montali |
| \* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Objection Deadline: Not Applicable** |

**PLEASE TAKE NOTICE** that on April 9, at 9:30 a.m. at the United States Bankruptcy Court for the Northern District of California, located at 450 Golden Gate Avenue, 16th Floor, San Francisco, California, in Courtroom 17 of the Honorable Dennis Montali, Kevin Thompson and Mia Nash will bring on for a preliminary hearing its motion of for relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) (the "Motion"), to allow the completion of the State Court Action in KEVIN THOMPSON and MIA NASH v. PG&E CORPORATION, Case No. CU19-083433, in Nevada County Superior Court. (The "State Court Action.")

The Motion is based on this Notice of Hearing, the Motion and points and authorities therein, the Declaration and Request for Judicial Notice of Kevin Thompson, and on such other and further evidence and matters that the Court may consider at the hearing of the Motion.

**PLEASE TAKE FURTHER NOTICE that as provided in Local Rule 4001-1(a), the Debtor, Pacific Gas & Electric Company, is advised to appear personally or by counsel at the preliminary hearing; and that failure to so appear may result in the Court granting the relief requested without further hearing, including the lifting of the automatic stay to allow Mr. Thompson and Ms. Nash to pursue completion of litigation, pretrial proceedings, trial, post-trial motions and any appellate proceedings in or in connection with the State Court Action.**

DATED: March 14, 2019                    FRANK BLOKSBERG

                                    BY:   /s/ Frank Bloksberg
                                          Frank Bloksberg
                                          Attorney for Kevin Thompson and Mia Nash