**Frank Bloksberg, SBN 150809**
**142 East McKnight Way**
**Grass Valley, CA 95949**
**Tel: (530) 478-0170**
**Fax: (530) 478-0170**
**email: frank@bloksberglaw.com**

**Attorney for Kevin Thompson and Mia Nash**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | CASE NO: 19-30088-DM |
| PG&E CORPORATION, | Chapter 11 |
| -and- | PROOF OF SERVICE |
| PACIFIC GAS & ELECTRIC COMPANY | |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas & Electric Company<br>■ Affects both Debtors | |
| \* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I, Frank Bloksberg, am a resident of the State of California, over the age of eighteen, and not a party to the within action. I am a member of the bar of this Court. My business address is 142 East McKnight Way, Grass Valley, CA 95949. On March 14, 2019, I served the following documents:

**AMENDED NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY KEVIN THOMPSON AND MIA NASH**

**By Electronic Filing:** On Debtors and registered participants per Local Bankruptcy Rule 9013-3(c).

**By Mail**: On the Debtor, Debtor's counsel, and the committees as required by Federal Rule of Bankruptcy Procedure 4001(a)(1) by placing a true copy thereof enclosed in a sealed envelope with

1  postage thereon fully prepaid in the United States mail at Nevada City, California, addressed to the
2  persons listed below:

| | |
|---|---|
| PG&E Corporation and Pacific Gas and Electric Company<br>Attn: Janet Loduca<br>77 Beale Street<br>P.O. Box 770000<br>San Francisco, CA 94105<br>**Debtors** | Baker & Hostetler, LLP<br>Attn: Eric E. Sagerman, Lauren T. Attard<br>11601 Wilshire Blvd.<br>Suite 1400<br>Los Angeles, CA 90025-0509<br>**Proposed Counsel for Official Committee of Tort Claimants** |
| Baker & Hostetler, LLP<br>Attn: Robert A. Julian, Cecily A. Dumas<br>1160 Battery Street<br>Suite 100<br>San Francisco, CA 94111<br>**Proposed Counsel for Official Committee of Tort Claimants** | Milbank LLP<br>Attn: Dennis F. Dunne, Samuel A. Khalil<br>55 Hudson Yards<br>New York, NY 10001-2163<br>**Counsel for the Official Committee of Unsecured Creditors** |
| Milbank LLP<br>Attn: Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067<br>**Counsel for the Official Committee of Unsecured Creditors** | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 14, 2019, at Nevada City, California.

                                                /s/Frank Bloksberg
                                                Frank Bloksberg