WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Proposed Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF KENNETH S. ZIMAN IN SUPPORT OF APPLICATION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 327(a) AND 328(a) AND FED. R. BANKR. P. 2014(a) AND 2016 FOR AUTHORITY TO RETAIN AND EMPLOY LAZARD FRÈRES & CO. LLC AS INVESTMENT BANKER TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE**<br><br>Date: April 9, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Pursuant to section 1746 of title 28 of the United States Code, I, Kenneth S. Ziman, hereby declare under penalty of perjury that the following is true to the best of my knowledge, information, and belief:

1. I am a Managing Director in the Restructuring Group at Lazard Frères & Co. LLC ("**Lazard**"), which has its principal office at 30 Rockefeller Plaza, New York, New York 10112. I am authorized to execute this declaration on behalf of Lazard. Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

2. This Declaration is being submitted in connection with the Application (the "**Application**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company, as debtors and debtors in possession (together, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to sections 327(a) and 328(a) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), for entry of an order (i) authorizing the employment and retention of Lazard as investment banker for the Debtors effective as of the Petition Date, (ii) modifying certain time-keeping requirements, and (iii) granting related relief, in accordance with the terms and conditions set forth in the engagement letter between the Debtors and Lazard dated as of January 4, 2019 (the "**Engagement Letter**," which Engagement Letter includes the terms of the related indemnification letter dated as of September 15, 2011, the "**Indemnification Letter**").[1]

3. Lazard is the primary U.S. operating subsidiary of a preeminent international investment banking, financial advisory, and asset management firm. Together with its predecessors and affiliates, Lazard has been advising clients around the world for over 165 years. Lazard and its professionals have considerable expertise and experience in providing investment banking and financial advisory services to financially distressed companies and to creditors, equity holders and other constituencies in reorganization proceedings and complex financial restructurings, both in and out of court. In addition, Lazard's investment banking professionals have extensive experience in advising debtors in chapter 11 cases and have served as investment bankers to numerous debtors, chapter 11 trustees, creditors'

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the Application.

committees and buyers in chapter 11 proceedings. Since 1990, Lazard professionals have been involved in over 250 restructurings, representing over $1 trillion in debtor assets.

4. Lazard has been retained as an investment banker and financial advisor in numerous large and complex chapter 11 cases, including, among others, *In re Sears Holdings Corp.*, No. 18-23538 (RDD) (Bankr. S.D.N.Y. Nov. 9, 2018) (Docket No. 607); *In re FirstEnergy Solutions Corp.*, No. 18-50757 (Bankr. N.D. Ohio May 8, 2018) (Docket No. 493); *In re Toys "R" Us, Inc.*, No. 17-34665 (Bankr. E.D. Va. Oct. 25, 2017) (Docket No. 732); *In re TK Holdings Inc.*, No. 17-11375 (BLS) (Bankr. D. Del. Aug. 30, 2017) (Docket No. 654); *In re CGG Holding (U.S.) Inc.*, No. 17-11637 (Bankr. S.D.N.Y. Aug. 22, 2017) (Docket No. 234); *In re Stone Energy Corp.*, No. 16-36390 (MI) (Bankr. S.D. Tex. Jan 10, 2017) (Docket No. 267); *In re Linn Energy, LLC*, No. 16-60040 (DRJ) (Bankr. S.D. Tex. July 12, 2016) (Docket No. 555); *In re Peabody Energy Corp.*, No. 16-42529-399 (Bankr. E.D. Mo. May 18, 2016) (Docket No. 532); *In re Paragon Offshore PLC*, No. 16-10386 (Bankr. D. Del. Apr. 5, 2016) (Docket No. 225); *In re Sabine Oil & Gas Corp.*, No. 15-11835 (Bankr. S.D.N.Y. Sept. 11, 2015) (Docket No. 325); *In re Hercules Offshore, Inc.*, No. 15-11685 (Bankr. D. Del. Sept. 8, 2015) (Docket No. 133); *In re Chassix Holdings, Inc.*, No. 15-10578 (Bankr. S.D.N.Y. Apr. 20, 2015) (Docket No. 294); *In re RadioShack Corp.*, No. 15-10197 (Bankr. D. Del. Mar. 13, 2015) (Docket No. 994); and *In re Autoseis, Inc.*, No. 14-20130 (Bankr. S.D. Tex. June 5, 2014) (Docket No. 388).

5. Lazard has advised PG&E Corp. for years, with the initial engagement for advisory services starting in 2011. Since that time, Lazard has provided financial advisory and investment banking services to PG&E Corp. with respect to a variety of matters, including without limitation: analysis of the financial condition of the company, evaluation of potential transactions that the company may pursue, assessment of financing options, and shareholder advisory services. Given Lazard's long history with PG&E Corp., Lazard has significant familiarity and knowledge of the Debtors' business, operations, and financial challenges.

6. In connection with its proposed retention by the Debtors in these cases, Lazard obtained from the Debtors and/or their representatives the names of individuals and entities that may be parties in interest in these Chapter 11 Cases (the "**Potential Parties in Interest**"). Lazard then compared the names of the Potential Parties in Interest with the names of entities that have entered into engagement

agreements with Lazard in the last three years. To the extent that this inquiry has revealed that any of the Potential Parties in Interest (or their apparent affiliates or entities that Lazard believes to be affiliates, as the case may be) entered into any such engagement agreements with Lazard within the last three years, such parties are listed on Schedule 1 annexed hereto. To the best of my knowledge and belief, Lazard's representation of each entity listed on Schedule 1 (or their apparent affiliates or entities that Lazard believes to be affiliates, as the case may be) was or is only on matters that are unrelated to the Debtors and these Chapter 11 Cases. Other than as listed on Schedule 1, I am unaware of any investment banking engagements of Lazard by the Potential Parties in Interest within the last three years. Given the size of Lazard and the breadth of Lazard's client base, however, it is possible that Lazard may now or in the future be retained by one or more of the Potential Parties in Interest in unrelated matters without my knowledge. To the extent the Debtors discover and disclose additional Potential Parties in Interest during the course of these Chapter 11 Cases, Lazard will use reasonable efforts to identify whether a material relationship exists with any such parties. To the extent that Lazard discovers or enters into any new, material relationship with Potential Parties in Interest, it will supplement this Declaration.

7. In addition to the parties listed on Schedule 1, Lazard may also represent, or may have represented, affiliates, equity holders or sponsors of Potential Parties in Interest and Lazard may have worked with, continue to work with, have or had mutual clients with, been represented by and/or advised certain accounting and law firms that are Potential Parties in Interest (and, in the case of law firms, may have entered into engagement agreements in which the law firm was named as client although the work was performed for a mutual client of Lazard's and the applicable law firm). Lazard may also represent, or may have represented in the past, committees or groups of lenders or creditors in connection with certain restructuring or refinancing engagements, which committees or groups include, or included, entities that are Potential Parties in Interest. Certain of the Potential Parties in Interest may also be vendors and/or have other non-investment banking relationships with Lazard.

8. Although Lazard has researched the Potential Parties in Interest list, the Debtors may have customers, creditors, competitors, and other parties with whom they maintain business relationships that are not included as Potential Parties in Interest and with whom Lazard may maintain business relationships. Additionally, Lazard is a U.S. operating subsidiary of an international

investment banking, financial advisory, and asset management firm and thus has legally separate and distinct affiliates. Although it is possible that employees of certain affiliates may assist Lazard in connection with Lazard's engagement, as only Lazard is being retained in these Chapter 11 Cases, we have researched only the electronic client files and records of Lazard, not of all of its affiliates, to determine connections with any Potential Parties in Interest.

9. In addition, as of the date hereof, Lazard and its affiliates have approximately 2,800 employees worldwide. It is possible that certain of Lazard's and its affiliates' respective directors, officers, and employees may have had in the past, may currently have, or may in the future have connections to (a) the Debtors, (b) Potential Parties in Interest, or (c) funds or other investment vehicles that may own debt or securities of the Debtors or Potential Parties in Interest.

10. Lazard also has asset management affiliates, Lazard Asset Management LLC ("**LAM**") and Lazard Frères Gestion SAS ("**LFG**"), and an affiliate, Edgewater HoldCo LLC, that hold interests in the management companies for certain private funds (collectively, "**Edgewater**"). Although Lazard receives payments from LAM, LFG, and Edgewater generated by their respective business operations, each of LAM, LFG, and Edgewater is operated as a separate and distinct affiliate and is separated from Lazard's other businesses.

11. As part of their regular business operations, LAM and LFG may act as investment advisor for or trade securities (including in discretionary client accounts, and through the operation of hedge funds and mutual funds, in which cases investment decisions are made by LAM or LFG), including on behalf of creditors, equity holders or other parties in interest in these cases, and Lazard or its respective affiliates, managing directors and employees. Some of these LAM or LFG accounts and funds have held, and may in the future hold, debt or equity securities of the Debtors and may have held, may now hold and may in the future hold debt or equity securities of the Debtors' creditors, equity holders, or other parties in interest in these cases, and LAM or LFG may have relationships with such parties. Furthermore, some of the investment funds managed by Edgewater may have held, may now hold or may in the future hold debt or equity securities of the Debtors or the Debtors' creditors, equity holders, or other parties in interest in these cases. Additionally, the Debtors, their creditors, equity holders, or other parties in interest in these cases, and Lazard or its affiliates, managing directors, and employees,

may be investors in investment funds that are managed by Edgewater. Lazard has in place compliance procedures to ensure that no confidential or nonpublic information concerning the Debtors has been or will be available to employees of LAM, LFG, or Edgewater.

12. During the 90-day period before the Petition Date, Lazard was paid in the ordinary course its fees and related expense reimbursements in accordance with the terms of the Engagement Letter, and the prior engagement agreement between Lazard and PG&E Corp. dated July 6, 2016, as amended on December 12, 2017, February 15, 2018, and January 4, 2019. Specifically, Lazard received the following payments during the 90-day period immediately preceding the Petition Date: (i) $1,255,762.77 on November 21, 2018 on account of its September 2018 monthly fee and related expenses; (ii) $1,259,656.46 on December 12, 2018 on account of its October 2018 monthly fee and related expenses; (iii) $250,000 on December 12, 2018 on account of its annual fee due October 1st of each year; (iv) $1,253,501.64 on December 24, 2018 on account of its November 2018 monthly fee and related expenses; (v) $1,268,481.62 on January 17, 2019 on account of its December 2018 monthly fee and related expenses; (vi) $101,270.81 on January 28, 2019 on account of its prorated annual fee and related expenses; (vii) $1,203,054.51 on January 28, 2019 on account of its prorated January 2019 monthly fee; (viii) $345,000 on January 28, 2019 on account of its February 2019 Monthly Fee and related expenses; and (ix) $16,000,000 on January 28, 2019 on account of the Financing Fee in connection with the Debtors' pre-petition bridge facility and proposed debtor-in-possession financing facility, net of credits per the terms of the Engagement Letter.

13. Other than as disclosed herein, Lazard has no relationship with the Debtors of which I am aware after due inquiry. Based on the foregoing, I believe Lazard is disinterested as defined in section 101(14) of the Bankruptcy Code and does not hold or represent an interest materially adverse to the Debtors or their estates.

14. The Fee and Expense Structure, including the indemnification obligations, set forth in the Application were negotiated at arms' length, and are consistent with Lazard's typical compensation for work of this nature. The terms of the Indemnity Letter have been standard for Lazard engagements for years, and I believe them to be comparable to those generally obtained by investment banking firms of similar stature to Lazard for comparable engagements, both in and out of court. I am not aware of

any restructuring engagements, whether in or out of court, where Lazard has been engaged with indemnification provisions that are not consistent in all material respects with the Indemnification Letter.

*[Remainder of Page Left Intentionally Blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: March 14, 2019
New York, New York

_____
Kenneth S. Ziman
Managing Director of the Restructuring Group
Lazard Frères & Co. LLC

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# Schedule 1

Engagements with Potential Parties in Interest

1080 Chestnut Corp.
Aera Energy LLC
Aera Energy LLC (Coalinga)
Aera Energy LLC (N. Midway Sunset)
Aera Energy LLC (Oxford)
Aera Energy LLC (S. Belridge)
Aera Energy Llc. (Coalinga)
Aera Energy Llc. (N. Midway Sunset)
Aera Energy Llc. (Oxford)
Aetna
Aetna International
Air Products Manuf. Corp.
Allstate Insurance Company
Allstate Insurance Company"
Atlantic Plant Maintenance
Atlantica Yield
Atlantica Yield plc, Mojave Solar LLC
AV Solar Ranch 1 LLC
AV Solar Ranch 1, LLC
Avangrid Renewables, LLC
Baker Hughes Process & Pipeline Services
Baker Hughes US Land
Barclays Bank PLC
Barclays Bank PLC and
Barclays Capital Inc.
Barclays Global
Baupost GroupSSgA Funds Management (The)
Berkshire Hathaway AmGUARD Insurance Company
Berkshire Hathaway Energy Renewables
Berkshire Hathaway International Insurance Limited (PDW)
Boart Longyear M&E Drilling Services
Brookfield Renewable Energy Partners
Calpine
Calpine  King City Cogen.
Calpine Corporation
Calpine Energy Services, L.P.
Calpine Energy Solutions, LLC
Calpine Geysers Co. L. P. (KW#1)
Calpine Geysers Co. L. P. (KW#2)
Calpine Geysers Co. L. P. (WFF)
CALPINE KING CITY COGEN  LLC
Calpine King City Cogen LLC
Calpine LLC
Calpine Los Esteros
Calpine Monterey Cogen Inc.
Calpine Pittsburg Power Plant
Calpine Retained Assets Agreement

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | |
|---|---|
| 1 | Cardinal Cogen |
| | CASTLETON CANADA |
| 2 | CASTLETON COMM |
| | CASTLETON COMM |
| 3 | CIGNA Group Insurance |
| | Citi |
| 4 | Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility |
| | Citibank, N.A. |
| 5 | Citibank, N.A. (Admin Agent - $3B) |
| | CITIGROUP |
| 6 | Citigroup Energy Inc |
| | Citigroup Energy Inc. |
| 7 | Citigroup Global Markets |
| | Citigroup Global Markets Inc. |
| 8 | Cognizant Worldwide Limited |
| | Constellation Energy Group, Inc. |
| 9 | Copper Mountain Solar 1, LLC |
| | Copper Mountain Solar 2, LLC |
| 10 | Coral Power, LLC |
| | Dell Financial Services L.L.C. |
| 11 | Dell Financial Services, L.P. |
| | DTE Biomass Energy |
| 12 | DTE Energy Services |
| | DTE Energy Services, Inc. |
| 13 | DTE Stockton, LLC |
| | Dynegy Marketing and Trade, LLC |
| 14 | Dynegy Morro Bay, LLC |
| | Dynegy Moss Landing LLC |
| 15 | Dynegy Power, LLC |
| | Elliott Management |
| 16 | Elliott Management Corporation. |
| | Elster American Meter Company, LLC |
| 17 | Encompass Insurance Company |
| | Energy Systems Group LLC |
| 18 | Energy Systems Group, LLC |
| | Exelon Corporation |
| 19 | EXELON GENERATION |
| | Exelon Generation Company, LLC |
| 20 | ExGen Renewables (Exlon) |
| | Express Scripts Holding Company |
| 21 | Expro Americas, LLC - Flarestack and Pipeline Services |
| | First Reserve |
| 22 | Freeport McMoRan Oil & Gas LLC (Dome) |
| | Freeport McMoRan Oil & Gas LLC (Welport) |
| 23 | Frontier Communications |
| | Frontier Communications of America |
| 24 | FuelCell Energy |
| | GATX/Calpine Cogen-Agnews Inc. |
| 25 | GE Oil & Gas - North America |
| | GE Renewable Energy |
| 26 | General Electric International Inc. |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | General Electric International Inc. - Power Services |
| | Geysers Power Company LLC |
| 2 | Geysers Power Company, LLC |
| | Goldman Sachs |
| 3 | Goldman Sachs Bank USA |
| | Goldman, Sachs & Co. |
| 4 | Google for Invoice Issues |
| | Google Inc. |
| 5 | Google, Inc. |
| | Honeywell HPS |
| 6 | Honeywell International Inc. |
| | Iberdrola Renewables LLC |
| 7 | Iberdrola Renewables, Inc |
| | IDS Property Casualty |
| 8 | IDS Property Casualty Insurance Company |
| | INTEGRYS |
| 9 | International Business Machines Corp. |
| | Invenergy Wind Development LLC |
| 10 | J. ARON & COMPANY LLC |
| | J. ARON & COMPANY LLC |
| 11 | J. ARON & COMPANY LLC |
| | J. Aron and Company LLC |
| 12 | Johnson Controls Inc. - Central Region |
| | Johnson Controls Inc. - Systems and Services North America |
| 13 | Klondike Wind Power III LLC |
| | KOCH ENERGY SVC |
| 14 | Level 3 Communications LLC |
| | Life Insurance Company of North America (CIGNA) |
| 15 | Los Esteros Critical Energy Facility LLC |
| | Los Esteros Critical Energy Facility, LLC |
| 16 | Los Medanos Energy Center |
| | MACQUARIE  ENERGY LLC |
| 17 | Macquarie Can |
| | Macquarie Energy LLC |
| 18 | MACQUARIE FUTURES |
| | MACQUARIE FUTURES LLC |
| 19 | Macquerie Energy LLC |
| | MassMutual Asset Finance LLC |
| 20 | Mesquite Solar 1, LLC |
| | Metcalf Energy Center |
| 21 | Miller Pipeline |
| | Morgan Stanley |
| 22 | Morgan Stanley / ISG Operations |
| | Morgan Stanley Bank |
| 23 | Morgan Stanley Bank, N.A. |
| | Morgan Stanley Bank/ Morgan Stanley Senior Funding |
| 24 | Morgan Stanley Capital Group Inc |
| | Morgan Stanley Capital Group Inc. |
| 25 | Morgan Stanley Senior Funding |
| | Morgan Stanley Senior Funding, Inc. |
| 26 | National Fire & Marine Insurance Company |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | National Fire & Marine Insurance Company (Berkshire Hathaway Specialty Insurance) |
| | National Fire and Marine Insurance Company |
| 2 | Network Mapping Incorporated |
| | Nextel Communications |
| 3 | Nextel of California, Inc., a Delaware Corp. |
| | NextEra |
| 4 | NextEra Energy Inc., et al. |
| | NextEra Energy Marketing, LLC |
| 5 | NextEra Energy Montezuma II Wind, LLC |
| | Nextera Energy Montezuma Wind II, LLC |
| 6 | NextEra Energy Parnters, LP |
| | NextEra Energy Parnters, LP |
| 7 | NextEra Energy Partners |
| | NextEra Energy Partners, L.P. |
| 8 | NextEra Energy Resources Acquisitions, LLC |
| | NextEra Energy Resources, LLC |
| 9 | Nextera Energy Resources, LLC and its subsidiary Aries Solar Holding, LLC |
| | NextEra Energy, Inc. |
| 10 | Noble Americas Energy Solutions LLC |
| | North Light Specialty Insurance Company |
| 11 | PACIFIC SUMMIT |
| | Pacific Summit Energy LLC |
| 12 | Patriot Environmental Services, Inc. |
| | PG&E CALIFORNIA GAS TRANSMISSION |
| 13 | Pitney Bowes Global Financial Services LLC |
| | Portland General Electric |
| 14 | POWEREX |
| | Pure Technologies Ltd. |
| 15 | RBS |
| | Royal Bank of Scotland |
| 16 | Royal Bank of Scotland ("RBS") |
| | Royal Bank Of Scotland, PLC |
| 17 | Russell City Energy Company |
| | Russell City Energy Company LLC |
| 18 | San Diego Gas & Electric Company |
| | San Diego Gas & Electric Company' |
| 19 | San Diego Gas and Electric |
| | SDG&E CO |
| 20 | Sears |
| | Sempra Energy Trading Co. |
| 21 | Sempra Energy, |
| | SEMPRA GAS & POWER |
| 22 | Sempra Gas and Power Marketing, LLC |
| | Sempra Generation |
| 23 | Sempra Generation, LLC |
| | Sempra U.S. Gas & Power |
| 24 | Shell Energy |
| | SHELL ENERGY CAN |
| 25 | Shell Energy North America (US), L.P. |
| | SHELL ENERGY US |
| 26 | Shell Trading (US) Company |
| 27 | |
| 28 | |

Shell Western E & P
Shiloh I Wind Project LLC
Siemens Energy, Inc., Fossil Services Power Generation
Siemens Industry Inc.
Siemens Industry, Inc. - Building Technologies
Siemens Industry, Inc. Customer Services Division
SimplexGrinnell
SOCAL GAS
Southern California Gas
Southern California Gas Co. & Southern Co. GA
Southern California Gas Company
Sprint
Sprint Nextel Property Services
Sprint Spectrum
Sprint Spectrum- Nextel
Stockton Cogen Co.
Suddenlink Communications
SunEdison Yieldco ACQ2, LLC
The Baupost Group, L.L.C.
TOTAL GAS
Tyco Integrated Security LLC
Weatherford International, LLC - USA
Westinghouse
Westinghouse Electric Co. LLC
Westinghouse Electric Company, LLC
WGL Energy Systems Inc.

Notes:

1. Lazard also has an engagement with a special committee of the board of directors of Western Gas Partners, LP.  Western Gas Partners, LP is not on the list of Potential Parties in Interest, but "Anadarko" is on the list of Potential Parties in Interest.  At the time of our engagement, Anadarko Petroleum Corporation had a controlling interest in Western Gas Partners, LP.  This matter was unrelated to these chapter 11 cases.

2. A member of the board of directors of our parent company, Lazard Ltd, is also a member of the advisory board of a Potential Party in Interest under the category "Interested Parties / Notice of Appearance Parties."  An affiliate of this Potential Party in Interest is also listed under the category "Significant holder of voting securities."