# EXHIBIT B

Case: 19-30088    Doc# 894-8    Filed: 03/14/19    Entered: 03/14/19 18:50:30    Page 1 of 2

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Robert W. Perrin (194485) <br> LATHAM & WATKINS LLP <br> 355 South Grand Avenue, Suite 100, Los Angeles, CA 90071-1560 <br> TELEPHONE NO.: (213) 485-1234  FAX NO. *(Optional)*: (213) 891-8763 <br> E-MAIL ADDRESS *(Optional)*: robert.perrin@lw.com <br> ATTORNEY FOR *(Name)*: PG&E Corp.; Pacific Gas and Electric Co. | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco
STREET ADDRESS: 400 McAllister Street, Department 610
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102-3680
BRANCH NAME: Civil Division

PLAINTIFF/PETITIONER: Rick Bowlinger

DEFENDANT/RESPONDENT: Lewis Chew et al.

| NOTICE OF STAY OF PROCEEDINGS | CASE NUMBER: <br> CGC-18-572326 |
|---|---|
| | JUDGE: Garrett L. Wong <br> DEPT.: 610 |

**To the court and to all parties:**

1. Declarant *(name)*: Robert W. Perrin

   a. [✓] is [ ] the party  [✓] the attorney for the party  who requested or caused the stay.

   b. [ ] is [ ] the plaintiff or petitioner [ ] the attorney for the plaintiff or petitioner. The party who requested the stay has not appeared in this case or is not subject to the jurisdiction of this court.

2. This case is stayed as follows:

   a. [✓] With regard to all parties.

   b. [ ] With regard to the following parties *(specify by name and party designation)*:

3. Reason for the stay:

   a. [✓] Automatic stay caused by a filing in another court. *(Attach a copy of the Notice of Commencement of Case, the bankruptcy petition, or other document showing that the stay is in effect, and showing the court, case number, debtor, and petitioners.)*

   b. [ ] Order of a federal court or of a higher California court. *(Attach a copy of the court order.)*

   c. [ ] Contractual arbitration under Code of Civil Procedure section 1281.4. *(Attach a copy of the order directing arbitration.)*

   d. [ ] Arbitration of attorney fees and costs under Business and Professions Code section 6201. *(Attach a copy of the client's request for arbitration showing filing and service.)*

   e. [ ] Other:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/1/2019

Robert W. Perrin
_____
(TYPE OR PRINT NAME OF DECLARANT)

▶ _____
(SIGNATURE)

Form Adopted for Mandatory Use <br> Judicial Council of California <br> CM-180 [Rev. January 1, 2007]

**NOTICE OF STAY OF PROCEEDINGS**

Cal. Rules of Court, rule 3.650 <br> www.courtinfo.ca.gov

Case: 19-30088   Doc# 894-8   Filed: 03/14/19   Entered: 03/14/19 18:50:30   Page 2 of 2