# EXHIBIT C

Case: 19-30088    Doc# 894-9    Filed: 03/14/19    Entered: 03/14/19 18:50:30    Page 1 of 6

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
Albert Y. Chang (SBN 296065)
Yury A. Kolesnikov (SBN 271173)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:      (858) 914-2001
Facsimile:      (858) 914-2002
E-mail: fbottini@bottinilaw.com
        achang@bottinilaw.com
        ykolesnikov@bottinilaw.com

*Attorneys for Plaintiff*

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

# COUNTY OF SAN FRANCISCO

| | |
|---|---|
| RICK BOWLINGER, derivatively on behalf of PG&E Corporation and Pacific Gas & Electric Company,<br><br>Plaintiff,<br><br>v.<br><br>LEWIS CHEW; RICHARD C. KELLY; FRED J. FOWLER; ROGER H. KIMMEL; RICHARD A. MESERVE; FORREST E. MILLER; BENITO (BEN) MINICUCCI; ERIC D. MULLINS; ROSENDO (RO) G. PARRA; BARBARA L. RAMBO; ANNE SHEN SMITH; GEISHA J. WILLIAMS; ANTHONY F. EARLEY JR.; JASON P. WELLS; PATRICK M. HOGAN; JULIE M. KANE; DINYAR B. MISTRY; DAVID S. THOMASON; MARYELLEN C. HERRINGER; JEH C. JOHNSON; NICKOLAS STAVROPOULOS; CHRISTOPHER P. JOHNS, BARRY LAWSON WILLIAMS; and DOES 1 through 50, inclusive,<br><br>Defendants,<br>and<br><br>PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,<br><br>Nominal Defendants. | Case No. CGC-18-572326<br><br>**PLAINTIFF'S RESPONSE TO NOMINAL DEFENDANTS PG&E CORPORATION AND PACIFIC GAS AND ELECTRIC COMPANY'S NOTICE OF STAY OF PROCEEDINGS**<br><br>Trial Date: None set<br>Complaint filed: December 24, 2018 |

Plaintiff's Response to Nominal Defendants' Notice of Stay of Proceedings

Case: 19-30088    Doc# 894-9    Filed: 03/14/19    Entered: 03/14/19 18:50:30    Page 2 of 6

Plaintiff Rick Bowlinger ("Plaintiff") respectfully submits this response to Nominal Defendants PG&E Corporation and Pacific Gas & Electric Company (collectively "PG&E", "Company", or "Companies")'s Notice of Stay of Proceedings ("Notice of Stay"), filed on February 1, 2019. Plaintiff hereby advises the Court that the Notice of Stay is inaccurate in that it states that the action is stayed as to all parties. The automatic stay associated with PG&E's bankruptcy does not apply to Plaintiff's claims against the Non-Debtor Defendants, which include Lewis Chew, Richard C. Kelly, Richard A. Meserve, Benito Minicucci, Rosendo G. Parra, Anne Shen Smith, Fred J. Fowler, Roger H. Kimmel, Forrest E. Miller, Eric D. Mullins, Barbara L. Rambo, Geisha J. Williams, Anthony F. Early Jr., Jason P. Wells, Patrick M. Hogan, Julie M. Kane, Dinyar B. Mistry, David S. Thomason, Maryellen C. Herringer, Jeh C. Johnson, Nickolas Stavropoulos, Christopher P. Johns, and Barry Lawson Williams. Accordingly, Plaintiff states as follows:

1. Plaintiff filed a shareholder derivative complaint for breach of fiduciary duty, abuse of control, corporate waste, and unjust enrichment on December 24, 2018. This complaint seeks damages for breach of fiduciary duty, unjust enrichment, abuse of control, and corporate waste against numerous Defendants including PG&E, Pacific Gas & Electric Company, and certain of PG&E's current and past officers and directors.

2. In addition to PG&E, the complaint names the following 22 defendants: Lewis Chew, Richard C. Kelly, Richard A. Meserve, Benito Minicucci, Rosendo G. Parra, Anne Shen Smith, Fred J. Fowler, Roger H. Kimmel, Forrest E. Miller, Eric D. Mullins, Barbara L. Rambo, Geisha J. Williams, Anthony F. Early, Jr., Jason P. Wells, Patrick M. Hogan, Julie M. Kane, Dinyar B. Mistry, David S. Thomason, Maryellen C. Herringer, Jeh C. Johnson, Nickolas Stavropoulos, Christopher P. Johns, and Barry Lawson Williams (collectively, the "Non-Debtor Defendants"). Plaintiff alleges that the Non-Debtor Defendants violated California common law.

3. On February 1, 2019, PG&E filed the Notice of Stay.

4. A Case Management Conference is scheduled in this action for May 29, 2019.

5. The automatic bankruptcy stay applies only to the debtor nominal defendants (PG&E Corporation and Pacific Gas & Electric Company) and does not extend to the Non-Debtor Defendants.

- 2 -
Plaintiff's Response to Nominal Defendants' Notice of Stay of Proceedings

Case: 19-30088    Doc# 894-9    Filed: 03/14/19    Entered: 03/14/19 18:50:30    Page 3 of 6

Specifically, "[i]n the absence of special circumstances, stays pursuant to section 362(a) are limited to debtors and do not include non-bankrupt co-defendants." *Ingersoll-Rand Fin. Corp. v. Miller Mining Co.*, 817 F.2d 1424, 1427 (9th Cir. 1987); *see also Croyden Assocs. v. Alleco, Inc.*, 969 F.2d 675, 677 (8th Cir. 1992) ("We are persuaded that the stay required by section 362 should extend only to claims against [the party in bankruptcy], and that the stay is not available to nonbankrupt codefendants, even if they are in a similar legal or factual nexus with the debtor.") (citation omitted); *Fortier v. Dona Anna Plaza Partners*, 747 F.2d 1324, 1330 (10th Cir. 1984) ("The language of the statute extends stay proceedings only to actions 'against the debtor.' There is nothing in the statute which purports to extend the stay to causes of action against solvent co-defendants of the debtor.").

6. For these reasons, Plaintiff requests that the Case Management Conference currently set for May 29, 2019 remain on calendar, and that any court order referring to a stay in this action clarify that the stay only applies to Nominal Defendants PG&E Corporation and Pacific Gas & Electric Company.

Dated: February 5, 2019

Respectfully submitted,

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
Albert Y. Chang (SBN 296065)
Yury A. Kolesnikov (SBN 271173)

s/ Francis A. Bottini, Jr.
Francis A. Bottini, Jr.

7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002
Email: fbottini@bottinilaw.com
achang@bottinilaw.com
ykolesnikov@bottinilaw.com

*Attorneys for Plaintiff*

# PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is: BOTTINI & BOTTINI, INC., 7817 Ivanhoe Avenue, Suite 102, La Jolla, California 92037.

On February 5, 2019, I served a true copy of the following document(s) described as:

**PLAINTIFF'S RESPONSE TO NOMINAL DEFENDANTS PG&E CORPORATION AND PACIFIC GAS AND ELECTRIC COMPANY'S NOTICE OF STAY OF PROCEEDINGS**

on the following parties:

LATHAM & WATKINS LLP
Robert W. Perrin
robert.perrin@lw.com
Michael J. Reiss
michael.reiss@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone:   (213) 485-1234
Facsimile:   (213) 891-8763

LATHAM & WATKINS LLP
James E. Brandt
james.brandt@lw.com
885 Third Avenue
New York, New York 10022-4834
Telephone:   (212) 906-1200
Facsimile:   (212) 751-4864

*Attorneys for Nominal Defendants PG&E Corporation and Pacific Gas and Electric Company*

☒   BY U.S. MAIL. I am readily familiar with the Firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business, addressed to the parties listed above.

☐   BY OVERNIGHT DELIVERY. I caused such envelope to be delivered by hand to the offices of the addressee(s) via FEDEX OVERNIGHT DELIVERY SERVICE.

☐   BY PERSONAL SERVICE. I caused the above-described document(s) to be personally delivered to the offices of the party(ies) listed above.

- 1 -

Proof of Service

☐ BY ELECTRONIC MAIL. I transmitted the above-described document(s) by electronic mail to the parties listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 5, 2019, at La Jolla, California.

*/s/ Stephanie Ammirati*
Stephanie M. Ammirati