# EXHIBIT D

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN FRANCISCO

400 MCALLISTER STREET, SAN FRANCISCO, CA 94102-4514

RICK BOWLINGER

                                    **Department 304**

                          PLAINTIFF (S)

              VS.

                                         **NO. CGC-18-572326**

LEWIS CHEW et al

                                    **Order Granting Complex
                                    Designation and for Single
                          DEFENDANT (S)        Assignment**

TO: ALL COUNSEL AND PARTIES IN PROPRIA PERSONA

The Application for Approval of Complex Designation filed Jan-25-2019, in the above-entitled action, is
GRANTED. Complex Designation is APPROVED and this action is singly assigned for all purposes.

The CASE MANAGEMENT CONFERENCE previously set for May-29-2019 is canceled.

It is hereby ordered that this entire action be assigned for all purposes to the Complex Litigation
Department, Judge ANNE-CHRISTINE MASSULLO, Department 304, of the California Superior Court for
the County of San Francisco at 400 McAllister Street, San Francisco, CA 94102.

A case management conference is set for Mar-21-2019 at 2:00 pm in Department 304. A JOINT case
management statement must be filed and an endorsed copy thereof delivered to Department 304 no
later than three (3) court days prior to the case management conference. Counsel is expected to appear
in person for this initial case management conference. All court dates must be reserved in advance with
the Clerk of the Court. The Clerk of the Court in Department 304 may be contacted at (415) 551-3729.

Any pending motions previously set for hearing in the Law and Motion or Discovery Departments should
be taken off calendar and the papers forwarded to Department 304 for possible re-setting at the time of
the case management conference.

Counsel for plaintiff shall provide a copy of this order and notice to all counsel of record and/or parties In
Propria Persona that are not listed in the attached certificate of service.

This case is now subject to mandatory e-filing and e-service pursuant to Local Rule 2.10. For e-filing
registration, training information and service list assistance, contact the Court's approved e-filing &
e-service provider at (888)529-7587.


DATED: FEB-08-2019                      Anne-Christine Massullo
                                        _____
                                        JUDGE




Order Granting Complex Designation and for Single Assignment
Form 000015

# CERTIFICATE OF SERVICE BY MAIL

I, the undersigned, certify that I am an employee of the Superior Court of California, County of San Francisco and not a party to the above-entitled cause and that on FEB-08-2019 I served the attached Order Granting Complex Designation and for Single Assignment by placing a copy thereof in an envelope addressed to all parties to this action as listed below. I then placed the envelope in the outgoing mail at 400 McAllister Street, San Francisco, CA 94102, on the date indicated above for collection, sealing of the envelope, attachment of required prepaid postage, and mailing on that date, following standard court practice.

Dated : FEB-08-2019                    By: DANIAL LEMIRE

FRANCIS A BOTTINI JR (175783)
BOTTINI & BOTTINI, INC.
7817 IVANHOE AVENUE
SUITE 102
LA JOLLA, CA 92037

ROBERT M. PERRIN (194485)
LATHAM & WATKINS LLP
355 SOUTH GRAND AVENUE
STE 100
LOS ANGELES, CA 90071-1560