```
 1  WEIL, GOTSHAL & MANGES LLP
    Stephen Karotkin (*pro hac vice*)
 2  (stephen.karotkin@weil.com)
    Jessica Liou (*pro hac vice*)
 3  (jessica.liou@weil.com)
    Matthew Goren (*pro hac vice*)
 4  (matthew.goren@weil.com)
    767 Fifth Avenue
 5  New York, NY 10153-0119
    Tel: 212 310 8000
 6  Fax: 212 310 8007

 7
    KELLER & BENVENUTTI LLP
 8  Tobias S. Keller (#151445)
    (tkeller@kellerbenvenutti.com)
 9  Jane Kim (#298192)
    (jkim@kellerbenvenutti.com)
10  Peter J. Benvenutti (#60566)
    (pbenvenutti@kellerbenvenutti.com)
11  650 California Street, Suite 1900
    San Francisco, CA 94108
12  Tel: 415 496 6723
    Fax: 650 636 9251
13
    *Proposed Attorneys for Debtors*
14  *and Debtors in Possession*
```

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF HEARING ON MOTION TO ENFORCE THE AUTOMATIC STAY AGAINST RICK BOWLINGER AND BOTTINI & BOTTINI, INC., PURSUANT TO 11 U.S.C. § 362(A)(3)**<br><br>Date: April 24, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102<br><br>**Objection Deadline**: April 10, 2019<br>                              4:00 p.m. (Pacific Time) |

**TO: RICK BOWLINGER; BOTTINI & BOTTINI, INC.**

      **PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

      **PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will hold a hearing on **April 24, 2019, at 9:30 a.m. (Pacific Time)** (the "**Omnibus Hearing**") in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

      **PLEASE TAKE FURTHER NOTICE** that, in addition to any other matters scheduled for the Omnibus Hearing, the Bankruptcy Court is scheduled to hear the **Motion to Enforce the Automatic Stay Against Rick Bowlinger and Bottini & Bottini, Inc., Pursuant to 11 U.S.C. § 362(a)(3)** [Dkt. No. 893] (the "**Motion**").

      **PLEASE TAKE FURTHER NOTICE** that any oppositions or responses to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for the Debtors at the above-referenced addresses so as to be received by no later than **4:00 p.m. (Pacific Time) on April 10, 2019**. Any oppositions or responses must be filed and served on all "Standard Parties" as defined in, and in accordance with, the *Order Implementing Certain Notice and Case Management Procedures* entered on March 6, 2019 [Dkt No. 759] ("**Case Management Order**"). **Any relief requested in the Motion may be granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order.** In deciding the Motion, the Court may consider any other document filed in these Chapter 11 Cases and related Adversary Proceedings.

      **PLEASE TAKE FURTHER NOTICE** that copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC , at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: March 14, 2019

      **WEIL, GOTSHAL & MANGES LLP**

      **KELLER & BENVENUTTI LLP**

      /s/ *Peter J. Benvenutti*
            Peter J. Benvenutti

      *Proposed Attorneys for Debtors and Debtors in Possession*