Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B .................................................................................................. $0

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B .................................................................................................. $700,670,254

    +

    1c. **Total of all property:**
    Copy line 92 from Schedule A/B .................................................................................................. $700,670,254

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D .............................. $0

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of Schedule E/F .............................................. $0

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F ...................... $700,309,269

    +

4. **Total liabilities**
    Lines 2 + 3a + 3b ............................................................................................................ $700,309,269