# UNITED STATES BANKRUPTCY COURT

**Case Number:**

**SPECIFIC NOTES REGARDING SCHEDULE AB**

# Schedule A/B: Assets — Real and Personal Property

**Part 1:** Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| General description | Type of account (if applicable) | Last 4 digits of account # (if applicable) | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | |
| 2.1 | | | |
| 3. **Checking, savings, money market, or financial brokerage accounts (Identify all)** | | | |
| 3.1 BANK OF AMERICA-CONTINUOUS EQUITY OFFERING | DISBURSEMENT | 2226 | $0 |
| 3.2 BANK OF AMERICA-CONTINUOUS EQUITY OFFERING | DISBURSEMENT | 0652 | $0 |
| 3.3 BANK OF AMERICA-CONTINUOUS EQUITY OFFERING | DISBURSEMENT | e+12 | $0 |
| 3.4 BANK OF AMERICA-CONTINUOUS EQUITY OFFERING | DISBURSEMENT | 0X30 | $0 |
| 3.5 BANK OF AMERICA-CONTINUOUS EQUITY OFFERING | DISBURSEMENT | 0X30 | $0 |
| 3.6 BANK OF AMERICA-CONTINUOUS EQUITY OFFERING | DISBURSEMENT | 2141 | $0 |
| 3.7 BANK OF AMERICA-CONTINUOUS EQUITY OFFERING | DISBURSEMENT | 0698 | $0 |
| 3.8 BANK OF AMERICA-CONTINUOUS EQUITY OFFERING | DISBURSEMENT | 0609 | $0 |
| 3.9 BANK OF AMERICA-CONTINUOUS EQUITY OFFERING | DISBURSEMENT | 4966 | $0 |
| 3.10 BANK OF AMERICA-CONTINUOUS EQUITY OFFERING | DISBURSEMENT | 7221 | $0 |
| 3.11 BANK OF AMERICA-CONTINUOUS EQUITY OFFERING | DISBURSEMENT | -362 | $0 |
| 3.12 BANK OF AMERICA-CONTINUOUS EQUITY OFFERING | DISBURSEMENT | 0189 | $0 |
| 3.13 BANK OF AMERICA-PAYROLL DISBURSEMENT | PAYROLL DISBURSEMENT | 7107 | $754,291 |
| 3.14 BANK OF AMERICA-PAYROLL DISBURSEMENT | PAYROLL DISBURSEMENT | 7981 | $0 |
| 3.15 BANK OF MARIN-DISBURSEMENT | DISBURSEMENT | 0132 | $17,967 |

## Schedule A/B: Assets — Real and Personal Property

**Part 1:**    **Cash and cash equivalents**

| | | | |
|---|---|---|---|
| 3.16 | BANK OF MARIN-DISBURSEMENT | DISBURSEMENT | 0140 | $4,403 |
| 3.17 | CITIBANK N. A.-COMMERCIAL PAPER PROGRAM | COMMERCIAL PAPER PROGRAM | 9167 | $0 |
| 3.18 | FIDELITY MANAGEMENT TRUST COMPANY-TRUST ACCOUNT | DISBURSEMENT | 137 | $0 |
| 3.19 | THE BANK OF NEW YORK MELLON-BROKERAGE | BROKERAGE | e+11 | $369,000,000 |
| 3.20 | THE BANK OF NEW YORK MELLON-PAYROLL DISBURSEMENT | PAYROLL DISBURSEMENT | 9946 | $0 |
| 3.21 | THE BANK OF NEW YORK MELLON-PG&E CONCENTRATION | PG&E CONCENTRATION | 9023 | $1,024,752 |
| 3.22 | THE BANK OF NEW YORK MELLON-VENDOR DISBURSEMENT | VENDOR DISBURSEMENT | 4558 | $0 |
| 3.23 | UNION BANK OF CALIFORNIA-PAYROLL DISBURSEMENT | PAYROLL DISBURSEMENT | 9557 | $737 |
| 3.24 | WELLS FARGO -RABBI TRUST ACCOUNT | DISBURSEMENT | 5400 | $2,687,615 |
| 3.25 | WELLS FARGO -RABBI TRUST ACCOUNT | DISBURSEMENT | 5300 | $163,361,444 |

4.    **Other cash equivalents (Identify all)**

4.1

5.    **Total of Part 1.**                                                                         $536,851,209

    Add lines 2 through 4. Copy the total to line 80.

**Specific Notes**

Current value of debtor's interest represents bank balances as of January 29, 2019.

## Schedule A/B: Assets — Real and Personal Property

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.

   ☐ Yes. Fill in the information below.

| General description | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____     _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 _____     _____

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.                    _____

Case: 19-30088     Doc# 898     Filed: 03/14/19     Entered: 03/14/19 22:29:29     Page 4 of 24

# Schedule A/B: Assets — Real and Personal Property

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

| General description | Face or requested amount | Doubtful or uncollectable | Current value of debtor's interest |
|---|---|---|---|

11. Accounts receivable

    11a. 90 days old or less: _____ - _____ = _____

    11b. Over 90 days old: _____ - _____ = _____

    11c. All accounts receivable: _____ - _____ = _____

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

Case: 19-30088    Doc# 898    Filed: 03/14/19    Entered: 03/14/19 22:29:29    Page 5 of 24

# Schedule A/B: Assets — Real and Personal Property

| Part 4: | Investments |
|---------|-------------|

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| General description | Valuation method used for current value | Current value of debtor's interest |
|---------------------|----------------------------------------|-----------------------------------|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:

| 15.1 | EXHIBIT ATTACHED | N/A | UNDETERMINED |
|------|------------------|-----|--------------|

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| **UNDETERMINED** |
|------------------|

| Legal Entity Name | Principal Address | Location of Incorporation | Federal Tax ID | Debtor/Non-Debtor | Ownership | Nature of Business |
|---|---|---|---|---|---|---|
| PG&E Corporation | 77 Beale Street, 32nd Floor, San Francisco, CA 94105 | California | 94-3234914 | Debtor | Parent Company | Holding Corporation |
| Pacific Gas and Electric Company | 77 Beale Street, 32nd Floor, San Francisco, CA 94105 | California | 94-0742640 | Debtor | 100% | Utility Operations |
| Morro Bay Mutual Water Company | 1290 Embarcadero, Morro Bay, County of San Luis Obispo, California, 93442-2068 | California | 77-0518563 | Non-Debtor | Mutual Benefit Corporation | Morro Bay Power Plant Property Rights Holder |
| Moss Landing Mutual Water Company | Dolan Road and California State Highway, 1 Moss Landing, California 95039 | California | 77-0516306 | Non-Debtor | Mutual Benefit Corporation | Moss Landing Power Plant Property Rights Holder |
| Pacific Energy Fuels Company | 77 Beale Street, 32nd Floor, San Francisco, CA 94105 | California | 94-3096168 | Non-Debtor | 100% | Inactive Entity |
| Fuelco LLC | One Ameren Plaza, 1901 Chouteau Ave., St. Louis, Missouri 63103 | Delaware | 51-0486653 | Non-Debtor | 50% | Joint Venture |
| Standard Pacific Gas Line Incorporated | 77 Beale Street, 32nd Floor, San Francisco, CA 94105 | California | 94-0890541 | Non-Debtor | 85.71% | Natural Gas Transportation |
| Eureka Energy Company | 77 Beale Street, 32nd Floor, San Francisco, CA 94105 | California | 94-2571032 | Non-Debtor | 100% | Marre Ranch Property Owner |
| Natural Gas Corporation of California | 77 Beale Street, 32nd Floor, San Francisco, CA 94105 | California | 94-0744670 | Non-Debtor | 100% | Gas Exploration Development Account Asset Amortization |
| Alaska Gas Exploration Associates | 245 Market Street, San Francisco, CA 94105 | California | 94-2670857 | Non-Debtor | 50% | Inactive Entity |
| Midway Power, LLC | 77 Beale Street, 32nd Floor, San Francisco, CA 94105 | Delaware | 65-1027188 | Non-Debtor | 100% | Real Property and License Owner |
| STARS Alliance, LLC | 1626 N. Litchfield Rd., Suite 230, Goodyear, Arizona | Delaware | 46-0671967 | Non-Debtor | 25% | Nuclear Plant Operator Alliance |
| PG&E National Energy Group, LLC | 77 Beale Street, 32nd Floor, San Francisco, CA 94105 | Delaware | 94-3234914 | Non-Debtor | 100% | Former Holder of National Energy & Gas Transmission, Inc. Equity |
| PG&E Corporation Support Services, Inc. | 77 Beale Street, 32nd Floor, San Francisco, CA 94105 | Delaware | 94-3296447 | Non-Debtor | 100% | Corporate Support Services |
| PG&E Corporation Support Services II, Inc. | 77 Beale Street, 32nd Floor, San Francisco, CA 94105 | Delaware | 20-5089001 | Non-Debtor | 100% | Corporate Support Services |
| PCG Capital, Inc. | 77 Beale Street, 32nd Floor, San Francisco, CA 94105 | Delaware | 94-3374539 | Non-Debtor | 100% | Capital Transactions |
| Pacific Energy Capital IV, LLC | 77 Beale Street, 32nd Floor, San Francisco, CA 94105 | Delaware | 27-2564086 | Non-Debtor | 100% | Energy Investments |

**Note:** Indentions above indicate subsidiary ownership

# Schedule A/B: Assets — Real and Personal Property

**Part 5:** **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 19.1 _____ | _____ | _____ | _____ | _____ |
| 20. **Work in progress** | | | | |
| 20.1 _____ | _____ | _____ | _____ | _____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| 21.1 _____ | _____ | _____ | _____ | _____ |
| 22. **Other Inventory or supplies** | | | | |
| 22.1 _____ | _____ | _____ | _____ | _____ |

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.   Book Value _____   Valuation method _____   Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Specific Notes**

## Schedule A/B: Assets — Real and Personal Property

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

**27.  Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|

**28.  Crops—either planted or harvested**

28.1 _____ | _____ | _____ | _____

**29.  Farm animals**
  Examples: Livestock, poultry, farm-raised fish

29.1 _____ | _____ | _____ | _____

**30.  Farm machinery and equipment**
  (Other than titled motor vehicles)

30.1 _____ | _____ | _____ | _____

**31.  Farm and fishing supplies, chemicals, and feed**

31.1 _____ | _____ | _____ | _____

**32.  Other farming and fishing-related property not already listed in Part 6**

32.1 _____ | _____ | _____ | _____

**33.  Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.                              _____

**34.  Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.     Book Value  _____     Valuation method  _____     Current value  _____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

Case: 19-30088    Doc# 898    Filed: 03/14/19    Entered: 03/14/19 22:29:29    Page 9 of 24

## Schedule A/B: Assets — Real and Personal Property

**Part 7:**        **Office furniture, fixtures, and equipment; and collectibles**

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| 39.1  FURNITURE & FIXTURES | $0 | N/A | $0 |
| **40.  Office fixtures** | | | |
| 40.1 | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 | | | |
| **42.  Collectibles** | | | |
| 42.1 | | | |

43.  **Total of Part 7**                                                                                                   $0

Add lines 39 through 42. Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Specific Notes**

Asset balances for certain inventory, furniture, fixtures, machinery, equipment, and vehicles are included in Schedule A/B Part 9: Real property.

# Schedule A/B: Assets — Real and Personal Property

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles - detail

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| 39.1   FURNITURE & FIXTURES | $0 | N/A | $0 |
| **40.  Office fixtures** | | | |
| 40.1 | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 | | | |
| **42.  Collectibles** | | | |
| 42.1 | | | |

43.  **Total of Part 7**                                                                          | $0 |

Add lines 39 through 42. Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Specific Notes**

Asset balances for certain inventory, furniture, fixtures, machinery, equipment, and vehicles are included in Schedule A/B Part 9: Real property.

Case: 19-30088    Doc# 898    Filed: 03/14/19    Entered: 03/14/19 22:29:29    Page 11 of 24

## Schedule A/B: Assets — Real and Personal Property

**Part 8:**　　Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No. Go to Part 9.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | | | |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    47.1 _____　_____　_____　_____

48. **Watercraft, trailers, motors, and related accessories**

    Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 _____　_____　_____　_____

49. **Aircraft and accessories**

    49.1 _____　_____　_____　_____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    50.1 _____　_____　_____　_____

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.

    ┌────────────┐
    │ _____ │
    └────────────┘

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

Case: 19-30088　　Doc# 898　　Filed: 03/14/19　　Entered: 03/14/19 22:29:29　　Page 12 of 24

Case Number:    19-30088 (DM)

## Schedule A/B: Assets — Real and Personal Property

| **Part 9:** | **Real property** |
|---|---|

54.  **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

55.1 _____   _____   _____   _____   _____

56.  **Total of Part 9**

Add the current value on all Question 55 lines and entries from any additional sheets. Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

**<u>Specific Notes</u>**

## Schedule A/B: Assets — Real and Personal Property

**Part 9:** **Real property - detail**

54. **Does the debtor own or lease any real property?**

- ☑ No. Go to Part 10.
- ☐ Yes. Fill in the information below.

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

55.1

56. **Total of Part 9**

Add the current value on all Question 55 lines and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

- ☑ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

**Specific Notes**

Case: 19-30088    Doc# 898    Filed: 03/14/19    Entered: 03/14/19 22:29:29    Page 14 of 24

## Schedule A/B: Assets — Real and Personal Property

**Part 10:**     **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1   VARIOUS | | N/A | UNDETERMINED |
| **61. Internet domain names and websites** | | | |
| 61.1   VARIOUS | | N/A | UNDETERMINED |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 | | | |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 | | | |
| **65. Goodwill** | | | |
| 65.1 | | | |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

                                                                                     **UNDETERMINED**

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

# Schedule A/B: Assets — Real and Personal Property

**Part 10:** Intangibles and intellectual property - detail

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 [PG E] PACIFIC GAS AND ELECTRIC COMPANY: 2724443 | | N/A | UNDETERMINED |
| 60.2 [PG E] PG&E CORPORATION: 2605031 | | N/A | UNDETERMINED |
| 60.3 PG&E (DESIGN): 1510438 | | N/A | UNDETERMINED |
| 60.4 PG&E: 2319987 | | N/A | UNDETERMINED |
| 60.5 SMARTER ENERGY LINE | | N/A | UNDETERMINED |
| **61. Internet domain names and websites** | | | |
| 61.1 2019PGEBANKRUPTCY.COM | | N/A | UNDETERMINED |
| 61.2 2019PGEREORGANIZATION.COM | | N/A | UNDETERMINED |
| 61.3 2019PGERESTRUCTURING.COM | | N/A | UNDETERMINED |
| 61.4 ALERTS-PGE.COM | | N/A | UNDETERMINED |
| 61.5 CHOPGATE.BIZ | | N/A | UNDETERMINED |
| 61.6 CHOPGATE.CO | | N/A | UNDETERMINED |
| 61.7 CHOPGATE.INFO | | N/A | UNDETERMINED |
| 61.8 CHOPGATE.MOBI | | N/A | UNDETERMINED |
| 61.9 CHOPGATE.NET | | N/A | UNDETERMINED |
| 61.10 CHOPGATE.ORG | | N/A | UNDETERMINED |
| 61.11 CHOPGATEPGE.COM | | N/A | UNDETERMINED |
| 61.12 CHOPGATEPGE.INFO | | N/A | UNDETERMINED |
| 61.13 CHOPGATEPGE.NET | | N/A | UNDETERMINED |
| 61.14 CHOPGATEPGE.ORG | | N/A | UNDETERMINED |
| 61.15 CHOPGATEPGE.US | | N/A | UNDETERMINED |
| 61.16 COOLHOMESAVERS.COM | | N/A | UNDETERMINED |
| 61.17 CTPG.US | | N/A | UNDETERMINED |
| 61.18 DIABLOCANYONPGE.COM | | N/A | UNDETERMINED |
| 61.19 EMAIL-PGE.COM | | N/A | UNDETERMINED |
| 61.20 ENERGYHOUSECALLS.COM | | N/A | UNDETERMINED |

## Schedule A/B: Assets — Real and Personal Property

| Part 10: | Intangibles and intellectual property - detail |
|---|---|

| | | | |
|---|---|---|---|
| 61.21 | GRC2014FACTS.COM | N/A | UNDETERMINED |
| 61.22 | HOMEENERGYREWARDS.COM | N/A | UNDETERMINED |
| 61.23 | HOMEENERGYREWARDSSHOP.COM | N/A | UNDETERMINED |
| 61.24 | HUNTERS-POINT.NET | N/A | UNDETERMINED |
| 61.25 | NEXT100.COM | N/A | UNDETERMINED |
| 61.26 | PACIFICGASANDELECTRICCO.COM | N/A | UNDETERMINED |
| 61.27 | PACIFICGASANDELECTRICCO.INFO | N/A | UNDETERMINED |
| 61.28 | PACIFICGASANDELECTRICCO.NET | N/A | UNDETERMINED |
| 61.29 | PACIFICGASANDELECTRICCOMPANY.BIZ | N/A | UNDETERMINED |
| 61.30 | PACIFICGASANDELECTRICCOMPANY.INFO | N/A | UNDETERMINED |
| 61.31 | PACIFICGASANDELECTRICCOMPANY.NET | N/A | UNDETERMINED |
| 61.32 | PGANDE.COM | N/A | UNDETERMINED |
| 61.33 | PGANDE.NET | N/A | UNDETERMINED |
| 61.34 | PGANDE.ORG | N/A | UNDETERMINED |
| 61.35 | PGANDECORP.COM | N/A | UNDETERMINED |
| 61.36 | PGANDECORP.NET | N/A | UNDETERMINED |
| 61.37 | PGANDECORPORATION.COM | N/A | UNDETERMINED |
| 61.38 | PGANDECORPORATION.NET | N/A | UNDETERMINED |
| 61.39 | PGE.BIZ | N/A | UNDETERMINED |
| 61.40 | PGE.COM | N/A | UNDETERMINED |
| 61.41 | P-G-E.COM | N/A | UNDETERMINED |
| 61.42 | PGE4ME.COM | N/A | UNDETERMINED |
| 61.43 | PGEALERT.COM | N/A | UNDETERMINED |
| 61.44 | PGEALERTS.COM | N/A | UNDETERMINED |
| 61.45 | PGEBANKRUPT.COM | N/A | UNDETERMINED |
| 61.46 | PGEBANKRUPTCY2019.COM | N/A | UNDETERMINED |
| 61.47 | PGEBRANDGUIDELINES.COM | N/A | UNDETERMINED |
| 61.48 | PGECA.COM | N/A | UNDETERMINED |
| 61.49 | PGECHAPTER11.COM | N/A | UNDETERMINED |
| 61.50 | PGECHOPGATE.COM | N/A | UNDETERMINED |
| 61.51 | PGECHOPGATE.INFO | N/A | UNDETERMINED |
| 61.52 | PGECHOPGATE.NET | N/A | UNDETERMINED |
| 61.53 | PGECHOPGATE.ORG | N/A | UNDETERMINED |
| 61.54 | PGECHOPGATE.US | N/A | UNDETERMINED |

## Schedule A/B: Assets — Real and Personal Property

**Part 10:**      Intangibles and intellectual property - detail

| | | | |
|---|---|---|---|
| 61.55 | PGECLAIMINFO.COM | N/A | UNDETERMINED |
| 61.56 | PGECOBRANDING.COM | N/A | UNDETERMINED |
| 61.57 | PGECOMMITMENT.COM | N/A | UNDETERMINED |
| 61.58 | PGE-CONFIRM.COM | N/A | UNDETERMINED |
| 61.59 | PGECORP.BIZ | N/A | UNDETERMINED |
| 61.60 | PGECORP.COM | N/A | UNDETERMINED |
| 61.61 | PGE-CORP.COM | N/A | UNDETERMINED |
| 61.62 | PGECORP.INFO | N/A | UNDETERMINED |
| 61.63 | PGECORP.ORG | N/A | UNDETERMINED |
| 61.64 | PGECORP.US | N/A | UNDETERMINED |
| 61.65 | PGE-CORPCAREERS.COM | N/A | UNDETERMINED |
| 61.66 | PGECORPFOUNDATION.ORG | N/A | UNDETERMINED |
| 61.67 | PGECROOKS.COM | N/A | UNDETERMINED |
| 61.68 | PGECURRENTS.COM | N/A | UNDETERMINED |
| 61.69 | PGECURRENTS.NET | N/A | UNDETERMINED |
| 61.70 | PGECURRENTS.ORG | N/A | UNDETERMINED |
| 61.71 | PGE-EITE.COM | N/A | UNDETERMINED |
| 61.72 | PGE-ENERGYPAC.COM | N/A | UNDETERMINED |
| 61.73 | PGE-EVRATES.COM | N/A | UNDETERMINED |
| 61.74 | PGEFAILURE.COM | N/A | UNDETERMINED |
| 61.75 | PGEFB.COM | N/A | UNDETERMINED |
| 61.76 | PGEGUILTY.COM | N/A | UNDETERMINED |
| 61.77 | PGEINSOLVENCY.COM | N/A | UNDETERMINED |
| 61.78 | PGE-INSURANCE.COM | N/A | UNDETERMINED |
| 61.79 | PGEMENTOR.COM | N/A | UNDETERMINED |
| 61.80 | PGEMULTIFAMILY.COM | N/A | UNDETERMINED |
| 61.81 | PGENET.COM | N/A | UNDETERMINED |
| 61.82 | PGENORCAL.COM | N/A | UNDETERMINED |
| 61.83 | PGENORTHERNCALIFORNIA.COM | N/A | UNDETERMINED |
| 61.84 | PGEREORGANIZATION2019.COM | N/A | UNDETERMINED |
| 61.85 | PGEREORGANIZES.COM | N/A | UNDETERMINED |
| 61.86 | PGERESPONDS.COM | N/A | UNDETERMINED |
| 61.87 | PGERESPONDS.NET | N/A | UNDETERMINED |
| 61.88 | PGERESPONDS.ORG | N/A | UNDETERMINED |

## Schedule A/B: Assets — Real and Personal Property

| Part 10: | Intangibles and intellectual property - detail |

| | | | |
|---|---|---|---|
| 61.89 | PGERESPONSE.COM | N/A | UNDETERMINED |
| 61.90 | PGERESPONSE.NET | N/A | UNDETERMINED |
| 61.91 | PGERESPONSE.ORG | N/A | UNDETERMINED |
| 61.92 | PGERESTRUCTURES.COM | N/A | UNDETERMINED |
| 61.93 | PGERESTRUCTURING2019.COM | N/A | UNDETERMINED |
| 61.94 | PGESEEOURPROGRESS.COM | N/A | UNDETERMINED |
| 61.95 | PGESOLARPROGRAMS.COM | N/A | UNDETERMINED |
| 61.96 | PGETEST.COM | N/A | UNDETERMINED |
| 61.97 | PGETRANSMISSION.COM | N/A | UNDETERMINED |
| 61.98 | PGEVOLUNTEERS.COM | N/A | UNDETERMINED |
| 61.99 | PGEVOLUNTEERS.INFO | N/A | UNDETERMINED |
| 61.100 | PGRESTRUCTURE.COM | N/A | UNDETERMINED |
| 61.101 | PIPELINE2020.COM | N/A | UNDETERMINED |
| 61.102 | PIPELINE2020.NET | N/A | UNDETERMINED |
| 61.103 | PIPELINE2020.ORG | N/A | UNDETERMINED |
| 61.104 | RATESPGE-SMARTRATE.COM | N/A | UNDETERMINED |
| 61.105 | SEEYOURPOWERBLOG.COM | N/A | UNDETERMINED |
| 61.106 | SMARTANDSIMPLEEVERYDAY.BIZ | N/A | UNDETERMINED |
| 61.107 | SMARTANDSIMPLEEVERYDAY.COM | N/A | UNDETERMINED |
| 61.108 | SMARTANDSIMPLEEVERYDAY.INFO | N/A | UNDETERMINED |
| 61.109 | SMARTANDSIMPLEEVERYDAY.MOBI | N/A | UNDETERMINED |
| 61.110 | SMARTANDSIMPLEEVERYDAY.NET | N/A | UNDETERMINED |
| 61.111 | SMARTSIMPLEEVERYDAY.BIZ | N/A | UNDETERMINED |
| 61.112 | SMARTSIMPLEEVERYDAY.COM | N/A | UNDETERMINED |
| 61.113 | SMARTSIMPLEEVERYDAY.INFO | N/A | UNDETERMINED |
| 61.114 | SMARTSIMPLEEVERYDAY.MOBI | N/A | UNDETERMINED |
| 61.115 | SMARTSIMPLEEVERYDAY.NET | N/A | UNDETERMINED |
| 61.116 | STEPUPANDPOWERDOWN.COM | N/A | UNDETERMINED |
| 61.117 | STEPUPANDPOWERDOWN.INFO | N/A | UNDETERMINED |
| 61.118 | STEPUPANDPOWERDOWN.NET | N/A | UNDETERMINED |
| 61.119 | STEPUPANDPOWERDOWN.ORG | N/A | UNDETERMINED |
| 61.120 | STEPUPANDPOWERDOWNMAIL.COM | N/A | UNDETERMINED |
| 61.121 | STEPUPWORKSHOP.COM | N/A | UNDETERMINED |
| 61.122 | STOPCHOPGATE.COM | N/A | UNDETERMINED |

## Schedule A/B: Assets — Real and Personal Property

| Part 10: | Intangibles and intellectual property - detail |
|---|---|

| | | | |
|---|---|---|---|
| 61.123 | STOPCHOPGATE.INFO | N/A | UNDETERMINED |
| 61.124 | STOPCHOPGATE.NET | N/A | UNDETERMINED |
| 61.125 | STOPCHOPGATE.ORG | N/A | UNDETERMINED |
| 61.126 | STOPCHOPGATE.US | N/A | UNDETERMINED |
| 61.127 | STOPPGE.COM | N/A | UNDETERMINED |
| 61.128 | STOPPGECHOPGATE.BIZ | N/A | UNDETERMINED |
| 61.129 | STOPPGECHOPGATE.CO | N/A | UNDETERMINED |
| 61.130 | STOPPGECHOPGATE.COM | N/A | UNDETERMINED |
| 61.131 | STOPPGECHOPGATE.INFO | N/A | UNDETERMINED |
| 61.132 | STOPPGECHOPGATE.MOBI | N/A | UNDETERMINED |
| 61.133 | STOPPGECHOPGATE.NET | N/A | UNDETERMINED |
| 61.134 | STOPPGECHOPGATE.ORG | N/A | UNDETERMINED |
| 61.135 | STOPPGECHOPGATE.US | N/A | UNDETERMINED |
| 61.136 | WATERENERGYSAVINGS.COM | N/A | UNDETERMINED |

62.  **Licenses, franchises, and royalties**

62.1

63.  **Customer lists, mailing lists, or other compilations**

63.1

64.  **Other intangibles, or intellectual property**

64.1

65.  **Goodwill**

65.1

## Schedule A/B: Assets — Real and Personal Property

**Part 10:**   Intangibles and intellectual property - detail

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

| UNDETERMINED |
| --- |

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

   ☑ No

   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   ☑ No

   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

Case: 19-30088   Doc# 898   Filed: 03/14/19   Entered: 03/14/19 22:29:29   Page 21 of 24

# Schedule A/B: Assets — Real and Personal Property

**Part 11:** **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form? Include all interests in executory contracts and unexpired leases not previously reported on this form.**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| General description | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

71.1 _____ _____

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| 72.1 | Federal Carryforward | $80,430,000 |
| 72.2 | State Carryforward | $700,000 |

73. **Interests in insurance policies or annuities**

73.1 _____ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 _____ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1 _____ _____

76. **Trusts, equitable or future interests in property**

76.1 _____ _____

## Schedule A/B: Assets — Real and Personal Property

**Part 11:**     **All other assets**

| General description | Current value of debtor's interest |
|---|---|

**77.**   **Other property of any kind not already listed Examples: Season tickets, country club membership**
Examples: Season tickets, country club membership

| | | |
|---|---|---|
| 77.1 | Intercompany Receivable from Pacific Gas and Electric Company | $76,363,020 |
| 77.2 | Intercompany Receivable from PCG Capital Inc. | $5,479 |
| 77.3 | Intercompany Receivable from PG&E Corporate Support Services II, Inc. | $6,317,318 |
| 77.4 | Intercompany Receivable from PG&E Corporate Support Services, Inc. | $3,229 |

**78.**   **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.

$163,819,045

**79.**   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Specific Notes**

A/B 72: Current Value of Debtor's Interest represent the value of the NOL carryforwards at the current tax rates of 21% for federal and 7% for state.

A/B 72: Certain tax assets with respect to refunds and overpayments which are subject to ongoing audits are not included in these schedules.

# Schedule A/B: Assets — Real and Personal Property

**Part 12:** Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property | Total of all property |
|---|---|---|---|
| 80. Cash, cash equivalents, and financial assets. Copy line 5, Part 1. | $536,851,209 | | |
| 81. Deposits and prepayments. Copy line 9, Part 2. | $0 | | |
| 82. Accounts receivable. Copy line 12, Part 3. | $0 | | |
| 83. Investments. Copy line 17, Part 4. | $0 | | |
| 84. Inventory. Copy line 23, Part 5. | $0 | | |
| 85. Farming and fishing-related assets. Copy line 33, Part 6. | $0 | | |
| 86. Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7. | $0 | | |
| 87. Machinery, equipment, and vehicles. Copy line 51, Part 8. | $0 | | |
| 88. Real property. Copy line 56, Part 9. | | $0 | |
| 89. Intangibles and intellectual property. Copy line 66, Part 10. | UNDETERMINED | | |
| 90. All other assets. Copy line 78, Part 11. | $163,819,045 | | |
| 91. Total. Add lines 80 through 90 for each column. | a. $700,670,254 | b. $0 | |

92. **Total of all property on Schedule A/B. Lines 91a + 91b = 92.**  $700,670,254