# UNITED STATES BANKRUPTCY COURT

**Case Number:**

**SPECIFIC NOTES REGARDING SCHEDULE D**

| PG&E Corporation | Case Number: 19-30088 (DM) |
|---|---|

## Schedule D: Creditors Who Have Claims Secured by Property

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C | U | D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|---|
| **Asserted Lien Claims** | | | | | | | | | | |
| 2.1 | ACCURATE AIR ENGINEERING<br>710 N SACRAMENTO ST<br>LODI, CA 95240 | ☐ | ☐ | ☐ | DATE: 1/9/2018<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| 2.2 | IRS/OHIO<br>P.O. BOX 145595<br>CINCINNATI, OH 45250-5595 | ☐ | ☐ | ☐ | DATE: 7/19/2010<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| 2.3 | RDO EQUIPMENT CO.<br>700 7TH ST. SOUTH<br>FARGO, ND 58103 | ☐ | ☐ | ☐ | DATE: 9/20/2016<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| 2.4 | STATE OF CALIFORNIA<br>CARLA ANDERSON<br>601 SEQUOIA PACIFIC BLVD<br>SACRAMENTO, CA 95811 | ☐ | ☐ | ☐ | LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| 2.5 | WOODRUFF KEVIN EXECUTOR<br>3494 CAMINO TASSAJARA STE 230<br>DANVILLE, CA 94506 | ☐ | ☐ | ☐ | DATE: 9/25/2015<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| | | | | | **Asserted Lien Claims Total:** | | | | **UNDETERMINED** | |

**Schedule D: Creditors Who Have Claims Secured by Property**

**Amount of Claim**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **UNDETERMINED**

**Specific Notes**

The schedule of asserted liens consists of all liens filed as of March 1, 2019.

## Schedule D: Creditors Who Have Claims Secured by Property

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

| Name and Mailing Address | Part 1 Line on which the Related Creditor was Listed | Last 4 Digits of Account Number for this Entity |
|---|---|---|
| NONE | | |