# UNITED STATES BANKRUPTCY COURT

**Case Number:**

**SPECIFIC NOTES REGARDING SCHEDULE G**

## Schedule G: Executory Contracts and Unexpired Leases

1.  **Does the debtor have any executory contracts or unexpired leases?**

   ☐  No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑  Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

| Nature of the Debtor's Interest | Expiration Date or Remaining Term | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **Customer Care & Real Property** | | | | | |
| 2. 1  REAL PROPERTY LEASE - DENTONS LAW FIRM | 2/28/2022 | CCCRSLS_001 24 | ☐ | DENTONS LAW FIRM | ONE MARKET STREET SAN FRANCISCO, CA 94105 |
| 2. 2  REAL PROPERTY LEASE - WASHINGTON DC LEASE | 8/31/2023 | CCCRSLS_001 16 | ☐ | IBEW HEADQUARTERS BUILDING LLC | IBEW HEADQUARTERS BUILDING LLC, C/O THE JOHN AKRIDGE CO, CHARLOTTE, NC 11111 |
| 2. 3  REAL PROPERTY LEASE - ONE MARKET - CORPORATE OFFICES | 2/28/2022 | CCCRSLS_001 15 | ☐ | PPF PARAMOUNT ONE MARKET PLAZA LP | PPF PARAMOUNT ONE MARKET PLAZA LP 1633 BROADWAY STE 1801 NEW YORK, NY 10019 |

Case: 19-30088    Doc# 901    Filed: 03/14/19    Entered: 03/14/19 22:43:31    Page 2 of 26

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date or Remaining Term | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **Finance & Risk Management** | | | | | |
| 2. 4 | DIRECTOR'S & OFFICER'S LIABILITY | 5/20/2019 | FNRSK_G2812 1490003 | ☐ | ACE AMERICAN INSURANCE COMPANY | ALLISON KEENAN 436 WALNUT STREET PHILADELPHIA, PA 19106 |
| 2. 5 | PROPERTY / EQ ONLY | 11/15/2019 | FNRSK_EUTN1 4318768 | ☐ | ACE AMERICAN INSURANCE COMPANY (STARR TECH) | RAY WALSHE 399 PARK AVENUE 9TH FLOOR NEW YORK, NY 10022 |
| 2. 6 | PROPERTY / EQ ONLY | 11/15/2019 | FNRSK_EUTN1 4318768 | ☐ | ACE AMERICAN INSURANCE COMPANY (STARR TECH) | RAY WALSHE 399 PARK AVENUE 9TH FLOOR NEW YORK, NY 10022 |
| 2. 7 | PROPERTY / TERRORISM | 11/15/2019 | FNRSK_EUTN1 4318690 | ☐ | ACE AMERICAN INSURANCE COMPANY (STARR TECH) | RAY WALSHE 399 PARK AVENUE 9TH FLOOR NEW YORK, NY 10022 |
| 2. 8 | BUSINESS TRAVEL (INTERNATIONAL) | 12/31/2019 | FNRSK_299440 -10-158 | ☐ | AETNA INTERNATIONAL | 151 FARMINGTON AVENUE HARTFORD, CT 6156 |
| 2. 9 | EXCESS LIABILITY | 8/1/2019 | FNRSK_PL180 0076 | ☐ | ALLIANZ GLOBAL CORPORATE & SPECIALTY SE | ROBERT JOHNSTON KÖNIGINSTRASSE 28 MUNICH 80802 GEORGIA |
| 2. 10 | PROPERTY / TERRORISM | 11/15/2019 | FNRSK_USE00 0426180W | ☐ | ALLIANZ GLOBAL RISKS | ANGELA SLATTERY 1465 NORTH MCDOWELL BLVD SUITE 100 PETALUMA, CA 94954 |
| 2. 11 | PROPERTY / TERRORISM | 11/15/2019 | FNRSK_USE00 0426180W | ☐ | ALLIANZ GLOBAL RISKS | ANGELA SLATTERY 1465 NORTH MCDOWELL BLVD SUITE 100 PETALUMA, CA 94954 |

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date or Remaining Term | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2. 12 PROPERTY / TERRORISM | 11/15/2019 | FNRSK_USE00 0426180W | ☐ | ALLIANZ GLOBAL RISKS | ANGELA SLATTERY 1465 NORTH MCDOWELL BLVD SUITE 100 PETALUMA, CA 94954 |
| 2. 13 PROPERTY / TERRORISM | 11/15/2019 | FNRSK_USE00 0426180W | ☐ | ALLIANZ GLOBAL RISKS | ANGELA SLATTERY 1465 NORTH MCDOWELL BLVD SUITE 100 PETALUMA, CA 94954 |
| 2. 14 DIRECTOR'S & OFFICER'S LIABILITY | 5/20/2019 | FNRSK_USF00 087118 | ☐ | ALLIANZ GLOBAL RISKS US INSURANCE COMPANY | COLIN LYONS 2350 EMPIRE AVENUE BURBANK, CA 91504 |
| 2. 15 DIRECTOR'S & OFFICER'S LIABILITY | 5/20/2019 | FNRSK_USF00 112918 | ☐ | ALLIANZ GLOBAL RISKS US INSURANCE COMPANY | COLIN LYONS 2350 EMPIRE AVENUE BURBANK, CA 91504 |
| 2. 16 EXCESS LIABILITY | 8/1/2019 | FNRSK_C0150 37 | ☐ | ALLIED WORLD ASSURANCE COMPANY | MIKE WATKINS 27 RICHMOND ROAD PEMBROKE BELGIUM |
| 2. 17 PROPERTY / EQ ONLY | 11/15/2019 | FNRSK_58-A2-XP-0000009-02 | ☐ | AMERICAN ALTERNATIVE INSURANCE COMPANY (MUNICH RE U.S.) | KATHY BOUEY 56 PERIMETER CENTER EAST, NE SUITE 500 ATLANTA, GA |
| 2. 18 PROPERTY / EQ ONLY | 11/15/2019 | FNRSK_58-A2-XP-0000009-02 | ☐ | AMERICAN ALTERNATIVE INSURANCE COMPANY (MUNICH RE U.S.) | KATHY BOUEY 56 PERIMETER CENTER EAST, NE SUITE 500 ATLANTA, GA |
| 2. 19 PROPERTY / TERRORISM | 11/15/2019 | FNRSK_58-A2-PP-0000023-06 | ☐ | AMERICAN ALTERNATIVE INSURANCE COMPANY (MUNICH RE U.S.) | KATHY BOUEY 56 PERIMETER CENTER EAST, NE SUITE 500 ATLANTA, GA |
| 2. 20 NUCLEAR LIABILITY | 1/1/2020 | FNRSK_N-74 | ☐ | AMERICAN NUCLEAR INSURERS (ANI) | JIM PALAIA 95 GLASTONBURY BLVD SUITE 300 GLASTONBURY, CT |

## Schedule G: Executory Contracts and Unexpired Leases

| | Nature of the Debtor's Interest | Expiration Date or Remaining Term | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|---|
| 2. 21 | NUCLEAR LIABILITY | 1/1/2020 | FNRSK_N-76 | ☐ | AMERICAN NUCLEAR INSURERS (ANI) | JIM PALAIA 95 GLASTONBURY BLVD SUITE 300 GLASTONBURY, CT |
| 2. 22 | NUCLEAR LIABILITY | 1/1/2020 | FNRSK_NF-113 | ☐ | AMERICAN NUCLEAR INSURERS (ANI) | JIM PALAIA 95 GLASTONBURY BLVD SUITE 300 GLASTONBURY, CT |
| 2. 23 | NUCLEAR LIABILITY | 1/1/2020 | FNRSK_NF-228 | ☐ | AMERICAN NUCLEAR INSURERS (ANI) | JIM PALAIA 95 GLASTONBURY BLVD SUITE 300 GLASTONBURY, CT |
| 2. 24 | NUCLEAR LIABILITY | 1/1/2020 | FNRSK_NS-369 | ☐ | AMERICAN NUCLEAR INSURERS (ANI) | JIM PALAIA 95 GLASTONBURY BLVD SUITE 300 GLASTONBURY, CT |
| 2. 25 | NUCLEAR LIABILITY | 1/1/2020 | FNRSK_NW-534 | ☐ | AMERICAN NUCLEAR INSURERS (ANI) | JIM PALAIA 95 GLASTONBURY BLVD SUITE 300 GLASTONBURY, CT |
| 2. 26 | NUCLEAR LIABILITY | 1/1/2020 | FNRSK_NW-605 | ☐ | AMERICAN NUCLEAR INSURERS (ANI) | JIM PALAIA 95 GLASTONBURY BLVD SUITE 300 GLASTONBURY, CT |
| 2. 27 | EXCESS LIABILITY | 8/1/2019 | FNRSK_PL180 0075 | ☐ | APOLLO (LLOYDS SYND) | CHRIS MOORE ONE BISHOPSGATE LONDON |
| 2. 28 | EXCESS LIABILITY | 8/1/2019 | FNRSK_URP00 61269-00 | ☐ | ARCH INSURANCE (BERMUDA) | IAN MACDONALD WATERLOO HOUSE, GROUND FLOOR 100 PITTS BAY ROAD PEMBROKE BELGIUM |

Case: 19-30088    Doc# 901    Filed: 03/14/19    Entered: 03/14/19 22:43:31    Page 5 of 26

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date or Remaining Term | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2. 29 | PROPERTY / TERRORISM | 11/15/2019 | FNRSK_B0509 BOWUI 11800346 | ☐ | ARCH INSURANCE COMPANY (EUROPE) LIMITED | LOUIS SCOTT 60 GREAT TOWER STREET PLANTATION PLACE SOUTH, 6TH FLOOR LONDON |
| 2. 30 | EXCESS LIABILITY | 8/1/2019 | FNRSK_URP00 61287 | ☐ | ARCH REINSURANCE LTD | SCOTT DUNSTAN WATERLOO HOUSE, GROUND FLOOR 100 PITTS BAY ROAD PEMBROKE BELGIUM |
| 2. 31 | DIRECTOR'S & OFFICER'S LIABILITY | 5/20/2019 | FNRSK_MLX42 09092-0 | ☐ | ARGONAUT INSURANCE COMPANY | CHRISTINE SCHNEIDER 175 EAST HOUSTON STREET SUITE 1300 SAN ANTONIO, TX |
| 2. 32 | PROPERTY / TERRORISM | 11/15/2019 | FNRSK_P1345 14 | ☐ | ARIEL RE BERMUDA (ARGO) | ANN HOLDEN 31 VICTORIA STREET HAMILTON BELGIUM |
| 2. 33 | PROPERTY / TERRORISM | 11/15/2019 | FNRSK_PWAE VHF18 | ☐ | ASPEN SPECIALTY INSURANCE COMPANY | DAN MURPHY 175 CAPITAL BOULEVARD SUITE 300 ROCKY HILL, CT 6067 |
| 2. 34 | CYBER LIABILITY | 12/18/2019 | FNRSK_CP563 0104P | ☐ | ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LIMITED | BRIAN MADDEN THE MAXWELL ROBERTS BUILDING ONE CHURCH STREET, FOURTH FLOOR HAMILTON BELGIUM |
| 2. 35 | DIRECTOR'S & OFFICER'S LIABILITY | 5/20/2019 | FNRSK_DP500 8417P | ☐ | ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LIMITED | BRIAN MADDEN THE MAXWELL ROBERTS BUILDING ONE CHURCH STREET, FOURTH FLOOR HAMILTON BELGIUM |

Case: 19-30088    Doc# 901    Filed: 03/14/19    Entered: 03/14/19 22:43:31    Page 6 of 26

## Schedule G: Executory Contracts and Unexpired Leases

| | Nature of the Debtor's Interest | Expiration Date or Remaining Term | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|---|
| 2. 36 | DIRECTOR'S & OFFICER'S LIABILITY | 5/20/2019 | FNRSK_DX574 8101P | ☐ | ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LIMITED | BRIAN MADDEN THE MAXWELL ROBERTS BUILDING ONE CHURCH STREET, FOURTH FLOOR HAMILTON BELGIUM |
| 2. 37 | EXCESS LIABILITY | 8/1/2019 | FNRSK_XL512 3607P | ☐ | ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LIMITED | BRIAN MADDEN THE MAXWELL ROBERTS BUILDING ONE CHURCH STREET, FOURTH FLOOR HAMILTON BELGIUM |
| 2. 38 | EXCESS WORK COMP | 8/1/2019 | FNRSK_WC513 7407P | ☐ | ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LIMITED | BRIAN MADDEN THE MAXWELL ROBERTS BUILDING ONE CHURCH STREET, FOURTH FLOOR HAMILTON BELGIUM |
| 2. 39 | FIDUCIARY LIABILITY | 5/20/2019 | FNRSK_FP501 1118P | ☐ | ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LIMITED | BRIAN MADDEN THE MAXWELL ROBERTS BUILDING ONE CHURCH STREET, FOURTH FLOOR HAMILTON BELGIUM |
| 2. 40 | PROPERTY / TERRORISM | 11/15/2019 | FNRSK_PO530 1005P | ☐ | ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LTD. (AEGIS U.S.) | STEVE SCOVIL 1 MEADOWLANDS PLAZA EAST RUTHERFORD, NJ 7073 |
| 2. 41 | PROPERTY / TERRORISM | 11/15/2019 | FNRSK_PO530 1005P | ☐ | ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LTD. (AEGIS U.S.) | STEVE SCOVIL 1 MEADOWLANDS PLAZA EAST RUTHERFORD, NJ 7073 |
| 2. 42 | PROPERTY / TERRORISM | 11/15/2019 | FNRSK_PO530 1005P | ☐ | ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LTD. (AEGIS U.S.) | STEVE SCOVIL 1 MEADOWLANDS PLAZA EAST RUTHERFORD, NJ 7073 |

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | | Expiration Date or Remaining Term | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|---|
| 2. 43 | CRIME / FIDELITY | 11/1/2019 | FNRSK_MLN63 3830/01/2018 | ☐ | AXIS INSURANCE COMPANY | 11680 GREAT OAKS WAY SUITE 500 ALPHARETTA, GA 30022 |
| 2. 44 | AUTHORIZATION AND AGREEMENT FOR TREASURY SERVICES | Evergreen | FNRSK_00091 | ☐ | BANK OF AMERICA | 100 NORTH TRYON ST CHARLOTTE, NORTH CAROLINA 28255 |
| 2. 45 | CREDIT AGREEMENT - CORPORATION REVOLVING CREDIT FACILITY | 4/17/2022 | FNRSK_00045 | ☐ | BANK OF AMERICA | 100 NORTH TRYON ST CHARLOTTE, NORTH CAROLINA 28255 |
| 2. 46 | TREASURY SERVICES TERMS AND CONDITIONS (VERSION 2010) | Evergreen | FNRSK_00090 | ☐ | BANK OF AMERICA | 100 NORTH TRYON ST CHARLOTTE, NORTH CAROLINA 28255 |
| 2. 47 | ABOUT BANK OF MARIN'S CHECKING AND SAVINGS PLANS DEPOSIT AGREEMENT AND DISCLOSURE STATEMENT (VERSION 2/1/2013) | Evergreen | FNRSK_00085 | ☐ | BANK OF MARIN | 1450 GRANT AVE NOVATO, CALIFORNIA 94945 |
| 2. 48 | BUSINESS ONLINE BANKING AND MASTER CASH MANAGEMENT AGREEMENT | Evergreen | FNRSK_00084 | ☐ | BANK OF MARIN | 1450 GRANT AVE NOVATO, CALIFORNIA 94945 |
| 2. 49 | EQUITY DISTRIBUTION AGREEMENT | Evergreen | FNRSK_00055 | ☐ | BANK OF NEW YORK MELLON | 240 GREENWICH ST NEW YORK, NEW YORK 10007 |
| 2. 50 | OFFICAL CHECK REQUEST SET-UP FORM A | Evergreen | FNRSK_00065 | ☐ | BANK OF NEW YORK MELLON | 240 GREENWICH ST NEW YORK, NEW YORK 10007 |
| 2. 51 | SCHEDULE A: CONFIRMATION OF ACCEPTANCE OF THE BANK OF NEW YORK MELLON TREASURY SERVICES TERMS AND CONDITION | Evergreen | FNRSK_00064 | ☐ | BANK OF NEW YORK MELLON | 240 GREENWICH ST NEW YORK, NEW YORK 10007 |
| 2. 52 | THE BANK OF NEW YORK MELLON TREASURY SERVICES TERMS AND CONDITIONS (VERSION 7/2017) | Evergreen | FNRSK_00063 | ☐ | BANK OF NEW YORK MELLON | 240 GREENWICH ST NEW YORK, NEW YORK 10007 |

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | | Expiration Date or Remaining Term | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|---|
| 2. 53 | CRIME / FIDELITY | 11/1/2019 | FNRSK_V2514 1180101 | ☐ | BEAZLEY INSURANCE COMPANY | 30 BATTERSON PARK ROAD FARMINGTON, CT 6032 |
| 2. 54 | CRIME / FIDELITY | 11/1/2019 | FNRSK_CCR-45002953-20 | ☐ | BERKELEY INSURANCE COMPANY | LEVEL 23 31 MARKET STREET SYDNEY AUSTRALIA |
| 2. 55 | DIRECTOR'S & OFFICER'S LIABILITY | 5/20/2019 | FNRSK_BPRO 8032243 | ☐ | BERKLEY INSURANCE COMPANY | ARRON LEDERMAN 757 THIRD AVENUE 10TH FLOOR NEW YORK, NY 10017 |
| 2. 56 | EXCESS LIABILITY - CAT BOND | 8/1/2019 | FNRSK_99991 | ☐ | CATASTROPHE BOND (CAL PHOENIX RE) | ONE AMERICAN ROW P.O. BOX 5056 HARTFORD, CT |
| 2. 57 | PROPERTY / TERRORISM | 11/15/2019 | FNRSK_PGE01 49P04 | ☐ | CHUBB BERMUDA | AARON SHEAD ACE BUILDING 17 WOODBOURNE AVENUE HAMILTON BELGIUM |
| 2. 58 | GLOBAL MANUAL TRANSACTION AUTHORIZATION (PHONE IN WIRES) | Evergreen | FNRSK_00071 | ☐ | CITIBANK | 388 GREENWICH ST NEW YORK, NEW YORK 10013 |
| 2. 59 | FINANCIAL ADVISOR AND INVESTMENT BANKING SERVICES | 12 months unless extended by mutually | FNRSK_00095 | ☐ | CITIGROUP GLOBAL MARKETS INC.(CITI) | 388 GREENWICH STREET, NY NY 10013 111 WALL ST. NY NY 10005 NEW YORK, NY |
| 2. 60 | DIRECTOR'S & OFFICER'S LIABILITY | 5/20/2019 | FNRSK_651998 866 | ☐ | CONTINENTAL CASUALTY COMPANY | CHRIS BAAR 333 SOUTH WABASH AVENUE CHICAGO, IL 60604 |
| 2. 61 | PRIMARY WORKERS COMPENSATION | 4/1/2019 | FNRSK_WCC6 41444172018 | ☐ | EMPLOYERS INSURANCE COMPANY OF WAUSAU (LIBERTY MUTUAL) | PAMELA SAVERA 2000 WESTWOOD DRIVE WAUSAU, WI 54401 |

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date or Remaining Term | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2. 62 | DIRECTOR'S & OFFICER'S LIABILITY | 5/20/2019 | FNRSK_DOX10 003965505 | ☐ | ENDURANCE RISK SOLUTIONS ASSURANCE COMPANY | ERIC SENATORE 3780 MANSELL ROAD SUITE 400 ALPHARETTA, GA 30022 |
| 2. 63 | CYBER LIABILITY | 12/18/2019 | FNRSK_440151 -18CY | ☐ | ENERGY INSURANCE MUTUAL | BRYAN OLIFF 3000 BAYPORT DR STE 550 TAMPA, FL 33607 |
| 2. 64 | DIRECTOR'S & OFFICER'S LIABILITY | 5/20/2019 | FNRSK_294001 -18DO | ☐ | ENERGY INSURANCE MUTUAL | BRYAN OLIFF 3000 BAYPORT DR STE 550 TAMPA, FL 33607 |
| 2. 65 | FIDUCIARY LIABILITY | 5/20/2019 | FNRSK_274000 -18FL | ☐ | ENERGY INSURANCE MUTUAL | BRYAN OLIFF 3000 BAYPORT DR STE 550 TAMPA, FL 33607 |
| 2. 66 | EXCESS LIABILITY | 8/1/2019 | FNRSK_254084 -18GL | ☐ | ENERGY INSURANCE MUTUAL LIMITED | SANDRA IMBRIANI 3000 BAYPORT DR STE 550 TAMPA, FL 33607 |
| 2. 67 | PROPERTY / TERRORISM | 11/15/2019 | FNRSK_311052 -18GP | ☐ | ENERGY INSURANCE MUTUAL LIMITED (NEIL) | SCOTT LEIMAN 3000 BAYPORT DR STE 550 TAMPA, FL 33607 |
| 2. 68 | PROPERTY / TERRORISM | 11/15/2019 | FNRSK_311063 -18GP | ☐ | ENERGY INSURANCE MUTUAL LIMITED (NEIL) | SCOTT LEIMAN 3000 BAYPORT DR STE 550 TAMPA, FL 33607 |
| 2. 69 | EXCESS LIABILITY REINSURANCE | 8/1/2019 | FNRSK_P033- 180272 | ☐ | ENERGY INSURANCE SERVICES, INC ON BEHALF OF AND FOR THE BENEFIT OF ITS MUTUAL BUSINESS PROGRAM NO. 33, A SOUTH CAROLINA PROTECTED CELL | RICHARD HOLDEN 409 KING ST STE 201 CHARLESTON, SC 29403 |

Case: 19-30088    Doc# 901    Filed: 03/14/19    Entered: 03/14/19 22:43:31    Page 10 of 26

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | | Expiration Date or Remaining Term | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|---|
| 2. 70 | EXCESS LIABILITY REINSURANCE | 8/1/2019 | FNRSK_P033-180274 | ☐ | ENERGY INSURANCE SERVICES, INC ON BEHALF OF AND FOR THE BENEFIT OF ITS MUTUAL BUSINESS PROGRAM NO. 33, A SOUTH CAROLINA PROTECTED CELL | RICHARD HOLDEN 409 KING ST STE 201 CHARLESTON, SC 29403 |
| 2. 71 | EXCESS LIABILITY REINSURANCE | 8/1/2019 | FNRSK_P033-180281 | ☐ | ENERGY INSURANCE SERVICES, INC ON BEHALF OF AND FOR THE BENEFIT OF ITS MUTUAL BUSINESS PROGRAM NO. 33, A SOUTH CAROLINA PROTECTED CELL | RICHARD HOLDEN 409 KING ST STE 201 CHARLESTON, SC 29403 |
| 2. 72 | EXCESS LIABILITY REINSURANCE | 8/1/2019 | FNRSK_P033-180282 | ☐ | ENERGY INSURANCE SERVICES, INC ON BEHALF OF AND FOR THE BENEFIT OF ITS MUTUAL BUSINESS PROGRAM NO. 33, A SOUTH CAROLINA PROTECTED CELL | RICHARD HOLDEN 409 KING ST STE 201 CHARLESTON, SC 29403 |
| 2. 73 | EXCESS LIABILITY REINSURANCE | 8/1/2019 | FNRSK_P033-180283 | ☐ | ENERGY INSURANCE SERVICES, INC ON BEHALF OF AND FOR THE BENEFIT OF ITS MUTUAL BUSINESS PROGRAM NO. 33, A SOUTH CAROLINA PROTECTED CELL | RICHARD HOLDEN 409 KING ST STE 201 CHARLESTON, SC 29403 |
| 2. 74 | NUCLEAR PROPERTY - DCPP | 4/1/2019 | FNRSK_A11/10 06/2018/0 | ☐ | EUROPEAN MUTUAL ASSOCIATION FOR NUCLEAR INSURANCE (EMANI) | AVENUE JULES BORDET, 166 BRUSSELS BELGIUM |
| 2. 75 | NUCLEAR PROPERTY - DCPP | 4/1/2019 | FNRSK_A11/10 06/2018/1 | ☐ | EUROPEAN MUTUAL ASSOCIATION FOR NUCLEAR INSURANCE (EMANI) | AVENUE JULES BORDET, 166 BRUSSELS BELGIUM |
| 2. 76 | NUCLEAR PROPERTY - DCPP | 4/1/2019 | FNRSK_A14/10 06/2018/0 | ☐ | EUROPEAN MUTUAL ASSOCIATION FOR NUCLEAR INSURANCE (EMANI) | AVENUE JULES BORDET, 166 BRUSSELS BELGIUM |
| 2. 77 | NUCLEAR PROPERTY - DCPP | 4/1/2019 | FNRSK_A14/10 06/2018/0 | ☐ | EUROPEAN MUTUAL ASSOCIATION FOR NUCLEAR INSURANCE (EMANI) | AVENUE JULES BORDET, 166 BRUSSELS BELGIUM |
| 2. 78 | ADVISOR | 1/23/2019 | FNRSK_00096 | ☐ | EVERCORE GROUP LLC | 55 EAST 52ND STREET, NY NEW YORK, NY 10055 |

Case: 19-30088    Doc# 901    Filed: 03/14/19    Entered: 03/14/19 22:43:31    Page 11 of 26

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date or Remaining Term | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2. 79 | RAILROAD PROTECTIVE LIABILITY | 5/10/2019 | FNRSK_EN4GL 00134-181 | ☐ | EVEREST INSURANCE (FRONTED) | DIANNE O'SHAUGHNESSY SEON PLACE, 141 FRONT STREET, 4TH FLOOR PO BOX HM 845 HAMILTON BELGIUM |
| 2. 80 | FINANCIAL SERVICES AGREEMENT | Evergreen | FNRSK_00038 | ☐ | FINANCIAL ENGINES, INC. | 1804 EMBARCADERO RD PALO ALTO, CA 94303 |
| 2. 81 | LIMITED TRADEMARK LICENSE AGREEMENT | Evergreen | FNRSK_00037 | ☐ | FINANCIAL ENGINES, INC. | 1804 EMBARCADERO RD PALO ALTO, CA 94303 |
| 2. 82 | RUSSELL SERVICES AND PRODUCTS AGREEMENT | Evergreen | FNRSK_00034 | ☐ | FRANK RUSSELL COMPANY | 1301 2ND AVE 18TH FLOOR SEATTLE, WA 98101 |
| 2. 83 | PROPERTY / TERRORISM | 11/15/2019 | FNRSK_1OF15 6532-2018-1 | ☐ | GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA (SCOR RE) | KEVIN KNOER 199 WATER STREET SUITE 2100 NEW YORK, NY |
| 2. 84 | EXCESS LIABILITY | 8/1/2019 | FNRSK_F02426 822018 | ☐ | GREAT LAKES INSURANCE SE (MUNICH) | SUSANNE ROGNER KÖNIGINSTRAßE 107 MÜNCHEN GEORGIA |
| 2. 85 | EXCESS LIABILITY | 8/1/2019 | FNRSK_CX17-5439 | ☐ | HAMILTON RE | STEPHEN HARTWIG WELLESLEY HOUSE NORTH 1ST FLOOR, 90 PITTS BAY ROAD PEMBROKE BELGIUM |
| 2. 86 | PROPERTY / EQ ONLY | 11/15/2019 | FNRSK_PX18-4581-01 | ☐ | HAMILTON RE LIMITED | RACHEL SOARES WELLESLEY HOUSE NORTH 1ST FLOOR, 90 PITTS BAY ROAD PEMBROKE BELGIUM |

Case: 19-30088   Doc# 901   Filed: 03/14/19   Entered: 03/14/19 22:43:31   Page 12 of 26

## Schedule G: Executory Contracts and Unexpired Leases

| | Nature of the Debtor's Interest | Expiration Date or Remaining Term | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|---|
| 2. 87 | PROPERTY / TERRORISM | 11/15/2019 | FNRSK_PGXD1 547601 | ☐ | HDI GLOBAL INSURANCE COMPANY | GEOFF BRODHEAD 150 NORTH WACKER DRIVE 29TH FLOOR CHICAGO, IL 60606 |
| 2. 88 | PROPERTY / TERRORISM | 11/15/2019 | FNRSK_PGXD5 5310-00 | ☐ | HDI GLOBAL INSURANCE COMPANY | GEOFF BRODHEAD 150 NORTH WACKER DRIVE 29TH FLOOR CHICAGO, IL 60606 |
| 2. 89 | PROPERTY / TERRORISM | 11/15/2019 | FNRSK_PGXD5 5311-00 | ☐ | HDI GLOBAL INSURANCE COMPANY | GEOFF BRODHEAD 150 NORTH WACKER DRIVE 29TH FLOOR CHICAGO, IL 60606 |
| 2. 90 | PROPERTY / TERRORISM | 11/15/2019 | FNRSK_18-3954 | ☐ | HELVETIA SCHWEIZERISCHE VERSICHERUNGSGESELLSCHAFT AG (HELVETIA) | NIKOLETTA THOMA DUFOURSTRASSE 40 SANKT GALLEN 9000 |
| 2. 91 | DIRECTOR'S & OFFICER'S LIABILITY | 5/20/2019 | FNRSK_24-MGU-18-A13813 | ☐ | HOUSTON CASUALTY COMPANY | STEFANO FILIBERTI 13403 NORTHWEST FREEWAY HOUSTON, TX 77040 |
| 2. 92 | EXCESS LIABILITY | 8/1/2019 | FNRSK_PL180 0073 | ☐ | INTERHANNOVER | WOLFGANG GANZ RODERBRUCHSTRASSE 26 HANNOVER 30655 |
| 2. 93 | ACCESS TO IPREO BD CORPORATE WEBSITE | 11/30/2019 | FNRSK_00042 | ☐ | IPREO LLC | 450 WEST 33RD STREET 5TH FLOOR NEW YORK, NY 10001 |
| 2. 94 | CAPITAL STRUCTURE FINANCIAL ADVISORYSHAREHOLDER ADVISORY | Evergreen | FNRSK_00039 | ☐ | LAZARD FRERES & CO, LLC | 30 ROCKEFELLER PLAZA NEW YORK, NY 10112 |
| 2. 95 | PRIMARY AUTO LIABILITY | 4/1/2019 | FNRSK_AS264 1444172038 | ☐ | LIBERTY MUTUAL FIRE INSURANCE | 100 LIBERTY WAY DOVER, NH 3820 |
| 2. 96 | PRIMARY GENERAL LIABILITY | 4/1/2019 | FNRSK_TB264 1444172028 | ☐ | LIBERTY MUTUAL FIRE INSURANCE | 100 LIBERTY WAY DOVER, NH 3820 |

Case: 19-30088   Doc# 901   Filed: 03/14/19   Entered: 03/14/19 22:43:31   Page 13 of 26

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date or Remaining Term | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2. 97 PROPERTY / EQ ONLY | 11/15/2019 | FNRSK_100028 3071-02 | ☐ | LIBERTY SURPLUS INSURANCE COMPANY | AMBER TOWNSEND 175 BERKELEY STREET BOSTON, MA 2116 |
| 2. 98 PROPERTY / TERRORISM | 11/15/2019 | FNRSK_100018 0537-11 | ☐ | LIBERTY SURPLUS INSURANCE CORPORATION | AMBER TOWNSEND 175 BERKELEY STREET BOSTON, MA 2116 |
| 2. 99 PROPERTY / TERRORISM | 11/15/2019 | FNRSK_100032 3742-01 | ☐ | LIBERTY SURPLUS INSURANCE CORPORATION | AMBER TOWNSEND 175 BERKELEY STREET BOSTON, MA 2116 |
| 2. 100 BUSINESS TRAVEL (DOMESTIC) | 12/31/2019 | FNRSK_ABL 637340 | ☐ | LIFE INSURANCE COMPANY OF NORTH AMERICA (CIGNA) | 1601 CHESTNUT STREET 2 LIBERTY PLACE PHILADELPHIA, PA |
| 2. 101 DIRECTOR'S & OFFICER'S LIABILITY | 5/20/2019 | FNRSK_B0509 FINMW1800858 | ☐ | LLOYD OF LONDON BARBICAN SYNDICATE | ROBERT BARNES 1 LIME STREET LONDON |
| 2. 102 DIRECTOR'S & OFFICER'S LIABILITY | 5/20/2019 | FNRSK_B0509 FINMW1800308 | ☐ | LLOYDS OF LONDON HISCOX (ALPHA) | ROBERT BARNES 1 LIME STREET LONDON |
| 2. 103 DIRECTOR'S & OFFICER'S LIABILITY | 5/20/2019 | FNRSK_B0509 FINMW1800309 | ☐ | LLOYDS OF LONDON MUNICH RE | ANDREAS SCHLAYER ONE LIME STREET LONDON |
| 2. 104 PROPERTY / CONTROL OF WELL | 11/15/2019 | FNRSK_10972 | ☐ | LLOYD'S OF LONDON SYNDICATES | ROBERT BARNES 1 LIME STREET LONDON |
| 2. 105 HOLDING COMPANY TERM LOAN | 4/16/2020 | FNRSK_00051 | ☐ | MIZUHO | 320 PARK AVE NEW YORK, NEW YORK 10020 |
| 2. 106 EQUITY DISTRIBUTION AGREEMENT | Evergreen | FNRSK_00054 | ☐ | MORGAN STANLEY | 1585 BROADWAY NEW YORK, NEW YORK 10036 |
| 2. 107 ADVISOR | 2/11/2019 | FNRSK_00097 | ☐ | MORGAN STANLEY & CO LLC | 1585 BROADWAY, NY NEW YORK, NY 10036 |

Case: 19-30088   Doc# 901   Filed: 03/14/19   Entered: 03/14/19 22:43:31   Page 14 of 26

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date or Remaining Term | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2. 108 EXCESS LIABILITY | 8/1/2019 | FNRSK_PL180 0074 | ☐ | MS AMLIN (LLOYDS SYND) | DUEANE DILL 122 LEADENHALL STREET LONDON |
| 2. 109 DATA LICENSE AGREEMENT | Evergreen | FNRSK_00035 | ☐ | MSCI INC. | 7 WORLD TRADE CENTER 250 GREENWICH ST. 49TH FLOOR NEW YORK, NY 10007 |
| 2. 110 CYBER LIABILITY | 12/18/2019 | FNRSK_F02663 382018 | ☐ | MUNICH RE | ANDREAS SCHLAYER HELENS 1 UNDERSHAFT LONDON |
| 2. 111 PROPERTY / EQ ONLY | 11/15/2019 | FNRSK_42-XPR-302012-04 | ☐ | NATIONAL FIRE & MARINE INSURANCE COMPANY (BERKSHIRE HATHAWAY SPECIALTY INSURANCE) | MIKE LINDSEY 100 FEDERAL STREET 20TH FLOOR BOSTON, MA 2110 |
| 2. 112 PROPERTY / EQ ONLY | 11/15/2019 | FNRSK_42-XPR-302012-04 | ☐ | NATIONAL FIRE & MARINE INSURANCE COMPANY (BERKSHIRE HATHAWAY SPECIALTY INSURANCE) | MIKE LINDSEY 100 FEDERAL STREET 20TH FLOOR BOSTON, MA 2110 |
| 2. 113 PROPERTY / EQ ONLY | 11/15/2019 | FNRSK_42-XPR-302012-04 | ☐ | NATIONAL FIRE & MARINE INSURANCE COMPANY (BERKSHIRE HATHAWAY SPECIALTY INSURANCE) | MIKE LINDSEY 100 FEDERAL STREET 20TH FLOOR BOSTON, MA 2110 |
| 2. 114 EXCESS LIABILITY | 8/1/2019 | FNRSK_PL180 0065 | ☐ | NATIONAL FIRE AND MARINE INSURANCE COMPANY (BERKSHIRE) | ROBERT LOVE 3024 HARNEY STREET OMAHA, NE 68131 |
| 2. 115 PROPERTY / TERRORISM | 11/15/2019 | FNRSK_18NMN Y1682-01 | ☐ | NAVIGATORS MANAGEMENT COMPANY, INC. NEW YORK | JERRY WOSLEGER RECKSON EXECUTIVE PARK 6 INTERNATIONAL DRIVE RYE BROOK, NY 10573 |
| 2. 116 DIRECTOR'S & OFFICER'S LIABILITY | 5/20/2019 | FNRSK_DOE10 0000505 | ☐ | NORTH AMERICAN SPECIALTY INSURANCE COMPANY | CHRISTOPHER FAVORITO 5200 METCALF AVENUE OVERLAND PARK, KS |

Case: 19-30088    Doc# 901    Filed: 03/14/19    Entered: 03/14/19 22:43:31    Page 15 of 26

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date or Remaining Term | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2. 117 NUCLEAR PROPERTY - DCPP | 4/1/2019 | FNRSK_BX18-007 | ☐ | NUCLEAR ELECTRIC INSURANCE LIMITED (NEIL) | DUANE MORRIS LLP AS AGENT FOR NEIL 1201 MARKET ST STE 1100 WILMINGTON, DE 19801 |
| 2. 118 NUCLEAR PROPERTY - DCPP | 4/1/2019 | FNRSK_E18-042 | ☐ | NUCLEAR ELECTRIC INSURANCE LIMITED (NEIL) | DUANE MORRIS LLP AS AGENT FOR NEIL 1201 MARKET ST STE 1100 WILMINGTON, DE 19801 |
| 2. 119 NUCLEAR PROPERTY - DCPP | 4/1/2019 | FNRSK_NSIC-18-015 | ☐ | NUCLEAR ELECTRIC INSURANCE LIMITED (NEIL) | DUANE MORRIS LLP AS AGENT FOR NEIL 1201 MARKET ST STE 1100 WILMINGTON, DE 19801 |
| 2. 120 NUCLEAR PROPERTY - DCPP | 4/1/2019 | FNRSK_P18-027 | ☐ | NUCLEAR ELECTRIC INSURANCE LIMITED (NEIL) | DUANE MORRIS LLP AS AGENT FOR NEIL 1201 MARKET ST STE 1100 WILMINGTON, DE 19801 |
| 2. 121 NUCLEAR PROPERTY - HBPP | 4/1/2019 | FNRSK_P18-028 | ☐ | NUCLEAR ELECTRIC INSURANCE LIMITED (NEIL) | DUANE MORRIS LLP AS AGENT FOR NEIL 1201 MARKET ST STE 1100 WILMINGTON, DE 19801 |
| 2. 122 NUCLEAR PROPERTY | 4/1/2019 | FNRSK_99992 | ☐ | NUCLEAR ELECTRIC INSURANCE LIMITED (NEIL) - RETROSPECTIVE PREMIUM ASSESSMENT | 1201 MARKET STREET SUITE 1100 WILMINGTON, DE 19801 |
| 2. 123 PROPERTY / EQ ONLY | 11/15/2019 | FNRSK_P-102291-1118 | ☐ | OIL CASUALTY INSURANCE LIMITED (OCIL) | ROLF FISCHER 3 BERMUDIANA ROAD HAMILTON BELGIUM |
| 2. 124 QUARTERLY OPERATOR-ASSISTED IR AUDIO CONFERENCE | Evergreen | FNRSK_00043 | ☐ | Q4 INC. | 469-A KING ST. W. TORONTO, ONTARIO CANADA |
| 2. 125 CRIME / FIDELITY | 11/1/2019 | FNRSK_BND010103 | ☐ | RLI INSURANCE COMPANY | 9025 NORTH LINDBERGH DRIVE PEORIA, IL |

Case: 19-30088    Doc# 901    Filed: 03/14/19    Entered: 03/14/19 22:43:31    Page 16 of 26

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date or Remaining Term | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2. 126 EQUITY DISTRIBUTION AGREEMENT | Evergreen | FNRSK_00053 | ☐ | ROYAL BANK OF CANADA | 200 VESEY ST NEW YORK, NEW YORK 10281 |
| 2. 127 IMPLEMENTATION SERVICES AGREEMENT | Evergreen | FNRSK_00032 | ☐ | RUSSELL IMPLEMENTATION SERVICES INC | 1301 2ND AVE 18TH FLOOR SEATTLE, WA 98101 |
| 2. 128 IMPLEMENTATION SERVICES AGREEMENT | Evergreen | FNRSK_00033 | ☐ | RUSSELL IMPLEMENTATION SERVICES INC | 1301 2ND AVE 18TH FLOOR SEATTLE, WA 98101 |
| 2. 129 RATINGS DIRECT/RATINGS EXPRESS | 10/31/2019 | FNRSK_00041 | ☐ | S&P GLOBAL MARKET INTELLIGENCE | 55 WATER STREET NEW YORK, NY 10041 |
| 2. 130 SNL ENERGY, CAPITAL IQ | 10/31/2019 | FNRSK_00040 | ☐ | S&P GLOBAL MARKET INTELLIGENCE | 55 WATER STREET NEW YORK, NY 10041 |
| 2. 131 CRIME / FIDELITY | 11/1/2019 | FNRSK_100062 1262181 | ☐ | STARR INDEMNITY & LIABILITY COMPANY | MARIA FONG 399 PARK AVENUE 8TH FLOOR NEW YORK, NY 10022 |
| 2. 132 DIRECTOR'S & OFFICER'S LIABILITY | 5/20/2019 | FNRSK_1.0000 588002E+12 | ☐ | STARR INDEMNITY & LIABILITY COMPANY | MARIA FONG 399 PARK AVENUE 8TH FLOOR NEW YORK, NY 10022 |
| 2. 133 INVESTMENT MANAGER AGREEMENT | Evergreen | FNRSK_00036 | ☐ | STATE STREET BANK AND TRUST COMPANY | ONE MARKET STREET STEUART TOWER STE 1700 SAN FRANCISCO, CA 94105 |
| 2. 134 EXCESS LIABILITY | 8/1/2019 | FNRSK_MH222 48721 | ☐ | SWISS RE INTERNATIONAL SE | ARELY SONDEREGGER 2A, RUE ALBERT BORSCHETTE LUXEMBOURG 1246 LUXEMBOURG |
| 2. 135 PROPERTY / TERRORISM | 11/15/2019 | FNRSK_MH190 999 | ☐ | SWISS RE INTERNATIONAL SE (SWISS RE) | FABIAN LUETHI MYTHENQUAI 50/60 ZURICH 8022 |

Case: 19-30088   Doc# 901   Filed: 03/14/19   Entered: 03/14/19 22:43:31   Page 17 of 26

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | | Expiration Date or Remaining Term | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|---|
| 2. 136 | INVESTMENT AGENCY APPOINTMENT AND PARTICIPATION AUTHORIZATION | Evergreen | FNRSK_00017 | ☐ | T ROWE PRICE TRUST COMPANY | 4525 PAINTERS MILL RD BUILDING 4 OWINGS MILLS, MD 21117 |
| 2. 137 | INSURANCE PORTFOLIO MANAGEMENT ADMINISTRATIVE SERVICE AGREEMENT | Evergreen | FNRSK_00031 | ☐ | TBG/LYNCH | 200 CENTRAL AVE SUITE 2210 ST. PETERSBURG, FL 33701 |
| 2. 138 | DIRECTOR'S & OFFICER'S LIABILITY | 5/20/2019 | FNRSK_57DA0 32956918 | ☐ | TWIN CITY FIRE INSURANCE COMPANY | KELLY FAYAUD ONE HARTFORD PLAZA T 16 85 HARTFORD, CT 6155 |
| 2. 139 | PROPERTY / TERRORISM | 11/15/2019 | FNRSK_B0509 BOWU 11800346 | ☐ | UNDERWRITERS AT LLOYD'S (AEGIS UK) SYNDICATE NO. AES 1225 | NEVILLE DREW 110 FENCHURCH STREET LONDON |
| 2. 140 | PROPERTY / TERRORISM | 11/15/2019 | FNRSK_EN100 272-18 | ☐ | UNDERWRITERS AT LLOYD'S (FREBERG ENVIRONMENTAL) SYNDICATE NO. 1458 RNR | LARRY KUNTZ 115 SOUTH LASALLE STREET 2450 CHICAGO, IL 60603 |
| 2. 141 | PROPERTY / EQ ONLY | 11/15/2019 | FNRSK_AJJ231 145C18 | ☐ | UNDERWRITERS AT LLOYD'S (TALBOT) SYNDICATE NO. 1183 (VALIDUS UNDERWRITING RISK SERVICES) | CHRIS SONNEMAN 48 WALL STREET 7TH FLOOR NEW YORK, NY 10005 |
| 2. 142 | PROPERTY / EQ ONLY | 11/15/2019 | FNRSK_AJK24 9662B18 | ☐ | UNDERWRITERS AT LLOYD'S (TALBOT) SYNDICATE NO. 1183 (VALIDUS UNDERWRITING RISK SERVICES) | CHRIS SONNEMAN 48 WALL STREET 7TH FLOOR NEW YORK, NY 10005 |
| 2. 143 | PROPERTY / TERRORISM | 11/15/2019 | FNRSK_AJK08 8027L18 | ☐ | UNDERWRITERS AT LLOYD'S (TALBOT) SYNDICATE NO. 1183 (VALIDUS UNDERWRITING RISK SERVICES) | CHRIS SONNEMAN 48 WALL STREET 7TH FLOOR NEW YORK, NY 10005 |
| 2. 144 | PROPERTY / TERRORISM | 11/15/2019 | FNRSK_B0509 BOWU 11800346 | ☐ | UNDERWRITERS AT LLOYD'S (TRAVELERS) SYNDICATE NO. TRV 5000 | LOUIS SCOTT EXCHEQUER COURT 33 ST. MARY AXE LONDON |
| 2. 145 | AVIATION INSURANCE | 2/28/2019 | FNRSK_SIHL 1-A296 | ☐ | UNITED STATES AIRCRAFT INSURANCE GROUP (USAIG) | 125 BROAD STREET SIXTH FLOOR NEW YORK, NY 10004 |

Case: 19-30088    Doc# 901    Filed: 03/14/19    Entered: 03/14/19 22:43:31    Page 18 of 26

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date or Remaining Term | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2. 146  EQUITY DISTRIBUTION AGREEMENT | Evergreen | FNRSK_00056 | ☐ | WELLS FARGO | 600 CALIFORNIA ST SAN FRANCISCO, CALIFORNIA 94108 |
| 2. 147  DIRECTOR GRANTOR TRUST AGREEMENT | Evergreen | FNRSK_00029 | ☐ | WELLS FARGO BANK, NATIONAL ASSOCIATION | 100 N MAIN ST 2ND FLOOR MAC D4001-020 WINSTON-SALEM, NC 27101 |
| 2. 148  OFFICER GRANTOR TRUST AGREEMENT | Evergreen | FNRSK_00030 | ☐ | WELLS FARGO BANK, NATIONAL ASSOCIATION | 100 N MAIN ST 2ND FLOOR MAC D4001-020 WINSTON-SALEM, NC 27101 |
| 2. 149  PROPERTY / TERRORISM | 11/15/2019 | FNRSK_US000 29044PR18A | ☐ | XL INSURANCE AMERICA, INC. | BOB YOUNG 2727 TURTLE CREEK BOULEVARD DALLAS, TX 75219 |
| 2. 150  FIDUCIARY LIABILITY | 5/20/2019 | FNRSK_ELU15 5543-18 | ☐ | XL SPECIALTY INSURANCE COMPANY | JOHN BURROWS 70 SEAVIEW AVENUE SEAVIEW HOUSE STAMFORD, CT 6902 |
| 2. 151  PROPERTY / TERRORISM | 11/15/2019 | FNRSK_PWG 0140531-03 | ☐ | ZURICH AMERICAN INSURANCE COMPANY | KIM GOLAFSHAN TOWER 2, FLOOR 5 1299 ZURICH WAY SCHAUMBURG, IL 60196 |
| 2. 152  PROPERTY / TERRORISM | 11/15/2019 | FNRSK_PWG 0140531-03 | ☐ | ZURICH AMERICAN INSURANCE COMPANY | KIM GOLAFSHAN TOWER 2, FLOOR 5 1299 ZURICH WAY SCHAUMBURG, IL 60196 |
| 2. 153  PROPERTY / TERRORISM | 11/15/2019 | FNRSK_PWG 0140531-03 | ☐ | ZURICH AMERICAN INSURANCE COMPANY | KIM GOLAFSHAN TOWER 2, FLOOR 5 1299 ZURICH WAY SCHAUMBURG, IL 60196 |

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date or Remaining Term | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **General Counsel/Corporate Secretary** | | | | | |
| 2. 154 NORTHERN CALIFORNIA COMMON INTEREST AND CONFIDENTIALITY AGREEMENT | Not Stated | CRPSECLG_00 144 | ☐ | AIG PROPERTY CASUALTY | NOT AVAILABLE |
| 2. 155 NORTHERN CALIFORNIA COMMON INTEREST AND CONFIDENTIALITY AGREEMENT | Not Stated | CRPSECLG_00 148 | ☐ | ALLIED WORLD ASSURANCE CO. | NOT AVAILABLE |
| 2. 156 PLANT MAINTENANCE & ROTATION PROGRAM | Not Stated | CRPSECFA_00 001 | ☐ | AMBIUS | 1125 BERKSHIRE BLVD SUITE 150 WYOMISSING, PA 19610 |
| 2. 157 NORTHERN CALIFORNIA COMMON INTEREST AND CONFIDENTIALITY AGREEMENT | Not Stated | CRPSECLG_00 146 | ☐ | APOLLO LIABILITY CONSORTIUM | NOT AVAILABLE |
| 2. 158 NORTHERN CALIFORNIA COMMON INTEREST AND CONFIDENTIALITY AGREEMENT | Not Stated | CRPSECLG_00 147 | ☐ | ARGO RE LTD. | BAHNHOFSTRASSE 10 ZUG |
| 2. 159 NORTHERN CALIFORNIA COMMON INTEREST AND CONFIDENTIALITY AGREEMENT | Not Stated | CRPSECLG_00 143 | ☐ | ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES, LIMITED | NOT AVAILABLE |
| 2. 160 NORTHERN CALIFORNIA COMMON INTEREST AND CONFIDENTIALITY AGREEMENT | Not Stated | CRPSECLG_00 149 | ☐ | AXIS SPECIALTY LTD. | 92 PITTS BAY ROAD PEMBROKE |
| 2. 161 PG&E CAMP FIRE COMMON INTEREST AND CONFIDENTIALITY AGREEMENT | Not Stated | CRPSECLG_00 160 | ☐ | BERKSHIRE HATHAWAY INTERNATIONAL INSURANCE LIMITED | 8 FENCHURCH PLACE, 4TH FLOOR LONDON |
| 2. 162 GUARANTEE AGREEMENT - PG&E ENERGY SERVICES CAISO OBLIGATIONS | Not Stated | CRPSECGT_00 002 | ☑ | CALIFORNIA INDEPENDENT SYSTEMS OPERATOR | P.O. BOX 639014 FOLSOM, CA |
| 2. 163 GUARANTEE AGREEMENT - PG&E ENERGY SERVICES VENTURES AND QUANTUM VENTURES ASSET PURCHASE | Not Stated | CRPSECGT_00 004 | ☑ | CHEVRON USA INC. | NOT AVAILABLE |

Case: 19-30088    Doc# 901    Filed: 03/14/19    Entered: 03/14/19 22:43:31    Page 20 of 26

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date or Remaining Term | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2. 164 NORTHERN CALIFORNIA COMMON INTEREST AND CONFIDENTIALITY AGREEMENT | Not Stated | CRPSECLG_00 150 | ☐ | CHUBB BERMUDA INSURANCE LTD. | AARON SHEAD HAMILTON |
| 2. 165 PROVIDES A WEB-BASED SECURE PORTAL FOR PREPARING A FILING FORMS 3, 4, AND 5 | Evergreen | CRPSEC_0001 2 | ☐ | COMPUTERSHARE EXECUTIVE SERVICES | 412 WALL STREET PRINCETON, NJ 8540 |
| 2. 166 PROXY PROCESSING, TABULATION, AND INSPECTOR OF ELECTION SERVICES | Evergreen | CRPSEC_0000 5 | ☐ | CORPORATE ELECTION SERVICES | P O BOX 125 PITTSBURGH, PA 15230 |
| 2. 167 PROVIDES PROXY SOLICITATION FOR PG&E CORPORATION AND PACIFIC GAS AND ELECTRIC COMPANY | 1/14/2020 | CRPSEC_0000 8 | ☐ | D.F. KING | 48 WALL STREET, 22ND FLOOR NEW YORK, NY 10005 |
| 2. 168 GUARANTEE AGREEMENT - STOCK PURCHASE BETWEEN PG&E NATIONAL ENERGY GROUP, INC. (NEG, INC.) AND EL PASO FIELD SERVICES COMPANY | Not Stated | CRPSECGT_00 003 | ☑ | EL PASO FIELD SERVICES COMPANY | 1001 LOUISIANA STREET HOUSTON, TX |
| 2. 169 NORTHERN CALIFORNIA COMMON INTEREST AND CONFIDENTIALITY AGREEMENT | Not Stated | CRPSECLG_00 151 | ☐ | ENERGY INSURANCE MUTUAL LIMITED | NOT AVAILABLE |
| 2. 170 NORTHERN CALIFORNIA COMMON INTEREST AND CONFIDENTIALITY AGREEMENT | Not Stated | CRPSECLG_00 152 | ☐ | ENERGY INSURANCE SERVICES, INC. | NOT AVAILABLE |
| 2. 171 CONTRACT FOR TRANSFER AGENT, REGISTRAR, AND DIVIDEND PAYING SERVICES FOR PG&E CORPORATION COMMON STOCK AND PACIFIC GAS AND ELECTRIC COMPANY PREFERRED STOCK. | Evergreen | CRPSEC_0000 2 | ☐ | EQUINITI TRUST COMPANY | 1110 CENTER POINTE CURVE, SUITE 101 MENDOTA HEIGHTS, MN 55120 |
| 2. 172 NORTHERN CALIFORNIA COMMON INTEREST AND CONFIDENTIALITY AGREEMENT | Not Stated | CRPSECLG_00 145 | ☐ | FIREMAN'S FUND/ALLIANZ | 777 SAN MARIN DRIVE NOVATO, CA |

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date or Remaining Term | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2. 173 UNDERTAKING | Not Stated | CRPSECLG_00 161 | ☐ | GEISHA WILLIAMS | GEISHA WILLIAMS C/O PATRICK ROBBINS, SHEARMAN & STERLING LLP 535 MISSION ST., 25TH FL. SAN FRANCISCO, CA |
| 2. 174 NORTHERN CALIFORNIA COMMON INTEREST AND CONFIDENTIALITY AGREEMENT | Not Stated | CRPSECLG_00 159 | ☐ | GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA | 7272 EAST INDIAN SCHOOL ROAD SCOTTSDALE, AZ |
| 2. 175 NORTHERN CALIFORNIA COMMON INTEREST AND CONFIDENTIALITY AGREEMENT | Not Stated | CRPSECLG_00 153 | ☐ | GREAT LAKES SE | SUSANNE ROGNER MÜNCHEN |
| 2. 176 UNDERTAKING | Not Stated | CRPSECLG_00 163 | ☐ | GREGG LEMLER | GREGG L. LEMLER C/O MILES EHRLICH, RAMSEY & EHRLICH LLP 803 HEARST AVE. BERKELEY, CA 94710 |
| 2. 177 GUARANTEE AGREEMENT - PG&E CORPORATION SUPPORT SERVICES, INC. OBLIGATIONS UNDER LEASE | 8/31/2023 | CRPSECGT_00 005 | ☑ | IBEW HEADQUARTERS BUILDING, LLC | NOT AVAILABLE |
| 2. 178 PROVIDES ABILITY TO TRACK AND MONITOR CORPORATE GOVERNANCE, EXECUTIVE COMPENSATION, AND SUSTAINABILITY PROGRAMS. | Evergreen | CRPSEC_0001 3 | ☐ | INSTITUTION SHAREHOLDER SERVICES INC (ISS CORPORATE SERVICES | 2101 GAITHER RD, SUITE 200 ROCKVILLE, MD 20850 |
| 2. 179 NORTHERN CALIFORNIA COMMON INTEREST AND CONFIDENTIALITY AGREEMENT | Not Stated | CRPSECLG_00 155 | ☐ | IRON-STARR EXCESS AGENCY LTD. | 141 FRONT STREET HAMILTON |
| 2. 180 SECURITY MONITORING | Not Stated | CRPSECFA_00 009 | ☐ | KASTLE SYSTEMS | P.O. BOX 75151 BALTIMORE, MD 21275 |
| 2. 181 UNDERTAKING | Not Stated | CRPSECLG_00 165 | ☐ | KEVIN DASSO | KEVIN DASSO C/O BERT DEIXLER, KENDALL BRILL KELLY 10100 SANTA MONICA BLVD., SUITE 1725 LOS ANGELES, CA 90067 |

Case: 19-30088    Doc# 901    Filed: 03/14/19    Entered: 03/14/19 22:43:31    Page 22 of 26

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date or Remaining Term | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2. 182 NORTHERN CALIFORNIA COMMON INTEREST AND CONFIDENTIALITY AGREEMENT | Not Stated | CRPSECLG_00 156 | ☐ | LIBERTY MUTUAL INSURANCE EUROPE PLC | 20 FENCHURCH STREET LONDON |
| 2. 183 NORTHERN CALIFORNIA COMMON INTEREST AND CONFIDENTIALITY AGREEMENT | Not Stated | CRPSECLG_00 157 | ☐ | LIBERTY MUTUAL SURPLUS CORP. | 175 BERKELEY STREET BOSTON, MA |
| 2. 184 NORTHERN CALIFORNIA COMMON INTEREST AND CONFIDENTIALITY AGREEMENT | Not Stated | CRPSECLG_00 158 | ☐ | OIL CASUALTY INSURANCE LTD. | ROLF FISCHER HAMILTON |
| 2. 185 CONTINUING SERVICES AGREEMENT | Evergreen | INTCO_00005 | ☐ | PACIFIC GAS AND ELECTRIC COMPANY | 77 BEALE STREET SAN FRANCISCO, CA 94177 |
| 2. 186 OFFICE LEASE/LICENSE | Evergreen | INTCO_00006 | ☐ | PACIFIC GAS AND ELECTRIC COMPANY | 77 BEALE STREET SAN FRANCISCO, CA 94177 |
| 2. 187 TAX SHARING AGREEMENT | Evergreen | INTCO_00008 | ☐ | PACIFIC GAS AND ELECTRIC COMPANY | 77 BEALE STREET SAN FRANCISCO, CA 94177 |
| 2. 188 UNDERTAKING | Not Stated | CRPSECLG_00 167 | ☐ | PATRICK HOGAN | PATRICK HOGAN C/O MICHAEL PROCTOR, DURIE TANGRI LLP 530 MOLINO ST. SUITE 111 LOS ANGELES, CA 90013 |
| 2. 189 SF HERRING ASSOC/PG&E CONSENT DECREE | 9/26/2028 | CRPSECLM_00 294 | ☐ | SAN FRANCISCO HERRING ASSOCIATION | 5145 GRAVELINE RD. BELLINGHAM, WA 98226 |
| 2. 190 SF HERRING ASSOC/PG&E CONSENT DECREE | 9/26/2028 | CRPSECLM_00 372 | ☐ | SAN FRANCISCO HERRING ASSOCIATION | 5145 GRAVELINE RD. BELLINGHAM, WA 98226 |
| 2. 191 SF HERRING ASSOC/PG&E CONSENT DECREE | 9/26/2028 | CRPSECLM_00 373 | ☐ | SAN FRANCISCO HERRING ASSOCIATION | 5145 GRAVELINE RD. BELLINGHAM, WA 98226 |
| 2. 192 GUARANTEE AGREEMENT - PACIFIC GAS AND ELECTRIC COMPANY WORKERS' COMPENSATION | Not Stated | CRPSECGT_00 001 | ☑ | STATE OF CALIFORNIA | NOT AVAILABLE |

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date or Remaining Term | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2. 193   NORTHERN CALIFORNIA COMMON INTEREST AND CONFIDENTIALITY AGREEMENT | Not Stated | CRPSECLG_00 154 | ☐ | SWISS RE INTERNATIONAL SE | NOT AVAILABLE |

Case: 19-30088    Doc# 901    Filed: 03/14/19    Entered: 03/14/19 22:43:31    Page 24 of 26

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date or Remaining Term | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **Human Resources** | | | | | |
| 2. 194  EQUITY COMPENSATION RECORDKEEPING | Evergreen | HRCMP_00008 | ☐ | CHARLES SCHWAB | ATTN: STOCK PLAN SERVICES PO BOX 982602 EL PASO, TX 79998 |
| 2. 195  COMPENSATION COMMITTEE CONSULTING SERVICES | Evergreen | HRCMP_00007 | ☐ | PAY GOVERNANCE | TWO LOGAN SQUARE 100 N. 18TH STREET SUITE 821 PHILADELPHIA, PA 19103 |
| 2. 196  CHIEF EXECUTIVE OFFICER HOME SECURITY SERVICES | 12/31/2019 | HRCMP_00009 | ☐ | TYCO INTEGRATED SECURITY | PO BOX 371967 PITTSBURGH, PA 15250 |

Case: 19-30088   Doc# 901   Filed: 03/14/19   Entered: 03/14/19 22:43:31   Page 25 of 26

**Schedule G: Executory Contracts and Unexpired Leases**

**TOTAL NUMBER OF CONTRACTS: 196**

Case: 19-30088    Doc# 901    Filed: 03/14/19    Entered: 03/14/19 22:43:31    Page 26 of 26