**UNITED STATES BANKRUPTCY COURT**

**Case Number:**

**SPECIFIC NOTES REGARDING SCHEDULE H**

| PG&E Corporation | Case Number: 19-30088 (DM) |
|---|---|

## Schedule H: Codebtors

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.**

   Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1 | | Column 2 | Applicable Schedules | | |
|---|---|---|---|---|---|
| **Codebtor Name and Mailing Address** | | **Creditor Name** | **D** | **E/F** | **G** |
| 2.1 | PG&E ENERGY SERVICES CORPORATION<br>77 BEALE STREET<br>SAN FRANCISCO, CA 94105 | CALIFORNIA INDEPENDENT SYSTEMS OPERATOR | ☐ | ☐ | ☑ |
| 2.2 | PG&E ENERGY SERVICES VENTURES AND QUANTUM VENTURES<br>77 BEALE STREET<br>SAN FRANCISCO, CA 94105 | CHEVRON USA INC. | ☐ | ☐ | ☑ |
| 2.3 | PG&E NATIONAL ENERGY GROUP, INC. (NEG, INC.)<br>77 BEALE STREET<br>SAN FRANCISCO, CA 94105 | EL PASO FIELD SERVICES COMPANY | ☐ | ☐ | ☑ |
| 2.4 | PG&E CORPORATION SUPPORT SERVICES, INC.<br>77 BEALE STREET<br>SAN FRANCISCO, CA 94105 | IBEW HEADQUARTERS BUILDING, LLC | ☐ | ☐ | ☑ |
| 2.5 | PACIFIC GAS AND ELECTRIC COMPANY<br>77 BEALE STREET<br>SAN FRANCISCO, CA 94105 | STATE OF CALIFORNIA | ☐ | ☐ | ☑ |

**Total Number of Co-Debtor / Creditor rows: 5**