# UNITED STATES BANKRUPTCY COURT

**Case Number:**

**SPECIFIC NOTES REGARDING SCHEDULE AB**

## Schedule A/B: Assets — Real and Personal Property

| Part 1: | Cash and cash equivalents |
|---------|---------------------------|

1.   **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| General description | Type of account (if applicable) | Last 4 digits of account # (if applicable) | Current value of debtor's interest |
|---------------------|---------------------------------|--------------------------------------------|-------------------------------------|

2.   **Cash on hand**

| | | | | |
|------|-----------------------------------|------|------|------------|
| 2.1 | CUSTOMER CHANGE FUND | | | $147,415 |

3.   **Checking, savings, money market, or financial brokerage accounts (Identify all)**

| | | | | |
|-------|-------------------------------------------------------------|-------------------------------------|--------|-------------|
| 3.1 | BANK OF AMERICA-ASBESTOS DISBURSEMENT | ASBESTOS DISBURSEMENT | 2988 | $46,711 |
| 3.2 | BANK OF AMERICA-CAMPGROUND COLLECTION | CAMPGROUND COLLECTION | 2302 | $23,447 |
| 3.3 | BANK OF AMERICA-CUSTOMER DEPOSITORY | CUSTOMER DEPOSITORY | 0817 | $0 |
| 3.4 | BANK OF AMERICA-PAYROLL DISBURSEMENT | PAYROLL DISBURSEMENT | 1675 | $0 |
| 3.5 | BANK OF AMERICA-PAYROLL DISBURSEMENT | PAYROLL DISBURSEMENT | 7115 | $1,500,000 |
| 3.6 | BANK OF AMERICA-UTILITY CONCENTRATION | UTILITY CONCENTRATION | 3212 | $476,371 |
| 3.7 | CITIBANK N. A.-COLLECTION - NON ENERGY BILLING | COLLECTION - NON ENERGY BILLING | 0901 | $0 |
| 3.8 | CITIBANK N. A.-CUSTOMER DEPOSITORY | CUSTOMER DEPOSITORY | 1958 | $0 |
| 3.9 | CITIBANK N. A.-OUTSIDE COLLECTION | OUTSIDE COLLECTION | 2316 | $0 |
| 3.10 | CITIBANK N. A.-UTILITY CONCENTRATION | UTILITY CONCENTRATION | 2091 | $1,019,764 |
| 3.11 | CITIGROUP GLOBAL MARKETS-BROKERAGE | BROKERAGE | -473 | $0 |
| 3.12 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 4.16 | $0 |
| 3.13 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 50.6 | $0 |
| 3.14 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 54.1 | $0 |
| 3.15 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 87.1 | $0 |
| 3.16 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 50.9 | $0 |
| 3.17 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 50.8 | $0 |

## Schedule A/B: Assets — Real and Personal Property

| Part 1: | Cash and cash equivalents |
|---|---|

| | | | | |
|---|---|---|---|---|
| 3.18 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 54.7 | $0 |
| 3.19 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 4.15 | $0 |
| 3.20 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 54.9 | $0 |
| 3.21 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 4.11 | $0 |
| 3.22 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 4.12 | $0 |
| 3.23 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 4.14 | $0 |
| 3.24 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 54.4 | $0 |
| 3.25 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 54.2 | $0 |
| 3.26 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 0.13 | $0 |
| 3.27 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 54.3 | $0 |
| 3.28 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 50.5 | $0 |
| 3.29 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 4XL9 | $0 |
| 3.30 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 54.5 | $0 |
| 3.31 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 7110 | $0 |
| 3.32 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 54.6 | $0 |
| 3.33 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 4.13 | $0 |
| 3.34 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 0.17 | $0 |
| 3.35 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 43.6 | $0 |
| 3.36 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 43.7 | $0 |

## Schedule A/B: Assets — Real and Personal Property

| Part 1: | Cash and cash equivalents | | | |
|---|---|---|---|---|
| 3.37 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 43.8 | $0 |
| 3.38 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 50.1 | $0 |
| 3.39 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 0.10 | $0 |
| 3.40 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 0.11 | $0 |
| 3.41 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 0.12 | $0 |
| 3.42 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 50.7 | $0 |
| 3.43 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 0.14 | $0 |
| 3.44 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 3.12 | $0 |
| 3.45 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 0.16 | $0 |
| 3.46 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 3.11 | $0 |
| 3.47 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 0.18 | $0 |
| 3.48 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 0.19 | $0 |
| 3.49 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 50.2 | $0 |
| 3.50 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 0.20 | $0 |
| 3.51 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 0.21 | $0 |
| 3.52 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 0.22 | $0 |
| 3.53 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 0.23 | $0 |
| 3.54 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 0.24 | $0 |
| 3.55 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 50.3 | $0 |

## Schedule A/B: Assets — Real and Personal Property

| Part 1: | Cash and cash equivalents |

| | | | | |
|---|---|---|---|---|
| 3.56 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 50.4 | $0 |
| 3.57 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 54.8 | $0 |
| 3.58 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 3.10 | $0 |
| 3.59 | DEUTSCHE BANK TRUST COMPANY AMERICAS-TAX EXEMPT BOND ACCOUNT | DISBURSEMENT | 0.15 | $0 |
| 3.60 | ROYAL BANK OF CANADA-GAS PURCHASE DISBURSEMENT | GAS PURCHASE DISBURSEMENT | 0446 | $1,520,050 |
| 3.61 | THE BANK OF NEW YORK MELLON-BROKERAGE | BROKERAGE | 8400 | $484,000,000 |
| 3.62 | THE BANK OF NEW YORK MELLON-CUSTOMER DEPOSITORY | CUSTOMER DEPOSITORY | 5477 | $0 |
| 3.63 | THE BANK OF NEW YORK MELLON-CUSTOMER DEPOSITORY | CUSTOMER DEPOSITORY | 7822 | $0 |
| 3.64 | THE BANK OF NEW YORK MELLON-CUSTOMER REFUND AND REBATE DISBURSEMENT | CUSTOMER REFUND AND REBATE DISBURSEMENT | 3044 | $0 |
| 3.65 | THE BANK OF NEW YORK MELLON-CUSTOMER REFUND AND REBATE DISBURSEMENT | CUSTOMER REFUND AND REBATE DISBURSEMENT | 3532 | $0 |
| 3.66 | THE BANK OF NEW YORK MELLON-DISABILITY DISBURSEMENT | DISABILITY DISBURSEMENT | 8544 | $0 |
| 3.67 | THE BANK OF NEW YORK MELLON-DISBURSEMENT | DISBURSEMENT | 9990 | $0 |
| 3.68 | THE BANK OF NEW YORK MELLON-DISBURSEMENT | DISBURSEMENT | 4017 | $0 |
| 3.69 | THE BANK OF NEW YORK MELLON-GILL RANCH DISBURSEMENT | DISBURSEMENT | 4122 | $1,000 |
| 3.70 | THE BANK OF NEW YORK MELLON-LAND DRAFT DISBURSEMENT | LAND DRAFT DISBURSEMENT | 0143 | $0 |
| 3.71 | THE BANK OF NEW YORK MELLON-UTILITY MASTER CONCENTRATION | UTILITY MASTER CONCENTRATION | 9994 | $1,045,104 |
| 3.72 | THE BANK OF NEW YORK MELLON-VENDOR DISBURSEMENT | VENDOR DISBURSEMENT | 9978 | $0 |
| 3.73 | THE BANK OF NEW YORK MELLON-VPDI BROKERAGE | BROKERAGE | 8400 | $0 |
| 3.74 | U. S. BANK N.A. GLOBAL CORPORATE TRUST SERVICES-ESCROW | DISBURSEMENT | 9000 | $0 |

# Schedule A/B: Assets — Real and Personal Property

## Part 1:    Cash and cash equivalents

| | | | |
|---|---|---|---|
| 3.75 | U. S. BANK N.A. GLOBAL CORPORATE TRUST SERVICES-ESCROW | DISBURSEMENT | 8000 | $208,654 |
| 3.76 | U. S. BANK N.A. GLOBAL CORPORATE TRUST SERVICES-ESCROW | DISBURSEMENT | 8100 | $0 |
| 3.77 | U. S. BANK N.A. GLOBAL CORPORATE TRUST SERVICES-ESCROW | DISBURSEMENT | 9500 | $10 |
| 3.78 | U. S. BANK N.A. GLOBAL CORPORATE TRUST SERVICES-ESCROW | DISBURSEMENT | 6000 | $908,169 |
| 3.79 | U. S. BANK N.A. GLOBAL CORPORATE TRUST SERVICES-ESCROW | DISBURSEMENT | 3500 | $5,805,261 |
| 3.80 | U.S. BANK-CAMPGROUND COLLECTION | CAMPGROUND COLLECTION | 0000 | $281,792 |
| 3.81 | UNION BANK OF CALIFORNIA-CUSTOMER DEPOSITORY | CUSTOMER DEPOSITORY | 5581 | $49,485,991 |
| 3.82 | WELLS FARGO -RABBI TRUST ACCOUNT | DISBURSEMENT | 9578 | $0 |

4.    **Other cash equivalents (Identify all)**

4.1

5.    **Total of Part 1.**                                            $546,469,737

    Add lines 2 through 4. Copy the total to line 80.

<u>**Specific Notes**</u>

Current value of debtor's interest represents bank balances as of January 29, 2019.

# Schedule A/B: Assets — Real and Personal Property

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| General description | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1 | DEPOSIT FOR CONSTRUCTION AND TEMPORARY METER SERVICE IN SAN JOSE, CA FOR CALIFORNIA WATER SERVICE | $2,400 |
| 7.2 | DEPOSIT FOR FIRE HYDRANT METER FOR CALIFORNIA AMERICAN WATER CO. | $800 |
| 7.3 | DEPOSIT FOR FIRE HYDRANT METER IN RANCHO CORDOVA FOR CALIFORNIA AMERICAN WATER CO. | $1,500 |
| 7.4 | DEPOSIT FOR FIRE HYDRANT METER IN RANCHO CORDOVA FOR SACRAMENTO SUBURBAN WATER | $2,300 |
| 7.5 | DEPOSIT FOR METER AND HYDRANT WRENCH FOR CITY OF PATTERSON | $1,600 |
| 7.6 | DEPOSIT FOR METER FOR CALIFORNIA AMERICAN WATER CO. | $1,500 |
| 7.7 | DEPOSIT FOR METER FOR CALIFORNIA WATER SERVICE | $2,400 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | OTHER MISCELLANEOUS PREPAYMENTS | $41,046,228 |
| 8.2 | PREPAID GAS AND ELECTRIC COSTS | $52,210,849 |
| 8.3 | PREPAID INSURANCE | $191,265,866 |
| 8.4 | PREPAID IT SOFTWARE, LICENSE AND MAINTENANCE COSTS | $72,296,785 |
| 8.5 | PREPAID LAND RIGHTS, TITLING/SURVEY AND LEASE COSTS | $33,491,680 |
| 8.6 | PREPAID REGULATORY AND EXCHANGE FEES | $7,050,722 |
| 8.7 | PREPAID RETAINERS TO US BANK | $12,964,743 |

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.                    $410,339,373

# Schedule A/B: Assets — Real and Personal Property

### Part 3:　　　Accounts receivable

10.　**Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| General description | Face or requested amount | Doubtful or uncollectable | Current value of debtor's interest |
|---|---|---|---|
| 11.　Accounts receivable | | | |
| 11a. 90 days old or less: | $2,565,518,565　- | $60,033,623　= | $2,505,484,942 |
| 11b. Over 90 days old: | $0　- | $0　= | $0 |
| 11c. All accounts receivable: | - | = | |

12.　**Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| |
|---|
| **$2,505,484,942** |

**Specific Notes**

For purposes of these schedules, the Debtors have not analyzed all accounts receivable accounts to calculate the receivables which are over 90 days old.

# Schedule A/B: Assets — Real and Personal Property

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| General description | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 | | | |
|---|---|---|---|

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:

| 15.1 | EXHIBIT ATTACHED | N/A | UNDETERMINED |
|---|---|---|---|

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1 | | | |
|---|---|---|---|

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

UNDETERMINED

Case: 19-30088    Doc# 904    Filed: 03/14/19    Entered: 03/14/19 22:52:55    Page 9 of 31

| Legal Entity Name | Principal Address | Location of Incorporation | Federal Tax ID | Debtor/Non-Debtor | Ownership | Nature of Business |
|---|---|---|---|---|---|---|
| PG&E Corporation | 77 Beale Street, 32nd Floor, San Francisco, CA 94105 | California | 94-3234914 | Debtor | Parent Company | Holding Corporation |
| Pacific Gas and Electric Company | 77 Beale Street, 32nd Floor, San Francisco, CA 94105 | California | 94-0742640 | Debtor | 100% | Utility Operations |
| Morro Bay Mutual Water Company | 1290 Embarcadero, Morro Bay, County of San Luis Obispo, California, 93442-2068 | California | 77-0518563 | Non-Debtor | Mutual Benefit Corporation | Morro Bay Power Plant Property Rights Holder |
| Moss Landing Mutual Water Company | Dolan Road and California State Highway, 1 Moss Landing, California 95039 | California | 77-0516306 | Non-Debtor | Mutual Benefit Corporation | Moss Landing Power Plant Property Rights Holder |
| Pacific Energy Fuels Company | 77 Beale Street, 32nd Floor, San Francisco, CA 94105 | California | 94-3096168 | Non-Debtor | 100% | Inactive Entity |
| Fuelco LLC | One Ameren Plaza, 1901 Chouteau Ave., St. Louis, Missouri 63103 | Delaware | 51-0486653 | Non-Debtor | 50% | Joint Venture |
| Standard Pacific Gas Line Incorporated | 77 Beale Street, 32nd Floor, San Francisco, CA 94105 | California | 94-0890541 | Non-Debtor | 85.71% | Natural Gas Transportation |
| Eureka Energy Company | 77 Beale Street, 32nd Floor, San Francisco, CA 94105 | California | 94-2571032 | Non-Debtor | 100% | Marre Ranch Property Owner |
| Natural Gas Corporation of California | 77 Beale Street, 32nd Floor, San Francisco, CA 94105 | California | 94-0744670 | Non-Debtor | 100% | Gas Exploration Development Account Asset Amortization |
| Alaska Gas Exploration Associates | 245 Market Street, San Francisco, CA 94105 | California | 94-2670857 | Non-Debtor | 50% | Inactive Entity |
| Midway Power, LLC | 77 Beale Street, 32nd Floor, San Francisco, CA 94105 | Delaware | 65-1027188 | Non-Debtor | 100% | Real Property and License Owner |
| STARS Alliance, LLC | 1626 N. Litchfield Rd., Suite 230, Goodyear, Arizona | Delaware | 46-0671967 | Non-Debtor | 25% | Nuclear Plant Operator Alliance |
| PG&E National Energy Group, LLC | 77 Beale Street, 32nd Floor, San Francisco, CA 94105 | Delaware | 94-3234914 | Non-Debtor | 100% | Former Holder of National Energy & Gas Transmission, Inc. Equity |
| PG&E Corporation Support Services, Inc. | 77 Beale Street, 32nd Floor, San Francisco, CA 94105 | Delaware | 94-3296447 | Non-Debtor | 100% | Corporate Support Services |
| PG&E Corporation Support Services II, Inc. | 77 Beale Street, 32nd Floor, San Francisco, CA 94105 | Delaware | 20-5089001 | Non-Debtor | 100% | Corporate Support Services |
| PCG Capital, Inc. | 77 Beale Street, 32nd Floor, San Francisco, CA 94105 | Delaware | 94-3374539 | Non-Debtor | 100% | Capital Transactions |
| Pacific Energy Capital IV, LLC | 77 Beale Street, 32nd Floor, San Francisco, CA 94105 | Delaware | 27-2564086 | Non-Debtor | 100% | Energy Investments |

**Note:** Indentions above indicate subsidiary ownership

## Schedule A/B: Assets — Real and Personal Property

**Part 5:**          **Inventory, excluding agriculture assets**

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| 19.1 | | | | |
| **20.  Work in progress** | | | | |
| 20.1  NUCLEAR FUEL IN PROCESS | | $237,498,182 | NET BOOK VALUE | $237,498,182 |
| **21.  Finished goods, including goods held for resale** | | | | |
| 21.1  GAS STORED FOR ELECTRIC GENERATION | | $12,353,996 | NET BOOK VALUE | $12,353,996 |
| 21.2  GAS STORED UNDERGROUND | | $144,805,996 | NET BOOK VALUE | $144,805,996 |
| 21.3  NUCLEAR FUEL ASSEMBLIES IN REACTOR | | $144,745,528 | NET BOOK VALUE | $144,745,528 |
| **22.  Other Inventory or supplies** | | | | |
| 22.1  MATERIALS AND SUPPLIES WIP | | $85,907 | NET BOOK VALUE | $85,907 |
| 22.2  FUELS, LUBRICANTS & OILS | | $446,709 | NET BOOK VALUE | $446,709 |
| 22.3  FUEL STOCK | | $1,336,895 | NET BOOK VALUE | $1,336,895 |
| 22.4  AUTOMOTIVE | | $1,766,286 | NET BOOK VALUE | $1,766,286 |
| 22.5  CHEMICALS, CLEANERS, COMPOUNDS & LABORATORY SUPPLIES | | $2,064,482 | NET BOOK VALUE | $2,064,482 |
| 22.6  LIGHTING FIXTURES & LAMPS | | $2,345,572 | NET BOOK VALUE | $2,345,572 |
| 22.7  MATERIALS NOT OTHERWISE CLASSIFIED | | $3,385,670 | NET BOOK VALUE | $3,385,670 |
| 22.8  TOOLS, FIRST AID & SAFETY SUPPLIES | | $4,872,146 | NET BOOK VALUE | $4,872,146 |
| 22.9  COMMUNICATION & SIGNALING EQUIPMENT | | $5,962,016 | NET BOOK VALUE | $5,962,016 |
| 22.10  CONSTRUCTION SUPPLIES | | $7,127,928 | NET BOOK VALUE | $7,127,928 |
| 22.11  FABRICATED STRUCTURES | | $11,691,181 | NET BOOK VALUE | $11,691,181 |
| 22.12  MEASURING INSTRUMENTS | | $14,057,971 | NET BOOK VALUE | $14,057,971 |
| 22.13  TRANSFORMERS, REGULATORS & CAPACITORS | | $15,764,097 | NET BOOK VALUE | $15,764,097 |
| 22.14  ENGINES, TURBINES & WATERWHEELS | | $17,039,419 | NET BOOK VALUE | $17,039,419 |
| 22.15  POLES, INSULATORS & HARDWARE BUSHING & BUS SUPPORT | | $27,090,352 | NET BOOK VALUE | $27,090,352 |
| 22.16  ELECTRICAL SPECIALTIES | | $46,895,266 | NET BOOK VALUE | $46,895,266 |
| 22.17  POWER PLANT SPECIALTIES | | $48,163,859 | NET BOOK VALUE | $48,163,859 |

Case: 19-30088    Doc# 904    Filed: 03/14/19    Entered: 03/14/19 22:52:55    Page 11 of 31

## Schedule A/B: Assets — Real and Personal Property

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

| | | | | |
|---|---|---|---|---|
| 22.18 | CONDUCTORS, CABLE & WIRE CONNECTORS | $48,830,767 | NET BOOK VALUE | $48,830,767 |
| 22.19 | GAS & WATER SPECIALTIES | $109,562,332 | NET BOOK VALUE | $109,562,332 |
| 22.20 | PUMPS, COMPR, BLOWERS AND COOLING TOWER PARTS | $9,638,598 | NET BOOK VALUE | $9,638,598 |

23. **Total of Part 5.**                                                                                  $917,531,156

 Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

 ☑ No

 ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

 ☐ No

 ☑ Yes.    Book Value   UNDETERMINED    Valuation method   UNDETERMINED    Current value    UNDETERMINED

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

 ☑ No

 ☐ Yes

**Specific Notes**

Asset balances for certain inventory, furniture, fixtures, machinery, equipment, and vehicles are included in Schedule AB 55- real property.

## Schedule A/B: Assets — Real and Personal Property

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.    Book Value _____    Valuation method _____    Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Schedule A/B: Assets — Real and Personal Property

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| 39.1 PRINTED MATERIALS, SIGNS, OFFICE SUPPLIES AND FURNITURE | $4,462,612 | NET BOOK VALUE | $4,462,612 |
| **40.** **Office fixtures** | | | |
| 40.1 | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 VARIOUS | $27,260,263 | NET BOOK VALUE | $27,260,263 |
| **42.** **Collectibles** | | | |
| 42.1 ARTWORK, MISCELLANEOUS | | | UNDETERMINED |

43.  **Total of Part 7**                                                                                  | **$31,722,875** |

Add lines 39 through 42. Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Specific Notes**

Asset balances for certain inventory, furniture, fixtures, machinery, equipment, and vehicles are included in Schedule A/B Part 9: Real property.

## Schedule A/B: Assets — Real and Personal Property

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles - detail** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 39.1　PRINTED MATERIALS, SIGNS, OFFICE SUPPLIES AND FURNITURE | $4,462,612 | NET BOOK VALUE | $4,462,612 |
| 40. **Office fixtures** | | | |
| 40.1 | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1　COMPUTERS & PARTS | $984,619 | NET BOOK VALUE | $984,619 |
| 41.2　SERVER INVENTORY | $26,275,643 | NET BOOK VALUE | $26,275,643 |
| 42. **Collectibles** | | | |
| 42.1　ARTWORK, MISCELLANEOUS | | | UNDETERMINED |

43. **Total of Part 7**　　　　　　　　　　　　　　　　　　　　　　　　　**$31,722,875**

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Specific Notes**

Asset balances for certain inventory, furniture, fixtures, machinery, equipment, and vehicles are included in Schedule A/B Part 9: Real property.

Case: 19-30088　　Doc# 904　　Filed: 03/14/19　　Entered: 03/14/19 22:52:55　　Page 15 of 31

## Schedule A/B: Assets — Real and Personal Property

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1

48.  **Watercraft, trailers, motors, and related accessories**
    Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1

49.  **Aircraft and accessories**

49.1

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
| --- | --- | --- | --- |
| 50.1 ELECTRICAL & ELECTRONIC EQUIPMENT COMPONENTS | $21,418,374 | NET BOOK VALUE | $21,418,374 |
| 50.2 GENERATORS, MOTORS & INDUSTRIAL CONTROL EQUIPMENT | $8,479,353 | NET BOOK VALUE | $8,479,353 |

51.  **Total of Part 8**

       Add lines 47 through 50. Copy the total to line 87.

| $29,897,727 |
| --- |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Specific Notes**

Asset balances for certain inventory, furniture, fixtures, machinery, equipment, and vehicles are included in Schedule A/B Part 9: Real property.

## Schedule A/B: Assets — Real and Personal Property

| Part 9: | Real property |
|---------|---------------|

54.  **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| 55.1 | VARIOUS | | $54,927,619,001 | NET BOOK VALUE | $54,927,619,001 |
|---|---|---|---|---|---|

56.  **Total of Part 9**

$54,927,619,001

Add the current value on all Question 55 lines and entries from any additional sheets. Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

**<u>Specific Notes</u>**

Asset balances for certain inventory, furniture, fixtures, machinery, equipment, and vehicles are included in Schedule AB 55- real property.

# Schedule A/B: Assets — Real and Personal Property

| Part 9: | Real property - detail |
|---------|------------------------|

54.  **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.1   PLANT IN SERVICE - GAS | | $18,485,899,094 | NET BOOK VALUE | $18,485,899,094 |
| 55.2   PLANT IN SERVICE - ELECTRIC | | $57,923,594,272 | NET BOOK VALUE | $57,923,594,272 |
| 55.3   PLANT IN SERVICE - COMMON | | $6,696,586,813 | NET BOOK VALUE | $6,696,586,813 |
| 55.4   NONUTILITY PLANT | | $29,171,933 | NET BOOK VALUE | $29,171,933 |
| 55.5   LAND IMPROVEMENTS ON EASEMENTS | | $1,184,632 | NET BOOK VALUE | $1,184,632 |
| 55.6   CONSTRUCTION WORK IN PROGRESS - GAS | | $389,097,364 | NET BOOK VALUE | $389,097,364 |
| 55.7   CONSTRUCTION WORK IN PROGRESS - ELECTRIC | | $1,786,238,275 | NET BOOK VALUE | $1,786,238,275 |
| 55.8   CONSTRUCTION WORK IN PROGRESS - COMMON | | $446,223,708 | NET BOOK VALUE | $446,223,708 |
| 55.9   COMMON PROPERTY UNDER CAPITAL LEASE | | $10,695,537 | NET BOOK VALUE | $10,695,537 |
| 55.10   ACCUMULATED DEPRECIATION | | ($30,841,072,627) | NET BOOK VALUE | ($30,841,072,627) |

Case: 19-30088     Doc# 904     Filed: 03/14/19     Entered: 03/14/19 22:52:55     Page 18 of 31

## Schedule A/B: Assets — Real and Personal Property

| Part 9: | Real property - detail |
|---|---|

56. **Total of Part 9**                                                    | $54,927,619,001 |

Add the current value on all Question 55 lines and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Specific Notes**

Asset balances for certain inventory, furniture, fixtures, machinery, equipment, and vehicles are included in Schedule AB 55- real property.

## Schedule A/B: Assets — Real and Personal Property

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1   VARIOUS | | N/A | UNDETERMINED |
| **61. Internet domain names and websites** | | | |
| 61.1   VARIOUS | | N/A | UNDETERMINED |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1   FRANCHISES AND CONSENTS RELATED TO HYDRO LICENSING COSTS | $91,344,202 | NET BOOK VALUE | $91,344,202 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 | | | |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 | | | |
| **65. Goodwill** | | | |
| 65.1 | | | |

## Schedule A/B: Assets — Real and Personal Property

| Part 10: | Intangibles and intellectual property |
|---|---|

66.  **Total of Part 10**                                                                        $91,344,202

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☑ No

☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Schedule A/B: Assets — Real and Personal Property

| Part 10: | Intangibles and intellectual property - detail |
| --- | --- |

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1  089676-013301/US - PORTABLE TANKING SYSTEM AND METHOD | | N/A | UNDETERMINED |
| 60.2  089676-014201/US - HAZARDOUS GAS MONITORING TRAINING SYSTEM AND METHOD | | N/A | UNDETERMINED |
| 60.3  089676-014303/US - SMART ENERGY AND DATA/INFORMATION METERING SYSTEM AND METHOD | | N/A | UNDETERMINED |
| 60.4  089676-014304/PCT - SMART ENERGY AND DATA/INFORMATION METERING SYSTEM AND METHOD | | N/A | UNDETERMINED |
| 60.5  089676-015001/US - UNAUTHORIZED ELECTRICAL GRID CONNECTION DETECTION AND CHARACTERIZATION SYSTEM AND METHOD | | N/A | UNDETERMINED |
| 60.6  089676-016000/US - SMART ENERGY METERING SYSTEM AND METHOD | | N/A | UNDETERMINED |
| 60.7  089676-016001/PCT - SMART ENERGY METERING SYSTEM AND METHOD | | N/A | UNDETERMINED |
| 60.8  089676-017001/US - WIRE DOWN DETECTION SYSTEM AND METHOD | | N/A | UNDETERMINED |
| 60.9  089676-019000/PRO - MULTI-PURPOSE (MULTI-DWELLING) ELECTRIC METERING SYSTEM AND METHOD | | N/A | UNDETERMINED |
| 60.10  089676-020000/PRO - RESOURCE MAPPING SERVER AND SYSTEM | | N/A | UNDETERMINED |
| 60.11  AGVISE | | N/A | UNDETERMINED |
| 60.12  COMFORT HOME: 51218 | | N/A | UNDETERMINED |
| 60.13  ELECTRIC DES./JUMPING BOLT: 1757275 | | N/A | UNDETERMINED |
| 60.14  ENERGENUS | | N/A | UNDETERMINED |
| 60.15  ENERGENUS | | N/A | UNDETERMINED |
| 60.16  GAS FLAME/WATER DROP: 1757277 | | N/A | UNDETERMINED |
| 60.17  GENE DESIGN: 1757280 | | N/A | UNDETERMINED |
| 60.18  HELMET HEAD: 2819377 | | N/A | UNDETERMINED |
| 60.19  PACIFIC ENERGY CENTER: 1743921 | | N/A | UNDETERMINED |
| 60.20  PACIFIC ENERGY CENTER: 1749604 | | N/A | UNDETERMINED |

Case: 19-30088    Doc# 904    Filed: 03/14/19    Entered: 03/14/19 22:52:55    Page 22 of 31

## Schedule A/B: Assets — Real and Personal Property

| Part 10: | Intangibles and intellectual property - detail |
|---|---|

| | | | | |
|---|---|---|---|---|
| 60.21 | POWERPACT: 2189675 | | N/A | UNDETERMINED |
| 60.22 | PREPARE-ITS ENERGY WELL SPENT: 105044 | | N/A | UNDETERMINED |
| 60.23 | PREPARE-ITS ENERGY WELL SPENT: 105177 | | N/A | UNDETERMINED |
| 60.24 | PREPARE-ITS ENERGY WELL SPENT: 51472 | | N/A | UNDETERMINED |
| 60.25 | REACH: 2035800 | | N/A | UNDETERMINED |
| 60.26 | THERM-A-LOT: 1747063 | | N/A | UNDETERMINED |
| 60.27 | THERM-A-LOT: 2472731 | | N/A | UNDETERMINED |
| 60.28 | WATT-A- LOT: 2472730 | | N/A | UNDETERMINED |
| 61. | **Internet domain names and websites** | | | |
| 61.1 | 2019PGEBANKRUPTCY.COM | | N/A | UNDETERMINED |
| 61.2 | 2019PGEREORGANIZATION.COM | | N/A | UNDETERMINED |
| 61.3 | 2019PGERESTRUCTURING.COM | | N/A | UNDETERMINED |
| 61.4 | ALERTS-PGE.COM | | N/A | UNDETERMINED |
| 61.5 | CHOPGATE.BIZ | | N/A | UNDETERMINED |
| 61.6 | CHOPGATE.CO | | N/A | UNDETERMINED |
| 61.7 | CHOPGATE.INFO | | N/A | UNDETERMINED |
| 61.8 | CHOPGATE.MOBI | | N/A | UNDETERMINED |
| 61.9 | CHOPGATE.NET | | N/A | UNDETERMINED |
| 61.10 | CHOPGATE.ORG | | N/A | UNDETERMINED |
| 61.11 | CHOPGATEPGE.COM | | N/A | UNDETERMINED |
| 61.12 | CHOPGATEPGE.INFO | | N/A | UNDETERMINED |
| 61.13 | CHOPGATEPGE.NET | | N/A | UNDETERMINED |
| 61.14 | CHOPGATEPGE.ORG | | N/A | UNDETERMINED |
| 61.15 | CHOPGATEPGE.US | | N/A | UNDETERMINED |
| 61.16 | COOLHOMESAVERS.COM | | N/A | UNDETERMINED |
| 61.17 | CTPG.US | | N/A | UNDETERMINED |
| 61.18 | DIABLOCANYONPGE.COM | | N/A | UNDETERMINED |
| 61.19 | EMAIL-PGE.COM | | N/A | UNDETERMINED |
| 61.20 | ENERGYHOUSECALLS.COM | | N/A | UNDETERMINED |
| 61.21 | GRC2014FACTS.COM | | N/A | UNDETERMINED |
| 61.22 | HOMEENERGYREWARDS.COM | | N/A | UNDETERMINED |
| 61.23 | HOMEENERGYREWARDSSHOP.COM | | N/A | UNDETERMINED |
| 61.24 | HUNTERS-POINT.NET | | N/A | UNDETERMINED |
| 61.25 | NEXT100.COM | | N/A | UNDETERMINED |

## Schedule A/B: Assets — Real and Personal Property

| Part 10: | Intangibles and intellectual property - detail |
|---|---|

| | | | |
|---|---|---|---|
| 61.26 | PACIFICGASANDELECTRICCO.COM | N/A | UNDETERMINED |
| 61.27 | PACIFICGASANDELECTRICCO.INFO | N/A | UNDETERMINED |
| 61.28 | PACIFICGASANDELECTRICCO.NET | N/A | UNDETERMINED |
| 61.29 | PACIFICGASANDELECTRICCOMPANY.BIZ | N/A | UNDETERMINED |
| 61.30 | PACIFICGASANDELECTRICCOMPANY.INFO | N/A | UNDETERMINED |
| 61.31 | PACIFICGASANDELECTRICCOMPANY.NET | N/A | UNDETERMINED |
| 61.32 | PGANDE.COM | N/A | UNDETERMINED |
| 61.33 | PGANDE.NET | N/A | UNDETERMINED |
| 61.34 | PGANDE.ORG | N/A | UNDETERMINED |
| 61.35 | PGANDECORP.COM | N/A | UNDETERMINED |
| 61.36 | PGANDECORP.NET | N/A | UNDETERMINED |
| 61.37 | PGANDECORPORATION.COM | N/A | UNDETERMINED |
| 61.38 | PGANDECORPORATION.NET | N/A | UNDETERMINED |
| 61.39 | PGE.BIZ | N/A | UNDETERMINED |
| 61.40 | PGE.COM | N/A | UNDETERMINED |
| 61.41 | P-G-E.COM | N/A | UNDETERMINED |
| 61.42 | PGE4ME.COM | N/A | UNDETERMINED |
| 61.43 | PGEALERT.COM | N/A | UNDETERMINED |
| 61.44 | PGEALERTS.COM | N/A | UNDETERMINED |
| 61.45 | PGEBANKRUPT.COM | N/A | UNDETERMINED |
| 61.46 | PGEBANKRUPTCY2019.COM | N/A | UNDETERMINED |
| 61.47 | PGEBRANDGUIDELINES.COM | N/A | UNDETERMINED |
| 61.48 | PGECA.COM | N/A | UNDETERMINED |
| 61.49 | PGECHAPTER11.COM | N/A | UNDETERMINED |
| 61.50 | PGECHOPGATE.COM | N/A | UNDETERMINED |
| 61.51 | PGECHOPGATE.INFO | N/A | UNDETERMINED |
| 61.52 | PGECHOPGATE.NET | N/A | UNDETERMINED |
| 61.53 | PGECHOPGATE.ORG | N/A | UNDETERMINED |
| 61.54 | PGECHOPGATE.US | N/A | UNDETERMINED |
| 61.55 | PGECLAIMINFO.COM | N/A | UNDETERMINED |
| 61.56 | PGECOBRANDING.COM | N/A | UNDETERMINED |
| 61.57 | PGECOMMITMENT.COM | N/A | UNDETERMINED |
| 61.58 | PGE-CONFIRM.COM | N/A | UNDETERMINED |
| 61.59 | PGECORP.BIZ | N/A | UNDETERMINED |

Case: 19-30088　　Doc# 904　　Filed: 03/14/19　　Entered: 03/14/19 22:52:55　　Page 24 of 31

## Schedule A/B: Assets — Real and Personal Property

| Part 10: | Intangibles and intellectual property - detail |
|---|---|

| | | | |
|---|---|---|---|
| 61.50 | PGECORP.COM | N/A | UNDETERMINED |
| 61.51 | PGE-CORP.COM | N/A | UNDETERMINED |
| 61.52 | PGECORP.INFO | N/A | UNDETERMINED |
| 61.53 | PGECORP.ORG | N/A | UNDETERMINED |
| 61.54 | PGECORP.US | N/A | UNDETERMINED |
| 61.55 | PGE-CORPCAREERS.COM | N/A | UNDETERMINED |
| 61.56 | PGECORPFOUNDATION.ORG | N/A | UNDETERMINED |
| 61.57 | PGECROOKS.COM | N/A | UNDETERMINED |
| 61.58 | PGECURRENTS.COM | N/A | UNDETERMINED |
| 61.59 | PGECURRENTS.NET | N/A | UNDETERMINED |
| 61.70 | PGECURRENTS.ORG | N/A | UNDETERMINED |
| 61.71 | PGE-EITE.COM | N/A | UNDETERMINED |
| 61.72 | PGE-ENERGYPAC.COM | N/A | UNDETERMINED |
| 61.73 | PGE-EVRATES.COM | N/A | UNDETERMINED |
| 61.74 | PGEFAILURE.COM | N/A | UNDETERMINED |
| 61.75 | PGEFB.COM | N/A | UNDETERMINED |
| 61.76 | PGEGUILTY.COM | N/A | UNDETERMINED |
| 61.77 | PGEINSOLVENCY.COM | N/A | UNDETERMINED |
| 61.78 | PGE-INSURANCE.COM | N/A | UNDETERMINED |
| 61.79 | PGEMENTOR.COM | N/A | UNDETERMINED |
| 61.80 | PGEMULTIFAMILY.COM | N/A | UNDETERMINED |
| 61.81 | PGENET.COM | N/A | UNDETERMINED |
| 61.82 | PGENORCAL.COM | N/A | UNDETERMINED |
| 61.83 | PGENORTHERNCALIFORNIA.COM | N/A | UNDETERMINED |
| 61.84 | PGEREORGANIZATION2019.COM | N/A | UNDETERMINED |
| 61.85 | PGEREORGANIZES.COM | N/A | UNDETERMINED |
| 61.86 | PGERESPONDS.COM | N/A | UNDETERMINED |
| 61.87 | PGERESPONDS.NET | N/A | UNDETERMINED |
| 61.88 | PGERESPONDS.ORG | N/A | UNDETERMINED |
| 61.89 | PGERESPONSE.COM | N/A | UNDETERMINED |
| 61.90 | PGERESPONSE.NET | N/A | UNDETERMINED |
| 61.91 | PGERESPONSE.ORG | N/A | UNDETERMINED |
| 61.92 | PGERESTRUCTURES.COM | N/A | UNDETERMINED |
| 61.93 | PGERESTRUCTURING2019.COM | N/A | UNDETERMINED |

# Schedule A/B: Assets — Real and Personal Property

| Part 10: | Intangibles and intellectual property - detail |

| | | | |
|---|---|---|---|
| 61.94 | PGESEEOURPROGRESS.COM | N/A | UNDETERMINED |
| 61.95 | PGESOLARPROGRAMS.COM | N/A | UNDETERMINED |
| 61.96 | PGETEST.COM | N/A | UNDETERMINED |
| 61.97 | PGETRANSMISSION.COM | N/A | UNDETERMINED |
| 61.98 | PGEVOLUNTEERS.COM | N/A | UNDETERMINED |
| 61.99 | PGEVOLUNTEERS.INFO | N/A | UNDETERMINED |
| 61.100 | PGRESTRUCTURE.COM | N/A | UNDETERMINED |
| 61.101 | PIPELINE2020.COM | N/A | UNDETERMINED |
| 61.102 | PIPELINE2020.NET | N/A | UNDETERMINED |
| 61.103 | PIPELINE2020.ORG | N/A | UNDETERMINED |
| 61.104 | RATESPGE-SMARTRATE.COM | N/A | UNDETERMINED |
| 61.105 | SEEYOURPOWERBLOG.COM | N/A | UNDETERMINED |
| 61.106 | SMARTANDSIMPLEEVERYDAY.BIZ | N/A | UNDETERMINED |
| 61.107 | SMARTANDSIMPLEEVERYDAY.COM | N/A | UNDETERMINED |
| 61.108 | SMARTANDSIMPLEEVERYDAY.INFO | N/A | UNDETERMINED |
| 61.109 | SMARTANDSIMPLEEVERYDAY.MOBI | N/A | UNDETERMINED |
| 61.110 | SMARTANDSIMPLEEVERYDAY.NET | N/A | UNDETERMINED |
| 61.111 | SMARTSIMPLEEVERYDAY.BIZ | N/A | UNDETERMINED |
| 61.112 | SMARTSIMPLEEVERYDAY.COM | N/A | UNDETERMINED |
| 61.113 | SMARTSIMPLEEVERYDAY.INFO | N/A | UNDETERMINED |
| 61.114 | SMARTSIMPLEEVERYDAY.MOBI | N/A | UNDETERMINED |
| 61.115 | SMARTSIMPLEEVERYDAY.NET | N/A | UNDETERMINED |
| 61.116 | STEPUPANDPOWERDOWN.COM | N/A | UNDETERMINED |
| 61.117 | STEPUPANDPOWERDOWN.INFO | N/A | UNDETERMINED |
| 61.118 | STEPUPANDPOWERDOWN.NET | N/A | UNDETERMINED |
| 61.119 | STEPUPANDPOWERDOWN.ORG | N/A | UNDETERMINED |
| 61.120 | STEPUPANDPOWERDOWNMAIL.COM | N/A | UNDETERMINED |
| 61.121 | STEPUPWORKSHOP.COM | N/A | UNDETERMINED |
| 61.122 | STOPCHOPGATE.COM | N/A | UNDETERMINED |
| 61.123 | STOPCHOPGATE.INFO | N/A | UNDETERMINED |
| 61.124 | STOPCHOPGATE.NET | N/A | UNDETERMINED |
| 61.125 | STOPCHOPGATE.ORG | N/A | UNDETERMINED |
| 61.126 | STOPCHOPGATE.US | N/A | UNDETERMINED |
| 61.127 | STOPPGE.COM | N/A | UNDETERMINED |

## Schedule A/B: Assets — Real and Personal Property

**Part 10:** Intangibles and intellectual property - detail

| | | | | |
|---|---|---|---|---|
| 61.128 | STOPPGECHOPGATE.BIZ | | N/A | UNDETERMINED |
| 61.129 | STOPPGECHOPGATE.CO | | N/A | UNDETERMINED |
| 61.130 | STOPPGECHOPGATE.COM | | N/A | UNDETERMINED |
| 61.131 | STOPPGECHOPGATE.INFO | | N/A | UNDETERMINED |
| 61.132 | STOPPGECHOPGATE.MOBI | | N/A | UNDETERMINED |
| 61.133 | STOPPGECHOPGATE.NET | | N/A | UNDETERMINED |
| 61.134 | STOPPGECHOPGATE.ORG | | N/A | UNDETERMINED |
| 61.135 | STOPPGECHOPGATE.US | | N/A | UNDETERMINED |
| 61.136 | WATERENERGYSAVINGS.COM | | N/A | UNDETERMINED |

**62. Licenses, franchises, and royalties**

| | | | | |
|---|---|---|---|---|
| 62.1 | FRANCHISES AND CONSENTS RELATED TO HYDRO LICENSING COSTS | $91,344,202 | NET BOOK VALUE | $91,344,202 |

**63. Customer lists, mailing lists, or other compilations**

63.1

**64. Other intangibles, or intellectual property**

64.1

**65. Goodwill**

65.1

**66. Total of Part 10** 

$91,344,202

Add lines 60 through 65. Copy the total to line 89.

**67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

# Schedule A/B: Assets — Real and Personal Property

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form? Include all interests in executory contracts and unexpired leases not previously reported on this form.**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| General description | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
    Description (include name of obligor)

| 71.1 | Interest and Dividend Receivable | $1,805,915 |
|---|---|---|

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

| 72.1 | Federal Carryforward | $734,370,000 |
|---|---|---|
| 72.2 | Federal Tax Credit Carryforward | $118,000,000 |
| 72.3 | State Carryforward | $3,360,000 |
| 72.4 | State Tax Credit Carryforward | $63,000,000 |

73. **Interests in insurance policies or annuities**

    73.1

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    74.1

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    75.1

Case: 19-30088    Doc# 904    Filed: 03/14/19    Entered: 03/14/19 22:52:55    Page 28 of 31

## Schedule A/B: Assets — Real and Personal Property

**Part 11:** All other assets

| General description | Current value of debtor's interest |
|---|---|
| **76. Trusts, equitable or future interests in property** | |
| 76.1 | |
| | |
| **77. Other property of any kind not already listed Examples: Season tickets, country club membership** | |
| Examples: Season tickets, country club membership | |
| 77.1 Collateral Postings for Derivatives | $143,614,189 |
| 77.2 Contingent Receivable from Independent Systems Operator | $38,326,818 |
| 77.3 Deferred Survey and Investigation Charges | $376,180 |
| 77.4 Goods and Services Tax Receivable | $706,944 |
| 77.5 Greenhouse Gases Emissions and Fleet Allowances | $396,185,501 |
| 77.6 Insurance Recovery Receivable | Undetermined |
| 77.7 Intercompany Receivable from Eureka Energy Company | $427,335 |
| 77.8 Intercompany Receivable from Fuelco LLC | $466,686 |
| 77.9 Intercompany Receivable from PCG Capital Inc. | $2,235 |
| 77.10 Intercompany Receivable from PG&E Corporate Support Services II, Inc. | $13,426 |

## Schedule A/B: Assets — Real and Personal Property

| Part 11: | All other assets |
|---|---|

| General description | Current value of debtor's interest |
|---|---|

77. **Other property of any kind not already listed Examples: Season tickets, country club membership**
     Examples: Season tickets, country club membership

| 77.11 | Intercompany Receivable from PG&E Corporation | $40,190,740 |
|---|---|---|

| 77.12 | Intercompany Receivable from Standard Pacific Gas Lines Incorporated | $693,746 |
|---|---|---|

78. **Total of Part 11**
     Add lines 71 through 77. Copy the total to line 90.

     **$1,541,539,713**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ☑ No
     ☐ Yes

**Specific Notes**

A/B 72: Current Value of Debtor's Interest represent the value of the NOL carryforwards at the current tax rates of 21% for federal and 7% for state.

A/B 72: Certain tax assets with respect to refunds and overpayments which are subject to ongoing audits are not included in these schedules.

A/B 77: PG&E Corp. and the Utility record a receivable for insurance recoveries when it is deemed probable that recovery of a recorded loss will occur. Through December 31, 2018, PG&E Corp. and the Utility recorded $1.38 billion for probable insurance recoveries in connection with the 2018 Camp fire and $842 million for probable insurance recoveries in connection with the 2017 Northern California wildfires. The amount of the receivable is subject to change based on additional information.

## Schedule A/B: Assets — Real and Personal Property

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property | Total of all property |
|---|---|---|---|
| 80. Cash, cash equivalents, and financial assets. Copy line 5, Part 1. | $546,469,737 | | |
| 81. Deposits and prepayments. Copy line 9, Part 2. | $410,339,373 | | |
| 82. Accounts receivable. Copy line 12, Part 3. | $2,505,484,942 | | |
| 83. Investments. Copy line 17, Part 4. | $0 | | |
| 84. Inventory. Copy line 23, Part 5. | $917,531,156 | | |
| 85. Farming and fishing-related assets. Copy line 33, Part 6. | $0 | | |
| 86. Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7. | $31,722,875 | | |
| 87. Machinery, equipment, and vehicles. Copy line 51, Part 8. | $29,897,727 | | |
| 88. Real property. Copy line 56, Part 9. | | $54,927,619,001 | |
| 89. Intangibles and intellectual property. Copy line 66, Part 10. | $91,344,202 | | |
| 90. All other assets. Copy line 78, Part 11. | $1,541,539,713 | | |
| 91. Total. Add lines 80 through 90 for each column. | a. $6,074,329,725 | b. $54,927,619,001 | |

| | |
|---|---|
| 92. **Total of all property on Schedule A/B. Lines 91a + 91b = 92.** | $61,001,948,725 |

Case: 19-30088　　Doc# 904　　Filed: 03/14/19　　Entered: 03/14/19 22:52:55　　Page 31 of 31