# UNITED STATES BANKRUPTCY COURT

**Case Number:**

**SPECIFIC NOTES REGARDING SCHEDULE D**

## Schedule D: Creditors Who Have Claims Secured by Property

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.**

| | Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C | U | D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|---|
| **Asserted Lien Claims** | | | | | | | | | | |
| 2.1 | ABC LANDSCAPING & EXCAVATION INC<br>4665 QUIGG DR #534<br>SANTA ROSA, CA 95409 | ☐ | ☐ | ☐ | LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| 2.2 | AECOM TECHNICAL SERVICES, INC.<br>515 S FLOWER ST STE 1050<br>LOS ANGELES, CA 90071-2201 | ☐ | ☐ | ☐ | DATE: 1/25/2019<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| 2.4 | AJ EXCAVATION INC<br>9662 W KEARNEY BLVD<br>FRESNO, CA 93706 | ☐ | ☐ | ☐ | DATE: 2/19/2019<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| 2.5 | ALTEC CAPITAL SERVICES, LLC<br>33 INVERNESS CENTER PARKWAY<br>BIRMINGHAM, AL 35242 | ☐ | ☐ | ☐ | DATE: 7/31/2015<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| 2.6 | ALTEC CAPITAL SERVICES, LLC<br>33 INVERNESS CENTER PARKWAY<br>BIRMINGHAM, AL 35242 | ☐ | ☐ | ☐ | DATE: 1/5/2016<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |

Case: 19-30088    Doc# 905    Filed: 03/14/19    Entered: 03/14/19 22:54:07    Page 2 of 22

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C U D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|
| **Asserted Lien Claims** | | | | | | | |
| **2.7**   ALTEC CAPITAL SERVICES, LLC<br>33 INVERNESS CENTER PARKWAY<br>BIRMINGHAM, AL 35242 | ☐ | ☐ | ☐ | DATE: 12/17/2015<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |
| **2.8**   ALTEC CAPITAL SERVICES, LLC<br>33 INVERNESS CENTER PARKWAY<br>BIRMINGHAM, AL 35242 | ☐ | ☐ | ☐ | DATE: 8/6/2015<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |
| **2.9**   ALTEC CAPITAL SERVICES, LLC<br>33 INVERNESS CENTER PARKWAY<br>BIRMINGHAM, AL 35242 | ☐ | ☐ | ☐ | DATE: 12/1/2015<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |
| **2.10**   ALTEC CAPITAL SERVICES, LLC<br>33 INVERNESS CENTER PARKWAY<br>BIRMINGHAM, AL 35242 | ☐ | ☐ | ☐ | DATE: 11/30/2015<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |
| **2.11**   ALTEC CAPITAL SERVICES, LLC<br>33 INVERNESS CENTER PARKWAY<br>BIRMINGHAM, AL 35242 | ☐ | ☐ | ☐ | DATE: 1/19/2017<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |
| **2.12**   ALTEC CAPITAL SERVICES, LLC<br>33 INVERNESS CENTER PARKWAY<br>BIRMINGHAM, AL 35242 | ☐ | ☐ | ☐ | DATE: 5/29/2015<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |
| **2.13**   ALTEC CAPITAL SERVICES, LLC<br>33 INVERNESS CENTER PARKWAY<br>BIRMINGHAM, AL 35242 | ☐ | ☐ | ☐ | DATE: 2/29/2016<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C | U | D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|
| **Asserted Lien Claims** | | | | | | | | | |
| **2.14** ALTEC CAPITAL SERVICES, LLC<br>33 INVERNESS CENTER PARKWAY<br>BIRMINGHAM, AL 35242 | ☐ | ☐ | ☐ | DATE: 10/16/2015<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| **2.15** ALTEC CAPITAL SERVICES, LLC<br>33 INVERNESS CENTER PARKWAY, SUITE 200<br>BIRMINGHAM, AL 35242 | ☐ | ☐ | ☐ | DATE: 1/21/2015<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| **2.16** ALTEC CAPITAL SERVICES, LLC<br>33 INVERNESS CENTER PARKWAY<br>BIRMINGHAM, AL 35242 | ☐ | ☐ | ☐ | DATE: 5/11/2017<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| **2.17** ALTEC CAPITAL SERVICES, LLC<br>33 INVERNESS CENTER PARKWAY<br>BIRMINGHAM, AL 35242 | ☐ | ☐ | ☐ | DATE: 5/1/2015<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| **2.18** ALTEC CAPITAL SERVICES, LLC<br>33 INVERNESS CENTER PARKWAY<br>BIRMINGHAM, AL 35242 | ☐ | ☐ | ☐ | DATE: 7/27/2015<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| **2.20** ARB, INC.<br>1875 LOVERIDGE RD<br>PITTSBURG, CA 94565 | ☐ | ☐ | ☐ | DATE: 1/25/2019<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| **2.24** BALLARD MARINE CONTRUCTION, INC.<br>727 S 27TH ST<br>WASHOUGAL, WA 98671 | ☐ | ☐ | ☐ | DATE: 1/25/2019<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |

**Pacific Gas and Electric Company**  Case Number: 19-30089 (DM)

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C U D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|
| **Asserted Lien Claims** | | | | | | | |
| **2.25** BANC OF AMERICA LEASING & CAPITAL, LLC<br>P.O. BOX 7023<br>TROY, MI 77023 | ☐ | ☐ | ☐ | DATE: 12/15/2008<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑☑☑ | UNDETERMINED | UNDETERMINED |
| **2.27** BARNARD PIPELINE, INC.<br>701 GOLD AVE<br>BOZEMAN, MT 59715 | ☐ | ☐ | ☐ | DATE: 1/23/2019<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑☑☑ | UNDETERMINED | UNDETERMINED |
| **2.28** BBH FINANCIAL SERVICES<br>995 DALTON AVENUE<br>CINCINNATI, OH 45203 | ☐ | ☐ | ☐ | DATE: 5/27/2010<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑☑☑ | UNDETERMINED | UNDETERMINED |
| **2.29** BOCKMON & WOODY ELECTRIC CO., INC.<br>1528 EL PINAL DR.<br>STOCKTON, CA 95205 | ☐ | ☐ | ☐ | LIEN DESCRIPTION: LIEN HOLDERS | ☑☑☑ | UNDETERMINED | UNDETERMINED |
| **2.30** BOCKMON & WOODY ELECTRIC CO., INC.<br>1528 EL PINAL DR.<br>STOCKTON, CA 95205 | ☐ | ☐ | ☐ | LIEN DESCRIPTION: LIEN HOLDERS | ☑☑☑ | UNDETERMINED | UNDETERMINED |
| **2.31** BOCKMON & WOODY ELECTRIC CO., INC.<br>1528 EL PINAL DR.<br>STOCKTON, CA 95205 | ☐ | ☐ | ☐ | LIEN DESCRIPTION: LIEN HOLDERS | ☑☑☑ | UNDETERMINED | UNDETERMINED |
| **2.32** BOCKMON & WOODY ELECTRIC CO., INC.<br>1528 EL PINAL DR.<br>STOCKTON, CA 95205 | ☐ | ☐ | ☐ | LIEN DESCRIPTION: LIEN HOLDERS | ☑☑☑ | UNDETERMINED | UNDETERMINED |
| **2.33** BRONCO ELECTRIC<br>1711 ART STREET<br>BAKERSFIELD, CA 93312 | ☐ | ☐ | ☐ | LIEN DESCRIPTION: LIEN HOLDERS | ☑☑☑ | UNDETERMINED | UNDETERMINED |

Page 4 of 20 to Schedule D Part 1

Case: 19-30088   Doc# 905   Filed: 03/14/19   Entered: 03/14/19 22:54:07   Page 5 of 22

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C U D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|
| **Asserted Lien Claims** | | | | | | | |
| 2.34 CANON SOLUTIONS AMERICA, INC.<br>5600 BROKEN SOUND BLVD.<br>RATON, FL 33487 | ☐ | ☐ | ☐ | DATE: 11/18/2015<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |
| 2.35 CENTRAL VALLEY ENGINEERING & ASPHALT<br>3823 N HWY 59<br>MERCED, CA 95348 | ☐ | ☐ | ☐ | DATE: 1/25/2019<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |
| 2.36 COFFEY BUILDING GROUP, INC.<br>4800 GOLDEN FOOTHILL PARKWAY<br>EL DORADO HILLS, CA 95762 | ☐ | ☐ | ☐ | LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |
| 2.38 CRUSADER FENCE COMPANY, INC.<br>3115 GOLD VALLEY DR<br>RANCHO CORDOVA, CA 95742-6588 | ☐ | ☐ | ☐ | DATE: 1/25/2019<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |
| 2.39 DAVISKNOTTS CYNTHIA<br>7501 S ELDORADO STREET 7<br>CAMP, CA 95231 | ☐ | ☐ | ☐ | DATE: 7/24/2017<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |
| 2.40 DEANZA TILE CO., INC.<br>45755 NORTHPORT LOOP<br>WEST FREMONT, CA 94538 | ☐ | ☐ | ☐ | LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |
| 2.41 DELL FINANCIAL SERVICES L.L.C.<br>12234 N. IH-35 BLDG B<br>AUSTIN, TX 78753 | ☐ | ☐ | ☐ | DATE: 4/19/2000<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |

Case: 19-30088    Doc# 905    Filed: 03/14/19    Entered: 03/14/19 22:54:07    Page 6 of 22

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C U D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|
| **Asserted Lien Claims** | | | | | | | |
| 2.42 DELL FINANCIAL SERVICES, L.P.<br>14050 SUMMIT DR BLDG A, STE 101<br>AUSTIN, TX 78758 | ☐ | ☐ | ☐ | DATE: 4/19/2000<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |
| 2.43 DOMINION FEDERAL CORPORATION<br>6718 WHITTIER AVENUE, SUITE 220<br>MCLEAN, VA 22101 | ☐ | ☐ | ☐ | DATE: 5/11/2012<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |
| 2.44 DOMINION FEDERAL CORPORATION<br>6718 WHITTIER AVENUE, SUITE 220<br>MCLEAN, VA 22101 | ☐ | ☐ | ☐ | DATE: 7/8/2014<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |
| 2.45 DOMINION FEDERAL CORPORATION<br>6718 WHITTIER AVENUE, SUITE 220<br>MCLEAN, VA 22101 | ☐ | ☐ | ☐ | DATE: 1/14/2016<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |
| 2.46 DOMINION FEDERAL CORPORATION<br>6718 WHITTIER AVENUE, SUITE 220<br>MCLEAN, VA 22101 | ☐ | ☐ | ☐ | DATE: 11/8/2011<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |
| 2.47 EMPLOYMENT DEVELOPMENT DEPARTMENT<br>PO BOX 826880<br>SACRAMENTO, CA 94280 | ☐ | ☐ | ☐ | DATE: 4/7/2014<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |
| 2.48 FISCHER TILE & MARBLE INC.<br>1800 23RD STREET<br>SACRAMENTO, CA 95816 | ☐ | ☐ | ☐ | LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C U D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|
| 2.49  FISCHER TILE & MARBLE INC.<br>1800 23RD STREET<br>SACRAMENTO, CA 95816 | ☐ | ☐ | ☐ | LIEN DESCRIPTION: LIEN HOLDERS | ☑☑☑ | UNDETERMINED | UNDETERMINED |
| 2.50  GELCO CORPORATION DBA GE FLEET SERVICES<br>3 CAPITAL DRIVE<br>EDEN PRAIRIE, MN 55344 | ☐ | ☐ | ☐ | DATE: 10/26/2007<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑☑☑ | UNDETERMINED | UNDETERMINED |
| 2.51  GEOSYNTEC CONSULTANT INC.<br>900 BROKEN SOUND PKWY NW  STE2<br>BOCA RATON, FL 33487-2775 | ☐ | ☐ | ☐ | DATE: 2/19/2019<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑☑☑ | UNDETERMINED | UNDETERMINED |
| 2.52  GOODFELLOW BROS. CA LLC<br>50 CONTRACTORS STREET<br>LIVERMORE, CA 94551 | ☐ | ☐ | ☐ | LIEN DESCRIPTION: LIEN HOLDERS | ☑☑☑ | UNDETERMINED | UNDETERMINED |
| 2.57  GOWAN CONSTRUCTION COMPANY<br>15 WEST 8TH ST #C<br>TRACY, CA 95376 | ☐ | ☐ | ☐ | DATE: 2/1/2019<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑☑☑ | UNDETERMINED | UNDETERMINED |
| 2.59  GRAPHIC SAVINGS GROUP LLC<br>45 MAIN ST., SUITE 537<br>BROOKLYN, NY 11201 | ☐ | ☐ | ☐ | DATE: 8/17/2011<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑☑☑ | UNDETERMINED | UNDETERMINED |
| 2.60  GRAYLIFT, INC.<br>P.O. BOX 2808<br>FRESNO, CA 93745 | ☐ | ☐ | ☐ | DATE: 11/24/2014<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑☑☑ | UNDETERMINED | UNDETERMINED |

Case: 19-30088   Doc# 905   Filed: 03/14/19   Entered: 03/14/19 22:54:07   Page 8 of 22

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C | U | D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|
| **Asserted Lien Claims** | | | | | | | | | |
| **2.61** GREAT-WEST LIFE AND ANNUITY INSURANCE COMPANY<br>8515 EAST ORCHARD RD, 2ND FL<br>ENGLEWOOD, CO 80111 | ☐ | ☐ | ☐ | DATE: 10/14/1997<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| **2.62** HAMANAKA PAINTING CO., INC.<br>1805 2ND STREET<br>EUREKA, CA 95501 | ☐ | ☐ | ☐ | LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| **2.63** HAMANAKA PAINTING CO., INC.<br>1805 2ND STREET<br>EUREKA, CA 95501 | ☐ | ☐ | ☐ | LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| **2.64** HAMANAKA PAINTING CO., INC.<br>1805 2ND STREET<br>EUREKA, CA 95501 | ☐ | ☐ | ☐ | LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| **2.65** HAT CREEK CONSTRUCTIONS & MATERIALS INC<br>24339 HWY 89 N<br>BURNEY, CA 96013 | ☐ | ☐ | ☐ | DATE: 2/18/2019<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| **2.66** HJH KELLY LLC<br>NOT AVAILABLE | ☐ | ☐ | ☐ | LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| **2.68** HOFFMAN SOUTHWEST CORP., DBA PROFESIONAL PIPE SERVICES<br>23311 MADERO<br>MISSION VIEJO, CA 92691 | ☐ | ☐ | ☐ | DATE: 1/25/2019<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C U D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|
| **Asserted Lien Claims** | | | | | | | |
| **2.69** HYDROCHEM, LLC<br>900 GEORGIA AVENUE<br>DEER PARK, TX 77536 | ☐ | ☐ | ☐ | LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |
| **2.70** HYDROCHEM, LLC<br>900 GEORGIA AVENUE<br>DEER PARK, TX 77536 | ☐ | ☐ | ☐ | LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |
| **2.71** HYDROCHEM, LLC<br>900 GEORGIA AVENUE<br>DEER PARK, TX 77536 | ☐ | ☐ | ☐ | LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |
| **2.72** HYDROCHEM, LLC<br>900 GEORGIA AVENUE<br>DEER PARK, TX 77536 | ☐ | ☐ | ☐ | LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |
| **2.73** JOHNSON CONTROLS SECURITY SOLUTIONS<br>5757 N. GREEN BAY AVE.<br>P.O. BOX 591<br>MILWAUKEE, WI 53201 | ☐ | ☐ | ☐ | LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |
| **2.74** JOHNSON CONTROLS, INC.<br>507 E MICHIGAN ST<br>MILWAUKEE, WI 53201-0423 | ☐ | ☐ | ☐ | DATE: 1/23/2019<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |
| **2.75** JOHSON CONTROL SECURITY SOLUTIONS<br>5757 N. GREEN BAY AVE.<br>P.O. BOX 591<br>MILWAUKEE, WI 53201 | ☐ | ☐ | ☐ | LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |

Case: 19-30088    Doc# 905    Filed: 03/14/19    Entered: 03/14/19 22:54:07    Page 10 of 22

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C U D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|
| **Asserted Lien Claims** | | | | | | | |
| **2.76** JPMORGAN CHASE BANK, N.A., AS COLLATERAL AGENT 4 CHASE METROTECH CENTER; MC: NY1-C413 BROOKLYN, NY 11245-0001 | ☐ | ☐ | ☐ | DATE: 1/22/2019 LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |
| **2.77** KELLEY LEASING PARTNERS, LLC 2100 SPRUCE ST. AMARILLO, TX 79103 | ☐ | ☐ | ☐ | DATE: 4/7/2014 LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |
| **2.78** KEY GOVERNMENT FINANCE, INC. 1000 S. MCCASLIN BLVD. SUPERIOR, CO 80027 | ☐ | ☐ | ☐ | DATE: 10/8/2014 LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |
| **2.79** KEY GOVERNMENT FINANCE, INC. 1000 S. MCCASLIN BLVD. SUPERIOR, CO 80027 | ☐ | ☐ | ☐ | DATE: 10/19/2017 LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |
| **2.80** LJ INTERIORS, INC. 79 WRIGHT BROTHERS AV. LIVERMORE, CA 94551 | ☐ | ☐ | ☐ | LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |
| **2.81** LYLES UTILITY CONTRUCTION LLC 1200 N PLAZA DR VISALIA, CA 93291 | ☐ | ☐ | ☐ | DATE: 2/7/2019 LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |
| **2.83** MASSMUTUAL ASSET FINANCE LLC TWO HAMPSHIRE STREET, SUITE 101 FOXBORO, MA 02035 | ☐ | ☐ | ☐ | DATE: 11/8/2011 LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |

Case: 19-30088    Doc# 905    Filed: 03/14/19    Entered: 03/14/19 22:54:07    Page 11 of 22

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C | U | D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|
| **Asserted Lien Claims** | | | | | | | | | |
| 2.84 MASSMUTUAL ASSET FINANCE LLC<br>TWO HAMPSHIRE STREET<br>FOXBOROUGH, MA 02035 | ☐ | ☐ | ☐ | DATE: 6/10/2014<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| 2.85 MASSMUTUAL ASSET FINANCE LLC<br>TWO HAMPSHIRE STREET, SUITE 101<br>FOXBORO, MA 02035 | ☐ | ☐ | ☐ | DATE: 5/11/2012<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| 2.86 MASSMUTUAL ASSET FINANCE LLC<br>TWO HAMPSHIRE STREET, SUITE 101<br>FOXBORO, MA 02035 | ☐ | ☐ | ☐ | DATE: 7/8/2014<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| 2.87 MASSMUTUAL ASSET FINANCE LLC<br>TWO HAMPSHIRE STREET, SUITE 101<br>FOXBORO, MA 02035 | ☐ | ☐ | ☐ | DATE: 1/14/2016<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| 2.88 MASSMUTUAL ASSET FINANCE LLC<br>TWO HAMPSHIRE STREET<br>FOXBOROUGH, MA 02035 | ☐ | ☐ | ☐ | DATE: 6/22/2016<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| 2.89 MASSMUTUAL ASSET FINANCE LLC<br>TWO HAMPSHIRE STREET<br>FOXBOROUGH, MA 02035 | ☐ | ☐ | ☐ | DATE: 6/2/2017<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| 2.94 MICHELS CORPORATION<br>9433 DOWCOR LN SW<br>TUMWATER, WA 98512 | ☐ | ☐ | ☐ | DATE: 1/18/2019<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |

Case: 19-30088    Doc# 905    Filed: 03/14/19    Entered: 03/14/19 22:54:07    Page 12 of 22

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C U D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|
| **Asserted Lien Claims** | | | | | | | |
| **2.96** MILLER PIPELINE/VECTREN INFRASTRUCTURE SERVICES CORP. 8850 CRAWFORDSVILLE RD INDIANAPOLIS, IN 46234 | ☐ | ☐ | ☐ | DATE: 1/30/2019<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑☑☑ | UNDETERMINED | UNDETERMINED |
| **2.101** NATURAL GAS EXCHANGE INC. 10TH FLOOR, 300 - 5TH AVENUE SW CALGARY, AB T2P3C4 CANADA | ☐ | ☐ | ☐ | DATE: 4/7/2015<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑☑☑ | UNDETERMINED | UNDETERMINED |
| **2.102** NATURAL GAS EXCHANGE INC. 10TH FLOOR, 300 - 5TH AVENUE SW CALGARY, AB T2P3C4 CANADA | ☐ | ☐ | ☐ | DATE: 5/4/2015<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑☑☑ | UNDETERMINED | UNDETERMINED |
| **2.103** NEW ENGLAND SHEET METAL AND MECHANICAL CO. P.O. BOX 4287 FRESNO, CA 93744 | ☐ | ☐ | ☐ | DATE: 2/5/2019<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑☑☑ | UNDETERMINED | UNDETERMINED |
| **2.104** NICK MINIELLO 33 WESTHERLY DRIVE CLAYTON, CA 94517 | ☐ | ☐ | ☐ | DATE: 2/3/2012<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑☑☑ | UNDETERMINED | UNDETERMINED |
| **2.105** OCE BRUNING INC 1800 BRUNING DR W ITASCA, IL 60143 | ☐ | ☐ | ☐ | DATE: 10/9/1992<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑☑☑ | UNDETERMINED | UNDETERMINED |
| **2.106** ONESOURCE DISTRIBUTORS, LLC 3951 OCEANIC DRIVE OCEANSIDE, CA 92056 | ☐ | ☐ | ☐ | DATE: 1/25/2019<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑☑☑ | UNDETERMINED | UNDETERMINED |

Case: 19-30088    Doc# 905    Filed: 03/14/19    Entered: 03/14/19 22:54:07    Page 13 of 22

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C U D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|
| **Asserted Lien Claims** | | | | | | | |
| **2.107** ONESOURCE SUPPLY SOLUTIONS, LLC<br>2190 WILBUR LANE<br>ANITOCH, CA 94509 | ☐ | ☐ | ☐ | DATE: 1/25/2019<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑☑☑ | UNDETERMINED | UNDETERMINED |
| **2.108** PERFORMANCE MECHANICAL INC<br>701 WILLOW PASS RD  STE #2<br>PITTSBURG, CA 94565 | ☐ | ☐ | ☐ | DATE: 2/4/2019<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑☑☑ | UNDETERMINED | UNDETERMINED |
| **2.110** PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | ☐ | ☐ | ☐ | DATE: 9/3/2015<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑☑☑ | UNDETERMINED | UNDETERMINED |
| **2.111** PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | ☐ | ☐ | ☐ | DATE: 9/27/2014<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑☑☑ | UNDETERMINED | UNDETERMINED |
| **2.112** PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | ☐ | ☐ | ☐ | DATE: 7/11/2018<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑☑☑ | UNDETERMINED | UNDETERMINED |
| **2.113** PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | ☐ | ☐ | ☐ | DATE: 11/17/2016<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑☑☑ | UNDETERMINED | UNDETERMINED |
| **2.114** PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | ☐ | ☐ | ☐ | DATE: 12/10/2015<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑☑☑ | UNDETERMINED | UNDETERMINED |

Case: 19-30088    Doc# 905    Filed: 03/14/19    Entered: 03/14/19 22:54:07    Page 14 of 22

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C U D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|
| **Asserted Lien Claims** | | | | | | | |
| **2.115** PLANT CONSTRUCTION  COMPANY<br>300 NEWHALL ST<br>SAN FRANCISCO, CA 94124 | ☐ | ☐ | ☐ | DATE: 1/23/2019<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |
| **2.117** PRECISION CRANE SERVICE, INC.<br>7590 CONDE LANE<br>WINDSOR, CA 95492 | ☐ | ☐ | ☐ | DATE: 1/31/2019<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |
| **2.118** PRODUCTION MAIL SOLUTIONS FINANCING<br>995 DALTON AVENUE<br>CINCINNATI, OH 45203 | ☐ | ☐ | ☐ | DATE: 7/30/2015<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |
| **2.119** REXEL USA, INC., DBA PLATT ELECTRIC SUPPLY<br>10605 SW ALLEN BLVD<br>BEAVERTON, OR 97005 | ☐ | ☐ | ☐ | DATE: 1/24/2019<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |
| **2.120** RICOH AMERICAS CORPORATION<br>5 DEDRICK PLACE<br>CALDWELL, NJ 07006 | ☐ | ☐ | ☐ | DATE: 12/15/2008<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |
| **2.121** ROBERTSONS<br>NOT AVAILABLE | ☐ | ☐ | ☐ | LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |
| **2.122** ROEBBELEN CONTRACTING, INC.<br>1241 HAWKS FLIGHT CT<br>EL DORADO HILLS, CA 95762 | ☐ | ☐ | ☐ | DATE: 2/6/2019<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ ☑ ☑ | UNDETERMINED | UNDETERMINED |

Case: 19-30088    Doc# 905    Filed: 03/14/19    Entered: 03/14/19 22:54:07    Page 15 of 22

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C | U | D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|
| **Asserted Lien Claims** | | | | | | | | | |
| **2.128** S & S TOOL & SUPPLY, INC. DBA S AND S SUPPLIES & SOLUTIONS<br>2700 MAXWELL WAY<br>FAIRFIELD, CA 94534 | ☐ | ☐ | ☐ | DATE: 1/25/2019<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| **2.129** SANCO PIPELINES, INC.<br>727 UNIVERSITY AVE<br>LOS GATOS, CA 95032 | ☐ | ☐ | ☐ | LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| **2.130** SOILAND RESOURCES LLC<br>5922 PRUITT AVENUE<br>WINDSOR, CA 95492 | ☐ | ☐ | ☐ | LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| **2.131** STADTNER CO., INC. DBA SIERRA ELECTRIC CO<br>3112 GEARY BLVD<br>SAN FRANCISCO, CA 94118 | ☐ | ☐ | ☐ | DATE: 1/25/2019<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| **2.132** STATE OF CALIFORNIA<br>CARLA ANDERSON<br>601 SEQUOIA PACIFIC BLVD<br>SACRAMENTO, CA 95811 | ☐ | ☐ | ☐ | LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| **2.133** STATE OF CALIFORNIA<br>CARLA ANDERSON<br>601 SEQUOIA PACIFIC BLVD<br>SACRAMENTO, CA 95811 | ☐ | ☐ | ☐ | LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| **2.134** STERLING NATIONAL BANK<br>42 BROADWAY<br>NEW YORK, NY 10004 | ☐ | ☐ | ☐ | DATE: 8/17/2011<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |

Case: 19-30088    Doc# 905    Filed: 03/14/19    Entered: 03/14/19 22:54:07    Page 16 of 22

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C | U | D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|
| **Asserted Lien Claims** | | | | | | | | | |
| **2.135** STORAGE TECHNOLOGY CORP<br>2270 S 88TH ST<br>LOUISVILLE, CO 80027 | ☐ | ☐ | ☐ | DATE: 3/27/1986<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| **2.136** SUMMERS CHRISTOPHER J<br>PO BOX 260   448 IGNACIO BLVD<br>NOVATO, CA 49013 | ☐ | ☐ | ☐ | DATE: 6/1/2010<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| **2.137** SUNFLOWER BANK, NATIONAL ASSOCIATION<br>3025 CORTLAND CIRCLE<br>SALINA, KS 67401 | ☐ | ☐ | ☐ | DATE: 4/12/2018<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| **2.138** SUNFLOWER BANK, NATIONAL ASSOCIATION<br>3025 CORTLAND CIRCLE<br>SALINA, KS 67401 | ☐ | ☐ | ☐ | DATE: 2/14/2018<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| **2.139** SUNFLOWER BANK, NATIONAL ASSOCIATION<br>3025 CORTLAND CIRCLE<br>SALINA, KS 67401 | ☐ | ☐ | ☐ | DATE: 10/27/2015<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| **2.140** TRIMARK / RAYGAL, LLC<br>210 COMMERCE<br>IRVINE, CA 92602 | ☐ | ☐ | ☐ | LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| **2.141** TULSA INSPECTION RESOURCES - PUC, LLC<br>5727 S LEWIS AVE STE 300<br>TULSA, OK 74105 | ☐ | ☐ | ☐ | DATE: 1/25/2019<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C U D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|
| **Asserted Lien Claims** | | | | | | | |
| **2.142** TURMAN COMMERCIAL PAINTERS<br>2055 RESEARCH DR.<br>LIVERMORE, CA 94550 | ☐ | ☐ | ☐ | LIEN DESCRIPTION: LIEN HOLDERS | ☑☑☑ | UNDETERMINED | UNDETERMINED |
| **2.143** TURMAN COMMERCIAL PAINTERS<br>2055 RESEARCH DR.<br>LIVERMORE, CA 94550 | ☐ | ☐ | ☐ | LIEN DESCRIPTION: LIEN HOLDERS | ☑☑☑ | UNDETERMINED | UNDETERMINED |
| **2.144** U.S. BANK EQUIPMENT FINANCE, A DIVISION OF U.S. BANK NATIONAL ASSOCIATION<br>1310 MADRID STREET<br>MARSHALL, MN 56258 | ☐ | ☐ | ☐ | DATE: 5/13/2015<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑☑☑ | UNDETERMINED | UNDETERMINED |
| **2.145** UNITED FINANCIAL OF ILLINOIS, INC.<br>800 EAST DIEHL ROAD, SUITE 185<br>NAPERVILLE, IL 60563 | ☐ | ☐ | ☐ | DATE: 6/10/2014<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑☑☑ | UNDETERMINED | UNDETERMINED |
| **2.146** UNITED FINANCIAL OF ILLINOIS, INC.<br>800 EAST DIEHL ROAD, SUITE 185<br>NAPERVILLE, IL 60563 | ☐ | ☐ | ☐ | DATE: 6/22/2016<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑☑☑ | UNDETERMINED | UNDETERMINED |
| **2.148** W. BRADLEY ELECTRIC, INC.<br>90 HILL ROAD<br>NOVATO, CA 94945 | ☐ | ☐ | ☐ | DATE: 1/16/2019<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑☑☑ | UNDETERMINED | UNDETERMINED |
| **2.149** WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION, AS TRUSTEE<br>MAC: U1228-051,  299 S. MAIN ST., 5TH FLOOR<br>CITY, UT 84111 | ☐ | ☐ | ☐ | DATE: 9/19/2017<br><br>LIEN DESCRIPTION: LIEN HOLDERS | ☑☑☑ | UNDETERMINED | UNDETERMINED |

Case: 19-30088    Doc# 905    Filed: 03/14/19    Entered: 03/14/19 22:54:07    Page 18 of 22

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C | U | D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|
| **Asserted Lien Claims** | | | | | | | | | |
| **2.150** WILLIAM KREYSLER & ASSOCIATES, INC. 501 GREEN ISLAND ROAD AMERICAN CANYON, CA 94503 | ☐ | ☐ | ☐ | LIEN DESCRIPTION: LIEN HOLDERS | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |

Asserted Lien Claims Total:　**UNDETERMINED**

Case: 19-30088　Doc# 905　Filed: 03/14/19　Entered: 03/14/19 22:54:07　Page 19 of 22

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C U D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|
| **Other** | | | | | | | |
| **2.151** SOLON<br>AM STUDIO 16<br>12489 BERLIN, GERMANY | ☐ | ☐ | ☐ | | ☑ ☐ ☐ | $2,809,790 | $2,809,790 |
| | | | | | Other Total: | $2,809,790 | |

Case: 19-30088    Doc# 905    Filed: 03/14/19    Entered: 03/14/19 22:54:07    Page 20 of 22

## Schedule D: Creditors Who Have Claims Secured by Property

|  | **Amount of Claim** |
|---|---|
| 3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$2,809,790** |

**Specific Notes**

The schedule of asserted liens consists of all liens filed as of March 1, 2019.

## Schedule D: Creditors Who Have Claims Secured by Property

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|---------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

| Name and Mailing Address | Part 1 Line on which the Related Creditor was Listed | Last 4 Digits of Account Number for this Entity |
|--------------------------|-----------------------------------------------------|-------------------------------------------------|
| NONE | | |

Case: 19-30088   Doc# 905   Filed: 03/14/19   Entered: 03/14/19 22:54:07   Page 22 of
22