| | |
|---|---|
| 1 | ERIC GOLDSTEIN |
| | SHIPMAN & GOODWIN LLP |
| 2 | One Constitution Plaza |
| | Hartford, CT 06103 |
| 3 | Telephone: (860) 251-5000 |
| | Facsimile: (860) 251-5218 |
| 4 | egoldstein@goodwin.com |
| 5 | Attorneys for Gartner, Inc. |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Bankruptcy Case |
| PG&E CORPORATION | No. 19-30088(DM) |
| -and- | Chapter 11<br>(Lead Case)<br>(Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Debtors and Debtors In Possession. | |
| ☒ Affects All Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | **NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES AND PLEADINGS** |

Please enter my appearance as attorney for Gartner, Inc., parties-in interest in the above-captioned matter.

Pursuant to Bankruptcy Rules 2002(g), 2015(c), and 3017(a), the undersigned requests that he receive copies of all notices, reports, motions, briefs, memoranda, pleadings, proposed plan, disclosure statements, proposed orders, and any other documents filed in the above-referenced matter. All such documents should be served upon the following:

| | |
|---|---|
| 1 | Eric S. Goldstein, Esq. |
| 2 | Shipman & Goodwin LLP |
| | One Constitution Plaza |
| 3 | Hartford, CT 06103 |
| | Telephone: (860) 251-5000 |
| 4 | Facsimile: (860) 251-5218 |
| | egoldstein@goodwin.com |
| 5 | bankruptcy@goodwin.com |
| 6 | bankruptcyparalegal@goodwin.com |

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes notices of applications, motions, petitions, and pleadings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, telephone, telephone, telex, telecopy, facsimile or otherwise, which affects the Debtors or the property of the Debtors.

Dated at Hartford, Connecticut, this 15th day of March 2019.

SHIPMAN & GOODWIN LLP

By: /s/ Eric S. Goldstein
Eric S. Goldstein (ct 27195)
*Counsel for Gartner, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2019, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Eric S. Goldstein
Eric S. Goldstein