|    |                                                      |                              |
|----|------------------------------------------------------|------------------------------|
| 1  | **UNITED STATES BANKRUPTCY COURT**                                                  |
| 2  | **NORTHERN DISTRICT OF CALIFORNIA**                                                 |
| 3  | **SAN FRANCISCO DIVISION**                                                          |

| | | |
|---|---|---|
| 5 | In re: | Bankruptcy Case |
| 6 | **PG&E CORPORATION,** | No. 19-30088 (DM) |
| 7 | - and - | |
| 8 | **PACIFIC GAS AND ELECTRIC** | Chapter 11 |
| 9 | **COMPANY,** | (Lead Case) |
| 10 | Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On March 12, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the EQ Shareowner Service (MMLID: 5809447) Attn: Savannah Wasley – Account Associate, Relationship Management, 1110 Centre Pointe Curve Suite 101 Mendota Heights, MN 55120:

- Notice of Chapter 11 Bankruptcy Case [Docket No. 396] (the "*Notice of Commencement*")

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 15th day of March 2019, at New York, NY.

_____
Alain B. Francoeur