WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Proposed Attorneys for Debtors
and Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas & Electric Company<br>X Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF RANDALL E. MEHRBERG IN SUPPORT OF APPLICATION PURSUANT TO 11 U.S.C. § 327(e) AND FED. R. BANKR. P. 2014(a) AND 2016 FOR ORDER AUTHORIZING THE DEBTORS TO RETAIN JENNER & BLOCK LLP AS SPECIAL CORPORATE DEFENSE COUNSEL *NUNC PRO TUNC* TO THE PETITION DATE**<br><br>Date: April 24, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

I, Randall E. Mehrberg, hereby declare:

I am a partner of Jenner & Block LLP ("**Jenner & Block**" or the "**Firm**"), a law firm with offices in Chicago, Illinois; New York, New York; Washington, D.C.; Los Angeles, California; and London, United Kingdom. I am currently resident in Jenner & Block's Chicago office, located at 353 North Clark Street, Chicago, IL 60654. I am a member in good standing of the bar of the State of Illinois, and there are no disciplinary proceedings pending against me.

I submit this Declaration in connection with the Application[1] of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), for an order, pursuant to section 327(e) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), approving the retention of Jenner & Block as the Debtors' special corporate defense counsel effective as of January 29, 2019 (the "**Petition Date**"). Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.

To the extent that any information disclosed herein requires subsequent amendment or modification upon Jenner & Block's completion of further analysis or as additional information regarding creditors and other parties in interest becomes available, one or more supplemental declarations will be submitted to the Court reflecting the same.

## JENNER & BLOCK'S QUALIFICATIONS

Jenner & Block has more than 500 lawyers in offices in Chicago, New York, Los Angeles, Washington D.C., and, through an affiliated law firm, in London. Jenner & Block's Internal Investigations, Compliance, and Defense group is one of the country's premier practices in the field of internal investigations and corporate defenses. Its members, which include two former U.S. attorneys, have conducted internal investigations for publicly held corporations, privately held corporations, and governmental entities across the United States and abroad. Jenner & Block also has a world-class energy practice, co-chaired by a former major utility general counsel and a former FERC Commissioner. Jenner & Block's energy practice also includes a former FERC general counsel and two former U.S. Supreme

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Application.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Court clerks who lead major litigation efforts on behalf of numerous energy industry clients.

Additionally, having represented the Debtors in the Criminal Case and other matters for over two years prior to the Petition Date, Jenner & Block has acquired considerable knowledge of their business and operations. For the foregoing reasons, the Debtors believe that Jenner & Block is well-qualified to represent the Debtors as special corporate defense counsel during the pendency of these Chapter 11 Cases, and that the retention of Jenner & Block is in the best interests of the Debtors, their estates, and their creditors.

For the foregoing reasons, I believe Jenner & Block is well-qualified to represent the Debtors as special corporate defense counsel during these Chapter 11 Cases in an efficient and timely manner.

**SERVICES TO BE PROVIDED**

Jenner & Block will provide the following services to the Debtors, among others:

a) draft motions and briefs, appear at hearings, and otherwise represent the Utility in connection with the probation and the monitorship resulting from the criminal investigation and convictions relating to the natural gas explosion that occurred in the City of San Bruno, California, on September 9, 2010 (the "**Criminal Case**");

b) advise the Debtors in complying with the probationary measures imposed in the Criminal Case;

c) advise the Debtors in connection with various regulatory and enforcement matters involving the Federal Energy Regulatory Commission, Department of the Interior, Federal Communications Commission, and other federal agencies, and/or California state agencies, including the California Public Utilities Commission;

d) conduct internal investigations and advise the Debtors with respect to remediation of same, including in defending the Debtors in any regulatory actions taken against the Debtors;

e) assist, as requested, with matters relating to the aforementioned services as they may impact the Chapter 11 Cases; and

f) perform all other necessary legal services required by the Debtors during

the pendency of their Chapter 11 Cases.

Jenner & Block has, and will continue to, work closely with Weil, Gotshal & Manges LLP, Cravath, Swain & Moore LLP, Munger, Tolles & Olson LLP and the Debtors' other professionals to maximize efficiency and avoid any duplication of effort.

**JENNER & BLOCK'S DISINTERESTEDNESS AND CONNECTIONS**

Jenner & Block has developed procedures to enable it to ensure compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, the *United States Bankruptcy Court Northern District of California Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees*, effective February 19, 2014 (the "**Local Guidelines**"), the U.*S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013 (the "**U.S. Trustee Guidelines**," and together with the Local Guidelines, the "**Fee Guidelines**"), and any further Orders of the Court in these Chapter 11 Cases regarding professional compensation and reimbursement of expenses (the "**Orders**"). Following those procedures, on January 28, 2019, I asked Jenner & Block personnel to compare the names from the categories listed on **Schedule 1** hereto with a database containing the names of all Jenner & Block clients and former clients who were clients at any time during the past two years, and related conflict information, to research information about affiliates of the listed entities, to distribute an email inquiry to all Jenner & Block attorneys, and to make follow-up inquiries.

For disclosure purposes, Jenner & Block identified the parties in interest or affiliates of parties in interest set forth on **Schedule 2** hereto that Jenner & Block or Jenner & Block attorneys have represented in the last two years, in matters unrelated to the Debtors' cases. Additionally, Jenner & Block discloses that:

1) The parents of an associate attorney in Jenner & Block's Washington D.C. office are former officers of PG&E and, upon information and belief, may own PG&E Corp. stock. In an abundance of caution, this associate has been screened from this matter.

2) Before joining Jenner & Block, a department counsel in Jenner & Block's Chicago office represented a client in connection with a prior PG&E bankruptcy filing. In

an abundance of caution, this department counsel has been screened from this matter.

3) Jenner & Block also represents a party identified as a "Non-Debtors Professional." Due to the confidential nature of this representation, Jenner & Block is unable to disclose this party's identity. However, Jenner & Block has confirmed that this representation does not relate to PG&E or its bankruptcy filing.

Based on the results of those review procedures, I believe: none of Jenner & Block or any partner in, counsel to, or associate of Jenner & Block represents any entity in or in connection with these Chapter 11 Cases; Jenner & Block and I do not hold or represent an interest adverse to the Debtors; and neither Jenner & Block nor any of its attorneys, including me, (i) is a creditor, equity security holder, or insider of the Debtors, (ii) has been, within two years before the date of the filing of the petition, a director, officer, or employee of the Debtors, or (iii) has any interest materially adverse to the interests of the estate or any class of creditors by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

Based on the foregoing, I believe that Jenner & Block and I are each a disinterested person and eligible to serve as special corporate defense counsel to the Debtors during their Chapter 11 Cases.

Jenner & Block's practices encompass the representation of many diverse clients, some of which may be or may become creditors or parties in interest. To the extent that, during or at the conclusion of Jenner & Block's employment in these Chapter 11 Cases, it discovers any facts bearing on matters described in this Declaration, Jenner & Block will supplement the information contained in this Declaration.

Based on the foregoing, I believe that Jenner & Block is a "disinterested person," as defined in section 101(14) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors, as required by section 327(e) of the Bankruptcy Code, and that Jenner & Block's partners, associates, and special attorneys do not hold or represent any interest adverse to the Debtors or their estates. Accordingly, I submit that Jenner & Block is not disqualified for employment by the Debtors under section 327(e) of the Bankruptcy Code.

In addition, to the best of my knowledge, information and belief, neither I, Jenner &

Block, nor any partner, associate or special attorney of Jenner & Block, is a relative of, or has been so connected to, any judge of the United States Bankruptcy Court for the Northern District of California, the Office of the United States Trustee for Region 17 (the "**U.S. Trustee**"), or any employee of the U.S. Trustee as to make the approval of Jenner & Block's employment improper. Accordingly, I submit that Bankruptcy Rule 5002 would not prohibit employment of Jenner & Block as special corporate defense counsel for the Debtors.

## COMPENSATION

The pre-petition terms of Jenner & Block's engagement by the Debtors are set forth in an engagement agreement dated January 22, 2018 (the "**Engagement Agreement**"). Jenner & Block has informed the Debtors that, subject to the approval of this Court, it will charge the Debtors for its legal services on an hourly basis at the rates set forth in the Engagement Agreement, which reflect an approximately 20% discount[2] from Jenner & Block's ordinary and customary hourly rates in effect as of January 1, 2019, and for reimbursement of all costs and expenses in connection with these cases. In the normal course of its business, Jenner & Block revises its hourly rates annually. Jenner & Block will discuss any such rate increases with PG&E before taking effect. Notwithstanding the provisions of the Engagement Agreement, Jenner & Block will bill for services in increments of a tenth of an hour (0.1) as required by the U.S. Trustee guidelines.

I believe that Jenner & Block's rates are reasonable based upon its capabilities and are within the market range for comparable firms. The billing rates for the attorneys expected to have a material role in representing the Debtors are set forth below:

---

[2] In the Engagement Agreement, Jenner & Block agreed to charge PG&E its 2018 hourly rates (subject to class-year step increases for associates and new partners), less a 15% discount, through December 31, 2019, at which time Jenner & Block's rates will revert to its standard applicable rates. Additionally, Jenner & Block agreed to a 2.5% discount on fees collected in excess of $2,500,000 and a 5% discount on fees collected in excess of $5,000,000 during the 2019 calendar year.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Name | Position | Discounted Hourly Rate |
|---|---|---|
| Randall E. Mehrberg | Partner | $893 |
| Reid J. Schar | Partner | $982 |
| Ian H. Gershengorn | Partner | $982 |
| Catherine L. Steege | Partner | $918 |
| Suedeen G. Kelly | Partner | $871 |
| Brian Hauck | Partner | $782 |
| Matthew S. Hellman | Partner | $761 |
| Matthew L. Haws | Partner | $761 |
| Brandon D. Fox | Partner | $761 |
| Max Minzner | Partner | $740 |
| Matthew E. Price | Partner | $714 |
| Coral A. Negron | Partner | $714 |
| Emily M. Loeb | Partner | $706 |
| Angela M. Allen | Partner | $701 |
| Samuel Jahangir | Associate | $506 |
| Andrew P. Walker | Associate | $506 |
| William A. Williams | Associate | $459 |
| Jason T. Perkins | Associate | $459 |
| Amir Shakoorian Tabrizi | Associate | $400 |

The hourly rates set forth above are consistent with, and generally less than, the rates that Jenner & Block charges other comparable clients for similar services, whether in or outside of chapter 11, regardless of the location of the client or the court in which a matter is pending. The hourly rates listed above are appropriate and not significantly different from (a) the rates that Jenner & Block charges for other similar types of representations, or (b) the rates that other counsel of similar expertise and experience would charge to do work similar to the work Jenner & Block will perform for the Debtors.

It is Jenner & Block's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone conference call and international call charges, mail, express mail, and overnight delivery service charges, special or hand delivery charges, document retrieval charges, photocopying charges, charges for mass mailings (including envelopes and labels) provided by Jenner & Block to outside copying services, travel expenses, expenses for "working meals," computerized research, transcription costs, and non-ordinary overhead expenses such as secretarial and other overtime. Jenner & Block believes that it is more appropriate to charge these expenses to the clients incurring them than to increase its hourly rates and spread the expenses among all clients. Jenner & Block does not charge clients for office supplies.

Jenner & Block will charge such costs and expenses in accordance, and only to the extent consistent, with the Bankruptcy Local Rules, the applicable guidelines promulgated by the U.S Trustee, and the Engagement Agreement.

Jenner & Block will apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with its representation of the Debtors in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Local Rules, the Fee Guidelines, and Orders of the Court. In connection with any employment or interim or final fee application Jenner & Block files in these Chapter 11 Cases, Jenner & Block will make a reasonable effort to comply with the Fee Guidelines.

Jenner & Block does not share fees with any attorneys except to the extent permitted by section 504 of the Bankruptcy Code.

In the year prior to the Petition Date, PG&E made payments to Jenner on periodic invoices totaling $3,570,982.15. Additionally, on January 22 and 25, 2019, the Debtors provided Jenner & Block with an advance payment retainers in the total amount of $1,000,000 each. Prior to the filing of the petition, Jenner & Block applied its retainer in satisfaction of the fees and expenses incurred by Jenner & Block through January 28, 2019. After that application of the retainer, Jenner & Block held and still holds $710,723.16 in retainer.

## RESPONSE TO U.S. TRUSTEE FEE GUIDELINE QUESTIONS

The following answer the questions in Section D.1 of the U.S. Trustee Guidelines:

1) Other than the discount provided for in the Engagement Agreement and noted above, Jenner & Block did not agree to any variations from, or alternatives to, its standard or customary billing arrangements for this engagement.

2) None of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case.

3) Jenner & Block billed the Debtors for services rendered prior to the Petition Date in accordance with the rate schedule included in the Engagement Agreement. Jenner & Block's billing rates and material financial terms have not changed postpetition.

4) Jenner & Block and the Debtors will discuss a staffing plan and budget for this matter in connection with Jenner & Block's initial fee application in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: March 14, 2019
Chicago, Illinois

Randall E. Mehrberg

# SCHEDULE 1

**PG&E Corporation and Pacific Gas and Electric Company
Retention Checklist**

- Debtors
- Debtors' Trade Names and Aliases (up to 8 years)
- Affiliates and Subsidiaries
- Bank Accounts
- Bankruptcy Judges & Staff Northern District of California
- Current Officers and Directors
- Term and Revolving Loan Lenders and Administrative Agents
- Contract Counterparties
- DIP Lenders
- Debtors Professionals
- Former Officers and Directors (since 2008)
- Affiliations of Former Officers
- Affiliations of Former Directors
- Insurance/Insurance Provider/Surety Bonds
- Surety Bonds
- Landlords and parties to leases
- Lenders Litigation Counterparties/Litigation Pending Lawsuits
- Litigation Parties (in adversary proceeding 19-03003)
- Ad Hoc Committee of Unsecured Tort Claimant Creditors
- Non-Debtors Professionals
- Ordinary Course Professionals
- Letters of Credit
- Regulatory and Government
- Significant Competitors
- Significant Shareholders (more than 5% of equity)
- Significant holder of voting securities
- Taxing Authorities
- Top Unsecured Creditors (top 50 list as well as other large holders of unsecured claims)
- Unsecured Notes
- UCC Lien Holders
- Unions
- Office of the United States Trustee for Region 17
- Utility Providers
- Vendors/Suppliers
- Interested Parties / Notice of Appearance Parties

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# SCHEDULE 2

## Current/Former Client Representations Reflected in Conflicts/Database Search

The following entities are either current or former clients of Jenner or affiliates of current or former clients of Jenner. None of the representations listed below involve or involved matters related to the Debtors or their chapter 11 cases.

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity That Is a Jenner & Block Client | Client Status | Relationship to Debtors |
|---|---|---|---|
| Deutsche Bank | Deutsche Bank | Current | Secured Creditor |
| JPMC, JPMVentures | JPMorgan Chase | Current | Secured Creditor |
| Mills College | Mills College | Current | Affiliation of Former Director |
| Mark Curry | Mark E. Curry (Jenner has not confirmed if this individual is the same person) | Current | Lease Counterparty |
| SEIU | Service Employees International Union | Current | Interested Party |
| Goldman Sachs Bank USA | Goldman Sachs International | Current | Secured Creditor |
| Sumitomo Mitsui Banking Corp. | SMBC Rail Services LLC | Current | Secured Creditor |
| Waste Management, Inc., Waste Management- Fresno | Waste Management, Inc. | Former | Contract Counterparty |
| Acciona Energy NA/Pacific Renewables | Acciona Energy North America; Acciona SA, Acciona Energia, SA, Acciona Energy USA Global, Acciona Solar Power, Inc. Acciona Solar Energy LLC | Current | Contract Counterparty |
| AES Corp. | AES Corp. | Current | Contract Counterparty |
| APS-Pinnacle West Capital Corp. | Arizona Public Service Co.; Pinnacle West Capital Corp. | Current | Contract Counterparty |
| Constellation Energy Group, Inc. | Constellation Energy Nuclear Group, LLC | Current | Contract Counterparty |
| EDF Renewable Energy, EDF Trading North America, Inc. | EDF, Inc. | Current | Contract Counterparty |
| Exelon | Exelon | Current | Contract Counterparty |
| Public Service Enterprise Group | Public Service Enterprise Group | Current | Contract Counterparty |
| Calpine Corp. | Calpine Corp.; Energy Services LP | Former | Litigation Party |
| Bank of Montreal | Bank of Montreal | Current | Contract Counterparty |
| Bonneville Power Administration | Bonneville Power Administration | Current | Contract/Lease Counterparty |
| El Paso Natural Gas | Kinder Morgan; El Paso Natural Gas | Current | Contract Counterparty |
| Salt River Project | Salt River Project Improvement and Power District | Current | Contract Counterparty |
| Vitol, Inc. | Vitol, Inc. | Former | Contract Counterparty |
| Edison Electric Institute | Edison Electric Institute | Former | Affiliation of Former Director |
| Brookfield Renewable Energy Partners | BAIF US Renewable Power Holdings LLC | Current | Contract Counterparty |
| Equus Energy | Equus Total Return, Inc. | Current | Contract Counterparty |
| Frito-Lay | Pepsico | Current | Contract Counterparty |

| | | | |
|---|---|---|---|
| Jackson Street LLC | Jackson Street, LLC | Current | Lease Counterparty |
| GATX/Calpine Cogen-Agnews, Inc. | GATX Corp. | Current | Contract Counterparty |
| "United Airlines (Cogen)" | United Airlines; United Continental | Current | Contract Counterparty |
| Aetna, Inc. | Aetna, Inc. | Former | Insurance Provider |
| David Williams | David H. Williams (Jenner has not confirmed if this individual is the same person) | Current | Lease Counterparty |
| Gerald Smith | Jerry Smith (Jenner has not confirmed if this individual is the same person) | Current | Litigation Counterparty |
| Univar USA, Inc | Univar USA, Inc. | Current | Vendor/Supplier |
| Towers Watson | Willis Towers Watson | Former | Insurance Provider |
| Southern California Edison Company | Southern California Edison Company | Current | Lease Counterparty; Utility Provider; Competitor |
| State Farm | State Farm | Current | Litigation Counterparty |
| Energy Insurance Services, Inc. | Energy Insurance Services, Inc.; American Electric Power Company | Former | Insurance Provider |
| Great-West Life Assurance Co. | Great-West Life Assurance Co. | Current | UCC Lienholder |
| Morgan Stanley | Beverly Wilshire Owner LP | Former | Secured Creditor |
| Life Insurance Co. of North America (CIGNA); CIGNA Group Insurance | CIGNA Group Insurance | Current | Insurance Provider |
| Larry Smith | Lawrence V. Smith (Jenner has not confirmed if this individual is the same person) | Current | Lease Counterparty |
| Live Nation | Live Nation | Current | Lease Counterparty |
| Sears | Sears Hometown and Outlet Stores, Inc. | Current | Lease Counterparty |
| T-Mobile | T-Mobile US, Inc. | Current | Lease Counterparty; Utility Provider |
| Elliott Management | Elliott Management Corp. | Current | Shareholder |
| Cox PCS- Sprint Spectrum | Cox Enterprises | Current | Utility Provider |
| Sprint/Softbank | Sprint; Softbank | Current | Utility Provider |
| Verizon | Verizon | Current | Utility Provider |
| Crown Castle | Crown Castle | Former | Lease Counterparty |
| Bright House Networks, LLC and Charter Communications | Bright House Networks Detroit Cable Advertising, LLC; Charter Communications | Current | Utility Provider |
| Comcast/Mediacom | Comcast/Mediacom | Current | Utility Provider |
| Brightview Landscape Services, Inc. | Brightview Landscapes, LLC/Brickman Acquisition Holdings, Inc. | Former | Vendor |
| Union Pacific Railroad Co. | Union Pacific Railroad Co. | Current | Lease Counterparty |
| Daniel Alvarez | Daniel Alvarez (Jenner has not confirmed if this individual is the same person) | Current | Litigation Counterparty |
| Honeywell International, Inc. | Honeywell International, Inc | Current | Interested Party |
| CNA Insurance Company | CNA | Current | Litigation Counterparty |

| | | | |
|---|---|---|---|
| Hunton Andrews Kurth | Hunton & Williams | Current | Ordinary Course Professional |
| Mayer Brown | Mayer Brown | Current | Ordinary Course Professional |
| Suzanne Frank | Suzanne Weese Frank (Jenner has not confirmed if this individual is the same person) | Current | Litigation Counterparty |
| Greenberg Traurig | Greenberg Traurig | Current | Ordinary Course Professional |
| Paul Hastings | Paul Hastings | Current | Ordinary Course Professional |
| Pillsbury | Pillsbury | Current | Ordinary Course Professional |
| General Electric | General Electric | Current | UCC Lienholder |
| City of Oakland | Port of Oakland | Current | Secured Creditor |
| City of Oakland | City of Oakland | Former | Secured Creditor |
| ABB, Inc. | ABB Asea Brown Boveri, Ltd. | Current | Vendor |
| CH2M Hill Engineers, INc. | Jacobs Engineering Group, Inc. | Current | Vendor |
| Energy Systems Group | Energy Systems Group | Current | Vendor |
| McKinsey & Co. | McKinsey & Co. | Current | Unsecured Creditor |
| Halliburton U.S. Onshore | Halliburton Co. | Current | Vendor/Supplier |
| Cummins Pacific | Cummins Westport Inc. | Current | Vendor/Supplier |
| Schneider Electric Systems USA, Inc. | Schneider Electric Systems USA, Inc. | Current | Vendor/Supplier |
| Zayo Group Holdings, Inc.; Zayo Group, LLC | Zayo Group, LLC | Former | Vendor; Litigation Counterparty |
| DE Shaw | DE Shaw | Former | Contract Counterparty |
| Noble Americas Corp | Noble Americas Corp.; Cofco Agri, Ltd. | Former | Contract Counterparty |
| United Services Automobile Association | United Services Automobile Association | Former | Litigation Counterparty |
| Oracle America, Inc. | Oracle America, Inc. | Former | Unsecured Creditor |
| Build It Green | Build It Green | Former | Vendor/Supplier |
| ADP, Inc. | Automatic Data Processing, Inc.; ADP, Inc. | Current | Vendor/Supplier |
| Blue Cross of California, Inc. DBA Anthem Blue Cross | Blue Cross Blue Shield Association-General; Blue Cross Blue Shield of Alabama | Former | Insurance Provider |
| TD Bank, NA | TD Bank, NA | Former | Secured Creditor |