WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Proposed Attorneys for Debtors
and Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **DECLARATION OF JANET LODUCA IN SUPPORT OF THE APPLICATION PURSUANT TO 11 U.S.C. 327(e) AND FED. R. BANKR. P. 2014(a) AND 2016 FOR ORDER AUTHORIZING THE DEBTORS TO RETAIN JENNER & BLOCK LLP AS SPECIAL CORPORATE DEFNSE COUNSEL *NUNC PRO TUNC* TO THE PETITION DATE** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas & Electric Company<br>X Affects both Debtors | |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I, Janet Loduca, hereby declare:

I am the Senior Vice President and Acting General Counsel of PG&E Corporation (together, with Pacific Gas and Electric Company, the "**Debtors**" or "**PG&E**"), which maintains its principal office at 77 Beale Street, San Francisco, California 94177.

I submit this Declaration in connection with the application of the Debtors in the above-captioned chapter 11 cases for an order approving the retention of Jenner & Block LLP ("**Jenner & Block**") as special corporate defense counsel to the Debtors effective as of January 29, 2019.

Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.

**RESPONSE TO U.S. TRUSTEE FEE GUIDELINE QUESTIONS**

The following answer the questions in Section D.2 of the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013:

a. The Debtors obtained confirmation from Jenner & Block that their proposed hourly rates and material terms of engagement are comparable to Jenner & Block's billing rates and terms for Jenner & Block's nonbankruptcy engagements. Moreover, based upon my general knowledge of the billing practices of large law firms, I am comfortable that Jenner & Block's proposed hourly rates are within the range of rates charged by comparably skilled professionals.

b. Due to Jenner & Block's previous involvement in the matters comprising the current proposed engagement, the Debtors did not interview any other firms in connection therewith.

c. To supervise Jenner & Block's fees and expenses and to manage costs, either I or a senior lawyer in our legal department will review Jenner & Block's monthly fee statements and will discuss any appropriate write-offs with Jenner & Block before the fee statements are filed. In addition, either I or a senior lawyer in our legal department will discuss and review with Jenner & Block a budget and

1    staffing plan in connection with the initial fee application Jenner & Block files.

I declare under penalty of perjury as provided in 28 U.S.C. § 1746 that the foregoing is true and correct according to the best of my knowledge, information and belief.

Dated: 3/14/19

*(signature)*

Janet Loduca
Senior Vice President & Acting General Counsel