Robert A. Julian
Cecily A. Dumas
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:   628.208.6434
Email:  rjulian@bakerlaw.com
Email:  cdumas@bakerlaw.com

Eric E. Sagerman
Lauren T. Attard
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA 90025
Telephone:   310.820.8800
Facsimile:   310.820.8859
Email:  esagerman@bakerlaw.com
Email:  lattard@bakerlaw.com

*Proposed Counsel for Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors** | |
| ☐ Affects PG& E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors | **APPLICATION FOR ADMISSION OF ATTORNEY CATHERINE E. WOLTERING *PRO HAC VICE*** |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM) | |

| | |
|---|---|
| 1 | Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Catherine E. Woltering, an active member in good standing of the bars of the State of Ohio, the State of New York, and the United States District Courts for the Southern District of Ohio, the Northern District of Ohio, the Southern District of New York, the Eastern District of New York, and the U.S. Court of Appeals, 2nd Circuit, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing the Official Committee of Tort Claimants, in the above-entitled action. |

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name and address and telephone number of that attorney is:

Robert A. Julian
Baker & Hostetler LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 15, 2019

*/s/ Catherine Woltering*
Catherine E. Woltering