# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

## CERTIFICATE OF
## GOOD STANDING

I, Richard W. Nagel, Clerk of this Court, certify that

**Catherine Elizabeth Woltering (0084015)**

was duly admitted to practice in this Court on

February 5, 2009

and is in good standing as a member of the Bar of this Court.

Dated at Columbus, Ohio on March 6, 2019.



Signature of Clerk or Deputy Clerk