

# STATE OF COLORADO, ss:

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

## LEAH E CAPRITTA

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **16th** day of **October** A.D. **2000** and that at the date hereof the said **LEAH E CAPRITTA** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **25th** day of **February** A.D. **2019**

Cheryl Stevens
Clerk

By _[signature]_
Deputy Clerk