Leah E. Capritta (32087)
Holland & Knight, LLP
1801 California Street
Suite 5000
Denver, CO 80202
Telephone: 303-974-6660
Facsimile: 303-974-6659
Leah.capritta@hklaw.com

Attorneys for Debtor
United Energy Trading, LLC

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re **PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY**

Debtor(s).

Case No. **19-30088-DM (Related Case 19-30089-DM)**

Chapter **11**

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Leah E. Capritta**, whose business address and telephone number is **Holland & Knight LLP, 1801 California Street, Suite 5000, Denver, Colorado 80202**

and who is an active member in good standing of the bar of **Colorado**

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **United Energy Trading, LLC**

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**