GREENBERG TAURIG, LLP
Howard J. Steinberg (SBN CA 89291)
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800
Email: steinbergh@gtlaw.com

Attorneys for HercRentals

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION,

    Debtor,

CASE NO. 3:19-bk-30088

Chapter 11

REQUEST FOR SPECIAL NOTICE

1     CASE NO. 3:19-bk-30088
REQUEST FOR SPECIAL NOTICE
Case: 19-30088   Doc# 918   Filed: 03/15/19   Entered: 03/15/19 11:45:31   Page 1 of 3

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the firm of Greenberg Traurig, LLP, attorneys for the HercRentals ("HercRentals"), hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Rule 2002 of the Federal Rules of Bankruptcy Procedure, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

HercRentals requests that all notices be given to and served upon the following:

GREENBERG TRAURIG, LLP
Howard J. Steinberg (SBN CA 89291)
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310-586-7700
Facsimile: 310-586-7800
Email: steinbergh@gtlaw.com

HercRentals
Sharon Petrosino, Esq.
27500 Riverview Center Blvd.
Bonita Springs, FL 34134
Telephone: 239-301-1126
Facscimile: 239-301-1109
Email: Sharon.petrosino@hercrentals.com

**PLEASE TAKE FURTHER NOTICE** that this Request for Special Notice constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, or otherwise, that: (1) affects or seeks to affect in any way any rights or interests of any party in interest in this chapter 11 proceeding, with respect to: (a) the Debtor; (b) property of the Debtor's estate, or proceeds thereof, in which the Debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtor may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this Request for Special Notice and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of HercRentals.

DATED:  March 14, 2019                         GREENBERG TRAURIG, LLP


By /s/ Howard J. Steinberg
Howard J. Steinberg
HERCRENTALS

ADMIN 34990728v1