1  **DIEMER & WEI, LLP**
   Kathryn S. Diemer (#133977)
2  100 West San Fernando Street, Suite 555
   San Jose, CA 95113
3  Telephone: 408-971-6270
   Facsimile: 408-971-6271
4  Email: kdiemer@diemerwei.com

5
   **WILLKIE FARR & GALLAGHER LLP**
6  Matthew A. Feldman (*pro hac vice* pending)
   Joseph G. Minias (*pro hac vice* pending)
7  Daniel I. Forman (*pro hac vice* pending)
   787 Seventh Avenue
8  New York, NY 10019-6099
   Telephone: (212) 728-8000
9  Facsimile: (212) 728-8111
   Email: mfeldman@willkie.com
10        jminias@willkie.com
          dforman@willkie.com
11
12 *Counsel for Ad Hoc Group of Subrogation Claim Holders*
13
                 **UNITED STATES BANKRUPTCY COURT**
14
                 **NORTHERN DISTRICT OF CALIFORNIA**
15
                    **SAN FRANCISCO DIVISION**
16

17
   **In re:**                                Case No. 19-30088 DM
18                                            Chapter 11
   **PG&E CORPORATION,**
19                                            (Lead Case)
20      **-and-**                             (Jointly Administered)

21 **PACIFIC GAS AND ELECTRIC**              **APPLICATION FOR ADMISSION OF**
   **COMPANY,**                              **ATTORNEY MATTHEW A. FELDMAN**
22          **Debtors.**                      *PRO HAC VICE*

23
   ☐ Affects PG&E Corporation
24 ☐ Affects Pacific Gas and Electric Company
25 ☑ Affects both Debtors

26 *\* All papers shall be filed in the lead case,*
   *No. 19-30088 DM*
27

28

1    Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Matthew A. Feldman, an active member in

2    good standing of the bar of New York, hereby applies for admission to practice in the Northern District

3    of California on a *pro hac vice* basis representing the Ad Hoc Group of Subrogation Claim Holders

4    in the above-entitled action.

5    In support of this application, I certify on oath that:

6    1.    I am an active member in good standing of a United States Court or of the highest

7          court of another State or the District of Columbia, as indicated above;

8    2.    I agree to abide by the Standard of Professional Conduct set forth in Local Rule 11-4,

9          and agree to become familiar with the Local Rules and the Bankruptcy Dispute

10         Resolution Program of this Court; and,

11   3.    An attorney who is a member of the bar of this Court in good standing and who

12         maintains an office within the State of California has been designated as co-counsel

13         in the above-entitled action.  The name, address and telephone number of that

14         attorney is:

15         Kathryn S. Diemer (#133977)
           **DIEMER & WEI, LLP**
16         100 West San Fernando Street, Suite 555
           San Jose, CA 95113
17         Telephone: 408-971-6270
           Facsimile: 408-971-6271
18         Email: kdiemer@diemerwei.com

19

20   I declare under penalty of perjury that the foregoing is true and correct.

21

22   Dated: March 15, 2019

23                           **WILLKIE FARR & GALLAGHER LLP**

24

25                           */S/ Matthew A. Feldman*
                             Matthew A. Feldman
26                           *Counsel to Ad Hoc Group of Subrogation Claim Holders*

27

28

Appellate Division of the Supreme Court
of the State of New York
First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# MATTHEW A. FELDMAN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **October 26, 1992**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**January 29, 2019**

1944

Clerk of the Court