**DIEMER & WEI, LLP**
Kathryn S. Diemer (#133977)
100 West San Fernando Street, Suite 555
San Jose, CA 95113
Telephone: 408-971-6270
Facsimile: 408-971-6271
Email: kdiemer@diemerwei.com

**WILLKIE FARR & GALLAGHER LLP**
Matthew A. Feldman (*pro hac vice* pending)
Joseph G. Minias (*pro hac vice* pending)
Daniel I. Forman (*pro hac vice* pending)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mfeldman@willkie.com
       jminias@willkie.com
       dforman@willkie.com

*Counsel for Ad Hoc Group of Subrogation Claim Holders*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>-and-<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088 DM* | Case No. 19-30088 DM<br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY DANIEL I. FORMAN *PRO HAC VICE*** |

| | |
|---|---|
|1| Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Daniel I. Forman, an active member in good |
|2| standing of the bar of New York, hereby applies for admission to practice in the Northern District of |
|3| California on a *pro hac vice* basis representing the Ad Hoc Group of Subrogation Claim Holders in |
|4| the above-entitled action. |
|5| In support of this application, I certify on oath that: |
|6| 1. I am an active member in good standing of a United States Court or of the highest |
|7| court of another State or the District of Columbia, as indicated above; |
|8| 2. I agree to abide by the Standard of Professional Conduct set forth in Local Rule 11-4, |
|9| and agree to become familiar with the Local Rules and the Bankruptcy Dispute |
|10| Resolution Program of this Court; and, |
|11| 3. An attorney who is a member of the bar of this Court in good standing and who |
|12| maintains an office within the State of California has been designated as co-counsel |
|13| in the above-entitled action. The name, address and telephone number of that |
|14| attorney is: |
|15| Kathryn S. Diemer (#133977) |
|16| **DIEMER & WEI, LLP** |
|  | 100 West San Fernando Street, Suite 555 |
|17| San Jose, CA 95113 |
|  | Telephone: 408-971-6270 |
|18| Facsimile: 408-971-6271 |
|  | Email: kdiemer@diemerwei.com |
|19| |
|20| I declare under penalty of perjury that the foregoing is true and correct. |
|21| |
|22| |
|  | Dated: March 15, 2019 |
|23| **WILLKIE FARR & GALLAGHER LLP** |
|24| |
|25| |
|  | /S/ Daniel I. Forman |
|26| Daniel I. Forman |
|  | *Counsel to Ad Hoc Group of Subrogation Claim Holders* |
|27| |
|28| |

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## DANIEL ISAAC FORMAN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **January 20, 2010**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**January 8, 2019**

1141

Clerk of the Court