

Signed and Filed: March 15, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**DIEMER & WEI, LLP**
Kathryn S. Diemer (#133977)
100 West San Fernando Street, Suite 555
San Jose, CA 95113
Telephone: 408-971-6270
Facsimile: 408-971-6271
Email: kdiemer@diemerwei.com

**WILLKIE FARR & GALLAGHER LLP**
Matthew A. Feldman
Joseph G. Minias
Daniel I. Forman
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mfeldman@willkie.com
  jminias@willkie.com
  dforman@willkie.com

*Counsel for Ad Hoc Group of Subrogation Claim Holders*

## UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088 DM |
| | Chapter 11 |
| **PG&E CORPORATION,** | |
| | (Lead Case) |
| -and- | (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **ORDER GRANTING APPLICATION FOR ADMISSION OF DANIEL I. FORMAN PRO HAC VICE** |
| Debtors. | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| *\* All papers shall be filed in the lead case, No. 19-30088 DM* | |

1  Daniel I. Forman, whose business address and telephone number is:

**WILLKIE FARR & GALLAGHER LLP**
Daniel I. Forman
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: dforman@willkie.com

Is an active member in good standing of the bar of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice basis*, representing the Ad Hoc Group of Subrogation Claim Holders.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**