LEONIDOU & ROSIN
Professional Corporation
A. Robert Rosin (SBN 115245)
arrosin@alr-law.com
Gregory S. Gerson (SBN 318795)
ggerson@alr-law.com
777 Cuesta Drive, Suite 200
Mountain View, CA 94040
Telephone: (650) 691-2888

Attorneys for Creditor
SANCO PIPELINES, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>          Debtors. | Bankruptcy Case<br>No. 19-30089 (DM)<br><br>Chapter 11<br><br>(Lead Case 19-30088)<br><br>(Jointly Administered) |

**SANCO PIPELINE, INC.'S
NOTICE OF PERFECTION OF LIEN
(11 USC §§ 546 and 362)**

TO THE CLERK OF THE BANKRUPTCY COURT, THE DEBTORS, AND ALL OTHER INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:

      You are hereby notified that Sanco Pipelines, Inc. (hereinafter "Sanco"), whose address is 727 University Avenue, Los Gatos, CA 95032, hereby perfects and continues to perfect, under 11 United States Code Sections 546(b) and 362(b)(3), its mechanic's lien in the principal amount, after deducting all credits and offsets, of $6,174.86, for labor, equipment, material, and services provided by Sanco, which are generally described as underground site utility construction and related materials, labor, equipment, and services, and which were incorporated

1

SANCO PIPELINE, INC.'S NOTICE OF PERFECTION OF LIEN
U.S. Dist. Bankr. N.D. Cal. Case Nos. 19-30088 and 19-30089 (DM)
Case: 19-30088    Doc# 930    Filed: 03/15/19    Entered: 03/15/19 16:19:44    Page 1 of 2
S:\ALRDOCS\11048\1\00227192.DOCX

in and consititute improvements to the real property commonly known as PG&E VCOC Building 4- 4940 Allison Parkway, Vacaville, California (036045). The purported owner of the property in question is Pacific Gas & Electric Co., 77 Beale Street, San Francisco, California 94105, c/o P.O. Box 997300, Sacramento, CA 95899-7300. Sanco furnished the above-described labor, equipment, materials and services at the special instance and request of, and pursuant to a contract with, Goodfellow Top Grade Construction, 50 Contractors Street, Livermore, CA 94551. This Notice constitutes the legal equivalent of having recorded a mechanic's lien and then having commenced a suit to foreclose upon the mechanic's lien.

You are further notified that Sierra intends to enforce the lien to the fullest extent allowed by bankruptcy law and California law. This pleading does not constitute an admission as to the necessity of any such seizure or commencement.

Dated: March 15, 2019

LEONIDOU & ROSIN
Professional Corporation


By_____*/s/ A. Robert Rosin*_____
A. Robert Rosin
Attorneys for
Sanco Pipelines, Inc.

2
**SANCO PIPELINE, INC.'S NOTICE OF PERFECTION OF LIEN**
U.S. Dist. Bankr. N.D. Cal. Case Nos. 19-30088 and 19-30089 (DM)

Case: 19-30088    Doc# 930    Filed: 03/15/19    Entered: 03/15/19 16:19:44    Page 2 of 2

S:\ALRDOCS\11048\1\00227192.DOCX