Robert A. Julian
Cecily A. Dumas
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:     628.208.6434
Facsimile:     310.820.8859
Email:  rjulian@bakerlaw.com
Email:  cdumas@bakerlaw.com

Eric E. Sagerman
Lauren T. Attard
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA 90025
Telephone:     310.820.8800
Facsimile:     310.820.8859
Email:  esagerman@bakerlaw.com
Email:  lattard@bakerlaw.com

*Proposed Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                    **Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF EX PARTE APPLICATION FOR ORDER EXTENDING TIME FOR HEARING ON MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a), 363, AND 503(c) FOR ENTRY OF AN ORDER (I) APPROVING SHORT-TERM INCENTIVE PLAN AND (II) GRANTING RELATED RELIEF (ECF NO. 782)**<br><br>**Telephonic Hearing:**<br>Monday, March 18, 2019<br>2:00 p.m. (Pacific Time) |

**PLEASE TAKE NOTICE** that on March 15, 2019, the Official Committee of Tort Claimants (hereafter, the "**TCC**"), representing the largest group of stakeholders in the above-captioned chapter 11 cases of PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**" or "**PG&E**"), filed an Application (the "**Application**") to this Court on an *ex parte* basis, pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure and Rule 9006-1 of the Bankruptcy Local Rules for the Northern District of California, for entry of an order extending the time for hearing and for the TCC to file its opposition to the Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief (ECF No. 782).

**PLEASE TAKE FURTHER NOTICE** that on Monday, March 18, 2019, at 2 p.m. (Pacific Time), this Court will conduct a telephonic hearing on this Application via CourtCall.

Dated: March 15, 2019

BAKER & HOSTETLER LLP

By: /s/ Robert A. Julian
Robert A. Julian

*Proposed Attorneys for The Official Committee of Tort Claimants*