**<u>Schedule 1</u> to Declaration of Cecily A. Dumas**

**<u>Debtors' Interested Party List</u>**

BAKER & HOSTETLER, LLP
ATTORNEYS AT LAW
SAB FRANCISCO, CA

**PG&E Corporation and Pacific Gas and Electric Company**
**Retention Checklist**

Debtors
>PG&E Corporation
>Pacific Gas and Electric Company

Debtors' Trade Names and Aliases (up to 8 years) (a/k/a, f/k/a, d/b/a)
>None

Affiliates and Subsidiaries
>Alaska Gas Exploration Associates
>Eureka Energy Company
>Fuelco LLC
>Midway Power, LLC
>Morro Bay Mutual Water Company
>Moss Landing Mutual Water Company
>Natural Gas Corporation of California
>Pacific Energy Capital IV, LLC
>Pacific Energy Fuels Company
>Pacific Gas and Electric Company
>PCG Capital, Inc. (Formerly PG&E Ventures, Inc.)
>PG&E Corporation Support Services II, Inc.
>PG&E Corporation Support Services, Inc.
>PG&E National Energy Group, LLC
>Standard Pacific Gas Line Incorporated
>STARS Alliance LLC (formed in DE 7/12/12, PG&E ownership interest acquired 7/30/12)

Bank Accounts
>Bank of America
>Bank of America Merrill Lynch
>Bank of Marin
>Bank of New York Mellon
>Barclays Capital Inc.
>BNP Paribas
>Citibank, N.A.
>Citigroup Global Markets
>Deutsche Bank Trust Company Americas
>Fidelity Management Trust Company
>Goldman, Sachs & Co.
>JP Morgan Chase Bank, N.A.
>Merrill Lynch
>Mitsubishi UFJ Securities USA, INC.
>Morgan Stanley / ISG Operations
>RBC Capital Markets
>Royal Bank of Canada

WEIL:\96855232\16\67615.0013

Royal Bank of Scotland
U.S. Bank N.A. Global Corporate Trust Services
U.S. Bank, N.A.
Union Bank of California
Wachovia Corporate Services, Inc.
Wells Fargo Bank, N.A.
Wells Fargo Securities, LLC

Bankruptcy Judges & Staff Northern District of California
Chief Judge Charles Novack
Judge Hannah L. Blumenstiel
Judge Roger L. Efremsky
Judge M. Elaine Hammond
Judge Stephen L. Johnson
Judge William J. Lafferty III
Judge Dennis Montali
Edward Emmons (Clerk of the Court)
Amy Leitner
Anna Lee
Anna Rosales
Audrey Gervasi
Benjamin V. Gapuz
Cindy Fan
Dina Kakalia
Emily Keller
Jane Fabian
Jane Galvani
Kay Fransson
Kenneth Conlan
Laura Dripps
Laurent Chen
Lorena Parada
Monica Burley
Peggy E. Brister
Rachel Stoian
Raenna J. Rorabeck
Rahmon Brown
Ruby Bautista
Shannon Mounger-Lum
Terence Desouza

Current Officers and Directors
Affonsa, Deborah T
Becker, Margaret Kryder
Bell, Valerie J.

WEIL:\96855232\16\67615.0013

Bijur, Nicholas Marks
Cairns, Stephen James
Caron, Mark T
Chan, Eileen
Cheng, Linda Y
Chew, Lewis
Christopher, Melvin J.
Cowens, Bernard A.
Dasso, Kevin John
Foster, Christopher
Fowler, Fred
Franke, Jon A.
Giammona, Loraine M.
Hogan, Patrick
Johnson, Aaron J
Kane, Julie M
Kay, Kathleen B
Kelly, Richard
Kenney, Robert S.
King, Mary
Kiyota, Travis T
Kuga, Roy M
Lee, Wondy S
Lemler, Gregg Lee
Lewis, Michael
Loduca, Janet C
Malnight, Steven
Martin, Jamie Lynn
Meserve, Richard
Miller, Forrest
Minicucci, Benito
Mistry, Dinyar Behram
Montizambert, Eric Alan
Mullins, Eric
Parra, Rosendo
Powell, Deborah W
Rambo, Barbara
Sanford, Scott Thomas
Shim, Gun S.
Simon, John R
Singh, Sumeet
Smith, Anne Shen
Soto Jr., Jesus
Stephens, Keith Fisher
Thomason, David
Titone, Bonnie Beth

WEIL:\96855232\16\67615.0013

Trevino, Rolando I.
Wan, Fong
Wells, Jason P
Welsch, James Michael
Williams, Andrew K


Term and Revolving Loan Lenders and Administrative Agents
      Bank of America, N.A. (Admin Agent - $300M)
      Barclays Bank PLC
      BNP Paribas
      Canadian Imperial Bank of Commerce, New York Branch
      Citibank, N.A. (Admin Agent - $3B)
      Goldman Sachs Bank USA
      JPMorgan Chase Bank, N.A.
      Mizuho Bank, Ltd. (TL)
      Morgan Stanley Bank, N.A.
      Morgan Stanley Senior Funding, Inc.
      MUFG Union Bank, N.A.
      Royal Bank of Canada
      Sumitomo Mitsui Banking Corporation
      TD Bank, N.A.
      The Bank of New York Mellon
      The Bank of Tokyo-Mitsubishi UFJ, Ltd. (TL)
      US Bank, National Association
      Wells Fargo Bank, National Association

Contract Counterparties (includes, PPAs, patents and IP)
      1080 Chestnut Corp.
      3 Phases Renewables, Inc.
      54KR 8me LLC
      83WI 8ME LLC
      87RL 8ME LLC
      8minutenergy Renewables, LLC
      Abatement Fuels LLC
      ABEC #2 LLC
      ABEC #3 LLC
      ABEC #4 LLC
      ABEC Bidart-Old River LLC
      ABEC Bidart-Stockdale LLC
      ABQ ENERGY
      Acciona Energy N.A./ Pacific Renewables
      Aera Energy LLC
      Aera Energy LLC (Coalinga)
      Aera Energy LLC (N. Midway Sunset)
      Aera Energy LLC (Oxford)
      Aera Energy LLC (S. Belridge)

WEIL:\96855232\16\67615.0013

AES Distributed Energy
Agua Caliente Solar, LLC
Ahura Energy Concentrating Systems, Inc.
Air Products Manuf. Corp.
Airport Club
Alamo Solar, LLC
Alaun Group
Algonquin Power Co.
Algonquin Power Sanger LLC
Algonquin SKIC Solar 20 Solar, LLC
Alpaugh 50, LLC
Alpaugh North, LLC
AltaGas Ripon Energy Inc.
AltaGas San Joaquin Energy Inc.
Altamont Cogeneration Corp.
Altamont Power LLC (3-4 )
Altamont Power LLC (4-4)
Altamont Power LLC (6-4)
Altamont Power LLC (Partners 1)
Altamont Power LLC (Partners 2)
Alvares Renewables Projectco LLC
Amedee Geothermal Venture 1
Amerex Brokers LLC
American Energy, Inc.
Ampco/national 1
Anadarko
Anahau Energy
Anahau Energy, LLC
Apache Corp.
Apex Greenworks LLC
Apex Natural Renewable Generation LLC
APS - Pinnacle West Capital Corp - (Trading Entity)
Arbuckle Mountain Hydro, LLC
Arcadian Renewable Power Corp
Arden Wood Benevolent Assoc.
Arizona Public Service
Arlington Wind Power Project, LLC
Aspiration Solar G LLC
Atlantic Coast
Atlantic Coast Energy Corp.
Atlantica Yield
Atlantica Yield
Ato Power Inc.
Ausra Ca II, LLC
AV Solar Ranch One, LLC
Avangrid Renewables, LLC

WEIL:\96855232\16\67615.0013

Avenal Park LLC
Avista Energy, Inc.
Avista Utilities
Badger Creek Limited
Bailey Creek Ranch
Baker Station Associates L.P.
Baker Station Associates, L.P.
Bakersfield 111 LLC
Bakersfield Industrial PV 1, LLC
Bakersfield PV 1, LLC
Bakersfield PV I, LLC
Bank of Montreal
BAP Power Corporation
Barclays Bank PLC
Bayshore Solar A, LLC
Bayshore Solar B, LLC
Bayshore Solar C, LLC
Bear Creek Solar, LLC
Bear Mountain Limited
Beautiful Earth Group LLC
Bellus Ventures I LLC
Bena Power Producers LLC
Berkeley Cogeneration
Berkshire Hathaway Energy Renewables
Berry Creek
Berry Petroleum Company
Bertha Noll
Bertha Wright Bertillion
BGC Environmental Brokerage Services, L.P.
Big Creek Water Works, Ltd.
Big Valley Power, LLC
BioEnergy Green Fuels, LLC
BioEnergy Solutions LLC
Blackwell Solar, LLC
Blake's Landing Farms, Inc.
Blue Mountain Electric Company, LLC
Bluesource
BNP Paribas Securities Corp.
BNP Paribas US
Bonneville Power Administration
Bottle Rock Power, LLC
BP Energy Company
BP Products North America Inc.
Brookfield Renewable Energy Partners
Browns Valley Irrigation District
Buena Vista Energy, LLC

WEIL:\96855232\16\67615.0013

Burney Forest Products
Burney Forest Products, a Joint Venture
Buzzelle Renewables Projectco LLC
BVP Property, LLC
CA Flats Solar 150, LLC
Calaveras County Water District
Calaveras Public Utility District
Calaveras Yuba Hydro #1
Calaveras Yuba Hydro #2
Calaveras Yuba Hydro #3
California BioEnergy LLC
California Dept. of Water Resources
California Power Holdings, LLC
Calpeak Power - Panoche LLC
Calpeak Power - Vaca Dixon LLC
CalPeak Power, LLC
Calpine
Calpine  King City Cogen.
Calpine Energy Services, L.P.
Calpine Energy Solutions, LLC
Calpine Geysers Co. L. P. (KW#1)
Calpine Geysers Co. L. P. (KW#2)
Calpine Geysers Co. L. P. (WFF)
Calpine LLC
Calpine Monterey Cogen Inc.
Calpine Pittsburg Power Plant
Calpine Retained Assets Agreement
CalRenew -1 LLC
Calstor, LLC
Calwind Resources, Inc.
CAN NAT RES
Canadian Imperial Bank of Commerce
Capital Dynamics, Inc.
Capital Power Corporation
Capital Power L.P.
Cardinal Cogen
Cargill Inc.
Cargill Ltd.
Cargill Power Markets, LLC
Casas Del Sol Inc.
Cascade Energy Storage, LLC
Castelanelli Bros
Castleton Canada
Castleton Comm
CED Avenal Solar, LLC
CED Corcoran Solar 3, LLC

WEIL:\96855232\16\67615.0013

CED Corcoran Solar, LLC
CED Lost Hills Solar, LLC
CED Oro Loma Solar, LLC
CED White River Solar 2, LLC
CED White River Solar, LLC
Centaurus Renewable Energy LLC
Central California Irrigation District (CCID)
Central Valley Ag Power, LLC
Central Valley Gas Stor.
Chalk Cliff Limited
Chalk Hill Solar Project, LLC
Charcoal Ravine
Chevron (McKittrick)
Chevron (North Midway)
Chevron Natural
Chevron Products Company
Chevron Richmond Refinery
Chevron USA (Coalinga)
Chevron USA (Concord)
Chevron USA (Cymric)
Chevron USA (Eastridge)
Chevron USA (Taft/Cadet)
Chevron USA, Inc.
Chevron USA, Inc. (SE Kern River)
Choice Natural Gas
Christensen Renewables Projectco LLC
CID Solar, LLC
CIMA Energy, Ltd.
Citadel Energy Mktg. LLC
Citigroup
Citigroup Energy Inc.
City County of San Francisco
City of Fairfield
City of Milpitas
City of Roseville
City of San Jose (San Jose Clean Energy)
City of San Luis Obispo
City of Santa Clara (SVP Muni)
City of Santa Clara dba Silicon Valley Power
City of Santa Cruz Water Department
City of Seattle
City of Vallejo
City of Vernon
City of Watsonville
Classic Energy
Clean Power Alliance of Southern California

CleanPower SF
Clear Energy Brokerage & Consulting, LLC
Clearway Energy
ClimateSmart Charity
ClimeCo Corporation
Cloverdale Solar 1, LLC
Cloverdale Solar 2, LLC
Coalinga Cogeneration Company
Cochrane
Cogen National
Cogeneration Capital Association
Cogeneration Capital Association (Altamont Power)
Cogentrix
Collins Pine Company
Columbia Solar Energy, LLC
Commerce Energy Inc.
Commercial Energy of Montana
Commercial Energy of Montana Inc.
Community Renewable Energy Services, Inc.
Con Edison Development
Concord Energy
Concord Smart Energy Park, LLC
Conoco Canada
Conoco Phillips Company
Conocophillips Co.
Constellation Energy Group, Inc.
Contra Costa Generating Station LLC
Convergent Energy and Power LLC
Copper Mountain Solar 1, LLC
Copper Mountain Solar 2, LLC
Coral Power, LLC
Coram California Development, L.P.
Cotton Renewables Projectco LLC
County of Santa Cruz ( Water St. Jail)
Covanta Power Pacific
Covanta Power Pacific, Inc.
Coyanosa Gas
CP Energy Marketing (US) Inc.
CRA International Inc
CRA International Inc.
CRC Marketing, Inc.
Credit Suisse Energy LLC
Crockett Cogeneration, LP
Cross Court Athletic Club
Cupertino Green Club
Cuyama Solar, LLC.

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 10
WEIL:\96855232\16\67615.0013                                    of 216

CVI CleanCapital LLC
Cypress Energy Partners
D&L Harris
DAI/Oildale, Inc.
David O. Harde
DB Energy Trading
DE Shaw
Deadwood Hydro, LLC
Delano PV 1, LLC
Delta Diablo Sanitation District
DES WholesalE
Desert Sunlight 300, LLC
Desri Portal Ridge Development, LLC
Devlar
DG Fairhaven Power, LLC
DGEP Management, LLC
Diablo Energy Storage, LLC
Diablo Winds, LLC
Digger Creek Hydro
Digger Creek Ranch
Direct Energy
Direct Energy Business Marketing, LLC
Dole Enterprises, Inc.
Dominion Solar Holdings, Inc.
Donald R. Chenoweth
Double "C" Limited
DTE Biomass Energy
DTE Energy Services, Inc.
DTE Stockton, LLC
Duke Energy Marketing America LLC
Dynegy Marketing and Trade, LLC
Dynegy Morro Bay, LLC
Dynegy Moss Landing LLC
Dynegy Power, LLC
E J M McFadden
Eagle Creek Renewable Energy LLC
Eagle Hydro
East Bay Community Energy Authority
Eben Knight Smart IV & Everett Allen Smart
EBMUD
Eco Services Operations Corp
Eco-Energy, LLC
Ecos Energy, LLC
Eden Vale Dairy
EDF Renewable Energy
EDF Renewable Windfarm V, Inc.

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 11
WEIL:\96855232\16\67615.0013

EDF Trading
EDF Trading North America, LLC
EDP Renewables North America LLC
EEN LP and Enbridge LP
El Dorado Hydro, LLC
El Dorado Irrigation District
El Paso Natural Gas Company
Element Markets Renewable Energy, LLC
Elk Hills Power LLC
Elk Mountain Energy
Emmerson Investments, Inc.
Encana Mkt US
Encarnacion Ventures Inc.
Enel Green Power North America, Inc.
Energy 21
Energy America LLC
Energy America, LLC
Energy Capital Partners
Energy Nuevo Storage Farm, LLC
Enerparc CA1, LLC
Enerparc CA2, LLC
Enerparc Inc
Enfinity CAFIT 1 jacobscorner LLC
Enstor Energy
Enterprise
EOG Resources
Equus Energy
Equus Energy LLC
Escendent
ETC Marketing, Ltd.
Eugene J M McFadden
Eureka Energy Company
Eurus Energy America Corp
EVOL Mkts Fts LLC - Fin Brk -LE
Evolution Markets Futures LLC & Evolution Markets, Inc.
Evolution Markets Futures, LLC
Evolution Markets Inc.
Evolution Markets, Inc.
Exelon Generation
Exelon Generation Company, LLC
ExGen Renewables (Exlon)
Far West Power Corporation
Fayette II
Fayette III
Fayette IV
Fayette Manufacturing Corp

WEIL:\96855232\16\67615.0013

Fayette V
Fayette VI
FFP CA Community Solar, LLC
Finavera Renewables
First Reserve
First Solar
Fitzjarrell Renewables Projectco LLC
Five Bears Hydro, LLC
Foothill Farmington Solar Project, LLC
Forebay Wind, LLC
Forefront Power, LLC
Fortis Energy Marketing (fka Cinergy)
Fortistar LLC
Forward Power Plant Inc.
FPL Energy Montezuma Wind, LLC
Freepoint Comm
Freeport McMoRan Oil & Gas LLC (Dome)
Freeport McMoRan Oil & Gas LLC (Welport)
Fresh Air Energy 1, LLC
Fresh Air Energy IV, LLC
Fresno Cogeneration Partners, L.P.
Friant Power Authority
Frito Lay Cogen
Frito-Lay, Inc.
FTP Power LLC
Fuel Exchange, Llc
FuelCell Energy
Fuelco LLC
Gansner Power and Water Company
Gas Recovery Systems, Inc
Gas Transmission Northwest, LLC
GASNA 16P, LLC
GASNA 27P, LLC ("Peabody BRJ Option 1")
GASNA 30P, LLC ("Camden FiT 1")
GASNA 36P LLC
GASNA 60P, LLC
GASNA 6P, LLC
GATX/Calpine Cogen-Agnews Inc.
Genesis Solar, LLC
GenOn Delta, LLC
GenOn Energy Management LLC
GenOn Energy, Inc.
Geothermal Energy Partners 1
Geothermal Energy Partners 2
GEPIF NAP I Holdings
Geysers Power Company, LLC

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 13
of 216
WEIL:\96855232\16\67615.0013

GFI Brokers LLC
GFI Securities LLC
GHI Energy
Gill Ranch Storage, LLC
Gilroy Energy Center, LLC, Creed Energy Center, LLC and Goosehaven Energy Center, LLC
GIP III Zephyr Acquisition Partners, L.P.
GL Madera, LLC
GL Merced 2, LLC
GL Peacock, LLC
GL Sirius, LLC
Global Ampersand, LLC
Gold Hill Power
Golden Hills Interconnection LLC
Google Inc.
Goose Valley Farming LLC
Graphic Packaging International Inc.
Great Valley Solar 4, LLC
Greater Vallejo Recreation District
Green Light Energy Corporation
Green Light FIT 1, LLC
Green Ridge Power LLC
Greenleaf Energy Unit 1 LLC
Greenleaf Energy Unit 2 LLC
Greenleaf Power
GreenVolts, Inc.
Gregory Merwin
Guzman Energy, LLC
GWF
GWF Energy LLC
GWF Power Systems Inc. #1
GWF Power Systems Inc. #2
GWF Power Systems Inc. #3
GWF Power Systems Inc. #4
GWF Power Systems Inc. #5
Halkirk 1 Wind Project LP
Hamlin Creek
Hanford L.P.
Hanford Renewable Energy LLC
Harbert Management Corp
Harris Renewable Projectco LLC
Hat Creek Bioenergy, LLC
Hat Creek Hereford Ranch
Hatchet Ridge Wind, LLC
Hawkins Creek
Haypress Hydroelectric, Inc. (lwr)

WEIL:\96855232\16\67615.0013

Haypress Hydroelectric, Inc. (mdl)
Hayward Area Rec & Park Dist.
Hayworth-Fabian LLC
Hecate Energy Molino LLC
Helton Renewables Projectco LLC
Henrietta D Energy Storage LLC
Henwood (Karn)
Henwood (Troy/Cal St)
HIC Energy
HIC Energy, LLC
High Plains Ranch II, LLC
High Sierra Limited
Hilcorp San Juan, L.P.
Hill Renewables Projectco LLC
HL Power Company
Hollister Solar LLC
Humboldt Bay Municipal Water District
Humboldt Bay Mwd
Humboldt Redwood Company LLC
Hummingbird Energy Storage, LLC
Huntsman Wind LLC
Hydro Partners
Hydro Sierra Energy LLC
Hydrocarbon
Hypower, Inc
HZIU Kompogas-SLO Inc.
Iberdrola Renewables LLC
Iberdrola Renewables, Inc.
Icap
Icap Capital Markets (Canada) Inc.
ICAP Energy LLC
ICE
ICE NGX Canada Inc.
Iceland America Energy, LLC
Idemitsu Apollo Corporation
Ignite Solar Holdings 1, LLC
Ignite Solar, LLC
IHI Power Services Corp.
ImMODO California 1, LLC
Indian Valley Hydro
Institute for Energy Independence (IEI)
Integrys
Intercontinental Exchange, Inc.
International Turbine Research
INTL FCSTONE FINANCIAL
Invenergy Wind Development LLC

WEIL:\96855232\16\67615.0013

IPC (USA), INC.
IPC (USA), INC.
Iron Mountain Mines
J&A Santa Maria II, LLC
J. Aron & Company LLC
J. Aron and Company LLC
J.P. Morgan Ventures
J.R. Wood
J.V.enterprise
Jack Roddy
Jackson Valley Energy Partners (ione)
Jackson Valley Irrigation District
James B. Peter
James C. Ross
James Crane Hydro
Jardine Renewables Projectco LLC
Jarvis Renewables Projectco LLC
Java Solar, LLC
Joe Richardson
John Neerhout Jr.
Jonah Energy LLC
Jonah Energy LLC
JP Morgan Chase Bank, N.A.
JP Morgan Securities LLC
JP Morgan Ventures Energy Corporation
JR Simplot
JRW Associates, LP / Ridgewood
K&R Energy Partners, LLC
K2 Commodities, LLC
Karbone Inc.
Karen Rippey
KDW Solar 1, LLC
KDW Solar 2, LLC
Ken Link
Kern Front Limited
Kern River
Kern River Cogen Company
Kern River Gas Transmission Company
KES-Kingsburg, LP
Kettleman Solar LLC
Kinergy Marketing LLC
Kings River Conservation District
Kingston Energy Storage, LLC
Klondike Wind Power III LLC
KM Ventures
KM Ventures, LLC dba Freedom Energy

WEIL:\96855232\16\67615.0013

Koch Energy Svc
Koch Supply & Trading, LP
Kompogas SLO LLC
L.P. Reinhard
La Paloma Generating Company
LADWP TSA
Laguna Cogen
Landmark
Landmark Power Exchange, Inc.
Langerwerf Dairy
Lassen Community College
Lassen Station Hydroelectric LP
Lassen Station Hydroelectric, LP
Launderland
Lehman Brothers Commodity Services
Lemoore PV 1, LLC
Liberty V Biofuels Power, LLC
Lincoln Solar Millennium Fund LLC
Live Oak Limited
Lodi Gas Storage LLC
Lodi Solar, LLC
Lofton Ranch
Longroad Energy Services, LLC
Los Angeles Dept. of Water and Power
Los Esteros Critical Energy Facility LLC
Los Esteros Critical Energy Facility, LLC
Los Medanos Energy Center
Lost Hills Solar, LLC
Macquarie Can
Macquarie Energy LLC
Macquarie Futures
Macquarie Futures LLC
Macquerie Energy LLC
Madera Chowchilla Water & Power Authority
Madera DP 2, LLC
Madera Power, LLC
Madera Renewable Energy LLC
Madera-Chowchilla Water and Power Authority
Magnus Energy
Malacha Hydro L.P
Mammoth One LLC
Mammoth Three LLC
Manteca PV 1, LLC
Maricopa West Solar PV 2, LLC
Marin Clean Energy
Mariposa Energy, LLC

Case: 19-30088   Doc# 935-1   Filed: 03/17/19   Entered: 03/18/19 00:16:59   Page 17 of 216
WEIL:\96855232\16\67615.0013

Martin Teeling
Martinez Cogen Limited Partnership
MBF Clearing
McFaddenhydro
Mckittrick Limited
Mega Hydro
Mega Hydro (Goose Valley Ranch)
Mega Renewables
Merced Irrigation District
Merced Solar LLC
Mercuria Commodities Canada
Mercuria Ener Amer Inc.
Meritspan
Merrill Lynch
Merrill Lynch Commodities Inc.
Mesquite Solar 1, LLC
Metcalf Energy Center
Michael W. Stephens
Micronoc Inc.
MidAmerican Energy
Midcoast Marketing (Us) L.P.
Midset Cogen Co.
Midway Peaking, LLC
Midway Power LLC
Midway Sunset Cogeneration Co.
Mieco
Mieco Inc.
Mill & Sulphur Creek Power Plant LP
Millennium Pacific Resources LLC
Milpitas Unified School District
Mirant Energy Trading, LLC
Mission Solar LLC
MNOC Aers LLC
Modesto Irrigation District
Mojave Solar LLC
Mojave Sun Power LLC
Monterey Bay Community Power Authority
Monterey County Water Res Agency
Monterey County Water Resources Agency
Monterey One Water (M1W)
Monterey Power Company
Monterey Regional Waste Management District mnoc
Monterey Regional Water Pollution Control Agency (MRWPCA)
Morelos Solar, LLC
Morgan Stanley Capital Group Inc.
Morro Bay Mutual Water C

WEIL:\96855232\16\67615.0013

Moss Landing Mutual Water Company
Mt. Poso Cogeneration Company, LLC
Napa Recycling & Waste Services, LLC
Napa Sanitation District
Napa State Hospital
NASDAQ OMX Commodities Clearing - Contract Merchant LLC
National Fuel
Natural Gas Corp of California
Natural Gas Trading
Nelson Creek Power Inc.
Nevada Irrigation District
Nevada Irrigation District (Bowman)
NextEra
NextEra Energy Marketing, LLC
Nextera Energy Montezuma Wind II, LLC
NextEra Energy Parnters, LP
NextEra Energy Partners
NextEra Energy Resources Acquisitions, LLC
NextEra Energy Resources, LLC
Nextera Energy Resources, LLC and its subsidiary Aries Solar Holding, LLC
NextEra Energy, Inc.
Nihonmachi Terrace
NJR Energy Serv.
NLH 1 Solar, LLC
NLP Porter Ranch G18, LLC
NNN Land and Energy Advisors
Noble Americas Corporation
Noble Americas Energy Solutions LLC
Noble Americas Gas & Power Corp.
Norman Ross Burgess
North Fork Community Power
North Sky River Energy, LLC
North Star Solar, LLC
Northern California Power Agency (NCPA)
Northwest Geothermal Company
Northwind Energy
NRG Energy
NRG Energy, Inc.
NRG Marsh Landing, LLC
NRG Power Marketing LLC
NRG Solar Alpine, LLC
NRG Solar Kansas South LLC
NV Energy
O.L.S. Energy-Agnews, Inc.
Oakland YMCA
OCCID Ener Mkt

WEIL:\96855232\16\67615.0013

Occidental Energy Ventures Corp.
Occidental of Elk Hills, Inc.
Occidental Power Services, Inc.
Ogden Power Pacific Inc.
Oildale Energy LLC
Olcese Water District
Olsen Power Partners
Olympus Power, LLC
One Exchange Corp
One Nation
One Nation Energy Solutions LLC
Open Sky Power LLC
Opera Plaza
Orange Cove Irrigation Dist.
Original Sixteen to One Mine
Orinda Senior Village
Orion Solar I, LLC
Ormat Technologies, Inc.
Oroville Cogeneration, L.P.
Oroville Solar, LLC
Ortigalita Power Company LLC
Oxy Ener Canada
Pacheco Wind Park
Pacific Energy Fuels Co
Pacific Summit
Pacific Summit Energy LLC
Pacific Tree Moving formerly Trees of California San Jose
Pacificorp
Palo Alto Landfill
Pan Pacific (Weber Flat)
Panoche Energy Center LLC
Panoche Energy Center, LLC
Parrey, LLC
Pattern Energy
Pattern Energy
Patterson Pass Wind Farm LLC
PBF Energy Western Region LLC
PBM, LLC
PE - Berkeley, Inc.
Pedro Migueo
Peninsula Clean Energy Authority
Petaluma Solar Millennium Fund LLC
Petrochina (CAN)
Petrochina (America)
PFL Futures Limited
PG&E California Gas Transmission

WEIL:\96855232\16\67615.0013

Pilot Power Group, Inc.
Pinnacle West Capital Corp
Pioneer Community Energy
Placer County Water Agency
Portal Ridge Solar C, LLC
Portland General Electric
Portland TSA
Potrero Hills Energy Producers, LLC
Power Exchange Corporation - Wellhead
Powerex
Powerex Energy Corp.
Prebon Energy Inc.
Pricelock Inc.
Pristine Power LLC
Pristine Sun Fund 10 Fresno PGE LLC
Pristine Sun Fund 2, LLC
Pristine Sun Fund 5 LLC
Pristine Sun Fund 6 Butte PGE LLC
Pristine Sun Fund 6, LLC
Pristine Sun Fund 7 San Luis Obispo PGE LLC
Pristine Sun Fund 8 Sutter PGE LLC
Pristine Sun Fund 8, LLC
Pristine Sun, LLC
Progressive Fuels Limited
Public Service Company New Mexico
Public Service Enterprise Group (PSEG)
Public Utility District No. 1 of Klickitat County
Puget Sound Energy, Inc.
Puget TSA
Putah Creek Solar Farms LLC
PV Powerhouse
Raven Solar Parent Company, LLC
RDAF Energy Solutions, LLC
RE Astoria LLC
RE Gaskell West 3 LLC
RE Gaskell West 4 LLC
RE Gaskell West 5 LLC
RE Kansas LLC
RE Kent South LLC
RE Old River One LLC
Real Goods Trading Corp.
Recurrent Energy
Recurrent Energy Development Holdings LLC
Red Bluff Union High School
Red Cedar Grp
Redwood Food Packing Co

WEIL:\96855232\16\67615.0013

Reliant Energy Services, Inc.
Renewable Power Strategies, LLC
Renewables Holdco I LLC
Repsol Canada Energy
Rice Solar Energy, LLC
Richard E. Akin
Rio Bravo
Rising Tree Wind Farm II, LLC
Risk Management Inc.
Rival Power & Energy LLC
River City Petroleum, Inc.
Robert and Joyce Vieux
Robert W. Lee
Rock Creek Hydro, LLC
Rock Creek L.P.
Rock Creek Water District
Rogers Renewables Projectco LLC
Ronald Burrow
Roy Sharp Jr.
Royal Bank of Canada
Royal Bank of Scotland, PLC
RRI Energy Services
RTR Global Investments
Ruby Pipeline
Ruby Pipeline
Ruby Pipeline, LLC
Russell City Energy Company
Sacramento Municipal Utility District
Saint Agnes Med. Ctr.
Saja Energy LLC
Salinas River Cogen Co.
Salmon Creek Hydroelectric Co.
Salmon Creek Hydroelectric Company, LLC
Salt River Project
San Diego Gas and Electric
San Jose Cogen
San Jose Convention Center
San Jose Water Company
San Luis Obispo Wastewater Treatment Plant
Sand Drag LLC
Sand Hill Wind, LLC
Santa Clara Valley Water Dist.
Santa Cruz Cogen (Porter College)
Santa Cruz County
Santa Cruz WWTP
Sargent Canyon Cogeneration Company

WEIL:\96855232\16\67615.0013

Satellite Senior Homes
Schaads Hydro
Scherz Renewables Projectco LLC
SDG&E CO
Sea West Energy
Seattle City Light
Sempra Energy
Sempra Energy Trading Co.
Sempra Gas & Power
Sempra Gas and Power Marketing, LLC
Sempra Generation
Sempra Generation, LLC
Sempra U.S. Gas & Power
Sequent Energy
Shadybrook
Shafter Solar, LLC
Shamrock Utilities (Cedar Flat)
Shamrock Utilities (Clover Leaf)
Shamrock Utilities, LLC
Shasta Renewable Resources, LLC
Shastaview Inc
Sheila St. Germain
Shell Energy
Shell Energy CAN
Shell Energy North America (US), L.P.
Shell Energy US
Shell Trading (US) Company
Shell Western E & P
Shiloh III Lessee, LLC
Shiloh IV Lessee, LLC
Shiloh Wind Project 1, LLC
Shiloh Wind Project 2, LLC
Sierra Energy
Sierra Energy Storage, LLC
Sierra Green Energy LLC
Sierra Pacific Ind. (Susanville)
Sierra Pacific Industries
Sierra Power Corporation
Silicon Valley Clean Energy Authority
SilRay Inc.
Sky Capital America Inc.
Smotherman Renewables Projectco LLC
SMUD
Snow Mountain Hydro
Snow Mountain Hydro LLC (cove)
Snow Mountain Hydro LLC (Lost Creek 1)

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 23
of 216
WEIL:\96855232\16\67815.0013

Snow Mountain Hydro LLC (Lost Creek 2)
Snow Mountain Hydro LLC (Ponderosa Bailey Creek)
SO CAL EDISON
SoCal GAS
Soco Group
Solano Irrigation District (SID)
Solar Partners II, LLC
Solar Partners VII, LLC
Solar Partners VIII, LLC
Solar Partners XII, LLC
Solar Partners XIV, LLC
Solar Partners XV, LLC
Solar Partners XXII, LLC
Solar Partners XXIII, LLC
Solaren Corporation
SolaRenewal LLC
Sonoma Clean Power Authority
Sonoma County Water Agency
South Feather Water and Power Agency
South San Joaquin Id (Frankenheimer)
South San Joaquin Irrigation District (Woodward)
South Sutter Water District
Southern California Edison Company
Southern Counties Oil Company (dba SC Fuels)
Southern Energy Solution Group, LLC
Southern Power
Southwest Generation
Spark Energy Gas
Spinnaker Energy
SPS Atwell Island, LLC
SRI International
Standard Pacific Gas Line Inc.
Stanford Energy Group
Stanislaus Waste Energy Company
Stars Alliance LLC
Starwood Energy Group Global LLC
State of California - Department of Water Resources
Statkraft US LLC
Stem Energy Northern CA, LLC
Sterling Planet, Inc.
Steve & Bonnie Tetrick
Steven Spellenberg Hydro
Still Water Power LLC
Stockton Cogen Co.
Strategic Energy LLC
Stroing Renewables Projectco LLC

Case: 19-30088   Doc# 935-1   Filed: 03/17/19   Entered: 03/18/19 00:16:59   Page 24
of 216
WEIL:\96855232\16\67615.0013

STS HydroPower Kekawaka
STS HydroPower Ltd.
STS Hydropower Ltd. (Kekawaka)
STS Hydropower, LLC
STS HydroPower, Ltd.
Sun City Project LLC
Sun Harvest Solar, LLC
Suncor Energy
SunEdison Yieldco ACQ2, LLC
Sunray Energy 2, LLC
Sunrise Power Company, LLC
Sunshine Gas Producers, LLC
Sustainable Power Group (sPower)
Swiss America
T.V. Schuhart
TA - Acacia, LLC
Tacoma Power
Tall Bear LLC
Targa Gas Marketing Llc
Targray Industries
Td Energy Trading Inc.
Tenaska Gas
Tenaska Mktg
Tenaska Mktg Can
Tenaska Power Services Co.
Tenaska Power Services Company
Terzian Renewables Projectco LLC
Tesoro Refining & Marketing Company LLC
Tesoro Refining & Marketing Company, LLC
Tesseron Vineyards, Inc.
Texaco Exploration & Production, Inc. (fee A)
Texaco Exploration & Production, Inc. (fee C)
TFS Energy Futures LLC
TFS Energy Futures, LLC
TFS Energy, LLC
TGP Coyote Canyon, LLC
The Energy Authority, Inc.
The Finerty Group, Inc.
The Metropolitan Water District of Southern California
The Regents of the University of California
Thomas Frisbie
Thomas S. Atkinson II
Three Rocks Solar LLC
Tiger
TKO Power (South Bear Creek)
Tom Benninghoven

WEIL:\96855232\16\67615.0013

Topaz Solar
Topaz Solar Farms LLC
Toro Energy of California - SLO, LLC
Toronto Dominion Bank
Total Gas
Tourmaline Oil Marketing Co
TransAlta Corporation
TransAlta Energy Marketing (US) Inc.
Transcanada Foothills
TransCanada Foothills Pipe Lines
Transcanada Gas Transmission NW
Transcanada Nova
Transwestern Pipeline Company, LLC
Tres Vaqueros Wind Farms, LLC
Tri-Dam Power Authority
Tri-Dam Project
Trikern Resources
Tulare PV II LLC
Tullet Liberty (NatSource)
Tullet Prebon Americas Corp.
Tullett Prebon Americas Corp.
Tunnel Hill Hydro LLC
Turlock Irrigation District
Twin Eagle Res Mgmt, LLC.
Twin Valley Hydro
Twine gas and power
U.S. Windpower 14
UBS AG (Switzerland)
UCSC Physical Plant
UCSF
UE-00101CA, LLC.
Ultra Resources
United Airlines (Cogen)
United Energy
United Gas & Power
US Solar Holdings
Utica Water and Power Authority
Vaca Solar Millennium
Van Der Kooi Dairy Power LLC
Vantage Wind Energy LLC
Vantage Wind Energy, LLC
Vasco Winds, LLC
Vecino Vineyards LLC
Verdure Techonologies, Inc.
Verliant Energy
Vintner Solar, LLC

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 26
WEIL:\96855232\16\67615.0013

Visage Energy
Visage Energy Corp.
Vista Corporation
Vistra Energy
Vitol Inc.
Volaire Energy LLC
VPI Enterprises, Inc.
Vulcan Power Company
Wadham Energy Limited Partnership
Wadham Energy LP
Walden Energy
Walden Energy LLC
Wallace Canyon (aka Nugget Hydro)
Waste Management, Inc.
Water Wheel Ranch
Wellhead Power, LLC
Wells Fargo LLC
Wendel Energy Operations I
West Biofuels, LLC
Western Antelope Blue Sky Ranch A, LLC
Western Antelope Dry Ranch Addition LLC
Western Area Power Administration
Western GeoPower, Inc.
Western Grid Development, LLC
Western Power and Steam, Inc.
Westlands Solar Farms LLC
Westmoor High School
Westside Solar, LLC
WG Partners Acquisition, LLC
WGL Energy Systems Inc.
Wheelabrator Shasta Energy Company Inc.
Wheelabrator Technologies Inc.
Wild Goose Storage
Wildwood Power
William Shelton
Williams Energy Power Company
Williams Field Services
Willow Creek
Willow Springs Solar 3, LLC
Windmaster Inc.
Woodland Biomass Power, LTD
WPX Energy Mktg.
WSF PV2, LLC
X-Elio Energy, S.L.
Yolo County
Yolo County Flood & WCD

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 27
of 216
WEIL:\96855232\16\67615.0013

Young Radio Inc.
Youth with a Mission/Springs of Living Waters
Yuba City Cogen Partners, L.P.
Yuba City Racquet Club
Yuba County Water Agency
Zero Waste Energy Development Company LLC
Zuckerman-Heritage Inc.


Debtors Professionals (law firms, accountants and other professionals)

AlixPartners, LLP
Cravath, Swaine & Moore LLP
Deloitte & Touche LLP
Groom Law Group
Keller & Benvenutti LLP
Lazard Frères & Co. LLC
Munger, Tolles & Olson LLP
PricewaterhouseCoopers LLP
Prime Clerk
Weil, Gotshal & Manges LL
Willis Towers Watson

Former Officers and Directors (since 2008)

Allen, Barry S.
Anderson, Barry D.
Andrews, David R.
Angalakudati, Mallikarjun
Arndt, William D.
Austin, Karen A.
Barcon, Barbara L
Basgal, Ophelia B
Becker, James R.
Bedwell, Edward T.
Bell, Desmond A.
Biller, Leslie S.
Bottorff, Thomas E.
Brinton, Elisabeth S.
Burt, Helen A.
Butler, Jeffrey D.
Butler, Laura L.
Cherry, Brian K.
Cherry, Sara A.
Conway, John T.
Coulter, David A.
Cox, C. Lee
Darbee, Peter A.

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 28
of 216
WEIL:\96855232\16\67615.0013

Earley, Jr., Anthony F.
Fitzpatrick, Timothy
Frizzell, Roger C.
Garrett, Ezra C.
Halpin, Edward D.
Hapner, DeAnn
Harper III, William H.
Harris, Richard R.
Hartman, Sanford L.
Harvey, Kent M.
Hayes, William D.
Herringer, Maryellen C.
Higgins, John C.
Horner, Trina A.
Howard, Robert T.
Jacobs, Donna
Jain, Charu
Johns, Christopher P.
Johnson, Jeh C.
Johnson, M. Kirk
Johnson, Mark S.
Keenan, John S
Kimmel, Roger H.
Kiraly, Gregory K.
Knapp, Kevin B.
Kolassa, Sean P.
Lawicki, Patricia M
Livingston, Randal S.
Martinez, Placido J.
McFadden, Nancy E
Metz, Mary S.
Morrow, William T.
Orange, Kay M
Peters, Kenneth J.
Powell, G. Robert
Pruett, Greg S.
Rich, Brian F.
Salas, Edward A
Stavropoulos, Nickolas
Suri, Anil K.
Torres, Albert F.
Whitcomb, Bradley E
Williams, Barry Lawson
Williams, Geisha
Yura, Jane K.

WEIL:\96855232\16\67615.0013

Affiliations of Former Officers
Alliance for Community Development
California Minority Counsel Program (CMCP)
Council of Korean Americans
Meals on Wheels of San Francisco
Meals on Wheels of San Francisco
North Bay Leadership Council
Nuclear Electric Insurance Limited (NEIL)
San Francisco Ballet Association
SF/Marin Food Bank
The Alliance to Save Energy
The Alliance to Save Energy
The Commonwealth Club
The Commonwealth Club

Affiliations of Former Directors
ABM Industries Incorporated
American Gas Association (AGA)
American Gas Foundation (AGF)
American Red Cross - Bay Area Chapter
Associated Electric & Gas Insurance Services Limited (AEGIS)
Association of Edison Illuminating Companies
Bay Area Council
California Academy of Sciences
Center for Energy Workforce Development
DCP Midstream Partners, LP;
Edison Electric Institute
Edison Electric Institute (EEI)
Edison Electric Institute; Electric Power Research Institute
Edison Foundation Institute for Electric Innovation (IEI)
Encana Corporation
Exploratorium
the First Tee of San Francisco
Ford Motor Company
Institute for Nuclear Power Operations
Mills College
Nuclear Energy Institute
San Francisco Ballet
San Francisco Museum of Modern Art;
SF RBI
Spectra Energy Partners, LP
United Way of the Bay Area
University of Miami
Vassar College
Western Energy Institute (WEI)

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 30
WEIL:\96855232\16\67615.0013

Insurance/Insurance Provider/Surety Bonds

ACE American Insurance Company (Starr Tech)
Ace Insurance Company
AEGIS Consortium
AEGIS Insurance Services, Inc. (Associated Electric & Gas Insurance Services Limited)
Aetna
Aetna International
Allianz Global Corporate & Specialty SE (PDW)
Allianz Global Risks
Allianz Global Risks US Insurance Company
Allied World Assurance Company Ltd
Allied World Assurance Company Ltd. (AWAC)
Alpha
American Alternative Insurance Company (Munich Re U.S.)
American International Reinsurance Company Ltd
American Nuclear Insurance (ANI)
Apollo (Lloyds Syndicate)
Apollo Liability Consortium
Arch Insurance (Bermuda)
Arch Insurance Company (Europe) Limited
Arch Reinsurance Ltd.
Argo
Argo Re Ltd
Argonaut Insurance Company
Aspen Insurance Company
Aspen Specialty Insurance Company
Associated Electric & Gas Insurance Services Limited
Associated Electric & Gas Insurance Services Ltd. (Aegis U.S.)
ATL Casualty Consortium
AXIS Insurance Company
AXIS Specialty Limited (PDW)
AXIS Surplus Insurance Company
Beacon Health Options, Inc.
Beazley Insurance Company
Berkley Insurance Company
Berkshire Hathaway International Insurance Limited (PDW)
Blue Cross of California, Inc. d/b/a Anthem Blue Cross ("Anthem")
Cal Phoenix Re (Cat Bond)
Chubb Bermuda
Chubb Bermuda Insurance Ltd
CIGNA Group Insurance
Continental Casualty Company
Employers Insurance Company of Wausau
Employers Insurance Company of Wausau (Liberty Mutual)
Endurance Risk Solutions Assurance Co.

WEIL:\96855232\16\67615.0013

Energy Insurance Mutual
Energy Insurance Mutual / NEIL
Energy Insurance Mutual Limited
Energy Insurance Mutual Limited (EIM)
Energy Insurance Mutual Limited (NEIL)
Energy Insurance Services, Inc. f/k/a/ Energy Insurance (Bermuda) Ltd.
Energy Insurance Services
European Mutual Association for Nuclear Insurance (EMANI)
Everest Insurance
Everest National Insurance Company
Express Scripts Holding Company
Federal Insurance Company
Fidelis Underwriting Limited
General Security Indemnity Company of Arizona
General Security Indemnity Company of Arizona (Scor Re)
Great American Insurance Company
Great Lakes Insurance SE
Great Lakes Insurance SE (Munich)
Great Lakes Reinsurance (UK) PLC (Munich Re London)
Great Lakes Reinsurance (UK) S.E.
Hamilton Re
Hamilton Re Ltd
HCC / Tokio Marine
HDI Global Insurance Company
Helvetia Assurances S A
Helvetia Schweizerische Versicherungsgesellsc haft Ag
Houston Casualty Company
InterHannover
Interstate Fire & Casualty Company
Iron- Starr Excess Agency Ltd
Ironshore Insurance Limited
Kaiser Foundation Health Plan, Inc.
Liberty Insurance Underwriters Inc.
Liberty Mutual Fire Insurance Company
Liberty Mutual Insurance Company
Liberty Mutual Insurance Europe Limited
Liberty Mutual Management (Bermuda) Ltd (PDW)
Liberty Surplus Insurance Company
Liberty Surplus Insurance Corporation
Life Insurance Company of North America (CIGNA)
Lloyd of London Barbican Syndicate
Lloyds of London (various)
Lloyds of London Hiscox (Alpha)
Lloyds of London Munich Re
Lloyd's of London Syndicates
Magna Carta Insurance Ltd (PDW)

WEIL:\96855232\16\67615.0013

MAPFRE Global Risks
MS Amlin (Lloyds Synd)
Munich Re
National Fire & Marine Insurance Company
National Fire & Marine Insurance Company (Berkshire Hathaway Specialty Insurance)
National Fire and Marine Insurance Company
Navigators Management Company, Inc. New York
North American Specialty Insurance Company
Nuclear Electric Insurance Limited (NEIL)
Oil Casualty Insurance Limited (OCIL)
Renaissance Reinsurance (Ren Re)
RLI Insurance Company
SAFECO Insurance Company of America
Scor Channel Limited (PDW)
Starr Indemnity & Liability Company
Swiss Re International SE
Swiss Re International SE (Swiss Re)
The Marine Insurance Company Ltd. (Royal Sun Alliance - RSA)
The Ohio Casualty Insurance Company
Twin City Fire Insurance Company
U.S. Specialty Insurance Company
Underwriters at Lloyd's (AEGIS UK) Syndicate No. AES 1225
Underwriters at Lloyd's (Freberg Environmental) Syndicate No. 1458 RNR
Underwriters at Lloyd's (Talbot) Syndicate No. 1183 (Validus Underwriting Risk Services)
Underwriters at Lloyd's (Travelers) Syndicate No. TRV 5000
Underwriters at Lloyd's London (Towerstone)
United States Aircraft Insurance Group (USAIG)
US Aviation Insurance Group
Validus Reinsurance Limited
Willis Towers Watson
XL Insurance America, Inc.
XL Insurance Company
XL Specialty Insurance Company
Zurich American Insurance Company
Zurich Insurance Company


Surety Bonds
    Liberty Mutual Insurance Company
    Liberty Mutual Fire Insurance Company
    The Ohio Casualty Insurance Company
    SAFECO Insurance Company of America

WEIL:\96855232\16\67615.0013

Landlords and parties to leases

101 NETLINK
1415 Meridian Plaza LP
2001 Taylor Family Trust
2012 Fiber Optic Project Contact Neil Hattenburg
2012 Fiber Optic Project Contractor Jeremy Stroup
25th District Agricultural Assoc.
3551 Pegasus Partners LP
3900 West Lane Building Co
7-Eleven, Inc.
7-M CO
851-853 Howard Street LLC
A to Z Tree Nursery, Inc.
Aaron Seandel
Accountant
Acer Landscape Materials
Adam Fletcher
Adrianna Gonzales
Adrienne A Badaracco
Afzao Chaudhry, General Manager
Akins
Al Evans
Al Freedman
Al Heer
Al Smith
Alan & Patti Anderson
Alan Mac
Alan Williams
Alarid
Albert Rose
Alex Brice
Alexander B. Haedrich Revocable Trust
Alexander McGeoch
Alexander Walker
Alfonso Gomar
Alice Martinelli Special Trust
Alice Rothlind
Allan Dudding
Allison Duncan (Insurance Agent)
Almanor Family Retreat
Almanor Fishing Association
Almanor Lakefront LLC (Almanor Lakefront Village)
Almanor Lakefront Village
Almanor Lakeside LLC
Almanor Lakeside Villas
Almanor Lakeside Villas Owners Association

WEIL:\96855232\16\67615.0013

Almestad
Alpine County Sheriff's Dept.
Amador County Sheriff's Dept.
Amanda Green
Amen, Grant (Ivar)
Ametjian, Moses
Amodei, Irene
Andersen, Dorna L.,
Anderson
Anderson, Barbara & J. H.
Anderson, Derek & Patricia
Anderson, Eric Ian & Edward A, Jr.
Anderson, Gary & Susan
Anderson, Paul
Andrade, Eugene & Gail
Andreae, Jr., et al, Sherman P
Andreini, John A.
Andrew Everett
Andrew Gessow
Andrew Mesa (Insurance Agent)
Andrew Phillips
Andrew Protter
Andrew Stewart
Andrzej Bugajski
Angela Bacon
Angela Lazezzo
Ann Williams
Anne Benson/W Brown
Anspach, Pres. Charles
Anthony Bruno
Anthony Scotch-V.P. Properties
Areias
Arias, Ramon & Maria
Arnison
Arntz
Arpaia Trust
Arthur N Clemens Jr Trust
Arton Investment
AT&T Corp. - Lease Administration
AT&T Corporate Real Estate
Atherstone
Atilla Mathe & Widmayer
Atkins, Roy C
Attinger, Richard; Ballard, Bruce; Ballard-Kogeler, Lynne
Avery
Aviation Consultants, Inc.

WEIL:\96855232\16\67615.0013

AWE Trust
Bader
Baker Trust
Ballard Lowery
Banta
Barbara Copeland
Barbara Frey, President
Barbara Neumann/Emery Daily
Barbarick
Barber, Pamela
Bardin Bengard
Bare Jr., Bruce
Barker Family Trust
Barnes Design Inc.
Barnes, Michael Lee Jr. & Cecilia Marie
Bartholf
Bartley, Jack
Bass Lake Enterprises, Inc. (The Forks Resort)
Bass Lake Island View, LLC,
Bass Lake LLC, a Delaware LLC
Batson
Baxter, Jean C.; Hoffman, T. J.; Hoffman, Frank; Hoffman, Laura
Bay Area Air Quality Management District
Bayles, Bonnie S.
Beadle Trust
Bear Valley Ski Company
Beeler
Behring
Bellach, James D. & Jay
Bender, Craig
Benjamin Shaw
Benjamin, Michael
Bennett, James R.;
Benton
Berg, Lisa J.
Bergthold, Robert
Berkelman
Bert Reinsma
Bertoluzza, Mike & Judy
Bertrand
Bettie Hixson
Betty Compton
Biagini Properties Inc.
Big Deal LLC
Big Properties of California
Bigelow, Jon, trustee; Bordin, Edmond J.; Moss, Jere & Irene, trustees

Case: 19-30088   Doc# 935-1   Filed: 03/17/19   Entered: 03/18/19 00:16:59   Page 36
of 216
WEIL:\96855232\16\67615.0013

Biggs, Trustee, Richard K.
Bilbo Trust
Bill & Sausan Wickman
Bill Guess
Bill Homan
Bill Lewis
Bill Pahland
Bill Phillips (Insurance Agent)
Bill Reid
Biondi Matt
Blackburn, Ross & Julie
Blackhart & Kline
Blaine Wood
Blair Stratford
Blake
Blanchard, Robert Jr.
Blankenship
Bless, Delbert W.
Blue Sky Investment Holdings, LLC
Bob Ruehl - Eureka Office
Bobby Penland
BOCCHI, Robert & Dagmar, Trustees
Bolin Family Limited Partnership
Bonner, Kenneth L. & Gerri
Bonneville Power Administration (BPA)
Bonnie Bell
Bonnie Ericksen - Insurance Certificates
Borba
Borrows
Boscovich, Brock & Jennifer
Bossio
Boutonnet, Rosa
Boyett Petroleum
Bozek
Brad Baker & Debra Pearson
Brady, C. Jean
BRANDON, Marva Ruth
Brannon, Diane M.
Bratty , Robert T.
Braun
Breen
Brent Simor
Brett Barker
Brian Busch
Brian Cavanaugh
Brian Sweeney

WEIL:\96855232\16\67615.0013

Bricker, Trustees, Steven M. & Jeanne S.
Briscoe, James A.
Brittney Rubio (Assistant)
Britz, Inc.
Brock, Kelly
Brooke Quilici
Brown, David M. Sec.-Tres.
Brown, Gary & Sharon
Brown, John K.
Brownson
Bruce Aldrich
Bruce Garrett
Bruce M. Simurda; Diana L. Simurda
Bruce Norlie
Bruce North
Bruce Patterson
Brumbaugh, Matt & Carrie
Brunson Investments
Bryan Daniels Almanor Trust
Bryce Ruschhaupt
Buckman, Donald R. and Mari Ann Lucena
Bucks Creek Cabin Owners Association
Bucks Lake 28 LLC
Bucks Lake 29, LLC
Bucks Lake Camp and RV Park
Bucks Lake Marina, LLC
Bucks Lake Permittee's and Homeowners Assoc.
Bucks Lakeshore Resort, LLC
Buckwalter
Budget Storage Inc.
Burchard, David
Burke, Tim
Burks, Pres. Jeff
Burnett, Sharon and Ian
Burr Plumbing and Pumping Inc.
Burrows, William & Sally
Bursey, Gary
Bushman, Carl E. and Denise L.
Business Jet
C & S Properties
C William Johnson
C. Quam & J. Ornelas c/o Kristen Shepard
C. R. Gibson
Cadenazz, Robert
California Department of Fish & Game
California Ice Properties, LLC

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 38
WEIL:\96855232\16\67615.0013
of 216

California-Oregon Telephone Company
CalPeak Power LLC
Calpeak Powr - Vaca Dixon, LLC
CalTrans
Camacho
Camp McCumber Corp.
Camp Sunray
Campbell, John R.
Camper, Ronald
Campion, Alison
Capitol Wholesale Nursery
Capurro
Cardoza Livestock
Caribou Crossroads Cafe' and RV Park
Carl Bartlett
Carl Blaha
Carl Felts
Carleton
Carlsen trust
Carlton Family Partnership
Carman, Kurtis
Carmela Santos, Risk Management
Carolyn Lowery
Carolyn Medici
Carousel Broadcasting, Inc.
Carpenter
Carr, Lonne
Carter Validus Operating
Cartwright, Christopher; Jacuzzi, Daniel
Cary, Patricia Ann
Caryn Todd, Tresurer
Casa de Mas Suenos, LLC ,Rex E. & Aline Duhn
Casci Family Trust
Casella, Paul A. Jr., Connie M., Gary J.
Casey Ashley
Casey Safreno
Casey, Charles R., co-trustee
Casity Trust
Cassvan
Cattran
CC&H Lands LLC
Cecile Opsahl
Central Valley Associates
Cesar Montoya (Insurance Agent)
Chabrier
Chaney Family Trust, The

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 39
WEIL:\96855232\16\67615.0013
of 216

Chantland, William S.
Chapin
Chapman
Charles & Sandra Sharrer
Charles Carpenter
Charles D. Reynolds
Charles Green
Charles H Sears
Charles Hicks
Charles L Sharrer
Charles Laurenson
Charles P Grimmer
Charles Priddy
Charles Shepardson
Charles Virden
Charter, Halbert & Amy
Chase, Donald & Karol, and others
Cheryl Finley
Cheryl Soto
Chester Sanitary District
Chrisco, Ron & Eugenia; Chrisco, Mark & Susan
Christensen Family 2005 Trust
Christian Schwartz
Christina Lukens (Insurance Agent)
Christine Carson
Christopher & Elizabeth Castello
Christopher Corrigan Family Trust
Christopher Earnest
Christopher Lee
Christopher Marx
Christopher R. Mayer Family Trust
Christy Bax
CHRYSLER
Church of Jesus Christ, LDS (Property #513-3521)
Ciano, Frank & Sandy
Citigarden Hotel
City and County of San Francisco
City of American Canyon, Public Works
City of Auburn
City of Clovis
City of Hollister
City of Kingsburg
City of Mill Valley Public Works Department
City of Morro Bay
City of Salinas
City of San Jose

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 40 of 216
WEIL:\96855232\16\67615.0013

City of San Ramon
City of San Ramon - Parks & Community Services
City of Santa Rosa
City of Soledad
City of South San Francisco
Civic Center Square Inc.
Claiborne, Pres. Doug
Clark, Thomas D. and Denise E.
Claudia Caramella
Clauss, Michael & Sandra
Clay LLC
Cleon Hubbard
Cline Cellars
CLYDE E BREWTON JR.
Cole, Christopher & Rita
Colleen Ham (Insurance Agent)
College of the Redwoods
Collins
Collins #2
Collins Pines C.
Commander, NTC
Commercial Waste & Recycling
Concord Jet Service, Inc.
Conrad Viano Winery
Contra Costa County
Cooke, Ron Charles
COONEY & ACKER
Cooper, James
Cornell Kurtz
Corpus Christie School
Correia, Tony F.
Correspondence to David T. Gayley Only
Corrigan, Pat/Jill
Cortopassi Family Trust
Cory Avery
Cote, Norman R.
Country Club Resorts, a Nevada General Partnership
Cowperthwaite, Peter
Coy Johnson
Coye, Trustee, R. Bruce
Craig Conway
Craig Lares
Craig Muenter
Craig or Steven Ward
Craig Van Delist
Craig Weiner

WEIL:\96855232\16\67615.0013

Craig Wilson
Crain, Harold
Crane Valley Homeowners Association
Crocker
Crockett Cogeneration, a Calif Lmt. Partnership
Crown Castle
Crown Communications Inc.
Crystal Dirks (Insurance Agent)
Currier
Curry
Curtis Moran
Curtis Vixie
Cynthia Hayashi (Insurance Agent)
Cynthia MacDermott
Dagmar Derickson
Dahleen Trust
Dahlmeier (Insurance Agency)
Dale Carlsen
Dale Huss
Dalecio Family Trust
Dallaire, Cynthia Doty
Dammeier, Jerry & Vivian
Dan and Jeannie Borden
Dan Foos
Dan Saccani
Dana Butcher, Receiver
Daniel Bastian
Daniel Marciel
Daniel Van Elderen
Daniel Vivoli
Danny Lund
Darcy Channell
Darden, Edwin S.
Darrell Bash
Darryl Petersen
Dave Carrion
Dave Carrion's Cell
Dave Kathriner
Dave Pugmire
David Anderson
David Bosso
David Burger
David Burke
David Campbell (Insurance Agent)
David DeRose
David Douglas

WEIL:\96855232\16\67615.0013

David Finkbeiner, General Manager
David Fuller
David Hoifjeld
David King, Esq.
David Koch
David Little
David Myers
David Palmisano
David Rice, et al
David Stamm
David T. Gayley
David Theobald
David Williams
Davidson Family Trust
Davies, Thomas W.
Davis et al
Davis Investment Company,
Davis, Shirley
De Franchisci, Et Al
De Groot & Son, John
De Silva, Joel & Vicki
Dean Snyder
Deanna Collins
Debbie Masciorini
Debbie Pacheco
DeBernardi, Donald
DeBevoise, Bruce and Marie
Deborah L. Hanssen & Others
Debrah Ingersoll
Decoto
Deeter
Del Re Trust
Delagardelle, Jeani C.
Delmont Mallan
Demmer & Weller
Denise Andrews, Operations Superintendent
Dennis and Laura Tosti
Dennis Broselle
Dennis et al
Dennis Gardemeyer/ Ed Zuckerman
Dennis Glendenning
Dennis O'leary
Dennis Tosti (husband to Laura)
Dennis Van Middlesworth
Dennis, Bob. & Others
Denton, Jay & Kandace

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 43
WEIL:\96855232\16\67615.0013

Deputy Van Bogardus
Derek Anderson
Desert View Dairy-
Devil Mountain Nursery
Devoid
Dewar, George C., Trustee & Others
DGS - Real Estate Services Division/RPSS
Diana Bellocchi
Diane Rouse (Insurance Agent)
Dick Shingler
Diebert, Sec/Tres. Barbara
Diedra
Dieter H Ewald
Dimick
Dingel, Brent
Discovery Land & Cattle Co
Ditzler Ranch Trust; Benson, Curtis Loren
Dolan, Glenn E.
Dolezal Family Limited Partnership, The
Dolores Silva
DOMINIC V STOLO
DON BEERS
Don Bergen
Don Browning
Don Buzdon
Don Franklin
Don Lorenz
Don Martin - Treasurer
Don Schricker
Donald & Debra Endsley
Donald & Karol Chase
Donald Felt
Donald Mayo
Donald R Travers and Ella H
Donaldson
Donna Lauritsen
Donna Lawler-Mashtare
Dorado Inn, Inc
Dore, Carol
Doris Dyt, Trustee
Dorman
Dorothy A. Ford living Trust
Dorothy Ford
Dorothy Morse
Dotson, Gary G.; LeBaron, Terry; Dotson, Bonnie R.
Dotson, James P.

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 44
WEIL:\96855232\16\67615.0013
of 216

Doug Davie
Doug Merrill
Doug Shaw
Doug Zachary
Douglas & Suzi Kinkle Revocable Trust
Douglas Bui
Douglas Enoch
Douglas Kuznik
Douglas Merrill
Douglas Parking
Doyle
Doyle Springs Assn.
Doyle, Dustin F; Richardson, Ryan
Drennan
Duane and Gina Goebel
Duck Ranch LLC
Dunn, Valerie
Dupzyk, Roger, Trustee
Durston Trust
Duval
DWR - Facilities Management
Dyt, Richard and Patricia M., as Trustees.
E. Lee Horton
EAC Family Properties
Eade, Timothy & Yvonne
Eagan
East Bay Municipal Utility District (Ebmud)
Ed Crownholm
Ed Wing
Eddie Dove
Edgar McConnell III
Edgar Meyer
Edward Hatch
Edward Kilby
Edward Morse
Edward Staudenmayer
Edward Winkler
Edwards, Mark
Eileen Henderson
Eimers
Eldorado National Forest
Elizabeth Gleghorn
Elizabeth Nettles et al
Elliott
Elliott Tom Allen
Ellis

WEIL:\96855232\16\67615.0013

Ellis, Scott C.
Elrod, Trustees. Rick G. & Diane M.
Elvin Rentsch
Elvis L Hazel
Ely, Mary C.
Emler, Rose Marie
Endresen, Dan & Barbara
Enea, Diana
Enloe
Erassarret, Jean M.
Ergonis Land Co LP
Eric & Liane Christensen
Eric Erickson, Director of Finance and Human Resources
Eric Thompson
Ernst
Espana
Esslin
Etchepare, Allen & Shiela
Eugene Tenbrink
Eulert, Trustee, Kenneth A.
Evan Williams, Catherine Siemens
Evangelho Vineyards, LLC
Evanoff, Betty J.
Evans Management
Evans, Jr., Louis H.
Everett, H. Parke
Everett; Andrew M., Everett, Charles A.; Thompson, John W.; Scholten, Melinday Y.
Evergreen Associates, Holiday Inn
Ewing
Faiferek
Fairferek
Fairman
Fales
Fales, James and Judy
Faley
Fall River Ranch
Farnkopf
Farr, Ryan
Farrell
Fehlhaber
Fehrman & McDowell
Felix, John & Carol
Fielder, William & Priscilla
Figone
Finch
Finkbeiner

Case: 19-30088    Doc# 935-1    Filed: 03/11/19    Entered: 03/18/19 00:16:59    Page 46
WEIL:\96855232\16\67615.0013
of 216

First Hybrid Inc.
First Independent Bank of NV
Fish, Danny L. & Randa L.
Flannery, Steven P.
Fleming, Beverly A.
Flores Family Investments, LLC
Flournoy Family Trust, Elizabeth Flournoy, Trustee
Floyd Damschen
Floyd Powell
Fogarty, Thomas; Holcomb, Dorothy; Smart, Gail; Fogarty, Susan; Zelina, William;
Courtney, Katherine
Fording
Fording Richard A & Joanne
Former Vallejo CSO (leased portion)
Fortier Family Trust
Foster Wheeler Martinez, Inc.
Fox, Nancy
Foxworthy Southern Baptist Church
France Mc Gowan Hogan
Franchetti, Carol
Franich, John
Frank Borgess & Others
Frank Crain
Frank Giorgi
Frank Hajnik
Frank Jensen
Frank Lepori
Frank Manner
Frank Perez
Frankie Appling
Franz
Frazier, Jon & Janette
Frazier, Terrance
Fred Brown
Fred Davis
Fred Lowrey
Free Family Trust
French, Trustee, Patricia Mary
Fresno County Horse Park
Frey, David K. & Barbara L.
Frey, Richard & Janis
Fryer
G & G Capital
G&R Five, Inc.,
G. Oberti and Sons, a California limited partnership
Gabski Family Trust

WEIL:\96855232\16\67615.0013

Gaines
Gakle
Gallager
Gamelin
Garcia, Roberto
Gardner, Pres. Ronald E.
Garrett Family Trust; Wilsey, Kirk; and Wilsey, Pauline
Garrett, Robert and Marcia
Garringer, William & Deborah
Gary & Gretchen Jacobson
Gary and Catherine Miller
Gary Bobo
Gary Casella
Gary Doane
Gary Kluge
Gary Moore
Gary Peterson
Gary Staves- El Dorado Stake
Gary Waldron
Gary Walker
Gas Garden Corporation
Gaskin Trust
Gateway Oaks Center LLC
Gauger
Gauthier, Paul A. & Stacy J., as Trustees.
Gaylon Hansen-Caretaker
Geer, Glenn; Voboril, Stephen Louis
Gene Marinez
Genevieve McKeon (Byrne), Trustee
George and Barbara Gleghorn
George and Dana Holland Farms, LLC
George Carpenter
George Emmerson
George Hormel
George Protsman
Gerald Evans
Gerald Simpson
Gerald Swimm
Gerber, Verna F.
Gerhard Plenert
Geroge Barakat
Getz
Geweke Familiy Partnership
GGK LLC A CA LLC
Giaramita, Richard & Lisa
Gibbons, Bryan & Kelly

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 48
WEIL:\96855232\16\67615.0013                                          of 216

Gibson, Trustee, Alan F.
Gilbert Reel
Gilbert Sheffield
Gimelli, Joseph A.
Gimelli, Joseph A. & Deanna L., Trustees
Gimelli, Kenneth D. & Jill.
Ginochio, Lawrence & Jerri
Gleghorn, George J. Jr. & Barbara M.
Gobba
Goerlich ("A" Dock), Pres. Scott
Goerlich ("B" Dock), Pres. Scott
Goerlich ("C" Dock), Pres. Scott
Goerlich ("D" Dock), Pres. Scott
Goerlich ("E" Dock), Pres. Scott
Goerlich ("F" Dock), Pres. Scott
Golden Empire Council - Boy Scouts of America
Goodman
Google for Invoice Issues
Google, Inc.
Gordon Ghiglione
Gordon Johnson
Gorman, Loree L.; Kent, Steven; Watson, Gordon & Elaine;
Gould, Donna
Gould, Pres. Jeff
Goulet
Gozdiff, Mike Alex, as successor trustee
Granier, Frank & Laura
Granite Creek Apartments Inc.
Grant Donnelly
Grant E. Donnelly
Grant Holliday
Gray
Green, Thomas
Greenlaw Pines Investments LLC & Carmel Pines Investments LLC
Greenville Rancheria
Greenwood, Jr., Ron & Julie
Greg Gaskin
Gregory Novotny
Gregory Maleski
Gregory McCandless
Gregory Webb
Gretchen Nicholas-USFS
Griggs
Grissom, Susan
Groppetti, Donald J. & Shelly K.
Grosvenor Properties, Ltd.

Case: 19-30088    Doc# 935-1    Filed: 03/11/19    Entered: 03/18/19 00:16:59    Page 49
of 216
WEIL:\96855232\16\67615.0013

Grzanich
Gudgel
Gurr, Roger & Elsie
Guzman Family Trust
Gwynn
Haase Living Trust
Haedrich
Hafterson
Hagan Family Trust
Haling, Gregory
Hall
Ham Branch POA
Hamilton Branch Property Owners
Hamilton, Donald J. & others
Hamilton, James W. & Jane E.
Hammack Family Trust
Hamman, Howard & Florence K.
Hamman, Larence D. & Joann A.
Hann
Hansen, Brian & Cynthia
Hansen, Carol E.
Harbor Village Mobile Home Park
Hardisty, Loren G. & Joanne
Hargrave, Keith
Harness, Linda
Harrison Williams
Harry Broderick
Harry P Digesti
Harsch Investment Corporation
Harter, Hayden; Harter, Amelia
Hartman
Hassur
Hat Creek Rifle & Pistol Club
Hatch/Flanagan, Edward W., Trustee & W. Gerald Trustee
Havelik K G
Hawker, Chad & Ganeri, Courtney
Hayward Area Recreation & Park
HD Supply
Healey, William & Mary J.
Hebert Family Trust
Heesuck M. Noh
Heidman, Kris & Patricia (Trust)
Heithecker
Helen Koehnen
Heller, Trustee, Dorella (Dee)
Helmuth Jones

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 50
WEIL:\96855232\16\67615.0013

Henderson, Gary; Cosper, Teri
Hennigan, Robert N.
Henry Schoenlein
Henter LLC
Heppler Family Trust
Herold Sinclair
Herrera, Alex & Margaret
Hicks
Higgins, William B.
Hilda Hudson
Hillcrest Properties
Hillyard, Robert J.
Hinman
Hires, Jack & Judy
Hitchen, Douglas & Karen M.
Hobbs, Scott & Harmony
Hoblit
Hodges
Hoffman, C. Chase
Holcomb Diamond LLC
Holly Baloran
Holly Commerce Center LLC
Holm, Robert A. & Corliss R.
Holscher Robert
Holt, Craig & Jamie
Holve, William L.
Hood
Hope Lutheran Church
Hotel Casino Management
Houston
Howe
Huckman
Hudson, J. Robert, Pres.
Hull, Dennis R.
Humphreys, III, Miles
Hunter, Robert & Diamond
Ian Donnelly
Imhoff
Imran, Travelodge general manager
Incline Holding Inc.
Ingersoll, Debrah
Ingvoldsen, Eric F. & Carl
Ira Rogers
Ireland
J & L Rentals, LLC
J. Ornelas & C. Quam

Jack Cortis
Jack Ellena
Jack H Stansfield
Jack Mariani
Jackson Street LLC/Morrissey, Richard,
Jackson, Curtis & Kathleen B.
Jacobs, Richard & Jacque
Jacobson, Norman & Diana
Jacuzzi
James
James and Diana Gleghorn
James Broyles
James Carlsen
James Culberson
James Danielsen
James E Obannon
James R Lobitz
James Stephenson
James Toothman
Jane Flynn
Janette Frazier
Janice M. Will
Jared L. Moore Jr.
Jarrett
Jay Bechtel
Jay Rosenlieb, co-trustee
JCPSAC Properties LP
Jean Sinn
Jeff & Lori Olsen
Jeff Burris
Jeff Gough
Jeff Greening
Jeff Mattherws
Jeffrey Bumb
Jennifer Jorda (Insurance Agent)
Jennings, Walt & Jan
Jeong
Jerrold & Michelle Arnold
Jerry Scolari
Jerry Worth-Sprint Area Manager
Jessen, John
Jessica Abbott
Jessica McCulloch (Insurance Agent)
Jewett
JHK Investment
Jim Carbone

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 52
of 216
WEIL:\96855232\16\67615.0013

Jim McGuire
Jim Meyer
Jim Regimbal, Sr.
Joan McFadden
Joan St Clair
Joann Simpson
JoAnne Battinelli (Insurance Agent)
Joanne Masznicz Trust
Joel Rondon
John Burroughs
John & Jane McCowan
John & Kathleen Brownlie
John and Wilma Souza
John Bouyea - Sr Right of Way Agent
John Christerson
John Cowan
John Fara
John Goodnight
John Green
John Grizzle
John H Leete II
John Howe
John Molea
John Muir L and Trust
John Nora
John Pehrson
John Pfister or Mary Pfister
John Regh
John Rollings
John S Foggy
John Solari
John Wilson
John Womach
Johni Santucci
Johnny Steinert - Insurance Carrier
Johns Manville
Johnson
Johnson, Ron
Johnston, Pres. Sandy D.
Johnstonville Properties LLC
Jon Frazier
Jon Mayer
Jonathan, Dennis, President
Jones, Aaron L. & Sharon L.
Jones, David A.
Jones, Dennis R.

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 53
of 216
WEIL:\96855232\16\67615.0013

Jones, Gordon T. Trustee
Jones, Pres. Art
Jorgensen, Al V.
Joseph
Joseph (Jay) or Terri Thesken
Joseph and Gayle Hensler
Joseph Chiapella
Joseph Diprinzio
Joyce, Thomas & Rose Marie
Juan B. Calderon, Trustee
Juan Manuel Mata, MSG, USA
Juan Reynoso
Juan-Hwey Chen, Trustee
Judith Carroll
Julie Brister (Insurance Agent)
Julie Deal
Julina Colt
June Williams
Justin and Thea Baker
Kaiser
Karen Nelson
Karen Zorbas
Katherine Gordon (Insurance Agent)
Katherine Soule
Kathleen Compton (Insurance Agent)
Kathleen Hollowell, General Counsel
Kathleen Walsh (Insurance Agent)
Kathy (Insurance Agent)
Kauffman
Kaylor, Betty; Durkee, Timothy,; Durkee, Tobin; Durkee, Hayden; Greathouse, Leslie
Durkee
Keith A. Wilton Family Trust
Keith Lee
Keith Robertson
Kelley & Ed Ferry
Kelley, Robert & Marilyn
Kelly, Shaun & Melissa
Ken Bell
Ken Henry
Kendall Stratford-Barrera
Kennedy
Kenneth Ensey
Kenneth Fitzgerald
Kenneth Head
Kenneth R Hansen
Kenneth Rader

WEIL:\96855232\16\67615.0013

Kent Ahlswede
Kent Mellerstig
Kevin Miller
Kim Cacace-
Kim O Dales
Kim Tardini (Insurance Agent)
Kim Tsumara
Kimberly Tsumura
Kincannon
Kindig
Kinkle
Kirk Wilsey
Kirkpatrick
Kirshenblatt
Kiviat
Klein, Barbara
Kluge
Knapp, Arby
KNK Investments LP
Knotty Pine Resort
Knudsen Family Trust
Koehnen, Michael and Lori
Konkin, Taylor and Rebecca
KPR Properties/Poletti Realty
Kraatz Family Trust
Krause, Larry dba Wind River Honey Company
KRE 1330 Broadway Venture LLC
Kris and Patricia Heideman
Kristi Bullock (Insurance Agent)
Kruse
Kuckowski
Kunitani, Kazuo & Suzu
Kurtis Brock
Kutz
Kynett, Leslie and Joann
LACC #21
Lackey, Trustee, Clarence A.
Lacretia
Lagier
Laguna on the Beach Properties LLC
Laier & Kantock
Lake Almanor Assoc
Lake Almanor Associates LP
Lake Almanor Country Club
Lake Almanor Home Trust
Lake Almanor Partners

WEIL:\96855232\16\67615.0013

Lake Pillsbury Homesite Association
Lake Pillsbury Resort, Inc.
Lakehaven LLC
Lakehouse Rentals (Lavoie)
Lamar Advertising
Lancaser
Lancaster, Tommie Gerald and Janet
Lance North Gimbal, Trustee
Lance Tennis
Landers, Bobbie
Landry, Esq. Edward A.
Larence Hamman
LaRiviere, Robert and Theresa
Larry Alford
Larry Duccini
Larry Prentke
Larry Smith et al
Larry Stephenson
Larson
Lauck
Laura Deahl (Insurance Agent)
Laura Tosti (daughter)
Laurie Menzie Leathers
Lawler, Michael B. & Pamela
Lawler, Timothy and others
Lawrence J. Thompson & Nancy A. Horton
Lawrence Scott Skinner
Lawrence, Robert I., Jr.
Lazzerini, William K. Jr.
LDS Recreation Properties LLC
Leach, Elizabeth
Lebaron
Lee, William
Lee, Linda S.
Leigh Hunt-Firestone
Leland Armitage
Lengsfelder
Leo Gonzales
Leon Donohue
Leroy Leabman
Lewandowski, Michael & Kristin
Lhala, LLC
Libenson, Trustee, Richard M. and Claudia C.
Lieberman et al
Limmex/ Kemp
Linda Bowers

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 56
of 216
WEIL:\96855232\16\67615.0013

Linda Yparraguirre
Lingle, David & Donna
Lisa Sipko
Little
Little Norway Partners
Live Nation, c/o Matt Prieshoff
Livesay, Michael and Susan
Lodge, Mareka G.
Lois Scott
Lombard-Howe Trust
Longerot, Keith E.
Loomis, Richard S. & Waterman, Douglas L.
Lopez, Raymond and Cinde Bryant
Lopez, Robert A.
Loree Gorman
Loree Joses.
Loren & Amy Nelson
Lori Fetters, Community Manager
Lori Martin
Lorina Pisi
Lorree Gorman
Lotus Hospitality II, Inc. DBA Holiday Inn
Louis Bonino
Louis J Peterson
Louise Camacho
Loveless, Oscar W.
Lowe, Orville A. & Bonnie A.
Lowell F Steel
Lowry, Suzanne E.
Lucas, Iii
Lujach Enterprises LLC
Luna
Lusareta & De Young
Lynch, John H & Gay O.
Lynda Trowbridge
Lynn Stewart
Lysle Winchester
M H Mills
Mace, Kathryn S.
Machabee, Gary and Mary Lynn
Mackirdy
Madelyn Mason
Magan, Betty
Magers
Maggiora & Ghilotti, Inc.
Malachi Mogoba

WEIL:\96855232\16\67615.0013

Maleski, Karen
Mallette, Miles T. & Eugene E.
Mandy Fraser (Insurance Agent)
Mangin, Gary
Manning, Paul W.
Mantle, Mark S. & Nancy W.
Manuel Massa Jr.
Marcum, Bert P., Jr. and Barbara B.
Margaret aka "Peggy" Guyett
Margie Talbot
Margo Ormiston (Insurance)
Mari Parino
Maria Mojica (Insurance Agent)
Marianna Love
Maricela Reyes (Insurance Agent)
Marie Kirchmeyer
Marina View Heights Assn.
Marja Miller
Mark & Marilyn Burington
Mark C Jones
Mark Curry
Mark E. Bron
Mark Fechter
Mark Johnson
Mark Leinwander
Mark Miller
Mark Parsinen
Mark Stewart
Mark Webber
Markland, Laurie Ann
Marlene J Nix & Others
Marquart, Dennis
Marshall Slocum
Martella. Nicklus and Anna
Martha Rush
Martin, Don & Lani
Martina McKay
Marvin Crockett
Marvin Reiche
Mary Bell-Moudry
Mary Conway
Mary Sue O'Connell
Marysville Group LLC
Marzullo, Jr., Joseph J.
Mashaun O'Malley (Insurance Agent)
Mason, Madelyn C.

WEIL:\96855232\16\67615.0013

Mason, Marvin
Masonic Hall Associates of Colusa
Massa, Manuel Jr., & Mary
Massengill
Masten, Christopher M.
Mathis
Matt and Carrie Brumbaugh
Matt Bosco
Matt McKeon
Matthew Grimsley, State of CA - DGS
Matthew Molitor
Matthew Palade
Matthew Southam
Maudru
Maurice St. Clair Family Trust,
Max Benton
Maynard, Tamera
Mayra Anesetti (Insurance Agent)
Mc Cartin, Judge Donald A.
Mc Cartin, Mark J.
McArthur Resource Management Association
McCabe Landscaping
McCarthy , Kevin
McCreary
McDowell
McFadden, Eugene J.
McGowan, Edward H.
McGowan, Gail
MCI Telecommunications Corp
MCI Worldcom
McIsaac, Teresa R.
McKay, Martina
McKee Family Trust
McKenna
McKinnis, Steven & Lynne
McLeod, Vincent
McMillan, Daniel and Mary
McMurtney, Gene R.
McMurtrey, J. E.
McNeil
McNeill
McSorley
Mechanical & Irrigation Sol
Meecham, Julie
Mega Renewables
Meissner John

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 59
of 216
WEIL:\96855232\16\67615.0013

Melissa Scott
Mello, William & Frank Jr.
Mendo Lake Credit Union
Menlo Park Fire Protection District
Mercedes Hernandez (Insurance Agent)
Meredith, Gary J.
Meredith, Pres. Carole
Meridian Farms Water Company
Meyer
Meyer Enterprises, LLC
Meyer, Paula Ann
Meyer, Robert C. & others
Meyers Farming
Michael Aldrich
Michael JARRETT
Michael Levy
Michael Price
Michael Rue
Michele Curiel (Insurance Agent)
Micheletti, Joseph & Monica
Michelle Alvarado
Mickael S Kyle
Mignano, Julia
Mike Bauccio
Mike Beebe
Mike Carbajal
Mike domimick
Mike Egbert
Mike Kunitani (Son)
Mike Tuttle
Miles Mallette
Miles, Gary
Millard Crain
Millbrae Racquet Club
Millbrae Raquet Club
Miller Honey Farms Inc.
Miller, John R. dba Miller Honey Farms Inc.
Miller, Mike
Miller, Tim and Tracey
Miller's Landing Resort
Millian
Millikan
Milton La Malfa
Mintegue et al
Miravalle
Mispagel, Lawrence M.

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 60
WEIL:96855232\16\67615.0013

Moberly, F.B. & Caroline R.
Moffett 259 LLC
Monk, Tom
Monpere, Dorothy J.
Monroe
Monson
Montague, Charles F.
Moore, James and Sherry
Morelli Ranch, LLC
Morris, James C. & Judy
Morse / Karns
Mount & Berg
Mount Diablo Audubon
Mount/Smith et al
Mountain Community Center
MRB Associates
Ms. Dana Shigley, City Manager
Mt Jackson Bldg Assoc.
Mt. Lassen Trout Farm, Inc.
Mullany, J. L. II
Mulock, Chad
Munro, Neil and Patricia
Murphy
My-Lien Neal (Insurance Agent)
Nachtsheim
Nancy Fanning
Nancy Fox
Nancy Huerta (Insurance Agent)
Nancy Tao
Natalia Shparber (Insurance/Law)
Natonya Forbes
Neal Jern
Neal Saunders
Nearon Sunset LLC
Neff
Nell Tarantolo
Nelson
Nelson, Donald & Kay
Nevada County Consolidated Fire District
Nevada Irigation District
Newlin, Marvin and Shirley
Newman, Roberta
Nicholau, William A.; Waite, Athena; Loew, Alexandra D.
Nixon, Randall and Heather
NMD Properties LLC
NMSBPCSLDHB Partnership

WEIL:\96855232\16\67615.0013

Noal Belkofer
Norman Madsen
Norman Sollid
Norton, David & Sandra
NTC & CO., FBO Louise Benton
Nusser
Oberti, Philip
O'Connell (Trustee), Ursula Hart
O'Connor, Daniel J. & Irene G.
Ogle, Richard
Ola Garrett/Kirk Wilsey
O'Neill
O'Neill, Mabel
Opera Plaza LP
OPSAHL
Oribello, Glenn & Linda
Oscar Donoian
Osh Acquistion Corp
Ottenwalter Trust
Oxborrow
P.R. FARMS, INC.
Pabst
Pac West Office Equities LP
Pacific Service Employees Assn. (PSEA Concord)
Pacific States Aviation, Inc.
Palmisano, Dorothy G.
Pamela J Cash
Pass
Passalacqua, C. Joseph & Arlen
Patburg, Gary & Jeanette
Patricia Flores
Patricia Rubino-Brunetti
Patricia Smith
Patricia Weber (Insurance Agent)
Patterson Holdings, LLC
Patterson, Robert
Pattison
Patty Lewis
Paul Casella
Paul Goodman
Paul H Goodman
Paul Lavoi
Paul Liston
Paul S. Lofgren
Pedersen/Rogers, Raymond/Richard
Peninsula Village

WEIL:\96855232\16\67615.0013

Peninsula Village Homeowners Association
Penman, Mike and Sheila
Penny McCreary
Pep Boys
Pep Boys- Director of Facilities
Pep Boys- Law
Perry, Jeffrey
Perry, Jim A.
Perry, Lee
Peter (Fremont Loc Mgr)
Peter Aloo
Peter Beck
Peter Giampaoli
Peter Grassi
Peter Knight
Peters
Peters, Dr. Alfred G.
Petersen
Petersen, Steven
Petrusha Enterprises
Pezzullo
PGE Starpoint LLC
Phil Kleinheinz
Phil Mackey
Philip Ferris
Philip Price
Philip Springfield
Phill Kelly
Phillip J. Oberti
Phillips
Phyllis Castello
Pierre O. Paquelier
Pierson/Waldrup, William J./Diane Elaine
Pilegard, Cris
Pinckney
Pine Cone Resort
Pinjuv
Pitigliano, Trustees, Charles B. & Nancy S..
Placer County Water Agency
Plumas Audubon Society
Plumas Bank, Inc.
Plumas County Airports
Plumb, Darryl and Carrie
Pollak
Pollard, Donald James and Pamela Diane
Pollock, James M.

WEIL:\96855232\16\67615.0013

Pomeroy, Susan
Ponderosa Telephone Company
Poole, Daniel Stephen and Lynn Murphy
Potter
PQ Properties (Peri)
Pracilla Cooper
Prattville Water District
Pretel, Robert W.  Trust
Price
Price, John & Diane
Price, Lawrence A. & Kathleen L.
Project 101 Associates
Project Chief, U.S. Geological Survey
Prologis LP
Promontory San Luis Obispo
Property Works
Property Works- Rents
Prosperi, Robert
Pugliesi, Chris
PW Fund B LP
Pyle
Quackenbush
R & R Maher Construction Co.
R. J. Cicchetti
Radenbaugh, Trustee, Richard F.
Rainbow Estates (Caruana)
Rairdan, Todd and Christina
Randall Jr., Walt
Randy Berkheimer-Scout Leader
Rasmusson
Rathmann,Robert L.
Ratto
Ray Crawford
Ray Dutro
Ray Johnston
Realty Income Corporation
Reed Hillard
Regents of the University of California
Regimbal, Jr.
Rehermann
Reid, Kathleen A.
Reid,Victor M. III
Renee Russell
Repanich, Nicholas & Susan
Retzloff, Lonny and Maryanne
Rex Hoover

Case: 19-30088    Doc# 935-1    Filed: 03/18/19    Entered: 03/18/19 00:16:59    Page 64
of 216
WEIL:\96855232\16\67615.0013

Rex McBride
Reynolds
Reynolds,Pres. Rod
Reynoso, Jaime
Rhodes, Ronald & Joan
Rhonda Kranick
Rhyne Trust
RICE
Rice Airport Operations LLC
Rice, Owen S.
Richard Borello
Richard Dalton
Richard F Hathaway Jr.
Richard Fields
Richard Hardin
Richard Hong (Rick)
Richard Linam
Richard Livesay
Richard Mack
Richard McNeil
Richard Nelson
Richard Rydell
Richard S Tough
Richard St. Peter
Richard Wells
Richardson, Thomas H.;
Richburg, et.al., Brian K
Rick Hatcher
Rick Nielsen
Rideout
Rife, Jeff and Debbie
Riley, Warren
Rion O'Connell
Risse, Gregory and Michelle
Ritts, William C. and Gayle
Rob Dudugjian
Rob Kautz
Robert & Jean Fernandez
Robert & Kathy Sutton
Robert & Michelle Bozek 2017 Trust
Robert Balkow
Robert Berry
Robert Bilotta
Robert Bleyhl
Robert Care
Robert Carter

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 65

WEIL:\96855232\16\67815.0013

Robert Feeney
Robert Fernandez
Robert Flint, Jr.
Robert Gallagher
Robert Gans
Robert Grupczynski
Robert Hanley
Robert Klein
Robert L. Smith
Robert Lichti
Robert M Hillyer
Robert Romar
Robert Roth
Robert Schneider. Asst. Mgr.
Robert Spooner
Robert Wallace
Robert Weber
Robert Wolenik
Roberts
Roberts, Douglas & Colette
Robin Peterson
Robinson,Rob T. & Cynthia
Rock Harbor
Rod Roland, Gen. Mgr.
Rodriguez
Roger Sohnrey
Rogers-Millhollin, Denna
Roland & Kathleen Clapp
Roland Ball Revocable Trust
Roland Cole
Rompal, Trustees, Larry S. & Shelly R.
Ron and Leslie Cox (Owners)
Ron Carpenter
Ron Chinn
Ron Decoto
Ronald Noblin
Ronald Piethe
Rose, Sean and Leslie
Rosenberg, Saul  A.
Ross Erickson
Ross Lynn D Succ
Rothman, Harold B.
Roweena Mangroo (Insurance Agent)
Roxanne Mc Laughlin
Roy Gullo Properties
Royal Gorge Ski Touring

Case: 19-30088   Doc# 935-1   Filed: 03/17/19   Entered: 03/18/19 00:16:59   Page 66
WEIL:\96855232\16\67615.0013
of 216

Royce Friesen
Rumberger, Dean and Tiffany Rene
Russell, Laurie J. (Laurie Leathers Russell, as trustee of The Leathers Family Trust)
Rydman
SAAB Real Estate LLC,
Safreno
Sagie, Michael L.
Sahm, Jennifer and Brenton
Salas, Edward & Helen
Salem Venture LLC
Sally Krenn/Jim Blecha
Sally Moyer
Salvatore Rubino
Sam Peracca
Sam Taylor
Samford, Ted
San Jose Fire Department
San Lorenzo Lumber Yard
San Luis Obispo County
San Luis Obispo Mental Health Association
Sanchez / Petersen
Sanchez, Trustee, John G.
Sanders, Stanley/Steven
Sanders, Trustee et al, Fahmie A.
Sandridge Partners, a California Limited Partnership
Sandy Lane Properties LLC
Santich et al
Santucci Livestock
Sara Ann Dietzel
Sarah Barton
Sasha Shamszad
Savage
SBC Services Inc.
Schaeffer
Schlagel, Pres. Don
Schmeeckle
Schmidt, John P. & Schmidt, Arron
Schmitz, Frederic and Sheila
Schnathorst, H.A.
Schneider, Nicholas A.
Schreck, Elaine
Schuh, Curtis & Samantha
Schuler, Elizabeth
Schultz
Schwabenland/Richardson, Lawrence/Evelyn
Scott

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 67
of 216
WEIL:\96855232\16\67615.0013

Scott Cooper
Scott McNutt
Sea Mist Farms, LLC
Sears
Sedlak, John and Lisa Mary
Serrano, Avelio
SFO Good-Nite Inn, LLC
Shaffer/ Rogers
Shahram Ameli (cell)
Shallu Sharma
Shannon Thwaite
Shannon, Susan K.
Sharp, Donald L.
Sharp, Elsie Laverne, Trustee
Shasta County
Shasta County Fire (Big Bend)
Shaw T & R Family Trust
Shay, Victor W. & Laura L.
Shelsta, Robert & Janet
Shepard, Lawrence & Nancy
Shephard
Sheppard, Kenny R. & Anne Marie
Sherri L Pettit
Sherry, Timothy J.
Shoreline Amphitheatre
Sierra Alta Terra Inc. (Almanor Lakeside Resort)
Sierra Alta terra Inc. (Kerns)
Sierra Pacific Industries
Sierra Pacific Properties Inc.
Sig Hansen
Silva & Kiesler
Silveria, Gary; Carol, Ronald & Lorette
Simison
Simkins
Simpson Trust
Simurda, Bruce M. & Diana L.
Sinor
Skaggs, Jeffrey and Shannon
Sky Mtn. Christian Camp
Slevcove, Jim John & Mary Ann
Smades, Helen A.
Smalling, Karl D.
Smith, James and Sandra
Smith, James C.
Smyth, Donald
Snyder, Andy

WEIL:\96855232\16\67615.0013

Snyder, Mark and Pierrette
Sobel, Trustee, Marc D.
Solano County
Solari, John A.
Solaro, John P
Sonia (Insurance Agent)
Sonoma County Transit
Sonoma Valley Center LLC
Sortor, Donald and Emmy
Soule, Randall and Kameron
South Shore Association
South Valley Apartments LLC
Southam
Southern California Edison Company
Southern California Gas Co. & Southern Co. GA
Souza Farming Co., LLC
Spargo Family Living Trust
Sparks
Sparky Kirby
Spectrum Properties Inc.
Spongberg
Spooner
Sportshore Mutual Water Co
Spring
Springer
Squeri
Stacey Dolan
Stacey Klajbor (Insurance Agent)
STAFFORD, Trustees, Delbert T & Kimberly A.
Stahl, Alan Kurt & Ruth Ellen
Stai
Stan & Robin Dell'Orto
Stan Braga
Stanion, James C.
Stanley Barth
Stanley Cauwet
State – Dept. of Justice
State of CA - Dept. of Water Resources
State of California
State of California - CHP - Admin Services
State of California - CHP - Telecom Unit
State of California - Dept. Gen. Svc.
State of California - Dept. of Fish & Game
State of California - Dept. of Forestry & Fire Prot. (Mendocino)
State of California - Dept. of Forestry & Fire Protection
State of California - Dept. of Parks & Recreation

Case: 19-30088    Doc# 935-1    Filed: 03/18/19    Entered: 03/18/19 00:16:59    Page 69
of 216
WEIL:\96855232\16\67615.0013

State of California - DGS Real Estate Services
State of California - DGS RESD  for Telecom Div.
State of California - DOT (CALTRANS)
State of California - DOT (CALTRANS) - Maint. Prog.
State of California Department
State of California Dept. of General Services for Department of Justice
State of California, Dept. of Water Resources
Steigner, Clarissa
Stemken Park
Stepenson, Larry & Patricia
Stephanie Coate
Stephen Dyer, President
Stephen Fuller
Stephen Kurtela
STEPHENS, John R. and Vicki J.
Stephenson
Sterling Hammack
Stern Management Trust,
Steve Essig
Steve Kurtela
Steve Randall
Steven Carter
Steven F Potter
Steven R. Walker
Stewart, Ross and Lori
Stidham, Dewey Allen & Zona Ruth, Trustees
Stockton City Center 16 LLC
Stone, Shirley Blanche
Stoneridge Westbridge Shopping Center LLC (c/o Potter - Taylor & Co)
Storie-Crawford
Stover, Tony & Megan
Straatsma, Derek
Strain Trust
Strathmore Swim Club
Streeby, Kenneth L.
Stringfellow, Linda
Stroup, Robert and Dorothy
Struthers, Pres. Roger
STT Investments LLC
Sue Carlson (wife)
Sulprizio
Sunriver Investments
Sunseri, Philip & Leslie
Sunset Building Company LLC
Susan Bryner
Susan Herzog (Insurance Agent)

WEIL:\96855232\16\67615.0013

Susan J. Espana Separate Property Trust
Susan Pomeroy
Susan Stewart
Susan Witherspoon
Suzanne Flint
SWETZ
Swingle, Thomas and Carol
Switzer, Goldau & Associates (Hemlock Property Management)
Sylester Lucena
Sylvester, Michael and Dana
Syvertsen, Robert K. & Jeanne M.
T W Dufour & Associates
Tammy Dirker (Insurance Agent)
Tammy Johnson (daughter)
Tammy Johnson, Sec./PG&E Liaison
Tandy Bozeman
Taylor
Taylor, Gayland S. & Nancy Ann
Tedford, Jeffrey & Donna
Tehama-Colusa Canal Authority
Teri Blatter
Terrell
Terry Boatman
Terry Remitz
T-H Apiaries (Terry Holcomb)
Tharp, Bobby and Judith
Thayer
The Donald A. Fryer and Marjorie E. Fryer Trust
The Doyle 1999 Revocable Trust
The Fairferek Living Trust
The Finch Revocable Trust
The Kaiser Family Trust
The Kennedy Family Trust
The Stacey J. Siroonian Living Trust
Theodore Towler
Thomas & Karen Sullivan
Thomas Agnew
Thomas Clark - Supervisor
Thomas Delapain
Thomas Fullerton
Thomas Ghidossi
Thomas Green
Thomas Halpin
Thomas Hutchins
Thomas Joaquin
THOMAS M DAUTERMAN

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 71
WEIL:\96855232\16\67615.0013

Thomas M. Stanton, trustee; Rodney Cook, trustee
Thomas Mason
THOMAS MILLAR
Thomas, Trent & Jill; Thomas, Trevor & Tamra
Thomma, Raymond R.
Thompson, Stanley
Thompson, William E.
Three D Trust of 2003
Tiffany Hilfer (Insurance Agent-Cust. Service)
Tiffany Wilde (Insurance Agent)
Tim Campbell
Tim Cashman
Tim Malone
Tim Wellman
Timmer, Douglas & Carmen, Trustees
Timothy Durkee
Timothy R Crowley
Timothy S. Watson
Timothy Southwick
Timothy Strong
Tina J. Van Breukelen, SR/WA
Tjerrild et al, Robert J.
T-Mobile
Todd, Larry R.
Tom Armstrong
Tom Dolan
Tom Goss (Insurance Agent)
Tom Hinojosa
Tom Mansperger (Insurance Agent)
Tom Panages
Tom Sawyer - for Insurance
Tom Tisch
Tom Wilkins (Insurance Agent)
Tomei, William J.
Toor Village LLC
Torres, Roberta A.
TowerCo
Trammell, Curtis and Jocelyn
Trapschuh, Pres. Frank
Travelodge
TRC
Tree Movers, Inc.
Trees of California
Trifolo et al
Trimble Land Company LLC
Troost, IV, Frank W.

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 72 of 216
WEIL:96855232\16\67615.0013

Trowbridge
Troy Dawson
Tugend
Turner et al
Tusker Corp
Ty Thresher
Tyler Marsh
U.S. Army Corp of Engineers
U.S. Bureau of Land Management (BLM Hollister
U.S. DOT - Federal Aviation Admin. (FAA Los Angeles)
U.S. Federal Bureau of Investigation (FBI San Francisco)
U.S. Forest Service (Lassen National Forest)
U.S. Forest Service, Forest Inventory & Analysis
U.S. Forest Service/Sierra NF
U.S. Geological Survey - Menlo Park
U.S. Geological Survey (Pasadena)
U.S. National Oceanic & Atmospheric Admin. (NOAA)
U.S.F.S. Skylake Yosemite Camp,
Uni-Kool Partners, The
Union Pacific Railroad Company
USGS Pasadena Office, GPS Network Coordinator
USRPI REIT, Inc.
Utility Tree Services, Inc.
Vail
Valerie Crutchfield (Insurance Agent)
Valero Refining Company
Van Dyke
Van Elderen
Van Nuys
Vanella, Daryl
Varian Arabians
Veady, Ralph and Cynthia
Vergil Owen
Vern G Ornbaun
Vicent
Victor Alvistur
Victor Biasotti III-USFS
Vierra
Vincent Jr., John C.
VINCENT, Darrell E, & Dene, Trustees
Vincent, Holly (spouse)
Vincent, Richard and Teresa
Virgina Filter
Vlahos
Vugrenes Farms
W D Weller

Case: 19-30088   Doc# 935-1   Filed: 03/17/19   Entered: 03/18/19 00:16:59   Page 73
WEIL:\96855232\16\67615.0013

W P Davies Oil Co
W. A Carleton
WACC
Wallace
Wallace, Barbara, Hicks, Jeffry C.; Hicks, Peter; Hicks, Brian; Garlland, Carol
Walsh
Walt Turner
Walter Maynes
Ward, Craig
Warren & Karen Plaskett Trustee
Warren Brusie
Warren Steiner
Watson Family Trust
Weber, Gregory W. and Patricia L.
Welch, Steve R.
Werner, Timothy J. & Melinda C., as Trustees
Wes Bradford Properties LLC
Wescott Christian Center
Wesley Anderson
West
West Almanor Community Club
West, Michael P. and Janis F.
Western Alliance Bancorp
Western Area Power Administration
Western States Microwave Trans.
Westman, Verner
Westover, Russell C. III; Westover, Garrett; Helms, Gail W.
Westridge Homeowners
Westshore Campers Assn
Westwood Comm Svcs
Wheeler
Wheeler-Smith, Nancy, co-trustee
White
White ,Pres. Betty Jean
White, Thomas and Jill
Whitehead, Pres. Robert
Whiting/ Pickard
Widmayer
Wilbur H. Smith, III
Wilburn
Wilk, Linda D.
Willam Hampton
William Baber III
William Donaldson
William Ettlich
William Klett

WEIL:\96855232\16\67615.0013

William L. Joseph Family Trust
William LeMaire
WILLIAM LEWIS
William S. Gaines and Ida Jeanne Gaines 2008 Revocable Trust
Williams Communications, Inc.
Wilma Stallins
Wilson, Donald & Kvale, Gisela
Wilson's Camp Pratville
Wirick
Wishon III Esq.,A. Emory
Wishon Village, Inc.
Witt, James
Witt, Norman R. & Debra Lou
Wittmeier
Wittner
Wolcott, Patrick
Wolford, Richard E.
Womack Family Trust
Womack, Brett L. & Patricia
Wood, Mary Lee
Worrall
Wraith, Saxon J; Loomis, Jane M.
Wright, Robert dba Sierra Boulder
YMCA of Superior
Yosemite/Bass Lake Activities, Inc. (Sub-Lessee)
Yosemite/Bass Lake Activities, Inc. (Sub-Licensee)
Yount, Patrick and Deborah
Zaballos Jr., Trustees,Resti/Deborah
Zepher Mountain Family LP
Zimmerman
Zimmerman & Luft
Zimmerman, Roslyn
Zinkin,Dewayne
Zona Stidham, Vice President


Lenders (Prepetition and Proposed Postpetition to the extent not already listed)
Bank of America, N.A.,
Barclays Bank PLC and
Citigroup Global Markets Inc.
JPMorgan Chase Bank, N.A.,


Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation
21 st Century Casualty Company
AAA Northern California Nevada & Utah Insurance Exchange, as Subrogee of its
Policyholders Affected by the Butte Fire

WEIL:\96855232\16\67615.0013

Aaron Davis
Aaron Harper
Aaron Hattley
Abigail Gee
ACE American Insurance Company
Ace Towers
Adam (Barretto)
Adam Ballejos
Adam Balogh
Adam Berry
Adam Hargrave
Adam Karlan
Adam Kimball
Adams, Adrienne Mary
Addison Martin, minor through GAL Shannon Baird-Martin
Adele Leard
Adia Bartow
Administrator and successor in interest of the Estate of Delores Silvas (Ashton)
Adrian Bowers
Adrian Gowins
Adrian Maisonet
Adventist Risk Management, Inc.
Agasi-Horn, Cody Alan
Agasi-Horn, The Estate Of Cody Alan
AGCS Marine Insurance Company
Agneta Stevens
Agoncillo, Priscilla Ciubal
Ahern, Edward Joseph Carl (A Minor, By & Through His Guardian Ad Litem Lauretta
Ann Ahern)
Ahern, Lauretta Ann
AHRS Paradise LLC
AIG Europe Limited
AIG Property Casualty Company
AIX - Nova Casualty Company Program
Akhtar, Jahan Z.
Akram Elkhechen
Al Rydell
Alameda, Amadaeous (Minors, By and Through Their Guardian Ad Litem Erika
Francine Rummerfield)
Alan Pettit
Albert Ahad
Albert Bedrosian
Albert Darby
Albert Gurlue
Albert Low
Alberts, Nikolas Paul

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 76
of 216
WEIL:\96855232\16\67615.0013

Alec Page
Alex Davis
Alexander, Daniel Benjamin
Alexander, Irving David
Alexandria Storm
Alfonso Jesus Magdaleno
Ali Stratta
Alice Pastrano-Springs
Alicia Blum
Alicia Rogers
Alina Brown
Alisha Balentine
Alisha Long
Alissa Nutt
Allen McCallum
Allen Patrick Hart Jr
Allen Patrick Hart Sr.
Allene Lynn Moore
Alliance Global Risks US Insurance Company
Allianz Global Risks Us Insurance Company
Allied Property & Casualty Insurance Company
Allied Property and Casualty Insurance Company, A Nationwide Company
Allied World Assurance Company
Allison Bazan
Allison Klrin
Allstate Insurance Company
Allstate Insurance Company"
Alma Williams
Alonzo Lang, Jr.
Alta Neal
Alvaro Alvarez
Alys Peck
Alysha Lane
Alyssa Marcelling
Amaji Fox
Amanda Blankenship
Amanda Larson
Amanda Mcclarren
Amanda Rogers
Amanpreet Kaur
Amber Lee
Amber Mcerquiaga
Amber Nayfeh
Amber Toney
AMCO Insurance Company
Amco Insurance Company, A Nationwide Comp Any

American Auto & Home Insurance
American Automobile Insurance Company
American Bankers Insurance Company
American Bankers Insurance Company of Florida
American Casualty Company
American Family Home Insurance Company
American Fire and Casualty Company
American Guarantee & Liability Insurance Company
American Home Assurance Company
American Insurance Company
American Modern Home Insurance Company
American National Property and Casualty Company
American Reliable Insurance Company
American Security Insurance Company
American Strategic Insurance Company
American Zurich Insurance Company
Amerman, Carol A.
Amerman, William R.
Amica Mutual Insurance Company
Amie Myers
Amlin Underwriting Limited
Amtrust at Lloyd's
Amtrust Syndicate 1206
Amy Pivato
Amy Richardson
Ana Brodie
Anabelle Vrismo
Ancar, Brandie Lou-Ann
Andersen, Edgar Fridtjov
Anderson, Cody Eric
Anderson, Kinsey Lee
Anderson, Matthew Robert Rife
Anderson, Scott Lee
Andrae Burton
Andrea Brazell
Andrea Cochran
Andrea Kathleen Mccoslin
Andrea M. Bruce
Andrea Smith
Andrew Boone
Andrew Cook
Andrew Garcia
Andrew Palmquist
Andrew Shaffner
Andrew Smith
Andrews, Richard

WEIL:\96855232\16\67615.0013

Andries Bijstra
Angela Coker
Angela Gaitan
Angela Loo
Angela Welch
Angelina Hung
Angelina Kohler
Angelina Murphy
Angie Orrego-Razo
Angulo, Addy (Joses)
Angus Fisher
Anita Anderson
Anita Crandall
Anita Freeman
Anita Romano
Ann Marie August
Ann Martin
Anna Janko
Anna Spirlock
Annamarie Haemmerle
Anne R. Kamper
Annette Estes
Annette Peters
Annie Brodie
Antanas (Tony) Audronis
Anthony Flores
Anthony James Worthington
Anthony Kang
Anthony Medway
Anthony Rudick
Anthony Tree
Antonio Ray Olvera
Arch Insurance Company
Argo Global London
Argo International Holdings Limited
Arianna Brazell
Armed Forces Insurance Company
Armed Forces Insurance Exchange
Armstrong, Arielle (Minors, By and Through Their Guardian Ad Litem, Miranda Clemons)
Arndt, Ilona
Arpad Fejes
Arrie Elaine Marie Ludlow
Asa Bartow
Ascot Syndicate 1414
Ascot Underwriting Limited

WEIL:\96855232\16\67615.0013

Ashton, Julie Catherine
Asi Select
Aspen Insurance Company
Aspen Specialty Insurance Company
Associated Indemnity Corporation
Atasha Bias
Atlantic Specialty Insurance Company
Atnip, Anthony Waco
Atnip, Brynley Lynn (Minors, By and Through Their Guardian Ad Litem, Jeremiah Thomas Atnip)
Atnip, Christie Lynn
Atnip, Courtney Elaine
Atnip, Hank Waco (Minors, By and Through Their Guardian Ad Litem, Jeremiah Thomas Atnip)
Atnip, Jeremiah Thomas
Atnip, Kayla Anne
Attic Treasures
Aubree Perkins
Aurora Lorraine Ludlow
Austin Elkins
Auturo Cesena
Avery Garcia
Avery Page
Avila, Amanda Marie
Avila, Dylan Marcanthony (Minors, By and Through Their Guardian Ad Litem Amanda Marie Avila)
Avila, Kaylee Ann (Minors, By and Through Their Guardian Ad Litem Amanda Marie Avila)
Avila, Marc Richard
Avila, Shayna Marie (Minors, by and Through Their Guardian Ad Litem Amanda Marie Avila)
Axton Bartow
Baartse, Chitten (Individually and As Trustee Of The Baartse Investment Trust)
Bainard, Jamie D.
Baird-Martin, Shannon
Ballard, Gina
Ballard, Jeff
Bankers Standard Insurance Company
Banttari, Joel
Banttari, Monica, as trustees of the Banttari Trust dated January 28, 2004 (Ashton)
Barbara Carlton
Barbara Crisp
Barbara Cruise
Barbara Gyles
Barbara Haddox
Barbara J. Wright

WEIL:\96855232\16\67615.0013

Barbara Kramer
Barbara Lynne Battaglia
Barbara Murray
Barbara Robinson
Barbara Smiley
Barbara Van Deutekom
Barbara West
Barnett, Joshua
Barretto, Lawrence S.
Barretto, Lydia I.
Barry Wenner
Barton, Amber C.
Barton, Paula K.
Barton, Timothy T.
Basford, Richard
Baumler, Chris Joseph
Beaufils, Elizabeth Michele (related to Parisah Jesus; Levi Gage and Amber Butler)
Bechard, Melody
Bechard. Macy C.
Becker, James Allen
Becky Christensen
Bednarchik, Doug James
Beekhuis, Christiaan William
Belen Mendoza
Belinda Roberson
Bell, Douglas Alexander
Bell, Maren
Bella Clark
Benjamin Baslow
Benjamin Greenwald
Benjamin Hernandez
Benjamin Moore
Benjamin Neumann
Bennett Parker
Benscoter, Amos Theodore (By and Through His Power of Attorney Patricia Ann Williams)
Bently Rose, minors by and Through Their Guardian Ad Litem, Joseph Louis Cambra
Benton, Ed (Individually, And As Corporate Representatives of Housing Alternatives Inc.)
Berkley National Insurance Company
Berkley Regional Insurance Company
Berkshire Hathaway AmGUARD Insurance Company
Berliner, Daniel
Berliner, Loan
Bermingham, Johan Matthew (Minors, by and Through Their Guardian Ad Litem Desirae Alyse Smith)

WEIL:\96855232\16\67615.0013

Bermingham, Netaleigh Rae (Minors, by and Through Their Guardian Ad Litem Desirae Alyse Smith)
Bert Callis
Berthiaume, Johnnie Sue
Berthiaume, Zackary Michael (Minors, By and Through Their Guardian Ad Litem Johnnie Sue Berthiaume)
Berton, Daviene Patricia
Bertrand, Anthony Kadin (A Minor, By and Through His Guardian Ad Litem Kim Irene Landry)
Bethany Havey
Betsy Ann Cowley
Bette Becker
Bettencourt, Alyssa (a minor, by and through her guardian ad litem Sonia Bettencourt)
Bettencourt, Andrew
Bettencourt, Erica Marie
Bettencourt, Jessica
Bettencourt, Sonia
Betty C. Kirkland
Biggs-Adams, Carrie
Bill Johnson
Bill Myers
Billy Fanning
Billy Ray Thurman
Birmingham, Brett J.
Bj Taylor
Blake Donald
Bob Broman
Bob Kozicki
Bobbi Canter
Bobbi Ludlow
Bobby Gee
Bobby Rogers
Bobijean Moore
Bodhi Garcia
Boitano, Amanda Lynn
Bolint, Jeff
Bonifield, Jeffrey Scott
Bonnie Davies
Boode, Aaron (Ashton)
Boode, Arthur
Boode, Arthur (Dba Superior Appliance Installations and Dba Well I'll Bee Apiaries) (Ashton)
Boode, Marilu
Bordon, Craig; Nick Panayotou; Mehrdad Varzendah; Genesis PVB, LLC (on the Wilcox complaint)
Bowman, Diana

Bowman, Kent
Brad Brown
Brad Lyon
Brad Perry
Bradford, Penni
Bradford, Robert Ryan
Bradley Dodge
Bradley Keith
Bradley Neal
Bradley P. Baber
Branch, Todd Philip
Brandee Caldwell Habig
Brandee Rippee
Brandi Sutton
Brandon Benson
Brandon Hill
Brandon Payne
Brandon Perkins
Brandon Raynor
Brandy Otterson
Brandy Powell
Brayden Artero
Breanna Kay Roberts
Breanne Hutchinson
Brenda Batey
Brenda Coelho
Brenda Howell
Brenda Kountz
Brenda McGregor
Brendan Foss
Brent Carnegie
Brent Ruby
Brenton Strine
Brenton Williams
Bret Sandy
Brett Ostrom
Brian Bell
Brian Bolton
Brian Flaherty
Brian Grahlman
Brian Hill
Brian Hillskemper
Brian Larson
Brian McAuliffe
Brian Moffit
Brian Taylor

WEIL:\96855232\16\67615.0013

Briana Pierce
Bridge Randall
Briones, Lisa
Briski, Gregory A.
Brit Syndicate 2987
Brittany Burger
Brittany Gregory
Brittany Morrow
Brittney Morrison
Brodie, Colleen (Individually, And As Doing Business As ABC Cleaning Service)
Brogan, Shawn Lee
Brook Clyde
Brooke Casey
Brotherton, Tabatha Sue
Brown, Don Maurice
Brown, Jill Colleen
Bruce Hall
Bruce Kleiner
Bruce Muhlbaier
Bruno, Angela, individually and dba Highway Metals
Bryan Lisle
Bryan Merritt
Bryan Venaas
Bryce Boston
Bryson, Kenneth
Buchalter, Elinita
Buchalter, Jack
Bud Rigdon
Buendia, Barbara L.
Burgstrom, Mary Helen
Burris, Sheila Kay
Burriss, Cynthia
Burriss, Robert and Cynthia
Butler, Amber Shandi
Cachuex, Jason
Caires, Margaret
Caitlin Fobert
Cal Fire
Calaveras County Water District
Calaveras Creek LLC
Calderon, Amanda Michelle
Caleb Jon-Keith (Barretto)
California Automobile Insurance Company
California Capital Insurance Company
California Casualty Indemnity Exchange
California Dept of Veterans Affairs

WEIL:\96855232\16\67615.0013

California Fair Plan Association
California Joint Powers Risk Management Authority
Calvin (Amerman)
Calvin Evans
Calvin Gurule
Calvin M. Perry III
Camacho, Joann
Camblin, Mark
Cambra, Cayson Russell
Cambra, Joseph Louis
Cambra, Nicole
Cameron (Amerman)
Cameron Ray
Cameryn Schulte
Campbell, Anna & Gagnon, George
Campbell, Tami Sue
Canada, Charles W.
Canada, Cynthia A.
Candice King
Candice Seals
Candida Applebaum
Canniff, Collin S.
Canniff, Galen M.
Canniff, Keely H.
Canniff, Mary M.
Canniff, Michael L.
Cannon Daniels
Canopius Managing Agents Limited
Canopius Syndicate 4444
Cantine, Steven
Carie Lerner
Carl Bender
Carl Coleman
Carleen Edwards
Carlson, Steven
Carlton Schreiner
Carmel McCoshum
Carmelita Sanchez
Carmen Baca
Carnella Marks
Carol Amaya
Carol Anderberg
Carol Campbell
Carol Hemphill
Carol Ladrini
Carol Manley

WEIL:\96855232\16\67615.0013

Carol Peterson
Carol Souza
Carol Spears
Carole Davis
Caroline Cardoza
Caroline Christofolis
Carolyn Edie
Carolyn Hill
Carolyn Iott
Carrillo, Tanya
Carson Schulte
Carson-Romano, Connie Jo (indiv and as trustee of The Connie Jo Romano 2012
Revocable Trust, dated August 5, 2014
Casha, Susan J.
Casha, Thomas K.
Caspary, Barbara
Caspary, Nicholas
Caspary, Ricky
Cassel, Bret Travis
Cassel, Carol Lynn
Castillo, Gerardo
Casualty Insurance Company
Catherine Dornan
Catherine Tarbox
Cathy Neste
Cathy Okerlund
Catrina Oberg
Celestino Gencarell
Celil Morris
Cenco Management, LLC
Century National Insurance Company
Certain Underwriters at Lloyd's London
Certain Underwriters at Lloyds of London Subscribing to Policy Number LMHO1044
Certain Underwriters at Lloyds of London Subscribing to Policy Number LMHO01163
Certain Underwriters at Lloyds of London Subscribing to Policy Number LSI102892
Certain Underwriters at Lloyds of London Subscribing to Policy Number LSI101819-01
Certain Underwriters at Lloyd's of London, UK Subscribing to Certificate No.
B0507L16360-521
Certain Underwriters at Lloyd's of London, UK Subscribing to Certificate No. LSU
00402-05
Certain Underwriters at Lloyd's of London, UK Subscribing to Certificate No.
B1353DG1700356000
Certain Underwriters at Lloyd's of London, UK Subscribing to Certificate No. LSU
03618-01
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. Nl7NA10020

WEIL:\96855232\16\67615.0013

Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No.
W1D52B160101
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. PN1600673
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No.
PRPNA1600667
Certain Underwriters at Lloyd's of London, UK, Subscribing to Policy No.
B1230AP56189A17
Certain Underwriters at Lloyds, London
Chacon, Adolfo Antonio
Chad Bosnell
Chantell Estess, individually and as trustee of the Michael Estess Living Trust
Chapman, Barbara Joan
Chardonnay Telly
Chargin, Dennis Anthony
Charis Raspi
Charlene Perry
Charles Brugger
Charles Carroll
Charles F. Baldwin
Charles Forquer
Charles Liquori
Charles Sanchez
Charles Thompson
Charles Van Auken
Charles Walters
Charles Wright
Charlie Moffatt
Charlotte Brockman
Charlotte Sweatt
Charlsey Cartwright
Chastain, Samuel Curtis (As an Individual, And As Trustee Of The Samuel Chastain
Revocable Trust)
Chaunce Thorburg
Chavez, Adrian
Chavez, Rachelle
Chavez, Rosa Azevedo
Chavez, Victor Gonzalez
Chellsee Lende
Chelsea Matz
Chelsie Crisp Hart
Chelyl Martin
Cheri Ann Van Over (RiskMaster: Heavenly Ice)
Cheri Brakensiek
Cheri Haganey
Cherie Burns
Cherie Welch

WEIL:\96855232\16\67615.0013

Cheryl Broman
Cheryl Choate
Cheryl Collier
Cheryl Harrell
Cheryl Larmore
Cheryl Marie Lynch
Cheryl Maynard
Cheryl Mclain
Cheryl Renwick
Cheryl Rowney
Cheyenne Reynders
Chippewa Pest Control Inc.
Chris Delorean
Chris Franklin
Chris Griffith
Chris Mangrum
Chris Martin
Chris Paul
Chris Pickett'
Chris Smith
Christian (Amerman)
Christie, Temperance (Minors, By and Through Their Guardian Ad Litem Amanda
Hernandez)
Christina Frieh Hauer
Christina Mercy-Kemp
Christina Wolfer
Christine Curtis
Christine Dew
Christine Frances Maker
 Christine Nystrom
Christine Palmer
Christine Presson
Christopher Aldred
Christopher Crabtree
Christopher David Jones
Christopher Gavin Hinz
Christopher Howard
Christopher Nolan
 Christopher Nystrom
Christopher Robinson
Christopher Roseman
Christopher Vorheis
Christopher Wilson
Christopher Yoakum
Christopher, Steve
Chubb Custom Insurance Company

WEIL:\96855232\16\67615.0013

Chubb Insurance Company of New Jersey
Chubb National Insurance Company
Chun Chu
Church, Cody Nathaniel
Church, Katlyn Michelle
Church, Mark Jay
Church, Tammy Sue
Cincinnati Insurance Company
Cindy K. Row
Cindy Lee Hoover
Citation Insurance Company
Citizens Insurance Company of America
City of Santa Rosa
Civil Service Employees Insurance Company
Claire Villanueva
Clara Lakin Knaus
Clarissa Perkins
Clark Boucher
Clark F. Bridgman
Clark, Crystal A.
Clark, Gregory Charles
Clark, William R.
Claudia Bijstra
Claudia Gallentine
Claudia I. Palmer
Claudia Peck
Claudia Reek
Claudia Wright
Clayton Schnurr
Clemons, Miranda
Clevenger, Kimberly Guerra
Clevenger, Monte Alan
Clifford Broman
Clifford Garrison
Clifton Brockman
Clint Freedle
Clint Garman
Clinton Robertson
Closs, Susan
Clyde Macon, Jr. (As Individual, And As Trustee Of The Clyde M. Chapman Jr. Living Trust)
CNA Insurance Company
Coast National Insurance Company
Cody Agost
Cody Boston
Cody Cloyd

Case: 19-30088    Doc# 935-1    Filed: 03/18/19    Entered: 03/18/19 00:16:59    Page 89
WEIL:\96855232\16\67615.0013

Cody Mackel
Coit, James
Coker, Thomas M.
Colburn, Adam Gregory
Colby Boston
Colby Payne
Collay, Michelle
Colleen Bottini
Colonial County Mutual Insurance Company
Commerce West Insurance Company
Company National General Insurance Company
Company"
Conatser, Jennifer Joy
Conder, Breanne
Conder, Durise Ann
Conder, Kenney
Conder, Rodney Howard
Conley, Robert Andrew
Connie Danilov
Connie Epperson
Connie Roberts
Conrad Wong
Conrey, Anthony R.
Constantina Howard
Constitution State Services, LLC
Continental Casualty Company
Continental Insurance Company
Contreras, Eduardo
Contreras, Hugo, a minor, by and through his Guardian ad litem, Susana Contreras
Contreras, Susana
Contreras, Violeta
Cook, Benton
Cook, Joshua M.
Cook, Loretta
Copeland, Robert
Copello Square, LP
Cora Kolacz
Corcoran, Elizabeth
Corcoran, William
Corey Gurule
Cortc. Schreiber
Cory Farris
Costa, Colt Ryan (A Minor, By and Through His Guardian Ad Litem Courtney Elaine Atnip)
County of Sonoma
County Right Inc.

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 90
WEIL:\96855232\16\67615.0013

Coutnry Cliffs LLC
Cowen, Michael Brian
Cox, Haidyn Ray David (A Minor, By and Through Her Guardian Ad Litem Taylor Victoria Harris)
Cox, Tim
Cox, Tisha
Cra Paradise Llc
Craig Edwards
Craig Montgomery, O.D.
Craig Wenner
Craig, Amber Leann; Boitano, Amanda Lynn; Tucker, Jacqueline Leanne Craig; Rhodes, James Tyler; + minors Preslie Leann Tucker and Jordan Allen Tucker through GAL Jacqueline Leann Craig Tucker
Craig, Carolann
Crestbrook Insurance Company
Cribbs, John
Croft, Robert (Joses); Croft, Robert as trustee of the Goofey Trust UTD August 2012 (Ashton)
Crusader Insurance Company
Crystal Alcover
Crystal Grieg
Crystal Record
Crystal Tree
CSAA Fire & Casualty Insurance Company
CSAA General Insurance Company
CSAA Insurance Exchange
CSE Safeguard Insurance Company
Cunha, Judy Lynn, Individually and As Trustees of The Cunha Family Trust
Cunha, Mark Allen; Cunha, Judy Lynn, Individually and As Trustees of The Cunha Family Trust;
Curtis Mcnamar
Curtis Schnurr
Cyndie Norman
Cynthia Davis
Cynthia Lassonde
Cynthia Schierman
Cynthia Skala
Cynthia Smith
Cynthia Spence
Cyrena Brown
Dacia Williams
Daisy Davis
Dakota Gurule
Dale Eber
Dale Hinerman
Dale Miller

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 91
of 216
WEIL:\96855232\16\67615.0013

Dale Thompson
Dallas Kiser
Dalton, Helen L.
Damian Gonzales
Dan Colliss
Dana Gajda
Dang, Tuyet Anh
Daniel Aaron Jesus
Daniel Alvarez
Daniel Bennett
Daniel Canter
Daniel Gallagher
Daniel George
Daniel Magana
Daniel Mata
Daniel Mcneill
Daniel Poole
Daniel S. Robbins
Daniel Seibert
Daniel Solors
Daniel Springs
Daniel Vujic
Danielle Bottini
Danielle Costa
Danielle Gayton
Danielle Hall
Danielle Kingsley
Danielle Sellers
Dannette Marquez
Danny Mathis
Darcey Rudick
Darla O'Shea
Darlene Boston
Darlene Kirby
Darlene Williams
Darrell Perkins
Darren Gillespe
Darriel Darden Jr.
Darrin Stewart
Darwin Crabtree
Darwin Sager
Darwin, Jeffrey Charles; Darwin, Tiffany Marie; Darwin, Kara Nicole (Minors, By and Through Their Guardian Ad Litem Jeffrey Charles Darwin); Darwin, Kilah Dae (Minors, By And Through Their Guardian Ad Litem Jeffrey Charles Darwin); Darwin, Lucas Charles (Minors, By And Through Their Guardian Ad Litem Jeffrey Charles Darwin)

WEIL:\96855232\16\67615.0013

Darwin, Kara Nicole (Minors, By and Through Their Guardian Ad Litem Jeffrey Charles Darwin)

Darwin, Kilah Dae (Minors, By and Through Their Guardian Ad Litem Jeffrey Charles Darwin)

Darwin, Lucas Charles (Minors, By and Through Their Guardian Ad Litem Jeffrey Charles Darwin)

Darwin, Tiffany Marie

Daryl Butts

Dave Turner

Davi Ramey

David Bernacett

David Bockman

David Corson

David Crane

David Crenshaw

David Cuen

David Dickinson

David Dimon

David Ducommun

David Foster Clemens Jr.

David Gallentine

David Hamilton

David J. Gadja

David K. Lakin

David Lakin Knaus

David Liles

David Masarik

David Peterson

David Ricci

David Rice

David Robert Fisher III

David Yates

Davis Limbaugh

Davis-Joyce, Elizabeth

Dawn Cronin

Dawn Garman

Dawn Huddleston

Dawn Muhlbaier

Dawn Stevens

Dawn Wright

Dawson, Melissa

Day, Timothy

Dayid Coelho

Daynielle Raynor

De Posta, Janice

Dean, Megan Rae

WEIL:\96855232\16\67615.0013

Deanna Hermann
Deanna Williams
Debbie Boucher
Debbie Waterman
Debora A. Wines
Deborah Glass
Deborah Harless
Deborah Jones
Deborah Long
Deborah Olexiewicz
Deborah Stearns
Debra J. Berube
Debra Lynn Roberts
Debra Oxborough
Deckman, Lisa Anne Gardina
Deckman, Louis Albert
Deckman, Melisa Ann Gardina
Decriscio, Kimberly D.
Dee Dee Mayhugh
Deidre Bartow
Delaney, Shaun
Delijah Osbourn
Delma O'Grady
Delores Hamilton
Dena Stewart
Denise Hunt
Denise Nelson
Denise Quinn
Dennis Glover
Dennis Gyles
Dennis Hughes
Dennis Mark Wickes
Denver Weaver
Deova M. Lewis; (minor clmnts Mykala & Jackson)
Depositors Insurance Comp Any, a Nationwide Company
Derek Pierman
Desiree Williams
Destefano, Joann M., as trustee of Joann M. Destefano Revocable Trust
Destefano, Joann Marie
Devaney, Barbara A.
Devaney, John R.
Devin Gotterba
Devin Witham
Dewey Bunch
Dezirae Goodrich
Dhaliwal, Baldeep S.

WEIL:\96855232\16\67615.0013

Dhaliwal, Balvir K. (Joses)
Dhaliwal, Harwinter S., Kulwant K., Baldeep S., and Yubray S. (Norfolk); Dhaliwal,
Tarlok S.; Dhaliwal, Balvir K. (Joses)
Dhaliwal, Kulwant K.
Dhaliwal, Tarlok S.
Dhaliwal, Yubray S. (Norfolk)
Diamond States Insurance Company
Diana Dew
Diana Machado
Diana Moody
Diana Scharf
Diana Tracy
Diane Engelbrite
Diane Langdon
Diane Worsham
Dianna Gartner
Dianna Varnell
Dickey, Denise R.
Dickow, Teresa Marie
Dillon Gaytan
Dillon Hughes
Dillon, Ann
Dinah Coffman
Directory Sales Management Inc.
Dobrich & Sons Septic Service
Dolly Buck
Dolores Percostegui
Dominguez, Adam W.
Dominguez, Richard Douglas, Jr.; Douglas, Avery D. (not complaint)
Dominguez, Victor Gonzalez
Don Varnell
Don Wilt
Donald Bowman
Donald Charles Poetker
Donald Cummings
Donald Dey
Donald Drowty
Donald E. Liddiard
Donald Golble
Donald Greene
Donald Mansell, M.D.
Donald Martin Geene
Donald Newsom
Donald R. Luft, Jr.
Donna Brown
Donna Carrell

WEIL:\96855232\16\67615.0013

Donna Cassianos
Donna Davidson
Donna Gardner
Donna Huntley
Donna Padula
Don's Saw & Mow
Dorean Gould
Doris Bailey
Doroud, Seyed Mohammed
Dossue Thornton
Doty, Betty Ann
Doty, Robert Lloyd
Dougherty, Katherine Idell
Douglas Eagle
Douglas Harner
Douglas Newsom
Douglas Ramey
Douglas Shilling
Douglas Sloan
Douglas Vincent
Doyle Curtis Mullins III
Dr. Bradley Smith
Druley, William R.
Duane Awalt
Duane D'Amico
Duffina, Cody
Duffina, David
Duffina, Dustin
Duffina, Vivian
Durkay, Lawrence (now deceased)
Dustan Bradley
Dustie Inman
Dustin Bradley
Dustin Daisy
Dyken, Cortez
Dylan Loebel-Begelman
Eagle West Insurance Company
Earl Adams
Earl Jensen
Earl Johnston
Earl, Brandon Leslie
Earl, Marissa
Earl, Robert M.
Earl, Sonja K.
Eastridge, Jean Rene Chipman (Joses)
Eastridge, Paul L.

WEIL:\96855232\16\67615.0013

Eastridge, Paul L. (Brundage)
Ebbett, Denise (Amerman)
Ebbett, Roger (Barretto)
Ebbetts Pass Lumber Company, Inc.
Ecklund, Matthew (Eckland on the complaint)
Ed Brinson
Eddie Candelieri
Eddit Delongfield
Edgar Ornelas
Edith Parkerson
Edna Gleason
Edna Valdez
Edson, Clifford
Edson, Silvia
Eduar Medina
Edward Antihony Wright
Edward Atkins
Edward Bothwell
Edward Gibson
Edward Hartman
Edward Johnson
Edward Lee Ricketts
Edward Warren
Edwin Zabel
Eggers, Riley Grey (Minors, By and Through Their Guardian Ad Litem Johnnie Sue
Berthiaume)
Eileen Hollingsworth
Elaine McSpaddens
Elaine Smith
Eldridge, Lori, individually and as trustee of the Darrell S. Eldridge and Lori J. Eldridge
Family Trust
Eleanor Southwick
Elisa Bigham
Elisha Sheridan
Elissa Carne
Elizabeth Anderson
Elizabeth Gorman
Elizabeth Hemphill
Elizabeth J. Bartok-Klein
Elizabeth Keen
Elizabeth Long
Elizabeth Solors
Elizabeth Walliser
Ella West
Ellen Hamilton
Ellen Mccaffrey

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 97
of 216
WEIL:96855232\16\67615.0013

Elsa Perry
Elvia Bockman
Emerson Gurule
Emile Pratt
Emilie Wilson
Emily Clemens
Emily M. Hubbs
Emily Munn
Emily Reese Lee
Emily Wilt
Emmaline Rose (Minors, By and Through Their Guardian Ad Litem Celene Ann Taylor)
Employers Mutual Casualty Company
Enayatulla Ajmal
Enayatullah Ajmal
Encompass Insurance Company
Endurance American Specialty Insurance Company
Epifania Medina
Eric Benjamin Gowins
Eric Borders
Eric Day
Eric Lindberg
Eric Montague
Eric Richisen
Eric Shoemake
Eric Vollmer
Erick Balowin
Erick Sill
Erik Berkenstock
Erik Saevke
Ernest Farinias
Ernest Haleck
Ervin, Kelly Ann
Ervin, Ronald William
Escalante, Ryan Nicholas
Esparza, Roberta Haladein
Esteban Armenta
Esther Pritchett
Ethel Hobe
Evan Genna
Evan Ludington
Evanston Insurance Company
Evaristo Sotelo
Everest Indemnity Insurance Company
Everest National Insurance Company
Eversole, Doris G. (DECEASED)
Faith Harper

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 98
WEIL:\96855232\16\67615.0013
of 216

Fall Harvest Exchange, LLC
FAP&C
Far West Returns, Inc.
Farmers Insurance Company of Oregon
Farmers Insurance Company of Washington
Farmers Insurance Exchange
Farmers Specialty Insurance Company
Farrell, James L.
Farrell, Kaila D.
Farrell, Kulani I. (A Minor, By And Through Her Guardian Ad Litem Tracilyn H. Farrell)
Farrell, Tracilyn H.
Federal Insurance Company
Federated Mutual Insurance Company
Federated Mutual Insurance Company as Subrogee of Joe's Services
Felicia Fain
Felix Berkhoudt
Ferretti, Hattie Lucille (Joses)
Ferrucci, Robin
Fidel Tunno
Fidelity & Deposit Company of Maryland
Fidelity and Guaranty Insurance Underwriters Inc.
Fiebich, John C., individually And as Trustee of The Sequoia Family Trust
Fields, Bruce
Figel, Sean M.
Finch, Gregory M.
Finesse Floor Covering, Inc.
Fire Insurance Exchange
Fireman's Fund Insurance Company
First American Property & Casualty
First American Specialty Insurance
First National Insurance Company
First National Insurance Company of America
First Specialty Insurance Company
Fischer, Lisa Denise, as trustees of the Robert E. and Lisa D. Fischer Family Trust, dated January 8, 2018
Fischer, Robert Emile
Fishman, Jonathan N.
Fishman, Kaya Tamara
Flicker Oaks LLC (a California Limited Liability Company)
 Flint Nystrom
Florists' Mutual Insurance Company
Floyd, Susanne
Flynn, Zebulun
Foremost Insurance Company Grand Rapids, Michigan
Foremost Property and Casualty Insurance Company

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 99 of 216
WEIL:\96855232\16\67615.0013

Foremost Signature Insurance Company
Foust, Bonita Leona (Individually, And As Trustee of The Bonita Foust Trust)
Francis Stabile
Frank Bell
Frank Dodini
Frank Liuzza
Frank Lombard
Frank Medina
Frank Moetto
Frank Navarro
Frank Peck
Frank Sheehan
Frank Solors
Franklin, Alec William (Minors, By and Through Their Guardian Ad Litem Tanya May Franklin)
Franklin, John Michael
Franklin, Lily Ann (Minors, By and Through Their Guardian Ad Litem Tanya May Franklin)
Franklin, Scott
Franklin, Tanya May
Fred Foss
Fred Scharf
Freedom Specialty Insurance Company
Frieda L. Conoly
Fulford, Corey Preston
Fulton, Chris (Pargett)
Funk, Christopher
Gabbay, Abraham
Gabriel Bellejos
Gabriel Dekelaita
Gabriela F. Tazzaridineen
Gada Khechen
Gage Osbourn
Gage, Levi Aaron
Gage, Nikolas Alexzander (Minors, By and Through Their Guardian Ad Litem, Levi Aaron Gage)
Gage, Thomas Greyson (Minors, By and Through Their Guardian Ad Litem, Levi Aaron Gage)
Gagnon, George
Gail Carr
Gail Leblanc
Gail McCann
Galen Capineri
Gallagher, Sheralee
Garcia, Kelley Laine
Garret Gilliland

Case: 19-30088   Doc# 935-1   Filed: 03/17/19   Entered: 03/18/19 00:16:59   Page 100
WEIL:\96855232\16\67615.0013

Garret Mallory
Garrison Property and Casualty Insurance Company
Garry Burt
Gary Bringuel
Gary Brown
Gary Estenson
Gary Hacker
Gary Haskins
Gary Kendall
Gary Lambert
Gary Lee Drummond
Gary Mchargue
Gary Postolka
Gary Robertson
Gary Tyler
Gary Wells
Gates, Gary Dean
Gavin Curbow
GCube Insurance Services, Inc.
GCube Underwriting Limited
Geico General Insurance Company
Geico Indemnity Company
Geln Mallory
Gencon Insurance Company of Vermont
Gene Engelbrite
General Casualty Company of Wisconsin
General Insurance Company of America
General Security Indemnity Insurance Company of AZ
Geneva Aguirre
George D. Hanson
George Fife
George Godwin
George Gold
George McMaster
George O'Shea
George Potstada III
George Snyder
George W. Hopman
George Weaver
Georgiana Brooks
Gerald Krusell
Gerald Kuhn
 Gerald McClean
Gerald Smith
Gerard Vanderleun
Geyser, Robbi T.

WEIL:\96855232\16\67615.0013

Gibbons, Catherine
Gibbons, Frederick, individually and as trustees of Frederick J. Gibbons and Catherine J. Gibbons 2002 Revocable Trust
Gilbeau, Ariana Victoria
Gilbeau, Erin Brooke
Gilbreath, Jerry
Gilbreath, Patricia
Gilmore, Diane
Gilmore, Gerald
Gini Durand
Giuseppe Carola
Glenn Carlson
Glenn, Marysa (Minors, By and Through Their Guardian Ad Litem Amanda Hernandez)
Gloria Reyes
Goble, Ethan Nickolas (Minors, By and Through Their Guardian Ad Litem Makalya Jean Wrede)
Golden Eagle Insurance Corporation
Gotham Insurance Company
Gough, Glenn Gordon
Goulart, Floy Sarah Salyer (Individually, And As Trustee of The Floy Sarah Salyer Living Trust)
Government Employees Insurance Company
Grace Corbin
Grace Richardson
Grange Insurance Association
Granite State Insurance Company
Grant, Brian (Individually, And As Corporate Representative/CEO/General Manager of Housing Alternatives Inc.)
Grant, Daisy Verna (Joses); Grant, Gary And Pamela A. Grant, As Trustees Of The Grant 2011 Family Estate Plan and The G&P Grant 2011 Family Trust (Ashton)
Grant, Dave
Grant, Elva
Grant, Fernanado D.
Grant, Gary Richard; Grant, Pamela Anne; Grant, Daisy Verna (Joses); Grant, Gary And Pamela A. Grant, As Trustees Of The Grant 2011 Family Estate Plan and The G&P Grant 2011 Family Trust (Ashton)
Grant, Pamela Anne
Grap, Arthur Ray
Grassi, Gloria Rose (Individually, And As Trustee of The Gloria R. Grassi Trust)
Graves, Dawn
Graves, Philip
Gray, George Albert
Gray, Robert L.
Great American Alliance Assurance Company
Great American Alliance Insurance Company
Great American E&S Insurance Company

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 102 of 216
WEIL:\96855232\16\67615.0013

Great American Insurance Company
Great American Insurance Company of New York
Great Northern Insurance Company
Green, Alyssa
Green, Amanda Summer; Dominguez, Skyler Paige (A Minor, By and Through Her Guardian Ad Litem Amanda Summer Green) (Joses)
Green, Camille Suzanne
Greenlee, Izaiah Vincent Anthony (Minors, By and Through Their Guardian Ad Litem Krystal Greenlee)
Greenlee, Krystal
Greg Bujor
Greg McAte Lynch
Greg Montgomery Roberts
Gregori Cassianos
Gregory Dornan
Gregory Hollingsworth
Gregory Hughbanks
Gregory, Robert K.
Greta Louise Moranton-Colman
Gretchen Franklin
Grewal, Lakhmir
Griffin, Donna Alice, individually and as Trustee of the Griffin Revocable Trust
Griffin, Gracie Lee Ruth
Grimes, Heather
Grisez, Jay Michael
Grisez, Jay Michael "Mike"
Grow, Manuel Travis
Guglielmetti, Bailey (A Minor, By and Through Her Guardian Ad Litem Leighann Guglielmetti Luddon)
Guideone Mutual Insurance Company
Guideone Specialty Mutual Insurance Company
Guillemin, Joy
Guillemin, Joy As Administrator And Successor In Interest To The Estate of Joey Ray Guillemin
Guillemin, Kenneth Ra
Guillemin, Samantha Kaitlyn
Guliani M. Medina Flores
Gunn, Emily
Gunn, Karyn G.
Gunn, Walter S.
Gus Boston
Guvdeep Maddan
Guy Bill
Guyan, Lance
Guyan, Owen, Individually and As Trustee of The Sierra Ridge Investment Trust
Guyan, Sarah (not on demand)

WEIL:\96855232\16\67615.0013

Gwen Dodini
Hailey Gaytan
Hal Smith
Haley Bannister
Haley, Edna (Individually and As Trustees of The Terry And Edna Haley Trust)
Haley, Terry (Individually and As Trustees of The Terry And Edna Haley Trust)
Hall, Rollin L.
Halliday, Jean M.
Halliday, Kurt R.
Hallmark Specialty Insurance Company
Ham, Tammy J. (Individually, And As Trustee of The Tammy J. Ham Revocable Trust 2007)
Hamann, Austin James
Hamann, Erik Howard
Hamann, Erik Jergen Otto Hamann, a minor, by and Through His Guardian Ad Litem, Erik Howard Hamann
Hamann, Thor Cole Jerome (A Minor, By and Through His Guardian Ad Litem, Erik Howard Hamann)
Hamann, Viktoria Kathleen
Hammer, Billie Anne as Trustees of the Michael E. and Billie Anne Hammer Trust
Hammer, Gerald
Hammer, Michael as Trustees of the Michael E. and Billie Anne Hammer Trust
Hammer, Nancy Kathleen, individually and as trustees of Jack and Marjory Tone Revocable Trust Dated March 2, 2001
Hanh Nguyen
Hankins, Darryl (Amerman)
Hankins, Sandra (Ancar)
Hannigan, Shannon Lea
Hannigan, Stephen Edwards
Hanover American Insurance Company
Hanson Ranch Home Owner's Association
Harding, Kathleen Ann (Individually, And As Trustee of The Living Trust Of Kathleen A. Harding)
Harlow Mackel
Harold Barnreiter
Harold Hill
Harold Stimson
Harris, Dennisa Jo
Harris, Kerry David
Harris, Sarah Elizabeth (By and Through Her Guardian Ad Litem Dennisa Jo Harris)
Harris, Taylor Victoria
Harry Bellamy
Harry Coffey
Harry F. Palmer
Harry Mason
Harry Whitlock

Case: 19-30088   Doc# 935-1   Filed: 03/17/19   Entered: 03/18/19 00:16:59   Page 104 of 216
WEIL:\96855232\16\67615.0013

Hartford Accident & Indemnity Company
Hartford Casualty Insurance Company
Hartford Fire Insurance Company
Hartford Underwriters Insurance Company
Hartsock, Estate of Carl M.
Harvel Hart
Harvey Santos
Hasan, Nadeem
Hassell, Paula
Hathaway Holdings, LLC (as Doing Business as Joma's Artisan Ice Cream)
Hauer, Jason Stanley
Haviland, Burton
Haviland, Viola Alice
Hawkins, Alexander Martin (A Minor, By and Through His Guardian Ad Litem Joshua Robert Hawkins)
Hawkins, Elizabeth Anne
Hawkins, Joshua Robert
HDI Global SE
Heather Blowers
Heidi Coppin
Heidi Jolly
Helen M. Lewis-Aris
Helen Swagerty
Helen Terry
Helena Modell
Helene D. Stevens
Heliotes, M. Scott (Individually, And As Trustees of The M. Scott and Phyllis Diane Heliotes Trust)
Heliotes, Phyllis Diane (Individually, And As Trustees of The M. Scott and Phyllis Diane Heliotes Trust)
Helwig, Randy Michael
Hendrix, Jonathan (Ashton)
Hendrix, Karen L.
Henriette Hostoski
Henriquez, Bonnie R.
Henry Becker
Henry Colt (A Minor, By and Through His Guardian Ad Litem Ariana Victoria Gilbeau)
Henry Freimuth
Hernandez, Amanda
Hernandez, Joseph
Hession, Terrence Scovil
Hewes, Deborah Jane
Hill, Stewart McCune, III
Hodson, Cecilia A., As Trustees of the Hodson TrustHodson, Cecilia A. (Individually, And As Trustees Of The Hodson Family Trust) (Joses)
Hodson, Glenn and Hodson, Cecilia A., As Trustees of the Hodson Trust

Case: 19-30088   Doc# 935-1   Filed: 03/17/19   Entered: 03/18/19 00:16:59   Page 105
WEIL:\96855232\16\67615.0013

Hodson, Glenn As Trustees of the Hodson TrustHodson, Glenn (Individually, And As Trustees Of The Hodson Family Trust)

Hodson, Joseph Byron

Hodson, Sarah

Hoekstra, Marguerite Lynn (As Trustees of The Bud and Maurie Hoekstra Living Trust)

Hoekstra, Marguerite Lynn and Hoekstra, Walter Charles Hoekstra Dba Berryblest Farm

Hoekstra, Walter Charles

Hoekstra, Walter Charles (As Trustees of The Bud and Maurie Hoekstra Living Trust)

Hoffman, Ronald W.

Hoffmaster, William J.

Holly Austin

Holly Dalton

Holly Haller

Holly Knowles

Holly Pitruzzello

Holt, Vaughn

Homesite Insurance Company of California

Honey D. Olvera

Hooker, Michele (As Trustee Of The 1999 Marhenke Family Trust) (Mike Marhenke is not on demand)

Hopkins, Arthur

Horacio Cisneros

Housing Alternatives Inc.

Howard Brown

Howard Clewett

Howard Garrison

Howry, Tiffany (aka Tiffany Harris)

Hugh Sutton

Hugh W. Smith

Hughes, David Bancroft

Hughes, Douglas Keith, Jr.

Hughes, Keith Raymond (A Minor, By and Through His Guardian Ad Litem Fatima Luceia Bonotan Pagtakhan)

Hugo Sibrian

Hunter Rutledge

Hurst, Jason A.

Hust, Kate Darlene

Ian Mickey

Ian Nelson

Ian Rash

IDS Property Casualty

IDS Property Casualty Insurance Company

Illinois Union Insurance Company

Immediate Care Medical Center

Indemnity Insurance Company of North America

Inderpal S. Rajput

Case: 19-30088   Doc# 935-1   Filed: 03/17/19   Entered: 03/18/19 00:16:59   Page 106 of 216

WEIL:\96855232\16\67615.0013

Ingols, Chris
Inocencio, Cirilo
Inocencio, Nerissa
Insurance Company
Integon National Insurance
Integon National Insurance Company
Iris Natividad
Irma Enriquez
Ironshore
Ironshore Indemnity Inc.
Ironshore Indemnity Inc. a/s/o Charles M. Schulz Museum and Jean Schulz
Irvine, James
Isabella Boston
Isabelle Mikolja
Isabelle Rozycki
Isla Hunt
Ivanka Vujic
Ivy Morrow
Jacee Bates
Jackie Teal
Jackson, Blair D.
Jackson, Diane M.
Jacob Ian Bates
Jacob Joseph Jones
Jacob Stewart
Jacobb Bottini
Jacquelene Liddiard
Jacqueline Andujar
Jaich, Melan William
Jaime Barry
Jaime Elliott
Jaime Workman
Jakob Eddie Mederios
James (Jim) Sadegi (Adams)
James Cassady
James Cronin
James Cumpston
James Daryl Bonini
James Dungan
James Elfers
James Gaebe
James Hart
James Hauenstein
James Hemphill
James Henson
James L.Gore

WEIL:\96855232\16\67615.0013

James Ladrini
James Logan MD
James Lowe
James Marin
James Nunn
James Olexiewicz
James Powell
James R. Mckay III
James R. Talevich
James Redmond
James Richardson Jr.
James Seth Roberts
James Shepard
James Smiley Rose
James Smith
James Sweatt
James Wells
Jamie Muhlbaier
Jan Black Greslie
Jan Tally
Jane Doe
Jane E. Bode
Janell Goupil
Janet Baker
Janet Kimmel
Janet Lee Lucich
Janet Postolka
Janette Taylor
Janice Bill
Janice Bradford
Janice Hillskemper
Jansson, David Paul (Individually, And As Doing Business as Bonnie's Inn)
Jared Baptist
Jarratt, Patty W.
Jarratt, Richard C.
Jarrell, Robert
Jarren Brown
Jarvie, Jens
Jason Brazell
Jason Eggleston
Jason Gregory
Jason Harbour
Jason Hastain
Jason Hornbuckle
Jason Klump
Jason Mciver

Jason N. Wines
Jason Van Eck
Jason Vance MD
Jason Vance, M.D.
Jason Wagner
Jaszleen Rose Nicole More
Jay Harley
Jay Kipp
Jayden Brazell
Jayeleen Radke
Jayette Williams
Jayln N. Smith
JB McCoy
JC Shaver
Jeanine Cartwright
Jeanine Moore
Jean-Ive Swan
Jeff Ellis
Jeff Horton
Jeff Scarberry
Jeff Scott
Jeff, Mary (Owner)
Jeffers, Joseph Robert; Rose Mary Jeffers; Kaylee Nevaeh Lynn Jeffers; Laycee Kae
Avalon Jeffers
Jeffery Button
Jeffrey Crummy
Jeffrey Funkhouser
Jeffrey Garrison
Jeffrey Merrill
Jeffrey Smith
Jeffrey Van Eck
Jeffrey Young
Jennah Penrod
Jennifer Allbers
Jennifer An
Jennifer Clement
Jennifer Dew
Jennifer Dickinson
Jennifer Johnson
Jennifer Makin
Jennifer Nichols
Jennifer Pompati
Jennifer Risley
Jennifer Saevke
Jennifer Stearns
Jennifer Stidham

Case: 19-30088   Doc# 935-1   Filed: 03/17/19   Entered: 03/18/19 00:16:59   Page 109
of 216
WEIL:\96855232\16\67615.0013

Jennifer Stringer
Jennifer Weiler-Lindberg
Jennings, Christopher E., Jennings, Roxanne E. Individually And As Trustees Of The Christopher E.
Jenny Crabtree
Jenny Gravage
Jenny Hutton
Jeremiah Reyes
Jeremy Puckett
Jeremy Virgil Peck
Jeri Sadegi (Adams)
Jerod Himmist
Jerry Bright
Jerry Engelbrite
Jerry Frinzell
Jerry Lee Boone dba CC Custom Auto Specialist
Jerry M. Kirkland
Jerry Mendez
Jerry Mikolja
Jerry Rozycki
Jerry Zollo
Jesamin Flores
Jessamy Cartwright
Jesse Arnold
Jessica Amundson
Jessica Ann Williams
Jessica Bates
Jessica Brinson
Jessica Eckles
Jessica Eggleston
Jessica Garrett
Jessica Harris
Jessica Marie Ulrich
Jessica Olah
Jessica Stevens
Jessica Thompson
Jessie Kay Hinerman
Jessie McCallum
Jessie Smith
Jesus, Parisah Nichole
Jetton, Tim Howard
Jian Li Kun
Jianhua Tian
Jill Abbiati
Jill Greslie
Jill Spooner

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 110
WEIL:\96855232\16\67615.0013

Jim Huddleston
Jim Kain
Jim Pitcock
Jim Porter
Joan Baptist
Joan Beeman
Joan Etcheverry
Joanne Carlson
Joanne Hansen
Joanne Lougaris
Joanne Snyder
Jocy Williams
Jodi World
Joel Felice
Joel Sycks
Joel Wylder
Joey Palomar
Johanna N. Sweigart
John Barrie
John Barry Ludlow
John Eric Lozano
John Fendley
John Foster
John Foutz
John Guzman
John Hawk
John Jagger
John Jenkins
John Klepps
John Klingenfuss
John Lozano
John Machado
John Mccord
John Moran
John P. Martin III
John Peck
John R. Baker
John Robert Orr
John Skotvold
John Tammaro
John Williams
John Yates
John, Dolly Katherine
Johnnie Burns
Johnny Duran
Johnny Smith

WEIL:\96855232\16\67615.0013

Johns, Patrick
Johns, Sharon
Johnson, Brian John (Packet is David Johnson, Administrator for the Estate of Brian J. Johnson)
Johnson, Ken Evan
Jon Reek
Jon Williams
Jonathan Bujor
Jonathan Frankum
Jonathan Hanasab
Jonathan Reavis
Jonathan Whittington-Brown
Jones, Mary
Jonni Dungan
Jonnie Roberson
Jordan Jolly
Jordan Smoots
Jose Amaya
Jose Antonio Hernandez
Jose Mario Avila
Jose Mata
Jose Silvestre Trejo
Jose Torres
Joseph Barnes
Joseph Brolliar
Joseph Cardoza
Joseph Chandler
Joseph Flores
Joseph Garfield
Joseph Gu1Ffra
Joseph Johnson
Joseph Kimmel
Joseph Miles Earley III
Joseph Moralli
Joseph Morgan Jr.
Joseph Phillips
Joseph Romano
Josephine Abeyta
Joses-Minehart, Leanne Kaye
Josette Hoag
Josh Van Eck
Joshua Blumlein
Joshua Chastain
Joshua Murphy
Joshua Pitruzzello
Joshua Stillman, D.D.S.

WEIL:\96855232\16\67615.0013

Joshua Trostle
Jost, Neil
Joy L. Klackle
Joy L. Madrid
Joyce Carver
Joyce McClean
Juan Gayton
Juan Lopez
Juan Zertuche
Juarez, Berancio
Judd Williams
Judith A. Smith
Judith Ann Ellwood
Judith Coffey
Judith Miller
Judith Moran
Judith Soto
Judy Floyd
Judy Kramer
Judy Simmons
Judy Weddle
Julianne Fisher
Julie Gonzalez
Julie Holiter
Julie Turner
Julie Zabel
June Schreiber
Justice Lamar Cowen
Justin Desantis
Justin Hunt MD
Justin Hunt MD Inc.
Justin Keillor
Justin Liska
Justin Petersen
Justin Ueda
Justin Wagner
Justine Horning
Kacie Coulombe
Kaila Isaacson
Kaitlyn Mason
Kaleiqua Bornhill
Kamryn A. Olvera
Karen Audronis
Karen Brown
Karen Diane Konietzny, indiv. and on behalf of The Robin's Nest

WEIL:\96855232\16\67615.0013

Karen Goldsmith individually and successor in interest to the Estate of Owen Goldsmith and, Stephanie Mathes, representative of the Estate of Owen Goldsmith
Karen Gowins
Karen Graham
Karen Hordienko
Karen Lee
Karen Louise (Individually and Dba Wiebe Electric)
Karen Mata
Karen Moras
Karen Neel
Karen Pierce
Karen Ricca
Karen Roberds
Karen S. Thurman
Kariann Collins
Karina Hordienko
Karl Frenzel
Karpathia Herzbrun
Karr, Farnum
Kate McDonald
Kate Townsend
Katharine Mclaughlin
Katherine Joan Taylor
Katherine Rodriguez
Katherine Soudan
Katherine Wells
Kathleen Bruce
Kathleen Carter
Kathleen Dysert
Kathlena Schnurr
Kathryn Orlando
Kathy Tyler
Katie Gillen
Katie Lynn Castillo
Katrina Hornbuckle
Kaur, Birinder
Kayla Greenleaf
Kayla Simmons
Kayla Snow
Kaylee Nevaeh Lynn Jeffers
Kaytee Griffis
Kc Easter
Keillor's Pest Solutions
Keith Farris
Keith Hall
Keith O. Ancar

Keith Rowley
Keith Stoller
Keith, Melton Ray, Jr.
Kellie Roseman
Kelly Brewer
Kelly Cody-Mooney
Kelly Jones
Kelly Perkins
Kelly, Debra
Kemper Independence Insurance Company
Ken Brow
Ken Henderson
Ken O'Neal
Kenneth Boston
Kenneth Dugan
Kenneth Gillen
Kenneth Mosby
Kenneth Sevenns
Kenneth Smith
Kenneth Turner
Kenneth Welker
Kenneth Wolfe
Kent Garcia
Kerry Neufeld
Kevin Burnett
Kevin Hall
Kevin Locke
Kevin Mckay
Kevin Regan
Kevin Sheridan
Kevin Stein
Kieley Ricker
Killion, Electra L.
KILN/RPS
Kim Dennis
Kim Hastain
Kim Katherine Bonini
Kim Potstada
Kim Ream
Kim Rose
Kim Shaw
Kimberly Bowden
Kimberly Brolliar
Kimberly Holbrook
Kimberly Monhead
Kimberly Stough

WEIL:\96855232\16\67615.0013

Kimberly Wines
Kirk Trostle
Knaus, Paul D.; Clara Lakin Knaus; Nicholas Lakin Knaus; David Lakin Knaus
Knowles, Barbara
Knowles, Barbara Diane as trustee of the Barbara Knowles 2003 Separate Property Trust
Kody Rodgers
Konietzny, William J.
Kopic, Cheryl A. As Successor In Interest To The Estate Of Jeanette L. Gwerder; As Trustee Of The Jeanette L. Gwerder Trust November 16, 2017
Kora Dobson
Korin B. Baber
Kory Haymond
Koshi Charvet
Kovach, Carol Anne
Kovach, John Alexander
Kraig Michael Kemp
Kristen Schreiber
Kristi Ackley
Kristin Marada
Kristopher Kearns
Krystle Young
Kurt Klackle
Kurt Mayer
Kurt Stough
Kyle (Amerman)
Kyle Cowan
Kyle Crosley
Kyle Gartner
Kyle King
Kyle Lopea
Kyle Lopea, Jr.
Kyle March
Kylie Clarinda Strawn
Laci Aileen Ping
Lacy King
Lames, Carlos
Lance Gilpin
Lance Ludington, M.D.
Landavazo, Francisco, Jr. (Joses)
Landavazo, Ricardo (Norfolk)
Landmark American Insurance Company
Landon Thomspon-Wright
Landry, Kim Irene
Lanelle Smith
Lanette Perry
Lang Giu Li

WEIL:\96855232\16\67615.0013

Lara Balas
Lara Hernandez
Larry Correia
Larry Harper
Larry Stewart Jr.
Larry Van Deutekem
Larsen, Gregory
Larsen, Jacqueline
Latisha Liptrap
Laura Elias-Calles
Laura Gibson
Laura McMaster
Laura Powell Hanley
Laura Smith
Laura Sutfin
Lauren Kenyon
Lauren P. Funk
Laurence Brown
Lauretta White
Lauri D. Snyder
Lauri Miller
Laurie E. Talevich
Laurie Pillsbury
Lavagnino, Shari
Lavagnino, Shari L.
Lavonne Marie (Ancar)
Lawrence Brown
Lawrence Pring
Lawrence Rudick
Lawrence Townsend
Lawson, Heidi L.
Laycee Kae Avalon Jeffers
Lazzeri, Richard
Leah Rogers
Leandro August
Ledia Watkins
Lee A. Fickes
Lee Martin
Lee, Janet H.
Lefler, Sahara (through GAL Felicity Morton) (Coleman)
Leigh Bailey
Leininger, Chloe (Minors, By and Through Their Guardian Ad Litem Genesis Leininger)
Leininger, Genesis
Leininger, Steve
Leininger, Steven (Minors, By and Through Their Guardian Ad Litem Genesis Leininger)

Leland C. Dineen
Lenay Lucier
Leon Baptist
Leona Skaggs
Leonard Fallscheer
Leroy Bolander
Leroy Howard
Leslie Bell
Leslie Brian Mccoslin
Leslie Bultema
Leslie C. Kaulum
Leslie Farinias
Leslie Mead
Leslie Moore
Lessaos, Janet, individually and as successor in interest for Chris Fulton (Campbell)
Lester Ball
Lester Kramer
Leticia Lopes
Letticia Elam Robles
Lewis, Dayton, (A Minor, By and Through His Guardian Ad Litem, Breanne Conder)
Lewis, Timothy C., Sr.
Lexington Insurance Company
Li, Alvin
Liam Thompson
Liberty Insurance Corporation
Liberty Mutual Fire Insurance Company
Liberty Mutual Insurance Company
Lida Chase
Lili Thompson
Lilia Williams
Liliana Gaytan
Lilianna Wright
Lillian, Individually and Dba Lazzeri Family Vineyards
Lilly Amunra
Lily Frances Castillo
Lily Rose Elizabeth Porto (related to Elizabeth Beaufils)
Linda A. Goates
Linda Ball
Linda Day
Linda Garrison
Linda Haro
Linda Ida Hart
Linda J. Barton
Linda Knowles
Linda Lefebvre
Linda McCann

Linda Miller
Linda Oaks
Linda Sake
Linda Schooling
Linda Wolff
Lindalee Hatch
Lindsay Benson
Lindsay Hidalgo
Lindsey Venden
Link, Kenneth W.
Lisa Anne Bird
Lisa Awalt
Lisa Barnes
Lisa Bennett
Lisa Christine Ludlow
Lisa Delaine Allain
Lisa Franks
Lisa Hohenthaner
Lisa Pierman
Lisa Reimer
Lisa Vogel
Liviu Bujor
Liza Simms
Locke, Kevin (Individually, And As Trustees of The Locke 2004 Revocable Trust and Representatives of Locke Vineyards)
Locke, Theresa (Individually, And As Trustees of The Locke 2004 Revocable Trust and Representatives of Locke Vineyards)
Logan Jolly
Logan West
Lonnie Walker
Looney, Martha
Lopez, Alejandro
Lopez, Anthony Rene
Lopez, Cynthia Ann
Lopez, Joseph
Lopez, Melissa Annemarie
Lopez, Nayella Boe (A Minor, By and Through Her Guardian Ad Litem Anthony Rene Lopez)
Lopez, Rebecca Rochelle
Lora Ostrom
Loran Kidd
Lorenzo Jesus Molina
Loretta Martin
Lori D. Miller
Lori Dugan
Lori Lee Mccoslin

WEIL:\96855232\16\67615.0013

Lori Loyd
Lori Velasco
Lorraine Faires
Lorraine Marchant
Lorraine Mcquilliams
Lorraine Muhlbaier
Lorraine Shy
Lorrie Jordan
Louis Balsamo III
Louis Balsamo Jr.
Louise Cambray-Kyle
Louise Howell
Lovecchio, Gianni Kingston Anthony (Minors, By and Through Their Guardian Ad Litem Krystal Greenlee)
Lovecchio, Michael
Low, Nikko
Low, Reno
Low, Savina
Luanne Powell
Lubich, Stephen
Lucich, Jacob
Lucille Marshall
Luddon, James
Luddon, Leighann Guglielmetti
Luddon, Riley (A Minor, By and Through His Guardian Ad Litem James Luddon)
Luft, Carolyn Sue
Luft, Christine
Luke Bartow
Luke Morrow
Lutzi, Teri Marie (Individually, And As Trustee of The Lutzi 2011 Revocable Trust, Under Instrument Dated March 22, 2011)
Lydia Schrader
Lyle Hunt
Lynda Chanel (A Minor, By and Through Her Guardian Ad Litem Rodney Howard Conder)
Lynda Howell
Lynda Matthews
Lynda Otten
Lyndi Kay Jones
Lynn M. Johnson
Lynn Wood
Lynne Grauberger
Lynne Keerans
Lynnette March
M. Aboui Nasser
Madaline Beeman

Case: 19-30088   Doc# 935-1   Filed: 03/17/19   Entered: 03/18/19 00:16:59   Page 120
WEIL:\96855232\16\67615.0013

Maddux, Jeremy
Maddux, Michelle
Madison Bujor
Madison Gillen
Magar, Brandon
Maili Gibson
Main, Elizabeth Kay
Malinallilzin Medina Ocadio
Malorie Limbaugh
Malta, Joseph Edward, Jr.
Mandy Coons
Mandy Douglas
Manney, Gail (Renter)
Manny Knowles
MAPFRE Insurance Company
Marc D. Rezin
Marcel Burns
Marcel Orbea
Marcella Velasquez
Marcella Wilson
Marcia Wilson
Marcus Littlejohn
Marcus Warford
Marcussen, Della
Marcussen, Lance Rozier
Marecak, Scott A.
Margaret Becker
Margaret Dupree
Margaret Estrada
Margaret McMahon
Margaret Muto
Margarete Whitaker
Margot Van Auken
Marguerite Lynn Hoekstra
Marguerite Sheffler
Marhenke, Mike
Maria Elena Diaz Doak
Marianne Kuusisto
Maribeth Waegner
Marie Fickert
Marie-Claire Starr
Marilyn A. Smith
Marilyn Barker
Marilyn Litty
Marilyn Smith-Tracy
Marilynn Darlington

WEIL:\96855232\16\67615.0013

Marionne M. Myers
Marja Himmist
Marjorie Maraviov
Mark Brockman
Mark Castelluci
Mark Dew
Mark Dolan
Mark Dornan
Mark Hansen
Mark Hidalgo
Mark Jenne
Mark Light
Mark Manzella
Mark Muhlbaier
Mark Orlando
Mark Presson
Mark Scalese
Mark Thompson
Mark Turner
Mark Velasquez
Mark Williams
Mark Wilson
Markland, Dacia Renee
Markland, Jenna Renee (Minors, By and Through Their Guardian Ad Litem Dacia Renee Markland)
Markland, Joshua Ryan (Minors, By and Through Their Guardian Ad Litem Dacia Renee Markland)
Markland, Richard Scott
Marla Gibson
Marlene Tuthill
Marlyn Jenvey Baker Stark
Marquez Greene
Marsha Harlan
Marshall, Judith
Marshall, Nicoy M.
Marshall, Robert
Martha Besseghini
Martha Lamberts
Martha Low
Martin, Amanda Rheanne
Martin, Davie Allan
Martin, Dustin Hervey
Martin, George Merriell
Martin, Michael
Martin, Nadine Aderhold (Individually, And As Trustee of The Martin Family Trust, Dated 7-22-99, and As Representative Of The Estate Of Gene Douglas Martin)

WEIL:\96855232\16\67615.0013

Martin, Nina Lavonne
Martin, Robert G (related to Dalton, Helen and Shamberger, Ryan)
Martinez, Anthony D., as trustees of The Martinez Family Trust
Martinez, Jacob
Martinez, Paul T. as trustee of The Martinez Family Trust
Marwan Jaradah
Mary Ann Christine Etter
Mary Ball
Mary Brown
Mary Denise Ancar
Mary Edith Gowins
Mary Gray
Mary Jo Palmer
Mary K. Morrison
Mary K. Riley
Mary Kirk
Mary Knowles
Mary Nieland
Mary Nordskog
Mary Sharon Saunders
Mary Turner
Mary Walters
Mary Whitlock
Marybeth Guzman
Mason A. Wood
Mason, Ken
Mason, Lynn
Massachusetts Bay Insurance Company
Mata, Corina Rose
Mathes, Stephanie, individually and successor in interest to the Estate of Owen
Goldsmith and, Stephanie Mathes, representative of the Estate of Owen Goldsmith
Mathew Buxton
Mathew H. Phillips
Matt Paine
Matthew Alcover
Matthew Ball
Matthew Becerril
Matthew Bowden
Matthew Chauvin
Matthew Cookson
Matthew Crummy
Matthew Guerra
Matthew John Plourd
Matthew Lochner
Matthew Pesqueira
Matthew Rowney

Case: 19-30088   Doc# 935-1   Filed: 03/17/19   Entered: 03/18/19 00:16:59   Page 123
of 216
WEIL:\96855232\16\67615.0013

Matthews, Timothy
Maureen Garcia
Maureen Steward
Mauro Reveles
Maxine Christian
 Maxine Derington
Maxine Wong
Maxum Indemnity Company
Mayra Acosta
McBride, Kathleen
McBride, Teresa
McCarthy, Gregory
McCartney, Brady Shea Thomas
McCartney, Philip (As President and Representative of Mokelumne Hill Sanitary District)
McCartney, Philip James
McCartney, Rebecca Ann
McClellan, Raven C.
McCluskey, Erin Holmes
McCluskey, Linda Holmes (Individually And As Trustee Of The Patrick Francis McCluskey And Linda Holmes McCluskey Truist, And Through Erin Holmes McCluskey, Their Power Of Attomey Dated January 13,2016)
McCluskey, Patrick Francis (Individually And As Trustee Of The Patrick Francis McCluskey And Linda Holmes McCluskey Truist, And Through Erin Holmes McCluskey, Their Power Of Attomey Dated January 13,2016)
McCombs, Michael Lee (Individually and As Trustee of The Mike And Patti McCombs 2011 Revocable Trust)
McCombs, Patricia Ann (Individually and As Trustee of The Mike And Patti McCombs 2011 Revocable Trust)
McCreery, Robert, individually and as trustees of the Robert and Susan McCreert Family Trust
McCreery, Susan, individually and as trustees of the Robert and Susan McCreert Family Trust
McCuen, Trenton
McGrew, Shanda
McKinney, Michael James (Individually, And As Agents of Flicker Oaks LLC and Flicker Oaks LLC, A California Limited Liability Company)
McKinney, Stephanie Barshear (Individually, And As Agents of Flicker Oaks LLC and Flicker Oaks LLC, A California Limited Liability Company)
McMillan, Michelle Lee
McMillan, Troy Allen
McMurtry, Judy Alison
McSweeney, Anne Shirley
Medina, Abel
Mee Forbes
Megan (Barretto)

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 124
of 216
WEIL:96855232\16\67615.0013

Megan Boone
MEgan Brown
Megan Heric
Megan Osbourn
Megan Wise
Mehrizi Properties LLC
Meiring, Robert Lawrence
Meiring, Roberta Ann
Melanie Crook
Melanie Richisen
Melba Donnell
Melissa Bujor
Melissa Lucas
Melissa Myers
Mendocino County
Mercado, Ernesto
Mercury Casualty Company
Merlin Hembel
Metro Direct Property & Casualty Insurance Company
Metropolitan Direct Property & Casualty Insurance Company
Metropolitan Property and Casualty Insurance Company
Mey Saechao
Meyer, Frank H.
Michael (Barretto)
Michael Applebaum
Michael B. Zachwieja
Michael Barrett
Michael Benedict
Michael Bitker
Michael Brooks
Michael Brown
Michael Buck
Michael Caldwell
Michael Charvel
Michael Charvet
Michael Clemens
Michael D. Snyder
Michael DeFrietas
Michael Delzell
Michael Erickson
Michael Faires
Michael Garcia
Michael Genna
Michael Graham
Michael Hill
Michael Hoaglund

Case: 19-30088   Doc# 935-1   Filed: 03/17/19   Entered: 03/18/19 00:16:59   Page 125
of 216
WEIL:\96855232\16\67615.0013

Michael Hohenthaner
Michael Karol
Michael Krzanich
Michael Lakin Knaus
Michael Lamberts
Michael Larmore
Michael Lozano
Michael Lunsford
Michael McCann
Michael McDonald
Michael Medeiros
Michael Miller
Michael Moody
Michael Moore
Michael Moretta
Michael Olah
Michael Osbourn
Michael Pillsbury
Michael Pulliam
Michael Ramey
Michael Ramey & Associates Inc.
Michael Renwick
Michael Ryan
Michael Schulte
Michael Silpan
Michael Slightom
Michael Southwick
Michael Stipe
Michael Thiede
Michael Tipton
Michael Tracy
Michael Wildman
Michael Wood
Michele Gremillion
Michele Petit
Michelle Becerril
Michelle Cousino
Michelle Digiordano
Michelle Dupree
Michelle Holmes
Michelle Mcnamar
Michelle Powers
Michelle Rae Wilson
Michelle Rose Nelson
Michelle Springsteen
Michelle Wine

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 126
of 216
WEIL:\96855232\16\67615.0013

Mid-Century Insurance Company
Miguel Gallardo
Miguel Haro
Miguel Jimenez
Mike Clement
Mike Danilov
Mike Kelly
Mike Williams
Mildred Jane Alexander
Miles Berdache Lynk
Miles Corbin
Miles Eckart III
Milet, Carol Jean
Milet, Carol Jean As Trustee Of The Carolyn J. Milet Revocable Trust
Miley Hutchinson
Miley, Erin Gayle
Miley, Norman Lafayette, Jr.
Miller, Deborah Laurie (Individually, And As Agents Of Flicker Oaks LLC and Flicker Oaks LLC, A California Limited Liability Company)
Miller, Gary Lee
Miller, Joan Marie
Miller, Mariah Sierra Theodora
Miller, Marian Janeel
Miller, Michael
Miller, Patrick
Millet, Carolyn J. (as trustee of the Carolyn J. Millet Revocable Trust)
Mills, Tonja
Milton Graham
Minehart, Colton Matthew Joses (A Minor, By And Through His Guardian Ad Litem Leanne Kaye Joses-Minehart)
Minehart, Courtney Matthew
Minehart, Keifer Cole Joses
Minor Jordan Allen Tucker through GAL Jacqueline Leann Craig Tucker
Minor Preslie Leann Tucker through GAL Jacqueline Leann Craig Tucker
Miranda Gaebel
Miriah Williams
Miroslav Vujic
Misty Dalla-Thomas
Misty Wadzeck
Mitchell Manley
Mitti Miller
Mohammed, Amir
Mokelumne Hill Sanitary District
Moldovan, Richard
Molly Morbeto
Monic Ilharreguy

WEIL:\96855232\16\67615.0013

Monica Ballejos
Monica Brinkman
Monique Gurlue-Gallegos
Monique Jaasma
Monteith, Raymond
Monteith, Roberta
Monterey Insurance Company
Moore, John Cody
Morgan, Lynda Kathleen (As Administrator And Successor In Interest Of The Estate Of Gloria Louallen Morgan) (Ashton)
Morgan, Lynda Kathleen (Joses)
Moria Favors
Morning Star Group Enterprises, LLC (As Doing Business As Hotel Leger)
Morton, Felicity (Armstrong)
Mountain Ranch Community Club, a California non-profit corporation
Mullen, Scott
Mullen, Stephanie
Mundale, Pamela S. (As Trustees of The Peter F. Pamela S. Mundale Living Trust 2016)
Mundale, Peter F. (As Trustees of The Peter F. Pamela S. Mundale Living Trust 2016)
Murello, Christopher
Murello, Evelyn
Murissa Rogers
Murray Creek Ranch Homeowners Association, Inc.
Muschalek, Franklin H., Jr.
Muschalek, Franklin H., Jr. (trustee)
Mychel Jeffrey
Myles Harland
Naify, Jennifer Elizabeth
Najat Medway
Nanc Sawyer
Nancy Castillo
Nancy Ellis
Nancy Hansen
Nancy Hubbard
Nancy Owens
Nancy Seals
Nancy Silvera
Naomi Ballejos
Napa County'
Natale Lima
Natalia Padilla
Natalie Chupil
Natalie Gaytan
Natalie Wyatt
Nate Garrison
Nathan Bravo

Case: 19-30088   Doc# 935-1   Filed: 03/17/19   Entered: 03/18/19 00:16:59   Page 128 of 216
WEIL:\96855232\16\67615.0013

Nathan Deal
Nathan Nine
Nathan Towers
Nathan, Randall; Calaveras Creek LLC; Rosaire Properties, Inc.; Tap Wine Systems, Inc. (Norfolk); Weinstein, Sidney (Individually, And As A Representative Of Pauline's Pizza) (Joses)
Nathaniel Risley
National Casualty Company
National Fire Insurance of Hartford
National General Insurance Company
National Surety Corporation
National Union Fire Insurance Company of Pittsburgh, PA
Nationwide Affinity Insurance Company
Nationwide Agribusiness Insurance Company
Nationwide Agribusiness Insurance-Naic
Nationwide General Insurance Company
Nationwide Indemnity Company
Nationwide Insurance Comp Any Of America
Nationwide Insurance Company of America
Nationwide Joint Underwriting
Nationwide Lloyds Insurance Company
Nationwide Mutual Fire Insurance Company
Nationwide Mutual Insurance Company
Nationwide Property & Casualty Insurance Comp Any
Nautilus Insurance Company
Neatia Ducommun
Nedra Dudkowski
Nedra Vandergrift
Needels, Nicole
Nelson, Tonia Michele
Nelson, Tonia Michele (As Trustee Of The Tonia M. Nelson Revocable Trust)
Nessler Jr., Ronald Jacob (possible dup, or possible Jr./Sr.)
Netta Berkenstock
Neva Rodrigues
Nevada Capital Insurance Company
New Cingular Wireless PCS, LLC
New Hampshire Insurance Company
New York Marine & General Insurance company
Nicholas Abeyta
Nicholas Lakin Knaus
Nicholas Sklenar-Brown
Nichole Barchus
Nichole Jolly
Nichole Shelton
Nichols, Travis
Nick Battaglia

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 129
WEIL:\96855232\16\67615.0013

Nick Miniello (Plaintiff)
Nicolas Robinson
Nicole Aguilera
Nicole Donato
Nicole Greener
Nicole Quesada
Nicole Ritza
Niebur, Chelsea M. (Individually, And As Trustee Of The Chris Niebur Trust Dated 2011)
Nielsen, Fletcher
Nihal Hordagoda
Nikita Bosnell
Nikki Jo Smith
Nikki Mae Roberts
Noah Edwards
Noble, William
Noel Perez
Nonprofits Insurance Alliance Of California
Norcal Wireless, Inc.
Norma Medina
Norma V. Kast
Norman, Bailey, minor, by and through their guardian ad litema Marissa Earl; Earl, Brandon Leslie
Norman, Clay Daniel
Norman, Grant
Norman, Hudson Skylar, minors by and through (Minors, By And Through Their Guardian Ad Litem, Amanda Michelle Calderon)
Norman, Kinsley, minor, by and through their guardian ad litema Marissa Earl; Earl, Brandon Leslie
North Light Specialty Insurance Company
Northland Insurance
Norwood, Adam O'neal
Norwood, Amanda Mary
Norwood, David Betcher
Norwood, Grace Lillian
Norwood, Mary Crowley
Nosanow, Todd Israel
Novae 2007 Syndicate
Nowhere Ranch Co
Nunn, Edwin Lawrence
Nunn, Sheila Jane (Individually And As Trustees Of The Edwin Lawrence Nunn And Shelia Jane Nunn Revocable Trust)
Ohio Security Insurance Company
Oliver Conoly
Olivia Bujor
Olivia Dawn Chauvin

Case: 19-30088    Doc# 935-1    Filed: 03/18/19    Entered: 03/18/19 00:16:59    Page 130
WEIL:\96855232\16\67615.0013

Omar Elkhechen
O'Neal, Brian Keith
O'Neal, Janet Lynn
Oney Carrell
Ong, Rebecca Cherie
Ora Elizabeth Weaver
Oregon Mutual Insurance Company
Orr, Cathie Childress
Orr, Greta
Orville Stephen Gray
Oster, Katherine
Oviatt, Marsha
Oviatt, Nevin W.
Pacific Bell Telephone Company
Pacific Property and Casualty Company
Pacific Specialty Insurance Company
Paden, Marjorie
Paden, Michael
Page, Aaron Michael Carnahan (A Minor, By And Through His Guardian Ad Litem
Michael Steven Page)
Page, Michael Steven
Pagtakhan, Fatima Luceia Bonotan
Paige Jannett
Pam Thronton
Pamela Bailey
Pamela Cox
Pamela Garrison
Pamela K. Muschalek
Pamela K. Muschalek (trustee)
Pamela Steed
Pamela Watson
Paradise Gas & Food Inc.
Paradise Lens Lab LLC
Paradise Medical Group Inc.
Paradise Medical Group PC
Paradise Moose Lodge
Pares, Rylan Michael (Minors, By And Through Their Guardian Ad Litem, Kaitlyn
Rochelle Ramirez)
Pargett, Ronald
Parker, Silas Daniel
Parker, Tracey
Patricia Bradley
Patricia Brewer
Patricia Bright
Patricia Davy
Patricia Decker

WEIL:\96855232\16\67675.0013

Patricia Garrison
Patricia Gee
Patricia J. Clark-Aris
Patricia K. Sollars
Patricia Kelley
Patricia Q. Wickes
Patricia Robinson
Patricia Rold
Patricia Smith
Patricia Wenner
Patrick Garrett
Patrick Konzen
Patrick McCann
Patrick Mirabelli
Patrick Moody
Patsy Ueda
Patty Humphrey
Patty Littlejohn
Paul Arnold
Paul Bowen
Paul Brackett
Paul Farsai
Paul Gloeden
Paul Kemblowski
Paul Opper
Paul Stavish
Paula Anne Lucas
Paula Tyler
Paulette Goupil
Pauline Hohenthaner
Pauline Pearson
Paulsen, Linda Kim
Paulson, Audrey
Paulson, Bruce
Peddy, Bruce V.
Peek, Christopher, individually and as trustees of the Presley Peek Trust
Peek, Estate of Presley
Peerless Indemnity Insurance Company
Peerless Insurance Company
Peggy Ann Hall
Peggy Evanson
Peggy Ricketts
Pena, Martha
Penny Darby
Permanent General Assurance Corporation
Perry, Grant

Case: 19-30088   Doc# 935-1   Filed: 03/17/19   Entered: 03/18/19 00:16:59   Page 132 of 216
WEIL:\96855232\16\67615.0013

Peter Gorniak
Petersen, Joseph
Petersen, Nancy
Philadelphia Indemnity Insurance Company
Phillip Torres
Philpotts, Debra
Phulps, Alan Covington
Pierce, Isis
Pieri, Jesse
Pigeon, Monica S.
Pisanelli, Elizabeth
Piyawan Thompson
Plunkett, Tim Joe
Polk, Rick L.
Polk, Terri L.
Porter, Alfiea
Porto, Leon Michael
Powers, Robert Wayne, II
Prabhjot Singh, individually and dba Stop & Shop
Praetorian Insurance Company
Pratt, Andrew Macfarlane (Ashton)
Pratt, Charles Fletcher
Price, Chablee Nicole
Priscilla A. White
Privilege Underwriters Reciprocal Exchange
Progressive Casualty Insurance Company
Progressive Direct Insurance Company
Progressive Express Insurance Company
Progressive Select Insurance Company
Progressive West Insurance Company
Property & Casualty Ins. Company Of Hartford
Property and Casualty Insurance Company of Hartford
QBE European Operations
QBE Insurance Corporation
QBE Specialty Insurance Company
Queen, Rosemarie
Quiana Taylor
Quiroz, Cecilia
Rachel Branch
Rachel Robinson
Rader, Lorita R.
Raeann Baer
Raeanna Butts-King
Raini Maddan
Ramirez, Benjamin Shane
Ramirez, Draven Hunter

WEIL:\96855232\16\67615.0013

Ramirez, Kaitlyn Rochelle
Ramona Leavitt
Ramona Maxwell
Randal Ahlswede
Randall Parkerson
Randy Hall
Ratha Wilson
Ray Burton
Ray McCoshum
Ray, Joe Robert (As Trustees Of The Life Estate Of Octavia Huntly)
Ray, Joe Robert; Ray, Octavia; Ray, Stanley
Ray, Laura J. (Amerman)
Ray, Octavia
Ray, Octavia Renee (As Trustees Of The Life Estate Of Octavia Huntly)
Ray, Stanley
Raymond Beeman
Raymond Imbro
Raymond Moreno Rios
Raymond Semanisin
Raymundo, Brendan
Rayne, Ellory (minor claimant)
Rayne, Jan
Raz Shaffel
RC Copiers
Re, Armando Ruben
Re, Michael Armand
Rebeca Cobb
Rebecca Anne Parker
Rebecca Bausch
Rebecca Dodson
Rebecca Guereque
Rebecca Harvey-Rutz
Rebecca Kennon
Reeves, Anita(Individually And As Trustees Of The Loren And Anita Reeves Living
Trust)
Reeves, Loren
Regent Insurance Company
Regie Elizabeth Greywolf
Regina Pickett
Regis Graham
Renee Hall
Renee Moore
Rennels, Sue (Corey Danko filed adoption complaint)
Rennels, Sue Denise
Reno Besseghini
Residence Mutual Insurance Company

Case: 19-30088   Doc# 935-1   Filed: 03/17/19   Entered: 03/18/19 00:16:59   Page 134
of 216
WEIL:\96855232\16\67615.0013

Reynosa, David
Reynosa, Eve
Rezentes, Lawrence Thomas
Rhea Douville
Rhodes, James Tyler
Rhonda Roberts
Rich Gulch Ranch Inc.
Rich Soudan
Richard Arthur Lucich
Richard Berdache Lynk
Richard Brinkman
Richard Byer
Richard Costa
Richard Eckman
Richard Foster
Richard Heffern
Richard Homem
Richard Kolodziejczk
Richard Kyle
Richard L. Gowins
Richard Seaton
Richard Skala
Richard Stark
Richard Talley
Richard Tally
Richard Thorp, M.D.
Richard Turner
Richard V. Maule
Richard Whitaker
Richmond, Jack D. (Estate of) (Barretto)
Richmond, Pamela, as Owner and Devisee of Jack Richmond, Deceased
Richmond, Sharon (Ancar)
Ricky Caspray
Ricky Rodriguez
Rita Bell
Rita Morarji
Rita Serra
Robert Beall
Robert Becker
Robert Bell
Robert Bieghler
Robert Brandenburg
Robert Brereton
Robert Brown
Robert Broyles
Robert C. Bruce

Robert Carter
Robert Castillo Harding
Robert Charles Hooton
Robert Choate
Robert Collier
Robert Davy
Robert Dayne Adams
Robert E. (Amerman)
Robert Eldridge
Robert F. Kast
Robert Fickert
Robert Forbes
Robert Himmist
Robert Horvatich
Robert Kirby
Robert Lowry
Robert Mederos
Robert Miller
Robert Modell
Robert Nichols
Robert O'Hearn
Robert Phillips
Robert Postolka
Robert Richardson
Robert Rippner
Robert Sheridan
Robert Simmons
Robert Skelton
Robert Sweet
Robert Taylor
Robert Thompson
Robert Wagoner
Robert Walsh
Robert Williams
Roberta Mcneill
Roberto Sanchez Quintero
Roberts, Elizabeth Anne
Robertson, Cristy Noel
Robertson, Heidi Yavone
Robertson, James William
Robertson, Lawrence William
Robertson, Nadine Selma
Robin Gurule
Robin Moore
Robin Muto
Robin Reek

WEIL:\96855232\16\67615.0013

Robinson, Benjamin
Rock, Richard Lawrence (As Representatives Of The Murray Creek Homeowners Association)
Rod Franchi
Rodney Rold
Rofkahr, Jaime E.
Rofkahr, Kenneth R.
Roger Martinez
Roger Otten
Roland R. Miller
Romano, Michael Thomas Jr. as trustee of the Michael T. Romano Jr., dated August 5, 2014
Ron Harris
Ron Moras
Ron Vaillancourt
Ronald Batin, M.D.
Ronald Bottini
Ronald Cunningham
Ronald Hogan
Ronald Lassonde
Ronald Matz
Ronald Parker
Ronald Perry
Ronald S. Batin, M.D., Inc.
Ronald Shea
Rory Benedict
Rory Hall
Rosaire Properties, Inc.
Rosalie Hunter
Rose Jacob
Rose Mary Jeffers
Rose Telucci-Skotvold
Rose, Julie
Rose, Ronald
Roseanna Ramirez
Rosemary J. Redmond
Ross Smith
Roxane Criger
Roxanne Doty
Roxanne E. Jennings Family Trust Dated March 22, 2018
Roy West
Rozita Karimi
RSUI Indemnity Company
Ruby Foster
Rummerfield, Eric Eugene, Sr.
Rummerfield, Erika Francine

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 137 of 216
WEIL:\96855232\16\67615.0013

Rummerfield, Harold (Minors, By And Through Their Guardian Ad Litem, Harold James Rummerfield)
Rummerfield, Harold James
Rummerfield, Joyce Louise
Rummerfield, Raquel
Rummerfield, Shanelle (Minors, By And Through Their Guardian Ad Litem, Harold James Rummerfield)
Russell Wright III
Russett, Kenneth
Ruth Jensen
Ruth Magin
Ruth Yates
Ruthrauff, Eric Marion
Ruthrauff, Kimberley Jean
Ruthrauff, Makayla Nicole
Ruthrauff, Taylor Rives (A Minor, By And Through His Guardian Ad Litem, Kimberley Jean Ruthrauff)
Ryan Backstrom
Ryan Barnett
Ryan McCann
Ryan Nickel
Ryan Petit
Ryan Pine
Ryan Worthington
Saavedra, Luis
Saavedra, Rosa
Sabelberg, Lori
Sabelberg, Steven
Sabin, Loana
Sabin, Raymond
Sabrina Rose Pfenning
Sachs, Chelsea
Sachs, Jonah
Sadegi, Barry
Sadegi, Barry (Barretto)
Sadegi, James
Sadegi, Jeri
Sadek, Michael G. (Individually And As Trustee Of The Michael G. Sadek Trust)
Sadler, Deborah C.
Saeed Movehed
Safeco Insurance Company of America
Safeco Insurance Company Of Illinois
Sakura Charvet
Sally Thorp
Saltzer, Samuel
Sam Ahad

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 138
WEIL:\96855232\16\67615.0013

Sam Colman
Samantha Kleaver
Samantha Storgaard
Samuel Worsham
Sanchez-Thom, Sandra (Joses)
Sandoval, Cierra Jean (related to Ray, Joe)
Sandoval, Daniel David
Sandoval, Mayra
Sandra Bennett
Sandra Brugger
Sandra Burdick
Sandra Crabtree
Sandra Dillard
Sandra Hoff
Sandra Kidd
Sandra Lindberg
Sanfilippo, Joel
Santens, Brian
Santens, James
Santens, Mark William
Sara Collins
Sara Hill
Sara Moore
Sara Robinson
Sarah Brockman
Sarah Collins
Sarah Evans
Sarah Garcia
Sarah Lakin Knaus
Sarah Mcfarland
Sarah Quinton
Satwant Kaur Malitotra
Scarlett Marie Frankum
Schaller, Martin John
Schmidt, Kristine L.
Schmidt, Kyle Hart
Schubert, Ronald Gerhart (As Representatives Of The Murray Creek Homeowners
Association)
Schugart, John Raymond
Schulz, Robert
Schunzel, John Paul
Schunzel, Tami Lynn
Scobee, Craig
Scott Gray
Scott Muhlbaier
Scott Norman

WEIL:\96855232\16\67615.0013

Scott Petersen
Scott Rippee
Scott Shaw, individually and dba Scott Shaw Painting
Scott Will
Scott, Robert A.
Scottsdale Indemnity Company
Scottsdale Insurance Company
Scottsdale Surplus Lines Insurance Company
Sean Ballard
Sean Beckett
 Sean Bowers
Sean Hileman
Sean McFarland
Sean Reek
Sean Turner
Seay, Robert
Security National Insurance Company
Sedona Haymond
Seikoh Newton
Sentinel Insurance Company
Sentinel Insurance Company, LTD.
Sentry Insurance A Mutual Company
Sentry Select Insurance Company Universal North America
Sequoia Insurance Company
Serena Hiticas
Seronello, Michael co owner w separately named Borgedalen, Darren Shelley, Norma
Seth Mallory
Shada Cable
Shamberger, Ryan D. (related to Martin, Robert)
Shane Brecheisen
Shane Knowles
Shane Lavigne
Shannon Crosley
Shannon Hill
Shannon Kathleen Cowen
Shannon Lairol
Shannon Mccann
Sharalyn Dee Armstrong
Sharen Mcgowan
Shari Bernacett
Sharlene Potter
Sharon Albaugh Pargett
Sharon Barrett
Sharon Britt
Sharon Brown
Sharon L. Jones

WEIL:\96855232\16\67615.0013

Sharon Ward
Sharon Williams
Sharron Holinsworth
Sharron Turner
Shauna Goody
Shavon Schmidt
Shawn Martin
Shawn Page
Shawn Rippner
Shawna Hudson-Strock
Shawna Lopez
Shawnee Hutton
Shayna Spielman
Sheila Leblanc
Sheila Mccarthy
Shelby Boston
Shelby Thomas
Shelley Woods-Peace
Shelly White
Sheri Darden
Sherri Gardner
Sherri Pena
Sherri Quammen
Sherrie M. Crawford
Sherry Brown
Sherry Edington
Sherry Pritchett
Sheryl Almburg
Shin Lee Cobble As Attorney-In-Fact For Ok Ja Baek
Shinkle, Robert L. (Ancar)
Shinkle, Shelley G. (Amerman)
Shirlena Dobrich
Shirley Baumann
Shirley Bothwell
Shirley Tubolin
Shona Smith
Shortal, Joseph Dean
Shusuke Bender
Sieck, David Gwynne
Sieretas, Cheyanne
Sierra Cascade Properties LLC
Sierra Rowney
Sierra Williams
Silvas, Leonard James (Joses)
Singer, Daniel W. (Individually, And As Trustee of The Daniel W. Singer 2004 Separate
Property Trust

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 141
WEIL:\96855232\16\67615.0013

Singh, Baljit (A Minor, By And Through His Guardian Ad Litem, Surjit Singh)
Singh, Charanjit
Singh, Surjit
Skyler Ann Dawn Bell
Slayter, Cordelia Rose
Slayter, David Lee
Small, Richard H. (Individually and As Trustee Of The Cordova Small Family Trust)
Smiley, Tabbetha Jean
Smith, Barbara (Bobbie)
Smith, Debra
Smith, Desirae Alyse
Smith, Gerald (Larry)
Smith, Glenn Maurice
Smith, Jay R.
Smith, Kimberly Ann
Smith, Paula Ray
Smith, Scott Ryan
Soares, Arthur E., Jr.
Soares, Dianne
Solar, Joseph
Solinsky, Peter; individually and as trustees of the Solinsky Family Trust
Solinsky, Virginia; individually and as trustees of the Solinsky Family Trust
Solski, Judy M. (Individually And As Trustees Of The Ronald W. Solski And Judy M. Solski 1999 Revocable Trust)
Solski, Ronald W.
Sonoma County Agricultural Preservation and Open Space District
Sonoma County Community Development Commission
Sonoma County Water Agency
Sonoma Valley County Sanitation District
Sophia Lopez
Soracco, Genelle M. (Joses)
Soracco, Sam L.
Soracco, Vinnie Samuel, (A Minor, By And Through His Guardian Ad Litem, Gennelle M. Soracco) (Ashton)
Southern Exposure Wellness (CA Corp)
Sparks, Kevin
Sparks, Marni
Sparks, Spencer
Sprayberry, Sangchan
Squires, Courtney
Squires, Karson T. (A Minor, By And Through His Guardian Ad Litem Courtney Squires)
St Paul Fire And Marine
Staaterman, Robert Alan;
Staaterman, Robyn Susan
Stacy B. Phillips

Case: 19-30088   Doc# 935-1   Filed: 03/17/19   Entered: 03/18/19 00:16:59   Page 142 of 216
WEIL:\96855232\16\67615.0013

Stacy DeFrietas
Stafford, William Samuel (Norfolk)
Standard Guaranty Insurance Company
Stanley Curtis
Stanley Miller
Starr Surplus Lines Insurance Company
State Farm General Insurance Company
State Farm Mutual Autombile Insurance Company
State Farm Mutual Automobile Insurance Company
Steadfast Insurance Company
Steck, Paul
Steck, Paul R.
Steck, Trinia R.(As Trustee Of The Steck Trust)
Stephani Thompson
Stephanie A. McCoy
Stephanie Cockrell
Stephanie Dillard dba CC Custom Auto Specialist
Stephanie Hargrave
Stephanie Johnson
Stephanie Mccary
Stephanie Modena
Stephanie Uuzza
Stephanie Van Eck
Stephanie Waggener
Stephanie Wilt
Stephen Clifford
Stephen Gentile
Stephen Marada
Stephen McArthur
Stephen Vergara
Steve Cherma
Steve Deuble
Steve Lambach
Steve Matthews
Steve Thomson
Steve Waterman
Steve Wilson
Steven A, minors, by and through their Guardian ad litem(guardian not listed on complaint)
Steven Anglin
Steven Cox
Steven Dobrich
Steven Karlin
Steven Lee
Steven Mcfarland
Steven Moore

WEIL:\96855232\16\67615.0013

Steven Wiener
Stevens, Eva
Stevens, Magdalena Nichole
Stevens, Richard Paul (Individually, And As Trustees Of The Richard Paul Stevens Living Trust Utd 7-28-08)
Stevens, Richard Paul, Jr. (Individually, And As Trustees Of The Richard Paul Stevens Living Trust Utd 7-28-08)
Stewart, Jolene
Stewart, Karen Ann
Steyer, Gregory Carl
Stillwater Insurance Company
Stillwater Property & Casualty Insurance Company
Stollenwerk, Brett Paul
Stollenwerk, Franchesca Elizabeth
Stone, Daren Mitchell
Stone, Kathie
Stoney King
Stoughton, Carlos (Individually, And As Trustees Of The John and Maria Stoughton Family Trust)
Stoughton, John (Individually, And As Trustees Of The John and Maria Stoughton Family Trust)
Stoughton, Maria Cleofas (Individually, And As Trustees Of The John and Maria Stoughton Family Trust)
Stover, Lyndyn (Minors, By And Through Their Guardian Ad Litem, Miranda Clemons)
Strickland, Andrew (Minors, By And Through Their Guardian Ad Litem Erika Francine Rummerfield)
Stuart Bannister
Stuart Glass
Stuart Langford
Stump, Donald Wayne (Individually, And As Trustees of The Stump 1993 Revocable Trust and Representatives of Hathaway Holdings, LLC as Doing Business As Joma's Artisan Ice Cream)
Stump, Joann (Individually, And As Trustees of The Stump 1993 Revocable Trust and Representatives of Hathaway Holdings, LLC as Doing Business As Joma's Artisan Ice Cream)
Sue Ann Iott
Suffle, Jennie
Sui King Fong
Sullivan Ellis
Sullivan, Serene Star
Summer Harley
Sunshine Hang
Susan Charvel
Susan Coulombe
Susan Fife
Susan Hauptman

Case: 19-30088   Doc# 935-1   Filed: 03/17/19   Entered: 03/18/19 00:16:59   Page 144 of 216
WEIL:\96855232\16\67615.0013

Susan Huge
Susan Jane Delacruz
Susan Lang
Susan Mallory
Susan McDaniel
Susan Miller
Susan Shirley
Susan Smith
Susan Spencer
Susan Wolheim
Sutton, Krista Corinne
Suzanne Cramton
Suzanne Frank
Suzanne Hauptman
Suzanne M. Carrington
Suzanne Reeves
Suzanne Winchester
Suzie Dukes
Sweet Corn Properties LLC
Sweet Corn Properties, LLC (Ancar)
Swift-Franklin, Kathy Sue
Sybil E. Cody
Sydney Zimmerman
Sylvia Arnott
Sylvia Clevenger
Sylvia Kay
T & L Automotive Enterprises, LLC
Takara, Darrell (Ashton)
Takara, Tari (Joses)
Talley, Michael
Tallia, Jack
Tallia, Jack (As Doing Business as Sunset Automotive)
Tallia, Jason
Tamara Buckles
Tamara Ludington
Tamara Lynch
Tamara Roberts
Tamara Smith
Tambra Van Dyke
Tamera Harrah
Tami Coleman
Tamika Jones
Tammy Foutz
Tammy Parker
Tammy Spirlock
Tamra Gray

Tamra Medley
Tamra South
Tana Russell
Tanessa Egan
Tanya Jenkins
Tanya Swearinger- Duarte
Tap Wine Systems, Inc. (Norfolk)
Tarbat, Christopher James
Taunya Shilling
Taylor, Abigail Neveah (Minors, By And Through Their Guardian Ad Litem Celene Ann Taylor)
Taylor, Celene Ann
Taylor, Charlotte Adele (A Minor, By And Through Her Guardian Ad Litem Erica Marie Bettencourt)
Teal Mangrum
Technology Insurance Company, Inc.
Ted Hingst
Teela Baker
Teresa Cronin
Teresa Medina
Terese Bellamy
Teri Lee Hoenig
Terrence Korton
Terri Brooks
Terri King
Terrie Bannister
Terrie Wolfe
Terry Moore
Terry Olwell
Terry Rhine
Testa Environmental Corporation, a California corporation (Bayer)
Testa, Lydia
Testa, Stephen (Armstrong)
The Annie Sierra Curtis Trust
The Brown Revocable Trust, With Donald M. Brown
The Brown Revocable Trust, With Jill C. Brown, Trustee
The Dentists Insurance Company
The North River Insurance
The Northfield Insurance Co.
The Ohio Casualty Insurance Company
The Outhouse Collection, LLC
The Standard Fire Insurance Company
The Travelers Home And Marine Insurance Company
The Travelers Indemnity Company
The Travelers Indemnity Company Of America
Theis, Keeli

WEIL:\96855232\16\67615.0013

Theresa Kereazis-Page
Theresa Rivera
Thiago Orozco
Thom, Alyssa (Ashton)
Thom, Carol
Thom, Rebecca
Thom, Wallace V.
Thomas A. McCoy
Thomas Atkinson
Thomas Bernard Oliver
Thomas Castro
Thomas Cremer
Thomas Frank
Thomas Gardner
Thomas L. Decker
Thomas Morris
Thomas Nalley
Thomas Solors
Thomas Taylor
Thomas Vandergrift
Thomas, Becky Lynn
Thomas, Julie (through GAL Marc Thomas) (Coleman)
Thomas, Julie Ann (A Minor, By And Through Her Guardian Ad Litem, Marc Michael Thomas)
Thomas, Marc M.
Thomas, Marc Michael
Thomas, Shirley
Thomas, Susan K. (Rush)
Thomas, Susan Kirby
Thomas, Thomas Robert
Thompson, James A. & Joanne H.
Thompson, Joanne H.
Thorne, Martin Brenia
Thornton, Cherill (Norfolk)
Thornton, Ross Labar (Joses)
Those Certain Underwriters Subscribing To Policy No. 16K71094D As Subrogee Of Charlotte Mize Lee
Those Certain Underwriters Subscribing To Policy No. Amr-5293702 As Subrogee Of Thayer Lodging Group
Those Certain Underwriters Subscribing To Policy No. B1230Ap01428A17-20197 As Subrogee Of Stephen D. Peat/Janesco Ent.
Those Certain Underwriters Subscribing To Policy No. B1230Ap01428A17-31424/916775 As Subrogee Of Denise S. Hamm
Those Certain Underwriters Subscribing To Policy No. Buhv02036 As Subrogee Of Paul Machle, Kathleen Jordan, James Cummings, and Julia Jordan

WEIL:\96855232\16\67615.0013

Those Certain Underwriters Subscribing To Policy No. Cbb654517 As Subrogee Of Joan Fausett And Edith Perez

Those Certain Underwriters Subscribing To Policy No. Csn0000995 As Subrogee Of Hudson Vineyards/Hudson Wines LLC

Those Certain Underwriters Subscribing To Policy No. Hvh11164 As Subrogee Of John And Kimberly Zopfi

Those Certain Underwriters Subscribing To Policy No. Hvh11180 As Subrogee Of Ali And Sharon Khadjeh

Those Certain Underwriters Subscribing To Policy No. Hvh11201 As Subrogee Of Eugenia G And Michael R Carter

Those Certain Underwriters Subscribing To Policy No. Hvh11206 As Subrogee Of James And Linda Yust

Those Certain Underwriters Subscribing To Policy No. Hvh11294 As Subrogee Of Raymond And Emily Conway

Those Certain Underwriters Subscribing To Policy No. Hvh11330 As Subrogee Of David Traversi

Those Certain Underwriters Subscribing To Policy No. Hvh11374 As Subrogee Of James Caldwell And Jan E. Mcfarland

Those Certain Underwriters Subscribing To Policy No. Hvh11413 As Subrogee Of Henry Kane

Those Certain Underwriters Subscribing To Policy No. Pc900-155395 As Subrogee Of Gary And Nancy Trippeer

Those Certain Underwriters Subscribing To Policy No. Pc900-155620 As Subrogee Of Robert And Karla Gitlin, and Julia MacNeil

Those Certain Underwriters Subscribing To Policy No. Pha034S16Aa As Subrogee Of Marissa L. Bartalotti

Those Certain Underwriters Subscribing To Policy No. Pha034S17Aa As Subrogee Of Mark Smith

Those Certain Underwriters Subscribing To Policy No. Pj1700047Ab As Subrogee Of California Joint Powers Risk Management Authority (City Of Santa Rosa)

Those Certain Underwriters Subscribing To Policy No. Pj1700047Ac As Subrogee Of California Joint Powers Risk Management Authority (City Of Vallejo)

Those Certain Underwriters Subscribing To Policy No. Prpna1701248 As Subrogee Of Starwood Capital Group Lp

Those Certain Underwriters Subscribing To Policy No. Ptnam1701313/010 As Subrogee Of Ashford Inc.

Those Certain Underwriters Subscribing To Policy No. Rpsf23067 As Subrogee Of Comeragh LLC

Those Certain Underwriters Subscribing To Policy No. Rpsf23127 As Subrogee Of Richard Sutherland

Those Certain Underwriters Subscribing To Policy No. Rpsf56389 As Subrogee Of Debora Davis

Those Certain Underwriters Subscribing To Policy No. Rpsf56456 As Subrogee Of Nancy Fae Sideris And Nancy Sideris Living Trust

Those Certain Underwriters Subscribing To Policy No. Rpsf56570 As Subrogee Of Ali And Sharon Khadjeh

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 148 of 216
WEIL:\96855232\16\67615.0013

Those Certain Underwriters Subscribing To Policy No. Rpsf57020 As Subrogee Of Peter And Janice Lucia

Those Certain Underwriters Subscribing To Policy No. Vb0464554Rs As Subrogee Of Martha Simon And Joe Marino

Those Certain Underwriters Subscribing To Policy No. Vb0465075R4 As Subrogee Of Victor Thay 2009 Revocable Trust

Those Certain Underwriters Subscribing To Policy No. Vbx616918 As Subrogee Of Nils Welin

Those Certain Underwriters Subscribing To Policy No.Prpna1701498 As Subrogee Of Atrium Holding Company/Sonoma Hilton

Those Certain Underwriters Subscribing To Policy SO174466801

Tiffany Elizabath Fassett

Tiffany Garrison

Tiffany Keyes

Tiffany Slightom

Tiffany Sloan

Tim Harper

Timm, Gerald

Timm, Shelly (Joses 1st Amended)

Timm, Travis (Underhill)

Timothy Arnott

Timothy C. Morrison

Timothy Depuy

Timothy Wilkinson

Tina Smith

Tison Gray

Todd Boyd

Todd Dailey

Todd Swagerty

Tokio Marine Kiln, London

Tom Coffee

Tom Okerlund

Tom Reinert

Tommy D. Barrett

Tommy Wehe

Tone, Lottie

Tonja Genna

Tony Candelieri

Tony Dover

Tony Magree

Tonya Calhoon

Tonya Hays

Topa Insurance Company

Torri Jones

Tosha Adams

Tower Select Insurance Company

Case: 19-30088   Doc# 935-1   Filed: 03/17/19   Entered: 03/18/19 00:16:59   Page 149 of 216
WEIL:\96855232\16\67615.0013

Tracy James
Tracy Petit
Tracy Riffel
Tramel, James Ellison (Adams)
Transportation Insurance Company
Travelers Casualty Insurance Company Of America
Travelers Commercial Insurance Company
Travelers Indemnity Company Of Connecticut
Travelers Indemnity of CT
Travelers Insurance Company of America
Travelers Property Casualty Company of America
Travelers Property Casualty Insurance Company
Travis Gee
Travis Grosse
Travis Martin, minor through GAL Shannon Baird-Martin
Travis Quinton
Trent Schuckman
Trevor Brolliar
Trevor Hughes
Trevor Mcwilliams
Trevor Nixon
Tri-Flame Propane Inc.
Trimble, Tyler Austin (Minors, By And Through Their Guardian Ad Litem Dacia Renee Markland)
Trina Bowers
Trinity Sky Cronin
Trisha Floyd
Triston Brewer
Troy Dodson
Troy Hobden
Truck Insurance Exchange
Trueman, Darren (Burriss)
Trumbull Insurance Company
Tuck, Jane Lenore
Tuck, Jerry Neal
Tucker, Jacqueline Leanne Craig
Tudor Insurance Company
Turinni, Karen
Twin City Fire Insurance Company
Tyler Johnson
Tyler West
Tyler, Richard
Tyson M. Bode
U.S. Attorneys - Office San Francisco
Ubrun, Elizabeth Ann
Ubrun, Paul Henry

Case: 19-30088   Doc# 935-1   Filed: 03/17/19   Entered: 03/18/19 00:16:59   Page 150
of 216
WEIL:\96855232\16\67615.0013

Unigard Insurance Company
United Financial Casualty Company
United Fire & Casualty Company
United National Insurance Company
United Services Automobile Association
Untied States Fire Insurance Company
Upstart Publishing Inc.
USAA Casualty Insurance Company
USAA General Indemnity Company
USAA General Indemnity Company and Garrison Property
Val.Erie Bishop
Valarie Susnow
Valdez, Shaina Eveningstar
Valerie Pring
Vallery, Van & Mercedes (Emilio Emebrad)
Valley Forge Insurance Company
Valyanda Goble
Van Au Duong
Van Kimmell Hauer
Van Over, Cheryl Ann
Vance Marquez
Vance, John Leroy (Vance not included in demand)
Vanessa Smith
Vanessa Stark
Vanessa Stewart
Vang, Mai
Vanover, Gilbert J.
Vasconcellos, Steven
Velez, Rande
Velvet Knowles
Vera Kay Pearson
Vicki Davis
Vicki Will
Vickie Perez
Vickie Redmond
Vickie VanScyoc
Victor Pugh
Victor Rodriguez
 Victoria Borders
Victoria Fowler
Victoria I. Heishman
Victoria Insurance Company
Victoria Laub
Victoria Rose
Victoria Vorpagel
Vidal Cisneros

WEIL:\96855232\16\67615.0013

Vigilant Insurance Company
Vikki Tuck
Viloria, Cristina
Vincent Lucich
Vincent Ramirez
Violet Ahad
Violet Rose
Virginia Bruns
Virginia Gibbons
Virginia McAlister-Vaillancourt
Vishal Mahindru
Vivian Warren
Vollmer's Home Repair
Voss, Rebecca Ann
Voyager Indemnity Insurance Company
Vrismo, Casey
Wagner, Tamara Jan
Walker, Allyson (Amerman)
Walker, James W. (Adams)
Wallace, Belinda J.
Wallace, Vicki
Walls, Cheryl L.
Walter Charles Hoekstra Dba Berryblest Farm Dba Berryblest Organic Farm
Walter Gallentine
Walter Heard
Walter Mentz
Walters, Brian
Warren Kayser
Warren's Expert Spa Repair
Wawanesa General Insurance
Wawanesa General Insurance Company
Wayne Brown
Wayne Charvel
Wayne Medley
Wayne Reek
Wayne Smith
Wayne Ward
Webb, Charles Benjamin
Weinstein, Sidney (As A Representative Of Pauline's Pizza) (Joses)
Weinstein, Sidney (Individually)
Weldy, Dennis James
Wendy Cromwell
Wendy Le Master
Wendy Limbaugh
Wendy Lozano
Wenger, Michael Doug

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 152 of 216
WEIL:\96855232\16\67615.0013

Wesco Insurance Company
Wesley Bentley
Wesley Wagoner
West American Insurance Company
Westchester Fire Insurance Company
Westchester Surplus Lines Insurance Company
Western Heritage Insurance Company
Western Mutual Insurance Company
Western World Insurance Company
Westfell, John
Weston Kohler
Westport Insurance Corporation
Whiskey Slide Investment Group, LLC
White, Thomas
Whitfield, George
Wick, Richard George (Individually And As Trustee Of The Richard George Wick
Revocable Trust)
Wiebe, Mark Jason and Boyd
Wiegel, Debra Lee
Willcox, Peggy Lee
William (Bill) Leonard Craig
William A. Cody
William Blevins
William Butler
William Crossley
William Dreyer
William E. Stevens
William Flores
William Hopper
William Hunt
William James Wingo
William Kirk
William Klump
William Lakin Knaus
William Lee
William Lewin
William M. Morrison
William Martin
William Mcspadden
William Michael Peoples
William Moore
William Mowrey
William Tronson
William Yarletz
Williams, Bonnie Sue
Williams, Dean Lee

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 153
of 216
WEIL:\96855232\16\67615.0013

Williams, Patricia Ann
Williams, Richard Allen
Williams, Timothy
Wilma "Sue" Scoggin
Wilson, Jonathan
Wilson, Marianne
Wilson, Rosemary
Wilson, Wesley Scott
Wingard, Kimberly
Wingo, Rhonda
Winkler, Charlene (Individually, and As Trustee of the Charlene Winkler Family Trust)
Winn, Don (Individually, and As Trustees of the Winn Family Trust Dated 6-2-99)
Winn, Linda (Individually, and As Trustees of the Winn Family Trust Dated 6-2-99)
WLM Construction, Inc.
Wnorowski, Jonathan W.
Wolters, John Gilbert
Wong, Hing Chung Alerxander
Wong, Sau Chun Ida
Wrede, Kyle Vincent
Wrede, Makalya Jean
Wrede, Vincent James (Minors, by and through Their Guardian Ad Litem Makalya Jean Wrede) (Makayla and Ethan Goble not on Demand)
Wuslich, Kristina
Wuslich, Kristina Anne
Xiong, Macy Yang
Xiong, Maila
Xiong, Mike
XL Insurance America, Inc.
Yan Chu
Yancy Beratlis
Yang Zhang
Yang-Fei Zhang
Yasmin Hauenstein
Yetter, Eula Jane (related to Joe Robert Ray)
Yi Ya
Yong Sook Kim (Amerman)
Young, David
Young, Marilyn
Youngblood, Allen Scott
Youngblood, Larry Blake
Yuki Bender
Yvonne Capineri
Zachary Boston
Zachary Havey
Zachary Rodgers
Zachary Sciacca

WEIL:\96855232\16\67615.0013

Zahniser, Albert
Zenaida Villarin
Zenith Insurance Company
Zhong Huang
Ziegler, Sonya Rose
Zollo, Anthony
Zurich American Insurance Company

Litigation Parties (in adversary 19-03003)
Exelon Corporation
AV Solar Ranch 1, LLC
Consolidated Edison Development, Inc.
FTP Power LLC
Enel Green Power North America
Capital Dynamics, Inc.
Calpine Corporation
Federal Energy Regulatory Commission
NextEra Energy, Inc.
First Solar, Inc.
Willow Springs Solar 3, LLC
KES Kingsburg, L.P
Vantage Wind Energy LLC
Mojave Solar LLC
Consolidated Edison Development, Inc.

Ad Hoc Committee of Unsecured Tort Claimant Creditors
DLA Piper LLP (US)

Non-Debtors Professionals
3D-Forensic
Adam Kochanski
Analytic Focus LLC
Atmospheric Data Solutions LLC
B. Don Russell Consulting Engineer, LLC
Bartholomew Associates, Inc.
Business Intelligence Solutions LLC (dba BI Solutions, LLC)
Capitol Advocacy, LLC
Cardno, Inc.
Clarence Dyer & Cohen LLP
Complete Discovery Source Inc
Economic Research Services, Inc. (dba ERS Group)
Evergreen Arborists Consultants, Inc.
Exponent, Inc.
Fire Cause Analysis
FTI
Iron Mountain

J. Frank Associates, LLC (dba Joele Frank, Wilkinson Brimmer Katcher)
John Ashford (dba The Hawthorn Group)
Kineticorp
Latham & Watkins LLP
Lighthouse Public Affairs, LLC
M J Bradley & Associates LLC
MacNair & Associates
McDermott, Will & Emery LLP
Milbak Tweed Hadley & McCloy LLP
Morrison & Foerster LLP
Nielsen, Merksamer, Parrinello, Gross & Leoni, LLP
Parker Fire Services
Pasich LLP
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Pavement Engineering Inc.
PricewaterhouseCoopers LLP
Proskauer Rose LLP
Quanta Technology
Richard T. Nagaoka
Ropes & Gray LLP
Rothschild
Russo Miller & Associates (dba Miller Strategies LLC)
S2C Pacific LLC
SCN Public Relations (dba SCN Strategies)
Simpson Thacher & Bartlett
Steven Maviglio (dba Forza Communications LLC)
Storefront Political Media
Stroock & Stroock & Lavan LLP
TeamBuilders, Inc (dba Aerial Services)
The Stanton Park Group
Veritext Corp (dba Sarnoff Court Reporters or Western Regional Headquarters)
Washington Forestry Consultants, Inc.
Wilmer Hale
Wilson Sonsini Goodrich & Rosati, P.C.

Ordinary Course Professionals

Aldrich & Bonnefin, PLC
Allen Glaessner
Allen Matkings
Alvardo Smith
Amanda C. Lewis
Archer Norris
Armbruster, Goldsmith & Delvac
Barg Coffin
Boersch Shapiro
Burke, Williams & Sorenson, LLP

Castellon & Funderburk
CJG Legal
Clarence Dyer & Cohen
Coblentz Patch
Coleman, Chavez & Associates
Cooley
Cox, Castle & Nicholson
Danning, Gill, Diamond & Kollitz
David A. Repka
Davis Polk & Wardwell LLP
Day Carter Murphy
Dodge
Ebbin, Moser & Skaggs
Egoscue
Egoscue
Egoscue
Egoscue Law Group
Ericksen, Arbuthnot, Kilduff, Day & Lindstrom
Eversheds - Sutherland
Farella Braun
Flesher Schaff & Schroeder, Inc.
Friedman & Springwater
Gordon-Creed, Kelley, Holl & Sugerman
Gough & Hancock
Greenberg Traurig
Groom Law
Hanson Bridgett
Hawke McKeon & Sniscak LLP
Horvitz & Levy
Hunton Andrews Kurth
Hwang Law Group
J. Drew Page
Jackson Lewis P.C.
Jenner & Block LLP
Jennie Lee
Jennifer L. Dodge
Jo Lynn Lambert (dba Lambert Law)
John H. Kenney
Kollitz & Kollitz
Kronenberg Law, P.C.
Latham & Watkins
Law Offices of Michael L. Gallo
Lee Law Offices
LimNexus LLP
Lindsey How-Downing
Lisa Nicol

WEIL:\96855232\16\67615.0013

Littler Mendelson
Lucinda L. Storm
Manatt Phelps
Martha J. Simon
Mayer Brown LLP
McClellan & Corren
Miller Chevalier
Miller Starr Regalia
Morrison & Foerster
Moya
Munger Tolles
Nakamoto Chou
Nielsen Merksamer
Nixon Peabody
Noland, Hamerly, Etienne & Hoss
Norton Rose
Nossaman LLP
Opterra Law, Inc.
Paragon
Pasich LLP
Paul Hastings
Peters, Habib, McKenna & Juhl-Rhodes
Pillsbury
PWC
Quinn & Kronlund, LLP (dba Daniel F. Quinn and Michael C. Kronlund)
Ralls, Gruber & Niece LLP
Redgrave
Redgrave
Regulatory Law Chambers
Rovens Lamb
Ryan Mau
Samuelsen, Gonzalez, Valenzuela & Brown
Sanchez & Amador
Sedgwick
Sheppard Mullin
Sidley Austin
Singer & Watts
Sinnott, Puebla, Campagne & Curet
Steptoe & Johnson
Tamara J. Gabel
Troutman Sanders
Urrabazo Law
Van Ness Feldman
Vedder Price
Wai & Connor
Walsworth

WEIL:\96855232\16\67615.0013

White & Case
Wilmer Hale
Winston & Strawn
Work/Environment Law Group

Letters of Credit
California Department of Fish and Game
California Department of Fish and Wildlife
CAISO - California Independent System Operator (CAISO)
California Public Utilities Commission
California State Water Resources Control
California Department of Fish and WildLife
City of Oakland
Department of Labor
Natural Gas Exchange
Port of Oakland
Port of San Francisco
San Francisco Port Commission
Shasta County
State Water Resources Control Board

Regulatory and Government (Federal, State and Local)
Alameda County District Attorney - Nancy E. O'Malley
Alpine County District Attorney - Michael Atwell
Amador County District Attorney - Todd D. Riebe
Attorney General for the State of California (Xavier Becerra)
Butte County District Attorney - Amanda Hopper
Calaveras County District Attorney - Barbara Yook
California Air Resources Board
California Department of Forestry and Fire Protection
California Department of Insurance
California Energy Resources Conservation and Development Commission
California Independent System Operator (CAISO)
California Public Utilities Commission
California State Water Resources Control Board
California Water Board
Central Coast Board Central Coast Regional Water Quality Control Board
Central Coast Regional Water Quality Control Board
City of Santa Rosa
Colusa County District Attorney - Matthew R. Beauchamp
Community Choice Aggregator
Contra Costa County District Attorney - Diana Becton
Del Norte County District Attorney - Katherine Micks
Department of Toxic Substances Control
El Dorado County District Attorney - Vern Pierson
Environmental Protection Agency

European Mutual Association for Nuclear Insurance
Federal Energy Regulatory
Federal Energy Regulatory Commission (FERC)
Fresno County District Attorney - Lisa A. Smittcamp
Glenn County District Attorney - Dwayne R. Stewart
Humboldt County District Attorney - Maggie Fleming
Imperial County District Attorney - Gilbert Otero
Internal Revenue Service
Inyo County District Attorney - Thomas L. Hardy
Kern County District Attorney - Lisa Green
Kings County District Attorney - Keith Fagundes
Lake County District Attorney - Don A. Anderson
Lassen County District Attorney - Stacey Montgomery
Los Angeles County District Attorney - Jackie Lacey
Madera County District Attorney - David A. Linn
Marin County District Attorney - Edward Berberian
Mariposa County District Attorney - Thomas K. Cooke
Mark Filip, Third Party Monitor
Mendocino County District Attorney - C. David Eyster
Merced County District Attorney - Larry D. Morse
Modoc County District Attorney - Jordan Funk
Mono County District Attorney - Tim Kendall
Monterey County District Attorney - Dean Flippo
Napa County District Attorney - Allison Haley
National Transportation Safety Board (NTSB)
Nevada County District Attorney - Clifford Newell
Nuclear Decommissioning Cost Triennial Proceeding
Nuclear Electric Insurance Limited
Nuclear Regulatory Commission
Nuclear Regulatory Commission (NRC)
Orange County District Attorney - Tony Rackauckas
Pipelines and Hazardous Materials Safety Administrations (part of DOT)
Placer County District Attorney - R. Scott Owens
Plumas County District Attorney - David D. Hollister
Riverside County District Attorney - Mike Hestrin
Sacramento County District Attorney -Anne Marie Schubert
Safety and Enforcement Division of the CPUC
San Benito County District Attorney - Candice Hooper-Mancino
San Bernardino County District Attorney - Michael A. Ramos
San Diego County District Attorney - Summer Stephan
San Francisco County District Attorney - George Gascón
San Joaquin County District Attorney - Tori Verber Salazar
San Luis Obispo County District Attorney - Dan Dow
San Mateo County District Attorney - Stephen M. Wagstaffe
Santa Barbara County District Attorney - Joyce Dudley
Santa Clara County District Attorney - Jeffrey F. Rosen

Case: 19-30088   Doc# 935-1   Filed: 03/17/19   Entered: 03/18/19 00:16:59   Page 160
of 216
WEIL:\96855232\16\67615.0013

Santa Cruz County District Attorney - Jeffrey S. Rosell
Shasta County District Attorney - Stephen S. Carlton
Sierra County District Attorney - Lawrence Allen
Siskiyou County District Attorney - J. Kirk Andrus
Solano County District Attorney - Krishna A. Abrams
Sonoma County District Attorney - Jill Ravitch
Stanislaus County District Attorney - Birgit Fladager
State of California Office of Emergency Services
Sutter County District Attorney - Amanda L. Hopper
Tehama County District Attorney - Gregg Cohen
Trinity County District Attorney - Eric L. Heryford
Tulare County District Attorney - Tim Ward
Tuolumne County District Attorney - Laura Krieg
U.S. Attorney California, Northern - Alex G. Tse
U.S. Department of Energy
U.S. Department of the Interior
U.S. Department of Transportation
U.S. District Attorney California, Central- Nicola T. Hanna
U.S. District Attorney California, Eastern- McGregor W. Scott
U.S. District Attorney California, Southern- Adam L. Braverman
U.S. Environmental Protection Agency
U.S. Securities and Exchange Commission
United States of America
US Nuclear Regulatory Commission
US Nuclear Regulatory Commission
US Securities and Exchange Commission
Ventura County District Attorney - Gregory Totten
Yolo County District Attorney - Jeff Reisig
Yuba County District Attorney - Patrick McGrath

DIP Lenders
Bank of America, N.A.,
Barclays Bank PLC and
Citigroup Global Markets Inc.
JPMorgan Chase Bank, N.A.,

Significant Competitors
San Diego Gas & Electric Company'
Southern California Edison Company

Significant Shareholders (more than 5% of equity)
BlackRock, Inc.
T. Rowe Price Associates, Inc.
The Vanguard Group, Inc.

Significant holder of voting securities

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 161
of 216
WEIL:\96855232\16\67615.0013

Baupost GroupSSgA Funds Management (The)
BlackRock Fund Advisors
Blue Mountain Capital Management LLC
Elliott Management
T. Rowe Price Associates, Inc.
The Vanguard Group, Inc.

Taxing Authorities (Federal, State, and Local; trust fund, use property, franchise, sales)
    Alameda County Tax Collector
    Alpine County Tax Collector
    Amador County Tax Collector
    Butte County Tax Collector
    Calaveras County Tax Collector
    California Board of Equalization
    California Department of Finance
    California Department of Tax and Fee Administration
    California Department of the Treasury
    California Franchise Tax Board
    California Public Utilities Commission
    City and County of San Francisco
    Colusa County Tax Collector
    Contra Costa County Treasurer-Tax Collector
    County of Nevada
    County of Santa Barbara
    County of San Diego
    County of Santa Clara Department of Tax and Collections
    Department of Tax and Collections
    El Dorado County Tax Collector
    Fresno County Tax Collector
    Glenn County Tax Collector Department of Finance
    Humboldt County Tax Collector
    Internal Revenue Services (Department of the Treasury)
    Kern County Tax Collector
    Kings County Tax Collector
    Lake County Tax Collector
    Lassen County Tax Collector
    Madera County Tax Collector
    Marin County Tax Collector
    Mariposa County Tax Collector
    Mendocino County Tax Collector
    Merced County Tax Collector
    Modoc County Tax Collector
    Monterey County Tax Collector
    Napa County Tax Collector
    Nevada County
    Placer County Tax Collector

WEIL:\96855232\16\67615.0013

Plumas County Tax Collector
Sacramento County
San Benito County Treasurer-Tax Collector
San Bernardino County Tax Collector
San Cruz County Tax Collector
San Francisco Tax Collector
San Joaquin County Tax Collector
San Luis Obispo County Tax Collector
San Mateo County Tax Collector
Santa Barbara County
Santa Clara County
Santa Cruz County
SDCTTC
Shasta County Tax Collector
Sierra County Tax Collector
Siskiyou County Tax Collector
Solano County Treasurer
Sonoma County Tax Collector
Stanislaus County Tax Collector
Sutter County Tax Collector
Tehama Tax Collector
Treasurer-Tax Collector
Trinity County
Trinity Tax Collector
Tulare County Treasurer-Tax Collector
Tuolumne County
Tuolumne Tax Collector
Yolo County Tax Collector
Yuba County Tax Collector

Top Unsecured Creditors

Agile Sourcing Partners Inc.
Agua Caliente Solar LLC
AJ Excavation Inc.
ARB Inc.
AV Solar Ranch 1 LLC
Bank of America
Bank of New York Mellon
Barnard Pipeline Inc.
Bay Area Concrete LLC
Black & Veatch Construction, Inc.
BP Energy Co.
California Dept. of Water Resources
California ISO
Calpine King City Cogen LLC

Calpine Los Esteros
Ch2m Hill Engineers Inc.
Chevron Power Holding Inc.
Citibank, N.A.
Cognizant Worldwide Limited
Crockett Cogeneration LP
Cupertino Electric Inc.
DDB Worldwide Communications Group
Desert Sunlight Investment Holdings
Deutsche Bank
DTE Energy Services
Edf Trading North America LLC
Energy Systems Group LLC
ERM-West Inc.
Exelon Corporation
Genesis Solar LLC
Genon Marsh Landing LLC
Geysers Power Company LLC
High Plain Ranch II LLLC
ICE NGX Canada Inc.
Jeff Abel
Jonah Energy LLC
Louisiana Energy Services LP
Macquarie Energy LLC
McKinsey & Company Inc. - U S
Meter Readings Holding LLC
MGE Underground Inc.
Mizuho
MRO Integrated Solutions LLC
Mt. Poso Cogeneration Company
MUFG
Myers Power Products Inc.
Occidental Energy Marketing Inc.
Onesource Supply Solutions LLC
Oracle America Inc.
Panoche Energy Center LLC
Phillips and Jordan
Pivot Interiors Inc.
Quanta Energy Services LLC
Roebbelen Contracting Inc.
Russell City Energy Company LLC
Seegert Construction
Siemens Industry Inc.
Singleton-Adler Butte Fire
Southwire Company
TATA America International Corp.

WEIL:\96855232\16\67615.0013

The Bank of New York Mellon
The Okonite Company, Inc.
Topaz Solar Farms LLC
Turner Construction Company
Ultra Petroleum Corp
Urenco Limited
Wells Fargo
Westinghouse Electric Co. LLC
World Wide Technology Inc.
Zones Corporate Solutions

Unsecured Notes

Bank of America Merrill Lynch
Bank of America, N.A.
Bank of New York Mellon
Barclays Bank PLC
Barclays Capital Inc.
Barclays Global
Blaylock
BNP Paribas
California Infrastructure and Economic Development Bank
California Pollution Control Financing Authority
Canadian Imperial Bank of Commerce
Canadian Imperial Bank of Commerce, NY Agency
CastleOak
Citi
Citibank, N.A.
Citigroup Global Markets Inc.
Deutsche Bank
Goldman Sachs
Goldman Sachs Bank USA
J.P. Morgan Securities LLC
JPMorgan Chase Bank, N.A.
Lehman Brothers
Loop
Mellon Bank Boston
Merrill Lynch, Pierce, Fenner & Smith Incorporated
Mizuho Bank, Ltd.
Mizuho Corporate Bank, Ltd.
Morgan Stanley Bank
Morgan Stanley Bank/ Morgan Stanley Senior Funding
Morgan Stanley Senior Funding
MUFG Union Bank, N.A.
Ramirez
Royal Bank of Scotland ("RBS")
Royal Bank of Canada

WEIL:\96855232\16\67615.0013

Royal Bank of Canada (RBC)
TD Bank, N.A.
TD Securities
The Bank of New York Mellon, N.A.
The Bank of New York Trust Company, N.A.
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
U.S. Bank National Association
UBS Investment Bank
UBS Securities
US Bank
Wells Fargo Bank, N.A.
Wells Fargo Bank, National Association
Wells Fargo Securities LLC
Williams Capital

UCC Lien Holders

Accurate Air Engineering
Altec Capital Services, LLC
BBH Financial Services
Canon Solutions America, Inc.
Christopher J. Summers
Cynthia Davisknotts
Dell Financial Services L.L.C.
Dell Financial Services, L.P.
Dominion Federal Corporation
Employment Development Department
Gelco Corporation d//b/a GE Fleet Services
Graphic Savings Group LLC
Graylift, Inc.
Great West Life and Annuity Insurance Company
Internal Revenue Service ("IRS")
IRS /Ohio – says termination on summary
Kelley Leasing Partners, LLC
Kevin Woodruff, Executor
Key Government Finance, Inc.
MassMutual Asset Finance LLC
Natural Gas Exchange Inc.
Nick Miniello
OCE Bruning Inc.
Pitney Bowes Global Financial Services LLC
Production Mail Solutions Financing
RDO Equipment Co.
State of California
State of California – Taxation
Sterling National Bank
Storage Technology Corp.

WEIL:\96855232\16\67615.0013

Sunflower Bank, National Association
U.S Bank Equipment Finance, a division of U.S. Bank National Association
United Financial of Illinois Inc.
United Financial of Illinois, Inc.
Wells Fargo Bank
Wells Fargo Bank Northwest, National Association, as Trustee Mac: U1228-051

Unions
     Engineers and Scientists of California
     International Brotherhood of Electrical Workers
     International Brotherhood of Electrical Workers Local 1245
     Service Employees International

Office of the United States Trustee for Region 17
     Alison S. Manning
     Allen C. Massey
     Anabel Abad-Santos
     Ankey To
     Avis J. Haynes
     Cameron Gulden
     Carla K. Cordero
     D A Clarke Finneran
     Donna S. Tamanaha
     Edward M. McDonald
     Gregory Powell
     Ianthe V. Del Rosario
     Irma H. Garcia
     Jared A. Day
     Jason Blumberg
     Joan C. Caskey
     JoAnne David
     Kimberly Massey-Flores
     Kristin McAbee
     Kristine Kinne
     Laurie Brugger
     Lisa M. Grootendorst
     Lynette C. Kelly
     Lynne C. Knight
     Margaret H. McGee
     Marta Villacorta
     Melinda R. Davis
     Michael O. Sorgaard
     Michelle Forrest
     Monette Semana
     N. Bryan Green
     Nathalie Brumfield-Brown

WEIL:\96855232\16\67615.0013

Nicholas Strozza
Patricia Vargas
Robbin D. Little
Robert S. Gordon
Robin Tubesing
Sue Wolny
Teresa B. Field
Terri Didion
Timothy S. Laffredi
Tina Spyksma
Tracy Hope Davis
Trevor Fehr
Yung Nor Wong

<u>Utility Providers</u>
Aces Waste Services
Alameda County Water
Alameda Municipal Power
Alpine PCS
Amador Valley Industries
Amador Water Agency
American Messaging Services LLC
American Water Services
Amerigas Propane
Arcata, City of
AT&T
AT&T Corp.
AT&T Mobility II LLC
AT&T Network
AT&T PCS Wireless Services
Atascadero Mutual Water
Atlas Waste Management
Basin Properties
Bella Vista Water
Bertolotti Disposal
Bertolotti Newman Disposal
Bright House Networks LLC
Burney Disposal
Burney Water District
Calaveras Telephone Co
California American Water
California Waste Recovery
California Water Service
California Water Service Bakersfield
Carmel Marina Corporation
Central (VIA Wireless LLC)

WEIL:\96855232\16\67615.0013

Central Valley Waste
Charter Communications
Chico & Hamilton
Citizens Telecommunications
City of Angels
City of Antioch
City of Bakersfield
City of Buellton
City of Clovis
City of Coalinga
City of Colusa
City of Concord
City of Corning
City of Daly City
City of Davis
City of Dinuba
City of Eureka
City of Folsom
City of Fort Bragg
City of Fortuna
City of Fresno
City of Gilroy
City of Grass Valley
City of Hollister
City of Jackson
City of Lakeport
City of Lenmoore
City of Live Oak
City of Livermore
City of Lodi
City of Lompoc
City of Los Banos
City of Madera
City of Manteca
City of Menlo Park
City of Merced
City of Millbrae
City of Morgan Hill
City of Mountain View
City of Napa
City of Newman
City of Oakdale
City of Orland
City of Parlier
City of Petaluma
City of Pismo Beach

WEIL:\96855232\16\67615.0013

City of Placerville
City of Red Bluff
City of Redding
City of Redwood
City of Roseville
City of Sacramento
City of San Bruno
City of San Luis Obispo
City of Santa Maria
City of Santa Rosa
City of Stockton
City of Taft
City of Tracy
City of Turlock
City of Vacaville
City of Vallejo
City of Wasco
City of Watsonville
City of West Sacramento
City of Willits
City of Winters
City of Woodland
Civic Center Square
Clearlake Waste Solutions
Clearwire
Coastside County Water District
Comcast
Concord Disposal Service
Consolidated Utilities
Conterra Wireless Broadband LLC
Contra Costa Water District
County of Nevada Dept of Sanitation
County of Shasta
County of Yuba (Yuba County Community)
Cox PCS - Sprint Spectrum
Crown Castle
Cupertino
CVIN LLC
Davis Waste Removal
Dept of Industrial Relations (State of California)
Dixon
Downieville Public Utility Dist
East Bay Municipal Utility Dist
Edge Wireless
Eel River Disposal
El Dorado Disposal

El Dorado Irrigation Dist
Emadco Disposal Service
Equinix Inc.
Extenet System
Fairfield Municipal Utilities
Fremont
Fresno Fire Department
Frontier Communications
Frontier Communications of America
Garberville Sanitary District
Geyersville Water Works/Harry K. Bosworth
Gilton Solid Waste Management
Globalstar USA
Golden State Towers
Grass Valley, City of
Great Oaks Water Co
Greenwaste of Tehama
Greenwaste Recovery
Hayward Water System
Health Sanitation Service
Highlands Water Company
Hornitos Telephone Co.
Humboldt Community Service
Humboldt Sanitation
Indian Wells Valley Water Dist
Industrial Waste & Salvage
Integra Telecom
Intermountain Disposal
IPN Networks, Inc.
Jaroth Inc.
Joe Cover & Sons
Kerman Telephone Co.
Kern County Waste Management
King City
Lake Alpine Water Company
Lake County Special District
Lakeport Disposal
Level 3 Communications LLC
Linden County Water District
Livermore
Livermore Sanitation
MarBorg Industries
Marin Municipal Water District
Marin Sanitary Service
Mariposa Public Utility District
Marysville

WEIL:\96855232\16\67615.0013

Mediacom Communications Corp
Mendo Pacific Reuse
Metricom, PCS
Metro, PCS California LLC
Mid Valley Disposal
Mid-Peninsula Water District
Midstate Solid Waste & Recycling
Millview County Water District
Miramonte Sanitation
Modesto Irrigation Dist - MID
Modesto Irrigation District
Monterey City Disposal
Monterey Regional Water
Napa County Recycling & Waste
Napa Recycling & Waste
Nevada Irrigation Dist (Rollins)
New Cingular Wireless Services
New Cingular Wireless Services
Nextel Communications
Nextel of California, Inc., a Delaware Corp.
NI Satellite Inc.
North Coast County Water District
North Marin Water District
Novato Disposal Service
Novato Sanitary District
Oakdale Irrigation District
Oakland, City of (Alarms)
Oildale Mutual Water
Oroville, City of
Pacific Bell Telephone Company
Paradise Irrigation District
Petaluma Refuse & Recylcing
Pine Grove CSD
Pinnacles Telephone CO.
Placer County Water Agency
Plumas Sierra Telecommunications
Poso Canal Company
Price Disposal
Quincy Community Service Department
Recology Auburn Placer
Recology Golden Gate
Recology Grover Environmental
Recology Humboldt County
Recology San Mateo County
Recology Sonoma Marin
Recology South Bay

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 172
WEIL:\96855232\16\67615.0013

Recology South Valley
Recology Sunset Scavenger Co
Recology Vacaville Solano
Recology Vallejo
Recology Yuba-Sutter
Recology-Butte Colusa
Redding, City of
Redrock Environmental (Caglia Environmental)
Republic Services
Republic Services San Jose
Republic Services/Allied Waste
Republic Services/Allied Waste Services
Republic Services/Allied Waste Services
Republic Services/Richmond Sanitary Service (Richmond Sanitary Service)
Republic Services/Solano Garbage Co #846
Rio Vista Sanitation Service
Rio Vista, City of
Roseville, City of
Sacramento Municipal Utility Dist - SMUD
Sacramento Municipal Utility District
Salinas
San Carlos, City of
San Joaquin Co. Sheriff
San Jose
San Jose Water Co
San Luis Garbage  (Coastal Rolloff Service)
San Luis Obispo, City of
San Rafael Sanitation
San Ramon, Walnut Creek, Antioch
Santa Clara Valley Water Dist.
Santa Clara Valley Water District
Santa Cruz Municipal Utilities
Santa Maria, City of
Santa Rosa, City of
Satcom Global FZE
SBA Communications Corporation
Scotts Valley Water District
Selma
SFPUC - San Fran Water Dept
Sierra Telphone CO. Inc.
Solid Waste of Willits
South County Sanitary
South Feather Water & Power
South San Francisco Scavenger
Southern California Edison
Southern California Gas

Case: 19-30088   Doc# 935-1   Filed: 03/17/19   Entered: 03/18/19 00:16:59   Page 173 of 216
WEIL:96855232\16\67615.0013

Southwestern Bell Telephone LP
Sprint
Sprint Nextel Property Services
Sprint Spectrum
Sprint Spectrum- Nextel
SSF, Menlo Park, San Carlos & San Mateo
Stockton
Stockton Scavengers
Stockton, City of
Suburban Propane
Suddenlink Communications
Sunset Building Company
Surewest Directories
Taft, City of
TDS Telecom
Templeton Community Svcs Dist
The Promontory
TMO CA/NV LLC, formerly known as Pacific Bell Wireless LLC
T-Mobile USA
T-Mobile West
Tom's Trash
Total Waste Systems of Mariposa
Tower Co. (Monopole Payout Contract)
Town of Paradise
Tracy Delta Disposal
Tracy, City of
Trinity Public Utility District
Tuolumne Utilities District
Turlock Irrigation Dist – TID
Turlock, City of
U.S. Cellular
Ubiquitel, LLC
US Cellular
US Telepacific Corp.
USA Mobility Wireless Inc.
USA Waste of California
Utility Management Services (UMS)
Vacaville, City of
Vallejo Sanitation and Flood Control District (VSFCD)
Vallejo, City of
Verizon (Airtouch)
Verizon Business Network Services
Verizon Network Operations
Verizon Wireless
Verizon Wireless  - Network Real Estate C
Volcano Telephone Co.

Case: 19-30088   Doc# 935-1   Filed: 03/17/19   Entered: 03/18/19 00:16:59   Page 174 of 216
WEIL:\96855232\16\67615.0013

VSFCD
Wasco, City of
Waste Management - Fresno
Waste Management - Ukiah
Waste Management - USA Waste of California
Waste Management of Alameda
Waste Management of Antelope Valley
Waste Management of Corning
Waste Management of Fort Bragg
Waste Management of Nevada
Waste Management of North Valley Disposal
Watsonville, City of
WaveDivision Holdings LLC
West Kern Water District
West Sacramento, City of
West Valley Sanitation District/Santa Clara County
Westside Waste Management
Willits, City of
Willow Creek Community
Willows
Woodland, City of
Xetra Networks Inc.
Zayo Group Holdings Inc.


Vendors/Suppliers (critical, foreign, common carrier, shippers, warehousemen, customs duties, brokers charges, facilities provider and third party)

**Suppliers**
Aclara Technologies LLC
Silver Spring Networks, Inc.
Westinghouse

**Vendors**
3 Phase Line Construction Inc.
3B Enterprises, LLC
3G Rebar, Inc.
3P Services GmbH & Co. KG
6M Transport Services Inc.
A & P HELICOPTERS INC
A G Engineering
A Plus Tree Incorporated
A Plus Utility Locating
A&T Pacific Constructors, Inc.
A.J. Excavation Inc.
A.M. Stephens Construction Co., Inc.

WEIL:\96855232\16\67615.0013

A.M. Wighton and Sons Inc.
A-1 Advantage Asphalt, Inc.
A3GEO, Inc.
AAA Tree Service
Abacus Construction Inc.
ABB Inc.
Abel Fire Equipment/Jeff Abel
Abercrombie Pipeline Services, LLC
Able Fence Company, Inc.
ABM Building Solutions, LLC
A-C Electric Company
ACC Construction, Inc.
Accelerated Metal Fabrication, LLC
Access Limited Construction
Access Systems & Solutions Inc.
ACCO Engineered Systems Inc
Accurate Corrosion Control
Accurate Energy Services
Ace Crane Service Inc.
Ace Environmental Management
Aclara Technologies LLC - California
Acme Security Systems
ACRT Services, Inc.
Action Resources, LLC
Action Services
Active Treatment Systems, Inc.
ADP, Inc.
Advanced Air Leak Detection Service, Inc.
Advanced Environmental Group, Inc.
Advanced Geological Services, Inc.
Advanced Lighting Services Inc.
Advanced Tree Care
Advanced Trenchless Inc
Advanced Utility Solutions
AE3V LLC
AECOM Technical Services, Inc.
Aero-Graphics, Inc.
Aerotek Inc.
Aggreko North America
Ahlborn Fence & Steel, Inc.
Ahtna Government Services Corporation
Aiken & Fairbanks Inc.
Air Rescue Systems Corporation
Air Shasta Rotor & Wing Inc.
Air Systems Inc
Air Systems Service and Construction, Inc

Case: 19-30088   Doc# 935-1   Filed: 03/17/19   Entered: 03/18/19 00:16:59   Page 176
of 216
WEIL:\96855232\16\67615.0013

Aire Sheet Metal, Inc.
Airgas Specialty Products
Airgas USA, LLC (NORTHERN CALI & NEVADA REGION)
A-Jay Excavating, Inc.
AJW Construction
Alaniz Construction Inc
ALB Incorporated
Albion Environmental, Inc.
Alcal Specialty Contracting, Inc.
Alco Iron & Metal Company
Alert Door Service, Inc.
Alfonso Gallegos Inc
A-Line E.D.S.
All Private Utility Locating
All Tech Welding
All-Cal Equipment Services, Inc
Allen Acoustics
Alliance Environmental Services
Alliance Roofing Company, Inc
Allied Concrete Pumping
Allied Crane, Inc.
Allied Reliability, Inc.
Allied Universal
Allied Weed Control
Allison Sierra Inc
Allstate Boring
Allstate Power Vac, Inc.
Alltech Services Inc
Allyn Goodall Trucking Inc.
Almendariz Consulting Inc.
Alpha Pacific Engineering & Contracting, Inc.
Alpine Power Systems, Inc.
Alspaw Tree Service, LLC
Alta Archaeological Consulting LLC
Alternative Structural Technologies
Altman Browning and Company
Alvah Contractors, Inc.
Amber Resources, LLC
Amec Foster Wheeler Environment & Infrastructure, Inc.
Ameresco Inc - Federal
American Air Filter Company, Inc. - Power & Industrial Division
American Chiller Service, Inc.
American Compliance Services, Limited
American Construction  & Supply Inc.
American Crane Rental, Inc.
American Custom Private Security

Case: 19-30088   Doc# 935-1   Filed: 03/17/19   Entered: 03/18/19 00:16:59   Page 177
WEIL:96855232\16\67615.0013
of 216

American Eagle Protective Services, Inc.
American Eco Services Inc
American Governor Co.
American Heavy Moving and Rigging, Inc
American Hydro Corporation
American Incorporated, California Corporation
American Insulation Inc.
American Integrated Services Inc
American Land & Leisure
American Power Systems, LLC
American Safety Services, Inc.
American Sheet Metal Partition Co., Inc.
American System Controls and Integration Inc.
Ametek Solidstate Controls
AMP United LLC
Ampirical Solutions, LLC
Anamet Inc
Ancon Marine
Anderson Burton Construction Inc. California Division
Anderson Carpet and Linoleum Sales Co Inc
Andy's Construction
Anrak Corporation
Anvil Builders, Inc.
Anvil Power Inc.
Apex TITAN, Inc.
API Services, LLC
Applied Earthworks Corp.
Applied Pest Management
Applied Power Systems, Inc.
Applus RTD USA, Inc.
APS Environmental
APTIM Environmental & Sustainability
Aqua Drill International
Aquatech International LLC
Aquatic Designing INC
ARB, Inc. Oil & Gas Division
Arbor Masters, Inc.
Arboricultural Specialties, Inc.
Arborists of Washington, Inc
ArborMetrics Solutions LLC
ArborWorks, Inc.
Arcadis U.S., Inc.
Archrock
ARCO ENTERPRISES, INC.
Area West Environmental, Inc.
Arizona Pipeline Company

Arizona Pipeline Company Gas Division
Arizona Waste Oil Service Inc.
Armour Petroleum Service & Equipment Corp.
Arnold's Custom Seeding LLC
Array Construction LLC
Arrow Acoustics, Inc.
Arrow Drillers Inc - Nevada Division
Arroyo Trucking, Inc.
Ascent Elevator Services Inc.
Ashbritt Inc.
Ashbrook Enterprises Inc
Ashlin Environmental Air Services
Aspen Helicopters, Inc.
Asplundh Construction LLC region 208
Associated Power Solutions
Associated Right of Way Services, Inc.
Asta Construction Company, Inc.
Astro Pak Corporation
Atascadero Glass, Inc.
ATC Group Services LLC
ATI Trucking, LLC
Atlantic Plant Maintenance
Atlas Copco
Atlas Field Services, LLC
Austerman, Inc.
Austin's Concrete & Asphalt Cutting
Automated Precision
AVANTech Incorporated
AVAR Shoring Services
Aviat U.S. Inc.
AVI-SPL, Inc.
Avtech Construction Inc.
AZCO Inc
Aztrack Construction Corporation
AZZ WSI LLC
B Metal Fabrication Inc
B&B Hughes Construction, Inc.
B&B Locating, Inc.
B&B Plumbing Construction Inc.
B&L Equipment Rentals, Inc.
B2Engineering
Babcock & Wilcox Construction Co., Inc.
Backflow Prevention Specialists, Inc.
Badger Daylighting Corp.
BAGG Engineers
Bailey's Trenchless Incorporated

Case: 19-30088   Doc# 935-1   Filed: 03/17/19   Entered: 03/18/19 00:16:59   Page 179
of 216
WEIL:\96855232\16\67615.0013

Baker Hughes Process & Pipeline Services
Baker Hughes US Land
Baker Topping, Inc.
BakerCorp
Bakersfield Pipe and Supply, Inc.
Baldoni Construction Service, Inc.
Ballard Marine Construction - Corporate
Bargas Environmental Consulting, LLC
Barker Mechanical Services, Inc.
Barnard Construction Company, Inc.
Barnard Pipeline Inc
Barnhart Crane and Rigging Co.
Barrow's Landscaping, Inc
Barry-Wehmiller Design Group, Inc.
Baseline Designs, Inc.
Basin Enterprises Inc
Basin Transportation
Basin Valve Company
Bastion Security Inc.
Battalion One Fire Protection
Bay Area Construction, Inc.
Bay Area Traffic Solutions Inc
Bay City Mechanical Inc.
Bay Valve Services & Engineering LLC
Bayline Cutting and Coring Inc
Bayside Insulation, Inc.
BC Laboratories Inc.
BCP-3D Inc.
Bear Electrical Solutions, Inc
Bear Fireproofing, Inc.
Beckman Tower
Behrens & Associates, Inc
Belshire Environmental Services Inc.
Ben's Truck & Equipment, Inc.
Benson & Son Electric, Inc.
Benton Fence and Drilling, Inc.
Berkeley Cement Inc
Bess Testlab Inc
BFW Coupling Services Limited
BHI Energy I Specialty Services, LLC
Big Valley Divers Inc.
Bigge Crane and Rigging Co.
Bill Jacobson Trucking Company Inc.
Bill Nelson General Engineering Construction Inc.
Bill Sharp Electrical Contractor
Billings Flying Service, Inc.

Case: 19-30088   Doc# 935-1   Filed: 03/17/19   Entered: 03/18/19 00:16:59   Page 180
of 216
WEIL:\96855232\16\67615.0013

BioMaAS, Inc.
Biotech Scale Up, Inc
Bjork Construction Co. Inc.
B-K Mill and Fixtures, Inc
BKW, Inc.
Black & Veatch Corporation
Black Gold Paving & Sealing
Blaine Tech Services
Blair, Church and Flynn Consulting Engineers, Inc.
Blankinship & Associates, Inc.
Blason Industries, Inc.
Blue Iron Foundations and Shoring, LLC
Blue Rock Services, Inc.
Blue Sky Environmental, Inc.
BlueLine Rental, LLC
Bo Enterprises
Boart Longyear M&E Drilling Services
Bob Smith Glass and Aluminum
Bockmon & Woody Electric Co., Inc.
Bohm Environmental
Bold Insulation
Bolttech-Mannings, Inc.
Bordges Timber Inc
Brace Integrated Services Inc.
Brad Moore Logging Sole Proprietorship
Bradcon
Braden Manufacturing
Bradley Tanks Inc.
Bragg Companies
Bragg Crane Service
Brahma Construction Inc.
Brand Industrial Services, Inc.
BrandSafway LLC – West Coast
Brannon, Inc.
Bratton Masonry, Inc.
Bray Trucking Inc.
Brenton VMS, LLC
Bridge Diagnostics, Inc
Bridge Masters Inc
Bright Ideas Construction
BrightView Landscape Services, Inc.
Brim Aviation Corporation
Brock Services, LLC
Bronco Electric
Brotherton Pipeline
Brower Mechanical Heating and Air

WEIL:\96855232\16\67615.0013

Browning Cultural Resources, Inc.
Bruce & Merrilees Electric Co.
Bruce Enterprises Parking Area Line Striping
Build It Green
Bullert Industrial Electric, Inc.
Burleson Consulting Inc.
Burns & McDonnell Engineering, Inc.
C R Fence Company Inc.
C Wright & Wright Enterprises Inc
C&H Veteran Enterprises, Inc.
C&R Fence Contractors Inc
C.A.R.P.I. U.S.A. Inc.
C.F. Archibald Road & Highway Division
C.I. Actuation (Charbonneau Industries), Inc.
C.T.L. Forest Management, Inc.
C2R Engineering, Inc.
Cal Engineering Solutions, Inc.
Cal Excavation and Underground Inc.
Cal Geotech
Cal Inc.
Cal Pacific Constructors
Cal Safety, Inc.
Cal Vada Surveying, Inc.
Cal Valley Construction, Inc.
Cal West Concrete Cutting Inc.
Calco Fence Inc
Caldwell Marine International
California Boiler Inc
California Boring, Inc.
California Construction Surveying Inc.
California Cut & Core Inc
California Drywall Company
California Locating Service, Inc.
California Reforestation Inc.
California Traffic Control
California Workforce and Energy Services
Californian Environmental Services, INC
CALINC Services Inc.
Caltrol Inc.
Caltrop Corporation
Cal-West Lighting and Signal Maintenance Incorporated
Camblin Steel Service, Inc.
Cameron International Corporation
Campos EPC
CANUS Corporation
Canyon Industries Inc. Field Division

WEIL:\96855232\16\67615.0013

Capax Group, Inc.
Cape Environmental Management Incorporated
Capital Concrete Breaking & Excavating Inc.
Capitol Barricade, Inc.
Capitol Environmental Services, Inc.
Capstone Fire Management Inc
Capt. Doyle' River Excursions/FunFishing Guide Service, LLC
Carbon Supply Inc
Cardno Inc.
Caribou Energy Corporation
Carlton Christmas Trees LLC
Carone & Co, Inc.
Carrollco Inc.
Cascade Drilling, L.P.
Cascade Energy
Casing Specialties
Cavalry Construction Services, Inc.
CB Tree
CB2 Builders, Inc.
CCN Wholesale Nursery & Landscaping, Inc.
CDK Perforating
Cedar Creek Corporation
Cemtek Environmental
Cencal Mechanical Heating & Air, Inc.
CENCAL Services, INC.
Cenergy International Services LLC
Central Air Conditioning and Refrigeration
Central Coast Acoustic Ceilings
Central Coating Company, Inc.
Central Environmental, Inc.
Central Sierra Pest Control, Inc
Century Calibrating Company
Certified Specialty Gases, Inc.
CGGS Backhoe Service Inc.
CH Reynolds Electric
CH2M HILL Engineers, Inc.
CHA Consulting, Inc.
Chain Link Fence & Supply, Inc.
Chaix Company
Challenger Construction Corporation
Champion Cleaning Specialist Inc.
Champion Industrial Contractor
ChemTreat, Inc.
Chem-weed LLC
CHI Transportation
Chow Engineering, Inc.

WEIL:\96855232\16\67615.0013

Chrisos Tree Trimming
Chrisp Company
Ciaccio Enterprizes Inc.
CIRCOR Reliability Services Company
Cisco Air Systems
City Rise Inc
City Wide Property Services, Inc.
Civil Substations Inc.
Civtel
Clark Corporate Services
Clark Seif Clark, Inc.
Clark-Cadman Inc.
Clarus Management Solutions, Inc.
CLE Engineering, Inc.
Clean Energy
Clean Harbors Environmental Services Inc.
CLEAResult Western Operations
Clearwater Construction Services, Inc
Clemmer Services
CM Transport
CMA Fire Protection
CMC Steel Fabricators, Inc
CMC Traffic Control Specialist, Inc.
CN Utility Consulting Inc.
CNS Mechanical Inc
Coast to Coast Inspection Services Inc.
Coastal Chemical Co. L.L.C.
Coastal Demo Inc.
Coastal Ignition & Controls, Inc.
Coastal Paving Inc.
Coates Field Service, Inc.
Coating Specialists and Inspection Services, Inc.
Coffey Building Group
Cogco Inc.
Coggins Fence & Supply, Inc
Cogstone Resource Management Inc.
Coldsweep, Inc.
Colibrì Ecological Consulting, LLC
Columbia Electric, Inc.
Column Concepts Inc.
Comfort International, Inc.
Commercial Systems
Commercial Waterproofers, Inc.
Community Tree Service
Conco Services Corp.
Concrete Demo Works

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 184 of 216
WEIL:\96855232\16\67615.0013

Concrete North, Inc.
Concrete Wall Sawing Co., Inc.
Concur
ConeTec Investigations Ltd.
Confluence Environmental, Inc.
Conklin Bros Inc
Connexsys Engineering Incorporated
Connor & Sons Concrete, Inc.
Consolidated Security Integration
Construction Helicopters, Inc.
Contra Costa Electric Inc.
Contractor Services, Inc. of West Virginia
Control Components, Inc. - CCI
Control Solutions, Inc.
Cook Coatings, Inc.
Cook Construction
Cool Roofing Systems, Inc.
Core Tree Care, Inc.
Cornerstone Environmental Contractors
Corrosion Service Company Limited
Corrpro Companies, Inc.
Cosco Fire Protection, Inc.
Cotton, Shires & Assoc. Inc.
COWI North America, Inc.
Craig Communications
Crane Nuclear, Inc.
CraneCare, Inc.
Craneworks, Inc.
Cranmer Engineeering Inc
CRB Electrical and Mechanical Inc.
Cross Country HDI
CROSSFIRE CONSTRUCTION COMPANY
Crown Energy Services, Inc.
Crown Services
Crown Technical Systems Corporation
Crusader Fence Company, Inc.
Crux Subsurface, Inc.
Cryogenic Transportation LLC (Division of KAG)
CS Marine Constructors
CTI and Associates, Inc.
CTi Controltech
CTS Resources LLC
Cudd Pressure Control, Inc.
Culbert Installs Doors, Inc.
Cummins Pacific
Cupertino Electric, Inc.

WEIL:\96855232\16\67615.0013

Curb Appeal Landscape
Curro Plumbing, Inc.
Curtiss-Wright Flow Control Service Corporation
Cutsforth, Inc.
Cutting Edge Drapery
CVE Contracting Group INC.
Cypress Envirosystems, Inc.
D K Enterprises, Inc
D R S MARINE INC
D W Nicholson Corporation
D&D Drilling Inc. dba.Valley Drilling Co.
D. Foskett Trucking, Inc.
D. J. Scheffler & Nye, Inc.
D.A. Lampe Construction
D.C. Taylor Co.
D.L. Payne, Inc.
D.P. Nicoli, Inc.
Dal Chem, Inc.
Dale J Gomes
Dale Ruyle Trucking, Inc.
Dale W. Carter Fencing
Daleo Inc.
Danco Builders
Daniel Garrett
Danny's Construction Company, LLC
Dashiell Corporation/Dacon Corporation
Davey Tree Surgery Company
David A. Bush Construction
David Graham Enterprises
Davis Painting, Inc.
DC Electric
DC Technical Rescue, Inc.
DeAngelo Brothers, LLC
Dean's Acoustical Ceilings, Inc.
Decker Electric Company Inc.
Decker Landscaping, Inc.
Dees Hennessey, Inc.
DEKOMTE de Temple LLC
Del Sal Framing Inc
Delta Air Quality Services Inc.
Delta Grinding Company, Inc.
Delta Star Inc.
Delta Tech Service, Inc.
DenBeste Water Solutions Inc.
Derrickson Pike Inc
DeWalt Corporation

WEIL:\96855232\16\67615.0013

Dewey Services Inc.
DeWind One-Pass Trenching LLC
d'Heurle Systems, Inc.
Diakont Advanced Technologies
Dielco Crane Service, Inc
Dilbeck & Sons, Inc.
Dimitra Zalarvis-Chase Consulting
Disaster Resource Group LLC
Discovery Hydrovac, LLC
Diversified Project Services International Inc.
Diversified Utility Services Inc.
Dixon Marine Services, Inc.
DNV GL Energy Services USA Inc.
DNV GL USA, Inc.
DoC Mapping, LLC.
Don Pridmore & Son Construction, Inc.
Donald S. MacLean Inc.
Dorfmeier Masonry, Inc.
Double D Disaster Relief LLC.
Doug Ross, Inc.
DPH Electrical Contracting, Inc.
DPR Construction, Inc.
Drake Vegetation Management Inc.
Draperies by Rico, Inc.
Dresser-Rand Co/ Dresser-Rand Services/ Field Services/ Arrow Services
Drewery Construction Co., Inc.
Drill Tech Drilling & Shoring Inc.
DSM Concrete, Inc.
Dudek
Dunkel Machinery Moving LLC
Dura Crane Inc.
Dutch Contracting Inc.
DW Plumbing, Inc.
Dwayne Nash Industries
DWH Creative Contracting, Inc.
Dynamic Ratings, Inc
Dynamic Risk Assessment Systems Inc.
E. Mitchell, Inc.
E.E. Gilbert Construction Inc.
E.T. Abatement Inc
E2 Consulting Engineers Inc
EagleHawk One LLC
East Bay Clarklift, Inc.
Eaton Corporation
Eco & Associates, Inc.
Eco Bay Services, Inc.

Case: 19-30088    Doc# 935-1    Filed: 03/18/19    Entered: 03/18/19 00:16:59    Page 187
of 216
WEIL:\96855232\16\67615.0013

Ecological Concerns Incorporated
Edge Inspection Group, Inc.
Edison Power Constructors, Inc.
EETS Inc.
Eighteen Trucking
El Capitan Environmental Services
El Dorado Water & Shower Service, Inc.
Elecnor Belco Electric, Inc.
Electrical Builders Inc.
Electricraft, Inc.
Electronic Innovations Inc.
Electrosonic Inc.
Eleven Engineering, Inc.
Elliott Company-Technical Services
Ellis Fence Co.
Emerald Transformer Western States
EMF Fire Solutions
Empire Wireline LLC
EN Engineering, L.L.C.
Enduro Pipeline Services, Inc.
Enercon Services, Inc.
Energy Efficiency Inc
Energy Experts International
Energy Link Industrial Services
Energy Management Solutions
Energy Systems Group, LLC
EnergySolutions, LLC
EnerTouch, Inc. - Energizing Indiana
Engineering/Remediation Resources Group Inc.
Enlight Energy Efficient Lighting
Enova Solutions, Inc.
Enovity Inc
Entact, LLC
Enterprise Roofing Service Inc.
EnviroCal Inc.
Environment One Corporation
Environmental Resources Management (ERM)
Environmental Safety Solutions
Environmental Systems Inc of Northern California
Environmental Technical Services, Inc
Environmental Waste Minimization Inc.
Envise
EPIC Industrial, Inc.
Epic International, LLC
Eppler
Eric Ross

WEIL:\96855232\16\67615.0013

Erickson Incorporated
Ernie & Sons Scaffolding
Erosion Control Applications Inc.
ESP Surveying Inc.
Ethos Energy Field Services, LLC.
ETIC
Eureka Ready Mix Concrete Co., Inc.
Evans Consoles Incorporated
Evans Right of Way Clearing
Evari GIS Consulting, Inc.
Evergreen Landscape
Evoqua Water Technologies LLC
EXARO Technologies Corp
Exponent, Inc.
Express Sewer & Drain Inc.
Expro Americas, LLC - Flarestack and Pipeline Services
Extreme Plastics Plus, LLC
Eynon Management dba Eynon Weed Control
F.D. Thomas, Inc
F3 & Associates, Inc.
Fairbanks Scales
Family Tree Service, Inc.
Far West Sanitation & Storage
Far Western Anthropological Research Group, Inc.
Farmer's Custom Pumping, Inc.
Farwest Corrosion Control Company
Farwest Insulation Contracting
Federal Signal Corporation - Field Service Division
Ferreira Construction Co., Inc.
FES Investments Inc.
FG Concrete Construction
Fiberglass Unlimited Inc.
Fibrwrap Construction, Inc.
Fidelis Green, INC
Filter Recycling Services, Inc.
Finta Enterprises, Inc.
Fire & Risk Alliance, LLC.
Firehawk Helicopters, Inc.
First Alarm Security & Patrol, Inc.
First Call Storm Removal, LLC
Fishery Foundation of California
Five Points Construction Co., Inc.
Fletcher's Plumbing & Contracting, Inc
Flexim Americas Corporation
Flooring Solutions Inc.
Flores Excavation and Demolition, Inc.

Case: 19-30088   Doc# 935-1   Filed: 03/18/19   Entered: 03/18/19 00:16:59   Page 189
WEIL:\96855232\16\67615.0013

Fluor Corporation
Fluoresco Services, LLC
Flyers Energy, LLC - 3015
Foothill Electric, Inc.
Forensic Analytical Consulting
Forest & Land Works
Fort Bragg Electric, inc
Foundation Constructors, Inc.
Foundation Pile, Inc.
Four Star Erectors, Inc.
Fox Loomis, Inc.
Framatome Inc.
Frank Dial Logging
Frank M Booth Inc
Fred E. Scott Timber Contracting
Fremouw Environmental Services, Inc
Frontier Consulting Engineers, Inc.
Frontier Energy, Inc.
Frontline Environmental Technologies Group Inc.
Fuel Cell Energy Inc.
Fugro USA Land, Inc.
Fugro USA Marine, Inc.
G&G Risk Management Consultants Inc.
G4S Secure Integration LLC
G4S Secure Solutions (USA) Inc.
Garcia & Associates
Garratt-Callahan Company
Gas Transmission Systems, Inc.
GCJ Inc.
GE Oil & Gas - North America
GE Renewable Energy
GEI Consultants, Inc.
General Construction
General Electric International Inc.
General Electric International Inc. - Power Services
GENERAL TREE SERVICE, INC
Genox Transportation, Inc.
GENTERRA Consultants, Inc.
Geo Drilling Fluids
GeoDigital International Corp.
GeoEngineers, Inc.
George E. Masker, Inc.
George Moore Service Inc.
Geo-Solutions Inc.
GeoStabilization International
GeoSyntec Consultants Inc

WEIL:\96855232\16\67615.0013

GEOVision Inc
GeoWing Mapping, Inc.
Gettler Ryan Inc.
GHD Services Inc.
Ghilotti Bros., Inc.
Giampolini & Co. Inc.
Gibbons Plumbing Inc.
Giosand Environmental Transportation
Global Diving & Salvage, Inc.
Global Nitrogen Services LLC
Global Specialized Services
Global Tower Service, Inc.
Goebel Construction Inc.
Gold Electric Inc.
Golden Field Services, Inc.
Golden State Sealing & Striping, Inc.
Golder Associates Inc.
Gordon Directional Boring Inc.
Got Power Inc.
GOWAN CONSTRUCTION COMPANY INC
Graham Contractors Inc.
Granite Construction Company
Granny's Alliance Holdings, Inc
Great Lakes Environmental & Infrastructure
Greenguard Energy Services LLC
Greenjacket Inc
Greg Cox Electrical Enterprises
Greg Shandel Construction
Gregg Drilling & Testing, Inc.
Greg's Residential EnerGeficiency Services
Griffin Soil
Ground Penetrating Radar Systems, Inc.
Groundwater Partners Inc.
Growth Development Marketing Inc.
GSI Environmental
Guida Surveying Inc.
Guido's Trucking
Gulf Interstate Engineering Company
Gulf Interstate Field Services, Inc.
Gulf Shore Construction Services, Inc.
Guttmann & Blaevoet
H & E Equipment Services, Inc.
H&B Drilling and Sons
H&W Nor-Cal Builders
H3 Construction Services Inc.
Haas Group International

Case: 19-30088   Doc# 935-1   Filed: 03/17/19   Entered: 03/18/19 00:16:59   Page 191
WEIL:96855232\16\67615.0013

Hach Company
Haley & Aldrich Inc., its subsidiaries and affiliates
Halliburton U.S. Onshore
Hamanaka Painting Company, Inc.
Hampton Tedder Electric Company
Hanford Applied Restoration & Conservation
Hangtown Electric, Inc.
Hanly General Engineering Corporation
Hardcore Construction, Inc.
Harder Mechanical Contractors Inc.
Harmon Trucking
HART High-voltage Apparatus Repair & Testing Co., Inc.
Hat Creek Construction & Materials, Inc.
Hatton Crane and Rigging
Hayward Baker Inc.
Hazon Solutions
HCI Inc. Bakersfield Division
HDR Engineering, Inc.
Health Science Associates
Heath Consultants, Inc.
Heathorn & Associates Contractors, Inc
Heli-Dunn
Helimax Aviation Inc.
Heliqwest International Inc
Henkels & McCoy, Inc.
Hensel Phelps Construction Co.
Hercon Company, Inc.
Hernandez Trucking
Hernandez Trucking LLC
Hickman Utility Inc
High Country Construction Co.
High Country Line Construction, Inc.
Highlands Diversified, Inc.
HiLine Nation LLC
Hill Crane Service
Hillcrest Sheet Metal, A Division of Mesa Energy Systems Inc.
Hillskemper Enterprises
HI-TECH Rockfall Construction, Inc.
HMI Industrial Contractors, Inc.
HMT LLC
Hoem & Associates, Inc.
Hoffman Southwest Corp. DBA Professional Pipe Services
Holdrege & Kull Consulting Engineers & Geologist
Holt of California
Holtec International
Honeywell HPS

Hooven & Co., Inc.
Horizon Consulting Inc
Hot Foot America LLC
Hot Line Construction, Inc
HOT/SHOT Infrared Inspections, Inc.
HPS Mechanical, Inc.
HRST, Inc.
HS Brown Construction Inc.
Hulsey Contracting Inc.
Huntington Lake Tree Service
Hushmand Associates Inc.
Husky HydroVac, LLC
Hutchins Inc.
Hydratight Operations, Inc.
Hydro Consulting & Maintenance Services Inc.
ICF Consulting Group, Inc.
IL Mechanical, Inc.
Illuminated Creations, Inc.
Image In Flight
Industrial Battery Services, Inc
Industrial Solution Services, Inc.
Industrial Tests, Inc.
Industry Packing and Seals, Inc.
InfraTerra
Ingram Fire Protection Incorporated
Inland Pacific Electrical Contractors, Inc.
Innovative Construction Solutions
Innovative Machine Solutions, LLC
Innovex Environmental Management, Inc.
In-Place Machining Company, LLC
Insignia Environmental
Insituform Technologies, LLC
Inspection Services, Inc.
InspecTools, Inc.
INSPIRE Environmental
Installit inc
Instrument & Valve Services Company
Instrument Manufacturing Company
Intec Services, Inc.
Intech Mechanical
Integra Services Technologies, Inc.
Integrated Comfort Solutions, Inc.
Integrated Engineers and Contractors Corporation
Integrated Power Services
Intelligent Technologies and Services, Inc.
Intermountain Electric Company

WEIL:\96855232\16\67615.0013

International Line Builders, Inc.
INTERNATIONAL TANK & PIPE COMPANY
Intren, LLC
Intrinsic Transportation, Inc
Inyon Corrosion Services, LLC
Iris Tree Service
Iron Horse Energy Services, Inc.
J G Steel Inc.
J Givoo Consultants 1 Inc
J&D Excavation, Inc.
J&J Pumps, Inc.
J. Dean Ballard & Sons Tile & Marble Co.
J. Moraga Construction Inc
J.A.Gonsalves & Son Const
Jack B. Kelley, LLC
Jack Sanders Painting, Inc
Jackson Equipment Services
Jacobson James and Associates, Inc.
Jam Contractors
James L Harris Painting
JANX
Jason Mansfield
Jason Pedrotti Trucking
J-C General Engineering, Inc.
JC Hutchins Construction
JCC, Inc.
Jeffco Painting and Coating Inc.
Jeneric Enterprises Inc
Jensen Precast
Jerry Thompson & Sons Painting, Inc.
Jeta Corporation
JH Kelly LLC
Jim Norman's Trees Unlimited, Inc.
Jim-n-i-Rentals Inc.
Joe Tantardino Logging, Inc.
John Crane Inc.
John D. Wait Masonry, Inc.
John Jackson Masonry
Johnson Controls Inc. - Central Region
Johnson Controls Inc. - Systems and Services North America
Johnson Mechanical Contractors, Inc.
Jorgensen & Sons, Inc
Jose Luis Gutierrez
Joseph J. Albanese, Inc.
JRP Historical Consulting, LLC
JS Cole Company

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 194
of 216
WEIL:96855232\16\67615.0013

J-Vac
JW Bamford Inc.
J-W Power Company
JZ Contracting
K and G Concrete Inc
K.W. Curtis Enterprises, Inc.
K.W. Emerson Inc.
Karsyn Construction Inc.
KC Partners Corp.
Kellie Avila Construction Services Inc.
Ken Neles Trucking
Kenny Construction Company
Kerex Engineering Inc
Kerne America Inc.
Kernen Construction
Kevin Moore
Keystone Aerial Surveys, Inc.
Kiefner and Associates, Inc
Kiewit Power
Killorn Construction
Kim's Professional Landscape
Kindness General Contractors, LLC
Kinyon Construction Inc.
Kister, Savio & Rei
Kleinfelder, Inc.
Kleinschmidt Associates
KM 106 Construction
KMF TRUCKING, INC.
Knight Brothers LLC
Koffler Electrical Mechanical Apparatus Repair, Inc.
Kone, Inc.
Konecranes, Inc.
Koppl Pipeline Services, Inc.
Krazan & Associates Inc.
Kroeker Inc. - Utility Division
KSB, Inc.
KUMA Corporation
kV Structures, Inc.
L D Transportation LLC
L.B. Foster Rail Technologies Incorporated
LACO Associates
Lamon Construction Co., Inc.
Lane Safety Co., Inc.
Laron Incorporated
Larry's Backhoe Service
LaSen, Inc.

WEIL:\96855232\16\67615.0013

LAV Consulting & Engineering, Inc.
Layfield USA Corp.
LCE TRANSPORT, INC.
LCS Restoration Services, LLC
LeapFrog Plumbing & Home Improvement, Inc
Leavitt's Freight Service - Fresno
Lee Wilson Electric Company, Inc.
Leed Mechanical
Left Coast Land Clearing
Leidos Engineering, LLC
Lemire Tractor Inc.
Leslie Heavy Haul, LLC
Lettis Consultants International, Inc.
Level It Installations
Lewis & Tibbitts, Inc.
Lewis-Goetz and Company, Inc.
Lighting Retrofit International, LLC
Linda Rogers & Associates, Inc.
Lindco Inc
Linden Steel & Construction, Inc.
LinkPath Communications, Inc.
LinTec Corporation
Lloyd W Aubry Co Inc.
LN Painting Incoporated
Loggers Unlimited Inc
Lohman Helicopter LLC
Lonestar West Services LLC
Longitude 123, Inc.
Lost River Fire Management Services, Inc.
Louis Berger U.S., INC
Lovotti Inc
Loy Clark Pipeline Company
LT Directional Boring
Lucchetti Enterprises Inc.
Luhdorff & Scalmanini, Consulting Engineers
Lutzenberg's Performance Drilling, Inc
Lyles Utility Construction LLC
M V Construction, Inc
M. Sawcutting, Inc.
M.A. McClish Excavating, Inc.
M.A. Steiner Construction, Inc.
Machado & Sons Construction, Inc
Macmullin Forestry & Logging
Maddex Turbine Services Ltd. (US Division)
Magnetech Industrial Services
Mahaffey Fabric Structures Inc.

WEIL:\96855232\16\67615.0013

Maintech Resources
Malcolm Drilling Company, Inc.
Malcolm International LLC
Mallard Construction Inc.
Mapleservice, Inc.
Marelich Mechanical Co., Inc.
Mario's Tree Service
Mark Olson Electric Inc
Mark Thomas & Company Inc
Marken Mechanical Services Inc.
Mashburn Transportation Services, Inc.
Maskell Pipe & Supply, Inc.
Master-Lee Energy Services, Inc.
Material Culture Consulting
Materials Testing Inc
Matrix Energy Services, Inc.
Matrix HG, Inc.
Matthew E. Carpenter Construction Inc.
Maxim Crane Works, L.P.
MCCORMICK BIOLOGICAL, INC.
MCD Trucking LLC.
MCE Corporation
McGuire and Hester
MCK Services Inc
McMillen Jacobs Associates, Inc.
MCS Construction, Inc
MCS Glass, Inc.
MCS OPCO, LLC
MCY Tree Company
MDR Inc
Mead & Hunt, Inc.
Mears Group Inc.
Mechanical Analysis/Repair Inc.
Meeker Energy Solutions
Merced Fence Co
MESA
Mesa Associates, Inc.
Metropolitan Electrical Construction Inc
Meyers Earthwork Inc.
MG Farrell
M-G Trucks LLC.
MGE Underground, Inc.
MHK Construction, Inc.
Michael Filbin
Michels Corporation
Michels Power

Case: 19-30088   Doc# 935-1   Filed: 03/17/19   Entered: 03/18/19 00:16:59   Page 197
of 216
WEIL:\96855232\16\67615.0013

Midland Resource Recovery Inc
Miguel A Garcia Landscaping
Mike Brown Electric
Mike Easley
Mike Odell Surveys
Mike's Heating & Air, Inc.
Milbar Hydro-Test, Inc.
Mile High Plumbing
Miller Pipeline
Minton Door Company
Misita Tree & Land Inc.
Mission Constructors, Inc.
Mission Critical Specialists, Inc.
MISTRAS Group, Inc.
Mitsubishi Electric Power Products, Inc. - Substation Division
Mitsubishi Hitachi Power Systems Americas, Inc.
MJ Avila Company Inc.
MK Consulting Services, Inc.
MLU Services Inc.
MM Reforestation Inc
MOC Incorporated
Mollie B Stearns DBA Onsite
Monterey Mechanical Company
Montez Glass, Inc.
Monticelli Painting and Decorating, Inc.
Montrose Air Quality Services, LLC
Moorhead Brothers, Inc.
Mott MacDonald, LLC
Mountain F. Enterprises, Inc.
Mountain G Enterprises INC
Mountain Power Construction Company
MountainFlame Propane Incorporated
MP Environmental Services
MRC Global Inc.
MSF INC
Mt. Adams Tree Service
MTI Power Services, Inc.
Municipal Maintenance Equipment, INC
Munson Pump Services
MUTI-SII, Inc.
MW Swan Construction Inc.
Myers Power Products, Inc.
N & T Consulting Service
N2 Electric, Inc.
Nacho's Carpet Clean
Nalco Company

Case: 19-30088    Doc# 935-1    Filed: 03/17/19    Entered: 03/18/19 00:16:59    Page 198
WEIL:\96855232\16\67615.0013

Naman Trucking Inc
National Air Balance Company
National Waste Management Louisiana, Inc.
Nations Roof LLC
NCC Enterprises, Inc
NDT Global LLC
Neil's Controlled Blasting, L.P.
Nervik Consulting Inc.
Ness & Campbell Crane Inc
NET ELECTRIC, INC
NETCo Inc.
Network Environmental Systems, Inc.
Network Mapping Incorporated
Nevada County Fence Inc.
New England Sheet Metal and Mechanical Co.
New River Electrical Corporation
New West Partitions
Newcomb Tree Experts, INC.
Newtron, LLC
Nexans High Voltage USA
Nexant, Inc.
Nicholas Mathey, LLC Pipe View
Nick Champi Enterprises, Inc.
NiGen International, LLC
Nimble Consulting Inc
Nish-Ko Inc.
Nitta, Inc.
NJ McCutchen Inc.
Nomad Ecology, LLC
Nor Cal Pipeline Services
Nor-Cal Battery Company
Nor-Cal Controls ES, Inc.
NorCal Corrosion Company
Nor-Cal Garage Door Co.
Noresco LLC
Nortex Field Services Inc.
North American Fence & Railing Inc.
North American Field Services
North American Substation Services, LLC
North American Training Solutions, Inc.
North Star Construction and Engineering, Inc.
Northgate Acoustics
Northgate Environmental Management, Inc.
Northgate Tree Care, LLC
Northstar Environmental Remediation
Northstate Aggregate, Inc.

WEIL:\96855232\16\67615.0013

Northwest Demolition & Dismantling - US Division
Northwest Hydraulic Consultants Inc.
Northwest Industrial Engine and Compressor Co
NOV FluidControl, a division of National Oilwell Varco, LP
Novinium
NRC
O & M Industries Inc.
O.C. Jones & Sons, Inc.
O.C. McDonald Company Inc.
OC Vacuum, Inc.
Ocampo-Esta Corporation
ODOR-TECH LLC
Oilfield Environmental & Compliance Inc.
Oldcastle Precast, Inc.
Olsen Investments, Inc.
Olson & Co. Steel
Olson Wagner Construction Inc
OneSource Supply Solutions
Onstream Pipeline Inspection Services Inc.
Optimal Recovery LLC
Ordaz Contracting Inc.
Orr Industries, LLC
Osborn General Engineering and Construction
Osmose Utilities Services Inc.
OST Trucks and Cranes, Inc
Otis Elevator Company
Outback DVBE, Inc.
Overhead Door Co. of Fresno, Inc
Overton Security Services, Inc.
Oxbo, Inc.
P & G  Power Corp.
P & R Tower Company, Inc.
P31 Enterprises, Inc.
Pac Machine Company, Inc
Pace Analytical Services, LLC
Pace Engineering Inc
Pacific Boring, Inc.
Pacific Coast Drilling Company Inc.
Pacific Coast Energy Conservation Services Inc.
Pacific Coast Locators, Inc.
Pacific Coast Tree Experts
Pacific Gold Marketing, Inc.
Pacific Petroleum California Inc.
Pacific Pipeline Services Inc.
Pacific Plumbing & Sewer Service, Inc
Pacific Power Engineers

WEIL:\96855232\16\67615.0013

Pacific Surveys, LLC
Pacific Tank & Construction
Pacific Titan, Inc.
Pacific West Communications Inc.
Pacific West Controls, Inc.
Padre Associates Inc
Paleo Solutions, Inc.
Panther Technologies
Papich Construction Company, Inc
PAR Electrical Contractors, Inc.
Paradigm General Contractors
Paragon Enterprises
Paramount Pest Control, A CA Corp
PARC Environmental
Parmeter General Engineer & Services, Inc.
Parsons Environment & Infrastructure Group Inc.
Partition Specialties, Inc
Parus Consulting Inc
Pat Baird Acoustics, Inc.
Patriot Environmental Laboratory Services, Inc.
Patriot Environmental Services, Inc.
Patriot General Engineering Inc
Paul Graham Drilling & Service Company
Paulson Excavating, Inc.
PCA Services LLC
PDM GEL Solutions, Inc.
Pe Ben USA, Inc.
Peacock Construction, Inc
PEG Construction Incorporated
PEI Placer Electric Inc
Penhall Company - Anaheim, CA
Perera Construction & Design, Inc.
Performance Contracting, Inc.
Performance Mechanical Inc.
Perrin Construction, Inc.
Persson Inc.
Pest Management Technology
Pestmaster Services of Lake and Mendocino
Peterson Power Systems, Inc.
Petrochem Insulation Inc
Phillips & Jordan, Inc.
Phillips Excavating Inc
Phoenix International Holdings, Inc.
Pinnacle Pipeline Inspection Inc.
Pinnacle Power Services Inc
Pipe and Plant Solutions, Inc.

200

WEIL:\96855232\16\67615.0013

Pipe Jacking Trenchless, Inc.
Pipeline Video Inspection, LLC
Piper Environmental Group, Inc.
Pipetel Technologies Inc.
Pitcher Drilling Co.
Pius Construction, Inc.
Pivot Interiors, Inc.
Pivox Corporation
PJ Helicopters Inc
Planned Environments, Inc.
Plant Construction Company, L.P.
Plastocor, Inc.
Platinum Scaffolding Services Inc.
PMK Contractors
Polvera Drywall of Riverside Corp dba Empire Insulation
Ponder Environmental Services Inc
Portable Machine Casting Repair of Oklahoma
Porter Diving LLC
Portnoy Environmental Inc.
Potelco Inc.
Powell Electrical Systems, Inc. Service Division
Power Contracting LLC
Power Engineering Construction Co
Power Engineering Inc.
POWER Engineers Inc.
Power One LLC
Power Systems Professionals Inc.
Powercon Testing and Engineering, Inc.
PPS Operators, LLC
Prava Construction Services, Inc.
Praxair
Praxair Services, Inc.
Praxis Optical Networks, Inc.
Precise Concrete Sawing Inc.
Precision Crane Service Inc
Precision Directional Boring, Inc.
Precision Drilling, Inc.
Precision Excavating & Drilling Inc.
Precision Iceblast Corp.
Preferred Power Solutions Inc
Premier Oilfield Service, Inc
Premier Stone and Tile
PRENAV, INC.
Presidio Systems, Inc.
Preston Pipelines, Inc.
Pride Contracting Inc.

Primoris Demolition, Inc.
Primoris Electric, Inc.
Pro Safety & Rescue, Inc.
Proact Services Corporation
Procore Incorporated
Proctor Engineering Group
ProEnergy Services LLC
Professional Concrete Sawing, Inc.
Professional Electrical Construction Services, Inc.
Prometheus Energy Group, Inc.
PROS Incorporated
Proteus Inc
PSA Laboratory Furniture, LLC
PSC Industrial Outsourcing, LP
PTS Rentals, Inc.
Public Utilities Maintenance Inc.
Pullman SST, Inc.
Pure Effect Inc.
Pure Technologies Ltd.
PureHM Inc.
PV Tree Service, Inc.
QPCS, LLC
Quality Carriers, Inc.
Quality Conservation Services, Inc.
Quality Erectors & Construction
Quality Hoist & Electric
Quality Landscape Inc.
Quality Striping, Inc.
Quality Tong Service, Inc.
Quanta Utility Engineering Services
Quantum Spatial, Inc.
Queirolo's Heating & Air Conditioning, Inc.
Quest Integrity USA, LLC
Quinn Group, Inc.
R & M Paving Contractor's Inc
R & S Erection North Peninsula
R & S Erection of Vallejo, Inc.
R & S Erection Tri-County Inc
R &S Erection of Santa Rosa, Inc.
R Connally Construction Consulting
R&S Erection of Monterey Bay, Inc.
R&S Erection of Richmond Inc.
R&S Erection of San Mateo Cty.
R&S Erection of Southern Alameda County Inc.
R&S Erection, Inc
R&S Overhead Doors and Gates of Sacramento, Inc.

WEIL:\96855232\16\67615.0013

R&S OVERHEAD GARAGE DOOR, INC.
R. D. Morgan Construction Inc
R.A. Lee &Sons, LLC
R.E.Y. Engineers, Inc.
R.F.  MacDonald Company
Rader Excavating, Inc.
Radman Aerial Surveys, Inc
Raibon & Colbert Associates, Inc.
RailPros Field Services
Rainbow Tree Company
Rancho Tree Service
RankerAMG
Ray Godon & Family
Raymond Romine
RC Electric
RCI General Engineering
RCP, Inc.
Red Mtn Resource LLC
Red Top Electric Co., Emeryville, Inc.
Redding Air Service Inc.
Redding Tree Growers Corporation
Redline Directional Inc.
Redmond Construction LLC
Redwood Electric Group Inc. -Corp.
Redwood Painting
Reeve Trucking Company Inc.
Reid Recovery Service, Inc.
Reinhausen Manufacturing Inc.
Relevant Solutions, LLC
Reliability Optimization Inc.
Remedial Construction Services, LP
Remedial Transportation Services, Inc.
Rentokil North America, Inc.
Res Environmental Services
Rescue Solutions
Reserve Equipment, Inc.
Residential Weatherization Inc
Resource Environmental, Inc.
Restoration Management Company
Retubeco Incorporated
RHA Northern CA Division
RHA Southern CA Division
Riccardelli Consulting Services Inc.
Richard C Johnson
Rincon Consultants Inc.
RJT, Inc

WEIL:\96855232\16\67615.0013

RJW Enterprises Inc.
Road Safety Inc.
Roadsafe Railroad & Utility Division
Roadway Construction Inc.
Roberto Jose Jules
Roberts Service & Construction
Robinson Concrete Cutting, Inc.
Robinson Electric Co., Inc.
Rocky Canyon Utility & Construction, Inc.
Roebbelen Contracting Inc
Rogers Machinery Company Inc.
Romano's Painting & Paper Hanging
Roofing Constructors Inc. dba Western Roofing Service
Rope Partner Inc.
Rosemount Field Operations
Rosen USA
Rosendin Electric, Inc.
RT Patterson Company, Inc
Rua & Son Mechanical Inc.
RunningM Group, Inc.
Russelectric Inc
Russell L. Dyer
S & C Electric Co - Power Systems Solutions
S and S Supplies & Solutions
S&S Landscaping and Lawn Services INC
S.S. Papadopulos & Associates, Inc.
Saar's Creative Concrete
Sabah International Incorporated
Sac Valley Electric Inc.
Sacramento Executive Helicopters, Inc.
Safety Network Traffic Control Services, Inc.
Safety-Kleen Systems Inc
Safway Services, LLC (heavy industrial industry)
SAGE Engineers, Inc.
Salmon River Helicopters Inc.
Salvador F. Calderon DBA Salco Better Energy
Samuel Engineering, Inc.
San Francisco Bay Railroad
San Joaquin Fire Protection Inc.
San Luis Pump Company
Sarens USA, Inc.
SAS Home Solutions
SC Custom Display Corporation
Scenic Landscape and Design
Schetter Electric, Inc.
Schindler Elevator Corp.

WEIL:\96855232\16\67615.0013

Schlumberger US Land
Schneider Electric Systems USA, Inc
Schneider Electric USA
Schweitzer Engineering Laboratories, Inc.
Scientific Aviation, Inc.
Scientific Drilling International, Inc.
Scott Timber Contracting Inc.
SD Enterprises, Inc
SD Myers, LLC
SE Energy, LLC
SE Pipeline Construction
Seamair Construction, Inc.
SecureCom, Inc. - California Division
Security Management & Consulting International, Inc.
SEECO Utility Services
SEL Engineering Services Inc
Selby's Soil Erosion Control Co. Inc.
Select Energy Service LLC
Semper Construction Inc.
sensemetrics, Inc.
Sentinel Fire Equipment Company
Sentry Equipment Corp
Sequoia Ecological Consulting, Inc.
Sequoia Engineering & Design Associates
Service Metal Products, Inc.
Seton Pacific Construction
SF&S Inc
Shaw Pipeline Services, Inc.
Sheedy Drayage Co.
Shier Aviation Corporation
Shifflet Brothers Enterprises, Inc.
SHN Consulting Engineers & Geologists, Inc.
Shooter & Butts, Inc.
Shore-Tek Inc
Siboney Contracting Co.
Siemens Energy, Inc., Fossil Services Power Generation
Siemens Industry, Inc. - Building Technologies
Siemens Industry, Inc. Customer Services Division
Sierra Conveyor Co. Inc.
Sierra Electric
Sierra Integrated Services Inc.
Sierra National Construction Inc.
Sierra Snow Removal & Excavating Inc.
Sierra Trench Protection Rentals & Sales
Sikes Asphalt Group Inc
Silicon Valley Foundation, Inc

WEIL:\96855232\16\67615.0013

Siller Construction Co
Silvas Oil Company, Inc.
Silverado Contractors
Silverline Pacific
SimplexGrinnell
Simpson Gumpertz & Heger Inc.
Sinclair General Engineering Construction, Inc.
Site Safe Traffic Safety And Signs
SJL Construction, Inc.
Skyline Construction, Inc.
Skyline Scaffold Incorporated
Skyline Tree Enterprise
Sloan Brothers Company
SMA Solar Technology America, LLC
Smart Tree Solutions Inc.
SmartWatt Energy, Inc.
Smith Grinding A Partnership
Snelson Companies, Inc.
Sno Valley Process Solutions, Inc.
Soar Environmental Consulting
Solar Grounds Landscaping Inc
Solar Turbines Incorporated
Sonoma fabricators, Inc.
Sonoma Sweepers, Inc.
Source California Energy Services, Inc.
Source Power Services of CA, Inc.
Southern Electrical Equipment Company
Southern States, LLC.
Southgate Glass and Screen, Inc.
Southland Industries- Northern California Division
SPEC Services, Incorporated
Specialized Contracting Services, Inc.
Specialty Construction, Inc.
Spray Tech Systems, Inc.
Sprig Electric
Spring Rivers Ecological Sciences LLC
SPX Transformer Solutions Inc. - Service Division
SR Diversified, LLC
Standard Industrial Structures Corporation
Stanley Electric Motor Co., Inc.
Stantec
Staples & Associates, Inc.
Starch Concrete, Inc.
Statewide Traffic, Safety & Signs, Inc.
Stephens Mechanical Corp.
Stericycle Environmental Solutions, Inc

WEIL:\96855232\16\67615.0013

Sterling P. Holloway III, Inc.
Steve Halsey Electric
Steven C. Seegert
Steven's Excavating
Stillwater Ecosystem Riverine and Watershed Sciences
Stock Wood Co.
Stockton Fence & Material Company
Stonhard, A division of StonCor Group, Inc
Stotts & Sons Inc
STRATEGIC MECHANICAL INC.
Stress Engineering Services
Stric-Lan Companies, LLC.
Striping Graphics, Inc
Stroer and Graff, Inc.
Structural Integrity Associates, Inc
Stump & Sons, Inc.
Sturgeon Electric California, LLC
SUEZ WTS USA, Inc.
Sullivan Thompson Masonry & Restoration
Sulzer Chemtech USA, Inc.
Summit Crane Company of Solano, Inc.
Summit Helicopter, Inc.
Summit Line Construction, Inc.
Summit Plumbing and Mechanical, Inc.
Sun Light and Power Utility Services
Sun Mountain, LLC
Sunbelt Rentals Inc.
Sunbelt Transformer
Sundowner Insulation Company
Sunrise Engineering Inc.
SuperbTech, Inc.
Superheat FGH Services, Inc.
Superior Coring & Cutting Inc.
Superior Electric, Inc.
Surefire Underground & Consulting Inc.
Surf To Snow Environmental Resource Management
Surveying and Mapping, LLC
Sustainable Group Inc.
Suts-Superior Underground Tank Service Inc
Swaim Biological, Inc.
SWCA Environmental Consultants
Swenson Development & Construction
Switchgear Solutions, Inc.
Syblon Reid
Sylvania Lighting Services Corp.
Synergy Companies

Case: 19-30088   Doc# 935-1   Filed: 03/17/19   Entered: 03/18/19 00:16:59   Page 208 of 216
WEIL:\96855232\16\67615.0013

Synergy Tree Trimming Inc.
Syserco Inc.
TALX Corp.
T & T Truck & Crane Service
T and S DVBE Inc.
T&D Services, Inc.
Taber Drilling
Tait Environmental
Tait North America, Inc.
Take Care Termite
Tamarack Pest Control, Inc.
Tap Master, Inc.
Tarlton and Son, Inc
Tashjian Towers Corporation
Tate Environmental Services, INC
Taylor Heavy Hauling
TCB Industrial, Inc.
TDW Services, Inc.
Team EES, Inc.
Team Industrial Services, Inc.
Techimp US Corporation
Tecta America
TEG Oceanographic Services
Teichert Pipelines, Inc.
Teledyne Monitor Labs Inc.
Telstar Inc.
Tenaris Hydril Field Services
Tenera Environmental Inc.
Terminix Co Intl LP Commercial Division
Terra Pacific Group
TERRA Solutions & Services
Terra Verde Environmental Consulting
Terra West Construction
Terracon Consultants, Inc.
Terry Tree Service South, LLC
Tetra Tech OGI DBA Tetra Tech, Inc.
Tetrad Services, Inc.
Thatcher Transportation, Inc
The Burrow Corp Inc
The Campbell Valve & Engineering Corporation
The Davey Tree Expert Company
The Fire Consultants, Inc.
The HDD Company
The Original Mowbray's Tree Service
The Smith Company, Inc.
The Spear Group, Inc.

Case: 19-30088   Doc# 935-1   Filed: 03/17/19   Entered: 03/18/19 00:16:59   Page 209
of 216
WEIL:\96855232\16\67615.0013

Thoma Electric
Thomas Gast & Associates Environmental Consultants
Thomas N Thomas
Throop Lightweight Fill
ThyssenKrupp Elevator Corporation
Tig Tech Inc
Tim Messer Construction, Inc.
Timberline Helicopters, Inc.
Timothy A. Hilarides
Titan Crane & Rigging, inc.
TJ Sutton Enterprises, LLC
TJH2B Analytical Services Inc.
TNG Energy Services, Inc.
TNT Industrial Contractors Inc.
Tony's Landscaping and Maintenance
Towill, Inc.
Townsend & Schmidt Masonry
Trachte, Inc
Traffic Control Pros
Traffic Management, Inc.
Transcat, Inc.
Transformer Technologies
Transkor Group Inc. (US)
Transmission and Distribution Services, LLC
TRC Companies Incorporated
TRC Pipeline Services, LLC
Trees, LLC
Trench Plate Rental Co.
Trenton Corporation
Tri Sage Consulting
Tri Tool Inc. adba Tri Tool Power Services Inc.
Tri-City Power Inc
Trickle Creek Excavation, Inc.
Trident Environmental and Engineering, Inc.
Trimark Associates, Inc.
Trinity Geotechnical Engineering, Inc.
Tri-Pacific Supply Inc
Tri-Technic Inc
Triton Construction Services
TSA Drilling Inc.
TSU Tree Services Unlimited, Inc.
TTR Substations, Inc.
Tubit Enterprises, Inc.
Tulsa Inspection Resources, LLC
Turner Construction Company
Turner Trans Lift, Inc.

WEIL:\96855232\16\67615.0013

Turn-Key Constuction Services Inc.
TWS Environmental, LLC
Tyco Integrated Security LLC
Type One Tree Service
Tyrrell Resources Inc.
U.S. Glass, Inc.
Underground Construction Co., Inc.
Underground Electric Construction Co., LLC
Underground Systems Inc
Underwater Construction Corporation
Underwater Resources Inc.
UNICO Engineering, Inc.
Unico Mechanical Corp.
UNITED CALIFORNIA GLASS & DOOR
United Pro Painting
United Rentals - Onsite
Univar USA Inc.
Universal Coatings, Inc
Universal Dry Ice Blasting
Universal Plant Services
Universal Site Services, Inc.
UPE Resources, Inc
US Pipeline Incorporated
UTEC Constructors Corporation
Utility Construction Services LLC
Utility Tree Service LLC
V Lopez Jr. & Sons G. E.C., Inc
V&G Builders, Inc.
Vadnais Trenchless Services, Inc.
Valin Corporation
Valley Arbor Pros, Inc.
Valley Power Systems North
Vegetation Solutions Incorporated
Veolia ES Industrial Services, Inc.
Vermilion Resource Management, Inc.
Versalence LLC
Vertical Construction Erectors, LLC
Vertiv Services
Verus Associates LLC
Veteran Power Inc
VForce, Inc
Victor Backhoe Inc.
Victory Well Surveys, LLC
Viking Automatic Sprinkler Co
Viking Drillers, Inc.
Vince Sigal Electric Inc.

Vintage Paving Company Inc.
Virginia Mechanical Inc
VM Tree Service
Vmax Electric Inc.
Vogt Power International Inc.
Voith Turbo Inc.
Vortex Industries, Inc.
Voss Laboratories
VP Hauling & Demolition
VPL Transport LLC
Vulcan Construction & Maintenance, Inc.
W. C. Sanders Construction Inc.
W.A. Chester LLC
W.Bradley Electric, Inc.
Wahlund Construction, Inc.
Walberg Inc.
Waldkirch Electric
Walgamuth Painting, Inc.
Walker Telecomm, Inc.
Wallis Water Systems
Walschon Fire Protection, Inc.
Walter J. Transportation & Logistics
Warren Duncan Contracting
Wartsila North America, Inc.
Waste Management National Services Inc.
Water One Industries, Inc.
Water Tectonics, Inc.
Watson Electric, Inc.
Way-Mar Construction Inc.
Wayne E. Swisher Cement Contractor Inc
Wayne V. Johnson
WC Tree Service Inc.
Weatherford International, LLC - USA
Weed Management Company
Well Analysis Corporation, Inc.
West Coast Air Systems Technologies
West Coast Drilling
West Coast Growth Solutions, LLC
West Mountain Timber
West Valley Construction Company  Inc
Westates Mechanical Corp.
Western Allied Mechanical Inc
Western Construction Enterprises Inc.
Western Environmental Consultants Inc.
Western Industrial X-Ray, Inc.
Western Land Renovators Inc.

WEIL:\96855232\16\67615.0013

Western Oilfields Supply Company DBA Rain for Rent
Western Properties
Western States Fire Protection - Corporate
Western Utilities Transformer Service
Western Waterproofing Company, Inc.
Westinghouse Electric Company, LLC
Whirlwide Inc.
White Construction Co
White Pine LLC
Whiting Services
WHPacific
Wild Electric
Wild Well Control, Inc.
Wild West Reforesters Inc.
Wilgus Fire Protection Inc.
Willdan Energy Solutions
Williams Scotsman, Inc. (MD)
Wilson Construction Co
Winco, Inc.
Window Innovations Inc
Windy Tree Inc.
Winegard Energy, Inc.
Winifred Au, Incorporated
Wipf Construction
WK Mclellan Co
Wollin Group, Inc.
Womack Striping, Inc.
Wood Group USA, Inc. – Upstream and Midstream Engineering
Woodward Drilling Company Inc.
WorleyParsons Group, Inc.
WRECO
Wright Tree Service of the West, Inc.
WTL Corporation
Wylatti Resource Management, INC
X2NSAT
XNS Inc
Y A Hardy Trucking
Young Electric Company Inc
YTS Utility Group
Z and H Associates, Inc.
Z Electric Wire Works, Inc.
Zayo Group, LLC
Zefiro Corporation


<u>Interested Parties / Notice of Appearance Parties</u>
      A&J Electric Cable Corporation.

WEIL:\96855232\16\67615.0013

AECOM Technical Services, Inc.
Aggreko, Roebbelen Contracting, Inc.
Agile Sourcing Partners, Inc.
Almendariz Consulting, Inc.
Arlington Wind Power Project LLC
Atlantica Yield plc, Mojave Solar LLC
Avangrid Renewables, LLC
Ballard Marine Construction, Inc.
Ballard Marine Construction, Inc.
Bank of America N.A.
BlueMountain Capital Management, LLC
Bradley Tanks, Inc
Butte County
Calaveras County Water District
California Community Choice Association
California Efficiency + Demand Management Council
California Independent System Operator
California Power Exchange Corporation
California Public Utilities Commission
California Self-Insurers' Security Fund
Calpine Corporation
Capital Dynamics, Inc.
Capital Power Corporation
CF Inspection Management, LLC,
CH2M HILL Engineers, Inc.
Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility
City and County of San Francisco
City of Clearlake
City of Napa
City of Santa Rosa
Clearway Energy Group LLC
Consolidated Edison Development, Inc.
County of Alameda
Creditor Jessica Mullan
Cypress Energy Management - TIR, LLC,
Cypress Energy Partners, L.P.
Debra Grassgreen
Dentons US LLP
Desert Sunlight Holdings, LLC
Deutsche Bank National Trust Company
Deutsche Bank Trust Company Americas
East Bay Community Energy Authority
EDP Renewables North America LLC
Elliott Management Corporation.
Elster American Meter Company, LLC
Enel Green Power North America, Inc.

WEIL:\96855232\16\67615.0013

Enel X
Engineers and Scientists of California, Local 20, IFPTE
ERM-West, Inc.
Exponent, Inc.
Federal Energy Regulatory Commission
FPL Energy Montezuma Wind, LLC
FTP Power LLC, et al.
Garcia and Associates
Genesis Solar, LLC
Genesys Telecommunications Laboratories, Inc.
Gill Ranch Storage, LLC
Gregory Frase Enterprises, Inc. dba Kortick Manufacturing Company
Halkirk I Wind Project LP
Hoffman Southwest Corp.
Honeywell International Inc.
Iain A. Macdonald
International Brotherhood of Electrical Workers Local Union 1245
International Business Machines Corp.
Iron Mountain Information Management, LLC
John A. Vos
Karl Knight
Kiefner and Associates, Inc.
Kimberly Winick
Kings River Water Association
Klondike Wind Power III LLC
Kompogas SLO LLC
Lake County
Liberty Mutual Insurance Company
Lodi Gas Storage, L.L.P.
Macquarie Energy LLC
Marin Clean Energy
MCE Corporation
McKinsey & Company, Inc. U.S.
Mendocino County
Michels Corporation
Midway Sunset Cogeneration Company
MRO Integrated Solutions, LLC
Napa County
Nevada County
Nevada Irrigation District
Nexant Inc.
NextEra Energy Inc., et al.
NextEra Energy Montezuma II Wind, LLC
NextEra Energy Partners, L.P.
NextEra Energy, Inc.
North Sky River Energy, LLC

WEIL:\96855232\16\67615.0013

NRG Energy Inc., Clearway Energy, Inc.
OneSource Supply Solutions, LLC
Open Space District
Oracle America, Inc.
Oracle America, Inc.
Peninsula Clean Energy Authority
Pension Benefit Guaranty Corporation
Peter Ouborg
Provencher & Flatt, LLP
Pryor Cashman LLP
Puget Sound Energy, Inc.
Richard Lawrence Antognini
Rising Tree Wind Farm II LLC
Ruby Pipeline, L. L. C
San Diego Gas & Electric Company
SEIU United Service Workers – West
Sempra Energy,
Shafter Solar, LLC
Shiloh I Wind Project LLC
Sonoma County
Sonoma County Agricultural Preservation
Sonoma County Agricultural Preservation and Open Space District
Sonoma County Community Development Commission
Sonoma County Treasurer & Tax Collector
Sonoma County Water Agency
Sonoma Valley County Sanitation District
Southern California Gas Company
Southern Power Company
Synergy Project Management, Inc.
Tata Consultancy Services
The Act 1 Group, Inc.
The Baupost Group, L.L.C.
Topaz Solar Farms LLC
Town of Paradise
TRC Companies, Inc.
Tulsa Inspection Resources PUC, LLC
Tulsa Inspection Resources, LLC,
Turner Construction Company
TURN-The Utility Reform Network
Valero Refining Company-California
Vasco Wind, LLC
W. Bradley Electric, Inc
Westside Solar, LLC
Wild Goose, LLC
Yuba County
Yuba County Water Agency

WEIL:\96855232\16\67615.0013