**Schedule 2** to Declaration of Cecily A. Dumas

**Baker Disclosures**

| INTERESTED PARTY RELATIONSHIP TO DEBTORS BY CATEGORY AND NAME | INTERESTED PARTY/ PARTY WITH SIMILAR NAME TO AN INTERESTED PARTY | RELATIONSHIP TO BAKER HOSTETLER, LLP |
|---|---|---|
| **Bank Accounts** | | |
| Wells Fargo Bank, N.A. | | Past client on matters unrelated to the Debtors or the Chapter 11 Cases [LWD070918][i] |
| **Term and Revolving Loan Lenders and Administrative Agents** | | |
| Wells Fargo Bank, National Association | | Past client on matters unrelated to the Debtors or the Chapter 11 Cases [LWD070918] |
| **Contract Counterparties** | | |
| Atlantic Coast | | |
| Atlantic Coast Energy Corp | | |
| | Atlantic Coast Media Group, LLC | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| | Atlantic Coast Mortgage, LLC | Past client on matters unrelated to the Debtors or the Chapter 11 Cases [LWD041917] |
| Chevron USA, Inc. | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Chevron Natural | | |
| Chevron Products Company | | |
| | Chevron Corporation | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| | Chevron Phillips Chemical Company LP | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| | Chevron North America Exploration and Production | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Conoco Phillips Company | | Past client on matters unrelated to the Debtors or the Chapter 11 Cases [LWD070918] |
| National Fuel | | |
| | National Fuel Gas Company | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| | National Fuel Marketing Company, LLC | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Landmark | | |
| Landmark Power Exchange, Inc. | | |
| | Landmark Hospital of Athens, LLC | Current client on matters unrelated to the Debtors or the |

| INTERESTED PARTY RELATIONSHIP TO DEBTORS BY CATEGORY AND NAME | INTERESTED PARTY/ PARTY WITH SIMILAR NAME TO AN INTERESTED PARTY | RELATIONSHIP TO BAKER HOSTETLER, LLP |
|---|---|---|
| | | Chapter 11 Cases |
| | Landmark Properties Holdings, Inc. | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| | Landmark Properties Management, LLC | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| | Landmark Properties, Inc. | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| | Landmark Collegiate Development LLC | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| | Landmark Media Enterprises, LLC | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Intercontinental Exchange, Inc. | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Encana Mkt. US | | |
| | Encana Oil & Gas (USA) Inc. | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| EOG Resources, Inc. | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Public Service Enterprise Group (PSEG) | | |
| | Public Service Enterprise Group, Inc. | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Spark Energy Gas | | |
| | Spark Energy, LP | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| The Regents of the University of California | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| UCSF | | |
| | University of California, San Francisco | Past client on matters unrelated to the Debtors or the Chapter 11 Cases [LWD072617] |
| United Airlines (Cogen) | | |
| | United Airlines, Inc. | Past client on matters unrelated to the Debtors or the Chapter 11 Cases [LWD040918] |
| Vistra Energy | | |

| INTERESTED PARTY RELATIONSHIP TO DEBTORS BY CATEGORY AND NAME | INTERESTED PARTY/ PARTY WITH SIMILAR NAME TO AN INTERESTED PARTY | RELATIONSHIP TO BAKER HOSTETLER, LLP |
|---|---|---|
| | Vistra Energy, Corp. | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Waste Management, Inc. | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| WPX Energy Mktg. | | |
| | WPX Energy, Inc. | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| **Interested parties/notice of appearance parties** | | |
| Honeywell International Inc. | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Oracle America Inc. | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| | Oracle Corporation | |
| **Vendors/Suppliers (critical, foreign, common carrier, shippers, warehousemen, customs duties, brokers charges, facilities provider and third party)** | | |
| ABB Inc. | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| ABM Building Solutions, LLC | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| ATC Group Services LLC | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Barnard Construction Company, Inc. | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Cameron International Corporation | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Campos EPC | | |
| | Campos EPC LLC | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Cypress Envirosystems, Inc. | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Eaton Corporation | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |

| INTERESTED PARTY RELATIONSHIP TO DEBTORS BY CATEGORY AND NAME | INTERESTED PARTY/ PARTY WITH SIMILAR NAME TO AN INTERESTED PARTY | RELATIONSHIP TO BAKER HOSTETLER, LLP |
|---|---|---|
| Evoqua Water Technologies LLC | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Fluor Corporation | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| GeoEngineers, Inc. | | Past client on matters unrelated to the Debtors or the Chapter 11 Cases [LWD122217] |
| GeoStabilization International | | |
| | GeoStabilization Inc. | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| GeoSyntec Consultants Inc. | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Johnson Controls Inc. - Central Region | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Johnson Controls Inc. - Systems and Services North America | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| NRC | | |
| | NRC Group | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Osmose Utilities Services Inc. | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Praxair | | |
| Praxair Services, Inc. | | |
| | Praxair Inc. | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Quest Integrity USA, LLC | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| SimplexGrinnell | | |
| | SimplexGrinnell LP | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Schindler Elevator Corp. | | |
| | Schlinder[ii] Elevator Corp | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| SPX Transformer Solutions Inc. | | |
| | SPX Transformer Technologies Inc. | Current client on matters unrelated to the Debtors or the |

Baker & Hostetler, LLP
Attorneys at Law
San Francisco, CA

| INTERESTED PARTY RELATIONSHIP TO DEBTORS BY CATEGORY AND NAME | INTERESTED PARTY/ PARTY WITH SIMILAR NAME TO AN INTERESTED PARTY | RELATIONSHIP TO BAKER HOSTETLER, LLP |
|---|---|---|
| | | Chapter 11 Cases |
| Siemens Industry, Inc., | | |
| Siemens Energy, Inc., Fossil Services Power Generation | | |
| Siemens Industry, Inc. - Building Technologies | | |
| | Siemens Energy Inc., Fossil Services | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Team Industrial Services, Inc. | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| ThyssenKrupp Elevator Corporation | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Turner Construction Company | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Tyco Integrated Security LLC | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Wartsila North America, Inc. | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Weatherford International, LLC - USA | | |
| | Weatherford International, LLC | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| **Debtors Professionals (law firms, accountants and other professionals)** | | |
| PricewaterhouseCoopers LLP | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| | PricewaterhouseCoopers LLP Legal AG | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Weil, Gotshal & Manges LL | | |
| | Weil, Gotshal & Manges | Past client on matters unrelated to the Debtors or the Chapter 11 Cases [LWD082217] |
| **Non-Debtors Professionals** | | |
| Exponent, Inc. | | |
| | Exponents, Inc. | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| FTI | | |

| INTERESTED PARTY RELATIONSHIP TO DEBTORS BY CATEGORY AND NAME | INTERESTED PARTY/ PARTY WITH SIMILAR NAME TO AN INTERESTED PARTY | RELATIONSHIP TO BAKER HOSTETLER, LLP |
|---|---|---|
| | FTI Consulting Inc. | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Latham & Watkins | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| | Latham & Watkins LLP | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Paragon | | |
| | Paragon Technologies, Inc. | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| | Paragon Bioservices, Inc. | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| | Paragon Data Systems, Inc. | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| **Affiliations of Former Officers** | | |
| Nuclear Electric Insurance Limited (NEIL) | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| **Affiliations of Former Directors** | | |
| ABM Industries Incorporated | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| DCP Midstream Partners, LP | | |
| | DPC Midstream, LLC | Past client on matters unrelated to the Debtors or the Chapter 11 Cases [LWD043017] |
| Edison Electric Institute | | |
| | Edison Electric Institute, Inc. | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Encana Corporation | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Associated Electric & Gas Insurance Services Limited (AEGIS) | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| American Gas Association (AGA) | | |
| | American Gas Association, Inc. | Current client on matters |

| INTERESTED PARTY RELATIONSHIP TO DEBTORS BY CATEGORY AND NAME | INTERESTED PARTY/ PARTY WITH SIMILAR NAME TO AN INTERESTED PARTY | RELATIONSHIP TO BAKER HOSTETLER, LLP |
|---|---|---|
| | | unrelated to the Debtors or the Chapter 11 Cases |
| University of Miami | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| **Insurance/Insurance Provider/Surety Bonds** | | |
| AEGIS Insurance Services, Inc. (Associated Electric & Gas Insurance Services Limited) | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Beazley Insurance Company | | |
| | Beazley Insurance Company, Inc. | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Kaiser Foundation Health Plan, Inc. | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Liberty Mutual Insurance Company | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Liberty Mutual Fire Insurance Company | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Nuclear Electric Insurance Limited (NEIL) | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| SAFECO Insurance Company of America | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| XL Specialty Insurance Company | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| **Landlords and parties to leases** | | |
| Bader | | |
| | Bader Martin P.S. | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Brown, Gary | | |
| | Gary J. Brown, Executor of the Estate of James N. Brown | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Burke, Tim | | |
| | Timothy J. Burke, Personal Representative of the Estate of | Current client on matters unrelated to the Debtors or the |

| INTERESTED PARTY RELATIONSHIP TO DEBTORS BY CATEGORY AND NAME | INTERESTED PARTY/ PARTY WITH SIMILAR NAME TO AN INTERESTED PARTY | RELATIONSHIP TO BAKER HOSTETLER, LLP |
|---|---|---|
| | Glenn R. Jones | Chapter 11 Cases |
| Crocker | | |
| | Constance B. Crocker | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Curry | | |
| | Medical Center Radiology Group of Drs. Curry, Harding, George & Eliscu, P.A. | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Currier | | |
| | Benjamin Paul and Reasa Dawn Currier | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| David King, Esq | | |
| | David Jason King | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Dean Snyder | | |
| | Dean Snyder Construction Co. | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Dorman | | |
| | Matthew Dorman | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Eagan | | |
| | Eagan Avenatti, LLP | Past client on matters unrelated to the Debtors or the Chapter 11 Cases [LWD040318] |
| Enloe | | |
| | Enloe Medical Center | Past client on matters unrelated to the Debtors or the Chapter 11 Cases [LWD072017] |
| Espana | | |
| | Zobele Espana S.A. | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| | Peugeot Citroen Automoviles Espana S.A. | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| | Telefonica Digital Espana SLU | Past client on matters unrelated to the Debtors or the Chapter 11 Cases [LWD030917] |
| Evan Williams | | |
| | Evan B. Williams | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |

| INTERESTED PARTY RELATIONSHIP TO DEBTORS BY CATEGORY AND NAME | INTERESTED PARTY/ PARTY WITH SIMILAR NAME TO AN INTERESTED PARTY | RELATIONSHIP TO BAKER HOSTETLER, LLP |
|---|---|---|
| Ewing | | |
| | Ewing Oil Company, Inc. | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Franz | | |
| | S. Cornelia Franz & Joseph W. Pearce | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| | Franz H. Burda | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Fred Davis | | |
| | Fred Davis[iii] | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| HD Supply | | |
| | HD Supply Holdings, Inc. | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| | HD Supply Inc. | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Johns Manville | | |
| | Johns Manville Corp. | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Tim Miller | | |
| | Tim Miller[iv] | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| John R. Miller | | |
| | John Miller and Marilynn Schuyler | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Sears | | |
| | Sears Holdings Corporation | Baker serves as an ordinary course counsel to Sears Holding Corporation and handles intellectual property litigation related to Sears but unrelated to the Debtors or the Chapter 11 Cases |
| James Smith | | |
| | James W. and Cynthia S. Smith | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Michael Sylvester | | |
| | Michael S. Sylvester | Current client on matters |

| INTERESTED PARTY RELATIONSHIP TO DEBTORS BY CATEGORY AND NAME | INTERESTED PARTY/ PARTY WITH SIMILAR NAME TO AN INTERESTED PARTY | RELATIONSHIP TO BAKER HOSTETLER, LLP |
|---|---|---|
| | | unrelated to the Debtors or the Chapter 11 Cases |
| TRC | | |
| | TRC-The Resource Connection | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Tyler Marsh | | |
| | Tyler and Rebecca Marsh | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Richard Vincent | | |
| | Richard Vincent[v] | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Richard Wells | | |
| | Richard A. Wells | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| **Utility Providers** | | |
| AT&T | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| AT&T Mobility II LLC | | |
| | AT&T Services, Inc. | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| | AT&T Mobility, LLC | Prior client on matters unrelated to the Debtors or the Chapter 11 Cases [LWD091817] |
| | AT&T Mobility Services LLC | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Charter Communications | | |
| | Charter Communications, Inc. | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| City of Bakersfield | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| City of Davis | | |
| | City of Davis, California | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Comcast | | |
| | Comcast Cable Communications, LLC | Current client on matters unrelated to the Debtors or the |

| INTERESTED PARTY RELATIONSHIP TO DEBTORS BY CATEGORY AND NAME | INTERESTED PARTY/ PARTY WITH SIMILAR NAME TO AN INTERESTED PARTY | RELATIONSHIP TO BAKER HOSTETLER, LLP |
|---|---|---|
| | | Chapter 11 Cases |
| San Jose | | |
| | San Jose State University | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| | San Jose Evergreen Community College District | Past client on matters unrelated to the Debtors or the Chapter 11 Cases [LWD053117] |
| Oracle America, Inc. | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Sprint | | |
| | Sprint Waste Services, LP | Past client on matters unrelated to the Debtors or the Chapter 11 Cases [LWD103117] |
| The Promontory | | |
| | Promontory Interfinancial Network, LLC | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| Verizon Wireless | | |
| | Verizon Wireless, Inc. | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| **Unsecured Notes** | | |
| U.S. Bank, N.A. | | Past client on matters unrelated to the Debtors or the Chapter 11 Cases [LWD083018] |
| Wells Fargo Bank, N.A. | | Past client on matters unrelated to the Debtors or the Chapter 11 Cases [LWD070918] |
| **UCC Lienholders** | | |
| Wells Fargo Bank | | |
| | Wells Fargo Bank, N.A. | Past client on matters unrelated to the Debtors or the Chapter 11 Cases [LWD070918] |
| **Significant Shareholders (more than 5% of equity)** | | |
| T. Rowe Price Associates, Inc. | | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |
| **Taxing Authorities (Federal, State, and Local; trust fund, use property, franchise, sales)** | | |
| County of Santa Barbara | | |
| | County of Santa Barbara, CA | Current client on matters unrelated to the Debtors or the Chapter 11 Cases |

[i] "LWD" refers to the last date work was performed for the former client identified.
[ii] Potentially erroneous spelling.
[iii] It is presently uncertain as to whether the Fred Davis identified in the Firm Databases is the same Fred Davis as the person identified by the Debtors as a Landlord and/or party to leases.
[iv] It is presently uncertain as to whether the Tim Miller identified in the Firm Databases is the same Tim Miller as the person identified by the Debtors as a Landlord and/or party to leases.
[v] It is presently uncertain as to whether the Richard Vincent identified in the Firm Databases is the same Richard Vincent as the person identified by the Debtors as a Landlord and/or party to leases.