**Schedule 3** **to Declaration of Cecily A. Dumas**

**Disclosure of names on the Debtors' Interested Party List too generic to effectively search**

BAKER & HOSTETLER, LLP
ATTORNEYS AT LAW
SAB FRANCISCO, CA

| Name Provided | Number of Results in Baker's Firm Databases |
|---|---|
| Accountant | 136 |
| Anderson | 5,335 |
| Benton | 169 |
| Blake | 460 |
| Blankenship | 122 |
| Carpenter | 1,190 |
| Chapman | 486 |
| Collins | 840 |
| Davis | 7,419 |
| Dennis | 6,712 |
| Dodge | 336 |
| Doyle | 505 |
| Elliott | 1,220 |
| Ellis | 1,947 |
| Farrell | 1,174 |
| Goodman | 503 |
| Gray | 2,288 |
| Hall | 4,347 |
| Hartman | 333 |
| Hodges | 297 |
| Hood | 366 |
| Houston | 2,801 |
| Howe | 228 |
| Ireland | 426 |
| James | Search did not complete[i] |
| Johnson | Search did not complete[ii] |
| Joseph | Search did not complete[iii] |
| Kaiser | 540 |
| Katy | 4,876 |
| Kauffman | 172 |
| Kennedy | 1,759 |
| Kirpatrick | 157 |
| Kruse | 186 |
| Larson | 619 |
| Lieberman | 101 |
| Little | 1,471 |
| Luna | 215 |
| Mathis | 172 |
| McDowell | 149 |
| McKenna | 207 |
| McNeil | 468 |
| Meyer | 1,301 |
| Monroe | 347 |
| Murphy | 1,421 |
| Neff | 246 |

| Name Provided | Number of Results in Baker's Firm Databases |
|---|---|
| Nelson | 1,506 |
| O'Neill | 349 |
| Pass | 103 |
| Peter | 5,969 |
| Peters | 475 |
| Peterson | 761 |
| Phillips | 1,427 |
| Pollak | 181 |
| Potter | 282 |
| Price | 1,055 |
| Pyle | 147 |
| Reynolds | 640 |
| Rice | 550 |
| Rodriguez | 2,691 |
| Schultz | 360 |
| Scott | 11,901 |
| Sparks | 278 |
| Spring | 2,861 |
| Springer | 207 |
| Stephenson | 250 |
| Taylor | 5,657 |
| Terrell | 189 |
| Thayer | 107 |
| Turner | 2,648 |
| Vail | 151 |
| Van Dyke | 4,836 |
| Wallace | 2,302 |
| Walsh | 654 |
| West | 6,969 |
| Wheeler | 674 |
| White | 5,911 |
| Wilburn | 101 |
| Zimmerman | 379 |

---

[i] Errors were received each time this name was submitted for search in the Firm Databases. This is likely a result of the sheer number of names that contain this name or a variation of this name in the Firm Databases.
[ii] See fn. 1
[iii] See fn. 1