Robert A. Julian (SBN 99469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:    628.208.6434
Facsimile:    310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:   310.442.8875
Facsimile:   310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Proposed Counsel for Official Committee of Tort Claimants*

# IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>– and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case<br>Case No.: 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF HEARING ON APPLICATION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO 11 U.S.C. § 1103 AND FED. R. BANKR. P. 2014 AND 5002, FOR AN ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF BAKER & HOSTETLER LLP, EFFECTIVE AS OF FEBRUARY 15, 2019**<br><br>Date:         Tuesday, April 9, 2019<br>Time:        9:30 a.m. (Pacific Time)<br>Place:       United States Bankruptcy Court<br>                  Courtroom 17, 16th Floor<br>                  San Francisco, CA  94102<br>**Objection Deadline**: April 1, 2019<br>                                      4 p.m. (Pacific Time) |

**PLEASE TAKE NOTICE** that on March 17, 2019, the Official Committee of Tort Claimants (the "**Committee**"), in the above-captioned chapter 11 cases of PG&E Corporation and Pacific Gas and Electric Company filed a Motion seeking the entry of an order authorizing the retention and employment of Baker & Hostetler LLP as counsel to the Official Committee of Tort Claimants effective as of February 15, 2019 pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002, and other related relief as the Court may deem appropriate.

**PLEASE TAKE FURTHER NOTICE** that any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party by 4:00 p.m. (Pacific Time) on April 1, 2019; any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position; if there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default.

**PLEASE TAKE FURTHER NOTICE** that in the event of a timely objection or request for hearing, the tentative hearing date, location and time are Tuesday, April 9, 2019, at 9:30 a.m. (Pacific Time), at the United States Bankruptcy Court, Courtroom 17, 16th Floor, San Francisco, CA 94102.

Dated: March 17, 2019

BAKER & HOSTETLER LLP

By: */s/ Cecily A. Dumas*
Cecily A. Dumas

Proposed Attorneys for Official Committee of Tort Claimants