**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

FILED

MAR 1 8 2019

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

|  |  |
|---|---|
| In re: | Chapter 11 |
| Pacific Gas and Electric Company | Case No. 19-30088 |
| Debtor | |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**OWL CREEK INVESTMENTS I, LLC**
Name of Transferee

**Address for all Communications/Notices:**
640 Fifth Avenue
New York, NY 10019
Attn: Reuben Kopel
Phone: 646-825-7623
Email: reubenk@owlcreeklp.com

**Address for all Payments/Distributions:**
Owl Creek Investments I, LLC
640 Fifth Avenue
New York, NY 10019
Attn: Reuben Kopel
Phone: 646-825-7623
Email: reubenk@owlcreeklp.com

**ROKSTAD POWER INC.**
Name of Transferor

**Name and Current Address of Transferor:**
7329 North El Mirage Road
Glendale, ZA 85307

**PROOF OF CLAIM NO.: 1250**
**PROOF OF CLAIM AMOUNT: $1,282,917.06**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: March 14, 2019

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Exhibit B

TO:        United States Bankruptcy Court
Northern District of California
San Francisco Division
Attn:    Clerk

AND TO:     PACIFIC GAS AND ELECTRIC COMPANY ("Debtor")
Case No. 19-30088 (Lead Case)

Claim #: 1250

**ROKSTAD POWER, INC.**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

        **OWL CREEK INVESTMENTS I, LLC**
        640 Fifth Avenue
        New York, NY 10019
        Attn: Reuben Kopel

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all priority claims, and any cure payments made on account of Seller in the bankruptcy case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the Claim in the bankruptcy case; and (e) to any amounts listed on the Debtor's schedules, in the principal amount of $1,282,917.06 ("Claim") against the Debtor in the United States Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated March 13, 2019.

**ROKSTAD POWER, INC**

By: _____
Name:  Darren McQueen
Title:   CFO
Date:   March 13, 2019

**OWL CREEK INVESTMENTS I, LLC**

By: _____
Name:  Reuben Kopel
Title:   General Counsel
Date:   March 13, 2019