UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| **PG&E CORPORATION,** | No. 19-30088 (DM) |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | Chapter 11 |
| **COMPANY,** | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On March 13, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, attached hereto as **Exhibit B**.

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 18th day of March 2019, at New York, NY.

ALAIN B. FRANCOEUR

SRF 31536

**Exhibit A**

| Name | Address1 | Address2 | Address3 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | PAUL J. PASCUZZI, ESQ. | 400 Capital Mall | Suite 1750 | Sacramento | CA | 95814 |
| Gross & Klein LLP | STUART G. GROSS, ESQ. | The Embarcadero | 9 Pier, Suite 100 | San Francisco | CA | 94111 |
| Weil, Gotshal & Manges LLP | JESSICA LIOU , E S Q . | 767 Fifth Avenue | | New York | NY | 10153 |

**Exhibit B**

SRF 31536

Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In re Debtor(s): | Case No.: 19–30088 DM 11<br>Chapter: 11 |
|---|---|
| PG&E Corporation and Pacific Gas and Electric Company | |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on March 12, 2019 was filed on March 13, 2019. The following deadlines apply:

The parties have until Wednesday, March 20, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Wednesday, April 3, 2019.

If a request for redaction is filed, the redacted transcript is due Monday, April 15, 2019.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Tuesday, June 11, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 3/15/19

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court