SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
MICHAEL M. LAUTER, Cal. Bar No. 246048
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  415-434-9100
Facsimile:  415-434-3947
Email:  mlauter@sheppardmullin.com

Attorneys for Ormat Technologies Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088-DM<br>(Jointly Administered)<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE BY SHEPPARD MULLIN RICHTER & HAMPTON LLP ON BEHALF OF CREDITOR ORMAT TECHNOLOGIES INC.**<br><br>[No Hearing Required] |

**TO THE HONORABLE DENNIS MONTALI, THE UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; COUNSEL TO THE DEBTOR AND OTHER INTEREST PARTIES:**

**PLEASE TAKE NOTICE** that Ormat Technolgies Inc. ("Ormat"), a creditor in the above-captioned bankruptcy case, hereby appears through its counsel, Sheppard Mullin Richter & Hampton LLP, and requests that all notices given or required to be given in this case whether given by the Court, the Debtor, or any other party, and all pleadings or other papers served or required to be served in connection with any such matter, be served on counsel for Ormat at the following address:

> Sheppard, Mullin, Richter & Hampton LLP
> Four Embarcadero Center, 17th Floor
> San Francisco, CA   94111
> Attn:   Michael M. Lauter, Esq.
> Phone:   (415) 434-9100
> Facsimile: (415) 434-3947
> Email:   mlauter@sheppardmullin.com

In addition, pursuant to Bankruptcy Rule 2002(g), Ormat requests that the foregoing name and address be added to the Court's master mailing list.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance and Request for Notice, nor any other appearances, pleadings, proofs of claim, claims, or suits filed by Ormat shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge, (ii) the right to trial by jury in any case, controversy or proceeding, (iii) the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which right, claims, actions, defenses, setoffs and recoupments are expressly reserved.

-1-

Case: 19-30088    Doc# 946    Filed: 03/18/19    Entered: 03/18/19 15:48:06    Page 2 of 3

Ormat expressly reserves and preserves all such rights without exception and with no purpose of confessing or conceding the jurisdiction or venue of the Court or venue of the case in any way by this filing.

Dated: March 18, 2019

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Michael M. Lauter*
MICHAEL M. LAUTER

Attorneys for Ormat Technologies Inc.