# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On March 13, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, attached hereto as **Exhibit B**.

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 18th day of March 2019, at New York, NY.

ALAIN B. FRANCOEUR

**Exhibit A**

# Exhibit A
## Notice Parties Service List
## Served via First Class Mail

| Name | Address1 | Address2 | City | State | PostalCode |
|---|---|---|---|---|---|
| Kirkland & Ellis LLP | Mark McKane | 555 California Street | San Francisco | CA | 94104-1603 |
| Weil, Gotshal & Manges LLP | Theodore Tsekerides | 767 Fifth Avenue | New York | NY | 10153-0119 |
|  |  |  |  |  |  |

**Exhibit B**

Form TRANSAP

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re:<br>PG&E Corporation and Pacific Gas and Electric Company<br>Debtor(s) | Case No.: 19–30088<br>Chapter: 11 |
| Plaintiff(s)<br>PG&E Corporation | Adversary Proceeding No. 19–03003 |
| vs. | |
| Federal Energy Regulatory Commission<br>Defendant(s) | |

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on March 11, 2019 was filed on Tuesday, March 12, 2019. The following deadlines apply:

The parties have Tuesday, March 19, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Tuesday, April 2, 2019.

If a request for redaction is filed, the redacted transcript is due Friday, April 12, 2019.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Monday, June 10, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 3/15/19

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court