```
THOMAS MELONE (pro hac vice)
ALLCO RENEWABLE ENERGY LTD
1740 Broadway, 15th Floor, NY, NY 10019
Telephone: (212) 681-1120
Facsimile: (801) 858-8818
Thomas.Melone@AllcoUS.com
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E Corporation, and Pacific Gas and Electric Company<br><br>Debtor(s). | Case No. 19-30088 (DM)<br>Chapter 11<br><br>APPLICATION FOR ADMISSION OF ATTORNEY<br>*PRO HAC VICE* |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, __Thomas Melone__, an active member in good standing of the bar of __Florida__, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing __Allco Finance Limited & subsidiaries__ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
   Jaime Touchstone, Futterman Dupree Dodd Croley Maier LLP
   601 Montgomery Street, Suite 333
   San Francisco, CA 94111    Telephone: (415) 399-3840.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/18/2019

Thomas Melone



# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon     )      In Re:  0123049
                                  Thomas Michael Melone
                                  Thomas Melone
                                  9 Boiling Spring Rd
                                  Ho Ho Kus, NJ 07423-1302

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **July 23, 2016**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this <u>6th</u> day of  **March**, **2019**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-36724

