**HOGAN LOVELLS US LLP**
Erin N. Brady (CA 215038)
erin.brady@hoganlovells.com
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601

– and –

M. Hampton Foushee (*pro hac vice* pending)
hampton.foushee@hoganlovells.com
875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000
Fax: (212) 918-3100

*Counsel for Party in Interest
esVolta, LP.*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY, | Case No. 19-30088 (Main) Case No. 19-30089 (Jointly Administered) |
| Debtors. | Chapter 11 |
| | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, M. Hampton Foushee, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Bankruptcy Court for the Northern District of California on a *pro hac vice* basis representing esVolta, LP in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

- 1 -

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Erin N. Brady
> erin.brady@hoganlovells.com
> 1999 Avenue of the Stars, Suite 1400
> Los Angeles, California 90067
> Telephone: (310) 785-4600

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 19, 2019                      /s/ M. Hampton Foushee
                                           M. Hampton Foushee

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO, NEW YORK

\\BA - 049926/000001 - 798434 v2