# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__MATTHEW HAMPTON FOUSHEE__, Bar # __MF8586__

was duly admitted to practice in the Court on

__February 02, 2016__

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.  New York, New York

On __March 19, 2019__

Ruby J. Krajick
Clerk of Court

By _____
Deputy Clerk