

THOMAS MELONE (pro hac vice)
ALLCO RENEWABLE ENERGY LTD
1740 Broadway, 15th Floor
NY, NY 10019
Telephone: (212) 681-1120
Facsimile: (801) 858-8818
Thomas.Melone@AllcoUS.com

**Signed and Filed: March 19, 2019**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re **PG&E Corporation, and Pacific Gas and Electric Company**

Debtor(s).

Case No. **19-30088 (DM)**

Chapter **11**

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Thomas Melone**, whose business address and telephone number is **ALLCO RENEWABLE ENERGY LTD, 1740 Broadway, 15th Floor, NY, NY 10019, Telephone: (212) 681-1120**

and who is an active member in good standing of the bar of **Florida** having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **Allco Finance Limited & subsidiaries.**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**