Nathan Q. Rugg ( Illinois State Bar No. 6272969)
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, Illinois 60606
Telephone: 312-984-3127
Facsimile: 312-984-3150
E-mail: nathan.rugg@bfkn.com

Attorney for Adler Tank Rental and Mobile Modular

Signed and Filed: March 19, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re **PG&E Corporation and Pacific Gas and Electric Company**,

Debtor(s).

Case No. **19-30088 (DM)**

Chapter **11**

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Nathan Q. Rugg**, whose business address and telephone number is **Barack Ferrazzano Kirschbaum & Nagelberg LLP, 200 West Madison Street, Suite 3900, Chicago, Illinois 60606**

and who is an active member in good standing of the bar of **Illinois** having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **Adler Tank Rental and Mobile Modular**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**