**Entered on Docket**
March 19, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**HOGAN LOVELLS US LLP**
Erin N. Brady (CA 215038)
erin.brady@hoganlovells.com
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601

Signed and Filed: March 19, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

– and –

M. Hampton Foushee (*pro hac vice* pending)
(NY-5329859)
hampton.foushee@hoganlovells.com
875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000
Fax: (212) 918-3100

*Counsel for Party in Interest
esVolta, LP.*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088 (Main)<br>Case No. 19-30089 (Jointly Administered)<br><br>Chapter 11 |

### ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Matthew Hampton Foushee, Esq. whose business address and telephone number is Hogan Lovells US LLP, 875 Third Avenue, New York, New York 10022, Tel: 212-918-3000, and who is an active member in good standing of the bars of State of New York and the U.S. District Court for the Southern District of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing party in interest esVolta, LP,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac vice*.  Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party.  All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**