**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Proposed Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors**.<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☑  Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**STIPULATION BETWEEN DEBTORS AND ESC LOCAL 20 EXTENDING TIME TO RESPOND TO MOTION TO APPROVE SHORT-TERM INCENTIVE PLAN AND CONTINUING HEARING ON LIMITED OBJECTION TO EMPLOYEE WAGE AND BENEFITS MOTION**<br><br>[No Hearing Requested] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

This stipulation and agreement for order ("**Stipulation and Agreement for Order**") is entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), on the one hand, and the Engineers and Scientists of California, International Federation of Professional and Technical Engineers Local 20 ("**ESC Local 20**") on the other. The Debtors and ESC Local 20 are referred to in this Stipulation and Agreement for Order collectively as the "**Parties**," and each as a "**Party**." The Parties hereby stipulate and agree as follows:

## RECITALS

A. On February 28, 2019, the Bankruptcy Court approved a final order [Dkt No. 705] (the "**Final Employee Wage and Benefits Order**") granting the relief in the *Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507 and Fed. R. Bankr. P. 6003 and 6004 for Interim and Final Authority to (I) Pay Prepetition Wages, Salaries, Withholding Obligations, and Other Compensation and Benefits; (II) Maintain Employee Benefits Programs; and (III) Pay Related Administrative Obligations* [Dkt No. 8] (the "**Employee Wage and Benefits Motion**").

B. Pursuant to Paragraph 11 of the Final Employee Wage and Benefits Order, ESC Local 20's objection (the "**Employee Wage and Benefits Objection**"), as it relates to STIP Awards (as defined in the Employee Wage and Benefits Motion) solely for members of ESC Local 20, was preserved and scheduled to be heard at the hearing before the Bankruptcy Court on March 13, 2019, at 9:30 a.m. (Pacific Time), which hearing date was further continued to March 27, 2019, at 9:30 a.m. (Pacific Time) pursuant to the *Notice of Continued Hearing on Limited Objection to Employee Wages and Benefits Motion* filed by the Debtors [Dkt No. 798].

C. On March 6, 2019, the Debtors filed the *Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order Approving (I) Short-Term Incentive Plan and (II) Granting Related Relief* [Dkt No. 782] (the "**STIP Motion**"), which is set for a hearing before the Court at 9:30 a.m. on April 9, 2019. Any response or opposition to the STIP Motion is due by 4:00 p.m. (Pacific Time) March 20, 2019.

D. Counsel for ESC Local 20 has requested, and proposed counsel for the Debtors has agreed, that the time for ESC Local 20 to respond to the STIP Motion be further extended.

E. Proposed counsel for the Debtors has proposed, and counsel for ESC Local 20 has agreed, that the hearing on the Employee Wage and Benefits Objection, as it relates to STIP Awards (as defined in the Employee Wage and Benefits Motion) solely for members of ESC Local 20, be continued and preserved, pending the outcome of the hearing on the STIP Motion.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. The time for ESC Local 20 to file and serve any response or opposition to the STIP Motion is extended through 4:00 p.m. (Pacific Time) on March 28, 2019.

2. The Employee Wage and Benefits Objection of ESC Local 20, as it relates to STIP Awards (as defined in the Employee Wage and Benefits Motion) solely for members of ESC Local 20, will be preserved pending the outcome of the hearing on the STIP Motion.

[*Signatures on next page*]

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Dated: March 19, 2019 | Dated: March 19, 2019 |
|---|---|
| KELLER & BENVENUTTI LLP | WEINBERG, ROGER & ROSENFELD<br>A Professional Corporation |
| /s/ *Jane Kim*<br>Jane Kim | /s/ *Caitlin E. Gray*<br>Caitlin E. Gray |
| *Proposed Attorneys for Debtors and Debtors in Possession* | *Attorneys for Creditor Engineers and Scientists of California, Local 20, IFPTE* |