# United States Bankruptcy Court

## For the Northern District of California

<u>In re Pg&e Corporation , Case No. 19-30088</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).

Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>CRG Financial LLC</u> | <u>Arro Mark Co Llc</u> |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim# (if known): |
| | Amount of Claim: |
| CRG Financial LLC | Scheduled:      $3,528.00- Pacific Gas and Electric Company |
| 100 Union Ave | Proofs of Claim: |
| Cresskill, NJ 07626 | Date Claim Filed: |
| | |
| Phone: (201) 266-6988 | Phone: |
| Last Four Digits of Acct#:_____ | Last Four Digits of Acct#:_____ |
| | |
| Name and Address where Transferee payments should be sent (if different from above); SAME AS ABOVE | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:<u>/s/ Allison R. Axenrod</u>     Date: <u>03/20/2019</u>

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (10/06)

# United States Bankruptcy Court

## For the Northern District of California

<u>In re Pg&e Corporation , Case No. 19-30088</u>

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _____ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/20/2019.

| <u>CRG Financial LLC</u> | <u>Arro Mark Co Llc</u> |
|---|---|
| Name of Alleged Transferee | Name of Transferor |

| <u>100 Union Avenue, Cresskill, NJ 07626</u> | <u>158 W Forest Ave , , Englewood , NJ 07631</u> |
|---|---|
| Address of Alleged Transferee | Address of Transferor |

## ~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

**CLERK OF THE COURT**

**NOTICE OF TRANSFER AND WAIVER**

Arro Mark Co Llc ("Seller"), sells, transfers and assigns unto CRG Financial LLC, with an address at 100 Union Avenue, Cresskill, NJ 07626, its successors and assigns ("Purchaser"), pursuant to the terms of a Claim Purchase Agreement between Seller and Purchaser (the "Agreement"), all of Seller's right, title and interest in, to and under Seller's Claim (as defined in the Agreement) against Pg&e Corporation or any of its co-debtor subsidiaries or affiliates (the "Debtor"), representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, Northern District of California, jointly administered as Case No. 19-30088, including any amount owed as a cure with respect to a contract assumption.

Seller hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

IN WITNESS WHEREOF, Seller has signed below as of 03/04/2019.

By: /s/ George Pappageorge
    Signature

  George Pappageorge
Print Name/Title
Arro Mark Co Llc

IN WITNESS WHEREOF, Purchaser has signed below as of Thursday, March 14, 2019.

By: /s/ Robert Axenrod
Robert M. Axenrod, CRG Financial LLC