# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Sebastian V. Higgins, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On March 15, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Transcript Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, attached hereto as **Exhibit B**.

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 20th day of March 2019, at New York, NY.

SEBASTIAN V. HIGGINS

**Exhibit A**

# Exhibit A
## Transcript Notice Parties Service List
### Served via First Class Mail

| Name | Address1 | Address2 | City | State | PostalCode |
|---|---|---|---|---|---|
| Cecily A. Dumas. Esq. | Baker & Hostetler LLP | 11601 Wilshire Blvd., #1400 | Los Angeles | CA | 90025-0509 |
| Howard M. Levine | Law Offices of Sussman and Shank | 1000 SW Broadway #1400 | Portland | OR | 97205-3089 |
| Matthew Goren | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York | NY | 10153-0119 |
| Paul H. Zumbro | Cravath, Swaine & Moore LLP | 85 Eighth Avenue | New York | NY | 10011-5134 |
| Sander L. Esserman | Stutzman, Bromberg, Esserman & Plifka | 2323 Bryan St. #2200 | Dallas | TX | 75201-2689 |
| Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York | NY | 10153-0119 |
| Timothy S. Laffredi | Office of the United States Trustee | 280 South First St., Room 268 | San Jose | CA | 95113-3000 |

## Exhibit B

Case: 19-30088    Doc# 972    Filed: 03/20/19    Entered: 03/20/19 12:49:18    Page 4 of 5

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| **In re Debtor(s):**<br><br>PG&E Corporation and Pacific Gas and Electric Company | Case No.: 19–30088 DM 11<br>Chapter: 11 |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on March 13, 2019 was filed on March 14, 2019. The following deadlines apply:

The parties have until Thursday, March 21, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Thursday, April 4, 2019.

If a request for redaction is filed, the redacted transcript is due Monday, April 15, 2019.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Wednesday, June 12, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 3/18/19           For the Court:

                         Edward J. Emmons
                         Clerk of Court
                         United States Bankruptcy Court