HOGAN LOVELLS US LLP
Erin N. Brady (CA 215038)
erin.brady@hoganlovells.com
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601

– and –

M. Hampton Foushee (*pro hac vice*)
hampton.foushee@hoganlovells.com
875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000
Fax: (212) 918-3100

*Counsel for Parties-in-Interest*
*esVolta, LP and Hummingbird Energy Storage, LLC*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088 (Main)<br><br>Case No. 19-30089 (Jointly Administered)<br><br>Chapter Number: 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS** |

PLEASE TAKE NOTICE that, pursuant to rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and sections 1102(1) and 1109(b) of title 11 of the United States Code, the undersigned attorneys appear as counsel in the above-captioned bankruptcy cases ("Chapter 11 Cases") on behalf of parties-in-interest esVolta, LP, and its subsidiary Hummingbird Energy Storage, LLC (collectively, "esVolta Interested Parties"), and request that all notices given or required to be given in connection with the Chapter 11 Cases, and all papers served or required to be served in connection therewith, be given and served upon:

- 1 -

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

\\BA - 049926/000001 - 805473 V2

Erin N. Brady (CA 215038)
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
Email: erin.brady@hoganlovells.com

M. Hampton Foushee (*pro hac vice*)
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
Email: hampton.foushee@hoganlovells.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order, or any other paper filed in the Chapter 11 Cases, whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telecopy or otherwise.

PLEASE TAKE FURTHER NOTICE that the undersigned requests that the Debtors and the Clerk of the Court place the foregoing names and addresses on any mailing matrix or list of creditors existing or to be prepared in these Chapter 11 Cases.

This Notice of Appearance and Request for Service of Documents shall not be deemed or construed to be a waiver of (i) the esVolta Interested Parties' right to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (ii) the esVolta Interested Parties' right to trial by jury in any proceedings so triable in this case or in any case, controversy, or proceeding related hereto; (iii) the esVolta Interested Parties' right to have a United States District Court withdraw the reference in any proceeding subject to mandatory or discretionary withdrawal; or (iv) the esVolta Interested Parties' rights, claims, actions, defenses, setoffs, or recoupments to which each of the esVolta Interested Parties is or may be entitled under agreements, in law or in equity, all of which rights, claims, defenses, setoffs and recoupments

each of the esVolta Interested Parties expressly reserves.

Dated: March 20, 2019

HOGAN LOVELLS US LLP

By: */s/ Erin N. Brady*
Erin N. Brady (CA 215038)
erin.brady@hoganlovells.com
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601

– and –

M. Hampton Foushee (*pro hac vice*)
hampton.foushee@hoganlovells.com
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

**COUNSEL FOR PARTIES-IN-INTEREST ESVOLTA, LP AND HUMMINGBIRD ENERGY STORAGE, LLC**