# EXHIBIT 2

# California Preliminary 20-Day Notice—Public Works

THIS IS NOT A LIEN. THIS NOTICE IS GIVEN PURSUANT TO CALIFORNIA CIVIL CODE SECTION 3098.

**To Public Agency:**
- Name: Pacific Gas & Electric
- Address: 245 Market Street
- City, State, ZIP: San Francisco, CA 94105

**To Original Contractor or Reputed Contractor:**
- Name: Roebbelen Contracting, Inc
- Address: 1241 Hawks Flight Court
- City, State, ZIP: El Dorado Hills, CA 95762

**To 1st Tier Subcontractor (if applicable):**
- Name:
- Address:
- City, State, ZIP:

**You are hereby notified that:**
- Name: New West Partitions
- Address: 2550 Sutterville Road
- City, State, ZIP: Sacramento, CA 95820

**Has furnished or will furnish labor, services, equipment or material of the following general description:**
- Description: Metal stud framing, drywall, and taping.

**For the building, structure or other work of improvement located at:**
- Address: 1030 Detroit Avenue
- City, State, ZIP: Concord, CA 94520
- Description: PG&E Concord Building B Service Center Refresh - Job No. 21-18-329

**The person or firm who contracted for the purchase of such labor, services, equipment or material is:**
- Name:
- Address:
- City, State, ZIP:

**An estimate of the total price of labor, services, equipment or material furnished or to be furnished is:**
- Amount: $ 83,200

The labor, services, equipment or materials was furnished or will be furnished from **November 2018** (DATE) to **Ongoing** (DATE), or is still being furnished.

| | | | |
|---|---|---|---|
| Date: | 10/30/2018 | Signature: | *(signed) Rachel Ernst* |
| Company Name: | New West Partitions | Title: | Assistant Project Manager |
| Contractor's Lic No: | 723392 | Address: | 2550 Sutterville Road |
| Telephone Number: | 916-456-8365 | City, State, ZIP: | Sacramento, CA 95820 |

## Proof of Service Affidavit

I, **Rachel Ernst**, declare that I served copies of the above *California Preliminary 20-Day Notice—Public Works* by First Class Certified or Registered Mail service, postage prepaid, on the Public Entity, the Original Contractor, and where applicable the 1st Tier Subcontractor, at the addresses shown above, on **October 30, 2018** (DATE).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed at Sacramento, California, on **October 30, 2018** (DATE).

*(signed) Rachel Ernst*
(SIGNATURE OF PERSON MAKING SERVICE)

# California Preliminary 20-Day Notice—Public Works
THIS IS NOT A LIEN. THIS NOTICE IS GIVEN PURSUANT TO CALIFORNIA CIVIL CODE SECTION 3098.

**To Public Agency:**
- Name: Pacific Gas & Electric
- Address: 245 Market Street
- City, State, ZIP: San Francisco, CA 94105

**To Original Contractor or Reputed Contractor:**
- Name: Roebbelen Contracting, Inc
- Address: 1241 Hawks Flight Court
- City, State, ZIP: El Dorado Hills, CA 95762

**To 1st Tier Subcontractor (if applicable):**

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT** (Domestic Mail Only)
- 7015 0920 0001 7617 8110
- Sent To: Pacific Gas and Electric
- Street: 245 Market Street
- City, State: San Francisco, CA
- Total Postage & Fees: $6.19

**PS Form 3811 — Domestic Return Receipt**
- 1. Article Addressed to: Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105
- Job #18068
- A. Signature: [signature] — Agent
- B. Received by (Printed Name): Awero M
- C. Date of Delivery: NOV 05 2018
- Service Type: Certified Mail, Return Receipt for Merchandise
- 2. Article Number: 7015 0920 0001 7617 8110

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT** (Domestic Mail Only)
- 7015 0920 0001 7617 8103
- Sent To: Roebbelen Contracting
- Street: 1241 Hawks Flight Ct
- City, State: El Dorado Hills, CA
- Total Postage & Fees: $6.74

**PS Form 3811 — Domestic Return Receipt**
- 1. Article Addressed to: Roebbelen Contracting, Inc, 1241 Hawks Flight Ct., El Dorado Hills, CA 95762
- Job #18068
- A. Signature: [signature]
- Service Type: Certified Mail, Return Receipt for Merchandise
- 2. Article Number: 7015 0920 0001 7617 8103

---

I declare under penalty of perjury under t___
Signed at Sacramento, California, on _____
(DATE)

[signature]
(SIGNATURE OF PERSON MAKING SERVICE)