# EXHIBIT 3

Case: 19-30088    Doc# 975-3    Filed: 03/20/19    Entered: 03/20/19 13:26:51    Page 1 of 5

Recording requested by (name):
NEW WEST PARTITIONS

When recorded, mail to (name and address):
NEW WEST PARTITIONS

2550 SUTTERVILLE RD.

SACRAMENTO, CA 95820

02/28/2019, 2019002759B

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

Declaration of Exemption From Gov't Code § 27388.1 Fee
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1. NEW WEST PARTITIONS ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of CONTRA COSTA, State of California, and more particularly described as (address and/or sufficient description): PG&E CONCORD BUILDING B SERVICE CENTER REFRESH 1030 DETROIT AVE., CONCORD, CA 94520

2. After deducting all just credits and offsets, the sum of $80,704.00, together with interest at the rate of 10% per annum from 11/01/2018 (date when balance became due), is due claimant for the following labor, materials, services, or equipment:
METAL STUD FRAMING, DRYWALL, TAPING

3. Claimant furnished the labor or services or equipment or materials, at the request of
ROEBBELEN CONTRACTING, INC. (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
PACIFIC GAS AND ELECTRIC, 7245 MARKET ST., SAN FRANCISCO, CA

5. Claimant's address is: 2550 SUTTERVILLE, CA 95820

Dated 02/28/2019

(Signature) New West Partitions
Scott Fong, Secretary

## VERIFICATION

I, SCOTT FONG, am the: SECRETARY ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 02/28/2019

(Signature) New West Partitions
Scott Fong, Secretary

# NOTICE OF MECHANICS LIEN CLAIM
## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
### California Civil Code section 8416

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

### PROOF OF SERVICE AFFIDAVIT (ON OWNER)
### California Civil Code section 8416(a)(7) and (c)(1)

I, MARLA MILLER (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: ROEBBELEN CONTRACTING, INC., ROBERT KJOME

Title or capacity of person served (if appropriate): SECRETARY

Service address: 1241 HAWKS FLIGHT COURT, EL DORADO HILLS, CA 95762

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on FEB 28TH, 20 19 (date) at SACRAMENTO (city), CA (county), California.

By: _(signed) Marla Miller_
(Signature of person making service)

### ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)

### California Civil Code Section 8416(a)(7) and (c)(2)

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c)(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on _____, 20____ (date) at _____ (city), _____ (county), California.

By: _____
(Signature of person making service)

## PROOF OF SERVICE AFFIDAVIT
### California Civil Code section 8416

    Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

### PROOF OF SERVICE AFFIDAVIT (ON OWNER)
### California Civil Code section 8416(a)(7) and (c)(1)

I, MARLA MILLER (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: PACIFIC GAS AND ELECTRIC, LINDA Y.H. CHENG

Title or capacity of person served (if appropriate): SECRETARY

Service address: 77 BEALE STREET, 32ND FLOOR, SAN FRANCISCO, CA 94105

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on FEB 28TH, 20 19 (date) at SACRAMENTO (city), CA (county), California.

By: _____
(Signature of person making service)

### ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)

### California Civil Code Section 8416(a)(7) and (c)(2)

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c)(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on _____, 20____ (date) at _____ (city), _____ (county), California.

By: _____
(Signature of person making service)