# EXHIBIT 4

Case: 19-30088    Doc# 975-4    Filed: 03/20/19    Entered: 03/20/19 13:26:51    Page 1 of 37



October 4, 2017
Item No. 04
Bid Package #17

PG&E Livermore Substation Training Facility
Turner Project #171231
Framing & Gypsum Board

Revised 11/15/17 with underline or strikethrough
Revised 1/19/18 with double underline or double strikethrough

Attachment B – Scope of Work

5.1     <u>SCOPE OF WORK</u>:     FRAMING & GYPSUM BOARD

    a.     **General Scope of Work:** The Work of this Agreement shall include but shall not be limited to the engineering, design, supervision, labor, equipment, tools, material, supplies, incidentals, scaffolding, cranes, operations and activities required by the Contract Documents or reasonably inferable by Subcontractor as necessary to produce the results intended by the Contract Documents. Work will be performed in a safe, expeditious, orderly, and workmanlike manner, in the best manner known to each respective trade, in compliance with all applicable codes and as permitted by all Authorities Having Jurisdiction (AHJ).

    b.     **Specific Contract Documents**: This Scope of Work includes <u>ALL</u> work within the following Specification Sections.

| Spec Section | Description |
|---|---|
| Division 01 | General Requirements |
| 07 21 00 | Thermal Insulation |
| <u>05 40 00</u> | <u>Cold-Formed Metal Framing</u> |
| 07 24 13 | Polymer-Based Exterior Insulation and Finish System |
| 07 25 00 | Weather Barriers |
| 07 84 00 | Firestopping |
| 09 22 16 | Non-Structural Metal Framing |
| 09 29 00 | Gypsum Board |

    c.     The Specification Sections listed below contain specific work that is included as related to the scope of Work in this bid package. Other Sections may apply and the Subcontractor shall review all Specification Sections accordingly for work required to provide a complete system, and for coordination with other work.

| Spec Section | Description |
|---|---|
| 07 62 00 | Sheet Metal Flashing and Trim |
| 07 92 00 | Joint Sealants |
| 08 31 13 | Access Doors and Frames |
| | |

    d.     The specific and standard inclusions listed below are intended to clarify and shall not limit in any way the responsibility for the Work included in the Specification Sections above.

    e.     Certain aspects and/or components of Subcontractor's work may be performance-based (e.g. the work shall be engineered by Subcontractor or Subcontractor's engineer to perform in accordance with the Contract Documents – where indicated). If this is the case, Subcontractor shall engineer/design all components and connections as required to install the Work in accordance with manufacturer's warranty provisions. Components not shown on the Contract Documents, and required to effect completion of the Work, are included in Subcontractor's scope. Subcontractor shall submit said components for Architect's review and coordination with contiguous work.



PG&E Livermore Substation Training Facility
Turner Project #171231
Framing & Gypsum Board

~~October 4, 2017~~
Item No. 04
Bid Package #17
Revised 11/15/17 with <u>underline</u> or ~~strikethrough~~
Revised 1/19/18 with <u>double underline</u> or ~~double strikethrough~~

Attachment B – Scope of Work

**5.2** <u>SPECIFIC INCLUSIONS:</u>

<u>Metal Framing/Gypsum Board:</u>

a. Provide all non-structural metal framing and gypsum board as noted in the Contract Documents, including items that are not necessarily shown on the contract drawings but are required for installation of a complete system. If there are incomplete details for this scope of work, please bring to Turner's attention for clarification. Scope of work includes (exterior metal stud framing, interior metal stud framing, supports, bracing, furring, metal backing, gypsum board, shaft wall assemblies, backing boards and underlayment's, joint taping, and finishing, backing, acoustical

b. All of the provisions in this section also apply to the PGE Livermore –Main Existing Building drawing set.

c. Provide all required engineering for all non-structural framing systems including the engineering required at exterior finish systems that attach directly or indirectly to the exterior framing system. Include coordination with other subcontractors.

d. Provide mockups for required wall finishes to establish quality and expectations.

e. Provide all exterior metal stud framing and sheathing per contract documents.

f. Take note of FM assembly requirements at exterior wall. This contractor shall provide complete exterior wall system with exception of architectural metal panels. Take note of stud GA sizing and water resistant gyp sheathing board requirements.

g. Include all membrane flashing, fluid and air barrier, and vapor retarder. Include the lapping and coordination of the air barrier and membrane flashing.

h. Provide all scaffolding and access to elevated work as required for this scope of work.

i. Include recycling and waste dumpster costs for this Subcontractor's work.

j. Include framing around all wall penetrations.

k. Provide supports and/or bracing for partial height walls.

l. Include mildew resistant gypsum wall board at both sides of all plumbing walls.

m. Coordinate installation of gypsum board walls in Electrical Rooms with Turner's Superintendent.

n. Provide acoustical and fire caulking where required at head & foot of wall including mineral wool/batt insulation & sprayed applied sealants. Submit for approval UL listed assemblies for each condition.

o. This contractor shall provide fire stopping/caulking at all required locations including other contractors work. Include in base bid (2) "passes" at entire building to meet this requirement. Contractor shall coordinate schedule of this work with Turner Superintendent, assume dedicated crew to perform this scope.

| see Y on 24 | p. Include installation of (30) access panels, provided by others. |

q. All gauge metal framing for sound-rated gypsum board ceilings and soffits. Stud gauge, spacing, bracing, brackets, tracks, clips, screws, bolts, and stiffening channels to be per plans and specifications and stud manufacturer standards as required to achieve required sound transmission control ratings.

r. Coordinate with Structural Steel (Roof Access Ladder), Carpentry, Millwork, Misc. Specialties such as Window Shades, Mechanical, Plumbing, Electrical, Furniture, and Audio-Visual Subcontractors to ensure all backing for millwork, toilet partitions and accessories, wall



October 4, 2017
Item No. 04
Bid Package #17

PG&E Livermore Substation Training Facility
Turner Project #171231
Framing & Gypsum Board

Revised 11/15/17 with underline or strikethrough
Revised 1/19/18 with double underline or double strikethrough

Attachment B – Scope of Work

mounted hardware, fire extinguisher cabinets, projection screens, hand railings, guardrails, handicapped grab bars, etc. are located, quantified and ready for construction. This Subcontractor will provide all materials and install all backing.

s.  Include furring of existing columns as shown in the drawings in the Main Existing Building (MEB).

Insulation

t.  Provide all material, labor, equipment and services necessary to completely install all Insulation, accessories and other related items to complete the Project as indicated by contract drawings and specifications.

u.  Provide sealant as it pertains to your trade including acoustical sealant and/or caulking. This includes acoustical sealant under bottom tracks as shown in contract documents.

v.  Provide all required clips, wire, mounting devices or other attachment requirements necessary to adequately attach the insulation to its intended surface, be it structure or exterior wall.

w.  Provide thermal wall blanket insulation, sound insulation, and acoustical blanket per contract drawings and specifications.

x.  Provide all materials, labor, equipment and services necessary to completely install all firestopping materials per contract documents.

Sealants

y.  Provide all materials, labor, equipment and services necessary to completely install all joint sealant materials per contract documents.

z.  Install sealants at gypsum board metal accessories and control joints and as shown per the contract documents.

aa. Provide all caulking to provide a positive barrier against the penetration of air and moisture at joints between items where caulking is essential to the integrity of the barrier or to finish construction.

bb. Caulking will normally be performed under work of various sections of the plans and specifications but shall be performed in strict accordance with the provisions of the documents and specifications provided to the Subcontractor.

cc. Provide caulking as shown on the drawings; plaster to plaster, plaster to flashing, drywall to concrete, plaster to contiguous surfaces.

EIFS

dd. Provide all material, labor, equipment and services necessary to completely install EIFS materials, accessories and other items necessary to complete the project as indicated by the Contract Documents.

ee. EIFS should include a means of drainage applied over the water-resistant barrier, whether shown or specified, or not.

ff.  Contractor shall responsible for protection of adjacent existing work. All areas adjacent to work shall be left in same condition as received.

gg. Provide mock ups as required by contract specifications. Mock ups shall be at exterior wall assemblies and shall integrate all other related work assemblies, including but not limited to,



October 4, 2017
Item No. 04
Bid Package #17
Revised 11/15/17 with underline or strikethrough
Revised 1/19/18 with double underline or double strikethrough

PG&E Livermore Substation Training Facility
Turner Project #171231
Framing & Gypsum Board

Attachment B – Scope of Work

each type of wall openings, wall/eave interface, wall sill, parapet cap, various type of penetrations, materials transitions and shall be representative of the intended end-use configuration. Refer to specifications for more information on mock-up requirements.

hh. Provide and install a coordinated full size mock up as directed by Turner and design team. This subcontractor is to coordinate with Turner and all other exterior assembly subcontractors. This subcontractor is to include the cost of removal and off haul of their scope after AHJ approval. Shop Drawings are to be submitted and approved prior to the mockup installation.

ii. Provide a complete Scaffolding System as necessary to complete the installation of all work included in this subcontract. Include additional safety accessories such as toe boards. Scaffolding will be tied to the building and this Subcontractor will be responsible for patch back of holes after removal of scaffolding.

jj. Include all flashings running underneath the plaster, plaster accessories and sealant as detailed per contract documents. Coordinate installation of flashing and counter flashing with the Glass/Glazing, roofing and sheet metal subcontractors.

kk. Include patching of plaster at new Front Entrance vestibule and new Rear Entrance vestibule.

ll. Include all patching of MEB plaster per the drawings.

## 5.3 STANDARD INCLUSIONS:

a. As it relates to this scope of work, wherever the Contract Documents refer to CM, CM at Risk, Construction Manager at Risk, or Contractor, it is in reference to the Subcontractor performing this scope of work.

b. The Subcontractor has thoroughly reviewed the construction documents and acknowledges that care and coordination will be required to coordinate the work with all other trades. No additional cost shall be claimed by or paid to the Subcontractor for reasonable and normal adjustments resulting from the coordination of its work with that of other trades. Reasonable and normal shall be as determined by Turner Construction.

c. No additional cost shall be claimed or paid for elements not sized on the drawings so long as the eventual sizing is reasonable for the design as intended.

d. If there is an inconsistency in the work shown on the contract documents, i.e. civil/architectural vs. that shown on the details, assume the drawing showing the greater scope of work to be correct.

e. It is the Subcontractor's responsibility to address any questions for items shown on the contract drawings, reports, and specifications prior to bid. Any questions regarding the designs as shown on the contract documents, asked after the awarding of a contract, will be the responsibility of the Subcontractor.

f. Subcontractor shall visit site prior to bid and familiarize themselves with the existing conditions.

g. This Subcontractor shall provide all layout, and field engineering required for the performance of this work, including protection of reference points and replacement of such points that are lost or damaged during the execution of this work.

h. Obtain approval by Structural Engineer of Record prior to making any penetrations or modifications of structural building components. All work to make penetrations required for this system is by this Subcontractor.



**PG&E Livermore Substation Training Facility**
**Turner Project #171231**
**Framing & Gypsum Board**

~~October 4, 2017~~
Item No. 04
Bid Package #17
Revised 11/15/17 with underline or ~~strikethrough~~
Revised 1/19/18 with <u>double underline</u> or ~~double strikethrough~~

---

**Attachment B – Scope of Work**

i.   Subcontractor is responsible for repairing any damages caused by their crews and equipment. All requirements and services identified in the Subcontractor Procedures Manual are part of these documents (permits, labor, EEO, temporary power, temporary water, storage, line and grade, hoists, safety, etc.).

j.   Shop drawings are to provide detailed information to the reviewer that materials and installation will conform to the project design. Shop drawings are to include adequate placing information including key plans, plan views, sections, elevations, dimensions, clearances, and other details as required for the proper installation of all materials. Coordinate shop drawings and details with Turner's project schedule & work sequencing.

k.   Coordinate with all other trades as required for special locations and point of connections for this scope of work.

l.   Coordinate all deliveries with the Turner Superintendent and comply with local governing agencies regarding delivery times and routes.

m.   Include off-hours stocking if required by Turner.

n.   Provide (furnish and install, typical) all material deliveries bundled, tagged, and sequenced for off-loading to match project schedule and sequencing as provided by Turner.

o.   All material tags are to be of a permanent nature that will weather job site conditions.

p.   Provide unloading and hoisting of own materials as required.

q.   Provide weather protection as needed to proceed with this scope of work and maintain project schedule.

r.   Provide all interior gypsum board assemblies, including metal studs, metal furring, gypsum board, taping, sanding and necessary finishing required in contract documents.

s.   Provide all layout necessary to complete all framing for metal stud walls and ceilings. This Subcontractor will layout all walls to ensure the architectural dimensions "close". Review with Turner for final sign-off prior to proceeding with any wall framing.

t.   Provide all gypsum board shaft assemblies at all chases, shafts, elevator shafts, etc. Include all soffit, ceiling, and interface work with the elevator installation.

u.   Provide cut-outs in gypsum ceiling systems for lights, alarm/detectors, access panels, sprinkler heads, registers, grilles, etc. as shown or required. Include coordination with other Subcontractors.

v.   Provide in-wall backing for all items mounted on the gypsum board wall assemblies and ceilings. Include coordination with Turner and the Subcontractors requiring backing to be installed for their work. This includes but is not limited to casework, mirrors, window coverings, toilet accessories, audio visual equipment, etc.

w.   Provide repair of fireproofing for any attachments made to structure after application of fireproofing system by others.

x.   Provide all firestopping integral to gypsum board assemblies as required by contract documents including but not limited to head-of-wall conditions and structural penetrations.

y.   Provide access doors indicated on the Architectural drawings. All other access doors will be furnished by other Subcontractors (plumbing, mechanical, electrical, etc.) and installed by this Subcontractor. Include coordination for location of the access doors with Turner and other Subcontractors.

30

z.   Buildings have exposed concrete floors or stained floors, this Trade Contractor shall not mark exposed floors for layout or during construction, and will clean and remove any marks from equipment, drywall and any marks caused by the Subcontractor.

Case: 19-30088   Doc# 975-4   Filed: 03/20/19   Entered: 03/20/19 13:26:51   Page 6



**PG&E Livermore Substation Training Facility**
**Turner Project #171231**
**Framing & Gypsum Board**

October 4, 2017
**Item No. 04**
**Bid Package #17**
Revised 11/15/17 with underline or ~~strikethrough~~
Revised 1/19/18 with <u>double underline</u> or ~~double strikethrough~~

**Attachment B – Scope of Work**

aa. Normal project working hours will be 7:00 a.m. – 3:30 p.m., no noisy work shall occur prior to 7:00 a.m. Additional working hours to be coordinated with Turner

bb. All submittals for this scope of work shall be submitted to Turner no later than (15) days following award of contract.

cc. PG&E requires all subcontractors provide Medium Risk Services and/or High Risk Services (most projects) to subscribe to ISNetworld and complete the PG&E pre-qualification requirements. There are subscription costs associated with this requirement, subcontractor is responsible for subscription costs. Please include in your proposal. PG&E will require all safety criteria be in compliance and that you maintain an ISNetworld grade of B or higher in accordance with PG&E's standards.

**5.4** <u>VIRTUAL DESIGN & CONSTRUCTION – BUILDING INFORMATION MODELING (BIM):</u>

a. See Attachment B, Part 1-4 and Subcontractors Procedures Manual for requirements.

**5.5** <u>EXCLUSIONS:</u>

**5.6** <u>UNIT PRICES:</u>

a. The Subcontractor will provide the following unit prices in accordance with 5a - c for work performed in accordance in accordance with Article IX of the Subcontract. The rates are **inclusive** of labor, fringe benefits, materials, tools, equipment, plant, supplies, samples, shop drawings, layout, handling, storage, hoisting, distribution, protection, transportation, supervision, contributions, coordination, compliance with all requirements of any applicable governmental agency, overhead and profit, **exclusive** of all onsite insurance if project insurance is a CCIP or OCIP or **inclusive** of all onsite insurance if not a CCIP or OCIP, and shall be valid for the duration of the project. Subcontractor shall accept the unit prices for changes to the Work as noted in Subcontractor's completed bid form. Provide unit prices on the Bid Package Bid Form. Provide unit pricing for adding or deducting whole units of work. Any changes to the Contract Sum will be based on the net amount of adds or deducts. Unit costs listed are solely for calculating costs associated with changes to work in the Contract Documents.

| | | | | |
|---|---|---|---|---|
| UP1 | Installation of Access Panels | ADD/DEDUCT | $ | / ea |
| UP2 | | ADD/DEDUCT | $ | / ea |

b. <u>This subcontractor will provide the following labor rates in accordance with 5a and b for work performed in accordance with article IX of the subcontract. The rates are exclusive of all insurance, overhead and profit and shall be valid for the duration of the project.</u>

<u>Framing and Gyp Board</u>

| | Straight Time | Overtime | Double |
|---|---|---|---|
| Journeyman | $ | $ | $ |
| Foreman | $ | $ | $ |

Case: 19-30088   Doc# 975-4   Filed: 03/20/19   Entered: 03/20/19 13:26:51   Page 7



October 4, 2017
Item No. 04
Bid Package #17
Revised 11/15/17 with underline or strikethrough
Revised 1/19/18 with double underline or double strikethrough

PG&E Livermore Substation Training Facility
Turner Project #171231
Framing & Gypsum Board

**Attachment B – Scope of Work**

5.7 **ALTERNATES:**

In accordance with item 5, provide the following Alternate prices **inclusive** of labor, fringe benefits, materials, tools, equipment, plant, supplies, samples, shop drawings, layout, handling, storage, hoisting, distribution, protection, transportation, supervision, contributions, coordination, compliance with all requirements of any applicable governmental agency, overhead and profit, **exclusive** of all onsite insurance if project insurance is a CCIP or OCIP or **inclusive** of all onsite insurance if not a CCIP or OCIP. Alternate prices are applicable for the duration of the project.

| | | | |
|---|---|---|---|
| AL1 | | ADD/DEDUCT | $ |
| AL2 | | ADD/DEDUCT | $ |

5.7 **SCHEDULE:**

a. All work will be performed in accordance to Item No. 06 Project Schedule dated 09OCT17 (data date).

b. Refer to Item No. 14 – Project Schedule for preliminary project schedule. Base bid pricing is to include all necessary schedule requirements per the project schedule including stacking of work in different sequences. Item No. 14 – Project Schedule is for reference only as a guide to be used for sequencing and durations in the proposal development process. The below additional schedule requirements are mandatory to be included in the base bid and take precedence over the Project Schedule.

c. It will not be acceptable to delay the schedule due to inability to perform work from weather.

d. Item No. 14 – Project Schedule has been provided to establish key project milestones. As construction progress the last planner planning system will be used to collaboratively develop final construction sequences. Refer to Item No. 09- Subcontractor Procedures Manual for further information regarding this requirement.

5.8 **SUBCONTRACT SUMMARY**

| | |
|---|---|
| New Training Building | $ 1,038,200.00 |
| Main Existing Building | $ 225,500.00 |
| | |
| **TOTAL SUBCONTRACT AMOUNT** | **$1,263,700.00** |



PG&E Livermore Substation Training Facility
Turner Project #171231
Framing & Gypsum Board

~~October 4, 2017~~
Item No. 04
Bid Package #17
Revised 11/15/17 with underline or ~~strikethrough~~
Revised 1/19/18 with <u>double underline</u> or ~~double strikethrough~~

---

Attachment B – Scope of Work

5.1     <u>SCOPE OF W</u>ORK:     FRAMING & GYPSUM BOARD

a.     **General Scope of Work:** The Work of this Agreement shall include but shall not be limited to the engineering, design, supervision, labor, equipment, tools, material, supplies, incidentals, scaffolding, cranes, operations and activities required by the Contract Documents or reasonably inferable by Subcontractor as necessary to produce the results intended by the Contract Documents. Work will be performed in a safe, expeditious, orderly, and workmanlike manner, in the best manner known to each respective trade, in compliance with all applicable codes and as permitted by all Authorities Having Jurisdiction (AHJ).

b.     **Specific Contract Documents**: This Scope of Work includes <u>ALL</u> work within the following Specification Sections.

| Spec Section | Description |
|---|---|
| Division 01 | General Requirements |
| 07 21 00 | Thermal Insulation |
| <u>05 40 00</u> | <u>Cold-Formed Metal Framing</u> |
| 07 24 13 | Polymer-Based Exterior Insulation and Finish System |
| 07 25 00 | Weather Barriers |
| 07 84 00 | Firestopping |
| 09 22 16 | Non-Structural Metal Framing |
| 09 29 00 | Gypsum Board |

c.     The Specification Sections listed below contain specific work that is included as related to the scope of Work in this bid package. Other Sections may apply and the Subcontractor shall review all Specification Sections accordingly for work required to provide a complete system, and for coordination with other work.

| Spec Section | Description |
|---|---|
| 07 62 00 | Sheet Metal Flashing and Trim |
| 07 92 00 | Joint Sealants |
| 08 31 13 | Access Doors and Frames |
|  |  |

d.     The specific and standard inclusions listed below are intended to clarify and shall not limit in any way the responsibility for the Work included in the Specification Sections above.

e.     Certain aspects and/or components of Subcontractor's work may be performance-based (e.g. the work shall be engineered by Subcontractor or Subcontractor's engineer to perform in accordance with the Contract Documents – where indicated). If this is the case, Subcontractor shall engineer/design all components and connections as required to install the Work in accordance with manufacturer's warranty provisions. Components not shown on the Contract Documents, and required to effect completion of the Work, are included in Subcontractor's scope. Subcontractor shall submit said components for Architect's review and coordination with contiguous work.



PG&E Livermore Substation Training Facility
Turner Project #171231
Framing & Gypsum Board

October 4, 2017
Item No. 04
Bid Package #17
Revised 11/15/17 with underline or strikethrough
Revised 1/19/18 with double underline or double strikethrough

Attachment B – Scope of Work

5.2    **SPECIFIC INCLUSIONS:**

**Metal Framing/Gypsum Board:**

a.    Provide all non-structural metal framing and gypsum board as noted in the Contract Documents, including items that are not necessarily shown on the contract drawings but are required for installation of a complete system. If there are incomplete details for this scope of work, please bring to Turner's attention for clarification. Scope of work includes (exterior metal stud framing, interior metal stud framing, supports, bracing, furring, metal backing, gypsum board, shaft wall assemblies, backing boards and underlayment's, joint taping, and finishing, backing, acoustical

b.    All of the provisions in this section also apply to the PGE Livermore –Main Existing Building drawing set.

c.    Provide all required engineering for all non-structural framing systems including the engineering required at exterior finish systems that attach directly or indirectly to the exterior framing system.  Include coordination with other subcontractors.

d.    Provide mockups for required wall finishes to establish quality and expectations.

e.    Provide all exterior metal stud framing and sheathing per contract documents.

f.    Take note of FM assembly requirements at exterior wall. This contractor shall provide complete exterior wall system with exception of architectural metal panels. Take note of stud GA sizing and water resistant gyp sheathing board requirements.

g.    Include all membrane flashing, fluid and air barrier, and vapor retarder. Include the lapping and coordination of the air barrier and membrane flashing.

h.    Provide all scaffolding and access to elevated work as required for this scope of work.

i.    Include recycling and waste dumpster costs for this Subcontractor's work.

j.    Include framing around all wall penetrations.

k.    Provide supports and/or bracing for partial height walls.

l.    Include mildew resistant gypsum wall board at both sides of all plumbing walls.

m.    Coordinate installation of gypsum board walls in Electrical Rooms with Turner's Superintendent.

n.    Provide acoustical and fire caulking where required at head & foot of wall including mineral wool/batt insulation & sprayed applied sealants. Submit for approval UL listed assemblies for each condition.

o.    This contractor shall provide fire stopping/caulking at all required locations including other contractors work. Include in base bid (2) "passes" at entire building to meet this requirement. Contractor shall coordinate schedule of this work with Turner Superintendent, assume dedicated crew to perform this scope.

p.    Include installation of (30) access panels, provided by others.

q.    All gauge metal framing for sound-rated gypsum board ceilings and soffits. Stud gauge, spacing, bracing, brackets, tracks, clips, screws, bolts, and stiffening channels to be per plans and specifications and stud manufacturer standards as required to achieve required sound transmission control ratings.

r.    Coordinate with Structural Steel (Roof Access Ladder), Carpentry, Millwork, Misc. Specialties such as Window Shades, Mechanical, Plumbing, Electrical, Furniture, and Audio-Visual Subcontractors to ensure all backing for millwork, toilet partitions and accessories, wall



October 4, 2017
Item No. 04
Bid Package #17
Revised 11/15/17 with underline or strikethrough
Revised 1/19/18 with double underline or double strikethrough

PG&E Livermore Substation Training Facility
Turner Project #171231
Framing & Gypsum Board

Attachment B – Scope of Work

mounted hardware, fire extinguisher cabinets, projection screens, hand railings, guardrails, handicapped grab bars, etc. are located, quantified and ready for construction. This Subcontractor will provide all materials and install all backing.

s.    Include furring of existing columns as shown in the drawings in the Main Existing Building (MEB).

## Insulation

t.    Provide all material, labor, equipment and services necessary to completely install all Insulation, accessories and other related items to complete the Project as indicated by contract drawings and specifications.

u.    Provide sealant as it pertains to your trade including acoustical sealant and/or caulking. This includes acoustical sealant under bottom tracks as shown in contract documents.

v.    Provide all required clips, wire, mounting devices or other attachment requirements necessary to adequately attach the insulation to its intended surface, be it structure or exterior wall.

w.    Provide thermal wall blanket insulation, sound insulation, and acoustical blanket per contract drawings and specifications.

x.    Provide all materials, labor, equipment and services necessary to completely install all firestopping materials per contract documents.

## Sealants

y.    Provide all materials, labor, equipment and services necessary to completely install all joint sealant materials per contract documents.

z.    Install sealants at gypsum board metal accessories and control joints and as shown per the contract documents.

aa. Provide all caulking to provide a positive barrier against the penetration of air and moisture at joints between items where caulking is essential to the integrity of the barrier or to finish construction.

bb. Caulking will normally be performed under work of various sections of the plans and specifications but shall be performed in strict accordance with the provisions of the documents and specifications provided to the Subcontractor.

cc. Provide caulking as shown on the drawings; plaster to plaster, plaster to flashing, drywall to concrete, plaster to contiguous surfaces.

## EIFS

dd. Provide all material, labor, equipment and services necessary to completely install EIFS materials, accessories and other items necessary to complete the project as indicated by the Contract Documents.

ee.  EIFS should include a means of drainage applied over the water-resistant barrier, whether shown or specified, or not.

ff.    Contractor shall responsible for protection of adjacent existing work. All areas adjacent to work shall be left in same condition as received.

gg.  Provide mock ups as required by contract specifications. Mock ups shall be at exterior wall assemblies and shall integrate all other related work assemblies, including but not limited to,



October 4, 2017
Item No. 04
Bid Package #17

**PG&E Livermore Substation Training Facility**
**Turner Project #171231**
**Framing & Gypsum Board**
Revised 11/15/17 with underline or ~~strikethrough~~
Revised 1/19/18 with <u>double underline</u> or ~~double strikethrough~~

Attachment B – Scope of Work

     each type of wall openings, wall/eave interface, wall sill, parapet cap, various type of penetrations, materials transitions and shall be representative of the intended end-use configuration. Refer to specifications for more information on mock-up requirements.

hh.  Provide and install a coordinated full size mock up as directed by Turner and design team. This subcontractor is to coordinate with Turner and all other exterior assembly subcontractors. This subcontractor is to include the cost of removal and off haul of their scope after AHJ approval. Shop Drawings are to be submitted and approved prior to the mockup installation.

ii. Provide a complete Scaffolding System as necessary to complete the installation of all work included in this subcontract. Include additional safety accessories such as toe boards. Scaffolding will be tied to the building and this Subcontractor will be responsible for patch back of holes after removal of scaffolding.

jj. Include all flashings running underneath the plaster, plaster accessories and sealant as detailed per contract documents. Coordinate installation of flashing and counter flashing with the Glass/Glazing, roofing and sheet metal subcontractors.

kk.     Include patching of plaster at new Front Entrance vestibule and new Rear Entrance vestibule.

**ll.**     <u>Include all patching of MEB plaster per the drawings.</u>

**5.3**    <u>**STANDARD INCLUSIONS:**</u>

a.     As it relates to this scope of work, wherever the Contract Documents refer to CM, CM at Risk, Construction Manager at Risk, or Contractor, it is in reference to the Subcontractor performing this scope of work.

b.     The Subcontractor has thoroughly reviewed the construction documents and acknowledges that care and coordination will be required to coordinate the work with all other trades. No additional cost shall be claimed by or paid to the Subcontractor for reasonable and normal adjustments resulting from the coordination of its work with that of other trades. Reasonable and normal shall be as determined by Turner Construction.

c.     No additional cost shall be claimed or paid for elements not sized on the drawings so long as the eventual sizing is reasonable for the design as intended.

d.     If there is an inconsistency in the work shown on the contract documents, i.e. civil/architectural vs. that shown on the details, assume the drawing showing the greater scope of work to be correct.

e.     It is the Subcontractor's responsibility to address any questions for items shown on the contract drawings, reports, and specifications prior to bid. Any questions regarding the designs as shown on the contract documents, asked after the awarding of a contract, will be the responsibility of the Subcontractor.

f.     Subcontractor shall visit site prior to bid and familiarize themselves with the existing conditions.

g.     This Subcontractor shall provide all layout, and field engineering required for the performance of this work, including protection of reference points and replacement of such points that are lost or damaged during the execution of this work.

h.     Obtain approval by Structural Engineer of Record prior to making any penetrations or modifications of structural building components. All work to make penetrations required for this system is by this Subcontractor.



~~October 4, 2017~~
Item No. 04
Bid Package #17

PG&E Livermore Substation Training Facility
Turner Project #171231
Framing & Gypsum Board

Revised 11/15/17 with <u>underline</u> or ~~strikethrough~~
Revised 1/19/18 with <u><u>double underline</u></u> or ~~double strikethrough~~

**Attachment B – Scope of Work**

i. Subcontractor is responsible for repairing any damages caused by their crews and equipment. All requirements and services identified in the Subcontractor Procedures Manual are part of these documents (permits, labor, EEO, temporary power, temporary water, storage, line and grade, hoists, safety, etc.).

j. Shop drawings are to provide detailed information to the reviewer that materials and installation will conform to the project design. Shop drawings are to include adequate placing information including key plans, plan views, sections, elevations, dimensions, clearances, and other details as required for the proper installation of all materials. Coordinate shop drawings and details with Turner's project schedule & work sequencing.

k. Coordinate with all other trades as required for special locations and point of connections for this scope of work.

l. Coordinate all deliveries with the Turner Superintendent and comply with local governing agencies regarding delivery times and routes.

m. Include off-hours stocking if required by Turner.

n. Provide (furnish and install, typical) all material deliveries bundled, tagged, and sequenced for off-loading to match project schedule and sequencing as provided by Turner.

o. All material tags are to be of a permanent nature that will weather job site conditions.

p. Provide unloading and hoisting of own materials as required.

q. Provide weather protection as needed to proceed with this scope of work and maintain project schedule.

r. Provide all interior gypsum board assemblies, including metal studs, metal furring, gypsum board, taping, sanding and necessary finishing required in contract documents.

s. Provide all layout necessary to complete all framing for metal stud walls and ceilings. This Subcontractor will layout all walls to ensure the architectural dimensions "close". Review with Turner for final sign-off prior to proceeding with any wall framing.

t. Provide all gypsum board shaft assemblies at all chases, shafts, elevator shafts, etc. Include all soffit, ceiling, and interface work with the elevator installation.

u. Provide cut-outs in gypsum ceiling systems for lights, alarm/detectors, access panels, sprinkler heads, registers, grilles, etc. as shown or required. Include coordination with other Subcontractors.

v. Provide in-wall backing for all items mounted on the gypsum board wall assemblies and ceilings. Include coordination with Turner and the Subcontractors requiring backing to be installed for their work. This includes but is not limited to casework, mirrors, window coverings, toilet accessories, audio visual equipment, etc.

w. Provide repair of fireproofing for any attachments made to structure after application of fireproofing system by others.

x. Provide all fire stopping integral to gypsum board assemblies as required by contract documents including but not limited to head-of-wall conditions and structural penetrations.

y. Provide (30) access doors indicated on the Architectural drawings. All other access doors will be furnished by other Subcontractors (plumbing, mechanical, electrical, etc.) and installed by this Subcontractor. Include coordination for location of the access doors with Turner and other Subcontractors.

z. Buildings have exposed concrete floors or stained floors, this Trade Contractor shall not mark exposed floors for layout or during construction, and will clean and remove any marks from equipment, drywall and any marks caused by the Subcontractor.



PG&E Livermore Substation Training Facility
Turner Project #171231
Framing & Gypsum Board

~~October 4, 2017~~
Item No. 04
Bid Package #17
Revised 11/15/17 with <u>underline</u> or ~~strikethrough~~
Revised 1/19/18 with <u><u>double underline</u></u> or ~~double strikethrough~~

Attachment B – Scope of Work

aa. Normal project working hours will be 7:00 a.m. – 3:30 p.m., no noisy work shall occur prior to 7:00 a.m. Additional working hours to be coordinated with Turner

bb. All submittals for this scope of work shall be submitted to Turner no later than (15) days following award of contract.

cc. PG&E requires all subcontractors provide Medium Risk Services and/or High Risk Services (most projects) to subscribe to ISNetworld and complete the PG&E pre-qualification requirements. There are subscription costs associated with this requirement, subcontractor is responsible for subscription costs. Please include in your proposal. PG&E will require all safety criteria be in compliance and that you maintain an ISNetworld grade of B or higher in accordance with PG&E's standards.

**5.4** **VIRTUAL DESIGN & CONSTRUCTION – BUILDING INFORMATION MODELING (BIM):**

a. See Attachment B, Part 1-4 and Subcontractors Procedures Manual for requirements.

**5.5** **EXCLUSIONS:**

**5.6** **UNIT PRICES:**

a. The Subcontractor will provide the following unit prices in accordance with 5a - c for work performed in accordance with Article IX of the Subcontract. The rates are **inclusive** of labor, fringe benefits, materials, tools, equipment, plant, supplies, samples, shop drawings, layout, handling, storage, hoisting, distribution, protection, transportation, supervision, contributions, coordination, compliance with all requirements of any applicable governmental agency, overhead and profit, **exclusive** of all onsite insurance if project insurance is a CCIP or OCIP or **inclusive** of all onsite insurance if not a CCIP or OCIP, and shall be valid for the duration of the project. Subcontractor shall accept the unit prices for changes to the Work as noted in Subcontractor's completed bid form. Provide unit prices on the Bid Package Bid Form. Provide unit pricing for adding or deducting whole units of work. Any changes to the Contract Sum will be based on the net amount of adds or deducts. Unit costs listed are solely for calculating costs associated with changes to work in the Contract Documents.

| | | | | |
|---|---|---|---|---|
| UP1 | Installation of Access Panels | ADD/DEDUCT | $ | / ea |
| UP2 | | ADD/DEDUCT | $ | / ea |

b. <u>This subcontractor will provide the following labor rates in accordance with 5a and b for work performed in accordance with article IX of the subcontract. The rates are exclusive of all insurance, overhead and profit and shall be valid for the duration of the project.</u>

<u>Framing and Gyp Board</u>

| | Straight Time | Overtime | Double |
|---|---|---|---|
| Journeyman | $ | $ | $ |
| Foreman | $ | $ | $ |

Case: 19-30088    Doc# 975-4    Filed: 03/20/19    Entered: 03/20/19 13:26:51    Page 14
of 37



October 4, 2017
Item No. 04
Bid Package #17

PG&E Livermore Substation Training Facility
Turner Project #171231
Framing & Gypsum Board
Revised 11/15/17 with underline or strikethrough
Revised 1/19/18 with double underline or double strikethrough

**Attachment B – Scope of Work**

**5.7** **ALTERNATES:**

In accordance with item 5, provide the following Alternate prices **inclusive** of labor, fringe benefits, materials, tools, equipment, plant, supplies, samples, shop drawings, layout, handling, storage, hoisting, distribution, protection, transportation, supervision, contributions, coordination, compliance with all requirements of any applicable governmental agency, overhead and profit, **exclusive** of all onsite insurance if project insurance is a CCIP or OCIP or **inclusive** of all onsite insurance if not a CCIP or OCIP. Alternate prices are applicable for the duration of the project.

|       |              |    |
|-------|--------------|----|
| AL1   | ADD/DEDUCT   | $  |
| AL2   | ADD/DEDUCT   | $  |

**5.7** **SCHEDULE:**

a.  All work will be performed in accordance to Item No. 06 Project Schedule dated 09OCT17 (data date).

b.  Refer to Item No. 14 – Project Schedule for preliminary project schedule. Base bid pricing is to include all necessary schedule requirements per the project schedule including stacking of work in different sequences. Item No. 14 – Project Schedule is for reference only as a guide to be used for sequencing and durations in the proposal development process. The below additional schedule requirements are mandatory to be included in the base bid and take precedence over the Project Schedule.

c.  It will not be acceptable to delay the schedule due to inability to perform work from weather.

d.  Item No. 14 – Project Schedule has been provided to establish key project milestones. As construction progress the last planner planning system will be used to collaboratively develop final construction sequences. Refer to Item No. 09- Subcontractor Procedures Manual for further information regarding this requirement.

**5.8** **SUBCONTRACT SUMMARY**

|                        |                 |
|------------------------|-----------------|
| New Training Building  | $ 1,038,200.00  |
| Main Existing Building | $ 225,500.00    |
| **TOTAL SUBCONTRACT AMOUNT** | **$1,263,700.00** |

# SUBCONTRACT WORK ORDER

**Turner Construction Company**

| | | |
|---|---|---|
| **Subcontractor:**<br>**New West Partitions**<br>2550 Sutterville Road, Sacramento, CA, 95820-1020 | **Office:**<br>**Sacramento** | **Date:**<br>**03/29/2018** |
| | **Contract:**<br>**PG&E Livermore Training Center** | **Project Number:**<br>**171231** |
| | **Subcontract Work:**<br>**MEB L2- Framing &**<br>**Gypboard** | **Sub#**<br>**10025817** | **Work Order#**<br>**4700101663** |

The terms and conditions of the Master Subcontract dated <u>07/11/2014</u> shall govern this Subcontract Work Order (SWO) with the exception of those modifications listed below:

1. Project:    **<u>PG&E Livermore Training Center</u>**

2. Premises:    **<u>7205 National Dr, Livermore, CA, 94550</u>**

3. Architect:

4. Owner:    **<u>PG&E Corporation</u>**

5. Date of General Contract: <u>**09/15/2017**</u>

6. Overhead Markup: **<u>See Formula for Changes</u>**

7. Profit Markup: **<u>See Formula for Changes</u>**

8. Reserve applicable to this SWO is as follows:   **10.00%**

9. All invoices are to be identified to the above referenced SWO Number. Invoices are to be submitted to **<u>Turner Construction Company,</u>** located at <u>**1211 H Street, Sacramento, CA, 95814**</u> .

10. Insurance Requirements

    1.     Worker's Compensation in accordance with Laws of the State in which the Work is situated.

    2.     General Liability:   $ **<u>3,000,000.00</u>**    / combined single limit.
        General Aggregate: $ **<u>3,000,000.00</u>**

  **__X__.** Subcontractor Election A). The above insurance coverages shall be provided by insurance companies selected by the Subcontractor .
                         or
  ____. Subcontractor Election B). The above insurance coverages shall be provided through a consolidated insurance program (CCIP) arranged by **Turner Construction Company.** $ _____ (The "Estimated Unburdened Payroll") warranted by Subcontractor as accurate for calculation of Insurance Premium for Subcontractor and enrolled Lower Tiers.

      ____. Subcontractor Election B, Sub-Part B-1. Project utilizes a consolidated insurance program (CCIP) arranged by **Turner Construction Company.** Subcontractor is an Excluded Prime Tier with Enrolled Lower Tier Subcontractors.       $ _____ (The "Estimated Unburdened Payroll") warranted by Subcontractor as accurate for calculation of Insurance Premium for enrolled Lower Tiers.
                         or
  ____. Subcontractor Election C). The above insurance coverages shall be provided through an Owner Controlled Insurance Program (OCIP.)

    3.     Automobile Liability : $ **<u>1,000,000.00</u>** / per accident

4.      Additional Insured: **Turner Construction Company, The Turner Corporation, Owner .**

11.  100% Payment & Performance Bonds (Y/N): **No**

A.      If a Payment and Performance Bond is required by this SWO, Subcontractor and its surety hereby agree to execute and deliver to Turner in connection with the issuance of Change Orders under this SWO, Rider "A" amendments increasing the amount (penal sum) of the performance and payment bonds when Subcontractor is requested by Turner to do so. The reasonable premiums or other charges paid by Subcontractor for the procurement of the Rider "A" amendment requested by Turner will be paid as a part of the Change Order.

12.  SWO Amount:  **$ 147,380.00**

13.  Additional Provisions:
     **2A and 16A**

**New West Partitions**

DocuSigned by:

BY: *Greg Fong*

145646A7F02B487...

**Turner Construction Company**

BY: _____

     **Donna Afflerbach - Procurement Manager**

**PG&E Livermore Substation Training Facility**          3/29/2018
**Livermore, CA**
**PROJECT #171231**
**MEB L2 Framing & Gypsum Board**

1. <u>**The Subcontract Price is comprised of the following:**</u>

       MEB Level 2 Work                                    $ 147,380.00

       **TOTAL SUBCONTRACT AMOUNT**                **$147,380.00**

2. <u>**Payment and Performance Bonds**</u> in accordance with Article XXV and Attachment B of this Subcontract will NOT be required.

3. <u>**Alternates:**</u> The Subcontractor will provide the following Alternate Prices to be used for changes in the Work as directed by Turner. The alternate Prices listed below include all material, labor, fringes, taxes, overhead, profit and bond costs (if applicable). The inclusion of these Alternate Prices here does not obligate Turner to award the indicated work to the Subcontractor, however if such an award is made it will be done in accordance with these Alternate Prices and Article IX of the Subcontract.
   **None**

4. <u>**Unit Prices:**</u> The Subcontractor will provide the following Unit Prices to be used for changes in the Work as directed by Turner. The unit prices listed below include all material, labor, fringes, taxes, insurance, overhead, and profit. The inclusion of these Unit Prices here does not obligate Turner to award the indicated work to the Subcontractor, however if such an award is made it will be done in accordance with these Unit Prices, the "Formula for Changes" and Article IX of the Subcontract.
   **None**

5. <u>**Labor Rates:**</u> The Subcontractor will provide labor rates at an appropriate time to Turner Construction Company Labor rates shall be verified by project team as necessary for work performed in accordance with Article IX of the Subcontract. The rates shall include onsite workman's compensation, general liability and exclude overhead and profit

| Trade: ** SEE ATTACHMENT B 5.6b** | | | |
|---|---|---|---|
| | Straight Time ($ / HR) | Overtime ($ / HR) | Double Time ($ / HR) |
| Foreman | ** | ** | ** |
| Journeyman | ** | ** | ** |
| Apprentice | ** | ** | ** |

6. <u>**Preliminary Schedule:**</u> All work will be performed in accordance with Turner Construction Project Schedule.

7. Subcontractor is responsible for builders risk insurance deductibles if the cause of the deductible is their responsibility.

8. Unless otherwise directed or authorized, in writing, by Contractor, all Applications for Payment and all supporting documents for Subcontractor and its sub-subcontractors and suppliers, shall be in electronic format and shall be submitted to Contractor using the Textura payment management system proscribed by Contractor. Subcontractor shall be responsible for the fees and costs owed associated with Subcontractor's use of the Textura payment management system. Subcontractor shall include a similar provision in its sub-subcontracts and purchase orders.

DocuSign Envelope ID: 92282087-BAC8-487E-85B5-6F5E17682D94

**PG&E Livermore Substation Training Facility**                                     3/29/2018
**Livermore, CA**
**PROJECT #171231**
**MEB L2 Framing & Gypsum Board**

## ADDITIONAL PROVISIONS

1.  The Work shall be performed in accordance with the following Drawings, Specifications and Correspondence:

    DRAWINGS:  Attachment A, Drawing List Dated:  9.22.17

    SPECIFICATIONS: The Subcontractor is responsible for the Work as referenced in the entire set of Specifications published for the Project, specifically including

    > General Conditions
    > Division 1 - General Requirements

    CORRESPONDENCE:
    > Item No. 03 – Attachment A – 100% CD Permit Set 9.22.17
    > Item No. 04 - **Attachment B**
    > > **Part 1-4** – General Scope of Work Dated 9.21.16
    > > **Part 5** - Scope of Work dated March 15, 2018
    > Item No. 06 - PG&E Livermore Schedule dated 3.05.2018
    > Item No. 06.1 – Logistics Plan
    > Item No. 11 - Attachment D - Insurance Requirements for non CCIP job 2013
    > Item No. 13 - Formula for Changes (Rev 12.06) Dated 5.17.17
    > Item No. 15 - Subcontractor Procedures Manual Revised w-Textura Dated 12.7.16
    > Item No. 16 - Corporate Environmental Health and Safety Policy 2017wAppx
    > Item No. 17 - Construction Waste Management Plan - all SPD work
    > Item No. 19 - TurnerAcceleratedPaymentProgramSubCommunication1
    > Item No. 19.1- Accelerated Payment Program Rider CALIFORNIA VERSION
    > Item No. 20 - EEO Policy for 2013
    > Item No. 21 - Policy Against Harassment
    > Item No. 23 - Code Of Conduct -contractor_consultant_and_supplier_code February 2011
    > Item No. 24 - Contractor Safety Standard Contract Requirements 03 31 15
    > Addendum 1 dated 10.13.17
    > Addendum 2 dated 10.27.17

2.  The Subcontractor acknowledges that Turner is signatory to collective bargaining agreement with **the Carpenters 46 Northern California Counties Conference Board**. Subcontractor and all lower tier subcontractors performing work covered by Turner's Carpenter Agreement will do so under the terms of said agreement and, if performing such work with its own forces, shall become signatory to the applicable Carpenters Agreement as a condition for performing the work.
    The Subcontractor acknowledges that Turner is signatory to collective bargaining agreement with the **Northern California District Council of Laborers**. The Subcontractor shall perform all work covered by Turner's Laborers Agreement in accordance with all terms and conditions of said agreement, including the payment of wages and fringe benefits.
    Subcontractor acknowledges that terms and conditions of the labor agreements with the unions identified above, may require that Subcontractor comply with additional labor agreements with unions affiliated with the AFL-CIO but not listed herein.  When the terms and conditions of the noted labor agreements so require, Subcontractor shall perform its jobsite work pursuant to all terms and conditions of an appropriate labor agreement with a union affiliated with the AFL-CIO.
    Should there be picketing on Turner's jobsite and Turner establishes a reserve gate for the Subcontractor's purpose, it shall be the obligation of Subcontractor to continue the proper performance of its work without interruption or delay.  Should Turner, at its sole discretion, establish a reserve gate system on the project, the Subcontractor warrants that its employees and suppliers will use the reserved gate(s) designated for their use by Turner. Failure to perform in accordance with this provision shall constitute a material breach of the Subcontract.
    Subcontractor further promises and agrees that it will bind and require all of its subcontractors and their subcontractors performing jobsite work of the type covered by any of the labor agreements referenced above to agree to all of the foregoing promises and undertakings, to the same effect as herein provided with respect to Subcontractor.
    Subcontractor shall comply with all equal employment opportunity and affirmative action requirements promulgated by any governmental authority, including, without limitation, the requirements of the Civil Rights Act of 1964, Presidential Executive Orders No. 10925, 11114 and 11246, the California Fair Employment Practices Act, the Americans with Disabilities Act of 1991 and the Family and Medical Leave Act of 1993.  Subcontractor shall comply with and agrees to be bound by all applicable Federal, State and local laws and regulations, including, but not limited to, all Fair Labor Standards Act provisions and California Labor Code provisions covering the work.  Upon request, Subcontractor agrees to submit certified payroll reports to Turner no later than three (3) working days after labor has been paid.

Case: 19-30088     Doc# 975-4     Filed: 03/20/19     Entered: 03/20/19 13:26:51     Page 19
of 37

DocuSign Envelope ID: 92282087-BAC8-487E-85B5-6F5E17682D94



**PG&E Livermore Substation Training Facility**
**Turner Project #171231**
**Framing & Gypsum Board**

Attachment B – Scope of Work

5.1  SCOPE OF WORK:  FRAMING & GYPSUM BOARD

a.  **General Scope of Work:** The Work of this Agreement shall include but shall not be limited to the engineering, design, supervision, labor, equipment, tools, material, supplies, incidentals, scaffolding, cranes, operations and activities required by the Contract Documents or reasonably inferable by Subcontractor as necessary to produce the results intended by the Contract Documents. Work will be performed in a safe, expeditious, orderly, and workmanlike manner, in the best manner known to each respective trade, in compliance with all applicable codes and as permitted by all Authorities Having Jurisdiction (AHJ).

b.  **Specific Contract Documents**: This Scope of Work includes ALL work within the following Specification Sections.

| Spec Section | Description |
|---|---|
| Division 01 | General Requirements |
| 07 21 00 | Thermal Insulation |
| 05 40 00 | Cold-Formed Metal Framing |
| 07 24 13 | Polymer-Based Exterior Insulation and Finish System |
| 07 25 00 | Weather Barriers |
| 07 84 00 | Firestopping |
| 09 22 16 | Non-Structural Metal Framing |
| 09 29 00 | Gypsum Board |

c.  The Specification Sections listed below contain specific work that is included as related to the scope of Work in this bid package. Other Sections may apply and the Subcontractor shall review all Specification Sections accordingly for work required to provide a complete system, and for coordination with other work.

| Spec Section | Description |
|---|---|
| 07 62 00 | Sheet Metal Flashing and Trim |
| 07 92 00 | Joint Sealants |
| 08 31 13 | Access Doors and Frames |
|  |  |

d.  The specific and standard inclusions listed below are intended to clarify and shall not limit in any way the responsibility for the Work included in the Specification Sections above.

e.  Certain aspects and/or components of Subcontractor's work may be performance-based (e.g. the work shall be engineered by Subcontractor or Subcontractor's engineer to perform in accordance with the Contract Documents – where indicated). If this is the case, Subcontractor shall engineer/design all components and connections as required to install the Work in accordance with manufacturer's warranty provisions. Components not shown on the Contract Documents, and required to effect completion of the Work, are included in Subcontractor's scope. Subcontractor shall submit said components for Architect's review and coordination with contiguous work.



PG&E Livermore Substation Training Facility
Turner Project #171231
Framing & Gypsum Board

3/15/18
Item No. 04
Bid Package #17
MEB Level 2

---

### Attachment B – Scope of Work

**5.2** <u>**SPECIFIC INCLUSIONS:**</u>

<u>Metal Framing/Gypsum Board:</u>

a. Provide all non-structural metal framing and gypsum board as noted in the Contract Documents, including items that are not necessarily shown on the contract drawings but are required for installation of a complete system. If there are incomplete details for this scope of work, please bring to Turner's attention for clarification. Scope of work includes (exterior metal stud framing, interior metal stud framing, supports, bracing, furring, metal backing, gypsum board, shaft wall assemblies, backing boards and underlayment's, joint taping, and finishing, backing, acoustical

b. Provide all required engineering for all non-structural framing systems including the engineering required at exterior finish systems that attach directly or indirectly to the exterior framing system. Include coordination with other subcontractors.

c. Provide all exterior metal stud framing and sheathing per contract documents.

d. Include all membrane flashing, fluid and air barrier, and vapor retarder. Include the lapping and coordination of the air barrier and membrane flashing.

e. Provide all scaffolding and access to elevated work as required for this scope of work.

f. Include recycling and waste dumpster costs for this Subcontractor's work.

g. Include framing around all wall penetrations.

h. Provide supports and/or bracing for partial height walls.

i. Include mildew resistant gypsum wall board at both sides of all plumbing walls.

j. Coordinate installation of gypsum board walls in Electrical Rooms with Turner's Superintendent.

k. Provide acoustical and fire caulking where required at head & foot of wall including mineral wool/batt insulation & sprayed applied sealants. Submit for approval UL listed assemblies for each condition.

l. This contractor shall provide fire stopping/caulking at all required locations including other contractors work. Include in base bid (2) "passes" at entire building to meet this requirement. Contractor shall coordinate schedule of this work with Turner Superintendent, assume dedicated crew to perform this scope.

m. Include installation of (5) access panels, provided by others.

n. All gauge metal framing for sound-rated gypsum board ceilings and soffits. Stud gauge, spacing, bracing, brackets, tracks, clips, screws, bolts, and stiffening channels to be per plans and specifications and stud manufacturer standards as required to achieve required sound transmission control ratings.

o. Coordinate with Structural Steel, Carpentry, Millwork, Misc. Specialties such as Window Shades, Mechanical, Plumbing, Electrical, Furniture, and Audio-Visual Subcontractors to ensure all backing for millwork, toilet partitions and accessories, wall mounted hardware, fire extinguisher cabinets, projection screens, hand railings, guardrails, handicapped grab bars, etc. are located, quantified and ready for construction. This Subcontractor will provide all materials and install all backing.

<u>Insulation</u>

p. Provide all material, labor, equipment and services necessary to completely install all Insulation, accessories and other related items to complete the Project as indicated by contract drawings and specifications.

Case: 19-30088    Doc# 975-4    Filed: 03/20/19    Entered: 03/20/19 13:26:51    Page 21

DocuSign Envelope ID: 92282087-BAC8-487E-85B5-6F5E17682D94



**3/15/18**
**Item No. 04**
**Bid Package #17**
**MEB Level 2**

PG&E Livermore Substation Training Facility
Turner Project #171231
Framing & Gypsum Board

q.   Provide sealant as it pertains to your trade including acoustical sealant and/or caulking. This includes acoustical sealant under bottom tracks as shown in contract documents.

r.   Provide all required clips, wire, mounting devices or other attachment requirements necessary to adequately attach the insulation to its intended surface, be it structure or exterior wall.

s.   Provide thermal wall blanket insulation, sound insulation, and acoustical blanket per contract drawings and specifications.

t.   Provide all materials, labor, equipment and services necessary to completely install all firestopping materials per contract documents.

**Sealants**

u.   Provide all materials, labor, equipment and services necessary to completely install all joint sealant materials per contract documents.

v.   Install sealants at gypsum board metal accessories and control joints and as shown per the contract documents.

aa. Provide all caulking to provide a positive barrier against the penetration of air and moisture at joints between items where caulking is essential to the integrity of the barrier or to finish construction.

bb. Caulking will normally be performed under work of various sections of the plans and specifications but shall be performed in strict accordance with the provisions of the documents and specifications provided to the Subcontractor.

cc. Provide caulking as shown on the drawings; plaster to plaster, plaster to flashing, drywall to concrete, plaster to contiguous surfaces.

**5.3   STANDARD INCLUSIONS:**

a.   As it relates to this scope of work, wherever the Contract Documents refer to CM, CM at Risk, Construction Manager at Risk, or Contractor, it is in reference to the Subcontractor performing this scope of work.

b.   The Subcontractor has thoroughly reviewed the construction documents and acknowledges that care and coordination will be required to coordinate the work with all other trades. No additional cost shall be claimed by or paid to the Subcontractor for reasonable and normal adjustments resulting from the coordination of its work with that of other trades. Reasonable and normal shall be as determined by Turner Construction.

c.   No additional cost shall be claimed or paid for elements not sized on the drawings so long as the eventual sizing is reasonable for the design as intended.

d.   If there is an inconsistency in the work shown on the contract documents, i.e. civil/architectural vs. that shown on the details, assume the drawing showing the greater scope of work to be correct.

e.   It is the Subcontractor's responsibility to address any questions for items shown on the contract drawings, reports, and specifications prior to bid. Any questions regarding the designs as shown on the contract documents, asked after the awarding of a contract, will be the responsibility of the Subcontractor.

f.   Subcontractor shall visit site prior to bid and familiarize themselves with the existing conditions.

g.   This Subcontractor shall provide all layout, and field engineering required for the performance of this work, including protection of reference points and replacement of such points that are lost or damaged during the execution of this work.

h.   Obtain approval by Structural Engineer of Record prior to making any penetrations or

DocuSign Envelope ID: 92282087-BAC8-487E-85B5-6F5E17682D94



**Turner**

**3/15/18**
**Item No. 04**
**Bid Package #17**
**MEB Level 2**

PG&E Livermore Substation Training Facility
Turner Project #171231
Framing & Gypsum Board

modifications of structural building components. All work to make penetrations required for this system is by this Subcontractor.

i.  Subcontractor is responsible for repairing any damages caused by their crews and equipment. All requirements and services identified in the Subcontractor Procedures Manual are part of these documents (permits, labor, EEO, temporary power, temporary water, storage, line and grade, hoists, safety, etc.).

j.  Shop drawings are to provide detailed information to the reviewer that materials and installation will conform to the project design. Shop drawings are to include adequate placing information including key plans, plan views, sections, elevations, dimensions, clearances, and other details as required for the proper installation of all materials. Coordinate shop drawings and details with Turner's project schedule & work sequencing.

k.  Coordinate with all other trades as required for special locations and point of connections for this scope of work.

l.  Coordinate all deliveries with the Turner Superintendent and comply with local governing agencies regarding delivery times and routes.

m.  Include off-hours stocking if required by Turner.

n.  Provide (furnish and install, typical) all material deliveries bundled, tagged, and sequenced for off-loading to match project schedule and sequencing as provided by Turner.

o.  All material tags are to be of a permanent nature that will weather job site conditions.

p.  Provide unloading and hoisting of own materials as required.

q.  Provide weather protection as needed to proceed with this scope of work and maintain project schedule.

r.  Provide all interior gypsum board assemblies, including metal studs, metal furring, gypsum board, taping, sanding and necessary finishing required in contract documents.

s.  Provide all layout necessary to complete all framing for metal stud walls and ceilings. This Subcontractor will layout all walls to ensure the architectural dimensions "close". Review with Turner for final sign-off prior to proceeding with any wall framing.

t.  Provide all gypsum board shaft assemblies at all chases, shafts, elevator shafts, etc. Include all soffit, ceiling, and interface work with the elevator installation.

u.  Provide cut-outs in gypsum ceiling systems for lights, alarm/detectors, access panels, sprinkler heads, registers, grilles, etc. as shown or required. Include coordination with other Subcontractors.

v.  Provide in-wall backing for all items mounted on the gypsum board wall assemblies and ceilings. Include coordination with Turner and the Subcontractors requiring backing to be installed for their work. This includes but is not limited to casework, mirrors, window coverings, toilet accessories, audio visual equipment, etc.

w.  Provide repair of fireproofing for any attachments made to structure after application of fireproofing system by others.

x.  Provide all fire stopping integral to gypsum board assemblies as required by contract documents including but not limited to head-of-wall conditions and structural penetrations.

y.  Provide (30) access doors indicated on the Architectural drawings. All other access doors will be furnished by other Subcontractors (plumbing, mechanical, electrical, etc.) and installed by this Subcontractor. Include coordination for location of the access doors with Turner and other Subcontractors.

z.  Buildings have exposed concrete floors or stained floors, this Trade Contractor shall not mark exposed floors for layout or during construction, and will clean and remove any marks from equipment, drywall and any marks caused by the Subcontractor.

aa.  Normal project working hours will be 7:00 a.m. – 3:30 p.m., no noisy work shall occur prior

DocuSign Envelope ID: 92282087-BAC8-487E-85B5-6F5E17682D94



**PG&E Livermore Substation Training Facility**
**Turner Project #171231**
**Framing & Gypsum Board**

**3/15/18**
**Item No. 04**
**Bid Package #17**
**MEB Level 2**

to 7:00 a.m. Additional working hours to be coordinated with Turner

bb.    All submittals for this scope of work shall be submitted to Turner no later than (15) days following award of contract.

cc.    PG&E requires all subcontractors provide Medium Risk Services and/or High Risk Services (most projects) to subscribe to ISNetworld and complete the PG&E pre-qualification requirements. There are subscription costs associated with this requirement, subcontractor is responsible for subscription costs. Please include in your proposal. PG&E will require all safety criteria be in compliance and that you maintain an ISNetworld grade of B or higher in accordance with PG&E's standards.

**5.4**    <u>**VIRTUAL DESIGN & CONSTRUCTION – BUILDING INFORMATION MODELING (BIM):**</u>

a.    See Attachment B, Part 1-4 and Subcontractors Procedures Manual for requirements.

**5.5**    <u>**EXCLUSIONS:**</u>

**5.6**    <u>**UNIT PRICES:**</u>

a.    The Subcontractor will provide the following unit prices in accordance with 5a - c for work performed in accordance with Article IX of the Subcontract. The rates are **inclusive** of labor, fringe benefits, materials, tools, equipment, plant, supplies, samples, shop drawings, layout, handling, storage, hoisting, distribution, protection, transportation, supervision, contributions, coordination, compliance with all requirements of any applicable governmental agency, overhead and profit, **exclusive** of all onsite insurance if project insurance is a CCIP or OCIP or **inclusive** of all onsite insurance if not a CCIP or OCIP, and shall be valid for the duration of the project. Subcontractor shall accept the unit prices for changes to the Work as noted in Subcontractor's completed bid form. Provide unit prices on the Bid Package Bid Form. Provide unit pricing for adding or deducting whole units of work. Any changes to the Contract Sum will be based on the net amount of adds or deducts. Unit costs listed are solely for calculating costs associated with changes to work in the Contract Documents.

| | | | | |
|---|---|---|---|---|
| UP1 | Installation of Access Panels | ADD/DEDUCT | $ | / ea |
| UP2 | | ADD/DEDUCT | $ | / ea |

b.    This subcontractor will provide the following labor rates in accordance with 5a and b for work performed in accordance with article IX of the subcontract. The rates are exclusive of all insurance, overhead and profit and shall be valid for the duration of the project.

Drywall Carpenter

| | Straight Time | Overtime | Double |
|---|---|---|---|
| Apprentice | $ 89.37 | $114.64 | $ 139.91 |
| Journeyman | $ 92.50 | $ 119.09 | $ 145.69 |
| Foreman | $ 98.75 | $ 128.00 | $ 157.26 |

DocuSign Envelope ID: 92282087-BAC8-487E-85B5-6F5E17682D94



**PG&E Livermore Substation Training Facility**
**Turner Project #171231**
**Framing & Gypsum Board**

Taper

| | Straight Time | Overtime | Double |
|---|---|---|---|
| Apprentice | $ 87.76 | $111.05 | $ 134.35 |
| Journeyman | $ 96.22 | $ 122.10 | $ 147.99 |
| Foreman | $ 98.99 | $ 126.02 | $ 153.06 |

5.7     <u>**ALTERNATES:**</u>

In accordance with item 5, provide the following Alternate prices **inclusive** of labor, fringe benefits, materials, tools, equipment, plant, supplies, samples, shop drawings, layout, handling, storage, hoisting, distribution, protection, transportation, supervision, contributions, coordination, compliance with all requirements of any applicable governmental agency, overhead and profit, **exclusive** of all onsite insurance if project insurance is a CCIP or OCIP or **inclusive** of all onsite insurance if not a CCIP or OCIP. Alternate prices are applicable for the duration of the project.

AL1                 ADD/DEDUCT   $

AL2                 ADD/DEDUCT   $

5.7     <u>**SCHEDULE:**</u>

a.     All work will be performed in accordance to Item No. 06 Project Schedule dated 3/5/18 (data date).

b.     Refer to Item No. 14 – Project Schedule for preliminary project schedule. Base bid pricing is to include all necessary schedule requirements per the project schedule including stacking of work in different sequences. Item No. 14 – Project Schedule is for reference only as a guide to be used for sequencing and durations in the proposal development process. The below additional schedule requirements are mandatory to be included in the base bid and take precedence over the Project Schedule.

c.     It will not be acceptable to delay the schedule due to inability to perform work from weather.

d.     Item No. 14 – Project Schedule has been provided to establish key project milestones. As construction progress the last planner planning system will be used to collaboratively develop final construction sequences. Refer to Item No. 09- Subcontractor Procedures Manual for further information regarding this requirement.

5.8     <u>**SUBCONTRACT SUMMARY**</u>

MEB Level 2 Work                          $ 147,380.00

**TOTAL SUBCONTRACT AMOUNT**            **$147,380.00**

# SUBCONTRACT WORK ORDER

**Turner Construction Company**

| Subcontractor:<br>**New West Partitions**<br>**2550 Sutterville Road, Sacramento, CA, 95820-1020** | Office:<br>**Sacramento** | | Date:<br>**03/27/2018** |
|---|---|---|---|
| | Contract:<br>**PG&E Livermore Training Center** | | Project Number:<br>**171231** |
| | Subcontract Work:<br>**Framing & Gypsum Board** | Sub#<br>**10025817** | Work Order#<br>**4700101412** |

The terms and conditions of the Master Subcontract dated <u>07/11/2014</u> shall govern this Subcontract Work Order (SWO) with the exception of those modifications listed below:

1. Project: **PG&E Livermore Training Center**

2. Premises: **7205 National Dr., Livermore, CA, 94550**

3. Architect: RIM

4. Owner: **PG&E Corporation**

5. Date of General Contract: **09/15/2017**

6. Overhead Markup: **See Formula for Changes**

7. Profit Markup: **See Formula for Changes**

8. Reserve applicable to this SWO is as follows: **10.00%**

9. All invoices are to be identified to the above referenced SWO Number. Invoices are to be submitted to **Turner Construction Company,** located at **1211 H Street, Sacramento, CA, 95814** .

10. Insurance Requirements

    1. Worker's Compensation in accordance with Laws of the State in which the Work is situated.

    2. General Liability: $ **3,000,000.00** / combined single limit.<br>       General Aggregate: $ **3,000,000.00**

    **X**. Subcontractor Election A). The above insurance coverages shall be provided by insurance companies selected by the Subcontractor .

or

    ____. Subcontractor Election B). The above insurance coverages shall be provided through a consolidated insurance program (CCIP) arranged by **Turner Construction Company.** $ _____ (The "Estimated Unburdened Payroll") warranted by Subcontractor as accurate for calculation of Insurance Premium for Subcontractor and enrolled Lower Tiers.

        ____. Subcontractor Election B, Sub-Part B-1. Project utilizes a consolidated insurance program (CCIP) arranged by **Turner Construction Company.** Subcontractor is an Excluded Prime Tier with Enrolled Lower Tier Subcontractors. $ _____ (The "Estimated Unburdened Payroll") warranted by Subcontractor as accurate for calculation of Insurance Premium for enrolled Lower Tiers.

or

    ____. Subcontractor Election C). The above insurance coverages shall be provided through an Owner Controlled Insurance Program (OCIP.)

    3. Automobile Liability : $ **1,000,000.00** / per accident

4.    Additional Insured: **Turner Construction Company, The Turner Corporation, Owner .**

11. 100% Payment & Performance Bonds (Y/N): **No**

A.    If a Payment and Performance Bond is required by this SWO, Subcontractor and its surety hereby agree to execute and deliver to Turner in connection with the issuance of Change Orders under this SWO, Rider "A" amendments increasing the amount (penal sum) of the performance and payment bonds when Subcontractor is requested by Turner to do so. The reasonable premiums or other charges paid by Subcontractor for the procurement of the Rider "A" amendment requested by Turner will be paid as a part of the Change Order.

12. SWO Amount:  **$ 1,263,700.00**

13. Additional Provisions:
      **2A and 16A**

**New West Partitions**

BY: _Greg Fong_
      145546A7F02B487...

**Turner Construction Company**

BY: _Dan R. Wheeler_
      **Dan R. Wheeler - General Manager**

DocuSign Envelope ID: F99C837E-F7B7-4300-9DAE-1F91D7039697

**PG&E Livermore Substation Training Facility**              3/27/2018
**Livermore, CA**
**PROJECT #171231**
**Framing & Gypsum Board**

1.  <u>**The Subcontract Price is comprised of the following:**</u>

|  |  |
|---|---|
| New Training Building | $ 1,038,200.00 |
| Main Existing Building | $ 225,500.00 |

    **TOTAL SUBCONTRACT AMOUNT**              **$1,263,700.00**

2.  **Payment and Performance Bonds** in accordance with Article XXV and Attachment B of this Subcontract will NOT be required.

3.  **Alternates:** The Subcontractor will provide the following Alternate Prices to be used for changes in the Work as directed by Turner. The alternate Prices listed below include all material, labor, fringes, taxes, overhead, profit and bond costs (if applicable). The inclusion of these Alternate Prices here does not obligate Turner to award the indicated work to the Subcontractor, however if such an award is made it will be done in accordance with these Alternate Prices and Article IX of the Subcontract.
    **None**

4.  **Unit Prices:** The Subcontractor will provide the following Unit Prices to be used for changes in the Work as directed by Turner. The unit prices listed below include all material, labor, fringes, taxes, insurance, overhead, and profit. The inclusion of these Unit Prices here does not obligate Turner to award the indicated work to the Subcontractor, however if such an award is made it will be done in accordance with these Unit Prices, the "Formula for Changes" and Article IX of the Subcontract.
    **None**

5.  **Labor Rates:** The Subcontractor will provide labor rates at an appropriate time to Turner Construction Company Labor rates shall be verified by project team as necessary for work performed in accordance with Article IX of the Subcontract. The rates shall include onsite workman's compensation, general liability and exclude overhead and profit

| Trade: **\*\* SEE ATTACHMENT B 5.6b\*\*** | | | |
|---|---|---|---|
|  | Straight Time ($ / HR) | Overtime ($ / HR) | Double Time ($ / HR) |
| Foreman | \*\* | \*\* | \*\* |
| Journeyman | \*\* | \*\* | \*\* |
| Apprentice | \*\* | \*\* | \*\* |

6.  **Preliminary Schedule:** All work will be performed in accordance with Turner Construction Project Schedule.

7.  Subcontractor is responsible for builders risk insurance deductibles if the cause of the deductible is their responsibility.

8.  Unless otherwise directed or authorized, in writing, by Contractor, all Applications for Payment and all supporting documents for Subcontractor and its sub-subcontractors and suppliers, shall be in electronic format and shall be submitted to Contractor using the Textura payment management system proscribed by Contractor. Subcontractor shall be responsible for the fees and costs owed associated with Subcontractor's use of the Textura payment management system. Subcontractor shall include a similar provision in its sub-subcontracts and purchase orders.

Case: 19-30088    Doc# 975-4    Filed: 03/20/19    Entered: 03/20/19 13:26:51    Page 28 of 37

DocuSign Envelope ID: F99C837E-F7B7-4300-9DAE-1F91D7039697

PG&E Livermore Substation Training Facility                                    3/27/2018
Livermore, CA
PROJECT #171231
Framing & Gypsum Board

ADDITIONAL PROVISIONS

1.    The Work shall be performed in accordance with the following Drawings, Specifications and Correspondence:

   DRAWINGS:  Attachment A, Drawing List Dated:  9.22.17

   SPECIFICATIONS: The Subcontractor is responsible for the Work as referenced in the entire set of Specifications published for the Project, specifically including

        General Conditions
        Division 1 - General Requirements

   CORRESPONDENCE:
        Item No. 03 – Attachment A – 100% CD Permit Set 9.22.17
        Item No. 04 - **Attachment B**
             **Part 1-4** – General Scope of Work Dated 9.21.16
             **Part 5** - Scope of Work dated ~~Oct. 4, 2017 rev Nov. 15, 2017,~~ Jan. 19, 2018
        Item No. 06 - PG&E Livermore Schedule Update Oct. 09, 2017
        Item No. 06.1 – Logistics Plan
        Item No. 11 - Attachment D - Insurance Requirements for non CCIP job 2013
        Item No. 13 - Formula for Changes (Rev 12.06) Dated 5.17.17
        Item No. 15 - Subcontractor Procedures Manual Revised w-Textura Dated 12.7.16
        Item No. 16 - Corporate Environmental Health and Safety Policy 2017wAppx
        Item No. 17 - Construction Waste Management Plan - all SPD work
        Item No. 19 - TurnerAcceleratedPaymentProgramSubCommunication1
        Item No. 19.1- Accelerated Payment Program Rider CALIFORNIA VERSION
        Item No. 20 - EEO Policy for 2013
        Item No. 21 - Policy Against Harassment
        Item No. 23 - Code Of Conduct -contractor_consultant_and_supplier_code February 2011
        Item No. 24 - Contractor Safety Standard Contract Requirements 03 31 15
        Addendum 1 dated 10.13.17
        Addendum 2 dated 10.27.17

2.    The Subcontractor acknowledges that Turner is signatory to collective bargaining agreement with **the Carpenters 46 Northern California Counties Conference Board**. Subcontractor and all lower tier subcontractors performing work covered by Turner's Carpenter Agreement will do so under the terms of said agreement and, if performing such work with its own forces, shall become signatory to the applicable Carpenters Agreement as a condition for performing the work.
   The Subcontractor acknowledges that Turner is signatory to collective bargaining agreement with the **Northern California District Council of Laborers**. The Subcontractor shall perform all work covered by Turner's Laborers Agreement in accordance with all terms and conditions of said agreement, including the payment of wages and fringe benefits.
   Subcontractor acknowledges that terms and conditions of the labor agreements with the unions identified above, may require that Subcontractor comply with additional labor agreements with unions affiliated with the AFL-CIO but not listed herein.  When the terms and conditions of the noted labor agreements so require, Subcontractor shall perform its jobsite work pursuant to all terms and conditions of an appropriate labor agreement with a union affiliated with the AFL-CIO.
   Should there be picketing on Turner's jobsite and Turner establishes a reserve gate for the Subcontractor's purpose, it shall be the obligation of Subcontractor to continue the proper performance of its work without interruption or delay.  Should Turner, at its sole discretion, establish a reserve gate system on the project, the Subcontractor warrants that its employees and suppliers will use the reserved gate(s) designated for their use by Turner. Failure to perform in accordance with this provision shall constitute a material breach of the Subcontract.
   Subcontractor further promises and agrees that it will bind and require all of its subcontractors and their subcontractors performing jobsite work of the type covered by any of the labor agreements referenced above to agree to all of the foregoing promises and undertakings, to the same effect as herein provided with respect to Subcontractor.
   Subcontractor shall comply with all equal employment opportunity and affirmative action requirements promulgated by any governmental authority, including, without limitation, the requirements of the Civil Rights Act of 1964, Presidential Executive Orders No. 10925, 11114 and 11246, the California Fair Employment Practices Act, the Americans with Disabilities Act of 1991 and the Family and Medical Leave Act of 1993.  Subcontractor shall comply with and agrees to be bound by all applicable Federal, State and local laws and regulations, including, but not limited to, all Fair Labor Standards Act provisions and California Labor Code provisions covering the work.  Upon request, Subcontractor agrees to submit certified payroll reports to Turner no later than three (3) working days after labor has been paid.

Case: 19-30088    Doc# 975-4    Filed: 03/20/19    Entered: 03/20/19 13:26:51    Page 29
of 37

DocuSign Envelope ID: F99C837E-F7B7-4300-9DAE-1F91D7039697



**PG&E Livermore Substation Training Facility**
**Turner Project #171231**
**Framing & Gypsum Board**

**Attachment B – Scope of Work**

### 5.1 SCOPE OF WORK: FRAMING & GYPSUM BOARD

a. **General Scope of Work:** The Work of this Agreement shall include but shall not be limited to the engineering, design, supervision, labor, equipment, tools, material, supplies, incidentals, scaffolding, cranes, operations and activities required by the Contract Documents or reasonably inferable by Subcontractor as necessary to produce the results intended by the Contract Documents. Work will be performed in a safe, expeditious, orderly, and workmanlike manner, in the best manner known to each respective trade, in compliance with all applicable codes and as permitted by all Authorities Having Jurisdiction (AHJ).

b. **Specific Contract Documents**: This Scope of Work includes <u>ALL</u> work within the following Specification Sections.

| Spec Section | Description |
|---|---|
| Division 01 | General Requirements |
| 07 21 00 | Thermal Insulation |
| <u>05 40 00</u> | <u>Cold-Formed Metal Framing</u> |
| 07 24 13 | Polymer-Based Exterior Insulation and Finish System |
| 07 25 00 | Weather Barriers |
| 07 84 00 | Firestopping |
| 09 22 16 | Non-Structural Metal Framing |
| 09 29 00 | Gypsum Board |

c. The Specification Sections listed below contain specific work that is included as related to the scope of Work in this bid package. Other Sections may apply and the Subcontractor shall review all Specification Sections accordingly for work required to provide a complete system, and for coordination with other work.

| Spec Section | Description |
|---|---|
| 07 62 00 | Sheet Metal Flashing and Trim |
| 07 92 00 | Joint Sealants |
| 08 31 13 | Access Doors and Frames |
| | |

d. The specific and standard inclusions listed below are intended to clarify and shall not limit in any way the responsibility for the Work included in the Specification Sections above.

e. Certain aspects and/or components of Subcontractor's work may be performance-based (e.g. the work shall be engineered by Subcontractor or Subcontractor's engineer to perform in accordance with the Contract Documents – where indicated). If this is the case, Subcontractor shall engineer/design all components and connections as required to install the Work in accordance with manufacturer's warranty provisions. Components not shown on the Contract Documents, and required to effect completion of the Work, are included in Subcontractor's scope. Subcontractor shall submit said components for Architect's review and coordination with contiguous work.

DocuSign Envelope ID: F99C837E-F7B7-4300-9DAE-1F91D7039697



**PG&E Livermore Substation Training Facility**
**Turner Project #171231**
**Framing & Gypsum Board**

~~October 4, 2017~~
**Item No. 04**
**Bid Package #17**
Revised 11/15/17 with <u>underline</u> or ~~strikethrough~~
Revised 1/19/18 with <u><u>double underline</u></u> or ~~double strikethrough~~

**Attachment B – Scope of Work**

5.2     <u>**SPECIFIC INCLUSIONS:**</u>

<u>**Metal Framing/Gypsum Board:**</u>

a.    Provide all non-structural metal framing and gypsum board as noted in the Contract Documents, including items that are not necessarily shown on the contract drawings but are required for installation of a complete system. If there are incomplete details for this scope of work, please bring to Turner's attention for clarification. Scope of work includes (exterior metal stud framing, interior metal stud framing, supports, bracing, furring, metal backing, gypsum board, shaft wall assemblies, backing boards and underlayment's, joint taping, and finishing, backing, acoustical

b.    All of the provisions in this section also apply to the PGE Livermore –Main Existing Building drawing set.

c.    Provide all required engineering for all non-structural framing systems including the engineering required at exterior finish systems that attach directly or indirectly to the exterior framing system.  Include coordination with other subcontractors.

d.    Provide mockups for required wall finishes to establish quality and expectations.

e.    Provide all exterior metal stud framing and sheathing per contract documents.

f.    Take note of FM assembly requirements at exterior wall. This contractor shall provide complete exterior wall system with exception of architectural metal panels. Take note of stud GA sizing and water resistant gyp sheathing board requirements.

g.    Include all membrane flashing, fluid and air barrier, and vapor retarder. Include the lapping and coordination of the air barrier and membrane flashing.

h.    Provide all scaffolding and access to elevated work as required for this scope of work.

i.    Include recycling and waste dumpster costs for this Subcontractor's work.

j.    Include framing around all wall penetrations.

k.    Provide supports and/or bracing for partial height walls.

l.    Include mildew resistant gypsum wall board at both sides of all plumbing walls.

m.    Coordinate installation of gypsum board walls in Electrical Rooms with Turner's Superintendent.

n.    Provide acoustical and fire caulking where required at head & foot of wall including mineral wool/batt insulation & sprayed applied sealants. Submit for approval UL listed assemblies for each condition.

o.    This contractor shall provide fire stopping/caulking at all required locations including other contractors work. Include in base bid (2) "passes" at entire building to meet this requirement. Contractor shall coordinate schedule of this work with Turner Superintendent, assume dedicated crew to perform this scope.

p.    Include installation of (30) access panels, provided by others.

q.    All gauge metal framing for sound-rated gypsum board ceilings and soffits. Stud gauge, spacing, bracing, brackets, tracks, clips, screws, bolts, and stiffening channels to be per plans and specifications and stud manufacturer standards as required to achieve required sound transmission control ratings.

r.    Coordinate with Structural Steel (Roof Access Ladder), Carpentry, Millwork, Misc. Specialties such as Window Shades, Mechanical, Plumbing, Electrical, Furniture, and Audio-Visual Subcontractors to ensure all backing for millwork, toilet partitions and accessories, wall

DocuSign Envelope ID: F99C837E-F7B7-4300-9DAE-1F91D7039697



PG&E Livermore Substation Training Facility
Turner Project #171231
Framing & Gypsum Board

October 4, 2017
Item No. 04
Bid Package #17
Revised 11/15/17 with underline or strikethrough
Revised 1/19/18 with double underline or double-strikethrough

Attachment B – Scope of Work

mounted hardware, fire extinguisher cabinets, projection screens, hand railings, guardrails, handicapped grab bars, etc. are located, quantified and ready for construction. This Subcontractor will provide all materials and install all backing.

s.    Include furring of existing columns as shown in the drawings in the Main Existing Building (MEB).

### Insulation

t.    Provide all material, labor, equipment and services necessary to completely install all Insulation, accessories and other related items to complete the Project as indicated by contract drawings and specifications.

u.    Provide sealant as it pertains to your trade including acoustical sealant and/or caulking. This includes acoustical sealant under bottom tracks as shown in contract documents.

v.    Provide all required clips, wire, mounting devices or other attachment requirements necessary to adequately attach the insulation to its intended surface, be it structure or exterior wall.

w.    Provide thermal wall blanket insulation, sound insulation, and acoustical blanket per contract drawings and specifications.

x.    Provide all materials, labor, equipment and services necessary to completely install all firestopping materials per contract documents.

### Sealants

y.    Provide all materials, labor, equipment and services necessary to completely install all joint sealant materials per contract documents.

z.    Install sealants at gypsum board metal accessories and control joints and as shown per the contract documents.

aa.    Provide all caulking to provide a positive barrier against the penetration of air and moisture at joints between items where caulking is essential to the integrity of the barrier or to finish construction.

bb.    Caulking will normally be performed under work of various sections of the plans and specifications but shall be performed in strict accordance with the provisions of the documents and specifications provided to the Subcontractor.

cc.    Provide caulking as shown on the drawings; plaster to plaster, plaster to flashing, drywall to concrete, plaster to contiguous surfaces.

### EIFS

dd.    Provide all material, labor, equipment and services necessary to completely install EIFS materials, accessories and other items necessary to complete the project as indicated by the Contract Documents.

ee.    EIFS should include a means of drainage applied over the water-resistant barrier, whether shown or specified, or not.

ff.    Contractor shall responsible for protection of adjacent existing work. All areas adjacent to work shall be left in same condition as received.

gg.    Provide mock ups as required by contract specifications. Mock ups shall be at exterior wall assemblies and shall integrate all other related work assemblies, including but not limited to,

DocuSign Envelope ID: F99C837E-F7B7-4300-9DAE-1F91D7039697



**Turner**

October 4, 2017
Item No. 04
Bid Package #17
Revised 11/15/17 with underline or strikethrough
Revised 1/19/18 with double underline or double strikethrough

PG&E Livermore Substation Training Facility
Turner Project #171231
Framing & Gypsum Board

Attachment B – Scope of Work

each type of wall openings, wall/eave interface, wall sill, parapet cap, various type of penetrations, materials transitions and shall be representative of the intended end-use configuration. Refer to specifications for more information on mock-up requirements.

hh. Provide and install a coordinated full size mock up as directed by Turner and design team. This subcontractor is to coordinate with Turner and all other exterior assembly subcontractors. This subcontractor is to include the cost of removal and off haul of their scope after AHJ approval. Shop Drawings are to be submitted and approved prior to the mockup installation.

ii. Provide a complete Scaffolding System as necessary to complete the installation of all work included in this subcontract. Include additional safety accessories such as toe boards. Scaffolding will be tied to the building and this Subcontractor will be responsible for patch back of holes after removal of scaffolding.

jj. Include all flashings running underneath the plaster, plaster accessories and sealant as detailed per contract documents. Coordinate installation of flashing and counter flashing with the Glass/Glazing, roofing and sheet metal subcontractors.

kk. Include patching of plaster at new Front Entrance vestibule and new Rear Entrance vestibule.

ll. Include all patching of MEB plaster per the drawings.

5.3 **STANDARD INCLUSIONS:**

a. As it relates to this scope of work, wherever the Contract Documents refer to CM, CM at Risk, Construction Manager at Risk, or Contractor, it is in reference to the Subcontractor performing this scope of work.

b. The Subcontractor has thoroughly reviewed the construction documents and acknowledges that care and coordination will be required to coordinate the work with all other trades. No additional cost shall be claimed by or paid to the Subcontractor for reasonable and normal adjustments resulting from the coordination of its work with that of other trades. Reasonable and normal shall be as determined by Turner Construction.

c. No additional cost shall be claimed or paid for elements not sized on the drawings so long as the eventual sizing is reasonable for the design as intended.

d. If there is an inconsistency in the work shown on the contract documents, i.e. civil/architectural vs. that shown on the details, assume the drawing showing the greater scope of work to be correct.

e. It is the Subcontractor's responsibility to address any questions for items shown on the contract drawings, reports, and specifications prior to bid. Any questions regarding the designs as shown on the contract documents, asked after the awarding of a contract, will be the responsibility of the Subcontractor.

f. Subcontractor shall visit site prior to bid and familiarize themselves with the existing conditions.

g. This Subcontractor shall provide all layout, and field engineering required for the performance of this work, including protection of reference points and replacement of such points that are lost or damaged during the execution of this work.

h. Obtain approval by Structural Engineer of Record prior to making any penetrations or modifications of structural building components. All work to make penetrations required for this system is by this Subcontractor.

DocuSign Envelope ID: F99C837E-F7B7-4300-9DAE-1F91D7039697



**PG&E Livermore Substation Training Facility**
**Turner Project #171231**
**Framing & Gypsum Board**

---

**Attachment B – Scope of Work**

i.    Subcontractor is responsible for repairing any damages caused by their crews and equipment. All requirements and services identified in the Subcontractor Procedures Manual are part of these documents (permits, labor, EEO, temporary power, temporary water, storage, line and grade, hoists, safety, etc.).

j.    Shop drawings are to provide detailed information to the reviewer that materials and installation will conform to the project design. Shop drawings are to include adequate placing information including key plans, plan views, sections, elevations, dimensions, clearances, and other details as required for the proper installation of all materials. Coordinate shop drawings and details with Turner's project schedule & work sequencing.

k.    Coordinate with all other trades as required for special locations and point of connections for this scope of work.

l.    Coordinate all deliveries with the Turner Superintendent and comply with local governing agencies regarding delivery times and routes.

m.    Include off-hours stocking if required by Turner.

n.    Provide (furnish and install, typical) all material deliveries bundled, tagged, and sequenced for off-loading to match project schedule and sequencing as provided by Turner.

o.    All material tags are to be of a permanent nature that will weather job site conditions.

p.    Provide unloading and hoisting of own materials as required.

q.    Provide weather protection as needed to proceed with this scope of work and maintain project schedule.

r.    Provide all interior gypsum board assemblies, including metal studs, metal furring, gypsum board, taping, sanding and necessary finishing required in contract documents.

s.    Provide all layout necessary to complete all framing for metal stud walls and ceilings. This Subcontractor will layout all walls to ensure the architectural dimensions "close". Review with Turner for final sign-off prior to proceeding with any wall framing.

t.    Provide all gypsum board shaft assemblies at all chases, shafts, elevator shafts, etc. Include all soffit, ceiling, and interface work with the elevator installation.

u.    Provide cut-outs in gypsum ceiling systems for lights, alarm/detectors, access panels, sprinkler heads, registers, grilles, etc. as shown or required. Include coordination with other Subcontractors.

v.    Provide in-wall backing for all items mounted on the gypsum board wall assemblies and ceilings. Include coordination with Turner and the Subcontractors requiring backing to be installed for their work. This includes but is not limited to casework, mirrors, window coverings, toilet accessories, audio visual equipment, etc.

w.    Provide repair of fireproofing for any attachments made to structure after application of fireproofing system by others.

x.    Provide all fire stopping integral to gypsum board assemblies as required by contract documents including but not limited to head-of-wall conditions and structural penetrations.

y.    Provide (30) access doors indicated on the Architectural drawings. All other access doors will be furnished by other Subcontractors (plumbing, mechanical, electrical, etc.) and installed by this Subcontractor. Include coordination for location of the access doors with Turner and other Subcontractors.

z.    Buildings have exposed concrete floors or stained floors, this Trade Contractor shall not mark exposed floors for layout or during construction, and will clean and remove any marks from equipment, drywall and any marks caused by the Subcontractor.

DocuSign Envelope ID: F99C837E-F7B7-4300-9DAE-1F91D7039697



**PG&E Livermore Substation Training Facility**
**Turner Project #171231**                                   Revised 11/15/17 with underline or strikethrough
**Framing & Gypsum Board**                        Revised 1/19/18 with double underline or ~~double strikethrough~~

Attachment B – Scope of Work

aa.   Normal project working hours will be 7:00 a.m. – 3:30 p.m., no noisy work shall occur prior to 7:00 a.m. Additional working hours to be coordinated with Turner

bb.   All submittals for this scope of work shall be submitted to Turner no later than (15) days following award of contract.

cc.   PG&E requires all subcontractors provide Medium Risk Services and/or High Risk Services (most projects) to subscribe to ISNetworld and complete the PG&E pre-qualification requirements.  There are subscription costs associated with this requirement, subcontractor is responsible for subscription costs. Please include in your proposal.  PG&E will require all safety criteria be in compliance and that you maintain an ISNetworld grade of B or higher in accordance with PG&E's standards.

**5.4   VIRTUAL DESIGN & CONSTRUCTION – BUILDING INFORMATION MODELING (BIM):**

a.   See Attachment B, Part 1-4 and Subcontractors Procedures Manual for requirements.

**5.5   EXCLUSIONS:**
a.   Wood backing, wood framing, wood furring, wood blocking
b.   Fireproofing
c.   Cornergaurds and FRP finish
d.   Demolition
e.   Acoustical ceilings
f.   Countertop brackets
g.   Misc. metals/iron
h.   Doors/frames/hardware

**5.6   UNIT PRICES:**

a.   The Subcontractor will provide the following unit prices in accordance with 5a - c for work performed  in accordance with Article IX of the Subcontract. The rates are **inclusive** of labor, fringe benefits, materials, tools, equipment, plant, supplies, samples, shop drawings, layout, handling, storage, hoisting, distribution, protection, transportation, supervision, contributions, coordination, compliance  with all requirements of any applicable governmental agency, overhead and profit, **exclusive** of all  onsite insurance if project insurance is a CCIP or OCIP or **inclusive** of all onsite insurance if not a  CCIP or OCIP, and shall be valid for the duration of the project. Subcontractor shall accept the unit prices for changes to the Work as noted in Subcontractor's completed bid form. Provide unit prices  on the Bid Package Bid Form. Provide unit pricing for adding or deducting whole units of work. Any  changes to the Contract Sum will be based on the net amount of adds or deducts. Unit costs listed  are solely for calculating costs associated with changes to work in the Contract Documents.

| | | | | |
|---|---|---|---|---|
| UP1 | Installation of Access Panels | ADD/DEDUCT | $ | / ea |
| UP2 | | ADD/DEDUCT | $ | / ea |

DocuSign Envelope ID: F99C837E-F7B7-4300-9DAE-1F91D7039697



**Turner**

October 4, 2017
Item No. 04
Bid Package #17
Revised 11/15/17 with underline or strikethrough
Revised 1/19/18 with double underline or double strikethrough

PG&E Livermore Substation Training Facility
Turner Project #171231
Framing & Gypsum Board

---

### Attachment B – Scope of Work

b. This subcontractor will provide the following labor rates in accordance with 5a and b for work performed in accordance with article IX of the subcontract. The rates are exclusive of all insurance, overhead and profit and shall be valid for the duration of the project.

Drywall Carpenter

| | Straight Time | Overtime | Double |
|---|---|---|---|
| Apprentice | $ 89.37 | $114.64 | $ 139.91 |
| Journeyman | $ 92.50 | $ 119.09 | $ 145.69 |
| Foreman | $ 98.75 | $ 128.00 | $ 157.26 |

Taper

| | Straight Time | Overtime | Double |
|---|---|---|---|
| Apprentice | $ 87.76 | $111.05 | $ 134.35 |
| Journeyman | $ 96.22 | $ 122.10 | $ 147.99 |
| Foreman | $ 98.99 | $ 126.02 | $ 153.06 |

**5.7** **ALTERNATES:**

In accordance with item 5, provide the following Alternate prices **inclusive** of labor, fringe benefits, materials, tools, equipment, plant, supplies, samples, shop drawings, layout, handling, storage, hoisting, distribution, protection, transportation, supervision, contributions, coordination, compliance with all requirements of any applicable governmental agency, overhead and profit, **exclusive** of all onsite insurance if project insurance is a CCIP or OCIP or **inclusive** of all onsite insurance if not a CCIP or OCIP. Alternate prices are applicable for the duration of the project.

AL1            ADD/DEDUCT   $
AL2            ADD/DEDUCT   $

**5.7** **SCHEDULE:**

a. All work will be performed in accordance to Item No. 06 Project Schedule dated 09OCT17 (data date).

b. Refer to Item No. 14 – Project Schedule for preliminary project schedule. Base bid pricing is to include all necessary schedule requirements per the project schedule including stacking of work in different sequences. Item No. 14 – Project Schedule is for reference only as a guide to be used for sequencing and durations in the proposal development process. The below additional schedule requirements are mandatory to be included in the base bid and take precedence over the Project Schedule.

c. It will not be acceptable to delay the schedule due to inability to perform work from weather.

d. Item No. 14 – Project Schedule has been provided to establish key project milestones. As construction progress the last planner planning system will be used to collaboratively develop final construction sequences. Refer to Item No. 09- Subcontractor Procedures Manual for further information regarding this requirement.

DocuSign Envelope ID: F99C837E-F7B7-4300-9DAE-1F91D7039697



October 4, 2017
Item No. 04
Bid Package #17
Revised 11/15/17 with underline or strikethrough
Revised 1/19/18 with double underline or double strikethrough

**PG&E Livermore Substation Training Facility**
**Turner Project #171231**
**Framing & Gypsum Board**

---

5.8     SUBCONTRACT SUMMARY

| | |
|---|---|
| New Training Building | $ 1,038,200.00 |
| Main Existing Building | $ 225,500.00 |

| | |
|---|---|
| TOTAL SUBCONTRACT AMOUNT | $1,263,700.00 |