EXHIBIT 5

Case: 19-30088    Doc# 975-5    Filed: 03/20/19    Entered: 03/20/19 13:26:51    Page 1 of 3

# California Preliminary 20-Day Notice—Public Works

THIS IS NOT A LIEN. THIS NOTICE IS GIVEN PURSUANT TO CALIFORNIA CIVIL CODE SECTION 3098.

**To Public Agency:**
- Name: PG&E Corporation
- Address: 7205 National Drive
- City, State, ZIP: Livermore, CA 94550

**To Original Contractor or Reputed Contractor:**
- Name: Turner Construction Company
- Address: 1211 H Street
- City, State, ZIP: Sacramento, CA 95814

**To 1st Tier Subcontractor (if applicable):**
- Name:
- Address:
- City, State, ZIP:

**You are hereby notified that:**
- Name: New West Partitions
- Address: 2550 Sutterville Road
- City, State, ZIP: Sacramento, CA 95820

**Has furnished or will furnish labor, services, equipment or material of the following general description:**
- Description: Metal stud framing, drywall, and taping.

**For the building, structure or other work of improvement located at:**
- Address: 7205 National Drive
- City, State, ZIP: Livermore, CA 94550
- Description: Livermore Substation Training Facility

**The person or firm who contracted for the purchase of such labor, services, equipment or material is:**
- Name: Turner Construction Company
- Address: 1211 H Street
- City, State, ZIP: Sacramento, CA 95814

**An estimate of the total price of labor, services, equipment or material furnished or to be furnished is:**
- Amount: $ 1,263,700.00

The labor, services, equipment or materials was furnished or will be furnished from **March 2018** (DATE) to **ongoing** (DATE), or is still being furnished.

- Date: 5/23/2018
- Company Name: New West Partitions
- Contractor's Lic No: 723392
- Telephone Number: 916-456-8365
- Signature: *Rachel Ernst*
- Title: Assistant P.M.
- Address: 2550 Sutterville Rd
- City, State, ZIP: Sacramento, CA 95820

## Proof of Service Affidavit

I, **Rachel Ernst**, declare that I served copies of the above *California Preliminary 20-Day Notice—Public Works* by First Class Certified or Registered Mail service, postage prepaid, on the Public Entity, the Original Contractor, and where applicable the 1st Tier Subcontractor, at the addresses shown above, on **May 23, 2018** (DATE).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed at Sacramento, California, on **May 23, 2018** (DATE).

*(SIGNATURE OF PERSON MAKING SERVICE)*

# California Preliminary 20-Day Notice—Public Works

**... A LIEN. THIS NOTICE IS GIVEN PURSUANT TO CALIFORNIA CIVIL CODE SECTION 3098.**

**...gency:**
- Name: PG&E Corporation
- Address: 7205 National Drive
- City, State, ZIP: Livermore, CA 94550

**To Original Contractor or Reputed Contractor:**
- Name: Turner Construction Company
- Address: 1211 H Street
- City, State, ZIP: Sacramento, CA 95814

**To 1st Tier Subcontractor (if applicable):**

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT** (Domestic Mail Only)
- 7015 0920 0001 7617 7779
- Total Postage & Fees: $6.74
- Sent To: PG&E Corporation
- Street & Apt. No. or PO Box No.: 7205 National Drive
- City, State, ZIP+4: Livermore, CA 94550
- PS Form 3800, July 2014

**Domestic Return Receipt (PS Form 3811)**
- 1. Article Addressed to: PG&E Corporation, 7205 National Drive, Livermore, CA 94550
- Job # 18007
- 2. Article Number: 7015 0920 0001 7617 7779
- A. Signature: X Dawn Taylor
- B. Received by (Printed Name): Dawn Taylor
- C. Date of Delivery: 5/29/18
- 3. Service Type: ☑ Certified Mail, ☑ Return Receipt for Merchandise

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT** (Domestic Mail Only)
- 7015 0920 0001 7617 7762
- Total Postage & Fees: $6.74
- Sent To: Turner Construction
- Street & Apt. No. or PO Box No.: 1211 H Street
- City, State, ZIP+4: Sacramento, CA 95814
- PS Form 3800, July 2014

**Domestic Return Receipt (PS Form 3811)**
- 1. Article Addressed to: Turner Construction, 1211 H Street, Sacramento CA 95814
- Job # 18007
- 2. Article Number: 7015 0920 0001 7617 7762
- A. Signature: X
- B. Received by (Printed Name): Marlee Wallace
- C. Date of Delivery: 8/20
- 3. Service Type: ☑ Certified Mail, ☑ Return Receipt for Merchandise

---

I declare under penalty of perjury under t...

Signed at Sacramento, California, on May 23, 2018 (DATE)

_Parker Ent_ (SIGNATURE OF PERSON MAKING SERVICE)

Case: 19-30088    Doc# 975-5    Filed: 03/20/19    Entered: 03/20/19 13:26:51    Page 3 of 3