EXHIBIT 6

Recording requested by (name):
NEW WEST PARTITIONS

When recorded, mail to (name and address):
NEW WEST PARTITIONS

2550 SUTTERVILLE RD.

SACRAMENTO, CA 95820

2019037682   02/28/2019 11:28 AM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE:   108.00

4 PGS

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

Declaration of Exemption From Gov't Code § 27388.1 Fee
- [ ] Transfer is exempt from fee per GC § 27388.1(a)(2):
  - [ ] recorded concurrently "in connection with" transfer subject to DTT
  - [ ] recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
- [ ] Transfer is exempt from fee per GC 27388.1(a)(1):
  - [ ] Fee cap of $225.00 reached   [ ] Not related to real property

1. NEW WEST PARTITIONS ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of ALAMEDA, State of California, and more particularly described as (address and/or sufficient description): PG&E TRAINING FACILITY
7205 NATIONAL DRIVE, LIVERMORE, CA 94550

2. After deducting all just credits and offsets, the sum of $366,599.39, together with interest at the rate of 10% per annum from 11/01/2018 (date when balance became due), is due claimant for the following labor, materials, services, or equipment:
METAL STUD FRAMING, DRYWALL, TAPING, LATH AND PLASTER

3. Claimant furnished the labor or services or equipment or materials, at the request of
TURNER CONSTRUCTION COMPANY (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
PACIFIC GAS AND ELECTRIC, 7205 NATIONAL DRIVE, LIVERMORE, CA 94550

5. Claimant's address is: 2550 SUTTERVILLE, CA 95820

Dated 02/26/2019

_Ken Modellas_
(Signature)

## VERIFICATION

I, KEM MODELLAS, am the: PRESIDENT ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Dated 02/26/2019

_Ken Modellas_
(Signature)

## PROOF OF SERVICE AFFIDAVIT
### California Civil Code section 8416

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

### PROOF OF SERVICE AFFIDAVIT (ON OWNER)
### California Civil Code section 8416(a)(7) and (c)(1)

I, MARLA MILLER _____ (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: CT CORPORATION SYSTEM, TURNER CONSTRUTION COMPANY

Title or capacity of person served (if appropriate): _____

Service address: 375 HUDSON STREET, 6TH FLOOR, NEW YORK, NY 10014

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on FEB 26TH, 20 19 (date) at SACRAMENTO (city), CA (county), California.

By: _____ Marla Miller
(Signature of person making service)

### ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)

#### California Civil Code Section 8416(a)(7) and (c)(2)

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c )(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on _____, 20___ (date) at _____ (city), _____ (county), California.

By: _____
(Signature of person making service)

## PROOF OF SERVICE AFFIDAVIT
### California Civil Code section 8416

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

### PROOF OF SERVICE AFFIDAVIT (ON OWNER)
#### California Civil Code section 8416(a)(7) and (c)(1)

I, MARLA MILLER (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: PACIFIC GAS AND ELECTRIC, LINDA Y.H. CHENG

Title or capacity of person served (if appropriate): SECRETARY

Service address: 77 BEALE STREET, 32ND FLOOR, SAN FRANCISCO, CA 94105

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on FEB 26TH, 20 19 (date) at SACRAMENTO (city), CA (county), California.

By: _____
(Signature of person making service)

### ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)
#### California Civil Code Section 8416(a)(7) and (c)(2)

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c)(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on _____, 20____ (date) at _____ (city), _____ (county), California.

By: _____
(Signature of person making service)