SHAWN M. CHRISTIANSON (SBN: 114707)
EVELYN KAHL (SBN: 136397)
VALERIE BANTNER PEO (SBN: 260430)
BUCHALTER
A Professional Corporation
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: 415.227.0900
Fax: 415.227.0770
Email: schristianson@buchalter.com

Attorneys for Party in Interest
CALIFORNIA COMMUNITY CHOICE ASSOCIATION

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>  Debtor. | Case No. 19-30088<br><br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LIST** |

**TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Buchalter, a Professional Corporation and attorneys Shawn M. Christianson, Evelyn Kahl and Valerie Bantner Peo ("Buchalter"), hereby withdraw the Notice of Appearance filed in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that Buchalter additionally requests that Debtors and the Clerk of the Court remove the undersigned counsel and its address from any mailing matrix in the above-captioned case.

BUCHALTER, A Professional Corporation

Dated: March 20, 2019         By: _/s/ Valerie Bantner Peo_____
                              VALERIE BANTNER PEO
                              Attorneys for CALIFORNIA
                              COMMUNITY CHOICE ASSOCIATION

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 35944945v1

1

REQUEST FOR NOTICE AND NOTICE OF APPEARANCE

Case: 19-30088    Doc# 876    Filed: 03/20/19    Entered: 03/20/19 13:33:10    Page 1 of 1