**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

In re:    PG&E Corporation and Pacific
Gas and Electric Company                        )            Bankruptcy No.: 19-30088 (DM)
                                                )                R.S. No.:
                                                )                Hearing Date: April 10, 2019
                                                )                Time:  9:30 a.m.
Debtor(s)                                       )
 Pacific Gas and Electric Company ("PG&E")      )
_____

**Relief From Stay Cover Sheet**

Instructions: Complete caption and Section A for all motions.  Complete Section B for mobile homes, motor vehicles, and personal property.  Complete Section C for real property.  Utilize Section C as necessary.  If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A)      Date Petition Filed:                            01/29/2019_____Chapter: 11
         Prior hearings on this obligation:              _n/a_____Last Day to File §523/§727 Complaints:

(B)      Description of personal property collateral (e.g. 1983 Ford Taurus):
         Secured Creditor   [   ] or lessor [   ]
         Fair market value: $_____  Source of value: _____
         Contract Balance: $_____  Pre-Petition Default: $ _____
         Monthly Payment: $_____          No. of months: _____
         Insurance Advance: $_____  Post-Petition Default:  $_____
                                                         No. of months: _____

(C)      Description of real property collateral (e.g. Single family residence, Oakland, CA):

         Fair market value: $_____Source of value:_____  If appraisal, date: _____

         Moving Party's position (first trust deed, second, abstract, etc.):
         Approx. Bal. $_____  Pre-Petition Default: $_____
         As of (date): _____          No. of months: _____
         Mo. payment: $_____  Post-Petition Default: $_____
         Notice of Default (date): _____ _____          No. of months:
         Notice of Trustee's Sale:_____  Advances Senior Liens: $_____

         Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | | Amount | Mo. Payment | Defaults |
|---|---|---|---|---|
| 1st Trust Deed:_____ | | $ | $ | $ |
| 2nd Trust Deed: _____ | | $ | $ | $ |
| _____: | | | | |
| _____: | | | | |
| _____: | | | | |
| | (Total)    $ | | $ | $ |

Other pertinent information: esVolta, LP respectfully requests confirmation from the Court that the safe harbor provisions in Sections 362(b)(6) and 556 of the Bankruptcy Code apply to allow esVolta to enforce its contractual rights under a power purchase agreement with debtor PG&E

 Dated:    March 20, 2019                         _____
                                                           Signature

                                                 _____
                                                 Erin N. Brady
                                                         Print or Type Name

                                         Attorney for_____esVolta, LP_____