SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
  James P. Hill, SBN 90478
  Christopher V. Hawkins, SBN 222961
600 B Street, Suite 1700
San Diego, California 92101
Tel:     (619) 233-4100
Email: hill@sullivanhill.com
          hawkins@sullivanhill.com

SINGLETON LAW FIRM, APC
  Gerald Singleton, SBN 208783
  Amanda W. LoCurto, SBN 265420
450 A Street, 5th Floor
San Diego, CA 92101
Tel:     (619) 771-3473
Email: gerald@slffirm.com
          amanda@slffirm.com

Attorneys for SLF Fire Victim Claimants

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | ) Case No. 19-30088 (DM) |
| | ) |
| PG&E CORPORATION, | ) Chapter 11 |
| | ) |
| and | ) (Lead Case) |
| | ) |
| PACIFIC GAS AND ELECTRIC COMPANY | ) (Jointly Administered) |
| | ) |
| Debtors | ) **CERTIFICATE OF SERVICE** |
| | ) |
| Affects: | ) Date:  March 27, 2019 |
| ☐ PG&E Corporation | ) Time: 9:30 a.m. (Pacific) |
| ☐ Pacific Gas & Electric Company | ) Place: United States Bankruptcy Court |
| ☒ Both Debtors | )          Courtroom 17, 16th Floor |
| | )          San Francisco, CA 94102 |
| | ) **Opposition Deadline: 3/20/2019, 4 p.m.** |

I am employed in San Diego County.  I am over the age of 18 and not a party to this action.

My business address is 600 B Street, Suite 1700, San Diego, California 92101.

On March 20, 2019, I served the foregoing document(s), described as:

1. **LIMITED OPPOSITION TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 363(b) AND 105(a) FOR AUTHORITY TO CONTINUE PERFORMANCE UNDER PREPETITION SETTLEMENT AGREEMENT WITH BUTTE COUNTY DISTRICT ATTORNEY'S OFFICE TO FUND ENHANCED FIRE PREVENTION AND COMMUNICATIONS PROGRAM [ECF 770];**

2. **DECLARATION OF GERALD SINGLETON IN SUPPORT OF LIMITED OPPOSITION TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 363(b) AND 105(a) FOR AUTHORITY TO CONTINUE PERFORMANCE UNDER PREPETITION SETTLEMENT AGREEMENT WITH BUTTE COUNTY DISTRICT ATTORNEY'S OFFICE TO FUND ENHANCED FIRE PREVENTION AND COMMUNICATIONS PROGRAM [ECF 770]; and**

3. **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF LIMITED OPPOSITION TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 363(b) AND 105(a) FOR AUTHORITY TO CONTINUE PERFORMANCE UNDER PREPETITION SETTLEMENT AGREEMENT WITH BUTTE COUNTY DISTRICT ATTORNEY'S OFFICE TO FUND ENHANCED FIRE PREVENTION AND COMMUNICATIONS PROGRAM [ECF 770]**

☒ by placing ☐ the original ☒ a true copy thereof, by the following means to the persons as listed below:

☒ **ECF SYSTEM** On March 20, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

- Monique D. Almy     malmy@crowell.com
- Dana M. Andreoli     dandreoli@steyerlaw.com, pspencer@steyerlaw.com
- Anne Andrews     aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini     rlalawyer@yahoo.com, hallonaegis@gmail.com
- Lauren T. Attard     lattard@bakerlaw.com, abalian@bakerlaw.com
- Herb Baer     hbaer@primeclerk.com, ecf@primeclerk.com
- Todd M. Bailey     Todd.Bailey@ftb.ca.gov
- Kathryn E. Barrett     keb@svlg.com, amt@svlg.com
- Ronald S. Beacher     rbeacher@pryorcashman.com
- Hagop T. Bedoyan     hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- James C. Behrens     jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger     jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti     pbenvenutti@kellerbenvenutti.com
- Robert Berens     rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder     heinz@bindermalter.com
- Frank Bloksberg     frank@bloksberglaw.com, frank@joinaikido.com
- Stephan M. Brown     eric@thebklawoffice.com, Ellen@thebklawoffice.com
- W. Steven Bryant     , molly.batiste-debose@lockelord.com
- Peter C. Califano     pcalifano@cwclaw.com
- Leah E. Capritta     leah.capritta@hklaw.com, lori.labash@hklaw.com
- Christina Lin Chen     christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Shawn M. Christianson     schristianson@buchalter.com

- Robert N.H. Christmas  rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alicia Clough  aclough@loeb.com
- Marc Cohen  mscohen@loeb.com
- Ashley Vinson Crawford  avcrawford@akingump.com, tsouthwell@akingump.com
- John Cumming  jcumming@dir.ca.gov
- Keith J. Cunningham  , rkelley@pierceatwood.com
- Keith J. Cunningham  kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- James D. Curran  jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Jonathan S. Dabbieri  dabbieri@sullivanhill.com, bkstaff@sullivanhill.com
- Kathryn S. Diemer  kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com
- John P. Dillman  houston_bankruptcy@publicans.com
- Jonathan R. Doolittle  jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- Jennifer V. Doran  jdoran@hinckleyallen.com
- Jamie P. Dreher  jdreher@downeybrand.com
- Cecily A. Dumas  cdumas@bakerlaw.com
- Dennis F. Dunne  cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne  ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong  annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Kevin M. Eckhardt  keckhardt@hunton.com, candonian@huntonak.com
- Joseph A. Eisenberg  JAE1900@yahoo.com
- Sally J. Elkington  sally@elkshep.com, ecf@elkshep.com
- David Emerzian  david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com
- G. Larry Engel  larry@engeladvice.com
- Krista M. Enns  kenns@beneschlaw.com
- Michael P. Esser  michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- Richard W. Esterkin  richard.esterkin@morganlewis.com
- Joseph Kyle Feist  jfeistesq@gmail.com, info@norcallawgroup.net
- Matthew A. Feldman  mfeldman@willkie.com
- James J. Ficenec  James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero  jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman  kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone  sfinestone@fhlawllp.com
- Daniel I. Forman  dforman@willkie.com
- Jonathan Forstot  jonathan.forstot@troutman.com, john.murphy@troutman.com
- Jonathan Forstot  , john.murphy@troutman.com
- Matthew Hampton Foushee  hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick  cfrederick@prklaw.com
- Roger F. Friedman  rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu  jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Larry W. Gabriel  lgabriel@bg.law, nfields@bg.law
- Gregg M. Galardi  gregg.galardi@ropesgray.com
- Richard L. Gallagher  richard.gallagher@ropesgray.com
- Evelina Gentry  evelina.gentry@akerman.com, rob.diwa@akerman.com
- Janet D. Gertz  jgertz@btlaw.com, amattingly@btlaw.com
- Barry S. Glaser  bglaser@swesq.com

- Gabriel I. Glazer     gglazer@pszjlaw.com
- Gabrielle Glemann     gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Eric D. Goldberg     eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Amy L. Goldman     goldman@lbbslaw.com
- Eric S. Goldstein     egoldstein@goodwin.com
- Richard H. Golubow     rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez     mgomez@frandzel.com, dmoore@frandzel.com
- Eric R. Goodman     egoodman@bakerlaw.com
- Mark A. Gorton     mgortonjones@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton     mgorton@boutininc.com, cdomingo@boutininc.com
- Michael I. Gottfried     mgottfried@lgbfirm.com, msutton@lgbfirm.com
- Debra I. Grassgreen     dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Daniel J. Griffin     eric@thebklawoffice.com, christina@thebklawoffice.com
- Stuart G. Gross     sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Elizabeth M. Guffy     eguffy@lockelord.com, autodocket@lockelord.com
- Oren Buchanan Haker     oren.haker@stoel.com, rene.alvin@stoel.com
- Kristopher M. Hansen     dmohamed@stroock.com, mmagzamen@stroock.com
- Robert G. Harris     rob@bindermalter.com
- Christopher H. Hart     chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins     bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Christopher V. Hawkins     hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com
- Jan M Hayden     jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes     jhayes@fhlawllp.com
- Alaina R. Heine     alaina.heine@dechert.com, brett.stone@dechert.com
- Stephen E. Hessler, P.C.     , jozette.chong@kirkland.com
- Sean T. Higgins     aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- Terry L. Higham     t.higham@bkolaw.com, achavez@bkolaw.com
- James P. Hill     hill@sullivanhill.com, bkstaff@sullivanhill.com
- Michael R. Hogue     hoguem@gtlaw.com, frazierl@gtlaw.com
- David Holtzman     david.holtzman@hklaw.com
- Marsha Houston     mhouston@reedsmith.com, hvalencia@reedsmith.com
- Shane Huang     shane.huang@usdoj.gov
- Brian D. Huben     hubenb@ballardspahr.com
- Jonathan Hughes     jonathan.hughes@aporter.com, jane.rustice@aporter.com
- Michael A. Isaacs     Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- Mark V. Isola     mvi@sbj-law.com
- J. Eric Ivester     Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester     , Andrea.Bates@skadden.com
- Ivan C. Jen     ivan@icjenlaw.com
- Monique Jewett-Brewster     mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- Chris Johnstone     chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Gregory K. Jones     GJones@dykema.com, cacossano@dykema.com
- Robert A. Julian     rjulian@bakerlaw.com
- Roberto J. Kampfner     rkampfner@whitecase.com, mco@whitecase.com
- Robert B. Kaplan     rbk@jmbm.com
- Eve H. Karasik     ehk@lnbyb.com
- Tobias S. Keller     tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly     lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov

- Gerald P. Kennedy    gerald.kennedy@procopio.com, laj@procopio.com
- Samuel A. Khalil    skhalil@milbank.com, jbrewster@milbank.com
- Samuel M. Kidder    skidder@ktbslaw.com
- Marc Kieselstein    , carrie.oppenheim@kirkland.com
- Jane Kim    jkim@kellerbenvenutti.com
- Thomas F. Koegel    tkoegel@crowell.com
- Andy S. Kong    kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Alan W. Kornberg    , akornberg@paulweiss.com
- David I. Kornbluh    dik@millermorton.com, mhr@millermorton.com
- Jeffrey C. Krause    jkrause@gibsondunn.com, psantos@gibsondunn.com
- Thomas R. Kreller    tkreller@milbank.com, dmuhrez@milbank.com
- Lindsey E. Kress    lkress@lockelord.com, autodocket@lockelord.com
- Michael Thomas Krueger    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping    rich@trodellalapping.com
- Michael Lauter    mlauter@sheppardmullin.com
- Francis J. Lawall    lawallf@pepperlaw.com, henrys@pepperlaw.com
- Scott Lee    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- Matthew A. Lesnick    matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch    bletsch@braytonlaw.com
- David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin    alevin@wcghlaw.com, vcorbin@wcghlaw.com
- Marc A. Levinson    Malevinson@orrick.com, BOrozco@orrick.com
- Alexander James Demitro Lewicki    kdiemer@diemerwei.com, alewicki@diemerwei.com
- William S. Lisa    , jcaruso@nixonpeabody.com
- William S. Lisa    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb    jon.loeb@bingham.com
- John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Jane Luciano    jane-luciano@comcast.net
- Kerri Lyman    klyman@irell.com, lgauthier@irell.com
- John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald    iain@macfern.com, ecf@macfern.com
- Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Michael W. Malter    michael@bindermalter.com
- Geoffrey E. Marr    gemarr59@hotmail.com
- David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy    patrick.maxcy@snrdenton.com
- Thomas E. McCurnin    tmccurnin@bkolaw.com, kescano@bkolaw.com
- Hugh M. McDonald    hugh.mcdonald@troutman.com, john.murphy@troutman.com
- Hugh M. McDonald    , john.murphy@troutman.com
- C. Luckey McDowell    luckey.mcdowell@bakerbotts.com
- Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo    peter@pmrklaw.com
- Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com
- Matthew D. Metzger    belvederelegalecf@gmail.com

- Joseph G. Minias    jminias@willkie.com
- M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Kevin Montee    kmontee@monteeassociates.com
- David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
- Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com
- Courtney L. Morgan    morgan.courtney@pbgc.gov
- Joshua D. Morse    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Thomas G. Mouzes    tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Michael S. Myers    myersms@ballardspahr.com, hartt@ballardspahr.com
- Alan I. Nahmias    anahmias@mbnlawyers.com
- David L. Neale    dln@lnbrb.com
- David L. Neale    dln@lnbyb.com
- David Neier    dneier@winston.com
- Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com
- Melissa T. Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
- Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com
- Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Aram Ordubegian    Ordubegian.Aram@ArentFox.com
- Shai Oved    ssoesq@aol.com, Ovedlaw@hotmail.com
- Gabriel Ozel    Gabriel.Ozel@troutman.com, tsinger@houser-law.com
- Margarita Padilla    Margarita.Padilla@doj.ca.gov
- Amy S. Park    amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson    donna@parkinsonphinney.com
- Peter S. Partee    , candonian@huntonak.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- Kenneth Pasquale    , mlaskowski@stroock.com
- Valerie Bantner Peo    vbantnerpeo@buchalter.com
- Danielle A. Pham    danielle.pham@usdoj.gov
- Thomas R. Phinney    tom@parkinsonphinney.com
- R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino    epino@epinolaw.com, staff@epinolaw.com
- Mark D. Plevin    mplevin@crowell.com
- Mark D. Poniatowski    ponlaw@ponlaw.com
- Christopher E. Prince    cprince@lesnickprince.com
- Douglas B. Provencher    dbp@provlaw.com
- Amy C. Quartarolo    amy.quartarolo@lw.com
- Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins    jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- Hugh M. Ray    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Caroline A. Reckler    caroline.reckler@lw.com
- Jeffrey M. Reisner    jreisner@irell.com

- Jack A. Reitman    jareitman@lgbfirm.com, srichmond@lgbfirm.com
- Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Daniel Robertson    robertson.daniel@pbgc.gov, efile@pbgc.gov
- Lacey E. Rochester    lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Allan Robert Rosin    arrosin@alr-law.com
- Jay M. Ross    jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau    grougeau@brlawsf.com
- Nathan Q. Rugg    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Eric E. Sagerman    esagerman@bakerlaw.com, pgedocket@bakerlaw.com
- Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com
- Lovee Sarenas    Lovee.sarenas@lewisbrisbois.com
- Sunny S. Sarkis    sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- Sblend A. Sblendorio    sas@hogefenton.com
- Lisa Schweitzer    lschweitzer@cgsh.com
- David B. Shemano    dshemano@pwkllp.com
- James A. Shepherd    jim@elkshep.com, ecf@elkshep.com
- Leonard M. Shulman    lshulman@shbllp.com
- Andrew I. Silfen    andrew.silfen@arentfox.com
- Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Craig S. Simon    csimon@bergerkahn.com, aketcher@bergerkahn.com
- Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Aaron C. Smith    asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol    jdsokol@lawssl.com, dwright@lawssl.com
- Bennett L. Spiegel    blspiegel@jonesday.com
- Michael St. James    ecf@stjames-law.com
- Howard J. Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- David M. Stern    dstern@ktbslaw.com
- Rebecca Suarez    rsuarez@crowell.com
- Brad T. Summers    summerst@lanepowell.com, docketing-pdx@lanepowell.com
- Elizabeth Lee Thompson    ethompson@stites.com, docketclerk@stites.com
- John C. Thornton    jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Meagan S. Tom    Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward Tredinnick    etredinnick@grmslaw.com
- Matthew Jordan Troy    matthew.troy@usdoj.gov
- Andrew Van Ornum    avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta    marta.villacorta@usdoj.gov
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Riley C. Walter    ecf@W2LG.com
- Phillip K. Wang    phillip.wang@rimonlaw.com
- Philip S. Warden    philip.warden@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- Genevieve G. Weiner    gweiner@gibsondunn.com
- Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com

- Eric R. Wilson     kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick     kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop     rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- David Wirt     david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans     rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- Risa Lynn Wolf-Smith     rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Catherine E. Woltering     cwoltering@bakerlaw.com
- Andrea Wong     wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher Kwan Shek Wong     christopher.wong@arentfox.com
- Kirsten A. Worley     kw@wlawcorp.com, admin@wlawcorp.com
- Andrew Yaphe     andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com
- Tacie H. Yoon     tyoon@crowell.com
- Brittany Zummer     bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi     deg@coreylaw.com, lf@coreylaw.com

☒ **UNITED STATES MAIL, postage fully prepaid**
*(List persons and addresses. Attach additional paper if necessary)*

| | |
|---|---|
| Debtors<br>c/o PG&E Corporation and<br>Pacific Gas and Electric Company<br>Attn: Janet Loduca, Esq.<br>PO Box 770000<br>77 Beale Street,<br>San Francisco, CA 94105 | Weil, Gotshal & Manges LLP<br>Attn: Stephen Karotkin, Esq., Jessica Liou,<br>Esq., and Matthew Goren, Esq.<br>767 Fifth Avenue<br>New York, New York 10153 |
| Keller & Benvenutti LLP<br>Attn: Tobias Keller, Esq. and Jane Kim, Esq.<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>*Served via CM/ECF Only* | Stroock & Stroock & Lavan LLP<br>Attn: Kristopher M. Hansen, Esq., Erez E.<br>Gilad, Esq., & Matthew G. Garofalo, Esq.<br>180 Maiden Lane<br>New York, NY 10038-4982 |
| Stroock & Stroock & Lavan LLP<br>Attn: Frank A. Merola, Esq<br>2029 Century Park East<br>Los Angeles, CA 90067-3086<br>*Served via CM/ECF Only* | Davis Polk & Wardwell LLP<br>Attn: Eli J. Vonnegut, Esq., David Schiff,<br>Esq., and Timothy Graulich, Esq.<br>450 Lexington Avenue<br>New York, NY 10017 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Attn: Alan W. Kornberg, Esq., Brian S.<br>Hermann, Esq., Walter R. Rieman, Esq.,<br>Sean A. Mitchell, Esq., and Neal P.<br>Donnelly, Esq.<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | Office of the United States Trustee for<br>Region 17<br>Attn: James L. Snyder, Esq.<br>and Timothy Laffredi, Esq.<br>450 Golden Gate Avenue, 5th Floor,<br>Suite #05-0153<br>San Francisco, CA 94102 |

U.S. Nuclear Regulatory Commission
Attn: General Counsel
Washington, DC 20555-0001

U.S. Department of Justice
Attn: Danielle A. Pham, Esq.
1100 L Street, NW, Room 7106,
Washington DC 20005
*Served via CM/ECF Only*

Milbank LLP
Attn: Dennis F. Dunne, Esq. and Sam A.
Khalil, Esq.
55 Hudson Yards
New York, NY 10001-2163
*Served via CM/ECF Only*

Milbank LLP
Attn: Paul S. Aronzon, Esq., Gregory A.
Bray, Esq., and Thomas R. Kreller, Esq.
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067

Baker & Hostetler LLP
Attn: Eric Sagerman, Esq. and Cecily
Dumas, Esq.
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
*Served via CM/ECF Only*

STEPHEN MOELLER-SALLY
MATTHEW L. McGINNIS
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199-3600
*Request for Special Notice*

GREGG M. GALARDI
KEITH H. WOFFORD/DANIEL G. EGAN
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
*Request for Special Notice*


  I declare under penalty of perjury of the laws of the United States of America that the

foregoing is true and correct.

  Executed on March 20, 2019, at San Diego, California.

             */s/ Linda Gubba-Reiner*  
             Linda Gubba-Reiner