

**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:    (212) 310-8000
Fax:   (212) 310-8007

Signed and Filed: March 20, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:    (415) 496-6723
Fax:   (415) 636-9251

*Proposed Attorneys for Debtors
and Debtors in Possession*

*Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION**, | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors**. | **ORDER GRANTING STIPULATION BETWEEN DEBTORS AND AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS EXTENDING TIME TO RESPOND TO MOTION TO APPROVE SHORT-TERM INCENTIVE PLAN** |
| ☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☑  Affects both Debtors | |
| *\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | [No Hearing Requested] |

The Court having considered the *Stipulation Between Debtors and Ad Hoc Committee of Senior Unsecured Noteholders Extending Time to Respond to Motion to Approve Short Term Incentive Plan* ("**Stipulation**"), entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), on the one hand, and the Ad Hoc Committee of Senior Unsecured Noteholders (the "**Noteholders Committee**"), on the other hand, filed on March 19, 2019; and, pursuant to such stipulation and agreement of the Parties**,** and good cause appearing,

IT IS HEREBY ORDERED:

1.     The time for the Noteholders Committee to file and serve any response or opposition to the STIP Motion (as defined in the Stipulation) is extended through 4:00 p.m. (Pacific Time) on March 28, 2019.

APPROVED AS TO FORM AND CONTENT:


Dated: March 19, 2019

AKIN GUMP STRAUSS HAUER & FELD LLP

/s/ *Ashley Vinson Crawford*
Ashley Vinson Crawford

*Attorneys for Ad Hoc Committee of Senior Unsecured Noteholders*


**\*\*END OF ORDER\*\***

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119