**Entered on Docket**
**March 20, 2019**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: March 20, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Proposed Attorneys for Debtors*
*and Debtors in Possession*

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

**In re:**

**PG&E CORPORATION**,

     **- and -**

**PACIFIC GAS AND ELECTRIC COMPANY,**

               **Debtors**.

☐  Affects PG&E Corporation
☐  Affects Pacific Gas and Electric Company
☒  Affects both Debtors

*\* All papers shall be filed in the lead case,*
*No. 19-30088 (DM)*

Bankruptcy Case No. 19-30088 (DM)

Chapter 11

(Lead Case)

(Jointly Administered)

**ORDER GRANTING STIPULATION BETWEEN DEBTORS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS EXTENDING TIME TO RESPOND TO MOTION TO APPROVE SHORT-TERM INCENTIVE PLAN**

[No Hearing Requested]

The Court having considered the *Stipulation Between Debtors and Official Committee of Unsecured Creditors Extending Time to Respond to STIP Motion* ("**Stipulation**"), entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), on the one hand, and the Official Committee of Unsecured Creditors (the "**Creditors Committee**"), on the other hand, filed on March 19, 2019; and, pursuant to such stipulation and agreement of the Parties**,** and good cause appearing,

IT IS HEREBY ORDERED:

1.　　　The time for the Creditors Committee to file and serve any response or opposition to the STIP Motion (as defined in the Stipulation) is extended through 4:00 p.m. (Pacific Time) on March 28, 2019.

APPROVED AS TO FORM AND CONTENT:


Dated: March 19, 2019

MILBANK LLP

/s/ *Thomas R. Kreller*
Thomas R. Kreller

*Proposed Attorneys for*
*Official Committee of Unsecured Creditors*

**END OF ORDER**

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119