SEYFARTH SHAW LLP
M. Ryan Pinkston (SBN 310971)
rpinkston@seyfarth.com
Christopher J. Harney (SBN 322306)
charney@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

*Attorneys for*
*Turner Construction Company*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION,

- and -

PACIFIC GAS AND ELECTRIC COMPANY,

Debtors.

☐ Affects PG&E Corporation
☒ Affects Pacific Gas and Electric Company
☐ Affects both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088 (DM)*

Bankruptcy Case No. 19-30088 (DM)

Chapter 11
(Lead Case)

(Jointly Administered)

**TURNER CONSTRUCTION COMPANY'S LIMITED OBJECTION TO PACIFIC GAS AND ELECTRIC COMPANY'S MOTION PURSUANT TO 11 U.S.C. §§ 105, 363, AND 364 AND FED. R. BANKR. P. 4001 AND 6004 AUTHORIZING UTILITY TO (A) CONTINUE HEDGING PROGRAMS, (B) ENTER INTO AND PERFORM UNDER POSTPETITION HEDGING TRANSACTIONS, AND (C) PLEDGE COLLATERAL AND HONOR OBLIGATIONS THEREUNDER (DKT. NO. 780)**

Date: April 9, 2019
Time: 9:30 a.m. (Pacific Time)
Place: United States Bankruptcy Court
Courtroom 17, 16th Floor
San Francisco, CA 94102

Turner Construction Company ("Turner") hereby files this limited objection to the Motion Pursuant to 11 U.S.C. §§ 105, 363, and 364 and Fed. R. Bankr. P. 4001 and 6004 Authorizing Utility to (A) Continue Hedging Programs, (B) Enter Into and Perform Under Postpetition Hedging Transactions, and (C) Pledge Collateral and Honor Obligations Thereunder (Dkt. No. 780) (the "Hedging Programs Motion") filed by Debtor Pacific Gas and Electric Company (the "Utility"). In support thereof, Turner respectfully states as follows:

## BACKGROUND

The Utility and Turner are counterparties to a Master Services Agreement, as amended, pursuant to which Turner has provided prepetition and postpetition construction services on various projects. Turner and its subcontractors continue to provide construction services on numerous projects. Turner is owed at least $20 million for unpaid prepetition services that it has performed for the Debtors (which includes over $6.6 million in retainage) and is also owed an increasing amount for postpetition services being provided to the Debtors. Notably, Turner's prepetition and postpetition claims against the Utility are secured by constitutional and statutory liens in favor of Turner against the Utility's property and equipment.

## ARGUMENT

Turner does not object to the Utility's continued use of hedging programs, entry into postpetition hedging transactions, and pledge of collateral in general. However, it is unclear from the Hedging Programs Motion specifically what the Utility intends to pledge as collateral, and the Utility states that it "seeks authority to pledge cash or collateral in the ordinary course of business and in accordance with Hedging Agreements *on a first-priority basis*." (Hedging Programs Motion, at 11 (emphasis added).) Turner objects to the Hedging Programs Motion to the extent the Utility intends to pledge as collateral any of the real property and equipment encumbered by one or more of Turner's liens and purportedly grant any counterparty to a hedging transaction a position of first priority with respect to such collateral. Should the Court grant the Hedging Programs Motion, the Court should clarify in its Order that any pledge of collateral in connection with a hedging transaction does not prime or otherwise impact the priority of existing liens on such collateral.

| | | |
|---|---|---|
| DATED: March 20, 2019 | SEYFARTH SHAW LLP | |
| | By: /s/ M. Ryan Pinkston | |
| | M. Ryan Pinkston | |
| | Christopher J. Harney | |

*Attorneys for Turner Construction Company*

55750285v.1