

**Entered on Docket**
**March 20, 2019**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: March 20, 2019**

DENNIS MONTALI
U.S. Bankruptcy Judge

**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Proposed Attorneys for Debtors and Debtors in Possession*



**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>** All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**ORDER GRANTING STIPULATION BETWEEN DEBTORS AND UNITED STATES TRUSTEE EXTENDING TIME TO RESPOND TO MOTION TO APPROVE SHORT-TERM INCENTIVE PLAN**<br><br>[No Hearing Requested] |

The Court having considered the *Stipulation Between Debtors and United States Trustee to Respond to Motion to Approve Short-Term Incentive Plan* ("**Stipulation**"), entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), on the one hand, and the Office of the United States Trustee (the "**U.S. Trustee**"), on the other hand, filed on March 19, 2019; and, pursuant to such Stipulation and agreement of the Parties**,** and good cause appearing,

IT IS HEREBY ORDERED:

1. The time for the U.S. Trustee to file and serve any response or opposition to the STIP Motion (as defined in the Stipulation) is extended through 4:00 p.m. (Pacific Time) on March 28, 2019.

APPROVED AS TO FORM AND CONTENT:

Dated: March 19, 2019

OFFICE OF THE UNITED STATES TRUSTEE

/s/ *Timothy S. Laffredi*
Timothy S. Laffredi
Trial Attorney
*Attorney for Andrew R. Vara,*
*Acting United States Trustee for Region 3*[1]

**END OF ORDER**

[1] Andrew R. Vara, Acting United States Trustee for Region 3, is acting in this appointment for Tracy Hope Davis, United States Trustee for Region 17, who is recused from the above-captioned cases.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119