OREN B. HAKER (*pro hac vice*)
GABRIELLE GLEMANN (*pro hac vice*)
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.386.7530
Facsimile: 206.386.7500

*Attorneys for Party in Interest*
*Enel Green Power North America, Inc.*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors. | Bankruptcy Case<br>No. 19 - 30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*\*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

## CERTIFICATE OF SERVICE

I, Jennifer Slocum, do declare and state as follows:

1. I am employed in King County in the State of Washington. I am over the age of 18 and not a party to the within action; my business address is: Stoel Rives LLP, 600 University Street, Suite 3600, Seattle, WA 98101.

2. I certify that on March 20, 2019, I caused a true and correct copy of the *Second Notice of Continued Hearing on the Motion and Memorandum of Enel Green Power North America for Entry of an Order Confirming Safe Harbor Protection and Motion to File Certain Contracts and Related Filings Under Seal* [Dkt. 940] to be served (1) via email on the Email Service List attached hereto as **Exhibit A**; and (2) via U.S. Mail on the Hardcopy Service List attached hereto as **Exhibit B**.

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 20th day of March, 2019, at Seattle, WA.

Name: Jennifer Slocum