**Exhibit A**

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counter for Electric Cable Corporation | JORDAN, HOLZER & ORTIZ, PC | Attn: Antonio Ortiz, Shelby A Jordan | 500 N. Shoreline | Suite 900 | Corpus Christi | TX | 78401 | | 361-884-5678 | 361-888-5555 | aortiz@hwclaw.com; sjordan@hwclaw.com; ecf@hwclaw.com |
| Counter for Sea Energy LLC, Midway Sunset Cogeneration Company | Aera Energy LLC | Attn: Ron A. Symm | 10000 Ming Avenue | | Bakersfield | CA | 93311 | | 661-665-5791 | | RASymm@aeraenergy.com |
| Counter for AT&T | Arnold & Porter Kaye Scholer LLP | Attn: Brian Lohan, Esq., Steven Fruchter, Esq. | 250 West 55th Street | | New York | NY | 10019 | | 212-836-8000 | 212-836-8689 | brian.lohan@arnoldporter.com; steven.fruchter@arnoldporter.com |
| Counter for Ballard Marine Construction, Inc. | Williams Kastner | Attn: Todd W. Blischke | 601 Union Street | Suite 4100 | Seattle | WA | 98101-2380 | | 206-628-6623 | | TBlischke@williamskastner.com |
| Counter for BrightView Enterprise Solutions, LLC f/k/a Brickman Facility Solutions, LLC, BrightView Landscape Services, Inc. | Taylor English Duma LLP | Attn: John W. Mills, III | 1600 Parkwood Circle | Suite 200 | Atlanta | GA | 30339 | | 770-434-6868 | 770-434-7376 | jmills@taylorenglish.com |
| Counter for East Bay Community Energy Authority | East Bay Community Energy Authority | Attn: Leah S. Goldberg | 1111 Broadway | 3rd Floor | Oakland | CA | 94607 | | 510-838-5266 | | lgoldberg@ebce.org |
| Counter for the City and County of San Francisco, including all of its agencies, departments, or instrumentalities | Greene Radovsky Maloney Share & Hennigh LLP | Attn: Edward J. Tredinnick | Four Embarcadero Center | Suite 4000 | San Francisco | CA | 94111-4106 | | 415-981-1400 | 415-777-4961 | etredinnick@greeneradovsky.com |
| Counter for International Business Machines Corp. | Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Esq., Pamela A. Bosswick, Esq. | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | cbelmonte@ssbb.com; pbosswick@ssbb.com |
| Counter for Ion, Inc. | GELLERT SCALI BUSENKELL & BROWN, LLC | Attn: Michael Busenkell | 1201 N. Orange St. | Suite 300 | Wilmington | DE | 19801 | | 302-425-5800 | 302-425-5814 | mbusenkell@gsbblaw.com |
| Counter for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola | 2029 Century Park East | | Los Angeles | CA | 90067-3086 | | 310-556-5800 | 310-556-5959 | fmerola@stroock.com |
| Counter for Macquarie Energy LLC | Winston & Strawn LLP | Attn: Michael A. Yuffee | 1700 K Street, N.W. | | Washington | DC | 20006-3817 | | 202-282-5000 | 202-282-5100 | myuffee@winston.com |
| Counter for Main Clean Energy | Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. | Attn: Abigail V. O'Brient, Andrew B. Levin | 2029 Century Park East | Suite 3100 | Los Angeles | CA | 90067 | | 310-586-3200 | 310-586-3200 | avobrient@mintz.com; ablevin@mintz.com |
| Counter for McKinsey & Company, Inc. U.S. | HOGAN LOVELLS US LLP | Attn: Bennett L. Spiegel | 1999 Avenue of the Stars | Suite 1400 | Los Angeles | CA | 90067 | | 310-785-4600 | 310-785-4601 | bennett.spiegel@hoganlovells.com |
| Counter for Michael Vairo, Marie Dierssen, Catherine McClure, Tonia Hanson, Deirdre Coderre, Denise Strooksberry, John Strooksberry, Bryan Sullivan, Tara Hill, Isaiah Vera, Michael Williams, Joel Batts, Annaleisa Sea, Claudia Bijstra, Andries Bijstra, Roger Martinez, Candice Sea, Gretchen Franklin, Christopher Franklin, Paul Bowen, Kelly Jones, Erin Coleman, Cecil Morris, Linda Schooling, Jennifer Makin, Barbara Cruise, Benjamin Hernandez, Irma Enriquez, Constantina Byard, Leroy Howard, Edward Delongfield, Brenda Howell, Lynda Howell, Angela Coker, Sally Thorp, Paradise Moose Lodge, Nancy Seals | Northern California Law Group, PC | Attn: Joseph Feist | 2611 Esplanade | | Chico | CA | 95973 | | 530-433-0233 | 530-345-2103 | info@norcallawgroup.net; joe@norcallawgroup.net |
| Counter for State of Unemployment Compensation Tax Services | Commonwealth of Pennsylvania | Department of Labor and Industry | Collections Support Unit | 651 Boas Street, Room 702 | Harrisburg | PA | 17121 | | 717-787-7627 | 717-787-7671 | ra-li-ucts-bankrupt@state.pa.us |
| Counter for Parsons Environment & Infrastructure, Inc. | Reed Smith LLP | Attn: Marsha A. Houston | 355 South Grand Avenue, Suite 2900 | | Los Angeles | CA | 90071-1514 | | 213-457-8000 | 213-457-8080 | mhouston@reedsmith.com; Julia.Mose@sce.com |
| Counter for Southern California Edison Company | Southern California Edison Company | Attn: Julia A. Mosel, Patricia A. Cirucci | 2244 Walnut Grove Avenue | 3rd Floor | Rosemead | CA | 91770 | | 626-302-6789 | 626-302-6873 | patricia.cirucci@sce.com |
| Counter for Southern Power Company | TROUTMAN SANDERS LLP | Attn: Harris B. Winsberg, Esq., Matthew G. Roberts, Esq. | 600 Peachtree St. NE | Suite 3000 | Atlanta | GA | 30308 | | 404-885-3348 | 404-885-3900 | harris.winsberg@troutman.com; matthew.roberts2@troutman.com |
| Counter for Subrogation Insurers | Berger Kahn, a Law Corporation | Attn: Craig S. Simon | 1 Park Plaza, Suite 340 | | Irvine | CA | 92614 | | 949- 474-1880 | 949-313-5029 | csimon@bergerkahn.com |
| Counter for the agent under the Debtors' proposed debtor in possession financing facilities, Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | 450 Lexington Avenue | | New York | NY | 10017 | | 212-450-4331 | 212-701-5331 | eli.vonnegut@davispolk.com; david.schiff@davispolk.com; timothy.graulich@davispolk.com |
| Counter for Travelers Insurance | Dentons US LLP | Attn: Peter D. Wolfson | 1221 Avenue of the Americas | | New York | NY | 10020 | | 212-768-6800 | 212-768-6700 | peter.wolfson@dentons.com |
| Counter for Iron Mountain Information Management, LLC | Iron Mountain Information Management, LLC | Attn: Joseph Corrigan | One Federal Street | | Boston | MA | 02110 | | 617-535-4744 | 617-451-0409 | Bankruptcy2@ironmountain.com |
| Counter to Rite-Safety, Inc. | The Bankruptcy Group, P.C. | Attn: Stephan Brown and Daniel Griffin | 3300 Douglas Blvd. | Ste. 100 | Roseville | CA | 95661 | | 800-920-5351 | 916-242-8588 | daniel@thebklawoffice.com |
| Counter to SESCO, Inc. | JD Thompson Law | Attn: Judy D. Thompson, Esq. | P.O. Box 33127 | | Charlotte | NC | 28233 | | 828-749-1865 | | jdt@jdthompsonlaw.com |
| Creditor and Counsel to Debra Grassgreen | Debra Grassgreen | | 1339 Pearl Street | Suite 201 | Napa | CA | 94558 | | | | dgrassgreen@gmail.com |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Cotchett, Pitre & McCarthy, LLP | Attn: Frank M. Pitre, Alison E. Cordova, Abigail D. Blodgett | San Francisco Airport Office Center | 840 Malcolm Road, Suite 200 | Burlingame | CA | 94010 | | 650-697-6000 | 650-697-0577 | fpitre@cpmlegal.com; acordova@cpmlegal.com; ablodgett@cpmlegal.com |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Robins Cloud LLP | Attn: Bill Robins, III, Robert Bryson | 808 Wilshire Boulevard | Site 450 | Santa Monica | CA | 90401 | | 310-929-4200 | 310-566-5900 | robins@robinscloud.com; rbryson@robinscloud.com |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Walkup Melodia Kelly & Schoenberger | Attn: Michael A. Kelly, Khaldoun A. Baghdadi, Max Schuver | 650 California Street | 26th Floor | San Francisco | CA | 94108 | | 415-981-7210 | 415-391-6956 | mkelly@walkuplawoffice.com; kbaghdadi@walkuplawoffice.com; mschuver@walkuplawoffice.com |
| Interested Party | Macdonald | Fernandez LLP | Attn: Iain A. Macdonald | 221 Sansome Street | Third Floor | San Francisco | CA | 94104-2323 | | 415-362-0449 | 415-394-5544 | imac@macfern.com |
| Interested Party | Union Pacific Railroad Company | Attn: Tonya W. Conley, Lila L. Howe | 1400 Douglas Street | STOP 1580 | Omaha | NE | 68179 | | 402-544-3015 | | bankruptcynotices@up.com |
| Office of the California Attorney General | Office of the California Attorney General | Attn: Bankruptcy Dept | P.O. Box 944255 | | Sacramento | CA | 94244-2550 | | 916-445-9555 | 916-323-5341 | bankruptcy@coag.gov |

In re: **PG&E Corporation, et al.**
Email Service List
Case No. 19-30088
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Special Bankruptcy Counsel for Certain Fire Damage Plaintiffs Claimants | BAILEY AND ROMERO LAW FIRM | Attn: MARTHA E. ROMERO | 12518 Beverly Boulevard | | Whittier | CA | 90601 | | 562-889-0182 | | marthaeromerolaw@gmail.com |
| US Securities and Exchange Commission | US Securities and Exchange Commission | Attn: Jina Choi, Regional Director | San Francisco Regional Office | 44 Montgomery Street, Suite 2800 | San Francisco | CA | 94104 | | 415-705-2500 | | sanfrancisco@sec.gov |
| Counsel for R&R Inc. (dba Accu-Bore Directional Drilling), Veteran Power, Inc. | Brothers Smith LLP | Attn: Mark V. Isola | 2033 N. Main Street | Suite 720 | Walnut Creek | CA | 94596 | | 925-944-9700 | 925-944-9701 | misola@brotherssmithlaw.com |