**Exhibit B**

In re: PG&E Corporation, et al.
Hard Copy Service List
Case No. 19-30088
Served via Mail

E. Elliot Adler
Adler Law Group, APLC
402 W. Broadway, #860
San Diego, CA 92101

Max Africk
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Arocles Aguilar
California Public Utilities Commission
505 Van Ness Ave.
San Francisco, CA 94102

Robert Albery
Associate General Counsel
Jacobs Engineering
9191 South Jamaica St.
Englewood, CO 80112

Mary E. Alexander
Mary Alexander & Associates, P.C.
44 Montgomery St., #1303
San Francisco, CA 94104

Annadel A. Almendras
Leach, McGreevy and Bautista
2833 Laguna St.
San Francisco, CA 94123

Yelena Archiyan
Akerman LLP
2001 Ross Ave., #3600
Dallas, TX 75201

Roberts S. Arns
The ARNS Law Firm
515 Folsom St., 3rd Fl.
San Francisco, CA 94105

Paul S. Aronzon
Milbank LLP
2029 Century Park East, 33rd Fl
Los Angeles, CA 90067

Paul S. Aronzon
Milbank LLP
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067

Khaldoun A. Baghdadi
Walkup, Melodia, Kelly and Schoenberger
650 California St. 26th Fl.
San Francisco, CA 94108

Mark I. Bane
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Michael J. Barrie
Benesch, Friedlander, Coplan et LLP
222 Delaware Ave., #801
Wilmington, DE 19801

Bryan E. Bates
Dentons US LLP
303 Peachtree St., NE, #5300
Atlanta, GA 30308

Xavier Becerra
Office of the Attorney General
1515 Clay St., 20th Fl.
P.O. Box 70550
Oakland, CA 94612-0550

Carolynn K. Beck
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., 4400
Los Angeles, CA 90071

Christopher R. Belmonte
Satterlee Stephens LLP
230 Park Ave.
New York, NY 10169

Steven M. Berki
Corey, Luzaich, De Ghetaldi & Riddle LLP
700 El Camino Real
P.O. Box 669
Millbrae, CA 94030-0669

Joshua B. Bevitz
Newmeyer & Dillion LLP
1333 N. California Blvd. #600
Walnut Creek, CA 94596

Martin J. Bienenstock
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

Philip Blanchard
Rutan & Tucker, LLP
611 Anton Blvd., #1400
Costa Mesa, CA 92626-1931

In re: PG&E Corporation, et al.
Hard Copy Service List
Case No. 19-30088
Served via Mail

| | | |
|---|---|---|
| Todd Blischke<br>Williams Kastner<br>601 Union St., #4100<br>Seattle, WA 98101 | Abigail D. Blodgett<br>Cochett, Pitre & McCarthy, LLP<br>San Francisco Airport Office Center<br>840 Malcolm Rd., Suite 200<br>Burlingame, CA 94010 | Pamela A. Bosswick<br>Abigail Snow<br>Satterlee Stephens LLP<br>230 Park Ave.<br>New York, NY 10169 |
| Kevin Bostel<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | David H. Botter<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036 | Thomas J. Brandi<br>Law Offices of Thomas J. Brandi<br>345 Pine St. 3rd Fl<br>San Francisco, CA 94104 |
| Gregory A. Bray<br>Milbank LLP<br>2029 Century Park East, 33rd Fl.<br>Los Angeles, CA 90067 | Gregory A. Bray<br>Milbank LLP<br>2029 Century Park East, 33rd Fl.<br>Los Angeles, CA 90067 | Alan R. Brayton<br>Law Offices of Brayton and Purcell<br>222 Rush Landing Rd.<br>Novato, CA 94945 |
| Allan S. Brilliant<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY 10036 | Matthew C. Brown<br>White & Case LLP<br>Southeast Financial Center<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131-2352 | Beth M. Brownstein<br>Arent Fox LLP<br>1301 Avenue of the Americas, 42nd Fl.<br>New York, NY 10019 |
| Bob B. Bruner<br>Norton Rose Fulbright US LLP<br>1301 McKinney #5100<br>Houston, TX 77010 | Robert Bryson<br>Robins Cloud LLP<br>808 Wilshire Boulevard, #450<br>Santa Monica, CA 90401 | Michael G. Busenkell<br>Morris, Nichols, Arsht and Tunnell<br>1201 N Market St.<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 |
| Kevin M. Capuzzi<br>Benesch, Friedlander, Coplan et LLP<br>222 Delaware Ave., #801<br>Wilmington, DE 19801 | James Carr<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10078 | Patricia I. Chen<br>Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600 |

| | | |
|---|---|---|
| Donald Chewning<br>463 Wooster Ave Apt D12<br>San Jose, CA 95116 | Louis S. Chiappetta<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 N. Wacker Dr.<br>Chicago, IL 60606-1720 | Kevin Chiu<br>Baker Botts L.L.P.<br>2001 Ross Ave., #1000<br>Dallas, TX 75201 |
| Patricia A. Cirucci<br>Southern California Edison Company<br>2244 Walnut Grove Ave., 3rd Fl.<br>Rosemead, CA 91770 | Owen Clements<br>San Francisco City Attorneys Office<br>1390 Market Street, 7th Floor<br>San Francisco, CA 94102 | Janine Cohen<br>Pierce Bainbridge Beck Price & Hecht LLP<br>355 South Grand Ave., #4400<br>Los Angeles, CA 90071 |
| Marc S. Cohen<br>Loeb & Loeb LLP<br>10100 Santa Monica Blvd., #2200<br>Los Angeles, CA 90067 | Kevin M. Coles<br>Stewart Sokol and Larkin LLC<br>2300 SW 1st Ave. #200<br>Portland, OR 97201 | Alison E. Cordova<br>Cochett, Pitre & McCarthy, LLP<br>San Francisco Airport Office Center<br>840 Malcolm Rd., Suite 200<br>Burlingame, CA 94010 |
| Joseph Corrigan<br>One Federal Street<br>Boston, MA 02110 | Leo T. Crowley<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY 10036 | Ivo G. Daniele<br>Newmeyer & Dillion LLP<br>1333 N. California Blvd., #600<br>Walnut Creek, CA 94596 |
| Michael S. Danko<br>O'Reilly, Collins and Danko<br>2500 Sand Hill Rd. #201<br>Menlo Park, CA 94025 | Jonathan E. Davis<br>The ARNS Law Firm<br>515 Folsom St. 3rd Fl<br>San Francisco, CA 94105 | Navi Dhillon<br>Baker Botts L.L.P.<br>101 California St., #3600<br>San Francisco, CA 94111 |
| Ira S. Dizengoff<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036 | Neal P. Donnelly<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019 | James M. Eaneman<br>11672 East Arabian Park Dr.<br>Scottsdale, AZ 85259 |

| | | |
|---|---|---|
| Daniel G. Egan<br>Ropes and Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 | Sander L. Esserman<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan St. #2200<br>Dallas, TX 75201-2689 | Benjamin D. Feder<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10078 |
| Debra Felder<br>Orrick, Herrington & Sutcliffe LLP<br>1152 15th St., NW<br>Washington, DC 20005 | Steven H. Felderstein<br>Felderstein, Fitzgerald et al<br>400 Capitol Mall #1450<br>Sacramento, CA 95814-4434 | Maximilian A. Ferullo<br>Nixon Peabody LLP<br>55 West 46th St.<br>New York, NY 10036 |
| Michael A. Firestein<br>Proskauer Rose LLP<br>29 Century Park East, #2400<br>Los Angeles, CA 90067 | John Fiske<br>Baron & Budd P.C.<br>3102 Oak Lawn Avenue #1100<br>Dallas, TX 75219 | Jeffrey S. Flashman<br>McGuinness & Associates<br>3858 Carson St., #301<br>Torrance, CA 90503 |
| Leslie A. Freiman, Esq.<br>c/o EDP Renewables North America LLC<br>808 Travis, #700<br>Houston, TX 77002 | Peter Friedman<br>O'Melveny & Myers LLP<br>1625 Eye St., NW<br>Washington, DC 20006 | Steven Fruchter<br>Arnold & Porter Kaye Scholer LLP<br>250 W 55th St.<br>New York, NY 10019 |
| Craig Solomon Ganz<br>Ballard Spahr LLP<br>1 East Washington St., #2300<br>Phoenix, AZ 85004-2555 | Matthew G. Garofalo<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Ln.<br>New York, NY 10038-4982 | Andriana Georgallas<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Eric Gibbs<br>Gibbs Law Group<br>505 14th St., #1110<br>Oakland, CA 94612 | Erez E. Gilad<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Ln.<br>New York, NY 10038-4982 | Leah S. Goldberg<br>General Counsel<br>1111 Broadway, 3rd Flr.<br>Oakland, CA 94607 |
| Stuart J. Goldring<br>Weil, Gotshal & Manges LLP<br>767 Fifth Ave.<br>New York, NY 10153 | Matthew Goren<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Debra L. Grassgreen<br>Pachulski Stang Ziehl & Jones LLP<br>150 California St., 15th Fl.<br>San Francisco, CA 94111 |
| Timothy Graulich<br>Davis Polk and Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017 | William R. Greendyke<br>Norton Rose Fulbright US LLP<br>1301 McKinney #5100<br>Houston, TX 77010-3095 | Mark S. Grotefeld<br>Grotefeld Hoffmann<br>700 Larkspur Landing Circle, #280<br>Larkspur, CA 94939 |

In re: PG&E Corporation, et al.
Hard Copy Service List
Case No. 19-30088
Served via Mail

| | | |
|---|---|---|
| James W. Grudus<br>One AT&T Way, Rm 3A115<br>Bedminster, NJ 07921 | Mirco J. Haag<br>Buchalter, A Professional Corporation<br>18400 Von Karman Ave., #800<br>Irvine, CA 92612 | Zachariah D. Hansen<br>The ARNS Law Firm<br>515 Folsom St. 3rd Fl.<br>San Francisco, CA 94105 |
| Christopher J. Harney<br>Seyfarth Shaw LLP<br>560 Mission St., #3100<br>San Francisco, CA 94105 | Christopher Harris<br>Latham & Watkins LLP<br>885 Third Ave.<br>New York, NY 10022 | David A. Herman<br>Cravath, Swaine & Moore LLP<br>85 Eighth Avenue<br>New York, NY 10019 |
| Brian S. Hermann<br>Law Offices of Brian S. Hermann<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | Monique B. Howery<br>Reed Smith LLP<br>10 S. Wacker Dr., 40th Flr.<br>Chicago, IL 60606 | Dylan Hughes<br>Gibbs Law Group<br>505 14th St., #1110<br>Oakland, CA 94612 |
| International Business Machines Corp<br>Attn: Marie-Josee Dube<br>IBM Corporation<br>275 Viger East<br>Montreal, QC H2X 3R7<br>Canada, | Peter A. Ivanick<br>Hogan Lovells US LLP<br>875 Third<br>San Francisco, CA 94111 | Alan J. Jang<br>Jang & Associates, LLP<br>1766 Lacassie Ave., #200<br>Walnut Creek, CA 94596 |
| Shelby A. Jordan<br>Jordan, Holzer & Ortiz, PC<br>500 N. Shoreline #900<br>Corpus Christi, TX 78401 | Andrew Paul Kangas<br>15 Boardman Pl. 2nd Fl.<br>San Francisco, CA 94103 | Stephen Karotkin<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Michael A. Kelly<br>Walkup, Melodia, Kelly and Schoenberger<br>650 California St. 26th Fl.<br>San Francisco, CA 94108 | Mimi Kennedy<br>6535 Langdon Ave.<br>Van Nuys, CA 91406 | Kenneth N. Klee<br>Klee, Tuchin, Bogdanoff and Stern<br>1999 Avenue of the Stars, 39th Fl.<br>Los Angeles, CA 90067 |
| Marilyn S. Klinger<br>SMTD Law LLP<br>355 S. Grand Ave., #2450<br>Los Angeles, CA 90071 | Bradley C. Knapp<br>Locke Lord LLP<br>601 Poydras Street, Suite 2660<br>New Orleans, LA 70130 | Kevin Kramer<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |

| | | |
|---|---|---|
| Robert J. Labate<br>Holland & Knight LLP<br>50 California St., #2800<br>San Francisco, CA 94111 | Kathy Labriola<br>1307 University Ave.<br>Berkeley, CA 94702 | Thomas E. Lauria<br>Law Offices of White and Case<br>Southeast Financial Center<br>200 South Biscayne Blvd. #4900<br>Miami, FL 33131-2352 |
| Howard M. Levine<br>Law Offices of Sussman and Shank<br>1000 SW Broadway #1400<br>Portland, OR 97205 | Kim Martin Lewis<br>Law Offices of Dinsmore and Shohl<br>1900 Chemed Center<br>255 E 5th St.<br>Cincinnati, OH 45202 | Jessica Liou<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Brian Lohan<br>Arnold & Porter Kaye Scholer LLP<br>250 W 55th St.<br>New York, NY 10019 | Melissa Davis Lowe<br>Shulman Hodges & Bastian LLP<br>100 Spectrum Center Dr., #600<br>Irvine, CA 92618 | Jeffrey H. Lowenthal<br>Steyer, Lowenthal, Boodrookas et al<br>1 California St. 3rd Fl.<br>San Francisco, CA 94111 |
| Lauren Macksoud<br>Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089 | Sumble Manzoor<br>Corey, Luzaich, De Ghetaldi & Riddle LLP<br>700 El Camino Real<br>P.O. Box 669<br>Millbrae, CA 94030-0669 | Colleen Mast<br>P.O. Box 12734<br>Oakland, CA 94604 |
| Eric May<br>Senior Deputy County Counsel<br>County of Yolo<br>625 Ct. St., #201<br>Woodland, CA 95695 | John McCusker<br>Bank of America Tower<br>Mail code NY1-100-21-01<br>One Bryant Park<br>New York, NY 10036 | John McCusker<br>Bank of America Tower<br>Mail code: NY1-100-21-01<br>One Bryant Park<br>New York, NY 10036 |
| Matthew L. McGinnis<br>Ropes and Gray LLP<br>Prudential Tower<br>800 Boylston St.<br>Boston, MA 02199-3600 | Lorraine McGowen<br>Orrick, Herrington & Sutcliffe LLP<br>51 West 52nd St.<br>New York, NY 10019 | Joseph G. McGuinness<br>McGuinness & Associates<br>3858 Carson St., #301<br>Torrance, CA 90503 |

| | | |
|---|---|---|
| Mark McKane<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104 | Kristine K. Meredith<br>Danko Meredith<br>333 Twin Dolphin Dr., #145<br>Redwood Shores, CA 94065 | Shawn R. Miller<br>Danko Meredith<br>333 Twin Dolphin Dr., #145<br>Redwood Shores, CA 94065 |
| Sherry J. Millman<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Ln.<br>New York, NY 10038-4982 | John W. Mills<br>Taylor English Duma LLP<br>1600 Parkwood Circle, #200<br>Atlanta, GA 30339 | Mark A. Minich<br>Assistant General Counsel<br>Kinder Morgan, Inc.<br>Two North Nevada<br>Colorado Springs, CO 80903 |
| Mark A. Minich<br>Assistant General Counsel<br>Kinder Morgan, Inc.<br>Two North Nevada<br>Colorado Springs, CO 80903 | Douglas Mintz<br>Orrick, Herrington & Sutcliffe LLP<br>1152 15th St., NW<br>Washington, DC 20005-1706 | John E. Mitchell<br>Law Offices of Vinson and Elkins<br>3700 Trammell Crow Center<br>2001 Ross Ave.<br>Dallas, TX 75201-2975 |
| Nancy A. Mitchell<br>O'Melveny & Myers LLP<br>7 Times Sq.<br>New York, NY 10036 | Sean A. Mitchell<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019 | Stephen Moeller-Sally<br>Ropes and Gray LLP<br>Prudential Tower<br>800 Boylston St.<br>Boston, MA 02199-3600 |
| Julia A. Mosel<br>Southern California Edison Company<br>2244 Walnut Grove Ave., 3rd Fl.<br>Rosemead, CA 91770 | Alan Moskowitz<br>Gibson, Dunn and Crutcher LLP<br>333 S Grand Ave.<br>Los Angeles, CA 90071-3197 | Alan A. Moskowitz<br>Gibson, Dunn and Crutcher LLP<br>200 Park Ave.<br>New York, NY 10166-0193 |
| Brendan V. Mullan<br>Crowell & Moring LLP<br>Three Embarcadero Center, 26th Fl.<br>San Francisco, CA 94111 | Jessica R. Mullan<br>General Counsel<br>Sonoma Clean Power Authority<br>50 Santa Rosa Ave., 5th Fl.<br>San Rosa, CA 95494 | Omid H. Nasab<br>Cravath, Swaine & Moore LLP<br>85 Eighth Avenue<br>New York, NY 10019 |

| | | |
|---|---|---|
| Wendy A. Nathan<br>1033 Fruitvale Rd.<br>Lincoln, CA 95648 | Mario R. Nicholas<br>Stoel Rives, LLP<br>760 SW 9th Ave., #3000<br>Portland, OR 97205 | John Nolan<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Sally Noma<br>Jang & Associates, LLP<br>1766 Lacassie Ave., #200<br>Walnut Creek, CA 94596 | Maura Walsh Ochoa<br>Grotefeld Hoffmann<br>700 Larkspur Landing Circle, #280<br>Larkspur, CA 94939 | Office of Unemployment Compensation Tax Services<br>Department of Labor and Industry<br>Commonwealth of Pennsylvania<br>Collections Support Unit<br>651 Boas St., Room 702<br>Harrisburg, PA 17121 |
| Harold A. Olsen<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Ln.<br>New York, NY 10038-4982 | Kevin J. Orsini<br>Cravath, Swaine & Moore LLP<br>85 Eighth Avenue<br>New York, NY 10019 | Antonio Ortiz<br>Jordan, Holzer & Ortiz, PC<br>500 N. Shoreline #900<br>Corpus Christi, TX 78401 |
| Samuel S. Ory<br>Frederic Dorwart, Lawyers PLLC<br>124 E 4th St.<br>Tulsa, OK 74103-5010 | Owen Clements, Esq<br>San Francisco City Attorney's Office<br>1390 Market St., 7th Flr.<br>San Francisco, CA 94102 | Owl Creek Investments I, LLC<br>640 5th Ave.<br>New York, NY 10019 |
| Isaac M. Pachulski<br>Pachulski Stang Ziehl & Jones<br>150 California Street, 15th Floor<br>San Francisco, CA 94111 | Teresa Paris<br>3132 M L King, Jr Way, #309<br>Berkeley, CA 94703 | Andrew M. Parlen<br>Latham & Watkins LLP<br>885 Third Ave.<br>New York, NY 10022 |
| Joshua Pearson<br>EDF Renewables, Inc.<br>15445 Innovation Dr.<br>San Diego, CA 92128 | Richard C. Pedone<br>Nixon Peabody LLP<br>Exchange Place<br>53 State St.<br>Boston, MA 02109 | Charles S. Penner<br>Carney Badley Spellman PS<br>701 5th Ave., #3600<br>Seattle, WA 98104-5017 |

| | | |
|---|---|---|
| Mosby Perrow<br>Vice President & Deputy General Counsel<br>Kinder Morgan, Inc.<br>1001 Louisana #1000<br>Houston, TX 77002 | Mosby Perrow<br>Vice President & Deputy General Counsel<br>Kinder Morgan, Inc.<br>1001 Louisiana. #1000<br>Houston, TX 77002 | Waylon J. Pickett<br>Grotefeld Hoffmann<br>700 Larkspur Landing Circle, #280<br>Larkspur, CA 94939 |
| John M. Pierce<br>Pierce Bainbridge Beck Price & Hecht LLP<br>355 South Grand Ave., #4400<br>Los Angeles, CA 90071 | Oscar N. Pinkas<br>1221 Avenue of the Americas<br>New York, NY 10020-1089 | Oscar N. Pinkas<br>Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089 |
| Frank Pitre<br>Cochett, Pitre & McCarthy, LLP<br>San Francisco Airport Office Center<br>840 Malcolm Rd., Suite 200<br>Burlingame, CA 94010 | Placer County Office of the Treasurer-Tax Collector<br>Attn: Robert Kanngiesser<br>2976 Richardson Dr.<br>Auburn, CA 95603 | James Potter<br>Office of the Attorney General<br>1515 Clay St., 20th Fl.<br>P.O. Box 70550<br>Oakland, CA 94612-0550 |
| David M. Powlen<br>Barnes and Thornburg LLP<br>1000 N. West St., #1500<br>Wilmington, DE 19801 | Patricia Williams Prewitt<br>Law Offices of Patricia Williams Prewitt<br>10953 Vista Lake Ct.<br>Navasota, TX 77868 | Prime Clerk LLC<br>830 Third Avenue<br>3rd Floor<br>New York, NY 10017 |
| Amy C. Quartarolo<br>Law Offices of Latham and Watkins<br>355 S Grand Ave., #100<br>Los Angeles, CA 90071-1560 | John J. Rapisardi<br>O'Melveny & Myers LLP<br>7 Times Sq.<br>New York, NY 10036 | Jordana L. Renert<br>Arent Fox LLP<br>1301 Avenue of the Americas, 42nd Fl.<br>New York, NY 10019 |
| Amanda L. Riddle<br>Corey, Luzaich, De Ghetaldi & Riddle LLP<br>700 El Camino Real<br>P.O. Box 669<br>Millbrae, CA 94030-0669 | Walter R. Rieman<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019 | David Riley<br>DLA Piper LLP<br>2000 Ave. of the Stars<br>Suite 400 North Tower<br>Los Angeles, CA 90067-4704 |

| | | |
|---|---|---|
| Christy Rivera<br>Norton Rose Fulbright US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 | Ian E. Roberts<br>Baker Botts L.L.P.<br>2001 Ross Ave., #1000<br>Dallas, TX 75201 | Matthew G. Roberts<br>Troutman Sanders LLP<br>600 Peachtree St., NE, #3000<br>Atlanta, GA 30308 |
| Bill Robins<br>Robins Cloud LLP<br>808 Wilshire Boulevard, #450<br>Santa Monica, CA 90401 | Martha E. Romero<br>Law Offices of Romero and Associates<br>12518 Beverly Blvd.<br>Whittier, CA 90601 | Matthew M. Roose<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 |
| Brian S. Rosen<br>Proskauer Rose LLP<br>Eleven Times Square<br>P.O. Box 770000<br>New York, NY 10036 | Andrew Rosenblatt<br>Norton Rose Fulbright US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 | Michael A. Rosenthal<br>Gibson, Dunn and Crutcher LLP<br>200 Park Ave.<br>New York, NY 10166-0193 |
| Michael A. Rosenthal<br>Gibson, Dunn and Crutcher LLP<br>333 S Grand Ave.<br>Los Angeles, CA 90071-3197 | John H. Rowland<br>Baker Donelson Bearman Caldwell & Berkow<br>211 Commerce St<br>Nashville, TN 37201 | Marc S. Sacks<br>U.S. Department of Justice<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 |
| Randy A. Sawyer, Esq.<br>c/o EDP Renewables North America LLC<br>808 Travis, #700<br>Houston, TX 77002 | Margaret Schierberl<br>Cleary, Gottlieb, Sheen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 | David Schiff<br>Davis Polk and Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017 |
| Ray C. Schrock<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Max A. Schuver<br>Walkup, Melodia, Kelly and Schoenberger<br>650 California St. 26th Fl.<br>San Francisco, CA 94108 | Lisa Schweitzer<br>Cleary, Gottlieb, Sheen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 |
| Howard Seife<br>Norton Rose Fulbright US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 | David R. Seligman<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60654 | Daniel S. Shamah<br>O'Melveny & Myers LLP<br>7 Times Sq.<br>New York, NY 10036 |

| | | |
|---|---|---|
| Alex M. Sher<br>Hogan Lovells US LLP<br>875 Third Ave.<br>New York, NY 10022 | J. Christopher Shore<br>Law Offices of White and Case<br>1221 Avenue of the Americas<br>New York, NY 10020-1095 | George W. Shuster<br>7 World Trade Center<br>New York, NY 10007 |
| Sierra Business Council<br>c/o Kerri L. Timmer<br>P.O. Box 2428<br>Truckee, CA 96160 | David P. Simonds<br>Akin Gump Strauss Hauer & Feld LLP<br>1999 Avenue of the Stars, #600<br>Los Angeles, CA 90067 | Edwin E. Smith<br>Morgan, Lewis & Bockius LLP<br>101 Park Ave.<br>New York, NY 10178-0060 |
| Abigail Snow<br>Satterlee Stephens LLP<br>230 Park Ave.<br>New York, NY 10169 | Mark A. Speiser<br>Stroock, Stroock and Lavan<br>180 Maiden Ln.<br>New York, NY 10038 | Michael S. Stamer<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036 |
| Andrew J. Strabone<br>Irell and Manella LLP<br>1800 Avenue of the Stars, #900<br>Los Angeles, CA 90067-4276 | Michael H Strub<br>Irell and Manella LLP<br>840 Newport Center Dr., #400<br>Newport Beach, CA 92660-6324 | Joshua Y. Sturm<br>Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600 |
| Matthew G. Summers<br>Ballard Spahr LLP<br>919 N Market St., 11th Fl.<br>Wilmington, DE 19801 | Scott Summy<br>Baron & Budd P.C.<br>3102 Oak Lawn Avenue #1100<br>Dallas, TX 75219 | Ron A. Symm<br>Assistant General Counsel<br>Aera Energy LLC<br>10000 Ming Avenue<br>Bakersfield, CA 93311 |
| Cliff I. Taylor<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan St. #2200<br>Dallas, TX 75201-2689 | Judy D. Thompson<br>JD Thompson Law<br>P.O. Box 33127<br>Charlotte, NC 28233 | Matthew Troy<br>U.S. Department of Justice<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 |

In re: PG&E Corporation, et al.
Hard Copy Service List
Case No. 19-30088
Served via Mail

| | | |
|---|---|---|
| Theodore Tsekerides<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Michael M. Turkel<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | Union Pacific Railroad Company<br>Attn: Tonya W. Conley<br>Attn: Lila L. Howe<br>1400 Douglas St. Stop 1580<br>Omaha, NE 68179 |
| Danette E. Valdez<br>Office of the Attorney General<br>455 Golden Gate Ave. #11000<br>San Francisco, CA 94102-7005 | Craig Varnen<br>Irell and Manella LLP<br>1800 Avenue of the Stars, #900<br>Los Angeles, CA 90067-4276 | Eli J. Vonnegut<br>Davis Polk and Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017 |
| Diane Vuocolo<br>Greenberg Traurig, LLP<br>1717 Arch St., #400<br>Philadelphia, PA 19103 | Thomas D. Warren<br>Pierce Bainbridge Beck Price & Hecht LLP<br>355 South Grand Ave., #4400<br>Los Angeles, CA 90071 | Jason P. Wells<br>Senior Vice President<br>Chief Financial Officer PG&E Corporation<br>77 Beale St.<br>San Francisco, CA 94177 |
| Peter L. Welsh<br>Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600 | Michael L. Wilhelm<br>Walter and Wilhelm Law Group<br>205 E. River Park Circle #410<br>Fresno, CA 93720 | Harris B. Winsberg<br>Troutman Sanders LLP<br>600 Peachtree St., NE, #3000<br>Atlanta, GA 30308 |
| Keith H. Wofford<br>Ropes and Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036 | Peter Wolfson<br>Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089 | Jasmin Yang<br>Lewis Brisbois Bisgaard & Smith<br>633 West 5th St. #4000<br>Los Angeles, CA 90071 |
| Aparna Yenamandra<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022 | Michael A. Yuffee<br>Winston and Strawn LLP<br>1700 K St., N.W.<br>Washington, DC 20006-3817 | David M. Zensky<br>One Bryant Park<br>New York, NY 10036 |
| Maja Zerjal<br>Proskauer Rose LLP<br>Eleven Times Square<br>P.O. Box 770000<br>New York, NY 10036 | Paul H. Zumbro<br>Cravath, Swaine & Moore LLP<br>85 Eighth Avenue<br>New York, NY 10019 | McCormick Barstow LLP<br>c/o A.J. Excavation Inc.<br>Attn: David L. Emerzian, H. Annie Duong<br>7647 North Fresno Street<br>Fresno, CA 93720 |

| | | |
|---|---|---|
| McCormick Barstow LLP<br>c/o Philip Verwey d/b/a Philip Verwey Farms<br>Attn: H. Annie Duong<br>7647 North Fresno Street<br>Fresno, CA 93720 | Synergy Project Management, Inc.<br>c/o Law Office of Ivan C. Jen<br>1017 Andy Circle<br>Sacramento, CA 95838 | IBM Corporation<br>Attn: Marie-Jose Dube<br>275 Viger East<br>Montreal QC H2X 3R7<br>Canada |
| United States Department of Justice Civil Division<br>Attn: Matthew J. Troy<br>1100 L Street, N.W., Room 10030<br>Washington DC 20530 | John A. Vos<br>1430 Lincoln Avenue<br>San Rafael, CA 94901 | PLACER COUNTY OFFICE OF THE TREASURER-TAX COLLECTOR<br>Attn: Robert Kanngiesser<br>2976 Richardson Drive<br>Auburn, CA 95603 |
| Provencher & Flatt, LLP<br>Attn: Douglas B. Provencher<br>823 Sonoma Avenue<br>Santa Rosa, CA 95404 | Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104-5016 | U.S. Nuclear Regulatory Commission<br>Attn: General Counsel<br>U.S. NRC Region IV<br>1600 E. Lamar Blvd.<br>Arlington, TX 76011 |
| Office of the United States Attorney for the Northern District of California<br>Attn: Bankruptcy Unit<br>Federal Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | U.S. Bankruptcy Court Northern District of CA<br>Attn: Honorable Dennis Montali<br>PG&E Corp. Chambers Copy<br>450 Golden Gate Ave, 18th Floor<br>San Francisco, CA 94102 | |