

**RailPros**
Rail isn't a part of our business, it *IS* our business.

SAN FRANCISCO
2019 MAR 15 AM 10: 11

March 13, 2019

The Honorable Dennis Montali
Office of The United States Trustee
450 Golden Gate Avenue, 5th Floor
Suite #05-0153
San Francisco, CA 94102

**Re:    Case Number 19-30088-DM**

Dear Sir:

I write to you in my capacity as the Chief Financial Officer of RailPros Field Services, Inc. (RPFS), a nationwide provider of Flagging/Roadway Worker in Charge (RWIC) services to Pacific Gas and Electric (PG&E) and other Commercial and Public Entity clients within the United States of America. RWIC services are required under Federal Railroad Administration (FRA) rules when any covered activity occurs within prescribed proximity to regulated railroad roadways.

RPFS has provided RWIC services to PG&E in the past and, after PG&E's filing for protection under Chapter 11 of bankruptcy law, will continue to provide additional RWIC services to PG&E on a cash in advance basis. Due to the facts that RWIC services are required under FRA rules for all activities described above and since this service is essential to PG&E normal operating activities on a go forward basis when occurring within prescribed proximity to regulated railroad roadways, we request that our services be deemed essential services for PG&E under rules of bankruptcy law and ask that you assist us with the necessary approvals for this designation.

Please contact me directly with your questions on this important matter.

Best regards,

Stuart P. Hall, CPA CGMA MSIE/OR
Chief Financial Officer
RailPros Field Services, Inc.

cc:    Kendall Koff, President/Chief Executive Officer
       RailPros Field Services, Inc.