Leonard P. Goldberger, Esquire
STEVENS & LEE, P.C.
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
Telephone: (610) 205-6046
Facsimile: (610) 371-7376
Email: lpg@stevenslee.com

Constantine D. Pourakis, Esquire
STEVENS & LEE, P.C.
485 Madison Avenue
20th Floor
New York, NY 10022
Telephone: (212) 537-0409
Facsimile: (610) 371-1237
Email: cp@stevenslee.com

Attorneys for Allianz Global Corporate & Specialty

ORIGINAL

FILED
MAR 2 0 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,<br><br>               Debtors. | Case Nos. 19-3008 and 19-30089<br>(Jointly Administered)<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

**PLEASE TAKE NOTICE** that Stevens & Lee, P.C. enters its appearance in the captioned cases as counsel to Allianz Global Corporate & Specialty ("Allianz") and, pursuant to 11 U.S.C. §§ 342(a) and 1109(b), and Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010, requests that the Clerk of Court enter the following names and addresses on the general matrix for these cases, and on all special or limited matrices, and that copies of all notices given

-1-
NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS
03/18/2019 SL1 1575386v1 113164.00001

or required to be given, and all and all orders and other pleadings and papers served or required to be served, in these cases, be given to and served on:

>Leonard P. Goldberger, Esquire
>STEVENS & LEE, P.C.
>620 Freedom Business Center, Suite 200
>King of Prussia, PA 19406
>Telephone: (610) 205-6046
>Fax: (610) 371-7376
>Email: lpg@stevenslee.com
>
>Constantine D. Pourakis, Esquire
>STEVENS & LEE, P.C.
>485 Madison Avenue
>20th Floor
>New York, NY 10022
>Telephone: (212) 537-0409
>Facsimile (610) 371-1237
>Email: cp@stevenslee.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code sections specified above, but also includes, without limitation, all orders and notices of any application, motions, petitions, pleadings, requests, complaints, or demands, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (i) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, including Allianz, with respect to (a) Debtors or any successor to Debtors, (b) property of the Debtors' estate, or proceeds thereof, in which Debtors or any successor to Debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that Debtors or any successor to the Debtors may seek to use; or (ii) requires or seeks to require any act, delivery or any property, payment or other conduct by Allianz.

-2-
NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS
03/18/2019 SL1 1575386v1 113164.00001

**PLEASE TAKE FURTHER NOTICE** that, by filing this Notice of Appearance and Request for Service of Papers or any later appearance, pleading, claim or suit, Allianz does not submit to the jurisdiction of the Bankruptcy Court, nor intends that this Notice of Appearance and Request for Service of Papers or any later appearance, pleading, claim or suit shall waive (i) any rights to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) any rights to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupment under agreements, to which Allianz is or may be entitled, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupment Allianz expressly reserves.

STEVENS & LEE, P.C.

Dated: March 5, 2019

By: *[signature]*
Leonard P. Goldberger, Esquire
PA Bar No. 23118
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
Telephone: (610) 205-6046
Facsimile: (610) 371-7376
Email: lpg@stevenslee.com

*Attorneys for Allianz Global Corporate & Specialty*

-3-
NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS
03/18/2019 SL1 1575386v1 113164.00001

Case: 19-30088    Doc# 999    Filed: 03/20/19    Entered: 03/20/19 16:54:52    Page 3 of 4

## **CERTIFICATE OF SERVICE**

Constantine D. Pourakis hereby certifies that the foregoing *Notice of Appearance and Request for Service of Papers*, was filed with the Clerk of the Court and served on all parties in interest electronically through the Court's CM/ECF system.

*/s/ Constantine D. Pourakis*
Constantine D. Pourakis

-4-
NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS
03/18/2019 SL1 1575386v1 113164.00001