# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On March 15, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail and Email on the Office of the United States Trustee, Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta, 450 Golden Gate Ave, Suite 05-0153 San Francisco, CA 94102 (James.L.Snyder@usdoj.gov; timothy.s.laffredi@usdoj.gov; Marta.Villacorta@usdoj.gov):

- Summary of Assets and Liabilities for Non-Individual Debtor PG&E Corporation and Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding Debtors' Schedules of Assets and Liabilities [Docket No. 897]
- Schedule A/B: Assets – Real and Personal Property for Non-Individual Debtor PG&E Corporation [Docket No. 898]
- Schedule D: Creditors Who Have Claims Secured by Property for Non-Individual Debtor PG&E Corporation [Docket No. 899]

- Schedule E/F: Creditors Who Have Unsecured Claims for Non-Individual Debtor PG&E Corporation [Docket No. 900]
- Schedule G: Executory Contracts and Unexpired Leases for Non-Individual Debtor PG&E Corporation [Docket No. 901]
- Schedule H: Codebtors for Non-Individual Debtor PG&E Corporation [Docket No. 902]
- Summary of Assets and Liabilities for Non-Individual Debtor Pacific Gas and Electric Company and Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding Debtors' Schedules of Assets and Liabilities [Docket No. 903]
- Schedule A/B: Assets – Real and Personal Property for Non-Individual Debtor Pacific Gas and Electric Company [Docket No. 904]
- Schedule D: Creditors Who Have Claims Secured by Property for Non-Individual Debtor Pacific Gas and Electric Company [Docket No. 905]
- Schedule E/F: Creditors Who Have Unsecured Claims for Non-Individual Debtor Pacific Gas and Electric Company [Docket No. 906]
- Schedule G: Executory Contracts and Unexpired Leases for Non-Individual Debtor Pacific Gas and Electric Company [Docket No. 907]
- Schedule H: Codebtors for Non-Individual Debtor Pacific Gas and Electric Company [Docket No. 908]

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

2

Executed this 20th day of March 2019, at New York, NY.

_____
Alain B. Francoeur