Mikel R. Bistrow (SBN 102978)
DINSMORE & SHOHL LLP
655 West Broadway, Ste. 800
San Diego, California 92101
Telephone:(619) 400-0500
mikel.bistrow@dinsmore.com

-and-

Kim Martin Lewis (*Admitted Pro Hac Vice*)
Alexandra S. Horwitz (*Pro Hac Vice Pending*)
DINSMORE & SHOHL LLP
255 E. 5th Street, Ste. 1900
Cincinnati, Ohio 45202
Telephone:(513) 977-8200
kim.lewis@dinsmore.com
allie.horwitz@dinsmore.com

*Attorneys for G4S USA, G4S Secure Solutions (USA), Inc. and G4S Secure Integration LLC*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| PG&E CORPORATION | Chapter 11 |
| - and - | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **APPLICATION FOR ADMISSION OF ALEXANDRA S. HORWITZ** *PRO HAC VICE* |
| * All papers shall be filed in the Lead Case, No. 19-30088 (DM). | |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Alexandra S. Horwitz, an active member in good standing of the bar of the state of Ohio, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing G4S Secure Solutions (USA) Inc. and G4S Secure Integration LLC and their affiliates, in the above-entitled action.

1

In support of this application, I certify on oath that:

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

>   Mikel R. Bistrow
>   DINSMORE & SHOHL LLP
>   655 West Broadway
>   San Diego, California 92101
>   Telephone: (619) 400-0500
>   mikel.bistrow@dinsmore.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 21, 2019

Alexandra S. Horwitz