

Signed and Filed: March 21, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>   - and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                           Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br><br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ALEXANDRA S. HORWITZ** *PRO HAC VICE* |

Alexandra S. Horwitz, whose business address and telephone number is DINSMORE & SHOHL LLP, 255 E. 5th Street, Suite 1900, Cincinnati, OH 45202, (513) 977-8200, and who is an active member in good standing of the bar of the state of Ohio, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing G4S Secure Solutions (USA) Inc., G4S Secure Integration LLC and their affiliates.

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California. |

**END OF ORDER**