**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Proposed Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF CANCELLATION OF MARCH 26, 2019 9:30 A.M. OMNIBUS HEARING**<br><br>Date: March 26, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102 |

**PLEASE TAKE NOTICE** that the below-listed matters in the above-captioned chapter 11 cases that were scheduled to be heard at the hearing on March 26, 2019, at 9:30 a.m. (Pacific Time) have been **continued** to the hearing on **April 10, 2019, at 9:30 a.m. (Pacific Time)** before the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**") in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

**PLEASE TAKE FURTHER NOTICE** that the omnibus hearing scheduled for March 26, 2019, at 9:30 a.m. (Pacific time) in the above-captioned chapter 11 cases has been cancelled.

I.  **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

1.  **Enel Green Power Motion.** Motion and Memorandum of Enel Green Power North America for Entry of an Order Confirming Safe Harbor Protection under 11 U.S.C. §§ 362(b)(6) and 556 [**Dkt. 481**].

    Response Deadline:   April 1, 2019, at 4:00 p.m. (Pacific Time).

    Responses Filed:  None.

    Related Documents:

    A.  Enel Green Power North America's Motion under 11 U.S.C. §§ 105(a) and 107(b) and FRBP 9018 for Entry of an Order Authorizing the Filing of Certain Contracts and Related Filings Under Seal [**Dkt. 483**].

    B.  Declaration of Giovanni Bertolino in Support of Enel Green Power North America's (I) Motion for Entry of an Order Confirming Safe Harbor Protection under 11 U.S.C §§ 362(b)(6) and 556; and (II) Motion to File Under Seal [**Dkt. 484**].

    C.  Notice of Hearing on Enel Green Power North America's (I) Motion to Confirm Safe Harbor Protection under 11 U.S.C §§ 362(b)(6) and 556; and (II) Motion to File Under Seal [**Dkt. 485**].

    D.  Exhibit [**Dkt. 486**].

    E.  Notice of Continued Hearing on Enel Green Power North America's Safe Harbor Motion and Motion to File Under Seal Originally Set for Hearing on March 12, 2019 at 9:30 a.m. [**Dkt 742**].

    F.  Second Notice of Continued Hearing [**Dkt 940**].

    G.  Stipulation between the Debtors and Enel Green Power North America, Inc. to Permit Termination of Capacity Storage Agreements and Interconnection Agreements [**Dkt 1010**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

Status:  This matter has been continued to the omnibus hearing on April 10, 2019 at 9:30 a.m. (Pacific Time).

II. **MATTERS SCHEDULED TO BE HEARD IN ADVERSARY PROCEEDING:** *PG&E v. FERC*, **Adv. Pro. No. 19-03003 (DM)**

2. Scheduling Conference

Status:  The scheduling conference was continued to the hearing on April 10, 2019, at 9:30 a.m. by the Court pursuant to docket order on February 28, 2019. The scheduling conference has been further adjourned without date, pursuant to the Court's *Order on Stipulation Regarding Deadlines as Set forth in Summons and Discovery Order* entered on March 20, 2019 [AP 19-03003 **Dkt 141**].

**PLEASE TAKE NOTICE** that copies of any papers filed with the court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com.  Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated:  March 21, 2019

**WEIL, GOTSHAL & MANGES LLP**

**KELLER & BENVENUTTI LLP**

By: /s/ *Jane Kim*
Jane Kim

*Proposed Attorneys for Debtors and Debtors in Possession*