**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Proposed Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION**, <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors**. <br><br> ☐  Affects PG&E Corporation <br> ☐  Affects Pacific Gas and Electric Company <br> ☑  Affects both Debtors <br><br> * *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **STIPULATION BETWEEN DEBTORS AND CERTAIN WILDFIRE CLAIMANTS EXTENDING TIME TO RESPOND TO MOTION TO APPROVE SHORT-TERM INCENTIVE PLAN** <br><br> [Re: Dkt No. 782] <br><br> [No Hearing Requested] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

This stipulation and agreement for order ("**Stipulation and Agreement for Order**") is entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), on the one hand, and the 3,500 individuals represented by Singleton Law Firm, APC who have asserted claims against the Debtors (collectively, the "**SLF Wildfire Claimants**") on the other. The Debtors and the SLF Fire Victim Claimants are referred to in this Stipulation and Agreement for Order collectively as the "**Parties**," and each as a "**Party**." The Parties hereby stipulate and agree as follows:

## RECITALS

A. On March 6, 2019, the Debtors filed the *Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order Approving (I) Short-Term Incentive Plan and (II) Granting Related Relief* [Dkt No. 782] (the "**STIP Motion**"), which is set for a hearing before the Court at 9:30 a.m. on April 9, 2019. Any response or opposition to the STIP Motion is due by 4:00 p.m. (Pacific Time) March 20, 2019.

B. Counsel for the SLF Wildfire Claimants has requested, and proposed counsel for the Debtors has agreed, that the time for the SLF Wildfire Claimants to respond to the STIP Motion be further extended.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. The time for the SLF Wildfire Claimants to file and serve any response or opposition to the STIP Motion is extended through 4:00 p.m. (Pacific Time) on March 28, 2019.

[*Signatures on next page*]

| | |
|---|---|
| Dated: March 22, 2019 | Dated: March 22, 2019 |
| KELLER & BENVENUTTI LLP | SULLIVAN HILL REZ & ENGEL<br>A Professional Law Corporation |
| */s/ Jane Kim* <br>Jane Kim | */s/ Christopher V. Hawkins* <br>James P. Hill<br>Christopher V. Hawkins<br>Jonathan S. Dabbieri |
| *Proposed Attorneys for Debtors and Debtors in Possession* | *Attorneys for the SLF Wildfire Claimants* |

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119