# Exhibit A

2019-0002196

Recorded | REC FEE 38.00
Official Records |
County of | CONFORMED COPY 0.00
Shasta | HOUSING FEE 75.00
Leslie Morgan |
Assessor-Recorder |
| EB
04:06PM 25-Jan-2019 | Page 1 of 9

**RECORDING REQUESTED BY**

C. Scott Penner, Esq.
Carney Badley Spellman, PLLC
701 5th Ave, Suite 3600
Seattle, WA 98104-7010

**AFTER RECORDING RETURN TO:**

Kate Ides
AECOM Technical Services, Inc.
300 South Grand Avenue, Suite 1100,
Los Angeles, California 90071

9 HF cc -eb

(SPACE ABOVE THIS LINE FOR RECORDER'S

# **MECHANICS LIEN**

SEPARATE PAGE, PURSUANT TO CA. GOV'T. CODE 27361.6

**RECORDING REQUESTED BY**
C. Scott Penner, Esq.
Carney Badley Spellman, PLLC
701 5th Ave, Suite 3600
Seattle, WA 98104-7010


**AFTER RECORDING RETURN TO:**

Kate Ides
AECOM Technical Services, Inc.
300 South Grand Avenue, Suite 1100,
Los Angeles, California 90071

Space above this line for recorder's use only

## MECHANICS LIEN

NOTICE IS HEREBY GIVEN that the undersigned claimant <u>AECOM Technical Services, Inc.</u> ("Claimant"), with an address at <u>300 South Grand Avenue, Suite 1100, Los Angeles, California 90071</u>, claims a Mechanics Lien against <u>Pacific Gas and Electric Company</u> (Name(s) of Owner(s)/Reputed Owner(s)) or Tenant(s)/Reputed Tenants) and the following described real property and upon every estate or interest, including leasehold interests, in all structures, fixtures, appurtenances and improvements situated thereon:

(Description)
Located at 37667 Highway 299, Burney, Shasta County, California 96013; Parcel Number 028-370-001

> Beginning at a point in the north half of the northeast quarter of Section 16, Township 35 North, Range 3 East, M. D. B. & M., from which the 2 inch brass cap (marked 9, 10, 15, 16, T.35N.,R.3E., L.S. 2029) marking the northeast corner of said Section 16 bears north 26° 44' east 474.54 feet distant and running thence north 85° 35' west 1218.50 feet; thence westerly on a curve to the right, with a radius of 554.40 feet, through a central angle of 35° 28', an arc distance of 343.18 feet; thence north 50° 07' west 56.76 feet; thence south 14° 40½' east 1204.15 feet to a point in the southerly boundary line of the north half of the northeast quarter of said Section 16; thence south 89° 48' east, along the southerly boundary line of the north half of the northeast quarter of said Section 16, a distance of 831.89 feet to a 3/4 inch pipe; thence north 25° 30½' east 1008.52 feet, more or less, to the point of beginning; containing 26.69 acres, more or less, and being a portion of the north half of the northeast quarter of said Section 16.

(Legal Description) see Exhibit A for more complete description

The lien is claimed for labor, services, equipment, materials or work ("Work") of the following kind: <u>labor, services, equipment and materials furnished at the request of Pacific Gas and Electric Company ("PG&E") and pursuant to the PG&E Contract Agreement #2501335149 dated on or about February 8, 2016, including but not limited to the installation of a new compressor and turbine, and supporting utilities, buildings, concrete, structural steel, electrical equipment and controls for the Burney K2 Replacement Project.</u> Claimant is owed $23,535,812.89 for the Work, after deducting all just credits and offsets, plus interest at the legal rate from <u>April 27, 2018</u>.

The name of the person or company by whom Claimant was employed, or to whom Claimant furnished the work, is <u>Pacific Gas and Electric Company.</u>

Date: <u>January 25, 2019</u>

**SEE ATTACHED FOR NOTARY CERTIFICATE**

AECOM Technical Services, Inc.
(Name of Claimant)

By: _(Signature)_

Steven R. Petto, Authorized Agent
(Print Name & Authorized Capacity)

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____Alameda_____)

On __01__/__25__/2019 before me, _____Shakush Kattel , Notary Public_____
(insert name and title of the officer)

personally appeared _____Steven Richard Petto_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

[Notary Seal: SHAKUSH KATTEL, COMM. # 2167055, NOTARY PUBLIC·CALIFORNIA, ALAMEDA COUNTY, My Commission Expires OCT. 8, 2020]

## VERIFICATION

I, the undersigned, say: I am the <u>Authorized Agent</u>,
("President Of," "Manager Of," "A Partner Of," "Owner Of," "Agent Of," Etc.)

for the Claimant named in the foregoing claim of mechanics lien; I am authorized to make this verification for the Claimant; I have read the foregoing claim of mechanics lien and know the contents thereof, and the same is true of my knowledge, information and/or belief. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on <u>January 25, 2019</u>, at <u>Oakland, California</u>.

(Date this Document was Signed)    (City and State Where Document Signed)

_(Signature)_ ~~Steve R. Petto~~
Steven. R. Petto   SRP

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

State of California (SK)
County of ~~Cali~~ Alameda )

On 01/25/2019 before me, Shakursh Kattel, notary public
(insert name and title of the officer)

personally appeared Steven R. Petto

authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

(Seal)
SHAKUSH KATTEL
COMM. # 2167055
NOTARY PUBLIC • CALIFORNIA
ALAMEDA COUNTY
Commission Expires
OCT. 8, 2020

# NOTICE OF MECHANICS LIEN
# ATTENTION!
(Civil Code § 8416)

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

**Note:** Claimant must serve this Notice of Mechanics Lien, together with a copy of Claimant's Mechanics Lien, in accordance with the provisions of Civil Code § 8106 and must complete a Proof of Service Affidavit in accordance with Civil Code § 8416. The Mechanics Lien, Notice of Mechanics Lien and the Proof of Service Affidavit should all be submitted to the County Recorder for recording at one time.

## PROOF OF SERVICE AFFIDAVIT

(California Civil Code § 8416)

---

**AFFIDAVIT FOR SERVICE ON THE OWNER/TENANT**

(California Civil Code §§ 8416 (a)(7) and (c)(1))

I, <u>STEVEN R. PETTO</u>, declare that I served a copy of this Mechanics Lien and Notice of Mechanics Lien by registered mail, certified mail, or first-class mail, evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person served: <u>Pacific Gas and Electric Company</u>,

Title or capacity of person or entity served: <u>Owner or Reputed Owner</u>.

Service Address: <u>77 Beale Street, San Francisco, California 94105</u>.

Said service address is the owner's residence, place of business, or address shown by the building permit on file with the permitting authority for the work or the address identified on the construction trust deed.

Executed on <u>January 25, 2019</u>, at <u>OAKLAND</u>, California.

By: _____
(Signature of Person Serving)

---

AFTER RECORDING, RETURN TO:    FOR RECORDER'S USE ONLY

Pacific Gas and Electric Company
245 Market St.
San Francisco 6, California
RE: GM 145418-R (RW)

Rev. $15.40

RECORDED AT REQUEST OF
NORTH VALLEY TITLE & ESCROW CO.
AT 55 MIN. PAST 11 O'CLOCK
OFFICIAL RECORDS SHASTA COUNTY, CALIF.
JUL 23 1962
Volume 712, Page 636
RECORDER FEE $

FRUIT GROWERS SUPPLY COMPANY, a California corporation, hereinafter called Fruit Growers, hereby grants to PACIFIC GAS AND ELECTRIC COMPANY, a California corporation, hereinafter called Pacific, that certain real property, situate in the County of Shasta, State of California, described as follows:

Beginning at a point in the north half of the northeast quarter of Section 16, Township 35 North, Range 3 East, M. D. B. & M., from which the 2 inch brass cap (marked 9, 10, 15, 16, T.35N.,R.3E., L.S. 2029) marking the northeast corner of said Section 16 bears north 26° 44' east 474.54 feet distant and running thence north 85° 35' west 1218.50 feet; thence westerly on a curve to the right, with a radius of 554.40 feet, through a central angle of 35° 28', an arc distance of 343.18 feet; thence north 50° 07' west 56.76 feet; thence south 14° 40½' east 1204.15 feet to a point in the southerly boundary line of the north half of the northeast quarter of said Section 16; thence south 89° 48' east, along the southerly boundary line of the north half of the northeast quarter of said Section 16, a distance of 831.89 feet to a 3/4 inch pipe; thence north 25° 30½' east 1008.52 feet, more or less, to the point of beginning; containing 26.69 acres, more or less, and being a portion of the north half of the northeast quarter of said Section 16.

Fruit Growers further grants to Pacific a right of way for ingress to and egress from said 26.69 acre parcel of land and any other lands which Pacific shall hereinafter acquire in the vicinity of said 26.69 acre parcel of land within the strip of land described as follows:

Beginning at the most northerly corner of said 26.69 acre parcel of land and running thence north 50° 07' west 109.5 feet; thence westerly on a curve to the left with a radius of 412.2 feet, through a central angle of 39° 52½', an arc distance of 286.9 feet to a point in the northerly boundary line of said Section 16; thence along the northerly boundary line of said Section 16 the following three courses and distances, namely: north 89° 59½' west 485.8 feet to the 2 inch brass cap on pipe (marked 1/4S 9/16 T.35N.,R.3E., L.S. 2029) marking the north quarter corner of said Section 16; thence north 89° 42' west

-1-    BOOK 712 PAGE 636

Case: 19-30088    Doc# 1016-1    Filed: 03/22/19    Entered: 03/22/19 12:41:42    Page 8 of 10

445.4 feet to a state highway monument; and thence north 89° 42' west 19.5 feet to a state highway monument in the southeasterly boundary line of the state highway traversing said Section 16; thence south 35° 19' west, along the southeasterly boundary line of said state highway, 44.5 feet; thence northeasterly on a curve to the right, with a radius of 160.0 feet, through a central angle of 16° 22', and tangent at the southwesterly terminus thereof to a line which has a bearing of north 73° 56' east, an arc distance of 45.7 feet to a point distant 30.0 feet southerly from (measured at a right angle to) the northerly boundary line of said Section 16; thence parallel with the northerly boundary line of said Section 16 the following two courses and distances, namely: south 89° 42' east 445.4 feet; and thence south 89° 59½' east 485.9 feet; thence easterly on a curve to the right, with a radius of 382.2 feet, through a central angle of 39° 52½', an arc distance of 266.0 feet; thence south 50° 07' east 151.7 feet to a point in the southwesterly boundary line of said 26.69 acre parcel of land; thence north 14° 40½' west, along the southwesterly boundary line of said 26.69 acre parcel of land, 51.7 feet, more or less, to the point of beginning.

IN WITNESS WHEREOF Fruit Growers has executed these presents this 2nd day of July, 1962.

FRUIT GROWERS SUPPLY COMPANY

By _____
Its President

And By _____
Its Secretary

STATE OF CALIFORNIA,
County of Los Angeles } ss.

ON _____, July 2, 19 62, before me, _____, a Notary Public in and for said County and State, personally appeared H. A. Lynn known to me to be the President, and L. A. Yoast known to me to be the Secretary of Fruit Growers Supply Company the Corporation that executed the within Instrument, known to me to be the persons who executed the within Instrument, on behalf of the Corporation herein named, and acknowledged to me that such Corporation executed the within Instrument pursuant to its by-laws or a resolution of its board of directors.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal.

F. J. JOHNSON
My Commission Expires Jan. 6, 1965
Notary Public in and for said County and State.

ACKNOWLEDGMENT — CORP. — PRES. & SEC.— WOLCOTTS FORM 226—REV. 12-51

Shasta
GM 145418-R
Dwg. 28295
Section 16,
T.35N.,R.3E.,
M.D.B.& M.

Prepared _____
Checked _____
-2- BOOK 712 PAGE 637

EXHIBIT A
APR 12 '62
Page 2 of 3

Case: 19-30088   Doc# 1016-1   Filed: 03/22/19   Entered: 03/22/19 12:41:42   Page 9 of 10



EXHIBIT A
Page 3 of 3

Case: 19-30088 Doc# 1016-1 Filed: 03/22/19 Entered: 03/22/19 12:41:42 Page 10 of 10