# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071-1514. On March 22, 2019, I served the following document(s) by the method indicated below:

**NOTICE OF CONTINUED PERFECTION OF LIEN PURSUANT TO 11 U.S.C. § 546(b)(2)**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

Stephen Karotkin
Jessica Liou
Matthew Goren
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Tobias S. Keller
Keller & Benvenutti LLP
650 California Street, Suite 1900
San Francisco, CA 94108

*Attorneys for Debtor*

Pacific Gas and Electric Company
77 Beale Street
San Francisco California 94177

*Debtor*

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on March 22, 2019, at Los Angeles, California.

*/s/ Heather Valencia*
Heather Valencia