United State Bankruptcy Court
Northern District of California
San Francisco Division


FILED
MAR 22 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

In Re:

PG&E Corporation                                  Case No. 19-30088-DM

**NOTICE/CLAIM OF EQUITY SECURITY HOLDER PURSUANT TO RULE 3003 (c) (2)**

The undersigned, Stephanie L. Golden, is the beneficial holder of 700 shares of common stock of the Debtor, PG&E Corporation. 100 shares are held on her Roth IRA account with Charles Schwab & Co. 600 shares are held on her IRA account with Charles Schwab & Co. She is not attorney licensed or admitted to practice before this court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 18, 2019.

*Stephanie L Golden*
Stephanie L. Golden
9437 Wooded Glen Avenue
Burke, VA 22015
703-569-1264.

C:\25\GRA\gra516\PGE\StephanieRule3003_PGE.docx