JEFFER MANGELS BUTLER & MITCHELL LLP
BENNETT G. YOUNG (Bar No. 109504)
*byoung@jmbm.com*
Two Embarcadero Center, 5th Floor
San Francisco, California 94111-3813
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for Mizuho Bank, Ltd.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects Both Debtors<br><br>All papers shall be filed in the Lead Case No. 19-30088 (DM) | Case Nos. 19-30088 (DM) (Lead Case)<br>19-30089 (DM)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**REQUEST FOR SPECIAL NOTICE AND REQUEST TO BE ADDED TO MASTER MAILING LIST** |

The undersigned attorneys for Mizuho Bank, Ltd. ("Mizuho") hereby request notice of all hearings, or trial dates, motions and notices of motions, applications, disclosure statements, plans of reorganization, applications for compromise, applications to abandon properties, applications for approval to sell property of the estate or to pay expenses or claims, copies of monthly operating reports, copies of statements of deposits, and returns of sale of real or personal property for Court approval, whether such notice, application, or the like is sent by the Court, the debtor, or any other party-in-interest in this case, and request that all notices, applications, or the like be sent to the address below, and that such address be added to the Court's master mailing list:

Mizuho Bank, Ltd.
c/o Bennett G. Young, Esq.
Jeffer Mangels Butler & Mitchell LLP
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111-3824
byoung@jmbm.com

THIS ENTRY OF APPEARANCE AND REQUEST FOR NOTICE is without prejudice to the Mizuho's rights, remedies and claims against other entities or any objection that may be made to the jurisdiction or venue of the Court or venue of this case, and shall not be deemed or construed to be a waiver of Mizuho's rights (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Mizuho is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Mizuho hereby expressly reserves.

DATED: March 22, 2019

JEFFER MANGELS BUTLER & MITCHELL LLP
BENNETT G. YOUNG


By: /s/ Bennett G. Young
        BENNETT G. YOUNG
    Attorneys for Mizuho Bank, Ltd.