United State Bankruptcy Court
Northern District of California
San Francisco Division


**FILED**

MAR 2 2 2019

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

In Re:

PG&E Corporation                                    Case No. 19-30088-DM

**NOTICE/CLAIM OF EQUITY SECURITY HOLDER PURSUANT TO RULE 3003 (c) (2)**

The undersigned, Richard A. Golden, is the beneficial holder of 1250 shares of common stock of the Debtor, PG&E Corporation. 200 shares are held on his Roth Conversion IRA account with Charles Schwab & Co. 950 shares are held on his individual account with Charles Schwab & Co. He is not attorney licensed or admitted to practice before this court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 18, 2019.

Richard A. Golden
9437 Wooded Glen Avenue
Burke, VA 22015
703-569-1264.

C:\25\GRA\gra516\PGE\RichardRule3003_PGE.docx