

FILED
MAR 22 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

United State Bankruptcy Court
Northern District of California
San Francisco Division

In Re:

Pacific Gas and Electric Company  Case No. 19-30089-DM

**NOTICE/CLAIM OF EQUITY SECURITY HOLDER PURSUANT TO RULE 3003 (c) (2)**

The undersigned, Richard A. Golden, is the beneficial holder the following share of preferred stock of the Debtor, Pacific Gas and Electric Company

1. 600 Shares of Pacific Gas and Electric, 4.36% Preferred.
2. 100 Shares of Pacific Gas and Electric, 4.5% Preferred.
3. 100 Shares of Pacific Gas and Electric, 4.8% Preferred.
4. 100 Shares of Pacific Gas and Electric, 5.5% Preferred.
5. 100 Shares of Pacific Gas and Electric, 5% Preferred; 5% 1st Preferred Non-Redeemable (PCG.PRC).
6. 100 Shares of Pacific Gas and Electric, 5% Preferred; 5% Redeemable 1st Preferred Series A (PCG.PRE)
7. 600 Shares of Pacific Gas and Electric, 6% Preferred; 6% 1st Preferred Non-Redeemable (PCG.PRA)

These share are held on his Roth Conversion IRA account with Charles Schwab & Co.

He is not attorney licensed or admitted to practice before this court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 18, 2019.

_____
Richard A. Golden
9437 Wooded Glen Avenue
Burke, VA 22015
703-569-1264.

C:\25\GRA\gra516\PGE\RichardRule3003_PacificGas.docx