| | |
|---|---|
| 1 | Michael W. Goodin (State Bar Number 142288) |
| 2 | CLAUSEN MILLER P.C. |
|   | 17901 Von Karman Avenue, Suite 650 |
| 3 | Irvine, CA 92614 |
|   | Telephone: (949) 260-3100 |
| 4 | Facsimile: (949) 260-3190 |
| 5 | Email: mgoodin@clausen.com |

Attorneys for Plaintiffs,
XL INSURANCE AMERICA, INC. (for itself and its subrogees ALBERTSONS COMPANIES, INC. and SAFEWAY INC.); CATLIN SPECIALTY INSURANCE COMPANY (for itself and its subrogees DAVID W. MAEHL and RHONDA J. MAEHL); STARR SURPLUS LINES INSURANCE COMPANY, CHUBB CUSTOM INSURANCE COMPANY, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA (GSINDA), MARKEL BERMUDA LIMITED and XL INSURANCE AMERICA, INC. (for themselves and their mutual subrogees ASHFORD INC. and ASHFORD HOSPITALITY TRUST, INC.)

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case No.: 19-30088-DM<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES AND PLEADINGS** |

In accordance with Rule 9010(b) of the Federal Rules of Bankruptcy, please enter the appearance of Michael W. Goodin and the law firm of Clausen Miller P.C., as counsel for XL INSURANCE AMERICA, INC. (for itself and its subrogees ALBERTSONS COMPANIES, INC. and SAFEWAY INC.); CATLIN SPECIALTY INSURANCE COMPANY (for itself and its subrogees DAVID W. MAEHL and RHONDA J. MAEHL); STARR SURPLUS LINES INSURANCE COMPANY, CHUBB CUSTOM INSURANCE COMPANY, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA (GSINDA), MARKEL BERMUDA LIMITED and XL INSURANCE AMERICA, INC. (for themselves and their mutual subrogees ASHFORD INC. and ASHFORD HOSPITALITY TRUST, INC.)

The undersigned requests that notices of all matters be served as follows:
1

Michael W. Goodin, Esq.
Clausen Miller P.C.
17901 Von Karman Avenue
Suite 650
Irvine, CA 92614
Telephone: (949) 260-3100
Facsimile: (949) 260-3190
Email: mgoodin@clausen.com
Email: mgenova@clausen.com

Request is hereby made for copies of all notices, papers and orders required to be given or served in accordance with Rule 2002 of the Federal Rules of Bankruptcy Procedure and, in addition, copies of all pleadings, notices or applications, motions, petitions, requests, complaints, demands or summaries, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, facsimile, telephone, telegram, telex or otherwise, which affect the Debtor or the property of the Debtor filed by any party in the above-referenced case.

Dated: March 22, 2019

CLAUSEN MILLER P.C.

BY: /s/ Michael W. Goodin

Michael W. Goodin
Attorneys for Plaintiffs,
XL INSURANCE AMERICA, INC. (for itself and its subrogees ALBERTSONS COMPANIES, INC. and SAFEWAY INC.); CATLIN SPECIALTY INSURANCE COMPANY (for itself and its subrogees DAVID W. MAEHL and RHONDA J. MAEHL); STARR SURPLUS LINES INSURANCE COMPANY, CHUBB CUSTOM INSURANCE COMPANY, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA (GSINDA), MARKEL BERMUDA LIMITED and XL INSURANCE AMERICA, INC. (for themselves and their mutual subrogees ASHFORD INC. and ASHFORD HOSPITALITY TRUST, INC.)

# CERTIFICATE OF SERVICE

I, Mary Lynn Genova, hereby certify that on March 22, 2019, I caused to be served a copy of the Notice of Appearance and Request for Service of All Notices and Pleadings, filed herewith, to the parties listed on the Court's Electronic Service List.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Mary Lynn Genova*
Mary Lynn Genova