

| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin (*pro hac vice*)<br>(stephen.karotkin@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007<br><br>KELLER & BENVENUTTI LLP<br>Tobias S. Keller (#151445)<br>(tkeller@kellerbenvenutti.com)<br>Jane Kim (#298192)<br>(jkim@kellerbenvenutti.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251<br><br>*Proposed Attorneys for Debtors<br>and Debtors in Possession* | Signed and Filed: March 22, 2019<br><br>_____<br>**DENNIS MONTALI**<br>**U.S. Bankruptcy Judge** |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>  - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>        **Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br>Related Docket No. 481<br><br>**ORDER GRANTING STIPULATION BETWEEN THE DEBTORS AND ENEL GREEN POWER NORTH AMERICA, INC. TO PERMIT TERMINATION OF CAPACITY STORAGE AGREEMENTS AND INTERCONNECTION AGREEMENTS** |
| ☐   Affects PG&E Corporation<br>☒   Affects Pacific Gas and Electric Company<br>☐   Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | [No Hearing Date Requested] |

The Court having considered the *Stipulation Between the Debtors and Enel Green Power North America, Inc. to Permit Termination of Capacity Storage Agreements and Interconnection Agreements* (the "Stipulation"),[1] entered into by Pacific Gas and Electric Company (the "Utility") and Enel Green Power North America, Inc. ("Enel," and together with the Utility, the "Parties"), filed on March 21, 2019; and, pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED:

1. The Stipulation is hereby approved.

2. The automatic stay under section 362 of the Bankruptcy Code is modified solely to the extent necessary to authorize (but not direct) Enel take any action permitted under the Stipulation.

3. The Bankruptcy Court retains jurisdiction to resolve any disputes or controversies arising from the Stipulation.

APPROVED AS TO FORM AND CONTENT:

Dated: March 21, 2019                    STOEL RIVES LLP

                                         /s/ *Gabrielle Glemann*
                                         Gabrielle Glemann (*pro hac vice*)

                                         *Attorneys for Party in Interest Enel Green Power North America, Inc.*

*** END OF ORDER ***

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Stipulation.