# Exhibit B

## Disclosure List

| Matched Entity | Relationship to Debtors | Relationship to Cravath |
|---|---|---|
| Aetna | Insurance / Insurance Provider / Surety Bonds | Former Client |
| AGCS Marine Insurance | Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Affiliate or Subsidiary of Former Client |
| Allianz Global Corporate & Specialty SE<br>Allianz Global Risks<br>Allianz Global Risks US Insurance Company | Insurance / Insurance Provider / Surety Bonds, Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Affiliate or Subsidiary of Former Client |
| Allied World Assurance Company Ltd | Insurance / Insurance Provider / Surety Bonds, Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Current Client |
| Allstate Insurance Company | Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Current Client |
| American Automobile Insurance Company | Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Affiliate or Subsidiary of Former Client |
| Anadarko | Contract Counterparties (includes PPAs, Patents and IP) | Former Client |
| APS/Arizona Public Services | Contract Counterparties (includes PPAs, Patents and IP) | Affiliate or Subsidiary of Current Client |
| Associated Indemnity Corporation | Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Affiliate or Subsidiary of Former Client |
| AT&T Inc.<br>AT&T Corp.<br>AT&T Corporate Real Estate<br>AT&T Mobility II LLC<br>AT&T Network<br>AT&T PCS Wireless Services | Landlords and Parties to Leases, Utility Providers | Former Client or Affiliate or Subsidiary of Former Client |
| Atlantic Specialty Insurance | Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Affiliate or Subsidiary of Current Client |
| Axis Insurance Company | Insurance / Insurance Provider / Surety Bonds | Former Client |
| Axis Specialty Limited | Insurance / Insurance Provider / Surety Bonds | Affiliate or Subsidiary of Former Client |

| Name | Role | Status |
|---|---|---|
| Bank of America<br>Bank of America Merrill Lynch<br>Bank of America, N.A. | Bank Accounts, Term and Revolving Loan Lenders and Administrative Agents, Unsecured Notes, DIP Lenders, Top Unsecured Creditors, Unsecured Notes, Interested Parties / Notice of Appearance Parties | Current Client |
| Bank of New York Mellon | Bank Accounts, Unsecured Notes, Top Unsecured Creditors, Term and Revolving Loan Lenders and Administrative Agents | Former Client |
| Bank of New York Trust Company, N.A. | Unsecured Notes | Affiliate or Subsidiary of Former Client |
| Bank of Tokyo Mitsubishi UFJ, Ltd.<br>MUFG Union Bank, N.A. | Term and Revolving Loan Lenders and Administrative Agents, Unsecured Notes, Top Unsecured Creditors | Former Client or Affiliate or Subsidiary of Former Client |
| Barclays Bank PLC<br>Barclays Capital Inc. | Bank Accounts, Contract Counterparties (includes PPAs, Patents and IP), Term and Revolving Loan Lenders and Administrative Agents, Unsecured Notes, DIP Lenders | Current Client |
| Barclays Global | Unsecured Notes | Affiliate or Subsidiary of Current Client |
| BlackRock Fund Advisors | Significant Holder of Voting Securities | Affiliate or Subsidiary of Former Client |
| BlackRock, Inc. | Significant Shareholders (more than 5% of equity) | Former Client |
| BNP Paribas<br>BNP Paribas US<br>BNP Paribas Securities Corp. | Contract Counterparties (includes PPAs, Patents and IP), Term and Revolving Loan Lenders and Administrative Agents, Unsecured Notes | Current Client |
| Brookfield Renewable Energy Partners | Contract Counterparties (includes PPAs, Patents and IP) | Current Client |
| Cameron International | Vendors/Suppliers | Current Client |
| Canadian Imperial Bank of Commerce | Unsecured Notes, Term and Revolving Loan Lenders and Administrative Agents | Former Client |
| Chevron Corp. | Contract Counterparties (includes PPAs, Patents and IP), Top Unsecured Creditors | Former Client |
| Chevron Products Company<br>Chevron USA, Inc. | Contract Counterparties (includes PPAs, Patents and IP) | Affiliate or Subsidiary of Former Client |

| | | |
|---|---|---|
| Citibank, N.A.<br>Citigroup<br>Citigroup Global Markets | Unsecured Notes, Bank Accounts, Secured Creditor, Top Unsecured Creditor, Term and Revolving Loan Lenders and Administrative Agents; DIP Lenders | Current Client or Affiliate or Subsidiary of Current Client |
| Clearwire | Utility Providers | Affiliate or Subsidiary of Former Client |
| Cochrane | Contract Counterparties (includes PPAs, Patents and IP) | Former Client |
| Comcast | Utility Providers | Former Client |
| Conoco Canada | Contract Counterparties (includes PPAs, Patents and IP) | Affiliate or Subsidiary of Former Client |
| Conoco, Inc. (now ConocoPhillips) | Contract Counterparties (includes PPAs, Patents and IP) | Former Client |
| Constitution State Services | Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Affiliate or Subsidiary of Former Client |
| Continental Casualty Company | Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Affiliate or Subsidiary of Former Client |
| Continental Insurance Company | Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Affiliate or Subsidiary of Former Client |
| Cox PCS - Sprint Spectrum | Utility Providers | Affiliate of Current Client and Former Client |
| Credit Suisse Energy LLC | Contract Counterparties (includes PPAs, Patents and IP) | Affiliate or Subsidiary of Current Client |
| Crown Castle | Landlords and Parties to Leases, Utility Provider | Current Client |
| Davis Polk & Wardwell | Ordinary Course Professionals | Former Client |
| Deloitte & Touche LLP | Debtors Professionals | Current Client |
| Deutsche Bank | Top Unsecured Creditors | Current Client |
| Deutsche Bank National Trust Company<br>Deutsche Bank Trust Company Americas | Bank Accounts, Interested Parties / Notice of Appearance Parties | Affiliate or Subsidiary of Current Client |
| Eaton Corporation | Vendors/Suppliers | Former Client |
| El Paso Natural Gas Company | Contract Counterparties (includes PPAs, Patents and IP) | Affiliate or Subsidiary of Former Client |
| Elliott Management | Significant Holder of Voting Securities, Vendor, Landlord and Party to Leases | Former Client |

| | | |
|---|---|---|
| Employers Insurance Company of Wausau (Liberty Mutual)<br>Liberty Mutual Fire Insurance Company<br>Liberty Mutual Insurance Company<br>Liberty Mutual Insurance Europe Limited<br>Liberty Mutual Management (Bermuda) Ltd (PDW) | Insurance / Insurance Provider / Surety Bonds | Affiliate or Subsidiary of Former Client |
| Encana Corporation | Affiliation of Former Directors, Contract Counterparties (includes PPAs, Patents and IP) | Former Client |
| Energy America LLC | Contract Counterparties (includes PPAs, Patents and IP) | Affiliate or Subsidiary of Former Client |
| EnergySolutions | Vendors/Suppliers | Former Client |
| Equinix, Inc | Utility Providers | Former Client |
| Express Scripts Holdings Co. | Insurance / Insurance Provider / Surety Bonds | Affiliate or Subsidiary of Former Client |
| Fidelity Management Trust Co. | Bank Accounts | Former Client |
| Fireman's Fund Insurance Co. | Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Affiliate or Subsidiary of Former Client |
| First National Insurance Company<br>First National Insurance Company of America | Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Affiliate or Subsidiary of Former Client |
| Ford Motor Company | Affiliation of Former Directors | Former Client |
| Freeport McMoran Oil & Gas | Contract Counterparties (includes PPAs, Patents and IP) | Former Client |
| Frito-Lay, Inc. | Contract Counterparties (includes PPAs, Patents and IP) | Affiliate or Subsidiary of Former Client |
| Frontier Communications of America | Utility Providers | Current Client |
| GEICO | Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Former Client |
| Gelco Corporation | UCC Lien Holders | Affiliate or Subsidiary of Former Client |
| General Insurance Company of America | Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Affiliate or Subsidiary of Former Client |
| Goldman Sachs & Co.<br>Goldman Sachs Bank USA | Unsecured Notes, Term and Revolving Loan Lenders and Administrative Agents | Current Client |
| Google, Inc. | Contract Counterparties (includes PPAs, Patents and IP), Landlord and Parties to Leases | Current Client |

| | | | |
|---|---|---|---|
| 1 | Government Employees Insurance Company | Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Affiliate or Subsidiary of Former Client |
| 2 | Graphic Packaging | Contract Counterparties (includes PPAs, Patents and IP) | Former Client |
| 3 | Hartford Accident & Indemnity Company<br>Hartford Casualty Insurance Company<br>Hartford Fire Insurance Company<br>Hartford Underwriters Insurance Company | Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Affiliate or Subsidiary of Current Client |
| 4 | Honeywell HPS | Vendors/Suppliers | Affiliate or Subsidiary of Current Client |
| 5 | Honeywell International Inc. | Interested Parties / Notice of Appearance Parties | Current Client |
| 6 | IDS Property Casualty Finance Company | Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Affiliate or Subsidiary of Former Client |
| 7 | IDS Property Casualty Insurance Company | Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Affiliate or Subsidiary of Former Client |
| 8 | Integrys | Contract Counterparties (includes PPAs, Patents and IP) | Former Client |
| 9 | Ironshore Insurance Limted | Insurance / Insurance Provider / Surety Bonds | Affiliate or Subsidiary of Former Client |
| 10 | J. Aron & Co. LLC | Contract Counterparties (includes PPAs, Patents and IP) | Former Client |
| 11 | J.P. Morgan Ventures<br>JP Morgan Ventures Energy Corporation | Contract Counterparties (includes PPAs, Patents and IP), Interested Parties / Notice of Appearance Parties | Affiliate or Subsidiary of Current Client |
| 12 | Jenner & Block LLP | Non-Debtors Professionals, Ordinary Course Professionals | Former Client |
| 13 | JPMorgan Chase Bank, N.A.<br>JP Morgan Securities LLC | Unsecured Notes, Term and Revolving Loan Lenders and Administrative Agents, DIP Lenders, Contract Counterparties (includes PPAs, Patents and IP) | Current Client |
| 14 | Kemper Independence Insurance Company | Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Affiliate or Subsidiary of Former Client |
| 15 | Kern River Gas Transmission Company | Contract Counterparties (includes PPAs, Patents and IP) | Affiliate or Subsidiary of Former Client |
| 16 | Lehman Brothers<br>Lehman Brothers Commodity Services | Contract Counterparties (includes PPAs, Patents and IP) | Former Client or Affiliate or Subsidiary of Former Client |

| | | |
|---|---|---|
| Level 3 Communications | Utility Providers | Affiliate or Subsidiary of Former Client |
| Liberty Insurance Underwriters Inc. | Insurance / Insurance Provider / Surety Bonds | Affiliate or Subsidiary of Former Client |
| Liberty Mutual Group | Interested Parties / Notice of Appearance Parties, Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Former Client |
| Liberty Surplus Insurance | Insurance / Insurance Provider / Surety Bonds | Affiliate or Subsidiary of Former Client |
| Life Insurance Company of North America | Insurance / Insurance Provider / Surety Bonds | Affiliate or Subsidiary of Former Client |
| Lloyds of London | Insurance / Insurance Provider / Surety Bonds, Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Former Client |
| Macquarie Can<br>Macquarie Energy LLC<br>Macquarie Futures<br>Macquarie Futures LLC | Contract Counterparties (includes PPAs, Patents and IP), Top Unsecured Creditors, Interested Parties / Notice of Appearance Parties | Affiliate or Subsidiary of Former Client |
| Maxum Indemnity | Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Affiliate or Subsidiary of Current Client |
| MCI Telecommunications | Landlords and Parties to Leases | Affiliate or Subsidiary of Former Client |
| MCI Worldcom | Landlords and Parties to Leases | Affiliate or Subsidiary of Former Client |
| McKinsey & Company Inc. | Top Unsecured Creditors | Current Client |
| Metro Direct Property & Casualty Insurance | Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Affiliate or Subsidiary of Current Client |
| MetroPCS California, LLC | Utility Providers | Affiliate or Subsidiary of Current Client |
| Milbank Tweed Hadley & McCloy | Non-Debtors Professionals | Former Client |
| Mizuho Bank, Ltd. | Unsecured Notes, Term and Revolving Loan Lenders and Administrative Agents, Top Unsecured Creditor | Current Client |
| Mizuho Corporate Bank, Ltd. | Unsecured Notes | Affiliate or Subsidiary of Current Client |
| Morgan Stanley Bank, N.A.<br>Morgan Stanley Senior Funding, Inc. | Term and Revolving Loan Lenders and Administrative Agents, Unsecured Notes | Current Client |

| | | |
|---|---|---|
| Morgan Stanley Capital Group, Inc. | Contract Counterparties (includes PPAs, Patents and IP) | Affiliate or Subsidiary of Current Client |
| Morrison & Foerster LLP | Non-Debtors Professionals, Ordinary Course Professionals | Current Client |
| Munger, Tolles & Olson LLP | Ordinary Course Professionals | Former Client |
| Munich Reinsurance Company | Insurance / Insurance Provider / Surety Bonds | Former Client |
| Nalco Company | Vendors/Suppliers | Former Client |
| National Casualty Co. | Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Affiliate or Subsidiary of Former Client |
| National Fire & Marine Insurance Co. | Insurance / Insurance Provider / Surety Bonds | Affiliate or Subsidiary of Former Client |
| National Surety Corporation | Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Affiliate or Subsidiary of Former Client |
| National Union Fire Insurance Co. of Pittsburgh, PA | Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Affiliate or Subsidiary of Former Client |
| Nationwide Lloyds Insurance Co. | Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Affiliate or Subsidiary of Former Client |
| New Hampshire Insurance | Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Affiliate or Subsidiary of Former Client |
| Nextel of California, Inc., a Delaware Corp. Nextel Communications | Utility Providers | Affiliate or Subsidiary of Former Client |
| NextEra Energy Resources | Contract Counterparties (includes PPAs, Patents and IP) | Affiliate or Subsidiary of Former Client |
| NextEra Energy, Inc. | Contract Counterparties (includes PPAs, Patents and IP) | Former Client |
| Northland Insurance | Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Affiliate or Subsidiary of Former Client |
| Oil Casualty Insurance Ltd. | Insurance / Insurance Provider / Surety Bonds | Affiliate or Subsidiary of Current Client |
| Ormat Technologies, Inc. | Contract Counterparties (includes PPAs, Patents and IP) | Former Client |
| Pacific Bell Telephone Co. | Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Affiliate or Subsidiary of Former Client |
| Pacific Gas and Electric Company | Debtor | Current Client |

| | | |
|---|---|---|
| Pacificorp | Contract Counterparties (includes PPAs, Patents and IP) | Former Client |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Non-Debtors Professionals | Former Client |
| PG&E Corporation | Debtor | Current Client |
| Pinnacle West Capital Corp. | Contract Counterparties (includes PPAs, Patents and IP) | Current Client |
| PricewaterhouseCoopers LLP | Non-Debtors Professionals, Ordinary Course Professionals | Current Client |
| Privilege Underwriters Reciprocal | Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Affiliate or Subsidiary of Current Client |
| Property & Casualty Insurance Company of Hartford | Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Affiliate or Subsidiary of Current Client |
| Public Service Enterprise Group (PSEG) | Contract Counterparties (includes PPAs, Patents and IP) | Current Client |
| Republic Services San Jose Republic Services/Allied Waste Services Republic Services/Richmond Sanitary Service (Richmond Sanitary Service) Republic Services/Solano Garbage Co #846 | Utility Providers | Affiliate or Subsidiary of Current Client |
| Republic Services, Inc. | Utility Providers | Current Client |
| Royal Bank of Canada (RBC) | Bank Accounts, Term and Revolving Loan Lenders and Administrative Agents, Contract Counterparties (includes PPAs, Patents and IP), Unsecured Notes | Current Client |
| Royal Bank of Scotland (RBS) | Contract Counterparties (includes PPAs, Patents and IP) | Former Client |
| RSUI Indemnity Co. | Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Affiliate or Subsidiary of Former Client |
| Safeco Insurance Company of Illinois | Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Affiliate or Subsidiary of Former Client |
| Security National Insurance Co. | Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Affiliate or Subsidiary of Former Client |
| Sentinel Insurance Company | Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Affiliate or Subsidiary of Current Client |

| | | |
|---|---|---|
| Southern California Edison Co. | Significant Competitors | Affiliate or Subsidiary of Former Client |
| Southwestern Bell Telephone | Utility Providers | Affiliate or Subsidiary of Former Client |
| Sprint | Utility Providers | Former Client |
| Standard Fire Insurance Co. | Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Affiliate or Subsidiary of Former Client |
| Steptoe & Johnson | Ordinary Course Professionals | Former Client |
| Stroock & Stroock & Lavan LLP | Non-Debtors Professionals | Former Client |
| Suburban Propane | Utility Providers | Affiliate or Subsidiary of Current Client |
| TATA America International Corp. | Top Unsecured Creditors | Affiliate or Subsidiary of Former Client |
| Tata Consultancy | Interested Parties / Notice of Appearance Parties | Former Client |
| TD Bank, N.A.<br>Toronto Dominion Bank | Contract Counterparties (includes PPAs, Patents and IP), Term and Revolving Loan Lenders and Administrative Agents, Unsecured Notes | Former Client |
| T-Mobile<br>T-Mobile USA<br>T-Mobile West | Landlords and Parties to Leases, Utility Provider | Affiliate or Subsidiary of Current Client |
| TransAlta Corporation | Contract Counterparties (includes PPAs, Patents and IP) | Former Client |
| TransAlta Energy Marketing (US) Inc. | Contract Counterparties (includes PPAs, Patents and IP) | Affiliate or Subsidiary of Former Client |
| Travelers Home & Marine Insurance | Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Affiliate or Subsidiary of Former Client |
| Travelers Indemnity Company<br>Travelers Casualty Insurance Company Of America<br>Travelers Indemnity Company Of Connecticut<br>Travelers Property Casualty Company of America<br>Travelers Property Casualty Insurance Company | Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Affiliate or Subsidiary of Former Client |

| | | |
|---|---|---|
| Twin City Fire Insurance | Insurance / Insurance Provider / Surety Bonds, Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Affiliate or Subsidiary of Current Client |
| UBS<br>UBS AG<br>UBS Investment Bank<br>UBS Securities | Contract Counterparties (includes PPAs, Patents and IP), Unsecured Notes | Current Client or Affiliate or Subsidiary of Current Client |
| United Airlines | Contract Counterparties (includes PPAs, Patents and IP) | Former Client |
| United Rentals | Vendors/Suppliers | Current Client |
| University of Miami | Affiliation of Former Directors | Former Client |
| US Cellular | Utility Providers | Former Client |
| Valero Refining Company | Landlords and Parties to Leases | Former Client |
| Valero Refining Company-California | Interested Parties / Notice of Appearance Parties | Affiliate or Subsidiary of Former Client |
| Validus Reinsurance Ltd. | Insurance / Insurance Provider / Surety Bonds | Affiliate or Subsidiary of Former Client |
| Vassar College | Affiliation of Former Directors | Former Client |
| Weil, Gotshal & Manges LLP | Debtor Professionals | Current Client |
| Wells Fargo Bank, N.A.<br>Wells Fargo Securities, LLC | UCC Lien Holders, Unsecured Notes, Term and Revolving Loan Lenders and Administrative Agents, Top Unsecured Creditor, Contract Counterparties (includes PPAs, Patents and IP) | Current Client |
| Westinghouse<br>Westinghouse Electric Co. LLC | Supplier / Vendor, Top Unsecured Creditors | Former Client |
| Wilson Sonsini Goodrich & Rosati, P.C. | Non-Debtors Professionals | Current Client |
| XL Insurance America, Inc.<br>XL Insurance Company<br>XL Specialty Insurance Company | Insurance / Insurance Provider / Surety Bonds, Litigation Counterparties / Litigation Pending Lawsuits (includes threatened litigation) | Affiliate or Subsidiary of Current Client |