| | |
|---|---|
| CRAVATH, SWAINE & MOORE LLP<br>Paul H. Zumbro (*pro hac vice*)<br>(pzumbro@cravath.com)<br>Kevin J. Orsini (*pro hac vice*)<br>(korsini@cravath.com)<br>Omid H. Nasab (*pro hac vice*)<br>(onasab@cravath.com)<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212 474 1000<br>Fax: 212 474 3700 | KELLER & BENVENUTTI LLP<br>Tobias S. Keller (#151445)<br>(tkeller@kellerbenvenutti.com)<br>Jane Kim (#298192)<br>(jkim@kellerbenvenutti.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251 |

*Proposed Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>   - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**<br><br>                 Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19 - 30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**DECLARATION OF JANET LODUCA IN SUPPORT OF APPLICATION OF DEBTORS PURSUANT TO 11 U.S.C. § 327(a) AND FED. R. BANKR. P. 2014(a) AND 2016 FOR AUTHORITY TO RETAIN AND EMPLOY CRAVATH, SWAINE & MOORE LLP AS CORPORATE AND LITIGATION COUNSEL FOR THE DEBTORS EFFECTIVE AS OF THE PETITION DATE**<br><br>Date: April 23, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102<br><br>**Objection Deadline**: April 16, 2019<br>                                     4:00 p.m. (Pacific Time) |

1   Pursuant to 28 U.S.C. § 1746, I, Janet Loduca, hereby declare as follows:

2   I am the Senior Vice President and Interim General Counsel of PG&E Corporation ("**PG&E Corp.**"). In my current role, I am responsible for supervising outside counsel and monitoring and managing legal fees and expenses.

3   On January 29, 2019 (the "**Petition Date**"), PG&E Corp. and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**") each commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). I submit this Declaration in support of the Debtors' Application (the "**Application**")[1], pursuant to section 327(a) of the Bankruptcy Code and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), for authority to employ and retain Cravath, Swaine & Moore LLP ("**Cravath**" or the "**Firm**"), as corporate and litigation counsel for the Debtors in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") effective as of the Petition Date.

4   This Declaration is provided pursuant to Paragraph D.2 of the U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013 (the "**Fee Guidelines**"). Except as otherwise indicated herein, the facts set forth in this Declaration are based upon my personal knowledge, information provided to me by the Debtors' employees or advisors, or my opinion based upon knowledge and experience as Senior Vice President and Interim General Counsel. I am authorized to submit this Declaration on behalf of the Debtors.

5   The Debtors recognize that a comprehensive review process is necessary when selecting and managing chapter 11 counsel to ensure that their bankruptcy professionals are subject to the same client-driven market forces, security, and accountability as professionals in non-bankruptcy engagements. Cravath has extensive experience representing the Debtors in ongoing litigation and regulatory matters and advising the Debtors on corporate governance and financing matters. The Firm was retained as lead trial counsel in lawsuits related to the 2017 and 2018 Northern California wildfires (collectively,

---

[1] Capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to such terms in the Application.

the "**Wildfire Litigations**"). In connection with the Wildfire Litigations, Cravath has advised PG&E on a range of legal matters, including tort liability, regulatory compliance, and constitutional questions. In addition to litigation and regulatory matters, Cravath also advises the Debtors on a variety of corporate matters, including financings, corporate governance and disclosure, and other strategic issues. Most recently, in November 2018, Cravath was retained by the Debtors to provide legal services in connection with a potential bankruptcy filing, which ultimately resulted in the filing of these Chapter 11 Cases. Through these engagements, Cravath has developed a deep understanding of the Debtors' business operations, capital structure and financial outlook. Given Cravath's longstanding relationship with the Debtors and generalized expertise in relevant areas, I believe that the Firm is both well qualified and uniquely capable of performing the services described herein efficiently and effectively.

With respect to billing, Cravath has confirmed to me that it does not vary its billing rates or the material terms of an engagement depending on whether such engagement is a bankruptcy or a non-bankruptcy engagement. Cravath has advised me that the Firm's current standard hourly rates, subject to change from time to time, are $1,100 to $1,500 for partners, $415 to $1,090 for associates, and $290 to $360 for paraprofessionals. It is my understanding that Cravath reviews and adjusts its billing rates annually, typically on or around January 1st of each year. Cravath has advised me that it will inform the Debtors of any adjustment to its existing rate structure.

To the extent there is any disparity in Cravath's billing rates and the billing rates of its peer firms, I believe such rates are commensurate with the services Cravath provides and that Cravath's retention by the Debtors is warranted in these cases for the reasons set forth herein and in the Debtors' Application.

I understand that Cravath's fees and expenses will be subject to periodic review on a monthly, interim, and final basis during the pendency of these Chapter 11 Cases by, among other parties, a fee examiner or fee committee (if appointed), the Office of the United States Trustee and the Debtors, in accordance with the terms of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, and any orders of the Court governing the procedures for approval of interim and final compensation of professionals retained in Chapter 11 cases.

As Senior Vice President and Interim General Counsel, I supervise and manage legal fees and expenses incurred by the Debtors' outside counsel. Senior lawyers in our legal department acting at my

1 | direction review the Debtors' outside counsel invoices and authorize all legal fees and expenses prior to
2 | the payment of such fees to outside counsel. In so doing, the senior lawyers working at my direction in
3 | the legal department assure that all requested fees and expenses are reasonable and correspond with
4 | necessary or beneficial services rendered on behalf of the Debtors and their estates. The aforementioned
5 | review and approval process does not differ when the Debtors employ outside counsel for non-
6 | bankruptcy matters. Moreover, Cravath has informed me that the Debtors will be provided with the
7 | opportunity to review all invoices and request adjustments to such invoices to the extent that the Debtors
8 | determine that such adjustments are necessary and appropriate, which requests will be carefully
9 | considered by Cravath.
10 | ////
11 | ////
12 | ////
13 | ////
14 | ////
15 | ////
16 | ////
17 | ////
18 | ////
19 | ////
20 | ////
21 | ////
22 | ////
23 | ////
24 | ////
25 | ////
26 | ////
27 | ////
28 | ////

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated: March 22, 2019

*/s/ Janet Loduca*
Janet Loduca