

**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

Signed and Filed: March 22, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Proposed Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION**, <br><br>         - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br>                   **Debtors**. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☑ Affects both Debtors <br><br> * *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **ORDER GRANTING STIPULATION BETWEEN DEBTORS AND CERTAIN WILDFIRE CLAIMANTS EXTENDING TIME TO RESPOND TO MOTION TO APPROVE SHORT-TERM INCENTIVE PLAN** <br><br> [No Hearing Requested] |

The Court having considered the *Stipulation Between Debtors and Certain Fire Victim Claimants Extending Time to Respond to Motion to Approve Short Term Incentive Plan* ("**Stipulation**"), entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), on the one hand, and the 3,500 individuals represented by Singleton Law Firm, APC who have asserted claims against the Debtors (collectively, the "**SLF Wildfire Claimants**"), on the other hand, filed on March 22, 2019; and, pursuant to such stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED:

1. The time for the SLF Wildfire Claimants to file and serve any response or opposition to the STIP Motion (as defined in the Stipulation) is extended through 4:00 p.m. (Pacific Time) on March 28, 2019.

APPROVED AS TO FORM AND CONTENT:

Dated: March 22, 2019

SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation

/s/ *Christopher V. Hawkins*
James P. Hill
Christopher V. Hawkins
Jonathan S. Dabbieri

*Attorneys for Certain Wildfire Claimants*

**END OF ORDER**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119