1 | Justin E. Rawlins (#209915)
jrawlins@winston.com
2 | WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
3 | Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
4 | Facsimile: (213) 615-1750

5 | David Neier (*admitted pro hac vice*)
dneier@winston.com
6 | WINSTON & STRAWN LLP
200 Park Avenue, 40th Floor
7 | New York, NY 10166-4193
Telephone: (212) 294-6700
8 | Facsimile: (212) 294-4700

9 | *Attorneys for Creditor*
*Tulsa Inspection Resources – PUC, LLC*

10 |

11 | UNITED STATES BANKRUPTCY COURT

12 | NORTHERN DISTRICT OF CALIFORNIA

13 | SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19 - 30088 (DM) |
| **PG&E CORPORATION** | |
| **-and-** | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| | (Jointly Administered) |
| **Debtors.** | |
| ☐ Affects PG&E Corporation | **NOTICE OF LIENS UNDER 11 U.S.C. § 546(b) BY TULSA INSPECTION RESOURCES – PUC, LLC** |
| ☒ Affects Pacific Gas and Electric Company | |
| ☐ Affects both Debtors | |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

PLEASE TAKE NOTICE that Tulsa Inspection Resources – PUC, LLC ("Tulsa") is the prime

contractor under a certain pre-petition Contract (Long Form), dated as of March 27, 2012, by and

between Pacific Gas and Electric Company ("PG&E") and Tulsa Inspection Resources, Inc. (Tulsa's

predecessor in interest), which contract is further referred to as PG&E Contract No. 4400006534, as

1

1  such contract has been amended, amended and restated or otherwise modified or supplemented from

2  time to time (the "Contract"). Tulsa was hired to provide inspection services related to gas and

3  pipelines, connections, compression stations and related projects critical for safety and required by the

4  United States Department of Transportation Pipeline and Hazardous Materials Administration and

5  California law to ensure explosions leading to loss of life and property damage do not occur, including

6  services related to maintenance and repair (collectively, the "Work").

7         Prior to the filing of the Debtors' bankruptcy case, Tulsa provided labor, equipment, services

8  and supplies to PG&E under the Contract along PG&E's pipeline in the following California counties:

9  Butte, Calaveras, Colusa, Kern, Madera, Sacramento, San Luis Obispo and Yolo (the "Properties"). The

10 Work under the Contract is a "work of improvement" as defined under California Civ. Code § 8050(a).

11 Under California Civ. Code § 8412,

12     A direct contractor may not enforce a lien unless the contractor records a claim of lien after
13     the contractor completes the direct contract, and before the earlier of the following times:

14     (a) Ninety days after the completion of the work of improvement.

15     (b) Sixty days after the owner records a notice of completion or cessation.

16     Likewise, California Civ. Code § 8460(a) provides that,

17     (a) The claimant shall commence an action to enforce a lien within 90 days after
       recordation of the claim of lien. If the claimant does not commence an action to enforce
18     the lien within that time, the claim of lien expires and is unenforceable

19

20         Pursuant to 11 U.S.C. § 546(b), Tulsa hereby gives notice in lieu of the commencement of

21 any such action to perfect, maintain, or continue Tulsa's liens. Accordingly, Tulsa requests adequate

22 protection of its liens. A true and correct copy of Tulsa's lien filed in Butte County is attached

23 hereto as Exhibit A. A true and correct copy of Tulsa's lien filed in Calaveras County is attached

24 hereto as Exhibit B. A true and correct copy of Tulsa's lien filed in Colusa County is attached hereto

25 as Exhibit C. A true and correct copy of Tulsa's lien filed in Kern County is attached hereto as

26 Exhibit D. A true and correct copy of Tulsa's lien filed in Madera County is attached hereto as

27 Exhibit E. A true and correct copy of Tulsa's lien filed in Sacramento County is attached hereto as

28 Exhibit F. A true and correct copy of Tulsa's lien filed in San Luis Obispo County is attached hereto

2

1 | as Exhibit G.  A true and correct copy of Tulsa's lien filed in Yolo County is attached hereto as

2 | Exhibit H.

3 | Tulsa asserts secured interests in the Properties to the fullest extent allowed by applicable law,

4 | including interest and attorneys' fees.  Further, Tulsa reserves the right to supplement and/or amend

5 | this Notice, and reserves any and all other rights under applicable law.

6 |

7 | Dated:  March 25, 2019

8 |

9 | Respectfully submitted,

WINSTON & STRAWN LLP

10 |

11 | By:  /s/ Justin E. Rawlins
Attorneys for Creditor

12 | Tulsa Inspection Resources – PUC, LLC

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>Exhibit A</u>

Butte County Lien Filing

(See attached)

4

NOTICE OF LIENS UNDER 11 U.S.C. SEC. 546(b)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>Exhibit B</u>

Calaveras County Lien Filing

(See attached)

5

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>Exhibit C</u>

Colusa County Lien Filing

(See attached)

6

Case: 19-30088    Doc# 1031    Filed: 03/25/19    Entered: 03/25/19 11:51:40    Page 6 of 11

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>Exhibit D</u>

Kern County Lien Filing

(See attached)

7

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>Exhibit E</u>

Madera County Lien Filing

(See attached)

8

1    Exhibit F

2    Sacramento County Lien Filing

3    (See attached)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

9

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit G

San Luis Obispo County Lien Filing

(See attached)

10

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>Exhibit H</u>

Yolo County Lien Filing

(See attached)

11