BRUCE D. GOLDSTEIN, #135970
County Counsel
TAMBRA CURTIS, # 157205
Deputy County Counsel
575 Administration Drive, Room 105-A
Santa Rosa, California 95403
Telephone: (707) 565-2421
Fax: (707) 565-2624
Email: Tambra.Curtis@sonoma-county.org

Attorneys for Creditor
County of Sonoma

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors.<br><br>_____/ | Case No. 19-30088-DM<br>(Jointly Administered)<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE BY CREDITOR COUNTY OF SONOMA**<br><br>[No Hearing Required] |

TO THE HONORABLE DENNIS MONTALLI. THE UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, COUNSEL TO THE DEBTOR AND OTHER INTERESTED PARTIES:

    PLEASE TAKE NOTICE that County of Sonoma ("Sonoma County"), a creditor in the above-captioned bankruptcy case, hereby appears through its counsel, attorney Tambra Curtis, of the Sonoma County Counsel's office, and requests that all notices given or required to be given in this action and all related actions, be given and served upon the following:

Tambra Curtis, Deputy County Counsel
County of Sonoma
County Administration Center
575 Administration Drive, Room 105A
Santa Rosa, CA 95403
Telephone: (707) 565-2421
Tambra.curtis@sonoma-county.org

NOTICE OF APPEARANCE OF
TAMBRA CURTIS

PLEASE TAKE FURTHER NOTICE that the foregoing request includes that the above attorneys request to be added to the master mailing list and the ECF/Pacer electronic notice list for the above-referenced case

Dated: March 25, 2019          BRUCE D. GOLDSTEIN, COUNTY COUNSEL

By: */s/ Tambra Curtis*
    Tambra Curtis

Attorneys for Creditor
COUNTY OF SONOMA