SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
  James P. Hill, SBN 90478
  Christopher V. Hawkins, SBN 222961
600 B Street, Suite 1700
San Diego, California 92101
Tel:   (619) 233-4100
Email: hill@sullivanhill.com
       hawkins@sullivanhill.com

Gerald Singleton, SBN 208783
Amanda W. LoCurto, SBN 265420
SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
San Diego, CA 92101
Tel:   (619) 771-3473
Email: gerald@slffirm.com
       amanda@slffirm.com

Attorneys for SLF Fire Victim Claimants

**Electronically Filed 03/25/2019**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>   and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>              Debtors<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case–Jointly Administered)<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:  April 9, 2019<br>Time: 9:30 a.m. (Pacific)<br>Place: United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102<br>**Opposition Deadline: 3/28/2019, 4 p.m.** |

     I am employed in San Diego County. I am over the age of 18 and not a party to this action.

My business address is 600 B Street, Suite 1700, San Diego, California 92101.

     On March 25, 2019, I served the foregoing document(s), described as:

    **1. OBJECTION TO CORRECTED MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a), 363, AND 503(c) FOR ENTRY OF AN ORDER (I) APPROVING SHORT-**

TERM INCENTIVE PLAN AND (II) GRANTING RELATED RELIEF [ECF 782]; and

2. **CERTIFICATE OF SERVICE**

☒ by placing ☐ the original ☒ a true copy thereof, by the following means to the persons as listed below:

☒ **ECF SYSTEM** On March 25, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

- Monique D. Almy    malmy@crowell.com
- Dana M. Andreoli    dandreoli@steyerlaw.com, pspencer@steyerlaw.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Lauren T. Attard    lattard@bakerlaw.com, abalian@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Todd M. Bailey    Todd.Bailey@ftb.ca.gov
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti    pbenvenutti@kellerbenvenutti.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder    heinz@bindermalter.com
- Frank Bloksberg    frank@bloksberglaw.com, frank@joinaikido.com
- Erin N. Brady    enbrady@jonesday.com
- Stephan M. Brown    eric@thebklawoffice.com, Ellen@thebklawoffice.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Peter C. Califano    pcalifano@cwclaw.com
- Leah E. Capritta    leah.capritta@hklaw.com, lori.labash@hklaw.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Shawn M. Christianson    schristianson@buchalter.com
- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alicia Clough    aclough@loeb.com
- Marc Cohen    mscohen@loeb.com
- Ashley Vinson Crawford    avcrawford@akingump.com, tsouthwell@akingump.com
- John Cumming    jcumming@dir.ca.gov
- Keith J. Cunningham    , rkelley@pierceatwood.com
- Keith J. Cunningham    kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Jonathan S. Dabbieri    dabbieri@sullivanhill.com, bkstaff@sullivanhill.com
- Shounak S. Dharap    ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer    kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Jonathan R. Doolittle    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- Jennifer V. Doran    jdoran@hinckleyallen.com

- Jamie P. Dreher    jdreher@downeybrand.com
- Cecily A. Dumas    cdumas@bakerlaw.com
- Dennis F. Dunne    cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne    ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong    annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Kevin M. Eckhardt    keckhardt@hunton.com, candonian@huntonak.com
- Joseph A. Eisenberg    JAE1900@yahoo.com
- Sally J. Elkington    sally@elkshep.com, ecf@elkshep.com
- David Emerzian    david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com
- G. Larry Engel    larry@engeladvice.com
- Krista M. Enns    kenns@beneschlaw.com
- Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- Richard W. Esterkin    richard.esterkin@morganlewis.com
- Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
- Matthew A. Feldman    mfeldman@willkie.com
- James J. Ficenec    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman    kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Daniel I. Forman    dforman@willkie.com
- Jonathan Forstot    jonathan.forstot@troutman.com, john.murphy@troutman.com
- Jonathan Forstot    , john.murphy@troutman.com
- Matthew Hampton Foushee    hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick    cfrederick@prklaw.com
- Roger F. Friedman    rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Larry W. Gabriel    lgabriel@bg.law, nfields@bg.law
- Gregg M. Galardi    gregg.galardi@ropesgray.com
- Richard L. Gallagher    richard.gallagher@ropesgray.com
- Evelina Gentry    evelina.gentry@akerman.com, rob.diwa@akerman.com
- Janet D. Gertz    jgertz@btlaw.com, amattingly@btlaw.com
- Barry S. Glaser    bglaser@swesq.com
- Gabriel I. Glazer    gglazer@pszjlaw.com
- Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Amy L. Goldman    goldman@lbbslaw.com
- Eric S. Goldstein    egoldstein@goodwin.com
- Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com
- Michael W. Goodin    mgoodin@clausen.com, mgenova@clausen.com
- Eric R. Goodman    egoodman@bakerlaw.com
- Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutininc.com
- Michael I. Gottfried    mgottfried@lgbfirm.com, msutton@lgbfirm.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Daniel J. Griffin    eric@thebklawoffice.com, christina@thebklawoffice.com

| | |
|---|---|
| 1 | • Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com |
| 2 | • Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com |
| | • Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com |
| 3 | • Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com |
| | • Robert G. Harris    rob@bindermalter.com |
| 4 | • Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com |
| | • Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com |
| 5 | • Christopher V. Hawkins    hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com |
| | • Jan M Hayden    jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com |
| 6 | • Jennifer C. Hayes    jhayes@fhlawllp.com |
| 7 | • Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com |
| | • Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com |
| 8 | • Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com |
| | • Terry L. Higham    t.higham@bkolaw.com, achavez@bkolaw.com |
| 9 | • James P. Hill    hill@sullivanhill.com, bkstaff@sullivanhill.com |
| | • Michael R. Hogue    hoguem@gtlaw.com, frazierl@gtlaw.com |
| 10 | • David Holtzman    david.holtzman@hklaw.com |
| 11 | • Alexandra S. Horwitz    allie.horwitz@dinsmore.com |
| | • Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com |
| 12 | • Shane Huang    shane.huang@usdoj.gov |
| | • Brian D. Huben    hubenb@ballardspahr.com |
| 13 | • Jonathan Hughes    jonathan.hughes@aporter.com, jane.rustice@aporter.com |
| 14 | • Michael A. Isaacs    Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com |
| | • Mark V. Isola    mvi@sbj-law.com |
| 15 | • J. Eric Ivester    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com |
| | • J. Eric Ivester    , Andrea.Bates@skadden.com |
| 16 | • Ivan C. Jen    ivan@icjenlaw.com |
| | • Monique Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com |
| 17 | • Chris Johnstone    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com |
| 18 | • Gregory K. Jones    GJones@dykema.com, cacossano@dykema.com |
| | • Robert A. Julian    rjulian@bakerlaw.com |
| 19 | • Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com |
| | • Robert B. Kaplan    rbk@jmbm.com |
| 20 | • Eve H. Karasik    ehk@lnbyb.com |
| 21 | • Tobias S. Keller    tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com |
| | • Lynette C. Kelly    lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov |
| 22 | • Gerald P. Kennedy    gerald.kennedy@procopio.com, laj@procopio.com |
| | • Samuel A. Khalil    skhalil@milbank.com, jbrewster@milbank.com |
| 23 | • Samuel M. Kidder    skidder@ktbslaw.com |
| | • Marc Kieselstein    , carrie.oppenheim@kirkland.com |
| 24 | • Jane Kim    jkim@kellerbenvenutti.com |
| 25 | • Thomas F. Koegel    tkoegel@crowell.com |
| | • Andy S. Kong    kong.andy@arentfox.com, Yvonne.Li@arentfox.com |
| 26 | • Alan W. Kornberg    , akornberg@paulweiss.com |
| | • David I. Kornbluh    dik@millermorton.com, mhr@millermorton.com |
| 27 | • Jeffrey C. Krause    jkrause@gibsondunn.com, psantos@gibsondunn.com |
| | • Thomas R. Kreller    tkreller@milbank.com, dmuhrez@milbank.com |
| 28 | • Lindsey E. Kress    lkress@lockelord.com, autodocket@lockelord.com |

- Michael Thomas Krueger    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping    rich@trodellalapping.com
- Michael Lauter    mlauter@sheppardmullin.com
- Francis J. Lawall    lawallf@pepperlaw.com, henrys@pepperlaw.com
- Scott Lee    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- Matthew A. Lesnick    matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch    bletsch@braytonlaw.com
- David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin    alevin@wcghlaw.com, vcorbin@wcghlaw.com
- Marc A. Levinson    Malevinson@orrick.com, BOrozco@orrick.com
- Alexander James Demitro Lewicki    kdiemer@diemerwei.com, alewicki@diemerwei.com
- William S. Lisa    , jcaruso@nixonpeabody.com
- William S. Lisa    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb    jon.loeb@bingham.com
- John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Jane Luciano    jane-luciano@comcast.net
- Kerri Lyman    klyman@irell.com, lgauthier@irell.com
- John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald    iain@macfern.com, ecf@macfern.com
- Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Michael W. Malter    michael@bindermalter.com
- Geoffrey E. Marr    gemarr59@hotmail.com
- David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy    patrick.maxcy@snrdenton.com
- Thomas E. McCurnin    tmccurnin@bkolaw.com, kescano@bkolaw.com
- Hugh M. McDonald    hugh.mcdonald@troutman.com, john.murphy@troutman.com
- Hugh M. McDonald    , john.murphy@troutman.com
- C. Luckey McDowell    luckey.mcdowell@bakerbotts.com
- Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo    peter@pmrklaw.com
- Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com
- Matthew D. Metzger    belvederelegalecf@gmail.com
- Joseph G. Minias    jminias@willkie.com
- M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Kevin Montee    kmontee@monteeassociates.com
- David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
- Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com
- Courtney L. Morgan    morgan.courtney@pbgc.gov
- Joshua D. Morse    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Thomas G. Mouzes    tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com

| | |
|---|---|
| 1 | - Michael S. Myers    myersms@ballardspahr.com, hartt@ballardspahr.com |
| 2 | - Alan I. Nahmias    anahmias@mbnlawyers.com |
|   | - David L. Neale    dln@lnbrb.com |
| 3 | - David L. Neale    dln@lnbyb.com |
| 4 | - David Neier    dneier@winston.com |
|   | - Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com |
| 5 | - Melissa T. Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov |
|   | - Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com |
| 6 | - Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com |
| 7 | - Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com |
|   | - Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov |
| 8 | - Aram Ordubegian    Ordubegian.Aram@ArentFox.com |
|   | - Shai Oved    ssoesq@aol.com, Ovedlaw@hotmail.com |
| 9 | - Gabriel Ozel    Gabriel.Ozel@troutman.com, tsinger@houser-law.com |
| 10 | - Margarita Padilla    Margarita.Padilla@doj.ca.gov |
|   | - Amy S. Park    amy.park@skadden.com, alissa.turnipseed@skadden.com |
| 11 | - Donna Taylor Parkinson    donna@parkinsonphinney.com |
|   | - Peter S. Partee    , candonian@huntonak.com |
| 12 | - Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com |
| 13 | - Kenneth Pasquale    , mlaskowski@stroock.com |
|   | - Valerie Bantner Peo    vbantnerpeo@buchalter.com |
| 14 | - Danielle A. Pham    danielle.pham@usdoj.gov |
|   | - Thomas R. Phinney    tom@parkinsonphinney.com |
| 15 | - R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com |
| 16 | - M. Ryan Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com |
|   | - Estela O. Pino    epino@epinolaw.com, staff@epinolaw.com |
| 17 | - Mark D. Plevin    mplevin@crowell.com |
|   | - Mark D. Poniatowski    ponlaw@ponlaw.com |
| 18 | - William L. Porter    bporter@porterlaw.com, Ooberg@porterlaw.com |
| 19 | - Christopher E. Prince    cprince@lesnickprince.com |
|   | - Douglas B. Provencher    dbp@provlaw.com |
| 20 | - Amy C. Quartarolo    amy.quartarolo@lw.com |
|   | - Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com |
| 21 | - Justin E. Rawlins    jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com |
| 22 | - Hugh M. Ray    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com |
|   | - Caroline A. Reckler    caroline.reckler@lw.com |
| 23 | - Jeffrey M. Reisner    jreisner@irell.com |
|   | - Jack A. Reitman    jareitman@lgbfirm.com, srichmond@lgbfirm.com |
| 24 | - Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net |
| 25 | - Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
|   | - Daniel Robertson    robertson.daniel@pbgc.gov, efile@pbgc.gov |
| 26 | - Lacey E. Rochester    lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com |
|   | - Allan Robert Rosin    arrosin@alr-law.com |
| 27 | - Jay M. Ross    jross@hopkinscarley.com, eamaro@hopkinscarley.com |
|   | - Gregory A. Rougeau    grougeau@brlawsf.com |
| 28 | - Nathan Q. Rugg    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com |
|   | - Eric E. Sagerman    esagerman@bakerlaw.com, pgedocket@bakerlaw.com |
|   | - Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com |

- Lovee Sarenas  Lovee.sarenas@lewisbrisbois.com
- Sunny S. Sarkis  sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- Sblend A. Sblendorio  sas@hogefenton.com
- Lisa Schweitzer  lschweitzer@cgsh.com
- David B. Shemano  dshemano@pwkllp.com
- James A. Shepherd  jim@elkshep.com, ecf@elkshep.com
- Leonard M. Shulman  lshulman@shbllp.com
- Andrew I. Silfen  andrew.silfen@arentfox.com
- Wayne A. Silver  w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Craig S. Simon  csimon@bergerkahn.com, aketcher@bergerkahn.com
- Dania Slim  dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Aaron C. Smith  asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith  adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol  jdsokol@lawssl.com, dwright@lawssl.com
- Bennett L. Spiegel  blspiegel@jonesday.com
- Michael St. James  ecf@stjames-law.com
- Howard J. Steinberg  steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner  harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt  lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- David M. Stern  dstern@ktbslaw.com
- Rebecca Suarez  rsuarez@crowell.com
- Brad T. Summers  summerst@lanepowell.com, docketing-pdx@lanepowell.com
- Elizabeth Lee Thompson  ethompson@stites.com, docketclerk@stites.com
- John C. Thornton  jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Meagan S. Tom  Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward Tredinnick  etredinnick@grmslaw.com
- Matthew Jordan Troy  matthew.troy@usdoj.gov
- Andrew Van Ornum  avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser  shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana  vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta  marta.villacorta@usdoj.gov
- John A. Vos  InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Riley C. Walter  ecf@W2LG.com
- Phillip K. Wang  phillip.wang@rimonlaw.com
- Philip S. Warden  philip.warden@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- Genevieve G. Weiner  gweiner@gibsondunn.com
- Joseph M. Welch  jwelch@buchalter.com, dcyrankowski@buchalter.com
- Eric R. Wilson  kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick  kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop  rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- David Wirt  david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans  rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- Risa Lynn Wolf-Smith  rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Catherine E. Woltering  cwoltering@bakerlaw.com
- Andrea Wong  wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher Kwan Shek Wong  christopher.wong@arentfox.com
- Kirsten A. Worley  kw@wlawcorp.com, admin@wlawcorp.com

- Andrew Yaphe    andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com
- Tacie H. Yoon    tyoon@crowell.com
- Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com
- Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com

☒    **UNITED STATES MAIL, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

| | |
|---|---|
| Debtors<br>c/o PG&E Corporation and<br>Pacific Gas and Electric Company<br>Attn: Janet Loduca, Esq.<br>PO Box 770000<br>77 Beale Street,<br>San Francisco, CA 94105 | Weil, Gotshal & Manges LLP<br>Attn: Stephen Karotkin, Esq., Jessica Liou, Esq., and Matthew Goren, Esq.<br>767 Fifth Avenue<br>New York, New York 10153 |
| Keller & Benvenutti LLP<br>Attn: Tobias Keller, Esq. and Jane Kim, Esq.<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>***Served via CM/ECF Only*** | Stroock & Stroock & Lavan LLP<br>Attn: Kristopher M. Hansen, Esq., Erez E. Gilad, Esq., & Matthew G. Garofalo, Esq.<br>180 Maiden Lane<br>New York, NY 10038-4982 |
| Stroock & Stroock & Lavan LLP<br>Attn: Frank A. Merola, Esq<br>2029 Century Park East<br>Los Angeles, CA 90067-3086<br>***Served via CM/ECF Only*** | Davis Polk & Wardwell LLP<br>Attn: Eli J. Vonnegut, Esq., David Schiff, Esq., and Timothy Graulich, Esq.<br>450 Lexington Avenue<br>New York, NY 10017 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Attn: Alan W. Kornberg, Esq., Brian S. Hermann, Esq., Walter R. Rieman, Esq., Sean A. Mitchell, Esq., and Neal P. Donnelly, Esq.<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | Office of the United States Trustee for Region 17<br>Attn: James L. Snyder, Esq.<br>and Timothy Laffredi, Esq.<br>450 Golden Gate Avenue, 5th Floor, Suite #05-0153<br>San Francisco, CA 94102 |
| U.S. Nuclear Regulatory Commission<br>Attn: General Counsel<br>Washington, DC 20555-0001 | U.S. Department of Justice<br>Attn: Danielle A. Pham, Esq.<br>1100 L Street, NW, Room 7106,<br>Washington DC 20005<br>***Served via CM/ECF Only*** |

| | |
|---|---|
| Milbank LLP<br>Attn: Dennis F. Dunne, Esq. and Sam A. Khalil, Esq.<br>55 Hudson Yards<br>New York, NY 10001-2163<br>*Served via CM/ECF Only* | Milbank LLP<br>Attn: Paul S. Aronzon, Esq., Gregory A. Bray, Esq., and Thomas R. Kreller, Esq.<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 |
| Baker & Hostetler LLP<br>Attn: Eric Sagerman, Esq. and Cecily Dumas, Esq.<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025-0509<br>*Served via CM/ECF Only* | STEPHEN MOELLER-SALLY<br>MATTHEW L. McGINNIS<br>ROPES & GRAY LLP<br>800 Boylston Street<br>Boston, MA 02199-3600<br>*Request for Special Notice* |
| GREGG M. GALARDI<br>KEITH H. WOFFORD/DANIEL G. EGAN<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>*Request for Special Notice* | Leonard P. Goldberger, Esq.<br>STEVENS & LEE, P.C.<br>620 Freedom Business Center, Suite 200<br>King of Prussia, PA 19406<br>*Request for Special Notice* |
| Constantine D. Pourakis, Esq.<br>STEVENS & LEE, P.C.<br>485 Madison Avenue, 20th Floor<br>New York, NY 10022<br>*Request for Special Notice* | |

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on March 25, 2019, at San Diego, California.

*/s/ Linda Gubba-Reiner*
Linda Gubba-Reiner