| | |
|---|---|
| OREN B. HAKER (*pro hac vice*)<br>GABRIELLE GLEMANN (*pro hac vice*)<br>STOEL RIVES LLP<br>600 University Street, Suite 3600<br>Seattle, WA 98101<br>Telephone: 206.386.7530<br>Facsimile: 206.386.7500<br>gabrielle.glemann@stoel.com<br><br>*Attorneys for Party in Interest*<br>*Enel Green Power North America, Inc.* | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>   **- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>         **Debtors.** | Bankruptcy Case<br>No. 19 - 30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF WITHDRAWAL OF SAFE HARBOR MOTION AND MOTION TO FILE UNDER SEAL** |
| ☐  Affects PG&E Corporation<br>☒  Affects Pacific Gas and Electric Company<br>☐  Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | (as currently scheduled)<br><br>Hearing Date:   April 10, 2019<br>Time:                  9:30 a.m. (Pacific Time)<br>Courtroom:     Hon. Dennis Montali |

**PLEASE TAKE NOTICE THAT** Enel Green Power North America, Inc. hereby withdraws its Motion and Memorandum for Entry of an Order Confirming Safe Harbor Protection Under 11 U.S.C. §§ 362(b)(6) and 556 [Dkt. 481] and the Motion to File Certain Contracts and Related Filings Under Seal [Dkt. 483].

| | | |
|---|---|---|
| 1 | DATED: March 26, 2019 | STOEL RIVES LLP |
| 2 | | */s/ Gabrielle Glemann* |
| 3 | | Gabrielle Glemann (*pro hac vice*) |
| 4 | | *Attorneys for Party in Interest*<br>*Enel Green Power North America, Inc.* |

STOEL RIVES LLP
ATTORNEYS AT LAW
SEATTLE

-2-