Robert P. Simons
Email: rsimons@reedsmith.com
REED SMITH LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: 412-288-3131
Facsimile: 412-288-3063

Attorneys for Bank of New York Mellon,
solely in its capacity as Trustee under
Enumerated Trust Indenture Trusts


FILED
MAR 26 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>Debtor-in-Possession. | Bankr. Case No. 19-30088-DM<br><br>Chapter 11 |
| In re:<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtor-in-Possession.. | Bankr. Case No. 19-30089-DM<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS** |

**PLEASE TAKE NOTICE** that Bank of New York Mellon ("BNYM") solely in its capacity as Trustee under certain Enumerated Trust Indenture Trusts[1], a creditor and a party in

---

[1] The trusts the Bank of New York Mellon serves as trustee for currently include the following: Pacific Gas and Electric Company Nuclear Facilities Nonqualified CPUC Decommissioning Master Trust for Diablo Canyon Nuclear Generating Station and Humboldt Bay Nuclear Unit No. 3; Pacific Gas and Electric Company Nuclear Facilities Qualified FERC Decommissioning Master Trust for Diablo Canyon Nuclear Generating Station and Humboldt Bay Nuclear Unit No. 3; Pacific Gas and Electric Company Nuclear Facilities Qualified CPUC Decommissioning Master Trust for Diablo Canyon Nuclear Generating Station and Humboldt Bay Nuclear Unit No. 3; PG&E Postretirement Medical Plan Trust – Non-Management Retirees; Pacific Gas and Electric Long-Term Disability Trust for Non-Union Employees; Postretirement Life Insurance Plan Trust; PG&E Corporation Retirement Master Trust; Pacific Gas and Electric Long-Term Disability Trust for Union Employees; and PG&E Postretirement Medical Plan Trust – Management and Non-Bargaining Unit Retirees (collectively, the "Enumerated Trust Indenture Trusts").

interest by and through its counsel, Reed Smith LLP hereby enter its appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that counsel for BNYM hereby requests pursuant to Rules 2002, 3017(a), 9007, and Section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these cases, and copies of all papers served in these cases, shall be given to and served upon Reed Smith at the following address:

Robert P. Simons
REED SMITH LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: 412-288-3131
Facsimile: 412-288-3063
Email: rsimons@reedsmith.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes without limitation, all orders, applications, pleadings, motions, petitions, requests, schedules, statements, complaints or demands, whether formal or informal, arising herein or in any way related to these cases, including any adversary proceedings.

**PLEASE TAKE FURTHER NOTICE** that BNYM does not, by filing this *Notice of Appearance and Request for Notice and Service of Papers*, nor any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this *Notice of Appearance and Request for Notice and Service of Papers* constitute a waiver of any of its rights: (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) to trial by jury in any proceeding so triable in these cases, or any controversy or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which it may be entitled, which it expressly reserves.

DATED: March 25, 2019

REED SMITH LLP

By: _____
Robert P. Simons
Email: rsimons@reedsmith.com
Reed Smith LLP

*Attorneys for Bank of New York Mellon, solely in its capacity as Trustee under Enumerated Trust Indenture Trusts*