Justin E. Rawlins (#209915)
jrawlins@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

David Neier (*admitted pro hac vice*)
dneier@winston.com
WINSTON & STRAWN LLP
200 Park Avenue, 40th Floor
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

*Attorneys for Creditor*
*Tulsa Inspection Resources – PUC, LLC*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br> **PG&E CORPORATION** <br> -and- <br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br> **Debtors.** | Bankruptcy Case <br> No. 19 - 30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) |
| ☐ Affects PG&E Corporation <br> ☒ Affects Pacific Gas and Electric Company <br> ☐ Affects both Debtors <br><br> * *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | **NOTICE OF LIENS UNDER 11 U.S.C. § 546(b) BY TULSA INSPECTION RESOURCES – PUC, LLC** |

PLEASE TAKE NOTICE that Tulsa Inspection Resources – PUC, LLC ("Tulsa") is the prime contractor under a certain pre-petition Contract (Long Form), dated as of March 27, 2012, by and between Pacific Gas and Electric Company ("PG&E") and Tulsa Inspection Resources, Inc. (Tulsa's predecessor in interest), which contract is further referred to as PG&E Contract No. 4400006534, as

1

such contract has been amended, amended and restated or otherwise modified or supplemented from time to time (the "Contract"). Tulsa was hired to provide inspection services related to gas and pipelines, connections, compression stations and related projects critical for safety and required by the United States Department of Transportation Pipeline and Hazardous Materials Administration and California law to ensure explosions leading to loss of life and property damage do not occur, including services related to maintenance and repair (collectively, the "Work").

Prior to the filing of the Debtors' bankruptcy case, Tulsa provided labor, equipment, services and supplies to PG&E under the Contract along PG&E's pipeline in the following California counties: Contra Costa, Humboldt, Marin, Monterey, Napa, Shasta, Sonoma and Stanislaus (the "Properties"). The Work under the Contract is a "work of improvement" as defined under California Civ. Code § 8050(a). Under California Civ. Code § 8412,

> A direct contractor may not enforce a lien unless the contractor records a claim of lien after the contractor completes the direct contract, and before the earlier of the following times:
>
> (a) Ninety days after the completion of the work of improvement.
>
> (b) Sixty days after the owner records a notice of completion or cessation.

Likewise, California Civ. Code § 8460(a) provides that,

> (a) The claimant shall commence an action to enforce a lien within 90 days after recordation of the claim of lien. If the claimant does not commence an action to enforce the lien within that time, the claim of lien expires and is unenforceable

Pursuant to 11 U.S.C. § 546(b), Tulsa hereby gives notice in lieu of the commencement of any such action to perfect, maintain, or continue Tulsa's liens. Accordingly, Tulsa requests adequate protection of its liens. A true and correct copy of Tulsa's lien filed in Contra Costa County is attached hereto as <u>Exhibit A</u>. A true and correct copy of Tulsa's lien filed in Humboldt County is attached hereto as <u>Exhibit B</u>. A true and correct copy of Tulsa's lien filed in Marin County is attached hereto as <u>Exhibit C</u>. A true and correct copy of Tulsa's lien filed in Monterey County is attached hereto as <u>Exhibit D</u>. A true and correct copy of Tulsa's lien filed in Napa County is attached hereto as <u>Exhibit E</u>. A true and correct copy of Tulsa's lien filed in Shasta County is attached hereto as <u>Exhibit F</u>. A true and correct copy of Tulsa's lien filed in Sonoma County is

attached hereto as Exhibit G.  A true and correct copy of Tulsa's lien filed in Stanislaus County is attached hereto as Exhibit H.

Tulsa asserts secured interests in the Properties to the fullest extent allowed by applicable law, including interest and attorneys' fees.  Further, Tulsa reserves the right to supplement and/or amend this Notice, and reserves any and all other rights under applicable law.

Dated:  March 26, 2019

>                            Respectfully submitted,
>
>                            WINSTON & STRAWN LLP
>
>                            By:  /s/ Justin E. Rawlins
>                                 Attorneys for Creditor
>                                 Tulsa Inspection Resources – PUC, LLC

Exhibit A

Contra Costa County Lien Filing

(See attached)

Exhibit B

Humboldt County Lien Filing

(See attached)

Exhibit C

Marin County Lien Filing

(See attached)

<u>Exhibit D</u>

Monterey County Lien Filing

(See attached)

<u>Exhibit E</u>

Napa County Lien Filing

(See attached)

<u>Exhibit F</u>

Shasta County Lien Filing

(See attached)

Exhibit G

Sonoma County Lien Filing

(See attached)

Exhibit H

Stanislaus County Lien Filing

(See attached)