RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-353-1857 (v)
202-307-0054 (f)
Boris.Kukso@usdoj.gov

Of Counsel:
DAVID L. ANDERSON
United States Attorney

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>    Debtor.<br>_____<br>In re:<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>    Debtor.<br>_____ | Case No. 19-30088 and 19-30089<br>(Jointly Administered)<br><br>Chapter 11<br>Honorable Judge D. Montali<br><br><br>**REQUEST FOR SPECIAL NOTICE BY THE INTERNAL REVENUE SERVICE** |

TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Bankr. P. 2002(g) and 9007, the INTERNAL REVENUE SERVICE hereby requests that all notices and documents in these jointly administered cases be sent to the following address:

| | |
|---|---|
| 1 | Internal Revenue Service, Insolvency Section |
| 2 | Attn: C. Tang, Mail Stop 5420 |
| | 55 S. Market St., |
| 3 | San Jose, CA 95113 |

Dated: March 26, 2019.

          RICHARD E. ZUCKERMAN
          Principal Deputy Assistant Attorney General

          BORIS KUKSO
          Trial Attorney, Tax Division
          U.S. Department of Justice
          P.O. Box 683
          Washington, D.C. 20044
          202-353-1857 (v)
          202-307-0054 (f)
          Boris.Kukso@usdoj.gov

          Of Counsel:
          DAVID L. ANDERSON
          United States Attorney

Request For Special Notice
By the Internal Revenue Service
Case No. 19-30088