| | |
|---|---|
| 1 | JEFFER MANGELS BUTLER &<br>  MITCHELL LLP |
| 2 | NICOLAS DE LANCIE, ESQ. (Bar. No. 84934)<br>Two Embarcadero Center, Fifth Floor |
| 3 | San Francisco, California 94111-3813<br>Telephone:   (415) 398-8080 |
| 4 | Facsimile:   (415) 398-5584<br>Email:   nde@jmbm.com |
| 5 | |
| 6 | Attorneys for Party in Interest SUMMERHILL<br>HOMES LLC, a California limited liability company |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>        and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>        Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects Both Debtors<br><br>*  *All papers shall be filed in the Lease Case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br><u>No Hearing Required</u> |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE, pursuant to Rule 9010(a) of the Federal Rules of Bankruptcy Procedure (the **"Bankruptcy Rules"**), that SUMMERHILL HOMES LLC, a California limited liability company (the **"Appearing Party"**), a party in interest in the above-captioned cases (these **"Cases"**), hereby appears in these Cases.`

**1**   PLEASE TAKE FURTHER NOTICE, pursuant to Rule 9010(b) of the Bankruptcy

**2**   Rules, that JEFFER MANGELS BUTLER & MITCHELL LLP, by NICOLAS DE LANCIE, ESQ. (the

**3**   "**Appearing Attorney**"), a member of the bar of the UNITED STATES DISTRICT COURT FOR THE

**4**   NORTHERN DISTRICT OF CALIFORNIA (the "**District Court**"), hereby appears in these Cases as

**5**   attorney for the Appearing Party.

**6**   PLEASE TAKE FURTHER NOTICE that the Appearing Attorney hereby requests

**7**   that (i) the name and address set forth below be added to the mailing list maintained by the Clerk

**8**   of the UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (this

**9**   "**Court**") in these Cases on behalf of the Appearing Party; and (ii) subject to the Electronic Case

**10**   Filing Procedures established pursuant to Rule 5005–1 of the Local Rules of Practice for the

**11**   United States Bankruptcy Court, Northern District of California (the "**Bankruptcy Local**

**12**   **Rules**"), with respect to which the Appearing Attorney is a Registered Participant (as that term

**13**   is defined in that rule) who has consented (subject to the right under those procedures to withdraw

**14**   that consent) to electronic service, copies of all notices given—whether pursuant to Rules 2002,

**15**   3017, or 9007 of the Bankruptcy Rules or otherwise—and of all papers served on any party in

**16**   interest in these Cases or filed with this Court in these Cases be sent on behalf of the Appearing

**17**   Party to:

JEFFER MANGELS BUTLER & MITCHELL LLP
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3813
Attention: Nicolas De Lancie, Esq.
Telephone: (415) 398-8080
email: nde@jmbm.com

**22**   PLEASE TAKE FURTHER NOTICE that the foregoing request includes all of the

**23**   notices and papers referred to in the Bankruptcy Code, the Bankruptcy Rules, or the Bankruptcy

**24**   Local Rules, including notices of any orders, pleadings, motions, applications, plans of

**25**   adjustment, disclosure statements, amendments, modifications, or supplements of plans or

**26**   disclosure statements, complaints, demands, hearings, reports, requests, petitions, answering or

**27**   reply papers, memoranda of law or briefs in support of any of the foregoing, and any other

**28**   document brought before this Court with respect to these Cases or any proceeding therein,

whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, email, delivery, telephone, telegraph, telecopier, telex, or otherwise.

PLEASE TAKE FURTHER NOTICE that the Appearing Party intends that neither this *Notice of Appearance and Request for Notice* nor any later appearance, pleading, claim, or suit waives (i) the right of the Appearing Party to have final orders in non-core matters entered only after *de novo* review by a judge of the District Court; (ii) the right of the Appearing Party to trial by jury in any proceeding so triable in this Case or any case, controversy, or proceeding related to this Case notwithstanding the designation *vel non* of any of those matters as "core proceedings" pursuant to Section 157(b)(2) of the Judicial Code (Title 28 of the United States Code) and whether that jury trial right is pursuant to statute or the United States Constitution; (iii) the right of the Appearing Party to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other right, claim, action, defense, setoff, or recoupment to which the Appearing Party is or may be entitled under any agreement, at law or in equity, or under the United States Constitution, all of which rights, claims, actions, defenses, setoffs, and recoupments the Appearing Party expressly reserves.

Dated: March 26, 2019.   JEFFER MANGELS BUTLER & MITCHELL LLP

By: */s/ Nicolas De Lancie*
Nicolas De Lancie, Esq.

Attorneys for Party in Interest
SUMMERHILL HOMES LLC