| | |
|---|---|
| 1 | Dennis F. Dunne (admitted *pro hac vice*) |
|  | Samuel A. Khalil (admitted *pro hac vice*) |
| 2 | MILBANK LLP |
|  | 55 Hudson Yards |
| 3 | New York, New York 10001-2163 |
|  | Telephone: (212) 530-5000 |
| 4 | |
|  | and |
| 5 | |
|  | Paul S. Aronzon (SBN 88781) |
| 6 | Gregory A. Bray (SBN 115367) |
|  | Thomas R. Kreller (SBN 161922) |
| 7 | MILBANK LLP |
|  | 2029 Century Park East, 33rd Floor |
| 8 | Los Angeles, CA 90067 |
|  | Telephone: (424) 386-4000 |
| 9 | |
|  | *Proposed Counsel for the Official Committee* |
| 10 | *of Unsecured Creditors* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case.*<br>*No. 19-30088 (DM)* | **DECLARATION OF THOMAS R. KRELLER REGARDING THE MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105(A) AND 362 FOR INTERIM AND FINAL ORDERS ESTABLISHING NOTIFICATION PROCEDURES AND APPROVING RESTRICTIONS ON CERTAIN TRANSFERS OF STOCK OF, AND CLAIMS AGAINST, THE DEBTORS [DKT. NO. 10]**<br><br>Date: March 27, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

THOMAS R. KRELLER, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am a partner of the firm of Milbank LLP ("Milbank"). Milbank maintains an office at, among other places, 2029 Century Park East, 33rd Floor, Los Angeles, California 90067. Milbank serves as proposed counsel to the official committee of unsecured creditors (the "Committee") of the above captioned debtors and debtors-in-possession (collectively, the "Debtors").

2. I submit this declaration regarding the *Motion of Debtors Pursuant to 11 U.S.C. §§ 105(A) and 362 for Interim and Final Orders Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Stock of, and Claims Against, the Debtors* (the "Motion") [Dkt. No. 10].

3. For the Court's reference in its consideration of the Motion, attached hereto as Exhibit 1 is a true and accurate copy of the *Debtors' Motion for Entry of an Order Establishing a Record Date for Notice and Sell-Down Procedures for Trading in Certain Claims Against the Debtors' Estates,* filed on February 25, 2019, in *In re Windstream Holdings, Inc., et al.*, Case No. 19-22312 (RDD), pending in the Bankruptcy Court for the Southern District of New York.

4. Attached hereto as Exhibit 2 is a true and correct copy of the related *Order Establishing a Record Date for Notice and Sell-Down Procedures for Trading in Certain Claims Against the Debtors' Estates*, that was entered on February 28, 2019 in that case by the Bankruptcy Court for the Southern District of New York.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: March 26, 2019

MILBANK LLP

*/s/ Dennis F. Dunne*
DENNIS F. DUNNE
SAMUEL A. KHALIL
PAUL S. ARONZON
GREGORY A. BRAY
THOMAS R. KRELLER

*Proposed Counsel for the Official Committee of Unsecured Creditors*

**Exhibit 1**

**Exhibit 2**