OREN B. HAKER (*pro hac vice*)
GABRIELLE GLEMANN (*pro hac vice*)
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.386.7530
Facsimile: 206.386.7500

*Attorneys for Party in Interest
Enel Green Power North America, Inc.*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors. | Bankruptcy Case<br>No. 19 - 30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*\*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

## CERTIFICATE OF SERVICE

I, Jennifer Slocum, do declare and state as follows:

1. I am employed in King County in the State of Washington. I am over the age of 18 and not a party to the within action; my business address is: Stoel Rives LLP, 600 University Street, Suite 3600, Seattle, WA 98101.

2. I certify that on March 26, 2019, I caused a true and correct copy of the *Notice of Withdrawal of Safe Harbor Motion and Motion to File Under Seal* [Dkt. 1043] to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**.

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 26th day of March, 2019, at Seattle, WA.

_____
Name: Jennifer Slocum