Steven M. Olson, Esq.
State Bar No. 146120
Jacob M. Faircloth, Esq.
State Bar No. 305390
LAW OFFICE OF STEVEN M. OLSON
100 E Street, Suite 104
Santa Rosa, CA 95404
Telephone: (707) 575-1800
Facsimile: (707) 575-1867
Email: smo@smolsonlaw.com
Attorney for Aztrack Construction Corporation

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re<br><br>PG&E CORPORATION,<br><br>    Debtor.<br>_____/ | Case No. 19-30088-DM<br>(Chapter 11) |

## **REQUEST FOR SPECIAL NOTICE**

Pursuant to Federal Rules of Bankruptcy Procedure 2002(g) and 9010, Aztrack Construction Corporation respectfully requests that all notices given or required to be given in this proceeding and all papers served or required to be served in this proceeding be served upon its attorneys as follows:

Steven M. Olson, Esq.
Jacob M. Faircloth, Esq.
Law Office of Steven M. Olson
100 E Street, Suite 104
Santa Rosa, CA 95404
Telephone: (707) 575-1800
Fax: (707) 575-1867
Email: smo@smolsonlaw.com

This request includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and it additionally includes, without limitation, any proposed disclosure statements and plans and notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or

conveyed by mail, telephone, or otherwise.

This notice additionally requests that the Clerk of the Court place the foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in the case.

Dated: March 26, 2019     LAW OFFICE OF STEVEN M. OLSON

BY: */S/ Steven M. Olson*
_____
Steven M. Olson
Attorney for Aztrack Construction Corporation