ESTELA O. PINO, SBN 112975
**PINO & ASSOCIATES**
20 Bicentennial Circle, Suite 200
Sacramento, CA 95826
Telephone: (916) 641-2288
Facsimile: (916) 641-1888

Attorneys for the Plaintiffs' Executive Committee appointed by the Superior Court of the State of California, in and for the County of Alameda, in Case No. RG16843631 and related cases.

THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>In re:<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the lead case, No. 19-30088(DM)* | Case Nos. 19-30088 (DM)<br><br>Chapter 11<br><br>**JOINDER IN THE INITIAL OBJECTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS AND THE UNITED STATES TRUSTEE's OBJECTION TO MOTION OF DEBTORS PURSUANT TO 11 USC §§ 105(a), 363 AND 503(c) FOR ENTRY OF ORDER (I) APPROVING SHORT-TERM INCENTIVE PLAN AND (II) GRANTING RELATED RELIEF**<br><br>DATE: April 9, 2019<br>TIME: 9:30 A.M.<br>PLACE: Courtroom 17<br>450 Golden Gate Avenue, 16th Fl.<br>San Francisco, California<br>JUDGE: Hon. Dennis Montali<br>RELATED DOCKET NOS: 782, 806, 847, 1044 |

The Plaintiffs' Executive Committee (hereinafter referred to as the "Ghost Ship Warehouse Plaintiffs' Executive Committee"), appointed by the Superior Court of the State of California, in and for the County of Alameda, Case No. RG16843631 and related cases, party in interest in the above-referenced Chapter 11 case, by and through its attorneys of record, does hereby join in and supports the Initial Objection of the Official Committee of Tort Claimants to Motion of Debtors Pursuant to 11 USC §§ 105(a), 363 and 503(c) for Entry of Order (I) Approving Short-term Incentive Plan and

(II) Granting Related Relief (Docket No. 847). The Ghost Ship Warehouse Plaintiffs' Executive Committee reserves the right to join in any supplemental objection(s) filed by the Tort Committee.

In addition, the Ghost Ship Warehouse Plaintiffs' Executive Committee does hereby join in and supports the United States Trustee's Objection to Motion of Debtors For Entry of An Order Approving Short-Term Incentive Plan (Docket No. 1044).

The Ghost Ship Warehouse Plaintiffs' Executive Committee does hereby reserve the right to join in and support any additional opposition(s) filed by creditors and other parties in interest to the Corrected Motion of Debtors Pursuant to 11 USC §§ 105(a), 363 and 503(c) for Entry of Order (I) Approving Short-term Incentive Plan and (II) Granting Related Relief

Based upon the instant Joinder and the arguments to be presented during the hearing on April 9, 2019, the Ghost Ship Warehouse Plaintiffs' Executive Committee respectfully requests that the Corrected Motion of Debtors Pursuant to 11 USC §§ 105(a), 363 and 503(c) for Entry of Order (I) Approving Short-term Incentive Plan and (II) Granting Related Relief, be denied in its entirety.

Dated: March 26, 2019

Respectfully submitted,
PINO & ASSOCIATES

By: _____
Estela O. Pino, Attorneys for the Ghost Ship
Warehouse Plaintiffs' Executive Committee