```
POLSINELLI LLP
Randye B. Soref (SBN 99146)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:    310.556.1801
Facsimile:    310.556.1802
Email:        rsoref@polsinelli.com

Lindsi M. Weber (*Pro Hac Vice Pending*)
POLSINELLI PC
One East Washington St., Suite 1200
Phoenix, AZ 85004-2568
Telephone:    (602) 650-2064
Email:        lweber@polsinelli.com
```

*Attorneys for Dignity Health and Its Affiliates*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors.<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☒  Affects **both Debtors**<br><br>*All papers shall be filed in the Lead Case No. 19-30088 (DM) | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that the undersigned, hereby files their appearances as attorneys |
| 2 | for Bakersfield Memorial Hospital, Dignity Community Care, Dignity Community Care dba |
| 3 | French Hospital Medical Center, Dignity Community Care dba Methodist Hospital, Dignity |
| 4 | Community Care dba Sequoia Hospital, Dignity Community Care dba Woodland Memorial |
| 5 | Hospital, Dignity Health, Dignity Health Connected Living, Dignity Health dba Dominican |
| 6 | Hospital, Dignity Health dba French Hospital Medical Center, Dignity Health dba Marian Regional |
| 7 | Medical Center, Dignity Health dba Marian Regional Medical Center - Arroyo Grande, Dignity |
| 8 | Health dba Mercy General Hospital, Dignity Health dba Mercy Hospital (Bakersfield), Dignity |
| 9 | Health dba Mercy Hospital and Mercy Southwest Hospital, Dignity Health dba Mercy Hospital of |
| 10 | Folsom, Dignity Health dba Mercy Medical Center (Merced), Dignity Health dba Mercy Medical |
| 11 | Center Redding, Dignity Health dba Mercy San Juan Medical Center, Dignity Health dba Mercy |
| 12 | Southwest Hospital, Dignity Health dba Sequoia Hospital, Dignity Health dba St. Elizabeth |
| 13 | Community Hospital, Dignity Health dba St. Mary's Medical Center, Dignity Health Medical |
| 14 | Foundation, Dignity Health Medical Foundation dba Dignity Health Medical Group – Dominican, |
| 15 | Dignity Health Medical Foundation dba Dignity Health Medical Group – Merced, Dignity Health |
| 16 | Medical Foundation dba Dignity Health Medical Group - North State, Dominican Oaks |
| 17 | Corporation, Pacific Central Coast Health Centers, Port City Operating Company, LLC, Port City |
| 18 | Operating Company, LLC dba St. Joseph's Behavioral Health Center, Port City Operating |
| 19 | Company, LLC dba St. Joseph's Medical Center of Stockton, Saint Francis Memorial Hospital, |
| 20 | Sierra Nevada Memorial - Miners Hospital ("DIGNITY") in the above-referenced chapter 11 cases, |
| 21 | hereby requests that all notices given or required to be given in this case to creditors, any creditors' |
| 22 | committee, or any other party in interest (including all matters described pursuant to Bankruptcy |
| 23 | Code Section 102(1) and Bankruptcy Rules 2002(a), (b), (c), (f) and (i), 3017(a), 9007 and 9010) |
| 24 | and all papers or other documents filed, served or required to be served in the above-captioned |
| 25 | cases, be served on the addressees listed below and that, pursuant to Bankruptcy Rules 2002 (g) and |
| 26 | 9007, the following be added to the Court's master mailing list: |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Randye B. Soref |
| 2 | Polsinelli LLP<br>2049 Century Park East, Suite 2900 |
| 3 | Los Angeles, CA 90067<br>Telephone: 310.556.1801 |
| 4 | Facsimile: 310.556.1802<br>Email: rsoref@polsinelli.com |
| 5 | - and - |
| 6 | Lindsi M. Weber |
| 7 | Polsinelli PC<br>One East Washington St., Suite 1200 |
| 8 | Phoenix, AZ 85004-2568<br>Telephone: (602) 650-2064 |
| 9 | Email: lweber@polsinelli.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, orders and notices of any plans, disclosure statements, applications, motions, petitions, pleadings, requests, complaints, demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, telex, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this request for notice nor any subsequent appearance, pleading, proof of claim, claim or suit is intended or shall be deemed or construed as:

(a) a consent by DIGNITY to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving DIGNITY;

(b) a waiver of any right of DIGNITY to (i) have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a Bankruptcy Judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (ii) have final orders in non-core matters entered only after de novo review by a District Court Judge, (iii) trial by jury in any proceeding so triable in the Case or in any case, controversy, or proceeding related to the Case, (iv) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (v) any and all rights,

claims, actions, defenses, setoffs, recoupments or remedies to which DIGNITY is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved hereby, or (vi) the requirements for service of process under Federal Rule of Bankruptcy Procedure 7004; or

This request for notice is based upon the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure, including Rules 2002, 3017, 9007, and 9010, but is not a consent to jurisdiction of the Bankruptcy Court over DIGNITY, and is not a waiver of DIGNITY's rights, specifically, but not limited to: (i) DIGNITY's rights to have final orders in certain matters entered only after de novo review by a district judge; (ii) DIGNITY's rights to trial by jury in any proceeding so triable herein, or in any case, controversy, or proceeding related hereto; (iii) DIGNITY's rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which DIGNITY is or may be entitled under any agreement, in law, or in equity — all of which rights, claims, actions, defenses, setoffs, and recoupments DIGNITY expressly reserves.

Dated: March 26, 2019

Respectfully submitted,
**POLSINELLI PC**

By: /s/ Randye B. Soref
Randye B. Soref (SBN 99146)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:    310.556.1801
Facsimile:      310.556.1802
Email:            rsoref@polsinelli.com

- and –

Lindsi M. Weber (*Admitted Pro Hac Vice*)
POLSINELLI PC
One East Washington St., Suite 1200
Phoenix, AZ 85004-2568
Telephone:    (602) 650-2064
Email: lweber@polsinelli.com
**ATTORNEYS FOR DIGNITY HEALTH and ITS AFFILIATES**