UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Bankruptcy Case |
|---|---|
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On March 25, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via Email on the U.S. Trustee, Official Committees, Unofficial Committees, and the DIP Administrative Agent Email Service List attached hereto as **Exhibit A**:

- Notice of Filing of Revised Proposed Final Order (I) Authorizing Debtors to Obtain Senior Secured, Superpriority, Postpetition Financing, (II) Granting Liens and Superpriority Claims, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [Docket No. 1035]

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 26th day of March 2019, at New York, NY.

_____
Alain B. Francoeur

# **Exhibit A**

# Exhibit A

U.S. Trustee, Official Committees, Unofficial Committees, and the DIP Administrative Agent Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter | mstamer@akingump.com; idizengoff@akingump.com; dbotter@akingump.com |
| Akin Gump Strauss Hauer & Feld LLP | Attn: David P. Simonds | dsimonds@akingump.com |
| Akin Gump Strauss Hauer & Feld LLP | Attn: Ashley Vinson Crawford | avcrawford@akingump.com |
| BAKER & HOSTETLER, LLP | Attn: Robert A. Julian, Cecily A. Dumas | rjulian@bakerlaw.com; cdumas@bakerlaw.com |
| BAKER & HOSTETLER, LLP | Attn: Eric E. Sagerman, Lauren T. Attard | esagerman@bakerlaw.com; lattard@bakerlaw.com |
| Baron & Budd, P.C. | Attn: esserman@sbep-law.com | ssummy@baronbudd.com |
| DLA PIPER LLP (US) | Attn: Joshua D. Morse | joshua.morse@dlapiper.com |
| DLA PIPER LLP (US) | Attn: Eric Goldberg, David Riley | david.riley@dlapiper.com; eric.goldberg@dlapiper.com |
| Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil | ddunne@milbank.com; skhalil@milbank.com |
| Milbank LLP | Attn: Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | Paronzon@milbank.com; Gbray@milbank.com; TKreller@milbank.com |
| Nuti Hart LLP | Attn: Christopher H. Hart | kfineman@nutihart.com |

# Exhibit A
U.S. Trustee, Official Committees, Unofficial Committees, and the DIP Administrative Agent Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | James.L.Snyder@usdoj.gov; timothy.s.laffredi@usdoj.gov; Marta.Villacorta@usdoj.gov |
| Singleton Law Firm, APC | Attn: Gerald Singleton, SBN 208783 Amanda W. LoCurto, SBN 265420 | gerald@slffirm.com; amanda@slffirm.com |
| Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo | khansen@stroock.com; egilad@stroock.com; mgarofalo@stroock.com |
| Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola | fmerola@stroock.com |
| Stutzman, Bromberg, Esserman & Plifka | Attn: Sander L. Esserman | esserman@sbep-law.com |
| Sullivan Hill Rez & Engel | Attn: James P. Hill, SBN 90478 Christopher V. Hawkins, SBN 222961 | hill@sullivanhill.com; hawkins@sullivanhill.com |