**EXHIBIT A**
**FILED LIENS SUMMARY - MILLER PIPELINE, LLC**

| Date | City | County / Recorder | Doc. No. | Amount | Sub-Part |
|------|------|-------------------|----------|--------|----------|
| 1/28/2019 | Berkeley | Alameda | 2019013229 | $62,737.35 | |
| 1/28/2019 | Oakland | Alameda | 2019013230 | $160,397.18 | |
| 1/28/2019 | Alameda | Alameda | 2019013231 | $54,763.08 | |
| 1/28/2019 | Berkeley | Alameda | 2019013232 | $194,119.98 | |
| 1/28/2019 | Oakland | Alameda | 2019013233 | $151,684.38 | |
| 1/28/2019 | Alameda | Alameda | 2019013234 | $803,968.30 | |
| 1/29/2019 | Oakland | Alameda | 2019014588 | $9,421.00 | |
| 1/29/2019 | Oakland | Alameda | 2019014589 | $12,072.21 | A-1 |
| 1/29/2019 | Oakland | Alameda | 2019014590 | $24,096.91 | |
| 1/29/2019 | Oakland | Alameda | 2019014591 | $21,115.95 | |
| 1/29/2019 | San Leandro | Alameda | 2019014592 | $7,460.40 | |
| 1/29/2019 | Oakland | Alameda | 2019014593 | $5,795.17 | |
| 1/29/2019 | Berkeley | Alameda | 2019014594 | $19,985.93 | |
| 1/29/2019 | Berkeley | Alameda | 2019014595 | $17,331.18 | |
| 1/29/2019 | Castro Valley | Alameda | 2019014596 | $7,912.22 | |
| 1/29/2019 | San Leandro | Alameda | 2019014597 | $6,614.64 | |
| 1/29/2019 | Berkeley | Alameda | 2019014598 | $7,638.36 | |
| 1/29/2019 | San Leandro | Alameda | 2019014599 | $5,555.09 | |
| 1/29/2019 | Fremont | Alameda | 2019014600 | $7,912.22 | |
| 1/29/2019 | Hayward | Alameda | 2019014601 | $5,555.09 | |
| 1/29/2019 | San Leandro | Alameda | 2019014602 | $7,460.40 | |
| 1/29/2019 | Hayward | Alameda | 2019014603 | $8,919.69 | |
| 1/29/2019 | Albany | Alameda | 2019014604 | $13,036.32 | |
| 1/29/2019 | Oakland | Alameda | 2019014605 | $11,610.61 | |
| 1/29/2019 | Oakland | Alameda | 2019014606 | $18,523.03 | A-2 |
| 1/29/2019 | Berkeley | Alameda | 2019014607 | $16,764.48 | |
| 1/29/2019 | Oakland | Alameda | 2019014608 | $14,931.17 | |
| 1/29/2019 | Oakland | Alameda | 2019014609 | $5,827.15 | |
| 1/29/2019 | Oakland | Alameda | 2019014610 | $16,609.10 | |
| 1/29/2019 | Oakland | Alameda | 2019014611 | $10,849.09 | |
| 1/29/2019 | Oakland | Alameda | 2019014612 | $15,084.92 | |
| 1/29/2019 | Union City | Alameda | 2019014613 | $5,827.15 | |
| 1/29/2019 | Union City | Alameda | 2019014614 | $5,827.15 | |
| 1/29/2019 | Hayward | Alameda | 2019014615 | $6,422.10 | |
| 1/29/2019 | Oakland | Alameda | 2019014616 | $18,336.01 | |
| 1/29/2019 | Berkeley | Alameda | 2019014617 | $8,892.31 | |
| 1/29/2019 | Oakland | Alameda | 2019014618 | $8,817.77 | |
| 1/29/2019 | Oakland | Alameda | 2019014619 | $11,484.42 | |
| 1/29/2019 | Oakland | Alameda | 2019014620 | $16,286.72 | A-3 |
| 1/29/2019 | Oakland | Alameda | 2019014621 | $18,171.00 | |
| 1/29/2019 | Berkeley | Alameda | 2019014622 | $5,068.95 | |
| 1/29/2019 | San Leandro | Alameda | 2019014623 | $5,766.81 | |
| 1/29/2019 | Oakland | Alameda | 2019014624 | $14,020.96 | |
| 2/1/2019 | Multiple | Alameda | 2019016953 | $514,665.10 | |
| 1/28/2019 | Antioch | Contra Costa | 2019-0011534 | $165,741.97 | |
| 1/29/2019 | San Pablo | Contra Costa | 2019-0012320 | $20,761.19 | |
| 1/29/2019 | Richmond | Contra Costa | 2019-0012321 | $16,538.04 | |
| 1/29/2019 | Richmond | Contra Costa | 2019-0012322 | $14,434.01 | |
| 1/29/2019 | Richmond | Contra Costa | 2019-0012323 | $14,210.87 | |
| 1/29/2019 | Crockett | Contra Costa | 2019-0012324 | $11,676.37 | |
| 1/29/2019 | El Cerrito | Contra Costa | 2019-0012325 | $10,564.29 | |
| 1/29/2019 | Richmond | Contra Costa | 2019-0012326 | $24,936.09 | A-4 |
| 1/29/2019 | Richmond | Contra Costa | 2019-0012327 | $10,500.84 | |
| 1/29/2019 | San Pablo | Contra Costa | 2019-0012328 | $12,257.73 | |
| 1/29/2019 | Richmond | Contra Costa | 2019-0012329 | $5,828.68 | |
| 2/1/2019 | Multiple | Contra Costa | 2019-0014444 | $6,936.30 | |
| 1/28/2019 | Novato | Marin | 2019-0002465 | $687,581.71 | |
| 1/28/2019 | Mill Valley | Marin | 2019-0002468 | $239,261.04 | |

Case: 19-30088 Doc# 1064-1 Filed: 03/27/19 Entered: 03/27/19 20:41:40 Page 1 of 56

# EXHIBIT A-1

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



20190013229    01/28/2019 10:43 AM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE:    108.00

4    PGS

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibits A and B hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: Please see Exhibit 'A' for jobsite location information, Berkeley, CA. See also Exhibit 'B' which is attached hereto and incorporated herein.

The sum of $62,737.35 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

### VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 28, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____
David Fink / Authorized Agent

**PROOF OF SERVICE AFFIDAVIT**
**California Civil Code Section 8416 (a)(7), (c)(1)**

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on Please see Exhibit 'A' for, jobsite location information, Berkeley, CA, by first class certified mail, postage prepaid, on January 28, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 28, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

# NOTICE OF MECHANICS LIEN

## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68914)

Exhibit 'A'

Burnett St Berkeley, CA (Burnett): Beginning at approximately the intersection of Park Street and Burnett Street heading east and ending at the intersection of Burnett Street and Acton Street for approximately 361 feet of pipe replacement along Burnett Street.

Construction Notice Services, Inc. (68914)

Exhibit 'B'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by a governmental unit or other entity which may not be subjected to a mechanic's lien under California law.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68914)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



2019013230    01/28/2019 10:43 AM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE:      108.00

4    PGS

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibits A and B hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: Please see Exhibit 'A' for jobsite location information, Oakland, CA. See also Exhibit 'B' which is attached hereto and incorporated herein.

The sum of $160,397.18 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

---

VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 28, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____
David Fink / Authorized Agent

---

Construction Notice Services, Inc. (68916)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on Please see Exhibit 'A' for, jobsite location information, Oakland, CA, by first class certified mail, postage prepaid, on January 28, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 28, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68916)

Exhibit 'A'

Aster Ave & Ney Ave (Aster): Beginning at the intersection of Ney Avenue and El Monte Avenue heading east and ending east of the intersection of Ney Avenue and Aster Avenue for approximately 930 feet of pipe replacement along Ney Avenue; beginning at the intersection of Ney Avenue and Aster Avenue heading northwest and ending at the intersection of Aster Avenue and El Monte Avenue approximately 1,020 feet of pipe replacement along Aster Avenue; and beginning at the intersection of El Monte Avenue and Outlook Avenue heading southeast along Outlook Avenue for approximately 195 feet of replacement pipe.

Construction Notice Services, Inc. (68916)

Exhibit 'B'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by a governmental unit or other entity which may not be subjected to a mechanic's lien under California law.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68916)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



2019013231    01/28/2019 10:43 AM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE:        108.00

4    PGS

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibits A and B hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: Please see Exhibit 'A' for jobsite location information, Alameda, CA. See also Exhibit 'B' which is attached hereto and incorporated herein.

The sum of $54,763.08 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/Installation of gas main and service facilities, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

---

### VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 28, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

David Fink / Authorized Agent

---

Construction Notice Services, Inc. (68911)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien on Please see Exhibit 'A' for, jobsite location information, Alameda, CA, by first class certified mail, postage prepaid, on January 28, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 28, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Construction Notice Services, Inc. (68911)

Exhibit 'A'

Grand St & Dayton Ave (Grand Street): Beginning at the intersection of Palmera Court and Grand Street heading NE and extending past the intersection of Dayton Avenue and Grand Street, for approximately 333 feet of pipe replacement along Grand Street. And including four (4) separate pipe replacements measuring approximately 21 feet each (westbound) between property lots.

Construction Notice Services, Inc. (68911)

Exhibit 'B'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by a governmental unit or other entity which may not be subjected to a mechanic's lien under California law.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68911)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



2019013232        01/28/2019 10:43 AM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
          RECORDING FEE:        108.00

4    PGS

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibits A and B hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: Please see Exhibit 'A' for jobsite location information, Berkeley, CA. See also Exhibit 'B' which is attached hereto and incorporated herein.

The sum of $194,119.98 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

---

### VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 28, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____

David Fink / Authorized Agent

---

Construction Notice Services, Inc. (68913)

**PROOF OF SERVICE AFFIDAVIT**
**California Civil Code Section 8416 (a)(7), (c)(1)**

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on Please see Exhibit 'A' for, jobsite location information, Berkeley, CA, by first class certified mail, postage prepaid, on January 28, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 28, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

# NOTICE OF MECHANICS LIEN

## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68913)

Exhibit 'A'

Stuart St. & Grant St. (Stuart St.): Beginning at the intersection of Grant Street and Stuart Street, and continuing east along Stuart Street until the intersection of Stuart Street and Martin Luther King Jr. Way for approximately 507 feet of replacement pipe.

Construction Notice Services, Inc. (68913)

Exhibit 'B'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by a governmental unit or other entity which may not be subjected to a mechanic's lien under California law.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68913)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



2019013233    01/28/2019 10:43 AM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE:    108.00

4    PGS

SPACE ABOVE THIS LINE FOR RECORDERS USE

# MECHANICS LIEN

   The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibits A and B hereto; and upon every estate or interest of owner or any party associated therewith.

   The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: Please see Exhibit 'A' for jobsite location information, Oakland, CA. See also Exhibit 'B' which is attached hereto and incorporated herein.

   The sum of $151,684.38 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, and related work.

   Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

   The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

## VERIFICATION

   I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

   Executed on January 28, 2019, at Santa Rosa, California.

   Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____

David Fink / Authorized Agent

<u>PROOF OF SERVICE AFFIDAVIT</u>
**California Civil Code Section 8416 (a)(7), (c)(1)**

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on Please see Exhibit 'A' for, jobsite location information, Oakland, CA, by first class certified mail, postage prepaid, on January 28, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 28, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68907)

Exhibit 'A'

Elysian Fields & Ironwood St (Ironwood Street): Beginning at the northern dead-end of Heritage and continuing the entire length of Heritage including its access street for approximately 560 feet of pipe replacement along Heritage; beginning at the intersection of Shadow Mountain and Elysian Fields Dr. and continuing south along Elysian Fields Drive for approximately 340 feet of pipe replacement along Elysian Fields Drive; beginning at the intersection of Elysian Fields Drive and Ironwood Street and continuing along Ironwood Street, including the Ironwood side street, for approximately 720 feet of pipe replacement along Ironwood Street.

Construction Notice Services, Inc. (68907)

Exhibit 'B'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by a governmental unit or other entity which may not be subjected to a mechanic's lien under California law.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68907)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



2019013234    01/28/2019 10:43 AM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
    RECORDING FEE        108.00

4    PGS

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibits A and B hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: Please see Exhibit 'A' for jobsite location information, Alameda, CA. See also Exhibit 'B' which is attached hereto and incorporated herein.

The sum of $803,968.30 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By:

David Fink / Authorized Agent

---

VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 28, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

David Fink / Authorized Agent

---

Construction Notice Services, Inc. (68915)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on Please see Exhibit 'A' for, jobsite location information, Alameda, CA, by first class certified mail, postage prepaid, on January 28, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 28, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Construction Notice Services, Inc. (68915)

Exhibit 'A'

GPRP – San Antonio Ave (San Antonio): Beginning at the intersection of San Antonio Avenue and Morton Street heading east and turning north at the intersection of San Antonio Avenue on to Lafayette for approximately 2,550 feet of pipe replacement; beginning at the intersection of San Antonio Avenue and Chestnut heading east to the intersection at San Antonio Avenue and Park Street for approximately 2,830 feet of pipe replacement along San Antonio Avenue; and beginning at the intersection of Clinton Avenue and Walnut Street heading east along Clinton Avenue for approximately 200 feet of replacement pipe.

Construction Notice Services, Inc. (68915)

Exhibit 'B'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by a governmental unit or other entity which may not be subjected to a mechanic's lien under California law.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68915)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



2019014588    01/29/2019 01:34 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE:        105.00

3    PGS

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: In the area/vicinity of 4508 Tompkins, Oakland CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $9421.00 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105.

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

---

### VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____

David Fink / Authorized Agent

---

Construction Notice Services, Inc. (68923)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 4508 Tompkins, Oakland CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Construction Notice Services, Inc. (68923)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68923)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



2019014589    01/29/2019 01:34 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
    RECORDING FEE:    105.00

3   PGS

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: in the area/vicinity of 4682 Dolores Ave, Oakland CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $12072.21 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp

By: _____

David Fink / Authorized Agent

---

VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____

David Fink / Authorized Agent

---

Construction Notice Services, Inc. (68925)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 4682 Dolores Ave, Oakland CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Construction Notice Services, Inc. (68925)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68925)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



2019014590    01/29/2019 01:34 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
     RECORDING FEE:        105.00

                                    PGs

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: In the area/vicinity of 71St Avenue, Oakland CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $24096.91 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

### VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____

David Fink / Authorized Agent

Construction Notice Services, Inc. (68926)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 71St Avenue, Oakland CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68926)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68926)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



2019014591    01/29/2019 01:34 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE:          105.00

3    PGS

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: in the area/vicinity of 4695 Telegraph, Oakland CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $21115.95 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

---

### VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____

David Fink / Authorized Agent

---

Construction Notice Services, Inc. (68927)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 4695 Telegraph, Oakland CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Construction Notice Services, Inc. (68927)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68927)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



2019014592    01/29/2019 01:34 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
    RECORDING FEE:    105.00

3    PGS

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: in the area/vicinity of 730 Dutton Ave, San Leandro CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $7460.40 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

---

VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

David Fink / Authorized Agent

---

Construction Notice Services, Inc. (68928)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 730 Dutton Ave, San Leandro CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68928)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68928)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



2019014593    01/29/2019 01:34 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE:    105 00

3    PGS

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: in the area/vicinity of 1346 El Centro, Oakland CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $5795.17 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

---

VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____

David Fink / Authorized Agent

---

Construction Notice Services, Inc. (68929)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 1346 El Centro, Oakland CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Construction Notice Services, Inc. (68929)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68929)

Recording Requested By:

Miller Pipeline/Vectren Infrastructure
Services Corp.

When Recorded Mail To:
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



2019014594    01/29/2019 01:34 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE:        105.00

3    PGS

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: in the area/vicinity of 2288 Fulton St., Berkeley CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $19985.93 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

VERIFICATION
I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.
Executed on January 29, 2019, at Santa Rosa, California.
Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____
David Fink / Authorized Agent

Construction Notice Services, Inc. (68930)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 2288 Fulton St., Berkeley CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68930)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68930)

Recording Requested By:

Miller Pipeline/Vectren Infrastructure
Services Corp.


When Recorded Mail To:
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



2019014595    01/29/2019 01:34 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE     105.00

3    PGS

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: in the area/vicinity of 1397 La Loma Ave, Berkeley CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $17331.18 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____

David Fink / Authorized Agent

Construction Notice Services, Inc. (68931)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 1397 La Loma Ave, Berkeley CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68931)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68931)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



2019014596    01/29/2019 01:34 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE:    105.00

3    PGS

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: in the area/vicinity of 4459 Ewing Rd, Castro Valley CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $7912.22 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____
David Fink / Authorized Agent

Construction Notice Services, Inc. (68932)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 4459 Ewing Rd, Castro Valley CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68932)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68932)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



2019014597    01/29/2019 01:34 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE:    105.00

3    PGS

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: in the area/vicinity of 365 Lille Ave, San Leandro CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $6614.64 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____

David Fink / Authorized Agent

Construction Notice Services, Inc. (68933)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 365 Lille Ave, San Leandro CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Construction Notice Services, Inc. (68933)

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68933)