# EXHIBIT A-2

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



2019014598    01/29/2019 01:34 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE        105.00

3    PGS

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: in the area/vicinity of 2300 Hearst Ave, Berkeley CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $7638.36 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

---

VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____

David Fink / Authorized Agent

---

Construction Notice Services, Inc. (68934)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 2300 Hearst Ave, Berkeley CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Construction Notice Services, Inc. (68934)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68934)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



2019014599   01/29/2019 01:34 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE:        105.00

2   PGS

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: in the area/vicinity of 1602 Brookside Dr, San Leandro CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $5555.09 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105.

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

### VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____

David Fink / Authorized Agent

Construction Notice Services, Inc. (68936)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 1602 Brookside Dr, San Leandro CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed **MECHANICS LIEN** with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Construction Notice Services, Inc. (68936)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68936)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



2019014600    01/29/2019 01:34 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE:    105.00

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: in the area/vicinity of 3647 Gainsborough Ter, Fremont CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $7912.22 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

---

### VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____

David Fink / Authorized Agent

---

Construction Notice Services, Inc. (68937)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 3647 Gainsborough Ter, Fremont CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68937)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68937)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure Services Corp.

**When Recorded Mail To:**

Miller Pipeline/Vectren Infrastructure Services Corp.

PO Box 209

Evansville, IN 47702



2019014601     01/29/2019 01:34 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE:          105.00

3   PGS

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: in the area/vicinity of 26564 Hickory Ave, Hayward CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $5555.09 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

---

### VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____

David Fink / Authorized Agent

---

Construction Notice Services, Inc. (68938)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 26564 Hickory Ave, Hayward CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68938)

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68938)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



2019014602    01/29/2019 01:34 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE:    105.00

3    PGS

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: in the area/vicinity of 349 Belleview Dr, San Leandro CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $7460.40 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105.

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

---

### VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____
David Fink / Authorized Agent

---

Construction Notice Services, Inc. (68939)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 349 Belleview Dr, San Leandro CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed **MECHANICS LIEN** with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68939)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68939)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure Services Corp.

PO Box 209

Evansville, IN 47702



2019014603    01/29/2019 01:34 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE:        105.00

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: in the area/vicinity of 22050 Lucia St, Hayward CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $8919.69 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

---

### VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____

David Fink / Authorized Agent

---

Construction Notice Services, Inc. (68940)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 22050 Lucia St, Hayward CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68940)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68940)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



2019014604    01/29/2019 01:34 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE.    105 00

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: in the area/vicinity of 1116 Curtis Ave., Albany CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $13036.32 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

---

### VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____

David Fink / Authorized Agent

---

Construction Notice Services, Inc. (68941)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 1116 Curtis Ave., Albany CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Construction Notice Services, Inc. (68941)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68941)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



2019014605    01/29/2019 01:34 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE:        105.00

3    PGS

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: in the area/vicinity of 468, 472, 476, And 478 W. Macarthur, Oakland CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $11610.61 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105.

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _David Fink_

David Fink / Authorized Agent

---

VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_David Fink_

David Fink / Authorized Agent

Construction Notice Services, Inc. (68942)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 468, 472, 476, And 478 W. Macarthur, Oakland CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed **MECHANICS LIEN** with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68942)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68942)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure Services Corp.

**When Recorded Mail To:**

Miller Pipeline/Vectren Infrastructure Services Corp.

PO Box 209

Evansville, IN 47702



2019014606    01/29/2019 01:34 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE        105.00

3   PGS

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: in the area/vicinity of 10550 International Blvd, Oakland CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $18523.03 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

---

VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____

David Fink / Authorized Agent

---

Construction Notice Services, Inc. (68943)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 10550 International Blvd, Oakland CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Construction Notice Services, Inc. (68943)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68943)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



2019014607   01/29/2019 01:34 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE      105 00

3   PGS

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: in the area/vicinity of 914 Channing Way, Berkeley CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $16764.48 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

---

### VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____

David Fink / Authorized Agent

---

Construction Notice Services, Inc. (68944)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 914 Channing Way, Berkeley CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Construction Notice Services, Inc. (68944)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68944)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



2019014608    01/29/2019 01:34 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE:    105.00

3  PGS

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: in the area/vicinity of 923 & 927 Mandela Pkwy, Oakland CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $14931.17 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

---

### VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____

David Fink / Authorized Agent

---

Construction Notice Services, Inc. (68946)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 923 & 927 Mandela Pkwy, Oakland CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Construction Notice Services, Inc. (68946)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68946)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



2019014609    01/29/2019 01:34 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE    105.00

3    PGS

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: in the area/vicinity of 353 Athol Ave, Oaklnad CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $5827.15 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

---

VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____

David Fink / Authorized Agent

---

Construction Notice Services, Inc. (68948)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 353 Athol Ave, Oaklnad CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68948)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68948)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



2019014610 01/29/2019 01:34 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE: 105.00

3 PGS

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: in the area/vicinity of 1658 82Nd Ave, Oakland CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $16609.10 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

### VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____

David Fink / Authorized Agent

Construction Notice Services, Inc. (68949)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 1658 82Nd Ave, Oakland CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Construction Notice Services, Inc. (68949)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68949)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.



```
2019014611      01/29/2019 01:34 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
    RECORDING FEE           105 00
```

**When Recorded Mail To:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: in the area/vicinity of 673 45Th St, Oakland CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $10849.09 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

### VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

David Fink / Authorized Agent

Construction Notice Services, Inc. (68950)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 673 45Th St, Oakland CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68950)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68950)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



2019014612    01/29/2019 01:34 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
    RECORDING FEE        105.00

3    PGS

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: in the area/vicinity of 676 45Th St, Oakland CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $15084.92 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

---

### VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____

David Fink / Authorized Agent

---

Construction Notice Services, Inc. (68952)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 676 45Th St, Oakland CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68952)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68952)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



2019014613    01/29/2019 01:34 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE:              105.00

3  PGS

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: in the area/vicinity of 31060 Union City Blvd, Union City CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $5827.15 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

---

### VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____
David Fink / Authorized Agent

Construction Notice Services, Inc. (68955)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 31060 Union City Blvd, Union City CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Construction Notice Services, Inc. (68955)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68955)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



2019014614     01/29/2019 01:34 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
          RECORDING FEE:          105.00

                                      2     PGS

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: in the area/vicinity of 33735 Railroad Ave, Union City CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $5827.15 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

---

### VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____
David Fink / Authorized Agent

---

Construction Notice Services, Inc. (68956)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 33735 Railroad Ave, Union City CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68956)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68956)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



2019014615   01/29/2019 01:34 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE:           105 00

                              3   PGS

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

    The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

    The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: in the area/vicinity of 28136 Riggs Ct, Hayward CA. See also Exhibit A which is attached hereto and incorporated herein.

    The sum of $6422.10 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

    Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

    The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

---

VERIFICATION

    I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

    Executed on January 29, 2019, at Santa Rosa, California.

    Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____

David Fink / Authorized Agent

---

Construction Notice Services, Inc. (68957)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 28136 Riggs Ct, Hayward CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68957)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68957)