# EXHIBIT A-3

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



2019014616    01/29/2019 01:34 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE:    105.00

3  PGS

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: in the area/vicinity of 2401 Broadway, Oakland CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $18336.01 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

### VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____

David Fink / Authorized Agent

Construction Notice Services, Inc. (68959)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 2401 Broadway, Oakland CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Construction Notice Services, Inc. (68959)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68959)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



2019014617   01/29/2019 01:34 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE:        105.00

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

    The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

    The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: in the area/vicinity of 5 Woodmont Ct, Berkeley CA. See also Exhibit A which is attached hereto and incorporated herein.

    The sum of $8892.31 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

    Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

    The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

### VERIFICATION

    I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

    Executed on January 29, 2019, at Santa Rosa, California.

    Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____

David Fink / Authorized Agent

Construction Notice Services, Inc. (68960)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 5 Woodmont Ct, Berkeley CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68960)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68960)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



2019014618    01/29/2019 01:34 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE:    105.00

3    PGS

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: in the area/vicinity of 10010 Macarthur Blvd, Oakland CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $8817.77 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

---

**VERIFICATION**

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____
David Fink / Authorized Agent

---

Construction Notice Services, Inc. (68961)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 10010 Macarthur Blvd, Oakland CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68961)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68961)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



2019014619    01/29/2019 01:34 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE:    105.00

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: in the area/vicinity of 1730 11Th St, Oakland CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $11484.42 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

---

### VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____

David Fink / Authorized Agent

Construction Notice Services, Inc. (68965)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 1730 11Th St, Oakland CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68965)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68965)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



2019014620     01/29/2019 01:34 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE:            105.00

3    pgs

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: in the area/vicinity of 1007 103Rd Ave, Oakland CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $16286.72 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

---

### VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____
David Fink / Authorized Agent

---

Construction Notice Services, Inc. (68968)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 1007 103Rd Ave, Oakland CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68968)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68968)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.



**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

     The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

     The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: in the area/vicinity of 2323 Valley Street, Oakland CA. See also Exhibit A which is attached hereto and incorporated herein.

     The sum of $18171.00 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

     Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

     The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

---

VERIFICATION

     I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.
     Executed on January 29, 2019, at Santa Rosa, California.
     Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____
David Fink / Authorized Agent

---

Construction Notice Services, Inc. (68969)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 2323 Valley Street, Oakland CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68969)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68969)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



2019014622      01/29/2019 01:34 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
      RECORDING FEE:         105.00

                                    3      PGS

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: in the area/vicinity of 2527 San Pablo Ave, Berkeley CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $5068.95 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105.

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

| VERIFICATION |
| --- |
| I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on January 29, 2019, at Santa Rosa, California.<br><br>Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.<br><br>_____<br>David Fink / Authorized Agent |

Construction Notice Services, Inc. (68970)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 2527 San Pablo Ave, Berkeley CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68970)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68970)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



2019014623    01/29/2019 01:34 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE:    105.00

3 PGS

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: in the area/vicinity of 416 W Joaquin Ave, San Leandro CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $5766.81 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

### VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____

David Fink / Authorized Agent

Construction Notice Services, Inc. (68971)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 416 W Joaquin Ave, San Leandro CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Construction Notice Services, Inc. (68971)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68971)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



2019014624    01/29/2019 01:34 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
         RECORDING FEE:        105.00

                                3  Pgs

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: in the area/vicinity of 82 Montell St, Oakland CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $14020.96 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105.

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

---

VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____
David Fink / Authorized Agent

---

Construction Notice Services, Inc. (68973)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 82 Montell St, Oakland CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed **MECHANICS LIEN** with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68973)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68973)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



2019016953    02/01/2019 11:33 AM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE:    138.00

14   PGS

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibits 'A' and 'B' hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Alameda, State of California, said land described as follows: Please see Exhibit 'A' for jobsite location information. See also Exhibit 'B' which is attached hereto and incorporated herein.

The sum of $514,665.10 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

**COPY**

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

Angela Darling / Authorized Agent

---

### VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 31, 2019, at San Diego, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____

Angela Darling / Authorized Agent

---

Construction Notice Services, Inc. (69000)

I, Angela Darling, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on Please See Exhibit 'A' for jobsite location information, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 31, 2019, at San Diego, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

Angela Darling / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed **MECHANICS LIEN** with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (69000)

| | | |
|---|---|---|
| 141 DEL MAR AVE | BERKELEY | ALAMEDA |
| 221 OAKES BLVD | SAN LEANDRO | ALAMEDA |
| 896 DOUGLAS DR | SAN LEANDRO | ALAMEDA |
| 869 HARMONY DR | HAYWARD | ALAMEDA |
| 5980 CONTRA COSTA RD | OAKLAND | ALAMEDA |
| 3103 SAN PABLO AVE | OAKLAND | ALAMEDA |
| 16020 HESPERIAN BLVD | SAN LORENZO | ALAMEDA |
| 2108 LESSLEY AVE | CASTRO VALLEY | ALAMEDA |
| 22521 6TH ST | HAYWARD | ALAMEDA |
| 33214 LAKE GARRISON ST | FREMONT | ALAMEDA |
| 17925 VINEYARD RD | CASTRO VALLEY | ALAMEDA |
| 36673 PORT TIDEWOOD ST | NEWARK | ALAMEDA |
| 279 LORRAINE BLVD | SAN LEANDRO | ALAMEDA |
| 30700 RATEKIN DR | UNION CITY | ALAMEDA |
| 16656 LIBERTY ST | SAN LEANDRO | ALAMEDA |
| 33779 DALTON CT | UNION CITY | ALAMEDA |
| 1666 VIA BUENA VIS | SAN LORENZO | ALAMEDA |
| 24625 WATERSON CT | HAYWARD | ALAMEDA |
| 567 SHEPHERD AVE | HAYWARD | ALAMEDA |
| 4361 CAMBRIDGE WAY | UNION CITY | ALAMEDA |
| 4086 ADAMS AVE | FREMONT | ALAMEDA |
| 3737 ALMOND AVE | FREMONT | ALAMEDA |
| 40876 # A LINCOLN ST | FREMONT | ALAMEDA |
| 3134 SAN RAMON CT | UNION CITY | ALAMEDA |
| 4268 COMET CIR | UNION CITY | ALAMEDA |
| 20338 MEEKLAND AVE | HAYWARD | ALAMEDA |
| 232 SMALLEY AVE | HAYWARD | ALAMEDA |
| 534 STE 1 A ST | HAYWARD | ALAMEDA |
| 1724 CALAIS CT | HAYWARD | ALAMEDA |
| 142 A ST | HAYWARD | ALAMEDA |
| 1712 CALAIS CT | HAYWARD | ALAMEDA |
| 1709 CALAIS CT | HAYWARD | ALAMEDA |
| 1950 E ST | HAYWARD | ALAMEDA |
| 24425 NORTHPOINTE CT | HAYWARD | ALAMEDA |
| 22376 MEEKLAND AVE | HAYWARD | ALAMEDA |
| 24665 SYLVAN GLEN CT | HAYWARD | ALAMEDA |
| 1827 JUNE MARIE CT | HAYWARD | ALAMEDA |
| 295 BOWLING GREEN ST | SAN LEANDRO | ALAMEDA |
| 27079 TYRRELL AVE | HAYWARD | ALAMEDA |
| 18164 HAVEN ST | HAYWARD | ALAMEDA |
| 858 PERSHING DR | SAN LEANDRO | ALAMEDA |
| 1048 FIRESTONE CT | HAYWARD | ALAMEDA |

| | | |
|---|---|---|
| 17623 RAINIER AVE | HAYWARD | ALAMEDA |
| 17040 ESTEBAN ST | HAYWARD | ALAMEDA |
| 1060 GILBERT ST | HAYWARD | ALAMEDA |
| 48 DUTTON AVE | SAN LEANDRO | ALAMEDA |
| 33779 DALTON CT | UNION CITY | ALAMEDA |
| 23139 NEVADA RD | HAYWARD | ALAMEDA |
| 4416 ALAMO ST | UNION CITY | ALAMEDA |
| 4520 VENTURA WAY | UNION CITY | ALAMEDA |
| 22405 VICTORY DR | HAYWARD | ALAMEDA |
| 24021 PARK ST | HAYWARD | ALAMEDA |
| 4531 SONORA WAY | UNION CITY | ALAMEDA |
| 30869 VALLEJO ST | UNION CITY | ALAMEDA |
| 22639 HAPPYLAND AVE | HAYWARD | ALAMEDA |
| 4478 MADRID CT | UNION CITY | ALAMEDA |
| 4408 ALAMO ST | UNION CITY | ALAMEDA |
| 22059 VICTORY DR | HAYWARD | ALAMEDA |
| 42 PALM DR | UNION CITY | ALAMEDA |
| 171 SPC 248 KONA CIR | UNION CITY | ALAMEDA |
| 196 # 223 HAWAII CIR | UNION CITY | ALAMEDA |
| 2000 APT 1 NIDUS CT | UNION CITY | ALAMEDA |
| 33030 GARFINKLE ST | UNION CITY | ALAMEDA |
| 33417 14TH ST | UNION CITY | ALAMEDA |
| 413 APPIAN WAY | UNION CITY | ALAMEDA |
| 28160 RIGGS CT | HAYWARD | ALAMEDA |
| 4336 BEL ESTOS WAY | UNION CITY | ALAMEDA |
| 398 SMALLEY AVE | HAYWARD | ALAMEDA |
| 33741 12TH ST | UNION CITY | ALAMEDA |
| 15760 VIA REGIO | SAN LORENZO | ALAMEDA |
| 633 LEIGHTON ST | HAYWARD | ALAMEDA |
| 1545 FIR AVE | SAN LEANDRO | ALAMEDA |
| 1596 FIR AVE | SAN LEANDRO | ALAMEDA |
| 4371 CAMBRIDGE WAY | UNION CITY | ALAMEDA |
| 901 VASQUEZ CT | UNION CITY | ALAMEDA |
| 905 LONGWOOD AVE | HAYWARD | ALAMEDA |
| 904 COTTONWOOD AVE | HAYWARD | ALAMEDA |
| 4257 APOLLO CIR | UNION CITY | ALAMEDA |
| 4251 APOLLO CIR | UNION CITY | ALAMEDA |
| 4222 APOLLO CIR | UNION CITY | ALAMEDA |
| 193 SUNSET BLVD | HAYWARD | ALAMEDA |
| 20728 TIMES AVE | HAYWARD | ALAMEDA |
| 257 WILLOW AVE | HAYWARD | ALAMEDA |
| 133 SUNSET BLVD | HAYWARD | ALAMEDA |
| 127 BLOSSOM WAY | HAYWARD | ALAMEDA |
| 567 CHERRY WAY | HAYWARD | ALAMEDA |
| 250 CHERRY WAY | HAYWARD | ALAMEDA |

| | | |
|---|---|---|
| 21653 CHERRYLAND CT | HAYWARD | ALAMEDA |
| 37565 NILES BLVD | FREMONT | ALAMEDA |
| 37557 NILES BLVD | FREMONT | ALAMEDA |
| 1725 FIRTH CT | FREMONT | ALAMEDA |
| 22000 MEEKLAND AVE | HAYWARD | ALAMEDA |
| 22283 HATHAWAY AVE | HAYWARD | ALAMEDA |
| 1825 DAYTON AVE | SAN LEANDRO | ALAMEDA |
| 15056 JUNIPER ST | SAN LEANDRO | ALAMEDA |
| 15124 JUNIPER ST | SAN LEANDRO | ALAMEDA |
| 15230 DAYTON CT | SAN LEANDRO | ALAMEDA |
| 526 A ST | HAYWARD | ALAMEDA |
| 205 POPLAR AVE | HAYWARD | ALAMEDA |
| 22315 WESTERN BLVD | HAYWARD | ALAMEDA |
| 240 SUNSET BLVD | HAYWARD | ALAMEDA |
| 357 APT I SMALLEY AVE | HAYWARD | ALAMEDA |
| 284 LAUREL AVE | HAYWARD | ALAMEDA |
| 254 POPLAR AVE | HAYWARD | ALAMEDA |
| 22221 PERALTA ST | HAYWARD | ALAMEDA |
| 531 LAUREL AVE | HAYWARD | ALAMEDA |
| 18957 STANDISH AVE | HAYWARD | ALAMEDA |
| 511 SIMON ST | HAYWARD | ALAMEDA |
| 152 SUNSET BLVD | HAYWARD | ALAMEDA |
| 22333 FLAGG ST | HAYWARD | ALAMEDA |
| 26342 CASCADE ST | HAYWARD | ALAMEDA |
| 26124 REGAL AVE | HAYWARD | ALAMEDA |
| 24000 WATKINS ST | HAYWARD | ALAMEDA |
| 23944 2ND ST | HAYWARD | ALAMEDA |
| 24170 ROLLING RIDGE LN | HAYWARD | ALAMEDA |
| 21848 VALLEJO ST | HAYWARD | ALAMEDA |
| 22425 MEEKLAND AVE | HAYWARD | ALAMEDA |
| 22728 3RD ST | HAYWARD | ALAMEDA |
| 326 A ST | HAYWARD | ALAMEDA |
| 150 A ST | HAYWARD | ALAMEDA |
| 256 BOWLING GREEN ST | SAN LEANDRO | ALAMEDA |
| 195 BOWLING GREEN ST | SAN LEANDRO | ALAMEDA |
| 17948 HAVEN ST | HAYWARD | ALAMEDA |
| 790 DEAN PL | HAYWARD | ALAMEDA |
| 348 LEXINGTON AVE | SAN LEANDRO | ALAMEDA |
| 231 OAKES BLVD | SAN LEANDRO | ALAMEDA |
| 357 LEXINGTON AVE | SAN LEANDRO | ALAMEDA |
| 325 LILLE AVE | SAN LEANDRO | ALAMEDA |
| 352 SUFFOLK DR | SAN LEANDRO | ALAMEDA |
| 360 SUFFOLK DR | SAN LEANDRO | ALAMEDA |
| 181 BROADMOOR BLVD | SAN LEANDRO | ALAMEDA |
| 344 SUFFOLK DR | SAN LEANDRO | ALAMEDA |

| | | |
|---|---|---|
| 19352 HATHAWAY AVE | HAYWARD | ALAMEDA |
| 16861 LIBERTY ST | SAN LEANDRO | ALAMEDA |
| 20979 ROYAL AVE | HAYWARD | ALAMEDA |
| 656 SHENANDOAH PL | HAYWARD | ALAMEDA |
| 1061 VICTORIA AVE | SAN LEANDRO | ALAMEDA |
| 840 VICTORIA AVE | SAN LEANDRO | ALAMEDA |
| 1582 159TH AVE | SAN LEANDRO | ALAMEDA |
| 899 ARTHUR AVE | SAN LEANDRO | ALAMEDA |
| 1860 PRICE WAY | SAN LEANDRO | ALAMEDA |
| 456 DAVIS ST | SAN LEANDRO | ALAMEDA |
| 386 W BROADMOOR BLVD | SAN LEANDRO | ALAMEDA |
| 824 BEGIER AVE | SAN LEANDRO | ALAMEDA |
| 707 DUTTON AVE | SAN LEANDRO | ALAMEDA |
| 394 W BROADMOOR BLVD | SAN LEANDRO | ALAMEDA |
| 152 BRISTOL BLVD | SAN LEANDRO | ALAMEDA |
| 390 BRISTOL BLVD | SAN LEANDRO | ALAMEDA |
| 16031 VIA DEL SOL | SAN LORENZO | ALAMEDA |
| 183 BOWLING GREEN ST | SAN LEANDRO | ALAMEDA |
| 47 E 14TH ST | SAN LEANDRO | ALAMEDA |
| 255 BRISTOL BLVD | SAN LEANDRO | ALAMEDA |
| 871 WOODLAND AVE | SAN LEANDRO | ALAMEDA |
| 538 PALA AVE | SAN LEANDRO | ALAMEDA |
| 1398 SANTA ROSA ST | SAN LEANDRO | ALAMEDA |
| 267 ESTUDILLO AVE | SAN LEANDRO | ALAMEDA |
| 1595 CROCKER AVE | HAYWARD | ALAMEDA |
| 2505 AMARAL CT | HAYWARD | ALAMEDA |
| 2143 LAGRANGE CT | LIVERMORE | ALAMEDA |
| 1349 LEXINGTON WAY | LIVERMORE | ALAMEDA |
| 33036 SOQUEL ST | UNION CITY | ALAMEDA |
| 6575 LUCAS AVE | OAKLAND | ALAMEDA |
| 3008 MARINA DR | ALAMEDA | ALAMEDA |
| 3006 MARINA DR | ALAMEDA | ALAMEDA |
| 625 GEYSER CT | FREMONT | ALAMEDA |
| 4725 PALOS WAY | UNION CITY | ALAMEDA |
| 24633 WATERSON CT | HAYWARD | ALAMEDA |
| 4712 VALENCIA WAY | UNION CITY | ALAMEDA |
| 4639 GRANADA WAY | UNION CITY | ALAMEDA |
| 4721 PALOS WAY | UNION CITY | ALAMEDA |
| 24880 MUIR ST | HAYWARD | ALAMEDA |
| 30 BARNES CT | HAYWARD | ALAMEDA |
| 4709 VALENCIA WAY | UNION CITY | ALAMEDA |
| 24066 PARK ST | HAYWARD | ALAMEDA |
| 4638 GRANADA WAY | UNION CITY | ALAMEDA |
| 4701 VALENCIA WAY | UNION CITY | ALAMEDA |
| 347 ANNETTE LN | HAYWARD | ALAMEDA |

| | | |
|---|---|---|
| 4634 GRANADA WAY | UNION CITY | ALAMEDA |
| 3824 SHINGLEWOOD CT | UNION CITY | ALAMEDA |
| 575 MEEK AVE | HAYWARD | ALAMEDA |
| 24075 ALICE ST | HAYWARD | ALAMEDA |
| 631 ARCADIA DR | HAYWARD | ALAMEDA |
| 23628 FULLER AVE | HAYWARD | ALAMEDA |
| 22857 FULLER AVE | HAYWARD | ALAMEDA |
| 323 WAIKIKI CIR | UNION CITY | ALAMEDA |
| 403 ELMWOOD LN | HAYWARD | ALAMEDA |
| 3814 SHINGLEWOOD CT | UNION CITY | ALAMEDA |
| 22910 SUTRO ST | HAYWARD | ALAMEDA |
| 33160 FALCON DR | FREMONT | ALAMEDA |
| 33145 LAKE CHAMPLAIN ST | FREMONT | ALAMEDA |
| 33131 LAKE LANIER PL | FREMONT | ALAMEDA |
| 33169 LAKE MEAD DR | FREMONT | ALAMEDA |
| 32987 LAKE CANDLEWOOD ST | FREMONT | ALAMEDA |
| 33300 APT 30 MISSION BLVD | UNION CITY | ALAMEDA |
| 4252 COMET CIR | UNION CITY | ALAMEDA |
| 28181 RIGGS CT | HAYWARD | ALAMEDA |
| 4400 ALAMO ST | UNION CITY | ALAMEDA |
| 21326 CAMBRA CT | HAYWARD | ALAMEDA |
| 325 WAIKIKI CIR | UNION CITY | ALAMEDA |
| 1554 FIR AVE | SAN LEANDRO | ALAMEDA |
| 17779 VINEYARD RD | CASTRO VALLEY | ALAMEDA |
| 18597 VINEYARD RD | CASTRO VALLEY | ALAMEDA |
| 3225 LOUISE ST | OAKLAND | ALAMEDA |
| 1677 164TH AVE | SAN LEANDRO | ALAMEDA |
| 928 ARLINGTON AVE | OAKLAND | ALAMEDA |
| 1601 MENTO TER | FREMONT | ALAMEDA |
| 786 WISTERIA DR | FREMONT | ALAMEDA |
| 17402 VIA MELINA | SAN LORENZO | ALAMEDA |
| 4364 AGENA CIR | UNION CITY | ALAMEDA |
| 3283 SANTA SOPHIA CT | UNION CITY | ALAMEDA |
| 43667 SKYE RD | FREMONT | ALAMEDA |
| 484 B ST | HAYWARD | ALAMEDA |
| 22747 MYRTLE ST | HAYWARD | ALAMEDA |
| 280 FARRELLY DR | SAN LEANDRO | ALAMEDA |
| 245 LORRAINE BLVD | SAN LEANDRO | ALAMEDA |
| 47 HOOD ST | HAYWARD | ALAMEDA |
| 1349 GLEN DR | SAN LEANDRO | ALAMEDA |
| 16355 GORDON WAY | SAN LEANDRO | ALAMEDA |
| 16040 APT B MATEO ST | SAN LEANDRO | ALAMEDA |
| 2035 EDISON AVE | SAN LEANDRO | ALAMEDA |
| 645 LEBANON ST | HAYWARD | ALAMEDA |
| 4357 BEL ESTOS WAY | UNION CITY | ALAMEDA |

| | | |
|---|---|---|
| 4646 BARCELONA WAY | UNION CITY | ALAMEDA |
| 30940 WATKINS ST | UNION CITY | ALAMEDA |
| 4649 BARCELONA WAY | UNION CITY | ALAMEDA |
| 24820 JOANNE ST | HAYWARD | ALAMEDA |
| 4614 GRANADA WAY | UNION CITY | ALAMEDA |
| 4233 MIRAMONTE WAY | UNION CITY | ALAMEDA |
| 33000 LAKE WAWASEE ST | FREMONT | ALAMEDA |
| 34077 GANNON TER | FREMONT | ALAMEDA |
| RFHI 5718 THORNHILL DR | OAKLAND | ALAMEDA |
| 1450 32ND ST | OAKLAND | ALAMEDA |
| 1143 OLIVE AVE | FREMONT | ALAMEDA |
| 249 TOLER AVE | SAN LEANDRO | ALAMEDA |
| 603605 & 607 22ND ST | OAKLAND | ALAMEDA |
| 26111 EVERGREEN DR | HAYWARD | ALAMEDA |
| 17150 EHLE ST | CASTRO VALLEY | ALAMEDA |
| 4229 MIRAMONTE WAY | UNION CITY | ALAMEDA |
| 33164 LAKE GARRISON ST | FREMONT | ALAMEDA |
| 18165 KNIGHT DR | CASTRO VALLEY | ALAMEDA |
| 18614 STANTON AVE | CASTRO VALLEY | ALAMEDA |
| 18571 SHEFFIELD RD | CASTRO VALLEY | ALAMEDA |
| 1300 WISTERIA DR | FREMONT | ALAMEDA |
| 4100 FAIR RANCH RD | UNION CITY | ALAMEDA |
| 3277 SANTA ROSA CT | UNION CITY | ALAMEDA |
| 921 STE 103 B ST | HAYWARD | ALAMEDA |
| 15210 DAYTON CT | SAN LEANDRO | ALAMEDA |
| 379 REAR LAUREL AVE | HAYWARD | ALAMEDA |
| 21933 DOLORES ST | CASTRO VALLEY | ALAMEDA |
| 15215 ANDOVER ST | SAN LEANDRO | ALAMEDA |
| 1645 162ND AVE | SAN LEANDRO | ALAMEDA |
| 15096 FLEMING ST | SAN LEANDRO | ALAMEDA |
| 16060 MAUBERT AVE | SAN LEANDRO | ALAMEDA |
| 24045 DOVER LN | HAYWARD | ALAMEDA |
| 2232 LESSLEY AVE | CASTRO VALLEY | ALAMEDA |
| 1720 CALAIS CT | HAYWARD | ALAMEDA |
| 21394 LAKE CHABOT RD | CASTRO VALLEY | ALAMEDA |
| 2318 READING AVE | CASTRO VALLEY | ALAMEDA |
| 22172 N 6TH ST | CASTRO VALLEY | ALAMEDA |
| 21386 LAKE CHABOT RD | CASTRO VALLEY | ALAMEDA |
| 2266 READING AVE | CASTRO VALLEY | ALAMEDA |
| 21097 SAN MIGUEL AVE | CASTRO VALLEY | ALAMEDA |
| 21617 GAIL DR | CASTRO VALLEY | ALAMEDA |
| 21196 SAN MIGUEL AVE | CASTRO VALLEY | ALAMEDA |
| 3160 KERR ST | CASTRO VALLEY | ALAMEDA |
| 815 PARADISE BLVD | HAYWARD | ALAMEDA |
| 630 VIA MIRABEL | SAN LORENZO | ALAMEDA |

| | | |
|---|---|---|
| 681 EMPIRE ST | SAN LORENZO | ALAMEDA |
| 16704 EL BALCON AVE | SAN LEANDRO | ALAMEDA |
| 1079 VIA PALMA | SAN LORENZO | ALAMEDA |
| 563 TULSA ST | SAN LORENZO | ALAMEDA |
| 669 VIA POTRERO | SAN LORENZO | ALAMEDA |
| 251 PERALTA AVE | SAN LEANDRO | ALAMEDA |
| 230 LORRAINE BLVD | SAN LEANDRO | ALAMEDA |
| 15952 VIA PARO | SAN LORENZO | ALAMEDA |
| 295 CALIFORNIA AVE | SAN LEANDRO | ALAMEDA |
| 15884 DEVONWOOD WAY | SAN LORENZO | ALAMEDA |
| 18090 VIA SEGUNDO | SAN LORENZO | ALAMEDA |
| 16528 SEVERN RD | SAN LEANDRO | ALAMEDA |
| 978 PARADISE BLVD | HAYWARD | ALAMEDA |
| 2038 LOMITA DR | SAN LEANDRO | ALAMEDA |
| 1020 CLUBHOUSE DR | HAYWARD | ALAMEDA |
| 1990 LOMITA DR | SAN LEANDRO | ALAMEDA |
| 2255 166TH AVE | SAN LEANDRO | ALAMEDA |
| 17860 VIA SEGUNDO | SAN LORENZO | ALAMEDA |
| 17077 VIA CHIQUITA | SAN LORENZO | ALAMEDA |
| 1332 BEGIER AVE | SAN LEANDRO | ALAMEDA |
| 15724 VIA NUEVA | SAN LORENZO | ALAMEDA |
| 1623 VIA HERMANA | SAN LORENZO | ALAMEDA |
| 556 TUDOR RD | SAN LEANDRO | ALAMEDA |
| 575 DIEHL AVE | SAN LEANDRO | ALAMEDA |
| 565 E LEWELLING BLVD | SAN LORENZO | ALAMEDA |
| 1180 APT 607 KENTWOOD LN | SAN LEANDRO | ALAMEDA |
| 15909 VIA MEDIA | SAN LORENZO | ALAMEDA |
| 835 PASEO GRANDE | SAN LORENZO | ALAMEDA |
| 1129 CAMELLIA CT | SAN LEANDRO | ALAMEDA |
| 1411 LAKE CHABOT RD | SAN LEANDRO | ALAMEDA |
| 216 BELLEVIEW DR | SAN LEANDRO | ALAMEDA |
| 1471 VIA LUCAS | SAN LORENZO | ALAMEDA |
| 315 W BROADMOOR BLVD | SAN LEANDRO | ALAMEDA |
| 2257 REGENT WAY | CASTRO VALLEY | ALAMEDA |
| 2082 BOCKMAN RD | SAN LORENZO | ALAMEDA |
| 277 W JUANA AVE | SAN LEANDRO | ALAMEDA |
| 27793 ORLANDO AVE | HAYWARD | ALAMEDA |
| 1831 VIA CARRETA | SAN LORENZO | ALAMEDA |
| 512 NIGHTINGALE ST | LIVERMORE | ALAMEDA |
| 451 VIOLET ST | SAN LEANDRO | ALAMEDA |
| 1153 TULANE AVE | SAN LEANDRO | ALAMEDA |
| 1211 OTTAWA AVE | SAN LEANDRO | ALAMEDA |
| 24131 ALICE ST | HAYWARD | ALAMEDA |
| 4345 BEL ESTOS WAY | UNION CITY | ALAMEDA |
| 22724 HAPPYLAND AVE | HAYWARD | ALAMEDA |

| | | |
|---|---|---|
| 17395 VIA DEL REY | SAN LORENZO | ALAMEDA |
| 24558 PONTIAC ST | HAYWARD | ALAMEDA |
| 4361 BEL ESTOS WAY | UNION CITY | ALAMEDA |
| 487 OLIVE ST | SAN LEANDRO | ALAMEDA |
| 20157 STANTON AVE | CASTRO VALLEY | ALAMEDA |
| 46413 CHAPARRAL DR | FREMONT | ALAMEDA |
| 350 WINTON AVE | HAYWARD | ALAMEDA |
| 19110 KARRIS LN | CASTRO VALLEY | ALAMEDA |
| 690 KRAFTILE CT | FREMONT | ALAMEDA |
| 33005 LAKE ERIE ST | FREMONT | ALAMEDA |
| 32679 ALMADEN BLVD | UNION CITY | ALAMEDA |
| 34175 SOTO DR | UNION CITY | ALAMEDA |
| 2548 GREENVILLE RD | LIVERMORE | ALAMEDA |
| 32223 SAMANTHA CT | UNION CITY | ALAMEDA |
| 21785 DOLORES ST | CASTRO VALLEY | ALAMEDA |
| 2335 FARLEY ST | CASTRO VALLEY | ALAMEDA |
| 21348 RIZZO AVE | CASTRO VALLEY | ALAMEDA |
| 2381 JEFFER ST | CASTRO VALLEY | ALAMEDA |
| 408 HACIENDA AVE | SAN LORENZO | ALAMEDA |
| 18573 REAMER RD | CASTRO VALLEY | ALAMEDA |
| 18076 REAMER RD | CASTRO VALLEY | ALAMEDA |
| 18647 VINEYARD RD | CASTRO VALLEY | ALAMEDA |
| 18372 VINEYARD RD | CASTRO VALLEY | ALAMEDA |
| 3743 SEVEN HILLS RD | CASTRO VALLEY | ALAMEDA |
| 18913 WALNUT RD | CASTRO VALLEY | ALAMEDA |
| 18902 WALNUT RD | CASTRO VALLEY | ALAMEDA |
| 3690 SEVEN HILLS RD | CASTRO VALLEY | ALAMEDA |
| 18226 CREST AVE | CASTRO VALLEY | ALAMEDA |
| 18463 LAKE CHABOT RD | CASTRO VALLEY | ALAMEDA |
| 18389 JILL WAY | CASTRO VALLEY | ALAMEDA |
| 17442 VIA MELINA | SAN LORENZO | ALAMEDA |
| 11652 ROLLING HILLS PL | DUBLIN | ALAMEDA |
| 15050 MILFORD ST | SAN LEANDRO | ALAMEDA |
| 21325 RIZZO AVE | CASTRO VALLEY | ALAMEDA |
| 2251 FARLEY ST | CASTRO VALLEY | ALAMEDA |
| 17236 PRESIDENT DR | CASTRO VALLEY | ALAMEDA |
| 16095 BERTERO AVE | SAN LORENZO | ALAMEDA |
| 16500 PAGE ST | SAN LEANDRO | ALAMEDA |
| 1120 CAMELLIA CT | SAN LEANDRO | ALAMEDA |
| 615 OAKES BLVD | SAN LEANDRO | ALAMEDA |
| 371 JOAQUIN AVE | SAN LEANDRO | ALAMEDA |
| 33282 LAKE PYRAMID ST | FREMONT | ALAMEDA |
| 20980 FRANCIS ST | CASTRO VALLEY | ALAMEDA |
| 193 BRISTOL BLVD | SAN LEANDRO | ALAMEDA |
| 43638 SKYE RD | FREMONT | ALAMEDA |

| | | |
|---|---|---|
| 1574 FIR AVE | SAN LEANDRO | ALAMEDA |
| 888 VIA BREGANI | SAN LORENZO | ALAMEDA |
| 4890 HORNER ST | UNION CITY | ALAMEDA |
| 4020 CAROL AVE | FREMONT | ALAMEDA |
| 3732 LINCOLN CT | FREMONT | ALAMEDA |
| 22806 MYRTLE ST | HAYWARD | ALAMEDA |
| 42824 PALM AVE | FREMONT | ALAMEDA |
| 4205 SATURN WAY | UNION CITY | ALAMEDA |
| 4253 APOLLO CIR | UNION CITY | ALAMEDA |
| 24098 MYRTLE ST | HAYWARD | ALAMEDA |
| 32525 ENDEAVOUR WAY | UNION CITY | ALAMEDA |
| 4244 APOLLO CIR | UNION CITY | ALAMEDA |
| 214 WINTON AVE | HAYWARD | ALAMEDA |
| 24072 MYRTLE ST | HAYWARD | ALAMEDA |
| 22819 KINGS CT | HAYWARD | ALAMEDA |
| 1560 D ST | HAYWARD | ALAMEDA |
| 347 APT A BLOSSOM WAY | HAYWARD | ALAMEDA |
| 1178 GROVE WAY | HAYWARD | ALAMEDA |
| 23730 FAIRLANDS RD | HAYWARD | ALAMEDA |
| 23020 AVIS LN | HAYWARD | ALAMEDA |
| 43517 GALLEGOS AVE | FREMONT | ALAMEDA |
| 22670 BEECH ST | HAYWARD | ALAMEDA |
| 18865 # A STANDISH AVE | HAYWARD | ALAMEDA |
| 26355 REGAL AVE | HAYWARD | ALAMEDA |
| 26136 REGAL AVE | HAYWARD | ALAMEDA |
| 22841 MISSION BLVD | HAYWARD | ALAMEDA |
| 24147 ZORRO CT | HAYWARD | ALAMEDA |
| 24086 MISSION BLVD | HAYWARD | ALAMEDA |
| 22841 HIGH ST | HAYWARD | ALAMEDA |
| 20907 # A LOCUST ST | HAYWARD | ALAMEDA |
| 20917 APT C LOCUST ST | HAYWARD | ALAMEDA |
| 17445 LANGTON WAY | HAYWARD | ALAMEDA |
| 662 PARADISE BLVD | HAYWARD | ALAMEDA |
| 927 SUNSET BLVD | HAYWARD | ALAMEDA |
| 40 # LFT DORCHESTER AVE | SAN LEANDRO | ALAMEDA |
| 187 PERALTA AVE | SAN LEANDRO | ALAMEDA |
| 364 LILLE AVE | SAN LEANDRO | ALAMEDA |
| 20882 ROYAL AVE | HAYWARD | ALAMEDA |
| 342 MELVEN CT | SAN LEANDRO | ALAMEDA |
| 347 KENILWORTH AVE | SAN LEANDRO | ALAMEDA |
| 947 MIDWAY AVE | SAN LEANDRO | ALAMEDA |
| 27750 ORLANDO AVE | HAYWARD | ALAMEDA |
| 27865 MANDARIN AVE | HAYWARD | ALAMEDA |
| 43991 BERETTA DR | FREMONT | ALAMEDA |
| 29397 DIXON ST | HAYWARD | ALAMEDA |

| | | |
|---|---|---|
| 44303 PAIUTE CT | FREMONT | ALAMEDA |
| 742 ARIKARA CT | FREMONT | ALAMEDA |
| 373 MONACO AVE | UNION CITY | ALAMEDA |
| 33288 CENTRAL AVE | UNION CITY | ALAMEDA |
| 4657 BARCELONA WAY | UNION CITY | ALAMEDA |
| 4633 GRANADA WAY | UNION CITY | ALAMEDA |
| 4507 VENTURA WAY | UNION CITY | ALAMEDA |
| 4409 BEL ESTOS WAY | UNION CITY | ALAMEDA |
| 22645 HAPPYLAND AVE | HAYWARD | ALAMEDA |
| 4658 BARCELONA WAY | UNION CITY | ALAMEDA |
| 4716 PALOS WAY | UNION CITY | ALAMEDA |
| 2859 CHAMIER PL | FREMONT | ALAMEDA |
| 35116 KING CT | FREMONT | ALAMEDA |
| 35100 KING CT | FREMONT | ALAMEDA |
| 880 SUEIRRO ST | HAYWARD | ALAMEDA |
| 597 MEEK AVE | HAYWARD | ALAMEDA |
| 4141 DEEP CREEK RD | FREMONT | ALAMEDA |
| 166 # 166 KONA CIR | UNION CITY | ALAMEDA |
| 187 # 232 HAWAII CIR | UNION CITY | ALAMEDA |
| 33674 PEREIRA CT | FREMONT | ALAMEDA |
| 14 PALM DR | UNION CITY | ALAMEDA |
| 945 HIGHLAND BLVD | HAYWARD | ALAMEDA |
| 189 HAWAII CIR | UNION CITY | ALAMEDA |
| 2275 GROUSE WAY | UNION CITY | ALAMEDA |
| 2213 OSPREY DR | UNION CITY | ALAMEDA |
| 32993 LAKE BLUESTONE ST | FREMONT | ALAMEDA |
| 32969 LAKE WAWASEE ST | FREMONT | ALAMEDA |
| 4110 OROVILLE CT | FREMONT | ALAMEDA |
| 33779 HERITAGE WAY | UNION CITY | ALAMEDA |
| 32978 LAKE MICHIGAN ST | FREMONT | ALAMEDA |
| 2260 PARTRIDGE WAY | UNION CITY | ALAMEDA |
| 3241 SANTA MONICA WAY | UNION CITY | ALAMEDA |
| 3266 SANTA MONICA WAY | UNION CITY | ALAMEDA |
| 35818 LINDA DR | FREMONT | ALAMEDA |
| 3165 SAN ANDREAS DR | UNION CITY | ALAMEDA |
| 32628 ENDEAVOUR WAY | UNION CITY | ALAMEDA |
| 32226 MINTURN CT | UNION CITY | ALAMEDA |
| 32106 TREFRY CT | UNION CITY | ALAMEDA |
| 4265 WARBLER LOOP | FREMONT | ALAMEDA |
| 4102 PLUTO WAY | UNION CITY | ALAMEDA |
| 33755 9TH ST | UNION CITY | ALAMEDA |
| 4210 COMET CIR | UNION CITY | ALAMEDA |
| 34511 TORREY PINE LN | UNION CITY | ALAMEDA |
| 134 BELLFLOWER LN | UNION CITY | ALAMEDA |
| 4102 POLARIS AVE | UNION CITY | ALAMEDA |

| | | |
|---|---|---|
| 34506 MILBURN TER | FREMONT | ALAMEDA |
| 601 APPIAN WAY | UNION CITY | ALAMEDA |
| 378 MONACO AVE | UNION CITY | ALAMEDA |
| 3476 SKYLINE DR | HAYWARD | ALAMEDA |
| 4466 MADRID CT | UNION CITY | ALAMEDA |
| 391 MEEK AVE | HAYWARD | ALAMEDA |
| 1807 E ST | HAYWARD | ALAMEDA |

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (69000)