# EXHIBIT A-4



**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702

CONTRA COSTA Co Recorder Office
JOSEPH CANCIAMILLA, Clerk—Recorder
**DOC— 2019-0011534-00**



Check Number vc 2506 ar
Monday, JAN 28, 2019 12:08:48
CER   $6.50 LIE   $7.00 MOD   $4.00
REC   $14.00 FTC   $3.00 DAF   $2.70
REF   $0.30 RED   $1.00 ERD   $1.00
SB2   $75.00
Ttl Pd   $114.50    Nbr-0003392308

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

**LIEN NOTICE MAILED**

 The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibits A and B hereto; and upon every estate or interest of owner or any party associated therewith.

 The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Contra Costa, State of California, said land described as follows: Please see Exhibit 'A' for jobsite location information, Antioch, CA. See also Exhibit 'B' which is attached hereto and incorporated herein.

 The sum of $165,741.97 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, and related work.

 Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

 The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

---

### VERIFICATION

 I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

 Executed on January 28, 2019, at Santa Rosa, California.

 Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____

David Fink / Authorized Agent

Construction Notice Services, Inc. (68909)

## PROOF OF SERVICE AFFIDAVIT
### California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on Please see Exhibit 'A' for, Jobsite location information, Antioch, CA, by first class certified mail, postage prepaid, on January 28, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 28, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Construction Notice Services, Inc. (68909)

Exhibit 'A'

Replace ALDYL – A Gas Main Somersville Rd. & Creekside Dr. Antioch, CA (Creekside Road): Beginning at the intersection of Creekside Drive and Somersvlle Road and encompassing all access roads of Vista Diablo Mobile Estates in Antioch, CA, totalling 5,448 feet of pipe. And an additional 1307 feet of pipe on Somersville Road beginning at the intersection of Buchanan Road and Somersville Road heading west.

Construction Notice Services, Inc. (68909)

Exhibit 'B'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by a governmental unit or other entity which may not be subjected to a mechanic's lien under California law.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68909)



**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702

CONTRA COSTA Co Recorder Office
JOSEPH CANCIAMILLA, Clerk-Recorder
DOC - 2019-0012320-00
Check Number vc 2606 ar
Tuesday, JAN 29, 2019 14:36:55
LIE  $7.00 | MOD   $3.00 | REC  $13.00
FTC  $2.00 | DAF   $2.70 | REF   $0.30
RED  $1.00 | ERD   $1.00 | SB2  $75.00
Til Pd  $105.00      Nbr-0003393372
AAR / R8 / 1-3

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

**LIEN NOTICE MAILED**

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Contra Costa, State of California, said land described as follows: in the area/vicinity of 2200 Pine Ave, San Pablo CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $20761.19 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

### VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____
David Fink / Authorized Agent

Construction Notice Services, Inc. (68924)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 2200 Pine Ave, San Pablo CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68924)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68924)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



CONTRA COSTA Co Recorder Office
JOSEPH CANCIAMILLA, Clerk—Recorder
DOC — 2019-0012321-00
Check Number vc 2506 ar
Tuesday, JAN 29, 2019 14:35:55
LIE $7.00 | MOD $3.00 | REC $13.00
FTC $2.00 | DAF $2.70 | REF $0.30
RED $1.00 | ERD $1.00 | SB2 $76.00
Ttl Pd $105.00    Nbr-0003393373 AAR / R8 / 1-3

SPACE ABOVE THIS LINE FOR RECORDERS USE

### MECHANICS LIEN   LIEN NOTICE MAILED

    The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

    The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Contra Costa, State of California, said land described as follows: in the area/vicinity of 7779 Claremont, Richmond CA. See also Exhibit A which is attached hereto and incorporated herein.

    The sum of $16538.04 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

    Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

    The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

---

#### VERIFICATION

    I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

    Executed on January 29, 2019, at Santa Rosa, California.

    Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____
David Fink / Authorized Agent

Construction Notice Services, Inc. (68935)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 7779 Claremont, Richmond CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Construction Notice Services, Inc. (68935)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68935)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



CONTRA COSTA Co Recorder Office
JOSEPH CANCIAMILLA, Clerk–Recorder
**DOC–  2019–0012322–00**
Check Number vc 2506 ar
Tuesday, JAN 29, 2019 14:35:55
LIE  $7.00 MOD   $3.00 REC  $13.00
FTC  $2.00 DAF   $2.70 REF  $0.30
RED  $1.00 ERD   $1.00 SB2 $75.00
Ttl Pd  $105.00   Nbr–0003393374
AAR / R8 / 1–3

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

**LIEN NOTICE MAILED**

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Contra Costa, State of California, said land described as follows: in the area/vicinity of 662 Sonoma St, Richmond CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $14434.01 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

---

### VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____

David Fink / Authorized Agent

---

Construction Notice Services, Inc. (68951)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 662 Sonoma St, Richmond CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68951)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68951)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702

CONTRA COSTA Co Recorder Office
JOSEPH CANCIAMILLA, Clerk – Recorder
**DOC – 2019-0012323-00**
Check Number vc 2506 ar
Tuesday, JAN 29, 2019 14:35:55
LIE   $7.00 | MOD   $3.00 | REC   $13.00
FTC   $2.00 | DAF   $2.70 | REF   $0.30
RED   $1.00 | ERD   $1.00 | SB2   $76.00
Ttl Pd   $105.00     Nbr–0003393375
AAR / R8 / 1-3

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

**LIEN NOTICE MAILED**

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Contra Costa, State of California, said land described as follows: in the area/vicinity of 664 & 670 4Th St, Richmond CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $14210.87 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

### VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____

David Fink / Authorized Agent

Construction Notice Services, Inc. (68953)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 664 & 670 4Th St, Richmond CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68953)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68953)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



CONTRA COSTA Co Recorder Office
JOSEPH CANCIAMILLA, Clerk–Recorder
**DOC– 2019–0012324–00**
Check Number vc 2606 ar
Tuesday, JAN 29, 2019 14:36:55
LIE  $7.00 | MOD  $3.00 | REC  $13.00
FTC  $2.00 | DAF  $2.70 | REF  $0.30
RED  $1.00 | ERD  $1.00 | SB2  $75.00
Ttl Pd  $105.00     Nbr–0003393376
AAR / R8 / 1-3

SPACE ABOVE THIS LINE FOR RECORDERS USE

# MECHANICS LIEN

**LIEN NOTICE MAILED**

    The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

    The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Contra Costa, State of California, said land described as follows: In the area/vicinity of 56 Atherton Ave, Crockett CA. See also Exhibit A which is attached hereto and incorporated herein.

    The sum of $11676.37 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

    Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

    The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

---

**VERIFICATION**

    I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

    Executed on January 29, 2019, at Santa Rosa, California.

    Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____
David Fink / Authorized Agent

---

Construction Notice Services, Inc. (68962)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 56 Atherton Ave, Crockett CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68962)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68962)

*⁵*

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.


**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



CONTRA COSTA Co Recorder Office
JOSEPH CANCIAMILLA, Clerk – Recorder
**DOC –   2019 – 0012325 – 00**
Check Number vc 2506 ar
Tuesday, JAN 29, 2019 14:36:55
LIE  $7.00 | MOD   $3.00 | REC  $13.00
FTC  $2.00 | DAF   $2.70 | REF   $0.30
RED  $1.00 | ERD   $1.00 | SB2  $75.00
Til Pd  $105.00      Nbr – 0003393377
AAR / R8 / 1-3

SPACE ABOVE THIS LINE FOR RECORDERS USE

**LIEN NOTICE MAILED**

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Contra Costa, State of California, said land described as follows: in the area/vicinity of 110 Sea View Dr, El Cerrito CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $10564.29 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp,

By: _____
David Fink / Authorized Agent

---

### VERIFICATION
I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.
Executed on January 29, 2019, at Santa Rosa, California.
Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____
David Fink / Authorized Agent

---

Construction Notice Services, Inc. (68963)

## PROOF OF SERVICE AFFIDAVIT
### California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 110 Sea View Dr, El Cerrito CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68963)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68963)

3

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



CONTRA COSTA Co Recorder Office
JOSEPH CANCIAMILLA, Clerk-Recorder
**DOC— 2019—0012326—00**
Check Number vc 2506 ar
Tuesday, JAN 29, 2019 14:36:56
LIE $7.00|MOD $3.00|REC $13.00
FTC $2.00|DAF $2.70|REF $0.30
RED $1.00|ERD $1.00|SB2 $75.00
Til Pd $105.00 Nbr—0003393378
AAR / R8 / 1-3

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

**LIEN NOTICE MAILED**

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Contra Costa, State of California, said land described as follows: in the area/vicinity of 4719 Cutting Bl, Richmond CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $24936.09 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

---

### VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

David Fink / Authorized Agent

---

Construction Notice Services, Inc. (68964)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 4719 Cutting Bl, Richmond CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68964)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68964)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



CONTRA COSTA Co Recorder Office
JOSEPH CANCIAMILLA, Clerk-Recorder
**DOC- 2019-0012327-00**
Check Number vc 2506 ar
Tuesday, JAN 29, 2019 14:36:55
LIE $7.00 | MOD $3.00 | REC $13.00
FTC $2.00 | DAF $2.70 | REF $0.30
RED $1.00 | ERD $1.00 | SB2 $75.00
Til Pd $105.00 Nbr-0003393379
AAR / R8 / 1-3

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

**LIEN NOTICE MAILED**

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Contra Costa, State of California, said land described as follows: in the area/vicinity of 469 Western Dr, Richmond CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $10500.84 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

---

### VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____
David Fink / Authorized Agent

---

Construction Notice Services, Inc. (68966)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 469 Western Dr, Richmond CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68966)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68966)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702

CONTRA COSTA Co Recorder Office
JOSEPH CANCIAMILLA, Clerk—Recorder
DOC - 2019 - 0012328 - 00
Check Number vc 2506 ar
Tuesday, JAN 29, 2019 14:35:55
LIE $7.00 | MOD $3.00 | REC $13.00
FTC $2.00 | DAF $2.70 | REF $0.30
RED $1.00 | ERD $1.00 | SB2 $75.00
Til Pd $105.00     Nbr-0003393380 AAR / R8 / 1-3

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

**LIEN NOTICE MAILED**

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Contra Costa, State of California, said land described as follows: in the area/vicinity of 2000 Vale Rd, San Pablo CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $12257.73 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

### VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

David Fink / Authorized Agent

Construction Notice Services, Inc. (68967)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 2000 Vale Rd, San Pablo CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed **MECHANICS LIEN** with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68967)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68967)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



CONTRA COSTA Co Recorder Office
JOSEPH CANCIAMILLA, Clerk – Recorder
**DOC – 2019 – 0012329 – 00**
Check Number vc 2506 ar
Tuesday, JAN 29, 2019 14:36:55
LIE $7.00 | MOD $3.00 | REC $13.00
FTC $2.00 | DAF $2.70 | REF $0.30
RED $1.00 | ERD $1.00 | SB2 $76.00
Ttl Pd $105.00 Nbr-0003393381
AAR / R8 / 1-3

SPACE ABOVE THIS LINE FOR RECORDERS USE

**LIEN NOTICE MAILED**

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Contra Costa, State of California, said land described as follows: in the area/vicinity of 16Th & Bissell., Richmond CA. See also Exhibit A which is attached hereto and incorporated herein.

The sum of $5828.68 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

---

### VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____
David Fink / Authorized Agent

---

Construction Notice Services, Inc. (68972)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 16Th & Bissell., Richmond CA, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 29, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

# NOTICE OF MECHANICS LIEN

## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68972)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68972)

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702



CONTRA COSTA Co Recorder Office
JOSEPH CANCIAMILLA, Clerk-Recorder
**DOC- 2019-0014444-00**
Check Number 6902/0050
Friday, FEB 01, 2019 11:37:41
LIE $7.00 | MOD $4.00 | REC $14.00
FTC $3.00 | DAF $2.70 | REF $0.30
RED $1.00 | ERD $1.00 | SB2 $225.00
SB2 $300.00
TU.Pd $558.00 Nbr-0003396044



SPACE ABOVE THIS LINE FOR RECORDERS USE

### MECHANICS LIEN

<span style="color:red">**LIEN NOTICE MAILED**</span>

    The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibits 'A' and 'B' hereto; and upon every estate or interest of owner or any party associated therewith.

    The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Contra Costa, State of California, said land described as follows: Please see Exhibit 'A' for jobsite location information. See also Exhibit 'B' which is attached hereto and incorporated herein.

    The sum of $6,936.30 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, including leak repair and/or valve replacement, and related work.

    Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

    The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
Angela Darling / Authorized Agent

---

VERIFICATION

    I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

    Executed on January 31, 2019, at San Diego, California.

    Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____
Angela Darling / Authorized Agent

---

Construction Notice Services, Inc. (69001)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, Angela Darling, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on Please See Exhibit 'A' for jobsite location information, by first class certified mail, postage prepaid, on January 29, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 31, 2019, at San Diego, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
Angela Darling / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (69001)

Exhibit 'A'

| | | |
|---|---|---|
| 9837 DAVONA DR | SAN RAMON | CONTRA COSTA |
| 2700 WILLOW PASS RD | CONCORD | CONTRA COSTA |
| 704 FOUNTAINHEAD CT | SAN RAMON | CONTRA COSTA |
| 218  SOUTH 18TH STREET | RICHMOND | CONTRA COSTA |
| 4025 W LAKESHORE DR | SAN RAMON | CONTRA COSTA |
| 635 24TH ST | RICHMOND | CONTRA COSTA |
| 5709 SIERRA AVE | RICHMOND | CONTRA COSTA |

Exhibit 'B'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (69001)



2019-0002465

Recorded Official Records County of Marin SHELLY SCOTT Assessor-Recorder County Clerk

09:25AM 28-Jan-2019

| REC FEE | 23.00 |
|---|---|
| SB2 HOUSING | 75.00 |
| DA FRAUD FEE | 10.00 |

Page 1 of 4

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure Services Corp.

**When Recorded Mail To:**

Miller Pipeline/Vectren Infrastructure Services Corp.

PO Box 209

Evansville, IN 47702

SPACE ABOVE THIS LINE FOR RECORDERS USE

# MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibits A and B hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Marin, State of California, said land described as follows: Please see Exhibit 'A' for jobsite location information, Novato, CA. See also Exhibit 'B' which is attached hereto and incorporated herein.

The sum of $687,581.71 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

By: ______________________

David Fink / Authorized Agent

VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 28, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

______________________

David Fink / Authorized Agent

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on Please see Exhibit 'A' for, jobsite location information, Novato, CA, by first class certified mail, postage prepaid, on January 28, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 28, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

# NOTICE OF MECHANICS LIEN

## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Construction Notice Services, Inc. (68910)

Exhibit 'A'

Aldyl-A Pipeline Replacement (Oliva Dr.): Beginning at the Intersection of Novato Boulevard & Oliva Drive continuing the entire length of Oliva Drive and including Oliva Court and all access roads; totaling 6194 feet.

Construction Notice Services, Inc. (68910)

Exhibit 'B'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by a governmental unit or other entity which may not be subjected to a mechanic's lien under California law.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68910)





**2019-0002468**

| | REC FEE | 23.00 |
| Recorded Official Records County of Marin SHELLY SCOTT Assessor-Recorder County Clerk | SB2 HOUSING | 75.00 |
| | DA FRAUD FEE | 10.00 |
| 09:30AM 28-Jan-2019 | Page 1 of 4 | |

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibits A and B hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Marin, State of California, said land described as follows: Please see Exhibit 'A' for jobsite location information, Mill Valley, CA. See also Exhibit 'B' which is attached hereto and incorporated herein.

The sum of $239,261.04 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

---

### VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 28, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____
David Fink / Authorized Agent

Construction Notice Services, Inc. (68896)

## PROOF OF SERVICE AFFIDAVIT
## DECLARATION OF SERVICE BY MAIL
California Civil Code Section 8416 (a)(7) & (c)(1)

I, David Fink, as Lien Preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on Please see Exhibit 'A' for, jobsite location information, Mill Valley, CA by first class certified mail, postage prepaid, on January 25, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on January 25, 2019, at San Diego, California.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

David Fink / Authorized Agent
(68896)

## NOTICE OF MECHANICS LIEN
## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. The legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.

The party identified in the mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

Exhibit 'A'

Reliability Main Replacement Project (Vernal Ave.): 685 ft along S. Vernal Ave. beginning at the intersection of Greenhill Rd. & S. Vernal Ave., continuing West along Vernal Ave for an additional 267 ft, And 385 ft along N. Vernal Ave Beginning at the intersection of N. Vernal Ave & S.Vernal Ave., Mill Valley, CA

Construction Notice Services, Inc. (68896)

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, materials, services, works and other items, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by a governmental unit or other entity which may not be subjected to a mechanic's lien under California law.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanic's lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

**Recording Requested By:**

Miller Pipeline/Vectren Infrastructure
Services Corp.

**When Recorded Mail To:**
Miller Pipeline/Vectren Infrastructure
Services Corp.

PO Box 209

Evansville, IN 47702

Recorded in Official Records of Solano County

**Marc C. Tonnesen**
Assessor/Recorder

MILLER PIPLINE

Doc # **201900004884**

1/28/2019
1:03:20 PM
AR16
63

| Titles: | 1 | Pages: | 4 |
|---|---|---|---|
| Fees | | | $40.00 |
| Taxes | | | $0.00 |
| Other | | | $91.00 |
| Paid | | | $131.00 |

Lien Notice Mailed
Per Govt. Cd. 27297.5

SPACE ABOVE THIS LINE FOR RECORDERS USE

# MECHANICS LIEN

The undersigned claimant, Miller Pipeline/Vectren Infrastructure Services Corp., PO Box 209, Evansville, IN 47702, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibits A and B hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Solano, State of California, said land described as follows: Please see Exhibit 'A' for jobsite location information, Vallejo, CA. See also Exhibit 'B' which is attached hereto and incorporated herein.

The sum of $20,423.84 together with interest thereon at the rate of 10.00 percent per annum from January 25, 2019, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Construction/installation of gas main and service facilities, and related work.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Miller Pipeline/Vectren
Infrastructure Services Corp.

By: _____
David Fink / Authorized Agent

---

VERIFICATION

I, the undersigned, say: I am the authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 28, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

_____
David Fink / Authorized Agent

<u>PROOF OF SERVICE AFFIDAVIT</u>
## California Civil Code Section 8416 (a)(7), (c)(1)

I, David Fink, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on Please see Exhibit 'A' for, jobsite location information, Vallejo, CA, by first class certified mail, postage prepaid, on January 28, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 28, 2019, at Santa Rosa, California.

Firm Name: Miller Pipeline/Vectren Infrastructure Services Corp.

By: _____

David Fink / Authorized Agent

# NOTICE OF MECHANICS LIEN

## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68912)

Exhibit 'A'

G.P.R.P. Morningside Avenue (Morningside): Beginning at the intersection of Amador Street and Morningside Avenue heading east and ending at the intersection of Morningside Avenue and Halliday Street for approximately 800 feet of pipe replacement along Morningside Avenue; beginning at the intersection of Tennessee Street and Halliday Street heading south and ending at the intersection of Halliday Street and Louisiana Street for approximately 600 feet of pipe replacement along Halliday Street; and beginning at the intersection of Halliday Street and Alabama Street heading east along Alabama Street for approximately 350 feet of replacement pipe.

Construction Notice Services, Inc. (68912)

Exhibit 'B'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, including without limitation pipes, structures, mechanisms and other parts associated therewith, provided by claimant (collectively hereinafter referred to as the "Items") to or for the benefit of the owner enabling the transportation and control of natural gas through the owner's distribution system, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by a governmental unit or other entity which may not be subjected to a mechanic's lien under California law.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68912)



This is certified to be an exact
reproduction of the filed record if
certification is imprinted in purple ink,
bearing date of issuance and an original
signature of the Assessor/Recorder or
deputy.
MARC C. TONNESEN
Solano County Assessor/Recorder

By: _____ , Deputy

Issue Date: ___1-28-19___

Copy No: ___806471___