WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Proposed Attorneys for Debtors
and Debtors in Possession*

**FILED**
MAR 27 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (RICHARD W. SLACK)** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Richard W. Slack, an active member in good standing of the bar of United States District Court for the Northern District of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing

Pacific Gas and Electric Company and PG&E Corporation, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Tobias S. Keller (#151445)

KELLER & BENVENUTTI LLP

650 California Street, Suite 1900

San Francisco, CA 94108

(415) 496-6723

tkeller@kellerbenvenutti.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 26, 2019

_____
Richard W. Slack

# UNITED STATES DISTRICT COURT

for the

## Northern District of New York

**CERTIFICATE OF GOOD STANDING**

I, _____ John M. Domurad _____, Clerk of this Court,

certify that _____ RICHARD W. SLACK _____, Bar # _____ 512257 _____,

was duly admitted to practice in this Court on _____ February 4, 2004 _____, and is in good standing as a member

of the Bar of this Court.

Dated at _____ Syracuse, New York _____ on _____ March 22, 2019 _____
                        *(Location)*                                              *(Date)*

_____ John M. Domurad _____              _____ *Tracey Donovan* _____
            *CLERK*                                              *DEPUTY CLERK*

```
UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 30065344 - MT
* * C O P Y * *
March 27, 2019
13:39:21

PRO HAC VICE FEE
19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Amount.:                $310.00 CH
Check#.: 1043


Total-> $310.00


FROM: KELLER & BENVENUTTI LLP
```