DOWNEY BRAND LLP
Jamie P. Dreher (Bar No. 209380)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for
Teichert Pipelines, Inc. and A. Teichert & Sons, Inc.
d/b/a Teichert Aggregates

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Case Nos.: |
|---|---|
| PG&E CORPORATION | 19-30088 (DM) – Lead Case<br>19-30089 (DM) |
| and | Chapter 11 Case |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☐ Affect both Debtors | **NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN PURSUANT TO 11 U.S.C. § 546(B)(2)** |

TEICHERT PIPELINES, Inc. ("TEICHERT"), by and through its undersigned counsel, hereby gives notice of continued perfection of its mechanics lien under 11 U.S.C. § 546(b)(2), as follows:

1. TEICHERT is a corporation that has provided and delivered labor, services, equipment, and/or materials for a work of improvement on real property located in the City of Elk Grove, County of Sacramento, State of California (the "Property") and owned by

PG&E Corporation and/or Pacific Gas and Electric Company (collectively, the "Debtors").

2. Through March 25, 2019, the amount owing to TEICHERT is at least $255,210.78, exclusive of accruing interest and other charges, with additional amounts owed and accrued after March 25, 2019.

3. Teichert properly perfected its mechanics lien under California Civil Code §§ 8400, *et seq.* by timely recording its Mechanics Lien (Claim of Lien) in the Official Records of Sacramento County, State of California, as more fully described in its Mechanics Lien, a true copy of which is attached hereto as Exhibit A, on or about March 26, 2019.

4. Pursuant to California Civil Code § 8460, an action to enforce a lien must be commenced within 90 days after recordation of the claim of lien. However, due to the automatic stay set forth in 11 U.S.C. § 362, TEICHERT is precluded from filing a state court action to enforce its mechanics lien. 11 U.S.C. § 546(b)(2) provides that when applicable law requires seizure of property or commencement of an action to perfect, maintain, or continue the perfection of an interest in property, and the property has not been seized or an action has not been commenced before the bankruptcy petition date, then the claimant shall instead give notice within the time fixed by law for seizing the property or commencing an action. (See 11 U.S.C. § 546(b)(2); see also In re Baldwin Builders (Village Nurseries v. Gould), 232 B.R. 406, 410-411 (9th Cir. 1999); Village Nurseries v. Greenbaum, 101 Cal.App.4th 26, 41 (Cal. Ct. App. 2002).)

5. Accordingly, TEICHERT hereby provides notice of its rights as a perfected lienholder in the Property pursuant to California's mechanics lien law. TEICHERT is filing and serving this notice to preserve, perfect, maintain, and continue the perfection of its lien and its rights in the Property to comply with the requirements of California state law, 11 U.S.C. §§ 362(a), 362(b)(3), and 546(b)(2), and any other applicable law. This notice constitutes the legal equivalent of having commenced an action to foreclose the lien in the proper court. By this notice, the Debtors and other parties in interest are estopped from claiming that the lawsuit to enforce TEICHERT's mechanics lien was not timely commenced pursuant to applicable state law. TEICHERT intends to enforce its lien rights to the fullest

1550822.1

2

extent permitted by applicable law. The interests perfected, maintained, or continued by 11 U.S.C. § 546(b)(2) extend in and to the proceeds, products, offspring, rents, or profits of the Property.

6. The filing of this notice shall not be construed as an admission that such filing is required under the Bankruptcy Code, the California mechanics lien law, or any other applicable law. In addition, TEICHERT does not make any admission of fact or law, and TEICHERT asserts that its lien is senior to and effective against entities that may have acquired rights or interests in the Property previously.

7. The filing of this notice shall not be deemed to be a waiver of TEICHERT's right to seek relief from the automatic stay to foreclose its mechanics lien and/or a waiver of any other rights or defenses.

8. TEICHERT reserves all rights, including the right to amend or supplement this notice.

DATED: March 27, 2019

DOWNEY BRAND LLP

By: /s/ Jamie P. Dreher
JAMIE P. DREHER
Attorney for
TEICHERT PIPELINES, INC. AND
A. TEICHERT & SONS, INC. D/B/A TEICHERT
AGGREGATES

1550822.1

3



# EXHIBIT A



|  |  |
|---|---|
| RECORDING REQUESTED BY<br>REQUESTED BY SCOTT MCELHERN<br>WHEN RECORDED MAIL TO | ORIGINAL<br>Accepted for Recording<br>COPY – NOT CERTIFIED<br><br>**MAR 26 2019**<br><br>Sacramento County<br>Clerk/Recorder<br>**201903260676** |

NAME        DOWNEY BRAND LLP
MAILING    Scott McElhern
ADDRESS  621 Capitol Mall, 18th Floor
               Sacramento, CA 95814

PHONE     (916) 444-1000
NUMBER

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

## CLAIM OF MECHANICS LIEN
### (Cal. Civ. Code § 8416)

1. Teichert Pipelines, Inc. ("Claimant") claims a mechanics lien for the labor, services, equipment and/or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the City of Elk Grove, County of Sacramento, State of California, and more particularly described as follows:

    Gas service replacements for the properties identified on the attached Exhibit A.

2. After deducting all just credits and offsets, the sum of $255,210.78, plus interest accrued and accruing thereon at the maximum legal rate, is due Claimant for the following generally described labor, materials, services, and/or equipment: construction and installation of gas service lines and deactivation of existing gas service lines.

3. Claimant furnished the work and materials at the request of and under contract with Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

4. The name and address of the owner or reputed owner of the real property and improvements thereon is Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

5. Claimant's address is: 3500 American River Drive, Sacramento, CA 95864.

DATED: 3/25/2019          TEICHERT PIPELINES, INC.

By: _____
     Sean Collins, Credit Manager

1550450.2

## VERIFICATION

I, Sean Collins, am the Credit Manager of Teichert Pipelines, Inc., and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: 3/25/2019

TEICHERT PIPELINES, INC.

By: _____
Sean Collins, Credit Manager

1550450.2

## EXHIBIT A

| | |
|---|---|
| 8901 Park Meadows Drive, Elk Grove, CA 95624 | 9028 Meadowsweet Way, Elk Grove, CA 95624 |
| 8905 Park Meadows Drive, Elk Grove, CA 95624 | 9024 Meadowsweet Way, Elk Grove, CA 95624 |
| 8909 Park Meadows Drive, Elk Grove, CA 95624 | 9020 Meadowsweet Way, Elk Grove, CA 95624 |
| 8913 Park Meadows Drive, Elk Grove, CA 95624 | 9016 Meadowsweet Way, Elk Grove, CA 95624 |
| 8917 Park Meadows Drive, Elk Grove, CA 95624 | 9012 Meadowsweet Way, Elk Grove, CA 95624 |
| 8921 Park Meadows Drive, Elk Grove, CA 95624 | 9008 Meadowsweet Way, Elk Grove, CA 95624 |
| 8929 Park Meadows Drive, Elk Grove, CA 95624 | 9004 Meadowsweet Way, Elk Grove, CA 95624 |
| 8933 Park Meadows Drive, Elk Grove, CA 95624 | 9000 Meadowsweet Way, Elk Grove, CA 95624 |
| 8941 Park Meadows Drive, Elk Grove, CA 95624 | 9005 Meadowsweet Way, Elk Grove, CA 95624 |
| 8949 Park Meadows Drive, Elk Grove, CA 95624 | 9009 Meadowsweet Way, Elk Grove, CA 95624 |
| 8957 Park Meadows Drive, Elk Grove, CA 95624 | 9013 Meadowsweet Way, Elk Grove, CA 95624 |
| 8961 Park Meadows Drive, Elk Grove, CA 95624 | 9017 Meadowsweet Way, Elk Grove, CA 95624 |
| 8965 Park Meadows Drive, Elk Grove, CA 95624 | 9992 Meadowtree Court, Elk Grove, CA 95624 |
| 8969 Park Meadows Drive, Elk Grove, CA 95624 | 9988 Meadowtree Court, Elk Grove, CA 95624 |
| 8973 Park Meadows Drive, Elk Grove, CA 95624 | 9984 Meadowtree Court, Elk Grove, CA 95624 |
| 8977 Park Meadows Drive, Elk Grove, CA 95624 | 9980 Meadowtree Court, Elk Grove, CA 95624 |
| 8981 Park Meadows Drive, Elk Grove, CA 95624 | 9985 Meadowtree Court, Elk Grove, CA 95624 |
| 8985 Park Meadows Drive, Elk Grove, CA 95624 | 9989 Meadowtree Court, Elk Grove, CA 95624 |
| 8989 Park Meadows Drive, Elk Grove, CA 95624 | 9993 Meadowtree Court, Elk Grove, CA 95624 |
| 9001 Park Meadows Drive, Elk Grove, CA 95624 | 9037 Meadowtree Court, Elk Grove, CA 95624 |
| 9005 Park Meadows Drive, Elk Grove, CA 95624 | 9041 Meadowtree Court, Elk Grove, CA 95624 |
| 9009 Park Meadows Drive, Elk Grove, CA 95624 | 9045 Meadowtree Court, Elk Grove, CA 95624 |
| 9013 Park Meadows Drive, Elk Grove, CA 95624 | 9049 Meadowtree Court, Elk Grove, CA 95624 |
| 9017 Park Meadows Drive, Elk Grove, CA 95624 | 9053 Meadowsweet Way, Elk Grove, CA 95624 |
| 9021 Park Meadows Drive, Elk Grove, CA 95624 | 9069 Meadowsweet Way, Elk Grove, CA 95624 |
| 9025 Park Meadows Drive, Elk Grove, CA 95624 | 9073 Meadowsweet Way, Elk Grove, CA 95624 |
| 9029 Park Meadows Drive, Elk Grove, CA 95624 | 9077 Meadowsweet Way, Elk Grove, CA 95624 |
| 9033 Park Meadows Drive, Elk Grove, CA 95624 | 9081 Meadowsweet Way, Elk Grove, CA 95624 |
| 9037 Park Meadows Drive, Elk Grove, CA 95624 | 9961 Meadowcrest Court, Elk Grove, CA 95624 |
| 9041 Park Meadows Drive, Elk Grove, CA 95624 | 9965 Meadowcrest Court, Elk Grove, CA 95624 |
| 9045 Park Meadows Drive, Elk Grove, CA 95624 | 9969 Meadowcrest Court, Elk Grove, CA 95624 |
| 9049 Park Meadows Drive, Elk Grove, CA 95624 | 9972 Meadowcrest Court, Elk Grove, CA 95624 |
| 9053 Park Meadows Drive, Elk Grove, CA 95624 | 9968 Meadowcrest Court, Elk Grove, CA 95624 |
| 9057 Park Meadows Drive, Elk Grove, CA 95624 | 9964 Meadowcrest Court, Elk Grove, CA 95624 |
| 9061 Park Meadows Drive, Elk Grove, CA 95624 | 9960 Meadowcrest Court, Elk Grove, CA 95624 |
| 9984 Meadow Oak Circle, Elk Grove, CA 95624 | 9004 Park Meadows Drive, Elk Grove, CA 95624 |
| 9980 Meadow Oak Circle, Elk Grove, CA 95624 | 9000 Meadowcrest Court, Elk Grove, CA 95624 |
| 9984 Meadow Oak Circle, Elk Grove, CA 95624 | 8992 Park Meadows Drive, Elk Grove, CA 95624 |
| 9972 Meadow Oak Circle, Elk Grove, CA 95624 | 8988 Meadowcrest Court, Elk Grove, CA 95624 |
| 9968 Meadow Oak Circle, Elk Grove, CA 95624 | 9961 Park Grove Court, Elk Grove, CA 95624 |
| 9964 Meadow Oak Circle, Elk Grove, CA 95624 | 9965 Park Grove Court, Elk Grove, CA 95624 |
| 9960 Meadow Oak Circle, Elk Grove, CA 95624 | 9969 Park Grove Court, Elk Grove, CA 95624 |
| 9956 Meadow Oak Circle, Elk Grove, CA 95624 | 9972 Park Grove Court, Elk Grove, CA 95624 |
| 9952 Meadow Oak Circle, Elk Grove, CA 95624 | 9968 Park Grove Court, Elk Grove, CA 95624 |
| 9948 Meadow Oak Circle, Elk Grove, CA 95624 | 9964 Park Grove Court, Elk Grove, CA 95624 |
| 9944 Meadow Oak Circle, Elk Grove, CA 95624 | 9960 Park Grove Court, Elk Grove, CA 95624 |
| 9940 Meadow Oak Circle, Elk Grove, CA 95624 | 9961 Park Grove Court, Elk Grove, CA 95624 |
| 9936 Meadow Oak Circle, Elk Grove, CA 95624 | 9965 Parklake Way, Elk Grove, CA 95624 |
| 9932 Meadow Oak Circle, Elk Grove, CA 95624 | 9969 Parklake Way, Elk Grove, CA 95624 |
| 9928 Meadow Oak Circle, Elk Grove, CA 95624 | 9973 Parklake Way, Elk Grove, CA 95624 |
| 9924 Meadow Oak Circle, Elk Grove, CA 95624 | 9969 Parklake Way, Elk Grove, CA 95624 |
| 9920 Meadow Oak Circle, Elk Grove, CA 95624 | 10000 Parklake Way, Elk Grove, CA 95624 |
| 9925 Meadow Oak Circle, Elk Grove, CA 95624 | 9980 Parklake Way, Elk Grove, CA 95624 |

1550450.2

| | |
|---|---|
| 9929 Meadow Oak Circle, Elk Grove, CA 95624 | 9976 Parklake Way, Elk Grove, CA 95624 |
| 9933 Meadow Oak Circle, Elk Grove, CA 95624 | 9972 Parklake Way, Elk Grove, CA 95624 |
| 9937 Meadow Oak Circle, Elk Grove, CA 95624 | 9968 Parklake Way, Elk Grove, CA 95624 |
| 9969 Meadow Oak Circle, Elk Grove, CA 95624 | 9964 Parklake Way, Elk Grove, CA 95624 |
| 9973 Meadow Oak Circle, Elk Grove, CA 95624 | 9960 Parklake Way, Elk Grove, CA 95624 |
| 9977 Meadow Oak Circle, Elk Grove, CA 95624 | 8940 Park Meadows Drive, Elk Grove, CA 95624 |
| 9981 Meadow Oak Circle, Elk Grove, CA 95624 | 9981 Park Glen Court, Elk Grove, CA 95624 |
| 9985 Meadow Oak Circle, Elk Grove, CA 95624 | 9985 Park Glen Court, Elk Grove, CA 95624 |
| 9921 Meadow Oak Circle, Elk Grove, CA 95624 | 9989 Park Glen Court, Elk Grove, CA 95624 |
| 9080 Meadowsweet Way, Elk Grove, CA 95624 | 9993 Park Glen Court, Elk Grove, CA 95624 |
| 9076 Meadowsweet Way, Elk Grove, CA 95624 | 9992 Park Glen Court, Elk Grove, CA 95624 |
| 9072 Meadowsweet Way, Elk Grove, CA 95624 | 9988 Park Glen Court, Elk Grove, CA 95624 |
| 9068 Meadowsweet Way, Elk Grove, CA 95624 | 9980 Park Glen Court, Elk Grove, CA 95624 |
| 9064 Meadowsweet Way, Elk Grove, CA 95624 | 9981 Parkhurst Court, Elk Grove, CA 95624 |
| 9060 Meadowsweet Way, Elk Grove, CA 95624 | 9985 Parkhurst Court, Elk Grove, CA 95624 |
| 9056 Meadowsweet Way, Elk Grove, CA 95624 | 9989 Parkhurst Court, Elk Grove, CA 95624 |
| 9052 Meadowsweet Way, Elk Grove, CA 95624 | 9988 Parkhurst Court, Elk Grove, CA 95624 |
| 9048 Meadowsweet Way, Elk Grove, CA 95624 | 9984 Parkhurst Court, Elk Grove, CA 95624 |
| 9044 Meadowsweet Way, Elk Grove, CA 95624 | 9980 Parkhurst Court, Elk Grove, CA 95624 |
| 9040 Meadowsweet Way, Elk Grove, CA 95624 | 9981 Park Terrace Court, Elk Grove, CA 95624 |
| 9036 Meadowsweet Way, Elk Grove, CA 95624 | 9985 Park Terrace Court, Elk Grove, CA 95624 |
| 9032 Meadowsweet Way, Elk Grove, CA 95624 | 9989 Park Terrace Court, Elk Grove, CA 95624 |
| | 9988 Park Terrace Court, Elk Grove, CA 95624 |
| | 9984 Park Terrace Court, Elk Grove, CA 95624 |
| | 9980 Park Terrace Court, Elk Grove, CA 95624 |

## NOTICE OF MECHANICS LIEN CLAIM

## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.clb.ca.gov.

1550450.2
Case: 19-30088    Doc# 1084    Filed: 03/27/19    Entered: 03/27/19 15:14:44    Page 9 of 10

## PROOF OF SERVICE AFFIDAVIT

I, Mary Dowd declare:

On March 26, 2019, at Sacramento, California, I served the enclosed:

## CLAIM OF MECHANIC'S LIEN

by enclosing true and correct copies thereof in sealed envelopes, with postage thereon fully prepaid, using one of the following described mailing methods:

- ☐ Registered Mail, Return Receipt Requested;
- ☒ Certified Mail, Return Receipt Requested;
- ☐ Express Mail; or
- ☐ Overnight delivery by an express service carrier.

The envelope was addressed as follows:

Pacific Gas & Electric Company
77 Beale Street
32nd Floor
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed on March 26, 2019, at Sacramento, California.

_____
Mary Dowd

1510300.1