Jennifer V. Doran on behalf of Creditor Telvent USA, LLC
jdoran@hinckleyallen.com

Jamie P. Dreher on behalf of Creditor Teichert Pipelines, Inc. and A. Teichert & Sons, Inc. d/b/a Teichert Aggregates
jdreher@downeybrand.com

Cecily A. Dumas on behalf of Creditor Committee Official Committee of Tort Claimants
cdumas@bakerlaw.com

Dennis F. Dunne on behalf of Creditor Committee Official Committee Of Unsecured Creditors
ddunne@milbank.com, jbrewster@milbank.com

Dennis F. Dunne on behalf of Interested Party Official Committee Of Unsecured Creditors
cprice@milbank.com, jbrewster@milbank.com

Huonganh Annie Duong on behalf of Creditor A.J. Excavation Inc.
annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com

Huonganh Annie Duong on behalf of Creditor Philip Verwey
annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com

Kevin M. Eckhardt on behalf of Interested Party DTE Stockton, LLC
keckhardt@hunton.com, candonian@huntonak.com

Kevin M. Eckhardt on behalf of Interested Party Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P.
keckhardt@hunton.com, candonian@huntonak.com

Kevin M. Eckhardt on behalf of Interested Party Potrero Hills Energy Producers, LLC
keckhardt@hunton.com, candonian@huntonak.com

Kevin M. Eckhardt on behalf of Interested Party Sunshine Gas Producers, LLC
keckhardt@hunton.com, candonian@huntonak.com

Kevin M. Eckhardt on behalf of Interested Party Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd.
keckhardt@hunton.com, candonian@huntonak.com

Joseph A. Eisenberg on behalf of Creditor The Act 1 Group, Inc.
JAE1900@yahoo.com

Sally J. Elkington on behalf of Creditor W. Bradley Electric, Inc.
sally@elkshep.com, ecf@elkshep.com

David Emerzian on behalf of Creditor A.J. Excavation Inc.
david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com

G. Larry Engel on behalf of Creditor Sonoma Clean Power Authority
larry@engeladvice.com

G. Larry Engel on behalf of Creditor Sonoma Clean Power Authority
larry@engeladvice.com

Krista M. Enns on behalf of Creditor ACRT, Inc.
kenns@beneschlaw.com

Krista M. Enns on behalf of Creditor Infosys Limited
kenns@beneschlaw.com

Michael P. Esser on behalf of Interested Party Calpine Corporation
michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.

Richard W. Esterkin on behalf of Interested Party AV Solar Ranch 1, LLC
richard.esterkin@morganlewis.com

Richard W. Esterkin on behalf of Interested Party Exelon Corporation
richard.esterkin@morganlewis.com

Joseph Kyle Feist on behalf of Creditor Paradise Moose Lodge
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Andries Bijstra
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Angela Coker
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Annaleisa Batts
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Barbara Cruise
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Benjamin Hernandez
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Brenda Howell
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Bryan Sullivan
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Candice Seals
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Catherine McClure

jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Cecil Morris
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Celil Morris
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Chris Franklin
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Christopher Franklin
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Claudia Bijstra
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Constantina Howard
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Deirdre Coderre
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Denise Stooksberry
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Eddie Delongfield
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Edward Delongfield
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Gretchen Franklin
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Irma Enriquez
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Isaiah Vera
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Jennifer Makin
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Joel Batts
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor John Stooksberry
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Kelly Jones
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Leroy Howard
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Linda Schooling
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Lynda Howell
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Marie Dierssen
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Michael Vairo
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Michael Williams
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Nancy Seals
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Paul Bowen
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Roger Martinez
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Sally Thorp
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Sara Hill
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Tami Coleman
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Tonia Hanson
jfeistesq@gmail.com, info@norcallawgroup.net

Matthew A. Feldman on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
mfeldman@willkie.com

James J. Ficenec on behalf of Creditor Exponent, Inc.
James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com

John D. Fiero on behalf of Creditor TRC Companies, Inc.
jfiero@pszjlaw.com, ocarpio@pszjlaw.com

Kimberly S. Fineman on behalf of Interested Party Public Entities Impacted by the Wildfires
kfineman@nutihart.com, nwhite@nutihart.com

Stephen D. Finestone on behalf of Creditor Aggreko
sfinestone@fhlawllp.com

Stephen D. Finestone on behalf of Creditor MCE Corporation
sfinestone@fhlawllp.com

Stephen D. Finestone on behalf of Creditor Nor-Cal Pipeline Services
sfinestone@fhlawllp.com

Stephen D. Finestone on behalf of Creditor Roebbelen Contracting, Inc.
sfinestone@fhlawllp.com

Stephen D. Finestone on behalf of Interested Party The Okonite Company
sfinestone@fhlawllp.com

Daniel I. Forman on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
dforman@willkie.com

Jonathan Forstot on behalf of Creditor Consolidated Edison Development, Inc.
jonathan.forstot@troutman.com, john.murphy@troutman.com

Jonathan Forstot on behalf of Creditor Consolidated Edison Development, Inc.
john.murphy@troutman.com

Matthew Hampton Foushee on behalf of Interested Party Hummingbird Energy Storage, LLC
hampton.foushee@hoganlovells.com, hfoushee@gmail.com

Matthew Hampton Foushee on behalf of Interested Party esVolta, LP
hampton.foushee@hoganlovells.com, hfoushee@gmail.com

Carolyn Frederick on behalf of Interested Party The Mosaic Company
cfrederick@prklaw.com

Roger F. Friedman on behalf of Creditor ARB, Inc.
rfriedman@rutan.com, csolorzano@rutan.com

Roger F. Friedman on behalf of Creditor Plant Construction Company, L.P.
rfriedman@rutan.com, csolorzano@rutan.com

Xiyi Fu on behalf of Creditor Quanta Energy Services LLC
jackie.fu@lockelord.com, taylor.warren@lockelord.com

Larry W. Gabriel on behalf of Interested Party Itron, Inc.

lgabriel@bg.law, nfields@bg.law

Gregg M. Galardi on behalf of Interested Party Elliott Management Corporation
gregg.galardi@ropesgray.com

Richard L. Gallagher on behalf of Interested Party Elliott Management Corporation
richard.gallagher@ropesgray.com

Evelina Gentry on behalf of Creditor Transwestern Pipeline Company, LLC
evelina.gentry@akerman.com, rob.diwa@akerman.com

Janet D. Gertz on behalf of Creditor PaR Systems, LLC
jgertz@btlaw.com, amattingly@btlaw.com

Barry S. Glaser on behalf of Creditor Sonoma County Treasurer & Tax Collector
bglaser@swesq.com

Gabriel I. Glazer on behalf of Interested Party The Baupost Group, L.L.C.
gglazer@pszjlaw.com

Gabriel I. Glazer on behalf of Interested Party The Baupost Group, L.L.C.
gglazer@pszjlaw.com

Gabrielle Glemann on behalf of Creditor Capital Dynamics, Inc.
gabrielle.glemann@stoel.com, rene.alvin@stoel.com

Gabrielle Glemann on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC
gabrielle.glemann@stoel.com, rene.alvin@stoel.com

Gabrielle Glemann on behalf of Interested Party Capital Dynamics, Inc., et al.
gabrielle.glemann@stoel.com, rene.alvin@stoel.com

Gabrielle Glemann on behalf of Interested Party Enel Green Power North America, Inc.
gabrielle.glemann@stoel.com, rene.alvin@stoel.com

Gabrielle Glemann on behalf of Interested Party Enel Green Power North America, Inc., et al. and Enel X
gabrielle.glemann@stoel.com, rene.alvin@stoel.com

Gabrielle Glemann on behalf of Interested Party FTP Power LLC
gabrielle.glemann@stoel.com, rene.alvin@stoel.com

Gabrielle Glemann on behalf of Interested Party FTP Power LLC, et al.
gabrielle.glemann@stoel.com, rene.alvin@stoel.com

Gabrielle Glemann on behalf of Interested Party Gill Ranch Storage, LLC
gabrielle.glemann@stoel.com, rene.alvin@stoel.com

Eric D. Goldberg on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Amy L. Goldman on behalf of Creditor RE Astoria LLC
goldman@lbbslaw.com

Amy L. Goldman on behalf of Interested Party Kepco California LLC
goldman@lbbslaw.com

Amy L. Goldman on behalf of Interested Party RE Astoria LLC
goldman@lbbslaw.com

Eric S. Goldstein on behalf of Interested Party Gartner, Inc.
egoldstein@goodwin.com

Richard H. Golubow on behalf of Creditor Hoffman Southwest Corp.
rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com

Michael J. Gomez on behalf of Creditor Lyles Utility Construction, LLC
mgomez@frandzel.com, dmoore@frandzel.com

Michael W. Goodin on behalf of Creditor XL Insurance America, Inc., etc.
mgoodin@clausen.com, mgenova@clausen.com

Michael W. Goodin on behalf of Interested Party Catlin Specialty Insurance Company
mgoodin@clausen.com, mgenova@clausen.com

Michael W. Goodin on behalf of Interested Party Chubb Custom Insurance Comapny
mgoodin@clausen.com, mgenova@clausen.com

Michael W. Goodin on behalf of Interested Party General Security Indemnity Company of Arizona
mgoodin@clausen.com, mgenova@clausen.com

Michael W. Goodin on behalf of Interested Party Markel Bermuda Limited
mgoodin@clausen.com, mgenova@clausen.com

Michael W. Goodin on behalf of Interested Party Starr Surplus Lines Insurance Company
mgoodin@clausen.com, mgenova@clausen.com

Michael W. Goodin on behalf of Interested Party XL Insurance America, Inc.
mgoodin@clausen.com, mgenova@clausen.com

Eric R. Goodman on behalf of Creditor Committee Official Committee of Tort Claimants
egoodman@bakerlaw.com

Mark A. Gorton on behalf of Attorney Mark Gorton
mgorton@boutininc.com, cdomingo@boutininc.com

Mark A. Gorton on behalf of Creditor Sonoma Clean Power Authority