| | |
|---|---|
| Robert A. Julian | |
| Cecily A. Dumas | |
| BAKER & HOSTETLER LLP | |
| 1160 Battery Street, Suite 100 | |
| San Francisco, CA 94111 | |
| Telephone: 628.208.6434 | |
| Facsimile: 310.820.8859 | |
| Email: rjulian@bakerlaw.com | |
| Email: cdumas@bakerlaw.com | |

Eric E. Sagerman
Lauren T. Attard
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA 90025
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Proposed Counsel for Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>     -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                                    Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF EX PARTE APPLICATION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO B.L.R. 9013-1(c) FOR ENTRY OF AN ORDER AUTHORIZING OVERSIZE BRIEFING FOR OPPOSITION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a), 363, AND 503(c) FOR ENTRY OF AN ORDER (I) APPROVING SHORT-TERM INCENTIVE PLAN AND (II) GRANTING RELATED RELIEF (ECF NO. 782)** |
BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**PLEASE TAKE NOTICE** that on March 27, 2019, the Official Committee of Tort Claimants (hereafter, the "**TCC**"), representing the largest group of stakeholders in the above-captioned chapter 11 cases of PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**" or "**PG&E**"), filed an Application (the "**Application**") to this Court on an *ex parte* basis, pursuant to Rule 9013-1(c) of the Bankruptcy Local Rules for the Northern District of California, for entry of an order authorizing the TCC to file an oversize brief for its opposition to the Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief (ECF No. 782).

Dated: March 27, 2019

                                                    BAKER & HOSTETLER LLP

                                                   By: */s/ Robert A. Julian*
                                                                Robert A. Julian

                                                 *Proposed Attorneys for The Official*
                                                 *Committee of Tort Claimants*