**Exhibit 3 to Final Order**

**Notice of Substantial Stock Ownership**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>          Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF SUBSTANTIAL STOCK OWNERSHIP** |

  PLEASE TAKE NOTICE that, pursuant to that certain *Final Order Establishing (1) Notification Procedures and Approving Restrictions on Certain Transfers of Stock of the Debtor and (2) a Record Date Regarding the Ownership of Claims Against the Debtors with Respect to Certain Notification and Sell-Down Procedures and Requirements*, dated [_____], 2019, Docket No. [_] (with all exhibits thereto, the "**Final Order**"), [Name of Filer] (the "**Filer**") hereby provides notice that, as of the date hereof, the Filer beneficially owns:

  (i) _____ shares of Common Stock,[1]

  (ii) _____ shares of Preferred Stock, and/or

  (iii) Options to acquire _____ shares of PG&E Stock,

  PLEASE TAKE FURTHER NOTICE that the last four digits of the taxpayer identification number of the Filer is _____ (and that the full taxpayer identification number will be provided if needed).

  PLEASE TAKE FURTHER NOTICE that the following table sets forth the following

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in **Exhibit 1** to the Final Order.

information:

For Common Stock, Preferred Stock and/or Options to acquire PG&E Stock that are owned directly by the Filer, the table sets forth (a) the number of such shares and/or the number of shares underlying Options beneficially owned by such Filer and (b) the date(s) on which such shares, Preferred Stock and/or Options were acquired (categorized by class, as applicable).

In the case of Common Stock, Preferred Stock and/or Options to acquire PG&E Stock that are not owned directly by the Filer but are nonetheless beneficially owned by the Filer or owned by an Acquiring Group of which the Filer is a member, the table sets forth (a) the name(s) of each record or legal owner of such shares of Common Stock, Preferred Stock and/or Options to acquire shares of PG&E Stock that are beneficially owned by the Filer, (b) the number of shares of Common Stock, the number of Preferred Stock and/or the number of shares of PG&E Stock underlying Options beneficially owned by such Filer, and (c) the date(s) on which such Common Stock, Preferred Stock and/or Options were acquired (categorized by class, as applicable). Any shares that are included solely as a result of the Filer being a member of an Acquiring Group are designated with an asterisk (*).

| *Class* | *Name of Owner* | *Shares Owned* | *Shares Underlying Options Owned* | *Date(s) Acquired* |
|---|---|---|---|---|
| Common Stock | | | | |
| Preferred Stock | | | | |

(Attach additional pages if necessary.)

[[IF APPLICABLE:] The Filer is represented by [name of law firm], [address], [phone], (Attn: [name of attorney]).]

Respectfully submitted,

_____
[Name of Filer]

By: _____
Name: _____

Address: _____
_____

Telephone: _____
Facsimile: _____

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Date: _____

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119