# Exhibit 5 to Final Order

## Notice of Final Order

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                        Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF FINAL ORDER REGARDING CLAIMS AND STOCK** |

**ATTENTION: DIRECT AND INDIRECT HOLDERS OF, AND PROSPECTIVE HOLDERS OF, (I) STOCK ISSUED BY PG&E CORPORATION OR PACIFIC GAS & ELECTRIC COMPANY AND (II) CLAIMS AGAINST PG&E CORPORATION OR PACIFIC GAS & ELECTRIC COMPANY:**

PLEASE TAKE NOTICE THAT, on January 29, 2019, PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**," and together with PG&E Corp., the "**Debtors**") each filed a petition for relief under chapter 11 of the United States Bankruptcy Code with the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

PLEASE TAKE FURTHER NOTICE THAT, on March __, 2019, the Bankruptcy Court entered an order (i) establishing stock procedures (the "**Stock Procedures**") with respect to direct and indirect trading and transfers of stock of the Debtors, and (ii) establishing January 29, 2019 as the record date with respect to the ownership of claims against the Debtors for purposes of certain notification and sell-down procedures (such procedures, the "**Claims Procedures**," and together with the Stock Procedures, the "**Procedures**").

The Stock Procedures restrict transactions involving, and require notices of the holdings of and proposed transactions by, any person or group of persons that is or, as a result of a proposed

transaction, would become a Substantial Stockholder in the Debtors. For purposes of the Stock Procedures, a "**Substantial Stockholder**" is any person or, in certain cases, group of persons that beneficially own, directly or indirectly (and/or owns options to acquire) at least 24.6 million shares of common stock issued by PG&E Corp. (representing approximately 4.75% of all issued and outstanding shares of common stock). *Any transfer of the stock of the Debtors in violation of the Stock Procedures will be null and void ab initio and may lead to contempt, compensatory damages, punitive damages, or other sanctions being imposed by the Bankruptcy Court*.

The Claims Procedures provide that any person, group of persons, or entity that has acquired or, as a result of a proposed transaction, would acquire beneficial ownership of a substantial amount of claims against the Debtors after January 29, 2019 (as determined in accordance with the Claims Procedures) can be required to (i) file notice of their holdings of such claims and of such proposed transaction, which transaction may be restricted, and (ii) sell, by a specified date following the confirmation of a chapter 11 plan of the Debtors, all or a portion of any claims acquired after January 29, 2019.

**IMPLEMENTATION OF THE CLAIMS PROCEDURES IS SUBJECT TO A FURTHER ORDER OF THE BANKRUPTCY COURT. IF SUCH ORDER IS ENTERED, AN ACQUISITION OR TRANSFER OF CLAIMS AGAINST THE DEBTORS IN VIOLATION OF THE CLAIMS PROCEDURES, WHETHER OCCURRING PRIOR TO OR AFTER ENTRY OF SUCH ORDER, WILL BE NULL AND VOID AB INITIO AND ANY ACTION IN VIOLATION OF THE CLAIMS PROCEDURES MAY LEAD TO SANCTIONS BEING IMPOSED BY THE BANKRUPTCY COURT.**

*The Procedures are available on the website of Prime Clerk LLC, the Debtors' Court-approved claims agent, located at https://primeclerk.com, and on the docket of the Chapter 11 Cases, Docket No. [_], which can be accessed via PACER at https://www.pacer.gov.*

The requirements set forth in the Procedures are in addition to the requirements of Bankruptcy Rule 3001(e) and applicable securities, corporate, and other laws and do not excuse noncompliance therewith.

**A direct or indirect holder of, or prospective holder of, stock of the Debtors that may be or become a Substantial Stockholder or a direct or indirect holder of, or prospective holder of, a substantial amount of claims against the Debtors should consult the Procedures.**

Dated: San Francisco, California  **BY ORDER OF THE COURT**
[_____], 2019