# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: dchambers | Date Created: 3/28/2019 |
| Case: 19−30088 | Form ID: TRANSC | Total: 28 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Cecily A. Dumas | cdumas@bakerlaw.com |
| aty | Christopher V. Hawkins | hawkins@sullivanhill.com |
| aty | Estela O. Pino | epino@epinolaw.com |
| aty | Jane Kim | jkim@kellerbenvenutti.com |
| aty | Kristopher M. Hansen | dmohamed@stroock.com |
| aty | Lauren T. Attard | lattard@bakerlaw.com |
| aty | Matthew A. Feldman | mfeldman@willkie.com |
| aty | Shounak S. Dharap | ssd@arnslaw.com |
| aty | Thomas R. Kreller | tkreller@milbank.com |
| aty | W. Steven Bryant | |

TOTAL: 10

**Recipients submitted to the Claims Agent (Prime Clerk):**

| | | |
|---|---|---|
| aty | Brian S. Hermann | Law Offices of Brian S. Hermann    1285 Avenue of the Americas    New York, NY 10019−6064 |
| aty | Gregory A. Bray | Milbank LLP    2029 Century Park East, 33rd Fl.    Los Angeles, CA 90067 |
| aty | Harris B. Winsberg | Troutman Sanders LLP    Bank of America Plaza    600 Peachtree St., NE, #3000    Atlanta, GA 30308 |
| aty | Jordana L. Renert | Arent Fox LLP    1301 Avenue of the Americas, 42nd Fl.    New York, NY 10019 |
| aty | Kevin Bostel | Weil, Gotshal & Manges LLP    767 Fifth Avenue    New York, NY 10153 |
| aty | Kevin Kramer | Weil, Gotshal & Manges LLP    767 Fifth Avenue    New York, NY 10153 |
| aty | Paul H. Zumbro | Cravath, Swaine & Moore LLP    85 Eighth Avenue    New York, NY 10019 |
| aty | Richard C. Pedone | Nixon Peabody LLP    Exchange Place    53 State St.    Boston, MA 02109 |
| aty | Sander L. Esserman | Stutzman, Bromberg, Esserman & Plifka    2323 Bryan St. #2200    Dallas, TX 75201−2689 |
| aty | Stephen Karotkin | Weil, Gotshal & Manges LLP    767 Fifth Avenue    New York, NY 10153 |
| | THOMAS D. LELAND, ESQ. | Holland & Knight LLP    1801 California Street    Suite 5000    Denver, CO 80202 |
| | NICHOLAS JP WAGNER, ESQ. | Wagner, Jones, Kopfman & Artenian    1111 East Herndon Avenue    Suite 317    Fresno, CA 93720 |
| | RANDY MICHELSON, ESQ. | Michelson Law Group    220 Montgomery Street    Suite 2100    San Francisco, CA 94104 |
| | RICHARD W. ESTERKIN, ESQ. | Morgan, Lewis & Bockius LLP    300 South Grand Avenue    22nd Floor    Los Angeles, CA 90071 |
| | KEVIN DONALDSON, ESQ. | Nicklaus & Associates, P.A.    4651 Ponce de Leon Boulevard    Suite 200    Coral Gables, FL 33146 |
| | MICHAEL BUSENKELL, ESQ. | Gellert Scali Busenkell & Brown, LLC    1201 North Orange Street Suite 300    Wilmington, DE 19801 |
| | JONATHAN E. DAVIS, ESQ. | The Arns Law Firm    515 Folsom Street    San Francisco, CA 94105 |
| | DAVID R. SINGH, ESQ. | Weil, Gotshal & Manges LLP    201 Redwood Shores Parkway    Redwood Shores, CA 94065 |

TOTAL: 18