**POLSINELLI LLP**
Randye B. Soref (SBN 99146)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:  310.556.1801
Facsimile:  310.556.1802
Email:  rsoref@polsinelli.com

Lindsi M. Weber (*Pro Hac Vice Pending*)
POLSINELLI PC
One East Washington St., Suite 1200
Phoenix, AZ 85004-2568
Telephone:  (602) 650-2064
Email:  lweber@polsinelli.com

*Attorneys for Dignity Health and Its Affiliates*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088 (DM) |
| PG&E CORPORATION | Chapter 11 |
| and | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors. | **APPLICATION FOR ADMISSION OF LINDSI M. WEBER PRO HAC VICE** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects **both Debtors**<br><br>*All papers shall be filed in the Lead Case No. 19-30088 (DM) | |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Lindsi M. Weber, an active member in good standing of the bar of the state of Arizona, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Bakersfield Memorial Hospital, Dignity Community Care, Dignity Community Care dba French Hospital Medical Center, Dignity

1  Community Care dba Methodist Hospital, Dignity Community Care dba Sequoia Hospital, Dignity
2  Community Care dba Woodland Memorial Hospital, Dignity Health, Dignity Health Connected
3  Living, Dignity Health dba Dominican Hospital, Dignity Health dba French Hospital Medical
4  Center, Dignity Health dba Marian Regional Medical Center, Dignity Health dba Marian Regional
5  Medical Center - Arroyo Grande, Dignity Health dba Mercy General Hospital, Dignity Health dba
6  Mercy Hospital (Bakersfield), Dignity Health dba Mercy Hospital and Mercy Southwest Hospital,
7  Dignity Health dba Mercy Hospital of Folsom, Dignity Health dba Mercy Medical Center
8  (Merced), Dignity Health dba Mercy Medical Center Redding, Dignity Health dba Mercy San Juan
9  Medical Center, Dignity Health dba Mercy Southwest Hospital, Dignity Health dba Sequoia
10 Hospital, Dignity Health dba St. Elizabeth Community Hospital, Dignity Health dba St. Mary's
11 Medical Center, Dignity Health Medical Foundation, Dignity Health Medical Foundation dba
12 Dignity Health Medical Group – Dominican, Dignity Health Medical Foundation dba Dignity
13 Health Medical Group – Merced, Dignity Health Medical Foundation dba Dignity Health Medical
14 Group - North State, Dominican Oaks Corporation, Pacific Central Coast Health Centers, Port City
15 Operating Company, LLC, Port City Operating Company, LLC dba St. Joseph's Behavioral Health
16 Center, Port City Operating Company, LLC dba St. Joseph's Medical Center of Stockton, Saint
17 Francis Memorial Hospital, Sierra Nevada Memorial - Miners Hospital ("DIGNITY"), in the
18 above-entitled actions.

In support of this application, I certify on oath that:

I am an active member in good standing of a United States Court (see Certificates of Good Standing attached) or of the highest court of another State or the District of Columbia, as indicated above;

I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above entitled action. The name, address and telephone number of that attorney is:

Randye B. Soref (SBN 99146)
Polsinelli LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:   310.556.1801
Facsimile:   310.556.1802
Email:       rsoref@polsinelli.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 26, 2019

By: _____
Lindsi M. Weber

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT OF THE STATE OF ARIZONA

*I, Janet Johnson, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona*

**LINDSI MICHELLE WEBER**

*was on the 1st day of November, 2007 duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the State Bar of Arizona in good standing.*

*Given under my hand and the seal of said Court this 25th day of February, 2019.*

*JANET JOHNSON, Clerk*

*By [signature]*
*Krystle Dominguez*
*Deputy Clerk II*

# CERTIFICATE OF GOOD STANDING
# ISSUED BY THE DISCIPLINARY CLERK
# FOR AND ON BEHALF OF
# THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **LINDSI MICHELLE WEBER** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on November 1, 2007 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this February 21, 2019.

Amanda McQueen
Disciplinary Clerk