```
 1  Jeffrey H. Lowenthal (State Bar No. 111763)
    Dana M. Andreoli (State Bar No. 262068)
 2  STEYER LOWENTHAL BOODROOKAS
     ALVAREZ & SMITH LLP
 3  One California Street, Third Floor
    San Francisco, California 94111
 4  Telephone:   (415) 421-3400
    Facsimile:   (415) 421-2234
 5  E-mail:      jlowenthal@steyerlaw.com
                 dandreoli@steyerlaw.com
 6
    Attorneys for Creditor
 7  Tanforan Industrial Park, LLC
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088 (DM) |
| PG&E Corporation and Pacific Gas and Electric Company, | Chapter 11 |
| Debtors. | **NOTICE OF CHANGE OF ADDRESS** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that as of April 1, 2019, Jeffrey H. Lowenthal and Dana M. Andreoli of the law offices of Steyer Lowenthal Boodrookas Alvarez & Smith LLP, attorneys for Creditor Tanforan Industrial Park, LLC have changed their mailing address as follows:

Old Address: One California Street, Third Floor

San Francisco, CA 94111

New Address: 235 Pine Street, 15th Floor

San Francisco, CA 94104

For purposes of service of notices and documents in the above-captioned case, please amend your service list accordingly. Telephone, facsimile number and email addresses remain the same.

DATED: March 28, 2019

STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP

By: /s/ Dana M. Andreoli
Jeffrey H. Lowenthal
Dana M. Andreoli
Attorneys for Creditor
Tanforan Industrial Park, LLC

# CERTIFICATE OF SERVICE [eservice]

I hereby certify that on March 28, 2019, I electronically filed the foregoing NOTICE OF CHANGE OF ADDRESS with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record registered for electronic filing.

/s/ Alma Caliz Roque