Paul J. Laurin (CA No. 136287)
BARNES & THORNBURG LLP
2029 Century Park E, Suite 300
Los Angeles, CA 90067
Telephone: (310) 284-3785
E-mail: paul.laurin@btlaw.com

David M. Powlen (DE No. 4978) (*pro hac vice*)
Kevin G. Collins (DE No. 5149) (*pro hac vice*)
BARNES & THORNBURG LLP
1000 N. West St., Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 300-3434
Facsimile: (302) 300-3456
E-mail: david.powlen@btlaw.com
        kevin.collins@btlaw.com

*Attorneys for Miller Pipeline, LLC*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>  -and-<br><br>**PACIFIC GAS & ELECTRIC COMPANY,**<br><br>              Debtors.<br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>■  Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case Nos.    19-30088 (DM)<br><br>                 19-30089 (DM)<br><br>Chapter 11<br>(Jointly Administered)<br><br><br><br>**AFFIDAVIT OF SERVICE REGARDING NOTICE PURSUANT TO 11 U.S.C. § 546(b)(2) RELATED TO PERFECTION, MAINTENANCE AND ENFORCEMENT OF MECHANICS LIEN CLAIMS** |

1

# AFFIDAVIT OF SERVICE

STATE OF DELAWARE ) 
) SS: 
COUNTY OF NEW CASTLE )

KEVIN G. COLLINS, being duly sworn, deposes and says:

I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Barnes & Thornburg, LLC, *Counsel to Miller Pipeline, LLC*, in the above-captioned cases.

I caused copies of the **NOTICE PURSUANT TO U.S.C. § 546(b)(2) RELATED TO PERFECTION, MAINTENANCE AND ENFORCEMENT OF MECHANICS LIEN CLAIMS** [ECF No. 1064] (the "Notice") to be served upon the parties in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**. On March 27, 2019, I electronically filed the Notice with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be or have been served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the rules governing, or orders issued by, the Court.

2. **SERVED BY ELECTRONIC MAIL:** Pursuant to Fed. R. Civ. P 5 and controlling General Orders, LBR and/or other orders of the Court, on March 28, 2019, I caused the Notice to be served on the persons and/or entities listed on **Exhibit A** by email.

3. **SERVED BY MAIL**: Pursuant to Fed. R. Civ. P 5 and controlling General Orders, LBR, and/or other orders of the Court, on March 28, 2019, I caused the Notice to be served the following persons and/or entities by First Class U.S. Mail.

| | |
|---|---|
| PG&E Corporation and Pacific Gas and Electric Company<br>PO Box 770000<br>77 Beale Street<br>San Francisco, CA 94105<br>Attn: Janet Loduca | US Nuclear Regulatory Commission<br>Washington, DC 20555-0001<br>Attn: General Counsel |
| Federal Energy Regulatory Commission<br>888 First St NE<br>Washington, DC 20426 | IBM Corporation<br>Attn: Marie-Jose Dube<br>275 Viger East<br>Montreal, QC H2X 3R7 |

| | |
|---|---|
| IRS<br>Centralized Insolvency Operation<br>2970 Market Street<br>Philadelphia, PA  19101-5016 | John A. Vos<br>1430 Lincoln Avenue<br>San Rafael, CA  94901 |
| McCormick Barstow LLP<br>Attn: David L. Emerzian/H. Annie Duong<br>7647 North Fresno Street<br>Fresno, CA  93720 | Office of the United States Attorney for the Northern District of California<br>Attn: Bankruptcy Unit<br>Federal Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA  94102 |
| Placer County Office of the<br>Treasurer-Tax Collector<br>Attn: Robert Kanngiesser<br>2976 Richardson Drive<br>Auburn, CA  95603 | Provencher & Flatt, LLP<br>Attn: Douglas B. Provensher<br>823 Sonoma Avenue<br>Santa Rosa, CA  95404 |
| Synergy Projection Management, Inc.<br>c/o Law Office of Ivan C. Jen<br>1017 Andy Circle<br>Sacramento, CA  95838 | U.S. Nuclear Regulatory Commission<br>Attn: General  Counsel<br>U.S. NRC Region IV<br>1600 E. Lamar Blvd.<br>Arlington, TX  76011 |
| US Department of Justice<br>Attn: Matthew J. Troy<br>1100 L Street, N.W.<br>Room 10030<br>Washington, DC  20530 | U.S. Trustee<br>Office of the U.S. Trustee<br>U.S. Federal Bldg.<br>280 South First Street, Room 268<br>San Jose, CA  95113 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| March 28, 2019 | Kevin G. Collins | /s/ Kevin G. Collins |
| *Date* | *Printed Name* | *Signature* |

# Exhibit A

EAdler@TheAdlerFirm.com, gemarr59@hotmail.com, bzummer@TheAdlerFirm.com, RASymm@aeraenergy.com, evelina.gentry@akerman.com, john.mitchell@akerman.com, yelena.archiyan@akerman.com, avcrawford@akingump.com, dsimonds@akingump.com, mstamer@akingump.com, idizengoff@akingump.com, dbotter@akingump.com, aa@andrewsthornton.com, shiggins@andrewsthornton.com, jct@andrewsthornton.com, Andrew.Silfen@arentfox.com, Beth.Brownstein@arentfox.com, Jordana.Renert@arentfox.com, andy.kong@arentfox.com, christopher.wong@arentfox.com, Aram.Ordubegian@arentfox.com, brian.lohan@arnoldporter.com, steven.fruchter@arnoldporter.com, Jg5786@att.com, Danette.Valdez@doj.ca.gov, Annadel.Almendras@doj.ca.gov, Margarita.Padilla@doj.ca.gov, James.Potter@doj.ca.gov, James.Potter@doj.ca.gov, marthaeromerolaw@gmail.com, esagerman@bakerlaw.com, lattard@bakerlaw.com, rjulian@bakerlaw.com, cdumas@bakerlaw.com, Luckey.Mcdowell@BakerBotts.com, Ian.Roberts@BakerBotts.com, Kevin.Chiu@BakerBotts.com, Navi.Dhillon@BakerBotts.com, jrowland@bakerdonelson.com, lrochester@bakerdonelson.com, jhayden@bakerdonelson.com, hubenb@ballardspahr.com, ganzc@ballardspahr.com, myersms@ballardspahr.com, summersm@ballardspahr.com, John.mccusker@bami.com, ssummy@baronbudd.com, jfiske@baronbudd.com, tmccurnin@bkolaw.com, t.higham@bkolaw.com, chigashi@bkolaw.com, belvederelegalecf@gmail.com, kcapuzzi@beneschlaw.com, mbarrie@beneschlaw.com, kenns@beneschlaw.com, csimon@bergerkahn.com, csimon@bergerkahn.com, harriet.steiner@bbklaw.com, Michael@bindermalter.com, Rob@bindermalter.com, Heinz@bindermalter.com, mgorton@boutinjones.com, bletsch@braytonlaw.com, misola@brotherssmithlaw.com, grougeau@brlawsf.com, schristianson@buchalter.com, vbantnerpeo@buchalter.com, arocles.aguilar@cpuc.ca.gov, melaniecruz@chevron.com, marmstrong@chevron.com, kwinick@clarktrev.com, mgoodin@clausen.com, lschweitzer@cgsh.com, mschierberl@cggsh.com, ra-li-ucts-bankrupt@state.pa.us, pcalifano@cwclaw.com, deg@coreylaw.com, alr@coreylaw.com, smb@coreylaw.com, sm@coreylaw.com, fpitre@cpmlegal.com, acordova@cpmlegal.com, ablodgett@cpmlegal.com, Tambra.curtis@sonoma-county.org, eric.may@yolocounty.org, mplevin@crowell.com, bmullan@crowell.com, malmy@crowell.com, tyoon@crowell.com, tkoegel@crowell.com, mdanko@dankolaw.com, kmeredith@dankolaw.com, smiller@dankolaw.com, andrew.yaphe@davispolk.com, eli.vonnegut@davispolk.com, david.schiff@davispolk.com, timothy.graulich@davispolk.com, dgrassgreen@gmail.com, bryan.bates@dentons.com, john.moe@dentons.com, Lauren.macksoud@dentons.com, michael.isaacs@dentons.com, oscar.pinkas@dentons.com, peter.wolfson@dentons.com, samuel.maizel@dentons.com, kdiemer@diemerwei.com, david.riley@dlapiper.com, eric.goldberg@dlapiper.com, joshua.morse@dlapiper.com, gjones@dykema.com, lgoldberg@ebce.org, Leslie.Freiman@edpr.com, Randy.Sawyer@edpr.com, sally@elkshep.com, jim@elkshep.com, larry@engeladvice.com, sfelderstein@ffwplaw.com, ppascuzzi@ffwplaw.com, sfinestone@fhlawllp.com, sfinestone@fhlawllp.com, jhayes@fhlawllp.com, rwitthans@fhlawllp.com, emorabito@foley.com, bnelson@foley.com, vavilaplana@foley.com, sory@fdlaw.com, mbusenkell@gsbblaw.com, ehg@classlawgroup.com, dsh@classlawgroup.com, Gweiner@gibsondunn.com, Jkrause@gibsondunn.com, Mrosenthal@gibsondunn.com, Amoskowitz@gibsondunn.com, vuocolod@gtlaw.com, steinbergh@gtlaw.com, hoguem@gtlaw.com,

4

| | |
|---|---|
| 1 | etredinnick@greeneradovsky.com, sgross@grosskleinlaw.com, mgrotefeld@ghlaw-llp.com, mochoa@ghlaw-llp.com, wpickett@ghlaw-llp.com, Sharon.petrosino@hercrentals.com, |
| 2 | jdoran@hinckleyallen.com, erin.brady@hoganlovells.com, hampton.foushee@hoganlovells.com, bennett.spiegel@hoganlovells.com, |
| 3 | alex.sher@hoganlovells.com, peter.ivanick@hoganlovells.com, rwolf@hollandhart.com, robert.labate@hklaw.com, david.holtzman@hklaw.com, mjb@hopkinscarley.com, |
| 4 | jross@hopkinscarley.com, keckhardt@huntonak.com, ppartee@huntonak.com, cvarnen@irell.com, astrabone@irell.com, jreisner@irell.com, klyman@irell.com, |
| 5 | mstrub@irell.com, Bankruptcy2@ironmountain.com, robert.albery@jacobs.com, jane-luciano@comcast.net, ajang@janglit.com, snoma@janglit.com, jdt@jdthompsonlaw.com, |
| 6 | rbk@jmbm.com,byoung@jmbm.com, lgabriel@bg.law, aortiz@jhwclaw.com, |
| 7 | sjordan@jhwclawcom, ecf@jhwclaw.com, JAE1900@yahoo.com, tkeller@kellerbenvenutti.com, jkim@kellerbenvenutti.com, |
| 8 | KDWBankruptcyDepartment@kelleydrye.com, bfeder@kelleydrye.com, Mark_Minich@kindermorgan.com, mosby_perrow@kindermorgan.com, |
| 9 | aparna.yenamandra@kirkland.com, david.seligman@kirkland.com, |
| 10 | marc.kieselstein@kirkland.com, mark.mckane@kirkland.com, michael.esser@kirkland.com, alexander.pilmer@kirkland.com, stephen.hessler@kirkland.com, kklee@ktbslaw.com, |
| 11 | dstern@ktbslaw.com, skidder@ktbslaw.com, hbedoyan@kleinlaw.com, ecf@kleinlaw.com, summerst@lanepowell.com, adam.malatesta@lw.com, amy.quartarolo@lw.com, |
| 12 | caroline.reckler@lw.com, andrew.parlen@lw.com, christopher.harris@lw.com, andrew.parlen@lw.com, pwp@pattiprewittlaw.com, rlalawyer@yahoo.com, |
| 13 | ws@waynesilverlaw.com, tjb@brandilaw.com, matt@lesnickprince.com, |
| 14 | cprince@lesnickprince.com, DLN@LNBYB.COM, EHK@LNBYB.COM, Lovee.Sarenas@lewisbrisbois.com, Amy.Goldman@lewisbrisbois.com, |
| 15 | Scott.Lee@lewisbrisbois.com, Jasmin.Yang@lewisbrisbois.com, houston_bankruptcy@publicans.com, asmith@lockelord.com, bknapp@lockelord.com, |
| 16 | eguffy@lockelord.com, lkress@lockelord.com, meagan.tom@lockelord.com, |
| 17 | sbryant@lockelord.com, jackie.fu@lockelord.com, mscohen@loeb.com, aclough@loeb.com, imac@macfern.com, malexander@maryalexander.com, ddunne@milbank.com, |
| 18 | skhalil@milbank.com, Paronzon@milbank.com, Gbray@milbank.com, TKreller@milbank.com, avobrient@mintz.com, ablevin@mintz.com, |
| 19 | anahmias@mbnlawyers.com, kmontee@monteeassociates.com, James.Ficenec@ndlf.com, Joshua.Bevitz@ndlf.com, mferullo@nixonpeabody.com, rpedone@nixonpeabody.com, |
| 20 | wlisa@nixonpeabody.com, info@norcallawgroup.net, joe@norcallawgroup.net, |
| 21 | howard.seife@nortonrosefulbright.com, andrew.rosenblatt@nortonrosefulbright.com, christy.rivera@nortonrosefulbright.com, kfineman@nutihart.com, gnuti@nutihart.com, |
| 22 | chart@nutihart.com, jbeiswenger@omm.com, jrapisardi@omm.com, nmitchell@omm.com, dshamah@omm.com, pfriedman@omm.com, bankruptcy@coag.gov, |
| 23 | James.L.Snyder@usdoj.gov, timothy.s.laffredi@usdoj.gov, Marta.Villacorta@usdoj.gov, dfelder@orrick.com, dmintz@orrick.com, lmcgowen@orrick.com, malevinson@orrick.com, |
| 24 | tcmitchell@orrick.com, jlucas@pszjlaw.com, gglazer@pszjlaw.com, |
| 25 | dgrassgreen@pszjlaw.com, ipachulski@pszjlaw.com, jfiero@pszjlaw.com, tom@parkinsonphinney.com, akornberg@paulweiss.com, bhermann@paulweiss.com, |
| 26 | wrieman@paulweiss.com, smitchell@paulweiss.com, ndonnelly@paulweiss.com, wong.andrea@pbgc.gov, efile@pbgc.gov, morgan.courtney@pbgc.gov, efile@pbgc.gov, |
| 27 | efile@pbgc.gov, robertson.daniel@pbgc.gov, ngo.melissa@pbgc.gov, efile@pbgc.gov, |
| 28 | |

| | |
|---|---|
| 1 | ADSmith@perkinscoie.com, kcunningham@PierceAtwood.com, dania.slim@pillsburylaw.com, hugh.ray@pillsburylaw.com, leo.crowley@pillsburylaw.com, dminnick@pillsburylaw.com, philip.warden@pillsburylaw.com, epino@epinolaw.com, peter@pmrklaw.com, pgeteam@PrimeClerk.com, serviceqa@primeclerk.com, gerald.kennedy@procopio.com, mbienenstock@proskauer.com, brosen@proskauer.com, mzerjal@proskauer.com, mfirestein@proskauer.com, lrappaport@proskauer.com, sma@proskauer.com, rbeacher@pryorcashman.com, crivas@reedsmith.com, mhouston@reedsmith.com, jdoolittle@reedsmith.com, mhouston@reedsmith.com, mhowery@reedsmith.com, pmunoz@reedsmith.com, rsimons@reedsmith.com, lillian.stenfeldt@rimonlaw.com, phillip.wang@rimonlaw.com, nanette@ringstadlaw.com, robins@robinscloud.com, rbryson@robinscloud.com, gregg.galardi@ropesgray.com, keith.wofford@ropesgray.com, daniel.egan@ropesgray.com, mark.bane@ropesgray.com, matthew.roose@ropesgray.com, peter.welsh@ropesgray.com, joshua.sturm@ropesgray.com, patricia.chen@ropesgray.com, ssally@ropesgray.com, matthew.mcginnis@ropesgray.com, rfriedman@rutan.com, pblanchard@rutan.com, Owen.Clements@sfcityatty.org, Catheryn.Daly@sfcityatty.org, cbelmonte@ssbb.com, pbosswick@ssbb.com, rpinkston@seyfarth.com, charney@seyfarth.com, dshemano@shemanolaw.com, mlauter@sheppardmullin.com, egoldstein@goodwin.com, lshulman@shbllp.com, mlowe@shbllp.com, dvd@svlg.com, keb@svlg.com, Amy.Park@skadden.com, Eric.Ivester@skadden.com, jmullan@sonomacleanpower.org, Julia.Mosel@sce.com, patricia.cirucci@sce.com, Ecf@stjames-law.com, todd.bailey@ftb.ca.gov, jcumming@dir.ca.gov, bglaser@swesq.com, cp@stevenslee.com, lpg@stevenslee.com, jdsokol@lawssl.com, kcoles@lawssl.com, dandreoli@steyerlaw.com, jlowenthal@steyerlaw.com, ethompson@stites.com, david.levant@stoel.com, gabrielle.glemann@stoel.com, oren.haker@stoel.com, sunny.sarkis@stoel.com, dmoon@stroock.com, fmerola@stroock.com, khansen@stroock.com, egilad@stroock.com, mgarofalo@stroock.com, khansen@stroock.com, egilad@stroock.com, mgarofalo@stroock.com, holsen@stroock.com, mspeiser@stroock.com, kpasquale@stroock.com, smillman@stroock.com, esserman@sbep-law.com, taylor@sbep-law.com, hill@SullivanHill.com, hawkins@SullivanHill.com, dabbieri@SullivanHill.com, jmills@taylorenglish.com, daniel@thebklawoffice.com, Erika.Schoenberger@davey.com, Rich@TrodellaLapping.com, gabriel.ozel@troutman.com, harris.winsberg@troutman.com, matthew.roberts2@troutman.com, hugh.mcdonald@troutman.com, mtoney@turn.org, tlong@turn.org, danielle.pham@usdoj.gov, danielle.pham@usdoj.gov, shane.huang@usdoj.gov, shane.huang@usdoj.gov, bankruptcynotices@up.com, sanfrancisco@sec.gov, secbankruptcy@sec.gov, mkelly@walkuplawoffice.com, kbaghdadi@walkuplawoffice.com, mschuver@walkuplawoffice.com, rileywalter@W2LG.com, Mwilhelm@W2LG.com, stephen.karotkin@weil.com, matthew.goren@weil.com, jessica.liou@weil.com, bankruptcycourtnotices@unioncounsel.net, erich@unioncounsel.net, tmainguy@unioncounsel.net, cgray@unioncounsel.net, cshore@whitecase.com, rkampfner@whitecase.com, tlauria@whitecase.com, mbrown@whitecase.com, TBlischke@williamskastner.com, mfeldman@willkie.com, jminias@willkie.com, dforman@willkie.com, chris.johnstone@wilmerhale.com, dneier@winston.com, jrawlins@winston.com, myuffee@winston.com, rgolubow@wcghlaw.com, jcurran@wolkincurran.com, kw@wlawcorp.com |

Case: 19-30088   Doc# 1101   Filed: 03/28/19   Entered: 03/28/19 12:41:55   Page 6 of 6