# UNITED STATES BANKRUPTCY COURT
Northern District of California

In re PG&E Corporation and Pacific Gas and Electric Company
Case Number: 19-30088 (DM)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

VonWin Capital Management, L.P.
Name of Transferee

Name and Address where notices to transferee should be sent:

261 Fifth Avenue, 22nd Floor
New York, NY 10016

Phone: (212) 889-1601
Last Four Digits of Acct #: N/A

Name and Address where transferee Payments should be sent (if different from above):

SAME ADDRESS AS ABOVE

Phone:
Last Four Digits of Acct #:

Belzona California Inc.
Name of Transferor

Scheduled Claim #: 3,441
Scheduled Amount: $1,810

Debtor: Pacific Gas and Electric Co.

Phone: (800) 367-8635
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Michael Wunsch    Date: 3/28/19
Transferee/Transferee's Agent