

**POLSINELLI LLP**
Randye B. Soref (SBN 99146)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: 310.556.1801
Facsimile: 310.556.1802
Email: rsoref@polsinelli.com

Lindsi M. Weber (*Pro Hac Vice Pending*)
POLSINELLI PC
One East Washington St., Suite 1200
Phoenix, AZ 85004-2568
Telephone: (602) 650-2064
Email: lweber@polsinelli.com

*Attorneys for Dignity Health and Its Affiliates*

Signed and Filed: March 28, 2019

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects **both Debtors**<br><br>*All papers shall be filed in the Lead Case No. 19-30088 (DM) | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF LINDSI M. WEBER PRO HAC VICE** |

1 | Lindsi M. Weber, whose business address and telephone number is Polsinelli, P.C., One
2 | East Washington St., Suite 1200, Phoenix, AZ 85004-2568, (602) 650-2064, and who is an active
3 | member in good standing of the bar of the state of Arizona, having applied in the above-entitled
4 | action for admission to practice in the Northern District of California on a *pro hac vice* basis
5 | representing Bakersfield Memorial Hospital, Dignity Community Care, Dignity Community Care
6 | dba French Hospital Medical Center, Dignity Community Care dba Methodist Hospital, Dignity
7 | Community Care dba Sequoia Hospital, Dignity Community Care dba Woodland Memorial
8 | Hospital, Dignity Health, Dignity Health Connected Living, Dignity Health dba Dominican
9 | Hospital, Dignity Health dba French Hospital Medical Center, Dignity Health dba Marian Regional
10 | Medical Center, Dignity Health dba Marian Regional Medical Center - Arroyo Grande, Dignity
11 | Health dba Mercy General Hospital, Dignity Health dba Mercy Hospital (Bakersfield), Dignity
12 | Health dba Mercy Hospital and Mercy Southwest Hospital, Dignity Health dba Mercy Hospital of
13 | Folsom, Dignity Health dba Mercy Medical Center (Merced), Dignity Health dba Mercy Medical
14 | Center Redding, Dignity Health dba Mercy San Juan Medical Center, Dignity Health dba Mercy
15 | Southwest Hospital, Dignity Health dba Sequoia Hospital, Dignity Health dba St. Elizabeth
16 | Community Hospital, Dignity Health dba St. Mary's Medical Center, Dignity Health Medical
17 | Foundation, Dignity Health Medical Foundation dba Dignity Health Medical Group – Dominican,
18 | Dignity Health Medical Foundation dba Dignity Health Medical Group – Merced, Dignity Health
19 | Medical Foundation dba Dignity Health Medical Group - North State, Dominican Oaks
20 | Corporation, Pacific Central Coast Health Centers, Port City Operating Company, LLC, Port City
21 | Operating Company, LLC dba St. Joseph's Behavioral Health Center, Port City Operating
22 | Company, LLC dba St. Joseph's Medical Center of Stockton, Saint Francis Memorial Hospital,
23 | Sierra Nevada Memorial - Miners Hospital ("DIGNITY").

1     **IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and
conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

\*\*END OF ORDER\*\*