**Entered on Docket
March 28, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



HOGAN LOVELLS US LLP
Erin N. Brady (CA 215038)
erin.brady@hoganlovells.com
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601

– and –

M. Hampton Foushee (*pro hac vice*)
hampton.foushee@hoganlovells.com
875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000
Fax: (212) 918-3100

*Counsel for Party in Interest
esVolta, LP.*

**CHANGES MADE BY COURT**

Signed and Filed: March 28, 2019

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br> **PG&E CORPORATION** <br> - and - <br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br> **Debtors.** <br> ☐ Affects PG&E Corporation <br> ☒ Affects Pacific Gas and Electric Company <br> ☐ Affects both Debtors <br> ***All papers shall be filed in the Lead Case, No. 19-30088 (DM)** | Bankruptcy Case No. 19 – 30888 (DM) <br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **ORDER GRANTING STIPULATION BETWEEN ESVOLTA, LP AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS EXTENDING TIME TO RESPOND TO SAFE HARBOR MOTION TO BE HEARD ON APRIL 10, 2019** <br><br> [No Hearing Requested] |

The Court having considered the *Stipulation Between esVolta, LP and Official Committee of Unsecured Creditors Extending Time to Respond to Safe Harbor Motion to be Heard on April 10, 2019* ("Stipulation"), entered into by esVolta, LP ("esVolta") on the one hand, and the

Official Committee of Unsecured Creditors (the "Creditors Committee"), on the other hand, filed on March 27, 2019; and, pursuant to such stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED:

1. The time for the Creditors Committee to file and serve any Creditors Committee Response[1] to the Motion is extended through 4:00 p.m. (Pacific Time) on April 5, 2019.

2. The time for esVolta to file and serve any reply to any Creditors Committee Response to the Motion is extended through 12:00 p.m. (Pacific Time) on April 8, 2019.

APPROVED AS TO FORM AND CONTENT:

Dated: March 27, 2019

MILBANK LLP

By: */s/ Thomas R. Kreller*
     Thomas R. Kreller (CA 161922)

*Attorneys for Official Committee of Unsecured Creditors*

**END OF ORDER**

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Stipulation.

**Service List**

Counsel for the Official Committee of Unsecured Creditors
Milbank LLP
Attn: Dennis F. Dunne
55 Hudson Yards
New York, NY 10001-2163
Tel.: 212-530-5000
Fax: 212-530-5219
ddunne@milbank.com

Counsel for the Official Committee of Unsecured Creditors
Milbank LLP
Attn: Gregory A. Bray
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Tel.: 424-386-4000
Fax: 213-629-5063
Gbray@milbank.com

Office of the United States Trustee
Attn: James L. Snyder, Esq.
450 Golden Gate Ave, Suite 05-0153
San Francisco, CA 94102
Tel.: 415-705-3333
Fax: 415-705-3367
James.L.Snyder@usdoj.gov

Counsel to Debtor
Weil, Gotshal & Manges LLP
Attn: Jessica Liou
767 Fifth Avenue
New York, NY 10153-0119
Tel.: 212-310-8000
Fax: 212-310-8007
jessica.liou@weil.com

Office of the United States Trustee
Attn: Marta E. Villacorta
450 Golden Gate Ave, Suite 05-0153
San Francisco, CA 94102
Tel.: 415-705-3333
Fax: 415-705-3367
Marta.Villacorta@usdoj.gov

Counsel to Debtor
Weil, Gotshal & Manges LLP
Attn: Matthew Goren
767 Fifth Avenue
New York, NY   10153-0119
Tel.: 212-310-8000
Fax: 212-310-8007
matthew.goren@weil.com

Counsel for the Official Committee of Unsecured Creditors
Milbank LLP
Attn: Paul S. Aronzon
2029 Century Park East, 33rd Floor
Los Angeles, CA  90067
Tel.: 424-386-4000
Fax: 213-629-5063
Paronzon@milbank.com

Counsel for the Official Committee of  Unsecured Creditors
Milbank LLP
Attn: Samuel A. Khalil
55 Hudson Yards
New York, NY  10001-2163
Tel.: 212-530-5000
Fax: 212-530-5219
skhalil@milbank.com

Counsel to Debtor
Weil, Gotshal & Manges LLP
Attn: Stephen Karotkin
767 Fifth Avenue
New York, NY   10153-0119
Tel.: 212-310-8000
Fax: 212-310-8007
stephen.karotkin@weil.com

Counsel for the Official Committee of Unsecured Creditors
Milbank LLP
Attn: Thomas R. Kreller
2029 Century Park East, 33rd Floor
Los Angeles, CA  90067
Tel.: 424-386-4000
Fax: 213-629-5063
TKreller@milbank.com

Office of the United States Trustee
Attn: Timothy Lafreddi, Esq.
450 Golden Gate Ave, Suite 05-0153
San Francisco, CA  94102
Tel.: 415-705-3333
Fax: 415-705-3367
timothy.s.laffredi@usdoj.gov