# Notice Recipients

District/Off: 0971–3　　　　User: lparada　　　　Date Created: 3/28/2019
Case: 19–30088　　　　Form ID: pdfeoc　　　　Total: 1

**Recipients of Notice of Electronic Filing:**
ust　　　Office of the U.S. Trustee / SF　　　USTPRegion17.SF.ECF@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1