EMILY P. RICH, Bar No. 168735
TRACY L. MAINGUY, Bar No. 176928
CAITLIN GRAY, Bar No. 305118
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: bankruptcycourtnotices@unioncounsel.net
erich@unioncounsel.net
tmainguy@unioncounsel.net
cgray@unioncounsel.net

Attorneys for Creditor Engineers and Scientists of California,
Local 20, IFPTE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| In Re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 DM<br><br>CHAPTER 11<br><br>**DECLARATION OF JOSHUA SPERRY IN SUPPORT OF ESC LOCAL 20'S RESPONSE TO DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING SHORT-TERM INCENTIVE PLAN AND GRANTING RELATED RELIEF (DOC. 782)**<br><br>Date: April 9, 2019<br>Time: 9:30 a.m.<br>Location: U.S. Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

I, Joshua Sperry, do hereby declare:

1. I am a Senior Union Representative at Engineers and Scientists of California Local 20, IFPTE ("ESC Local 20"), the exclusive collective bargaining representative of over 3,700 of the Debtors' employees. I make this declaration upon my personal knowledge, and, if called as a witness, I could competently testify to the facts hereinafter stated.

2. The PG&E employees represented by ESC Local 20 are engineers, estimators, mappers, project managers and other professional and technical employees who are working to modernize and maintain the utility. These employees are directly responsible for establishing and implementing demonstrable safety measures and improvements, and they perform work necessary to ensure the reliability of the Utility. Much of their work is mandated by PG&E's safety standards, California and Federal laws, and CPUC regulations. These are working people, not officers or executives. There are no managers in the bargaining unit represented by ESC Local 20.

3. ESC Local 20 is a party to a collective bargaining agreement with Pacific Gas and Electric Company ("PG&E"), dated January 1, 2016. A true and correct copy of the collective bargaining agreement, which covers the terms and conditions of employment for all the employees represented by ESC Local 20, is attached hereto as **Exhibit A**. The term of the collective agreement was extended through December 31, 2021 in a letter of agreement. A true and correct copy of the letter of agreement extending the contract is attached hereto as **Exhibit B**.

4. As a Senior Union Representative for the employees at PG&E for over ten years, I am intimately familiar with the collective bargaining agreement and its administration. I have served as co-chief negotiator for the Union in the two most recent rounds of general contract negotiations, I oversee the upper levels of our grievance procedure, and I negotiate all Letters of Agreement between the Union and PG&E during the term of our contracts.

5. The collective bargaining agreement requires Short Term Incentive Plan (STIP) payments as part of the employees' compensation. ESC Local 20 has 1,396 members at PG&E who are eligible for STIP payments under the collective bargaining agreement. Pursuant to the agreement, the amount of the STIP payment for each employee is calculated by multiplying that

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

Case: 19-30088    Doc# 1107-1    Filed: 03/28/19    Entered: 03/28/19 14:51:46    Page 2 of 12

employee's eligible earnings, their participation rate, their individual modifier, and the company score:

> Eligible Earnings x Participation Rate x Individual Modifier x Company Score

6. For nearly all ESC-represented employees who are eligible for STIP payments, the Participation Rate is 10%, meaning that the target level for the STIP payment is 10% of the employee's base salary. For about 10 employees in "Principal Engineer" classifications, the participation rate is 15%. Managers (who are not represented by ESC Local 20 and are not part of the bargaining unit) have higher participation rates than ESC-represented employees.

7. The Individual Modifier for each employee is determined by that employee's Performance Rating assigned by their supervisor. A supervisor will determine whether each employee has met or exceeded their target for their goals and has performed successfully in their competencies. A rating better than "Target-Successful" means that the Individual Modifier will be greater than 100%, and the STIP payment will be enhanced. A rating lower than "Target-Successful" means the Individual Modifier will be lower than 100%, and the STIP payment will reduced. The collective bargaining agreement provides that employees will be given reasonable notice of specific performance issues and an opportunity to improve before STIP awards are reduced. ESC Local 20 can and does file grievances for employees who dispute their Performance Rating, often involving employees whose STIP payments were reduced without proper notice and opportunity to improve. ESC Local 20 files around 45 grievances regarding STIP payments each year.

8. The Company Score is determined by PG&E management based on company-wide metrics measuring safety, reliability, customer service, financial performance, and other factors that vary from year to year. For instance, a portion of the Company Score may be determined by the System Average Interruption Duration Index, another portion of the score may be related to gas emergency response times, another portion of the score may be tied to earnings from operations. The Company announces these metrics and the weight that will be given to each metric in determining the Company Score at the beginning of the year in an effort to incentivize employees to help improve performance on each of these areas for that year. The metrics change

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

Case: 19-30088    Doc# 1107-1    Filed: 03/28/19    Entered: 03/28/19 14:51:46    Page 3 of 12

3

from year to year as the Company's goals change. At the end of the year, the Company determines how it performed on each of those metrics and weights them all together to calculate the Company Score. A Company Score below 1.0 reduces STIP payments to all employees in STIP – ESC and non-ESC represented – while a Company Score above 1.0 increases the STIP payments.

9. ESC Local 20 members have received STIP awards since 2008.

10. ESC Local 20 gave up wage increases for some workers in exchange for STIP payments for those workers. For instance, in the 2012-2015 collective bargaining agreement between ESC Local 20 and PG&E, monthly employees who were already in the STIP program received a total General Wage Increase of 8.25% over three years. Monthly employees who were not already in the STIP program received a wage increase of only 3% over three years, but had the STIP phased in over the three year period. A true and correct copy of the cover letter to the 2012-2015 collective bargaining agreement describing this exchange is attached hereto as **Exhibit C**.

11. This was widely understood and agreed to be an exchange of base salary for STIP. Employees expect STIP payments as part of their total compensation package that they rely upon on an annual basis. It is roughly 10% of their total annual pay. While they understand that it is subject to certain conditions and fluctuations of the Company Score, they do not consider it a pure "bonus" that can come and go.

12. ESC Local 20 considers STIP payments as part of "total compensation" when negotiating with PG&E and comparing compensation to other companies, where annual bonuses are also a regular part of total compensation for salaried workers.

13. The Debtors also treat STIP payments as part of total compensation in their General Rate Case filing with the Public Utilities Commission. The Total Compensation Study in PG&E's 2020 General Rate Case found that the actual total compensation of professional

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

4

Case: 19-30088    Doc# 1107-1    Filed: 03/28/19    Entered: 03/28/19 14:51:46    Page 4 of 12

employees, including STIP payments, was only slightly above the median level of pay in the market.[1] If STIP payments were eliminated, total compensation may be below market.

14. The contractually required STIP payments for 2018 were expected to be paid in March 2019. Based on the number of ESC-represented employees eligible for STIP, the average monthly pay shown in the dues report received by the Union, the participation rate of the eligible employees, and the Company Score of 1.5 under the announced metrics for 2018, I have calculated that the total amount of STIP payments that would be owed to ESC-represented employees for 2018 was approximately $29,487,708.

15. On February 22, 2019, John Simon, the Interim Chief Executive Officer of PG&E John Simon, sent an email to affected employees announcing the Company's decision that STIP payments would not be made. Simon stated that, when calculated based on the metrics that were announced at the beginning of the year, the "performance score based on the metrics for 2018 was a little better than 1.5." However, Simon said that the senior management team and the Board of Directors "wrestled with whether to move forward with the 2018 STIP at all" and ultimately decided "that the 2018 STIP should not be paid." A true and correct copy of this email, which was forwarded to the Union by several stewards, is attached hereto as **Exhibit D**.

16. Never before in the life of STIP in the contract has the Company just decided not to pay STIP.

17. Employees were dismayed by the non-payment of the 2018 STIP. Many members contacted me about how the loss of the 2018 STIP impacted their lives, explaining that they use the money from their expected STIP payment to pay for childcare for young children, summer care for school-aged children, to pay their taxes, or just for basic expenses like rent, utilities, or student loans. These members rely on the STIP payment to meet their regular cost of living in this area, and the loss of the payment was a significant hardship that seriously wounded morale.

---

[1] The Total Compensation Study overestimates PG&E's real market position, at least with respect to skilled professional employees represented by ESC Local 20, because the study focuses on utilities or other large industries but does not include the highly paid local tech sector. PG&E is in competition with the local tech sector, which regularly employ power engineers who have knowledge of utility scale systems, but the surveys used in the Total Compensation Study were mostly "Energy Services" or "General Industry." The so-called "Technology Surveys" do not include Bay Area tech companies. As a result, the surveys are not reflective of the local labor market.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

5

Case: 19-30088   Doc# 1107-1   Filed: 03/28/19   Entered: 03/28/19 14:51:46   Page 5 of 12

18. ESC Local 20 filed a grievance (#24943) over PG&E's decision not to pay the contractually required STIP payments for 2018.

19. PG&E approached ESC Local 20 about reaching an agreement to restructure STIP for 2019. ESC Local 20 insisted that the 2018 STIP payments be included in the bargaining. I served as the co-chief negotiator in the bargaining over the 2018 and 2019 STIP payments.

20. As a result of these negotiations, PG&E and ESC Local 20 reached a Memorandum of Understanding. PG&E and ESC Local 20 agreed upon changes to the 2019 STIP plan, including a shift from annual payout to quarterly payout and the elimination of the Individual Modifier as a component of the STIP award. ESC Local 20 agreed to withdraw its grievance regarding PG&E's failure to pay the 2018 STIP awards, forgoing all payment of 2018 STIP awards, in exchange for an increase in participation rates for the 2019 STIP awards by 25% (so that an employee who would usually have a target award of 10% of their yearly pay would now have a target award of 12.5% of their yearly pay), contingent upon bankruptcy court approval and the employee's receipt of the first payment in the new 2019 plan. A true and correct copy of this Memorandum of Understanding is attached hereto as **Exhibit E**.

21. No employees represented by ESC Local 20 are under any investigation as to the propriety and legality of their work, nor are they otherwise implicated in investigations that could establish that the employees damaged PG&E and/or contributed to the fires. I would have knowledge if they were, because of the employees' legal right to union representation in any investigatory proceeding that could potentially lead to discipline.

22. Loss of 2019 STIP payments on top of loss of 2018 STIP payments would substantially damage employee morale, raising concerns about retention. The percentage of newer employees is rising, and these low-service employees without a long history with the Company are more open to the idea of leaving PG&E than longer-term employees. In our area, we see many employers in the tech sector who already offer better salaries, benefits, and perks than PG&E. A large number of tech companies employ power engineers who have knowledge of utility scale systems. Employers like Google and Facebook operate data centers of such large size that they need their own high-voltage systems. There are also many tech startups in the field

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

of renewable energy who are eager to hire engineers with utility experience – especially PG&E experience – because they want to know how to make their systems compatible with PG&E's transmission or distribution systems, and how to market to a company like PG&E. As a result, PG&E employees have a lot of career options and there is a real concern that skilled professionals will leave PG&E to go to other employers.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed March 28, 2019, in Oakland, California.

By: _____
JOSHUA SPERRY

147061\1016711

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

# CERTIFICATE OF SERVICE

I am a citizen of the United States and an employee in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is1001 Marina Village Parkway, Suite 200, Alameda, California 94501.

I hereby certify that on January 30, 2019, I electronically filed the forgoing @ with the U.S. Bankruptcy Court, Northern District California, by using the Court's CM/ECF system.

Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 28, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED SERVICE LIST

On January 30, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST

I certify under penalty of perjury that the above is true and correct. Executed at Alameda, California, on January 30, 2019.

*/s/ Stephanie Mizuhara*
Stephanie Mizuhara

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

8

Case: 19-30088    Doc# 1107-1    Filed: 03/28/19    Entered: 03/28/19 14:51:46    Page 8 of 12

# SERVICE LIST

- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Todd M. Bailey    Todd.Bailey@ftb.ca.gov
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- Peter J. Benvenutti    pbenvenutti@kellerbenvenutti.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder    heinz@bindermalter.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Shawn M. Christianson    schristianson@buchalter.com
- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alicia Clough    aclough@loeb.com
- Marc Cohen    mscohen@loeb.com
- Keith J. Cunningham    , rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, vsimmons@wolkincurran.com
- Jonathan R. Doolittle    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- Jennifer V. Doran    jdoran@hinckleyallen.com
- David V. Duperrault    dvd@svlg.com, edn@svlg.com
- Kevin M. Eckhardt    keckhardt@hunton.com, candonian@huntonak.com
- Joseph A. Eisenberg    JAE1900@yahoo.com
- Sally J. Elkington    sally@elkshep.com, ecf@elkshep.com
- G. Larry Engel    larry@engeladvice.com
- Krista M. Enns    kenns@beneschlaw.com
- Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- Richard W. Esterkin    richard.esterkin@morganlewis.com, sue.reimers@morganlewis.com
- Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
- James J. Ficenec    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman    kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Jonathan Forstot    , john.murphy@troutman.com
- Gregg M. Galardi    gregg.galardi@ropesgray.com
- Richard L. Gallagher    richard.gallagher@ropesgray.com
- Barry S. Glaser    bglaser@swesq.com
- Gabriel I. Glazer    gglazer@pszjlaw.com
- Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutininc.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

- Robert G. Harris    rob@bindermalter.com
- Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Jan M Hayden    jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes    jhayes@fhlawllp.com
- Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com
- Michael R. Hogue    hoguem@gtlaw.com, frazierl@gtlaw.com
- David Holtzman    david.holtzman@hklaw.com
- Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com
- Mark V. Isola    mvi@sbj-law.com
- J. Eric Ivester    , Andrea.Bates@skadden.com
- Ivan C. Jen    ivan@icjenlaw.com
- Gregory K. Jones    GJones@dykema.com, cacossano@dykema.com
- Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com
- Robert B. Kaplan    rbk@jmbm.com
- Tobias S. Keller    tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly    lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Gerald P. Kennedy    gerald.kennedy@procopio.com, laj@procopio.com
- Samuel M. Kidder    skidder@ktbslaw.com
- Marc Kieselstein    , carrie.oppenheim@kirkland.com
- Jane Kim    jkim@kellerbenvenutti.com
- Thomas F. Koegel    tkoegel@crowell.com
- Andy S. Kong    kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Alan W. Kornberg    , akornberg@paulweiss.com
- Jeffrey C. Krause    jkrause@gibsondunn.com, psantos@gibsondunn.com
- Michael Thomas Krueger    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Richard A. Lapping    rich@trodellalapping.com
- Matthew A. Lesnick    matt@lesnickprince.com, jmack@lesnickprince.com
- David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin    alevin@wcghlaw.com, vcorbin@wcghlaw.com
- John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Jane Luciano    jane-luciano@comcast.net
- Kerri Lyman    klyman@irell.com, lgauthier@irell.com
- John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald    iain@macfern.com, ecf@macfern.com
- Michael W. Malter    michael@bindermalter.com
- David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Hugh M. McDonald    , john.murphy@troutman.com
- C. Luckey McDowell    luckey.mcdowell@bakerbotts.com
- Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com
- Matthew D. Metzger    belvederelegalecf@gmail.com
- M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
- Courtney L. Morgan    morgan.courtney@pbgc.gov

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

10

Case: 19-30088    Doc# 1107-1    Filed: 03/28/19    Entered: 03/28/19 14:51:46    Page 10 of 12

- Joshua D. Morse   Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Thomas G. Mouzes   tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz   pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Michael S. Myers   myersms@ballardspahr.com, hartt@ballardspahr.com
- David L. Neale   dln@lnbrb.com
- David L. Neale   dln@lnbyb.com
- David Neier   dneier@winston.com
- Melissa T. Ngo   ngo.melissa@pbgc.gov, efile@pbgc.gov
- Gregory C. Nuti   gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient   aobrient@mintz.com, docketing@mintz.com
- Office of the U.S. Trustee / SF   USTPRegion17.SF.ECF@usdoj.gov
- Aram Ordubegian   Ordubegian.Aram@ArentFox.com
- Gabriel Ozel   Gabriel.Ozel@troutman.com, tsinger@houser-law.com
- Amy S. Park   amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson   donna@parkinsonphinney.com
- Paul J. Pascuzzi   ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- Valerie Bantner Peo   vbantnerpeo@buchalter.com
- Danielle A. Pham   danielle.pham@usdoj.gov
- Thomas R. Phinney   tom@parkinsonphinney.com
- R. Alexander Pilmer   alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston   rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino   epino@epinolaw.com, staff@epinolaw.com
- Mark D. Poniatowski   ponlaw@ponlaw.com
- Christopher E. Prince   cprince@lesnickprince.com
- Douglas B. Provencher   dbp@provlaw.com
- Lary Alan Rappaport   lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins   jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- Emily P. Rich   erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Christopher O. Rivas   crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Lacey Rochester   lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Gregory A. Rougeau   grougeau@brlawsf.com
- Nanette D. Sanders   nanette@ringstadlaw.com, becky@ringstadlaw.com
- Sunny S. Sarkis   , dawn.forgeur@stoel.com
- David B. Shemano   dshemano@pwkllp.com
- James A. Shepherd   jim@elkshep.com, ecf@elkshep.com
- Wayne A. Silver   w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Dania Slim   dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Alan D. Smith   adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol   jdsokol@lawssl.com, dwright@lawssl.com
- Bennett L. Spiegel   blspiegel@jonesday.com
- Michael St. James   ecf@stjames-law.com
- David M. Stern   dstern@ktbslaw.com
- Meagan S. Tom   Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward Tredinnick   etredinnick@grmslaw.com
- Victor A. Vilaplana   vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta   marta.villacorta@usdoj.gov
- John A. Vos   InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Riley C. Walter   ecf@W2LG.com
- Philip S. Warden   philip.warden@pillsburylaw.com, candy.kleiner@pillsburylaw.com

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

- Genevieve G. Weiner    gweiner@gibsondunn.com
- Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com
- Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans    rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- Christopher Kwan Shek Wong    christopher.wong@arentfox.com
- Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com
- Andrew Yaphe    andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com

**VIA U.S. MAIL**

| | |
|---|---|
| Max Africk<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Kevin Bostel<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Matthew Goren<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Andriana Georgallas<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| David A. Herman<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | Stuart J. Goldring<br>Weil, Gotshal & Manges LLP<br>767 Fifth Ave.<br>New York, NY 10153 |
| Stephen Karotkin<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Kevin Kramer<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| John Nolan<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Jessica Liou<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Kevin J. Orsini<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | Omid H. Nasab<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 |
| Ray C. Schrock<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Theodore Tsekerides<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Paul H. Zumbro<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

12

Case: 19-30088    Doc# 1107-1    Filed: 03/28/19    Entered: 03/28/19 14:51:46    Page 12 of 12