LANDAU GOTTFRIED & BERGER LLP
MICHAEL I. GOTTFRIED (SBN 146689)
mgottfried@lgbfirm.com
ROYE ZUR (SBN 273875)
rzur@lgbfirm.com
1801 Century Park East, Suite 700
Los Angeles, California 90067
Tel: (310) 557-0050
Fax: (310) 557-0056

PIERCE BAINBRIDGE BECK PRICE & HECHT LLP
John M. Pierce (SBN 250443)
jpierce@piercebainbridge.com
Thomas D. Warren (SBN 160921)
twarren@piercebainbridge.com
Carolynn K. Beck (SBN 264703)
cbeck@piercebainbridge.com
Janine Cohen (SBN 203881)
jcohen@piercebainbridge.com
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071
(213) 262-9333

Attorneys for Camp Fire Victims

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors.<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors | Case No. 19-30088 (Jointly Administered)<br><br>Chapter 11<br><br>**JOINDER IN OBJECTION OF SLF FIRE VICTIM CLAIMANTS TO CORRECTED MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a), 363, AND 503(c) FOR ENTRY OF AN ORDER (I) APPROVING SHORT-TERM INCENTIVE PLAN AND (II) GRANTING RELATED RELIEF [DOCKET NO. 782]**<br><br>**Hearing Date and Time:**<br>Date: April 9, 2019<br>Time: 9:30 a.m. (Pacific)<br>Place: Courtroom 17<br>450 Golden Gate Ave., 16th Floor<br>San Francisco, CA |

David Herndon, Julia Herndon, Gabriella Herndon, Jedidiah Herndon, Estefania Miranda, Gabriella's Eatery, Chico Rent-A-Fence, and Ponderosa Pest & Weed Control, victims of the 2018 Camp Fire and plaintiffs in the pending adversary proceeding known as *Herndon, et al. v. PG&E Corporation, et al.*, Adv. No. 19-03005, hereby join in, and incorporate by this reference, the *Objection to Corrected Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) For Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief [ECF 782]* [Docket No. 1040] filed by the Singleton Law Firm Fire Victim Claimants.

Dated: March 28, 2019

PIERCE BAINBRIDGE BECK PRICE & HECHT LLP
John M. Pierce
Thomas D. Warren
Carolynn K. Beck
Janine Cohen

-and-

LANDAU GOTTFRIED & BERGER LLP
Michael I. Gottfried
Roye Zur

By: _____
Michael I. Gottfried

Attorneys for Certain Camp Fire Victims