# EXHIBIT C-5

**EMPLOYEE NAMES REDACTED**

| | |
|---|---|
| From: | ▮▮▮▮▮▮▮</O=PG&E/OU=CORPORATE/CN=RECIPIENTS/CN=MXY6> |
| To: | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮@mckinsey.com |
| CC: | ▮▮▮▮▮▮▮▮▮▮@mckinsey.com |
| Sent: | 2/26/2014 6:27:18 AM |
| Subject: | Re: EO-RIBA Check-in with ▮▮▮▮ |

▮▮▮▮ thank you for the summary. The 800-1000 score seems too high. The raptor 300 score also seems high. The emergency 76 score seems low. We should chat. ▮▮▮▮

---

**From:** ▮▮▮▮▮▮▮
**Sent:** Tuesday, February 25, 2014 09:47 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮/NYO/NorthAmerica/MCKINSEY (▮▮▮▮▮@mckinsey.com) <▮▮▮▮@mckinsey.com>
**Cc:** ▮▮▮▮▮▮/SFO/NorthAmerica/MCKINSEY (▮▮▮▮▮@mckinsey.com) <▮▮▮▮@mckinsey.com>
**Subject:** EO-RIBA Check-in with ▮▮▮▮

▮▮▮▮,

Per my e-mail earlier in the week, I will not be able to attend the EO RIBA check-in meeting tomorrow. However I wanted to provide a status update and share some findings with the team.

**Completed:**

Ø  **37 projects scored for a total of $46.8M** out of a portfolio of 82 projects ($106.1M) covering mostly MWCs 70, 71, 92 and 93.

### Highlights:

· FAA Tower Marking and Targeted 500kV Anchor replacement: 800 – 1000+ scores driven by safety

· Pole Replacement Projects: 300+ scores driven by safety

### Observations:

· **Caribou Palermo:** <200 score because there is no likely large environmental event (if structures fail, it will be likely due to heavy rain and no wildfires are possible then). Also no likely public safety issue with live wires down because it is in a remote area. Reliability score is not that high because although the likelihood of failed structures happening is high, the affected customers are likely in the order of >1K.

· **Raptor Species Program:** 300+ scores driven by environmental consideration due to a very high incidence of large birds hitting the transmission lines. Negligible reliability or safety scores.

· **Emergency Response – Fire Related:** 76 score driven by the fact that even though the project could appear to be focused on environmental, action takes place after a fire has taken place so it does not mitigate that risk. The project reduces restoration time after a fire, so the focus is on a smaller reliability issue.

### Stakeholder: ▮▮▮▮▮▮▮, excellent engagement

**Pending (Set up initial scoring sessions, but agreement on a final score has not been reached)**

CONFIDENTIAL
PGE-NBF-TAR-0000722832

- 6 projects, $21.7M covering MWC 93T
  - Include Support Software and Facilities, GCC and SF RAS B Phase 3.
  - Stakeholder: ████████
- 13 projects, $13.3 M covering a broad set of IT Support projects.
  - Include ET GIS/AM, Applications for Synchrophasor data, substation transformer condition, etc.
  - Stakeholder: ████████
- 4 projects, $4M covering MWC 12
  - Include Habitat Conservation Plan, Treated Wood Transport & Disposal
  - Stakeholder: Rod Broadbent
- 4 projects, $4.3M covering MWC 5
  - Include large budgets to purchase tools: live line tools, portable generators, lights, hydraulic presses, infrared cameras for helicopters, insulation test sets, and circuit breaker analyzers used for T-Line, D-Line and Substation.
  - Stakeholder: ████████

> **Challenge (ALL):** All of these are categorized as support to the entire system without a direct impact identified.
>
> **Proposed Approach:**

Ø    Bundle as a program and identify whether they serve a broader strategic objective tied to the taxonomies through second-order connection.

Ø    Prioritize based on financial impact (approach used by Gas Organization)

Please let me know if you have questions or disagree with these approaches and I will address your concerns.

Thanks.

-----Original Appointment-----
**From:** ████████ **On Behalf Of** ████████
**Sent:** Tuesday, February 25, 2014 1:46 PM
**To:** ████████ /NYO/NorthAmerica/MCKINSEY ████████@mckinsey.com)
**Subject:** EO-RIBA Check-in with ████
**When:** Wednesday, February 26, 2014 8:40 AM-8:55 AM (UTC-08:00) Pacific Time (US & Canada).
**Where:** Rm 937, 245 Market or 1-877-481-7043 *415 973 7649*

<< Message: RE: EO -RIBA check in with ████ >>

CONFIDENTIAL

PGE-NBF-TAR-0000722833