# EXHIBIT C-7

EMPLOYEE NAMES REDACTED

| | |
|---|---|
| From: | ███████████</O=PG&E/OU=CORPORATE/CN=RECIPIENTS/CN=SLNB> |
| To: | ███████████ Elec Distribution Bus Ops Supervisors; Elec OPS DO DSO ELT; Elec Ops PS&R Leadership Team; Electric Asset Management ELT; Electric D M&C ELT; Electric D SP&D S&OS LT; Electric D VP ELT; Electric T&D All Director Assistants; Electric T&D All Directors; Electric T&D All Mgrs and Supts; Electric T&D Bus Ops - ELT; Electric T&D Leadership Team; Electric T&D S&WE ELT; Electric T&D TO VP ELT; EO Employee Knowledge & Skills; ███████████ Electric Grass Roots Safety Chairs; EAM CRM Grass Roots Safety Team |
| Sent: | 11/1/2016 11:28:59 AM |
| Subject: | Near Hit Report (week of 10/24/16) |
| Attachments: | Wk of 102416 - Weekly Near Hit Detail Report.xlsx |

T&D Leaders:

Please find below the latest edition of the Weekly Near Hit Report. A big thanks to those who took the time to submit a near hit. Please review these lessons learned with your teams and encourage them to report and document near hits!



**Field Near Hits**

CONFIDENTIAL       PGE-NBF-TAR-0003250382

| Work Unit | | Incident Number | Event Description | Initial Incident Description * | Lessons Learned | Safety Specialist Supervisor |
|---|---|---|---|---|---|---|
| Field | Good Catch | ESAM Applied Technology Services | 10059368 | EO: test a recloser | Distribution Standards requested ATS to test a recloser in the HCY with the manufacturer present. It was noticed that the DC under voltage light on the alarm panel was lit before the test day, but unsure for how long because the alarm bellwas cut-out. (SAPN 7038088) | DC batteries are now on a maintenance schedule and alarm bell is always in the cut-in position. | ■ |
| Field | Good Catch | ESAM Compliance & Risk Mgmt | 10059640 | EO: small fires | Electric Transmission Integrated Vegetation Management (VM Department) contractors working within the Feather River Canyon spotted three separate small fires burning as a result of lightning strikes.After notifying the Project Manager whoin turn contacted Cal Fire, and after assessing the situation, these contractors were able to safely control the spreadof the fires by creating fuel breaks around each fire. The crew was equipped proper equipment to address the situation. | These Vegetation Management crews acted appropriately. Following the response, PG&E Supervisor re-iterated there is no expectation that our contractors fight fires. Public resources and the public potentially protected due to actiobs taken. | ■ |
| Field | Good Catch | Major Projects & Programs | 10059300 | EO: low oil indicator | Crew was checking clearance points for the next day's work and discovered low oil indicator at one of their switch points. | Remember to always check the oil level if you can before operating any equipment, and notify the DO so no one else operates it until its fixed. | ■ |
| Field | Good Catch | Transmission Project Development | 10059374 | EO: Large pothole | Large pothole in slow low just south of Bollinger Canyon Exit off 680 Northbound. | Should have done this a LONG time ago! | ■ |
| Field | Near Hit | ESAM Compliance & Risk Mgmt | 10059324 | EO: Communication prior to transfer | During storm work, power lines were almost energized with trees still in contact. M&C crew was replaced and informationwas not transferred between crew leads that tree work needed to be completed due to reconstruction before lines were energized. New M&C crew lead told tree crew foreman that everything was clear but when foreman verified for himself, he found that trees in contact with lines andrequested grounds | Consistent communication is key especially when there are personnel changes during the job | ■ |
| Field | Near Hit | Major Projects & Programs | 10059331 | EO: Cables not in correct position | Crew was performing the go-back on a clearance (log# 16-0067534). When the employees went to phase the newly installed cable, they found that the cables had not been placed in thecorrect operating position. The crew members informed the Foreman who opened the switch to de-energize the cable. The crew then tested the elbows de-energized and placed them in the correct operating position. The crew was then able to complete the job with no further incident. | Utilize the Human Performance Tools. The Crew Foreman did not keep a Questioning Attitude regarding the work being preformed. He also could have used the STAR method to avoid the incident. | ■ |
| Field | Near Hit | Maintenance & Construction | 10059305 | EO: #6 copper conductor | A 4 man line crew was working on a line and buck pole in a portion of the McCall 1106 in rubber glove mode. The scope of the job was to transfer the center phase conductor from the crossarm to the newly installed king pin for Raptor Retro Fit. The lineman transferred the conductor and tied it in, as he was attempting to remove the rubber the #6 copper conductor seperated at an old kearney connector and fell to the ground on the load side causing an out to 35 customers. | The crew could have installed a blanket over the conductor in lieu of a line hose creating less pressure on the aging conductor. | ■ |
| Field | Near Hit | Service Planning & Design | 10059307 | EO: lost a bale of hay | While employee was driving from Santa Rosa to Ukiah on HWY 101 in the slow lane a hay truck that was the 3rd vehicle infront of the employee lost a bale of hay. The employee (along with the 2 vehicles in front of him and the car immediately behind him) moved into the fast lane to move around the lost bale. The truck driver kept going and did not know they had lost the hay. | Keep an eye in front of you, behind you and keep an escape route available in case of an incident like this. | ■ |
| Field | Near Hit | Service Planning & Design | 10059327 | EO: Unsafe Lane Change | While employee(ee) was driving from Santa Rosa to Ukiah on HWY 101, where the HWY goes from 2 lanes northbound to 1 lane the ee was merging into the 1 lane and a car came up from behind and passed the ee (the car was probably going 75-80mph in a 55 zone). The car ended up between the ee's car and the car in front of the ee and the speeding car had to hit their brakes to avoid hitting the car in front of the ee. The employee backed off to get separation and avoid causing an incident. | Keep an eye on traffic both behind and in front of you while driving as you never know when someone is coming unless you are paying attention. | ■ |
| Field | Near Hit | Service Planning & Design | 10059410 | EO: Unsafe Passing | While the employee(ee) was driving on HWY 101 from Santa Rosa to Ukiahon HWY 101, shortly after HWY 101 goes from 2 lanes northbound to one lane, while the ee was doing the posted speed limit and keeping distance between him and the car that just passed him, a large SUV passed the ee on a double yellow line.The ee moved as far to the edge of the road as possible dueto the blind corner that was coming up and slowed down. (this was the 3rd driving incident while driving from Santa Rosa to Ukiah on 10/26) | Be aware of the unexpected and be prepared to take measuresto avoid an incident. | ■ |
| Field | Near Hit | Engineering Standards & Tech Services | 10059350 | EO: large pothole | While operating a fork lift, I was moving a large and tall transformer when suddenly I hit a large pothole in the yard and almost tipped over my load on to it's side. | Watch where you are driving. | ■ |
| Field | Near Hit | ESAM Applied Technology Services | 10059344 | EO: Unsafe Lane Change | On July 22nd I was driving back from Eureka. I was on Highway 101 heading south, just south of Ferndale when a vehicle swerved into my lane. Later that same day I was in the slow lane pulling a trailer when a vehicle entering the highway came to a complete stop in front of me causing me to change lanes to the left to avoid a collision, also cutting off traffic in the faster lane. (SAPN 7037884 - SUBMITTED ANONYMOUSLY) | NONE | ■ |
| Field | Near Hit | ESAM Distribution Asset Management | 10059319 | EO: man threatened to punch | It was just before sunrise and still dark as a male PG&E employee was walking down the north side of 16th street after getting off BART. Crossing Capp street he was confronted andthreatened by a manwho appeared to be mentally unstable oron drugs. The man threatened to punch the PG&E employee by raising up his arm as if to hit him. | Be aware of your surroundings. Keep volume turned down on headphones. Walk in pairs when possible. | ■ |
| Field | Near Hit | ESAM Distribution Asset | 10059584 | EO: oncoming car | Leaving for work in the morning, driving in a dark parking garage, I encountered an oncoming car that was driving fast and did not have their headlights on. | Be aware of limited visibility and alert for unexpected conditions. | ■ |
| Field | Near Hit | ESAM Transmission Asset Management | 10059325 | EO: Unsafe Lane Change | I was in the middle lane, getting ready to make a right turn on to Bollinger Road in San Ramon when out of the corner of my eye I saw a car moving into the lane where I was. The driver of this car did not look, she just moved over into my lane, she missed hitting me by a couple of inches. I saw that there was no one next to me in the right lane and I was able to move over safely. | To make sure you watching whats ahead of you and behind andboth sides of your vehicle. | ■ |

| Work Unit | | Incident Number | Event Description | Initial Incident Description * | Lessons Learned | Safety Specialist Supervisor |
|---|---|---|---|---|---|---|
| Field | Near Hit | Transmission Lines | 10059443 | EO: Boardwalk | At approximately 11:45 on Friday October 28, 2016, A contractor and myself where inspecting the coatings on the Electric transmission tower and while walk on the Boardwalk the rotten wood planks gaveway and i fell in the waist high water.The tower being inspected was the Cooley Landing - Los Altos 115 kv line tower 4/32 SAP# 40694832.I was not injured in the fall. | Watch your step when walking on Boardwalk. Wear a PFD when you are able to on Boardwalk. Have a partner with you when walking on Boardwalk. If Boardwalk conditions are bad; error on the safe side anddo not proceed. | █ |
| Field | Near Hit | Transmission Lines | 10059444 | EO: rim had separated | Front passenger rim came apart at welds on 97ft bucket truck while entering temp yard. Low speed driver noticed steering problems stopped vehicle upon inspection found rim had separated. | Inspect vehicles at all times, follow all defensive drivingskills. | █ |
| Field | Near Hit | Transmission Lines | 10059298 | EO: "J" hook hardware | Contractor Employee was working on lattice tower017/099 on the Caribou-Palermo 115kV line executing work of recoating tower. From working position, he reached to reposition himself grasping a piece of flat cross bracing when the "J" hook hardward used to secure the flat bracing to the tower leg failed and broke at the "J" part of the "J" hook hardware. It appears as though about 20% of the thickness of the bolt had been compromised through corrosion (see attached). | Crews working on these towers need to use caution when working on or near towers containing the "J" hook hardware. Special care to inspect the condition of the hardware prior to applying force. | █ |
| Office | Good Catch | ESAM Applied Technology Services | 10059375 | EO: The back gate | The back gate adjacent to Fostoria could potentially hit a vehicle leaving ATS. After 3pm this gate is automatically closed and requires a PG&E card to open the gate. The problem is the gate remains fully open for only 2 seconds. When there is traffic on Fostoria the vehicle can not proceed until cleared. If the vehicle isn't moved completely past the gate,it will close broadsiding the vehicle (SAPN 7037745) | Possible solution: 1) increase delay for gate to remain open, 2) install a road sensor to ensure the gate doesn't closeuntil the vehicle has passed. | █ |
| Office | Good Catch | ESAM Distribution Asset | 10059299 | ANON: light fixture | A light fixture that was recently worked on above an employee's cubicle is not secured properly causing it to come loose and potentially fall. | Be aware of your entire surroundings and not just what may be directly in front of you. Safety hazards can be in some of the places we'd least expect. | █ |
| Office | Good Catch | Business Results Team Senior Director | 10059343 | EO: door was not shut | I was exiting the set of elevators on the 215 Market St, 7th floor (annex side) and noticed the door was not shut completely. It was cracked open and leaning against the other door, meaning anyone could enter the floor, even if they didn'tbadge in. | To ensure everyone's safety and security, all employees should ensure doors are closed properly. This will prevent others without a need and authorized permission to get access torestricted areas. | █ |
| Office | Good Catch | Service Planning & Design | 10059302 | EO: Toaster oven | Toaster oven in the kitchen/bull room was left in the on position and was putting off a burning smell. | To ensure that things we are using (especially in the kitchen) are turned off before walking away. | █ |
| Office | Near Hit | ESAM Distribution Asset Management | 10059370 | EO: ceiling tile collapsed | Due to a leak in the roof, ceiling tile collapsed, and water and ceiling tile fragments rained down in my cubicle. Daysprior to the ceiling tile collapse, my cubicle neighbor andI could hear a leakin the roof. She submitted a work orderand building maintenance came out to take a look. No actionwas taken at that time. Anticipating a leak, I cleared off my work space under where we could hear the leak to minimizedamage in the event of a leak or ceiling tile damage. | When a rain storm is in the forecast, if you hear leaking in the roof, anticipate and prepare for worst case scenario such as ceiling tile breakage and potential water damage or flooding. | █ |
| Office | Near Hit | Transmission Lines | 10059371 | EO: table top broke off | I was leaning on a table while having a discussion with oneof my employees and the table top broke off of the base. | Our office tables are made of particle board and should notbe leaned or sat on. | █ |
| Office | Near hit | Transmission Substations | 10059435 | EO: 20 foot rug | I was entering the lobby of Rocklin (West Oaks) building. After walking over the length of 20 foot rug and onto the marble flooring, I paused a moment as I wanted to wipe my feet on the rug some moreand almost slipped. The weather outsidewas rainy, however it was not raining at the time when I entered the building. I was holding a paper folder in one handand car keys in the other. I was not distracted as I had been making my way to the elevator. | Pause ON the carpet to wipe my feet on the rug thoroughly before stepping onto the marble flooring. | █ |