# EXHIBIT C-18

Application: 18-12-_____
(U 39 M)
Exhibit No.: (PG&E-8)
Date: December 13, 2018
Witness(es): Various

---

# PACIFIC GAS AND ELECTRIC COMPANY

# 2020 GENERAL RATE CASE

# PREPARED TESTIMONY

# EXHIBIT (PG&E-8)

# HUMAN RESOURCES

---



PACIFIC GAS AND ELECTRIC COMPANY
2020 GENERAL RATE CASE
EXHIBIT (PG&E-8)
HUMAN RESOURCES

TABLE OF CONTENTS

| Chapter | Title | Witness |
|---|---|---|
| 1 | HUMAN RESOURCES OVERVIEW | Dinyar B. Mistry |
| 2 | HR OPERATIONS | David Hatton |
| 3 | HR SERVICE DELIVERY AND INCLUSION | Allison A. Neves |
| 3A | REPORT ON DIVERSITY AND INCLUSION | Allison A. Neves |
| 4 | TOTAL REWARDS, STIP, NON-QUALIFIED RETIREMENT AND LABOR ESCALATION | John Lowe |
| 4A | SAFTEY POLICIES, PRACTICES AND PERFORMANCE, AND TOTAL COMPENSATION | John Lowe |
| 5 | EMPLOYEE BENEFITS | Lisa Laanisto, Ashley Mawhorter |
| 6 | PG&E ACADEMY | Chris Pickett |
| 7 | TOTAL COMPENSATION STUDY | Laura Dalzell Catherine Hartmann Patrick Moloney Elodie Olsen |

**PACIFIC GAS AND ELECTRIC COMPANY**

**CHAPTER 1**

**HUMAN RESOURCES OVERVIEW**

PACIFIC GAS AND ELECTRIC COMPANY
CHAPTER 1
HUMAN RESOURCES OVERVIEW

TABLE OF CONTENTS

A. Introduction ........................................................................................... 1-1

B. Department Costs ................................................................................. 1-2

C. Total Compensation (Companywide Expenses) ............................................. 1-3

D. Exhibit Roadmap ................................................................................. 1-4

    1. Chapter 2: HR Operations ........................................................... 1-4

    2. Chapter 3: HR Service Delivery and Inclusion ........................................ 1-4

    3. Chapter 4: Total Rewards, STIP, Non-Qualified Retirement and
       Labor Escalation ...................................................................... 1-5

    4. Chapter 5: Employee Benefits .................................................... 1-5

    5. Chapter 6: PG&E Academy ........................................................ 1-5

    6. Chapter 7: Total Compensation Study ........................................... 1-5

E. Compliance With 2017 GRC Settlement: Section 3.2.8.4 .............................. 1-6

F. Cost Tables ........................................................................................ 1-6

# PACIFIC GAS AND ELECTRIC COMPANY
# CHAPTER 1
# HUMAN RESOURCES OVERVIEW

## A. Introduction

Pacific Gas and Electric Company (PG&E or the Company) and its approximately 24,000 employees and 9,000 non-employee workers (contractors) are focused on our mission to safely and reliably deliver affordable and clean energy to our customers and communities every single day, while building the energy network of tomorrow.  The Human Resources (HR) organization's mission is to efficiently deliver the programs and processes to advance PG&E's mission, vision and culture.

One of HR's key objectives is to attract, retain and engage the skilled and qualified workforce to meet our customers' needs.  PG&E operates in an increasingly competitive labor market and HR continues to focus on:

- Workforce planning to understand and prepare for our future needs;
- Offering a competitive package of cash compensation and benefits;
- Overseeing the Company's hiring and selection process to ensure it follows all legal requirements and supports our commitment to diversity and;
- Supporting employees at all stages of their careers and providing them with developmental opportunities and the training necessary to perform their jobs safely and effectively.

Safety is integral to our work.  Our support includes assessing prospective employees' attitudes about safety, measuring employee engagement and safety culture, providing competitive compensation, health and welfare benefits that allow employees to focus on their work, helping current and future leaders develop their skills and understand how to lead in a safety-first organization, to providing the necessary technical training so employees have the required skills and qualifications.

Our goal is to become a leading HR organization—one that is data driven, provides information and services to the lines of business when needed, solves problems, and is cost efficient.  We are improving and increasing our online capabilities to put information in the hands of leaders when and where they need it while at the same time reducing the cost of providing service to the Company.

1 We are focused on developing existing employees' skills and knowledge so they
2 can do their work safely and developing leadership skills in those who choose to
3 become leaders.  We are evaluating and changing our programs to meet the
4 needs of the current and future workforce.

5 **B. Department Costs**

6      The chart below provides an overview of the HR organization department
7 costs included in this exhibit.[1]  The 2020 overall department cost forecast is
8 approximately a 5.5 percent increase compared to 2017 recorded costs, which is
9 lower than the cumulative effect of escalation over that time period.  Specific
10 information about the department cost forecasts can be found in the chapters
11 that correspond to each department as identified in the chart below.

**FIGURE 1-1**
**HR ORGANIZATION DEPARTMENT COSTS 2017-2020**
**(MILLIONS OF NOMINAL DOLLARS)**



---

**1** Overall HR Organization Workpapers are included in the workpapers supporting
Chapter 2, HR Operations of this exhibit.  See Exhibit (PG&E-8), WP 2-1.

## C. Total Compensation (Companywide Expenses)

In addition to the department cost forecast, the HR organization is responsible for PG&E's employee benefits and compensation-related programs, collectively, referred to as Total Compensation. PG&E hired Willis Towers Watson to conduct a Total Compensation Study.[2] Willis Towers Watson found PG&E's Total Compensation to be competitive with the market.[3] In addition to offering a market competitive package of compensation and benefits, PG&E's incentive programs align shareholder and customer interests and reflect the Company's focus on safety. Safety metrics make up 50 percent of the Short-Term Incentive Program (STIP) program. In addition, while programs like PG&E's Long-Term Incentive Program (LTIP) are typically based on financial performance, PG&E's Performance Shares include an industry-leading leading 10 percent component based on specific safety performance.

To remain competitive in the market, PG&E must offer a package of compensation and benefits that is appealing to both the current workforce and new employees. The types of benefits we offer must balance the needs of both current and future employees. PG&E regularly evaluates its compensation and benefits programs and associated policies and, when appropriate, makes changes to individual programs to remain competitive with the market and meet our other obligations.

PG&E is not seeking recovery of executive compensation in this case. Pursuant to Senate Bill 901, PG&E has adjusted its 2020 forecast to remove officer compensation and benefits as of September 2018.[4] Those adjustments are shown in the workpapers for each impacted plan and a summary is provided in the workpapers to Chapter 4A of this exhibit.

The chart below provides an overview of the companywide expenses included in this exhibit. Specific information about each of these programs and their costs can be found in the following chapters in this exhibit, as described in Section D (Exhibit Roadmap) below.

---

[2] See Chapter 7 of this exhibit for the Total Compensation Study.

[3] See Chapter 7, p. 7-8 of this exhibit for the Overview of Study Results.

[4] SB 901 [Public Utilities Code § 706 (effective January 1, 2019)].

**FIGURE 1-2**
**HR COMPANYWIDE EXPENSE 2017-2020**
**(MILLIONS OF NOMINAL DOLLARS)**



1   The wages, salaries, incentives, and benefits that underlie PG&E's 2020

2   General Rate Case (GRC) forecast are based on the labor agreements in effect

3   at the time of filing.  PG&E has reached agreements with the International

4   Brotherhood of Electrical Workers (IBEW), Local 1245 and the Engineers and

5   Scientists of California (ESC), Local 20 regarding general wage increases

6   through 2021.  PG&E expects to enter into negotiations with both the IBEW and

7   the ESC in 2019 on additional topics, including benefits.  Should PG&E reach

8   agreement with the IBEW and ESC and have ratified contracts in place which

9   materially change the forecast for benefits while this proceeding is still open,

10  PG&E will update its forecast.

11  **D.  Exhibit Roadmap**

12      **1.  Chapter 2:  HR Operations**

13          This chapter presents PG&E's workforce planning and employee

14          headcount forecast, the forecast for the HR Operations department, and the

15          forecast for the Information Technology (IT) projects that support HR overall

16          and the HR Operations department specifically.

17      **2.  Chapter 3:  HR Service Delivery and Inclusion**

18          This chapter presents the forecast for PG&E's HR Service Delivery and

19          Inclusion Department, and the forecast for the Workforce Transition

1  program.  Chapter 3A includes a report on PG&E's diversity programs
2  and results.

3  **3.  Chapter 4:  Total Rewards, STIP, Non-Qualified Retirement and**
4  **Labor Escalation**

5  This chapter discusses the results of the Total Compensation Study,
6  and presents the forecast for the Total Rewards department, STIP the
7  Non-Qualified Retirement programs, and IT projects supporting the Total
8  Rewards department.  It also includes PG&E's labor escalation and the
9  rewards and recognition program forecasts.  Chapter 4A provides
10  information on safety policies, practices and performance, and Total
11  Compensation, including responses to eight specific questions as directed
12  by the California Public Utilities Commission in PG&E's 2017 GRC Decision.

13  **4.  Chapter 5:  Employee Benefits**
14  This chapter presents the forecast for PG&E's employee benefits,
15  including Health and Welfare (Medical, Dental, Vision, Active Employee Life
16  Insurance), Post-Retirement (Retirement Savings Plan, Post-Retirement
17  Medical and Post-Life trust contributions), and other benefits.

18  **5.  Chapter 6:  PG&E Academy**
19  This chapter presents both the administrative and general and operating
20  forecast for PG&E Academy department costs, IT projects supporting PG&E
21  Academy, and the forecast for the Tuition Refund program.  This chapter
22  also updates PG&E's Risk Assessment and Mitigation Phase risk—Skilled
23  and Qualified Workforce.

24  **6.  Chapter 7:  Total Compensation Study**
25  The chapter includes the Total Compensation Study report prepared by
26  Willis Towers Watson.  The study evaluated PG&E's 2017 compensation[5]
27  and found the benefits and compensation to be competitive with the
28  respective markets.

---

[5] The study valued PG&E's Short-Term Disability plan which was implemented in 2018
as the cost for that plan is included in PG&E's test year forecast.  See Exhibit
(PG&E-7), Chapter 1 for additional information on the Short-Term Disability plan.

1 **E. Compliance With 2017 GRC Settlement: Section 3.2.8.4**

2     The 2017 GRC Settlement Agreement requires PG&E to include testimony

3 in this GRC on deferred work that was requested and authorized based on

4 representations that it was needed to provide safe and reliable service.

5 Human Resources organization has not identified any deferred work items in its

6 2020 forecast as defined by the 2017 GRC Settlement Agreement. Additional

7 testimony and discussion of this requirement can be found in the remaining

8 chapters of this exhibit as applicable.

9 **F. Cost Tables**

10     The tables below provide the recorded adjusted and forecast costs for each

11 type of cost included in this exhibit.

**TABLE 1-1**
**HR COMPANY WIDE EXPENSES**
**(THOUSANDS OF NOMINAL DOLLARS)**

| Line No. | Description | Recorded Adjusted | | | | | Forecast | | | Testimony Chapter |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | |
| 1 | Workforce Management | $17,955 | $13,135 | $8,241 | $5,487 | $36,347 | $17,637 | $18,207 | $18,797 | 3 |
| 2 | STIP | 141,101 | 183,013 | 177,196 | 147,058 | 152,195 | 163,492 | 167,993 | 173,484 | 4 |
| 3 | Non-Qualified Retirement | 2,471 | 2,929 | 3,378 | 3,633 | 3,719 | 3,736 | 3,770 | 3,806 | 4 |
| 4 | Health & Welfare | 338,737 | 357,621 | 357,769 | 398,777 | 424,212 | 450,299 | 473,324 | 497,052 | 5 |
| 5 | Post-Retirement | 211,120 | 135,894 | 143,048 | 146,058 | 132,206 | 137,391 | 142,348 | 139,093 | 5 |
| 6 | Other Benefits | 15,050 | 13,700 | 13,357 | 12,345 | 7,058 | 11,590 | 7,395 | 7,518 | 5 |
| 7 | Tuition Refund | 2,484 | 2,730 | 3,038 | 3,114 | 3,480 | 3,200 | 3,276 | 3,409 | 6 |
| 8 | Total | $725,211 | $703,235 | $707,499 | $719,888 | $759,218 | $787,344 | $816,314 | $843,158 | |

**TABLE 1-2**
**HR ORGANIZATION COSTS BY DEPARTMENT**
**(THOUSANDS OF NOMINAL DOLLARS)**

| Line No. | Description | Recorded Adjusted | | | | | Forecast | | | Chapter |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | |
| 1 | HR Operations | $7,873 | $14,607 | $14,882 | $13,822 | $11,269 | $14,211 | $13,134 | $12,550 | 2 |
| 2 | HR Services | 28,268 | 25,552 | 25,412 | 24,859 | 21,216 | 22,028 | 22,624 | 22,992 | 3 |
| 3 | Total Rewards | 7,541 | 8,613 | 12,668 | 6,944 | 5,298 | 5,391 | 5,528 | 5,616 | 4 |
| 4 | PG&E Academy | 48,323 | 38,553 | 38,785 | 42,606 | 35,490 | 34,776 | 36,938 | 36,167 | 6 |
| 5 | Total | $92,005 | $87,324 | $91,747 | $88,230 | $73,272 | $76,407 | $78,224 | $77,326 | |

**TABLE 1-3**
**HR TECHNOLOGY EXPENSE COSTS BY DEPARTMENT**
**(THOUSANDS OF NOMINAL DOLLARS)**

| Line No. | Description | Recorded Adjusted | | | | | | Forecast | | Chapter |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | |
| 1 | HR Operations | $1,055 | – | $542 | $231 | $2,388 | $1,391 | $600 | $1,000 | 2 |
| 2 | Total Rewards | – | – | – | 648 | – | – | 1,337 | 325 | 4 |
| 3 | Employee Benefits | 1,246 | 120 | 173 | 695 | – | 1,055 | 316 | 734 | 5 |
| 4 | PG&E Academy | 451 | 258 | 100 | | 9 | | – | – | 6 |
| 5 | Total | $2,751 | $378 | $815 | $1,574 | $2,397 | $2,445 | $2,253 | $2,059 | |

**TABLE 1-4**
**HR CAPITAL COSTS BY DEPARTMENT AND MWC**
**(THOUSANDS OF NOMINAL DOLLARS)**

| Line No. | Description | MWC | Recorded Adjusted | | | | | | Forecast | | | | Chapter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | |
| 1 | HR Operations | 2F | $2,604 | $3,211 | $3,924 | $334 | $2,623 | $3,359 | $503 | $881 | $1,250 | $1,507 | 2 |
| 2 | Total Rewards | 2F | – | 458 | 2,001 | – | – | – | 45 | 51 | – | – | 4 |
| 3 | Employee Benefits | 2F | 49 | 151 | 1,178 | – | 281 | 862 | – | 233 | 936 | 734 | 5 |
| 4 | PG&E Academy | 2F | 121 | 517 | 3,743 | 4,403 | – | – | – | – | – | – | 6 |
| 5 | PG&E Academy | 04 | – | – | 12 | – | – | – | – | – | – | – | 6 |
| 6 | PG&E Academy | 05 | 342 | 236 | 258 | 443 | 11 | 10 | 35 | 35 | 35 | 35 | 6 |
| 7 | PG&E Academy | 22 | 218 | 205 | – | 349 | 1,024 | 1,190 | 1,213 | 1,213 | 1,213 | 1,213 | 6 |
| 8 | Total | | $3,333 | $4,778 | $11,119 | $5,529 | $3,939 | $5,421 | $1,772 | $2,413 | $3,434 | $3,489 | |

**PACIFIC GAS AND ELECTRIC COMPANY**

**CHAPTER 2**

**HR OPERATIONS**

PACIFIC GAS AND ELECTRIC COMPANY
CHAPTER 2
HR OPERATIONS

TABLE OF CONTENTS

A.  Introduction ................................................................................................ 2-1

B.  Workforce Planning and Employee Headcount Forecast ................................ 2-2

    1.  Workforce Planning ................................................................................ 2-2

    2.  Employee Headcount Forecast ............................................................... 2-4

C.  Department Costs ........................................................................................ 2-5

    1.  Summary of Forecast ............................................................................. 2-5

    2.  Department Activities ............................................................................. 2-5

        a.  Senior Vice President Human Resources ........................................... 2-6

        b.  HR Operations Immediate Office ...................................................... 2-6

        c.  HR Reporting and Analytics .............................................................. 2-7

        d.  Non-Employee Workforce and Knowledge Programs ........................ 2-7

        e.  HR Data and Operations .................................................................. 2-8

        f.  HR Emergency Management Support ............................................... 2-10

        g.  HR Business Operations and Project Management Office ................ 2-10

    3.  2020 Forecast Drivers .......................................................................... 2-11

        a.  Labor Escalation ............................................................................ 2-11

        b.  Staffing Changes ........................................................................... 2-11

        c.  Contracts and Materials ................................................................. 2-11

D.  Information Technology Projects ................................................................. 2-12

    1.  Information Technology Projects in the 2020 GRC Period ..................... 2-12

        a.  Enabling Online HR ....................................................................... 2-12

        b.  Minor Technology Enhancements ................................................... 2-13

    2.  Information Technology Projects Completed Prior to 2020 ................... 2-13

        a.  Remedy Upgrade .......................................................................... 2-13

2

PACIFIC GAS AND ELECTRIC COMPANY
CHAPTER 2
HR OPERATIONS

TABLE OF CONTENTS
(CONTINUED)

b.   Non-Employee Workforce Vendor Management System .................. 2-14

E.   Compliance With 2017 GRC Settlement:  Section 3.2.8.4............................. 2-14

F.   Summary/Cost Tables ...................................................................... 2-15

## PACIFIC GAS AND ELECTRIC COMPANY
## CHAPTER 2
## HR OPERATIONS

**A. Introduction**

This chapter provides:  (1) Pacific Gas and Electric Company's (PG&E or the Company) employee headcount forecast including projected retirements; (2) the description and forecast for the Human Resources (HR) Operations Department; and (3) the forecast for technology projects to support the HR Operations function and other HR technology projects that are not specific to a single HR Department.

The forecasted costs for the HR Operations Department are shown in Tables 2-2 through 2-4 at the end of this chapter.  PG&E requests the California Public Utilities Commission (CPUC or Commission) adopt its 2020 forecast as follows:

- HR Operations Department Cost:  $12.6 million.  The 2020 forecast is approximately a $1.3 million (11 percent) increase compared to 2017 recorded costs.  The increase is primarily driven by labor escalation and an increase in contracts and outside services, partially offset by a reduction in the department staffing levels.  These drivers are discussed in Section C.3. of this chapter.[1]

- Information Technology Projects:  PG&E requests $1.0 million in expense for 2020.  PG&E also requests that the Commission adopt its capital expenditure forecast for Information Technology (IT) projects of $3.4 million for 2018, $0.5 million for 2019, $0.9 million for 2020, $1.3 million for 2021, and $1.5 million for 2022.  These projects are described in Section D of this chapter.

---

[1] Pursuant to California Senate Bill 901 [Public Utilities Code § 706 (effective January 1, 2019)], PG&E has adjusted its 2020 forecast to remove officer compensation and benefits.  To the extent such costs were included in the forecast for this organization, they have been removed by way of an adjustment to PG&E's total GRC forecast. See Exhibit (PG&E-8) Human Resources, Chapter 4A Safety Policies, Practices and Performance, and Total Compensation for additional information.

2

**B. Workforce Planning and Employee Headcount Forecast**

**1. Workforce Planning**

Performing workforce planning supports PG&E's goal of maintaining a workforce with the skills and qualifications necessary to deliver safe and reliable natural gas and electric service.  As a part of PG&E's integrated planning process, the HR Operations Department and the HR Business Partners work with each line of business (LOB) to develop their workforce plans.  The LOBs determine the workforce they will need to perform the required work, balancing use of contractors and third parties with PG&E employees.  The HR Operations team provides the LOBs information on their current workforce, including anticipated attrition over the planning period.  These forecasts are then adjusted and updated as new or changed work priorities and funding levels are established.

Figure 2-1 below shows the number of employees who are eligible to retire through 2020 and PG&E's forecast of how many in that period will actually retire.[2]  The line represents the actual or forecasted number of employees who will be 60 or older.

---

**2**   Retirement eligibility varies by retirement plan, employee tenure, and age.

(PG&E-8)

**FIGURE 2-1**
**PG&E EMPLOYEE RETIREMENT AND RETIREMENT ELIGIBILITY TRENDS**



1  The number of employees who are over the age of 60 has leveled out
2  after increasing for several years; however current data suggests the
3  number of PG&E employees over 60 will continue to grow leading to higher
4  retirement attrition.  It is difficult to predict with certainty what decisions
5  individual employees will make regarding the timing of their retirement.
6  Therefore, PG&E must balance the need to have the future workforce ready
7  to take over when these employees eventually do retire, but not hire
8  replacement employees sooner than they will be needed, which can result in
9  increased costs.

10  One way of creating this balance[3] is by leveraging PG&E's workforce
11  planning process, which places particular emphasis in understanding the
12  need for employees in critical classifications and developing a
13  corresponding workforce plan.  Critical classifications are those which
14  require several years of training and experience and who PG&E does not
15  generally expect it can hire from outside the Company.  For example, to
16  become a journeyman lineman an employee must complete a five-year
17  apprenticeship program.  While PG&E recruits experienced journeymen, the
18  majority of the Company's experienced journeymen gain their experience
19  through their work at PG&E.  As a result, PG&E forecasts that the majority
20  of PG&E's future linemen will continue to be those who come to the
21  Company at an entry level and complete PG&E's lineman apprentice
22  program overseen by PG&E Academy.

23  **2. Employee Headcount Forecast**
24  One outcome of the workforce planning process is an employee
25  headcount forecast.  The employee headcount forecast is used to adjust the
26  forecast for many of the HR-sponsored companywide expense programs
27  (e.g., medical, dental, vision) up or down to reflect forecast plan participant
28  changes.  Table 2-1 shows the aggregate actual employee headcount and
29  forecast from the end of year 2016 to the end of year 2022.

---

[3]  Another tool PG&E uses to help create the proper balance is the Non-Employee
Workforce (NEW) Program described in Section C.2.d.

**TABLE 2-1**
**PG&E END OF YEAR EMPLOYEE**
**HEADCOUNT ACTUAL AND FORECAST**

| Line No. | Year | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|
| 1 | Total Headcount | 25,020 | 24,125 | 24,224 | 24,053 | 24,012 | 23,889 | 23,792 |

1  As Table 2-1 shows, and consistent with the trend forecast in PG&E's
2  2017 General Rate Case (GRC), after increasing employee headcount for
3  several years, in 2017 PG&E's headcount began to decrease and is forecast
4  to continue to decrease slightly over the 2020 GRC period.

5  **C. Department Costs**

6  **1. Summary of Forecast**

7  Figure 2-2 below shows the drivers in the 2020 forecast of department
8  costs compared to 2017 recorded costs.  The activities comprising the basis
9  for the 2017 recorded costs and forecast are described in Section C.2.  The
10  drivers of the 2020 forecast change are described in Section C.3. below.

**FIGURE 2-2**
**HR OPERATIONS EXPENSE WALK (2017-2020)**
**(THOUSANDS OF NOMINAL DOLLARS)**



11  **2. Department Activities**

12  The HR Operations Department provides support to company leaders,
13  employees and in some cases retirees.  The HR Operations Department

1    also leads the company's workforce planning and knowledge transfer

2    activities and provides support to all other HR departments described in

3    Chapters 3 through 6 of this exhibit.  The HR Operations Department is

4    composed of the following six functions:

5    •   HR Operations Immediate Office

6    •   HR Reporting and Analytics

7    •   Non-Employee Workforce and Knowledge Programs

8    •   HR Data and Operations

9    •   HR Emergency Management Support

10    •   HR Program Management

11    The HR Operation Department is led by a Senior Director, with

12    two Directors and two Managers leading the various functional areas.

13    In addition, this chapter includes the description and forecast costs for the

14    Senior Vice President of Human Resources (SVPHR).

15    **a.  Senior Vice President Human Resources**

16    The SVPHR provides direction and oversight to the Human

17    Resources organization.  In this role, the SVPHR leads the HR team to

18    develop and manage budgets and resources efficiently while providing

19    the support and services needed by the Company's LOBs.  The SVPHR

20    also oversees PG&E's compliance with the various laws and regulations

21    governing the HR function.  In this capacity, the SVPHR reviews and

22    evaluates resource forecasts to provide an appropriate level of support

23    for HR services and meeting compliance obligations.

24    **b.  HR Operations Immediate Office**

25    The HR Operations Immediate Office includes the Senior Director of

26    HR Operations, the Premier Survey Lead, and communications support

27    for the HR organization.

28    The Senior Director provides oversight and leadership to the

29    department, including the direct oversight of PG&E's employee

30    engagement survey.  Employee engagement is the emotional

31    commitment an employee has to PG&E and its goals.  Improved

32    employee engagement has been correlated with improved safety

33    performance.  PG&E's employee engagement surveys are also used to

1  measure "Speak-Up Culture" which is a measure of PG&E's Safety
2  Culture.  The primary tool to measure employee attitudes, including
3  employee engagement and safety culture is the bi-annual Premier
4  Survey of all employees and the quarterly Premier Pulse Survey.  HR
5  works with leaders throughout the company to develop action plans to
6  improve employee engagement, using the survey results.

7  **c.  HR Reporting and Analytics**
8  The HR Reporting and Analytics team within HR Operations
9  manages PG&E's employee and non-employee worker reporting and
10  analytics processes, including support for online reporting tools available
11  to leaders and others throughout the company.  Accurate and easily
12  accessible HR Reporting is necessary to fulfill regulatory, legal, internal
13  and external audit requests.  This same information also provides
14  PG&E's LOBs insight into PG&E's workforce to manage day-to-day
15  operations, and plan and understand workforce trends in order to meet
16  current and future customer needs.

17  **d.  Non-Employee Workforce and Knowledge Programs**
18  The Non-Employee Workforce (NEW) and Knowledge Programs
19  team oversees PG&E's workforce planning process and provides the
20  oversight and governance related to the use of non-employee workers.
21  The workforce planning process is integrated into and happens in
22  parallel with PG&E's overall integrated planning process.  The resulting
23  workforce plan provides PG&E with the information necessary to
24  determine the people resources that will be needed to continue to
25  effectively serve customers.  One outcome of the workforce plan is the
26  employee headcount forecast shown in Table 2-1.
27  In addition to the planning process, the NEW and Knowledge
28  Programs team leads PG&E NEW Program.  PG&E utilizes
29  non-employee workers (contractors) in addition to employees to deliver
30  service to customers.  These workers:  (1) perform work on a temporary
31  basis to augment PG&E employees when there is a critical need or
32  employees are not available; (2) have specialized skills and experience
33  not present in PG&E employee workforce; or (3) provide service and

1   support for work PG&E has outsourced.  Through the NEW Program,
2   PG&E has developed and implemented a governance program that
3   increased and standardized the tracking of non-employee workers
4   throughout the company.  This governance also includes tenure
5   management policies and procedures with strict oversight so PG&E
6   leaders have visibility into the use of non-employee workers, and PG&E
7   remains in compliance with applicable federal and state regulations.  In
8   addition, the HR Operations team works with each LOB to evaluate their
9   use of non-employee workers so they are used cost effectively.
10       The team also leads PG&E's Knowledge Transfer (KT) Program.
11  This program provides PG&E leaders with tools and processes to retain
12  critical knowledge of procedures, information, practices, and regulations
13  so as employees leave the organization either through retirement or to
14  pursue other opportunities, PG&E will be able to continue to serve
15  customers effectively.  The KT Program helps the organization
16  understand where they have a need to develop additional
17  documentation, allocate resources for cross-training, or to develop an
18  alternate means of delivering service when an employee with specific
19  knowledge and experience is no longer available.
20       This team also supports the HR Compliance and Risk Program.
21  The HR Compliance and Risk program is designed to provide a
22  structured process for the Human Resources organization to understand
23  and meet all compliance obligations and identify areas where additional
24  controls or process improvements will reduce the risk of non-
25  compliance.

26  **e.  HR Data and Operations**
27       The HR Data and Operations Department includes PG&E's
28  HR Solutions Center (a call center for employees and pensioners),
29  job bidding, employment testing, and oversees PG&E's background
30  check program.
31       The HR Solutions Center is available to employees and pensioners
32  who have questions and/or concerns about any HR-related matters such
33  as pay, organizational structure, recruitment or job changes.  Providing
34  a centralized call center for employees provides them with a place to

quickly get answers to their questions or address concerns so they can then focus on performing their assigned work.  The HR Solutions Center team are also responsible for updating employee records and maintaining all employee-related data when self-service is not an option or an error has been made by the employee or a leader.

PG&E's pre-employment testing program focuses on using objective assessment tools within the hiring process to efficiently and consistently narrow the applicant pool to those who will have the highest likelihood of success on the job, while minimizing unconscious biases and supporting diversity goals.  PG&E's employment tests include a measurement of candidates' aptitude for safety, which supports PG&E's safety culture. PG&E's analysis of test results has shown a positive correlation on manager performance evaluations and a negative correlation for workers compensation injuries indicating that those who successfully pass the tests are more likely to receive positive manager assessments and less likely to incur an injury.

PG&E contracts with a third party to conduct background checks on successful candidates once an offer has been made and before they start work.  Existing employees and non-employee workers in roles governed by the North American Electric Reliability Corporation also undergo periodic background checks, either by PG&E's vendor or one selected by the non-employee workers employer.  Conducting and adjudicating background checks is one way PG&E evaluates potential and existing employees to provide assurance that individuals who are a threat to other workers, the workplace, company assets or the public are not hired.  The HR Data and Operations team oversees the background check process and is responsible for ensuring that all required background checks are completed in a timely manner and any potential issues or concerns are reviewed and addressed and the appropriate actions taken.

The Job Bidding team processes approximately 2,750 requisitions a year as PG&E's represented employees seek opportunities to move up within their chosen career path, change career paths or move to a different geographic location.  The job bidding process is governed by

1   PG&E's labor agreements with the International Brotherhood of Electric
2   Workers, Local 1245 and the Engineers and Scientists of California,
3   International Federation of Professional Technical Engineers, Local 20.

4   **f.   HR Emergency Management Support**

5   When PG&E responds to emergencies (earthquake, storms, fires,
6   flooding, cyber events, etc.), HR is called upon to provide Labor and
7   Employee Relations, Base Camp, Benefits, Employee Accountability,
8   and other support to leaders and employees responding to
9   emergencies.  During a multi-week emergency, up to 180 HR
10  employees might be called upon to provide a dedicated response.  The
11  HR organization is also responsible for providing employee disaster
12  assistance, including emergency messaging and *ad hoc* company policy
13  adjustment decisions for PG&E employees who are impacted by an
14  emergency event.  This support allows the employee to more quickly
15  return to the active workforce.

16  The HR Emergency Management function is responsible for
17  identifying and scheduling the HR emergency response personnel,
18  providing training to HR personnel on their role and tasks during an
19  emergency and for ensuring all policy, guidance documents and
20  procedures related to emergency events are up to date.  A full team of
21  HR professionals is required to provide the needed guidance, policy
22  expertise and execution during emergency events.

23  **g.   HR Business Operations and Project Management Office**

24  The HR Business Operations function provides project managers for
25  all significant HR-related projects, including those that fall under the
26  affordability initiative to create a leading HR function.  The Project
27  Managers provide a consistent project management framework, project
28  structure and regular reporting—all of which have allowed HR to
29  complete projects on time.  Projects the Project Managers support have
30  included the Benefits Dependent Audit, Online HR – Data Reporting and
31  Analytics, implementation of the Non-Employee Workforce Vendor
32  Management System, and updates to PG&E's Employee Performance
33  Management process and technology.  Support for CPUC and Federal

1    Energy Regulatory Commission (FERC) proceedings and facilitating

2    HR's role in the Company's Integrated Planning Process also falls into

3    this area.

### 3. 2020 Forecast Drivers

5    See Table 2-2 for the HR Operations Department costs by

6    FERC account.

#### a. Labor Escalation

8    PG&E forecasts labor escalation of $996 thousand based on the

9    labor escalation factors provided in Exhibit (PG&E-8), Chapter 4.

#### b. Staffing Changes

11    The HR Operations Department is forecast to decrease from

12    93.8 Full Time Equivalent (FTE) employees as of the end of 2017[4] to

13    88 FTEs in 2020.[5]  The HR Operations Department has been able to

14    reduce headcount through attrition by capturing benefits achieved by

15    automating previously manual processes.  These headcount reductions

16    and automation opportunities occurred in the HR Data and Operations

17    team and the Non-Employee Workforce Program.  PG&E forecasts

18    additional benefits by 2020 as a result of its Enabling Online HR project,

19    which increases employees' ability to perform self-service HR

20    transactions and reduces the need for HR employees for this function.[6]

#### c. Contracts and Materials

22    The 2020 contracts and materials forecast is a $968 thousand dollar

23    increase over 2017 recorded adjusted costs.[7]  The increase in contracts

24    and materials includes employment testing materials due to the

25    anticipated increased external hiring in 2020 as compared to 2017 and

26    contract support to analyze and categorize employee comments offered

---

[4]  See WP 2-26, line 1, Exhibit (PG&E-8) for the change in headcount (including vacancies) from 2017 to 2020.

[5]  See WP 2-27, lines 1-3, Exhibit (PG&E-8) for a detailed year-over-year explanation of changes.

[6]  See Section D.1.a. for additional discussion of the Enabling Online HR project.

[7]  See WP 2-18, WP 2-19 and WP 2-20 (FERC Accounts 921 and 923) Exhibit (PG&E-8).

1  through our employee engagement and exit surveys so PG&E can more
2  effectively consider feedback and develop action plans.

3  **D. Information Technology Projects**

4  The IT projects discussed below include those that support the HR
5  Operations Department specifically, as well as those that support HR overall.
6  See Tables 2-3 and 2-4 for the recorded adjusted and forecast expense and
7  capital costs, respectively.

8  **1. Information Technology Projects in the 2020 GRC Period**

9  HR Operations is forecasting two technology projects for the 2020 GRC
10  period and two projects to be completed in 2018 and 2019 and that include
11  capital investments.

12  **a. Enabling Online HR**

13  Enabling Online HR is a multi-year, multi-phased project to increase
14  the automation of PG&E's employee-related processes. The purpose of
15  the project is to eliminate manual transactions where possible and
16  improve data quality. As part of this project, PG&E will also deploy a
17  new Workforce Analytics and Planning module to replace and automate
18  the existing process which is often manual and cumbersome.
19  Automating the process will improve the quality and availability of
20  employee-related reports and information. The improved reporting and
21  information will enable leaders to manage their organization on a more
22  real-time basis and improve the speed of leadership actions to ensure
23  PG&E is best managing the company's workforce.
24  PG&E forecasts $700 thousand expense in 2020, $2.4 million
25  capital in 2018 and 2019, and $3.6 million capital from 2020 through
26  2022 for this project. As a result of this project, PG&E is forecasting a
27  two FTE reduction by the end of 2020. One FTE reduction is in HR
28  Data and Operations and is included within those discussed in

1     Section C.3.b. above.[8]  The other one FTE reduction is in HR Services,

2     which is discussed in Chapter 3 of this exhibit.[9,10]

**b. Minor Technology Enhancements**

4     Each year minor enhancements to systems that support HR are

5     required to support process changes or new requirements.[11]  These

6     updates will allow PG&E to make small changes to its systems to reflect

7     program or process changes, address changes in technology required

8     due to upgrades, or change interfaces to meet the requirements of

9     external service providers.  Examples of minor enhancements

10     implemented in 2017 included:

11     • Updated PG&E's employee change request system to ensure

12     employees are not paid below the market rate for their job

13     classification.

14     • Changed the performance management template in PG&E's

15     Success Factors system to reflect the new performance

16     management process launched in early 2018.

17     PG&E forecasts $300 thousand in expense for 2020.  There is no

18     capital forecast associated with this project.

**2. Information Technology Projects Completed Prior to 2020**

**a. Remedy Upgrade**

21     PG&E's HR team uses the Remedy tool as a case management

22     system to track employee requests (cases) and in combination with

23     software that manages the queue of people calling into the Human

24     Resources Solution Center, routes those calls to the appropriate group

25     or representative based on choices made by the caller.  Employee

26     requests or cases vary greatly.  They range from questions about pay,

27     to questions about time entry, to questions about PG&E programs such

---

[8]   See WP 2-20 and WP 2-27, Exhibit (PG&E-8).

[9]   See WP-2-28 to WP-2-30, Exhibit (PG&E-8) for further discussion of the project and its benefits.

[10]   See WP 3-16, Line 3, Exhibit (PG&E-8).

[11]   See WP 2-31 to 2-32, Exhibit (PG&E-8) for the Small Technology Projects (Minor Enhancements) Project Summary which provides additional details about this project.

1   as how one files for a leave of absence or what leave of absence

2   opportunities exist for an employee to support their family.

3        This project is a joint, HR, IT, and Payroll department project.  This

4   project will upgrade the existing software to a version that is supported

5   by the vendor (current version is obsolete), upgrade the telephony

6   hardware and software in PG&E's San Francisco corporate office to

7   provide more consistent service delivery and deploy the Accenture Audit

8   and Compliance tool for use by HR.**12**  The 2018 capital cost forecast

9   for the HR portion of this project is $267 thousand.  There is no 2020

10  expense forecast associated with this project.

11  **b.  Non-Employee Workforce Vendor Management System**

12       This project will deploy a centralized system to track all

13  non-employee workers at PG&E.  As PG&E relies on non-employee

14  workers to perform critical and essential tasks, having a centralized

15  single source of information about non-employee workers has become

16  essential.  Currently data related to non-employee workers is stored and

17  maintained in a variety of systems including, SAP Human Capital

18  Management, SAP Supplier Relationship Management/Ariba, NEW

19  Vendor Management System, and the Plant Information Management

20  System used by Diablo Canyon Power Plant.  No one system contains

21  all relevant and required information, and often transactions or records

22  in these systems are incomplete as the non-employee worker data is a

23  secondary process.  PG&E conducted a request for proposals in 2017

24  and selected SAP Fieldglass as its vendor management system.  The

25  2018 capital forecast for this project is $1.2 million.**13**  There is no 2020

26  expense forecast associated with this project.

27  **E.  Compliance With 2017 GRC Settlement:  Section 3.2.8.4.**

28       The 2017 GRC Settlement Agreement requires PG&E to include testimony

29  in this GRC on deferred work where the following criteria are met:

---

**12** See WP 2-33 to 2-35, Exhibit (PG&E-8) for the Remedy Upgrade Project Summary
which provides additional detail regarding this project.

**13** See WP 2-36 to 2-37, Exhibit (PG&E-8) for the Non-Employee Workforce Vendor
Management System Project Summary which provides additional detail regarding
this project.

1)   The work was requested and authorized based on representations that it was needed to provide safe and reliable service;

2)   PG&E did not perform all of the authorized and funded work, as measured by authorized (explicit or imputed) units of work and;

3)   PG&E continues to represent the curtailed work is necessary to provide safe and reliable service.

Criterion (1) is deemed to apply for work presented as work needed to provide safe and reliable service in PG&E's 2017 GRC testimony.  Next, to determine if criterion (2) applies, PG&E reviewed recorded 2017 data and 2018 and 2019 forecasts.  Under PG&E's analysis, criterion (2) applies where PG&E's 2017 actuals and forecast indicates that the explicit or imputed units of work from the 2017 GRC will not be completed by the end of 2019.  Finally, to determine if criterion (3) applies, PG&E reviewed its 2020 testimony to establish whether it is again proposing the same work for safety and reliability.

For those projects where one of the three criteria did not apply, PG&E determined that it did not qualify as deferred work per the 2017 GRC Settlement Agreement criteria.

Chapter 2 contains no work presented in the 2017 GRC as being "needed to provide safe and reliable service" and therefore does not include deferred work as defined by the 2017 GRC Settlement Agreement.

**F.  Summary/Cost Tables**

The tables below show the recorded adjusted and forecast costs included in this chapter.

**TABLE 2-2**
**HR OPERATIONS DEPARTMENT COSTS BY FERC ACCOUNT**
**(THOUSANDS OF NOMINAL DOLLARS)**

| Line No. | Description | Recorded Adjusted | | | | | Forecast | | | Workpaper Reference |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | |
| 1 | HR Operations | | | | | | | | | |
| 2 | 920 – Admin & Gen Salaries | $4,862 | $7,370 | $8,698 | $10,433 | $10,085 | $10,103 | $10,245 | $10,398 | WP 2-12, Line 1 |
| 3 | 921 – Office Supplies & Ex | 729 | 1,148 | 1,389 | 1,029 | 501 | 395 | 395 | 395 | WP 2-12, Line 2 |
| 4 | 923 – Outside Svc Employ – Utility | 2,282 | 6,089 | 4,794 | 2,360 | 683 | 3,713 | 2,494 | 1,757 | WP 2-12, Line 3 |
| 5 | 923 – Outside Svc Employ – Corp | – | – | – | – | – | – | – | – | WP 2-12, Line 4 |
| 6 | Total | $7,873 | $14,607 | $14,882 | $13,822 | $11,269 | $14,211 | $13,134 | $12,550 | WP 2-12, Line 5 |

**TABLE 2-3**
**INFORMATION TECHNOLOGY EXPENSE**
**(THOUSANDS OF NOMINAL DOLLARS)**

| Line No. | Project | MWC | Recorded Adjusted | | | | | Forecast | | | Workpaper Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | |
| 1 | Online HR | JV | – | – | – | – | – | $901 | $300 | $700 | WP 2-38, Line 3 |
| 2 | Remedy Upgrade | JV | – | – | – | – | $81 | – | – | – | WP 2-38, Line 4 |
| 3 | Non-Employee Workforce Vendor Management System | JV | – | – | – | $2 | 269 | 361 | – | – | WP 2-38, Line 5 |
| 4 | Minor Enhancements | JV | $53 | – | $53 | 128 | 247 | 129 | 300 | 300 | WP 2-38, Line 6 |
| 5 | Other Projects | JV | 1,003 | – | 489 | 101 | 1,791 | – | – | – | WP 2-38, Line 7 |
| 6 | Total | | $1,055 | – | $542 | $231 | $2,388 | $1,391 | $600 | $1,000 | WP 2-38, Line 8 |

**TABLE 2-4**
**INFORMATION TECHNOLOGY CAPITAL**
**(THOUSANDS OF NOMINAL DOLLARS) 40, LIEN**

| Line No. | Project | MWC | Recorded Adjusted | | | | | | Forecast | | | | Workpaper Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | |
| 1 | Online HR | 2F | – | – | – | – | – | $1,900 | $503 | $881 | $1,250 | $1,507 | WP 2-40, Line 3 |
| 2 | Remedy Upgrade | 2F | – | – | – | – | $622 | 267 | – | – | – | – | WP 2-40, Line 4 |
| 3 | Non-Employee Workforce Vendor Management System | 2F | – | – | – | – | 231 | 1,192 | – | – | – | – | WP 2-40, Line 5 |
| 4 | Other Projects | 2F | $2,604 | $3,211 | $3,926 | $334 | 1,770 | – | – | – | – | – | WP 2-40, Line 6 |
| 5 | Total | | $2,604 | $3,211 | $3,926 | $334 | $2,623 | $3,359 | $503 | $881 | $1,250 | $1,507 | WP 2-40, Line 7 |

2-13

**PACIFIC GAS AND ELECTRIC COMPANY**

**CHAPTER 3**

**HR SERVICE DELIVERY AND INCLUSION**

PACIFIC GAS AND ELECTRIC COMPANY
CHAPTER 3
HR SERVICE DELIVERY AND INCLUSION

TABLE OF CONTENTS

A.   Introduction ................................................................................................. 3-1

B.   The Role of Diversity .................................................................................. 3-1

C.   Department Costs ....................................................................................... 3-2

      1.   Summary of Forecast ......................................................................... 3-2

      2.   Department Activities ......................................................................... 3-3

            a.   Vice President of Human Resources Service Delivery and
                 Inclusion Immediate Office ......................................................... 3-3

            b.   Talent Acquisition and Internal Mobility .................................... 3-4

            c.   Workforce Development .............................................................. 3-5

            d.   Performance and Inclusion ......................................................... 3-6

            e.   Labor Relations ........................................................................... 3-7

            f.    HR Business Partners and Generalists ...................................... 3-7

      3.   2020 Forecast Drivers ........................................................................ 3-8

            a.   Labor Escalation ......................................................................... 3-8

            b.   Staffing Changes ......................................................................... 3-8

            c.   Contracts and Materials .............................................................. 3-9

D.   Companywide Expenses – Workforce Transition ...................................... 3-9

E.   Compliance With 2017 GRC Settlement:  Section 3.2.8.4 ....................... 3-10

F.   Summary/Cost Tables ................................................................................ 3-10

**PACIFIC GAS AND ELECTRIC COMPANY**
**CHAPTER 3**
**HR SERVICE DELIVERY AND INCLUSION**

**A. Introduction**

This chapter provides the forecast for Pacific Gas and Electric Company's (PG&E or the Company) Human Resources (HR) Services Department. The HR Services Department includes the Talent Acquisition and Internal Mobility (Talent), Labor Relations, Performance and Inclusion, and HR Business Partners and Generalists functions. This chapter also includes PG&E's forecast for its Workforce Transition Program. In addition, Chapter 3A – Report on Diversity and Inclusion, which immediately follows this chapter, provides information on the diversity of PG&E's workforce and a summary of activities PG&E has undertaken to continue toward its goal of having a workforce that reflects the communities we serve.

The forecast costs for the HR Services Department are shown in Table 3-1. PG&E requests the California Public Utilities Commission (Commission) adopt its 2020 expense forecast of $23.0 million for the HR Services Department. The 2020 forecast for HR Services Department is $1.8 million (8 percent) higher than the 2017 recorded costs. This increase is primarily driven by labor escalation and an increase in contracts and materials, partially offset by a reduction in the department staffing levels. The 2020 forecast for the Workforce Transition Program $18.8 million. The 2020 forecast is significantly lower than the 2017 recorded cost of $36.3 million. These forecasts are discussed further in Sections C and D.

**B. The Role of Diversity**

Respect for diversity of thought, experience, and background as well as gender and ethnicity are important aspects of PG&E's culture. Respecting and valuing diversity directly support PG&E's safety culture and an expectation that safety is first in all that we do. A speak-up culture will only flourish when all employees, no matter what their background, gender, ethnicity, age or disability, believe that their opinions matter.

The HR Services team has special responsibilities when it comes to fostering a diverse and inclusive workplace. It starts with programs like

3-1

1     PowerPathway™ that work to develop diverse candidate pools to the Talent
2     team's active consideration of diversity when presenting pools of qualified
3     candidates to hiring leaders.  The Performance and Inclusion team along with
4     the HR Business Partners and Generalists provide ongoing support for annual
5     plans to further diversity throughout the organization.  The Diversity and
6     Inclusion team supports PG&E's 11 Employee Resource Groups (ERG) so they
7     can each bring their perspective and culture to PG&E and help PG&E to better
8     understand and reach out to these diverse communities.  And finally, when there
9     is an allegation or complaint made by an employee, the HR Services team is
10     responsible for ensuring a fair, complete, and timely investigation is conducted
11     and the appropriate actions taken.

12     PG&E's efforts to promote diversity and inclusion are intended to encourage
13     the kind of workplace where employees can feel welcome and included.
14     Fostering an environment where employees may express their views points,
15     ideas, and opinions with confidence knowing they will be heard and recognized
16     is an important part of creating a "Speak Up" culture where employees feel
17     empowered to raise questions and issues around important topics such as
18     safety and support the Company's continuous improvement.

19 **C. Department Costs**

20     **1. Summary of Forecast**

21     Figure 3-1 below shows the drivers in the 2020 forecast of department
22     costs compared to 2017 recorded costs.  The activities comprising the basis
23     for the 2017 recorded costs and forecast are described in Section C.2.  The
24     drivers of the 2020 forecast change are described in Section C.3.

**FIGURE 3-1**
**HR SERVICES EXPENSE WALK (2017 – 2020)**
**(THOUSANDS OF NOMINAL DOLLARS)**



1  **2.  Department Activities**

2      The HR Services Department is led by the Vice President (VP) of HR

3  and composed of the following five functions:

4  •   Talent Acquisition and Internal Mobility

5  •   Workforce Development

6  •   Performance and Inclusion

7  •   Labor Relations

8  •   HR Business Partners and Generalists

9  **a.  Vice President of Human Resources Service Delivery and Inclusion**

10      **Immediate Office**

11      The VP of HR Service Delivery and Inclusion provides direction and

12      oversight to the HR Service Delivery and Inclusion organization.  In this

13      role, the VP leads the HR Service Delivery and Inclusion team to

14      develop and manage budgets and resources while providing the support

15      and services needed by the Company's Lines of Business (LOB).  The

16      VP also oversees PG&E's compliance with the laws and regulations

1  governing Equal Employment Opportunity, Affirmative Action.  The VP
2  Immediate Office consists of the VP of HR and an Executive Assistant.[1]

### b. Talent Acquisition and Internal Mobility

4      The Talent Acquisition and Internal Mobility (Talent) team is
5  responsible for the recruitment and selection of a skilled, qualified and
6  diverse workforce, while ensuring compliance with applicable federal
7  and state laws and regulations.  The Talent team is responsible for filling
8  both represented and non-represented positions with internal or external
9  candidates though a competitive process of positions posted internally
10  and/or externally.[2]  PG&E's recruiters partner with hiring managers to
11  understand workforce needs and then develop a strategy to identity a
12  diverse, qualified pool of candidates.

13      In 2017, PG&E hired 1,044 new employees for regular or
14  summer intern positions.  With the reorganization of the Company and
15  the associated employee reductions that occurred in 2017, total hiring
16  was lower than previous years.  For example, in 2016, PG&E hired over
17  2,200 employees for regular or summer intern positions.  PG&E's
18  forecast assumes that hiring will increase over 2017 levels, with
19  approximately 1,800 employees hired in 2020.

20      Even in a difficult economy, some jobs are more difficult than others
21  to fill.  During the years when there is a good economy, the challenge
22  increases.  As the northern California economy has continued to expand
23  and unemployment in the San Francisco Bay Area, where many of

---

[1] Pursuant to California Senate Bill 901 [Public Utilities Code § 706 (effective January 1, 2019)], PG&E has adjusted its 2020 forecast to remove officer compensation and benefits.  To the extent such costs were included in the forecast for this organization, they are removed by way of an adjustment to PG&E's total GRC forecast.  See Exhibit (PG&E-8) Human Resources, Chapter 4A Safety Policies, Practices and Performance, and Total Compensation for additional information.

[2] The Talent team does not fill positions that are subject to PG&E's Collective Bargaining agreements with International Brotherhood of Electrical Workers Local 1245 and Engineers and Scientists of California Local 20, these jobs are filled by the internal Job Bidding process or external Hiring Halls.  These functions are provided by the HR Data and Operations team, see Chapter 2, Section C.2.e. of this exhibit.

1    PG&E's positions are located, dropped to less than 3 percent,[3] qualified
2    candidates will continue to have more job opportunities.  This will require
3    PG&E's Talent team to continue to seek out qualified candidates using
4    any means available to them.  In the near-term, PG&E has no reason to
5    believe that they Bay Area economy will drastically change, and
6    therefore, PG&E must continue to dedicate sufficient resources to its
7    Talent team so the organization has the required employee resources.

8    In addition to seeking out qualified candidates for open positions, in
9    2017 the Talent team implemented PG&E's "Hire Local" Program.
10   Under this program, preference is given to external candidates who live
11   within 50 miles of the location for the position being filled.  By hiring local
12   candidates, PG&E reduced the cost of relocation services[4] and reduced
13   the number of staff needed to support the recruiting process.  These
14   reductions occurred in both the HR Services and HR Operations
15   departments.[5]  As a part of PG&E's affordability efforts, the Talent team
16   has also looked for opportunities to improve the efficiency of PG&E's
17   recruitment process.

18   **c.  Workforce Development**

19   The Workforce Development Team oversees PG&E's
20   PowerPathway[6] and Master of Business Administration (MBA)
21   leadership and intern programs.  The team also manages PG&E's
22   college internship program.

23   The PowerPathway Program focus is on developing pipelines of
24   qualified candidates for PG&E's skilled craft positions.  The internship
25   programs bring in new and experienced workers and students to grow
26   and develop skills while also contributing to their assigned departments.
27   Team and program engagement can run anywhere from 10- to

---

[3]  Based on the Bureau of Labor Statistics information for April 2018.  San Francisco Bay Area counties include Alameda, Contra Costa, Marin, Napa, Sacramento, San Mateo, Santa Clara, Sonoma, and Yolo.

[4]  See Exhibit (PG&E-8) Chapter 5, Employee Benefits for the Relocation Program forecast.

[5]  See WP 3-16, Line 1 and WP 2-27, Line 1, Exhibit (PG&E-8).

[6]  See Exhibit (PG&E-8), Chapter 3A, pp. 3A-4, Line 1 to 3A-5, Line 2.

1    12-month assignments.  The forecast for the HR Services Department

2    includes the wages and salaries for the MBA leadership program

3    participants.

**d.  Performance and Inclusion**

5    PG&E is proud of its longstanding commitment to workforce

6    diversity and has long recognized the positive impact of having a diverse

7    workforce and inclusive culture has for improved business results,

8    customer service and community vitality.  Building a workforce that is

9    representative of the diversity of the customer base helps PG&E

10   anticipate, understand, and respond more effectively to the diverse

11   needs of the 15 million people in the California communities that

12   PG&E serves.

13   Diversity is embedded in each step of PG&E's key workforce

14   processes, including planning, hiring, training, and developing

15   employees.  The Performance and Inclusion team combines programs

16   that focus on diversity throughout all levels of the organization, including

17   a strong Equal Employment Opportunity and Affirmative Action

18   compliance component, with approximately 30 Affirmative Action plans

19   developed or updated each year to support PG&E's goal of having a

20   workforce that reflects the labor markets where PG&E employees live

21   and work.  The Performance and Inclusion team is also responsible for

22   PG&E's response to audits conducted by the Office of Federal Contract

23   Compliance Programs (OFCCP).  In 2017, PG&E responded to

24   three OFCCP audits, and in 2018 expects to respond to two OFCCP

25   audits.  These audits generally require significant PG&E resources.  For

26   example, PG&E estimates that approximately 350 hours are spent for

27   each OFCCP audit preparing the initial Desk Audit Packet and the

28   responses to the supplementary 21-item list that are required as an

29   initial response to each OFCCP audit.

30   One role of the Performance and Inclusion team is to provide

31   support to ensure compliance and that PG&E meets its commitments

32   around diversity and inclusion.  Another role the department owns is to

33   provide the enterprise with a robust performance management process,

34   enabling annual talent assessment and succession plans, and tracking

1      progress and success against development plans.  The team also
2      monitors the strength of identified talent pipelines.
3          In addition, the Performance and Inclusion team provides subject
4      matter expertise and counsel on issues of diversity and inclusion for the
5      Company, supports PG&E's 11 ERGs, leads PG&E's performance and
6      succession management programs, and provides the oversight for
7      certain aspects of PG&E's Leading Forward, leadership training
8      program—including safety leadership training.

9      **e.  Labor Relations**

10          The Labor Relations team is responsible for building and
11      maintaining a strong relationship with the three labor unions
12      (International Brotherhood of Electrical Workers Local 1245, Engineers
13      and Scientists of California, IFTPE Local 20, and the Service Employees
14      International Union United Service Workers West).  These unions
15      represent over 60 percent of PG&E's employees.  Labor Relations is
16      responsible for the negotiation of pay, benefits and working conditions
17      with the unions.  They also oversee the grievance process, including
18      investigation of grievances submitted by represented employees.
19      In 2017, the Labor Relations team received and investigated
20      462 grievances.  The Labor Relations team also supports leaders and
21      individual employees through interpretation of and training about the
22      labor agreements.

23      **f.  HR Business Partners and Generalists**

24          The HR Business Partners (HRBP) and Generalists team is
25      responsible for the implementation, adoption, and LOB adherence to
26      PG&E's HR programs and policies.  In addition to supporting leaders at
27      all levels of the Company, they are also responsible for investigating and
28      resolving employee complaints, other than those which are addressed
29      through the grievance process.  In 2017, the HRBP and Generalist team
30      received and investigated 886 employee complaints.  These complaints
31      ranged from allegation of discrimination and issues related to
32      performance reviews, hiring decisions, potential inappropriate use of
33      social media on company platforms.  The Company's deployment and

1    implementation of the Corrective Action Program has improved
2    employee speak up opportunity in the workplace resulting in an increase
3    in the number of internal investigations.

4    The HRBP and Generalist function is comprised of consultants at
5    the director, manager, and individual contributor levels, with the support
6    assigned to individual departments based on the complexity of work
7    performed in the department and the number of employees.  The HRBP
8    and Generalist consultants are the front-line HR support to PG&E's
9    leaders.  In that role, they deliver and support programs such as
10   performance management, annual pay planning, leadership
11   development, and succession planning.  They also provide coaching to
12   leaders on how to handle employee situations, advise on employee
13   relations matters, support development and implementation of employee
14   engagement plans, support development of their client's workforce
15   plans, and consult on organizational design.

16   **3.  2020 Forecast Drivers**

17   The See Table 3-1 for the HR Operations Department costs by Federal
18   Energy Regulatory Commission (FERC) account.

19   **a.  Labor Escalation**

20   PG&E forecasts labor escalation of $1.8 million based on the labor
21   escalation factors provided in Exhibit (PG&E-8), Chapter 4.

22   **b.  Staffing Changes**

23   The HR Services Department forecasts a decrease of 14 Full-Time
24   Employees (FTE) (from 154 FTEs as of the end of 2017[7] to 140 FTEs in
25   2020).[8]  The staffing reduction is spread across the department, with the
26   largest reduction (six FTEs) in the Talent Acquisition and Internal
27   Mobility team (recruitment team) associated with a decrease in
28   requisitions.  One additional FTE reduction is based on forecast

---

[7]  See WP 3-15, Line 1, Exhibit (PG&E-8) for headcount changes (including vacancies) year-over-year (YOY), (Schedule FTE).

[8]  See WP 3-16, Line 1-3, Exhibit (PG&E-8) for a detailed YOY explanation of changes, (Schedule FTE Variance).

1         efficiencies gained through the Enabling Online HR project described in
2         Chapter 2, Section D.1.a. in this exhibit.[9]

3        **c. Contracts and Materials**

4            PG&E forecasts a $1.3 million increase in contracts in 2020
5         compared to 2017. The increase is primarily attributable to an increase
6         in the cost of PG&E's leadership training program, as well as outside
7         support for investigations related to employee complaints, labor
8         negotiations, and an increase in costs associated with identifying and
9         pursuing diverse employee candidates.

10 **D. Companywide Expenses – Workforce Transition**

11      PG&E forecasts $18.8 million[10] for this program in 2020, which is a
12 $17.8 million decrease compared to 2017 recorded adjusted costs. The forecast
13 is based on a 5-year average of recorded costs, which is the same methodology
14 adopted by the Commission in the 2014 General Rate Case (GRC) and which
15 PG&E used in its 2017 GRC. Table 3-2 provides a summary of the recorded
16 adjusted and forecast costs.

17      Over time, a company may experience changes in their workforce makeup
18 whether it is through changes in technology, reduction in projects and customer
19 needs, outsourcing of a function, an organizational update, or overall process
20 changes. These changes may in turn impact employees through removal or
21 redefinition of their position at the company. PG&E's Workforce Transition
22 Program provides financial and career resource support to impacted employees
23 and is designed to provide them time to transition into new positions at PG&E or
24 pursue employment opportunities elsewhere.

25      Severance payments are a common aspect of such a program. At PG&E,
26 payments are based on an employee's length of service and their salary at the
27 time of the position elimination. The cost of the severance payments is the most
28 significant cost component of the overall program. PG&E encourages
29 employees to look for open positions within the Company. To that end,
30 employees receive full pay and benefits during a redeployment period (generally

---

**9**   See WP 3-9, Exhibit (PG&E-8).

**10**  See WP 3-18, Line 5, Exhibit (PG&E-8).

1    45 days) where their sole responsibility is to look for a new position.  In addition,

2    the program offers support to employees through outplacement services.

3    **E.  Compliance With 2017 GRC Settlement:  Section 3.2.8.4.**

4         The 2017 GRC Settlement Agreement requires PG&E to include testimony

5    in this GRC on deferred work where the following criteria are met:

6    1)  The work was requested and authorized based on representations that it

7         was needed to provide safe and reliable service;

8    2)  PG&E did not perform all of the authorized and funded work, as measured

9         by authorized (explicit or imputed) units of work; and

10   3)  PG&E continues to represent that the curtailed work is necessary to provide

11        safe and reliable service.

12        Criterion (1) is deemed to apply for work presented as work needed to

13   provide safe and reliable service in PG&E's 2017 GRC testimony.  Next, to

14   determine if criterion (2) applies, PG&E reviewed recorded 2017 data and 2018

15   and 2019 forecasts.  Under PG&E's analysis, criterion (2) applies where PG&E's

16   2017 actuals and forecast indicates that the explicit or imputed units of work

17   from the 2017 GRC will not be completed by the end of 2019.  Finally, to

18   determine if criterion (3) applies, PG&E reviewed its 2020 testimony to establish

19   whether it is again proposing the same work for safety and reliability.

20        For those projects where one of the three criteria did not apply, PG&E

21   determined that it did not qualify as deferred work per the 2017 GRC Settlement

22   Agreement criteria.

23        Chapter 3 contains no work presented in the 2017 GRC as being "needed to

24   provide safe and reliable service" and therefore does not include deferred work

25   as defined by the 2017 GRC Settlement Agreement.

26   **F.  Summary/Cost Tables**

27        The tables below show the recorded adjusted and forecast costs for the

28   HR Services Department and the Workforce Transition Program.

**TABLE 3-1**
**HR SERVICES DEPARTMENT COSTS BY FERC ACCOUNT**
**(THOUSANDS OF NOMINAL DOLLARS)**

| Line No. | Description | 2013 Recorded Adjusted | 2014 Recorded Adjusted | 2015 Recorded Adjusted | 2016 Recorded Adjusted | 2017 Recorded Adjusted | 2018 Forecast | 2019 Forecast | 2020 Forecast | Workpaper Reference |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 920 – Admin & Gen Salaries | $20,848 | $20,812 | $21,037 | $20,899 | $17,995 | $17,577 | $18,183 | $18,442 | WP 3-1, Line 1 |
| 2 | 921 – Office Supplies & Ex | 2,905 | 1,871 | 2,070 | 1,794 | 967 | 696 | 696 | 696 | WP 3-1, Line 2 |
| 3 | 923 – Outside Svc Employ – Utility | 4,514 | 2,869 | 2,305 | 2,166 | 2,254 | 3,755 | 3,745 | 3,855 | WP 3-1, Line 3 |
| 4 | 923 – Outside Svc Employ – Corp | – | – | – | – | – | – | – | – | WP 3-1, Line 4 |
| 5 | Total | $28,268 | $25,552 | $25,412 | $24,859 | $21,216 | $22,028 | $22,624 | $22,992 | WP 3-1, Line 5 |

**TABLE 3-2**
**WORKFORCE TRANSITION PROGRAM – COMPANYWIDE EXPENSES**
**(THOUSANDS OF NOMINAL DOLLARS)**

| Line No. | Description | 2013 Recorded Adjusted | 2014 Recorded Adjusted | 2015 Recorded Adjusted | 2016 Recorded Adjusted | 2017 Recorded Adjusted | 2018 Forecast | 2019 Forecast | 2020 Forecast | Workpaper Reference |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Severance Payments | $15,193 | $10,318 | $6,866 | $4,758 | $29,184 | $14,443 | $14,917 | $15,407 | WP 3-18, Line 1 |
| 2 | Transitional Pay | 2,226 | 2,204 | 1,040 | 648 | 5,628 | 2,549 | 2,633 | 2,719 | WP 3-18, Line 2 |
| 3 | Outplacement Assistance | 536 | 613 | 335 | 81 | 1,536 | 644 | 657 | 671 | WP 3-18, Line 4 |
| 4 | Total | $17,955 | $13,135 | $8,241 | $5,487 | $36,348 | $17,636 | $18,207 | $18,797 | WP 3-18, Line 5 |

**PACIFIC GAS AND ELECTRIC COMPANY**

**CHAPTER 3A**

**REPORT ON DIVERSITY AND INCLUSION**

PACIFIC GAS AND ELECTRIC COMPANY
CHAPTER 3A
REPORT ON DIVERSITY AND INCLUSION

TABLE OF CONTENTS

A.  Introduction .................................................................................3A-1

B.  Aspirational Hiring Goals ..............................................................3A-2

C.  Candidate Pipelines ......................................................................3A-3

    1.  PG&E PowerPathway™ ...........................................................3A-4

    2.  Community Partnerships and Outreach ..................................3A-5

    3.  PG&E Scholarship Programs ..................................................3A-5

# PACIFIC GAS AND ELECTRIC COMPANY
# CHAPTER 3A
# REPORT ON DIVERSITY AND INCLUSION

## A. Introduction

Pacific Gas and Electric Company (PG&E or the Company) is proud of its longstanding commitment to workforce diversity and has long recognized the positive impact that having a diverse workforce and inclusive culture has for improved business results, customer service and community vitality. PG&E's goal is to have a workforce that reflects the diverse communities it serves. This chapter provides statistics on the diversity of PG&E's employee workforce as well as a summary of workforce development and recruiting strategies and activities PG&E uses to support its diversity goals. This chapter also includes information on PG&E's Aspirational Hiring Goals (AHG).

The Company continues to see a steady increase in the overall representation of minorities in the workforce as shown in Table 3A-1 below. The most significant five-year increase is seen in the Laborers and Helpers Equal Employment Opportunities Commission (EEOC) category,[1] which at 53 percent of the population represents a 7.2 percent increase over 2013.

**TABLE 3A-1**
**PERCENT MINORITIES 2013-2017[a]**

| Line No. | EEOC Category | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|
| 1 | Officials and Managers | 30.1% | 31.3% | 32.0% | 32.6% | 33.2% |
| 2 | Professionals | 42.3 | 42.5 | 43.8 | 44.9 | 44.8 |
| 3 | Technicians | 37.9 | 41.9 | 39.4 | 39.6 | 43.9 |
| 4 | Administrative Support Workers | 59.7 | 59.7 | 60.7 | 62.4 | 63.4 |
| 5 | Craft Workers | 32.3 | 31.9 | 32.6 | 33.0 | 33.9 |
| 6 | Operatives | 37.8 | 33.3 | 41.8 | 39.3 | 39.2 |
| 7 | Laborers and Helpers | 45.8 | 47.7 | 48.1 | 48.2 | 53.0 |
| 8 | Service Workers | 31.7 | 32.2 | 33.2 | 34.7 | 34.6 |
| 9 | Total | 40.4% | 41.1% | 41.7% | 42.7% | 43.3% |

(a)  Source:  PG&E Corporation EEO-1 Report as of December 1, 2017 (for 2013–2016 as of July 1).

---

[1]  EEOC job categories are described in Standard Form 100, Rev. March 2018, Employer Information report EEO-1, Instruction booklet.

1    As shown in Table 3A-2 below, the overall representation of women in the

2    PG&E workforce slightly decreased over the time-period to 27.6 percent,

3    however the percentage of Officials and Managers increased by 1.2 percent

4    over that same time period.

**TABLE 3A-2**
**REPRESENTATION OF WOMEN 2013-2017[a]**

| Line No. | EEOC Category | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|
| 1 | Officials and Managers | 31.9% | 32.2% | 32.0% | 32.6% | 33.1% |
| 2 | Professionals | 34.8 | 35.0 | 35.2 | 34.5 | 34.8 |
| 3 | Technicians | 18.4 | 18.7 | 18.6 | 18.6 | 19.1 |
| 4 | Administrative Support Workers | 74.7 | 72.3 | 71.8 | 72.0 | 70.7 |
| 5 | Craft Workers | 4.0 | 2.7 | 2.6 | 2.4 | 2.5 |
| 6 | Operatives | 12.9 | 3.4 | 4.8 | 4.0 | 3.4 |
| 7 | Laborers and Helpers | 6.6 | 9.2 | 11.2 | 12.0 | 10.8 |
| 8 | Service Workers | 11.3 | 9.7 | 10.3 | 8.0 | 8.4 |
| 9 | Total | 28.3% | 28.2% | 28.1% | 28.4% | 27.6% |

(a)  Source:  PG&E Corporation EEO-1 Report as of December 1, 2017 (for 2013-2016 as of July 1).

5    PG&E's representation of minorities in the workforce continues to

6    significantly outpace the utility industry average, while the representation of

7    women in the workforce remains slightly above the national average.

**TABLE 3A-3**
**PG&E'S REPRESENTATION OF WOMEN AND MINORITIES**
**COMPARED TO THE NATIONAL UTILITIES AVERAGE[a]**

| Line No. | Category | PG&E Dec 2017 | National Gas and Electric Utilities Average |
|---|---|---|---|
| 1 | Minorities | 43.3% | 24.9% |
| 2 | Women | 27.6% | 25.5% |

(a)  Source:  2017 EEO-1 Reports, Combined Electric and Gas Utilities, United States Equal Employment Opportunity (EEO) Commission, Job Patterns for Minorities and Women in Private Industry (EEO-1).

8  **B.  Aspirational Hiring Goals**

9    Each year PG&E continues to establish AHG as one means to measure

10    PG&E's progress toward an employee population that represents the

1     communities we serve. This section addresses the requirement adopted in

2     Decision (D). 17-05-013:

3         Section 3.2.6.1.1 of the Settlement Agreement provides that PG&E will
4         continue to establish and further develop good-faith aspirational diversity
5         hiring goals in support of PG&E's goal that PG&E's employees at all levels
6         reflect the diversity of the communities PG&E serves. Diversity hiring goals
7         will be established, measured, and reported in alignment with the factors
8         used by the U.S. Department of Labor Office of Federal Contract
9         Compliance Program and demographics available for the U.S. Census
10        Bureau.

11     PG&E's AHG is developed by comparing internal and external hires to labor

12     market availability for the jobs that were filled. Labor market availability is based

13     on Affirmative Action Plan methodology which considers both internal and

14     external workforce data. PG&E's objective in establishing AHG is for hiring to be

15     in parity with the labor market. The table below shows the diversity of the

16     employees hired by PG&E in 2017 compared with the AHG determined using

17     the process described above.

**TABLE 3A-4**
**PG&E ASPIRATIONAL HIRING GOALS AND ACTUAL HIRES**

| Line No. | 2017 EOY Hires | | | Aspirational Hiring Goal | | Actual Hiring over AHG | |
|---|---|---|---|---|---|---|---|
| | Minority | Women | Total | Minority | Women | Minority | Women |
| 1 | 50.6% | 29.1% | 1,277 | 37.5% | 28.4% | 13.1% | 0.7% |

18 **C. Candidate Pipelines**

19     PG&E continues to maintain and develop candidate pipelines that can

20     provide PG&E with the qualified candidates it needs to continue to deliver safe

21     and reliable service while also providing opportunities for diverse prospective

22     candidates to gain the skills and experience that will allow them to successfully

23     compete for positions. This testimony also addresses the requirement adopted

24     in D.17-05-013:

25         Section 3.2.6.1.2 of the Settlement Agreement provides that PG&E shall
26         continue to provide and support activities that build both near-term and
27         future pipelines of diverse candidates throughout its service territory.

1. **PG&E PowerPathway™**

To proactively develop the future workforce, PG&E continues its nationally-recognized PG&E PowerPathway Program. Since its inception, 900 people have graduated from the PG&E PowerPathway Program. PowerPathway is a collaborative workforce development model building California's capacity to produce the skilled, diverse workers needed by PG&E as well as the energy and utilities industry in northern and central California. PowerPathway partners with industry, government, labor, community-based organizations, foundations and California educational institutions to cultivate the career pathways that strengthen community and prospective employee access to hard-to-fill skilled craft worker jobs. By uncovering industry-driven workforce needs and engaging in public-private partnerships to establish career pathways, especially in underserved communities and with returning military veterans, PowerPathway has helped PG&E become a nationally recognized leader in workforce development. Table 3A-5 shows the percentage of PowerPathway participants who are veterans, minorities, or women.

**TABLE 3A-5**
**POWERPATHWAY DIVERSE PARTICIPANTS 2013-2017**

| Line No. | Category | Percentage of Participants |
|---|---|---|
| 1 | Minorities | 63% |
| 2 | Women | 13% |
| 3 | Veterans | 54% |

PowerPathway has established a range of relationships with workforce investment boards and educational institutions throughout California to enable the rapid replication and scale up of programs. Partnerships include but are not limited to: Cypress Mandela Training Center (Oakland), Sacramento Employment Training Agency, Swords to Plowshares, and Fresno Community College.

PowerPathway also collaborates closely with the industry consortium, Center for Energy Workforce Development, to develop statewide and

Case: 19-30088   Doc# 1112-20   Filed: 03/28/19   Entered: 03/28/19 16:34:16   Page 52 of 218

1  national workforce strategies focused on creating greater awareness and
2  building career pathways for energy and utility careers.

### 2. Community Partnerships and Outreach

4  PG&E works with many local, regional, and national community groups,
5  educational institutions, and community-based organizations to ensure the
6  Company attracts employees from diverse applicant pools.  The Company
7  collaborates with organizations to identify and achieve mutually beneficial
8  goals.  Among the organizations that PG&E works with are:

9  - National Society of Black Engineers
10 - Society of Hispanic Professional Engineers
11 - Society of Women Engineers
12 - Math Engineering and Science Achievement Program
13 - The American Association of Blacks in Energy
14 - Professional Business Women of California
15 - Tradeswomen, Inc.
16 - Department of Rehabilitation
17 - Hire America's Heroes
18 - Swords to Plowshares
19 - Sentinels of Freedom
20 - Cal Vet
21 - Cypress Mandela Training Center
22 - Oakland Private Industry Council
23 - Jewish Vocational Services
24 - Workforce Institute
25 - Work2future
26 - JobTrain
27 - CA Conservation Corps
28 - College of San Mateo
29 - Center for Employment Training

### 3. PG&E Scholarship Programs

31 PG&E believes that supporting higher education is a cornerstone of
32 developing the workforce of the future.  PG&E supports two signature
33 scholarship programs which are funded by employee donations and

1  charitable contributions.**2**  Both are targeted to the diverse communities in
2  the PG&E service territory and require that the student's primary residence
3  is within the territory.

4  Employee Resource Group (ERG) Scholarships

5      Ten of the ERGs has a scholarship program.  In 2017, over $450,000
6  was distributed to more than 180 students to pursue undergraduate,
7  graduate and continuing education.  The scholarships are funded primarily
8  with employee donations.  The scholarship criteria include demonstration of
9  scholastic excellence and support for the local communities.  Many of the
10  recipients are the first in their families to attend college.  The scholarship
11  amounts range from $1,000 to $8,000.

12  Better Together

13      This program awards scholarships to a diverse group of students—not
14  only those graduating high school, but also community college and
15  vocational students.  Scholarship winners receive renewable scholarships of
16  up to $20,000 per year for up to five years; program finalists receive $2,000
17  towards their studies.  These scholarships are awarded based on a
18  combined demonstration of community leadership, personal triumph,
19  financial need and academic achievement.  All majors are eligible, with
20  preference given to students majoring in engineering and other science,
21  technology, engineering and mathematics.

---

**2**    The cost of the scholarships are not included in PG&E's forecast.

**PACIFIC GAS AND ELECTRIC COMPANY**

**CHAPTER 4**

**TOTAL REWARDS, STIP, NON-QUALIFIED RETIREMENT AND**

**LABOR ESCALATION**

PACIFIC GAS AND ELECTRIC COMPANY
CHAPTER 4
TOTAL REWARDS, STIP, NON-QUALIFIED RETIREMENT AND LABOR
ESCALATION

TABLE OF CONTENTS

A.   Introduction ........................................................................................... 4-1

B.   PG&E Compensation Policy .................................................................. 4-1

C.   Total Compensation Study .................................................................... 4-2

     1.   Vendor Selection ........................................................................... 4-3

     2.   Study Methodology ........................................................................ 4-3

     3.   Competitiveness of PG&E's Compensation .................................. 4-6

          a.   The TCS Concluded PG&E's Total Compensation Is Competitive
               With the Market ..................................................................... 4-6

          b.   PG&E Is Not Seeking Recovery of a Significant Portion of
               Compensation Paid to Employees ......................................... 4-6

          c.   The +/- 10 Percent Competitive Range Used in the TCS Is
               Appropriate and Consistent With the Industry Standard .................... 4-7

          d.   Evaluating PG&E's Compensation on an Aggregate Total
               Compensation Basis .............................................................. 4-9

D.   Short-Term Incentive Plan .................................................................. 4-10

     1.   Summary of Forecast .................................................................. 4-11

     2.   Plan Description .......................................................................... 4-11

          a.   Plan Measures ...................................................................... 4-12

               1)   Safety ............................................................................ 4-12

               2)   Customer ....................................................................... 4-14

               3)   Financial ........................................................................ 4-14

          b.   Benefits of the STIP Program .............................................. 4-16

               1)   Incentive Plans Like STIP Are a Commonly-Accepted
                    Compensation Component for Professional and Management
                    Employees ..................................................................... 4-16

PACIFIC GAS AND ELECTRIC COMPANY
CHAPTER 4
TOTAL REWARDS, STIP, NON-QUALIFIED RETIREMENT AND LABOR
ESCALATION

TABLE OF CONTENTS
(CONTINUED)

    2)  Incentive Pay Is Better for the Company and for Customers Than a Base Pay Alternative ...................................................... 4-17

    c.  STIP Is a Reasonable Cost of Service ............................................... 4-18

E.  Companywide Expenses Non-Qualified Retirement Plans ............................ 4-19

   1.  Summary of Forecast .................................................................... 4-19

   2.  Non-Qualified Retirement Plans ...................................................... 4-19

    a.  Non-Qualified Pension Benefits – SERP and Retirement Excess ..... 4-19

    b.  Non-Qualified Defined Contribution Benefits .................................. 4-21

F.  Reward and Recognition Program ................................................................. 4-22

G.  Labor Escalation ............................................................................................. 4-23

   1.  Bargaining-Unit Wage Increases ................................................... 4-24

    a.  IBEW Clerical and Physical Bargaining Units ................................... 4-24

    b.  ESC Bargaining Unit ...................................................................... 4-24

    c.  SEIU Bargaining Unit ..................................................................... 4-25

   2.  Non-Bargaining Unit Employee Pay Increases ....................................... 4-25

H.  Total Rewards Department Costs .................................................................. 4-26

   1.  Summary of Forecast .................................................................... 4-26

   2.  Department Activities .................................................................... 4-26

   3.  2020 Forecast Drivers .................................................................. 4-28

    a.  Labor Escalation ........................................................................... 4-28

    b.  Staffing Changes ........................................................................... 4-28

    c.  Contracts and Materials .................................................................. 4-28

I.  Information Technology Projects .................................................................... 4-29

4-ii

PACIFIC GAS AND ELECTRIC COMPANY
CHAPTER 4
TOTAL REWARDS, STIP, NON-QUALIFIED RETIREMENT AND LABOR
ESCALATION

TABLE OF CONTENTS
(CONTINUED)

1.   IT Projects for the 2020 GRC Period ....................................................... 4-29

   a.   Tool to Automate Job and Market Analysis ........................................ 4-29

   b.   Job Connect Phases 2 and 3 ................................................................ 4-29

2.   IT Projects Completed Prior to 2020 ...................................................... 4-30

   a.   Tool to Automate Pay Decisions for Placements .............................. 4-30

J.   Compliance With 2017 GRC Settlement:  Section 3.2.8.4 .............................. 4-30

K.   Summary and Cost Tables ............................................................................ 4-31

# PACIFIC GAS AND ELECTRIC COMPANY
# CHAPTER 4
# TOTAL REWARDS, STIP, NON-QUALIFIED RETIREMENT AND LABOR ESCALATION

## A. Introduction

Offering a market competitive package of compensation and benefits is critical for Pacific Gas and Electric Company (PG&E, the Company, or the Utility) to attract and retain the workforce needed to safely and reliably deliver electric and natural gas service.  PG&E's programs are designed to be competitive and meet the needs of employees at different levels and stages of their career.  In addition, for over 60 percent of PG&E's employees, compensation and benefits are subject to collective bargaining.

Designing and overseeing the delivery of these programs is the responsibility of the Total Rewards Department.  Their focus is on designing programs that are competitive with the market and cost-effective for PG&E and its customers.  This chapter addresses PG&E's Total Rewards department costs and the technology projects forecast for that department.  The chapter also provides an overview of the Total Compensation Study (TCS), the forecast for the Short-Term Incentive Plan (STIP) and the non-qualified retirement programs.  This chapter also discusses the Labor Escalation forecast and the Rewards and Recognition Program.  Chapter 4A includes a discussion on safety and compensation, including responses to specific questions required by the California Public Utilities Commission (CPUC or Commission) in Decision (D.) 17-05-013.  Chapter 5 of this exhibit discusses the remaining employee benefits programs.[1]

## B. PG&E Compensation Policy

PG&E's compensation policy is to provide cash compensation that is competitive with the relevant job market and that reflects the job that the individual employee performs.  The market and job specific considerations include required experience and expertise as well as the cost of labor in

---

[1] The Tuition Refund Program is discussed in Chapter 6 (PG&E Academy) of this exhibit.

1   San Francisco Bay area.  With the Bay Area job market showing no signs of

2   weakening, PG&E must continually evaluate its offerings to remain competitive.

3       PG&E's employee cash compensation includes a mix of base pay and

4   incentive compensation, with the proportion of incentive compensation

5   increasing as an employee's level in the organization increases.  Increasing the

6   proportion of employee cash compensation tied to incentives at higher levels in

7   the organization allows PG&E to ensure that leaders priorities and those they

8   establish for their teams align with those for the organization.

9       In addition, with over 60 percent of PG&E's employees represented by

10  one of three labor unions,[2] much of PG&E's employee compensation is also

11  dependent on reaching agreements with those unions that can be ratified by

12  their members.  As discussed in Section C below, an independent consultant

13  found PG&E's Total Compensation (cash compensation and benefits) to be

14  competitive with the market.

15  **C.  Total Compensation Study**

16      In accordance with Commission directives, PG&E hired an independent

17  consulting firm—Willis Towers Watson (WTW)—to perform the TCS for this

18  GRC.  The TCS provides an independent analysis of the competitiveness of the

19  Company's total compensation (cash compensation and benefits) compared to

20  the relevant market.  The TCS is provided as Chapter 7 of this exhibit.  The TCS

21  found that PG&E's actual 2017 compensation and target total compensation

22  were competitive with the market at 106.4 percent and 107.0 percent of the

23  market respectively.  As discussed below, PG&E is not seeking recovery of

24  portions of compensation included within the TCS such as executive

25  compensation.  Excluding those items, PG&E's actual compensation is

26  approximately 105.2 percent of the market.[3]

---

**2**  Employees are represented by the International Brotherhood of Electrical Workers (IBEW) Local 1245, the Engineers and Scientists of California (ESC), Local 20 and the Service Employee International Union.

**3**  See Section C.3.b below.

1      **1.   Vendor Selection**

2          PG&E contracted with WTW to conduct the TCS for this GRC.[4]  WTW is

3      an expert, independent compensation and benefits consulting firm.  PG&E

4      directly awarded the contract for the TCS to WTW in order to reduce the

5      costs associated with issuing a Request for Proposal (RFP) and conducting

6      a competitive selection process.  In addition, PG&E negotiated a price to

7      conduct the study that was less than the 2017 General Rate Case (GRC)

8      TCS, by asking WTW to pass through to PG&E the savings associated with

9      not having to respond to an RFP.

10     **2.   Study Methodology**

11         The methodology WTW used, as well as study results and supporting

12     information, is provided in Chapter 7 of this exhibit and its supporting

13     workpapers.

14         WTW defined "total compensation" to include "cash compensation (base

15     salary and short-term incentives), plus the value of employee benefits."[5]

16     Specifically, the TCS evaluated the following components of compensation

17     and benefits:[6]

18     •   Actual and target total cash compensation

19         –   Base salary

20         –   Actual short-term incentive awards (actual amounts for

21             2016 performance paid in 2017)

22         –   Target 2017 short-term incentive awards

23     •   Employee benefits for peer companies and/or PG&E

24         –   Defined benefit pension and defined contribution retirement plans

25             (including stock purchase plans)

26         –   Disability plans (short-term[7] and long-term disability)

27         –   Medical plans (active and retiree)

---

[4]   The Public Advocates Office at the CPUC declined to participate in the selection of the
      consultant to complete the TCS or in the development of the study itself.

[5]   See Exhibit (PG&E-8), Chapter 7, p. 7-7.

[6]   See Exhibit (PG&E-8), Chapter 7, p. 7-7.

[7]   While all other benefits were evaluated using the 2017 plan, the short-term disability
      plan was evaluated using the new short-term disability plan implemented in 2018 as
      that is the plan PG&E has included in its forecast.  See Exhibit (PG&E-7), Chapter 1A.

1          –    Dental plans (active and retiree)

2          –    Life insurance (active and retiree group life)

3          Table 4-1 below lists components of employee compensation included

4    in PG&E's proposed revenue requirement in this GRC, as well as those that

5    are excluded from this GRC forecast either because they have been

6    authorized in other Commission proceedings or are funded by shareholders.

7          WTW conducted a geographic analysis using the same methodology as

8    was used in the 2017 GRC TCS.  Based on the results of that analysis the

9    study results for all employee categories except executives include a

10   geographic differential adder.[8]

11         To conduct a TCS, many decisions must be made regarding the

12   methodology to be used, how to apply that methodology, how to properly

13   categorize data and interpret the results.  As the independent consultant,

14   WTW was responsible for decisions relating to the study assumptions and

15   methodology.[9]

---

[8]  See Exhibit (PG&E-8), Chapter 7, pp. 7-21 and 7-22 for additional information on the geographic analysis.

[9]  See Exhibit (PG&E-8), Chapter 7, p. 7-5.

**TABLE 4-1**
**COMPONENTS OF PG&E EMPLOYEE COMPENSATION**

| Line No. | Component | Included in Study | Not Included in Study |
|---|---|---|---|
| 1 | **Included in Forecast Revenue Requirement** | | |
| 2 | Base Pay for Non-Officers | X | |
| 3 | STIP for Non-Executives | X | |
| 4 | Other bonuses, incentives and pay related components such as R&R Program awards, signing bonuses and overtime pay[a] | | X |
| 5 | Retirement/Savings Benefits for Non-officers: Defined benefit pension, defined contribution retirement plan and non-qualified retirement plans, including Supplemental Retirement Savings Plan (SRSP) matching contributions[a],[b] | X | |
| 6 | Health/Group Benefits for Non-Officers: Pre-retirement and post-retirement medical and dental plans, pre-retirement and post-retirement life insurance plans, flexible spending accounts and short-term disability plans[a] | X | |
| 7 | Long-Term Disability | X | |
| 8 | Other Benefits for Non-Officers: Vision, Service Awards, Tuition Refund and Employee Relocation[a] | | X |
| 9 | Workforce Management – Severance Program (non-executive) | | X |
| 10 | Workers' Compensation Program | | X |
| 11 | **Shareholder Funded – Excluded From Forecast Revenue Requirement** | | |
| 12 | Base Pay for Officers | X | |
| 13 | STIP for Executives | X | |
| 14 | Benefits for Officers:<br><br>Defined contribution retirement plan and non-qualified retirement plans, including SRSP matching contributions.<br><br>Flexible spending accounts and short-term disability plans.[a],[b] | X | |
| 15 | Other Benefits for Officers: Vision, Service Awards, Tuition Refund and Employee Relocation[a] | | X |
| 16 | Long-Term Incentives: Restricted Stock and Performance Shares | | X |
| 17 | Executive Stock Ownership Program (Senior VP and Above) | | X |
| 18 | Executive Flexible Perquisites (Band 5 Officers and Above) | | X |
| 19 | SRSP Credited Earnings | X | |
| 20 | Financial Counseling – The Ayco Company (Select Officers) | | X |

_____

(a)  Pursuant to Senate Bill (SB) 901, effective January 1, 2019, PG&E has removed the cost of compensation and benefits officers from its 2020 GRC forecast. Additional information can be found in Chapter 4A, Safety Policies, Practices and Performance, and Total Compensation, of this exhibit.

(b)  Rate recovery for pension trust funding was approved by the Commission in D. 09-09-020 and is not included in this GRC request.

Case: 19-30088   Doc# 1112-20   Filed: 03/28/19   Entered: 03/28/19 16:34:16   Page 63 of 218

3. **Competitiveness of PG&E's Compensation**

   a. **The TCS Concluded PG&E's Total Compensation Is Competitive With the Market**

   The TCS concluded that PG&E's actual and target total compensation were 6.4 percent and 7.0 percent above the market average, respectively, and competitive with the relevant market.[10]

   Notwithstanding the TCS conclusion that PG&E's total compensation is competitive, the TCS included some compensation for PG&E that is excluded from PG&E's 2020 forecast. Specifically, the TCS included: (1) $3.6 million of executive STIP for executives included in the study; (2) $7.6 million if base salary and benefits for officers included in the study, which PG&E has excluded pursuant to SB 901;[11] (3) an estimated $6 million of costs attributable to shareholder-funded activities based on the Company's 2017 below-the-line labor percentage.[12] When those items are excluded, PG&E's actual compensation is approximately 105.2 percent of the market.[13]

   b. **PG&E Is Not Seeking Recovery of a Significant Portion of Compensation Paid to Employees**

   With respect to the 2020 forecast, PG&E is not seeking recovery in this GRC for approximately $114 million of compensation provided to Company officers and other higher-level management employee. This includes: (1) $8.6 million in executive STIP payments for all executives;[14] (2) $84.8 million in long-term incentives for executive and

---

[10] See Chapter 7, p. 7-8 of this exhibit.

[11] Because of the timing of the legislation, the TCS included base salary and benefits for the included officers, that compensation has since been removed from PG&E's 2020 forecast.

[12] See Exhibit (PG&E-10), WP 7-68.

[13] See Exhibit (PG&E-8), WP 4-85.

[14] In preparing its 2020 forecast, PG&E removed this amount from its 2017 recorded costs. See Exhibit (PG&E-8) WP 4-31, Line 7 plus Line 9.

1       non-executive employees; and (3) approximately $21 million of base

2       salary and benefits for officers.**15**

3       **c.   The +/- 10 Percent Competitive Range Used in the TCS Is**

4             **Appropriate and Consistent With the Industry Standard**

5       WTW determined that a range of +/- 10 percent of the market

6       average was appropriate to determine competitiveness for this study.**16**

7       That is consistent with the opinions of other independent consultants

8       who have evaluated PG&E's compensation in previous GRCs.**17**  It is

9       consistent with my experience as a compensation professional as well.

10       In the TCS, WTW explains why a +-10 percent range of

11      competitiveness is both consistent with industry standard and

12      appropriate for this study, pointing primarily to:  (1) natural variances

13      between compensation levels and survey data; and (2) potential

14      survey error.

15      First, with respect to variances between compensation data and

16      survey data, WTW notes that while, in some cases companies may use

17      a range of up to a 20 percent:

18            [A] range of plus or minus 10 percent is generally considered by
19            compensation professionals, including Willis Towers Watson, to
20            account for individual employee and organizational variances that
21            naturally occur between an organization's total compensation levels
22            and survey data.**18**

---

**15**  Pursuant to California SB 901 [Public Utilities Code § 706 (effective January 1, 2019)],
PG&E has adjusted its 2020 forecast to remove officer compensation and benefits as of
September 2018.  See Exhibit (PG&E-8) Human Resources, Chapter 4A Safety
Policies, Practices and Performance, and Total Compensation for additional
information.  See WP 4A-1, Exhibit (PG&E-8), Chapter 4A – Officer Comp detail.
Please note, as shown in WP 4A-1, PG&E has removed approximately $7.7  million of
compensation and benefits associated with SEC Rule 240.3b-7 officers and will remove
an additional, approximately $13 million in compensation for other officers.  PG&E will
update its RO and WP 4A-1 to reflect the additional forecast reduction.

**16**  See Exhibit (PG&E-8), Chapter 7, p. 7-10 of this exhibit.

**17**  See Exhibit (PG&E-8), Chapter 7, p. 7-10 of this exhibit (noting that "a range of plus or
minus 10 percent is generally considered by compensation professionals, including
Willis Towers Watson, to account for individual employee and organizational variances
that naturally occur between an organization's total compensation levels and survey
data); see also PG&E's 2014 GRC TCS conducted by Mercer, Exhibit (PG&E-8),
Chapter 4, p. 4-14.

**18**  See Exhibit (PG&E-8), Chapter 7, p. 7-10 of this exhibit.

1  WTW discusses cases where a 20 percent variance are common,

2  noting that:

3  …certain PG&E employee categories, such as executives, and
4  certain components of total compensation, such as benefits, Willis
5  Towers Watson acknowledges that larger variances are common –
6  in excess of plus or minus 20 percent.  This variation is especially
7  true for retirement benefits.[19]

8  WTW notes that these:

9  …variances are typically attributed to:

10  • Years of experience for the employees in a role and/or tenure
11  within the organization
12  • Expected and realized differences in employee performance
13  levels impacting pay, and
14  • Different pay philosophies and strategies influencing a
15  company's total pay mix (e.g. pay for performance environments
16  can provide lower base salary, yet higher short-term incentive
17  levels).

18  Second, with respect to the effect of potential survey error, WTW

19  discusses the issue within the context of the TCS,[20] stating:

20  …when job data from several organizations is analyzed by survey
21  vendors, several variations influence the pay statistics reported for a
22  particular job, such as:

23  • Matching benchmark jobs:  A job is considered a good match if
24  80 percent of the responsibilities match, but not all organizations
25  who submit data necessarily match the same way.
26  • Incumbent counts:  Low incumbent counts reported by an
27  organization providing data to a survey can influence the pay
28  statistics reported in the survey.
29  • Matching career levels:  Organizations have different types of
30  structures – broadband versus traditional – therefore the
31  number of levels and layers in the Company will vary.  This in
32  turn may have an effect on the way the organization matches its
33  jobs to survey levels, across different vendors.
34  • Developing market aggregates:  To derive a market value for a
35  job, typically one or more survey sources are used.  Although
36  this approach provides a broader picture of the market, it can
37  also lead to more variability in the data points.
38  • Human interpretation factors:  Job matching methodology and
39  rationale interpretation can vary between individuals.

---

[19]  See Exhibit (PG&E-8) Chapter 7, p. 7-10 of this exhibit.

[20]  The Commission has also recognized "that a range of error around the survey average
is to be expected even with a faultless survey methodology."  (See, D.00-02-046,
*mimeo*, p. 242.)

1    **d. Evaluating PG&E's Compensation on an Aggregate Total**
2       **Compensation Basis**

3       As noted in the TCS, WTW "recommend[s] that competitiveness be
4    evaluated in total rather than discreetly by category of reward or
5    benefit."[21]  Specifically, WTW notes that:

6       [F]or certain PG&E employees categories, such as executives, and
7       certain components of total compensation, such as benefits, Willis
8       Towers Watson acknowledges that larger variances are common—
9       in excess of plus or minus 20 percent.[22]

10      Consistent with prior studies, this Study does not judge the
11   competitiveness of any individual job classification, nor of any
12   component of PG&E's total compensation package.

13      The TCS recommendation is consistent with how PG&E manages
14   compensation.  From an employer's (and an employee's) perspective, it
15   may be justifiable to pay (or receive) less in cash if other benefits help to
16   make up the difference in terms of overall competitiveness.  Similarly,
17   some types of compensation may be more valued by employers (and
18   employees) than others depending on the type of job or incentive.
19   Therefore, differences in the competitiveness of each component of
20   PG&E's compensation package as well as differences in the
21   competitiveness of the compensation provided to certain jobs compared
22   to others are to be expected.

23      PG&E regularly reviews the individual components of its total
24   compensation package offered to employees and adjusts individual
25   components so that the overall package remains competitive.  While
26   competitive salaries and wages are an important factor to almost every
27   employee, the relative value of healthcare and retirement benefits varies
28   based on each individual employee's situation.  For example,
29   employees who expect to remain with an employer for a longer career
30   will often place a higher value on a more robust retirement plan than
31   those who expect to move between companies more frequently.  PG&E
32   strives to retain the employees who have developed the technical and

---

**21**  See Exhibit (PG&E-8) Chapter 7, p. 7-11 of this exhibit.

**22**  See Exhibit (PG&E-8) Chapter 7, p. 7-10 of this exhibit.

1　　　　other skills required to deliver safe and reliable service, and looks to

2　　　　offer a package of cash compensation and benefits that is attractive to

3　　　　these employees.

4　　　　　　That said, the TCS includes compensation data by employee cohort,

5　　　　which provides context about the makeup of PG&E's workforce and the

6　　　　factors affecting the Company's total compensation as a whole. A

7　　　　significant factor is the degree of unionization of PG&E's workforce.

8　　　　With over 60 percent of the employee population is represented by a

9　　　　union, PG&E's workforce is more heavily represented than many

10　　　　others.[23] Compared to Executives and Senior Director/Director/Chief

11　　　　categories that are 14.4 percent below and even with the mean

12　　　　respectively, PG&E's Physical/Technical and Clerical employees, the

13　　　　majority of whom are represented by the IBEW were 8.9 and

14　　　　12.3 percent above the market mean, respectively.[24] Wages and

15　　　　benefits are a critical component of general negotiations and in the

16　　　　recent past negotiated agreements have not been ratified on the

17　　　　first vote. PG&E and the IBEW both understand the critical operational

18　　　　roles played by these employees and work together to negotiate an

19　　　　overall agreement that is fair to employees and customers alike.

20　**D. Short-Term Incentive Plan**

21　　　　PG&E's annual variable incentive pay plan, STIP, is an expected and

22　　　important component of compensation for most salaried employees. It is a

23　　　normal part of a competitive compensation program.[25] And finally, it is an

24　　　important mechanism for attracting, motivating, rewarding and retaining a

25　　　qualified, professional workforce. A variable pay compensation component is

26　　　consistent with market practice for professional and managerial employees and

27　　　provides significant benefits to both the Company and its customers. Among

---

**23** The average percentage of represented employees is 46 percent and a median of 48 percent for large utilities in the Electric Utilities Human Resources (HR) Metrics group (a group composed of electric and combined electric and gas utilities from across the United States) who participated in the 2018 benchmarking study.

**24** Exhibit (PG&E-8), Chapter 7, Total Compensation Study, p. 7-9.

**25** See WP-7-65, Exhibit (PG&E-8) (85 percent of energy companies and 89 percent of for-profit general industry companies offer STIPs to their employees).

1 those benefits, STIP is generally more cost effective than a base-pay equivalent.

2 In addition, a variable pay program aligns employee motivations with important

3 Company objectives, such as safety, maintaining a financially healthy and viable

4 Company, and customer interests.

5 **1. Summary of Forecast**

6 PG&E requests that the Commission adopt its 2020 STIP forecast of

7 $173.0 million for the Company,[26] and $495 thousand for affiliates (PG&E

8 Corporation and PG&E Corporation Support Services II)[27] based on its

9 forecast 2020 non-officer employee population.  The $21.3 million increase

10 compared to 2017 recorded adjusted costs is primarily attributable to labor

11 escalation and because the 2017 STIP payment was less than target.  As

12 discussed above, PG&E is not requesting recovery of STIP for Company

13 or affiliate executives.

14 As described below, actual STIP cost can vary each year from 0 percent

15 to 200 percent of target, based on Company performance.  Therefore, the

16 most reliable and consistent method for projecting STIP costs is to use the

17 Total Target STIP Payout.

18 **2. Plan Description**

19 STIP is a program with metrics established each calendar year (Plan

20 Year) by the Compensation Committee of the PG&E Corporation Board of

21 Directors (Compensation Committee).  The program provides eligible

22 employees the opportunity to earn annual cash payments based on their

23 individual performance and the Company's achievement relative to specified

24 performance goals measured over the Plan Year.  The program participants

25 are primarily PG&E's salaried employees, the majority of whom have

26 supervisory or other leadership responsibilities.  The STIP measures span

27 the breadth of the company's operations.  It is not the intent of the program

28 that every STIP eligible employee can directly impact every metric.  The

29 purpose of the STIP Program is to encourage supervisors and leaders to

30 promote these important objectives—Safety being the primary objective—

31 when establishing priorities for their teams and managing their work.

---

[26] See WP 4-30, Line 1, Exhibit (PG&E-8).

[27] See WP 4-30, Line 3, Exhibit (PG&E-8).

1 **a. Plan Measures**[28]

2     The Company continues to focus on safety and customer

3 satisfaction metrics (including reliability) which together account for

4 75 percent of its STIP performance measures.  At 50 percent of the

5 overall STIP, public and employee safety metrics constitute the single

6 largest driver determining the annual short-term incentive.  Customer

7 metrics make up 25 percent of the total score.  Earnings From

8 Operations (EFO), which makes up the remaining 25 percent of the

9 overall STIP, continues to be an important metric that ties directly to the

10 Company's affordability goals and the ability to raise the capital

11 necessary for critical infrastructure projects.  Table 4-2 below

12 summarizes the 2018 Plan Year STIP metrics.[29]

**TABLE 4-2**
**2018 STIP MEASURES**

| Line No. | STIP Measures | Weight |
|---|---|---|
| 1 | Safety | 50% |
| 2 |   Public Safety (35%) | |
| 3 |   Employee Safety (15%) | |
| 4 | Customer | 25% |
| 5 | Financial | 25% |

13 **1) Safety**

14     Benchmarking shows that PG&E is leading peer utilities in the

15 link between incentive compensation and safety.  Safety metrics

16 have comprised 50 percent of the total weight of PG&E STIP since

17 2015 (compared to an average of 9.6 percent at PG&E's comparator

18 companies).[30]  With 50 percent of PG&E's STIP based on Public

---

[28] PG&E's 2017 and 2018 STIP Scorecards, including more information on each metric and the target can be found in the workpapers to this chapter.  See WP-4-34, Exhibit (PG&-8), for the 2017 STIP Scorecard and WP-4-37, Exhibit (PG&E-8) 37 for the 2018 STIP performance measures.

[29] Additional information on the STIP performance evaluation criteria is provided in workpapers supporting this chapter (see WP 4-37, Exhibit (PG&E-8)).

[30] Based on information disclosed in the 2017 proxy statements for peer utility companies that the Boards have selected to comprise PG&E Corporation's and PG&E's 2018 pay comparator group and performance comparator group.

1   and Employee Safety, the STIP provides clear direction to
2   employees that Safety is the most important thing and that safety
3   performance outweighs any other factor.

4   **a) Public Safety**

5   These measures signal to employees, and customers that
6   public safety is a primary focus of PG&E's leadership team and
7   Board of Directors.  The specific evaluation criteria for the 2018
8   Public Safety category are as follows:

9   • Diablo Canyon Power Plant Reliability and Safety Indicator;
10  • Electric Public Safety Index – metrics that measure
11     compliance in the CPUC High Fire-Threat District;
12  • Gas and Electric Operations Asset Records Duration
13     Index — the average number of days to complete the
14     as-built process of capital and expense jobs;
15  • Gas In-Line Inspection (ILI) and Upgrade Index – measuring
16     completion of planned ILIs and pipeline retrofit projects; and
17  • Gas Dig-Ins Reduction.

18  **b) Employee Safety**

19  In 2018 Employee Safety performance is measured by
20  two metrics:

21  • Serious Injuries and Fatalities Corrective Action Index –
22     timely and quality completion of planned actions; and
23  • Safe Driving Rate – The Safe Driving Rate metric is a
24     leading metric, focused on measuring and reducing hard
25     braking and hard acceleration.  Both of which are indicators
26     of behaviors that can contribute to motor vehicle accidents.
27     This leading metric replaced the lagging, Motor Vehicle
28     Incident Rate.  As recommended by NorthStar Consulting in
29     their audit of PG&E's Safety Culture, PG&E is not using

1    metrics that are based on either employee surveys or near

2    hit/Corrective Action Program reporting.[31]

3    **2) Customer**

4    The STIP customer measures focus on customers' satisfaction

5    with the Company's services and the time to connect new

6    customers.  Including a broad-based customer satisfaction score is

7    an appropriate employee incentive measure.  STIP is the

8    appropriate performance incentive to remind employees that all

9    customers matter.  With Customer Satisfaction as a metric in the

10    STIP, Supervisors understand that they must consider how

11    customers view our service when establishing priorities and

12    leading their teams.  Employees understand that anytime they are

13    working in the public eye, interacting with a specific customer, or

14    working behind the scenes, what they do and how they do their

15    work matters.

16    The specific evaluation criteria for the customer centric

17    metrics are:

18    • Customer Satisfaction Score

19    • Customer Connection Cycle Time

20    **3) Financial**

21    The Commission has acknowledged that financial metrics can

22    provide benefits to customers.[32]  In fact, it has become increasingly

23    evident that PG&E's financial health directly impacts customers.  For

24    example, the impact of the financial health of the Company on

25    customers was squarely at issue in California's last legislative

26    session when the legislature enacted SB 901 with respect to the

27    impact of wildfire related costs.  There the California Legislature

28    recognized the importance of the utilities' financial status and that if

---

[31] This is consistent with recommendation VII-1 in the Assessment of PG&E Corporation and PG&E's Safety Culture, prepared by NorthStar Consulting, dated May 8, 2017, starting at p. VII-19.

[32] D.13-05-010, p. 882.

1    impaired, it could negatively impact customers and the ability to

2    deliver adequate and safe service.[33]

3        The Company's financial performance is important to customers

4    because it can affect the Company's ability to raise capital at a

5    competitive rate.  It also affects the Company's access to trade

6    credit necessary to support its operations, particularly the

7    procurement of natural gas and electricity under long- and

8    short-term contracts.  President Picker recently addressed the

9    importance of borrowing costs to customers, stating, "The challenge

10    is that as the cost of borrowing goes up so does peoples' rates, and

11    that is what we need to avoid."[34]  For these reasons, it is

12    appropriate for PG&E to include a financial health metric as part of

13    its at-risk compensation for professional employees.

14        Financial metrics are also widely used in incentive programs.

15    For the energy sector, however, customer satisfaction (44 percent)

16    and Earnings Per Share (EPS) (44 percent), make up the most

17    prevalent performance measures for executive short-term incentive

18    pay awards.[35]

19        EFO is an appropriate measure of financial performance, one

20    that balances both customers' and shareholders' interest in

21    maintaining PG&E's fiscal health.  Financial management measures

22    the Company's success in optimizing revenue and controlling costs,

23    as indicated by EFO.

24        EFO focuses on operating earnings—the things that employees

25    can most directly impact, and excludes items that employees have

---

[33] Section 451.2 of SB 901 specifically states:

> (b) Notwithstanding Section 451, when allocating costs, the commission shall consider the electrical corporation's financial status and determine the maximum amount the corporation can pay without harming ratepayers or materially impacting its ability to provide adequate and safe service.  The commission shall ensure that the costs or expenses described in subdivision (a) that are disallowed for recovery in rates assessed for the wildfires, in the aggregate, do not exceed that amount.

[34] The Sacramento Bee, *California's top utility regulator says PG&E bankruptcy not a worry, but fires are a 's--- pie',* November 16, 2018, available at http://amp.sacbee.com/latest-news/article221740610.html (last accessed Nov. 26, 2018).

[35] See WP 7-65, Exhibit (PG&E-8), Chapter 7.

1   less impact on such as interest and taxes.  The EFO metric also

2   excludes items impacting comparability (IIC), which represent

3   income or expenses that are not considered to be part of normal,

4   ongoing core operations.  EFO, as used in STIP is a transparent

5   metric as the amount and type of IICs are regularly disclosed in

6   PG&E's publicly available financial reports.  While these IICs do not

7   impact the STIP, they often impact other aspects of PG&E's

8   compensation, notably the Long-Term Incentive Plan (LTIP)

9   provided to executives and other company leaders.[36]

10  **b.  Benefits of the STIP Program**

11  **1)  Incentive Plans Like STIP Are a Commonly-Accepted**

12  **Compensation Component for Professional and Management**

13  **Employees**

14  An incentive program like STIP is a typical component of a

15  company's compensation package and is an expected component

16  of the total pay package for professional and management

17  employees.  The Commission has acknowledged that short-term

18  incentive compensation is a valuable tool for attracting and retaining

19  skilled professionals.[37]

20  WTW found that 85 percent of energy companies offer short-

21  term incentive programs to their employees.[38]  Every PG&E

22  Supervisor, Manager, Director and Executive participates in STIP.

23  These employees establish Company policy, set direction and

24  goals, provide the day to day supervision for all employees, and are

25  ultimately responsible for ensuring the Company's success in

26  achieving key business objectives.  In addition, PG&E

27  non-supervisory salaried employees, including those represented by

28  the ESC and IBEW participate in STIP.  Conditioning a component

29  of management and professional employees' compensation on the

30  achievement of specific Company goals is a widely-accepted

---

[36]  PG&E is not seeking recovery of the LTIP in this proceeding.

[37]  D.13-05-010, p. 882.

[38]  See WP 7-65, Exhibit (PG&E-8).

1    compensation practice and important part of their compensation

2    package.

3    **2) Incentive Pay Is Better for the Company and for Customers**

4    **Than a Base Pay Alternative**

5    STIP is also a more reasonable and cost-effective way to

6    provide a portion of compensation to eligible employees relative to

7    alternatives such as base pay.  STIP is not guaranteed like base

8    pay.  Rather, STIP conditions a portion of employees' compensation

9    on their performance, and that of the Company.  Base pay remains

10    with employees for the duration of their service with the Company

11    and the cost compounds as additional base pay increases occur.

12    Certain benefits costs also increase along with the level of base pay

13    (e.g., pension and 401k).  Such cost increases are avoided by

14    including a portion of an employee's total compensation in STIP

15    rather than base pay.  In short, STIP saves customers money.  The

16    alternative to an annual cash incentive plan is to build the incentive

17    opportunity into employees' guaranteed base pay.  While this might

18    keep the employees at a total cash compensation level that is

19    competitive in the market, it would be a poor business practice to

20    pay professional and leadership employees at a guaranteed level,

21    regardless of the performance delivered.

22    In addition to being less costly to provide, STIP has the

23    advantage of aligning employees' motivations directly with important

24    Company objectives and customer interests such as safety,

25    reliability and the Company's financial health.  STIP gives

26    management the flexibility to respond to changing business and

27    customer needs by paying for performance within the parameters of

28    the plan each year.  The makeup of PG&E's STIP Program has

29    changed significantly over the years and now includes the largest

30    ever safety metric in the Company's history.  Using compensation

31    as a tool to align employees around specific goals would not be

32    possible if PG&E provided all compensation in the form of fixed

33    base pay.

c. **STIP Is a Reasonable Cost of Service**

For the reasons discussed above—namely: (1) that STIP is a commonly accepted component of a competitive total compensation package; and (2) as opposed to being guaranteed like base pay, it is conditioned on performance in important Company objectives, STIP is a reasonable cost of providing utility service. Whether it is characterized as incentive pay, or pay-at-risk, STIP is simply a portion of eligible employees' cash compensation, which could otherwise be provided as base pay. The Commission has acknowledged that the mix of base pay and incentive pay should be within the Company's managerial discretion.[39] I agree that is appropriate. Whereas the TCS concluded that PG&E's total compensation is competitive, PG&E submits the Commission should find the STIP component of compensation to be a reasonable cost of service and adopt the Company's STIP forecast.

That said, on past occasions, the Commission has considered and sometimes adopted recommendations to reduce PG&E's STIP forecast based on the particular metrics that make up the plan. Should the Commission choose to evaluate the plan in that manner, PG&E respectfully submits that where customer and Company interests are aligned, the Commission should not reduce PG&E's forecast by trying to discern who benefits most from the objective—customers or shareholders. Doing so can send mixed signals about important Company and Commission priorities. For example, based on that cost sharing rationale, intervenors in the 2017 GRC recommended *increased* reductions to PG&E's STIP forecast compared to prior GRCs, notwithstanding that PG&E's focus on safety metrics was increasing and the weight of its financial metrics was decreasing. In other words, the more PG&E linked it's at-risk pay to the Company's safety and reliability performance, the larger the recommended reduction to PG&E's forecast.

PG&E submits that both the Company and its customers benefit from the objectives of the current STIP plan—striving to operate a

---

[39] See D.04-07-022, p. 217.

1  safe, reliable, financially healthy company whose customers are
2  satisfied with its products and services.  Conditioning a portion of pay on
3  performance of those important objectives should not result in a penalty
4  for the Utility, compared to the alternative of guaranteeing that portion of
5  compensation in base pay.

6  **E.  Companywide Expenses Non-Qualified Retirement Plans**

7  There are two components to PG&E's defined benefit retirement (pension)
8  benefits:  PG&E's tax-qualified Retirement Plan (pension), and non-qualified
9  pension benefits including the Supplemental Executive Retirement Plan (SERP),
10  the Retirement Excess Benefit Plan, and the Supplemental Retirement Savings
11  Plan (SRSP).  This section discusses the plan design of the non-qualified
12  pension plans and requests the recovery of expenses attributable to non-
13  officers.[40]  All pay-as-you-go administrative and tax-qualified pension expenses
14  are included in Chapter 5, Employee Benefits, of this exhibit.  Rate recovery for
15  pension trust funding has been resolved in a settlement agreement that was
16  approved by the Commission on September 10, 2009 (D.09-09-020) and is not
17  requested in this proceeding.

18  **1.  Summary of Forecast**

19  PG&E's 2020 forecast for non-qualified pension plans for former
20  employees and future benefits for non-officer current employees is
21  $3.8 million, a $87 thousand increase over the equivalent recorded adjusted
22  2017 costs.

23  **2.  Non-Qualified Retirement Plans**

24  **a.  Non-Qualified Pension Benefits – SERP and Retirement Excess**

25  PG&E provides non-qualified, not trust funded pension benefits to
26  employees whose tax-qualified benefits are limited by the Employee
27  Retirement Income Security Act of 1974 (ERISA).  The SERP and the
28  Retirement Excess Benefit Plan provide benefits to covered employees
29  generally based on the same benefit formula as the tax-qualified
30  pension plan.  The SERP benefit includes STIP payments as part of

---

**40**  PG&E has removed from its forecast all compensation and benefits for Officers of
PG&E and PG&E Corporation.  See WP-4A, Exhibit (PG&E-8) WP-1A.

1   covered compensation, and SERP benefits are reduced by amounts
2   paid from the tax-qualified pension.  The reason for the inclusion of
3   short-term incentive payments is that the senior management group has
4   a much higher portion of pay at risk.  The Retirement Excess Benefit
5   Plan only provides benefits earned through the pension plan that cannot
6   be paid from the tax-qualified trust due to ERISA limitations.

7   PG&E has two SERP plans:  (1) a frozen plan sponsored by the
8   Company that provides benefits to employees who retired prior to 2005;
9   and (2) a PG&E Corporation SERP that covers all other eligible
10  employees and retirees that was closed to new entrants as of
11  December 31, 2012.  Both SERP plans have identical formulas and are
12  recovered in revenue requirements as benefits are paid
13  (pay-as-you-go), rather than when they are earned and recorded as an
14  expense, as required under Financial Account Standards Board
15  Accounting Standards Codification (ASC) 715.  Consistent with affiliate
16  rules, each plan segregates costs attributable to the Company and
17  PG&E Corporation, and each entity is responsible for the respective
18  costs of its participants—both ASC 715 expense accrual and benefits
19  paid to current retirees.  Expenses related to benefits paid to former
20  Company employees are charged to Administrative and General (A&G)
21  Account 926, while expenses related to former employees of PG&E
22  Corporation are charged to A&G Account 923.

23  Forecast non-qualified pension costs for both Accounts 923 and 926
24  Supplemental Executive Retirement and Retirement Excess Benefit
25  Plans reflect benefits being paid to retired employees.  PG&E's forecast
26  for the SERP and Retirement Excess plan assumes no escalation.  In
27  addition, the annual ASC 715 expenses, which reflect the SERP
28  benefits earned with each year of service, are not included in this
29  request.

30  The SERP 2020 forecast is $5.2 million and the 2020 Retirement
31  Excess Plan forecast is $81 thousand.[41]  In PG&E's 2014 GRC decision
32  (PG&E's last fully-litigated GRC) the Commission adopted 50 percent of

---

**41**  See Table 4-6 for additional detail.

1           PG&E's forecast for the SERP portion of the Non-Qualified Retirement

2           plans.  Consistent with that guidance, PG&E has included $2.6 million

3           for SERP (50 percent of the $5.2 million total) in its 2020 GRC

4           forecast.[42]

5         **b.   Non-Qualified Defined Contribution Benefits**

6               PG&E also provides non-qualified, defined contribution retirement

7           benefits to certain employees under the PG&E Corporation SRSP and

8           the PG&E Corporation Defined Contribution Executive Supplemental

9           Retirement Plan (DC-ESRP).  Employees receiving these non-qualified

10          defined contribution benefits can then select among different investment

11          choices.  The SRSP provides matching employer contribution benefits to

12          eligible employees based on the same benefit formula as the

13          tax-qualified Retirement Savings Plan (RSP).[43]  These benefits are

14          provided in the SRSP when PG&E is unable to make equivalent

15          contributions to the qualified plan (RSP) because of limitations imposed

16          by law.  The other non-qualified defined contribution plan is the DC-

17          ESRP, which provides benefits to officers who are appointed on or after

18          January 1, 2013.  For these participants, this new retirement plan

19          replaces the SERP (i.e., participants in the DC-ESRP are ineligible for

20          the SERP).  DC-ESRP participants receive contribution benefits based

21          on a percentage of salary and STIP payments.  The number of

22          participants as well as the designated contribution of 7 percent for 2014

23          is assumed to remain constant in the forecast years.  Consistent with

24          affiliate rules, each plan segregates costs attributable to the Company

25          and PG&E Corporation, and each entity is responsible for the respective

26          costs of its participants.  Expenses related to benefits paid to Company

27          employees are charged to A&G Account 926, while expenses related to

---

**42**  PG&E inadvertently included 100 percent of the SERP in its RO Model.  PG&E will reduce that amount to 50 percent consistent with this testimony in a future errata.

**43**  Eligibility in unfunded retirement plans such as the SRSP, as defined by the ERISA, is limited to Directors, Officers and certain attorneys.  The SRSP (together with estimated earnings) is funded through a trust (called a "Rabbi Trust") that is not considered "funded" under ERISA.  The DC-ESRP is expected to be similarly funded through a Rabbi Trust.

1     employees of PG&E Corporation or its other affiliates are charged to
2     A&G Account 923.

3         Forecast non-qualified SRSP costs for both Account 923 and 926
4     Plans are based on the plan contributions made by the Utility and PG&E
5     Corporation for non-officer employee participants.  As with other
6     salary-based benefits (e.g., 401k (RSP) employer match) PG&E applied
7     the A&G labor escalation rate to determine the 2020 forecast.  PG&E's
8     2020 forecast is $1.1 million, which is a $102 thousand dollar increase
9     over 2017 Recorded Adjusted.[44]  PG&E is not including any forecast for
10    the DC-ESRP plan as all of the participants receiving contributions at
11    this time are officers of either PG&E or PG&E Corporation.

12    **F.  Reward and Recognition Program**

13        The Reward and Recognition (R&R) Program provides leaders with an
14    opportunity to provide recognition to employees who have gone above and
15    beyond their normal job responsibilities.  The recognition may be in the form of
16    cash payments, gift cards or non-monetary items.  The R&R Program is a very
17    economical way in which PG&E can recognize and encourage employees to
18    work safely, go above and beyond to achieve results and encourage innovation.

19        By using the R&R Program, a leader can highlight behaviors and specific
20    accomplishments that have helped the department and Company achieve its
21    goals.  In addition, these types of awards are a low-cost way of showing
22    hard-working employees that they are valued, appreciated, and that their extra
23    contributions do not go unnoticed.  In this way, the program promotes retention
24    of high-performing employees, which is in the interest of both the Company and
25    its customers.  PG&E's R&R Program does not include celebratory lunches or
26    other similar events.

27        Programs like PG&E's R&R Program are a commonly accepted
28    compensation practice.[45]  Although not as prevalent as other incentive

---

**44**  WP 4-43, Lines 17 and 25, Exhibit (PG&E-8).

**45**  See WP 4-66, Exhibit (PG&E-8), World at Work Trends in Employee Recognition, 89%
of employers surveyed offered recognition programs.

1  programs such as STIP and LTIP, they are considered effective at driving
2  performance.[46]
3      In 2017 PG&E spent $14.2 million on R&R.[47] These costs are recorded
4  throughout the Company, typically in the cost center for the employee receiving
5  the compensation. R&R is not separately forecasted. In 2020, the R&R
6  Program expenditures is estimated to be $14 million, which is the average of the
7  2015-2017 recorded total for the R&R Program plus labor escalation.[48]

8  **G. Labor Escalation**

9      PG&E strives to offer compensation that is cost effective and competitive
10  with industry peers and other local markets where the Company competes for
11  talent. In support of this compensation strategy, the Company monitors wage
12  escalation in the market and increases its employees' base pay annually as
13  necessary through General Wage Increases (GWI) for represented employees
14  and merit increases for non-represented employees. Below is a summary of
15  GWI and market-based wage increases for 2017 and forecast through 2022.[49]

**TABLE 4-3**
**2018-2022 WAGE INCREASES**

| Line No. | Employee Category | 2018 | 2019 | 2020 | 2021 and 2022 |
|---|---|---|---|---|---|
| 1 | IBEW Represented Clerical Employees | 3.25% | 3.25% | 3.25% | 3.25% |
| 2 | IBEW Represented Physical Employee | 3.25% | 3.25% | 3.25% | 3.25% |
| 3 | ESC Represented Employees | 3.50% | 3.25% | 3.25% | 3.25% |
| 4 | SEIU Represented Employees | 3.25% | 3.25% | 3.25% | 3.25% |
| 5 | Non-Represented Employees | 3.27% | 3.27% | 3.27% | 3.27% |
| 6 | Average Labor Escalation – All Employees | 3.30% | 3.26% | 3.26% | 3.26% |
| 7 | Average Labor Escalation – Operating Units | 3.30% | 3.26% | 3.26% | 3.26% |
| 8 | Average Labor Escalation – A&G | 3.28% | 3.28% | 3.28% | 3.28% |

---

**46** CEB Total Rewards Leadership Counsel, Reward and Benchmark Trends, p. 4 (September 2017).

**47** See WP 4-56, Exhibit (PG&E-8).

**48** *Ibid.*

**49** The labor escalation rates shown are based on the labor agreements PG&E has in place through December 31, 2019. They do not reflect the recently ratified agreements with the IBEW and ESC. The recently ratified agreements include a 3 percent GWI, which will result in a lower forecast labor escalation rate. PG&E will include these updated rates in its update filing, which is expected to be filed in 2019. The reduced labor escalation rate will result in approximately an $4 million labor forecast (capital and expense) reduction compared to that in PG&E's current forecast.

1   Four collective bargaining units currently exist at PG&E, covering
2   approximately two-thirds of the employee population.  Annual GWI for these
3   union-represented employees is a mandatory subject of bargaining during
4   general contract negotiations.  For non-represented employees—those who are
5   not covered by a collective bargaining unit agreement—the Company
6   determines the level of merit increase based on salary survey data provided by
7   third-party experts.  As a result, due to differences in the respective labor
8   markets and the timing when increases are determined, the increase for
9   represented and non-represented employees may frequently differ.

10  **1.  Bargaining-Unit Wage Increases**

11  For bargaining-unit employees, GWI is the negotiated mechanism for
12  keeping base wages in line with the external market.  PG&E considers
13  benchmark data from other investor-owned utilities, including the three other
14  California utilities (Southern California Edison Company, San Diego Gas &
15  Electric Company, and Southern California Gas Company) and more
16  general industry benchmarks.  GWI represents the actual wage escalation
17  for the Company's bargaining unit employees.  As such it is the most
18  accurate and reasonable basis from which to forecast future wage
19  escalation.

20  **a.  IBEW Clerical and Physical Bargaining Units**

21  PG&E's forecast labor escalation rates are based on the contract in
22  effect through December 31, 2019.  Those rates are shown in Table 4-3
23  above.  As described above, PG&E and the IBEW have recently agreed
24  upon and union members have ratified a contract extension that
25  includes a 3.0 percent GWI for 2020 and 2021.

26  **b.  ESC Bargaining Unit**

27  PG&E's forecast labor escalation rates are based on the contract in
28  effect through December 31, 2019.  Those rates are shown in Table 4-3
29  above.  As described above, PG&E and the ESC have recently agreed
30  upon and union members have ratified, a contract extension that
31  includes a 3.0 percent GWI for 2020 and 2021.

1    **c.  SEIU Bargaining Unit**

2        PG&E's forecast labor escalation rates are based on the contract in

3        effect through December 31, 2019.  Those rates are shown in Table 4-3

4        above.

5    **2.  Non-Bargaining Unit Employee Pay Increases**

6        For the Company's non-represented employees (also referred to as

7    non-bargaining unit employees), merit increase budgets are the mechanism

8    for keeping base wages in line with the external market.  On an annual

9    basis, PG&E participates in and receives multiple surveys, which it uses to

10   benchmark wage escalation in Northern California, as well as the utility

11   industry nationally.  PG&E used the most recent WorldatWork survey to

12   determine an average salary increase forecast for Bay Area and

13   non-Bay Area employees.  These increases were then applied to the pay for

14   individual employees based on their level or pay status (e.g., Executive,

15   exempt, non-exempt) as of December 31, 2017, and an average overall

16   increase determined.  PG&E applied the bay area rate differential to the

17   non-represented employees who have a work location in one of the 12 Bay

18   Area counties.[50]

**TABLE 4-4**
**PROJECTED INCREASES BASED ON SALARY SURVEYS**

| Line No. | Survey Source | Employee Group | 2018 Merit Increase (Projected) | |
| | | | California Average | Bay Area Average |
| --- | --- | --- | --- | --- |
| 1 | WorldatWork | Executive | N/A | 3.3 |
| 2 | WorldatWork | Exempt | 3.2 | 3.3 |
| 3 | WorldatWork | Non-Exempt | 3.2 | 3.2 |

19        This calculation resulted in a 3.26 percent Weighted Average (WAVG)

20   wage increase for non-represented employees in the operating Lines of

---

[50]  The 12 Bay Area counties are Alameda, Contra Costa, Marin, Monterey, Napa,
Sacramento, San Francisco, San Mateo, Santa Clara, Santa Cruz, Solano and
Sonoma.  See WP 4-49, Exhibit (PG&E-8), for additional information.

1    Business (LOB) and a 3.28 percent for the A&G LOB, and an overall

2    company WAVG of 3.26 percent.[51]

### H. Total Rewards Department Costs

#### 1. Summary of Forecast

5    Figure 4-1 shows the drivers in the 2020 forecast of department costs

6    compared to 2017 recorded costs.  The activities comprising the basis for

7    the 2017 recorded costs and forecast are described in Section H.2.  The

8    drivers of the 2020 forecast change are described in Section H.3. below.

**FIGURE 4-1**
**TOTAL REWARDS EXPENSE WALK (2017 – 2020)**
**(THOUSANDS OF NOMINAL DOLLARS)**



9    The Total Rewards Department forecast for 2020 is $5.6 million, which

10   is a $0.3 million increase over 2017 recorded adjusted costs.  The drivers of

11   the increase are:  (1) labor escalation; (2) staffing costs including the

12   addition of one full-time employee in 2018; and (3) and a reduction in

13   contracts and materials.  These drivers are discussed further in Section H.3.

#### 2. Department Activities

15   PG&E's Total Rewards team is composed of two primary functions:

16   compensation and benefits.  The teams design, plan, implement, and

---

**51**  See WP 4-50, Exhibit (PG&E-8).

1    administer PG&E's employee benefits and compensation programs in
2    accordance with laws and regulatory requirements.  Collectively, PG&E's
3    employee compensation and benefits plans represent nearly a
4    billion dollars in annual costs.  Both functions collaborate with Labor
5    Relations Department in periodic labor negotiations as they pertain to
6    PG&E's benefits and compensation plan designs or operational proposals.
7    This includes preparation of and responding to union proposals during
8    negotiation sessions.
9         PG&E's Compensation philosophy and programs are designed to
10   support the Company's mission to safely and reliably deliver affordable and
11   clean energy to our customers and communities every single day, while
12   building the energy network of tomorrow.  The compensation programs
13   foster the Company's business strategy by recognizing and rewarding
14   employees for results, accountability, and contributions to business success,
15   while at the same time remaining competitive with the relevant market.
16        The primary goals of compensation programs are to:
17   • Attract, motivate and retain employees with the necessary mix of skills
18     and experience to safely and successfully operate and maintain PG&E
19     natural gas and electric grids;
20   • Emphasize performance when evaluating individual pay components
21     including base pay, short-term incentives and, where applicable,
22     long-term incentives;
23   • Manage the delivery of compensation in a consistent and
24     understandable manner; and
25   • Meet regulatory and compliance requirements while remaining market
26     competitive and cost-effective.
27        The Compensation team is responsible for the following programs:
28   Annual Base Pay Program, STIP, LTIP, R&R Program, Non-Qualified
29   Retirement plans.  The Compensation team is also responsible for
30   developing PG&E compensation standards and procedures on topics such
31   as overtime, alternative work schedules and shift premiums, and consulting
32   with the leaders, recruiting, the HR business partners, and labor relations on
33   compensation related matters.

1   The Benefits team ensures that the pension, health and welfare benefit
2   plans are designed and administered and are in compliance with all
3   applicable regulations, and for the ERISA covered plans that all required
4   activities and notifications are completed in a timely manner.  The team
5   members partner with third-party vendors, industry associations and others
6   to review trends in health care and retirement and are responsible for
7   evaluating how PG&E can offer market competitive plans while improving
8   the administrative processes associated with each plan to reduce costs.

9   In addition, the Benefits team includes a team of benefits analysts and
10  representatives who provide administrative support for PG&E's retirement
11  plans in conjunction with the outsourced plan administrator.  These
12  employees provide retirement and health and welfare information,
13  counseling, and estimates, education on the retirement process, plan rules,
14  and available options to employees planning to retire in the near future and
15  current retirees.  The team also processes changes or termination of
16  retirement benefits upon the death of a retiree or their dependent.

### 3.  2020 Forecast Drivers[52]

#### a.  Labor Escalation

19  PG&E forecasts labor escalation of $385 thousand based on the
20  labor escalation factors provided in Section G above.

#### b.  Staffing Changes

22  The 2020 Total Rewards department forecast increase is due to
23  higher than expected vacancies in 2017, with positions filled in 2018.
24  The 2018-2020 vacancy savings forecast assumes vacancy levels will
25  return to the department average.

#### c.  Contracts and Materials

27  PG&E forecasts a $227 thousand decrease in contracts and
28  materials compared to 2017 recorded costs.  This includes:  (1) a
29  forecast decrease of $142 thousand in office supplies and other
30  expense; (2) a contract spending reduction of $30 thousand, due in part

---

[52] See Schedule D3 in workpapers WP 4-6 to WP 4-9, Exhibit (PG&E-8), for a description of the year-over-year changes from 2017 to 2020 Forecast.

1      to the early completion for portions of the TCS; and (3) a forecast
2      $55 thousand resulting from the following technology projects:  tool to
3      automate job and market analysis and the tool to automate pay
4      decisions for placements.[53]

5  **I.  Information Technology Projects**

6      The Information Technology (IT) projects discussed below include those that
7  support the Total Rewards Department.  See Tables 4-7 and 4-8 for the
8  recorded adjusted and forecast expense and capital costs, respectively.

9    **1.  IT Projects for the 2020 GRC Period**

10      **a.  Tool to Automate Job and Market Analysis**

11      New California and San Francisco laws related to equal pay for
12      substantially similar work, for individuals sharing a job title and across
13      jobs performing similar functions, and interpretations issued by the
14      Office of Federal Contract Compliance Programs require that PG&E
15      conduct more detailed analyses than it has historically in order to fully
16      comply and be able to demonstrate compliance in future audits.  This
17      project will develop a tool and the process to automate the analysis of
18      job classifications and compare them to market data to determine the
19      appropriate market rate for each job classification.

20      Most of the work on this project is forecast to be completed in 2019.
21      PG&E forecasts $53 thousand expense in 2020 and $51 thousand
22      capital in 2020.  As a result of this project and the elimination of manual
23      work, PG&E's forecast assumes a reduction in contract costs.[54]

24      **b.  Job Connect Phases 2 and 3**

25      This project continues to update and improve PG&E's processes
26      related to creation and maintenance of jobs in PG&E SAP Human
27      Capital Management system.  This project builds upon earlier work
28      completed in 2014 and 2015.  This project will reduce manual processes
29      and free up compensation resources to conduct additional market and

---

[53]  See Sections I.1.a. and I.1.b. of this chapter.

[54]  See Section H.3.c. of this chapter.

1  pay analyses required to comply with federal, California, and local laws

2  and regulations.[55]

3      This project is forecast to start in 2019 and be completed in 2020.

4  PG&E forecasts $272 thousand expense in 2020 to complete

5  the project.[56]

6  **2. IT Projects Completed Prior to 2020**

7      **a. Tool to Automate Pay Decisions for Placements**

8      New laws and regulations intended to correct pay inequities in the

9  marketplace are disrupting traditional pay decision-making models,

10  requiring that PG&E update its pay practices to remain in compliance.

11  This project will develop an online tool to provide pay offer

12  recommendations to leaders for placements for newly hired employees

13  and internal movement of employees into new jobs and/or positions

14  based on predictive analytics.

15      This project is forecast to be completed in 2019, which includes a

16  capital spend of $45 thousand in 2019.[57]

17  **J. Compliance With 2017 GRC Settlement: Section 3.2.8.4.**

18      The 2017 GRC Settlement Agreement requires PG&E to include testimony

19  in this GRC on deferred work where the following criteria are met:

20  1) The work was requested and authorized based on representations that it

21  was needed to provide safe and reliable service;

22  2) PG&E did not perform all of the authorized and funded work, as measured

23  by authorized (explicit or imputed) units of work; and

24  3) PG&E continues to represent that the curtailed work is necessary to provide

25  safe and reliable service.

26      Criterion (1) is deemed to apply for work presented as work needed to

27  provide safe and reliable service in PG&E's 2017 GRC testimony. Next, to

28  determine if criterion (2) applies, PG&E reviewed recorded 2017 data and 2018

29  and 2019 forecasts. Under PG&E's analysis, criterion (2) applies where PG&E's

---

[55] For the specific laws and regulations impacting compensation processes see WP 4-19, Exhibit (PG&E-8). Project Summary for the Tool to Automate Job & Market Analysis.

[56] WP 4-22, Exhibit (PG&E-8).

[57] WP 4-20, Exhibit (PG&E-8).

1     2017 actuals and forecast indicates that the explicit or imputed units of work

2     from the 2017 GRC will not be completed by the end of 2019.  Finally, to

3     determine if criterion (3) applies, PG&E reviewed its 2020 testimony to establish

4     whether it is again proposing the same work for safety and reliability.

5          For those projects where one of the three criteria did not apply, PG&E

6     determined that it did not qualify as deferred work per the 2017 GRC Settlement

7     Agreement criteria.

8          Chapter 4 contains no work presented in the 2017 GRC as being "needed to

9     provide safe and reliable service" and therefore does not include deferred work

10    as defined by the 2017 GRC Settlement Agreement.

11   **K.  Summary and Cost Tables**

12         The tables below show the recorded adjusted and forecast costs included in

13    this chapter.

**TABLE 4-5**
**DEPARTMENT COSTS BY FERC ACCOUNT**
**(THOUSANDS OF NOMINAL DOLLARS)**

| Line No. | Description | Recorded Adjusted | | | | | Forecast | | | Workpaper Reference |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | |
| 1 | Other HR Functions | | | | | | | | | |
| 2 | 920 – A&G Salaries | $5,425 | $5,761 | $6,125 | $4,847 | $3,697 | $3,962 | $4,099 | $4,242 | WP 4-1, Line 1 |
| 3 | 921 – Office Supplies & Ex | 394 | 485 | 1,453 | 333 | 194 | 52 | 52 | 52 | WP 4-1, Line 2 |
| 4 | 923 – Outside Svc Employ – Utility | 1,722 | 2,367 | 5,090 | 1,764 | 1,407 | 1,377 | 1,377 | 1,322 | WP 4-1, Line 3 |
| 5 | 923 – Outside Svc Employ – Corp | – | – | – | – | – | – | – | – | WP 4-1, Line 4 |
| 6 | Total | $7,541 | $8,613 | $12,668 | $6,944 | $5,298 | $5,391 | $5,528 | $5,616 | WP 4-1, Line 5 |

**TABLE 4-6**
**TOTAL REWARDS – COMPANYWIDE EXPENSES**
**(THOUSANDS OF NOMINAL DOLLARS)**

| Line No. | Description | Recorded Adjusted | | | | | Forecast | | | Workpaper Reference |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | |
| 1 | Non-Officer STIP | | | | | | | | | |
| 2 | Utility STIP | $140,878 | $182,703 | $176,925 | $146,802 | $151,764 | $163,028 | $167,514 | $172,989 | WP 4-30, Line 1 |
| 3 | PG&E Corporation and PSP2 | 223 | 310 | 271 | 256 | 430 | 464 | 479 | 495 | WP 4-30, Line 3 |
| 4 | Total Non-Officer STIP | $141,101 | $183,013 | $177,196 | $147,058 | $152,195 | $163,492 | $167,993 | $173,484 | WP 4-30, Line 5 |
| 5 | Non-Qualified Retirement | | | | | | | | | |
| 6 | Utility SERP | $1,043 | $1,045 | $990 | $964 | $908 | $908 | $908 | $908 | WP 4-43, Line 3 |
| 7 | PG&E Corporation SERP | 826 | 926 | 1,226 | 1,418 | 1,696 | 1,696 | 1,696 | 1,696 | WP 4-43, Line 7 |
| 8 | Total SERP | $1,868 | $1,970 | $2,217 | $2,382 | $2,604 | $2,604 | $2,604 | $2,604 | |
| 9 | Supplemental Retirement Savings Plan (SRSP) | | | | | | | | | |
| 10 | Utility SRSP | $489 | $742 | $922 | $1,053 | $1,012 | $1,045 | $1,079 | $1,114 | WP 4-43, Line 17 |
| 11 | PG&E Corporation SRSP | 9 | 167 | 173 | 130 | 23 | 7 | 7 | 7 | WP 4-43, Line 25 |
| 12 | Total SRSP | 498 | 909 | 1,095 | 1,183 | 1,019 | 1,051 | 1,086 | 1,122 | |
| 13 | Utility Retirement Excess | 105 | 50 | 67 | 68 | 81 | 81 | 81 | 81 | WP 4-43, Line 9 |
| 14 | Total Non-Qualified Retirement | $2,471 | $2,929 | $3,378 | $3,633 | $3,719 | $3,736 | $3,770 | $3,806 | WP 4-43, Line 26 |
| 15 | Total Rewards Companywide Exp | $143,572 | $185,942 | $180,574 | $150,691 | $155,914 | $167,227 | $171,763 | $177,290 | |

**TABLE 4-7**
**INFORMATION TECHNOLOGY EXPENSES**
**(THOUSANDS OF NOMINAL DOLLARS)**

| Line No. | Project | MWC | Recorded Adjusted | | | | | Forecast | | | Workpaper Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | |
| 1 | Tool to Automate Job & Mkt Analysis | JV | — | — | — | — | — | — | $445 | $53 | WP 4-23 Line 3 |
| 2 | Tool to Automate Pay Decisions | JV | — | — | — | — | — | — | 501 | 272 | WP 4-23, Line 4 |
| 3 | Job Connect Phase 2 & 3 | JV | — | — | — | — | — | — | 391 | — | WP 4-23, Line 5 |
| 4 | Other Projects | JV | — | — | — | $648 | — | — | — | — | WP 4-23, Line 6 |
| 5 | Total | | — | — | — | $648 | — | — | $1,337 | $325 | WP 4-23, Line 7 |

**TABLE 4-8**
**INFORMATION TECHNOLOGY CAPITAL**
**(THOUSANDS OF NOMINAL DOLLARS)**

| Line No. | Project | MWC | Recorded Adjusted | | | | | Forecast | | | | Workpaper Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | |
| 1 | Tool to Automate Job & Mkt Analysis | 2F | — | — | — | — | — | — | — | $51 | — | — | WP 4-25, Line 3 |
| 2 | Tool to Automate Pay Decisions | 2F | — | — | — | — | — | — | $45 | — | — | — | WP 4-25, Line 4 |
| 3 | SAP Improve – Job Catalog | 2F | — | $458 | $2,001 | — | — | — | — | — | — | — | WP 4-25, Line 5 |
| | | | | | | | | | | | | | WP 4-25, Line 6 |
| 4 | Total | | — | $458 | $2,001 | — | — | — | $45 | $51 | — | — | |

**PACIFIC GAS AND ELECTRIC COMPANY**

**CHAPTER 4A**

**SAFETY POLICIES, PRACTICES AND PERFORMANCE, AND**

**TOTAL COMPENSATION**

PACIFIC GAS AND ELECTRIC COMPANY
CHAPTER 4A
SAFETY POLICIES, PRACTICES AND PERFORMANCE, AND TOTAL
COMPENSATION

TABLE OF CONTENTS

A.  Introduction................................................................................................4A-1

B.  Safety and Total Compensation ...............................................................4A-1

C.  Responses to Safety and Total Compensation Questions ............................4A-3

    1.  Board Committees ....................................................................4A-3

    2.  Direction from PG&E Corporation ............................................4A-5

    3.  Qualifications of Board Members .............................................4A-5

    4.  Coordination Between Board Committees ...............................4A-14

    5.  Performance Metrics and Measures .......................................4A-14

    6.  Compensation Structure and Long Term Sustainable Value .................4A-16

    7.  Engagement of PG&E Corporation Board.............................4A-17

    8.  Risk Management Information ...............................................4A-18

D.  Compliance With Pub. Util. Code § 706(f)......................................4A-18

# PACIFIC GAS AND ELECTRIC COMPANY
# CHAPTER 4A
# SAFETY POLICIES, PRACTICES AND PERFORMANCE, AND TOTAL COMPENSATION

**A. Introduction**

In Pacific Gas and Electric Company's (PG&E or the Company or the Utility) 2017 General Rate Case (GRC) decision, the California Public Utilities Commission (CPUC or Commission):

> …require[d] PG&E to provide additional information as part of its next GRC application in order to help the Commission and the parties to gain a better understanding, at the outset of the proceeding, of whether and how safety policies, practices and performance are considered in the total compensation that is paid to non-represented employees and executives. This information shall also include information about the governance and level of engagement by PG&E's Board in influencing the variable compensation programs of PG&E.[1]

PG&E was directed to provide testimony regarding the compensation-related actions taken during the 2017-2019 GRC cycle, supported by relevant workpapers, data, Company documents, and reports that contained information related to eight specific items.

PG&E has addressed many of these questions within Exhibit (PG&E-8), Chapter 4, Total Rewards, STIP, Non-Qualified Retirement and Labor Escalation, as well as other exhibits. Additional detail regarding seven of the eight specific items is included in this chapter. The remaining item is discussed in Exhibit (PG&E-2), Safety Risk and Integrated Planning.

**B. Safety and Total Compensation**

PG&E ties a significant proportion of employees at risk pay to safety performance. Executives, other non-represented employees and salaried represented employees all receive at risk pay. The proportion of compensation at risk generally increases as an employee moves up in the organization.

For PG&E's employees who receive at risk pay, compensation and benefits are made up of the components shown in Figure 4A-1.

---

[1] Decision (D.) 15-09-001, Decision Authorizing PG&E's GRC Revenue Requirement for 2017-2019, p. 176.

**FIGURE 4A-1**
**COMPENSATION COMPONENTS**



| 1 | Foundational pay, composed of base salary and benefits is intended to |
| 2 | provide a stable income, as well as health, wellness and retirement salary and |
| 3 | benefits.  The at-risk pay is that which varies based on the specific performance |
| 4 | objectives and is not guaranteed.  In fact, employees may receive zero at risk |
| 5 | pay if either they or the Company perform below expectations. |
| 6 | With respect to PG&E's executives, in particular, compensation and |
| 7 | benefits, is most heavily weighted to at-risk pay, which constituted 68 percent of |
| 8 | their total 2017 compensation.[2] |

---

**2** All compensation and benefits (both foundational and at risk) for PG&E's Officers has been removed from PG&E's 2020 forecast, pursuant to California Senate Bill (SB) 901, which amended Section 706 of the Public Utilities Code (Pub. Util. Code). (See Section D of this chapter).

**FIGURE 4A-2**
**COMPENSATION COMPONENTS**



**2017 ACTUAL PG&E**
**EXECUTIVE COMPENSATION AND BENEFITS**

## C. Responses to Safety and Total Compensation Questions

In Decision (D.) 17-05-013, PG&E was directed to provide testimony regarding six specific items regarding the compensation-related actions taken during the 2017-2019 GRC cycle, supported by relevant workpapers, data, Company documents, and reports.[3]  PG&E provides the requested information below.

### 1. Board Committees

**Question 1:  Describe what Board committees (for example, compensation committee, safety committee, or other committees) at PG&E Corporation, and at PG&E, are responsible for determining the guidelines for establishing any compensation, bonuses, severances, and benefits.**

The Compensation Committee of the PG&E Corporation Board of Directors establishes the objectives of the Officer compensation program and is responsible for reviewing and approving the measures included in the Short-Term Incentive Plan (STIP) and the Long-Term Incentive Plan (LTIP) as well as targets for individual measures.  The Safety and Nuclear Oversight (SNO) Committees of the PG&E Corporation and PG&E Boards

---

**3**  D.15-09-001, Decision Authorizing PG&E's GRC Revenue Requirement for 2017-2019, p. 176.

1 review the STIP and LTIP safety and operational measures and advise the
2 Compensation Committee regarding these measures.

3     The independent members of the PG&E Corporation and Pacific Gas
4 and Electric Company Boards of Directors (as applicable), based on the
5 advice and recommendation of the Compensation Committee, approve the
6 amounts of total target compensation for the Chief Executive Officer (CEO)
7 of PG&E Corporation and the CEO of the Utility (or, if the Utility CEO office
8 is not filled, the Utility President). Such approvals are made following a
9 review of comparative data, advice from the Committee's independent
10 compensation consultant, and an assessment of individual performance,
11 objectives, and scope of responsibilities.

12     The Committee also approves the amounts of total target compensation
13 for all other executive Officers based upon a review of comparative data,
14 advice from its independent compensation consultant, and
15 recommendations from the Corporation CEO and the Utility CEO (or, if the
16 Utility CEO office is not filled, the Utility President), as applicable. The
17 Committee uses comparative data throughout the year to set the total target
18 compensation of new executive Officers. The Committee also reviews other
19 benefits provided to executive Officers.

20     The Compensation Committee also receives advice from the
21 SNO Committees regarding appropriate safety and operational incentive
22 measures.

23     The PG&E Corporation Board has delegated to the Compensation
24 Committee the authority to administer the 2014 LTIP, under which
25 equity-based awards have been made. In addition, the Corporation Board
26 has delegated to the Corporation CEO the authority to grant LTIP awards to
27 certain eligible participants within the guidelines adopted by the Committee.

28     The Compensation Committee may delegate its authority with respect to
29 ministerial matters under the 2014 LTIP to the PG&E Corporation CEO or
30 the PG&E Corporation Senior Vice President (SVP), Human Resources.

2. **Direction from PG&E Corporation**

   **Question 2:  Describe what direction PG&E Corporation provides to PG&E in formulating their compensation, bonuses, severances, and benefits.**

   Please see above answer to Section 1 above.

3. **Qualifications of Board Members**

   **Question 3:  Describe the qualifications of the Board members at PG&E Corporation and at PG&E who are responsible for determining the guidelines for establishing compensation, bonuses, severances, and benefits, and what committees they sit on.**

   As noted in response to Question 1, all independent members of the PG&E Corporation and PG&E Boards play a role in determining compensation.  The qualifications of these Directors are described below:

   **Lewis Chew**

   Director Since:  September 2009

   Current Board Committees:  Audit (Chair); Compliance and Public Policy; Executive

   Current Position:  Executive Vice President (VP) and Chief Financial Officer (CFO) of Dolby Laboratories, Inc. (audio, video, and voice technologies) since June 2012

   Prior Positions:  Mr. Chew previously was SVP Finance and CFO of National Semiconductor Corporation (design, manufacturing, and sale of semiconductor products) (2001-2011).  Before that, he was a Partner and certified public accountant at KPMG, LLP (accounting firm), where he served mainly technology and financial institution clients.

   Experience, Skills, and Expertise:  As an executive of a large business customer in the Utility's service area, Mr. Chew brings insights from a customer's perspective to the Boards.  He has specific financial expertise and executive management and leadership skills gained from serving as a CFO of other large public companies and as an audit partner at KPMG, LLP. He also has experience managing and overseeing all financial functions at a large public company, as well as information technology, manufacturing and supply chain, global facilities, investor relations, business planning,

1    corporate controllership, strategic planning, business development,

2    worldwide operations finance, and global internal audit functions.

3    **Fred J. Fowler**

4        Director Since:  March 2012

5        Current Board Committees:  Finance; Safety and Nuclear Oversight

6        Current Position:  Retired Chairman of the Board, Spectra Energy

7    Partners, LP (master limited partnership that owns natural Gas

8    Transmission and Storage (GT&S) assets)

9        Other Current Public Company Boards:  Encana Corporation (natural

10   gas producer) since 2010 (serves on corporate responsibility, environment,

11   health and safety committee, and human resources and compensation

12   committee); DCP Midstream Partners, LP (master limited partnership that

13   owns, operates, acquires, and develops midstream energy assets) since

14   2015 (serves on audit committee)

15       Prior Positions:  In addition to serving as Chairman of the Board of

16   Spectra Energy Partners, LP (2008-2013), Mr. Fowler was President and

17   CEO of Spectra Energy Corp (natural gas gathering and processing,

18   transmission and storage, and distribution company) (2006-2008) and

19   served as a Director of that company.  Before that, he held various

20   executive positions with Duke Energy Corporation (gas and electric energy

21   company) and its subsidiaries and predecessor companies, including

22   President Chief Operating Officer (COO) of Duke Energy.

23       Prior Public Board Service During the Past Five Years:  Spectra Energy

24   Partners, LP (2008-2017)

25       Other Board Experience:  Mr. Fowler is the former Chairman of the

26   Board of the Interstate Natural Gas Association of America and a former

27   Director of the Gas Research Institute, the Gas Technology Institute, and

28   the Institute of Nuclear Power Operations.

29       Experience, Skills, and Expertise:  Mr. Fowler brings extensive

30   knowledge and over 45 years of experience in natural gas and gas liquids

31   production, transportation, and marketing, and electricity generation,

32   transmission, distribution, and safety.  He brings leadership, management,

33   and business skills developed as an executive and a Director of numerous

34   public and privately held companies.

1  **Richard C. Kelly**

2    Director Since:  June 2013; independent non-executive Chair of the

3  Board of PG&E Corporation since December 2017

4    Current Board Committees:  Nominating and Governance (Chair); Audit;

5  Compensation; Executive (Chair of PG&E Corporation Executive

6  Committee)

7    Current Position:  Retired Chairman and CEO of Xcel Energy, Inc. (utility

8  supplier of electric power and natural gas service operating in eight Western

9  and Midwestern states)

10    Prior Positions:  Mr. Kelly served as Chairman and CEO of Xcel Energy

11  Inc. (utility supplier of electric power and natural gas service operating in

12  eight Western and Midwestern states) from 2005-2011.  He also served in

13  various executive positions at Xcel Energy, including President, COO, and

14  CFO.  Before the merger forming Xcel Energy Inc. in 2000, he held a variety

15  of finance-related positions at predecessor companies New Century

16  Energies and Public Service of Colorado.

17    Prior Public Board Service During the Past Five Years:  Canadian

18  Pacific Railway (transcontinental railway in Canada and the United States)

19  (2006-2014)

20    Other Board Experience:  Mr. Kelly is former Chairman of the Edison

21  Electric Institute, a former board member of the Electric Power Research

22  Institute and the Nuclear Energy Institute, and a former member of the

23  National Petroleum Council and the National Advisory Council of the

24  National Renewable Energy Laboratory.  Mr. Kelly previously served as a

25  Director of BrightSource, Energy, Inc. (solar thermal technology).  He

26  currently serves on the Board of Trustees of Regis University.

27    Experience, Skills, and Expertise:  Mr. Kelly brings over 40 years of

28  diverse energy experience and leadership as a utility industry executive.

29  His specific expertise includes finance, mergers and acquisitions, utility

30  operations, safety, clean energy, and nuclear and renewable power.

31  **Roger H. Kimmel**

32    Director Since:  January 2009

33    Current Board Committees:  Compliance and Public Policy (Chair);

34  Finance; Nominating and Governance; Executive

1    Current Position: Vice Chairman of Rothschild Inc. (international

2  investment banking firm) since January 2001

3    Other Current Public Company Boards: Endo International plc (global

4  specialty healthcare company) since May 2007 (non-executive Chairman of

5  the Board; serves on nominating and governance committee (chair), audit

6  committee, compensation committee, and operations committee)

7    Prior Positions: Mr. Kimmel previously was a partner in the international

8  law firm of Latham & Watkins LLP, where his practice focused on mergers

9  and acquisitions, capital markets, and corporate governance matters.

10    Prior Public Board Service During the Past Five Years: Schiff Nutrition

11  International, Inc. (vitamins and nutritional supplements company)

12  (1996-2012)

13    Other Board Experience: Mr. Kimmel has also served on the boards of

14  a variety of privately held companies. He was Chairman of the Board of

15  Trustees of the University of Virginia Law School Foundation from 2009 to

16  June 2015, and was a member of the Board of Trustees of the Riverdale

17  Country School from 2010-2016.

18    Experience, Skills, and Expertise: Mr. Kimmel's investment banking

19  work includes cross-border and domestic public company mergers and

20  acquisitions, capital market transactions, corporate governance, and

21  advising special committees of Boards of Directors. He brings business,

22  finance, and legal skills, as well as leadership and problem-solving skills

23  developed as an executive and a Director of, and legal counsel to, other

24  large public companies. His specific expertise includes corporate

25  transactions, finance, investment banking, international business, corporate

26  governance, and legal matters.

27  **Richard A. Meserve**

28    Director Since: December 2006

29    Current Board Committees: Safety and Nuclear Oversight (Chair);

30  Compliance and Public Policy; Nominating and Governance; Executive

31    Current Position: President Emeritus, Carnegie Institution of

32  Washington (not-for-profit scientific research institution); Senior of Counsel

33  to the international law firm of Covington & Burling LLP since April 2004;

34  consultant on nuclear matters

1      Prior Positions:  Prior to serving as President of the Carnegie Institution

2    of Washington (2003-2014), Dr. Meserve was Chairman of the United States

3    (U.S.) Nuclear Regulatory Commission.  He previously was a partner of

4    Covington & Burling LLP.  He also served as a member of the Blue Ribbon

5    Commission on America's Nuclear Future (chartered by the U.S. Secretary

6    of Energy) (2010-2012), as legal counsel to President Carter's science and

7    technology advisor, and as a law clerk to Justice Harry A. Blackmun of the

8    U.S. Supreme Court.

9       Prior Public Board Service During the Past Five Years:  Duke Energy

10   Corporation (gas and electric energy company) (2015-2016)

11      Other Board Experience:  Dr. Meserve has been a Director of TAE

12   Technologies (formerly Tri Alpha Energy, Inc.) – development of clean

13   fusion energy technology since 2012.  He also serves on the Council and

14   Trust of the American Academy of Arts and Sciences, the board of trustees

15   of the Carnegie Institution of Washington, and the board of Directors of the

16   Kavli Foundation.

17      Experience, Skills, and Expertise:  Dr. Meserve brings technical, legal,

18   regulatory, public policy, and safety expertise in numerous areas, including

19   nuclear power, energy policy, and climate change, as well as leadership and

20   business skills developed as an executive and a Director of, and an advisor

21   to, national and international scientific, research, and legal organizations.

22   He currently is Co-Chairman of the U.S. Department of Energy's

23   Nuclear Energy Advisory Committee and Chairman of the International

24   Nuclear Safety Group, which is chartered by the International Atomic

25   Energy Agency.

26   **Forrest E. Miller**

27      Director Since:  February 2009; independent non-executive Chair of the

28   Board of PG&E since May 2017

29      Current Board Committees:  Compensation (Chair); Audit; Executive

30   (Chair of the PG&E Executive Committee)

31      Current Position:  Retired Group President-Corporate Strategy and

32   Development of AT&T Inc. (communications holding company)

33      Prior Positions:  Prior to serving as Group President-Corporate Strategy

34   and Development of AT&T Inc. (2007-2012), Mr. Miller served as Group

1    President of AT&T Corp., the Global Enterprise division of AT&T Inc., and
2    held a variety of executive positions at SBC Communications
3    (communications holding company) and its predecessor Pacific
4    Telesis Group.
5        Other Board Experience:  Mr. Miller currently serves as a member of the
6    Board of Directors of the Baylor Health Care System Foundation in
7    Dallas, Texas.
8        Experience, Skills, and Expertise:  Mr. Miller brings strategic
9    management, leadership, and business skills developed as an executive of
10   other large public companies in both regulated and competitive markets, as
11   well as specific expertise in a number of areas, including strategic planning,
12   business development, corporate finance, audit, mergers and acquisitions,
13   government and regulatory affairs, and human resources.
14   **Benito Minicucci**
15       Director Since:  July 2018
16       Current Board Committees:  Safety and Nuclear Oversight
17       Current Position:  President and COO, Alaska Airlines, Inc. since
18   May 2016
19       Prior Positions:  Prior to becoming President of Alaska Airlines in
20   May 2016 and COO of that company in December 2008, Mr. Minicucci held
21   various executive positions at Alaska Airlines, Inc., including Executive VP
22   of Operations, VP of Seattle Operations, and Staff VP of Maintenance and
23   Engineering.  In addition, he was CEO of Virgin America Inc. (a subsidiary of
24   Alaska Air Group) from December 2016 to July 2018.  Before joining Alaska
25   Airlines, Inc. in 2004, Mr. Minicucci spent seven years at Air Canada in
26   several positions of increasing responsibility.
27       Other Board Experience:  Mr. Minicucci currently serves as a member of
28   the Board of Directors of the Silicon Valley Leadership Group.
29       Experience, Skills, and Expertise:  Mr. Minicucci brings strategic
30   management, leadership, and business skills developed over while serving
31   in various executive and leadership roles in the airline industry and the
32   Canadian Armed Forces.  His specific experience includes safety, flight
33   and airport operations, customer service, maintenance and engineering,

1    labor relations, strategic planning, mergers and acquisitions, and
2    crisis management.
3    **Eric D. Mullins**
4        Director Since:  September 2016
5        Current Board Committees:  Audit; Safety and Nuclear Oversight
6        Current Position:  Co-CEO of Lime Rock Resources, L.P. (private equity
7    investment firm that acquires, operates, and improves oil and natural gas
8    properties in the U.S.) since 2005
9        Other Current Public Company Boards:  Anadarko Petroleum Company
10   (independent oil and natural gas exploration and production company) since
11   May 2012 (serves on audit committee (chair) and executive committee)
12       Prior Positions:  Prior to co-founding Lime Rock Resources, L.P. in
13   2005, Mr. Mullins served as a Managing Director in the investment banking
14   division of Goldman Sachs & Co., where he led numerous financing,
15   structuring, and strategic advisory transactions for public and private oil and
16   gas exploration and production companies in the division's Natural
17   Resources Group.
18       Other Board Experience:  Mr. Mullins currently serves as a member of
19   the Baylor College of Medicine Board of Trustees.
20       Experience, Skills, and Expertise:  Mr. Mullins brings operational,
21   business development, and mergers and acquisition experience in the
22   energy sector, as well as Director and audit committee experience from his
23   other public company board service.  He also brings strategic management,
24   leadership, and corporate financial expertise developed as an executive in
25   the investment banking industry working with both public and private
26   companies in the natural resources and utilities sector.
27   **Rosendo G. Parra**
28       Director Since: September 2009
29       Current Board Committees:  Compensation; Nominating and
30   Governance; Safety and Nuclear Oversight
31       Current Position:  Retired executive of Dell Inc. (international information
32   technology company); co-founder and Partner of Daylight Partners
33   (technology-focused venture capital firm) since December 2007

1   Prior Positions:  Mr. Parra previously held various executive and senior
2   management positions at Dell Inc., including SVP for the Home and Small
3   Business Group and SVP and General Manager, Dell Americas.  In those
4   roles, he led Dell Inc.'s activities in the Americas, including marketing, sales,
5   manufacturing, logistics/distribution, call center operations, and services to
6   all customer segments in the Americas.
7   Prior Public Board Service During the Past Five Years:  Brinker
8   International (casual restaurant dining company) (2004-2015); NII Holdings,
9   Inc. (mobile communications services in Latin America) (2008-2015)
10  Experience, Skills, and Expertise:  Mr. Parra brings business
11  management, leadership, and problem-solving skills developed as an
12  executive and a Director of other large public companies, and specific
13  experience in various areas, including technology, product development,
14  manufacturing, sales, marketing, and customer service.
15  **Barbara L. Rambo**
16  Director Since:  January 2005
17  Current Board Committees:  Finance (Chair); Compensation;
18  Nominating and Governance; Executive
19  Current Position:  CEO of Taconic Management Services (management
20  consulting company) since October 2009
21  Prior Positions:  Ms. Rambo has held various executive positions
22  with companies in the financial services and technology sectors.  Prior to
23  joining Taconic Management Services, she was CEO, Vice Chair, and a
24  Director of Nietech Corporation (consumer payments technology company)
25  (2002-2009).  She previously was CEO of Open Close Technologies
26  (financial services technology company) (2000-2002).  Ms. Rambo assumed
27  that position after holding a number of executive positions at Bank of
28  America, including head of National Commercial Banking.
29  Prior Public Board Service During the Past Five Years:  West Marine,
30  Inc. (boating specialty retailer) (2009-2017) (independent board chair);
31  International Rectifier Corporation (power management technologies)
32  (2009-2015).
33  Other Board Experience:  Ms. Rambo currently serves as a Director of
34  MUFG Union Bank, N.A. and MUFG Americas Holdings Corporation

1    (Mitsubishi UFJ Financial Group—corporate, commercial, and retail banking,
2    wealth management, investment banking).  She previously served on the
3    boards of UnionBanCal Corporation (2007-2009), and Gymboree
4    Corporation (1996-2007).
5         Experience, Skills, and Expertise:  Ms. Rambo brings leadership and
6    business skills developed as an executive and a Director of other
7    large public companies, with a focus on the financial services and
8    technology sectors, and specific experience in corporate finance, capital
9    markets, corporate strategy, sales and marketing, operations, and
10   executive management.
11   **Anne Shen Smith**
12        Director Since:  February 2015
13        Current Board Committees: Compliance and Public Policy; Finance;
14   Safety and Nuclear Oversight
15        Current Position:  Retired Chairman and CEO of Southern California
16   Gas Company (natural gas utility subsidiary of Sempra Energy serving
17   southern California and portions of central California)
18        Prior Positions:  Prior to serving as Chairman and CEO of Southern
19   California Gas Company (SoCalGas) (2012-2014) and President of
20   SoCalGas (2012), Ms. Smith held various executive positions at that
21   company, including COO (2010-2012), SVP – Customer Services
22   (2004-2010), and VP of Environment and Safety.  She also served as SVP –
23   Customer Services of San Diego Gas & Electric Company (natural gas and
24   electric utility subsidiary of Sempra Energy serving San Diego County,
25   California and a portion of Orange County, California) during her tenure in
26   that position for SoCalGas (2004-2010).
27        Prior Public Board Service During the Past Five Years:  SoCalGas
28   (2012-2014)
29        Other Board Experience:  Ms. Smith served as a board member of the
30   American Gas Association, the Southern California Leadership Council, the
31   UC Davis Energy Efficiency Center, Asian Americans Advancing Justice –
32   Los Angeles, the California League of Conservation Voters Education Fund,
33   and Coalition for Clean Air.

1   Experience, Skills, and Expertise:  Ms. Smith brings over 38 years of
2   diverse energy experience and leadership as a utility industry executive.
3   Her specific expertise includes utility operations, safety, environmental
4   policy, strategic planning, customer service, external affairs, and information
5   technology.

6   **4.  Coordination Between Board Committees**
7   **Question 4:  Describe the Coordination, If Any, Between the Different**
8   **Committees That Are Responsible for Developing the Guidelines for**
9   **Establishing Compensation, Bonuses, Severances, and Benefits, and**
10  **the Frequency That These Committees Meet**
11  Please see above answer to Question 1.  The SNO Committees provide
12  advice to the Compensation Committee at least annually regarding
13  appropriate safety and operational goals to be included in executive
14  compensation programs and plans.  The SNO and Compensation
15  Committees do not meet together, but they generally review the same
16  written materials in December describing the proposed STIP and LTIP
17  measures for the following year.  The Chair of the Compensation Committee
18  typically attends the December SNO Committee meeting at which the
19  proposed STIP and LTIP measures are reviewed and discussed; in addition,
20  one of the current members of the SNO Committees is also a member of the
21  Compensation Committee.  To the extent that the SNO Committees have
22  specific feedback on the STIP or LTIP structure or measures, they either
23  provide it directly to the Chair of the Compensation Committee or provide it
24  to management, who then shares it with the Compensation Committee.

25  **5.  Performance Metrics and Measures**
26  **Question 5:  Describe the performance metrics and the measures used**
27  **to set compensation, bonuses, severances, and benefits for non-**
28  **represented employees and executives, and how these are used to**
29  **determine them.**
30  Specific metrics are included within the STIP and the LTIP.  The metrics
31  are the same for all participating employees in each plan.  Severance and
32  other benefit plans do not vary based on metrics or specific measures.

1   For a more detailed description about how annual STIP payments are
2   determined, please see the workpapers to Chapter 4 of this exhibit.[4]  The
3   2018 STIP metrics are:

4   Safety (50%)
5   • Diablo Canyon Power Plant (DCPP) Reliability and Safety Indicator
6   • Electric Public Safety Index (PSI)
7   • Gas and Electric Operations Asset Records Duration Index
8   • Gas In-Line Inspection and Upgrade Index
9   • Gas Dig-ins Reduction
10  • Serious Injuries and Fatalities (SIF) Corrective Actions Index
11  • Safe Driving Rate

12  Customer (25%)
13  • Customer Satisfaction Score
14  • Customer Connection Cycle Time

15  Financial (25%)
16  • Earnings from Operations
17  Additional detail regarding the 2018 STIP metrics can be found in
18  PG&E's 2018 STIP scorecard included in the workpapers to Chapter 4 of
19  this exhibit.[5]  The 2017 STIP scorecard, also included in the workpapers to
20  Chapter 4 of this exhibit, provides a description of the metrics included in the
21  2017 STIP and a summary of the year-end results.[6]

22  The LTIP is composed of three components:
23  • Restricted Stock Units (RSU):  RSUs are designed to encourage
24  employees to focus on PG&E's long-term success.  RSUs are shares of
25  PG&E Corporation common stock that are subject to time-based vesting
26  restrictions.  In 2018, RSUs represented 45 percent of the LTIP awarded
27  to PG&E Officers and Directors.
28  • Performance Shares:  Performance shares reward employees based on
29  PG&E's performance for shareholders and the Company's safety and
30  financial results.  Performance shares provide future payment in cash

---

[4]  See WP 4-40, Exhibit (PG&E-8).

[5]  See WP 4-37, Exhibit (PG&E-8).

[6]  See WP 4-34, Exhibit (PG&E-8).

1    based on the number of performance shares that vest at the end of a
2    three-year period.  20 percent of the LTIP awarded to Officers and
3    Directors in 2018 consists of performance shares with a Total
4    Shareholder Return (TSR) measure (i.e., PG&E Corporation's
5    three-year TSR relative to its comparator group); 10 percent consists of
6    performance shares with a safety measure (i.e., SIF – Effectiveness of
7    Corrective Actions, as measured by the number of repeat SIF actual or
8    potential injury or near-hit events per 200,000 hours worked); and
9    5 percent consists of performance shares with a financial measure
10    (i.e., Earnings from Operations per Share (EFO EPS) compared to the
11    midpoint of the guidance range for each year).

12    • Stock Options – Stock options are designed to align compensation with
13      shareholder value as reflected by PG&E Corporation's common stock
14      price and to recognize the longer-term view in light of PG&E's current
15      business environment.  Stock options give employees the right, but not
16      the obligation, to buy a share of PG&E stock at an agreed-upon price
17      within a certain period.  These represented 20 percent of the LTIP
18      awarded to Officers and Directors in 2018.

19    **6.  Compensation Structure and Long Term Sustainable Value**
20    **Question 6:  If applicable, describe how the compensation structure:**
21    **creates long term and sustainable value for the utility; incentivizes**
22    **employees; makes executives and managers personally accountable**
23    **for safety and operational risks; creates a safer working environment**
24    **and utility system; results in a demonstrated improvement of the**
25    **utility's processes, policies, and performance; discourages below**
26    **standard performance, or actions that are contrary to the interests of**
27    **the utility and the utility's customers; holds employees, managers, and**
28    **executives accountable for failure to comply with management's**
29    **guidance, policies and instructions, and for below standard**
30    **performance.**

31    As described in Chapter 4 of this exhibit, by placing a significant
32    percentage of pay at risk, and with safety representing the largest
33    performance component (directly in STIP, and directly and indirectly in LTIP)
34    for at-risk compensation, PG&E's compensation structure is aligned with

1   shareholder and customer interests.  Managers and executives are incented

2   and ultimately compensated based on the safety performance of the

3   organization.  This direct link drives personal accountability to ensure that

4   safety is first and foremost in the minds of decision makers and leaders at all

5   levels of the organization.

6       In addition, as described in the workpapers to Chapter 4 of this exhibit,[7]

7   PG&E's STIP includes an individual performance modifier.  This modifier

8   allows leaders to increase or decrease an employee's final STIP payment

9   based on the employee's specific performance during the year being

10  evaluated.  Employees at all levels, including executives, know that if they

11  do not meet their specific goals or if they perform below expectations their

12  compensation is at risk—both their incentive compensation and future base

13  pay increases.

14  **7.  Engagement of PG&E Corporation Board**

15  **Question :  Describe how engaged and effective PG&E Corporation's**

16  **Board is on operations, performance metrics, and safety-related**

17  **incidents, including:  how often PG&E Corporation's Board requests**

18  **reports and/or presentations from PG&E regarding safety incidents,**

19  **the effectiveness of risk management plans, and the effectiveness of**

20  **operational processes; what PG&E Corporation's Board did or directed**

21  **in response to these reports and/or presentations; and whether and**

22  **how frequently PG&E Corporation's Board followed-up or sought**

23  **updates on the reports, presentations, and the Board's actions and**

24  **directions.**

25      Several committees of the PG&E and PG&E Corporation Boards of

26  Directors (the Audit, Finance and SNO committees) provide oversight of

27  safety, operational, and nuclear risks and associated mitigation activities.

28  PG&E's Corporate Secretary.  Linda Cheng provided testimony in the Safety

29  Culture and Governance Order Instituting Investigation[8] regarding the

30  organization's governance structure and Board oversight of safety.  A copy

31  of this testimony is included here as Attachment A to this chapter.

---

[7]   See WP 4-40, Exhibit (PG&E-8).

[8]   Investigation 15-08-019.

8. **Risk Management Information**

**Question 8: Describe how risk management information is used by PG&E Corporation and PG&E, as follows: how PG&E shares this information with its employees; describe the type of training or education that employees receive about management of risks; describe what processes are in place, if any, that allow the employees in the field to provide feedback on the management of risks, and the reporting of unsafe practices or unsafe incidents.**

An Enterprise Risk Committee comprised of Vice Presidents from the Lines of Business meets monthly to discuss upcoming issues, follow-up on an annual work plan derived from Session D areas of focus, and other commitments. In addition, LOB-level Risk and Compliance Committees chaired by the most Senior Officer in the LOB meet monthly. Each LOB committee actively manages operational and strategic risks in its respective LOB throughout the year. Each LOB also has a dedicated Risk Manager to manage all risk-related activities in that LOB, such as risk assessments and quantifications, reporting and governance, and tracking metrics and mitigations. Additional information responding to this item can be found in Exhibit (PG&E-2), Safety Risk and Integrated Planning, Chapter 3, Risk Management and Mitigation.

D. **Compliance With Pub. Util. Code § 706(f)**

Pub. Util. Code § 706(f) mandated:

…in every decision on a general rate case, [the Commission] shall require all authorized executive compensation to be placed in a balancing account, memorandum account, or other appropriate mechanism so that this section can be implemented without violating any prohibition on retroactive ratemaking.

PG&E submitted Advice Letter (AL) 3856-G/5102-E (Establish Electric and Gas Executive Compensation Memorandum Accounts, in Compliance with the 2017 GRC D.17-05-013) which became effective January 1, 2017.

With the passage of SB 901, which amended Section 706 of the Pub. Util. Code, PG&E will file an AL to close the Executive Compensation Memorandum Accounts.

PG&E has calculated the officer compensation included in the LOB forecasts to be approximately $21 million (total Company) and will remove those

1    costs from the revenue forecast.**9**  Forecast benefits costs presented in

2    Chapters 4 and 5 of this exhibit and Exhibit (PG&E-7), Chapters 1 and 1A

3    exclude Officer compensation.**10**  PG&E will submit a proposal in the 2019

4    GT&S proceeding to remove Officer compensation and benefits from that

5    forecast.  In addition, PG&E will file an AL to remove Officer compensation and

6    benefits from the 2019 GRC revenue requirement.

---

**9**   See Exhibit (PG&E-8) Human Resources, Chapter 4A, Safety Policies, Practices and Performance, and Total Compensation for additional information.  See WP 4A-1, Exhibit (PG&E-8), Chapter 4A – Officer Comp detail.  Please note, as shown in WP 4A-1, PG&E has removed approximately $7.7 million of compensation and benefits associated with Securities and Exchange Commission Rule 240.3b-7 officers and will remove an additional, approximately $13 million in compensation for other officers. PG&E will update its RO and WP 4A-1 to reflect the additional forecast reduction.

**10**   The workpapers for each program provide information on the amount removed for executive benefits.

# PACIFIC GAS AND ELECTRIC COMPANY

## CHAPTER 5

## EMPLOYEE BENEFITS

PACIFIC GAS AND ELECTRIC COMPANY
CHAPTER 5
EMPLOYEE BENEFITS

TABLE OF CONTENTS

A.  Introduction ............................................................................................. 5-1

B.  The Importance of Offering Competitive Benefits ............................................ 5-3

    1.  PG&E's Benefits Programs Are Essential to the Provision of Safe and
        Reliable Electric and Gas Service ............................................................. 5-3

    2.  PG&E's Total Compensation Study Reflects the Value of
        Employee Benefits .................................................................................. 5-4

    3.  Employee Benefits Are a Key Component of Labor Negotiations ............. 5-5

C.  Active Employee Health and Welfare Benefits ................................................. 5-5

    1.  Medical Programs, Including Medical Escalation ..................................... 5-5

        a.  Medical Programs Management and Cost Control Efforts ................. 5-6

        b.  Health Account Plan .................................................................... 5-8

        c.  Hiring Hall Medical Plans ............................................................ 5-9

        d.  Medical Programs Cost Estimates ................................................ 5-9

    2.  Dental Benefits ..................................................................................... 5-12

        a.  Dental Cost Estimates ................................................................ 5-12

    3.  Vision Benefits ..................................................................................... 5-13

        a.  Vision Cost Estimates ................................................................ 5-13

    4.  Employee Health Care Contributions – Sharing Healthcare Costs .......... 5-14

        a.  Employee Contribution Estimates ................................................ 5-16

    5.  Group Life and AD&D Insurance Benefits ............................................. 5-16

D.  Post-Retirement Benefits ............................................................................. 5-17

    1.  Retirement and Post-Retirement Benefits Program Management ........... 5-17

    2.  Qualified Defined Benefit Retirement Plan ............................................ 5-18

    3.  Retirement Saving Plan (RSP) or 401(k) ............................................... 5-18

    4.  Post-Retirement Medical and Life Benefits ........................................... 5-19

PACIFIC GAS AND ELECTRIC COMPANY
CHAPTER 5
EMPLOYEE BENEFITS

TABLE OF CONTENTS
(CONTINUED)

    a.  Post-Retirement Medical Benefits ........................................... 5-20

        1)  Company and Retiree Contributions ............................... 5-20

        2)  Post-Retirement Medical Pay-As-You-Go Cost Estimate........... 5-23

    b.  Post-Retirement Life Insurance ......................................... 5-23

        1)  Company Contributions ........................................... 5-24

        2)  Post-Retirement Life Cost Estimate ............................ 5-24

    c.  Post-Retirement Medical and Life Trust Contributions .................... 5-25

        1)  PBOP Funding ................................................... 5-26

        2)  PBOP Medical Plan ............................................... 5-26

        3)  PBOP Life Insurance Plan Funding............................... 5-27

E.  Other Benefit Programs ................................................... 5-27

    1.  Relocation ........................................................... 5-27

    2.  Emergency Dependent Care............................................ 5-28

    3.  Service Awards ....................................................... 5-29

    4.  Adoption Reimbursement .............................................. 5-30

F.  Request to Modify D.96-11-017............................................ 5-30

G.  Information Technology Projects ........................................... 5-32

H.  Compliance With 2017 GRC Settlement:  Section 3.2.8.4............................ 5-32

I.  Summary and Cost Tables .............................................. 5-33

# PACIFIC GAS AND ELECTRIC COMPANY
# CHAPTER 5
# EMPLOYEE BENEFITS

## A. Introduction

Pacific Gas and Electric Company (PG&E or the Company or the Utility) offers its employees a comprehensive and competitive package of health and wellness, retirement and insurance benefits programs. PG&E's integrated benefits programs are essential to keeping its workforce healthy, safe and productive. Health, retirement and insurance benefits also help to attract and retain the diverse, skilled workforce necessary to provide safe and reliable electric and gas service to PG&E's customers. This chapter describes how PG&E forecasts and manages its Health and Welfare, Qualified Retirement, Benefit Trust Contributions and Other Benefit programs. The description and forecast for the Wellness related benefits[1] are included in Exhibit (PG&E-7) Shared Services and Information Technology, Chapter 1A, Safety Department and the description and forecast for the Non-Qualified retirement programs are included in Chapter 4, Total Rewards, Short-Term Incentive Program, Non-Qualified Retirement and Labor Escalation of this exhibit.

Based upon the projected health, retirement and other benefit expenses, enrollment data as of January 1, 2018 and the headcount forecast through 2020, PG&E forecasts a total companywide expense of $642.0 million. This number does not include benefits for officers, pursuant to California Senate Bill 901 [Public Utilities Code § 706 (effective January 1, 2019)]. Officer benefits have been removed from the forecast for all relevant plans, the specific adjustment is shown in the workpapers for each plan.

---

[1] The recorded costs and forecast presented in this chapter excludes costs associated with the Wellness related programs described in Exhibit (PG&E-7), Chapter 1A. PG&E has confirmed with its actuary that the medical plan forecast excludes the cost of services delivered through PG&E's onsite clinic.

**FIGURE 5-1**
**SUMMARY OF EMPLOYEE BENEFITS COMPANYWIDE EXPENSE**
**2017-2020**
**(THOUSANDS OF NOMINAL DOLLARS)**



| | | | | |
| 1 | | This chapter discusses the following companywide benefit programs: | | |

1      This chapter discusses the following companywide benefit programs:

2      •   Health and Welfare Benefits for Active Employees

3         –   Medical Programs, including medical escalation through 2022

4         –   Dental

5         –   Vision

6         –   Employee Contributions

7         –   Group Life and Accidental Death and Dismemberment (AD&D) Benefits

8      •   Post-Retirement Benefits

9         –   Qualified Defined Benefit Retirement Plan

10         –   Retirement Savings Plan (401k)

11         –   Pension Administration and Compliance

12         –   Post-Retirement Medical and Life

13         –   Retiree Medical Trust Contributions

14         –   Retiree Life Insurance Trust Contributions

15      •   Other Benefit Programs

16         –   Relocation

17         –   Emergency Dependent Care

18         –   Service Awards

1      –   Adoption Reimbursement

2      Tables 5-1 to 5-4 at the end of this chapter provide details regarding the

3   forecast for each program listed above.  The costs in this chapter represent

4   total-Company costs prior to any allocations to capital or to other regulatory

5   proceedings (e.g., Gas Transmission, Electric Transmission).  Details regarding

6   the allocation of the total Company benefit costs are provided in Exhibit

7   (PG&E-10) Results of Operations, Chapter 7 Administrative and General

8   Expense.  All costs attributable to PG&E Corporation and PG&E Corporation

9   Support Services II (Affiliated Entities) employees who participate in

10  Company-sponsored benefit plans are shown separately in Tables 5-1 to 5-4.

11  Unless specifically identified, plan designs are the same for all employees, no

12  matter which company they work for and the allocation to Affiliated Entities are

13  based on the headcount forecast for each company.

14  **B.  The Importance of Offering Competitive Benefits**

15  **1.  PG&E's Benefits Programs Are Essential to the Provision of Safe and**

16  **Reliable Electric and Gas Service**

17      At PG&E, employee benefits are a significant component of the total

18  compensation package.[2]  A competitive benefits program, including health

19  and retirement plans in conjunction with other compensation, is necessary to

20  attract and retain the highly skilled workforce that is required for PG&E's

21  ongoing utility operations.  The PG&E sponsored benefits forecast reflects

22  input from the marketplace, collective bargaining agreements and

23  government regulations.

24      PG&E's array of retirement and health and insurance plans are well

25  within the range of what other employers offer in today's competitive

26  marketplace.[3]  That marketplace has significantly changed within the last

27  10 years as technology companies have continued to expand their presence

28  in the San Francisco Bay Area—offering workers many employment options.

29  PG&E's compensation and benefits package must be attractive to workers

---

**2**  See Exhibit (PG&E-8), Chapter 7, p. 7-8.

**3**  See WP 5-1908, Exhibit (PG&E-8), National Survey of Employer Sponsored Health
Plans, which includes information on health and other voluntary plans offered
by employers.

1   just entering the workforce, mid-career professionals, and those employees
2   who are well into their careers.  If PG&E were to offer a less competitive
3   package, it could negatively impact the Company's ability to attract and
4   retain employees.

5       Apart from the compensatory element of its benefit plans, PG&E's plan
6   design also serves broader customer objectives.  For example, plans that
7   promote health maintenance and disease prevention are essential to the
8   Company's ability to keep a diverse, skilled, experienced and dedicated staff
9   healthy and focused on delivering safe and reliable service to its customers.

10      PG&E is aware that customers have an interest in assuring that these
11  plans, and especially health plans, are managed on a cost-effective basis.
12  Improving employee health not only has direct operational benefits by
13  reducing unplanned absences and increasing the ability of employees to
14  perform their job, a healthy workforce also helps control medical costs.
15  A key component of PG&E's medical plan strategy is a single medical plan
16  design that allows employees and their covered dependents to take more
17  responsibility for their own good health through a focus on preventative care.

18      PG&E's benefit plan design continues to be based on improving the
19  health (physical, financial and emotional) and safety of its workforce, as well
20  as the necessity to provide competitive compensation to attract and retain
21  employees.

22  **2.  PG&E's Total Compensation Study Reflects the Value of**
23  **Employee Benefits**

24      PG&E's cost of providing benefits to its employees is driven largely by
25  individual benefit plan design.  These benefit programs continue to evolve
26  with the changing requirements of the workforce, regulatory and legislative
27  mandates, and the competitive marketplace.

28      PG&E's benefits programs are a significant and valued component of a
29  total compensation package.  As described in Chapter 7, Total
30  Compensation Study, of this exhibit, PG&E's total compensation is within
31  the competitive range of benefits offered by competing firms in today's
32  marketplace.[4]  Reductions in the benefits programs would lead to PG&E's

---

**4**   See Exhibit (PG&E-8), Chapter 7, p. 7-8 of this exhibit.

1    total compensation package becoming less competitive and less attractive
2    as compared to alternatives.  This could impact staffing and, ultimately,
3    customer service.

**3.    Employee Benefits Are a Key Component of Labor Negotiations**

5         Over 60 percent of PG&E's employees are represented by one of three
6    labor organizations:  The International Brotherhood of Electrical Workers,
7    Local 1245; Engineers and Scientists of California, Local 20; and the
8    Service Employees International Union, Local 24/7 (collectively "the
9    Unions").  PG&E expects to enter into negotiations with its Unions in 2019.
10   To the extent those negotiations result in ratified agreements that change
11   PG&E's benefit plans and its forecasted costs PG&E will provide an update
12   to the Commission.

13        For union-represented employees, benefit plan provisions are both an
14   important component of the total compensation package and an integral
15   component of the overall labor contract between the union and the
16   Company.  The current union benefits agreement included substantial
17   revisions to the medical care program and retirement income benefits for
18   employees from the prior agreement.  During negotiations for the current
19   agreement, rising health care costs were a primary concern and it was
20   generally agreed that the health care cost trend, delivery model, and existing
21   pension platform were not sustainable and would not meet the needs of the
22   future workforce.  The ratification of the union agreements in July 2012
23   required the assistance of a federal mediator and a second vote by union
24   members before the agreements were ratified.  In recognition of the
25   significant changes in the benefit plan design and impact on employees,
26   the ratified agreement provides that, except in limited circumstances, there
27   would be no modifications to specific design aspects of the medical plan
28   through December 31, 2020.

**C.  Active Employee Health and Welfare Benefits**

**1.   Medical Programs, Including Medical Escalation**

31        PG&E's medical programs provide employees and their enrolled
32   dependents with medical coverage, and preventive and health management
33   services to address a wide spectrum of health care needs, many of them

1 chronic in nature.  PG&E's health care strategy continues to focus on
2 improving the health of members, cost-effective plan design, effective
3 procurement and management of plan administrator services and health
4 services tailored to the needs of PG&E's population.

5 The Health Account Plan (HAP), which was implemented for all eligible
6 employees as of January 1, 2014, is designed to improve the quality of
7 health care, and offers targeted free preventive and primary health care that
8 is integrated with financial incentives (or penalties) for individual health
9 choices.  Consistent with PG&E's ratified labor agreements, there have not
10 been any modifications to specific design aspects of the medical plan since
11 its implementation.

12 Medical plan coverage is offered to all eligible employees and their
13 enrolled dependents.  When an employee enrolls in medical coverage at
14 PG&E, the benefits consist of comprehensive health care coverage,
15 prescription drug coverage, and mental health and substance abuse care.
16 The HAP is administered by Anthem Blue Cross and Kaiser, and availability
17 of the medical plan administrator depends upon where the employee lives.
18 Plan benefits are the same for Anthem Blue Cross and Kaiser members.
19 Once enrolled in HAP, PG&E-sponsored preventive and health
20 management services are included as part of the plan benefits.

21 **a.  Medical Programs Management and Cost Control Efforts**

22 PG&E remains committed to a proactive preventive approach to
23 improving the health and quality of care in the face of escalating health
24 care costs.  Like many employers, PG&E has focused on a number of
25 different strategies to get to the root causes of increases in the costs of
26 health care through plan design, vendor management and increased
27 efforts to provide accessible health resources and information.[5]

28 To ensure that the health plans are cost efficient, PG&E employs a
29 number of ongoing financial activities to manage and help contain costs
30 within the medical benefits program.  For example, PG&E regularly
31 renegotiates fees and contractual performance guarantees with plan

---

[5] These include the services provided under the Wellness Program umbrella managed by the Safety Department whose continued implementation is assumed.

1    vendors to measure the level of service that is provided to its members.[6]

2    Additionally, PG&E has regular health plan meetings with vendors to

3    review claims reports and measure administrative performance.

4    PG&E's Corporate Accounting Department and Planning, Forecasting

5    and Reporting Departments regularly review all benefit program costs

6    and work with program managers to research variances.

7        To ensure that the providers are administering the plan accurately,

8    and that standards for customer service and payment of claims are

9    being met, PG&E periodically engages external audit firms to audit plan

10    vendor operational processes.  In addition, PG&E participates in

11    activities sponsored by regional and national health groups such as the

12    Pacific Business Group on Health, National Business Group on Health,

13    and coalitions of large employers.  These coalitions of employers, such

14    as the Towers Watson Prescription Drug Collaborative, give PG&E the

15    pooled power of many large companies to maximize the services

16    provided by its vendors and to collectively negotiate reasonable fees,

17    and to learn from other innovative industry leaders.  For example,

18    PG&E's Express Scripts contract includes rebates for certain drugs

19    purchased by the health plan and employees, in 2017, PG&E received

20    prescription drug rebates of $5.8 million.

21        In 2017, PG&E initiated an audit and recertification of employee

22    dependents enrolled in its Health and Welfare plans.  Dependents found

23    to be ineligible were dropped from the plan.  The audit also served to

24    educate employees about which dependents can be covered under

25    PG&E's Health and Welfare plans.

26        These steps were taken to help in the Company's ongoing efforts to

27    address health care cost escalation, increase medical costs

28    transparency, and provide employees with tools/resources so they can

29    make informed healthcare decisions to maintain and improve their

30    health and mitigate health-related safety risks.  See Employee Health

---

[6] As part of PG&E's Contract Management affordability initiative, fees for the administration of the Vision plan and the Services Awards program were negotiated. Those savings have been incorporated into PG&E's forecast.

1    Care Contributions in this chapter for the discussion of employee
2    cost-sharing.

3    **b. Health Account Plan**

4         The HAP is self-funded, which means the company owns the
5    "health-risk" of its enrolled population.  For Anthem HAP members
6    (approximately 70 percent of the employee and dependent population),
7    PG&E offers comprehensive prescription drug coverage to participants
8    through a separate, self-funded program administered by
9    Express Scripts.  The self-funded Kaiser HAP is similar to a Health
10   Maintenance Organization (HMO) plan in that all health care benefits,
11   mental health benefits and prescription drug benefits must be received
12   through a closed network of service providers except for emergency
13   services.  As described in the 2017 Benefit Enrollment materials, the
14   HAP has higher deductibles and out-of-pocket maximums than
15   traditional Preferred Provider Organization or HMO plans.
16   Approximately 30 percent of PG&E employees and their dependents are
17   enrolled in Kaiser HAP.  PG&E pays actual claims for services incurred
18   plus an administrative fee to Kaiser for the Kaiser HAP.  Unlike a
19   traditional HMO, the Kaiser HAP allows for service cost transparency for
20   participants and PG&E.  Participants receive an "Explanation of
21   Benefits" statement after treatment, showing the total cost of services
22   received and coinsurance information.

23        Mental health and substance use disorder (MHSUD) benefits for all
24   Anthem HAP plan participants are through Beacon Health Options.  For
25   Kaiser HAP members, only substance use disorder benefits are
26   available through Beacon Health Options.  The self-funded
27   MHSUD Program is a managed care program administered by Beacon
28   Health Options and PG&E pays actual claims for services incurred plus
29   an administrative fee to Beacon Health Options.  Federal and State law
30   requires mental health benefits to be provided on the same basis as
31   other health benefits.

32        The HAP is designed to improve employee health and the quality of
33   care received by employees, while controlling costs.  The plan design
34   incents employees to maintain and improve their health and provides

1    them with the means to do so.  Features of the HAP which help improve
2    employee health and contain costs include annual health screenings[7]
3    with incentives and a plan design that pays 100 percent for certain
4    preventive/generic prescriptions and services, and up to four free
5    visits/year for primary care services, with no deductible required.  The
6    plan also has additional cost-sharing features—a higher deductible and
7    out of pocket maximums—and comes with a Company-funded notional
8    health reimbursement account, called the Health Account, that can be
9    used to pay qualified medical expenses not paid by the plan.[8]  To the
10   extent unused, the Health Account balance carries forward to
11   later years.

12        PG&E pays an administrative fee for services and the actual claims
13   cost of all medical services provided to plan participants.  The
14   self-funded medical plan administrators process claims, perform
15   utilization review, disease management and medical case management
16   services and contract with preferred hospitals, physicians and other
17   medical providers for discounted services.

18   **c.  Hiring Hall Medical Plans**
19        Since January 2016, the Hiring Hall Gold Plan, which is a medical
20   plan option similar to the HAP, is the only available option to all Hiring
21   Hall employees.  The offering of the Hiring Hall Gold Plan complies with
22   federal health plan legislation regarding the offering of medical plan
23   coverage to employees.

24   **d.  Medical Programs Cost Estimates**
25        The Medical Programs cost for 2020 are forecast to be
26   $495.9 million, for the self-funded medical plans and fiduciary

---

[7]  The cost for employees who choose to have their Health Screening conducted in an event scheduled at a PG&E office are included in the Wellness program forecast. The medical plan forecast assumes that the Wellness Program will continue to cover the annual health screening for more than 18 thousand employees each year.  Those costs are not included in the medical plan forecast presented here.

[8]  The Health Account can also be used for eligible vision and dental related expenses. Employees earn credits in the Health Account by completing annual screenings and taking other actions under the Wellness programs.  For a discussion of the Wellness programs see Exhibit (PG&E-7), Shared Services and Information Technology, Chapter 1, Safety Department.

1  compliance and administration costs.[9]  Examples of fiduciary
2  compliance and administration costs include:  legally required audits,
3  legally required benefit communications, third-party vendor administrator
4  and record-keeping fees, health plan underwriting, and Consolidated
5  Omnibus Budget Reconciliation Act (COBRA) healthcare continuance
6  cost.  Also included are outsourced costs associated with Health and
7  Welfare administration with Mercer Benefits Central.  The forecast is
8  based on an actuarial study to determine expected medical claims and
9  related costs and assumes that fiduciary compliance and administrative
10  costs will be equal to those incurred in 2017.  The forecast for the
11  Employee Assistance Program, Wellness Activities and On-Site
12  Healthcare programs are discussed in Exhibit (PG&E-7), Chapter 1A.

13     There is no single cause for increases in annual medical costs.
14  Instead, medical plan costs are influenced by many factors including
15  medical inflation rates, integration of benefit plan design, plan
16  enrollment, participant demographics/health status, legislative
17  mandates, and plan cost-sharing.

18     The use of a medical cost trend developed specifically to forecast
19  expected PG&E experience is consistent with the approach used in
20  PG&E's 2014 and 2017 General Rate Cases (GRC) and typical of how
21  large employers with both insured and self-funded medical plans
22  forecast costs.[10]  PG&E continues to believe it is appropriate to use an
23  estimating methodology that relies on forecasts provided by an actuarial
24  consulting firm experienced in forecasting medical cost trends specific to
25  large employer-sponsored plans, has knowledge of the Northern
26  California medical provider marketplace and PG&E's medical
27  plans specifically.

28     In preparing PG&E's healthcare cost of medical plans forecast,
29  PG&E engaged Mercer, an actuarial consulting firm.  Mercer considered
30  PG&E-specific workforce demographics, historical utilization data,
31  medical plan design, PG&E's participation in the Willis Towers Watson

---

[9]  WP 5-8, Exhibit (PG&E-8).

[10]  D.14-08-032, *mimeo*, p. 530.  "The approach used is typical of how large employers
with both insured and self-funded medical plans forecast health care costs."

1    Prescription Drug Collaborative for pharmacy benefit management
2    services, and underlying enrollment information as of January 1, 2018.

3        Mercer also reviewed national trend factors from historic and current
4    Mercer national survey reports of large employers, California employers
5    and Utilities, as benchmarking references.[11]

6        The health care actuaries at Mercer produced their healthcare
7    forecast based on their underwriting guidelines and the following:
8    (1) PG&E's actual health care claims experience through December 31,
9    2017; (2) PG&E specific workforce demographics and the January 1,
10   2018 enrollment data; and (3) an assumed 6.0 percent medical plan
11   cost trend (medical escalation rate) for 2019 and 2020.[12]  Mercer also
12   forecast that PG&E's medical plan costs after 2020 will be 5.9 percent
13   for 2021 and 5.9 percent for 2022.[13]  The forecast medical escalation
14   rate for 2019-2022 is less than the actual medical escalation rate PG&E
15   experienced in 2016 and 2017, where the increase averaged
16   eight percent per year.  Details regarding the specific estimating
17   methods and data sources used to develop these forecasts are provided
18   in the workpapers.[14]  The estimates were developed using generally
19   accepted actuarial and underwriting practices and methods.

20       In PG&E's 2017 GRC, PG&E forecasted and included in the
21   proposed medical escalation rate a three to one savings for investments
22   in onsite and telehealth services.  This forecast was based on a study
23   included with PG&E's 2017 GRC testimony.  To date PG&E has not
24   seen the reduction in medical escalation rate that was forecast.  After
25   further evaluation any savings resulting from onsite clinics or telehealth
26   services are expected to be and less time away from work to seek
27   healthcare for those who utilize the onsite services and not a reduction
28   in medical cost escalation.  Therefore, PG&E has not included a

---

[11]  WP 5-19, Exhibit (PG&E-8), Mercer letter.
[12]  WP 5-22, Exhibit (PG&E-8).
[13]  WP 5-15, Exhibit (PG&E-8).
[14]  WP 5-15, Exhibit (PG&E-8).

1    continuing reduction in the medical escalation rate as a result of
2    investments in onsite healthcare.

3        PG&E adjusted the Mercer actuarial forecast for planned changes in
4    employee headcount, factoring in the lag in enrollment drops due to the
5    required offering of benefits under the COBRA.  PG&E's 2020 medical
6    plan forecast was increased by 0.08 percent due to the forecast
7    increase in employee headcount as compared with 2017.[15]

8    **2.   Dental Benefits**

9        Dental coverage is offered to all eligible employees and their enrolled
10   dependents.  The Dental plan, administered by Delta Dental of California,
11   provides coverage at pre-negotiated network provider rates.  Enrolled
12   members and their dependents can choose any licensed dentist for
13   services, but they save the most money when using a Delta Dental
14   network provider.

15       Dental benefits are an important component of the overall health care
16   program and seek to improve a patient's oral health and hygiene by
17   emphasizing preventive care, such as exams, teeth cleaning and X-rays.
18   According to Delta Dental, regular dental checkups can reveal much about a
19   patient's overall health and wellness.  A dental exam can detect early stages
20   of many health conditions that can have oral symptoms such as swollen or
21   bleeding gums, ulcers, dry mouth, or bad breath.  If a dentist finds a
22   potential health issue, he or she can then refer the patient to a physician for
23   follow-up.

24   **a.   Dental Cost Estimates**

25       PG&E self-funds dental benefits by paying actual claims for services
26   incurred plus an administrative fee to Delta Dental.  PG&E estimates
27   that 2020 dental costs, including projected claims costs, administrative
28   and compliance fees, will be $35.1 million.[16]  This forecast is based on
29   estimated 2017 claims and fees experience, average enrollment data for
30   2017, and assumes an underlying 2.5 percent dental cost trend increase

---

[15]  The employee headcount included regular and hiring hall (temporary represented)
      employees as all are eligible to participate in a medical plan.

[16]  WP 5-25, Exhibit (PG&E-8).

1  calculated by Mercer, the plan actuary.[17]  PG&E's 2020 dental plan

2  forecast was increased by 0.6 percent due to the forecast increase in

3  regular employee headcount as compared with 2017.[18]

4  **3.  Vision Benefits**

5  Vision care coverage is offered to all employees and their enrolled

6  dependents.  Vision Service Plan (VSP), a vision benefits company that

7  provides coverage at pre-negotiated rates through its Choice Plan eye care

8  doctor networks, administers the Vision Plan.  Members generally will pay

9  less for services when they choose a VSP network provider.  As described

10  in the 2017 Benefit Enrollment materials,[19] the cost for eye care services is

11  based on where service is obtained.

12  Vision benefits are an important component of the health care program.

13  During a vision care exam, the VSP doctor will look for vision problems and

14  signs of other health conditions, such as diabetes, high blood pressure, and

15  high cholesterol.  If a VSP doctor finds a potential health issue, he or she

16  can then refer the patient to a physician for follow-up.

17  Since January 1, 2014, all eligible employees and their enrolled

18  dependents are offered the VSP Choice Plan.  The Choice Plan network

19  saves money for employees, the Company and customers because the

20  Choice Plan provider fee schedule has lower reimbursements to vision care

21  providers than the previously available VSP Signature plan network.

22  **a.  Vision Cost Estimates**

23  Vision benefits are self-funded for which PG&E pays an

24  administrative fee plus the cost of actual vision care claims incurred.

25  PG&E estimates that its 2020 claim costs, administrative and

26  compliance fees for the Vision benefits will be $3.4 million.[20]

27  This forecast is based on estimated 2017 claims and fees experience,

28  average enrollment data for 2017, and assumes an underlying zero

---

**17**  WP 5-31, Exhibit (PG&E-8), Mercer Letter.

**18**  The employee headcount forecast does not include hiring hall employees as they are not eligible to participate in the dental plan.

**19**  WP 5-30, Exhibit (PG&E-8).

**20**  WP 5-36, Exhibit (PG&E-8).

1  percent vision cost trend increase calculated by Mercer, the plan
2  actuary.[21]  A headcount adjustment was also applied, in same manner
3  described under Dental Benefits above.

4  **4. Employee Health Care Contributions – Sharing Healthcare Costs**

5  PG&E's health care program is designed so that the costs of healthcare
6  coverage are shared with employees and their enrolled dependents.  All
7  employees pay[22] a fixed percentage of the cost of the medical plan
8  coverage they elect.  Non-union employees also pay a fixed percentage of
9  the cost of the dental benefit coverage they elect.  Cost sharing based on a
10  percentage of the benefit costs is a simple method that allows for improved
11  health care cost transparency.

12  Employees contribute to the cost of health care coverage in two ways.
13  The first way is through before-tax payroll deductions of medical and dental
14  premiums.  The second way is by paying coinsurance, deductibles and
15  out-of-pocket maximums at the time of, or following, receipt of health care
16  services from a provider.  The medical and dental plan each have different
17  levels of cost-sharing requirements.[23]

18  PG&E's plan is structured to increase employees' accountability for their
19  health and healthcare purchases.  PG&E believes that it is important to
20  share in the responsibility of the costs for healthcare coverage and that the
21  medical plan as designed is appropriate and reasonable.  Charging higher
22  and higher premiums is not likely to be a long-term solution to achieving a
23  healthier workforce because it does not promote healthy behaviors that help
24  to reduce health risks, nor does it necessarily reduce the cost of health care
25  utilization.  Thus, PG&E has designed its medical plan to ensure that the
26  monthly premium costs do not become a barrier to purchase health care
27  coverage.

28  First, employees contribute to the cost of medical care and dental care
29  coverage by paying a percentage of an actuarially developed health care

---

[21] WP 5-43, Exhibit (PG&E-8).

[22] Employees can pay out of pocket, use a self-funded Health Care Reimbursement Account of the Health Account to cover their share of health care costs.

[23] WP 5-233 and WP 5-786, Exhibit (PG&E-8).

premium-equivalent.  The medical premium cost is equal to a calculated premium equivalent for the level of coverage elected in the self-funded Anthem HAP and Kaiser HAP plans, and the Anthem Blue Cross-administered plan for the Hiring Hall employees.  The dental premium is also an actuarially calculated premium-equivalent for the self-funded dental plan administered by Delta Dental.  Employees may elect coverage for themselves only, or may elect to enroll eligible dependents and the premium will vary accordingly based on the plan(s) and coverage levels selected.

Under the terms of the current labor agreements, union-represented employees contribute 7.5 percent of the premium for medical coverage. Non-union employees also contribute 7.5 percent of the premium for medical and dental premiums.  As with the overall medical plan design, the amount that represented employees contribute toward medical coverage is subject to negotiations, which PG&E currently expects to begin in 2019.  To the extent those negotiations result in changes to PG&E's forecasted costs PG&E will provide an update to the Commission.

In PG&E's 2014 GRC, the Commission found that PG&E's benefit cost sharing was reasonable, stating:

We find no basis to reduce ratepayer funding of PG&E's medical program costs based on national averages of employees' share of contributions to their health care costs.  We recognize that a wide range of employer health contribution sharing exists among employers nationally, and such broad averages do not accurately reflect PG&E's characteristics. PG&E's 2017 GRC included the same cost sharing arrangement, and no party objected to the cost sharing in their testimony.

Second, employees share costs and become responsible health care consumers by paying higher deductibles, coinsurance (typically 20 percent) and annual out-of-pocket maximums.  The self-funded HAP has an annual deductible of $1,000/$2,000 for individuals/family and an out-of-pocket

$2,400/$4,800 for individuals/family.[24]  Employees are eligible to utilize their earned Health Account credits[25] to offset all or a portion of these costs.

In the 2014 GRC Decision, the Commission also noted that PG&E's benefits that are provided to its workforce are subject to union negotiations. "We decline to adopt DRA's proposed calling for increases in employee contributions and disallowances of PG&E health care costs which would conflict with PG&E's negotiated employee health plans."[26]

### a. Employee Contribution Estimates

Employee contributions were forecast based on 2018 medical, dental and vision premiums, escalated by the applicable composite trend calculated by Mercer.  The average employee contribution for health care premiums is forecast to total $38.0 million[27] in 2020.  The forecast assumes the current premium cost sharing percentages based on health care premiums for union and non-union employees will continue.  A headcount adjustment was also applied, in the same manner described under Dental Benefits above.

### 5. Group Life and AD&D Insurance Benefits

PG&E offers all employees employer-provided Basic Life and Basic AD&D insurance coverage of $10,000, and the option to purchase Supplemental, Dependent and Voluntary AD&D insurance coverage at the employee's expense.  PG&E's group life insurance carrier is Metropolitan Life Insurance Company (MetLife).  For plan coverage details, see workpapers.[28]

PG&E negotiated contracts with MetLife that guarantee fixed life insurance premium rates for 3-year periods.  Current contract rates are guaranteed through December 2018, and are forecast to remain constant through 2020.  Due to the forecast decline in cost from 2017, PG&E did not

---

[24] WP 5-256, Exhibit (PG&E-8).

[25] The Health Account credits are earned by completing an annual health screening and participating in other, specific wellness activities sponsored by the Safety Department.

[26] D.14-08-032, *mimeo*, pp. 528-529.

[27] WP 5-45, Exhibit (PG&E-8).

[28] WP 5-56, Exhibit (PG&E-8).

1   include an increase attributable to the headcount change in the Group Life
2   and AD&D Insurance Benefit forecast.  PG&E estimates its 2020 Group Life
3   cost will be $0.617 million,[29] which is a slight increase from 2017 recorded
4   adjusted expenses.

## D. Post-Retirement Benefits

6   This section describes PG&E's retirement and post-retirement benefits
7   programs and the method PG&E uses for determining the costs for these plans.
8   Plan descriptions highlight key plan provisions.

9   Most of the costs discussed and requested for recovery below are for
10   PG&E's employer match to employees 401k contributions and the contributions
11   to tax-qualified trusts.  This includes contributions to post-retirement medical and
12   life insurance trusts.  In these tax-favored arrangements, PG&E receives a
13   current tax benefit (passed on to customers) at the time it makes a contribution.
14   PG&E is not requesting any cost recovery for the pension trust in this GRC, as
15   those amounts have been separately provided for in California Public Utilities
16   Commission (CPUC or Commission) Decision (D.) 09-09-020.

17   For post-retirement medical, life and disability benefits, PG&E forecasts the
18   contribution allowable under Internal Revenue Service (IRS) guidelines, and
19   provides a credit to customers if some portion of the CPUC-approved
20   contribution cannot be contributed on a tax-deductible basis.  Trust contributions
21   for Long-Term Disability (LTD) are discussed in Exhibit (PG&E-7), Chapter 1A.

22   Recovery is also requested in this section for retirement benefit costs that
23   cannot be pre-funded in or paid from a tax-qualified trust.  This includes certain
24   post-retirement life insurance, medical and pension payments as well as
25   recovery for fiduciary compliance and administrative costs associated with
26   PG&E's retirement programs.

### 1. Retirement and Post-Retirement Benefits Program Management

28   PG&E's 2020 forecast of benefits costs in this section was developed on
29   a plan-specific basis by PG&E staff based on 2017 recorded adjusted
30   expenses.  Forecasts for trust funded post-retirement medical and life
31   insurance benefit plans were prepared by actuarial consultants at Willis
32   Towers Watson and are discussed below.  All forecasts reflect PG&E's

---

**29** WP 5-52, Exhibit (PG&E-8).

1    current plan provisions, participant demographics and experience, and,
2    where specifically noted, have been adjusted to reflect PG&E's forecast
3    change in employee headcount in 2020 as compared with 2017.

4         Details regarding the specific estimating methods and data sources
5    used to develop these forecasts are provided under the descriptions of the
6    individual plans and in the supporting workpapers.

7    **2.    Qualified Defined Benefit Retirement Plan**

8         Rate recovery for pension trust funding has been resolved in a
9    settlement agreement that was approved by the Commission in
10   September 2009 (D.09-09-020) and is not requested in this proceeding.
11   Employees now receive their pension benefits either through an ending cash
12   balance formula or by a final average pay formula.  Administration of
13   PG&E's employee pension plans require annual actuarial studies to be
14   completed and there are compliance filings and other administrative costs
15   that may not be charged to the pension trust.  PG&E's forecast for these
16   expenses are is $305 thousand in 2020.  PG&E arrived at this forecast by
17   applying the materials and services escalation rate to the 2017 recorded
18   adjusted.

19   **3.    Retirement Saving Plan (RSP) or 401(k)**

20        All employees are eligible to participate in the RSP upon employment.
21   Employees may elect to make pre-tax or after-tax contributions to the RSP.
22   Each participant is fully vested in the value of the account, including all
23   employer-matching contributions and investment earnings.

24        Cash balance participants are eligible for an employer-matching
25   contribution of $0.75 on the dollar on employee RSP (401(k) plan)
26   contributions of up to 8 percent of pay, and are automatically enrolled in the
27   RSP at the full employer-matching contribution level.  Employees who were
28   hired prior to January 2013 and who participate in the final average pay
29   formula benefit of the Retirement Plan receive an employer-matching
30   contribution on their contributions up to a maximum of 6 percent of pay.
31   The employer-matching contribution is $0.60 on the dollar for eligible
32   union-represented employees and $0.75 for each dollar contributed by
33   non-union employees.

1   RSP participants have a number of investment options to achieve their
2   retirement savings goals.  The RSP investment options are structured in
3   three tiers:  Tier 1 provides a suite of target date funds that each provides a
4   broadly diversified portfolio with an asset allocation that is suitable for a
5   participant with a retirement date in the fund's specified year; Tier 2 is a
6   broad range of low cost core investment options selected and monitored by
7   the Company; and Tier 3 is a self-directed brokerage option that provides
8   participants access to a wide variety of mutual funds.

9   Fidelity is the trustee and record keeper for the RSP.  As part of their
10  administrative services, Fidelity offers financial education and planning tools
11  to employees.  Participants may also obtain basic investment advisory
12  assistance through the services provided by Financial Engines, or purchase
13  additional portfolio management services from Financial Engines at their
14  own expense.

15  PG&E has calculated a 2020 cost forecast for the tax-qualified
16  Retirement Savings Plan of $119.3 million.[30]  This estimate includes RSP
17  employer-matching contributions based on 2017 adjusted recorded costs,
18  forecast salary growth to the test year (TY), and an adjustment to reflect the
19  increased match and automated enrollment for new employees and the
20  headcount adjustment to reflect the forecast 0.1 percent increase in 2020
21  employee headcount, plus the recordkeeping, administrative and trustee
22  fees required to operate the plan.  The Affiliated Entities forecast is based
23  on 2017 employer match with an increase based on forecast salary growth.

24  **4.  Post-Retirement Medical and Life Benefits**

25  PG&E offers continued medical coverage to eligible employees who
26  retire from the Company.  This coverage provides retirees and their enrolled
27  family members with medical coverage and services to address a wide
28  spectrum of health care needs.  PG&E's health care strategy continues to
29  focus on improving the health of members, cost-effective plan design, and
30  effective procurement and management of plan administrator services.  In
31  addition, all employees who retire at or after age 55 are eligible for varying

---

[30]  WP 5-66, Exhibit (PG&E-8).

1   amounts of post-retirement life insurance based on years of service and
2   union-represented status.

3       As required by financial accounting rules, expected costs are accrued
4   during employees' years of service as required by Financial Accounting
5   Standards Board (FASB) Accounting Standards Codification Topic 715
6   (ASC 715). This accounting rule was formerly known as Statement of
7   Financial Accounting Standard (SFAS), No. 106 "Employers Accounting for
8   Post-Retirement Benefits Other Than Pensions." Plan design and
9   pay-as-you-go (PAYG) benefit and administrative costs, and the associated
10  trust contributions are discussed in this section.

11  **a. Post-Retirement Medical Benefits**

12      The post-retirement medical program provides comprehensive
13  coverage including hospital, surgical and medical provider benefits,
14  prescription drugs, as well as mental health and substance abuse
15  services for eligible retirees and their enrolled dependents. Plan
16  participants may choose among self-insured plan options administered
17  by Anthem Blue Cross and Kaiser, or various HMOs during an annual
18  open enrollment period. All PG&E-sponsored Medicare plans
19  coordinate benefits with Medicare, which means Medicare Parts A and
20  B are considered primary medical coverage and Medicare processes
21  the medical claims first before the PG&E plan.

22      Medical plan providers contract with preferred hospitals, physicians
23  and other medical professionals for discounted services, process claims,
24  perform utilization review, and provide disease management and
25  medical case management services.

26      All retirees must be age 55 or older and have at least 10 years of
27  service when employment ends to qualify for PG&E-sponsored retiree
28  medical coverage.

29  **1) Company and Retiree Contributions**

30      Under the self-funded Anthem Blue Cross and Kaiser Exclusive
31  Provider Organization plan, PG&E pays an administrative fee for
32  services and the actual claims cost of all medical services provided
33  to plan participants. Claims costs are net of the deductibles, and

1  coinsurance paid by the retiree at the time of service. For the
2  insured HMO plans, PG&E pays the monthly premiums required for
3  participant coverage.

4  Plan costs paid by the Company and to the medical plan
5  administrators are reduced by premium contributions collected from
6  retirees. The amount of retiree contribution varies according to the
7  cost of the chosen medical plan, whether the retiree has elected
8  coverage for a spouse or dependent, and the retiree medical
9  employer contribution.

10  PG&E retirees have a long history of paying a significant portion
11  of the retiree medical cost. In 2001, a cap on employer
12  contributions went into effect. The Company, through union
13  negotiations made two retiree plan changes that resulted in
14  one-time notional allotments to a Retiree Premium Offset Account
15  (RPOA) to certain retirees: (1) in 2004 (maximum of $7,500); and
16  (2) in 2007 (maximum of $3,300). Though the RPOAs did help to
17  offset the retiree medical premiums, by 2009, retirees were paying
18  between 40 to 54 percent of the monthly cost of coverage. Thus, in
19  2011, the medical cost sharing formula was redesigned to more
20  equitably address the effects of health care inflation on premiums,
21  and to build in long-term economic sustainability for the retiree
22  medical program.

23  Currently, for PG&E retirees who qualify for PG&E-sponsored
24  retiree medical plan coverage, there are two retiree medical
25  contribution programs: (1) Retiree Medical Savings Account
26  (RMSA) Program; and (2) Retiree Medical Employer Contribution
27  (RMEC).

28  **a) Retiree Medical Savings Account**
29  For all eligible employees who retired in 2011 and later, the
30  Company replaced the RMEC with a new retiree medical
31  contribution program called the RMSA—a one-time grant of
32  credits at retirement to a notional account that is used to help
33  offset the cost of PG&E-sponsored retiree medical coverage.

PG&E Credits to Retiree RMSA Account

- $5,000 per year for each year of service starting at age 45
- $1,000 per year for each year of service beyond 15 years
- Up to an additional $7,500 lump sum based on credited service
- 4.5 percent annual interest credit on accumulated RMSA balances starting at age 46

RMSA credits offset a fixed percentage of the retiree's monthly medical premium costs until the RMSA account is depleted. At that point, the retiree is responsible for the entire medical premium cost. For non-Medicare retirees, the RMSA credit is 55 percent. For Medicare retirees, the RMSA credit is 30 percent.

**b) Retiree Medical Employer Contribution**

The RMEC applies to employees who retired before 2011. Under the RMEC, PG&E's annual cost-sharing contributions under RMEC for medical coverage are capped at $13,000 per enrolled non-Medicare retiree or dependent, or $2,500 per enrolled Medicare-eligible retiree or dependent. Currently, for most retirees the monthly retiree medical cost sharing amounts range from a minimum of 28 percent to a maximum of 72 percent. The applicable Company contribution percentage for any individual retiree may be reduced based on several variables including the cost of the medical plan selected, the retiree's current age and years of service at retirement, and the ages of covered family members. PG&E's annual contribution will escalate with inflation until the maximum annual Company contribution is reached. In addition, if a retiree has a remaining RPOA account, those credits can also be used to help pay for retiree medical coverage. The retiree is responsible for all costs above the annual PG&E contribution, and will be responsible for all medical inflation when the RMEC cap is reached.

**2) Post-Retirement Medical Pay-As-You-Go Cost Estimate**

PG&E provides for payment of most Post-Retirement Medical Plan expenses through tax-deductible contributions to dedicated benefit trusts. Forecast trust contributions are presented in Section B.3.b of this chapter.

Certain tax-deductible medical benefits for retired key employees cannot be paid through the trusts under current IRS rules absent establishment of individual accounts for each retiree and covered dependent. These costs are captured here as "pay-as-you-go." Additionally, certain actuarial and administrative costs required for the operation of the plan are also paid on a pay-as-you-go basis. PG&E estimates that the 2020 Post-Retirement Medical pay-as-you-go costs will be $834 thousand.[31] This forecast is based on 2017 recorded adjusted costs escalated using the long-term medical trend assumption for actuarial valuation of the plan.

**b. Post-Retirement Life Insurance**

PG&E provides continued life insurance coverage to employees who retire from the Company. The amount of coverage varies by the position held at the time of retirement, and in some instances by the years of service.

As required by financial accounting rules, expected costs are accrued during employees' years of service as required by FASB ASC 715 (formerly known as SFAS, No. 106 "Employers Accounting for Post-Retirement Benefits Other Than Pensions"). Plan accruals under ASC 715 reflect the total cost of all benefits provided through this plan, including benefits funded through dedicated trusts as well as expenses paid on a pay-as-you-go basis. Cost recovery is on a cash basis and reflects forecast trust contributions plus annual pay-as-you-go benefit expenses and administrative costs. Benefit funding through dedicated benefit trusts is discussed in Section B.3.b. of

---

[31] WP 5-78, Exhibit (PG&E-8).

1   this chapter.  Plan design and pay-as-you-go benefit and administrative
2   costs are described below.

3        All employees with less than 15 years of service at retirement, and
4   all union-represented employees regardless of service, receive a flat
5   $8,000 of life insurance coverage.  Non-union employees with 15 or
6   more years of service are eligible for life insurance coverage equal to
7   their last 12 months of pay (limited to $50,000 unless the employee was
8   employed in a management position prior to January 1, 1986).

9   **1)   Company Contributions**

10       PG&E pre-funds post-retirement life insurance benefits through
11   a dedicated trust.  However, since the Internal Revenue Code (IRC)
12   restricts pre-funding to a maximum individual benefit of $50,000,
13   benefits in excess of this dollar amount are provided through a
14   separate insurance policy with MetLife.  The Company pays the
15   premiums for this policy, which are recorded in Account 926 as a
16   part of the ASC 715 expense accrual and forecast as a
17   pay-as-you-go expense for ratemaking purposes, in the year paid
18   (i.e., pay-as-you-go).

19       Also, prior to 2009 certain management employees had an
20   option to elect a cash equivalent benefit at retirement.  Eligible
21   employees as of January 1, 2009, as provided for under
22   Section 409A of the IRC, were offered a one-time opportunity to
23   elect the cash equivalent payment payable when they retire.  The
24   Company recovers these costs based on forecasted cash outlays
25   (i.e., pay-as-you-go).

26  **2)   Post-Retirement Life Cost Estimate**

27       PG&E provides for payment of most Post-Retirement Life
28   Insurance benefits through a pre-funded trust.  Forecast trust
29   contributions are presented in the next section of this chapter.

30       PG&E estimates that the 2020 pay-as-you-go costs associated
31   with the Post-Retirement Life Insurance Plan will be $3.9 million.[32]
32   This forecast is based on the 2017 premium cost for coverage

---

[32]  WP 5-84, Exhibit (PG&E-8).

1      above $50,000, and forecast cash equivalent payments and

2      administrative costs.  This cost is in addition to the request for

3      trust funding.

4      **c.  Post-Retirement Medical and Life Trust Contributions**

5      PG&E's Investments and Benefit Finance Department is responsible

6      for ensuring appropriate funding and investment management of all

7      external trust assets maintained by PG&E, including PG&E's

8      Retirement Plan,[33] Post-Retirement medical and life insurance plans

9      (Post-Retirement Benefits Other Than Pensions (PBOP)), as well as its

10      LTD plan.

11      PG&E's employee benefit plan trust contribution costs are charged

12      to Administrative and General Account 926 – Pensions and Benefits.

13      Descriptions of Retirement and PBOP plan benefits are in this chapter.

14      As described below, PG&E's employee benefit plan trust contribution

15      costs are reasonable, and its management of the costs is consistent

16      with prudent employee benefit trust funding principles, sound actuarial

17      practices, and the CPUC's past decisions regarding employee benefit

18      trust contribution recovery.  In these past decisions, the Commission

19      has allowed recovery for the cost of these benefits, provided the costs

20      can be contributed to the trusts on a tax-deductible basis.  As agreed in

21      the 2007 GRC D.07-03-044, PG&E uses a consolidated approach for

22      adopted contribution amounts for the PBOPs and LTD.  For example, if

23      the amount adopted for the contribution to the Post-Retirement Medical

24      Plan Trust could not be contributed to the plan's trust on a

25      tax-deductible basis, the amount could be contributed to the LTD Trust

26      (up to the maximum tax-deductible amount).  Funds collected in rates

27      that cannot be contributed to the trusts on a tax-deductible basis must

28      be returned to customers through a true-up filing at the end of each rate

29      case cycle.  To date, all amounts recovered in rates for contributions to

30      the PBOP medical, PBOP life insurance, and LTD plan trusts have been

---

[33] Rate recovery for PG&E's pension has been resolved in an all-party settlement agreement that was approved by the Commission on September 10, 2009, in D.09-09-020.

1    either contributed to the trusts on a tax-deductible basis or returned
2    to customers.

### 1) PBOP Funding

4    Since 1993, PG&E has been funding the PBOP benefits by
5    making tax-deductible contributions to the Voluntary Employee
6    Beneficiary Association (VEBA) trusts.  Contributions are
7    determined by calculating the ASC 715-60 (formerly the SFAS 106)
8    expense, provided the expense can be contributed to the trusts on a
9    tax-deductible basis.[34]  For tax reasons (see Section 2 below), a
10   portion of contributions for the PBOP medical plan that PG&E
11   previously made to a VEBA trust are now being made to a
12   401(h) funding account.

### 2) PBOP Medical Plan

14   PG&E's independent benefits consultant, Willis Towers Watson,
15   forecasts a $14.8 million plan contribution to the VEBA and 401(h)
16   trusts in 2020.[35]  The forecast is equal to the ASC 715-60 expense,
17   and Willis Towers Watson projections indicate that this amount can
18   be contributed to the VEBA trusts and 401(h) account on a
19   tax-deductible basis.  In the past, PG&E had contributed funds for
20   both bargaining unit and non-bargaining unit employees entirely to
21   VEBA trusts.  However, while all of these PG&E contributions were
22   tax deductible, the IRS only allowed earnings to be tax free on the
23   bargaining unit employee's trust.  Earnings on the non-bargaining
24   unit employee's trust were taxable, even though the funds were held
25   within a VEBA trust.
26   In 2012, PG&E began making contributions for the PBOP
27   medical plan on behalf of non-bargaining unit employees to a new
28   401(h) account within PG&E's Retirement Plan trust.  This is
29   advantageous and helps lower costs, since unlike the
30   non-bargained VEBA trust, earnings on these non-bargaining unit
31   contributions can accumulate tax free within the 401(h) vehicle.

---

34  D.92-12015, 46 CPUC 2d, 499, pp. 532-534.

35  WP 5-101, Exhibit (PG&E-8).

3) **PBOP Life Insurance Plan Funding**

Contributions to pre-fund qualified PBOP Life Insurance benefits are made to a continued life insurance reserve policy at Metropolitan Life Insurance Company.  This policy is held within a trust at The Bank of New York Mellon.  The IRC restricts pre-funding of these benefits to a maximum individual benefit of $50,000.  Plan contributions are determined by calculating the ASC 715-60 expense, provided the expense can be contributed to the reserve on a tax-deductible basis.[36]

PG&E requests that the Commission adopt its 2020 forecast of $0.07 million for PG&E's PBOP plan trust contribution costs.[37]  This forecast is $8.5 million or 99 percent lower than the 2017 recorded adjusted contribution of $8.5 million.  PG&E's benefit plan trust contributions are shown in Table 5-2 at the end of this chapter.

E.  **Other Benefit Programs**

1.  **Relocation**

The Relocation Program supports new employees and current employees who must move after accepting a new position with PG&E. With many of PG&E's employees living and working in the San Francisco Bay Area, offering a competitive relocation program is an important factor when recruiting new employees.  In 2012, PG&E outsourced the administration of the program to a third party to allow PG&E to offer a competitive full-service program, while receiving discounts on services, due to the third party's large volume of business.  PG&E provides a cash allowance to employees who are moving, but focuses primarily on providing additional services to the relocating employee including temporary housing, home finding assistance, travel expenses and a dedicated consultant to assist the employee through the relocation process.  This approach helps reduce the stress of the employee and his or her family allowing the transferee to focus on his or her new job.

---

[36]  D.92-12-015, 46 CPUC 2d, 499, pp.532-534.

[37]  WP 5-140, Exhibit (PG&E-8).

1        In 2017 as part of an affordability imitative, PG&E also implemented a

2    "Hire Local" program.  Under this program, qualified external candidates

3    who live within 50 miles of the work location being recruited for are

4    considered first.  Not only does this reduce the number of relocations that

5    PG&E must offer, it also supports the Company's commitment to diversity as

6    we are more likely to hire qualified employees from the local area.  PG&E

7    estimates that this affordability initiative reduced the relocation program

8    forecast by $1.2 million in 2020.

9        PG&E forecasts $6.2 million for relocation in 2020, which is based on

10    the five-year average cost per relocation and the reduced number of

11    relocations per forecast requisitions as described above.  The forecast also

12    includes and adjustment to reduce the number of requisitions below the

13    5-year average to account for slowed pace of hiring as employee headcount

14    is not forecast to increase at the same rate as in the recent past and an

15    increase due to tax changes.[38]

### 2. Emergency Dependent Care

17        Effective January 1, 2019, PG&E is planning to offer to all employees a

18    back-up childcare and eldercare program.  The childcare and eldercare

19    back-up programs provide emergency services when an employee's primary

20    dependent care resource is unavailable.

21        This program is intended to help reduce unplanned absences and work

22    time lost due to lapses in childcare or eldercare arrangements for an aging

23    parent.  For employees who work in PG&E's contact centers or who must

24    report to work during emergencies such as earthquakes and storms, this

25    service will allow the employee to come to work and serve customers.

26    In addition to emergency situations, employees will be able to access

27    services for non-emergency situations such as school closures or

28    school holidays.

29        This program was authorized in PG&E's 2017 GRC, and while

30    implementation has been delayed beyond what PG&E originally planned,

31    the need for the program continues.  A similar program was authorized in

---

[38]  WP 5-161, Exhibit (PG&E-8).

1  another GRC proceeding involving San Diego Gas & Electric Company

2  (SDG&E) and Southern California Gas Company (SoCalGas).[39]

3      PG&E's forecast is based on an estimated cost projection from

4  Bright Horizons, a well-known provider of emergency back-up care services.

5  The program estimated costs are based on five percent employee utilization.

6  The program includes a maximum of 15 uses per employee per year and a

7  variable copayment based on in-home or center-based care.  In addition, the

8  Emergency Dependent Care Program includes unlimited access to an online

9  caregiver database service (employee paid care), preferred enrollment at

10 Bright Horizon full-service child care centers and tuition discounts at certain

11 Bright Horizon network partner childcare centers.  Program costs are

12 estimated to be $469 thousand for 2020.[40]

13 **3.  Service Awards**

14     PG&E's Service Awards Program is a means for the Company to

15 provide appropriate recognition to employees who have made a sustained

16 contribution and demonstrated commitment to the Company through

17 continuous service.  The program does not perform a "service club" function

18 nor does it provide for example, tickets to an annual event at an amusement

19 park.  Instead the program is designed to encourage and support reduced

20 turnover and the investment made in training for many employees by

21 recognizing tenure.

22     The Company expresses appreciation for these employees with a

23 recognition award at each 5-year service anniversary and at retirement.

24 Employees select an item, such as an engraved belt buckle with years of

25 service, from a collection of awards that vary based on years of service.

26 Providing a token of appreciation for continuous service sends a signal to

27 employees that the Company and the public interest are served through

28 experience and commitment.  PG&E recently conducted a benchmarking

29 study and found that the majority of participating utilities offer a similar

30 program to their employees.[41]

---

39  See ORA Testimony, A.14-11-003 et al. (Apr. 24, 2015) ORA-17, p. 27, lines 9-14.

40  WP 5-163, Exhibit (PG&E-8).

41  WP 5-1908, Exhibit (PG&E-8).

1    The Company regularly reviews the cost-effectiveness of the program.
2    The program has been revised and reflects increased use of web
3    communications and online internet access for ordering and delivery of
4    awards to minimize print materials and mailing costs.  For example, in 2015,
5    the average cost of awards was reduced by approximately 25 percent and
6    postcard mailings were eliminated for active employees.  These reductions
7    in program costs as well as multi-year price guarantees with BI Worldwide,
8    the program administrator, are reflected in the forecast.

9    PG&E requests rate recovery for the service award program.  ORA's
10   analysis of Other Benefits in the Report on the Results of Operations for
11   SDG&E and SoCalGas TY 2016 GRC proceedings did not dispute the
12   projected program expenses for similar retirement and service awards at
13   each 5-year milestone.[42]

14   The cost for 2020 is estimated to be $872 thousand[43] based on the
15   anticipated number of participants, estimated costs for gifts, postage and the
16   terms of the current supplier contract.

17   **4.  Adoption Reimbursement**

18   Recognizing the diversity of PG&E employees and families and the
19   societal importance of adoption, PG&E offers employees an adoption
20   benefit.  After six months of service, employees can receive up to $2,000 for
21   reimbursement of eligible expenses related to adopting children under age
22   eighteen.  PG&E's forecast of $12 thousand is the 5-year average cost of
23   the program from 2013 through 2017.

24   **F.  Request to Modify D.96-11-017**

25   In January of 2018, PG&E notified the Commission[44] that it had
26   inadvertently not complied fully with reporting requirements related to PG&E's
27   employee benefit plan.  Specifically, D.96-11-017, the Phase 1 Interim Opinion

---

[42] See ORA Testimony, A.14-11-003 et al. (Apr. 24, 2015) ORA-17, p. 27, lines 9-10, lines 12-14.  Because of changes to the service award plan, PG&E does not believe the Commission's prior decisions disallowing a portion of the costs are applicable.

[43] WP 5-169, Exhibit (PG&E-8).

[44] WP 5-180, Exhibit (PG&E-8), Letter of January 19, 2018 to Executive Director Sullivan.

1  approving PG&E's formation of a holding company, Ordering Paragraph (OP) 23
2  required PG&E to perform the following ongoing activities:

3  a.  PG&E shall provide to the Commission:

4      1.  All employee handbooks (summary plan descriptions) of PG&E, its
5          parent, affiliates and subsidiaries, within one month of any revision
6          thereto;

7      2.  Annual actuarial reports on all pension and benefit trusts of PG&E, its
8          parent, affiliates and subsidiaries; and

9      3.  Annual trust audits of all pension and benefit trusts, of PG&E, its parent,
10         affiliates and subsidiaries.

11 b.  PG&E shall continue to identify, for review in its GRCs or replacement
12     proceedings, or other appropriate proceedings, all transfers between PG&E
13     and its parent, affiliates and subsidiaries of assets, goods and services,
14     including pension and benefit trust assets, as they are described in valued in
15     PG&E's Policy and Guidelines for Affiliate Company Transactions.

16     As PG&E described in its January 2018 letter, PG&E's employee benefit
17 plans and programs are reviewed every three to four years as part of the
18 Company's GRC.  As a part of this proceeding, PG&E has included the current
19 Summary Plan Description (SPD),[45] the most recent annual actuarial reports for
20 the pension and benefit trusts,[46] and the most recent annual audit reports.[47]
21 In addition, PG&E makes the current versions of its employee benefits
22 handbooks SPD available on the internet (http://spd.mypgebenefits.com/).
23 The information required in part b. of the requirement described above can be
24 found in Exhibit (PG&E-12), Chapter 11.

25     In this GRC, PG&E requests that the Commission discontinue the reporting
26 described in D.96-11-017, OP 23 Section a, and replace it with a requirement to
27 provide the most current version of the following documents in future GRCs:

28 1.  All employee benefit handbooks (Summary Plan Descriptions – SPDs and
29     Summary Material Modifications – SMMs) of PG&E, its parent, affiliates
30     and subsidiaries;

---

45  See Exhibit (PG&E-8), Chapter 5, WP 5-233 and WP 5-786.

46  WP 5-1794, Exhibit (PG&E-8), Exhibit (PG&E-7) for LTD.

47  WP 5-1815, Exhibit (PG&E-8), Exhibit (PG&E-7) for LTD.

2.  Annual actuarial reports on all pension and benefit trusts of PG&E, its parent, affiliates and subsidiaries; and

3.  Annual trust audits of all pension and benefit trusts, of PG&E, its parent, affiliates and subsidiaries.

## G. Information Technology Projects

PG&E is not forecasting any information technology projects to support the employee benefits function.  Tables 5-5 and 5-6 in Section H. below provide historic recorded adjusted information technology expense and capital expenditures.

## H. Compliance With 2017 GRC Settlement:  Section 3.2.8.4.

The 2017 GRC Settlement Agreement requires PG&E to include testimony in this GRC on deferred work where the following criteria are met:

1)  The work was requested and authorized based on representations that it was needed to provide safe and reliable service;

2)  PG&E did not perform all of the authorized and funded work, as measured by authorized (explicit or imputed) units of work; and

3)  PG&E continues to represent that the curtailed work is necessary to provide safe and reliable service.

Criterion (1) is deemed to apply for work presented as work needed to provide safe and reliable service in PG&E's 2017 GRC testimony.  Next, to determine if criterion (2) applies, PG&E reviewed recorded 2017 data and 2018 and 2019 forecasts.  Under PG&E's analysis, criterion (2) applies where PG&E's 2017 actuals and forecast indicates that the explicit or imputed units of work from the 2017 GRC will not be completed by the end of 2019.  Finally, to determine if criterion (3) applies, PG&E reviewed its 2020 testimony to establish whether it is again proposing the same work for safety and reliability.

For those projects where one of the three criteria did not apply, PG&E determined that it did not qualify as deferred work per the 2017 GRC Settlement Agreement criteria.

Chapter 5 contains no work presented in the 2017 GRC as being "needed to provide safe and reliable service" and therefore does not include deferred work as defined by the 2017 GRC Settlement Agreement.

1 **I.   Summary and Cost Tables**

2        PG&E's recorded adjusted Employee Benefits costs for 2013 through 2020

3 (through 2022 for Medical Programs and Employee Contributions) are shown in

4 Tables 5-1 to 5-4 below.

**TABLE 5-1**
**EMPLOYEE HEALTH AND WELFARE BENEFITS COMPANYWIDE EXPENSES**
**(THOUSANDS OF NOMINAL DOLLARS)**

| Line No. | Description | 2013 Recorded Adjusted | 2014 Recorded Adjusted | 2015 Recorded Adjusted | 2016 Recorded Adjusted | 2017 Recorded Adjusted | 2018 Forecast | 2019 Forecast | 2020 Forecast | 2021 Forecast | 2022 Forecast | Workpaper Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Medical Programs | | | | | | | | | | | |
| 2 | Utility | $332,709 | $350,696 | $353,254 | $394,366 | $418,085 | $444,950 | $470,618 | $495,573 | $524,706 | $553,664 | |
| 3 | Affiliated Entities[a] | 45 | 328 | 398 | 398 | 537 | 302 | 322 | 341 | – | – | |
| 4 | Total Medical Programs | $332,754 | $351,024 | $353,652 | $394,763 | $418,622 | $445,253 | $470,939 | $495,914 | $524,706 | $553,664 | |
| 5 | Dental | | | | | | | | | | | |
| 6 | Utility | $28,770 | $30,335 | $30,333 | $30,992 | $32,410 | $33,573 | 34,419 | $35,105 | – | – | |
| 7 | Affiliated Entities[a] | 5 | 18 | 19 | 19 | 33 | 23 | 23 | 24 | – | – | |
| 8 | Total Dental | $28,774 | $30,352 | $30,352 | $31,011 | $32,444 | $33,595 | $34,442 | $35,129 | – | – | |
| 9 | Vision | | | | | | | | | | | |
| 10 | Utility | $3,725 | $3,340 | $3,561 | $3,435 | $3,414 | $3,448 | $3,448 | $3,430 | – | – | |
| 11 | Affiliated Entities[a] | 1 | 4 | 4 | 2 | 3 | 2 | 2 | 2 | – | – | |
| 12 | Total Vision | $3,726 | $3,344 | $3,565 | $3,437 | $3,417 | $3,450 | $3,450 | $3,432 | – | – | |
| 13 | Employee Contributions | | | | | | | | | | | |
| 14 | Utility | $(27,316) | $(27,942) | $(30,612) | $(31,063) | $(30,846) | $(32,598) | $(36,100) | $(38,051) | $(40,238) | $(42,435) | |
| 15 | Affiliated Entities[a] | (18) | (17) | (20) | (28) | (39) | (22) | (25) | (26) | – | – | |
| 16 | Total Employee Contributions | $(27,334) | $(27,959) | $(30,632) | $(31,091) | $(30,885) | $(32,620) | $(36,125) | $(38,041) | $(40,238) | $(42,435) | |
| 17 | Group Life and AD&D | | | | | | | | | | | |
| 18 | Utility | $782 | $826 | $797 | $621 | $613 | $620 | $617 | $617 | – | – | |
| 19 | Affiliated Entities[a] | 35 | 35 | 35 | 35 | 1 | – | – | – | – | – | |
| 20 | Total Group Life and AD&D | $817 | $861 | $831 | $656 | $614 | $621 | $617 | $617 | – | – | |
| 21 | Total Health & Welfare Prog | | | | | | | | | | | |
| 22 | Utility | $338,670 | $357,254 | $357,333 | $398,352 | $423,677 | $449,993 | $473,001 | $496,710 | – | – | |
| 23 | Affiliated Entities[a] | 67 | 367 | 436 | 425 | 535 | 306 | 323 | 341 | – | – | |
| 24 | Total Health and Welfare | $338,737 | $357,621 | $357,769 | $398,777 | $424,212 | $450,299 | $473,324 | $497,052 | – | – | |

(a)  Affiliated entities include PG&E Corporation and PG&E Corporation Support Services II.

**TABLE 5-2**
**EMPLOYEE POST-RETIREMENT BENEFITS COMPANYWIDE EXPENSES**
**(THOUSANDS OF NOMINAL DOLLARS)**

| Line No. | Description | 2013 Recorded Adjusted | 2014 Recorded Adjusted | 2015 Recorded Adjusted | 2016 Recorded Adjusted | 2017 Recorded Adjusted | 2018 Forecast | 2019 Forecast | 2020 Forecast | Workpaper Reference |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Pension Administration and Compliance (Pay As You Go - PAYG) | | | | | | | | | |
| 2 | Utility | $466 | $221 | $355 | $186 | $288 | $293 | $298 | $305 | |
| 3 | Affiliated Entities[a] | – | – | – | – | – | – | – | – | |
| 4 | Total Pension PAYG | $466 | $221 | $355 | $186 | $288 | $293 | $299 | $305 | |
| 5 | Retirement Savings Plan (RSP 401(k)) | | | | | | | | | |
| 6 | Utility | $70,938 | $79,679 | $90,366 | $96,490 | $102,082 | $108,641 | $113,543 | $119,229 | |
| 7 | Affiliated Entities[a] | 107 | 108 | 132 | 187 | 22 | 23 | 24 | 25 | |
| 8 | Total RSP | $71,045 | $79,787 | $90,498 | $96,677 | $102,104 | $108,664 | $113,567 | $119,254 | |
| 9 | Post-Retirement Medical PAYG | | | | | | | | | |
| 10 | Utility | $649 | $916 | $564 | $672 | $690 | $736 | $784 | $833 | |
| 11 | Affiliated Entities[a] | – | 1 | 0 | 1 | 1 | 1 | 1 | 1 | |
| 12 | Total Post Ret Medical | $649 | $917 | $564 | $673 | $691 | $737 | $785 | $834 | |
| 13 | Post Retirement Life PAYG | | | | | | | | | |
| 14 | Utility | $2,841 | $3,265 | $5,665 | $3,630 | $3,997 | $3,879 | $3,879 | $3,879 | |
| 15 | Affiliated Entities[a] | 2 | 2 | 4 | 4 | 4 | 4 | 4 | 4 | |
| 16 | Total Post Ret Life PAYG | $2,843 | $3,267 | $5,669 | $3,634 | $4,001 | $3,883 | $3,883 | $3,883 | |

TABLE 5-2
EMPLOYEE POST-RETIREMENT BENEFITS COMPANYWIDE EXPENSES
(THOUSANDS OF NOMINAL DOLLARS)
(CONTINUED)

| Line No. | Description | 2013 Recorded Adjusted | 2014 Recorded Adjusted | 2015 Recorded Adjusted | 2016 Recorded Adjusted | 2017 Recorded Adjusted | 2018 Forecast | 2019 Forecast | 2020 Forecast | Workpaper Reference |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | Trust Contributions -Retiree Medical | | | | | | | | | |
| 18 | Utility | $85,919 | $51,569 | $38,785 | $37,271 | $16,519 | $20,107 | $20,107 | $14,746 | |
| 19 | Affiliated Entities[a] | 121 | 96 | 86 | 86 | 89 | 63 | 64 | 64 | |
| 20 | Total Trust Contr. – Retiree Medical | $86,040 | $51,665 | $38,871 | $37,357 | $16,608 | $20,169 | $20,170 | $14,810 | |
| 21 | Trust Contributions -Retiree Life Ins. | | | | | | | | | |
| 22 | Utility | $49,999 | – | $7,045 | $7,485 | $8,485 | $3,637 | $3,637 | – | |
| 23 | Affiliated Entities[a] | 78 | 36 | 47 | 46 | 29 | 7 | 7 | 7 | |
| 24 | Total Trust Contr. – Retiree Life Ins. | $50,077 | $36 | $7,092 | $7,532 | $8,514 | $3,644 | $3,644 | $7 | |
| 25 | Total Post Retirement | | | | | | | | | |
| 26 | Utility | $210,812 | $135,650 | $142,779 | $145,734 | $132,061 | $137,293 | $142,248 | $138,993 | |
| 27 | Affiliated Entities[a] | 308 | 243 | 269 | 324 | 145 | 98 | 99 | 100 | |
| 28 | Total Employee Post Retirement | $211,120 | $135,894 | $143,048 | $146,058 | $132,206 | $137,391 | $142,348 | $139,093 | |

(a) Affiliated entities include PG&E Corporation and PG&E Corporation Support Services II.

**TABLE 5-3**
**EMPLOYEE OTHER BENEFITS COMPANYWIDE EXPENSES**
**(THOUSANDS OF NOMINAL DOLLARS)**

| Line No. | Description | 2013 Recorded Adjusted | 2014 Recorded Adjusted | 2015 Recorded Adjusted | 2016 Recorded Adjusted | 2017 Recorded Adjusted | 2018 Forecast | 2019 Forecast | 2020 Forecast | Workpaper Reference |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Relocation | | | | | | | | | |
| 2 | Utility | $13,667 | $12,440 | $12,321 | $11,391 | $6,201 | $10,700 | $6,058 | $6,165 | |
| 3 | Affiliated Entities[a][b] | — | — | — | — | — | — | — | — | |
| 4 | Total Relocation | $13,667 | $12,440 | $12,321 | $11,391 | $6,201 | $10,700 | $6,058 | $6,165 | |
| 5 | Emergency Dependent Care | | | | | | | | | |
| 6 | Utility | — | — | — | — | — | $29 | $469 | $469 | |
| 7 | Affiliated Entities[a][b] | — | — | — | — | — | - | - | - | |
| 8 | Total Employee Dependent Care | — | — | — | — | — | $29 | $469 | $469 | |
| 9 | Service Awards | | | | | | | | | |
| 10 | Utility | $1,369 | $1,246 | $1,032 | $937 | $846 | $843 | $857 | $872 | |
| 11 | Affiliated Entities[a][b] | — | — | — | — | — | — | — | — | |
| 12 | Total Service Awards | $1,369 | $1,246 | $1,032 | $937 | $846 | $843 | $857 | $872 | |
| 13 | Adoption Reimbursement | | | | | | | | | |
| 14 | Utility | $13 | $14 | $4 | $16 | $11 | $18 | $12 | $12 | |
| 15 | Affiliated Entities[a][b] | — | — | — | — | — | — | — | — | |
| 16 | Total Adoption Reimbursement | $13 | $14 | $4 | $16 | $11 | $18 | $12 | $12 | |
| 17 | Total Other Benefits | | | | | | | | | |
| 18 | Utility | $15,050 | $13,700 | $13,357 | $12,345 | $7,058 | $11,590 | $7,395 | $7,518 | |
| 19 | Affiliated Entities[a][b] | — | — | — | — | — | — | — | — | |
| 20 | Total Other Benefits | $15,050 | $13,700 | $13,357 | $12,345 | $7,058 | $11,590 | $7,395 | $7,518 | |

(a) Affiliated entities include PG&E Corporation and PG&E Corporation Support Services II.
(b) Ratepayer funding not requested.

**TABLE 5-4**
**TOTAL EMPLOYEE BENEFITS COMPANYWIDE EXPENSES**
**(THOUSANDS OF NOMINAL DOLLARS)**

| Line No. | Description | 2013 Recorded Adjusted | 2014 Recorded Adjusted | 2015 Recorded Adjusted | 2016 Recorded Adjusted | 2017 Recorded Adjusted | 2018 Forecast | 2019 Forecast | 2020 Forecast | Workpaper Reference |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Utility | $564,532 | $506,605 | $513,470 | $556,430 | $562,796 | $598,876 | $622,645 | $643,221 | |
| 2 | Affiliated Entities[a] | 375 | 610 | 705 | 750 | 680 | 404 | 422 | 441 | |
| 3 | Total Employee Benefits | $564,907 | $507,215 | $514,174 | $557,174 | $563,476 | $599,280 | $623,067 | $643,662 | |

(a) Affiliated entities include PG&E Corporation and PG&E Corporation Support Services II.

**TABLE 5-5**
**EMPLOYEE BENEFITS INFORMATION TECHNOLOGY EXPENSES**
**(THOUSANDS OF NOMINAL DOLLARS)**

| Line No. | Project | MWC | 2013 Recorded Adjusted | 2014 Recorded Adjusted | 2015 Recorded Adjusted | 2016 Recorded Adjusted | 2017 Recorded Adjusted | 2018 Forecast | 2019 Forecast | 2020 Forecast | Workpaper Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Benefits Outsourcing | JV | $1,204 | $120 | $173 | – | – | – | – | – | |
| 2 | Online Benefits | JV | 42 | – | – | – | – | – | – | – | |
| 3 | Total | | $1,246 | $120 | $173 | – | – | – | – | – | |

**TABLE 5-6**
**EMPLOYEE BENEFITS INFORMATION TECHNOLOGY CAPITAL COSTS**
**(THOUSANDS OF NOMINAL DOLLARS)**

| Line No. | Project | MWC | 2013 Recorded Adjusted | 2014 Recorded Adjusted | 2015 Recorded Adjusted | 2016 Recorded Adjusted | 2017 Recorded Adjusted | 2018 Forecast | 2019 Forecast | 2020 Forecast | 2021 Forecast | 2022 Forecast | Workpaper Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Benefits | | | | | | | | | | | | |
| 1 | Outsourcing | 2F | – | $200 | $1,178 | – | – | – | – | – | – | – | |
| 2 | Online Benefits | 2F | $49 | (49) | – | – | – | – | – | – | – | – | |
| 3 | Total | | $49 | $150 | $1,178 | – | – | – | – | – | – | – | |

**PACIFIC GAS AND ELECTRIC COMPANY**

**CHAPTER 6**

**PG&E ACADEMY**

PACIFIC GAS AND ELECTRIC COMPANY
CHAPTER 6
PG&E ACADEMY

TABLE OF CONTENTS

A.  Introduction ................................................................................. 6-1

B.  PG&E Academy Department Costs ................................................ 6-3

   1.  Summary of Forecast ............................................................... 6-3

   2.  Electric Training ...................................................................... 6-4

      a.  Program Activities ............................................................ 6-4

      b.  Forecast Costs and Drivers .............................................. 6-6

         1)  Labor Escalation .................................................... 6-6

         2)  Staffing Changes and Employee Related .................. 6-6

         3)  Contracts and Materials ......................................... 6-7

   3.  Gas Training ............................................................................ 6-7

      a.  Program Activities ............................................................ 6-7

      b.  Forecast Costs and Drivers .............................................. 6-8

         1)  Labor Escalation .................................................... 6-8

         2)  Staffing Changes and Employee Related .................. 6-8

         3)  Contracts and Materials ......................................... 6-9

   4.  Safety and Compliance, Enterprise Systems, Leadership, and
      Other Training ......................................................................... 6-9

      a.  Program Activities ............................................................ 6-9

         1)  Safety and Compliance Training ............................. 6-9

         2)  Enterprise Systems and Technology Training ........... 6-10

         3)  Leadership and Employee Development Training ....... 6-10

         4)  Course and Profile Management and Governance ..... 6-10

      b.  Forecast Costs and Drivers .............................................. 6-11

         1)  Labor Escalation .................................................... 6-11

PACIFIC GAS AND ELECTRIC COMPANY
CHAPTER 6
PG&E ACADEMY

TABLE OF CONTENTS
(CONTINUED)

2) Staffing Changes and Employee Related ................................... 6-11

3) Contracts and Materials .............................................................. 6-11

C. Safety Risks and Mitigations ...................................................................... 6-12

1. Skilled and Qualified Workforce Risk ................................................... 6-12

a. Use of Incorrect Operation as a Proxy Measure for SQWF .............. 6-12

b. Risk Mitigations and Controls ........................................................... 6-13

c. 2017 Through 2019 Mitigations ........................................................ 6-14

d. 2020-2022 Mitigations ...................................................................... 6-16

e. Response to Safety and Enforcement Division's Comments............. 6-19

2. Wildfire Risk Mitigation .......................................................................... 6-19

D. Companywide Expense – Tuition Refund...................................................... 6-20

E. Maintenance and Upgrade of PG&E Learning Facilities................................ 6-21

1. Tools and Equipment (MWC 05)............................................................. 6-21

2. Maintain Buildings (MWC 22)................................................................. 6-22

F. Information Technology Projects .................................................................. 6-22

1. IT Projects for the 2020 GRC Period ...................................................... 6-22

a. Enhance Technical Information Library and Guidance
Document Library ............................................................................. 6-22

b. Qualifications Update for Work Scheduling ...................................... 6-23

c. Success Factors Learning ................................................................. 6-23

2. It Projects Completed Prior to 2020 ...................................................... 6-24

a. Apprentice Program.......................................................................... 6-24

b. Training Profile and Enrollment Governance Tools ........................... 6-24

G. Compliance With 2017 GRC Settlement:  Section 3.2.8.4.............................. 6-24

PACIFIC GAS AND ELECTRIC COMPANY
CHAPTER 6
PG&E ACADEMY

TABLE OF CONTENTS
(CONTINUED)

H.   Summary/Cost Tables ...................................................................... 6-25

**PACIFIC GAS AND ELECTRIC COMPANY**
**CHAPTER 6**
**PG&E ACADEMY**

## A. Introduction

Pacific Gas and Electric Company (PG&E or the Company) Academy develops and delivers technical leadership, and other training that helps to maintain a skilled, safe, and qualified workforce.  Developing and delivering training to new and existing employees is one means by which Human Resources (HR) directly supports the delivery of safe and reliable services to customers.

PG&E has been recognized as having one of the Top 10 training organizations in the world, including two consecutive years for being recognized for Gas Operations Enhanced Field Scheduling, and Becker Valve Simulation for outstanding gas training initiative of the year by *Training Magazine,* published by The Lakewood Group, LLC.[1]  Top companies were determined based on several factors, including the scope of development (training) programs, linkage of training efforts to business goals, and effectiveness of programs.

In 2017, based on priorities established by the lines of business (LOB), PG&E Academy developed or updated over 200 courses to reflect new or changing law, regulations, and business procedures, and maintained or updated PG&E's 31 state-certified apprentice programs.  PG&E Academy also delivered in 2017, over 4,700 instructor-led training sessions, covering more than 500 different topics through instructors or on-the-job training (OJT) to employees, in areas such as electric operations, gas operations, safety and compliance, and leadership.  The instructor-led and OJT sessions represented over 65,000 student days.  In addition, PG&E Academy offered over 230 separate web-based technical training courses to employees and contractors.  These courses covered a wide range of disciplines, from beginner to advanced levels, across many technical specialties, including compliance,

---

[1]  See WP 6-92 to WP 6-93, Exhibit (PG&E-8), as published by Training Magazine produced by The Lakewood Media Group posted February 13, 2018.

6-1

1    emergency response, systems operations and maintenance (O&M), and
2    hazardous energy control.

3        PG&E Academy has increased its focus on training governance and training
4    profile management to increase visibility to leaders on the status of their
5    employees' training.  The improvements in these areas allow PG&E to better
6    target training to specific job requirements and skills needed for employees to
7    move up to the next level of responsibility.  This improved governance and
8    more-targeted training is forecast to result in fewer course hours, and less
9    non-productive time for field employees.

10        The forecasted costs for PG&E Academy are shown in Tables 6-1
11   through 6-4 at the end of this chapter.  PG&E requests the Commission adopt its
12   2020 expense and capital forecast by program as follows:

13   •   PG&E Academy Department Cost:  $36.2 million in 2020.  This is a
14       $621 thousand increase (1.7 percent), as compared to 2017 recorded
15       adjusted costs.  The forecast includes the costs to develop and deliver
16       employee technical, safety, leadership, and other training.  These activities
17       are described in Section B of this chapter.

18   •   Tuition Refund:  $3.3 million in 2020.  This is a $178 thousand (5.5 percent)
19       decrease, compared to 2017 recorded adjusted costs.  This program
20       reimburses employees for tuition, fees, and books for career- or job-related
21       courses outside of PG&E.  This program and forecast are discussed further
22       in Section D.

23   •   Learning Facilities:  $1.2 million of capital for each year 2018-2022.  The
24       forecast for 2020 is a $216 thousand increase over the 2017 recorded
25       adjusted costs.  These costs are for tools, equipment, and maintenance of
26       PG&E's learning facilities.  Additional information about these projects can
27       be found in Section E.

28   •   IT Projects:  $0.8 million in expense for 2020,[2] and $2.0 million in capital for
29       2020-2022.  These projects are described in Section F of this chapter.

30        In addition to the cost forecasts presented in this chapter, PG&E also
31   provides an update about top safety risks identified in the Risk Assessment and
32   Mitigation Phase (RAMP) Report related to the Company's Skilled and Qualified

---

**2**    See Table 6-3, line 9 at the end of this chapter.

1 Workforce (SQWF), as well as a new mitigation to the Wildfire Risk.[3]  This

2 update is provided in Section C.

3 **B.  PG&E Academy Department Costs**

4   **1.  Summary of Forecast**

5       PG&E Academy department costs include the development and delivery

6   of all types of training, including technical, equipment, technology, safety,

7   and leadership.  The costs for Electric and Gas specific training have been

8   recorded, and are forecast in Federal Energy Regulatory Commission

9   (FERC) operating accounts, while the remainder of the costs have been

10   recorded and are forecast in the Administrative and General (A&G)

11   FERC accounts.

12       PG&E's forecast for PG&E Academy Department Cost is $36.2 million

13   in 2020.[4]  The specific forecast, by FERC account or equivalent,[5] can be

14   found in Table 6-1 in Section H.  Figure 6-1 below provides a summary of

15   the increases and decreases by training area, as compared with the 2017

16   recorded adjusted costs.  PG&E's Academy Department cost is forecast by

17   functional area.  A description of training activities and forecast drivers by

18   functional training area is included in Sections B.2. through B.4. below.

---

[3]   See Exhibit (PG&E-4), Chapter 2 for discussion.

[4]   See WP 6-1, line 1 and 6-18, line 9, Exhibit (PG&E-8).

[5]   PG&E has broken the forecast for the Electric and Gas technical training costs into a
      Labor and Non-Labor category to provide a similar detail to that shown for the
      A&G costs.

**FIGURE 6-1**
**SUMMARY OF PG&E ACADEMY DEPARTMENT COSTS 2017-2020**
**(THOUSANDS OF NOMINAL DOLLARS)**



1    **2.    Electric Training**

2    **a.    Program Activities**

3    The Academy Electric Technical School provides training courses

4    on a wide range of technical topics, including:  planning, engineering,

5    maintenance, construction, asset management, energy restoration, and

6    emergency response.  Employees are taught how to evaluate a situation

7    and location, and then safely perform the work in alignment with PG&E

8    guidance documents.  PG&E offers 16 state-sanctioned apprenticeships

9    focused on Electric Operations and Power Generation, including the

10   Line Worker, Cable Splicer, Electrician, Hydro Operator, and Distribution

11   System Operator programs.

12   Technical training begins with the development of rigorous and

13   pertinent curriculum content.  PG&E Academy curriculum development

14   adheres to a standard process for development to ensure consistent

15   quality.  Academy Electric Technical courseware is built upon technical

16   guidance documents, using subject matter expertise to ensure

17   real-world perspectives are included.  Technical curriculum is developed

18   with knowledge and/or skill assessments to ensure learner-participants

1    gain from the experience.  Curriculum investments are assessed by

2    learner-participants, delivery instructors, and curriculum teams on an

3    ongoing basis to ensure they remain relevant and adopt changes to

4    improve efficiency and effectiveness.  In 2017, the Academy Electric

5    Technical School created 28 new courses and updated the curriculum

6    for 21 courses and apprenticeships.  PG&E expects that, in 2020,

7    a similar number of courses will need to be developed or updated.

8         PG&E Academy delivers training in-person, virtually, or via

9    web-based (computer or online) training.  Courses may be developed

10    with hands-on components or interactive simulations, and be sequential

11    or self-paced, as appropriate to the training audience and material

12    content.  Training is provided to new employees, existing employees

13    moving into a new role or level, and as a refresher for more experienced

14    employees.  The focus on how to safely perform work starts with

15    employees' first day of training and continues throughout their career.

16    As discussed in Section C.1., SQWF Risk.  Over time, actual work

17    practices may deviate from what was trained, leading to a need for

18    refresher training.  As a result, PG&E establishes a repeat interval for

19    each course and offers regular technical refresher training to its

20    Journeyman field employees.  Each of PG&E's annual Journeyman

21    refresher training program is targeted to address selected technical

22    topics, and also include a fundamental safety topic.

23         While PG&E has increased the number of online courses available

24    to employees, most technical training is still delivered with a live

25    instructor at a PG&E training facility, in various field locations, or

26    virtually.  In 2017, the Academy Electric Technical School Delivered

27    over 30,000 student days of in-person training.  PG&E's 2020 forecast

28    assumes that a similar level of in-person training will be required in

29    2020.  When appropriate for the material being taught, PG&E uses its

30    virtual learning studio to deliver training to many locations concurrently.

31    The same rigor is required for the curriculum development and the

32    instructor preparation, but through the use of the virtual learning studio,

33    students do not have to travel to one of PG&E's training facilities.

1  PG&E's Electric Technical School uses two primary facilities—the
2  San Ramon Training Center and Livermore Learning Center.  In 2018,
3  PG&E is expanding the capability of the Livermore location by
4  constructing a 145,100-square-foot substation training facility (Evolution
5  Substation).  The facility, which will focus on electric substation O&M, is
6  scheduled to open in the first half of 2019.  Having a dedicated space for
7  this training will allow PG&E to provide specific, hands-on training and
8  assessments to substation personnel without risk to the PG&E electric
9  transmission system.  The new Evolution substation training facility will
10  provide a safe and de-energized environment to train, validate and
11  assess substation employees in realistic simulated field conditions.
12  Additionally, it will provide the opportunity to enhance training in related
13  disciplines, such as complex switching scenarios, ground grid
14  installation, wire pulling, and line sagging.

15  PG&E's forecast assumes that 4,400 student training days for
16  775 crew leads/sub foreman, electricians, substation inspectors and
17  utility workers will use the new substation facility at the Livermore
18  Learning Center beginning in 2019.

19  **b.  Forecast Costs and Drivers**

20  The 2020 Electric Training forecast is $13.6 million, which is a
21  $1.3 million decrease from 2017 recorded adjusted.[6]

22  **1)  Labor Escalation**

23  Labor escalation over the 3-year period from 2017 to 2020 is
24  forecast to be a cumulative $1.1 million.[7]

25  **2)  Staffing Changes and Employee Related**

26  PG&E is forecasting an increase of 14 full-time equivalent (FTE)
27  employees in 2020, as compared with 2017.[8]  10 of the incremental
28  FTEs will support curriculum development and bring in house labor
29  for baseload curriculum development work that is currently being

---

[6] See WP 6-18, Line 4, Exhibit (PG&E-8).

[7] See Exhibit (PG&E-8), Chapter 4 for the forecast labor escalation rates.

[8] See WP 6-16, Lines 5 and 11, Exhibit (PG&E-8).

1  performed by more expensive contractors.  PG&E's forecast also
2  assumes that employee overtime will be reduced by $600 thousand
3  (87 percent reduction), as compared with 2017 recorded adjusted.

### 3) Contracts and Materials

5  Contracts and materials are forecast to decrease by $2.8 million
6  to $5.5 million in 2020,[9] as compared with 2017 recorded adjusted.
7  These reductions are primarily based on improving efficiency and
8  cost to develop and maintain the electric curriculum by centralizing
9  the program into HR, where a core group of employees will be hired
10  in 2018 and 2019 at a lower cost than the contractors previously
11  used.  PG&E's forecast assumes that contractors will still be used to
12  develop some curriculum, to either meet peak workloads or when a
13  specific expertise is required.  PG&E's forecast also includes
14  a $0.3 million reduction in the cost of materials used to
15  deliver training.

### 3. Gas Training

#### a. Program Activities

18  As with electric, PG&E has a dedicated technical school for training
19  gas employees.  The Gas Operations Training team develops and
20  delivers technical training courses on topics supporting PG&E's gas
21  operations, including:  Transmission and Distribution (T&D) Operations,
22  T&D Construction, Portfolio Management and Engineering, Asset
23  Management, Systems Operations and Safety, and Quality and Contract
24  Management.  Course topics include field services, gas pipeline O&M,
25  welding, leak survey, engineering, and construction.
26  The new Gas Safety Academy in Winters, California opened in
27  2017.  This facility has become the primary training center for
28  employees learning to operate and maintain every aspect of PG&E's
29  natural gas infrastructure.  It features the latest in training technologies,
30  including:  heavy equipment simulators, virtual learning resources, a
31  model neighborhood for emergency response and leak detection

---

[9]  See WP 6-18, Line 3, Exhibit (PG&E-8).

1  practices, and educational programs on industry-leading safety
2  protocols.  PG&E delivers over 125 Gas Operations training courses at
3  the Winters facility each year and expects to host approximately
4  12,000 student days of training in 2018 with a similar number in 2020.
5  An additional 3,000 student days are forecast to be delivered at various
6  yard locations throughout PG&E service territory.

7  In 2017, PG&E's Gas Operations Training team developed or
8  updated the curriculum for 127 new courses.[10]  Unlike the electric
9  school, where HR now includes the curriculum development costs, most
10 of the gas curriculum development budget is included in the Gas
11 Operations department forecast.[11]

12 **b.  Forecast Costs and Drivers**

13 The Gas Training forecast for 2020 is $5.9 million, which is
14 approximately a $62 thousand increase, compared to 2017 recorded
15 adjusted.

16 **1)  Labor Escalation**

17 Labor escalation is forecast to be a cumulative $496 thousand
18 over the 3-year period from 2017 to 2020.

19 **2)  Staffing Changes and Employee Related**

20 Gas training is forecasting a decrease of 3 FTEs in 2020, as
21 compared with 2017,[12] and a reduction of $163 thousand in paid
22 overtime (over 90 percent of overtime eliminated).  PG&E is also
23 forecasting that there will be, on average, nine fewer vacancies in
24 2020, as compared with 2017, resulting in a net labor increase of
25 $514 thousand.  Filling the vacant employee positions will allow
26 PG&E to reduce the overtime and replace more expensive
27 contractors with employees.  PG&E also forecasts a $117 thousand

---

[10]  The 127 courses developed or updated are over and above the work that PG&E is completing as part of the Fines and Remedies D.15-04-024.  PG&E's forecast does not include any of the work being undertaken as a result of D.15-04-02.

[11]  See Exhibit (PG&E-3), Chapter 11.

[12]  See WP 6-16, Lines 4 and 16, Exhibit (PG&E-8).

1    increase in employee-related costs as the number of actual
2    employees increases.[13]

3        **3) Contracts and Materials**
4            PG&E forecasts a reduction of $1.0 million in contract costs
5        related to curriculum development and training delivery, and a
6        $42 thousand increase in materials used during training.[14]

7    **4. Safety and Compliance, Enterprise Systems, Leadership, and**
8        **Other Training**
9        In addition to technical training which is charged to and forecast in the
10   operating accounts, PG&E Academy supports the development and delivery
11   of training related to IT, safety, compliance, and leadership, which are
12   included in the A&G accounts forecast.  A description of those activities and
13   of the 2020 forecast are included in Sections 4.a. and 4.b. that follow.

14       **a. Program Activities**

15           **1) Safety and Compliance Training**
16               The Safety and Compliance school works with all PG&E's LOBs
17           to track the many federal, state, and local compliance requirements,
18           along with PG&E's internal procedures, to determine exposures to
19           regulated work practices and risk environments.  Training such as
20           CPR/First Aid and Asbestos Class III is developed and profiled to
21           PG&E and its contractors, based on these conditions, with a focus
22           on safety.
23               This team is focused on courses related to safety and
24           compliance obligations that are not specific to either the gas or
25           electric functions.  Examples include Occupational Safety Hazards
26           Act-related training, asbestos, confined spaces, and safety at height
27           specific training.  These topics may also be covered in applicable
28           electric and gas courses; however, the training curriculum is the
29           responsibility of the Safety and Compliance Training school.
30           Delivery or electric or gas specific safety training is included within

---

**13**  See WP 6-25, Line 72, Exhibit (PG&E-8).

**14**  See WP 6-25, Lines 68 and 70, Exhibit (PG&E-8).

the Electric and Gas training functions, described in Sections B.2. and B.3., respectively.

In addition, in support of the Community Wildfire Safety Program, PG&E Academy will prepare PG&E employees for the program-related changes through iterative employee engagement/ change management, communications and training. This is discussed in further detail in Section C.2.

2) **Enterprise Systems and Technology Training**

The Enterprise Systems Training team offers a range of customized training solutions focusing on software and hardware technology needs within PG&E. Much of the training developed and delivered focuses on enterprise resource planning software, SAP, and desktop software from Microsoft. Enterprise systems delivered over 4,200 student training days in 2017 and is forecasting over 4,000 student training days in 2018.

3) **Leadership and Employee Development Training**

The Leadership and Employee Development (LED) team delivers onboarding and employee leadership development training and resources. The training works to maximize employee and leader effectiveness through innovative development opportunities targeted to all levels within PG&E. In support of PG&E's talent strategy, LED provides career development opportunities that help employees grow in their role and prepare for future opportunities through courses such as "Safety Leadership" and "New to Leadership at PG&E." LED delivered over 8,600 student training days in 2017. PG&E is forecasting a decrease in the delivery of Safety Leadership training in 2020, compared to 2017. This is because training of current employees will be completing in 2018, and from 2019 forward, the focus will be on providing safety leadership training to newly-hired or promoted employees.

4) **Course and Profile Management and Governance**

As part of the Academy's goal to maintain a SQWF, PG&E works to ensure that workforce risks and mandated training

1    requirements are clearly identified, assigned by the LOBs, and
2    clearly documented.  Training is assigned, and due dates are
3    monitored and used for scheduling purposes.  This reduced training
4    overlap, identified gaps, and ensured training compliance.

5    **b.  Forecast Costs and Drivers**

6    PG&E forecasts $16.7 million in 2020 to perform this work
7    discussed in this section.[15]  The 2020 forecast is a $1.9 million increase
8    over 2017 recorded adjusted, which is due to the following drivers:

9    **1)  Labor Escalation**

10   Labor escalation is forecast to be a cumulative $775 thousand
11   over the 3-year period from 2017 to 2020.[16]

12   **2)  Staffing Changes and Employee Related**

13   PG&E is forecasting a three FTE decrease over the 2017 end of
14   year headcount,[17] resulting in a $586 thousand decrease in labor
15   costs after excluding labor escalation.  Employee-related costs are
16   forecast to be $134 thousand, a decrease of $43 thousand in 2020,
17   as compared with 2017.[18]

18   **3)  Contracts and Materials**

19   Contracts and Materials are forecast to increase by $2.2 million,
20   including $1.2 million to support the Wildfire risk mitigation
21   discussed in Section C.2.  PG&E's forecast increase also included
22   the $200 thousand to support the expansion of the Business
23   Process Index (M1B) risk mitigation and a portion of the costs
24   associated with the expanded data collection needed to more fully
25   quantify the SQWF Risk (M20) discussed in Section C.1.

---

[15]  See WP 6-1, Line 5, Exhibit (PG&E-8).

[16]  See WP 6-7, Line 130, WP 6-8, Line 162, and WP 6-9, Line 194, Exhibit (PG&E-8).

[17]  See WP 6-16, Line 4, Exhibit (PG&E-8).

[18]  See WP 6-7, Line 150, Exhibit (PG&E-8).

C. **Safety Risks and Mitigations**

1. **Skilled and Qualified Workforce Risk**

One of the drivers underlying the training provided by PG&E Academy is maintaining a Skilled and Qualified Workforce (SQWF). SQWF was included as one of PG&E's top safety risks in its RAMP report.[19]

As the rate of change to technology, equipment, and procedures increases, it is PG&E's belief that the risk of an adverse event occurring because an employee did not have the necessary skills and qualifications also increases. Therefore, PG&E has adapted its operations to maintain a level of control around maintaining a SQWF. Fundamentally, PG&E's goal is to ensure that training and qualifications for high consequence work is current and applied to our workforce in a systematic and repeatable way. PG&E must ensure that processes are in place to quickly identify when new or additional training or qualifications are required by PG&E workers so that they can safely and efficiently perform their assigned work.

a. **Use of Incorrect Operation as a Proxy Measure for SQWF**

PG&E's RAMP report used the frequency and consequence data associated with the Incorrect Operation driver from the RAMP asset-based risks to establish the baseline for SQWF. PG&E chose to use the Incorrect Operation driver data to establish the baseline for SQWF because it is the driver that captures incidents or events impacting specific types of assets that are due to a person incorrectly performing a task. Recognizing that not all mistakes that an employee might make are due to the lack of skills or qualifications, PG&E then used assessment data, combined with the judgement of subject matter experts (SME) in HR and the LOBs, to establish the proportion of incorrect operations that were likely to occur because an employee did not have the necessary skills and qualifications. PG&E used assessment data to determine the proportion of Incorrect Operations attributable to SQWF, based on the theory that an employee who cannot correctly perform a task for which they were previously qualified, while

---

[19] See Exhibit (PG&E-2), Chapter 3 for a discussion of PG&E's overall risk program, and all of the top safety risks included in PG&E's 2017 RAMP.

1 being assessed, is unlikely to be performing that task correctly in the
2 field.  SME judgement was applied because not every mistake that an
3 employee might make which causes them to fail an assessment would
4 result in an actual failure of the assets, causing an incident.

5 **b.  Risk Mitigations and Controls**

6 As described in PG&E's RAMP Report, PG&E's existing controls for
7 the SQWF Risk include a combination of:  training, assessments of
8 specific skills and qualifications, job aids, and procedures.  In some
9 cases, existing legal and regulatory requirements, such as the
10 federally-regulated Gas Operator Qualifications Program, serve as a
11 control for the SQWF risk.  The specific costs and benefits from the
12 existing and ongoing control activities[20] are not separately tracked or
13 recorded, rather they are part of established processes, and embedded
14 in the HR and the operating LOB recorded costs.

15 PG&E's SQWF mitigations all focus on reducing the likelihood of an
16 event occurring because an employee does not have the necessary
17 skills and qualifications to perform specific work.  PG&E's risk
18 mitigations were categorized as Foundational, Technical Competence,
19 or Qualification Verification:

20 • Foundational:  Work that will improve the data and information
21 PG&E has available to identify all high consequence work and
22 tasks, and further refine risk model inputs related to consequence
23 and frequency.  This work is not expected to directly reduce the risk,
24 and therefore there is no forecast risk reduction for these activities.
25 PG&E believes that the proposed foundational activities are
26 important, as they will provide the data to more accurately quantify
27 the baseline for the risk and the reduction likely if future mitigations
28 are proposed (eliminating some of the reliance on SME judgement
29 in the future).

30 • Technical Competence:  Improving access to technical procedures,
31 standards, and job aids so that employees in the field can more

---

[20] See WP 6-42 to WP 6-44, Exhibit (PG&E-8) for a listing of the SQWF risk control
activities.

easily look up material, and have a refresher before completing a task. This is particularly important if the employee is faced with a task or equipment that they may not frequently work on, and therefore, may not recall all of the required steps and safeguards that should be implemented.

- Qualification Verification: Increase the visibility to and use of qualifications when scheduling and assigning work. This type of mitigation will reduce the likelihood that an employee is scheduled or assigned to complete work for which they do not have a current qualification. It will also serve as a reminder to employees who have not completed required refresher or update training, as the associated qualification will have expired.

**c. 2017 Through 2019 Mitigations**

For the SQWF Risk, HR identified the following mitigations that are being implemented in the 2017-2019 period. Each of these mitigations is scheduled to be completed, consistent with the timing provided in PG&E's RAMP Report.

- M1A –BPI (Foundational): Establish and maintain a system that documents and aligns the work employees do with the procedures, training and associated qualifications. This mitigation is forecast to continue, and is proposed to expand (see M1B, Table 6-5 below).
- M2 – Implementation of the Centralized Training Records Standard (Foundational): Centralize all training records that lead to a certification, a qualification or address a compliance requirement. On the Job Support – Mobile Technology – Foreman and Crew Leads.
- M3 – SAP Apprentice Training Automation (Foundational): Enhance SAP usability by developing a sustainable data collection and storage tool with mobile capability that meets all regulatory and record retention requirements, as well as the ability to generate reports to gauge program effectiveness and individual success.
- M4 – Perform an Assessment of Electric Transmission Operations (TO) and Distribution Operations (DO) Training and Improvements Needed (Foundational): For identified critical tasks needing

improvement, ensure the development and delivery of the
assessment programs.

- **M5 – Perform Cycle Time Evaluation for All Critical Task Assessments That Have Been Completed for Electric TO and DO (Foundational)**:  Evaluate and determine the appropriate regular assessment cycle (i.e., how frequently employees should be retested on a specific skill or knowledge), based on skill or knowledge degradation for Electric Operations-identified critical tasks.

- **M6 – Technical Training Profiling (Foundational)**:  Expand profiling (i.e., identify all required technical and equipment training to a job classification, position, organization or an individual) of training for the Gas and Electric organizations to help reduce training costs, improve scheduling and planning, and ensure the right person is in the right training at the right time.

- **M7 – Develop Job Qualification Profiles (Foundational)**:  Map PG&E Gas Operator qualifications to the work performed by personnel in each PG&E gas job classification (and/or role) on a regular, consistent basis.

- **M8 – Exam Materials Refresh (Foundational)**:  Prioritize the identification, creation, and revision of tasks to ensure a comprehensive task list, and that exam materials test knowledge, skills and abilities, not just reading comprehension and memory.

- **M9 – Metrics Development (HR) (Foundational)**:  Identify data needed to quantify drivers, incidents and measure the effectiveness of controls.

- **M10 – Qualifications and Tasks Loaded Into HR System of Record (Foundational)**:  Catalog of qualifications and tasks required for each job classification.

- **M11 – IT Solution for Curriculum Management (Foundational)**: To support the training record keeping compliance requirements, develop and implement a sustainability storage solution for space and security.

1       •   <u>M12 – Applicant Installer On-Boarding Process (Qualification</u>

2           <u>Verification)</u>:  This mitigation focuses on non-employee workers.

3           Applicant Installers are third parties who are contracted by a home

4           development builder to connect new homes to PG&E services.

5       •   <u>M13 – Training Substation in Livermore (Technical Competence)</u>:

6           Develop and construct a new training substation at the Livermore

7           training facility.

8     **d.   2020-2022 Mitigations**

9         PG&E's approach in 2020-2022 is to continue to collect and analyze

10     data regarding work procedures and errors, so that both existing

11     controls and new mitigations can be evaluated for effectiveness.  At the

12     same time, recognizing that change in technology, equipment, and

13     procedures will continue to impact employees working in the field, PG&E

14     developed for RAMP, a mix of additional mitigations that build upon the

15     work it has completed to date, and which PG&E believes will continue to

16     reduce the likelihood of an adverse event due to an employee not

17     having the necessary skills and qualifications.

18         PG&E proposed six new mitigations in RAMP and the continuation

19     and expansion of another for the 2020-2022 period.  The proposed mix

20     of mitigations balances the need to continue to develop foundational

21     data to more completely understand and quantify the risk and the impact

22     of existing and new mitigations, with providing resources to employees

23     to give them real-time access to "how-to" information, and structural

24     changes to integrate qualifications into work scheduling and related

25     processes.

26         PG&E has updated the forecast benefits and costs for its proposed

27     mitigations.**21**  Table 6-1 lists the proposed mitigations and the updated

28     costs, as well as the reference to the exhibit and workpapers where

29     additional details can be found.  As many of the mitigations are work

30     that will be performed in the operating LOBs, the costs for those

---

**21**  The methodology and assumptions used to develop the forecast risk reduction have not
changed; however, PG&E used more recent (2017) assessment data to estimate the
risk reduction.  See WP 6-90 and WP 6-91, Exhibit (PG&E-8) for updated assessment
data analysis.

mitigations are included within the forecasts for the referenced exhibits. In some cases, the costs are not a specific project or work, and so may not be specifically identified in the LOB exhibit. PG&E's cost and schedule forecast for the mitigation has changed from that estimated in RAMP for some mitigations. Forecast risk reduction, where applicable, was also updated using 2017 assessment data and applying the same methodology as was used in PG&E's RAMP Report. PG&E also updated the Risk Spend Efficiency (RSE). The following is a list of the proposed mitigations, followed by a table that includes the cost forecast and RSE for each mitigation.

- <u>M14A – On-the-Job Support – Mobile Technology for Foremen and Crew Leads (Technical Competence)</u>: This mitigation will make access to PG&E's technical documentation, including standards, procedures, and job aids available to PG&E's Foremen and Crew Leads through their hand-held devices. This real-time, in the field, on-the-job access will allow field workers the ability to look up a specific procedure, as well as use a search function to find the information relevant to their situation.[22]

- <u>M15 – Enhance TIL and GDL (Technical Competence)</u>: The Technical Information Library (TIL) and Guidance Document Library (GDL) are online repositories for PG&E's policies, standards, procedures, and guidance documents. PG&E's employees, both in the office and in the field, are expected to refer to these documents whenever they are completing a new or unfamiliar task or procedure. This mitigation will improve the ease of use and ability to search for documents from a mobile device.[23]

- <u>M17 – Work Scheduling Integration With Qualifications (Qualification Verification)</u>: This mitigation will automate the verification of qualifications by integrating PG&E's SAP HR system where qualifications are tracked with the work scheduling system. With this integration, as part of the work scheduling process,

---

[22] See WP 6-58 to WP 6-62, Exhibit (PG&E-8).

[23] See WP 6-63 to WP 6-65, Exhibit (PG&E-8), Mitigation Summary: <u>Enhance Technical Information Library and Guidance Document Library</u>.

1    workers' qualifications will be checked, and workers will only be
2    assigned to complete work if they hold the necessary
3    qualifications.[24]

4    • <u>M18 – Qualification Cards for Electric and Power Generation</u>
5      <u>(Qualification Verification)</u>:  This mitigation will expand the use of
6      Qualification Cards to Electric Operations and Power Generation.
7      Qualification Cards contain information about the qualification status
8      for the employee.[25]

9    • <u>M19 – Electric and Power Generation Review and Update</u>
10     <u>Expected Job Functions (Foundational)</u>:  Fundamental to a
11     qualifications-based focus is the understanding and documenting of
12     detailed, specific tasks each employee is expected to perform, and
13     the knowledge and skills necessary to perform each task.  This
14     foundational work will continue to analyze the work performed in
15     the electric and power generation organizations, and develop the
16     documentation necessary to create qualifications specific to
17     the work.[26]

18   • <u>M20 – Improve, Collect, and Analyze Data Related to Skill</u>
19     <u>Degradation (Foundational)</u>:  Understanding the time period in which
20     employees lose proficiency after training is important to determining
21     at what point PG&E must apply some sort of mitigation to maintain a
22     workforce that continuously has the skills and qualifications
23     necessary to safely and effectively perform work.  Over time,
24     employees can lose proficiency at tasks—sometimes because the
25     task is done infrequently, other times because of complacent
26     approach to a task, and yet other instances may simply be due to
27     the passage of time.  Studying the rate of skill degradation, and
28     understanding what factors influence it, will allow PG&E to more

---

[24] See WP 6-66 to WP 6-69, Exhibit (PG&E-8), Mitigation Summary:  <u>Work Scheduling Integration with Qualifications</u>.

[25] See WP 6-70 to WP 6-72, Exhibit (PG&E-8), Mitigation Summary:  <u>Qualification Cards for Electric and Power Generation</u>.

[26] See WP 6-73 to WP 6-74, Exhibit (PG&E-8), Mitigation Summary:  <u>Electric and Power Generation Review and Update Expected Job Functions</u>.

1 efficiently determine retraining or refresher training cycles.  If

2 refresher training is required too soon, there is a cost in terms of the

3 actual training and lost productivity.[27]

4 **e. Response to Safety and Enforcement Division's Comments**

5 The Commission directed the Safety and Enforcement Division

6 (SED) to evaluate PG&E's RAMP report.  The SED report, issued in

7 April 2018, included the following comments applicable to all the risks

8 described in this chapter.[28]

9 PG&E rightly assessed this risk based on its relationship with other
10 RAMP risks, but the utility does not make a fully clear and
11 persuasive case for justifying its use of "Incorrect Operations"
12 ("estimated using assessment pass rate data as a proxy combined
13 with SME judgement") as a proxy driver until more thorough and
14 precise SQWF risk data are obtained.

15 The risk analysis, due to a paucity of real-world data based on
16 actual occurrence of the risk, is somewhat circumspect, but probably
17 the best available at this time.

18 PG&E should redouble its efforts to provide past and future cost
19 estimates that are somewhat grounded in concrete numbers, as well
20 as assign values to the risk mitigation RSEs that PG&E is willing to
21 stand behind.

22 To address these comments, PG&E included additional discussion

23 in Section C.1. above, about why the Incorrect Operation driver was

24 used as the proxy to determine the baseline frequency and

25 consequences associated with the SQWF risk.  PG&E has also

26 reviewed and, where appropriate, updated its costs forecasts for the

27 proposed mitigations.

28 **2. Wildfire Risk Mitigation**

29 In support of the Community Wildfire Safety Program, PG&E Academy

30 will prepare PG&E employees for program-related changes through iterative

31 employee engagement/change management, communications, and training.

32 This will include, but is not limited to training and change management

33 activities related to new and enhanced Wildfire Safety Operations Center

---

[27] See WP 6-75 and WP 6-76, Exhibit (PG&E-8), Mitigation Summary:  Improve, Collect, and Analyze Data Related to Skill Degradation.

[28] SED Report "Risk and Safety Aspects of Risk Assessment and Mitigation Phase Report of Pacific Gas & Electric Company Investigation 17-11-003," issued March 30, 2018; pp. 140-143.

1    procedures; pro-active de-energization of electric lines; recloser blocking
2    activities; and new patrolling requirements for field crews.  This will involve
3    development and delivery of new and updated curriculum, job aids, and
4    mobile field support solutions (video procedures, electronic support guides,
5    etc.) using multiple delivery formats (classroom, virtual learning, web-based
6    training and interactive role-based simulations).  The PG&E Academy
7    Department forecasts $1.8 million in expense in 2019, and $1.2 million in
8    expense for 2020 for this wildfire specific work.  These costs are included
9    within those discussed in Section B.4. above.

10       In addition, starting in late 2018, PG&E Academy will begin development
11    of new and revised curriculum to support updated work methods and
12    procedures for wildfire system re-design and hardening efforts, including the
13    use of non-wood poles, conductor replacements, and tree wire use.  Overall
14    impacts of work methods and procedure changes will necessitate revisions
15    and updates to Apprentice and Journeyman initial and refresher curriculums,
16    including Apprentice Lineman, Power Systems Operations School,
17    Compliance Inspector Bootcamp, Power Generation Apprentice Program,
18    Gas Operator Program, and IT Telecom programs.

19       This work is part of that described in Mitigation 27 – Employee
20    Engagement, Training and Tools under the Wildfire Risk, and was
21    developed after PG&E submitted its RAMP report.[29]

22  **D. Companywide Expense – Tuition Refund**

23       The LED Program management team within PG&E Academy oversees the
24    Tuition Refund Program, which encourages employees to further their learning
25    through career- or job-related courses outside of PG&E.  PG&E reimburses up
26    to $8,000 a year on tuition from a program-approved accredited school.  While
27    tuition has continued to rise, participation in the program remains strong, and
28    PG&E is not forecasting a change to amount of money available to individual
29    employees.  Since 2011, PG&E has used a third-party vendor to administer the
30    Tuition Refund Program.  In addition, for targeted employees, PG&E continues
31    to support cyber security training through the Tuition Refund Program.

---

[29]  See Exhibit (PG&E-4), Chapter 2A for additional information on the Wildfire Risk.

1    The 2020 forecast for Tuition Refund is $3.4 million, $71 thousand less than

2    the 2017 recorded adjusted amount.[30]  The forecast is based on the 5-year

3    average per participant cost, with a starting assumption that the same

4    percentage of employees will continue to participate in the program in future

5    years.  Because Diablo Canyon Power Plant (DCPP) will retire, PG&E forecasts

6    that an increased number of DCPP employees will participate in the Tuition

7    Refund Program.[31]  The forecast reduction in total Company headcount by

8    2020 is also factored into the forecast.[32]  The $178 thousand decrease in 2020

9    is attributable to both the lower forecast number of participants, due to the

10   5-year average participation rate applied to the 2020 headcount forecast and the

11   lower 5-year average cost per participant than 2017 cost per participant.

12   **E.  Maintenance and Upgrade of PG&E Learning Facilities**

13       PG&E's 2020 GRC forecast includes $1.2 million in capital each year

14   2018-2022[33] to support the ongoing upkeep and as-needed upgrades to

15   PG&E's three learning facilities—San Ramon (which houses classrooms and

16   power systems training equipment), Livermore (the primary campus for electric

17   technical training), and Winters (PG&E's gas technical training facility).  Those

18   capital expenditures fall into two categories:

19   **1.  Tools and Equipment (MWC 05)**

20       PG&E's forecast includes $35 thousand in capital per year from 2020

21   through 2022 for Tools and Equipment.[34]  The forecast is to purchase the

22   tools and equipment for the electric training facilities in San Ramon and

23   Livermore facilities, as well as the Winters gas training facility.  Each year

24   PG&E Academy purchases replacements as tools and equipment wear out

25   or reach the end of their useful life.  They also purchase new equipment

---

[30]  See WP 6-84, Line 5, Exhibit (PG&E-8).

[31]  The forecast increase due to DCPP closure is only for costs eligible under PG&E's
ordinary Tuition Refund Program.  The costs for the incremental programs adopted in
D.18-01-022 Decision approving retirement of Diablo Canyon nuclear power plant are
not included in this forecast.  The incremental program forecast assumed that the
ordinary program would cover eligible tuition refund costs.

[32]  See WP 6-86, Exhibit (PG&E-8).

[33]  See WP 6-79, Line 3, Exhibit (PG&E-8).

[34]  Table 6-4 also includes capital forecasts for each year, 2018-2022.

1   when processes change.  The purchase of new equipment is an important

2   part of PG&E's training program because it allows students to learn using

3   the same tools and equipment they will use on the job.

4   **2. Maintain Buildings (MWC 22)**

5   PG&E forecasts approximately $1.2 million in capital per year, from

6   2018 through 2022, to maintain the learning and training facilities.  PG&E

7   spent $705 thousand for this work in 2017 to support the Livermore and

8   San Ramon learning centers, and $300 thousand to support the Winters

9   Training facility.  PG&E's forecast assumes that the cost to maintain the

10  Livermore and San Ramon facilities will decrease slightly, while the cost to

11  maintain the newer Winters facility will begin to increase to $500 in 2018,

12  $501 in 2019, and $511 thousand per year from 2020-2022.[35]  Training

13  facilities require upgrades and maintenance to provide students with realistic

14  simulations of the actual conditions they face in the workplace.  The specific

15  projects will be determined in 2019.

16  **F. Information Technology Projects**

17  PG&E continues to use technology to reduce the cost to deliver training to

18  the LOBs.  For example, through its virtual learning suite, PG&E can reduce the

19  time and travel costs to the LOBs associates with employee training.  PG&E

20  estimates approximately $12.1 million of avoided costs throughout the LOBs,

21  and 15,000 hours of travel time saved since 2013, because of the virtual

22  learning system.  In addition to cost reduction, other IT projects support the

23  Company's safety culture by furthering its ability to develop a SQWF.

24  PG&E's IT projects forecast for the 2020-2022 period are discussed in

25  Section 1 below. IT projects estimated for completion by end of 2019 are

26  discussed in Section 2 below.

27  **1. IT Projects for the 2020 GRC Period**

28  **a. Enhance Technical Information Library and Guidance**

29  **Document Library**

30  As described in Section C.1.d. above, the TIL and GDL are online

31  repositories for PG&E's policies, standards, procedures, and guidance

---

[35]  See WP 6-82, Line 3, Exhibit (PG&E-8).

documents.  One of the SQWF mitigations PG&E has proposed is to increase the availability of technical documentation to field employees. This project will update the TIL and GDL so that they are accessible to PG&E employees via mobile devices.  PG&E forecasts $504 in expense and $233 in capital in 2020 for this project.[36]

**b. Qualifications Update for Work Scheduling**

This project will update PG&E's qualification tracking system in SAP in order to support the integration with work scheduling system(s), such that employees are only scheduled to complete work for which they hold the required qualifications.  It supports SQWF Mitigation M17 described in Section C.1.d. above.  PG&E forecasts $230 thousand in expense for this project in 2020.[37]

**c. Success Factors Learning**

There is an increasing need to provide a centralized solution to provide online training and to track training provided to contractors who perform work for PG&E, without giving them access to PG&E's network (which is required with PG&E's existing SAP Learning Management System).  This project will determine and deploy a solution to track training completions without also providing contractors access to the PG&E network.  The need is greatest for safety and operational training. PG&E plans to evaluate Success Factors Learning Marketplace as well as other solutions.  This project will provide a solution to capture employees electronic signatures to confirm they have read and understood specific documents and information.  That information may be related to new safety & compliance rules, technical updates, benefits elections, or other areas.  The project will begin in 2021 and complete in 2022.  The project has no forecast expenses in 2020, $936 thousand in capital for 2021 and $734 thousand in capital for 2022.[38]

---

[36] See WP 6-32 to WP 6-33, Exhibit (PG&E-8), Project Title:  Enhance Technical Information Library and Guidance Document Libraries.

[37] See WP 6-38 to WP 6-39, Exhibit (PG&E-8), Project Title:  Qualifications Update for Work Scheduling.

[38] See WP 6-40 to WP 6-41, Exhibit (PG&E-8), Project Title:  Success Factors Learning.

## 2. It Projects Completed Prior to 2020

### a. Apprentice Program

This project will develop and deploy a third-party application to track and assist in the management of PG&E's 39 regulated apprentice programs. Currently PG&E uses its SAP system to track individual apprentice progress through their apprenticeship. The remaining programs are tracked with paper as the existing solution is not flexible enough to accommodate the different requirements of PG&E's apprenticeships. This project includes a 2018 capital forecast of $818 thousand.[39]

### b. Training Profile and Enrollment Governance Tools

This project will enhance PG&E's training profile and enrollment processes so that employees who are profiled to complete training have the priority for available seats, and will provide PG&E with additional audit and reporting tools to manage the training profile process to ensure that employees who require specific training are profiled and ultimately complete required training. This project includes a capital forecast of $44 thousand in 2018.[40]

## G. Compliance With 2017 GRC Settlement: Section 3.2.8.4.

The 2017 GRC Settlement Agreement requires PG&E to include testimony in this GRC on deferred work where the following criteria are met:

1) The work was requested and authorized based on representations that it was needed to provide safe and reliable service;

2) PG&E did not perform all of the authorized and funded work, as measured by authorized (explicit or imputed) units of work; and

3) PG&E continues to represent that the curtailed work is necessary to provide safe and reliable service.

Criterion (1) is deemed to apply for work presented as work needed to provide safe and reliable service in PG&E's 2017 GRC testimony. Next, to

---

[39] See WP 6-30 to WP 6-31, Exhibit (PG&E-8), Project Title: Apprentice Program (iSAP 2.0).

[40] See WP 6-36 to WP 6-37, Exhibit (PG&E-8), Project Title: Training Profile and Enrollment Governance Tools and Audit Reporting.

1    determine if criterion (2) applies, PG&E reviewed recorded 2017 data and

2    2018 and 2019 forecasts.  Under PG&E's analysis, criterion (2) applies where

3    PG&E's 2017 actuals and forecast indicates that the explicit or imputed units of

4    work from the 2017 GRC will not be completed by the end of 2019.  Finally, to

5    determine if criterion (3) applies, PG&E reviewed its 2020 testimony to establish

6    whether it is again proposing the same work for safety and reliability.

7         For those projects where one of the three criteria did not apply, PG&E

8    determined that it did not qualify as deferred work per the 2017 GRC Settlement

9    Agreement criteria.  This analysis is presented in the workpapers supporting

10    this chapter.[41]

11         Based on the analysis described above Chapter 6 does not include deferred

12    work as defined by the 2017 GRC Settlement Agreement.

13  **H.  Summary/Cost Tables**

14         The tables below provide the recorded adjusted and forecast costs for the

15    PG&E Academy department costs, IT Expense, IT and other Capital programs,

16    and the Tuition Refund Program.  Table 6-5 summarizes the risk reduction and

17    forecast cost for the proposed SQWF mitigations.

---

**41**  See WP 6-94, Exhibit (PG&E-8).

**TABLE 6-1**
**PG&E ACADEMY DEPARTMENT COSTS**
**(THOUSANDS OF NOMINAL DOLLARS)**

| Line No. | Description | 2013 Recorded Adjusted | 2014 Recorded Adjusted | 2015 Recorded Adjusted | 2016 Recorded Adjusted | 2017 Recorded Adjusted | 2018 Forecast | 2019 Forecast | 2020 Forecast | Workpaper Reference |
|---|---|---|---|---|---|---|---|---|---|---|
| | **A&G** | | | | | | | | | |
| 1 | | | | | | | | | | |
| 2 | 920 – Admin & Gen Salaries | $4,877 | $6,255 | $6,190 | $9,734 | $8,067 | $7,352 | $8,167 | $8,257 | WP 6-1, Line 1 |
| 3 | 921 – Office Supplies and Ex | 2,970 | 2,768 | 1,954 | 1,136 | 680 | 133 | 214 | 214 | WP 6-1, Line 2 |
| 4 | 923 – Outside Svc Employ – Utility | 16,499 | 7,938 | 8,837 | 10,437 | 6,111 | 8,269 | 9,193 | 8,272 | WP 6-1, Line 3 |
| 5 | 923 – Outside Svc Employ – Corp | – | – | – | – | – | – | – | – | WP 6-1, Line 4 |
| 6 | Total A&G | $24,346 | $16,961 | $16,981 | $21,306 | $14,859 | $15,753 | $17,574 | $16,743 | |
| 7 | **O&M** | | | | | | | | | |
| 8 | Various - Electric Training | $14,167 | $13,175 | $14,067 | $14,408 | $14,833 | $13,455 | $13,654 | $13,565 | WP 6-18, Line 4 |
| 9 | Various - Gas Training | 9,811 | 8,417 | 7,737 | 6,891 | 5,797 | 5,568 | 5,710 | 5,859 | WP 6-18, Line 8 |
| 10 | Total O&M | 23,978 | 21,592 | 21,804 | 21,299 | 20,631 | 19,023 | 19,364 | 19,424 | WP 6-18, Line 9 |
| 11 | Total PG&E Academy (A&G and O&M) | $48,323 | $38,553 | $38,785 | $42,726 | $35,490 | $34,776 | $36,938 | $36,167 | |

**TABLE 6-2**
**TUITION REFUND PROGRAM – COMPANYWIDE EXPENSES**
**(THOUSANDS OF NOMINAL DOLLARS)**

| Line No. | Description | 2013 Recorded Adjusted | 2014 Recorded Adjusted | 2015 Recorded Adjusted | 2016 Recorded Adjusted | 2017 Recorded Adjusted | 2018 Forecast | 2019 Forecast | 2020 Forecast | Workpaper Reference |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Tuition Refund | $2,484 | $2,730 | $3,038 | $3,114 | $3,480 | $3,200 | $3,276 | $3,409 | WP 6-84, Line 1 |

**TABLE 6-3**
**PG&E ACADEMY INFORMATION TECHNOLOGY EXPENSE**
**(THOUSANDS OF NOMINAL DOLLARS)**

| Line No. | Project | MWC | 2013 Recorded Adjusted | 2014 Recorded Adjusted | 2015 Recorded Adjusted | 2016 Recorded Adjusted | 2017 Recorded Adjusted | 2018 Forecast | 2019 Forecast | 2020 Forecast | Workpaper Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Qualified Workforce – BPI | JV | – | – | – | – | – | $457 | – | – | WP 6-77, Line 3 |
| 2 | Online Help System Tech Replacement | JV | – | – | – | – | – | – | $316 | – | WP 6-77, Line 4 |
| 3 | Quals Update for Work Sched RAMP | JV | – | – | – | – | – | – | – | $230 | WP 6-77, Line 5 |
| 4 | Enhance Tech Info Library & Guid Docs | JV | – | – | – | – | – | – | – | 504 | |
| 5 | Success Factors Learning | JV | – | – | – | – | – | – | – | – | |
| 6 | Training Profile Enrollment Governance | JV | – | – | – | – | – | 543 | – | – | WP 6-77, Line 8 |
| 7 | Apprentice Program | JV | – | – | – | $181 | $9 | 55 | – | – | WP 6-77, Line 9 |
| 8 | Other Projects | JV | $451 | $258 | $100 | 514 | – | – | – | – | WP 6-77, Line 10 |
| 9 | Total | | $451 | $258 | $100 | $695 | $9 | $1,055 | $316 | $734 | WP 6-77, Line 11 |

**TABLE 6-4**
**PG&E ACADEMY CAPITAL**
**(THOUSANDS OF NOMINAL DOLLARS)**

| Line No. | Project | MWC | 2013 Recorded Adjusted | 2014 Recorded Adjusted | 2015 Recorded Adjusted | 2016 Recorded Adjusted | 2017 Recorded Adjusted | 2018 Forecast | 2019 Forecast | 2020 Forecast | 2021 Forecast | 2022 Forecast | Workpaper Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Enh Tech Info Library and Guidance Docs | 2F | – | – | – | – | – | – | – | $233 | – | – | WP 6-79, Line 10 |
| 2 | Success Factors Learning | 2F | – | – | $3,743 | $3,197 | – | – | – | – | $936 | $734 | WP 6-79, Line 11 |
| 3 | SAP Improve – Qual Cat Governance | 2F | – | $482 | – | – | – | – | – | – | – | – | WP 6-79, Line 12 |
| 4 | Reg Learn and Apprentice Program | 2F | – | – | – | 1,206 | $281 | 818 | – | – | – | – | WP 6-79, Line 13 |
| 5 | Training Profile Enrollment Governance | 2F | – | – | – | – | – | 44 | – | – | – | – | WP 6-79, Line 14 |
| 6 | My Learning – Learning Mgmt System Deploy | 2F | $121 | 35 | – | – | – | – | – | – | – | – | WP 6-79, Line 16 |
| 7 | Fleet/Auto Equip | 04 | – | – | 12 | – | – | – | – | – | – | – | WP 6-79, Line 6 |
| 8 | Tools and Equipment | 05 | 342 | 236 | 258 | 443 | 11 | 10 | $34 | 35 | 35 | 35 | WP 6-79, Line 7 |
| 9 | Buildings | 22 | 218 | 318 | 576 | 436 | 1,024 | 1,190 | 1,190 | 1,213 | 1,213 | 1,213 | WP 6-79, Line 8 |
| 10 | Total | | $681 | $1,072 | $4,590 | $5,281 | $1,316 | $2,062 | $1,224 | $1,481 | $2,184 | $1,982 | WP 6-79, Line 19 |

**TABLE 6-5**
**SKILLED AND QUALIFIED MITIGATION SUMMARY**

| Line No. | # | Mitigation Name | TA RSE (Units/$M) | EV RSE (Units/$M) | Start Date | End Date | 2020 Forecast ($000) | 2021 Forecast ($000) | 2022 Forecast ($000) | Exhibit and Workpaper Reference |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | M14A | On the Job Support – Mobile Technology – Foreman and Crew Leads | 1.138 | 0.428 | 2021 | 2022 | $0 (C) $0 (E) | $0 (C) $400 (E) | $0 (C) $400 (E) | See Exhibit (PG&E-8), WP 6-61 |
| 2 | M15 | Enhance Technical Information Library and Guidance Document Library | 0.187 | 0.073 | 2021 | 2022 | 233 (C) 584 (E) | 0 (C) 800 (E) | 0 (C) 80 (E) | See Exhibit (PG&E-8), WP 6-64 |
| 3 | M17 | Work Scheduling Integration With Qualifications | 0.638 | 0.249 | 2020 | 2022 | 0 (C) 684(E) | 0 (C) 912 (E) | 0 (C) 684(E) | See Exhibit (PG&E-8), WP 6-68 |
| 4 | M18 | Qualification Cards for Electric and Power Generation | 0.008 | 0.003 | 2020 | 2021 | 0 (C) 800 (E) | 0 (C) 200 (E) | 0 (C) 0 (E) | See Exhibit (PG&E-8), WP 6-72 |
| 5 | M19A | Electric and Power Generation Review and Update Expected Job Functions (foundational) | N/A | N/A | 2020 | 2022 | Not Available – not forecast separately, work is part of the ongoing course of business | | | |
| 6 | M1A | Maintain Business Process Index | N/A | N/A | 2016 | ongoing | $200 (E) | $200 (E) | $200 (E) | |
| 6 | M1B | Expand Business Process Index (foundational) | N/A | N/A | 2019 | 2022 | $200 (E) | $200 (E) | $200 (E) | See Exhibit (PG&E-8), WP 6-55 |
| 7 | M20 | Improve, Collect, and Analyze Data Related to Skill Degradation (foundational) | N/A | N/A | 2020 | 2022 | 48 (Exp) | 0 (C) 500 (E) | 0 (C) 500 (E) | See Exhibit (PG&E-8), WP 6-76 |
| 8 | | Proposed Plan TA RSE: 0.466 Proposed Plan EV RSE: 0.179 Total Expense vs. Capital by Year | | | | | $233 (C) $2,416 (E) | $0 (C) $3,112 (E) | $0 (C) $1,964 (E) | |

**PACIFIC GAS AND ELECTRIC COMPANY**

**CHAPTER 7**

**TOTAL COMPENSATION STUDY**

Willis Towers Watson **IIIIIIII**

Pacific Gas and Electric Company

# 2020 General Rate Case Total Compensation Study

# Volume I: Study Report

May 11, 2018



# Table of Contents

Introduction ........................................................................................................... 1

Scope of Study ...................................................................................................... 3

Overview of Study Results ................................................................................... 4

Summary of Population Coverage ....................................................................... 8

Study Methodology ............................................................................................. 10

    *PG&E Employee Categories* ................................................................................. 10

    *PG&E Benchmark Job Selection Process* ........................................................... 10

    *Job Matching Process* ........................................................................................ 11

    *Survey Sources* .................................................................................................. 12

    *Compensation Data Sources and Scopes* .......................................................... 13

    *Components of Total Compensation* .................................................................... 15

    *Total Compensation Value Computation* ............................................................. 15

    *Cash Compensation Valuation Methodology* ...................................................... 17

Benefits Valuation Methodology ........................................................................ 21

    *Benefits Peer Groups* ......................................................................................... 22

Supporting Documentation ................................................................................ 25

Case: 19-30088    Doc# 1112-20    Filed: 03/28/19    Entered: 03/28/19 16:34:16    Page
192 of 218

This page is intentionally blank

© 2018 Willis Towers Watson —Proprietary

Willis Towers Watson

# Introduction

Willis Towers Watson was selected by Pacific Gas and Electric Company (PG&E) to conduct a total compensation study ("study") of selected representative jobs at PG&E for the purpose of assessing the competitiveness of PG&E's total compensation. The study was conducted as part of PG&E's test year 2020 General Rate Case (GRC) filing.

The approach for conducting the study and reporting the results involved Willis Towers Watson leading the study and making methodology decisions. This approach was consistent with the 2017 GRC study but different from previous GRC Studies, where the Consultant worked with both the Office of Rate Payers Advocates (ORA)[1] and PG&E to develop the report and make collective decisions.

For this 2020 GRC Study, the Willis Towers Watson project team made decisions concerning compensation, benefits and total compensation methodology. The rationale for making these decisions and various points of view are referenced in this report and in the Project Team Meeting Notes section (Appendix F).

The PG&E team members provided input to Willis Towers Watson in the form of PG&E job and employee data, existing job descriptions, and benefits plan provisions including context and explanations of provisions.

| PG&E Project Team |
| --- |
| **Compensation** |

- Jyoti Singh, Compensation Manager
- Nancy Young, Compensation Analyst

| **Benefits** |
| --- |

- Dora Choy, Benefits Consultant
- Lisa Laanisto, Senior Manager, Benefits

| **General Rate Case** |
| --- |

- Janet Redmond, GRC Line of Business Case Manager, Principal
- Gabe Trevino, GRC Line of Business, Business Analyst
- John Lowe, Senior Director, Total Rewards

---

[1] Formerly known as Division of Ratepayer Advocates (DRA)

© 2018 Willis Towers Watson —Proprietary Report Date

**WillisTowersWatson** I.I'I'I.I

Case: 19-30088    Doc# 1112-20    Filed: 03/28/19    Entered: 03/28/19 16:34:16    Page
194 of 218

| Willis Towers Watson Project Team |
|---|

| Compensation |
|---|

- Catherine Hartmann, Senior Director, Rewards
- Ragini Mathur, Associate Director, Rewards
- Katherine Chan, Senior Associate, Rewards
- Patrick Moloney, Senior Director, Executive Compensation

| Benefits |
|---|

- Laura Dalzell, Senior Director, Retirement
- John Coates, Director, Retirement
- Josanne Ramsey-Homer, Associate Director, Retirement
- Elodie Olsen, Director, Health & Benefits
- Nicole Warno, Director, BDS-US
- John Goudelias, Manager, BDS-US

| GRC / Account Relationship Management |
|---|

- Tom Matthews, Account Director

The results of the study and background on the process, methodology, assumptions, and information used to conduct this study are included in this report.

© 2018 Willis Towers Watson —Proprietary

**Willis Towers Watson**

# Scope of Study

This study evaluates the competitiveness of total compensation provided by PG&E to its employees based on Willis Towers Watson's selection of PG&E jobs ("benchmark jobs"). Benchmark jobs are those positions that are common across comparable organizations, which cut across PG&E employee categories to ensure ample coverage of varying layers in the organization, and for which total compensation data are available from published surveys. The study covers 270 benchmark jobs at PG&E, representing 12,352 PG&E employees (54 percent of 22,691 total employees[2]) as of December 31, 2017. Please note the details regarding the process and criteria for selecting benchmark jobs are listed in the Study Methodology section, under the header PG&E Benchmark Job Selection Process.

The employee categories represented by the benchmark jobs selected by PG&E and Willis Towers Watson are:

- Executive
- Senior Director/Director/Chief
- Senior Manager/Manager/Principal/Supervisor
- Professional
- Physical/Technical
- Clerical

Market total compensation is defined as cash compensation (base salary and short-term incentives), plus the value of employee benefits. The study excludes the review of long-term incentive values or total direct compensation (cash compensation and long-term incentives) for all roles.

The methodology examines each of the elements of total cash compensation and benefits separately, and then combines the values to obtain total compensation. The total compensation valuations and comparisons in the study were based on the following components of total compensation:

- Actual and target total cash compensation
  - Base salary
  - Actual short-term incentive awards (actual amounts for 2016 performance paid in 2017) and target short-term incentive awards
- Employee benefits for peer companies and/or PG&E
  - Defined benefit pension and defined contribution retirement plans (including stock purchase plans)
  - Disability plans (short-term and long-term disability)[3]
  - Medical plans (active and retiree)
  - Dental plans (active and retiree)
  - Life insurance (active and retiree group life)

To determine competitive standing, total compensation levels for PG&E benchmark jobs were compared to total compensation levels for similar jobs at comparable employers. A group of utility industry and general industry companies was selected as comparable employers ("peer companies") for benefits analyses. See pages 23 and 24 for the list of the peer companies used in the study.

[2] More details on employee population on page 8, in the section "Summary of Population Coverage"
[3] PG&E employee benefits reflect 2017 plans with the exception of the following: the 2018 short-term disability plan for the non-union plans, and the 2018 long-term disability plan for all other plans

Case: 19-30088    Doc# 1112-20    Filed: 03/28/19    Entered: 03/28/19 16:34:16    Page
196 of 218

# Overview of Study Results

Willis Towers Watson concludes the following:

- PG&E's target total compensation level is within range (+/- 10 percent) and is estimated to be 7.0 percent above the average (mean) of the competitive market.

- PG&E's actual total compensation is within range (+/- 10 percent) and is estimated to be 6.4 percent above the average (mean) of the competitive market.

The study results are presented below in Table 1. The table shows PG&E's competitive standing for each element of total compensation – comparing PG&E to market.

***Table 1: PG&E versus Market — Competitive Summary***

Competitive positioning by employee category for PG&E are as follows:

| PG&E Employee Category | TCS Benchmark Jobs | PG&E Total Study EE Headcount[1] | PG&E EEs in Benchmark Jobs | Base Salary | Target Total Cash[2] | Actual Total Cash[2] | Benefits | Target Total Comp.[3] | Actual Total Comp.[3] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | PG&E Compared to Market | | | | | |
| Executive[5] | 17 | 39 | 17 | -1.8% | -10.5% | -23.2% | 68.1% | -2.2% | -14.4% |
| Senior Director/Director/Chief | 46 | 370 | 189 | -0.8% | -2.2% | -4.1% | 26.9% | 1.7% | 0.0% |
| Senior Manager/ Manager/Principal/ Supervisor | 69 | 3,117 | 1,520 | 0.3% | -0.8% | -2.2% | 25.4% | 3.0% | 1.8% |
| Professional | 77 | 8,067 | 4,336 | 7.0% | 4.0% | 3.3% | 23.4% | 6.9% | 6.4% |
| Physical/Technical | 49 | 8,411 | 5,064 | 11.8% | 6.1% | 6.0% | 23.5% | 9.0% | 8.9% |
| Clerical | 12 | 2,687 | 1,226 | 15.5% | 10.2% | 9.1% | 24.5% | 13.2% | 12.3% |
| **Total**[4] | **270** | **22,691** | **12,352** | **7.6%** | **3.9%** | **3.1%** | **24.4%** | **7.0%** | **6.4%** |

[1] PG&E's 2020 GRC Study population; as of December 31, 2017. See "Summary of Population Coverage" on Page 8 for further details.

[2] Actual total cash reflects base pay plus short-term (annual) incentives; target total cash reflects base pay plus target short-term (annual) incentive opportunity.

[3] Actual total compensation is defined as actual total cash plus benefits; target total compensation is defined as target total cash plus benefits.

[4] Results weighted by PG&E's organization wide target total cash distribution, after exclusion of certain employee subgroups listed on Page 8.

[5] Excludes Executives no longer active in their role.

© 2018 Willis Towers Watson —Proprietary

**WillisTowersWatson I'lI'l'l**

The following summarizes the results from Table 1:

**Executive**

- Target total compensation for the Executive jobs is 2.2 percent below the average of the competitive market.

- Actual total compensation for the Executive jobs is 14.4 percent below the average of the competitive market.

**Senior Director/Director/Chief**

- Target total compensation for the Senior Director/Director/Chief jobs is 1.7 percent above the average of the competitive market.

- Actual total compensation for the Senior Director/Director/Chief jobs is at the average of the competitive market.

**Senior Manager/Manager/Principal/Supervisor**

- Target total compensation for the Senior Manager/Manager/Principal/Supervisor jobs is 3.0 percent above the average of the competitive market.

- Actual total compensation for the Senior Manager/Manager/Principal/Supervisor jobs is 1.8 percent above the average of the competitive market.

**Professional**

- Target total compensation for the Professional/Technical jobs is 6.9 percent above the average of the competitive market.

- Actual total compensation for the Professional/Technical jobs is 6.4 percent above the average of the competitive market.

**Physical/Technical**

- Target total compensation for the Physical/Technical jobs is 9.0 percent above the average of the competitive market.

- Actual total compensation for the Physical/Technical jobs is 8.9 percent above the average of the competitive market.

**Clerical**

- Target total compensation for the Clerical jobs is 13.2 percent above the average of the competitive market.

- Actual total compensation for the Clerical jobs is 12.3 percent above the average of the competitive market.

© 2018 Willis Towers Watson —Proprietary Report Date

Willis Towers Watson

**INTERPRETATION OF RESULTS BY WILLIS TOWERS WATSON**

Willis Towers Watson considers plus or minus 10 percent of the average or mean of the competitive market to be the range of competitiveness. In some organizations, the competitive market zone is defined as plus or minus 10 percent of the market; other organizations elect to target competitive pay with plus or minus 20 percent[1]. However, a range of plus or minus 10 percent is generally considered by compensation professionals, including Willis Towers Watson, to account for individual employee and organizational variances that naturally occur between an organization's total compensation levels and survey data. These variances are typically attributed to:

- Years of experience for the employees in a role and/or tenure within the organization

- Expected and realized differences in employee performance levels impacting pay, and

- Different pay philosophies and strategies influencing a company's total pay mix (e.g. pay for performance environments can provide lower base salary, yet higher short-term incentive levels). We have provided further details on the prevalence and performance measures of short-term incentives in Appendix I

Additionally, for certain PG&E employee categories, such as executives, and certain components of total compensation, such as benefits, Willis Towers Watson acknowledges that larger variances are common – in excess of plus or minus 20 percent. This variation is especially true for retirement benefits.

In our experience, large employers (including some large utilities organizations), of similar size and complexity as PG&E, have shifted over the past decade in response to shareholder feedback and changes in proxy disclosure rules to significantly reduce the value of executive retirement arrangements – and often increase long-term incentive compensation in exchange for reduced retirement benefits to maintain overall competitiveness. Since long-term incentive compensation is excluded from this study, the wide variation in executive retirement benefit practices across the peer group has an impact on the results of this study.

Another key aspect to keep in mind when reviewing the study outcomes is that when job data from several organizations is analyzed by survey vendors, several variations influence the pay statistics reported for a particular job, such as:

- Matching benchmark jobs: A job is considered a good match if 80 percent of the responsibilities match, but not all organizations who submit data necessarily match the same way.

- Incumbent counts: Low incumbent counts reported by an organization providing data to a survey can influence the pay statistics reported in the survey.

- Matching career levels: Organizations have different types of structures – broadband versus traditional – therefore the number of levels and layers in the company will vary. This in turn may have an effect on the way the organization matches its jobs to survey levels, across different vendors.

- Developing market aggregates: To derive a market value for a job, typically one or more survey sources are used. Although this approach provides a broader picture of the market, it can also lead to more variability in the data points.

- Human interpretation factors: Job matching methodology and rationale interpretation can vary between individuals.

---

[1] As referenced in the World@Work Handbook of Compensation, Benefits and Total Rewards: A Comprehensive Guide for HR Professionals

© 2018 Willis Towers Watson —Proprietary

**WillisTowersWatson I.I'I.I'I**

While survey vendors use strict data quality assurance measures – such as reviewing data submissions for errors and inconsistencies, conducting aggregate macro analyses to review salary ranges against the previous year's data, evaluating data progressions, assessing sample sizes and differentials, and providing data checks and balances – the factors stated do not eliminate all variances between an organization's total compensation levels and survey data.

So, in a total compensation study such as this, taking into account variability from the organizational and survey factors mentioned above, we recommend that PG&E use a plus or minus 10 percent range when evaluating the competitiveness of total compensation. Further, we recommend that competitiveness be evaluated in total rather than discreetly by category of reward or benefit.

© 2018 Willis Towers Watson —Proprietary Report Date

# Summary of Population Coverage

**Table 2: Benchmark Job and Population Coverage Summary**

| PG&E Employee Categories | TCS Benchmark Jobs | PG&E Jobs covered by TCS Benchmark Jobs | PG&E EEs in Benchmark Jobs | PG&E Total Study Employee Headcount[1] | TCS Employee Representation Percentage |
|---|---|---|---|---|---|
| Executive[3] | 17 | 17 | 17 | 39 | 44% |
| Senior Director/Director/Chief | 46 | 54 | 189 | 370 | 51% |
| Senior Manager/Manager/Principal/ Supervisor | 69 | 135 | 1,520 | 3,117 | 49% |
| Professional | 77 | 249 | 4,336 | 8,067 | 54% |
| Physical/Technical | 49 | 82 | 5,064 | 8,411 | 60% |
| Clerical | 12 | 16 | 1,226 | 2,687 | 46% |
| **Total** | 270 | 553 | 12,352 | 22,691 | 54%[2] |

[1] Represents the PG&E 2020 GRC total study population after exclusion of certain employee subgroups. Further details on 2020 GRC study coverage provided in the section below.
[2] Refers to the GRC employee representation percentage as a total of PG&E population, after exclusion of certain employee subgroups.
[3] Excludes Executives no longer active in their role.

This competitive study is an analysis of total compensation levels for a significant sample of PG&E's total employee population. Overall, this study covers 54 percent of PG&E's total study employee population. Willis Towers Watson considers study coverage of over 50 percent to be sufficient to obtain an accurate representation of the competitive positioning for PG&E's total employee population.

Table 2 summarizes the percentage of the PG&E total study employee population represented by the benchmark jobs ("coverage") that this study provides. Table 2 shows the number of PG&E employees that are in benchmark jobs compared to the PG&E total study employee population in each employee category. Please note that the total number of PG&E total study employee population excludes the following employee subgroups to ensure a uniform population:

- LTD – Employees who are permanently disabled and have not yet returned to work.

- Worker's Comp – Employees who have experienced a work-related injury or illness and are currently unable to work.

- Hiring Hall – Temporary, represented employees hired under the provisions of the respective labor agreement. These employees are not eligible for the full set of benefits, bidding, internal placement, or displacement rights available to regular employees.

- Probationary – Employees who have not yet achieved regular status by completing six months of continuous service at PG&E. These employees do not acquire any service or rights with respect to leave of absence, holidays, job bidding and promotion, demotion and layoff, sick leave, vacation, or similar rights and privileges.

- Light Duty – Employees who are absent by reason of industrial disability and who may be returned to work and given temporary light duties within his/her ability to perform.

- Intermittent – Employees who do not work any set schedule of hours per day or days per week, but who are on call to fill in on any schedule on an as-needed basis. These employees do not necessarily

work regular hours at regular rates of pay. These employees are not eligible for the full set of benefits at PG&E.

▪ Probationary Intermittent – Intermittent employees who do not work any set schedule of hours per day or days per week, but who are on call to fill in on any schedule on an as-needed basis. These employees do not necessarily work regular hours at regular rates of pay. These employees are not eligible for the full set of benefits at PG&E.

▪ Casual – General Construction (IBEW Title 300) employees who have not yet achieved regular status by completing six months of continuous service at PG&E. These employees are not eligible for full benefits at PG&E.

▪ Intern – Employees who are hired for a short period of time, on an internship program. These employees do not necessarily work regular hours at regular rates of pay. These employees are not eligible for the full set of benefits at PG&E.

▪ Temporary Additional – IBEW represented employees hired for occasional or seasonal work. These employees are not eligible for holiday pay, vacation pay, insurance, and pension coverage.

▪ Outage – Temporary employees hired at Diablo Canyon Nuclear Power Plant to support increased work during a refueling outage. These employees are not eligible for the full set of benefits at PG&E.

# Study Methodology

## PG&E Employee Categories

For purposes of this study, PG&E placed benchmark jobs into one of six employee categories. The employee categories are as follows:

1) *Executive* — This category includes the limited group of officers who are responsible for the overall direction of the company. Executives also include officers of PG&E Corporation who provide corporate support services to the utility.

2) *Senior Director/Director/Chief* — Benchmark jobs in this category are classified as exempt under the Fair Labor Standards Act (FLSA)[5]. This category contains levels of jobs that lead others or are the highest level of individual contributors, with primary responsibility for developing organizational strategies and standards through self-direction or directing the work of others to achieve a final work product.

3) *Senior Manager/Manager/Principal/Supervisor* — This category contains levels of jobs that manage others or are high level individual contributors, with primary responsibility for implementing organizational strategies through self-management or managing the work of others to achieve a final work product.

4) *Professional* — These benchmark jobs generally are individual contributors that may require a college degree and the nature of the work involves extensive analysis and independent judgment, and may include some jobs covered by a collective bargaining agreement.

5) *Physical/Technical* — This category contains both field jobs requiring physical activities that are repetitive in nature and individual contributor technical jobs, and may be covered by a collective bargaining agreement. They often have formal apprenticeship programs and typically do not require college study.

6) *Clerical* — Jobs in this group usually are located in an office environment (although there may be some exceptions) and require activities that are generally administrative or clerical in nature. These jobs may require some college study, but a college degree is not required. Most clerical jobs at PG&E are covered by a collective bargaining agreement, unlike most clerical jobs in the competitive market.

## PG&E Benchmark Job Selection Process

This study includes 270 unique benchmark jobs at PG&E representing 12,352 employees as of December 31, 2017.

Benchmark jobs were selected from the following six PG&E employee categories: 1) Executive, 2) Senior Director/Director/Chief, 3) Senior Manager/Manager/Principal/Supervisor, 4) Professional, 5) Physical/Technical, and 6) Clerical.

PG&E provided Willis Towers Watson with an initial job list that included all existing PG&E job classifications, including jobs initially identified as benchmarks for the 2014 and 2017 GRC Studies.

---

[5] The Fair Labor Standards Act ("FLSA") of 1938 is a federal law that governs minimum wage, overtime pay, child labor and record-keeping requirements. The law also determines the type of positions that are exempt from minimum wage and overtime provisions. Under FLSA, "nonexempt" employees must be paid one-and-a-half times their normal wage rates for all hours worked in excess of 40 in any work week. Some states, including California, require overtime pay for nonexempt positions for hours exceeding 8 worked in one day.

© 2018 Willis Towers Watson —Proprietary

**WillisTowers Watson** **I·I'I'I·I**

Jobs chosen to be benchmark jobs met all or most of the following criteria:

- Jobs that were usually found in existing surveys that provide reliable competitive market data

- Jobs that, in aggregate, represented the largest number of incumbents to provide a representative cross-section of the employee population

- Jobs that were representative of a job category or job family for cross-coverage, to provide a representative cross-section of the employee population across PG&E employee categories and job families

- Jobs that had a clearly definable scope of position, required education/experience, skills, and abilities.

## Job Matching Process

The Willis Towers Watson team conducted the benchmark job matching for this study over several weeks. The 2014 and 2017 GRC Study benchmark jobs were initially used as a starting point to maximize efficiency and help manage overall study costs. However, since multiple organizational changes and restructuring have taken place since the last rate case, we updated the jobs to best reflect the current work environment and changed roles and responsibilities as defined by PG&E.

Specifically, Willis Towers Watson began the job matching process by reviewing benchmark jobs that met the criteria established, and then reviewed the job list with PG&E. The Project Team also identified new survey jobs that were comparable to benchmark jobs at PG&E (this is referred to as the "matching process").

Survey jobs were selected for benchmark jobs based on:

- Matches of benchmark jobs to survey jobs that were validated and used in the prior PG&E GRC Study

- Knowledge of the benchmark job scope and function gained in review of PG&E job documentation and leveling guidelines

- Willis Towers Watson's experience and knowledge of the survey jobs and the survey job leveling guides

- Comparable survey job matches selected by the Project Team from compensation surveys conducted by reputable consulting firms.

A survey job was deemed to be an effective match to a benchmark job if the composition (e.g., scope, duties or function) of a survey job reflected 80 percent of the PG&E benchmark composition. The 80 percent guideline is a standard guideline for compensation professionals. For executive benchmark jobs, survey jobs also reflected the reporting level of the benchmark jobs in the organization.

Appendix A - II contains a list of PG&E benchmark jobs and corresponding employee counts, by employee category that were included in the study.

The resulting coverage of PG&E employees in the final results ranged from 44 percent for the Executive employee category to 60 percent for the Physical/Technical category. Overall, there was 54 percent coverage of the total PG&E population by benchmark jobs (see Table 2 on page 8).

© 2018 Willis Towers Watson —Proprietary Report Date

**Willis Towers Watson** |.|"|.|.|

## Survey Sources

Multiple survey sources were selected to ensure relevant and representative total compensation data for PG&E benchmark jobs. The survey sources are as follows:

| Survey/Data Source | Data Type |
|---|---|
| Willis Towers Watson Compensation Data Bank (CDB)<br>■ Energy Services Industry Executive and Middle Management & Professional Surveys<br>■ General Industry Executive and Middle Management & Professional Surveys | Compensation Data |
| Aon Hewitt Total Compensation Measurement (TCM)<br>■ General Industry Executive Compensation Survey<br>■ General Industry Management & Professional Compensation Survey | Compensation Data |
| Radford Global Technology Survey | Compensation Data |
| Mercer SIRS Survey (formerly ORC SIRS Survey) | Compensation Data |
| Mercer Gartner Information Technology Survey | Compensation Data |
| Foushee<br>■ Security & Compliance Survey<br>■ Environmental, Health and Safety Survey | Compensation Data |
| Edward A. Powell Data Information Solutions (EAPDIS) Energy Technical Craft Clerical Survey | Compensation Data |
| Willis Towers Watson Benefits Database | Benefits Data |

© 2018 Willis Towers Watson —Proprietary

**Willis Towers Watson**

## Compensation Data Sources and Scopes

For each survey, specific data cuts were used for each different employee category to ensure an accurate reflection of the labor market where PG&E competes for talent. Willis Towers Watson determined that a revenue scope data cut of half to two times PG&E's revenue is an appropriate parameter to apply for utilization of revenue data cuts. PG&E and the Willis Towers Watson teams procured the appropriate revenue cuts – i.e., of $8B – 35B from all survey vendors.

Willis Towers Watson determined that only revenue cuts data would be utilized for the Executive category, while a combination of all organizations and revenue cuts data would be utilized for all other PG&E employee categories. [6]

| PG&E Employee Category | Survey Sources | Industry Scope | Revenue Scope |
|---|---|---|---|
| 1) Executive | 2017 Willis Towers Watson CDB General Industry Executive Compensation Survey | General Industry Data | Revenue: $8B - $35B |
| | 2017 Willis Towers Watson CDB Energy Services Executive Compensation Survey | Energy Services Data | Revenue: $8B - $35B |
| | 2017 Aon Hewitt TCM Executive Compensation Survey | General Industry Data Energy Services Data | Revenue: $8B - $35B |
| 2) Senior Director / Director / Chief , 3) Senior Manager / Manager / Principal / Supervisor **and** 4) Professional | 2017 Willis Towers Watson CDB General Industry Middle Management & Professional Compensation Survey | General Industry Data | All Revenue and Revenue: $8B - $35B |
| | 2017 Willis Towers Watson CDB Energy Services Middle Management & Professional Compensation Survey | Energy Services Data | All Revenue and Revenue: $8B - $35B |
| | 2017 Aon Hewitt TCM Executive Compensation Survey | General Industry Data Energy Services Data | All Revenue and Revenue: $8B - $35B |
| | 2017 Aon Hewitt TCM Management & Professional Compensation Survey | | |
| | 2017 Radford Global Technology Survey | General Industry Data | All Revenue and Revenue: $8B - $35B |
| | 2017 Mercer SIRS Compensation Survey | General Industry Data | All Revenue |
| | 2017 Mercer Gartner IT Compensation Survey | General Industry Data Energy Services Data | All Revenue and Revenue: >$10B |
| | 2017 Foushee Security & Compliance Survey | General Industry Data Energy Services Data | All Revenue and Revenue: Blend of $10B - $20B and >$20B |
| | 2017 Foushee Environmental Health & Safety Survey | | |

[6] Due to the limited number of matches utilized in the 2017 Mercer Gartner IT Survey and the 2017 Foushee SEC and EHS Surveys, revenue data cuts used reflected >$10B and a blend of $10B - $20B and >$20B.

© 2018 Willis Towers Watson —Proprietary Report Date

**Willis Towers Watson I.I''I.I''I.I**

| PG&E Employee Category | Survey Sources | Industry Scope | Revenue Scope |
|---|---|---|---|
| | 2017 Willis Towers Watson CDB General Industry Middle Management & Professional Compensation Survey | General Industry Data | All Revenue and Revenue: $8B - $35B |
| | 2017 Willis Towers Watson CDB Energy Services Middle Management & Professional Compensation Survey | Energy Services Data | All Revenue and Revenue: $8B - $35B |
| 5) Physical / Technical | 2017 Radford Global Technology Survey | General Industry Data | All Revenue and Revenue: $8B - $35B |
| **and** | 2017 Mercer SIRS Survey Compensation Survey | General Industry Data | All Revenue |
| 6) Clerical | 2017 Foushee Security & Compliance Survey | General Industry Data Energy Services Data | All Revenue and Revenue: Blend of $10B - $20B and >$20B |
| | 2017 Foushee Environmental Health & Safety Survey | | |
| | 2017 EAPDIS Energy Technical Craft Clerical Survey | Energy Services Data | All Revenue and Revenue: $8B - $35B |

© 2018 Willis Towers Watson —Proprietary

**WillisTowers Watson** I.I'I'I.I

## Components of Total Compensation

The compensation elements are effective December 31, 2017, and include:

- Base salary (annualized rate) reflective of the most recent compensation structure

- Actual short-term incentives reflective of bonuses paid in 2017 for 2016 performance

- Target short-term incentives reflective of target bonuses

- Employee benefits for peer companies and/or PG&E

  - Defined benefit pension and defined contribution retirement plans (including stock purchase plans)

  - Disability plans (short-term and long-term disability)[7]

  - Medical plans (active and retiree)

  - Dental plans (active and retiree)

  - Life insurance (active and retiree group life)

The following components of compensation will be excluded from the study because either most survey sources do not include such data or the value of the benefit is included in base salary:

- Overtime pay and shift differentials

- Paid time off (vacation and holidays)

- Special recognition awards or spot bonuses

In addition to the above, long-term incentives were also excluded from the study because PG&E does not intend to seek rate-payer recovery for the program.

## Total Compensation Value Computation

- Market cash compensation values by benchmark job were derived from multiple survey sources based on agreed-upon matches and the availability of quality market data (i.e., sufficient number of companies, good correlations of average and 50th percentile, etc.).

- A total of 30 employee profiles have been developed and mapped to each job category for the purposes of benefits valuation. Willis Towers Watson considers 30 profiles to be a statistically valid sample to cover the benchmark jobs and employee population for this study. These profiles cover all career levels and PG&E employee categories in the organization, as well as sufficiently representing union versus non-union populations.

- These profiles currently reflect demographic information – i.e. age, tenure, salary and prevalent gender as is relevant to PG&E's employee population. The following guiding principles were followed to develop the employee profiles:

  - Employee profiles were derived based on market data that aligns with Willis Towers Watson's general understanding of pay practices prevalent in the industry (e.g., similar range spreads).

---

[7] *PG&E employee benefits reflect 2017 plans with the exception of the following: the 2018 short-term disability plan for the non-union plans, and the 2018 long-term disability plan for all other plans*

- Employee profiles were segregated into union and non-union specific profiles for the categories of Clerical and Physical/Technical since benefits plans vary across both groups.

- Employee profiles were segregated for the executive population into specific profiles since benefit plans vary for this group.

- To the best extent where market data supported the view, like jobs (based on job family, roles and responsibilities) were aligned to a single profile (e.g., separate profiles for supervisors versus managers).

- Benefits values were then calculated for each employee profile, using Willis Towers Watson's standard benefits valuation methodology, details of which can be found in Appendix E.

- Benefit values by benchmark job were then derived as a percentage of base pay and target bonus (for pay-based benefits) plus a fixed amount (for non-pay-based benefits) for each employee profile and applied to each benchmark job.

- Cash compensation and benefits were then added together to obtain total compensation values for the 2020 GRC Study.

Details on the employee profiles developed, including market base pay information and demographic detail, are available in Appendix A - I.



1) Survey data were gleaned from multiple sources
2) A total of 30 employee profiles were established and associated with each of the 270 benchmark jobs
3) Employee profiles were developed in light of actual PG&E demographic data
4) Benefit values will be derived as a percentage of compensation or pay (for pay-based benefits) plus a flat dollar amount (for non-pay based benefits)
5) Job-specific benefits values were derived for each of the 270 jobs in our analyses

*Sample: For Illustration Purposes Only*

© 2018 Willis Towers Watson —Proprietary

**Willis Towers Watson**

# Cash Compensation Valuation Methodology

### Data Collection

Willis Towers Watson and the other third party survey vendors included in this study collect compensation data directly from participating companies. The surveys collect base salary, short-term incentive, and long-term incentive data (where applicable) for actual incumbents at the companies participating in the surveys. Base salary, target and actual short-term incentive data (where applicable) were collected from the various data sources and from PG&E for each survey job, and then combined at the job level to obtain compensation values.

The analysis contains both actual and target data for short-term incentives. These short-term incentives were awarded in 2017 for 2016 performance. In addition, cash profit sharing bonuses, when used as a short-term incentive, are included in total cash for the competitive market job matches. In certain cases where companies do not offer a short-term incentive or profit sharing plan for selected or all employees, base salary represents the entire total cash compensation package.

For certain benchmark job matches, Willis Towers Watson aggregated survey data from multiple data sources. In these cases, the average (mean) data for each component of cash compensation were averaged across the data sources, and then the components of cash compensation were combined to obtain total cash compensation. For nonexempt jobs, if an hourly rate of pay was reported by a data source, it was multiplied by 2,080 hours to obtain an annualized rate of base compensation. For exempt jobs, Willis Towers Watson used an annual rate of salary.

### Geographic Analysis

Willis Towers Watson followed the same methodology as the 2017 General Rate Case Study. Willis Towers Watson first analyzed the availability of geographic data in surveys. Geographic data for the San Francisco Bay Area was available for some survey jobs, but not for all. Therefore, due to the inconsistency of data availability, as well as the sizeable presence of the PG&E workforce outside of the San Francisco Bay Area, we analyzed market data at a national level and then applied a weighted geographic differential percentage, based on PG&E locations, to achieve a similar yet less volatile and statistically sound approach to geographic differentials.

Willis Towers Watson used Economic Research Institute's (ERI) Geographic Assessor to obtain cost of labor data for the study. ERI was founded over 30 years ago and is known for having one of the most robust cost of living and cost of labor databases in the U.S. Annually, it compiles data from more than 1,000 industry sectors that the majority of Fortune 500 companies rely upon for expert witness testimony, relocations, disability determinations, board presentations, and setting branch office structures.

For the GRC, Willis Towers Watson specifically reviewed data from ERI for the following cities since they represent the highest PG&E population (approx. 56 percent of PG&E's population works at these eight locations) across the enterprise:

1. San Francisco, California
2. San Ramon, California
3. Fresno, California
4. Avila Beach/San Luis Obispo, California
5. Sacramento, California
6. Concord, California
7. Stockton, California

© 2018 Willis Towers Watson —Proprietary Report Date

**Willis Towers Watson**

8. San Jose, California

Willis Towers Watson used the cost of labor differentials for these cities for our analysis since the value reflects the competitive difference for pay levels in the labor market, as understood by compensation professionals. Since cost of living reflects the cost of goods utilized by a typical consumer, including items such as housing, groceries and transportation, the cost of living index is not the preferred indicator of geographic differentials.

Willis Towers Watson analyzed the salary levels of each employee category to see the range of salaries that typically fall within a category. We then aligned the PG&E employee category specific salary levels to the ERI cost of labor salary levels, and applied PG&E's population coverage in the eight cities as a weight to derive a weighted average cost of labor differential for each PG&E employee category.

**ERI Cost of Labor:**

| PG&E Employee Category | Economic Research Institute (ERI) Weighted Average[1] | San Francisco, CA | San Ramon, CA | Fresno, CA | Avila Beach /San Luis Obispo, CA | Sacramento, CA | Concord, CA | Stockton, CA | San Jose, CA |
|---|---|---|---|---|---|---|---|---|---|
| PG&E Workforce Representation: | | *17%* | *10%* | *6%* | *6%* | *5%* | *5%* | *4%* | *3%* |
| Executive | **Not applicable** | --- | --- | --- | --- | --- | --- | --- | --- |
| Senior Director/Director/Chief | **115%** | 123% | 116% | 106% | 105% | 106% | 117% | 106% | 126% |
| Senior Manager/Manager/Principal/Supervisor | **116%** | 125% | 118% | 105% | 106% | 108% | 119% | 107% | 128% |
| Professional | **117%** | 125% | 119% | 105% | 106% | 108% | 120% | 107% | 127% |
| Physical/Technical | **118%** | 126% | 120% | 105% | 107% | 109% | 121% | 108% | 128% |
| Clerical | **118%** | 127% | 121% | 104% | 106% | 109% | 121% | 108% | 127% |

[1] *Data represents cost of labor which is influenced by cost of living, values can be different since cost of living reflects the cost of goods utilized by a typical consumer, including items such as housing, groceries and transportation.*

GRC job category specific geographic differentials were utilized for development of market statistics for analysis.

Due to the reasons stated above, we opted to apply the preferred index of cost of labor. As highlighted in the table above, the following differentials were used for the various PG&E employee categories: 115 percent for Senior Director/Director/Chief, 116 percent for Senior Manager/Manager/Principal/Supervisor, 117 percent for Professional, 118 percent for Physical/Technical, and 118 percent for Clerical. No geographical adjustments were applied to the Executive job category since Willis Towers Watson considers the labor market for this category to be at a broader national level.

© 2018 Willis Towers Watson —Proprietary

WillisTowersWatson **I.I'I'I.I**

### *Effective Date*

The survey and database sources used in the study collect base pay, target and actual short-term incentive data that are in effect as of a certain date from participating companies. Those sources and the effective dates are listed below.

| Survey/Data Source | Effective Date |
| --- | --- |
| Willis Towers Watson CDB | |
| ▪ Energy Services Executive and Middle Management & Professional Surveys<br>▪ General Industry Executive and Middle Management & Professional Surveys | March 1, 2017 |
| EAPDIS Energy Technical Craft Clerical Survey | April 1, 2017 |
| Aon Hewitt TCM<br>▪ General Industry: Executive Compensation Survey<br>▪ General Industry: Management & Professional Compensation Survey | March 1, 2017 |
| Radford GTS Survey | ▪ All Data: October 15, 2017<br>▪ Revenue $8B - $35B: December 15, 2017 |
| Mercer SIRS Survey | April 1, 2017 |
| Mercer Gartner IT Survey | March 1, 2017 |
| Foushee<br>▪ Security & Compliance Survey<br>▪ Environmental Health & Safety Survey | ▪ January 1, 2017<br>▪ April 1, 2017 |
| EAPDIS Energy Technical Craft Clerical Survey | April 1, 2017 |

To provide a common reference date for compensation values, the salary data from the surveys and databases were aged to a common effective date of December 31, 2017. Data is aged since compensation is paid over a year of employment and pay generally increases once per year, if at all. Incentives are generally paid once per year. As a result, incentive awards are not aged.

The effective date of the competitive salary data to be aged varied by survey source since survey providers collect data at different times. Aging compensation data, using general or industry-specific rates of salary increase to provide current competitive market compensation levels, is a generally accepted practice of major consulting firms. Typically, consultants and practitioners will age salary data up to two years from the effective date of the data. Aging factors are based on general salary and wage increases that represent the actual experience of companies or represent the companies' budgeted increases.

© 2018 Willis Towers Watson —Proprietary Report Date

A single aging factor of 3.0 percent will be applied to all jobs in all of PG&E employee categories for surveys with effective dates in 2017. This 3.0 percent factor will be applied on a prorated basis depending on the effective date of the data. This factor was determined by using multiple sources of publicly available, governmental, and proprietary sources of information on national and western region hourly and salaried wage increases for the utility and general industries. The data sources used to determine the aging factor are shown below:

| Survey/Data Source | Industry | Average Actual 2017 Increases | Median Actual 2017 Increases |
|---|---|---|---|
| World@Work 2017-18 United States Salary Budget Survey (National) | Utility Industry | 3.00% | 3.00% |
| | All Industries | 3.10% | 3.00% |
| Willis Towers Watson 2017 United States General Industry Salary Budget | Energy Services and Utilities Industry | 2.90% | N/A |
| | All Industries | 3.00% | N/A |
| Mercer 2017/2018 US Compensation Planning Survey Report | Utility Industry | 3.30% | N/A |
| | All Industries | 3.50% | 3.00% |
| | *PG&E Aging Factor* | *3.00%* | |

As is typical practice, short-term incentives and employee benefit values were not aged. Benefit values will reflect any aging applied to base salaries for salary-related components of pay, and therefore are not updated separately.

© 2018 Willis Towers Watson —Proprietary

Willis Towers Watson

# Benefits Valuation Methodology

Willis Towers Watson's benefit valuation methodology, BENVAL®, was used to determine the benefits value delivered by each peer company to its employees. This valuation methodology applies a standard set of actuarial methods and assumptions to employee demographic profiles which have been customized based on the demographics of employee categories within PG&E (i.e., age, service, and gender). Willis Towers Watson's methodology measures the value of benefits to the employee, not the cost of benefits to the company. Willis Towers Watson developed the methods and assumptions on the basis of a number of factors:

- Consistency with Generally Accepted Accounting Principles (GAAP)

- Conformance with Employee Retirement Income Security Act (ERISA) and other employee benefits standards

- Consistency with actuarial standards set by the American Academy of Actuaries and the Actuarial Standards Board

- Consistency with other studies done for other Willis Towers Watson clients

- Experience within utility and general industries.

Employee benefit values will be calculated for the following benefit plans:

- Defined benefit and defined contribution retirement plans (including stock purchase plans)

- Disability plans (short-term and long-term disability)[8]

- Medical plans (active and retiree)

- Dental plans (active and retiree)

- Life insurance (active and retiree group life).

Paid time off (vacation and holidays) was excluded from the study because either most survey sources do not include such data or the value of the benefit is included in base salary.

Employee benefit values were based on detailed descriptions of employee benefit programs applicable to new hires for the peer group companies that are contained in Willis Towers Watson's Benefits Data Source (BDS) database and were updated to reflect changes in plan provisions.

We used demographics reflecting 30 unique employee profiles (i.e., job category, age, gender, service, and compensation) and data from 23 companies from the energy services/utility industry and 23 companies from general industry as the primary comparator groups for the study. Willis Towers Watson considers 30 profiles to be a statistically valid sample to cover the benchmark jobs and employee population for this study. These profiles cover all career levels and PG&E employee categories in the organization, as well as sufficiently representing union versus non-union populations. A more detailed explanation of the employee benefits valuation methodology is provided in Appendix E.

---

[8]. *PG&E employee benefits reflect 2017 plans with the exception of the following: the 2018 short-term disability plan for the non-union plans, and the 2018 long-term disability plan for all other plans*

© 2018 Willis Towers Watson —Proprietary Report Date

**Willis Towers Watson** I.I'I'I.I

## Benefits Peer Groups

Relevant utility and general industry peer companies were selected based on size, industry segment, and geographic parameters to develop the most accurate assessment of PG&E's competitive labor market.

The goal was to identify a combined peer group of not more than 50 companies (large utilities nationwide and comparable general industry companies with a substantial presence in California) and to utilize an appropriate subset of the peer group companies to obtain appropriate benefits data.

As part of the peer group company selection process, Willis Towers Watson provided the PG&E Project Team with preliminary lists of companies that represent the labor market within which PG&E competes including both general industry companies as well as large utilities nationwide. As part of the decision-making process, these preliminary lists were reviewed and select utility and general industry peer group companies were picked using a set of selection criteria (i.e., size, industry characteristics, primary geographic labor market, and 2011, 2014 & 2017 GRC Study peers). Based on the selection criteria, 46 companies were identified as part of the peer group. For the executive and broad-based employee profiles, benefits data reflect an equal weighting of general industry and utilities industry data. For union specific employee profiles[9], benefits data were derived from utilities peer companies only, since union benefit data were available only for utility companies.

Historically, benefits values have been affected by pay levels. So, when pay levels increase, it carries over to the benefits package. However, we have noticed that this is less true for types of benefits offered by organizations today, specifically due to the prevalence, or lack thereof, of non-qualified retirement benefits. For executives at companies without non-qualified retirement benefit programs, retirement benefits are not pay sensitive once their pay exceeds the IRS-mandated salary limitation for qualified retirement plans. The IRS salary limit is indexed each year and is capped at USD 275K for 2018. The implication is that job profiles with pay levels in excess of the IRS limit will all have the same dollar values of retirement benefits. This is also true of the peer group used in this study for the executive job category.

---

[9] Refer to section on "Total Compensation Value Computation" for more details on employee profiles

© 2018 Willis Towers Watson —Proprietary

Willis Towers Watson

(PG&E-8)

## Utility Industry Peer Companies

| Company Name | Corporate Location | No of Employees | Revenue (Millions) | Revenue to Employee Size | Used in 2011 GRC | Used in 2014 GRC | Used in 2017 GRC |
|---|---|---|---|---|---|---|---|
| AES Corporation | Arlington, VA | 19,000 | $13,586 | $715,053 | | | Yes |
| Ameren | St. Louis, MO | 8,629 | $5,868 | $680,032 | Yes | | Yes |
| American Electric Power | Columbus, OH | 17,634 | $16,380 | $928,893 | Yes | | Yes |
| CenterPoint Energy | Houston, TX | 7,727 | $7,528 | $974,246 | Yes | | Yes |
| Consolidated Edison | New York, NY | 14,960 | $12,075 | $807,152 | Yes | Yes | Yes |
| Dominion Energy | Richmond, VA | 16,200 | $11,737 | $724,506 | Yes | Yes | Yes |
| DTE Energy | Detroit, MI | 10,000 | $10,630 | $1,063,000 | | | Yes |
| Duke Energy | Charlotte, NC | 28,798 | $22,381 | $777,172 | Yes | | Yes |
| Entergy | New Orleans, LA | 13,513 | $10,846 | $802,608 | Yes | | Yes |
| Eversource Energy (formerly Northeast Utilities) | Hartford, CT | 7,762 | $7,639 | $984,170 | | | Yes |
| Exelon | Chicago, IL | 34,396 | $31,360 | $911,734 | Yes | | Yes |
| Integrys Energy Group | Chicago, IL | 7,983 | $7,472 | $936,027 | Yes | | Yes |
| National Grid USA | Waltham, MA | 25,068 | $18,801 | $750,000 | Yes | | |
| NextEra Energy (formerly FPL Group) | Juno Beach, FL | 14,700 | $16,155 | $1,098,980 | Yes | | Yes |
| PPL | Allentown, PA | 12,689 | $7,517 | $592,403 | Yes | | Yes |
| Public Service Enterprise Group | Newark, NJ | 13,065 | $9,061 | $693,532 | Yes | | Yes |
| San Diego Gas & Electric* (Sempra Energy) | San Diego, CA | 4,134 | $4,253 | $1,028,786 | Yes | Yes | Yes |
| Southern California Edison | Rosemead, CA | 11,947 | $11,935 | $998,996 | Yes | Yes | Yes |
| Southern California Gas* (Sempra Energy) | San Diego, CA | 8042 | $3,471 | $431,609 | Yes | Yes | Yes |
| Southern Company Services | Atlanta, GA | 32,015 | $19,896 | $621,459 | Yes | Yes | Yes |
| Tennessee Valley Authority | Knoxville, TN | 10,691 | $10,616 | $992,985 | | Yes | Yes |
| Vistra Energy (formerly Energy Future Holdings) | Dallas, TX | 4,431 | $5,164 | $1,165,425 | Yes | Yes | Yes |
| Xcel Energy | Minneapolis, MN | 11,476 | $11,107 | $967,839 | Yes | Yes | Yes |
| Mean (Average) | | 14,559 | $11,977 | $854,200 | | | |
| Median | | 12,689 | $10,846 | $911,734 | | | |
| Pacific Gas and Electric Company | | 24,000 | $17,667 | $736,125 | | | |

*Benefits data represents Sempra Energy

**Willis Towers Watson I.I'I'I.I**

© 2018 Willis Towers Watson —Proprietary Report Date

## General Industry Peer Companies

| Company Name | Corporate Location | No of Employees | Revenue (Millions) | Revenue to Employee Size | Used in 2011 GRC | Used in 2014 GRC | Used in 2017 GRC |
|---|---|---|---|---|---|---|---|
| AT&T | Dallas, TX | 268,540 | $163,786 | $609,913 | Yes | | Yes |
| Bechtel Group | San Francisco, CA | 53,000 | $32,900 | $620,755 | Yes | Yes | Yes |
| CB Richard Ellis | Los Angeles, CA | 75,000 | $13,072 | $174,288 | | | Yes |
| CH2M (CH2M Hill) | Englewood, CO | 20,000 | $5,183 | $259,165 | | | Yes |
| Chevron | San Ramon, CA | 55,200 | $103,310 | $1,871,558 | Yes | Yes | Yes |
| eBay | San Jose, CA | 12,600 | $8,979 | $712,619 | Yes | | Yes |
| Facebook, Inc. | Menlo Park, CA | 17,048 | $27,638 | $1,621,187 | | | Yes |
| Fluor Corporation | Irving, TX | 61,551 | $19,037 | $309,281 | | | Yes |
| Gap | San Francisco, CA | 141,000 | $15,797 | $112,035 | Yes | Yes | Yes |
| Genentech* | San Francisco, CA | 16,620 | $28,744 | $1,729,483 | Yes | | |
| Gilead Sciences, Inc. | Foster City, CA | 9,000 | $30,390 | $3,376,667 | | | Yes |
| IBM | Armonk, NY | 380,300 | $79,919 | $210,147 | Yes | Yes | |
| Intel | Santa Clara, CA | 106,000 | $59,387 | $560,255 | Yes | | |
| Jacobs Engineering Group Inc.** | Dallas, TX | 43,800 | $10,964 | $250,323 | | | Yes |
| Nestle USA | Rosslyn, VA | 328,000 | $89,786 | $273,738 | | | Yes |
| NetApp | Sunnyvale, CA | 12,030 | $5,546 | $461,014 | | | Yes |
| Northrop Grumman | Falls Church, VA | 67,000 | $24,508 | $365,791 | | | Yes |
| Occidental Petroleum Corporation | Houston, TX | 11,000 | $10,090 | $917,273 | | | Yes |
| Oracle Corporation | Redwood City, CA | 136,000 | $37,047 | $272,404 | | | Yes |
| Qualcomm Incorporated | San Diego, CA | 30,500 | $23,554 | $772,262 | | | Yes |
| Seagate Technology, US LLC | Cupertino, CA | 45,500 | $11,160 | $245,275 | | | Yes |
| The Charles Schwab Corp | San Francisco, CA | 16,200 | $7,462 | $460,617 | | Yes | Yes |
| Visa Inc. | San Francisco, CA | 14,200 | $15,082 | $1,062,113 | Yes | | Yes |
| | Mean (Average) | 83,482 | $35,797 | $749,920 | | | |
| | Median | 45,500 | $23,554 | $461,014 | | | |
| Pacific Gas and Electric Company | | 24,000 | $17,667 | $736,125 | | | |

**Willis Towers Watson I.I'I'I.**

*\* Acquired by Roche and represents this data*
*\*\* Organization listed as Jacobs - JEG*

© 2018 Willis Towers Watson —Proprietary

# Supporting Documentation

▪ Appendix A - I is a list of the employee profiles that were developed for the benefits analyses.

▪ Appendix A - II is a list of the PG&E benchmark jobs organized by PG&E employee category and includes profile numbers for each benchmark job.

▪ Appendix B is a detailed competitive summary that provides the results for each PG&E benchmark job within each PG&E employee category. Subtotals are provided at the end of each employee category.

▪ Appendix C provides the average total compensation dollars for each PG&E employee category by compensation component.

▪ Appendix D provides the aggregate total compensation dollars for each PG&E employee category by compensation component.

▪ Appendix E is a detailed summary of the methodology used to value employee benefits in the study.

▪ Appendix F provides summaries of each of the project team meetings. All decisions concerning methodology and the rationale for making these decisions are referenced in the project team meeting notes.

▪ Appendix G is a glossary of compensation-related terms used throughout this report.

▪ Appendix H contains criteria around selection of the benefits peer groups for both utility and general industry peers.

▪ Appendix I provides information on short-term and long-term incentives prevalence and performance measures/ metrics.