Robert A. Julian
Cecily A. Dumas
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:    628.208.6434
Facsimile:    310.820.8859
Email:   rjulian@bakerlaw.com
Email:   cdumas@bakerlaw.com

Eric E. Sagerman
Lauren T. Attard
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA 90025
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email:   esagerman@bakerlaw.com
Email:   lattard@bakerlaw.com

*Proposed Counsel for Official
Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors**<br><br>☐ Affects PG& E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF STEVEN M. CAMPORA IN SUPPORT OF OPPOSITION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a), 363, AND 503(c) FOR ENTRY OF AN ORDER (I) APPROVING SHORT-TERM INCENTIVE PLAN AND (II) GRANTING RELATED RELIEF (Dkt. No. 782)**<br><br>Date:      April 9, 2019<br>Time:      9:30 a.m. (Pacific Time)<br>Place:     United States Bankruptcy Court<br>              Courtroom 17, 16 Floor<br>              San Francisco, CA  94102 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

I, Steven M. Campora, declare as follows:

1. I am a partner with the law firm of Dreyer, Babich, Buccola, Wood, Campora LLP. I have been involved with litigation, on behalf of fire and explosion victims and against Pacific Gas and Electric Company, since 2008. I am currently a member of the Plaintiffs' Executive Committee in the CA North Bay Fires JCCP.[1]

2. I have personal knowledge of the facts contained in this declaration and, if called as a witness, I could and would competently testify thereto. I have review this file for this matter and am familiar with its contents.

3. I provide this declaration in support of the Official Committee of Tort Claimants' (hereafter, "**TCC**") Opposition to the PG&E Corporation and Pacific Gas and Electric Company (hereafter, the "**Debtors**") Motion Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) For Entry of An Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief.

4. On March 8, 2019, I sent Debtors' Counsel an email requesting that the document bearing Bates Numbers PGE-NBF-TAR-0000722832 not to be marked as confidential. On the same day, Debtors' Counsel replied, confirming that the entire document was not confidential. Attached hereto as **Exhibit A** is a true and correct copy of the email dated March 8, 2019.

5. Attached as **Exhibit B** is a true and correct copy of an email dated March 11, 2019 where Debtors' Counsel confirmed that the two documents bearing Bates Numbers PGE-NBF-TAR-0003250382 and PGE-NBF-TAR-00003350385) were "[n]ot confidential."

6. Attached as **Exhibit C** is a true and correct copy of an email, dated February 26, 2014 with Bates Number PGE-NBF-TAR-0000722832, which was produced by PG&E.

7. Attached as **Exhibit D** is a true and correct copy of an email dated November 1, 2016, with attachment, bearing Bates Number PGE-NBF-TAR-00003250382.

8. Pursuant to the terms of the Protective Order entered in the California North Bay Fire Cases, JCCP 4955, "the party producing the document represents that the document is a true and correct copy of the original." Exhibits C and D were produced by PG&E under the terms of that order.

---

[1] The JCCP refers to the Judicial Council Coordinated Proceedings.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   I declare under penalty of perjury under the law of the State of California that the

2   foregoing is true and correct.

3   Executed on this 28th day of March, at Sacramento, California.

4

5                                         By:   _____

6                                               Steven M. Campora

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 3 -