# EXHIBIT A

**Julian, Robert**

**From:** Julian, Robert <rjulian@bakerlaw.com>
**Sent:** Thursday, March 21, 2019 8:14 AM
**To:** Julian Me; Julian, Robert
**Subject:** Fwd: Bankruptcy Motion for Bonuses
**Attachments:** PGE-NBF-TAR-0000722832.pdf; ATT00001.htm

Robert Julian
Partner

Baker Hostetler
11601 Wilshire Boulevard Suite 1400
Los Angeles, CA 90025-0509
Tel: 310.442.8887

rjulian@bakerlaw.com
bakerlaw.com

Begin forwarded message:

> **From:** "Steve Campora" <scampora@dbbwc.com>
> **To:** "Julian, Robert" <rjulian@bakerlaw.com>
> **Subject: Fw: Bankruptcy Motion for Bonuses**
>
> See attached.
>
> ---
>
> **From:** Kevin Orsini <KOrsini@cravath.com>
> **Sent:** Friday, March 8, 2019 1:15 PM
> **To:** Steve Campora
> **Cc:** Frank M. Pitre; Khaldoun Baghdadi (kbaghdadi@WalkupLawOffice.com); Michael Kelly
> **Subject:** Re: Bankruptcy Motion for Bonuses
>
> Steve,
>
> I have reviewed the entire document, which you forwarded in a separate email. We agree this document is not confidential.
>
> Thank you for bringing the committee request to my attention. I will discuss with their counsel.
>
> Kevin
>
> Sent from my iPad

1

On Mar 8, 2019, at 3:16 PM, Steve Campora <scampora@dbbwc.com> wrote:

Kevin,

We have the following email and we need to use it to oppose PG&E motion for bonuses, because it appears that even though PG&E knew the potential for failure of the Caribou/Palermo line was high, it chose to put the victims lives at risk. Obviously, we do not want employees, their supervisors, their managers, etc., who deciding the risk of killing people was acceptable to get bonuses.

There is no basis for the confidentiality of this email. I need to know by the close of business today whether you do or do not contend it is confidential. If you believe it is confidential, please set forth, in specific detail, the basis for any such claim. Additionally, Counsel for the Tort Committee wishes to have access to the documents produced by PG&E in both Butte and NorCal. Is there any objection? Again, time is of the essence due to your filed motion. Please respond. If you refuse this request we will bring it to the Court, seek to postpone the motion and seek appropriate relief.

From: Gonzalez, Carlos Sent: Tuesday, February 25, 2014 09:47 PM To: Yeung, Manho: Bingtan, Alex: Wong, Joscelyn M: Sakamoto, Michelle: King, Sherry: Wong Patrick: O'Connor, Karen S: Mathieson, J.C.: Kim Jee Gun: Ainar Shibli/NYO/NorthAmerica/MCKINSEY (amar_shibli4mcldrisey.com) <amar_sliiblirdinackinsey.com> Cc: KaustubhPandya/SFO/NorthAmerica/MCKINSEY (Kaustubh Pand -ad;inckinsey.com) <Kaustubh Pandyaii:incldusey.com> Subject: EO-RIBA Check-in with Manho Manho, Per my e-mail earlier in the week, I will not be able to attend the EO RIBA check-in meeting tomorrow. However I wanted to provide a status update and share some findings with the team. Completed: 37 projects scored for a total of $46.8M out of a portfolio of 82 projects ($106.1M) 0 covering mostly MWCs 70, 71, 92 and 93. Highlights: FAA Tower Marking and Targeted 500kV Anchor replacement: 800 — 1000+ scores driven by safety Pole Replacement Projects: 300+ scores driven by safety Observations: Caribou Palermo: <200 score because there is no likely large environmental event (if structures fail, it will be likely due to heavy rain and no wildfires are possible then). Also no likely public safety issue with live wires down because it is in a remote area. Reliability score is not that high because although the likelihood of failed structures happening is high, the affected customers are likely in the order of >1K.

PGE-NBF-TAR-0000722832

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.