# EXHIBIT B

Julian, Robert

**From:** Steve Campora <scampora@dbbwc.com>
**Sent:** Thursday, March 21, 2019 9:01 AM
**To:** Julian, Robert
**Subject:** Fw: Bankruptcy Motion re Bonuses

See below.

Steve

---

**From:** Kevin Orsini <KOrsini@cravath.com>
**Sent:** Monday, March 11, 2019 9:23 AM
**To:** Steve Campora
**Cc:** Khaldoun Baghdadi (kbaghdadi@WalkupLawOffice.com); Frank Pitre (FPitre@cpmlegal.com); Michael A. Kelly (MKelly@WalkupLawOffice.com)
**Subject:** Re: Bankruptcy Motion re Bonuses

Not confidential.

On Mar 10, 2019, at 4:24 PM, Steve Campora <scampora@dbbwc.com> wrote:

> Kevin,
>
> Attached are two additional documents which are marked confidential, but which should not be confidential. We intend to disclose these email to bankruptcy counsel for use in opposition to PG&E's motion for bonuses.
>
> Please let me know if you contend these documents are confidential by COB tomorrow, Monday, March 11.
>
> Steve Campora
>
> **Steven M. Campora**
>
> **Dreyer, Babich, Buccola, Wood, Campora LLP**
>
> 20 Bicentennial Circle

1

Sacramento, CA   96826

(916) 379-3500

<PGE-NBF-TAR-0003250382.pdf>

<PGE-NBF-TAR-0003250385_CONFIDENTIAL.XLSX>

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.