EMILY P. RICH, Bar No. 168735
TRACY L. MAINGUY, Bar No. 176928
CAITLIN GRAY, Bar No. 305118
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: bankruptcycourtnotices@unioncounsel.net
  erich@unioncounsel.net
  tmainguy@unioncounsel.net
  cgray@unioncounsel.net

Attorneys for Creditor Engineers and Scientists of California, Local 20, IFPTE

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| In Re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 DM<br><br>CHAPTER 11<br><br>**PROOF OF SERVICE** |

# CERTIFICATE OF SERVICE

I am a citizen of the United States and an employee in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501.

I hereby certify that on March 28, 2019, I electronically filed the forgoing ESC Local 20's Response to Debtors' Motion for Entry of an Order Approving Short-Term Incentive Plan and Granting Related Relief (Doc. 782, Doc. 806); Declaration of Joshua Sperry in support with the U.S. Bankruptcy Court, Northern District California, by using the Court's CM/ECF system.

Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 28, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED SERVICE LIST

On March 28, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST

I certify under penalty of perjury that the above is true and correct. Executed at Alameda, California, on March 28, 2019.

*/s/ Stephanie Mizuhara*
Stephanie Mizuhara

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

Case: 19-30088   Doc# 1114   Filed: 03/28/19   Entered: 03/28/19 17:04:24   Page 2 of 6

# SERVICE LIST

- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Todd M. Bailey    Todd.Bailey@ftb.ca.gov
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- Peter J. Benvenutti    pbenvenutti@kellerbenvenutti.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder    heinz@bindermalter.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Shawn M. Christianson    schristianson@buchalter.com
- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alicia Clough    aclough@loeb.com
- Marc Cohen    mscohen@loeb.com
- Keith J. Cunningham    , rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, vsimmons@wolkincurran.com
- Jonathan R. Doolittle    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- Jennifer V. Doran    jdoran@hinckleyallen.com
- David V. Duperrault    dvd@svlg.com, edn@svlg.com
- Kevin M. Eckhardt    keckhardt@hunton.com, candonian@huntonak.com
- Joseph A. Eisenberg    JAE1900@yahoo.com
- Sally J. Elkington    sally@elkshep.com, ecf@elkshep.com
- G. Larry Engel    larry@engeladvice.com
- Krista M. Enns    kenns@beneschlaw.com
- Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- Richard W. Esterkin    richard.esterkin@morganlewis.com, sue.reimers@morganlewis.com
- Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
- James J. Ficenec    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman    kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Jonathan Forstot    , john.murphy@troutman.com
- Gregg M. Galardi    gregg.galardi@ropesgray.com
- Richard L. Gallagher    richard.gallagher@ropesgray.com
- Barry S. Glaser    bglaser@swesq.com
- Gabriel I. Glazer    gglazer@pszjlaw.com
- Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutininc.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3

Case: 19-30088    Doc# 1114    Filed: 03/28/19    Entered: 03/28/19 17:04:24    Page 3 of 6

- Robert G. Harris    rob@bindermalter.com
- Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Jan M Hayden    jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes    jhayes@fhlawllp.com
- Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com
- Michael R. Hogue    hoguem@gtlaw.com, frazierl@gtlaw.com
- David Holtzman    david.holtzman@hklaw.com
- Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com
- Mark V. Isola    mvi@sbj-law.com
- J. Eric Ivester    , Andrea.Bates@skadden.com
- Ivan C. Jen    ivan@icjenlaw.com
- Gregory K. Jones    GJones@dykema.com, cacossano@dykema.com
- Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com
- Robert B. Kaplan    rbk@jmbm.com
- Tobias S. Keller    tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly    lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Gerald P. Kennedy    gerald.kennedy@procopio.com, laj@procopio.com
- Samuel M. Kidder    skidder@ktbslaw.com
- Marc Kieselstein    , carrie.oppenheim@kirkland.com
- Jane Kim    jkim@kellerbenvenutti.com
- Thomas F. Koegel    tkoegel@crowell.com
- Andy S. Kong    kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Alan W. Kornberg    , akornberg@paulweiss.com
- Jeffrey C. Krause    jkrause@gibsondunn.com, psantos@gibsondunn.com
- Michael Thomas Krueger    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Richard A. Lapping    rich@trodellalapping.com
- Matthew A. Lesnick    matt@lesnickprince.com, jmack@lesnickprince.com
- David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin    alevin@wcghlaw.com, vcorbin@wcghlaw.com
- John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Jane Luciano    jane-luciano@comcast.net
- Kerri Lyman    klyman@irell.com, lgauthier@irell.com
- John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald    iain@macfern.com, ecf@macfern.com
- Michael W. Malter    michael@bindermalter.com
- David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Hugh M. McDonald    , john.murphy@troutman.com
- C. Luckey McDowell    luckey.mcdowell@bakerbotts.com
- Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com
- Matthew D. Metzger    belvederelegalecf@gmail.com
- M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
- Courtney L. Morgan    morgan.courtney@pbgc.gov

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

4

Case: 19-30088    Doc# 1114    Filed: 03/28/19    Entered: 03/28/19 17:04:24    Page 4 of 6

- Joshua D. Morse    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Thomas G. Mouzes    tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Michael S. Myers    myersms@ballardspahr.com, hartt@ballardspahr.com
- David L. Neale    dln@lnbrb.com
- David L. Neale    dln@lnbyb.com
- David Neier    dneier@winston.com
- Melissa T. Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
- Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Aram Ordubegian    Ordubegian.Aram@ArentFox.com
- Gabriel Ozel    Gabriel.Ozel@troutman.com, tsinger@houser-law.com
- Amy S. Park    amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson    donna@parkinsonphinney.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- Valerie Bantner Peo    vbantnerpeo@buchalter.com
- Danielle A. Pham    danielle.pham@usdoj.gov
- Thomas R. Phinney    tom@parkinsonphinney.com
- R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino    epino@epinolaw.com, staff@epinolaw.com
- Mark D. Poniatowski    ponlaw@ponlaw.com
- Christopher E. Prince    cprince@lesnickprince.com
- Douglas B. Provencher    dbp@provlaw.com
- Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins    jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Lacey Rochester    lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Gregory A. Rougeau    grougeau@brlawsf.com
- Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com
- Sunny S. Sarkis    , dawn.forgeur@stoel.com
- David B. Shemano    dshemano@pwkllp.com
- James A. Shepherd    jim@elkshep.com, ecf@elkshep.com
- Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol    jdsokol@lawssl.com, dwright@lawssl.com
- Bennett L. Spiegel    blspiegel@jonesday.com
- Michael St. James    ecf@stjames-law.com
- David M. Stern    dstern@ktbslaw.com
- Meagan S. Tom    Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward Tredinnick    etredinnick@grmslaw.com
- Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta    marta.villacorta@usdoj.gov
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Riley C. Walter    ecf@W2LG.com
- Philip S. Warden    philip.warden@pillsburylaw.com, candy.kleiner@pillsburylaw.com

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

5

Case: 19-30088    Doc# 1114    Filed: 03/28/19    Entered: 03/28/19 17:04:24    Page 5 of 6

- Genevieve G. Weiner    gweiner@gibsondunn.com
- Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com
- Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans    rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- Christopher Kwan Shek Wong    christopher.wong@arentfox.com
- Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com
- Andrew Yaphe    andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com

**VIA U.S. MAIL**

| | |
|---|---|
| Max Africk<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Kevin Bostel<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Matthew Goren<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Andriana Georgallas<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| David A. Herman<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | Stuart J. Goldring<br>Weil, Gotshal & Manges LLP<br>767 Fifth Ave.<br>New York, NY 10153 |
| Stephen Karotkin<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Kevin Kramer<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| John Nolan<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Jessica Liou<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Kevin J. Orsini<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | Omid H. Nasab<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 |
| Ray C. Schrock<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Theodore Tsekerides<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Paul H. Zumbro<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

6

Case: 19-30088    Doc# 1114    Filed: 03/28/19    Entered: 03/28/19 17:04:24    Page 6 of 6