1  Dennis F. Dunne (*pro hac vice*)
   Samuel A. Khalil (*pro hac vice*)
2  MILBANK LLP
   55 Hudson Yards
3  New York, New York 10001-2163
   Telephone: (212) 530-5000
4  Facsimile: (212) 530-5219

5  and

6  Paul S. Aronzon (SBN 88781)
   Gregory A. Bray (SBN 115367)
7  Thomas R. Kreller (SBN 161922)
   MILBANK LLP
8  2029 Century Park East, 33rd Floor
   Los Angeles, CA 90067
9  Telephone: (424) 386-4000
   Facsimile: (213) 629-5063

*Proposed Counsel for the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors and Debtors In Possession. | Adversary Proceeding No. 19-03003 (DM)<br><br>Chapter 11 Case No. 19-30088 (DM)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                    ) SS.:
COUNTY OF NEW YORK  )

DAVID MCCRACKEN, being duly sworn, deposes and says:

I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank LLP, *Proposed Counsel for the Official Committee of Unsecured Creditors*, in the above-captioned cases.

On the 28th of March, 2019, I caused copies of the following document:

Limited Objection of the Official Committee of Unsecured Creditors to Corrected Motion of Debtors Pursuant to 11 U.S.C. §§ 105(A), 363, and 503(C) for Entry of an Order (I) Approving Short-Term Incentive Plan and (Ii) Granting Related Relief (Dkt. No. 806) [ECF No. 1110]

to be served upon the parties identified on Exhibit A attached hereto by electronic mail, to be served upon the parties identified on Exhibit B attached hereto by FedEx Overnight mail, to be served upon the party identified on Exhibit C attached hereto by USPS, and to be served upon the party identified on Exhibit D attached hereto by Courier service.

/s/ David McCracken
DAVID MCCRACKEN

SWORN TO AND SUBSCRIBED before me
this 28th of March, 2019

/s/ Monica D. Alston
Monica D. Alston
Notary Public, State of New York
No. 31-4853249
Qualified in New York County
Certificate filed in New York County
Commission Expires February 10, 2022

**Exhibit A**

aa@andrewsthornton.com; shiggins@andrewsthornton.com; jct@andrewsthornton.com; adam.malatesta@lw.com; ADSmith@perkinscoie.com; ajang@janglit.com; snoma@janglit.com; akornberg@paulweiss.com; bhermann@paulweiss.com; wrieman@paulweiss.com; smitchell@paulweiss.com; ndonnelly@paulweiss.com; alex.sher@hoganlovells.com; peter.ivanick@hoganlovells.com; alexander.pilmer@kirkland.com; Amy.Park@skadden.com; amy.quartarolo@lw.com; anahmias@mbnlawyers.com; Andrew.Silfen@arentfox.com; Beth.Brownstein@arentfox.com; Jordana.Renert@arentfox.com; andrew.yaphe@davispolk.com; andy.kong@arentfox.com; christopher.wong@arentfox.com; aortiz@jhwclaw.com; sjordan@jhwclaw.com; ecf@jhwclaw.com; aparna.yenamandra@kirkland.com; Aram.Ordubegian@arentfox.com; arocles.aguilar@cpuc.ca.gov; asmith@lockelord.com; avcrawford@akingump.com; avobrient@mintz.com; ablevin@mintz.com; bankruptcy@coag.gov; Bankruptcy2@ironmountain.com; bankruptcycourtnotices@unioncounsel.net; erich@unioncounsel.net; tmainguy@unioncounsel.net; cgray@unioncounsel.net; bankruptcynotices@up.com; belvederelegalecf@gmail.com; bennett.spiegel@hoganlovells.com; bglaser@swesq.com; bknapp@lockelord.com; bletsch@braytonlaw.com; brian.lohan@arnoldporter.com; steven.fruchter@arnoldporter.com; bryan.bates@dentons.com; caroline.reckler@lw.com; andrew.parlen@lw.com; cbelmonte@ssbb.com; pbosswick@ssbb.com; CHRIS.JOHNSTONE@WILMERHALE.COM; christopher.harris@lw.com; andrew.parlen@lw.com; crivas@reedsmith.com; mhouston@reedsmith.com; cshore@whitecase.com; csimon@bergerkahn.com; csimon@bergerkahn.com; cvarnen@irell.com; astrabone@irell.com; dandreoli@steyerlaw.com; Danette.Valdez@doj.ca.gov; Annadel.Almendras@doj.ca.gov; dania.slim@pillsburylaw.com; daniel@thebklawoffice.com; danielle.pham@usdoj.gov; danielle.pham@usdoj.gov; david.levant@stoel.com; david.riley@dlapiper.com; eric.goldberg@dlapiper.com; david.seligman@kirkland.com; ddunne@milbank.com; skhalil@milbank.com; deg@coreylaw.com; alr@coreylaw.com; smb@coreylaw.com; sm@coreylaw.com; dfelder@orrick.com; dgrassgreen@gmail.com; DLN@LNBYB.COM; dminnick@pillsburylaw.com; dmoon@stroock.com; dneier@winston.com; dshemano@shemanolaw.com; dsimonds@akingump.com; dvd@svlg.com; keb@svlg.com; EAdler@TheAdlerFirm.com; gemarr59@hotmail.com; bzummer@TheAdlerFirm.com; Ecf@stjames-law.com; efile@pbgc.gov; robertson.daniel@pbgc.gov; eguffy@lockelord.com; ehg@classlawgroup.com; dsh@classlawgroup.com; EHK@LNBYB.COM; eli.vonnegut@davispolk.com; david.schiff@davispolk.com; timothy.graulich@davispolk.com; emorabito@foley.com; bnelson@foley.com; epino@epinolaw.com; Eric.Ivester@skadden.com; eric.may@yolocounty.org; Erika.Schoenberger@davey.com; esagerman@bakerlaw.com; lattard@bakerlaw.com; esserman@sbep-law.com; taylor@sbep-law.com; ethompson@stites.com; etredinnick@greeneradovsky.com; fmerola@stroock.com; fpitre@cpmlegal.com; acordova@cpmlegal.com; ablodgett@cpmlegal.com; gabriel.ozel@troutman.com; gabrielle.glemann@stoel.com; ganzc@ballardspahr.com; myersms@ballardspahr.com; gerald.kennedy@procopio.com; gjones@dykema.com; gregg.galardi@ropesgray.com; keith.wofford@ropesgray.com; daniel.egan@ropesgray.com; grougeau@brlawsf.com; Gweiner@gibsondunn.com; Jkrause@gibsondunn.com; harriet.steiner@bbklaw.com; harris.winsberg@troutman.com; matthew.roberts2@troutman.com; hbedoyan@kleinlaw.com; ecf@kleinlaw.com; hill@SullivanHill.com; hawkins@SullivanHill.com; dabbieri@SullivanHill.com; hoguem@gtlaw.com; houston_bankruptcy@publicans.com; howard.seife@nortonrosefulbright.com; andrew.rosenblatt@nortonrosefulbright.com;

| | |
|---|---|
| 1 | christy.rivera@nortonrosefulbright.com; hubenb@ballardspahr.com; hugh.mcdonald@troutman.com; hugh.ray@pillsburylaw.com; imac@macfern.com; info@norcallawgroup.net; joe@norcallawgroup.net; jackie.fu@lockelord.com; JAE1900@yahoo.com; James.Ficenec@ndlf.com; Joshua.Bevitz@ndlf.com; James.L.Snyder@usdoj.gov; timothy.s.laffredi@usdoj.gov; Marta.Villacorta@usdoj.gov; James.Potter@doj.ca.gov; jane-luciano@comcast.net; jcumming@dir.ca.gov; jcurran@wolkincurran.com; jdoolittle@reedsmith.com; jdoran@hinckleyallen.com; jdsokol@lawssl.com; kcoles@lawssl.com; jdt@jdthompsonlaw.com; jfiero@pszjlaw.com; Jg5786@att.com; jlowenthal@steyerlaw.com; jlucas@pszjlaw.com; gglazer@pszjlaw.com; dgrassgreen@pszjlaw.com; ipachulski@pszjlaw.com; jmills@taylorenglish.com; jmullan@sonomacleanpower.org; John.mccusker@bami.com; john.moe@dentons.com; joshua.morse@dlapiper.com; jrawlins@winston.com; jreisner@irell.com; klyman@irell.com; jrowland@bakerdonelson.com; Julia.Mosel@sce.com; patricia.cirucci@sce.com; kcapuzzi@beneschlaw.com; mbarrie@beneschlaw.com; kcunningham@PierceAtwood.com; KDWBankruptcyDepartment@kelleydrye.com; bfeder@kelleydrye.com; keckhardt@huntonak.com; kenns@beneschlaw.com; kfineman@nutihart.com; gnuti@nutihart.com; chart@nutihart.com; khansen@stroock.com; egilad@stroock.com; mgarofalo@stroock.com; khansen@stroock.com; egilad@stroock.com; mgarofalo@stroock.com; holsen@stroock.com; mspeiser@stroock.com; kpasquale@stroock.com; smillman@stroock.com; kklee@ktbslaw.com; dstern@ktbslaw.com; skidder@ktbslaw.com; kmontee@monteeassociates.com; kw@wlawcorp.com; kwinick@clarktrev.com; larry@engeladvice.com; Lauren.macksoud@dentons.com; leo.crowley@pillsburylaw.com; Leslie.Freiman@edpr.com; Randy.Sawyer@edpr.com; lgabriel@bg.law; lgoldberg@ebce.org; lillian.stenfeldt@rimonlaw.com; lkress@lockelord.com; lmcgowen@orrick.com; lrochester@bakerdonelson.com; jhayden@bakerdonelson.com; lschweitzer@cgsh.com; mschierberl@cggsh.com; Luckey.Mcdowell@BakerBotts.com; Ian.Roberts@BakerBotts.com; Kevin.Chiu@BakerBotts.com; malexander@maryalexander.com; malmy@crowell.com; marc.kieselstein@kirkland.com; Margarita.Padilla@doj.ca.gov; James.Potter@doj.ca.gov; mark.bane@ropesgray.com; matthew.roose@ropesgray.com; mark.mckane@kirkland.com; michael.esser@kirkland.com; Mark_Minich@kindermorgan.com; marthaeromerolaw@gmail.com; matt@lesnickprince.com; cprince@lesnickprince.com; mbienenstock@proskauer.com; brosen@proskauer.com; mzerjal@proskauer.com; mbusenkell@gsbblaw.com; mdanko@dankolaw.com; kmeredith@dankolaw.com; smiller@dankolaw.com; meagan.tom@lockelord.com; melaniecruz@chevron.com; marmstrong@chevron.com; mferullo@nixonpeabody.com; mfirestein@proskauer.com; lrappaport@proskauer.com; sma@proskauer.com; mgorton@boutinjones.com; mgrotefeld@ghlaw-llp.com; mochoa@ghlaw-llp.com; wpickett@ghlaw-llp.com; mhouston@reedsmith.com; mhowery@reedsmith.com; michael.isaacs@dentons.com; Michael@bindermalter.com; Rob@bindermalter.com; Heinz@bindermalter.com; misola@brotherssmithlaw.com; mjb@hopkinscarley.com; jross@hopkinscarley.com; mkelly@walkuplawoffice.com; kbaghdadi@walkuplawoffice.com; mschuver@walkuplawoffice.com; morgan.courtney@pbgc.gov; efile@pbgc.gov; mosby_perrow@kindermorgan.com; mplevin@crowell.com; bmullan@crowell.com; Mrosenthal@gibsondunn.com; Amoskowitz@gibsondunn.com; mscohen@loeb.com; aclough@loeb.com; mstamer@akingump.com; idizengoff@akingump.com; dbotter@akingump.com; mstrub@irell.com; mtoney@turn.org; tlong@turn.org; myuffee@winston.com; nanette@ringstadlaw.com; Navi.Dhillon@BakerBotts.com; ngo.melissa@pbgc.gov; efile@pbgc.gov; oren.haker@stoel.com; oscar.pinkas@dentons.com; Owen.Clements@sfcityatty.org; Catheryn.Daly@sfcityatty.org; Paronzon@milbank.com; Gbray@milbank.com; TKreller@milbank.com; pcalifano@cwclaw.com; |

peter.welsh@ropesgray.com; joshua.sturm@ropesgray.com; patricia.chen@ropesgray.com; peter.wolfson@dentons.com; peter@pmrklaw.com; pgeteam@PrimeClerk.com; serviceqa@primeclerk.com; philip.warden@pillsburylaw.com; phillip.wang@rimonlaw.com; pmunoz@reedsmith.com; ppartee@huntonak.com; pwp@pattiprewittlaw.com; ra-li-ucts-bankrupt@state.pa.us; RASymm@aeraenergy.com; rbeacher@pryorcashman.com; rbk@jmbm.com; rfriedman@rutan.com; pblanchard@rutan.com; rgolubow@wcghlaw.com; Rich@TrodellaLapping.com; rileywalter@W2LG.com; Mwilhelm@W2LG.com; rjulian@bakerlaw.com; cdumas@bakerlaw.com; rkampfner@whitecase.com; rlalawyer@yahoo.com; robert.albery@jacobs.com; robert.labate@hklaw.com; david.holtzman@hklaw.com; robins@robinscloud.com; rbryson@robinscloud.com; rpedone@nixonpeabody.com; rpinkston@seyfarth.com; charney@seyfarth.com; rwolf@hollandhart.com; sally@elkshep.com; jim@elkshep.com; samuel.maizel@dentons.com; sanfrancisco@sec.gov; sbryant@lockelord.com; schristianson@buchalter.com; vbantnerpeo@buchalter.com; secbankruptcy@sec.gov; sfelderstein@ffwplaw.com; ppascuzzi@ffwplaw.com; sfinestone@fhlawllp.com; sfinestone@fhlawllp.com; jhayes@fhlawllp.com; rwitthans@fhlawllp.com; sgross@grosskleinlaw.com; shane.huang@usdoj.gov; shane.huang@usdoj.gov; sory@fdlaw.com; ssally@ropesgray.com; matthew.mcginnis@ropesgray.com; ssummy@baronbudd.com; jfiske@baronbudd.com; stephen.hessler@kirkland.com; stephen.karotkin@weil.com; matthew.goren@weil.com; jessica.liou@weil.com; summersm@ballardspahr.com; summerst@lanepowell.com; sunny.sarkis@stoel.com; TBlischke@williamskastner.com; tcmitchell@orrick.com; tjb@brandilaw.com; tkeller@kellerbenvenutti.com; jkim@kellerbenvenutti.com; tkoegel@crowell.com; tlauria@whitecase.com; mbrown@whitecase.com; tmccurnin@bkolaw.com; t.higham@bkolaw.com; chigashi@bkolaw.com; todd.bailey@ftb.ca.gov; tom@parkinsonphinney.com; tyoon@crowell.com; vavilaplana@foley.com; vuocolod@gtlaw.com; wlisa@nixonpeabody.com; wong.andrea@pbgc.gov; efile@pbgc.gov; ws@waynesilverlaw.com; kdiemer@diemerwei.com; Lovee.Sarenas@lewisbrisbois.com; Amy.Goldman@lewisbrisbois.com; Scott.Lee@lewisbrisbois.com; Jasmin.Yang@lewisbrisbois.com; lshulman@shbllp.com; mlowe@shbllp.com; mfeldman@willkie.com; jminias@willkie.com; dforman@willkie.com; mfeldman@willkie.com; jminias@willkie.com; dforman@willkie.com; evelina.gentry@akerman.com; john.mitchell@akerman.com; yelena.archiyan@akerman.com; steinbergh@gtlaw.com; Sharon.petrosino@hercrentals.com; erin.brady@hoganlovells.com; hampton.foushee@hoganlovells.com; jbeiswenger@omm.com; jrapisardi@omm.com; nmitchell@omm.com; dshamah@omm.com"; pfriedman@omm.com; dmintz@orrick.com; malevinson@orrick.com; mlauter@sheppardmullin.com; egoldstein@goodwin.com; cp@stevenslee.com; mgoodin@clausen.com; Tambra.curtis@sonoma-county.org; byoung@jmbm.com; rsimons@reedsmith.com;

**Exhibit B**

Federal Energy Regulatory Commission
Attn: General Counsel
888 First St., NE
Washington, DC  20426

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St.
Philadelphia, PA  19104-5016

John A. Vos
1430 Lincoln Avenue
San Rafael, CA  94901

McCormick Barstow LLP
c/o A.J. Excavation Inc.
Attn: David L. Emerzian, H. Annie Duong
7647 North Fresno Street
Fresno, CA       93720

McCormick Barstow LLP
c/o Philip Verwey d/b/a Philip Verwey Farms
Attn: H. Annie Duong
7647 North Fresno Street
Fresno, CA       93720

Office of the United States Attorney
for the Northern District of California
Attn: Bankruptcy UnitFederal Courthouse
450 Golden Gate Avenue
San Francisco, CA  94102

PG&E Corporation
Attn: President or General Counsel
77 Beale Street
P.O. Box 77000
San Francisco, CA  94177

Provencher & Flatt, LLP
Attn: Douglas B. Provencher
823 Sonoma Avenue
Santa Rosa, CA  95404

| | |
|---|---|
| 1 | Robert Kanngiesser |
| | Placer County Office of the |
| 2 | Treasurer-Tax Collector |
| | 2976 Richardson Drive |
| 3 | Auburn, CA  95603 |
| 4 | |
| | Synergy Project Management, Inc. |
| 5 | c/o Law Office of Ivan C. Jen |
| | 1017 Andy Circle |
| 6 | Sacramento, CA  95838 |
| 7 | U.S. Nuclear Regulatory Commission |
| | Attn: General Counsel |
| 8 | U.S. NRC Region IV |
| | 1600 E. Lamar Blvd. |
| 9 | Arlington, TX  76011 |
| 10 | U.S. Nuclear Regulatory Commission |
| | Attn: General Counsel |
| 11 | 11555 Rockville Pike |
| | Rockville, MD  20852 |
| 12 | |
| 13 | United States Department of Justice |
| | Civil Division |
| 14 | Attn: Matthew J. Troy |
| | 1100 L Street, N.W. |
| 15 | Room 10030 |
| | Washington, DC  20530 |
| 16 | |
| 17 | U.S. Bankruptcy Court Northern District of California |
| | 280 South First Street |
| 18 | Room 3035 |
| | San Jose, CA  95113 |
| 19 | |
| 20 | U.S. Trustee Office of the U.S. Trustee |
| | U.S. Federal Bldg. |
| 21 | 280 South First Street |
| | Room 268 |
| 22 | San Jose, CA  95113 |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**Exhibit C**

U.S. Department of Justice
Civil Division
Attn: Matthew J. Troy
P.O. Box 875
Ben Franklin Station
Washington, DC  20044-0875

**Exhibit D**

U.S. Bankruptcy Court Northern District of CA
Attn: Honorable Dennis Montali
Corp. Chambers Copy
450 Golden Gate Ave,
18th Floor
San Francisco, CA 94102