Robert A. Julian (SBN 99469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA 90025
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Proposed Counsel for Official
Committee of Tort Claimants*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: <br><br> **PG&E CORPORATION** <br><br> -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors** <br><br> ☐ Affects PG&E Corporation <br><br> ☐ Affects Pacific Gas and Electric Company <br><br> ■ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br><br><br><br> **CERTIFICATE OF SERVICE** |

I, Tanya Kinne, do declare and state as follows:

1. I am employed in New York County in the State of New York. I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

2. I certify that on March 28, 2019, I caused a true and correct copy of each of the following documents to be served via e-mail on the Standard Party Email Service List attached hereto as **Exhibit A**:

- *Opposition of the Official Committee of Tort Claimants to Corrected Motion of Debtors Pursuant to 11 U.S.C.§§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief (Dkt. No. 806)*;
- *Declaration of Catherine E. Woltering in Support Opposition of the Official Committee of Tort Claimants to Corrected Motion of Debtors Pursuant to 11 U.S.C.§§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief (Dkt. No. 806)*; and
- *Declaration of Steven M. Campora in Support of Opposition of the Official Committee of Tort Claimants to Corrected Motion of Debtors Pursuant to 11 U.S.C.§§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief (Dkt. No. 806)*.

3. I certify that on March 28, 2019, I caused a true and correct copy of each of the above documents to be served via First Class Mail on the Standard Party Hardcopy First Class Service List attached hereto as **Exhibit B**.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed this twenty-eighth day of March, 2019, at New York, New York.

*/s/ Tanya Kinne*

Tanya Kinne

# EXHIBIT A
## Standard Parties Email Service List
### Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Proposed Counsel to Debtors | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | stephen.karotkin@weil.com<br>matthew.goren@weil.com<br>jessica.liou@weil.com |
| Proposed Special Counsel to Debtors | Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro, Kevin J. Orsini, George E. Zobitz, Stephen M. Kessing and Nicholas A. Dorsey, Omid H. Nasab | pzumbro@cravath.com<br>korsini@cravath.com<br>jzobitz@cravath.com<br>skessing@cravath.com<br>ndorsey@cravath.com<br>onasab@cravath.com |
| Proposed Counsel to Debtors | Keller & Benvenutti LLP | Attn: Tobias Keller, Jane Kim | tkeller@kellerbenvenutti.com<br>jkim@kellerb envenutti.com |
| Office of the United States Trustee | Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Lynette C. Kelly, Marta E. Villacorta | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>lynette.c.kelly@usdoj.gov<br>Marta.Villacorta@usdoj.gov |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil, Paul S. Aronzon, Gregory A. Bray, Thomas R. Keller | ddunne@milbank.com<br>skhalil@milbank.com<br>Paronzon@milbank.com<br>Gbray@milbank.com<br>TKreller@milbank.com |
| Counsel for the administrative agent under the Debtors' debtor in possession financing facilities | Stroock & Stoock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo, Frank A. Merola | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>fmerola@stroock.com |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com |
| Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. Department of Justice | Attn: Danielle A. Pham | danielle.pham@usdoj.gov |

# EXHIBIT B
## Standard Parties Hardcopy First Class Mail Service List
### Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Debtors | PG&E Corporation and Pacific Gas and Electric Company | Attn: Janet Loduca<br>77 Beale Street<br>P.O. Box 770000<br>San Francisco, CA 94105 |
| U.S. Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel<br>Washington, D.C. 20555-0001 |