| | |
|---|---|
| 1 | LOWENSTEIN SANDLER LLP |
| 2 | Michael S. Etkin (*pro hac vice pending*) |
|   | Andrew Behlmann |
| 3 | One Lowenstein Drive |
|   | Roseland, New Jersey 07068 |
| 4 | Telephone: 973.597.2500 |
|   | Facsimile: 973.597.2400 |
| 5 | E-mail: metkin@lowenstein.com |
|   | E-mail: abehlmann@lowenstein.com |

*Bankruptcy Counsel to Lead Plaintiff and the Proposed Class*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re PG&E CORPORATION, | Case No. 19-30088 (DM) |
| - and - | Chapter 11 |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Lead Case) (Jointly Administered) |
| Debtors. | **APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Michael S. Etkin, an active member in good standing of the bars of New Jersey and New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing the Lead Plaintiff Public Employees Retirement Association of New Mexico (collectively "Lead Plaintiffs") in *In re PG&E Corporation Securities Litigation,* Civil Action No. 3:18-cv-03509-RS, filed in the United States Court for the Northern District of California, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the United States District Court for the District of New Jersey and the United States District Courts for the Southern and Eastern Districts of New York;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Randy Michelson<br>
Michelson Law Group<br>
220 Montgomery Street, Suite 2100<br>
San Francisco, CA 94104<br>
Telephone: (415) 512-8600<br>
Facsimile: (415) 512-8601<br>
E-Mail: randy.michelson@michelsonlawgroup.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 29, 2019

                                       */s/ Michael S. Etkin*
                                       Michael S. Etkin

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **MICHAEL S ETKIN**
*(No.* **007471981** *) was constituted and appointed an Attorney at Law of New Jersey on* **June 18, 1981** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this day of , 20 .*
**1ST** **March** **19**

*Clerk of the Supreme Court*

-453a-

Case: 19-30088    Doc# 1117    Filed: 03/29/19    Entered: 03/29/19 08:46:17    Page 3 of 3