HOGAN LOVELLS US LLP
Erin N. Brady (CA 215038)
erin.brady@hoganlovells.com
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601

– and –

M. Hampton Foushee (*pro hac vice*)
hampton.foushee@hoganlovells.com
875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000
Fax: (212) 918-3100

*Counsel for Party in Interest
esVolta, LP.*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>***All papers shall be filed in the Lead Case, No. 19-30088 (DM)** | Bankruptcy Case No. 19 – 30888 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**STIPULATION BETWEEN DEBTORS AND ESVOLTA, LP EXTENDING TIME TO RESPOND TO SAFE HARBOR MOTION TO BE HEARD ON APRIL 10, 2019**<br><br>[No Hearing Requested] |

This stipulation and agreement for order ("Stipulation and Agreement for Order") is entered into by esVolta, LP ("esVolta") on the one hand, and PG&E Corporation and Pacific Gas & Electric Company, as debtors and debtors in possession (collectively, the "Debtors") on

the other. esVolta and the Debtors are referred to in this Stipulation and Agreement for Order collectively as the "Parties," and each as a "Party." The Parties hereby stipulate and agree as follows:

**RECITALS**

A. On March 20, 2019, esVolta filed a notice of hearing (the "Notice") [Dkt. 980] noticing the *Motion and Memorandum of esVolta, LP for Entry of an Order Confirming Safe Harbor Protection Under 11 U.S.C. §§ 362(b)(6) and 556* (the "Motion") [Dkt. 977] for a hearing before the Court at 1:30 p.m. on April 10, 2019.

B. Counsel for the Debtors has requested, and counsel for esVolta has agreed, that the time for the Debtors to file any response or opposition to the Motion (any such response or opposition, a "Debtors Response") be extended.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. The time for the Debtors to file and serve any Debtors Response is extended through 4:00 p.m. (Pacific Time) on April 5, 2019.

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO, NEW YORK

| | | |
|---|---|---|
| 1 | Dated: March 29, 2019 | Dated: March 29, 2019 |
| 2 | HOGAN LOVELLS US LLP | WEIL, GOTSHAL & MANGES LLP |
| 3 | By: */s/ Erin Brady* | By: */s/ Matthew Goren* |
| 4 | Erin N. Brady (CA 215038) | Matthew Goren (*pro hac vice*) |
| 5 | *Attorneys for esVolta, LP* | *Attorneys for Debtors* |