LANDAU GOTTFRIED & BERGER LLP
MICHAEL I. GOTTFRIED (SBN 146689)
mgottfried@lgbfirm.com
ROYE ZUR (SBN 273875)
rzur@lgbfirm.com
1801 Century Park East, Suite 700
Los Angeles, California 90067
Tel: (310) 557-0050
Fax: (310) 557-0056

PIERCE BAINBRIDGE BECK PRICE & HECHT LLP
John M. Pierce (SBN 250443)
jpierce@piercebainbridge.com
Thomas D. Warren (SBN 160921)
twarren@piercebainbridge.com
Carolynn K. Beck (SBN 264703)
cbeck@piercebainbridge.com
Janine Cohen (SBN 203881)
jcohen@piercebainbridge.com
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071
(213) 262-9333

Attorneys for Camp Fire Victims

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re | Case No. 19-30088 (Jointly Administered) |
| PG&E CORPORATION, | Chapter 11 |
| and | **CERTIFICATE OF SERVICE** |
| PACIFIC GAS & ELECTRIC COMPANY, | |
| Debtors. | |
| Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors | |

I am a citizen of the United States and an employee in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1801 Century Park East, Suite 700, Los Angeles, CA 90067.

I hereby certify that on March 28, 2019, I electronically filed the forgoing *Joinder in Objection of SLF Fire Victim Claimants to Corrected Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief [Docket No.782]* (Doc. 1111), with the U.S. Bankruptcy Court, Northern District California, by using the Court's CM/ECF system.

Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 29, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED SERVICE LIST

On March 29, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST

I certify under penalty of perjury that the above is true and correct.

Executed at Los Angeles, California, on March 29, 2019.

*/s/ Sarah Richmond*
Sarah Richmond

**ATTACHED SERVICE LIST**

VIA ECF NOTICE LIST

- Richard L. Antognini     rlalawyer@yahoo.com, hallonaegis@gmail.com
- Herb Baer     hbaer@primeclerk.com, ecf@primeclerk.com
- Todd M. Bailey     Todd.Bailey@ftb.ca.gov
- Kathryn E. Barrett     keb@svlg.com, amt@svlg.com
- Ronald S. Beacher     rbeacher@pryorcashman.com
- Hagop T. Bedoyan     hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- Peter J. Benvenutti     pbenvenutti@kellerbenvenutti.com
- Robert Berens     rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder     heinz@bindermalter.com
- W. Steven Bryant     , molly.batiste-debose@lockelord.com
- Christina Lin Chen     christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Shawn M. Christianson     schristianson@buchalter.com
- Robert N.H. Christmas     rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alicia Clough     aclough@loeb.com
- Marc Cohen     mscohen@loeb.com
- Keith J. Cunningham     , rkelley@pierceatwood.com
- James D. Curran     jcurran@wolkincurran.com, vsimmons@wolkincurran.com
- Jonathan R. Doolittle     jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- Jennifer V. Doran     jdoran@hinckleyallen.com
- David V. Duperrault     dvd@svlg.com, edn@svlg.com
- Kevin M. Eckhardt     keckhardt@hunton.com, candonian@huntonak.com
- Joseph A. Eisenberg     JAE1900@yahoo.com
- Sally J. Elkington     sally@elkshep.com, ecf@elkshep.com
- G. Larry Engel     larry@engeladvice.com
- Krista M. Enns     kenns@beneschlaw.com
- Michael P. Esser     michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- Richard W. Esterkin     richard.esterkin@morganlewis.com, sue.reimers@morganlewis.com
- Joseph Kyle Feist     jfeistesq@gmail.com, info@norcallawgroup.net
- James J. Ficenec     James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero     jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman     kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone     sfinestone@fhlawllp.com
- Jonathan Forstot     , john.murphy@troutman.com
- Gregg M. Galardi     gregg.galardi@ropesgray.com
- Richard L. Gallagher     richard.gallagher@ropesgray.com
- Barry S. Glaser     bglaser@swesq.com
- Gabriel I. Glazer     gglazer@pszjlaw.com
- Gabrielle Glemann     gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Eric D. Goldberg     eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Richard H. Golubow     rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Mark A. Gorton     mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton     mgorton@boutininc.com, cdomingo@boutininc.com
- Debra I. Grassgreen     dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Oren Buchanan Haker     oren.haker@stoel.com, rene.alvin@stoel.com
- Robert G. Harris     rob@bindermalter.com
- Christopher H. Hart     chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins     bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Jan M Hayden     jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes     jhayes@fhlawllp.com
- Stephen E. Hessler, P.C.     , jozette.chong@kirkland.com

- Michael R. Hogue   hoguem@gtlaw.com, frazierl@gtlaw.com
- David Holtzman   david.holtzman@hklaw.com
- Marsha Houston   mhouston@reedsmith.com, hvalencia@reedsmith.com
- Mark V. Isola   mvi@sbj-law.com
- J. Eric Ivester   , Andrea.Bates@skadden.com
- Ivan C. Jen   ivan@icjenlaw.com
- Gregory K. Jones   GJones@dykema.com, cacossano@dykema.com
- Roberto J. Kampfner   rkampfner@whitecase.com, mco@whitecase.com
- Robert B. Kaplan   rbk@jmbm.com
- Tobias S. Keller   tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly   lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Gerald P. Kennedy   gerald.kennedy@procopio.com, laj@procopio.com
- Samuel M. Kidder   skidder@ktbslaw.com
- Marc Kieselstein   , carrie.oppenheim@kirkland.com
- Jane Kim   jkim@kellerbenvenutti.com
- Thomas F. Koegel   tkoegel@crowell.com
- Andy S. Kong   kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Alan W. Kornberg   , akornberg@paulweiss.com
- Jeffrey C. Krause   jkrause@gibsondunn.com, psantos@gibsondunn.com
- Michael Thomas Krueger   michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Richard A. Lapping   rich@trodellalapping.com
- Matthew A. Lesnick   matt@lesnickprince.com, jmack@lesnickprince.com
- David B. Levant   david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin   alevin@wcghlaw.com, vcorbin@wcghlaw.com
- John William Lucas   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Jane Luciano   jane-luciano@comcast.net
- Kerri Lyman   klyman@irell.com, lgauthier@irell.com
- John H. MacConaghy   macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald   iain@macfern.com, ecf@macfern.com
- Michael W. Malter   michael@bindermalter.com
- David P. Matthews   jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Hugh M. McDonald   , john.murphy@troutman.com
- C. Luckey McDowell   luckey.mcdowell@bakerbotts.com
- Frank A. Merola   lacalendar@stroock.com, mmagzamen@stroock.com
- Matthew D. Metzger   belvederelegalecf@gmail.com
- M. David Minnick   dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Thomas C. Mitchell   tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe   john.moe@dentons.com, glenda.spratt@dentons.com
- David W. Moon   lacalendar@stroock.com, mmagzamen@stroock.com
- Courtney L. Morgan   morgan.courtney@pbgc.gov
- Joshua D. Morse   Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Thomas G. Mouzes   tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz   pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Michael S. Myers   myersms@ballardspahr.com, hartt@ballardspahr.com
- David L. Neale   dln@lnbrb.com
- David L. Neale   dln@lnbyb.com
- David Neier   dneier@winston.com
- Melissa T. Ngo   ngo.melissa@pbgc.gov, efile@pbgc.gov
- Gregory C. Nuti   gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient   aobrient@mintz.com, docketing@mintz.com
- Office of the U.S. Trustee / SF   USTPRegion17.SF.ECF@usdoj.gov
- Aram Ordubegian   Ordubegian.Aram@ArentFox.com
- Gabriel Ozel   Gabriel.Ozel@troutman.com, tsinger@houser-law.com
- Amy S. Park   amy.park@skadden.com, alissa.turnipseed@skadden.com

3

- Donna Taylor Parkinson donna@parkinsonphinney.com
- Paul J. Pascuzzi ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- Valerie Bantner Peo vbantnerpeo@buchalter.com
- Danielle A. Pham danielle.pham@usdoj.gov
- Thomas R. Phinney tom@parkinsonphinney.com
- R. Alexander Pilmer alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino epino@epinolaw.com, staff@epinolaw.com
- Mark D. Poniatowski ponlaw@ponlaw.com
- Christopher E. Prince cprince@lesnickprince.com
- Douglas B. Provencher dbp@provlaw.com
- Lary Alan Rappaport lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- Emily P. Rich erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Christopher O. Rivas crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Lacey Rochester lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Gregory A. Rougeau grougeau@brlawsf.com
- Nanette D. Sanders nanette@ringstadlaw.com, becky@ringstadlaw.com
- Sunny S. Sarkis , dawn.forgeur@stoel.com
- David B. Shemano dshemano@pwkllp.com
- James A. Shepherd jim@elkshep.com, ecf@elkshep.com
- Wayne A. Silver w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Dania Slim dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Alan D. Smith adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol jdsokol@lawssl.com, dwright@lawssl.com
- Bennett L. Spiegel blspiegel@jonesday.com
- Michael St. James ecf@stjames-law.com
- David M. Stern dstern@ktbslaw.com
- Meagan S. Tom Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward Tredinnick etredinnick@grmslaw.com
- Victor A. Vilaplana vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta marta.villacorta@usdoj.gov
- John A. Vos InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Riley C. Walter ecf@W2LG.com
- Philip S. Warden philip.warden@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- Genevieve G. Weiner gweiner@gibsondunn.com
- Joseph M. Welch jwelch@buchalter.com, dcyrankowski@buchalter.com
- Eric R. Wilson kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop rebecca.winthrop@nortonrosefulbright.com,
- evette.rodriguez@nortonrosefulbright.com
- David Wirt david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- Christopher Kwan Shek Wong christopher.wong@arentfox.com
- Kirsten A. Worley kw@wlawcorp.com, admin@wlawcorp.com
- Andrew Yaphe andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com

4

**ATTACHED SERVICE LIST**

VIA US MAIL

| | |
|---|---|
| Max Africk<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Kevin Bostel<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Matthew Goren<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Andriana Georgallas<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Stuart J. Goldring<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Kevin Kramer<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Jessica Liou<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Stephen Karotkin<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| John Nolan<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Theodore Tsekerides<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Ray C. Sharock<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Matthew Goren<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 |
| Kevin J. Orsini<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | Omid H. Nasab<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 |
| Paul H. Zumbro<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | U.S. Trustee<br>Office of the U.S. Trustee / SF<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102 |