| | |
|---|---|
| 1 | Thomas C. Mitchell (CA State Bar No. 124438) |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | The Orrick Building |
| | 405 Howard Street |
| 3 | San Francisco, CA 94105 |
| | Telephone: (415) 773-5732 |
| 4 | Facsimile: (415) 773-5759 |
| | Email: tcmitchell@orrick.com |
| 5 | |

1 Thomas C. Mitchell (CA State Bar No. 124438)
ORRICK, HERRINGTON & SUTCLIFFE LLP
2 The Orrick Building
405 Howard Street
3 San Francisco, CA 94105
Telephone: (415) 773-5732
4 Facsimile: (415) 773-5759
Email: tcmitchell@orrick.com

Lorraine S. McGowen (*pro hac vice* application pending)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-5114
Facsimile: (212) 506-5151
Email: lmcgowen@orrick.com

5

6 Debra L. Felder (*pro hac vice* application pending)
ORRICK, HERRINGTON & SUTCLIFFE LLP
7 1152 15th Street, NW
Washington, DC 20005
8 Telephone: (202) 339-8567
Facsimile: (202) 339-8500
Email: dfelder@orrick.com

9

10 *Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC*

11 **IN THE UNITED STATES BANKRUPTCY COURT**

12 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION, *et al.*,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM. | Case No. 19-30088-DM<br>(Jointly Administrated)<br><br>Chapter 11<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>**[No hearing requested]** |

27 Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Debra L. Felder, an active member in

28 good standing of the bar of the State of Maryland, hereby applies for admission to practice in the

1 | Northern District of California on a *pro hac vice* basis representing EDP Renewables North
2 | America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC in the
3 | above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Thomas C. Mitchell (CA State Bar No. 124438)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5732

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 26, 2019

Debra L. Felder
Debra L. Felder

2