MICHELSON LAW GROUP
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
Telephone: 415.512.8600
Facsimile: 415.512.8601
Email: randy.michelson@michelsonlawgroup.com

LOWENSTEIN SANDLER LLP
Michael S. Etkin (*pro hac vice pending*)
Andrew Behlmann
Gabriel L. Olivero
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: 973.597.2500
Facsimile: 973.597.2400
Email: metkin@lowenstein.com
abehlmann@lowenstein.com
golivera@lowenstein.com

*Bankruptcy Counsel to Lead Plaintiff and the Proposed Class*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT of CALIFORNIA

| | |
|---|---|
| In re PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br><br>* *All papers shall be filed in the lead case, 19-30088 (DM)* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br><br><br>**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS, AND RESERVATION OF RIGHTS** |

**PLEASE TAKE NOTICE** that the undersigned counsel hereby appear in the chapter 11 case (the "Chapter 11 Cases") of the above-captioned debtors in possession (the "Debtors") for and

on behalf of Public Employees Retirement Association of New Mexico ("Lead Plaintiff"), the court-appointed lead plaintiff in the securities class action captioned as *In re PG&E Corporation Securities Litigation*, Case No. 3:18-cv-03509-RS (the "Securities Litigation"), pending in the United States District Court for the Northern District of California (the "District Court"), pursuant to Section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**PLEASE TAKE FURTHER NOTICE** that the undersigned counsel, on behalf of Lead Plaintiff and the proposed class in the Securities Litigation (the "Proposed Class"), hereby request service of any and all notices given or required to be given in the Chapter 11 Cases, and all papers served or required to be served in the Chapter 11 Cases, including all adversary proceedings and other related cases and proceedings (collectively, "Related Proceedings"), and request that the names and addresses of the undersigned counsel be added to all mailing matrices and service lists maintained in the Chapter 11 Cases. Service may be made and directed as follows:

**LOWENSTEIN SANDLER LLP**
Michael S. Etkin
Andrew Behlmann
Gabriel L. Olivera
One Lowenstein Drive
Roseland, New Jersey 070068
Telephone    973.597.2500
Facsimile    973.597.2333
metkin@lowenstein.com
abehlmann@lowenstein.com
golivera@lowenstein.com

**MICHELSON LAW GROUP**
Randy Michelson
220 Montgomery Street, Suite 2100
San Francisco, California 94104
Telephone:    415.512.8600
Facsimile:    415.512.8601
randy.mchelson@michelsonlawgroup.com

**LABATON SUCHAROW LLP**
Thomas A. Dubbs
Louis Gottlieb
Carol C. Villegas
Jeffrey A. Dubbin
140 Broadway
New York, New York 10005
Telephone:    212.907.0700

2

| | |
|---|---|
| 1 | Facsimile: 212.818.0477 |
| 2 | tdubbs@labaton.com |
| | lgottlieb@labaton.com |
| 3 | cvillegas@labaton.com |
| | jdubbin@labaton.com |
| 4 | **WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK, LLP** |
| 5 | James M. Wagstaffe |
| | Frank Busch |
| 6 | 100 Pine Street, Suite 725 |
| | San Francisco, California 94111 |
| 7 | Telephone: 415.357.8900 |
| | Facsimile: 415.371.0500 |
| 8 | wagstaffe@wvbrlaw.com |
| | busch@wvbrlaw.com |
| 9 | |

**PLEASE TAKE FURTHER NOTICE** that the within request for service includes not only the notices and papers referred to in the Bankruptcy Code, the Bankruptcy Rules, and the Federal Rules of Civil Procedure (wherever applicable), but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, email, or electronic filing or otherwise filed or made with regard to the Chapter 11 Cases or any Related Proceedings, and for the purposes of CM/ECF.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit made or filed by Lead Plaintiff, either individually or for the Proposed Class or any member thereof, do not, shall not, and shall not be deemed to:

- constitute a submission by Lead Plaintiff, either individually or for the Proposed Class or any member thereof, to the jurisdiction of the Bankruptcy Court;
- constitute consent by Lead Plaintiff, either individually or for the Proposed Class or any member thereof, to entry by the Bankruptcy Court of any final order in any non-core proceeding, **which consent is hereby withheld unless, and solely to the extent, expressly granted in the future with respect to a specific proceeding**;
- waive any substantive or procedural rights of Lead Plaintiff or the Proposed Class or any member thereof, including but not limited to (a) the right to challenge the constitutional authority of the Bankruptcy Court to enter a final order or judgment

3

on any matter; (b) the right to have final orders in non-core matters entered only after de novo review by a United States District Court judge; (c) the right to trial by jury in any proceedings so triable herein, in any Related Proceedings, in the Securities Litigation, or in any other case, controversy, or proceeding related to or arising from the Debtors, the Chapter 11 Cases, any Related Proceedings, or the Securities Litigation; (d) the right to seek withdrawal of the bankruptcy reference by a United States District Court in any matter subject to mandatory or discretionary withdrawal; or (e) all other rights, claims, actions, arguments, counterarguments, defenses, setoffs, or recoupments to which Lead Plaintiff or the Proposed Class or any member thereof are or may be entitled under agreements, at law, in equity, or otherwise, all of which rights, claims, actions, arguments, counterarguments, defenses, setoffs, and recoupments are expressly reserved, nor shall this request for notice be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under any applicable law. rule, regulation, or order.

Dated: March 29, 2019

MICHELSON LAW GROUP

By: _____/ s / Randy Michelson_____
Randy Michelson
Bankruptcy Counsel to Lead Plaintiff
and the Proposed Class

4