MICHELSON LAW GROUP
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
Telephone: 415.512.8600
Facsimile: 415.512.8601
Email: randy.michelson@michelsonlawgroup.com

LOWENSTEIN SANDLER LLP
Michael S. Etkin (*pro hac vice pending*)
Andrew Behlmann
Gabriel L. Olivero
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: 973.597.2500
Facsimile: 973.597.2400
Email: metkin@lowenstein.com
        abehlmann@lowenstein.com
        golivera@lowenstein.com

*Bankruptcy Counsel to Lead Plaintiff and the Proposed Class*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT of CALIFORNIA

| | |
|---|---|
| In re PG&E CORPORATION, <br> - and - <br> PACIFIC GAS AND ELECTRIC COMPANY, <br> Debtors. <br><br> ☒ Affects Both Debtors <br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br><br> * *All papers shall be filed in the lead case, 19-30088 (DM)* | Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br><br> **PROOF OF SERVICE** |

I am over eighteen years of age, not a party in this action, and employed in San Francisco County, California at 220 Montgomery Street, Suite 2100, San Francisco, California 94104. I am readily familiar with the practice of this office for collection and processing of

1  correspondence for mail/fax/hand delivery/next business day delivery, and they are deposited that
2  same day in the ordinary course of business.
3        On March 29, 2018, I served the:

4  **NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS, AND RESERVATION OF RIGHTS**

☐ (BY FAX) on _____ , at _____ \_\_\_\_\_ m, by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date. The facsimile machine I used complied with California Rules of Court, Rule 2003(3) and the transmission was reported as complete and without error by the machine. Pursuant to California Rules of Court, Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☒ (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at San Francisco, California, in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

☐ (EXPRESS MAIL/OVERNIGHT DELIVERY) by causing a true and correct copy of the document(s) listed above to be delivered by in sealed envelope(s) with all fees prepaid at the address(es) set forth below.

☐ (PERSONAL SERVICE) by causing a true and correct copy of the above documents to be hand delivered in sealed envelope(s) with all fees fully paid to the person(s) at the address(es) set forth below.

☐ (VIA EMAIL) by transmitting a true and correct copy via email the document(s) listed above on this date before 5:00 p.m. PST to the person(s) at the email address(es) set forth below.

☐ (VIA LEXISNEXIS) by causing a true and correct copy of the document(s) listed above to be sent via electronic transmission through LexisNexis File & Serve to the person(s) at the address(es) set forth below.

**SEE ATTACHED SERVICE LIST**

1 | I declare under penalty of perjury under the laws of the United States that the
2 | foregoing is true and correct and that this declaration was executed on March 29, 2019 at Indio,
3 | California.

4 |                                */ s / Randy Michelson*
5 |                                Randy Michelson

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# SERVICE LIST

| | |
|---|---|
| Weil, Gotshal & Manges LLP<br>Attn: Stephen Karotkin, Esq.<br>Jessica Liou, Esq.<br>Matthew Goren, Esq.<br>767 Fifth Avenue<br>New York, NY 10153 | Keller & Benvenutti LLP<br>Attn: Tobias Keller, Esq.<br>Jane Kim, Esq.<br>650 California Street, Suite 1900<br>San Francisco, CA 94108 |
| PG&E Corporation and<br>Pacific Gas and Electric Company<br>Attn: Janet Loduca, Esq.<br>P.O. Box 770000<br>77 Beale Street<br>San Francisco, CA 94105 | Stroock & Stroock & Lavan LLP<br>Attn: Kristopher M. Hansen, Esq.<br>Erez E. Gilad, Esq.<br>Matthew G. Garofalo, Esq.<br>180 Maiden Lane<br>New York, NY 10038-4982 |
| Stroock & Stroock & Lavan LLP<br>Attn: Frank A. Merola, Esq.<br>2029 Century Park East<br>Los Angeles, CA 90067-3086 | Davis Polk & Wardwell LLP<br>Attn: Eli J. Vonnegut, Esq.<br>David Schiff, Esq.<br>Timothy Graulich, Esq<br>450 Lexington Avenue<br>New York, NY 10017 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Attn: Alan W. Kornberg, Esq.<br>Brian S. Hermann, Esq.<br>Walter R. Rieman, Esq.<br>Sean A. Mitchell, Esq.<br>Neal P. Donnelly, Esq.<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | Office of the US Trustee for Region 17<br>Attn: James L. Snyder, Esq.<br>Timothy Laffredi, Esq.<br>450 Golden Gate Avenue<br>5th Floor, Suite #05-0153<br>San Francisco, CA 94102 |
| U.S. Nuclear Regulatory Commission<br>Attn: General Counsel<br>Washington, DC 20555-0001 | U.S. Department of Justice<br>Attn: Danielle A. Pham, Esq.<br>1100 L Street, NW, Room 7106<br>Washington, DC 20005 |
| Milbank LLP<br>Attn: Dennis F. Dunne, Esq.<br>Sam A. Khalil, Esq.<br>55 Hudson Yards,<br>New York, NY 10001-2163 | Milbank LLP<br>Attn: Paul S. Aronzon, Esq.<br>Gregory A. Bray, Esq.<br>Thomas R. Kreller, Esq.<br>2029 Century Park East, 3rd Floor<br>Los Angeles, CA 90067 |

| | |
|---|---|
| 1 | Baker & Hostetler LLP |
| 2 | Attn: Eric Sagerman, Esq.<br>Cecily Dumas, Esq. |
| 3 | 11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025-0509 |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

5