HOGAN LOVELLS US LLP
Erin N. Brady (CA 215038)
erin.brady@hoganlovells.com
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
– and –
M. Hampton Foushee (*pro hac vice*)
hampton.foushee@hoganlovells.com
875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000
Fax: (212) 918-3100

*Counsel for Party in Interest*
 *esVolta, LP.*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION - and -**<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors. | Bankruptcy Case<br>No. 19 - 30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**<u>AFFIDAVIT OF SERVICE</u>** |
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO/NEW YORK

AFFIDAVIT OF SERVICE

\\NY - 049926/000001 - 9783462 v1

Case: 19-30088    Doc# 1129    Filed: 03/29/19    Entered: 03/29/19 13:19:37    Page 1 of 20

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Ronald Cappiello, being duly sworn, deposes and says:

That I am over the age of eighteen years, am not a party to this action and reside in Passaic County, New Jersey and am employed by Hogan Lovells US LLP.

That I caused the following documents to be served:

STIPULATION BETWEEN DEBTORS AND ESVOLTA, LP EXTENDING TIME TO RESPOND TO SAFE HARBOR MOTION TO BE HEARD ON APRIL 10, 2019.

I caused the above-referenced documents to be served on March 29, 2019 upon (i) parties registered for notification through this Court's ECF Noticing System for this case, (ii) parties listed on the annexed Schedule A by electronic mail, and (iii) parties listed on Schedule B by first class mail.

                                                          */s/Ronald Cappiello*
                                                        RONALD CAPPIELLO

Sworn to before me this
29th day of March, 2019

*/s/Maria Havelka*
Notary Public, State of New York
**MARIA HAVELKA**
**Notary Public, State of New York**
**No. 01-HA4637976**
**Qualified in New York County**
**Commission Expires August 31, 2022**

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO/NEW YORK
\\NY - 049926/000001 - 9783462 v1

- 2 -  AFFIDAVIT OF SERVICE

## **SCHEDULE A**

aa@andrewsthornton.com
ablevin@mintz.com
ablodgett@cpmlegal.com
aclough@loeb.com
acordova@cpmlegal.com
adam.malatesta@lw.com
ADSmith@perkinscoie.com
ajang@janglit.com
akornberg@paulweiss.com
alex.sher@hoganlovells.com
alexander.pilmer@kirkland.com
alr@coreylaw.com
Amoskowitz@gibsondunn.com
Amy.Goldman@lewisbrisbois.com
Amy.Park@skadden.com
amy.quartarolo@lw.com
anahmias@mbnlawyers.com
andrew.parlen@lw.com
andrew.rosenblatt@nortonrosefulbright.com
Andrew.Silfen@arentfox.com
andrew.yaphe@davispolk.com
andy.kong@arentfox.com
Annadel.Almendras@doj.ca.gov
aortiz@jhwclaw.com
aparna.yenamandra@kirkland.com
Aram.Ordubegian@arentfox.com
arocles.aguilar@cpuc.ca.gov
asmith@lockelord.com
astrabone@irell.com
avcrawford@akingump.com
avobrient@mintz.com
bankruptcy@coag.gov
Bankruptcy2@ironmountain.com
bankruptcycourtnotices@unioncounsel.net
bankruptcynotices@up.com
belvederelegalecf@gmail.com
bennett.spiegel@hoganlovells.com
Beth.Brownstein@arentfox.com
bfeder@kelleydrye.com
bglaser@swesq.com
bhermann@paulweiss.com
bknapp@lockelord.com
bletsch@braytonlaw.com
bmullan@crowell.com
bnelson@foley.com
brian.lohan@arnoldporter.com

brosen@proskauer.com
bryan.bates@dentons.com
bzummer@TheAdlerFirm.com
caroline.reckler@lw.com
Catheryn.Daly@sfcityatty.org
cbelmonte@ssbb.com
cdumas@bakerlaw.com
cgray@unioncounsel.net
charney@seyfarth.com
chart@nutihart.com
chigashi@bkolaw.com
chris.johnstone@wilmerhale.com
christopher.harris@lw.com
christopher.wong@arentfox.com
christy.rivera@nortonrosefulbright.com
cprince@lesnickprince.com
crivas@reedsmith.com
cshore@whitecase.com
csimon@bergerkahn.com
cvarnen@irell.com
dabbieri@SullivanHill.com
dandreoli@steyerlaw.com
Danette.Valdez@doj.ca.gov
dania.slim@pillsburylaw.com
daniel.egan@ropesgray.com
daniel@thebklawoffice.com
danielle.pham@usdoj.gov
david.holtzman@hklaw.com
david.levant@stoel.com
david.riley@dlapiper.com
david.schiff@davispolk.com
david.seligman@kirkland.com
dbotter@akingump.com
ddunne@milbank.com
deg@coreylaw.com
dfelder@orrick.com
dforman@willkie.com
dgrassgreen@gmail.com
dgrassgreen@pszjlaw.com
DLN@LNBYB.COM
dminnick@pillsburylaw.com
dmoon@stroock.com
dneier@winston.com
dsh@classlawgroup.com
dshemano@shemanolaw.com
dsimonds@akingump.com

dstern@ktbslaw.com
dvd@svlg.com
EAdler@TheAdlerFirm.com
ecf@jhwclaw.com
ecf@kleinlaw.com
Ecf@stjames-law.com
efile@pbgc.gov
egilad@stroock.com
eguffy@lockelord.com
ehg@classlawgroup.com
EHK@LNBYB.COM
eli.vonnegut@davispolk.com
emorabito@foley.com
epino@epinolaw.com
eric.goldberg@dlapiper.com
Eric.Ivester@skadden.com
eric.may@yolocounty.org
erich@unioncounsel.net
Erika.Schoenberger@davey.com
esagerman@bakerlaw.com
esserman@sbep-law.com
ethompson@stites.com
etredinnick@greeneradovsky.com
fmerola@stroock.com
fpitre@cpmlegal.com
gabriel.ozel@troutman.com
gabrielle.glemann@stoel.com
ganzc@ballardspahr.com
Gbray@milbank.com
gemarr59@hotmail.com
gerald.kennedy@procopio.com
gglazer@pszjlaw.com
gjones@dykema.com
gnuti@nutihart.com
gregg.galardi@ropesgray.com
grougeau@brlawsf.com
Gweiner@gibsondunn.com
harriet.steiner@bbklaw.com
harris.winsberg@troutman.com
hawkins@SullivanHill.com
hbedoyan@kleinlaw.com
Heinz@bindermalter.com
hill@SullivanHill.com
hoguem@gtlaw.com
holsen@stroock.com
houston_bankruptcy@publicans.com

howard.seife@nortonrosefulbright.com
hubenb@ballardspahr.com
hugh.mcdonald@troutman.com
hugh.ray@pillsburylaw.com
Ian.Roberts@BakerBotts.com
idizengoff@akingump.com
imac@macfern.com
info@norcallawgroup.net
ipachulski@pszjlaw.com
jackie.fu@lockelord.com
JAE1900@yahoo.com
James.Ficenec@ndlf.com
James.L.Snyder@usdoj.gov
James.Potter@doj.ca.gov
jane-luciano@comcast.net
Jasmin.Yang@lewisbrisbois.com
jct@andrewsthornton.com
jcumming@dir.ca.gov
jcurran@wolkincurran.com
kw@wlawcorp.com
jdoolittle@reedsmith.com
jdoran@hinckleyallen.com
jdsokol@lawssl.com
jdt@jdthompsonlaw.com
jessica.liou@weil.com
jfiero@pszjlaw.com
jfiske@baronbudd.com
Jg5786@att.com
jhayden@bakerdonelson.com
jhayes@fhlawllp.com
jim@elkshep.com
jkim@kellerbenvenutti.com
Jkrause@gibsondunn.com
jlowenthal@steyerlaw.com
jlucas@pszjlaw.com
jmills@taylorenglish.com
jminias@willkie.com
jmullan@sonomacleanpower.org
joe@norcallawgroup.net
John.mccusker@baml.com
john.moe@dentons.com
Jordana.Renert@arentfox.com
Joshua.Bevitz@ndlf.com
joshua.morse@dlapiper.com
joshua.sturm@ropesgray.com
jrawlins@winston.com

jreisner@irell.com
jross@hopkinscarley.com
jrowland@bakerdonelson.com
Julia.Mosel@sce.com
kbaghdadi@walkuplawoffice.com
kcapuzzi@beneschlaw.com
kcoles@lawssl.com
kcunningham@PierceAtwood.com
kdiemer@diemerwei.com
kdwBankruptcyDepartment@kelleydrye.com
keb@svlg.com
keckhardt@huntonak.com
keith.wofford@ropesgray.com
kenns@beneschlaw.com
Kevin.Chiu@BakerBotts.com
kfineman@nutihart.com
khansen@stroock.com
kklee@ktbslaw.com
klyman@irell.com
kmeredith@dankolaw.com
kmontee@monteeassociates.com
kpasquale@stroock.com
kwinick@clarktrev.com
larry@engeladvice.com
lattard@bakerlaw.com
Lauren.macksoud@dentons.com
leo.crowley@pillsburylaw.com
Leslie.Freiman@edpr.com
lgabriel@bg.law
lgoldberg@ebce.org
lillian.stenfeldt@rimonlaw.com
lkress@lockelord.com
lmcgowen@orrick.com
Lovee.Sarenas@lewisbrisbois.com
lrappaport@proskauer.com
lrochester@bakerdonelson.com
lschweitzer@cgsh.com
lshulman@shbllp.com
Luckey.Mcdowell@BakerBotts.com
malexander@maryalexander.com
malmy@crowell.com
marc.kieselstein@kirkland.com
Margarita.Padilla@doj.ca.gov
mark.bane@ropesgray.com
mark.mckane@kirkland.com
Mark_Minich@kindermorgan.com

marmstrong@chevron.com
Marta.Villacorta@usdoj.gov
marthaeromerolaw@gmail.com
matt@lesnickprince.com
matthew.goren@weil.com
matthew.mcginnis@ropesgray.com
matthew.roberts2@troutman.com
matthew.roose@ropesgray.com
mbarrie@beneschlaw.com
mbienenstock@proskauer.com
mbrown@whitecase.com
mbusenkell@gsbblaw.com
mdanko@dankolaw.com
meagan.tom@lockelord.com
melaniecruz@chevron.com
mfeldman@willkie.com
mferullo@nixonpeabody.com
mfirestein@proskauer.com
mgarofalo@stroock.com
mgorton@boutinjones.com
mgrotefeld@ghlaw-llp.com
mhouston@reedsmith.com
mhowery@reedsmith.com
michael.esser@kirkland.com
michael.isaacs@dentons.com
Michael@bindermalter.com
misola@brotherssmithlaw.com
mjb@hopkinscarley.com
mkelly@walkuplawoffice.com
mlowe@shbllp.com
mochoa@ghlaw-llp.com
morgan.courtney@pbgc.gov
mosby_perrow@kindermorgan.com
mplevin@crowell.com
Mrosenthal@gibsondunn.com
mschierberl@cgsh.com
mschuver@walkuplawoffice.com
mscohen@loeb.com
mspeiser@stroock.com
mstamer@akingump.com
mstrub@irell.com
mtoney@turn.org
Mwilhelm@W2LG.com
myersms@ballardspahr.com
myuffee@winston.com
mzerjal@proskauer.com

3

\\NY - 049926/000001 - 9745304 v2

nanette@ringstadlaw.com
Navi.Dhillon@BakerBotts.com
ndonnelly@paulweiss.com
ngo.melissa@pbgc.gov
oren.haker@stoel.com
oscar.pinkas@dentons.com
Owen.Clements@sfcityatty.org
Paronzon@milbank.com
patricia.chen@ropesgray.com
patricia.cirucci@sce.com
pblanchard@rutan.com
pbosswick@ssbb.com
pcalifano@cwclaw.com
peter.ivanick@hoganlovells.com
peter.welsh@ropesgray.com
peter.wolfson@dentons.com
peter@pmrklaw.com
pgeteam@PrimeClerk.com
philip.warden@pillsburylaw.com
phillip.wang@rimonlaw.com
pmunoz@reedsmith.com
ppartee@huntonak.com
ppascuzzi@ffwplaw.com
pwp@pattiprewittlaw.com
ra-li-ucts-bankrupt@state.pa.us
Randy.Sawyer@edpr.com
RASymm@aeraenergy.com
rbeacher@pryorcashman.com
rbk@jmbm.com
byoung@jmbm.com
rbryson@robinscloud.com
rfriedman@rutan.com
rgolubow@wcghlaw.com
Rich@TrodellaLapping.com
rileywalter@W2LG.com
rjulian@bakerlaw.com
rkampfner@whitecase.com
rlalawyer@yahoo.com
Rob@bindermalter.com
robert.albery@jacobs.com
robert.labate@hklaw.com
robertson.daniel@pbgc.gov
robins@robinscloud.com
rpedone@nixonpeabody.com
rpinkston@seyfarth.com
rwitthans@fhlawllp.com

rwolf@hollandhart.com
sally@elkshep.com
samuel.maizel@dentons.com
sanfrancisco@sec.gov
sbryant@lockelord.com
schristianson@buchalter.com
Scott.Lee@lewisbrisbois.com
secbankruptcy@sec.gov
serviceqa@primeclerk.com
sfelderstein@ffwplaw.com
sfinestone@fhlawllp.com
sgross@grosskleinlaw.com
shane.huang@usdoj.gov
shiggins@andrewsthornton.com
sjordan@jhwclawcom
skhalil@milbank.com
skidder@ktbslaw.com
sm@coreylaw.com
sma@proskauer.com
smb@coreylaw.com
smiller@dankolaw.com
smillman@stroock.com
smitchell@paulweiss.com
snoma@janglit.com
sory@fdlaw.com
ssally@ropesgray.com
ssummy@baronbudd.com
stephen.hessler@kirkland.com
stephen.karotkin@weil.com
steven.fruchter@arnoldporter.com
summersm@ballardspahr.com
summerst@lanepowell.com
sunny.sarkis@stoel.com
t.higham@bkolaw.com
taylor@sbep-law.com
TBlischke@williamskastner.com
tcmitchell@orrick.com
timothy.graulich@davispolk.com
timothy.s.laffredi@usdoj.gov
tjb@brandilaw.com
tkeller@kellerbenvenutti.com
tkoegel@crowell.com
TKreller@milbank.com
tlauria@whitecase.com
tlong@turn.org
tmainguy@unioncounsel.net

tmccurnin@bkolaw.com
todd.bailey@ftb.ca.gov
tom@parkinsonphinney.com
tyoon@crowell.com
vavilaplana@foley.com
vbantnerpeo@buchalter.com
evelina.gentry@akerman.com
vuocolod@gtlaw.com
wlisa@nixonpeabody.com
wong.andrea@pbgc.gov
wpickett@ghlaw-llp.com
wrieman@paulweiss.com
ws@waynesilverlaw.com
jrapisardi@omm.com
nmitchell@omm.com
dshamah@omm.com
jbeiswenger@omm.com
pfriedman@omm.com
dmintz@orrick.com
malevinson@orrick.com
mlauter@sheppardmullin.com
egoldstein@goodwin.com
lynette.c.kelly@usdoj.gov
timothy.s.laffredi@usdoj.gov
marta.villacorta@usdoj.gov
john.mitchell@akerman.com
yelena.archiyan@akerman.com
steinbergh@gtlaw.com
rwolf@hollandhart.com
Sharon.petrosino@hercrentals.com
allan.brilliant@dechert.com
bob.bruner@nortonrosefulbright.com
jcohen@piercebainbridge.com
jeff@mcguinnesslawgroup.com
andriana.georgallas@weil.com
stuart.goldring@weil.com
hlevine@sussmanshank.com
kim.lewis@dinsmore.com
joe@mcguinnesslawgroup.com
jpierce@piercebainbridge.com
cp@stgevenslee.com
david.powlen@btlaw.com
marcus.s.sacks@usdoj.gov
dsimonds@akingump.com
edwin.smith@morganlewis.com
asnow@ssbb.com

matthew.troy@usdoj.gov
theodore.tsekerides@weil.com
twarren@piercebainbridge.com
pzumbro@cravath.com
mklinger@smtdlaw.com
dherman@cravath.com
mgoodin@clausen.com
tambra.curtis@sonoma-county.org
rsimons@reedsmith.com
cp@stevenslee.com
lpg@stevenslee.com
yelena.archiyan@akerman.com
steinbergh@gtlaw.com
rwolf@hollandhart.com
Sharon.petrosino@hercrentals.com
lynette.c.kelly@usdoj.gov
timothy.s.laffredi@usdoj.gov
marta.villacorta@usdoj.gov
mhaag@buchalter.com
ray.schrock@weil.com
penner@carneylaw.com
korsini@cravath.com
onasab@cravath.com;
mario.nicholas@stoel.com
john.nolan@weil.com
mklinger@smtdlaw.com
kevin.kramer@weil.com
dherman@cravath.com;
william.greendyke@nortonrosefulbright.com
ivo.daniele@ndlf.com
mbusenkell@gsbblaw.com
cbeck@piercebainbridge.com
allan.brilliant@dechert.com;
bob.bruner@nortonrosefulbright.com;
jcohen@piercebainbridge.com
andriana.georgallas@weil.com
stuart.goldring@weil.com
hlevine@sussmanshank.com
kim.lewis@dinsmore.com
joe@mcguinnesslawgroup.com
jpierce@piercebainbridge.com
david.powlen@btlaw.com
marcus.s.sacks@usdoj.gov
dsimonds@akingump.com;
edwin.smith@morganlewis.com
asnow@ssbb.com

5

\\NY - 049926/000001 - 9745304 v2

matthew.troy@usdoj.gov
theodore.tsekerides@weil.com
twarren@piercebainbridge.com
pzumbro@cravath.com
mealexander@maryalexander.com
jcarr@kelley@drye.com
louis.chiappetta@skadden.com
smbcorelaw.com
Joshua.bevitz@ndlf.com
pblanchard@rutan.com
kevin.bostel@weil.com
mbrown@whitecase.com
wreiman@paulweiss.com
mturkel@paulweiss.com
busch@wvbrlaw.com
mcanty@labaton.com
jdubbin@labaton.com
tdubbs@labaton.com
sejlawoffice@cs.com
jack.nolan@weil.com
golivera@lowenstein.com
richard.slack@weil.com
cvillegas@labaton.com
wagstaffe@wvbrlaw.com

## SCHEDULE B

IBM Corporation
Attn: Marie-Jose Dube
275 Viger East
Montreal, QC  H2X 3R7
Canada

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St.
Philadelphia, PA  19104-5016

McCormick Barstow LLP
c/o A.J. Excavation Inc.
Attn: David L. Emerzian, H. Annie Duong
7647 North Fresno Street
Fresno, CA  93720

McCormick Barstow LLP
c/o Philip Verwey d/b/a Philip Verwey Farms
Attn: H. Annie Duong
7647 North Fresno Street
Fresno, CA  93720

Office of the United States Attorney for the Northern District of California
Attn: Bankruptcy Unit
Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA  94102

Synergy Project Management, Inc.
c/o Law Office of Ivan C. Jen
1017 Andy Circle
Sacramento, CA  95838

\\NY - 049926/000001 - 9745344 v1

U.S. Bankruptcy Court Northern District of CA
Attn: Honorable Dennis Montali
PG&E Corp. Chambers Copy
450 Golden Gate Ave, 18th Floor
San Francisco, CA  94102

U.S. Bankruptcy Court Northern District of California
280 South First Street
Room 3035
San Jose, CA  95113

U.S. Nuclear Regulatory Commission
Attn: General Counsel
U.S. NRC Region IV
1600 E. Lamar Blvd.
Arlington, TX  76011

U.S. Nuclear Regulatory Commission
Attn: General Counsel
Washington, DC  20555-0001

U.S. Trustee Office of the U.S. Trustee
U.S. Federal Bldg.
280 South First Street
Room 268
San Jose, CA  95113

United States Department of Justice Civil Division
Attn: Matthew J. Troy
1100 L Street, N.W.
Room 10030
Washington, DC  20530

United States Department of Justice Civil Division
Attn: Matthew J. Troy
P.O. Box 875
Ben Franklin Station
Washington, DC  20044-0875

Weil, Gotshal & Manges LLP
Attn: Max Africk
757 Fifth Avenue
New York, NY  10153

Placer County –Office of the
 Treasurer/ Tax Collector
Attn: Robert Kanngiesser
2976 Richardson Drive
Auburn, CA 95603

Mary E. Alexander, Esq.
Mary Alexander & Associates, P.C.
44 Montgomery St., #1303
San Francisco, CA 94104

Roberts S. Arns on behalf of Defendant
Enrique Guzman
The ARNS Law Firm
515 Folsom St., 3rd Fl.
San Francisco, CA 94105

David M. Zensky on behalf of Creditor Ad
Hoc Committee of Senior Unsecured
Creditors of Pacific
Gas and Electric Company
One Bryant Park
New York, NY 10036

Jason P. Wells
Senior Vice President
Chief Financial Officer PG&E Corporation
77 Beale St.
San Francisco, CA 94177

Marc S. Sacks on behalf of Interested
Party United States on behalf of the
Federal Energy Regulatory
Commission
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

Teresa Paris
3132 M L King, Jr Way, #309
Berkeley, CA 94703

Joshua Pearson on behalf of Interested
Party EDF Renewables, Inc.
EDF Renewables, Inc.
15445 Innovation Dr.
San Diego, CA 92128

Owl Creek Investments I, LLC
640 5th Ave.
New York, NY 10019

Wendy A. Nathan
1033 Fruitvale Rd.
Lincoln, CA 95648

Colleen Mast
P.O. Box 12734
Oakland, CA 94604

Kathy Labriola
1307 University Ave.
Berkeley, CA 94702

Andrew Paul Kangas
15 Boardman Pl. 2nd Fl.
San Francisco, CA 94103

Mimi Kennedy
6535 Langdon Ave.
Van Nuys, CA 91406

International Business Machines Corp
Attn: Marie-Josee Dube
IBM Corporation
275 Viger East
Montreal, QC H2X 3R7

Zachariah D. Hansen on behalf of
Defendant Enrique Guzman
The ARNS Law Firm
515 Folsom St. 3rd Fl.
San Francisco, CA 94105

James M. Eaneman, Sr.
11672 East Arabian Park Dr.
Scottsdale, AZ 85259

Jonathan E. Davis on behalf of Defendant
Enrique Guzman
The ARNS Law Firm
515 Folsom St. 3rd Fl
San Francisco, CA 94105

CRG Financial LLC
100 Union Avenue
Suite 240
Cresskill, NJ 07626

Donald Chewning
463 Wooster Ave Apt D12
San Jose, CA 95116

Yelena Archiyan on behalf of Creditor
Transwestern Pipeline Company, LLC
Akerman LLP
2001 Ross Ave., #3600
Dallas, TX 75201

Alan R. Brayton on behalf of Interested
Party Everett Waining, Jr.
Law Offices of Brayton and Purcell
222 Rush Landing Rd.
Novato, CA 94945

Cherokee Debt Acquisition, LLC
Attn: Vladimir Jelisavcic
1325 Avenue of Americas, 28th Fl.
New York, NY 10019

Donald Chewning
463 Wooster Ave Apt D12
San Jose, CA 95116

Michael S. Danko on behalf of Creditor Fire
Victim Creditors
O'Reilly, Collins and Danko
2500 Sand Hill Rd. #201
Menlo Park, CA 94025

Richard A. Golden
9437 Wooded Glen Ave.
Burke, VA 22015

Stephanie L. Golden
9437 Wooded Glen Ave.
Burke, VA 22015

James W. Grudus on behalf of Interested
Party AT&T Corp.
One AT&T Way, Rm 3A115
Bedminster, NJ 07921

Brian S. Hermann on behalf of Creditor
California Public Utilities Commission
Law Offices of Brian S. Hermann
1285 Avenue of the Americas
New York, NY 10019-6064

Office of Unemployment Compensation
Tax Services
Department of Labor and Industry
Commonwealth of Pennsylvania
Collections Support Unit
651 Boas St., Room 702
Harrisburg, PA 17121

Placer County Office of the Treasurer-Tax
Collector
Attn: Robert Kanngiesser
2976 Richardson Dr.
Auburn, CA 95603

RailPros Field Services, Inc.
c/o Stuart P. Hall
1705 West Northwest Hwy., #150
Grapeview, TX 76051

George W. Shuster, Jr. on behalf of Interested
Party ICE NGX Canada Inc.
7 World Trade Center
New York, NY 10007

Sierra Business Council
c/o Kerri L. Timmer
P.O. Box 2428
Truckee, CA 96160

Nigel A. Whitehead on behalf of Defendant
Cheryl Montellano
Ernst Law Group
1020 Palm St.
San Luis Obispo, CA 93401

Jonathan E. Davis on behalf of Defendant
Enrique Guzman
The ARNS Law Firm
515 Folsom St. 3rd Fl
San Francisco, CA 94105

Andrew S. Behlmann on behalf of Defendant
Public Employees Retirement Association of
New Mexico
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

Primeshares
261 Fifth Ave. 22nd floor
New York, NY 10016

Eric May
Senior Deputy County Counsel
County of Yolo
625 Ct. St., #201
Woodland, CA 95695