# Exhibit A

## OCP Declarations and Retention Questionnaires

# Exhibit A-1

**Allen Matkins Leck Gamble Mallory & Natsis LLP**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>✓ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF BARRY H. EPSTEIN, ON BEHALF OF ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP** |

I, Barry H. Epstein, hereby declare as follows:

1. I am a Partner of the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP, located at Three Embarcadero Center, 12th Floor, San Francisco, California, 94111, together with four other offices within the State of California (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following:

Legal services with regard to: (1) Water Rights and Permitting/Land Use matters; (2) Other Environmental and related matters (including matters involving closed and former manufactured gas plants that fall under "Customer Programs" and "Environmental Cleanup Programs (ECP Programs)" described in the Debtors' motion filed on January 29, 2019 (Doc. No. 16) and the interim order thereon entered January 31, 2019 (Doc. No. 216); and (3) CPUC Permitting matters.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors for the Services with any other person other than principals and regular employees of the Firm.

7. After reasonable inquiry, neither I nor any principal of, or professional employed by the Firm working on the matters for which the Firm is to be retained, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm amounts in respect of prepetition services rendered to the Debtors as follows:

| | | |
|---|---|---|
| (a) | Ordinary Course Professional Services – "Customer Programs" and "Environmental Cleanup Programs (ECP Programs)" Matters | $110,896.91 |
| (b) | Ordinary Course Professional Services – Other Matters | $3,570.00 |
| | TOTAL | $114,466.91 |

9. The Firm has inquired regarding its possible retention by creditors of the Debtors; the Firm has not undertaken any such representation as of the date of this Declaration; at any time during

the period of its employment, if the Firm should discover any facts bearing on such matters, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 7, 2019, at San Francisco, California.

_____
Barry H. Epstein

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>✓ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

   Allen Matkins Leck Gamble Mallory & Natsis LLP (the "**Firm**")

   Three Embarcadero Center, 12th Floor

   San Francisco, California 94111

2. Date of retention: January 1, 2019

3. Type of services to be provided:

   Legal services as outside counsel

4. Brief description of services to be provided:

   Advice, transactional, permitting and litigation legal services with regard to: (1) Water Rights and Permitting/Land Use matters; (2) Other Environmental and related matters (including

matters involving closed and former manufactured gas plants that fall under "Customer Programs" and "Environmental Cleanup Programs (ECP Programs)" described in the Debtors' motion filed on January 29, 2019 (Doc. No. 16) and the interim order thereon entered January 31, 2019 ( Doc. No. 216); and (3) CPUC Permitting matters

5. Arrangements for compensation (hourly, contingent, etc.):

Hourly rates as set forth in the Master Services Agreement, dated January 2018, plus reimbursement for all related costs

    (a)    Average hourly rate (if applicable):  Not applicable

    (b)    Estimated average monthly compensation based on prepetition retention (if Firm was employed prepetition):

        $53,479.75

    (c)    Disclose the nature of any compensation arrangement whereby the Firm is reimbursed by a third party for services provided to the Debtors (if applicable):  Not applicable

6. Prepetition claims against the Debtors held by the Firm:

<u>Ordinary Course Professional Services – "Customer Programs" and "Environmental Cleanup Programs (ECP Programs)" Matters – Totaling $110,896.91</u>[1]

    (a)    Amount of claim:  $25,778.91

        Date claim arose:  December 4 - 26, 2018

        Nature of claim:  Legal Services (Matter # 377085-00001; Invoice # 581347-001)

    (b)    Amount of claim:  $19,561.00

        Date claim arose:  December 17 - 28, 2018

        Nature of claim:  Legal Services (Matter # 377085-00001; Invoice # 581530-001)

    (c)    Amount of claim:  $28,109.50

        Date claim arose:  January 2 - 24, 2019

        Nature of claim:  Legal Services (Matter # 377085-00001; Invoice # 583709-001)

    (d)    Amount of claim:  $16,747.00

        Date claim arose:  December 3 - 27, 2018

---

[1] It is the Firm's understanding that such amounts will be paid as part of the ECP Programs and will not be an unpaid prepetition claim against the Debtors.

Nature of claim: Legal Services (Matter # 377085-00005; Invoice # 581531-005)

(e) Amount of claim: $20,700.50

Date claim arose: January 2 - 15, 2019

Nature of claim: Legal Services (Matter # 377085-00005; Invoice # 583710-005)

<u>Ordinary Course Professional Services – Other Matters – Totaling $3,570.00</u>

(f) Amount of claim: $2,023.00

Date claim arose: January 16 - 22, 2019

Nature of claim: Legal Services (Matter # 373936-00001; Invoice # 582170-001)

(g) Amount of claim: $1,547.00

Date claim arose: January 16 - 18, 2019

Nature of claim: Legal Services (Matter # 373936-00005; Invoice # 582171-005)

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the Firm:

Name: None known. After reasonable inquiry, neither the undersigned nor any other principal of, or professional employed by, the Firm working on the matters for which the Firm is to be retained, holds any prepetition claim or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained. The firm has approximately 364 partners and employees. We have not inquired as to the claims or interests, if any, held by partners or employees of the Firm not working on matters for the Debtors.

Status: Not applicable

Amount of claim: Not applicable

Date claim arose: Not applicable

Nature of claim: Not applicable

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the Firm is to be employed:

Other than the prepetition claims of the Firm identified in paragraph 6 above, the Firm does not have an interest adverse to the Debtors or their estates for the matters on which the Firm is to be employed.

9. Name and title of individual completing this form:

Barry H. Epstein, Partner

Dated: March 7, 2019

_____
Barry H. Epstein

ORDINARY COURSE PROFESSIONAL
RETENTION QUESTIONNAIRE

Case 19-30088 Doc# 1130-1 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 9 of 15

4

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# Exhibit A-2

**Alvaradosmith, APC**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF CATHERINE S. MEULEMANS, ON BEHALF OF ALVARADOSMITH, APC** |

I, Catherine S. Meulemans, hereby declare as follows:

1.  I am a shareholder of AlvaradoSmith, APC, located at 235 Pine Street, Suite 1150, San Francisco, California 94104 (the "**Firm**").

2.  PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.  The Services include, but are not limited to, the following:
<u>Legal Representation and advice of counsel regarding claims and/or litigation involving personal injury and property damage; environmental; land and eminent domain; and/or affirmative claims/property damage.</u>

4.  The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or

ORDINARY COURSE PROFESSIONAL
DECLARATION AND DISCLOSURE STATEMENT
4749757.1 -- SFDLC4.0

employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $4,097.83 with regard to prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 7, 2019, at San Francisco, California.

_____
Catherine S. Meulemans

ORDINARY COURSE PROFESSIONAL  2
DECLARATION AND DISCLOSURE STATEMENT
4749757.1 -- SFDLC4.0

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088    Doc# 1130-1    Filed: 03/29/19    Entered: 03/29/19 14:59:24    Page 12 of 15

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐    Affects PG&E Corporation<br>☒    Affects Pacific Gas and Electric Company<br>☐    Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
|---|---|

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.    Name and address of professional (San Francisco Office):

Theodore E. Bacon, Esq.
Catherine S. Meulemans, Esq.
Joanne C. Chan, Esq.
Mara J. Schwark
235 Pine Street, Suite 1150
San Francisco, California 94104

ORDINARY COURSE PROFESSIONAL
RETENTION QUESTIONNAIRE
4749757.1 -- SFDLC4.0

Name and address of professional (Santa Ana Office):

Keith E. McCullough, Esq.
Thierry R. Montoya, Esq.
Kevin A. Day, Esq.
Jacob M. Clark, Esq.
Vicki Richardson
1 MacArthur Place, Suite 200
Santa Ana, California 92707

Name and address of professional (Los Angeles Office):

Andrew M. Jones, Esq.
Aleene Madikians, Esq.
Nitya Ram, Esq.
633 West Fifth Street, Suite 900
Los Angeles, California 90071

2. Date of retention: January 1, 2019

3. Type of services to be provided:

   Legal Services

4. Brief description of services to be provided:

   Legal Representation and advice of counsel regarding claims and/or litigation involving personal injury and property damage; environmental; land and eminent domain; and/or affirmative claims/property damage.

5. Arrangements for compensation (hourly, contingent, etc.):

   Hourly

   (a) Average hourly rate (if applicable): $311 plus reimbursement for all related costs.

   (b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): $23,000

   (c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): N/A

6. Prepetition claims against the Debtors held by the company:

   Amount of claim: $4,097.83

   Date claim arose: January 1, 2019

   Nature of claim: Legal Services

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

   Name: N/A

   Status: N/A

   Amount of claim: N/A

   Date claim arose: N/A

   Nature of claim: N/A

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

   None

9. Name and title of individual completing this form:

   Mara J. Schwark

   Office Manager/Paralegal

   AlvaradoSmith, APC

Dated: March 7, 2019

_____
Mara J. Schwark