# Exhibit A-3

**Amanda C. Lewis, Attorney at Law, Inc.**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>DECLARATION AND DISCLOSURE STATEMENT OF AMANDA C. LEWIS, ON BEHALF OF AMANDA C. LEWIS, ATTORNEY AT LAW, INC. |

I, Amanda C. Lewis, hereby declare as follows:

1. I am the sole shareholder and President of Amanda C. Lewis, Attorney at Law, Inc. a professional California Corporation, located at 20 Sunnyside Road, Suite 110-A, Mill Valley CA 94941 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide attorney services to the Debtors that involve, commercial transactions (non-energy procurement and non-construction), Intellectual Property, Technology matters and Tax advice and counsel for the General Rate Case (GRC) the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following: rendering legal advice and counsel regarding the California Public Utility Commission contractual requirements for several public purpose funded customer energy efficiency, statewide, and local government partnership energy saving programs, assist with solar and demand response (DR) project implementation and DR programs legal needs, prepare Utility Energy Service Contracts for federal agencies to implement comprehensive

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

ORDINARY COURSE PROFESSIONAL
DECLARATION AND DISCLOSURE STATEMENT

energy and water efficiency improvements and demand reduction services, support the Debtor's Sustainable Solutions Turnkey Design Programs for water conservation and site generation projects, prepare and negotiate commercial agreements focused on grid technologies, and intellectual property information technology agreements, and provide tax advice and counselling for the GRC.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $21,125.00 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

ORDINARY COURSE PROFESSIONAL 2

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 4, 2019, at 20 Sunnyside Road, Suite #110-A, Mill Valley CA 94941.

Dated: March 4th, 2019

*Amanda C. Lewis*

Amanda C. Lewis

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate.

If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

   Amanda C. Lewis, Attorney At Law, Inc.

   20 Sunnyside Road, Suite 110-A

   Mill Valley, CA 94941

2. Date of retention: January 1, 2019 through December 31, 2020.

3. Type of services to be provided: The legal services rendered are for commercial transactions (non-energy procurement and non-construction), Intellectual Property, Technology matters and Tax advice and counsel for the General Rate Case.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

4. Brief description of services to be provided: rendering legal advice and counsel regarding the California Public Utility Commission contractual requirements for several public purpose funded customer energy efficiency, statewide, and local government partnership energy saving programs, assist with solar and demand response (DR) project implementation and DR programs legal needs, prepare Utility Energy Service Contracts for federal agencies to implement comprehensive energy and water efficiency improvements and demand reduction services, support the Debtor's Sustainable Solutions Turnkey Design Programs for water conservation and site generation projects, prepare and negotiate commercial agreements focused on grid technologies, and intellectual property information technology agreements, and provide tax advice and counselling for the GRC.

5. Arrangements for compensation (hourly, contingent, etc.): Hourly

   (a) Average hourly rate (if applicable): $360.00/hr.

   (b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): approximately $85,000.

   (c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): N/A.

6. Prepetition claims against the Debtors held by the company:

   Amount of claim: $21,125.00.

   Date claim arose: February 1, 2019 for pre-petition services.

   Nature of claim: Legal fees for services rendered in January 1, 2019 – January 28, 2019.

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

   Name: None

   Status: N/A

   Amount of claim: None

   Date claim arose: N/A

   Nature of claim: N/A

Case: 19-30088   Doc# 1130-2   Filed: 03/29/19   Entered: 03/29/19 14:59:24   Page 6 of 7

ORDINARY COURSE PROFESSIONAL                2
RETENTION QUESTIONNAIRE

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed: None

9. Name and title of individual completing this form: Amanda C. Lewis

Dated: March 4, 2019

*Amanda C. Lewis*

Amanda C. Lewis

ORDINARY COURSE PROFESSIONAL
RETENTION QUESTIONNAIRE        3