**Exhibit A-4**

**Armbruster Goldsmith & Delvac LLP**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>X Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF DAVID A. GOLDBERG, ON BEHALF OF ARMBRUSTER GOLDSMITH & DELVAC LLP** |

I, David A. Goldberg, hereby declare as follows:

1. I am a Partner of Armbruster Goldsmith & Delvac LLP, located at 12100 Wilshire Blvd., Suite 1600, Los Angeles, CA 90025 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal services to the Debtors in connection with land use and environmental matters for Diablo Canyon Power Plant, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following:
Land use and environmental counsel for Diablo Canyon Power Plant and its decommissioning, including, but not limited, to assistance with obtaining required local, state and federal approvals and California Environmental Quality Act compliance.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or

ORDINARY COURSE PROFESSIONAL
DECLARATION AND DISCLOSURE STATEMENT

employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $2,154.50 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 6, 2019, at Los Angeles, California.

_____
David A. Goldberg

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
| ☐ Affects PG&E Corporation<br>X Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

   David A. Goldberg

   Armbruster Goldsmith & Delvac LLP

   12100 Wilshire Boulevard, Suite 1600

   Los Angeles, CA 90025

2. Date of retention: January 1, 2019.

3. Type of services to be provided:

   Legal services in connection with land use and environmental matters for Diablo Canyon Power Plant.

4. Brief description of services to be provided:

Land use and environmental counsel for Diablo Canyon Power Plant and its decommissioning, including, but not limited, to assistance with obtaining required local, state and federal approvals and California Environmental Quality Act compliance.

5. Arrangements for compensation (hourly, contingent, etc.): $695 hourly, plus reimbursement for all related costs.

   (a) Average hourly rate (if applicable): N/A.

   (b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): $3,175.78.

   (c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): **N/A**.

6. Prepetition claims against the Debtors held by the company:

   Amount of claim: $2,154.50.

   Date claim arose: December 1, 2018 through January 28, 2019.

   Nature of claim: Legal services provided to Debtor.

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company: **N/A**

   Name: _____

   Status: _____

   Amount of claim: $_____

   Date claim arose: _____

   Nature of claim: _____
   _____

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed: **N/A**.

   _____
   _____
   _____

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1. 9. Name and title of individual completing this form:

2. David A. Goldberg
3. Partner

4. Dated: March 6, 2019

_____
5. Signature of Individual Completing Form

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## Exhibit A-5

**Barg Coffin Lewis & Trapp, LLP**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>        Debtors.<br><br>☐   Affects PG&E Corporation<br>✗   Affects Pacific Gas and Electric Company<br>☐   Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF BRIAN S. HAUGHTON, ESQ., ON BEHALF OF BARG COFFIN LEWIS & TRAPP, LLP** |

I, Brian S. Haughton, hereby declare as follows:

1. I am a partner of Barg Coffin Lewis & Trapp, LLP, located at 600 Montgomery Street, Suite 525, San Francisco, CA 94111 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide environmental legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following: environmental counseling and litigation.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm

does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $36,388.00 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 8, 2019, at San Francisco, California.

/s/ Brian S. Haughton

Brian S. Haughton

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors. | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

    Brian S. Haughton

    600 Montgomery Street, Suite 525, San Francisco, CA 94111

2. Date of retention: January 1, 2019

3. Type of services to be provided:

    Environmental counseling and litigation

4. Brief description of services to be provided:

    The environmental legal services we provide to the Debtors have in the past concerned (and we expect in the future may concern): contaminated property cleanups, air quality, water quality, hazardous waste, endangered species, pesticide use, PCB management, environmental

disclosure laws, coastal and bay preservation, reporting requirements, permitting and enforcement.

5. Arrangements for compensation (hourly, contingent, etc.):

$485 per hour plus reimbursement for all related costs.

(a) Average hourly rate (if applicable): N/A.

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

$40,000.00.

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): N/A.

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $36,388.00.

Date claim arose: N/A

Nature of claim: Fees and costs for legal services rendered.

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name: N/A

Status: N/A

Amount of claim: $N/A

Date claim arose: N/A

Nature of claim: N/A

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

None

ORDINARY COURSE PROFESSIONAL
RETENTION QUESTIONNAIRE                                                  2

9. Name and title of individual completing this form:

Brian S. Haughton, Partner

Dated: March 8, 2019

_____
Signature of Individual Completing Form

ORDINARY COURSE PROFESSIONAL
RETENTION QUESTIONNAIRE

**Exhibit A-6**

**Boersch Shapiro LLP**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF MARTHA BOERSCH, ON BEHALF OF BOERSCH SHAPIRO LLP.** |

I, Martha Boersch, hereby declare as follows:

1. I am a Partner of Boersch Shapiro LLP, located at 1611 Telegraph Avenue Suite 806, Oakland CA 94612 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following:

Employment and Labor Matters

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm

does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $4,068.00 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 1, 2019, at Oakland, CA.

Martha Boersch

ORDINARY COURSE PROFESSIONAL
DECLARATION AND DISCLOSURE STATEMENT

2

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
|---|---|

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

    BOERSCH SHAPIRO LLP

    1611 TELEGRAPH AVENUE SUITE 806, OAKLAND CA 94612

2. Date of retention: JANUARY 1, 2019

3. Type of services to be provided:

    LEGAL SERVICES

4. Brief description of services to be provided:

    EMPLOYMENT AND LABOR MATTERS; INTERNAL INVESTIGATIONS

5. Arrangements for compensation (hourly, contingent, etc.):

   HOURLY

   (a) Average hourly rate (if applicable): RANGE IS $150 - $600/HOUR

   (b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

   $3,575.00

   (c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): N/A

6. Prepetition claims against the Debtors held by the company:

   Amount of claim: $ 4,068.00

   Date claim arose: DECEMBER 12, 2018

   Nature of claim: INVOICE #21174 – AMPERSAND CHOWCHILLA MATTER

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

   Name: NONE

   Status:

   Amount of claim: $

   Date claim arose:

   Nature of claim:

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

   N/A

9. Name and title of individual completing this form:

MARTHA BOERSCH, PARTNER

Dated: MARCH 1, 2019

_____
MARTHA BOERSCH

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119