**Exhibit A-7**

**Castellon & Funderburk, LLP**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| In re:<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.** | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF RUBEN A. CASTELLÓN, ON BEHALF OF CASTELLÓN & FUNDERBURK, LLP** |
|---|---|
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>X Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I, Ruben A. Castellón, hereby declare as follows:

1. I am a partner of Castellón & Funderburk, LLP, located at 811 Wilshire Blvd., Suite 1025, Los Angeles, California 90017 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide past legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following:

General legal services.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm

Case: 19-30088 Doc# 1130-4 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 2 of 12

does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $10,000 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 8, 2019, at Alamo, California.

Ruben A. Castellón

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-4 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 3 of 12

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| **In re:**<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
|---|---|
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>X Affects both Debtors<br><br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

   Castellón & Funderburk, LLP

   811 Wilshire Blvd., Suite 1025

   Los Angles, California, 90017

2. Date of retention: ____2013________________________________

3. Type of services to be provided:

   Legal Services________________________________

   ________________________________

4. Brief description of services to be provided:

   Legal services in connection with litigation and other matters.

Case: 19-30088 Doc# 1130-4 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 4 of 12

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

5. Arrangements for compensation (hourly, contingent, etc.):

__Hourly__________________________________________________________

(a) Average hourly rate (if applicable): ______N/A________________________________

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

_________N/A______________________________________________________

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): __________

N/A____________________________________________________________

_________________________________________________________________

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $__10,000________________________________________

Date claim arose: ___December 2018 and January 2019________________________

Nature of claim: ___Unpaid Legal Fees_______________________________________

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name: ___N/A___________________________________________________

Status: ___N/A___________________________________________________

Amount of claim: $N/A____________________________________________

Date claim arose: N/A_____________________________________________

Nature of claim: _N/A_____________________________________________

_________________________________________________________________

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

N/A____________________________________________________________

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-4 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 5 of 12

9. Name and title of individual completing this form:

Ruben A. Castellón, Partner

Dated: March 8, 2019

Signature of Individual Completing Form

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**Exhibit A-8**

**Chou Law Group (f/k/a Nakamoto Chou)**


UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| In re: PG&E CORPORATION - and - PACIFIC GAS AND ELECTRIC COMPANY, Debtors. | Bankruptcy Case No. 19-30088 (DM) Chapter 11 (Lead Case) (Jointly Administered) |
|---|---|
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **DECLARATION AND DISCLOSURE STATEMENT OF** David Chou **, ON BEHALF OF** Chou Law Group, LLP formerly Nakamoto Chou, LLP |

I, David Chou, hereby declare as follows:

1. I am a Partner of Chou Law Group, LLP formerly Nakamoto Chou, LLP, located at 1900 The Alameda Suite 250, San Jose CA (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following: PG&E defense including court appearances, depositions, litigation of active workers' compensation claims.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not

Case: 19-30088 Doc# 1130-4 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 8 of 12

perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm [does/does not] receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $ ~~9,493.94~~ #6,200.00 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on MARCH 6, 2019, at SANTA ANA

[signature]

Declarant Name

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| In re: PG&E CORPORATION - and - PACIFIC GAS AND ELECTRIC COMPANY, Debtors. | Bankruptcy Case No. 19-30088 (DM) Chapter 11 (Lead Case) (Jointly Administered) **RETENTION QUESTIONNAIRE** |
|---|---|
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:
Chou Law Group, LLP formerly Nakamoto Chou, LLP
1900 The Alameda Suite 250
San Jose, CA 95126

2. Date of retention: October 2012

3. Type of services to be provided:
Legal

4. Brief description of services to be provided:
PG&E defense including court appearances,

Case: 19-30088 Doc# 1130-4 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 10 of 12

depositions, litigation of active workers' compensation claims

5. Arrangements for compensation (hourly, contingent, etc.):

Hourly

(a) Average hourly rate (if applicable): $150.00

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

$2,500.00

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): __________

None

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $ 6,200.00

Date claim arose: 1/31/19

Nature of claim: LEGAL SERVICES

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name: N/A

Status: __________

Amount of claim: $__________

Date claim arose: __________

Nature of claim: __________

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

N/A

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-4 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 11 of 12

9. Name and title of individual completing this form:

DAVID M. CHOU, OWNER

Dated: 3/27/2019

Signature of Individual Completing Form

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

ORDINARY COURSE PROFESSIONAL RETENTION QUESTIONNAIRE 3

Case: 19-30088 Doc# 1130-4 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 12 of 12