**Exhibit A-9**

**CJG Legal**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐    Affects PG&E Corporation<br>☑    Affects Pacific Gas and Electric Company<br>☐    Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF CHRISTOPHER J. GONZALEZ, ON BEHALF OF CJG LEGAL** |

I, Christopher J. Gonzalez, hereby declare as follows:

1. I am a solo attorney duly licensed by the State of California, doing business as CJG Legal, located at 200 Pringle Avenue, Suite 400, Walnut Creek, California (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide professional legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following:

- Professional advice and negotiation for new or amended land rights in powerline or natural gas transmission line-related projects.
- If necessary, filing and prosecuting to completion the eminent domain action to acquire said property rights.
- Advise and negotiate the sale of surplus land.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $19,932.73 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 6, 2019, at Walnut Creek, California.

_____
Christopher J. Gonzalez

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br>**PG&E CORPORATION**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☑ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

   Christopher J. Gonzalez

   d/b/a CJG Legal

   200 Pringle Avenue, Suite 400

   Walnut Creek, CA 94596

2. Date of retention: January 1, 2019

3. Type of services to be provided:

   Professional legal services in land and eminent domain matters.

4. Brief description of services to be provided:

- Professional advice and negotiation for new or amended land rights in powerline or natural gas transmission line-related projects.
- If necessary, filing and prosecuting to completion the eminent domain action to acquire said property rights.
- Advise and negotiate the sale of surplus land

5. Arrangements for compensation (hourly, contingent, etc.):

Hourly.

(a) Average hourly rate (if applicable): $265/h

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

$10,000 - $15,000

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): N/A

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $19,932.73

Date claim arose: November 2018 and December 2018.

Nature of claim: Invoices for services rendered during those months. Invoices for January 2019 had not yet been sent at the time the petition was filed.

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company: N/A.

Name: _____

Status: _____

Amount of claim: $_____

Date claim arose: _____

Nature of claim: _____

_____

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

N/A.

9. Name and title of individual completing this form:

Christopher J. Gonzalez dba CJG Legal.

Dated: March 6, 2019

_____
Christopher J. Gonzalez

## Exhibit A-10

**Coleman, Chavez & Associates LLP**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF RICHARD CHAVEZ, ON BEHALF OF COLEMAN CHAVEZ & ASSOCIATES, LLP** |

I, Richard A. Chavez, ESQ., hereby declare as follows:

1. I am a Co-Partner of Coleman Chavez & Associates, LLP, located at 1731 E. Roseville Parkway, #200, Roseville, CA 95661 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide Defense Worker's Compensation Litigation services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following:

    (a) Defense Workers' Compensation Litigation Services

    (b)) Subrogation Litigation Services

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $50,007.50 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 5, 2019, at 1731 E. Roseville Parkway, #200, Roseville, CA 95661.

_____
Richard A. Chavez, Esq.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>　　　　　　　　　Debtors.<br><br>☐　　Affects PG&E Corporation<br>☒　　Affects Pacific Gas and Electric Company<br>☐　　Affects both Debtors<br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

    Coleman Chavez & Associates, LLP

    1731 E. Roseville Parkway, #200, Roseville, CA 95661

2. Date of retention: 01/01/2019

3. Type of services to be provided:

    (a) Defense Workers' Compensation Litigation Services

    (b)) Subrogation Litigation Services

4. Brief description of services to be provided:

    Legal Advice, Litigation, and Settlement of Workers' Compensation & Subrogation Claims.

5. Arrangements for compensation (hourly, contingent, etc.):

   Hourly rate that is billed in increments of .10 of an hour.

   (a) Average hourly rate (if applicable): 1. Workers' Compensation: $150.00/Hour

   2. Subrogation Claims $175.00/Hour

   (b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): $55,000.00

   (c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): N/A

6. Prepetition claims against the Debtors held by the company:

   Amount of claim: $50,007.50

   Date claim arose: 01/01/2019

   Nature of claim: Fees for litigation services provided from 01/01/2019 to 01/28/2019 (pre-petition)

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

   Name: N/A

   Status: N/A

   Amount of claim: N/A

   Date claim arose: N/A

   Nature of claim: N/A

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed: N/A

9. Name and title of individual completing this form:

   Richard A. Chavez, Esq., Co-Partner of Firm

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Dated: March 5, 2019

_____
Richard A. Chavez, Esq.
Signature of Individual Completing Form

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# Exhibit A-11

**Cox Castle & Nicholson, LLP**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors. | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) No. 19-30088-DM<br>(Jointly Administered) No. 19-30089-DM<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF MICHAEL H. ZISCHKE, ON BEHALF OF COX, CASTLE & NICHOLSON, LLP**<br><br>Assigned to: Honorable Dennis Montali |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I, Michael H. Zischke, hereby declare as follows:

1. I am a partner of Cox Castle & Nicholson, LLP, located at 50 California Street, Suite 3200, San Francisco, CA 94111 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide land use and environmental legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following:

(1) Advising on California Environmental Quality Act and related regulatory and environmental issues in connection with the environmental remediation of the Topock Compressor station facility;

(2) Advising if needed on CEQA and related issues in connection with the environmental remediation of the Hinkley Compressor station facility, and

(3) Advising if needed on CEQA and related legal issues relating to the proposal by the South San Joaquin Irrigation District to provide retail electric service within PG&E territory,

055016\10443982v3

including advice relating to the pending case *Pacific Gas & Electric Company v. San Joaquin Local Agency Formation Commission,* Third District Court of Appeal Case No. C086008 (our firm is not counsel of record, but may be requested to provide advice to the litigation team from time to time).

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $5,760.50 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 8, 2019, at San Francisco., California.

By:_____
Michael H. Zischke

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

    Michael H. Zischke, Cox Castle & Nicholson, LLP, 50 California Street, San Francisco CA 94111.

2. Date of retention: January 1, 2019.

3. Type of services to be provided:

    Land use and environmental legal services.

4. Brief description of services to be provided:

    (1) Advising on California Environmental Quality Act and related regulatory and environmental issues in connection with the environmental remediation of the Topock Compressor station facility;

055016\10443982v3

(2) Advising if needed on CEQA and related issues in connection with the environmental remediation of the Hinkley Compressor station facility, and

(3) Advising if needed on CEQA and related legal issues relating to the proposal by the South San Joaquin Irrigation District to provide retail electric service within PG&E territory, including advice relating to the pending case *Pacific Gas & Electric Company v. San Joaquin Local Agency Formation Commission,* Third District Court of Appeal Case No. C086008 (our firm is not counsel of record, but may be requested to provide advice to the litigation team from time to time).

5. Arrangements for compensation (hourly, contingent, etc.):

We bill for our time on an hourly basis.

(a) Average hourly rate (if applicable): Our hourly rates vary by attorney, the lead attorney Linda Klein bills on PG&E matters at $495 per hour, the senior partner Mike Zischke bills at $680, and other attorneys bill at various rates ranging from $345 to $550 per hour.

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): 5,500.00.

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): N/A.

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $5,760.50.

Date claim arose: December 2018 to January 28, 2019.

Nature of claim: legal fees.

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name: _____N/A_____

Status: _____

Amount of claim: $_____

Date claim arose: _____

055016\10443982v3

2

Case: 19-30088    Doc# 1130-5    Filed: 03/29/19    Entered: 03/29/19 14:59:24    Page 18 of 19

Nature of claim: _____

_____

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

We occasionally represent clients who are adverse to PG&E, after clearing that conflict with the Law Department. Currently, the only such matter is our firm's representation of Our existing client, Sand Hill Commons, REIT, Inc. regarding damage to landscaping at their property at 2882-2884 Sand Hill Road, in Menlo Park. That work is being handled by different attorneys than those working on PG&E matters, and we are establishing an ethical wall.

9. Name and title of individual completing this form:

Michael H. Zischke, Partner

Dated: March 8, 2019

By: _____
Michael H. Zischke

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119