**<u>Exhibit A-12</u>**

**Day Carter & Murphy LLP**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| In re:<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF JAMES M. DAY, JR., ON BEHALF OF DAY CARTER & MURPHY LLP** |
|---|---|

I, James M. Day, Jr., hereby declare as follows:

1. I am a partner of Day Carter & Murphy LLP, located at 3620 American River Drive, Suite 205, Sacramento, CA 95864 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide environmental and real property legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following:

Environmental, title curative, land use and permitting in connection with the sale of surplus lands.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm



Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-6 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 2 of 22

does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $13,635.00 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 5, 2019, at Sacramento, California.

James M. Day, Jr.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| In re:<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.** | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
|---|---|
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

   James M. Day, Jr., Day Carter & Murphy LLP

   3620 American River Drive, Suite 205

   Sacramento, CA 95864

2. Date of retention: February 18, 2015

3. Type of services to be provided:

   Environmental and real property legal services.

4. Brief description of services to be provided:

   Environmental, title curative, land use and permitting in connection with the sale of surplus lands.



Case: 19-30088 Doc# 1130-6 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 4 of 22

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

5. Arrangements for compensation (hourly, contingent, etc.):

$450.00 per hour plus reimbursement for all related costs.

(a) Average hourly rate (if applicable): N/A

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

$5,000.00

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): None

______________________________

______________________________

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $13,635.00

Date claim arose: 12/03/2018; 01/09/2019; and 02/07/2019

Nature of claim: legal services rendered in months of November 2018, December 2018, and January 2019.

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company: None

Name: ______________________________

Status: ______________________________

Amount of claim: $______________________________

Date claim arose: ______________________________

Nature of claim: ______________________________

______________________________

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

None

______________________________

______________________________


Case: 19-30088 Doc# 1130-6 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 5 of 22

9. Name and title of individual completing this form:

James M. Day, Jr., Partner

Dated: March 5, 2019

Signature of Individual Completing Form

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119



Case: 19-30088 Doc# 1130-6 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 6 of 22

**Exhibit A-13**

**Ebbin, Moser & Skaggs LLP**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| In re:<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered) |
|---|---|
| ☐ Affects PG&E Corporation<br>X Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **DECLARATION AND DISCLOSURE STATEMENT OF Marc Ebbin, ON BEHALF OF Ebbin Moser & Skaggs LLP** |

I, Marc Ebbin, hereby declare as follows:

1. I am a partner at Ebbin Moser & Skaggs LLP, located at 550 Montgomery Street, Suite 900, San Francisco, CA 94111 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following:

__________ Environmental Regulatory Matters ______________________________

____________________________________________________________.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not

perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm **[does not]** receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $__3,672_____ in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on ___March 6, 2019, at _San Francisco, California_.

___Marc Ebbin______

Declarant Name

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119



Case: 19-30088 Doc# 1130-6 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 9 of 22

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>Debtors. | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
|---|---|
| ☐ Affects PG&E Corporation<br>X Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

_________________Ebbin Moser & Skaggs LLP_____________________

_________________550 Montgomery Street, Suite 900_____

_________________San Francisco, CA 94111______________________

2. Date of retention: ____January 1, 2019______________________________

3. Type of services to be provided:

__Legal services_______________________________________________________

_______________________________________________________________________

4. Brief description of services to be provided:

___Legal services regarding environmental regulatory matters________________



Case: 19-30088 Doc# 1130-6 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 10 of 22

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

5. Arrangements for compensation (hourly, contingent, etc.):

___Hourly plus reimbursement for all related cost________________________

(a) Average hourly rate (if applicable): ________$525________________________

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

________________________$18,730.00________________________

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): __________

________________________N/A________________________

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $3,672________________________

Date claim arose: January 16, 201________________________

Nature of claim: Legal Services Rendered________________________

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name: ________________________N/A________________________

Status: ________________________N/A________________________

Amount of claim: $________________N/A________________________

Date claim arose: ________________N/A________________________

Nature of claim: ________________N/A________________________

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

________________________None________________________

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119



Case: 19-30088 Doc# 1130-6 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 11 of 22

9. Name and title of individual completing this form:

___Marc Ebbin, Partner ______________________________

Dated:__March 6, 2019

Signature of Individual Completing Form

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119



Case: 19-30088 Doc# 1130-6 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 12 of 22

**Exhibit A-14**

**Egoscue Law Group, Inc.**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered) |
| Affects PG&E Corporation<br>X Affects Pacific Gas and Electric Company<br>Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **DECLARATION AND DISCLOSURE STATEMENT OF TRACY J. EGOSUE, ON BEHALF OF EGOSCUE LAW GROUP, INC.** |

I, Tracy J. Egoscue, hereby declare as follows:

1. I am the President of Egoscue Law Group, Inc., located at 3777 Long Beach Boulevard, Suite 280 Long Beach, California 90807 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captiond chapter 11 cases, have requested that the Firm provide Legal Services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following: Professional Legal Advise and Consultation Services.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $10,640.50 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 6, 2019, at Long Beach, CA.

Tracy J. Egoscue, Esq.

Tracy J. Egoscue, President

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.** | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
| Affects PG&E Corporation<br>X Affects Pacific Gas and Electric Company<br>Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

   Tracy J. Egoscue, President, Egoscue Law Group, Inc., 3777 Long Beach Blvd., Suite 280, Long Beach, California 90807

2. Date of retention: January 1, 2019

3. Type of services to be provided: Professional Legal Services

4. Brief description of services to be provided: Legal Advise and Consultation

5. Arrangements for compensation (hourly, contingent, etc.): Hourly

   (a) Average hourly rate (if applicable): $495

   (b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): $8,000

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): N/A

6. Prepetition claims against the Debtors held by the company: Yes.

Amount of claim: $10,640.50

Date claim arose: January 29, 2019

Nature of claim: Legal services performed

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company: N/A

Name: N/A

Status: N/A

Amount of claim: N/A

Date claim arose: N/A

Nature of claim: N/A

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed: N/A

9. Name and title of individual completing this form: Tracy J. Egoscue, President

Dated: March 6, 2019

Tracy J. Egoscue, Esq.

Signature of Individual Completing Form

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

**Exhibit A-15**

**Ericksen Arbuthnot**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| **In re:**<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered) |
|---|---|
| ☐ Affects PG&E Corporation<br>X Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **DECLARATION AND DISCLOSURE STATEMENT OF GRAHAM M. CRIDLAND ON BEHALF OF ERICKSEN ARBUTHNOT** |

I, Graham M. Cridland, hereby declare as follows:

1. I am a partner at Ericksen Arbuthnot, located at 100 Howe Avenue, Suite 110-south, Sacramento, CA 95825 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide litigation related services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following: representation in personal injury and other civil litigation in which PG&E is a party.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm



Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-6 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 19 of 22

does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $16,063.36 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 8, 2019, at Sacramento, California.

*/s/ Graham M. Cridland*
Graham M. Cridland

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119



Case: 19-30088 Doc# 1130-6 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 20 of 22

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
| ☐ Affects PG&E Corporation<br>✗ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional: Graham M. Cridland on behalf of Ericksen Arbuthnot.

2. Date of retention: January 1, 2019.

3. Type of services to be provided: legal representation in civil litigation matters.

4. Brief description of services to be provided: representation in personal injury and other civil litigation in which PG&E is a party or has an interest.

5. Arrangements for compensation (hourly, contingent, etc.): $240-230 per hour for partners, $210-200 per hour for associates, $125 for paralegals.

   (a) Average hourly rate (if applicable): not applicable.

   (b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): $20,000.



Case: 19-30088 Doc# 1130-6 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 21 of 22

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): not applicable.

6. Prepetition claims against the Debtors held by the company: $16,063.36 through January 29, 2019 for prior legal services.

Amount of claim: $16,063.36.

Date claim arose: legal services through January 29, 2019.

Nature of claim: for legal services.

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company: none.

Name: not applicable.

Status: not applicable.

Amount of claim: not applicable.

Date claim arose: not applicable.

Nature of claim: not applicable.

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed: not applicable.

9. Name and title of individual completing this form: Graham M. Cridland.

Dated: March 18, 2019

*/s/ Graham M. Cridland*
Graham M. Cridland



Case: 19-30088 Doc# 1130-6 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 22 of 22