**Exhibit A-16**

**Eversheds Sutherland (US), LLP**

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>   **- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                      **Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF**  **Bradley M. Seltzer** **, ON BEHALF OF**  **Eversheds Sutherland (US), LLP** |
| ☐    Affects PG&E Corporation<br>☒    Affects Pacific Gas and Electric Company<br>☐    Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I,  Bradley M. Seltzer , hereby declare as follows:

1.    I am a  Partner  of  Eversheds Sutherland (US), LLP , located at  700 Sixth Street, NW., Suite 700, Washington DC 20001  (the "**Firm**").

2.    PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide  legal  services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.    The Services include, but are not limited to, the following:

Advice regarding 2017 Federal Tax Legislation and related regulatory matters.

_____

4.    The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not

perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm  $8,455.00  in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on  March 8th , 2019, at   Washington, DC.

  Bradley M. Seltzer, Partner

Declarant Name

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><span style="text-align:right">**Debtors.**</span> | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |

☐    Affects PG&E Corporation

☒    Affects Pacific Gas and Electric Company

☐    Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.    Name and address of professional:

  Bradley M Seltzer

  Eversheds Sutherland (US) LLP

  700 Sixth Street, NW.,  Suite 700, Washington, DC 20001

2.    Date of retention:   January 1st 2019

3.    Type of services to be provided:

  Legal Advice

4.    Brief description of services to be provided:

  Legal Advice concerning 2017 Federal Tax Legislation and related regulatory issues

5. Arrangements for compensation (hourly, contingent, etc.):

   Hourly _____

   (a)      Average hourly rate (if applicable):   $1,100 _____

   (b)      Estimated average monthly compensation based on prepetition retention (if company was

   employed prepetition):

      $5,000 _____

   (c)      Disclose the nature of any compensation arrangement whereby the company is

   reimbursed by a third party for services provided to the Debtors (if applicable):  N/A

   _____

   _____

6. Prepetition claims against the Debtors held by the company:

   Amount of claim:  $ 8,400 _____

   Date claim arose:  N/A _____

   Nature of claim:   For Legal Services rendered _____

7. Prepetition claims against the Debtors held individually by any member, associate, or employee

   of the company:

   Name: :  N/A _____

   Status: _____

   Amount of claim: $_____

   Date claim arose: _____

   Nature of claim: _____

   _____

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to

   their estates for the matters on which the professional is to be employed:

   None _____

   _____

   _____

9.      Name and title of individual completing this form:

      Bradley M. Seltzer, Partner

Dated:    March 7th, 2019

_____

Signature of Individual Completing Form

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

ORDINARY COURSE PROFESSIONAL
RETENTION QUESTIONNAIRE

3

## Exhibit A-17

**Farella Braun + Martel LLP**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF WILLIAM P. KEANE, ON BEHALF OF FARELLA BRAUN + MARTEL LLP** |
| ☐    Affects PG&E Corporation<br>☐    Affects Pacific Gas and Electric Company<br>✓    Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I, William P. Keane, hereby declare as follows:

1.      I am a partner in the firm of Farella Braun + Martel LLP, located at 235 Montgomery Street, 18th Floor, San Francisco, California 94104 (the "**Firm**").

2.      PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide litigation defense and other legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.      The Services include, but are not limited to, the following:

the Firm represents PG&E Corporation and Pacific Gas and Electric Company in connection with lawsuits filed by individuals who allegedly incurred property damage and personally injury as a result of a gas explosion for which they contend PG&E Corporation and Pacific Gas and Electric Company are legally responsible; the Firm continues to represent Pacific Gas and Electric Company in connection with matters related to its Chapter 11 case filed in 2001, which remains pending.

4.      The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the

Case: 19-30088    Doc# 1130-7    Filed: 03/29/19    Entered: 03/29/19 14:59:24    Page 8
of 22

Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with the matters on which the Firm is to be retained by the Debtors in these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm approximately $26,000 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on *March 21*, 2019, at San Francisco, California.

William P. Keane

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case 19-30088   Doc 1186   Filed 03/29/19   Entered: 03/29/19 14:59:24   Page 9 of 22

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION**

- and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

Bankruptcy Case
No. 19-30088 (DM)

Chapter 11

(Lead Case)
(Jointly Administered)

**RETENTION QUESTIONNAIRE**

| | |
|---|---|
| | Affects PG&E Corporation |
| ☐ | Affects Pacific Gas and Electric Company |
| ✓ | Affects both Debtors |

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as appropriate.  If more space is needed, please complete on a separate page and attach.

1.  Name and address of professional:

Farella Braun + Martel, LLP, 235 Montgomery Street, 18th Floor, San Francisco, California 94104.

2.  Date of retention:

January 1, 2019

3.  Type of services to be provided:

Legal services, including defense of personal injury and property damage lawsuits.

4.  Brief description of services to be provided:

The Firm represents PG&E Corporation and Pacific Gas and Electric Company in connection with lawsuits filed by individuals who allegedly incurred property damage and personally injury as a

result of a gas explosion for which they content PG&E Corporation and Pacific Gas and Electric Company are legally responsible; the Firm continues to represent Pacific Gas and Electric Company in connection with matters related to its Chapter 11 case filed in 2001, which remains pending.

5.      Arrangements for compensation (hourly, contingent, etc.):

The Firm is to be paid at an agreed-upon discounted hourly rate plus reimbursement for all costs.

(a)      Average hourly rate (if applicable):  Attorney rates currently range from $311-$857 per hour.

(b)      Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

$115,000

(c)      Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable):  N/A

6.      Prepetition claims against the Debtors held by the company:

Amount of claim:  Approximately $26,000

Date claim arose:  September 2018

Nature of claim:  Legal fees and expenses.

7.      Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name:  N/A_____

Status:  _____

Amount of claim: $_____

Date claim arose:  _____

Nature of claim:  _____

_____

8.      Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

_N/A_____

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1 _____

2 _____

3   9.    Name and title of individual completing this form:

4   William P. Keane ___ *Partner* _____

5

6   Dated: *March 21*, 2019

7                                                    _____

8                                                    William P. Keane

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**<u>Exhibit A-18</u>**

**Flesher Schaff & Schroeder, Inc.**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | |
| **- and -** | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) (Jointly Administered) |
| **Debtors.** | **DECLARATION AND DISCLOSURE STATEMENT OF JEREMY J. SCHROEDER, ON BEHALF OF FLESHER SCHAFF & SCHROEDER, INC.** |

☐    Affects PG&E Corporation
☐    Affects Pacific Gas and Electric Company
☒    Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

I, Jeremy J. Schroeder, hereby declare as follows:

1.      I am a shareholder of Flesher Schaff & Schroeder, Inc., located in Rocklin, California (the "**Firm**").

2.      PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide labor and employment services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.      The Services include, but are not limited to, the following: labor and employment litigation.

4.      The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $140.00 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 4, 2019, at Rocklin, California.

Jeremy J. Schroeder

ORDINARY COURSE PROFESSIONAL
DECLARATION AND DISCLOSURE STATEMENT

2

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**In re:**

**PG&E CORPORATION**

**- and -**

**PACIFIC GAS AND ELECTRIC COMPANY,**

                     **Debtors.**

Bankruptcy Case
No. 19-30088 (DM)

Chapter 11

(Lead Case)
(Jointly Administered)

**RETENTION QUESTIONNAIRE**

☐    Affects PG&E Corporation

☐    Affects Pacific Gas and Electric Company

☒    Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.    Name and address of professional: Jeremy J. Schroeder, Flesher Schaff & Schroeder, Inc., 2202 Plaza Drive, Rocklin, California 95765.

2.    Date of retention: January 1, 2019.

3.    Type of services to be provided: Labor and employment litigation, workers' compensation lien recovery.

4.    Brief description of services to be provided: Counsel and litigate the client's lien rights under the California Labor Code to recover from third party tortfeasors workers' compensation benefits paid to employees.

5.    Arrangements for compensation (hourly, contingent, etc.): Hourly.

        (a)    Average hourly rate (if applicable): $175/hr.

ORDINARY COURSE PROFESSIONAL
RETENTION QUESTIONNAIRE

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

(b)     Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): $1,500

(c)     Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable):  N/A.

6.     Prepetition claims against the Debtors held by the company:

Amount of claim:  $140.00

Date claim arose:  2/1/19

Nature of claim:  Legal services rendered in January 2019.

7.     Prepetition claims against the Debtors held individually by any member, associate, or employee of the company: N/A.

Name: _____

Status: _____

Amount of claim: $_____

Date claim arose: _____

Nature of claim: _____

_____

8.     Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed: N/A

9.     Name and title of individual completing this form: Jeremy J. Schroeder, President/Shareholder.

Dated:  March 4, 2019

_____
Signature of Individual Completing Form

## Exhibit A-19

**Friedman & Springwater LLP**

Case: 19-30088   Doc# 1130-7   Filed: 03/29/19   Entered: 03/29/19 14:59:24   Page 19 of 22

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>   **- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>            **Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF ELLEN A. FRIEDMAN, ON BEHALF OF FRIEDMAN & SPRINGWATER LLP** |
| ☐   Affects PG&E Corporation<br>☒   Affects Pacific Gas and Electric Company<br>☐   Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I, Ellen A. Friedman, hereby declare as follows:

1.     I am a partner of Friedman & Springwater LLP, located at 350 Sansome Street, Suite 210, San Francisco, California 93104 (the "**Firm**").

2.     PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal advice on corporate matters to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.     The Services include, but are not limited to, the following: legal services with respect to financial transactions and advice regarding insolvency issues with respect to the Debtors' customers and business partners, including representation of the Debtors as a creditor in certain third-party bankruptcy cases.

4.     The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases.  As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY  10153-0119

employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5.     The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6.     Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7.     Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8.     As of the commencement of this chapter 11 case, the Debtors owed the Firm $6,187.80 in respect of prepetition services rendered to the Debtors.

9.     The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 8, 2019, at San Francisco.

Ellen A. Friedman

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |

☐    Affects PG&E Corporation

☒    Affects Pacific Gas and Electric Company

☐    Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

---

     TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

     All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.    Name and address of professional:

     **Friedman & Springwater LLP**
     **350 Sansome Street, Suite 210**
     **San Francisco, CA 94104**

2.    Date of retention: **January 1, 2019**

3.    Type of services to be provided: **Legal services**

4.    Brief description of services to be provided: **Legal services with respect to financial transactions and advice regarding insolvency issues with respect to the Debtors' customers and business partners, including representation of the Debtors as a creditor in certain third-party bankruptcy cases.**

5.    Arrangements for compensation (hourly, contingent, etc.): **Hourly**

Case: 19-30088    Doc# 1147-1    Filed: 03/29/19    Entered: 03/29/19 14:59:24    Page 21 of 22

1     (a)     Average hourly rate (if applicable): **$400.00**

2     (b)     Estimated average monthly compensation based on prepetition retention (if company was

3     employed prepetition): **$5,000.00 per month**

4     (c)     Disclose the nature of any compensation arrangement whereby the company is

5     reimbursed by a third party for services provided to the Debtors (if applicable): **N/A**

6   6.     Prepetition claims against the Debtors held by the company:

7     Amount of claim: **$6,187.80**

8     Date claim arose: **January, 2019 (prior to petition date)**

9     Nature of claim: **Amounts due for legal services**

10   7.     Prepetition claims against the Debtors held individually by any member, associate, or employee

11     of the company: **N/A**

12   8.     Disclose the nature and provide a brief description of any interest adverse to the Debtors or to

13     their estates for the matters on which the professional is to be employed: **No adverse interests**

14     **known with respect to matters for which the Firm will be employed.**

15   9.     Name and title of individual completing this form:   **Ellen A. Friedman, Partner**

18   Dated: March 8, 2019

19                                           Signature of Individual Completing Form

*Weil, Gotshal & Manges LLP*
*767 Fifth Avenue*
*New York, NY 10153-0119*