**Exhibit A-20**

**Gordon-Creed, Kelley, Holl & Sugerman, LLP**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

**In re:**

**PG&E CORPORATION**

**- and -**

**PACIFIC GAS AND ELECTRIC COMPANY,**

**Debtors.**

☐    Affects PG&E Corporation

X    Affects Pacific Gas and Electric Company

☐    Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Bankruptcy Case
No. 19-30088 (DM)

Chapter 11

(Lead Case)
(Jointly Administered)

**DECLARATION AND DISCLOSURE STATEMENT OF KEVIN J. HOLL, ON BEHALF OF GORDON-CREED, KELLEY, HOLL & SUGERMAN, LLP**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

I, Kevin J. Holl, hereby declare as follows:

1.     I am a partner of Gordon-Creed, Kelley, Holl & Sugerman, LLP, located at 101 Montgomery Street, Suite 2650, San Francisco, California, 94104 (the "**Firm**").

2.     PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide the full range of litigation and trial services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.     The Services include, but are not limited to, the following:

Representing PG&E in Affirmative Claims, Commercial Litigation, Non-EP, and Personal Injury/Property Damage cases.

4.     The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $32,870.41 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 8, 2019, at San Francisco, California.

Kevin J. Holl

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    **Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |

☐    Affects PG&E Corporation

X    Affects Pacific Gas and Electric Company

☐    Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

---

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and

Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in

the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate.

If more space is needed, please complete on a separate page and attach.

1.    Name and address of professional:

      Kevin J. Holl

      Gordon-Creed, Kelley, Holl & Sugerman, LLP

      101 Montgomery Street, Suite 2650

      San Francisco, California 94104

2.    Date of retention: January 1, 2019

3.    Type of services to be provided:

      Representing PG&E pre-trial and at trial in Affirmative Claims, Commercial Litigation, Non-EP, and Personal Injury/Property Damage cases.

ORDINARY COURSE PROFESSIONAL
RETENTION QUESTIONNAIRE

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

4.   Brief description of services to be provided:

The Firm handles all phases of litigation, mediation and, ultimately, trial, if necessary

5.   Arrangements for compensation (hourly):

Affirmative Claims: Partners $275; associates $225; Commercial Litigation and Property Damage/Personal Injury Partners $330; associates $290.

(a)   Average hourly rate (if applicable):  N/A

(b)   Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): $30,000 - $35,000

(c)   Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable):

N/A

6.   Prepetition claims against the Debtors held by the company:

Amount of claim:  $32,870.41

Date claim arose:  N/A

Nature of claim:  Payment for legal services

7.   Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name:  N/A

Status: _____

Amount of claim: $_____

Date claim arose: _____

Nature of claim: _____

_____

8.   Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

None.

_____

ORDINARY COURSE PROFESSIONAL
RETENTION QUESTIONNAIRE

9. Name and title of individual completing this form:

Kevin J. Holl, partner

Dated: March 8, 2019

_____

Kevin J. Holl

**<u>Exhibit A-21</u>**

**Gough & Hancock LLP**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF GAYLE L. GOUGH, ON BEHALF OF GOUGH & HANCOCK LLP** |

☐   Affects PG&E Corporation

☐   Affects Pacific Gas and Electric Company

☑   Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

I, Gayle L. Gough, hereby declare as follows:

1.     I am an attorney at law and partner of Gough & Hancock LLP, located at Two Embarcadero Center, Suite 640, San Francisco, California 94111 (the "**Firm**").

2.     PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.     The Services include, but are not limited to, the following: legal services and representation related to claims of personal injury, property claims, and contract claims.

4.     The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm

*Weil, Gotshal & Manges LLP*
*767 Fifth Avenue*
*New York, NY 10153-0119*

does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5.      The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6.      Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7.      Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8.      As of the commencement of this chapter 11 case, the Firm is not making a claim for prepetition services rendered to the Debtors.

9.      The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 6, 2019, at San Francisco, California.

Gayle L. Gough

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

ORDINARY COURSE PROFESSIONAL
DECLARATION AND DISCLOSURE STATEMENT

2

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                         **Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE**<br>**ON BEHALF OF GOUGH & HANCOCK LLP** |

☐    Affects PG&E Corporation

☐    Affects Pacific Gas and Electric Company

☑    Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the **"Debtors"**) in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.     Name and address of professional:

        Gayle L. Gough

        Mark J. Hancock

        Gough & Hancock LLP

        Two Embarcadero Center, Suite 640

        San Francisco, California 94111

2.     Date of retention: January 1, 2019

3.     Type of services to be provided: legal services.

Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

4.   Brief description of services to be provided:  legal services and representation related to claims of personal injury, property claims, and contract claims.

5.   Arrangements for compensation (hourly, contingent, etc.):

Hourly.

(a)   Average hourly rate (if applicable):  $350/hour

(b)   Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): $225,000.

(c)   Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable):  Not applicable.

6.   Prepetition claims against the Debtors held by the company:

Amount of claim:  We are not making a prepetition claim.

Date claim arose:  Not applicable.

Nature of claim:  Not applicable.

7.   Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name:  Not applicable.

Status:  Not applicable.

Amount of claim:  Not applicable.

Date claim arose:  Not applicable.

Nature of claim:  Not applicable.

8.   Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

Not applicable.

9.   Name and title of individual completing this form:  Gayle L. Gough

Dated: March 6, 2019

_____
Gayle L. Gough

ORDINARY COURSE PROFESSIONAL
RETENTION QUESTIONNAIRE

**Exhibit A-22**

**Hanson Bridgett LLP**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>  **- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                        **Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF SUSAN G. O'NEILL, ON BEHALF OF HANSON BRIDGETT LLP** |
| ☐    Affects PG&E Corporation<br>☐    Affects Pacific Gas and Electric Company<br>☒    Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I, Susan G. O'Neill, hereby declare as follows:

1.       I am a partner at Hanson Bridgett LLP, located at 425 Market Street, 26th Floor, San Francisco, CA 94105 (the "**Firm**").

2.       PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.       The Services include, but are not limited to, the following:

Intellectual Property; Commercial Transactions; Employee Benefits; Eminent Domain/Property Acquisition/Land Use

_____

_____.

4.       The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases.  As part of its customary practice, the Firm is retained in cases, proceedings, and

ORDINARY COURSE PROFESSIONAL
DECLARATION AND DISCLOSURE STATEMENT

15307858.1

transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $8,904.42 in respect of prepetition services rendered and invoiced to the Debtors. Also, there was WIP in the amount of $21,082.49—for work completed, but not billed, as of the date of the petition.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 13, 2019, at San Francisco, CA.

*Susan G. O'Neill*

Susan G. O'Neill

ORDINARY COURSE PROFESSIONAL
DECLARATION AND DISCLOSURE STATEMENT

2

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>    **- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                                  **Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
| ☐    Affects PG&E Corporation<br>☐    Affects Pacific Gas and Electric Company<br>☒    Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

      TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

      All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.    Name and address of professional:

    Hanson Bridgett LLP

    425 Market Street, 26th Floor, San Francisco, CA 94105.

2.    Date of retention: January 1, 2019.

3.    Type of services to be provided:

    Intellectual Property; Commercial Transactions; Employee Benefits; Eminent Domain/Property Acquisition/Land Use

4.    Brief description of services to be provided:

Case: 19-30088   Doc# 1158   Filed: 03/29/19   Entered: 03/29/19 14:59:24   Page 15 of 35

15307858.1

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Counseling on intellectual property matters; representation in commercial transactions; advice on employee benefits matters; advice on eminent domain and land use matters, including potentially in litigation; among other services.

5.    Arrangements for compensation (hourly, contingent, etc.):

Hourly based on list of agreed upon rates, ranging from $325 to $595 for attorneys and $215 for paralegals.

(a)    Average hourly rate (if applicable):  _____N/A_____

(b)    Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):  $20,000

_____

(c)    Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable):  N/A.

6.    Prepetition claims against the Debtors held by the company:

(i) Amount of claim:  $86.78

Date claim arose:  6/30/18

Nature of claim:  Legal services rendered (and/or costs incurred) and billed to Debtors prior to petition date

(ii) Amount of claim:  $6,770.25

Date claim arose:  12/20/18

Nature of claim:  Legal services rendered (and/or costs incurred) and billed to Debtors prior to petition date

(iii) Amount of claim:  $132.00

Date claim arose:  12/28/18

Nature of claim:  Legal services rendered (and/or costs incurred) and billed to Debtors prior to petition date

(iv) Amount of claim:  $726.00

Date claim arose:  1/18/19

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Nature of claim: <u>Legal services rendered (and/or costs incurred) and billed to Debtors prior to petition date</u>

(v) Amount of claim: <u>$89.00</u>

Date claim arose: <u>1/18/19</u>

Nature of claim: <u>Legal services rendered (and/or costs incurred) and billed to Debtors prior to petition date</u>

(vi) Amount of claim: <u>$712.00</u>

Date claim arose: <u>1/18/19</u>

Nature of claim: <u>Legal services rendered (and/or costs incurred) and billed to Debtors prior to petition date</u>

(vii) Amount of claim: <u>$388.50</u>

Date claim arose: <u>1/25/19</u>

Nature of claim: <u>Legal services rendered (and/or costs incurred) and billed to Debtors prior to petition date</u>

7.  Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:   None known to our knowledge.

Name: _____

Status: _____

Amount of claim: $_____

Date claim arose: _____

Nature of claim: _____

_____

8.  Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

Hanson Bridgett from time to time has represented clients in matters in which the interests of Debtors are adverse or potentially adverse, or has represented the Debtors in matters in which the interests of another client are adverse or potentially adverse.  We currently represent (i) the Peninsula Corridor Joint Powers Board in connection with a contract matter; (ii) Air Medical

Group Holdings in a workers compensation lien claim matter; and (iii) Essex Property Trust in connection with service at a residential complex in Walnut Creek, California. These representations adverse to Debtors were undertaken with the informed written consent of all affected clients and are subject to ethical screens.

9. Name and title of individual completing this form:

Susan G. O'Neill, Partner

Dated: March 13, 2019

_Susan G. O'Neill_

Susan G. O'Neill

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## Exhibit A-23

**Horvitz & Levy LLP**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case<br>No. 19-30088 (DM) |
| **PG&E CORPORATION** | |
| **- and -** | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case)<br>(Jointly Administered) |
| **Debtors.** | **DECLARATION AND DISCLOSURE STATEMENT OF ROBERT H. WRIGHT, ON BEHALF OF HORVITZ & LEVY LLP** |

☐    Affects PG&E Corporation

☒    Affects Pacific Gas and Electric Company

☐    Affects both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

I, Robert H. Wright, hereby declare as follows:

1.       I am a Partner of Horvitz & Levy LLP, located at 3601 West Olive Avenue, 8th Floor, Burbank, California 91505 (the "**Firm**").

2.       PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide appellate litigation services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.       The Services include, but are not limited to, the following:

Representing the Debtors in appellate litigation and consulting on their behalf regarding appellate issues.

4.       The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not

perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5.  The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6.  Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7.  Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8.  As of the commencement of this chapter 11 case, the Debtors owed the Firm $65,000 in respect of prepetition services rendered to the Debtors.

9.  The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 7, 2019, at Burbank, California.

Robert H. Wright

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088  Doc# 1130-8  Filed: 03/29/19  Entered: 03/29/19 14:59:24  Page 21 of 35

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                              **Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
| ☐   Affects PG&E Corporation<br>☒   Affects Pacific Gas and Electric<br>      Company<br>☐   Affects both Debtors<br>*\* All papers shall be filed in the Lead Case,<br>No. 19-30088 (DM).* | |

        TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and

Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in

the above-captioned chapter 11 cases.

        All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as appropriate.

If more space is needed, please complete on a separate page and attach.

1.        Name and address of professional:

        Horvitz & Levy LLP

        3601 West Olive Avenue, 8th Floor

        Burbank, California  91505

2.        Date of retention:  January 1, 2019

3.        Type of services to be provided:

        Appellate litigation

4.        Brief description of services to be provided:

        Representing the Debtors in appellate litigation and consulting on their behalf regarding

         appellate issues

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

_____.

5. Arrangements for compensation (hourly, contingent, etc.):

Negotiated flat fees for appellate representation

(a) Average hourly rate (if applicable): Not applicable

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

Not applicable

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): _____

Not applicable

_____

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $65,000

Date claim arose: January 2019

Nature of claim: Negotiated flat fee for appellate representation

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name: Not applicable

Status: Not applicable

Amount of claim: $ Not applicable

Date claim arose: Not applicable

Nature of claim: Not applicable

_____

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

Not applicable

_____

_____

9.     Name and title of individual completing this form:

Robert H. Wright, Partner

Dated:  March  7, 2019

_____/s/ Robert H. Wright_____

Signature of Individual Completing Form

## Exhibit A-24

**Hunton Andrews Kurth LLP**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                          **Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF PAUL M. TIAO, ON BEHALF OF HUNTON ANDREWS KURTH LLP** |
|     Affects PG&E Corporation<br>    Affects Pacific Gas and Electric Company<br>x    Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I, Paul M. Tiao, hereby declare as follows:

1.      I am a partner of Hunton Andrews Kurth LLP (the "**Firm**") with multiple domestic and international offices, including at 2200 Pennsylvania Ave NW, Washington, D.C. 20037-1701.

2.      PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal advice concerning commercial transactions (non-EP and Non-Const.), corporate regulatory matters, privacy and security, SAFETY Act, and environmental litigation matters to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.      The Services include, but are not limited to, the following: advising on capital markets transactions and related due diligence, 1934 Act reporting requirements, other corporate regulatory filings, securitization of receivables, privacy and cybersecurity issues, SAFETY Act certification assessment and application, environmental litigation and other general corporate matters.

4.      The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings,

and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform the Services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $156,858 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 13, 2019, at 2200 Pennsylvania Ave NW, Washington, D.C. 20037-1701.

Paul M. Tiao

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | |
| - and - | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) (Jointly Administered) |
| **Debtors.** | **RETENTION QUESTIONNAIRE** |

|  | Affects PG&E Corporation |
|---|---|
|  | Affects Pacific Gas and Electric Company |
| x | Affects both Debtors |

*All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.  Name and address of professional:

    Hunton Andrews Kurth LLP

    2200 Pennsylvania Ave NW, Washington, D.C. 20037-1701

2.  Date of retention: January 1, 2019

3.  Type of services to be provided:

    Legal advice concerning commercial transactions (non-EP and Non-Const.), corporate regulatory matters, privacy and security, SAFETY Act, and environmental litigation matters

4.  Brief description of services to be provided: advising on capital markets transactions and related due diligence, 1934 Act reporting requirements, other corporate regulatory filings,

*Weil, Gotshal & Manges LLP*
*767 Fifth Avenue*
*New York, NY 10153-0119*

securitization of receivables, privacy and cybersecurity issues, SAFETY Act certification assessment and application, environmental litigation and other general corporate matters.

5.  Arrangements for compensation (hourly, contingent, etc.):

Hourly fees plus reimbursement for all related costs

(a)  Average hourly rate (if applicable):  $562 per hour (prior 12 months)

(b)  Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):  $87,570

(c)  Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable):  n/a

6.  Prepetition claims against the Debtors held by the company:

Amount of claim:  $156,858

Date claim arose:  Services were provided within 180 days prior to the petition date.

Nature of claim:  Fees for services

7.  Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:  n/a

8.  Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed: n/a

9.  Name and title of individual completing this form:

Paul M. Tiao, Partner

Dated:  March 13, 2019

_____

Paul M. Tiao

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## Exhibit A-25

**Hwang Law Group**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF ELIZABETH K. HWANG, ON BEHALF OF HWANG LAW GROUP** |
| ☐  Affects PG&E Corporation<br>☒  Affects Pacific Gas and Electric Company<br>☐  Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I, Elizabeth K. Hwang, hereby declare as follows:

1.     I am the managing partner of Hwang Law Group, located at 420 Kit Fox Court, Walnut Creek, California 94598 (the "**Firm**").

2.     PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide land/eminent domain legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.     The Services include, but are not limited to, the following:

Advising on, negotiating for, or filing eminent domain actions relating to the acquisition of property or property interests, including easements, necessary for projects to construct facilities and/or infrastructure for the provision of natural gas or electric services.

4.     The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5.    The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6.    Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7.    Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8.    As of the commencement of this chapter 11 case, the Debtors owed the Firm $13,930.00 in respect of prepetition services rendered to the Debtors.

9.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 5, 2019, at Walnut Creek, California.

_____
Elizabeth K. Hwang

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| **In re:** | Bankruptcy Case<br>No. 19-30088 (DM) |
| **PG&E CORPORATION** | |
| - and - | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case)<br>(Jointly Administered) |
| **Debtors.** | **RETENTION QUESTIONNAIRE** |

☐  Affects PG&E Corporation

☒  Affects Pacific Gas and Electric Company

☐  Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.    Name and address of professional:

Elizabeth K. Hwang

Hwang Law Group

420 Kit Fox Court

Walnut Creek, CA 94598

2.    Date of retention:  January 1, 2019

3.    Type of services to be provided:

land/eminent domain legal services

ORDINARY COURSE PROFESSIONAL
RETENTION QUESTIONNAIRE

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

4. Brief description of services to be provided:

Advising on, negotiating for, or filing eminent domain actions relating to the acquisition of property or property interests, including easements, necessary for projects to construct facilities and/or infrastructure for the provision of natural gas or electric services.

5. Arrangements for compensation (hourly, contingent, etc.):

$300 per hour plus reimbursement for all related costs

(a)     Average hourly rate (if applicable):  N/A

(b)     Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

$15,000.00

(c)     Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable):  N/A

6. Prepetition claims against the Debtors held by the company:

Amount of claim:  $13,930.00

Date claim arose:  N/A

Nature of claim:  For unpaid legal services rendered prepetition.

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name:  N/A

Status:  _____

Amount of claim:  $_____

Date claim arose:  _____

Nature of claim:  _____

_____

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

None.

ORDINARY COURSE PROFESSIONAL
RETENTION QUESTIONNAIRE

2

9.  Name and title of individual completing this form:

Elizabeth K. Hwang, Managing Partner


Dated:  March 5, 2019

*(signature)*

_____

Elizabeth K. Hwang

ORDINARY COURSE PROFESSIONAL
RETENTION QUESTIONNAIRE

3