**Exhibit A-26**

**Jackson Lewis P.C.**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                                                   Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF BREN K. THOMAS, ON BEHALF OF JACKSON LEWIS P.C.** |
|     Affects PG&E Corporation<br>X   Affects Pacific Gas and Electric Company<br>    Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I, Bren K. Thomas, hereby declare as follows:

1. I am an attorney with Jackson Lewis P.C., located at 200 Spectrum Center Drive, Irvine, California 92618 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following:
Counsel regarding various matters and litigation for employment and labor matters, including various employment related lawsuits.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not

perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $13,728.98 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 21, 2019, at Irvine, California.

Bren K. Thomas

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                          **Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
|      Affects PG&E Corporation<br>X   Affects Pacific Gas and Electric Company<br>     Affects both Debtors<br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

   Bren K. Thomas and Jessica B. Armijo at 200 Spectrum Center Drive, Irvine, CA, 92618

   Tyler Brown at 50 California Street, 9th Floor, San Francisco, CA, 94111

   _____

2. Date of retention: January 1, 2019_____

3. Type of services to be provided:

   Employment and labor litigation legal services and defense in employment related lawsuits.

   _____

ORDINARY COURSE PROFESSIONAL
RETENTION QUESTIONNAIRE

4. Brief description of services to be provided:

Management defense and counsel on litigation matters regarding employment matters, including defense of employment related lawsuits.

5. Arrangements for compensation (hourly, contingent, etc.):

Hourly rates.

(a) Average hourly rate (if applicable): $360/$270/$150 Partner/Associate/Paralegal rates.

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

$30,000

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): N/A

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $13,728.98

Date claim arose: January 29, 2019

Nature of claim: Prepetition services for legal fees and costs rendered to Debtors.

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name: N/A

Status:

Amount of claim: $

Date claim arose:

Nature of claim:

13. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

None.

14. Name and title of individual completing this form:

Bren K. Thomas, Attorney with Jackson Lewis P.C.

Dated: March 21, 2019

Bren K. Thomas

4822-6617-8441, v. 1

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

ORDINARY COURSE PROFESSIONAL
RETENTION QUESTIONNAIRE                         3

# Exhibit A-27

**Kronenberg Law, P.C.**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>\|x\| Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-3008 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF WILLIAM S. KRONENBERG, ON BEHALF OF KRONENBERG LAW PC** |

I, William S. Kronenberg, hereby declare as follows:

1. I am the sole proprietor of Kronenberg Law PC, located at One Kaiser Plaza, Suite 1675, Oakland, CA 94612 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned Chapter 11 cases, have requested that the Firm provide legal representation in the defense of civil litigation matters as legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The services include, but are not limited to, the following: The representation and defense of the Debtors from civil lawsuits brought against them as assigned to the Firm.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these Chapter 11 cases, for persons that are parties in interest in the Debtors' Chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be

- 1 -

claimants or employees of the Debtors, or other parties in interest in these Chapter 11 cases. The firm does not perform services for any such person in connection with these Chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors r their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this Chapter 11 case, the Debtors owed the Firm **$2,344.60** in respect to prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 7, 2019, at Oakland, California.

_____
William S. Kronenberg

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>|x| Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-3008 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned Chapter 11 cases.

All questions must be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.  Name and address of professional:

    William W. Kronenberg

    Kronenberg Law PC

    One Kaiser Plaza, Suite 1675, Oakland, CA 94612

2.  Date of retention: January 1, 2019

1

ORDINARY COURSE PROFESSIONAL
RETENTION QUESTIONNAIRE

3. Type of services to be provided:

   To serve as litigation defense counsel.

4. Brief description of services to be provided:

   Legal representation in the defense of civil litigation matters as legal services to the Debtors.

5. Arrangements for compensation (hourly, contingent, etc.):

   $375 per hour for William Kronenberg, $240 per hour for associates, $140 per hour for paralegals, plus reimbursement for all related costs.

   (a) Average hourly rate (if applicable): __N/A__

   (b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

   __$10,000__

   (c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): _____

   __N/A__

6. Prepetition claims against the Debtors held by the company:

   Amount of claim: $2,344.60

   Date claim arose: January 28, 2019

   Nature of claim: Billing for services rendered between January 1, 2019 and January 28, 2019.

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

   Name: __N/A__

   Status: __N/A__

   Amount of claim: __N/A__

2

ORDINARY COURSE PROFESSIONAL
RETENTION QUESTIONNAIRE

Date claim arose:   N/A

Nature of claim:   N/A

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

   .   None

9. Name and title of individual completing this form:

   .   William S. Kronenberg, Sole Proprietor and President of Kronenberg Law PC.

Dated: March 7, 2019

William S. Kronenberg
Signature of Individual Completing Form