**Exhibit A-28**

**Lambert Law**

Case: 19-30088    Doc# 1130-10    Filed: 03/29/19    Entered: 03/29/19 14:59:24    Page 1 of 23

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION**

- and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

Bankruptcy Case
No. 19-30088 (DM)

Chapter 11

(Lead Case)
(Jointly Administered)

**DECLARATION AND DISCLOSURE STATEMENT OF JO LYNN LAMBERT, ON BEHALF OF LAMBERT LAW**

☐ Affects PG&E Corporation

☒ Affects Pacific Gas and Electric Company

☐ Affects both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

I, Jo Lynn Lambert, hereby declare as follows:

1.  I am the sole proprietor of Lambert Law, located at 300 East State Street, Suite 600, Redlands, CA 92373 (the "**Firm**").

2.  PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.  The Services include, but are not limited to, the following:

providing legal advice and representing PG&E on General Order 131-D, CEQA, land-use, and natural resource permitting matters.

4.  The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not

perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5.    The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6.    Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7.    Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8.    As of the commencement of this chapter 11 case, the Debtors owed the Firm no money in respect of prepetition services rendered to the Debtors.

9.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 5, 2019, at Redlands, California.

_____
Jo Lynn Lambert

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

ORDINARY COURSE PROFESSIONAL
DECLARATION AND DISCLOSURE STATEMENT

2

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | |
| - and - | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) (Jointly Administered) |
| **Debtors.** | **RETENTION QUESTIONNAIRE** |

☐ Affects PG&E Corporation

☒ Affects Pacific Gas and Electric Company

☐ Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.   Name and address of professional:

Jo Lynn Lambert

Lambert Law

300 East State Street, Suite 600

Redlands, CA 92373

2.   Date of retention:  January 1, 2019

3.   Type of services to be provided:

Legal permitting advice and representation

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

4.      Brief description of services to be provided:

Providing legal advice and representing PG&E on General Order 131-D, CEQA, land-use, and natural resource permitting matters.

5.      Arrangements for compensation (hourly, contingent, etc.):

$350 per hour plus reimbursement for project-related costs including, but not limited to, experts, witnesses, contractors, and/or consultants used in the ordinary course of my representation on PG&E matters

(a)      Average hourly rate (if applicable): N/A

(b)      Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

$40,000 - $50,000

(c)      Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): N/A

6.      Prepetition claims against the Debtors held by the company:

Amount of claim: N/A

Date claim arose: N/A

Nature of claim: N/A

7.      Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name: N/A

Status: N/A

Amount of claim: N/A

Date claim arose: N/A

Nature of claim: N/A

8.      Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

None

9.    Name and title of individual completing this form:

Jo Lynn Lambert, Attorney and Sole Proprietor

Dated: March 5, 2019

_____
Signature of Individual Completing Form

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDINARY COURSE PROFESSIONAL
RETENTION QUESTIONNAIRE

3

**Exhibit A-29**

**Latham & Watkins LLP**

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** |  |
| - and - | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) (Jointly Administered) |
| **Debtors.** |  |
|  | **DECLARATION AND DISCLOSURE STATEMENT OF ROBERT W. PERRIN ON BEHALF OF LATHAM & WATKINS LLP** |
| ☐ Affects PG&E Corporation |  |
| ☐ Affects Pacific Gas and Electric Company |  |
| ✓ Affects both Debtors |  |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* |  |

I, Robert W. Perrin, hereby declare as follows:

1.    I am a partner of Latham & Watkins LLP, located at 355 South Grand Avenue, Suite 100, Los Angeles, CA 90071 (the "**Firm**").

2.    PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.    The Services include, but are not limited to, the following:  Advising and representing the Debtors in connection with securities class action and shareholder derivative litigation, and related matters, concerning the Northern California wildfires and San Bruno accident; advising the Debtors in connection with various environmental matters.

4.    The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases.  As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases, except with the Debtors' express written consent, and as to the matters listed in Exhibit A hereto. The Firm does not have any relationship with any person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $25,946.00 in billed services and $79,092.00 in unbilled services with respect to prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 22, 2019, at Los Angeles, California.

Robert W. Perrin

ORDINARY COURSE PROFESSIONAL
DECLARATION AND DISCLOSURE STATEMENT

2

## Exhibit A

1. Representation of Pembina Pipeline Corporation and affiliates as shareholders in Ruby Pipeline, LLC, in connection with two transportation services agreements with Debtors

2. Representation of Avenue Investments, L.P. and affiliates in connection with power purchase agreements with Debtors

3. Representation of Vistra Energy Corporation in connection with power purchase agreements with Debtors

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |

☐　Affects PG&E Corporation

☐　Affects Pacific Gas and Electric Company

✓　Affects both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation

("**PG&E**") and Pacific Gas and Electric Company, as debtors and debtors in possession (together,

the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as appropriate.

If more space is needed, please complete on a separate page and attach.

1.　Name and address of professional:

LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA  90071

2.　Date of retention:  January 1, 2019 (in continuation of pre-petition services)

3.　Type of services to be provided: Legal services

4.　Brief description of services to be provided:  Advising and representing the Debtors in connection with securities class action and shareholder derivative litigation, and related matters, concerning the Northern California wildfires and San Bruno accident; advising the Debtors in connection with various environmental matters.

5.　Arrangements for compensation (hourly, contingent, etc.):  Hourly

(a)     Average hourly rate (if applicable):  N/A

(b)     Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):  $100,000.00

(c)     Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable):  The Debtors have directors and officers insurance coverage that may provide reimbursement to the Debtors of our fees in connection with various covered matters.

6.     Prepetition claims against the Debtors held by the company:

Amount of claim:  $105,038.00

Date claim arose:  December 1, 2018 - January 28, 2019

Nature of claim:  Fees for legal services

7.     Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

- Partner:  owner of 207 shares of PG&E stock
- Partner spouse:  owner of 140 shares of PG&E stock
- Partner spouse:  owner of 5 shares of PG&E stock
- Counsel (former PG&E employee):  owner of 14,291 shares of PG&E stock; beneficiary/claimant regarding Supplemental Executive Retirement Plan; beneficiary regarding Long-Term Incentive Plan; participant/beneficiary of pension plan

8.     Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

N/A

9.     Name and title of individual completing this form:

Robert W. Perrin, Partner

Dated:  March 22, 2019

Robert W. Perrin

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

ORDINARY COURSE PROFESSIONAL
RETENTION QUESTIONNAIRE

**Exhibit A-30**

**Law Offices of J. Drew Page**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION**

- and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

Bankruptcy Case
No. 19-30088 (DM)

Chapter 11

(Lead Case)
(Jointly Administered)

**DECLARATION AND DISCLOSURE STATEMENT OF** J. Drew Page **, ON BEHALF OF** Law Offices of J. Drew Page

☐   Affects PG&E Corporation

☒   Affects Pacific Gas and Electric Company

☐   Affects both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

I, J. Drew Page , hereby declare as follows:

1.   I am a Sole Proprietor of Law Offices of J. Drew Page , located at 11622 El Camino Real, Suite 100, San Diego, CA 92130 (the "**Firm**").

2.   PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide Environmental Legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.   The Services include, but are not limited to, the following: Assisting with remediation, regulatory compliance, and legal claims pertaining to contaminated properties.

4.   The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

ORDINARY COURSE PROFESSIONAL
DECLARATION AND DISCLOSURE STATEMENT

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $ 12,251.50  in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on  March 5  , 2019, at San Diego, CA  .

Declarant Name

ORDINARY COURSE PROFESSIONAL
DECLARATION AND DISCLOSURE STATEMENT

2

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**In re:**

**PG&E CORPORATION**

**- and -**

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

Bankruptcy Case
No. 19-30088 (DM)

Chapter 11

(Lead Case)
(Jointly Administered)

**RETENTION QUESTIONNAIRE**

☐    Affects PG&E Corporation

☒    Affects Pacific Gas and Electric Company

☐    Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.    Name and address of professional:

    J. Drew Page

    Law Offices of J. Drew Page

    11622 El Camino Real, Suite 100, San Diego, CA 92130

2.    Date of retention: January 1, 2019

3.    Type of services to be provided:

    Environmental Legal Services

4.    Brief description of services to be provided:

    Assisting with remediation, regulatory compliance, and legal claims pertaining to contaminated properties.

ORDINARY COURSE PROFESSIONAL
RETENTION QUESTIONNAIRE

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

5. Arrangements for compensation (hourly, contingent, etc.):

$535 per hour plus reimbursement of expenses.

_____

(a) Average hourly rate (if applicable): __N/A_____

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

____$20,000.00_____

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): _____

____Not Applicable_____

_____

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $ 12,251.50_____

Date claim arose: _N/A_____

Nature of claim: __Prepetition services provided to Debtors._____

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name: N/A_____

Status: _____

Amount of claim: $_____

Date claim arose: _____

Nature of claim: _____

_____

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

_____none_____

_____

_____

ORDINARY COURSE PROFESSIONAL                                    2
RETENTION QUESTIONNAIRE

9. Name and title of individual completing this form:

J. Drew Page, Sole Proprietor

Dated: March 5, ____, 2019

_Signature of Individual Completing Form_

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088    Doc# 1130-10    Filed: 03/29/19    Entered: 03/29/19 14:59:24    Page
18 of 23

## Exhibit A-31

**Law Offices of Jennie L. Lee**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                       **Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF Jennie Lee, ON BEHALF OF Law Offices of Jennie L. Lee** |
| ☐    Affects PG&E Corporation<br>☒    Affects Pacific Gas and Electric Company<br>☐    Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I, Jennie Lee, hereby declare as follows:

1.      I am a sole proprietor of Law Offices of Jennie L. Lee, located at 10 Corte Azul, Moraga, CA 94556 (the "**Firm**").

2.      PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.      The Services include, but are not limited to, the following:

HR workplace investigations, employment law counseling; labor matters and immigration.

4.      The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm

does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5.      The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6.      Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7.      Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8.      As of the commencement of this chapter 11 case, the Debtors owed the Firm $60,704.66 in respect of prepetition services rendered to the Debtors.

9.      The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 6, 2019, at Moraga, CA.

Jennie L. Lee

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

ORDINARY COURSE PROFESSIONAL                           2
DECLARATION AND DISCLOSURE STATEMENT

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>     **- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>              **Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |

☐    Affects PG&E Corporation

☒    Affects Pacific Gas and Electric Company

☐    Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

     TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

     All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.     Name and address of professional:

     Jennie L. Lee

     Law Offices of Jennie L. Lee

     10 Corte Azul

     Moraga, CA  94556

2.     Date of retention:  January 1, 2019

3.     Type of services to be provided:

     legal

4.     Brief description of services to be provided:

     HR workplace investigations, employment law counseling; labor matters and immigration

Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153-0119

5.     Arrangements for compensation (hourly, contingent, etc.):

$250/hour plus reimbursement for all related costs

(a)     Average hourly rate (if applicable):  N/A

(b)     Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

$40,000

(c)     Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable):  N/A

6.     Prepetition claims against the Debtors held by the company:

Amount of claim:  $60,704.66

Date claim arose:  N/A

Nature of claim:  Fees and costs for professional legal services.

7.     Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name:  Jennie Lee

Status:  Sole Proprietor

Amount of claim: $60,704.66

Date claim arose:  N/A

Nature of claim:  Fees for professional legal services.

8.     Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

N/A

9.     Name and title of individual completing this form:

Jennie L. Lee, Sole Proprietor


Date:  March 6, 2019

_____

Jennie L. Lee

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119