## Exhibit A-32

Law Offices of Jennifer L. Dodge Inc.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>\* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF JENNIFER L. DODGE, ON BEHALF OF LAW OFFICES OF JENNIFER L. DODGE INC.** |

I, Jennifer L. Dodge hereby declare as follows:

1. I am the owner and Chief Executive Officer of Law Offices of Jennifer L. Dodge Inc., located at 2512 Artesia Boulevard, Suite 300D, Redondo Beach, California 90278 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned Chapter 11 cases, have requested that the Firm provide legal services to Debtors by representing Debtors in various litigation matters, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following: legal representation of Debtors in various litigation matters.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these Chapter 11 cases, for persons that are parties in interest in the Debtors' Chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these Chapter 11 cases. The Firm does not perform services for any such person in connection with these Chapter 11 cases. In addition, the Firm

does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this Chapter 11 case, the Debtors owed the Firm $3,727.50 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 5, 2019, at Redondo Beach, California.

_____
Jennifer L. Dodge

ORDINARY COURSE PROFESSIONAL          2
DECLARATION AND DISCLOSURE STATEMENT

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☒ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned Chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

   Jennifer L. Dodge

   Law Offices of Jennifer L. Dodge Inc.

   2512 Artesia Boulevard, Suite 300D

   Redondo Beach, CA 90278

   (310) 372-3344

   jdodgelaw@jenniferdodgelaw.com

2. Date of retention: January 1, 2019.

3. Type of services to be provided:

   Legal representation of Debtors as counsel in litigation matters.

ORDINARY COURSE PROFESSIONAL

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

4. Brief description of services to be provided:

The firm has provided and continues to provide legal services to Debtors in representation as counsel in various litigation matters, primarily involving the defense of serious bodily injury/death cases, as well as commercial litigation matters.

5. Arrangements for compensation (hourly, contingent, etc.):

The firm bills on an hourly basis and is reimbursed for actual costs expended on behalf of Debtors regarding litigation matters.

(a) Average hourly rate (if applicable): $175.

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): $10,000-$15,000.

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): N/A.

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $3,727.50

Date claim arose: 1/22/2019 ($1,277.50) and 2/25/2019 ($2,450).

Nature of claim: Invoices for legal services performed on behalf of Debtors in various litigation matters.

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company: None.

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed: None.

9. Name and title of individual completing this form: Jennifer L. Dodge, Owner/CEO, Law Offices of Jennifer L. Dodge Inc.

Dated: March 5, 2019

_____
Jennifer L. Dodge

<u>**Exhibit A-33**</u>

**Law Offices of Kollitz & Kollitz, LLP**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF RONALD R. KOLLITZ, ON BEHALF OF LAW OFFICES OF KOLLITZ & KOLLITZ, LLP** |

I, Ronald R. Kollitz, Esq. , hereby declare as follows:

1. I am a partner of Law Offices of Kollitz & Kollitz, LLP, located at 150 S Los Robles Avenue, Suite 920, Pasadena, CA 91101 (the "**Firm**")

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide Legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following:
Legal defense and and services related in Workers' Compensation cases filed against P G & E.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm

does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $8,354.70 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 12, 2019, at Pasadena, CA.

RONALD R. KOLLITZ

DECLARATION AND DISCLOSURE STATEMENT
2

Case: 19-30088    Doc# 1130-11    Filed: 03/29/19    Entered: 03/29/19 14:59:24    Page 8 of 17

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

    Law Offices of Kollitz & Kollitz, LLP

    150 S Los Robles Avenue. Suite 920

    Pasadena, CA 91101

2. Date of retention: January 1, 2019

3. Type of services to be provided:

    Legal Services – Defense workers' compensation claims filed against Pacific Gas & Electric ("PG&E") by employers of PG&E.

4. Brief description of services to be provided:

Legal defense of workers' compenstion claims filed by PG&E employees and recovery of benefits on behalf of PG&E paid where the employee's injury is the result of negligence of a third party.

5. Arrangements for compensation (hourly, contingent, etc.):

hourly

(a) Average hourly rate (if applicable): $150.00

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

$12,000.00

(c) Disclose the nature of any compensation arrangement whereby this reimbursed by a third party for services provided to the Debtors (if applicable): Not applicable, however in such occurrence attorney's fees would be paid to PG&E.

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $ 8,354.70

Date claim arose: 1/1/19-1/28/19

Nature of claim  Legal Services

7. Prepetition claims against the Debtors held individually by any member, associate, employee of the company:  None

Name: _____

Status: _____

Amount of claim: $ _____

Date claim arose: _____

Nature of claim: _____

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

None

9. Name and title of individual completing this form:

Ronald R. Kollitz

Dated: March 12, 2019

*[signature]*

Signature of Individual Completing Form

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**Exhibit A-34**

**Law Offices of Lindsey How-Downing**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>        Debtors.<br><br>☐  Affects PG&E Corporation<br>☒  Affects Pacific Gas and Electric Company<br>☐  Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF LINDSEY HOW-DOWNING, ON BEHALF OF LAW OFFICES OF LINDSEY HOW-DOWNING** |

I, Lindsey How-Downing hereby declare as follows:

1. I am the sole proprietor of Law Offices of Lindsey How-Downing, located at 3060 El Cerrito Plaza #175, El Cerrito, CA 94530 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide energy regulatory legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following:

Provide advice and counsel to Pacific Gas and Electric Company with respect to energy regulatory law and proceedings before the California Public Utilities Commission, including the Nuclear Decommissioning Cost Triennial Proceedings.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or

ORDINARY COURSE PROFESSIONAL
DECLARATION AND DISCLOSURE STATEMENT

employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $29,319.00 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 4 2019, at Contra Costa County, California.

Lindsey How-Downin

ORDINARY COURSE PROFESSIONAL
DECLARATION AND DISCLOSURE STATEMENT

2

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
| ☐ Affects PG&E Corporation<br>X Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

   Lindsey How-Downing

   Law Offices of Lindsey How-Downing

   3060 El Cerrito Plaza #175

   El Cerrito, CA 94530

2. Date of retention: January 1, 2019

3. Type of services to be provided:

   Energy Regulatory legal services

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

4. Brief description of services to be provided:

Provide advice and counsel to Pacific Gas and Electric Company with respect to energy regulatory law and proceedings before the California Public Utilities Commission, including the Nuclear Decommissioning Cost Triennial Proceedings.

5. Arrangements for compensation (hourly, contingent, etc.):

Hourly  $350/hour

   (a)    Average hourly rate (if applicable):   N/A

   (b)    Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

$17,000.00

   (c)    Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): None

6. Prepetition claims against the Debtors held by the company:

Amount of claim:  $29,319.00

Date claim arose: .N/A

Nature of claim: Reimbursement for legal services rendered in November and December 2018 and January 2019

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name:  None

Status:  __N/A_____

Amount of claim: $_____

Date claim arose:  _____

Nature of claim:  _____

_____

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

None.

9. Name and title of individual completing this form:

Lindsey How-Downing, Sole Proprietor

Dated: March 4, 2019

*[signature: Lindsey How-Downing]*

Signature of Individual Completing Form

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

ORDINARY COURSE PROFESSIONAL RETENTION QUESTIONNAIRE

3