**<u>Exhibit A-35</u>**

**Law Offices of Lucinda L. Storm, Esq.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| **In re:**<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered) |
| --- | --- |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors. | **DECLARATION AND DISCLOSURE STATEMENT OF LUCINDA L. STORM, ESQ., ON BEHALF OF LAW OFFICES OF LUCINDA L. STORM, ESQ.** |

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

I, Lucinda L. Storm, hereby declare as follows:

1. I am the Principal of Law Offices of Lucinda L. Storm, Esq., located at 720 Lombard Street, San Francisco, CA 94133 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide Personal Injury and Property Damage legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following: Litigation and related legal services.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's

Case: 19-30088 Doc# 1130-12 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 2 of 39

accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $ 82,867.46, in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 5, 2019, at San Francisco.

Lucinda L. Storm

LUCINDA L. STORM

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-12 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 3 of 39

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors. | |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

   Lucinda L. Storm

   Law Offices of Lucinda L. Storm, Esq., 720 Lombard Street, San Francisco, CA 94133

2. Date of retention: January 1, 2019

3. Type of services to be provided:

   Litigation and related legal services.

4. Brief description of services to be provided:

   Personal Injury, Asbestos; Property Damage (Car Pole & Dig-In) prosecution and defense, Investigation, Third Party Subpoena Response and related services.

5. Arrangements for compensation (hourly, contingent, etc.): Flat fee, contingency and hourly.

   (a) Average hourly rate (if applicable): $325.00

Case: 19-30088 Doc# 1130-12 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 4 of 39

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

$45,000.00

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): N/A

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $ 82,867.46

Date claim arose: 2018

Nature of claim: Unpaid legal services and related costs in respect of prepetition services rendered to the Debtors

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company: N/A

Name: ______________________________

Status: ______________________________

Amount of claim: $______________________________

Date claim arose: ______________________________

Nature of claim: ______________________________

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed: N/A

9. Name and title of individual completing this form:

Lucinda L. Storm, Esq. - Owner

Dated : March 5, 2019

______________________________

Signature of Individual Completing Form

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

**Exhibit A-36**

**Law Office of Mario A. Moya**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.** | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **DECLARATION AND DISCLOSURE STATEMENT OF MARIO A. MOYA, ON BEHALF OF THE LAW OFFICE OF MARIO A. MOYA** |

I, Mario A. Moya, hereby declare as follows:

1. I am the owner of the Law Office of Mario A. Moya d/b/a the Moya Law Firm, which is located at 1300 Clay St., Suite 600, Oakland, California 94612 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following: representation in personal injury and/or property damage matters.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm

Case: 19-30088 Doc# 1130-12 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 7 of 39

does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Firm had not invoiced Debtors for work performed during Jan. 2019 and has decided to waive all fees for any prepetition services rendered to the Debtors in Jan. 2019. The undersigned law firm waives any right to recover any claims against the Debtors' estates for un-invoiced and unpaid billable time in January 2019 during the pre-petition period. This Firm will not be a pre-petition claimant.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 6, 2019, at Oakland, California.

Mario A. Moya

Case: 19-30088 Doc# 1130-12 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 8 of 39

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

**Mario A. Moya, Esq.**
**Law Office of Mario A. Moya dba Moya Law Firm**
**1300 Clay St., Suite 600**
**Oakland, CA 94612**

2. Date of retention: **January 1, 2019**

3. Type of services to be provided:

__ **General litigation services; personal injury defense** __

4. Brief description of services to be provided:

__ **Representation in personal injury and/or property damage matters** __

5. Arrangements for compensation (hourly, contingent, etc.): hourly

(a) Average hourly rate (if applicable): **$325/hr, plus reimbursements for all related costs [discounted rate for PG&E]**

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): **$ 25,000**

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): __**None; not applicable** __

6. Prepetition claims against the Debtors held by the company:

Amount of claim: _**None (all un-invoiced prepetition fees & costs for Jan. 2019 are waived)**

Date claim arose: ______

Nature of claim: ______

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name: __**None** ______

Status: ______

Amount of claim: $______

Date claim arose: ______

Nature of claim: ______

______

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

__**None**______

______

______

//

9. Name and title of individual completing this form:

**Mario A. Moya, Sole Proprietor**

Dated: March 6, 2019

[signature]

Mario A. Moya

**<u>Exhibit A-37</u>**

**Law Offices of Martha J. Simon**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| **In re:**<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.** | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF MARTHA J. SIMON, ON BEHALF OF THE LAW OFFICES OF MTHA J. SIMON** |
|---|---|
| ☐ Affects PG&E Corporation<br>**X** Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I, Martha J. Simon, hereby declare as follows:

1. I am the sole proprietor of The Law Offices of Martha J. Simon, located at 22 Battery St., Suite 888, San Francisco CA 94111 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following:

Creditor representation in consumer and business bankruptcy proceedings.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-12 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 13 of 39

does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $9,278.00 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 8, 2019, at San Francisco, CA.

/s/ Martha J. Simon
Martha J. Simon

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-12 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 14 of 39

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| **In re:**<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
|---|---|
| ☐ Affects PG&E Corporation<br>**X** Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:
   Martha J. Simon
   The Law Offices of Martha J. Simon
   22 Battery St., Suite 888
   San Francisco CA 94111

2. Date of retention: January 1, 2019

3. Type of services to be provided: creditor bankruptcy services in consumer and business bankruptcy proceedings

4. Brief description of services to be provided:

   Requests for additional adequate assurance, motions for relief from stay, objections to plans, preference defense, and related issues

5. Arrangements for compensation (hourly, contingent, etc.): hourly

(a) Average hourly rate (if applicable): $340/hr.

b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): $5,000/month

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): NONE

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $9,278

Date claim arose: December 2018 – January 29, 2019

Nature of claim: pre-petition legal fees

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company: NONE

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed: NONE

9. Name and title of individual completing this form: Martha J. Simon

Dated: March 8, 2019

/s/ Martha J. Simon
Martha J. Simon

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-12 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 16 of 39

**Exhibit A-38**

**Law Offices of Michael L. Gallo**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| In re:<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF MICHAEL L. GALLO, ON BEHALF OF LAW OFFICES OF MICHAEL L. GALLO** |
|---|---|

I, Michael L. Gallo, hereby declare as follows:

1. I am a sole proprietor of Law Offices of Michael L. Gallo, located at 417 Village Dr., El Cerrito, CA 94530 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following:

- Assist with the preparation and litigation of PG&E's 2020 General Rate Case, including opening and rebuttal testimony, promulgating and responding to discovery requests, hearing preparation, and briefing as necessary.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or

Case: 19-30088 Doc# 1130-12 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 18 of 39

employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $20,817.50 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 6, 2019, at San Francisco, California.

Declarant Name

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-12 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 19 of 39

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>**- and -**<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.** | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br>**RETENTION QUESTIONNAIRE** |
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

   Michael L. Gallo/Law Offices of Michael L. Gallo

   417 Village Drive

   El Cerrito, CA 94530

2. Date of retention: January 1, 2019.

3. Type of services to be provided:

   Legal services.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-12 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 20 of 39

4. Brief description of services to be provided:

Assist with the preparation and litigation of PG&E's 2020 General Rate Case, including opening and rebuttal testimony, promulgating and responding to discovery requests, hearing preparation, and briefing as necessary.

5. Arrangements for compensation (hourly, contingent, etc.): Hourly.

(a) Average hourly rate (if applicable): $275.

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): $30,000.

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): Not applicable.

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $20,817.

Date claim arose: Not applicable.

Nature of claim: Unpaid invoices for legal services for December 2018 and January 2019 (through 1/28/19).

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name: Michael Gallo

Status: Sole Proprietor

Amount of claim: $20,817

Date claim arose: Not applicable

Nature of claim: Unpaid invoices for legal services for December 2018 and January 2019 (through 1/28/19).

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed: Not applicable.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

9. Name and title of individual completing this form:

Michael L. Gallo, sole proprietor and Law Offices of Michael L. Gallo

Dated: March 6, 2019

Signature of Individual Completing Form

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-12 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 22 of 39

**<u>Exhibit A-39</u>**

**Law Offices of Tamara Gabel**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered) |
| ☐ Affects PG&E Corporation<br>X Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **DECLARATION AND DISCLOSURE STATEMENT OF TAMARA GABEL, ON BEHALF OF TAMARA J. GABEL** |

I, Tamara Gabel, hereby declare as follows:

1. I, Tamara Gabel am an attorney at law, owner, and sole practitioner at the Law Offices of Tamara Gabel, located at 50 W. San Fernando St., Suite 1309, San Jose, California 95113 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following:

Advising regarding legal and regulatory matters associated with the environmental condition of certain properties owned by Debtor.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or

Case: 19-30088 Doc# 1130-12 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 24 of 39

employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm, other than is required by law, in particular relating community property.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm one thousand, one hundred twenty-two dollars ($1,122.00) in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 6, 2019, at Woodside, San Mateo County, California.

Tamara J. Gabel

Tamara J. Gabel

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-12 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 25 of 39

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.** | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
| ☐ Affects PG&E Corporation<br>X Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

   Tamara Gabel, Attorney at Law

   Law Offices of Tamara Gabel

   50 W. San Fernando St., Suite 1309

   San Jose, California

2. Date of retention: January 1, 2019

3. Type of services to be provided:

   Legal services

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-12 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 26 of 39

4. Brief description of services to be provided:

Include but are not limited to advising regarding legal and regulatory matters associated with the environmental condition of certain properties owned by Debtor.

5. Arrangements for compensation (hourly, contingent, etc.):

Hourly, cost if approved

(a) Average hourly rate (if applicable): presently $330.00

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

Five thousand dollars ($5,000.00)

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): Not applicable

6. Prepetition claims against the Debtors held by the company (prepetition claims identified in 6. and 7. are one in the same claim):

Amount of claim: $1,122.00

Date claim arose: February 4, 2019

Nature of claim: Notified by bank that Debtor's check dated 1/22/19, paying for legal services rendered in 12/18 would not clear

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name: Tamara Gabel

Status: Solo Practitioner, Owner Law Offices of Tamara Gabel, Tamara Gabel Attorney at Law

Amount of claim: $1,122.00

Date claim arose: February 4, 2019

Nature of claim: Notified by bank that Debtor's check dated 1/22/19, paying for legal services rendered in 12/18 would not clear

///

///

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-12 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 27 of 39

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

None known

9. Name and title of individual completing this form:

Tamara Gabel, Attorney at Law

Dated: March 6, 2019

[signature]

Case: 19-30088 Doc# 1130-12 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 28 of 39

**Exhibit A-40**

**Lee Law Offices**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| In re:<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>X Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF KENYON MARK LEE, ON BEHALF OF LEE LAW OFFICES** |
|---|---|

I, Kenyon Mark Lee, hereby declare as follows:

1. I am a Partner in Lee Law Offices, located at 1700 South El Camino Real, Suite 450, San Mateo, CA 94402 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following: Litigation of land rights affecting Debtors' facilities.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition,

Case: 19-30088 Doc# 1130-12 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 30 of 39

the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $18,436.23 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 8, 2019, at San Mateo, California.

Kenyon Mark Lee

Case: 19-30088 Doc# 1130-12 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 31 of 39

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.** | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
| ☐ Affects PG&E Corporation<br>X Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

   Kenyon Mark Lee

   1700 South El Camino Real, Suite 450

   San Mateo, CA 94402

2. Date of retention: January 1, 2019

3. Type of services to be provided:

   Litigation legal services

4. Brief description of services to be provided:

   We represent Debtors in disputes over land rights affecting Debtors' facilities, such as easements, licenses, franchise rights, encroachments, as well as, relocation cost allocation

Case: 19-30088 Doc# 1130-12 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 32 of 39

disputes. Issues presented include access rights to facilities, scope of easement rights, and claims of damages to Debtors' or property - owner's property.

5. Arrangements for compensation (hourly, contingent, etc.):

$290 per hours plus reimbursement for all related costs

(a) Average hourly rate (if applicable): N/A

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): $10,000

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): N/A

6. Prepetition claims against the Debtors held by the company:

Amount of claim: 18,436.23

Date claim arose: November 2018 through January 29, 2019

Nature of claim: for services rendered between October 2018 and January 29, 2019.

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name: N/A

Status: N/A

Amount of claim: N/A

Date claim arose: N/A

Nature of claim: N/A

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

None

9. Name and title of individual completing this form: Kenyon Mark Lee, Partner

Dated: March 8, 2019

Kenyon Mark Lee

Case: 19-30088 Doc# 1130-12 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 33 of 39

**<u>Exhibit A-41</u>**

**LimNexus, LLP**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| In re:<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered) |
|---|---|
| ☐ Affects PG&E Corporation<br>☑ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **DECLARATION AND DISCLOSURE STATEMENT OF ARNOLD BARBA, ON BEHALF OF LIM NEXUS LLP** |

I, Arnold Barba, hereby declare as follows:

1. I am a partner in the law firm of LimNexus, LLP, located at 707 Wilshire Boulevard, 46th Floor Los Angeles, CA 90017 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following: Representation of Pacific Gas and Electric Company in the defense of personal injury and property damage litigation matters, as well as the prosecution of related cross-claims against relevant parties and third parties in such matters.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-12 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 35 of 39

employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $76,615.12 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 6, 2019, at Los Angeles, California.

Arnold Barba

Case: 19-30088 Doc# 1130-12 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 36 of 39

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.** | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
| ☐ Affects PG&E Corporation<br>☑ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

   Arnold Barba, LimNexus, LLP

   707 Wilshire Boulevard, 46th Floor Los Angeles, CA 90017

2. Date of retention: January 1, 2019

3. Type of services to be provided:

   Legal representation in litigation matters

Case: 19-30088 Doc# 1130-12 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 37 of 39

4. Brief description of services to be provided:

Representation of Pacific Gas and Electric Company in the defense of personal injury and property damage litigation matters, as well as the prosecution of related cross-claims against relevant parties and third parties in such matters

5. Arrangements for compensation (hourly, contingent, etc.):

Hourly rates ($400-$140) approved by Pacific Gas and Electric Company for time incurred by LimNexus, LLP's legal professionals to render legal services, plus reimbursement of expenses approved for reimbursement by Pacific Gas and Electric Company

(a) Average hourly rate (if applicable): $342.50 per hour

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

$55,000.00

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable):

N/A

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $76,615.12

Date claim arose: N/A

Nature of claim: Amounts due and payable for professional legal services rendered and reimbursable expenditures incurred in representation of Pacific Gas and Electric Company in litigation matters

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name: N/A

Status: N/A

Amount of claim: $ N/A

Date claim arose: N/A

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-12 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 38 of 39

Nature of claim: N/A

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

None

9. Name and title of individual completing this form:

Arnold Barba, Partner

Dated: March 6, 2019

Signature of Individual Completing Form

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-12 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 39 of 39