# Exhibit A-42

**McClellan & Corren**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | |
| **- and -** | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) (Jointly Administered) |
| **Debtors.** | **DECLARATION AND DISCLOSURE STATEMENT OF Regina McClellan, ON BEHALF OF McClellan & Corren** |
| ☐   Affects PG&E Corporation | |
| ☒   Affects Pacific Gas and Electric Company | |
| ☐   Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I, _Regina McClellan_, hereby declare as follows:

1.     I am a _Partner_ of _McClellan & Corren_, located at 395 Oyster Point Blvd, Suite 218, South San Francisco, CA 94080 (the "**Firm**").

2.     PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide _____ legal _____ services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.     The Services include, but are not limited to, the following:

_____ Employment & Labor Matters.

_____.

4.     The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or

ORDINARY COURSE PROFESSIONAL
DECLARATION AND DISCLOSURE STATEMENT

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $31,712.30 in respect of prepetition services rendered to the Debtors.

8. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on ___March 6___, 2019, at ___South San Francisco___

_____
Regina McClellan

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case |
| **PG&E CORPORATION** | No. 19-30088 (DM) |
| - and - | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) (Jointly Administered) |
| **Debtors.** | **RETENTION QUESTIONNAIRE** |

☐     Affects PG&E Corporation

☒     Affects Pacific Gas and Electric Company

☐     Affects both Debtors

\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and

Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in

the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate.

If more space is needed, please complete on a separate page and attach.

1.     Name and address of professional:

       McClellan & Corren

       395 Oyster Point Blvd., Suite 218

       South San Francisco, CA 94080

2.     Date of retention:    1/1/19

3.     Type of services to be provided:

       Legal services

4.     Brief description of services to be provided: Defense of workers' compensation, subrogation

       and other related matters including 132 and S&W.

ORDINARY COURSE PROFESSIONAL
RETENTION QUESTIONNAIRE

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

5.     Arrangements for compensation (hourly, contingent, etc.):

       __hourly__

       (a)     Average hourly rate (if applicable): ___$150_ plus reimbursement for all related costs___

       (b)     Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): $30,000.00

       (c)     Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): __None__

6.     Prepetition claims against the Debtors held by the company:

       Amount of claim: $ 31,712.30

       Date claim arose: 1/1/19 to 1/29/19

       Nature of claim: __legal services__

7.     Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

       Name: _____ N/A

       Status: _____ N/A

       Amount of claim: $_____ N/A

       Date claim arose: _____ N/A

       Nature of claim: _____ N/A

8.     Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

       None

ORDINARY COURSE PROFESSIONAL
RETENTION QUESTIONNAIRE

2

9.      Name and title of individual completing this form:

       Regina McClellan, Managing Partner

Dated: March 6 , 2019

Signature of Individual Completing Form

ORDINARY COURSE PROFESSIONAL
RETENTION QUESTIONNAIRE

3

**Exhibit A-43**

**Miller & Chevalier**

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | |
| **- and -** | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) (Jointly Administered) |
| **Debtors.** | **DECLARATION AND DISCLOSURE STATEMENT OF MARY LOU SOLLER, ON BEHALF OF MILLER & CHEVALIER CHARTERED** |
| ☐   Affects PG&E Corporation | |
| ☐   Affects Pacific Gas and Electric Company | |
| ☒   Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I, Mary Lou Soller, hereby declare as follows:

1.      I am a Member of, and Firm Counsel for, Miller & Chevalier, Chartered, located at 900 16th Street NW, Washington, DC 20006-2901 (the "**Firm**").

2.      PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.      The Services include, but are not limited to, the following:

Advice and representation relating to federal tax matters.

4.      The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases.  As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases.  The Firm does not perform services for any such person in connection with these chapter 11 cases.  In addition, the Firm

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

ORDINARY COURSE PROFESSIONAL
DECLARATION AND DISCLOSURE STATEMENT

does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $4,105.00, in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 5, 2019, at Washington, DC.

Mary Lou Soller

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088    Doc# 1130-13    Filed: 03/29/19    Entered: 03/29/19 14:59:24    Page 9 of 35

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><span style="float:right">**Debtors.**</span> | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |

☐    Affects PG&E Corporation
☐    Affects Pacific Gas and Electric Company
☒    Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.      Name and address of professional:

          Miller & Chevalier Chartered

          900 16th Street NW

          Washington, DC 20006-2901

2.      Date of retention:  January 1, 2019

3.      Type of services to be provided:

          Legal Services

4.      Brief description of services to be provided:

          Advice and representation relating to federal tax matters.

5.  Arrangements for compensation (hourly, contingent, etc.):

    Hourly

    (a)  Average hourly rate (if applicable): <u>$750</u>

    (b)  Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): <u>$10,000</u>

    (c)  Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): <u>Not applicable</u>

6.  Prepetition claims against the Debtors held by the company:

    Amount of claim: <u>$4,105</u>

    Date claim arose: <u>January 11, 15, and 16, 2019</u>

    Nature of claim: <u>Fees for legal services rendered</u>

7.  Prepetition claims against the Debtors held individually by any member, associate, or employee of the company: <u>None</u>

8.  Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

    <u>We are not aware that the Firm has any interest adverse to the Debtors or to their estate on matters for which we have been employed</u>.

9.  Name and title of individual completing this form:

    <u>Mary Lou Soller, Firm Counsel and Member</u>

Dated: March 5, 2019

_Mary Lou Soller_

Mary Lou Soller

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

## Exhibit A-44

**Miller Starr Regalia**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                   **Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF BASIL SHIBER, ON BEHALF OF MILLER STARR REGALIA** |
| ☐   Affects PG&E Corporation<br>X   Affects Pacific Gas and Electric Company<br>☐   Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I, Basil S. Shiber, hereby declare as follows:

1.    I am a shareholder/attorney of Miller Starr Regalia, located at 1331 N. California Boulevard, Suite 500, Walnut Creek, CA 94596 (the "**Firm**").

2.    PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.    The Services include, but are not limited to, the following: legal services in real estate related matters.

4.    The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm

does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5.     The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6.     Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7.     Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8.     As of the commencement of this chapter 11 case, the Debtors owed the Firm $141,509.37 in respect of prepetition services rendered to the Debtors.

9.     The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on *March 6*, 2019, at *Walnut Creek*

Basil S. Shiber

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case<br>No. 19-30088 (DM) |
| **PG&E CORPORATION** | |
| - and - | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case)<br>(Jointly Administered) |
| **Debtors.** | **RETENTION QUESTIONNAIRE** |

|  | |
|---|---|
| ☐ | Affects PG&E Corporation |
| X | Affects Pacific Gas and Electric Company |
| ☐ | Affects both Debtors |

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

 TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

 All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as appropriate.  If more space is needed, please complete on a separate page and attach.

1.  Name and address of professional:

 Basil S. Shiber
 Miller Starr Regalia
 1331 N. California Boulevard, Fifth Floor
 Walnut Creek, CA  94596

2.  Date of retention:  January 1, 2019

3.  Type of services to be provided:

 Legal services – real estate related matters.

4.  Brief description of services to be provided:

 Legal services and representation in real estate related matters including both transactional and litigation.

5.    Arrangements for compensation (hourly, contingent, etc.):

       Hourly.

       (a)    Average hourly rate (if applicable): $450.00 per hour plus reimbursement for all related costs.

       (b)    Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): $50,000.00.

       (c)    Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): N/A.

6.    Prepetition claims against the Debtors held by the company:

       Amount of claim: $141,509.37

       Date claim arose: N/A.

       Nature of claim: Prepetition services rendered to Debtors.

7.    Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

       Name: N/A.

       Status: N/A.

       Amount of claim: N/A.

       Date claim arose: N/A.

       Nature of claim: N/A.

8.    Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed: N/A.

9.    Name and title of individual completing this form:

       Basil S. Shiber, Shareholder/Attorney.

Dated: March 6, 2019

_____
Signature of Individual Completing Form

SDI DISBURSEMENT PROFESSIONAL
RETENTION QUESTIONNAIRE
PFS\CMS\7in20178128\1

# Exhibit A-45

**Nielsen Merksamer Parrinello Gross & Leoni LLP**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | |
| - and - | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) (Jointly Administered) |
| **Debtors.** | **DECLARATIONS AND DISCLOSURE STATEMENTS OF STEVEN A. MERKSAMER AND JASON D. KAUNE, ON BEHALF OF NIELSEN MERKSAMER PARRINELLO GROSS & LEONI LLP** |

☐    Affects PG&E Corporation

☒    Affects Pacific Gas and Electric Company

☐    Affects both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

We, Steven A. Merksamer and Jason D. Kaune, hereby declare as follows:

1.     We are partners of Nielsen Merksamer Parrinello Gross & Leoni LLP, located at 1415 L Street, Suite 1200, Sacramento, CA 95814 (the "**Firm**").

2.     PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.     The Services include, but are not limited to, the following:

Compliance services and legal advice.

4.     The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm

does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5.      The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6.      Neither we, nor any principal of, or professional employed by the Firm have agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7.      Neither we nor any principal of, or professional employed by the Firm, insofar as we have been able to ascertain, hold or represent any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8.      As of the commencement of this chapter 11 case, the Debtors owed the Firm $62,997.48 in respect of prepetition services rendered to the Debtors.

9.      The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 7, 2019, at Sacramento, CA.

Steven A. Merksamer

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088    Doc# 1130-13    Filed: 03/29/19    Entered: 03/29/19 14:59:24    Page 19 of 35

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1    Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the

2    United States of America that the foregoing is true and correct, and that this Declaration and

3    Disclosure Statement was executed on March 7 , 2019, at Sacramento, CA.

4

5                                                                    Jason D. Kaune

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                  **Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |

☐    Affects PG&E Corporation

☒    Affects Pacific Gas and Electric Company

☐    Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and

Pacific Gas and Electric Company, as debtors and debtors in possession (together, the **"Debtors"**) in

the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate.

If more space is needed, please complete on a separate page and attach.

1.      Name and address of professional:

      Steven A. Merksamer/Nielsen Merksamer Parrinello Gross & Leoni LLP
      Jason D. Kaune/Nielsen Merksamer Parrinello Gross & Leoni LLP
      1415 L Street, Suite 1200
      Sacramento, CA 95814

2.      Date of retention: August 8, 1987 (renewed annually)

3.      Type of services to be provided:

      Compliance services and legal advice.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

4. Brief description of services to be provided:

Comprehensive compliance services and related legal advice regarding government ethics, lobby disclosure and campaign finance; management of funds for these purposes; legal and strategic counsel in government law.

5. Arrangements for compensation (hourly, contingent, etc.):

Hourly and monthly retainers.

(a) Average hourly rate (if applicable): Hourly rates on matters billed hourly range from $195 to $1,295 for attorneys and reports specialists. The average of these rates is $742.50 per hour.

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): $76,696.02.

(b) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): None. N/A.

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $62,997.48

Date claim arose: January 1, 2019 through January 28, 2019

Nature of claim: compliance services and legal advice

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

NONE. N/A.

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

NONE. N/A.

9. Names and titles of individuals completing this form:

Steven A. Merksamer, Partner, Nielsen Merksamer Parrinello Gross & Leoni LLP

Jason D. Kaune, Partner, Nielsen Merksamer Parrinello Gross & Leoni LLP

Case: 19-30088    Doc# 1130-13    Filed: 03/29/19    Entered: 03/29/19 14:59:24    Page 22 of 35

1   Dated: March __7__, 2019

2                                       Steven A. Merksamer

3

4   Dated: March __7__, 2019

5                                         Jason D. Kaune

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDINARY COURSE PROFESSIONAL
DECLARATION AND DISCLOSURE STATEMENT

3

## Exhibit A-46

**Noland, Hamerly, Etienne & Hoss**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case |
| **PG&E CORPORATION** | No. 19-30088 (DM) |
| - and - | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| **Debtors.** | (Jointly Administered) |

**DECLARATION AND DISCLOSURE STATEMENT OF LESLIE E. FINNEGAN, ON BEHALF OF NOLAND, HAMERLY, ETIENNE & HOSS**

☐ Affects PG&E Corporation

☐ Affects Pacific Gas and Electric Company

☑ Affects both Debtors

\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

I, LESLIE E. FINNEGAN, hereby declare as follows:

1. I am a shareholder of NOLAND, HAMERLY, ETIENNE & HOSS, located at 470 Camino El Estero, Monterey, CA 93940 (P.O. Box 2510, Salinas, CA 93902) (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following:

Review and processing of joinders for the Pacific Gas and Electric Company Retirement Plan and the PG&E Corporation Retirement Savings Plan ("the Plans"); review of qualified domestic relations orders; advice re: claims against the Plans; general family law and probate advice; assistance in development of policies and procedures for the review and approval of qualified domestic relations orders.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the

ORDINARY COURSE PROFESSIONAL
DECLARATION AND DISCLOSURE STATEMENT

Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $7107.00 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 8, 2019, at Monterey, California.

_____
Leslie E. Finnegan

ORDINARY COURSE PROFESSIONAL                    2
DECLARATION AND DISCLOSURE STATEMENT
00000\LEF\933688.1:3819

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                  **Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |

☐    Affects PG&E Corporation

☐    Affects Pacific Gas and Electric Company

☑    Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.      Name and address of professional:

       Leslie E. Finnegan, NOLAND HAMERLY ETIENNE & HOSS, 470 Camino El Estero, Monterey, CA 93940 (P.O. Box 2510, Salinas, CA 93902).

2.      Date of retention: January 1, 2019

3.      Type of services to be provided:

       Legal services.

4.      Brief description of services to be provided:

Review and processing of joinders for the Pacific Gas and Electric Company Retirement Plan and the PG&E Corporation Retirement Savings Plan ("the Plans"); review of qualified domestic relations orders; advice re: claims against the Plans; general family law and probate advice; assistance in

ORDINARY COURSE PROFESSIONAL

00000\LEF\933688.1:3819

development of policies and procedures for the review and approval of qualified domestic relations orders.

5. Arrangements for compensation (hourly, contingent, etc.):

Hourly.

    (a) Average hourly rate (if applicable): $360/hour attorney; $160/hour paralegal

    (b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

$4500/month

    (c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): None

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $7107.00

Date claim arose: Claim for payment for services rendered prior to the filing of the petition.

Nature of claim: Payment for regular services rendered.

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name: None

Status: _____

Amount of claim: $_____

Date claim arose: _____

Nature of claim: _____

_____

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

None

9. Name and title of individual completing this form:

Leslie E. Finnegan, Shareholder

ORDINARY COURSE PROFESSIONAL      2
RETENTION QUESTIONNAIRE
00000\LEF\933688.1:3819

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Dated: _3/8_ , 2019

_____

Signature of Individual Completing Form

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## Exhibit  A-47

**Nossaman LLP**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF BROOKE WAHLBERG, ON BEHALF OF NOSSAMAN, LLP** |
| ☐   Affects PG&E Corporation<br>☑   Affects Pacific Gas and Electric Company<br>☐   Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I, Brooke Wahlberg, hereby declare as follows:

1.      I am a partner of Nossaman LLP, located at 816 Congress Avenue, Suite 970, Austin, Texas 78701 (the "**Firm**").

2.      PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.      The Services include, but are not limited to, the following: compliance advice related to federal natural resources statutes.

4.      The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

cases (except as described in the Retention Questionnaire filed concurrently with this Declaration and Disclosure Statement). In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained. When the Firm has become aware of a potential or actual conflict involving the Debtors, the Firm has obtained waivers of such conflicts from the involved parties. Other than as disclosed in the "Retention Questionnaire" filed concurrently with this Declaration and Disclosure Statement, the Firm has no such matters pending at this time except as otherwise noted in our filing.

5. The Firm [does/**does not**] receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $2,999.00 in respect of prepetition services rendered to the Debtors from legal services provided between December 1 and December 31, 2018 related to Nossaman's ongoing representation.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 18, 2019, at Austin, Texas.

Brooke Wahlberg

Case: 19-30088    Doc# 1130-13    Filed: 03/29/19    Entered: 03/29/19 14:59:24    Page
32 of 35

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | |
| - and - | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) (Jointly Administered) |
| **Debtors.** | **RETENTION QUESTIONNAIRE** |

☐   Affects PG&E Corporation

☑   Affects Pacific Gas and Electric Company

☐   Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

     TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

     All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as appropriate.  If more space is needed, please complete on a separate page and attach.

1.     Name and address of professional:  Brooke Wahlberg, Nossaman LLP, 816 Congress Avenue, Suite 970, Austin, Texas 78701

2.     Date of retention:  January 1, 2019

3.     Type of services to be provided:  legal services

4.     Brief description of services to be provided:  legal services

5.     Arrangements for compensation (hourly, contingent, etc.):  hourly

     (a)     Average hourly rate (if applicable):  $410.00

     (b)     Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):  $1,730.00

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

(c)     Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable):  <u>N/A</u>

6.    Prepetition claims against the Debtors held by the company:

Amount of claim:  $2,999.00

Date claim arose:  N/A

Nature of claim:  N/A

7.    Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:  N/A

8.    Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

For many years, Nossaman has advised and been available to represent the Diablo Canyon Independent Safety Committee, an entity created by the California Public Utilities Commission to monitors safety of PG&E's Diablo Canyon nuclear plant.  Since mid-2018, Nossaman also has advised and represented Panoramic Interests, a developer in the San Francisco Bay Area, which has at times been adverse to PG&E with respect to utility service installations.  Nossaman also has been retained to advise and represent Forest City Realty Trust, Inc., a developer with respect to matters respecting designing and installing PG&E facilities to serve Forest City's ongoing development of a housing development in San Francisco.  PG&E and the respective Nossaman clients have granted conflict waivers to permit each of these representations.

Nossaman represents the City of Bakersfield in an ongoing action entitled *City of Bakersfield v. Heathsouth California Real Estate, LLC et al.*, pending in the Superior Court of the State of California, County of Kern, Case No. BCV-18-101900-JEB which is an eminent domain action in which the City seeks to acquire real property for highway purposes, specifically the construction of a new freeway, the Centennial Corridor Project and all uses necessary, incidental or convenient thereto.  With respect to Pacific Gas & Electric Company, the case involves relocating PG&E's utilities which per title records has a utility easement. Unless the relocation is resolved between the parties amicably, Nossaman would request relief

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

from the Section 362 automatic stay to the extent applicable in order to proceed with the eminent domain action including obtaining possession as required. Nossaman obtained conflict waivers from the plaintiff and PG&E in connection with its representation in this matter.

9.     Name and title of individual completing this form:  Brooke Wahlberg

Dated:  March 18, 2019

_____

Signature of Individual Completing Form