**Exhibit A-48**

**Opterra Law, Inc.**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| In re:<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.** | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered) |
|---|---|
| ☐ Affects PG&E Corporation<br>X Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **DECLARATION AND DISCLOSURE STATEMENT OF CORINNE CALFEE, ON BEHALF OF OPTERRA LAW, INC.** |

I, Corinne Calfee, hereby declare as follows:

1. I am a shareholder of Opterra Law, Inc., located at 2907 Claremont Ave., Berkeley, CA 94705 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide commercial energy transactions and regulatory legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following:

Commercial energy transactions; procurement, Federal Energy Regulatory Commission, and California Public Utilities Commission matters.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not



Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-14 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 2 of 47

perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $0.00 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 7, 2019, at Berkeley, California.

Corinne Calfee

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119



Case: 19-30088 Doc# 1130-14 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 3 of 47

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| In re:<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.** | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
| --- | --- |
| ☐ Affects PG&E Corporation<br>**X** Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

   Corinne Calfee

   Cory Mason

   2907 Claremont Ave., Suite 115, Berkeley, CA 94705

2. Date of retention: January 1, 2019

3. Type of services to be provided:

   Commercial energy transactions and regulatory legal services

4. Brief description of services to be provided:

   Commercial energy transactions; procurement, Federal Energy Regulatory Commission, and California Public Utilities Commission matters.



Case: 19-30088 Doc# 1130-14 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 4 of 47

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

5. Arrangements for compensation (hourly, contingent, etc.):

$300 per hour

(a) Average hourly rate (if applicable): N/A

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

Unknown

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): N/A

6. Prepetition claims against the Debtors held by the company:

Amount of claim: N/A

Date claim arose: N/A

Nature of claim: N/A

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name: N/A

Status: N/A

Amount of claim: N/A

Date claim arose: N/A

Nature of claim: N/A

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

None

9. Name and title of individual completing this form:

Corinne Calfee, President

Dated: March 7, 2019

Signature of Individual Completing Form

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119



Case: 19-30088 Doc# 1130-14 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 5 of 47

**Exhibit A-49**

**Pasich LLP**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| **In re:**<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF SANDRA SMITH THAYER, ON BEHALF OF PASICH LLP** |
|---|---|

I, Sandra Smith Thayer, hereby declare as follows:

1. I am a Partner of Pasich LLP, located at 1100 Glendon Avenue, Suite 1000, Los Angeles, California 90024 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following: Provide advice and analysis on insurance-related issues arising out of, among other matters, the 2015 Butte Fire litigation, the August 2017 Railroad Fire litigation, the October 2017 Northern California Wildfires litigation, the 2018 Camp Wildfire litigation, and the Valero Refinery Co. lawsuit against PG&E. Legal services include conducting factual and legal research, drafting memoranda, negotiating and communicating with Debtors' insurers, drafting and revising settlement agreements with insurers, and participating in legal proceedings as needed.



Case: 19-30088 Doc# 1130-14 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 7 of 47

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any partner of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than partners and regular employees of the Firm.

7. Neither I nor any partner of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $9,933.00 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 19, 2019, at Los Angeles.

Sandra Smith Thayer

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| In re:<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.** | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
|---|---|
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

   Pasich LLP

   1100 Glendon Avenue, Suite 1000

   Los Angeles, California 90024

2. Date of retention: January 1, 2019

3. Type of services to be provided: Legal services relating to insurance recovery.

4. Brief description of services to be provided:

   Provide advice and analysis on insurance-related issues arising out of, among other matters, the 2015 Butte Fire litigation, the August 2017 Railroad Fire litigation, the October 2017 Northern California Wildfires litigation, the 2018 Camp Wildfire litigation, and the Valero Refinery Co.



Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

lawsuit against PG&E. Legal services include conducting factual and legal research, drafting memoranda, negotiating and communicating with Debtors' insurers, drafting and revising settlement agreements with insurers, and participating in legal proceedings as needed.

5. Arrangements for compensation (hourly, contingent, etc.): Hourly.

(a) Average hourly rate (if applicable): $600

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): $53,000

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): Not applicable.

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $9,933.00

Date claim arose: December 2018.

Nature of claim: Legal services.

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company: Not applicable.

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed: Not applicable.

9. Name and title of individual completing this form: Sandra Smith Thayer; Partner.

Dated: March 19, 2019

Sandra Smith Thayer

**Exhibit A-50**

**Peters, Habib, McKenna, Juhl-Rhodes & Cardoza, LLP**

Case: 19-30088 Doc# 1130-14 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 12 of 47

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| In re:<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered) |
| --- | --- |
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **DECLARATION AND DISCLOSURE STATEMENT OF MARK A. HABIB, ON BEHALF OF PETERS, HABIB, McKENNA, JUHL-RHODES & CARDOZA, LLP** |

I, Mark A. Habib, hereby declare as follows:

1. I am the Managing Partner of Peters, Habib, McKenna, Juhl-Rhodes & Cardoza, LLP, also known as Peters, Habib, McKenna & Juhl-Rhodes, LLP, located at 414 Salem Street, Chico, California, 95928 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal service to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following: Performing legal services pertaining to acquiring and managing land and land rights through negotiations and the filing of eminent domain proceedings.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or

employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $21,272.50 pertaining to and owed for pre-petition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 6, 2019, at Chico, California.

Mark A. Habib

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119



Case: 19-30088 Doc# 1130-14 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 14 of 47

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| In re: PG&E CORPORATION - and - PACIFIC GAS AND ELECTRIC COMPANY, Debtors. | Bankruptcy Case No. 19-30088 (DM) Chapter 11 (Lead Case) (Jointly Administered) **RETENTION QUESTIONNAIRE** |
|---|---|
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

 Peters, Habib, McKenna, Juhl-Rhodes & Cardoza, LLP, also known as
 Peters, Habib, McKenna & Juhl-Rhodes, LLP
 414 Salem Street, Chico, CA 95928

2. Date of retention: January 1, 2019

3. Type of services to be provided:

 Legal Services for Land/Eminent Domain Matters

4. Brief description of services to be provided:

 Legal Services pertaining to acquiring and managing land and land rights through negotiations and the filing of eminent domain proceedings.



Case: 19-30088 Doc# 1130-14 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 15 of 47

5. Arrangements for compensation (hourly, contingent, etc.):

$245.00 per hour plus reimbursement for all related costs.

(a) Average hourly rate (if applicable):

N/A

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

$25,000

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): _______

N/A

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $21,272.50

Date claim arose: N/A

Nature of claim: Fees and costs for legal services rendered

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name: N/A

Status: N/A

Amount of claim: $ N/A

Date claim arose: N/A

Nature of claim: N/A

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

None

9. Name and title of individual completing this form:

Mark A. Habib, Managing Partner

. . .

. . .

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119



Case: 19-30088 Doc# 1130-14 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 16 of 47

Dated: March 6, 2019

PETERS, HABIB, McKENNA, JUHL-RHODES & CARDOZA LLP

MARK A. HABIB, Managing Partner

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119



Case: 19-30088 Doc# 1130-14 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 17 of 47

**Exhibit A-51**

**Pillsbury Winthrop Shaw Pittman LLP**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>X Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF JACOB R. SORENSEN, ON BEHALF OF PILLSBURY WINTHROP SHAW PITTMAN LLP** |

I, Jacob R. Sorensen, hereby declare as follows:

1. I am a member of Pillsbury Winthrop Shaw Pittman LLP, located at Four Embarcadero Center, 22nd Floor, in San Francisco, California 94111 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal services with regard to commercial transactions and nuclear regulatory commission matters as well as international trade-related issues to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following: Advice regarding certain contracts and disputes or potential disputes with respect to them; nuclear regulatory commission matters; and international trade-related legal services, such as legal advice and advocacy on international trade-related matters such as trade remedies cases, Section 232 national security proceedings, compliance, and similar matters.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors'


Case: 19-30088 Doc# 1130-14 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 19 of 47

chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not presently perform services for any such person in connection with these chapter 11 cases other than as follows:

i. The Firm represents Bank of America as agent for the $300 million revolving credit facility to PG&E Corporation and from time to time advises Bank of America on other aspects of its banking relationships with the Debtors, and may represent the successor agent to Bank of America.

ii. The Firm represents Wells Fargo Bank with respect to certain aspects of its loans to the Debtors.

iii. The Firm represents Hawaiian Electric Company as a trade creditor.

iv. The firm represents Chevron Corporation and certain of its affiliates in connection with supplying natural gas, aviation fuel, and other petroleum products; as a counterparty to certain power purchase agreements and other sales contracts; and in connection with the Kern River cogeneration plant; and as a minority co-owner, with PG&E, of a gas pipeline, Standard Pacific Gas Line, Inc.

The Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $5,267.90 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 15, 2019, at San Francisco, California.

*/s/ Jacob R. Sorensen*
Jacob R. Sorensen



Case: 19-30088 Doc# 1130-14 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 21 of 47

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| **In re:**<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.** | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
|---|---|
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

Jacob R. Sorensen of Pillsbury Winthrop Shaw Pittman LLP, Four Embarcadero Center, 22nd Floor, San Francisco CA 94611, serves as the Firm's relationship partner with PG&E.

Others who have or may perform work for PG&E, and the location of their primary Pillsbury office, include the following:

- Callie Bjurstrom (San Diego)
- Robert Burlingame (San Francisco)
- Benjamin Cote (Washington DC)
- Mario Dottori (Washington DC)
- Jeetander Dulani (Washington DC)



Case: 19-30088 Doc# 1130-14 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 22 of 47

- Brian Finch (Washington DC)
- Nancy Fischer (Washington DC)
- John Grenfell (San Francisco)
- Sahar Hafeez (Washington DC)
- Michael Heuga (San Francisco)
- Aaron Hutman (Washington DC)
- Clinton Jang (San Francisco)
- Moushami Joshi (Washington DC)
- Anne Leidich (Washington DC)
- Michael Lepre (Washington DC)
- David Lewis (Washington DC)
- Peri Mahaley (Washington DC)
- Catherine Meyer (Los Angeles)
- Mark Plumer (Washington DC)
- Matthew Rabinowitz (Washington DC)
- Jay Silberg (Washington DC)
- Elina Teplinsky (Washington DC)
- Timothy Walsh (Washington DC)
- Sydney Ward (Sacramento)

2. Date of retention: January 1, 2019.

3. Type of services to be provided: Legal services with regard to commercial transactions and nuclear regulatory commission matters as well as international trade-related issues.

4. Brief description of services to be provided: Legal advice and advocacy on international trade-related matters such as trade remedies cases, Section 232 national security proceedings, compliance, and similar matters; legal advice and counseling on contract disputes and potential disputes; legal advice regarding nuclear regulatory matters.

5. Arrangements for compensation (hourly, contingent, etc.): Hourly.

(a) Average hourly rate (if applicable): $700 (estimate / approximation).


Case: 19-30088 Doc# 1130-14 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 23 of 47

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): $10,000 (estimate / approximation).

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): Not applicable.

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $5,267.90. ______________________________

Date claim arose: January 1, 2019. ______________________________

Nature of claim: Fees for legal services. ______________________________

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company: Not applicable.

Name: ______________________________

Status: ______________________________

Amount of claim: $______________________________

Date claim arose: ______________________________

Nature of claim: ______________________________

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

i. The Firm represents Bank of America as agent for the $300 million revolving credit facility to PG&E Corporation and from time to time advises Bank of America on other aspects of its banking relationships with the debtors, and may represent the successor agent to Bank of America.

ii. The Firm represents Wells Fargo Bank with respect to certain aspects of its loans to the Debtors.

iii. The Firm represents Hawaiian Electric Company as a trade creditor.

iv. The firm represents Chevron Corporation and certain of its affiliates in connection with supplying natural gas, aviation fuel, and other petroleum products; as a counterparty to certain power purchase agreements and other sales contracts; and in connection with the Kern River cogeneration plant; and as a minority co-owner, with PG&E, of a gas pipeline, Standard Pacific Gas Line, Inc.


Case: 19-30088 Doc# 1130-14 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 24 of 47

9. Name and title of individual completing this form: Jacob R. Sorensen, Partner.

Dated: March 15, 2019.

*/s/ Jacob R. Sorensen*
Jacob R. Sorensen



Case: 19-30088 Doc# 1130-14 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 25 of 47

**<u>Exhibit A-52</u>**

**Ralls, Gruber & Niece LLP**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>**- and -**<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.** | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **DECLARATION AND DISCLOSURE STATEMENT OF** Aaron Gruber, **ON BEHALF OF** Ralls Gruber & Niece LLP |

I, Aaron Gruber, hereby declare as follows:

1. I am a Partner of Ralls Gruber & Niece LLP, located at 1700 S. El Camino Real, Suite 150, San Mateo, CA 94402 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide commercial litigation, commercial transactions, and construction related litigation services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following:

-commerical litigation: provision of legal services related to commercial disputes arising out of construction or real estate projects.

-commercial transactions: provision of legal services related to drafting and negotiation of contracts for construction projects.

-construction litigation: provision of legal services related to disputes arising out of construction projects.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119



Case: 19-30088 Doc# 1130-14 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 27 of 47

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $ 13,268.70 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 13, 2019, at San Mateo, California.

Aaron Gruber



Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| **In re:**<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.** | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
|---|---|
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

   Aaron Gruber, Ralls Gruber & Niece LLP

   1700 S. El Camino Real, Suite 150, San Mateo, CA 94402

2. Date of retention: January 1, 2019

3. Type of services to be provided: commercial litigation, commercial transactions, and construction related litigation services.

4. Brief description of services to be provided:

   -commerical litigation: provision of legal services related to commercial disputes arising out of construction or real estate projects.

   -commercial transactions: provision of legal services related to drafting and negotiation of contracts for construction projects.

   -construction litigation: provision of legal services related to disputes arising out of construction projects.



Case: 19-30088 Doc# 1130-14 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 29 of 47

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

5. Arrangements for compensation (hourly, contingent, etc.): Hourly

(a) Average hourly rate (if applicable): partner rate: $400, associate rate: $250

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): $10,000-$25,000 - varies based on case load

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): N/A

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $13,268.70

Date claim arose: 12/1/2018 - 1/29/2019

Nature of claim: Unpaid legal fees

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name: N/A

Status:

Amount of claim: $

Date claim arose:

Nature of claim:

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed: N/ A -none

9. Name and title of individual completing this form:

Aaron Gruber, Partner

Dated: March 13, 2019

Aaron Gruber

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119



Case: 19-30088 Doc# 1130-14 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 30 of 47

**<u>Exhibit A-53</u>**

**Rovens Lamb LLP**

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>X Affects both Debtors<br><br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF STEVEN A. LAMB, ON BEHALF OF ROVENS LAMB LLP** |

I, Steven A. Lamb, hereby declare as follows:

1. I am a partner of Rovens Lamb LLP, located at 1500 Rosecrans Avenue, Suite 418, Manhattan Beach, California 90266 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal services in the form of representation in relation to litigation matters to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following: representation as counsel in various litigation matters.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm



Case: 19-30088 Doc# 1130-14 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 32 of 47

does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $ 2,520 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 1, 2019, at Manhattan Beach, California.

[signature]

Steven A. Lamb

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| **In re:**<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.** | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
|---|---|
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

   Steven A. Lamb

   slamb@rovenslamb.com

   Rovens Lamb LLP

   1500 Rosecrans Avenue, Suite 418

   Manhattan Beach, CA 90266

   (310) 536-7830

2. Date of retention: various dates on several matters, continuously since January 1, 2019.

3. Type of services to be provided: representation of PG&E in litigation as counsel.



Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-14 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 34 of 47

4. Brief description of services to be provided: the firm has and continues to act as counsel for PG&E on various litigation matters, principally involving the defense of serious bodily injury/wrongful death cases and commercial litigation matters.

5. Arrangements for compensation (hourly, contingent, etc.): the firm bills hourly and is reimbursed for actual costs expended on behalf of PG&E on litigation matters.

(a) Average hourly rate (if applicable): the firm's hourly rate has been and continues to be $450/hour since 2014.

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): $35,000-$45,000 per month.

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): not applicable.

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $ 2,520

Date claim arose: 2/5/2019

Nature of claim: for legal services and costs associated with four (4) separate litigation matters relating to work performed and costs incurred between 1/1/2019 and 1/28/2019.

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company: None.

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed: None.

9. Name and title of individual completing this form: Steven A. Lamb, Partner, Rovens Lamb LLP.

Dated: March 1, 2019

Steven A. Lamb

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119



Case: 19-30088 Doc# 1130-14 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 35 of 47

**Exhibit A-54**

**Samuelsen, Gonzalez, Valenzuela & Brown LLP**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| In re: PG&E CORPORATION - and - PACIFIC GAS AND ELECTRIC COMPANY, Debtors. | Bankruptcy Case No. 19-30088 (DM) |
| --- | --- |
| ☐ Affects PG&E Corporation | Chapter 11 |
| ☐ Affects Pacific Gas and Electric Company | (Lead Case) (Jointly Administered) |
| ☒ Affects both Debtors | **DECLARATION AND DISCLOSURE STATEMENT OF HARVEY S. BROWN, ON BEHALF OF SAMUELSEN, GONZALEZ, VALENZUELA & BROWN LLP** |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I, HARVEY S BROWN, hereby declare as follows:

1. I am a MANAGING PARTNER of SAMUELSEN, GONZALEZ, VALENZUELA & BROWN, located at 3501 Jamboree Road, STE 602, Newport Beach, CA 92660 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide Workers' Compensation legal defense services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following: Workers Compensation legal defense services, civil matters including third party subrogation claims, defense of claims related to serious and willful misconduct and discrimination under Labor Code 132(a).

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not

perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $124,171.39 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 14, 2019, at Newport Beach, California.

Harvey S Brown

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| **In re:**<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
|---|---|
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

Harvey S Brown

3501 Jamboree Road, STE 602, Newport Beach, CA 92660

2. Date of retention: January 1, 2019

3. Type of services to be provided:

Workers Compensation legal defense services, civil matters including third party subrogation claims, defense of claims related to serious and willful misconduct and discrimination under Labor Code 132(a).

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119



Case: 19-30088 Doc# 1130-14 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 39 of 47

4. Brief description of services to be provided:

Workers Compensation legal defense services, civil matters including third party subrogation claims, defense of claims related to serious and willful misconduct and discrimination under Labor Code 132(a).

______________________________________________

5. Arrangements for compensation (hourly, contingent, etc.):

$150 per hour at partner rate, $105 per hour at Paralegal/Legal Assistant rate______________

(a) Average hourly rate (if applicable): _______N/A______________________

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

_______$80,000.00______________________

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): __________

__________None______________________

______________________________________________

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $124,171.39______________________

Date claim arose: __1/1/2018 to 2/8/2019______________________

Nature of claim: __past due invoices for legal services______________________

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name: __________N/A______________________

Status: _______N/A______________________

Amount of claim: $_________N/A______________________

Date claim arose: _______N/A______________________

Nature of claim: _______N/A______________________

______________________________________________

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119



Case: 19-30088 Doc# 1130-14 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 40 of 47

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

_____None_______________________________________________

9. Name and title of individual completing this form:

_____________________Harvey S Brown______________________________

Dated: March 14, 2019

______________________
Harvey S Brown

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119



Case: 19-30088 Doc# 1130-14 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 41 of 47

**Exhibit A-55**

**Sanchez & Amador LLP**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.** | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF JAMIE RUDMAN ON BEHALF OF SANCHEZ & AMADOR, LLP** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>✗ Affects both Debtors<br><br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I, Jamie Rudman hereby declare as follows:

1. I am a partner of Sanchez & Amador LLP located at 1300 Clay Street, Suite 600, Oakland, CA 94612 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide Employment Litigation services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following:

Sanchez & Amador currently represents Debtors in a wrongful termination action captioned *Cara Feneis v. Pacific Gas & Electric Company,* RG17866484, Superior Court of California, County of Alameda ("*Feneis v. PG&E*").

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or



Case: 19-30088 Doc# 1130-14 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 43 of 47

employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $_1408.00__ in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 6, 2019, at Oakland, California.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119



Case: 19-30088 Doc# 1130-14 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 44 of 47

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| In re:<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.** | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
|---|---|
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>✗ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

   Sanchez & Amador,

   Jamie Rudman and Nicole Torrado

   1300 Clay Street, Suite 600, Oakland, CA 94612

2. Date of retention: January 1, 2019

3. Type of services to be provided:

   General Civil Litigation and Employment Litigation.


Case: 19-30088 Doc# 1130-14 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 45 of 47

4. Brief description of services to be provided:

Sanchez & Amador currently represents Debtors in a wrongful termination action, captioned *Cara Feneis v. Pacific Gas & Electric Company,* RG17866484, Superior Court of California, County of Alameda, ("*Feneis v. PG&E*").

5. Arrangements for compensation (hourly, contingent, etc.):

General employment litigation work (including *Feneis v. PG&E*): partner hourly rate is $375, associate hourly rate is $320, plus reimbursement for all related costs. Agreed upon rates for any new assignments or matters: partner hourly rate is $400-$480, associate hourly rate is: $320.

(a) Average hourly rate (if applicable): $347.50

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

$4,040.35

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable):

N/A

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $1408.00

Date claim arose: The claim for $1408.00 arose on January 10, 2019.

Nature of claim: Attorney Fees incurred representing Debtor

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name: N/A

Status: N/A

Amount of claim: $ N/A

Date claim arose: N/A


Case: 19-30088 Doc# 1130-14 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 46 of 47

Nature of claim: _N/A

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

________________None________________________________________________

9. Name and title of individual completing this form:

Jamie Rudman, partner.

Dated: March 7, 2019

Signature of Individual Completing Form



Case: 19-30088 Doc# 1130-14 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 47 of 47