**Exhibit A-56**

**Sheppard, Mullin, Richter & Hampton LLP**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>X Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF ALFRED FRAIJO, JR., ON BEHALF OF SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |

I, Alfred Fraijo, Jr., hereby declare as follows:

1. I am a partner of Sheppard, Mullin, Richter & Hampton LLP, located at 333 S. Hope Street, 43rd Floor, Los Angeles, California 90071 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following: real estate, land use and related advice.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-15 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 2 of 33

does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm approximately $47,000 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 8, 2019, at Los Angeles, California.

Alfred Fraijo, Jr.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-15 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 3 of 33

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| In re:<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.** | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
|---|---|
| ☐ Affects PG&E Corporation<br>X Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

   Alfred Fraijo, Jr. – 333 S. Hope Street, 4rd Floor, Los Angeles, CA 90071

2. Date of retention: January 1, 2019.

3. Type of services to be provided: Legal services.

4. Brief description of services to be provided: Real estate, land use and related advice.

5. Arrangements for compensation (hourly, contingent, etc.): Hourly.

   (a) Average hourly rate (if applicable): Varies based on project's complexities.

   (b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): $25,000

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
Case: 19-30088 Doc# 1130-15 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 4 of 33

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): Not applicable.

6. Prepetition claims against the Debtors held by the company:

Amount of claim: Approximately $47,000.

Date claim arose: February 2018 to petition date.

Nature of claim: Legal services

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name: None.

Status: ______________________________

Amount of claim: $______________________________

Date claim arose: ______________________________

Nature of claim: ______________________________

______________________________

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed: None other than monetary claims for pre-petition bills.

9. Name and title of individual completing this form: Alfred Fraijo, Jr., partner, Sheppard, Mullin, Richter & Hampton LLP.

Dated: March 8, 2019

______________________________
Alfred Fraijo, Jr.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**<u>Exhibit A-57</u>**

**Sinnott, Puebla, Campagne & Curet, APLC**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| In re: PG&E CORPORATION - and - PACIFIC GAS AND ELECTRIC COMPANY, Debtors. | Bankruptcy Case No. 19-30088 (DM) Chapter 11 (Lead Case) (Jointly Administered) |
|---|---|
| ☐ Affects PG&E Corporation<br>☑ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **DECLARATION AND DISCLOSURE STATEMENT OF BLAISE S. CURET ON BEHALF OF SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC** |

I, Blaise S. Curet hereby declare as follows:

1. I am a shareholder of Sinnott, Puebla, Campagne & Curet, APLC, located at 2000 Powell Street, Suite 830, Emeryville, CA 94608 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal representation services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following: legal representation of the Debtor and its employees in personal injury and property damage claims.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-15 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 7 of 33

does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $5,273.95 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 6, 2019, at Emeryville, California.

Blaise S. Curet

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-15 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 8 of 33

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>**- and -**<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.** | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br>**RETENTION QUESTIONNAIRE** |
| ☐ Affects PG&E Corporation<br>☑ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

   Blaise S. Curet

   Sinnott, Puebla, Campagne & Curet, APLC

   2000 Powell Street, Suite 830

   Emeryville, CA 94608

2. Date of retention: January 1, 2019

3. Type of services to be provided:

   Legal representation of Debtor and its employees in personal injury and property damage claims.

4. Brief description of services to be provided:

   Legal representation of Debtor and its employees in personal injury and property damage claims.

Case: 19-30088 Doc# 1130-15 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 9 of 33

5. Arrangements for compensation (hourly, contingent, etc.):

Hourly

(a) Average hourly rate (if applicable): $250.00.

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):$2,748.00.

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): Not applicable.

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $5,273.95.

Date claim arose: January 31, 2019

Nature of claim: Unpaid legal services

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company: Not applicable

Name: ______________________________

Status: ______________________________

Amount of claim: $______________________________

Date claim arose: ______________________________

Nature of claim: ______________________________

______________________________

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed: Not applicable.

9. Name and title of individual completing this form:

Blaise S. Curet

Dated: March 6, 2019

______________________________
Blaise S. Curet

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-15 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 10 of 33

**Exhibit A-58**

**Steptoe & Johnson LLP**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| **In re:**<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF LAURIE EDELSTEIN BEHALF OF STEPTOE & JOHNSON LLP** |
|---|---|
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I, Laurie Edelstein, hereby declare as follows:

1. I am a Partner of Steptoe & Johnson LLP, located at One Market Street, Steuart Tower, Suite 1800, San Francisco, California 94105 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following: Representation of Debtors and certain of Debtors' employees in lawsuits filed against Debtors (and certain of Debtors' employees) and provide pre-litigation advice to Debtors in various matters.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-15 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 12 of 33

perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $81,384.49 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 13, 2019, at San Francisco, California.

Laurie Edelstein

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-15 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 13 of 33

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

Steptoe & Johnson LLP
One Market Street
Steuart Tower, Suite 1800
San Francisco, California 94105

2. Date of retention: January 1, 2019

3. Type of services to be provided:

Legal services representing Debtors and certain of Debtors' employees in litigation and pre-litigation matters.

Case: 19-30088 Doc# 1130-15 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 14 of 33

4. Brief description of services to be provided:

Representation of Debtors and certain of Debtors' employees in lawsuits filed against Debtors (and certain of Debtors' employees) and provide pre-litigation advice to Debtors in various matters.

5. Arrangements for compensation (hourly, contingent, etc.):

Hourly based on rates in Master Services Agreement with Pacific Gas and Electric Company.

(a) Average hourly rate (if applicable): N/A

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): $100,000

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): N/A

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $81,384.49

Date claim arose: N/A

Nature of claim: Pre-petition legal services

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company: Steptoe & Johnson is not aware of any prepetition claim against the Debtors held individually by any member, associate, or employee of the company.

Name: ______

Status: ______

Amount of claim: $______

Date claim arose: ______

Nature of claim: ______

______

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-15 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 15 of 33

Steptoe does not have any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed other than interests for which Steptoe has received waivers from the parties in interest.

9. Name and title of individual completing this form:

Laurie Edelstein, Partner, Steptoe & Johnson LLP

Dated: March 13, 2019

Laurie Edelstein

Signature of Individual Completing Form

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-15 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 16 of 33

**Exhibit A-59**

**Urrabazo Law, P.C.**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| **In re:**<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.** | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF DONALD URRABAZO, ON BEHALF OF URRABAZO LAW, P.C.** |
|---|---|
| ☐ Affects PG&E Corporation<br>X Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I, Donald Urrabazo, hereby declare as follows:

1. I am President of Urrabazo Law, P.C., located at 2029 Century Park East, Suite 400 Los Angeles, California 90067 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following: Affirmative lawsuits filed to recover for third party damage to Debtors' utility equipment.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm

Case: 19-30088 Doc# 1130-15 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 18 of 33

does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $0.00 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 5, 2019, at Los Angeles, California.

Donald Urrabazo

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-15 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 19 of 33

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
| ☐ Affects PG&E Corporation<br>**X** Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional: Urrabazo Law, P.C. 2029 Century Park East, Suite 400 Los Angeles, California 90067

2. Date of retention: January 1, 2019

3. Type of services to be provided: Legal Services

4. Brief description of services to be provided: Affirmative lawsuits filed to recover for third party damage to Debtors' utility equipment.

5. Arrangements for compensation (hourly, contingent, etc.): Contingency (30% of any gross recovery of any and all lawsuits filed to recover for third party damage to Debtors' utility equipment).

   (a) Average hourly rate (if applicable): N/A

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): less than $100,000 per month.

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): N/A.

6. Prepetition claims against the Debtors held by the company: N/A.

Amount of claim: $__________

Date claim arose: __________

Nature of claim: __________

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company: N/A.

Name: __________

Status: __________

Amount of claim: $__________

Date claim arose: __________

Nature of claim: __________

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed: N/A.

9. Name and title of individual completing this form: Donald Urrabazo, President.

Dated: March 5, 2019

__________

Donald Urrabazo

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-15 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 21 of 33

**Exhibit A-60**

**Vedder Price P.C.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**In re:**

**PG&E CORPORATION**

**- and -**

**PACIFIC GAS AND ELECTRIC COMPANY,**

**Debtors.**

☐ Affects PG&E Corporation

☑ Affects Pacific Gas and Electric Company

☐ Affects both Debtors

** All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Bankruptcy Case No. 19-30088 (DM)

Chapter 11

(Lead Case)
(Jointly Administered)

**DECLARATION AND DISCLOSURE STATEMENT OF DAVID M. HERNANDEZ, ON BEHALF OF VEDDER PRICE P.C.**

I, David M. Hernandez, hereby declare as follows: ☑

1. I am a Shareholder of Vedder Price P.C., located at 1401 I Street NW, 11th Floor, Washington, DC 20005 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide aviation/aircraft transactional and regulatory services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following: Assist Client with aircraft transactions (purchase, sale and lease agreements) and associated corporate and regulatory advice, provide advice regarding aircraft charter agreements and transportation options.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases,

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-15 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 23 of 33

proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm currently performs services for one creditor of the Debtors, Open Text, Inc., for which the Firm received a conflict waiver from the Debtor in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $21,900 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 5, 2019, at 6:35 pm (ET).

David M. Hernandez, Shareholder
Vedder Price P.C.

Case: 19-30088 Doc# 1130-15 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 24 of 33

**ANUUNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**In re:**

**PG&E CORPORATION**

**- and -**

|
**PACIFIC GAS AND ELECTRIC COMPANY,**

**Debtors.**

☐ Affects PG&E Corporation

☑ Affects Pacific Gas and Electric Company

☐ Affects both Debtors

** All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Bankruptcy Case No. 19-30088 (DM)

Chapter 11

(Lead Case)
(Jointly Administered)

**RETENTION QUESTIONNAIRE**

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional: David M. Hernandez, Shareholder, Vedder Price P.C., 1401 I Street, NW, Suite 1100, Washington, DC 20005

______________________________________________

______________________________________________

2. Date of retention: January 1, 2019.

3. Type of services to be provided: Aviation/aircraft transactional and regulatory advice.

______________________________________________

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-15 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 25 of 33

4. Brief description of services to be provided: Assist Client with aircraft transactions (purchase, sale and lease agreements) and associated corporate and regulatory advice, provide advice regarding aircraft charter agreements and transportation options.

5. Arrangements for compensation (hourly, contingent, etc.): Hourly

(a) Average hourly rate (if applicable): $680

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): $10,000

______________________________________________________________

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): N/A

______________________________________________________________

______________________________________________________________

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $21,900

Date claim arose: December 2018 & January 2019

Nature of claim: Assist client with four helicopter acquisitions and the associated operations and management support agreement.

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name: N/A

Status: ________________________________________________________

Amount of claim: $_________________________________________________

Date claim arose: _______________________________________________

Nature of claim: ________________________________________________

______________________________________________________________

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

_____N/A_______________________________________________________

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

9. Name and title of individual completing this form: David M. Hernandez, Shareholder, Vedder Price P.C.

Dated: March 5, 2019

Signature of Individual Completing Form

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-15 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 27 of 33

**Exhibit A-61**

**Wai & Connor, LLP**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| In re: | Bankruptcy Case No. 19-30088 (DM) |
| --- | --- |
| **PG&E CORPORATION** | Chapter 11 |
| **- and -** | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY, Debtors.** | **DECLARATION AND DISCLOSURE STATEMENT OF GREGORY L. CONNOR, ON BEHALF OF WAI & CONNOR, LLP** |
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I, Gregory L. Connor, hereby declare as follows:

1. I am a Partner of Wai & Connor, LLP located at 2566 Overland Ave., Suite 570, Los Angeles, CA 90064.

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide Worker's Compensation legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following:
Litigation before the California Workers' Compensation Appeals Board.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-15 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 29 of 33

does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $3,725.17 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 5, 2019, at Los Angeles, CA.

Gregory L. Connor

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-15 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 30 of 33

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| **In re:**<br><br>**PG&E CORPORATION**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.** | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
|---|---|
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

   Wai & Connor, LLP

   2566 Overland Ave., Suite 570, Los Angeles, CA 90064

   Attn: Gregory L. Connor

2. Date of retention: January 1, 2019

3. Type of services to be provided:

   Workers' Compensation legal services

4. Brief description of services to be provided:

   Litigation before the California Workers' Compensation Appeals Board.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-15 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 31 of 33

5. Arrangements for compensation (hourly, contingent, etc.):

$150 per hour plus reimbursement for all related costs

(a) Average hourly rate (if applicable): N/A

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

$9,000.00

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable):

N/A

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $3,725.17

Date claim arose: N/A

Nature of claim: Unpaid Legal Invoices

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name: N/A

Status: N/A

Amount of claim: N/A

Date claim arose: N/A

Nature of claim: N/A

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

None

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-15 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 32 of 33

9. Name and title of individual completing this form:

Gregory L. Connor, Partner

Dated: March 5, 2019

Signature of Individual Completing Form

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088 Doc# 1130-15 Filed: 03/29/19 Entered: 03/29/19 14:59:24 Page 33 of 33