**Exhibit A-62**

**Walsworth WFBM, LLP**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                                  Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF CHARLES T. SHELDON, ON BEHALF OF WALSWORTH WFBM, LLP** |
|---|---|
| ☐   Affects PG&E Corporation<br>☒   Affects Pacific Gas and Electric Company<br>☐   Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I, Charles T. Sheldon hereby declare as follows:

1. I am a partner of Walsworth WFBM, LLP, located at 601 Montgomery Street, 9th Floor, San Francisco, California 94111 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide environmental litigation, regulatory and consulting legal services, including defense of associated toxic tort claims, and personal injury and property damage litigation legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following:

The Firm defends the Debtors against a myriad of environmental litigation and regulatory claims and actions in California State and Federal Courts and before California and Federal Environmental Regulatory Agencies, arising out of legacy soil, groundwater, surface water and sediment contamination, including claims from historic manufactured gas plants, power plants and chromium sites. The Firm also defends the Debtors against personal injury and property damage claims made against Debtors in California State Courts and United States Federal Courts.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $170,369.37 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

///

///

///

///

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 6, 2019, at San Francisco, California.

*[signature]*

Charles T. Sheldon

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

   Charles T. Sheldon, Esq.
   Walsworth WFBM, LLP
   601 Montgomery Street
   9th Floor
   San Francisco, California 94111

2. Date of retention: January 1, 2019

3. Type of services to be provided:

   Environmental litigation, regulatory and consulting legal services, including defense of associated toxic tort claims, and personal injury and property damage litigation legal services.

ORDINARY COURSE PROFESSIONAL
RETENTION QUESTIONNAIRE

4. Brief description of services to be provided:

The Firm defends the Debtors against a myriad of environmental litigation and regulatory claims and actions in California State and Federal Courts and before California and Federal Environmental Regulatory Agencies, arising out of legacy soil, groundwater, surface water and sediment contamination, including claims from historic manufactured gas plants, power plants and chromium sites. The Firm also defends the Debtors against personal injury and property damage claims made against Debtors in California State Courts and United States Federal Courts.

5. Arrangements for compensation (hourly, contingent, etc.): $250-$415 per hour, based on the work performed and the billing attorney.

   (a) Average hourly rate (if applicable): N/A.

   (b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): $90,000.00.

   (c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): N/A.

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $170,369.37

Date claim arose: December 1, 2018.

Nature of claim: Unpaid invoices for legal services provided from December 1, 2018 through January 28, 2019, as well as costs advanced and incurred related to those legal services.

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company: None.

Name: N/A

Status: N/A

Amount of claim: N/A

Date claim arose: N/A

Nature of claim: N/A

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed: None.

ORDINARY COURSE PROFESSIONAL RETENTION QUESTIONNAIRE   2

Case: 19-30088   Doc# 1130-16   Filed: 03/29/19   Entered: 03/29/19 14:59:24   Page 6 of 20

9. Name and title of individual completing this form:

Charles T. Sheldon, partner of Walsworth WFBM, LLP

Dated: March 6, 2019

*[signature]*

Charles T. Sheldon

**Exhibit A-63**

**Winston & Strawn LLP**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                            **Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF KIMBERLY OGNISTY, ON BEHALF OF WINSTON & STRAWN LLP** |
| ☐   Affects PG&E Corporation<br>☐   Affects Pacific Gas and Electric Company<br>☒   Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I, Kimberly Ognisty, hereby declare as follows:

1. I am a partner of Winston & Strawn, LLP, located at various locations, including my office at 1700 K Street, N.W., Washington, D.C. 20006-3817 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following: hydroelectric and nuclear regulatory matters.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. Except as set forth below, the Firm does not perform services for any such person in connection with these chapter 11

cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained. Pursuant to waiver agreements with the Debtors, the Firm represents the following clients in the chapter 11 cases: (i) Macquarie Energy LLC; (ii) Macquarie Futures USA LLC; (iii) Peninsula Clean Energy; (iv) Tulsa Inspection Resources, LLC (and its affiliates, Cypress Energy Partners, L.P., Tulsa Inspection Resources – PUC, LLC, CF Inspection Management, LLC, and Cypress Energy Management – TIR, LLC, who are not creditors in the chapter 11 cases); (v) California Efficiency and Demand Management Council; and (vi) Sacramento Executive Helicopters.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $175,931.15 in respect of prepetition services rendered to the Debtors. A portion of this amount relates to a Winston partner, Tyson R. Smith, that was seconded to the prepetition Debtors to work on nuclear regulatory matters. Mr. Smith is now an employee of the Utility.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

ORDINARY COURSE PROFESSIONAL
DECLARATION AND DISCLOSURE STATEMENT

2

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 8, 2019, at Washington, D.C.

*[signature]*
Kimberly Ognisty

ORDINARY COURSE PROFESSIONAL
DECLARATION AND DISCLOSURE STATEMENT

3

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

    Kimberly Ognisty
    1700 K Street, N.W.
    Washington, D.C. 20006-3817

2. Date of retention: April 1992

3. Type of services to be provided: legal services concerning hydroelectric and nuclear regulatory matters.

4. Brief description of services to be provided:

    Winston & Strawn LLP (the "**Firm**") advises Debtors with respect to Federal Energy Regulatory Commission compliance and administrative matters for each of Debtors' hydroelectric projects, including relicensing activities, decommissioning activities, administrative litigation, post-

license administrative disputes, and/or divestiture activities associated with the following hydroelectric projects: Battle Creek, Bucks Creek, Deer Creek, DeSabla-Centerville, Drum-Spaulding, Kerckhoff, Kilarc-Cow Creek, McCloud-Pit, Narrows, North Fork Feather River, Phoenix, Poe, and Potter Valley. In addition, the Firm advises Debtors with respect to regulatory and legislative matters that affect Debtors' hydroelectric projects. The Firm further advises the Debtors with respect to Nuclear Regulatory Commission compliance and administrative matters for the Diablo Canyon nuclear facility.

5. Arrangements for compensation (hourly, contingent, etc.):

Hourly rate subject to an agreed upon percentage discount based on volume. Partner rates for services provided to Debtors range from $676 to $980 per hour.

(a) Average hourly rate (if applicable): N/A

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): $80,000

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): N/A

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $175,931.15

Date claim arose: Various

Nature of claim: Legal services concerning hydroelectric regulatory and licensing and nuclear regulatory. A portion of this amount relates to a Winston partner, Tyson R. Smith, that was seconded to the prepetition Debtors to work on nuclear regulatory matters. Mr. Smith is now an employee of the Utility.

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company: Winston is unaware of any claims held individually by any member, associate, or employee of the company. In response to a Firm-wide inquiry by the Firm's general counsel, two employees and one partner of the Firm each indicated an indirect interest through family members in shares of PG&E Corporation, in each case less than 500 shares.

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed: Pursuant to waiver agreements with the Debtors, the Firm represents the following clients in the chapter 11 cases: (i) Macquarie Energy LLC; (ii) Macquarie Futures USA LLC; (iii) Peninsula Clean Energy; (iv) Tulsa Inspection Resources, LLC (and its affiliates, Cypress Energy Partners, L.P., Tulsa Inspection Resources – PUC, LLC, CF Inspection Management, LLC, and Cypress Energy Management – TIR, LLC, who are not creditors in the chapter 11 cases); (v) California Efficiency and Demand Management Council; and (vi) Sacramento Executive Helicopters.

9. Name and title of individual completing this form:

> Kimberly Ognisty
> 1700 K Street, N.W.
> Washington, D.C. 20006-3817

Dated: March 8, 2019

_____
Signature of Individual Completing Form

**Exhibit A-64**

**Younossi Law**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>　　　　　　　　　　Debtors.<br><br>☐　Affects PG&E Corporation<br>☒　Affects Pacific Gas and Electric Company<br>☐　Affects both Debtors<br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF HELENA YOUNOSSI, ON BEHALF OF YOUNOSSI LAW.** |

I, Helena S. Younossi, hereby declare as follows:

1. I am a sole proprietor of Younossi Law, located at _650 Gateway Blvd. Ste 210, South San Francisco, California 94010 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide Immigration and Nationality Law related services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following: Any and all immigration related services.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm

ORDINARY COURSE PROFESSIONAL
DECLARATION AND DISCLOSURE STATEMENT

does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $14,088.00 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 5, 2019, at So. San Francisco, CA

*(signature)*

Helena Younossi
Declarant Name

ORDINARY COURSE PROFESSIONAL
DECLARATION AND DISCLOSURE STATEMENT

2

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br>**PG&E CORPORATION**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br>**RETENTION QUESTIONNAIRE** |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

   Helena S. Younossi

   Younossi Law

   601 Gateway Boulevard, Suite 210

   South San Francisco, California 94010

2. Date of retention: January 1, 2019

3. Type of services to be provided:

   Immigration and Nationality Law related services exclusively.

4. Brief description of services to be provided:

ORDINARY COURSE PROFESSIONAL
RETENTION QUESTIONNAIRE

Immigration and Nationality related Services pertaining to the need of employees to retain work authorizations, and permanent residence filings.

5. Arrangements for compensation (hourly, contingent, etc.):

Flat fee for all but unpredictable issues, such as Government Requests for Evidence, Special Project work, consultations, etc.

    (a)    Average hourly rate (if applicable): $350 where applicable;

    (b)    Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

$11,749.00

    (c)    Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): For third party vendors, such as translation and educational evaluation services, we pay their fees and bill PG&E for such invoices without mark-up.

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $ 14,088.00

Date claim arose: N/A

Nature of claim: Legal fees for labor immigration matters

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name: _____N/A_____

Status: _____

Amount of claim: $_____

Date claim arose: _____

Nature of claim: _____

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

_____None_____

9. Name and title of individual completing this form:

   Helena Younossi, Sole Proprietor

   Dated: March 5, 2019

/s/ Helena Younossi

Signature of Individual Completing Form
