# Exhibit B

## OCP Declarations and Retention Questionnaires for OCP List Supplement

**Exhibit B-1**

**Brown Rudnick LLP**

BROWN RUDNICK LLP
RONALD RUS, #67369
rrus@brownrudnick.com
WILLIAM W. LOCKYER, #140818
wlockyer@brownrudnick.com
CATHRINE M. CASTALDI, #156089
ccastaldi@brownrudnick.com
2211 Michelson Drive, 7th Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

Special Counsel for PG&E CORPORATION

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF WILLIAM W. LOCKYER, ON BEHALF OF BROWN RUDNICK LLP** |

I, William G. Lockyer, hereby declare as follows:

1. I am a counsel at Brown Rudnick LLP, located at 2211 Michelson Drive, Seventh Floor, Irvine, CA 92612 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide certain legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following: legal services regarding disaster relief, oversight, stakeholder engagement, alternative methods of handling potential liabilities resulting from the 2017 North Bay wildfires and legislative and regulatory risk assessment and analysis.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases.[1] In

---

[1] The Firm does not hold or represent any interest adverse to the Debtors or their estates for the matters on which the professional is to be employed. In the interest of full disclosure, lawyers resident in the Firm's New York and London offices (which from time to time may be assisted by lawyers resident in the Firm's other offices) have represented and may in the future represent parties in documenting the trading of claims and debt of the Debtors or their Estates. The Firm has not and will not provide any valuation or strategic due diligence regarding PG&E, other than: (i) the ordinary course review of any underlying loan or claim documentation in connection with the purchase or sale of such loan or claim and the review of any upstream trade transaction documentation in connection therewith or (ii) advice based solely on publicly available information or information obtained in connection with (i) above. In addition, the firm has implemented an informational wall to prevent the disclosure of information by our PG&E designated team to anyone else at the firm. Finally, the Firm has not and will not represent (i) anyone in connection with any effort to acquire a controlling interest in PG&E or any of its assets or affiliates or (ii) any party in pursuing claims against the Debtors, with the exception of necessary filings to complete the transfer of a debt or claim against the Debtors from a seller to a purchaser.

addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors did not owe the Firm for prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 8, 2019, at Irvine, California.

_____
WILLIAM W. LOCKYER

3

| | |
|---|---|
| 1 | BROWN RUDNICK LLP |
| | RONALD RUS, #67369 |
| 2 | rrus@brownrudnick.com |
| | WILLIAM W. LOCKYER, #140818 |
| 3 | wlockyer@brownrudnick.com |
| | CATHRINE M. CASTALDI, #156089 |
| 4 | ccastaldi@brownrudnick.com |
| | 2211 Michelson Drive, 7th Floor |
| 5 | Irvine, California 92612 |
| | Telephone: (949) 752-7100 |
| 6 | Facsimile: (949) 252-1514 |
| 7 | Special Counsel for PG&E CORPORATION |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| PG&E CORPORATION | Chapter 11 |
| - and - | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors. | **RETENTION QUESTIONNAIRE** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "Debtors") in the above-captioned chapter 11 cases.

All questions must be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

    <u>Brown Rudnick LLP ("Professional"), 2211 Michelson Drive, 7th Floor, Irvine, California 92612.</u>

2. Date of retention: <u>January 1, 2019.</u>

    Type of services to be provided: <u>Legal services.</u>

3. Brief description of services to be provided: <u>Legal services regarding disaster relief, oversight, stakeholder engagement, alternative methods of handling potential liabilities resulting from the 2017 North Bay wildfires and legislative and regulatory risk assessment and analysis.</u>

4. Arrangements for compensation (hourly, contingent, etc.): Hourly

5. Average hourly rate (if applicable): <u>$1225.00</u>

    (a) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): <u>$16,750.00 depending on requested work. Prepetition average monthly compensation was higher, but not expected to continue at the same pace during the course of the bankruptcy.</u>

    (b) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): <u>N/A</u>

6. Prepetition claims against the Debtors held by the company:

    Amount of claim: <u>$0.00</u>

    Date claim arose: <u>N/A</u>

    Nature of claim: <u>N/A</u>

///

///

///

2

7. The Firm does not hold or represent any interest adverse to the Debtors or their estates for the matters on which the professional is to be employed. In the interest of full disclosure, lawyers resident in the Firm's New York and London offices (which from time to time may be assisted by lawyers resident in the Firm's other offices) have represented and may in the future represent parties in documenting the trading of claims and debt of the Debtors or their Estates. The Firm has not and will not provide any valuation or strategic due diligence regarding PG&E, other than: (i) the ordinary course review of any underlying loan or claim documentation in connection with the purchase or sale of such loan or claim and the review of any upstream trade transaction documentation in connection therewith or (ii) advice based solely on publicly available information or information obtained in connection with (i) above. In addition, the firm has implemented an informational wall to prevent the disclosure of information by our PG&E designated team to anyone else at the firm. Finally, the Firm has not and will not represent (i) anyone in connection with any effort to acquire a controlling interest in PG&E or any of its assets or affiliates or (ii) any party in pursuing claims against the Debtors, with the exception of necessary filings to complete the transfer of a debt or claim against the Debtors from a seller to a purchaser.

8. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name: N/A

Status: N/A

Amount of claim: N/A

Date claim arose: N/A

Nature of claim: N/A

9. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed: The Firm does not hold or represent any interest adverse to the Debtors or their estates for the matters on which the professional is to be employed. In the interest of full disclosure, lawyers resident in the Firm's New York and London offices (which from time to time may be assisted by lawyers resident in the Firm's other offices) have represented and may in the future represent parties in documenting the

trading of claims and debt of the Debtors or their Estates. <u>The Firm has not and will not provide any valuation or strategic due diligence regarding PG&E, other than: (i) the ordinary course review of any underlying loan or claim documentation in connection with the purchase or sale of such loan or claim and the review of any upstream trade transaction documentation in connection therewith or (ii) advice based solely on publicly available information or information obtained in connection with (i) above. In addition, the firm has implemented an informational wall to prevent the disclosure of information by our PG&E designated team to anyone else at the firm. Finally, the Firm has not and will not represent (i) anyone in connection with any effort to acquire a controlling interest in PG&E or any of its assets or affiliates or (ii) any party in pursuing claims against the Debtors, with the exception of necessary filings to complete the transfer of a debt or claim against the Debtors from a seller to a purchaser.</u>

10. Name and title of individual completing this form:

    <u>William W. Lockyer, Counsel</u>

DATED: March 8, 2019          BROWN RUDNICK LLP

By: *(signature)*
WILLIAM W. LOCKYER

# Exhibit B-2

**Burke, Williams & Sorensen, LLP**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF JOHN WELSH, ON BEHALF OF BURKE, WILLIAMS & SORENSEN, LLP** |
| ☐ Affects PG&E Corporation<br>X Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I, John Welsh, hereby declare as follows:

1. I am a partner of Burke, Williams & Sorensen, LLP, located at 444 South Flower Street, Suite 2400, Los Angeles, California 90071 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide land acquisition and eminent domain services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following: Representation in eminent domain matters on Line 407 and Oakland-Moraga Electrical Reinforcement projects and other eminent domain and land acquisition services.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not

perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $239,819.39 in respect of prepetition services rendered to the Debtors.

9. At any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March _18_, 2019, at Los Angeles, California.

*(signature)*
John Welsh, Declarant

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>X Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
|---|---|

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

   Burke, Williams & Sorensen, LLP
   444 South Flower Street, Suite 2400
   Los Angeles, California 90071

2. Date of retention: Pre-Petition, November 2017; Post-Petition, as of date of petition.

3. Type of services to be provided: Land acquisition and eminent domain.

4. Brief description of services to be provided: Representation in eminent domain matters on Line 407 and Oakland-Moraga Electrical Reinforcement projects and other eminent domain and other land acquisition services.

5. Arrangements for compensation (hourly, contingent, etc.): Hourly.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

(a) Average hourly rate (if applicable): Partners $415; associates $305; legal assistants $175.

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): $75,000

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): None.

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $239,819.39.

Date claim arose: January and February, 2019 invoices for pre-petition services in December 2018 and January 2019.

Nature of claim: Land acquisition and eminent domain services.

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company: We respond as to those members, associates and employees who work on PG&E matters.

Name: None

Status: N/A

Amount of claim: N/A

Date claim arose: N/A

Nature of claim: N/A

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed: None.

9. Name and title of individual completing this form: John Welsh, Managing Partner.

Dated: March 18, 2019

_____
John Welsh
Signature of Individual Completing Form

# Exhibit B-3

**Harris Wiltshire & Grannis LLP**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>        Debtors.<br><br>☐   Affects PG&E Corporation<br>☑   Affects Pacific Gas and Electric Company<br>☐   Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF Samuel T. Walsh, ON BEHALF OF Harris, Wiltshire & Grannis LLP** |

I, __Samuel T. Walsh___, hereby declare as follows:

1. I am a _Partner of _____ Harris Wiltshire & Grannis LLP, located at __1919 M St NW, Washington D.C. 200036 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following:
Representation of the Debtor before the Federal Energy Regulatory Commission and related advice.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm

ORDINARY COURSE PROFESSIONAL
DECLARATION AND DISCLOSURE STATEMENT

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088    Doc# 1130-17    Filed: 03/29/19    Entered: 03/29/19 14:59:24    Page 16 of 20

does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $0 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 4, 2019, at Washington, D.C..

*/s/ Samuel T. Walsh*

Samuel T. Walsh

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☑ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

    Samuel T. Walsh

    Harris, Wiltshire & Grannis LLP

    1919 M St. NW

    Washington, DC 20036

2. Date of retention: January 1, 2019

3. Type of services to be provided:

    Legal services.

4. Brief description of services to be provided:

Representation of the Debtor before the Federal Energy Regulatory Commission and related advice.

5. Arrangements for compensation (hourly, contingent, etc.):

Hourly.

(a) Average hourly rate (if applicable): $550

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

Not applicable.

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): _____

_None._____

_____

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $_____

Date claim arose: N/A

Nature of claim: _____

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name: _____

Status: N/A

Amount of claim: $_____

Date claim arose: _____

Nature of claim: _____

_____

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

None.

9. Name and title of individual completing this form:

Samuel T. Walsh, partner.

Dated: March 5, 2019

_____
Signature of Individual Completing Form

Case: 19-30088    Doc# 1130-17    Filed: 03/29/19    Entered: 03/29/19 14:59:24    Page 20 of 20