**<u>Exhibit B-4</u>**

**Law Office of John H. Kenney**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>- **and** -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>        **Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF JOHN H. KENNEY, ON BEHALF OF LAW OFFICE OF JOHN H. KENNEY** |
| ☐    Affects PG&E Corporation<br>☒    Affects Pacific Gas and Electric Company<br>☐    Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I, John H. Kenney, hereby declare as follows:

1.     I am the sole proprietor of Law Office of John H. Kenney, a sole proprietorship located at 48 Robert Rd, Orinda, CA 94563-3216 (the "**Firm**").

2.     PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide contract planning, drafting and negotiation services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.     The Services include, but are not limited to, the following: (a) Plan, draft and negotiate the Master Agreement and related Supplements and amendments thereto between Pacific Gas and Electric Company ("PG&E") and Peninsula Corridor Joint Powers Board; (b) plan, draft and negotiate various permitting, engineering, procurement and construction contracts and amendments thereto between PG&E and California High Speed Rail Authority; and (c) plan, draft and negotiate contracts between PG&E's Gas Ops group and various counterparties as to maintenance, disposition and other activities relating to PG&E gas pipelines.

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

ORDINARY COURSE PROFESSIONAL
DECLARATION AND DISCLOSURE STATEMENT

4.     The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases.  As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases.  The Firm does not perform services for any such person in connection with these chapter 11 cases.  In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5.     The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6.     Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7.     Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8.     As of the commencement of this chapter 11 case, the Debtors owed the Firm $1408 in respect of prepetition services rendered to the Debtors.

9.     The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1         Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the

2   United States of America that the foregoing is true and correct, and that this Declaration and

3   Disclosure Statement was executed on March 5, 2019, at Orinda, California.

4

5                                                          John H. Kenney

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDINARY COURSE PROFESSIONAL              3
DECLARATION AND DISCLOSURE STATEMENT

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| 1 | **UNITED STATES BANKRUPTCY COURT** |
| 2 | **NORTHERN DISTRICT OF CALIFORNIA** |
| | **SAN FRANCISCO DIVISION** |

| 3 | **In re:** | Bankruptcy Case |
| 4 | **PG&E CORPORATION** | No. 19-30088 (DM) |
| 5 | - and - | Chapter 11 |
| 6 | **PACIFIC GAS AND ELECTRIC** | (Lead Case) |
| 7 | **COMPANY,** | (Jointly Administered) |
| 8 | **Debtors.** | **RETENTION QUESTIONNAIRE** |

9  ☐   Affects PG&E Corporation

10 ☒   Affects Pacific Gas and Electric Company

11 ☐   Affects both Debtors

12 *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

14  TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and

15  Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in

16  the above-captioned chapter 11 cases.

17  All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate.

18  If more space is needed, please complete on a separate page and attach.

19  1.  Name and address of professional:

20  John H. Kenney

21  48 Robert Rd

22  Orinda, CA  94563-3216

23  2.  Date of retention:  January 1, 2019

24  3.  Type of services to be provided:  Contract planning, drafting and negotiation (transactional)

25  4.  Brief description of services to be provided:

26  The Peninsula Corridor Joint Powers Board ("Caltrain") and the California High Speed Rail

27  Authority ("CHSRA") have need of certain PG&E interconnection services to provide power to

28  their trains. I help PG&E with the contracts governing PG&E or the counterparty building the

facilities to provide the power. I also frequently assist the "Gas Ops" group in planning, drafting and negotiation of contracts as to maintenance, disposition and other activities relating to PG&E gas pipelines.

5.    Arrangements for compensation (hourly, contingent, etc.): $440 per hour, plus reimbursement for certain costs

(a)    Average hourly rate (if applicable): N/A

(b)    Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):    January 1, 2018 to Petition Date January 29, 2019, average $8,650/month.

(c)    Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): I have heard from PG&E that for some (but not all) of my services, PG&E might be reimbursed by Caltrain or CHSRA (as defined in Q4 above), but I am not familiar with or involved in those arrangements.

6.    Prepetition claims against the Debtors held by the company:

Amount of claim: $1,408

Date claim arose: January 1-28, 2019

Nature of claim: Unsecured claim for legal services provided

7.    Prepetition claims against the Debtors held individually by any member, associate, or employee of the company: None (company is a sole proprietorship with no employees, so company claim is sole owner's claim: all stated and encompassed in Q6).

8.    Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed: None

9.    Name and title of individual completing this form: John H. Kenney, sole proprietor

Dated: March 5, 2019

_____
Signature of Individual Completing Form

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## Exhibit B-5

**Levine, Blaszak, Block & Boothby, LLP**

Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case<br>No. 19-30088 (DM) |
| **PG&E CORPORATION** | |
| - and - | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case)<br>(Jointly Administered) |
| **Debtors.** | |

☐   Affects PG&E Corporation

☐   Affects Pacific Gas and Electric Company

■   Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

**DECLARATION AND DISCLOSURE STATEMENT OF JEFFREY L. SHELDON, ON BEHALF OF LEVINE, BLASZAK, BLOCK & BOOTHBY, LLP**

I, Jeffrey L. Sheldon, hereby declare as follows:

1.   I am a Partner of Levine, Blaszak, Block & Boothby, LLP, located at 2001 L Street, N.W., Suite 900, Washington, DC 20036 (the "**Firm**").

2.   PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide telecommunications regulatory counseling services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.   The Services include, but are not limited to, the following:

Regulatory counseling and legal representation before the Federal Communications Commission ("FCC") with respect to communications facilities and services used by the Debtors to support their business operations; assistance in obtaining and maintaining authorizations from the FCC to operate radio communications facilities used by the Debtors in the ordinary course of business; and assistance with FCC-related issues that may arise as a result of these chapter 11 cases.

4.   The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors'

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1   chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and

2   transactions involving many different parties, some of whom may represent or be claimants or

3   employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not

4   perform services for any such person in connection with these chapter 11 cases. In addition, the Firm

5   does not have any relationship with any such person, such person's attorneys, or such person's

6   accountants that would be adverse to the Debtors or their estates with respect to the matters on which

7   the Firm is to be retained.

8        5.     The Firm does not receive compensation from third party sources other than the Debtors

9   for the Services.

10        6.     Neither I, nor any principal of, or professional employed by the Firm has agreed to share

11   or will share any portion of the compensation to be received from the Debtors with any other person

12   other than principals and regular employees of the Firm.

13        7.     Neither I nor any principal of, or professional employed by the Firm, insofar as I have

14   been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates

15   with respect to the matters on which the Firm is to be retained.

16        8.     As of the commencement of this chapter 11 case, the Debtors owed the Firm nothing in

17   respect of prepetition services rendered to the Debtors.

18        9.     The Firm is conducting further inquiries regarding its retention by any creditors of the

19   Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the

20   Firm should discover any facts bearing on the matters described herein, the Firm will supplement the

21   information contained in this Declaration.

22        Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the

23   United States of America that the foregoing is true and correct, and that this Declaration and

24   Disclosure Statement was executed on March 5, 2019, at Washington, D.C.

25

26                                    Jeffrey L. Sheldon

27

28

Case: 19-30088   Doc# 1130-18   Filed: 03/29/19   Entered: 03/29/19 14:59:24   Page 9
of 22

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case |
| | No. 19-30088 (DM) |
| **PG&E CORPORATION** | |
| - and - | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| **Debtors.** | (Jointly Administered) |
| | **RETENTION QUESTIONNAIRE** |

☐    Affects PG&E Corporation

☐    Affects Pacific Gas and Electric Company

■    Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

      TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

      All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.     Name and address of professional: Jeffrey L. Sheldon; Levine, Blaszak, Block & Boothby, LLP, 2001 L Street, N.W., Suite 900, Washington, D.C. 20036

2.     Date of retention: January 1, 2019

3.     Type of services to be provided:

      Telecommunications regulatory counseling services

4.     Brief description of services to be provided:

      Regulatory counseling and legal representation before the Federal Communications Commission ("FCC") with respect to communications facilities and services used by the Debtors to support their business operations; assistance in obtaining and maintaining authorizations from the FCC

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

to operate radio communications facilities used by the Debtors in the ordinary course of business; and assistance with FCC-related issues that may arise as a result of these chapter 11 cases

5. Arrangements for compensation (hourly, contingent, etc.):

Hourly.

(a) Average hourly rate (if applicable): $620

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

< $1,000/month

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): None

6. Prepetition claims against the Debtors held by the company:

Amount of claim: None

Date claim arose: N/A

Nature of claim: N/A

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name: N/A

Status: N/A

Amount of claim: N/A

Date claim arose: N/A

Nature of claim: N/A

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

None

ORDINARY COURSE PROFESSIONAL
RETENTION QUESTIONNAIRE

9.       Name and title of individual completing this form:

         Jeffrey L. Sheldon, Partner

Dated: March 5, 2019

_____

Jeffrey L. Sheldon

## Exhibit B-6

**Littler Mendelson, P.C.**

Case: 19-30088    Doc# 1130-18    Filed: 03/29/19    Entered: 03/29/19 14:59:24    Page 14 of 22

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

**In re:**

**PG&E CORPORATION**

    **- and -**

**PACIFIC GAS AND ELECTRIC COMPANY,**

               **Debtors.**

    ☐    Affects PG&E Corporation

    ✗    Affects Pacific Gas and Electric Company

    ☐    Affects both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Bankruptcy Case
No. 19-30088 (DM)

Chapter 11

(Lead Case)
(Jointly Administered)

**DECLARATION AND DISCLOSURE STATEMENT OF ROBERT G. HULTENG, ON BEHALF OF LITTLER MENDELSON, P.C.**

I, Robert G Hulteng, hereby declare as follows:

1.    I am a Shareholder of Littler Mendelson, P.C., located at 333 Bush Street, 34th Floor (the "**Firm**").

2.    PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.    The Services include, but are not limited to, the following:  Representation in employment matters, including single plaintiff and class and collective litigation, labor arbitrations and labor/employment advice.

4.    The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases.  As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases.  The Firm does not

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5.    The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6.    Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7.    Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8.    As of the commencement of this chapter 11 case, the Debtors owed the Firm $90,418.98 in respect of prepetition services rendered to the Debtors.

9.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 15, 2019, at San Francisco, California.

_____

Robert G. Hulteng

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>    **- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                        **Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
| ☐    Affects PG&E Corporation<br>☒    Affects Pacific Gas and Electric Company<br>☐    Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

      TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

      All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.    Name and address of professional:  Robert G. Hulteng, on behalf of Littler Mendelson P.C., 333 Bush Street, 34th Floor, San Francisco, CA, 94104

2.    Date of retention:  Ongoing

3.    Type of services to be provided:  Legal advice and representation in labor and employment matters.

4.    Brief description of services to be provided:  Littler Mendelson represents PG&E in a range of labor and employment matters, including single plaintiff litigation, class/collective actions, administrative matters and labor arbitrations.  Littler also provides advice and counsel on labor and employment matters.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

5. Arrangements for compensation (hourly, contingent, etc.): Littler bills on an hourly rate basis.

    (a)    Average hourly rate (if applicable): Hourly rates range from $225 to $590.

    (b)    Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): $50,000

    (c)    Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): N/A

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $90,418.98

Date claim arose: December 2018 – January 2019

Nature of claim: Legal fees

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company: None

Name:

Status:

Amount of claim: $

Date claim arose:

Nature of claim:

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed: None

9. Name and title of individual completing this form: Robert G. Hulteng

Dated: March 15, 2019



_____

Signature of Individual Completing Form

## Exhibit B-7

**Paul Hastings LLP**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| **- and -** | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) (Jointly Administered) |
| Debtors. | **DECLARATION AND DISCLOSURE STATEMENT OF ELENA R. BACA, ON BEHALF OF PAUL HASTINGS LLP** |
| ☐  Affects PG&E Corporation | |
| ☐  Affects Pacific Gas and Electric Company | |
| ☐  Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I, Elena R. Baca, hereby declare as follows:

1.    I am a partner in the law firm of Paul Hastings LLP with offices at, among other locations worldwide, 515 South Flower Street, 25th Floor, Los Angeles, CA 90071 (the "**Firm**").

2.    PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide litigation investigation and defense services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.    The Services include, but are not limited to, litigation investigation and defense against claims asserted by PG&E employees, specifically including, but not limited to, claims arising out of the locate and mark regulatory concerns.

4.    The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases.  As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases.

The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that is adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5.    Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

6.    Neither I nor any principal of, or professional employed by the Firm, to my knowledge, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

7.    As of the commencement of this chapter 11 case, the Debtors owed the Firm $54,876.73 in respect of prepetition services rendered to the Debtors.

8.    The Firm is conducting further inquiries regarding its retention in the Debtors' chapter 11 cases, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 26, 2019, at Los Angeles, California.

_____
Elena R. Baca

2

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **RETENTION QUESTIONNAIRE** |

☐     Affects PG&E Corporation

☐     Affects Pacific Gas and Electric Company

☐     Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.     Name and address of professional:
Elena R. Baca
Paul Hastings LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071

2.     Date of retention: Approximately April 2015

3.     Type of services to be provided: Litigation investigation and defense services

4.     Brief description of services to be provided: Litigation investigation and defense against claims asserted by PG&E employees, specifically including, but not limited to, claims arising out of the locate and mark regulatory concerns.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

5. Arrangements for compensation (hourly, contingent, etc.): Hourly. As a courtesy to the Debtors, and based on circumstances unique to the Debtors' chapter 11 cases, Paul Hastings will provide a 15% discount on its standard hourly rates.

    (a)    Average hourly rate (if applicable): Approximately $729.00

    (b)    Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): Approximately $90,000.00

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $54,876.73

Date claim arose: From approximately May 2018 through January 2019

Nature of claim: Amount due for legal services rendered

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company: Unknown at this time.

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed: N/A

9. Name and title of individual completing this form:

Elena R. Baca, Partner, Paul Hastings LLP

Dated: March 26, 2019

_____
Elena R. Baca

2