**Exhibit B-8**

**Redgrave LLP**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors. | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF CHRISTOPHER Q. KING, ON BEHALF OF REDGRAVE LLP** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | |

I, Christopher Q. King, hereby declare as follows:

1. I am a Partner of Redgrave LLP, located at 14555 Avion Parkway, Chantilly, Virginia 20151 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal services in the areas of information governance and electronic discovery to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following: Legal services concerning the organization and preservation of documents, data and information in connection with pending or anticipated litigation, investigations and audits, advice on the cost-effective and efficient management of documents and data, and enhanced information governance practices.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or

employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $208,375.42 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 8, 2019, at Glen Ellyn, Illinois.

_____
Declarant Name

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors. | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

    Redgrave LLP

    14555 Avion Parkway

    Chantilly, Virginia 20151

2. Date of retention: January 1, 2019

3. Type of services to be provided:

    Legal services

ORDINARY COURSE PROFESSIONAL
RETENTION QUESTIONNAIRE

4. Brief description of services to be provided:

Legal services in the areas of litigation, electronic discovery and information governance. These services may include advice concerning the organization and preservation of documents, data and information in connection with pending or anticipated litigation, investigations and audits, advice on the cost-effective and efficient management of documents and data, and enhanced information governance practices _____

_____

5. Arrangements for compensation (hourly, contingent, etc.):

Hourly_____

   (a) Average hourly rate (if applicable):

   __$596_____

   (b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

   _____$70,567_____

   (c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): None____

   _____

   _____

6. Prepetition claims against the Debtors held by the company:

   Amount of claim: $208,375.42_____

   Date claim arose: 01/16/2019; 01/25/2019_____

   Nature of claim: legal services performed_____

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company: None

   Name: _____

   Status: _____

   Amount of claim: $_____

   Date claim arose: _____

Nature of claim: _____
_____

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

None_____
_____
_____

9. Name and title of individual completing this form:

Christopher Q. King_____

Dated: *March 8*, 2019

*[signature]*

Signature of Individual Completing Form

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# Exhibit B-9

## Regulatory Law Chambers

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>X Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF ___Rosa Twyman_____, ON BEHALF OF ___Regulatory Law Chambers__** |

I, Rosa Twyman, hereby declare as follows:

1. I am the Legal Services Director of Regulatory Law Chambers, located at #601, 888 - 4 Avenue SW, Calgary Alberta Canada T2P 0V2 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal support services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following:
Provision of legal support services to the Western Export Group, of which Pacific Gas and Electric Company is a member. Our services relate to matters such as the NGTL rate design, the NGTL West Path Delivery Project, the NGTL 2021 System Expansion and WEG administrative matters.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or

employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does receive compensation from third party sources other than the Debtors for the Services. (Pacific Gas and Electric Company and other WEG members pay set percentages of our legal fees, as agreed upon in our retainer.)

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $5452.92 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 8, 2019, 2019, at #601, 888 4 Avenue SW, Calgary Alberta, Canada T2P 0M9.

Rosa Twyman

00096452.1    ORDINARY COURSE    2
PROFESSIONAL
DECLARATION AND DISCLOSURE STATEMENT

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

   #601, 888 4 Avenue SW

   Calgary, Alberta T2P 0V2

2. Date of retention: November 1, 2011

3. Type of services to be provided: legal services.

4. Brief description of services to be provided:

   Provision of legal support services to the Western Export Group, of which Pacific Gas and Electric Company is a member. Our services relate to matters such as the NGTL rate design, the NGTL West Path Delivery Project, the NGTL 2021 System Expansion and WEG administrative matters.

5. Arrangements for compensation (hourly, contingent, etc.):

Our legal services are billed according to the following hourly rates, as set out in our retainer agreement:

| | |
|---|---|
| Rosa Twyman, Legal Services Director | $665.00 per hour |
| John Gormley, Supervised Legal Services Provider | $305.00 per hour |
| Marisa Valle, Supervised Legal Services Provider, Student-at-law | $235.00 per hour |
| Stephanie Hryciw, Hybrid Legal Support Provider (or alternate Hybrid Legal Support Provider) | $195.00 per hour |

(a) Average hourly rate (if applicable): See above.

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

This fluctuates according to the legal services required.

(c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): Pacific Gas and Electric Company and other WEG members pay set percentages of our legal fees, as agreed upon in our retainer.

6. Prepetition claims against the Debtors held by the company:

Amount of claim:

Date claim arose:

Nature of claim:

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name: Rosa Twyman

Status: External Legal Counsel

Amount of claim: $5452.92

Date claim arose: This amount is for legal services provided in November and December of 2018 and January and February of 2019 (but prior to February 27, 2019), respectively.

Nature of claim: claim for payment of past due legal services fees.

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

We are seeking payment of the amount of $5452.92 for legal services provided in November and December of 2018 and January and February of 2019 (but prior to February 27, 2019). These services were provided to the Western Export Group, of which Pacific Gas and Electric Company is a member. Our services relate to matters such as the NGTL rate design, the NGTL West Path Delivery Project, the NGTL 2021 System Expansion and WEG administrative matters. These matters are ongoing and, as such, we will continue to issue invoices for to PG&E for future legal services.

9. Name and title of individual completing this form:

Rosa Twyman, Legal Services Director of Regulatory Law Chambers

_____
Signature of Individual Completing Form

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**Exhibit B-10**

**Wilson Elser Moskowitz Edelman & Dicker LLP**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>X Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF THOMAS W. TOBIN, ON BEHALF OF WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP** |

I, Thomas W. Tobin, hereby declare as follows:

1. I am a partner of Wilson Elser Moskowitz Edelman & Dicker LLP, located at 150 East 42nd Street, New York City, New York 10017 (the "**Firm**").

2. PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal services in connection with the National Transportation Safety Board (NTSB) investigation of a natural-gas fueled explosion in San Francisco on February 6, 2019 to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, assisting with NTSB interviews and document requests, consultation on the scope of NTSB "party" obligations and assisting with the preparation of proposed findings and recommendations.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or

employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $0 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 6, 2019, at White Plains, New York.

_____
Thomas W. Tobin

ORDINARY COURSE PROFESSIONAL
DECLARATION AND DISCLOSURE STATEMENT

2

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.  | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
| ☐    Affects PG&E Corporation<br>☐    Affects Pacific Gas and Electric Company<br>X    Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)*. | |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

   Thomas W. Tobin, Esq.
   Wilson Elser Moskowitz Edelman & Dicker, LLP
   150 East 42nd Street, New York City, New York 10017

2. Date of retention: February 6, 2019

3. Type of services to be provided:

   Assist with the National Transportation Safety Board (NTSB) investigation of a natural-gas fueled explosion in San Francisco on February 6, 2019

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

4. Brief description of services to be provided:

The Services include, but are not limited to, assisting with NTSB interviews and document requests, consultation on the scope of NTSB "party" obligations and assisting with the preparation of proposed findings and recommendations.

5. Arrangements for compensation (hourly, contingent, etc.):

Hourly.

   (a) Average hourly rate (if applicable): $650

   (b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

Not applicable as retention was after petition.

   (c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): None

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $0

Date claim arose: Not applicable

Nature of claim: Not applicable

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name: Not applicable

Status: Not applicable

Amount of claim: Not applicable

Date claim arose: Not applicable

Nature of claim: Not applicable

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

None.

9. Name and title of individual completing this form:

   Thomas W. Tobin
   Partner, Wilson Elser Moskowitz Edelman & Dicker LLP

Dated: March 6, 2019

_____
Signature of Individual Completing Form