Entered on Docket
March 29, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



LOWENSTEIN SANDLER LLP
Michael S. Etkin (*pro hac vice pending*)
Andrew Behlmann
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: 973.597.2500
Facsimile:  973.597.2400

*Bankruptcy Counsel to Lead Plaintiff and the Proposed Class*

Signed and Filed: March 29, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Michael S. Etkin, whose business address and telephone number is Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, (973) 597-2500, and who is an active member in good standing of the bars of the States of New Jersey and New York, and the United States District Court for the District of New Jersey and the United States District Courts for the Southern and Eastern Districts of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Lead Plaintiff Public Employees Retirement Association of New Mexico (collectively "Lead Plaintiffs") in *In re PG&E Corporation Securities Litigation,* Civil Action No. 3:18-cv-03509-RS, filed in the United States Court for the Northern District of California, in the above-entitled action.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application

1 | will constitute notice to the represented party. All future filings in this action are subject to the
2 | Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States
3 | Bankruptcy Court for the Northern District of California.

**END OF ORDER**

| | COURT SERVICE LIST |
|---|---|
| 1 | |
| 2 | |
| 3 | No Parties |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |