**Entered on Docket
March 29, 2019**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: March 29, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION, *et al.*,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case,<br>No. 19-30088-DM. | Case No. 19-30088-DM<br>(Jointly Administered)<br><br>Chapter 11 |

### ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Lorraine S. McGowen**, whose business address and telephone number is **Orrick, Herrington & Sutcliffe LLP, 51 West 52nd Street, New York, NY 10019, (212) 506-5114**, and who is an active member in good standing of the bar of the State of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro*

1 | *hac vice* basis, representing EDP Renewables North America LLC, Rising Tree Wind Farm II LLC,
2 | and Arlington Wind Power Project LLC.
3 |     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
4 | conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
5 | *vice*. Service of papers upon and communication with co-counsel designated in the application will
6 | constitute notice to the represented party. All future filings in this action are subject to the
7 | Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States
8 | Bankruptcy Court for the Northern District of California.

    **END OF ORDER**