**Entered on Docket**
**March 29, 2019**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: March 29, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION, *et al.*,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM. | Case No. 19-30088-DM<br>(Jointly Administered)<br><br>Chapter 11 |

### ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Debra L. Felder**, whose business address and telephone number is **Orrick, Herrington & Sutcliffe LLP, 1152 15th Street, NW, Washington, DC 20005, (202) 339-8567**, and who is an active member in good standing of the bar of the State of Maryland having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice*
Case: 19-30088    Doc# 1133    Filed: 03/29/19    Entered: 03/29/19 15:10:54    Page 1 of 2

basis, representing EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**