Robert A. Julian (SBN 99469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:    628.208.6434
Facsimile:    310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.442.8875
Facsimile:    310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Proposed Counsel for Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF HEARING ON APPLICATION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO 11 U.S.C. § 1103 AND FED. R. BANKR. P. 2014 AND 5002 TO RETAIN AND EMPLOY LINCOLN PARTNERS ADVISORS LLC, AS A FINANCIAL ADVISER EFFECTIVE AS OF MARCH 1, 2019**<br><br>Date:   April 22, 2019<br>Time:   9:30 a.m. (Pacific Time)<br>Place:  United States Bankruptcy Court<br>        Courtroom 17, 16th Floor<br>        San Francisco, CA 94102<br>**Objections Due: April 15, 2019**<br>        4:00 p.m. (Pacific Time) |

**PLEASE TAKE NOTICE** that on March 30, 2019, the Official Committee of Tort Claimants (the "**Committee**"), in the above-captioned chapter 11 cases of PG&E Corporation and Pacific Gas and Electric Company filed a Motion seeking the entry of an order authorizing the retention and employment of Lincoln Partners Advisors LLC as a financial adviser to the Committee effective as of March 1, 2019 pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002, and other related relief as the Court may deem appropriate.

**PLEASE TAKE FURTHER NOTICE** that any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party by 4:00 p.m. (Pacific Time) on April 15, 2019; any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position; if there is no timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default.

**PLEASE TAKE FURTHER NOTICE** that in the event of a timely objection or request for hearing, the tentative hearing date, location and time are Tuesday, April 22, 2019, at 9:30 a.m. (Pacific Time), at the United States Bankruptcy Court, Courtroom 17, 16th Floor, San Francisco, CA 94102.

Dated: March 30, 2019

BAKER & HOSTETLER LLP

By: */s/ Cecily A. Dumas*
    Cecily A. Dumas

Proposed Attorneys for Official Committee of Tort Claimants

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA