**AKERMAN LLP**
EVELINA GENTRY (SBN 296796)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342
evelina.gentry@akerman.com

**AKERMAN LLP**
JOHN E. MITCHELL (*pro hac vice* pending)
YELENA ARCHIYAN (*pro hac vice* pending)
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 720-4300
Facsimile: (214) 981-9339
john.mitchell@akerman.com
yelena.archiyan@akerman.com

Attorneys for TRANSWESTERN PIPELINE, LLC,
creditors and parties in interest

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PACIFIC GAS & ELECTRIC CORP., et al.,<br><br>Debtors. | Case No. 19-30088<br><br>Chapter 11<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY YELENA ARCHIYAN *PRO HAC VICE*** |

Pursuant to the Bankruptcy Local Rules, Rule 1001-2(a) and the Civil Local Rules, Rule 11-3, YELENA ARCHIYAN, an active member in good standing of the state bar of Illinois, hereby applies for admission to practice in the United States Bankruptcy Court for the Northern District of California on a *pro hac vice* basis representing Transwestern Pipeline, LLC, creditors and parties in interest in the above-

APPLICATION FOR ADMISSION OF ATTORNEY YELENA ARCHIYAN *PRO HAC VICE*

48072876;1

Case: 19-30088    Doc# 1140    Filed: 04/01/19    Entered: 04/01/19 11:25:39    Page 1 of
2

captioned bankruptcy cases.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another state of the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4 and agree to become familiar with the Local Rules, the Bankruptcy Dispute Resolution Programs of this Court, and the Bankruptcy Local Rules; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office with the State of California has been designated as co-counsel in the above-entitled action. The name, address, email and telephone number of that attorney is:

> AKERMAN LLP
> Evelina Gentry (SBN 296796)
> 601 West Fifth Street, Suite 300
> Los Angeles, CA 90071
> Email: evelina.gentry@akerman.com
> Telephone: (213) 533-5975

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 21, 2019            AKERMAN LLP


By:   _/s/ Yelena Archiyan_____
                Evelina Gentry
                John E. Mitchell
                Yelena Archiyan
        Attorneys for TRANSWESTERN PIPELINE,
        LLC, creditors and parties in interest

**AKERMAN LLP**
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

48072876;1

APPLICATION FOR ADMISSION OF ATTORNEY YELENA ARCHIYAN *PRO HAC VICE*