# CERTIFICATE OF GOOD STANDING



*United States of America*

                      }ss. Yelena E Archiyan

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court
for the Northern District of Illinois,

DO HEREBY CERTIFY That Yelena E Archiyan
was duly admitted to practice in said Court on (07/28/2016)
and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (01/11/2019 )

Thomas G. Bruton , Clerk,

By:  Roberto Cornejo
Deputy Clerk

Case: 19-30088   Doc# 1140-1   Filed: 04/01/19   Entered: 04/01/19 11:25:39   Page 1 of 1