UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: PG&E CORPORATION,
and,
PACIFIC GAS AND ELECTRIC COMPANY
Debtor(s)

Bankruptcy No.: 19-30088(DM)
R.S. No.:
Hearing Date: 04/23/2019
Time: 9:30 am

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 01/29/2019        Chapter: 11
    Prior hearings on this obligation: None        Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

   Secured Creditor [ ] or lessor [ ]
   Fair market value:     $_____        Source of value: _____
   Contract Balance:      $_____        Pre-Petition Default:   $_____
   Monthly Payment:       $_____           No. of months: _____
   Insurance Advance:     $_____        Post-Petition Default:  $_____
                                                No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

   Fair market value: $_____    Source of value: _____    If appraisal, date: _____

   Moving Party's position (first trust deed, second, abstract, etc.):

   Approx. Bal.           $_____        Pre-Petition Default:   $_____
   As of (date): _____                     No. of months: _____
   Mo. payment:           $_____        Post-Petition Default:  $_____
   Notice of Default (date): _____         No. of months: _____
   Notice of Trustee's Sale: _____      Advances Senior Liens:  $_____

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

   | Position | Amount | Mo. Payment | Defaults |
   |---|---|---|---|
   | 1st Trust Deed:_____ | $_____ | $_____ | $_____ |
   | 2nd Trust Deed:_____ | $_____ | $_____ | $_____ |
   | _____: | | | |
   | _____: | | | |
   | _____: | | | |
   | (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information: Philip Verwey d/b/a Philip Verwey Farms requests relief pursuant to sections 362(d) and 553(a) of the Bankruptcy Code to exercise setoff of mutual obligations.

Dated: 04/01/2019

Signature
H. Annie Duong
Print or Type Name

Attorney for Philip Verwey dba Philip Verwey Farms

CANB Documents Northern District of California

Case: 19-30088   Doc# 1141   Filed: 04/01/19   Entered: 04/01/19 11:51:26   Page 1 of 1