McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
H Annie Duong, #319953
*annie.duong@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Attorneys for Creditor
PHILIP VERWEY d/b/a
PHILIP VERWEY FARMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In Re** | Bankruptcy Cases |
| | 19-30088-DM (Lead Case) |
| **PG&E CORPORATION** | 19-30089-DM |
| **and** | (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **NOTICE OF HEARING ON PHILIP VERWEY FARMS' MOTION FOR RELIEF FROM AUTOMATIC STAY TO EXERCISE SETOFF PURSUANT TO 11 U.S.C. §§ 362 AND 553** |
| Debtors. | |
| ☐ Affects PG&E Corporation ☐ Affects Pacific Gas and Electric Corporation ☒ Affects both Debtors | (11 U.S.C. §§ 362(d), 553(a), 562) |
| **All papers shall be filed in the Lead Case No. 19-30088 DM | |

**PLEASE TAKE NOTICE**, that Creditor Philip Verwey d/b/a Philip Verwey Farms ("PVF") has filed a motion for relief from automatic stay pursuant to 11 U.S.C. § 362(d)(1) to exercise a setoff against Debtor Pacific Gas and Electric Corporation (hereinafter "Motion").

**PLEASE TAKE NOTICE**, that the Motion is based on the Memorandum of Points and Authorities filed concurrently, the Declaration of Philip Verwey In Support Of Motion For Relief From Automatic Stay To Exercise Setoff and the attachments and exhibits thereto, and on other and further evidence the Court may consider at or before any hearing on the Motion.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

Case: 19-30088   Doc# 1142   Filed: 04/01/19   Entered: 04/01/19 11:55:33   Page 1 of 2

1    **PLEASE TAKE NOTICE**, that the Motions are set for hearing on April 23, 2019, at 9:30

2    a.m., before the Honorable Dennis Montali at the United States Bankruptcy Court for the Northern

3    District of California, San Francisco Division, located at 450 Golden Gate Avenue, 16th Floor,

4    Courtroom 17, San Francisco, CA 94102.

5        **PLEASE TAKE NOTICE**, that any responses or objections to the Motion shall be in writing

6    and conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the

7    Northern District of California, shall be filed with the Bankruptcy Court in accordance with the

8    customary practices of the Bankruptcy Court, and shall be served on:

9        (a)    Chambers of the Honorable Judge Dennis Montali;

10       (b)    The Standard Parties as required by the Order Implementing Certain Notice and

11              Procedures and Case Management Procedures;

12       (c)    Counsel for PVF, McCormick Barstow LLP ATTN: Annie Duong

13              (annie.duong@mccormickbarstow.com), 7647 N. Fresno St., Fresno, CA 93720; and

14       (d)    All other parties requesting notice pursuant to Rule 2002 of the Federal Rules of

15              Bankruptcy Procedure,

16   to be filed or received no later than fourteen (14) days after service of the Motion at 4:00 pm (PST).

17       **PLEASE TAKE NOTICE**, that as provided by Local Rule 4001-1(a), the Debtor, Pacific Gas

18   & Electric Company, is advised to appear personally or by counsel at the preliminary hearing; and that

19   failure to appear may result in the Court granting the relief requested by this Motion without further

20   hearing, including the lifting of the automatic stay for PVF to effectuate a setoff against its prepetition

21   claims against the Debtor.

22

23   Dated:  March 29, 2019                    McCORMICK, BARSTOW, SHEPPARD,
                                                      WAYTE & CARRUTH LLP
24

25

26                                              By:        /s/ H. Annie Duong
                                                         H Annie Duong
27                                                       Attorneys for Creditor
                                                         PHILIP VERWEY d/b/a
28                                                       PHILIP VERWEY FARMS

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

Case: 19-30088    Doc# 1142    Filed: 04/01/19    Entered: 04/01/19 11:55:33    Page 2 of
2