

October 15, 2018

Frank Lourenco
Property Claims Specialist
Zenith Insurance Company
PO Box 619083
Roseville, CA 95661-9083

Re:  Insured:  Philip Verwey Dairy Inc.
     Loss Location:  19765 13th Avenue, Hanford, California
     Date of Loss:  April 6, 2018; April 11, 2018
     Claim Number:  ███████████

Dear Mr. Lourenco:

Per your request, we evaluated the insured's income loss.  Our analysis was limited to those books and records that were pertinent to establishing the extent of loss.  Because our analysis is not comprehensive in nature, it is subject to the accuracy of the information provided by the insured.  This report and any other information provided by us are furnished solely for the purpose of the adjustment of this claim and are subject to the interpretation of the insurance coverage, which does not necessarily conform to generally accepted accounting principles.

**Background**

On April 6, 2018 and April 11, 2018, power surges damaged the insured's equipment resulting in lost milk production.  As a result of the power surges, manual labor was required for milking activities that are normally automated.  The dairy farm was also not able to cool the barns following the power surges.  Based on our discussions, we understand that the insured is subject to the following policy limits:

| | |
|---|---|
| Policy limit - Date of loss 04/06/18 | $100,000 |
| Policy limit - Date of loss 04/11/18 | $100,000 |
| Total Policy Limit | $200,000 |

**HSNO's Conclusion**

As shown on Schedule 1, lost income during April and May 2018 exceeds the combined policy limits of $200,000.  However, the information provided does not allow us to separately calculate lost income due to the power surges on April 6th v. April 11th.  Furthermore, we are not able to

confirm that the second power surge resulted in additional property damage that increased the total loss of income. The insured did not provide milk pounds produced and the number of cows by day needed to potentially separate the two events.

The insured believes the closest comparison for production would be the month prior to the incident since diet affects milk production. However, weather and stress also affect production. The temperatures in April and May 2018 were 10 to 15 degrees warmer than March 2018, but the power surges damaged the fans. The fans were repaired by mid-May 2018.

As instructed by the adjuster, we calculate this loss up to the policy limit. Based on the information provided, production per day would have exceeded the 70.1 pounds per day per cow necessary for the income losses to exceed the policy limit of $100,000 per occurrence. To calculate the actual loss of income beyond the policy limit, we would need additional information regarding changes in diet and any other events that would have affected production. We would also need more financial data than the 10 months provided.

We attach the following to this report:

- Schedule 1 – Summary
- Schedule 2 – Milk Sales
- Schedule 3 – Income Statements

If you have any questions or wish to discuss this matter, please feel free to contact me in our Chicago office at 312-204-8850.

Very truly yours,

**HAGEN, STREIFF, NEWTON & OSHIRO, ACCOUNTANTS, PC**

Todd J. Roeder, CPA
Partner

**Summary**

| Description | HSNO Calculated April 2018 | May 2018 |
|---|---|---|
| Minimum projected pounds per cow per day (Note A) | 70.10 | 70.10 |
| Less: actual pounds per cow per day | 67.25 | 67.83 |
| Lost pounds per cow per day | 2.85 | 2.27 |
| Total milk cows | 9,375 | 9,492 |
| Total lost milk pounds per day | 26,719 | 21,547 |
| Production days | 30 | 31 |
| Total lost milk pounds | 801,570 | 667,957 |
| Net selling price per CWT | $13.90 | $14.16 |
| **Lost milk sales (Note A)** | **$111,418** | **$94,583** |
| | | |
| Policy limit - Date of loss 04/06/18 | $100,000 | |
| Policy limit - Date of loss 04/11/18 | $100,000 | |
| **Total Policy Limit** | **$200,000** Note A | |

**Note A:**
The insured believes the closest comparison for production would be the month prior to the incident since diet affects milk production. However, weather and stress also affect production. The temperatures in April and May 2018 were 10 to 15 degrees warmer than March 2018, but the power surge damaged the fans. The fans were repaired by mid-May 2018. As instructed by the adjuster, we calculate this loss up to the policy limit. Based on the information provided, production per day would have exceeded the 70.1 pounds per day per cow necessary for the income losses to exceed the policy limit of $100,000 per occurrence. To calculate the actual loss of income beyond the policy limit, we would need additional information regarding changes in diet and any other events that would have affected production. We would also need more financial data than the 10 months provided.



Insured: Philip Verwey Dairy, Inc.
Date of Loss: April 6, 2018; April 11, 2018
Claim Numbers: ████████

**Milk Sales**

| Description | Jan-17 | Feb-17 | Mar-17 | Apr-17 | May-17 | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 |
|---|---|---|---|---|---|---|---|---|---|---|
| Production days | 31 | 28 | 31 | 30 | 31 | 31 | 28 | 31 | 30 | 31 |
| Average Temperature (°F) | 48.1 | 53.1 | 58.2 | 62.6 | 70.2 | 50.7 | 51.3 | 55.1 | 64.5 | 69.8 |
| Average Temperature (°F) in April and May | | | | | 66.4 | | | | | 67.2 |
| Temperature average increase in April and May v. March | | | | | 14.1% | | | | | 21.9% |
| **Farm 2:** | | | | | | | | | | |
| Pounds of milk sold | 10,359,095 | 9,188,370 | 9,957,399 | 9,684,286 | 10,006,220 | 12,135,800 | 11,176,040 | 11,915,640 | 10,584,740 | 11,063,500 |
| Net sales | $1,672,364.06 | $1,453,344.78 | $1,440,910.02 | $1,368,437.41 | $1,563,439.87 | $1,667,107.09 | $1,476,987.91 | $1,566,879.99 | $1,426,132.38 | $1,560,584.40 |
| Net per CWT | $16.14 | $15.82 | $14.47 | $14.13 | $15.62 | $13.74 | $13.22 | $13.15 | $13.47 | $14.11 |
| **Farm 3:** | | | | | | | | | | |
| Pounds of milk sold | 10,559,300 | 9,878,460 | 10,638,780 | 10,386,080 | 10,417,574 | 8,685,940 | 7,736,060 | 9,135,460 | 8,330,240 | 8,895,280 |
| Net sales | $1,784,070.75 | $1,620,235.25 | $1,606,558.24 | $1,530,901.68 | $1,594,429.51 | $1,258,771.68 | $1,080,542.55 | $1,267,845.20 | $1,203,378.11 | $1,264,748.53 |
| Net per CWT | $16.90 | $16.40 | $15.10 | $14.74 | $15.31 | $14.49 | $13.97 | $13.88 | $14.45 | $14.22 |
| Total pounds of milk sold | 20,918,395 | 19,066,830 | 20,596,179 | 20,070,366 | 20,423,794 | 20,821,740 | 18,912,100 | 21,051,100 | 18,914,980 | 19,958,780 |
| Total net sales | $3,456,434.81 | $3,073,580.03 | $3,047,468.26 | $2,899,339.09 | $3,157,869.38 | $2,925,878.77 | $2,557,530.46 | $2,834,725.19 | $2,629,510.49 | $2,825,332.93 |
| Average net price per CWT | $16.52 | $16.12 | $14.80 | $14.45 | $15.46 | $14.05 | $13.52 | $13.47 | $13.90 | $14.16 |
| Total milk cows | 8,671 | 8,449 | 8,703 | 9,013 | 9,021 | 9,307 | 9,372 | 9,280 | 9,375 | 9,492 |
| Pounds of milk per cow | 2,412.45 | 2,256.70 | 2,366.56 | 2,226.82 | 2,264.03 | 2,237.21 | 2,017.94 | 2,268.44 | 2,017.60 | 2,102.69 |
| Pounds of milk per cow per day | 77.82 | 80.60 | 76.34 | 74.23 | 73.03 | 72.17 | 72.07 | 73.18 | 67.25 | 67.83 |
| Average pounds of milk per cow per day in April and May | | | | | 73.63 | | | | | 67.54 |
| Average decrease in April and May v. March | | | | | -3.5% | | | | | -7.7% |

**Income Statements**

| Description | Apr-16 | Jan-17 | Feb-17 | Mar-17 | Apr-17 | May-17 | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Days | 30 | 31 | 28 | 31 | 30 | 31 | 31 | 28 | 31 | 30 | 31 |
| Milk sales by day | $ 81,688 | $ 107,938 | $ 103,483 | $ 92,691 | $ 91,515 | $ 95,415 | $ 87,932 | $ 84,394 | $ 85,112 | $ 81,121 | $ 84,688 |
| Milk Sales | $ 2,450,626.85 | $ 3,346,089.53 | $ 2,897,535.83 | $ 2,873,435.81 | $ 2,745,440.66 | $ 2,957,869.38 | $ 2,725,878.77 | $ 2,363,042.46 | $ 2,638,469.19 | $ 2,433,626.11 | $ 2,625,332.93 |
| Patronage Dividend | | | | $ 508,822.04 | | | | | $ 230,565.12 | | |
| Reimbursed Expenses | 1,754.95 | 3,833.08 | 212,923.63 | 4,679.32 | 24,329.49 | 29,861.30 | 2,766.39 | 27,738.08 | 5,931.66 | 4,810.41 | 15,103.12 |
| Reimbursed Pump | | | 29,400.00 | | | | | | | | |
| Calf Sales | 27,081.00 | 23,980.00 | 8,934.00 | 14,200.00 | 28,049.00 | 39,064.00 | | | | | |
| Livestock Sales | 136,799.33 | 311,803.40 | 397,012.25 | 114,468.81 | 303,694.80 | 348,821.25 | 316,332.28 | 310,053.18 | 370,791.47 | 370,791.47 | 282,247.46 |
| Sales - Other | | | | | | | | 18,283.72 | | | |
| Uncategorized Income | | | | 187.86 | | 2,540.00 | | | | | |
| Total Revenue | 2,616,262.13 | 3,685,706.01 | 3,545,805.71 | 3,515,793.84 | 3,101,513.95 | 3,378,155.93 | 3,044,977.44 | 2,719,117.44 | 3,245,757.44 | 2,809,227.99 | 2,922,683.51 |
| Bank Service Charges | | | | | | | | | | | 525.00 |
| Breeding Service | 21,700.00 | 21,888.00 | 30,026.00 | 6,780.00 | 113,060.00 | 6,400.00 | 6,500.00 | 6,500.00 | 42,380.00 | 42,380.00 | 6,500.00 |
| Calf Raising | 121,140.34 | 164,118.25 | 139,281.80 | 124,404.17 | 116,231.93 | 102,075.64 | 175,339.94 | 154,751.60 | 158,395.86 | 129,014.27 | 114,809.11 |
| Chemicals | 43,168.41 | 26,273.12 | | | 33,414.29 | 20,000.00 | | | 223,644.02 | 223,644.02 | |
| Cleaning | | | 105.00 | | | | | | | | 500.00 |
| Consulting | | - | | | 11,946.00 | 52,812.50 | 26,350.00 | 12,829.75 | | 12,000.00 | 184,280.00 |
| Cow Hauling | 1,644.00 | 3,850.00 | 4,050.00 | 4,950.00 | | 10,080.00 | 5,810.00 | 6,505.00 | | 13,040.00 | 7,220.00 |
| Dairy Nutrition Work | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | | | | |
| Deadstock Hauling | 600.00 | 580.00 | 520.00 | 670.00 | 700.00 | 700.00 | 3,290.00 | 2,692.00 | 2,590.00 | | 3,660.00 |
| Dues & Subscriptions | 2,500.00 | 2,500.00 | | | | 2,500.00 | | | 2,500.00 | | |
| Feed & Grain | 1,550,473.79 | 1,672,981.32 | 1,334,581.66 | 1,461,809.66 | 1,267,417.40 | 1,578,480.44 | 236,262.05 | 924,112.30 | 1,025,300.06 | 1,449,616.77 | 1,620,720.17 |
| Fertilizers | 20,000.00 | | | | | | 19,785.65 | | | 65,000.00 | |
| Fuel | 13,785.56 | 53,876.06 | 32,345.53 | 40,341.04 | 15,126.06 | 9,919.15 | 12,890.56 | 24,754.12 | 26,619.30 | 48,584.98 | 25,781.94 |
| Hay Purchases | 16,651.50 | 58,212.90 | 26,083.85 | 67,965.00 | 38,224.00 | 70,727.35 | | 27,837.60 | 138,245.15 | 40,309.40 | 178,699.06 |
| Hoof Trimming | 2,348.00 | 1,174.00 | | | 1,174.00 | 1,174.00 | 3,522.00 | 1,174.00 | | 1,174.00 | |
| Work Comp Insurance | 25,282.06 | 29,491.39 | 29,839.41 | 27,700.17 | 30,991.08 | 31,121.80 | 41,956.26 | 44,213.04 | 39,731.91 | 43,475.31 | 42,408.92 |
| Insurance - Other | 6,300.20 | 18,632.34 | 6,919.03 | 5,589.48 | 6,417.50 | 6,673.29 | | 7,182.71 | 7,387.28 | 7,327.66 | 7,325.91 |
| Interest Expense | 29,017.20 | 133,538.60 | 104,752.01 | 102,438.86 | 38,136.41 | 118,720.85 | 143,526.59 | 134,219.22 | 142,344.44 | 36,158.48 | 143,892.39 |
| Irrigation | | | | | | | | 4,886.00 | 111,238.92 | 72,619.47 | |
| Landscaping | | 2,500.00 | 2,500.00 | 2,580.43 | 2,500.00 | 2,500.00 | 2,500.00 | 2,589.00 | 2,500.00 | 2,500.00 | 2,500.00 |
| Licenses & Permits | 3,815.00 | 1,272.00 | 1,188.10 | 1,815.33 | | 4,773.00 | 491.00 | 3,414.00 | 530.00 | 10,702.00 | 2.00 |

**Income Statements**

| Description | Apr-16 | Jan-17 | Feb-17 | Mar-17 | Apr-17 | May-17 | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Machine Hire | 52,852.37 | 122,030.49 | | 120,118.91 | | 344,547.74 | | | 161,150.48 | 1,652.10 | |
| Mileage Reimbursement | | | | | | | 985.47 | 627.84 | 683.54 | 849.00 | 1,556.52 |
| Milk Hauling | 36,916.17 | 36,652.97 | 34,486.04 | 39,683.03 | 5,460.00 | 7,475.00 | 7,930.00 | 9,555.00 | 8,580.00 | 10,660.00 | 8,450.00 |
| Promotion | 41,096.72 | 41,884.00 | 38,240.82 | 41,257.25 | 22,755.59 | 44,784.89 | 44,146.02 | 40,135.76 | 44,623.94 | | 43,931.58 |
| Office Supplies | | | | | | | | | 120.09 | | |
| Payroll Expenses | 22,837.06 | 36,357.33 | 28,933.77 | 25,884.48 | 25,352.01 | 26,213.87 | 41,325.61 | 32,455.82 | 28,126.09 | 27,021.30 | 28,991.96 |
| Professional Fees | 3,081.50 | 2,000.00 | 12,150.00 | 2,110.00 | 2,234.52 | 2,000.00 | 12,820.34 | 22,066.13 | 23,850.00 | 10,875.00 | 9,441.50 |
| Reimbursed Farm Expense | | | | | | | | | | 118.27 | |
| Rent | | | | | | 1,276.34 | | | | | |
| Equipment Repairs | 4,729.41 | 11,162.04 | 51,164.25 | 6,491.76 | 10,694.99 | 5,916.89 | 39,587.55 | 7,983.09 | 75,629.25 | 121,171.71 | 22,286.90 |
| Farming Repairs | | | | | | | | | 1,136.89 | | |
| Repairs - Other | 128,057.80 | 289,083.08 | 48,866.52 | 159,871.30 | 27,612.82 | 11,151.60 | 56,626.75 | 83,718.43 | 120,695.36 | 98,184.74 | 62,217.38 |
| Semen | | | | | | | | | | 16,000.00 | |
| Silage Purchase | 130,917.14 | | | 121,315.10 | 163,895.10 | | | | | 273,463.73 | 87,430.94 |
| Spraying - Herbicides | | | | | | | | | | | 1,761.72 |
| Supplies | 4,226.10 | 10,377.23 | 7,573.91 | 6,568.49 | 13,693.47 | 11,641.33 | 10,944.40 | 10,981.06 | 7,037.06 | 281,186.66 | 25,211.89 |
| Taxes - Other | | | | | | | | | | | 2,450.00 |
| Taxes - Property | | | 54,555.20 | 108,248.47 | | | | | 54,999.67 | 122,544.98 | |
| Taxes - State | | | | | | | | 25.00 | | | |
| Telephone | 129.95 | 509.65 | 829.09 | 539.42 | 822.55 | 742.83 | 834.81 | 784.39 | 774.41 | 774.41 | 1,402.04 |
| Testing | 9,909.96 | 9,165.34 | 9,024.17 | 8,936.77 | 9,074.96 | 18,528.72 | 9,652.94 | 9,700.08 | 9,466.87 | | 10,377.20 |
| Travel & Ent | 131.09 | 964.73 | 919.36 | 5,047.74 | 5,252.73 | | 2,123.74 | 3,127.57 | 948.94 | 948.94 | 1,661.93 |
| Trimming | | 3,500.00 | | | | | | | | | |
| Utilities | 121,981.79 | 5,784.75 | 8,558.67 | 6,677.18 | 178,883.12 | 3,381.07 | 105,041.80 | 107,688.76 | 105,125.94 | 387,755.65 | 1,574.25 |
| Vet Medicine | 41,146.89 | 69,254.62 | 105,125.97 | 56,093.50 | 41,136.14 | 7,411.55 | 7,254.89 | 83,924.51 | 53,344.51 | 50,882.01 | 6,471.20 |
| Wages | 271,033.03 | 295,343.62 | 267,275.73 | 303,939.55 | 300,917.12 | 313,687.80 | 346,915.73 | 321,150.61 | 340,766.96 | 331,741.51 | 353,723.34 |
| Total Expenses | 2,739,473.04 | 3,136,957.83 | 2,391,895.89 | 2,871,827.09 | 2,495,123.79 | 2,829,417.65 | 1,381,325.10 | 2,254,048.87 | 2,985,755.91 | 3,740,711.92 | 3,007,764.85 |
| Net Income | (123,210.91) | 548,748.18 | 1,153,909.82 | 643,966.75 | 606,390.16 | 548,738.28 | 1,663,652.34 | 465,068.57 | 260,001.53 | (931,483.93) | (85,081.34) |
| Promotion excluded from exp. | 41,096.72 | | | | 22,755.59 | | | | | | |
| NI per insured's statement | (82,114.19) | | | | 629,145.75 | | | | | | |

Note: Milk sales on the income statements differ $200K from the Dairy Farmers of America statements due a loan related deduction.