Dennis F. Dunne (*pro hac vice*)
Samuel A. Khalil (*pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

and

Paul S. Aronzon (SBN 88781)
Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Proposed Counsel for the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br> - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors. | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **RESPONSE OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION OF OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO 11 U.S.C. §§ 503(b)(3)(f) AND 105(a) TO ESTABLISH PROCEDURES FOR REIMBURSEMENT OF EXPENSES OF TORT COMMITTEE MEMBERS [Dkt No. 813]**<br><br>Date: April 9, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court,<br>Courtroom 17, 16th Floor<br>450 Golden Gate Avenue,<br>San Francisco, CA 94102 |

The Official Committee of Unsecured Creditors (the "Committee") in the chapter 11 cases of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") hereby responds (this "Response") to the *Motion of Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 503(b)(3)(F) and 105(a) to Establish Procedures for Reimbursement of Expenses of Tort Committee Members* (the "Reimbursement Procedures Motion") [Dkt. No. 813].[1]

**RESPONSE**

Pursuant to the Reimbursement Procedures Motion, the Official Committee of Tort Claimants (the "TCC") seeks to establish expedited expense reimbursement procedures in order to facilitate prompt payments to its Members. The Committee supports the reimbursement of reasonable and appropriate expenses for all estate fiduciaries. As such, the Committee has no objection to Reimbursement Procedures Motion, provided that its application be expanded to cover all members of both official committees so that all estate fiduciaries operate under identical procedures. Counsel for the Committee has discussed this matter with counsel for the TCC and understands that the TCC has no objection to their proposed procedures being adopted for both official committees.

WHEREFORE, for the reasons set forth in the Response, the Committee respectfully requests that the Court enter an order granting the Reimbursement Procedures Motion, as modified to apply to all members of both official committees.

DATED: April 1, 2019

/s/ Dennis F. Dunne
Dennis F. Dunne
MILBANK LLP
*Proposed Counsel for the Official Committee of Unsecured Creditors*

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Reimbursement Procedures Motion.