

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: [redacted]
Statement Date: 02/05/2019
Due Date: 02/22/2019

## Service For:
PHILIP VERWEY/ PHILIP VERWEY FARMS
Please see details page.

## Questions about your bill?
Agricultural Specialist available:
Mon-Fri: 7am to 6pm
1-877-311-3276
www.pge.com/MyEnergy

## Ways To Pay
www.pge.com/waystopay

## Your Enrolled Programs
Peak Day Pricing Plan

## Your Account Summary

| | |
|---|---:|
| Amount Due on Previous Statement | $300,703.85 |
| Payment(s) Received Since Last Statement | -50,000.00 |
| Previous Unpaid Balance | $250,703.85 |
| Current Electric Charges | $1,423.76 |
| Electric Adjustments | 289.01 |
| **Total Amount Due by 02/22/2019** | **$252,416.62** |



Electric Monthly Billing History
Visit www.pge.com/MyEnergy for a detailed bill comparison

---

Please return this portion with your payment. No staples or paper clips. Do not fold. Thank you.



Account Number: [redacted]
Due Date: 02/22/2019
Total Amount Due: $252,416.62
Amount Enclosed: $

PHILIP VERWEY/ PHILIP VERWEY FARMS
19765 13TH AVE
HANFORD, CA 93230-8871

PG&E
BOX 997300
SACRAMENTO, CA 95899-7300

Case: 19-30088    Doc# 1150    Filed: 04/01/19    Entered: 04/01/19 12:17:42    Page 1 of 9
Page 1 of 46



# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: ▉▉▉▉▉
Statement Date: 01/31/2019
Due Date: 02/19/2019

## Service For:

MADERA RENEWABLE ENERGY LLC
12852 ROAD 9 SOLAR
MADERA, CA 93637

## Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

## Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---|
| Amount Due on Previous Statement | $1,336.34 |
| Payment(s) Received Since Last Statement | -1,336.34 |
| Previous Unpaid Balance | $0.00 |
| Current Electric Charges | $524.49 |
| **Total Amount Due** by 02/19/2019 | **$524.49** |



**ENTERED FEB 11 2019**

---

Please return this portion with your payment. No staples or paper clips. Do not fold. Thank you.



| Account Number: | Due Date: | Total Amount Due: | Amount Enclosed: |
|---|---|---|---|
| ▉▉▉▉▉ | 02/19/2019 | $524.49 | $ |

016060007947 01 AB   0.40 37 7947 1

MADERA RENEWABLE ENERGY LLC
19765 13TH AVE
HANFORD, CA 93230-8871

PG&E
BOX 997300
SACRAMENTO, CA 95899-7300





# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: [redacted]
Statement Date: 02/10/2019
Due Date: 03/04/2019

**Service For:**
PHILIP VERWEY
Please see details page.

**Questions about your bill?**
Solar Hotline: 1-877-743-4112 M-F 8-5
General: 1-800-743-5000
Monday-Friday 7 a.m.-9 p.m.
Saturday 8 a.m.-6 p.m.
www.pge.com/MyEnergy

**Ways To Pay**
www.pge.com/waystopay

**Your Enrolled Programs**
Net Energy Metering (NEM)

**Your Account Summary**

| | |
|---|---:|
| Amount Due on Previous Statement | $1,079.92 |
| Payment(s) Received Since Last Statement | -1,079.92 |
| Previous Unpaid Balance | $0.00 |
| Current Electric Monthly Charges | $9.86 |
| Current PG&E Electric Delivery Charges | 87.97 |
| Monterey Bay Community Power Electric Generation Charges | 37.56 |
| Current Gas Charges | 650.30 |
| **Total Amount Due by 03/04/2019** | **$785.69** |

**Your Net Energy Metering (NEM) Account Summary**

Year-to-date (YTD) NEM charges are based on your YTD usage. Your NEM balance will be reconciled on your annual True-Up statement **(12/2019)**. No credits will be carried over to your next True-Up period. Please see the "Summary of Your NEM YTD Charges" for more details.

| | |
|---|---:|
| Total NEM Charges Before Taxes | $2,256.32 |
| Total Electric Minimum Delivery Charges | -20.37 |
| Estimated Taxes | 2.50 |
| **YTD Estimated NEM Charges At True-Up** | **$2,238.45** |

ENTERED
FEB 15 2019

**Important Messages**

The Family Electric Rate Assistance (FERA) Program provides a monthly discount on electric bills for income-qualified households of three or more persons. To see if you qualify, please call **1-800-PGE-5000** or apply online at **www.pge.com/fera**.

El Programa FERA ofrece ahorros mensuales sólo en las facturas de electricidad a hogares de ingresos económicos bajos y medianos con tres o más personas. Para determinar si califica, por favor llame al **1-800-PGE-5000** o puede aplicar a través de nuestra página web **www.pge.com/fera**.

---

Please return this portion with your payment. No staples or paper clips. Do not fold. Thank you.



| Account Number: | Due Date: | Total Amount Due: | Amount Enclosed: |
|---|---|---|---|
| [redacted] | 03/04/2019 | $785.69 | $ |

022971000192 02 MB   0.42  2 192 1

PHILIP VERWEY
19765 13TH AVE
HANFORD, CA 93230-8871

PG&E
BOX 997300
SACRAMENTO, CA 95899-7300



Case: 19-30088    Doc# 1150    Filed: 04/01/19    Entered: 04/01/19 12:17:42    Page 3 of 9

Printed with Water Based Inks on SFI certified paper



# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: ▮▮▮▮▮▮
Statement Date: 02/27/2019
Due Date: 03/18/2019

## Service For:

PHILIP VERWEY/ PHILIP VERWEY FARMS
Please see details page.

## Questions about your bill?

Agricultural Specialist available:
Mon-Fri: 7am to 6pm
1-877-311-3276
www.pge.com/MyEnergy

## Ways To Pay

www.pge.com/waystopay

## Your Enrolled Programs

Peak Day Pricing Plan

## Your Account Summary

| | |
|---|---:|
| Amount Due on Previous Statement | $252,416.62 |
| Payment(s) Received Since Last Statement | 0.00 |
| Previous Unpaid Balance | $252,416.62 |
| Current Electric Charges | $16,118.95 |

**Total Amount Due** by 03/18/2019 **$268,535.57**



Electric Monthly Billing History
Visit www.pge.com/MyEnergy for a detailed bill comparison

---

Please return this portion with your payment. No staples or paper clips. Do not fold. Thank you.



| Account Number: | Due Date: | Total Amount Due: | Amount Enclosed: |
|---|---|---|---|
| ▮▮▮▮▮▮ | 03/18/2019 | $268,535.57 | $ |

PHILIP VERWEY/ PHILIP VERWEY FARMS
19765 13TH AVE
HANFORD, CA 93230-8871

PG&E
BOX 997300
SACRAMENTO, CA 95899-7300



Printed with Water Based Inks on SFI certified paper



**Important Phone Numbers - Monday-Friday 7 a.m.-9 p.m., Saturday 8 a.m.-6 p.m.**

**Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000**
**TTY 7-1-1**

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

**Rules and rates**

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill**, please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570 or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

**Important definitions**

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher on weekday afternoons and lower at other times of the day. The price you pay also changes by season. Prices are higher in the summer and lower in the winter.

**DWR bond charge:** Recovers the cost of bonds issued by the Department of Water Resources (DWR) to purchase power to serve electric customers during the California energy crisis. DWR bond charges are collected on behalf of DWR and do not belong to PG&E.

**Power Charge Indifference Adjustment (PCIA):** Ensures that non-exempt customers under PG&E's GT and ECR rate schedules or who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs.

**Gas Public Purpose Program (PPP) Surcharge.** Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2019 Pacific Gas and Electric Company. All rights reserved.

Please do not mark in box. For system use only.

**Update My Information (English Only)**

Please allow 1-2 billing cycles for changes to take effect

**Account Number:** ▆▆▆▆▆▆▆

Change my mailing address to: _____

_____

City _____ State _____ ZIP code _____
Primary Phone _____ Primary Email _____

**Ways To Pay**

- Online at www.pge.com/waystopay
- PG&E's Mobile Bill Pay
- **By mail:** Send your payment along with this payment stub in the envelope provided.
- **By debit card, Visa, Mastercard or Discover:** Call 1-877-704-8470 at any time. (Our independent service provider charges a fee for each transaction.)
- **At a PG&E payment center or local office:** To find a payment center or local office near you, please visit www.pge.com or call 1-800-743-5000. Please bring a copy of your bill with you.



# ENERGY STATEMENT
www.pge.com/MyEnergy

| | | Account No: | |
|---|---|---|---|
| | | Statement Date: | 02/27/2019 |
| | | Due Date: | 03/18/2019 |

## Summary of your energy related services

| | Meter Number | Usage | Amount |
|---|---|---|---|
| **Service For: SW SW SW 22-20-21** <br> Service Agreement ID: <br> Electric Charges <br> Total | 1010266785 | -465.000000 kWh | -$18.68 <br> **-$18.68** |
| **Service For: NW NE 16-20-21** <br> Service Agreement ID: <br> Electric Charges <br> Total | 1010263100 | -410.000000 kWh | -$38.22 <br> **-$38.22** |
| **Service For: SW SW SE 9-16-21** <br> Service Agreement ID: <br> Electric Charges <br> Total | 1010127589 | -4,808.000000 kWh | -$422.03 <br> **-$422.03** |
| **Service For: SW SW NW 15 20 21** <br> Service Agreement ID: <br> Electric Charges <br> Total | 1010088509 | -2,214.000000 kWh | -$138.89 <br> **-$138.89** |
| **Service For: SE NE SW 15 20 21** <br> Service Agreement ID: <br> Electric Charges <br> Total | 1009481590 | -1,716.000000 kWh | $1,739.69 <br> **$1,739.69** |
| **Service For: SW SW SE 10 20 21** <br> Service Agreement ID: <br> Electric Charges <br> Total | 1010127883 | -11,135.000000 kWh | -$1,024.53 <br> **-$1,024.53** |
| **Service For: NW SW SE 15 20 21** <br> Service Agreement ID: <br> Electric Charges <br> Total | 1010128320 | 1,156.000000 kWh | $435.76 <br> **$435.76** |
| **Service For: SW SE SW 10 20 21** <br> Service Agreement ID: <br> Electric Charges <br> Total | 1010127858 | -5,038.000000 kWh | -$443.91 <br> **-$443.91** |
| **Service For: NW SW NW 15 20 21** <br> Service Agreement ID: <br> Electric Charges <br> Total | 1010047825 | -9,324.000000 kWh | -$852.13 <br> **-$852.13** |
| **Service For: SE SE SE 15 20 21** <br> Service Agreement ID: <br> Electric Charges <br> Total | 1010084594 | -160.000000 kWh | $339.48 <br> **$339.48** |

Visit www.pge.com/MyEnergy for a detailed bill comparison.

Page 6 of 9

Case: 19-30088    Doc# 1150    Filed: 04/01/19    Entered: 04/01/19 12:17:42    Page 6 of 9

**ENERGY STATEMENT**
www.pge.com/MyEnergy
PG&E

Account No: 9501778903-3
Statement Date: 02/27/2019
Due Date: 03/18/2019

## Summary of your energy related services (continued)

| Service | Meter Number | Usage | Amount |
|---|---|---|---|
| **Service For: 19765 13TH AVE** <br> Service Agreement ID: ▓▓▓▓ <br> Electric Charges <br> Total | 1010127880 | -42,814.000000 kWh | $449.79 <br> **$449.79** |
| **Service For: SW NW NW 9 20 21** <br> Service Agreement ID: ▓▓▓▓ <br> Electric Charges <br> Total | 1009985086 | -6,838.000000 kWh | -$615.18 <br> **-$615.18** |
| **Service For: SE SE NW 15 20 21** <br> Service Agreement ID: ▓▓▓▓ <br> Electric Charges <br> Total | 1010127860 | -10,415.000000 kWh | -$955.96 <br> **-$955.96** |
| **Service For: SW SW SEC 25-11-14** <br> Service Agreement ID: ▓▓▓▓ AG PUMP <br> Electric Charges <br> Total | 1010418770 | 521.000000 kWh | $387.64 <br> **$387.64** |
| **Service For: NE NE 30 11 15** <br> Service Agreement ID: ▓▓▓▓ <br> Electric Charges <br> Total | 1010131402 | 11.902000 kWh | $37.09 <br> **$37.09** |
| **Service For: SW NW 30 11 15** <br> Service Agreement ID: ▓▓▓▓ <br> Electric Charges <br> Total | 1005520262 | 0.000000 kWh | $26.60 <br> **$26.60** |
| **Service For: NE NW SW 29 11 15** <br> Service Agreement ID: ▓▓▓▓ <br> Electric Charges <br> Total | 1010259911 | 0.000000 kWh | $35.83 <br> **$35.83** |
| **Service For: SE NW NE 15 13 14 CATTLE RNCH** <br> Service Agreement ID: ▓▓▓▓ <br> Electric Charges <br> Total | 1009540853 | 3,498.720000 kWh | $663.75 <br> **$663.75** |
| **Service For: 35253 W SHAW AVE** <br> Service Agreement ID: ▓▓▓▓ <br> Electric Charges <br> Total | 1007097329 | 2,841.725250 kWh | $612.08 <br> **$612.08** |
| **Service For: NE SE NE 36 11 14** <br> Service Agreement ID: ▓▓▓▓ <br> Electric Charges <br> Total | 1010259906 | 1,055.000000 kWh | $942.81 <br> **$942.81** |
| **Service For: SE SE SE 36 11 14** <br> Service Agreement ID: ▓▓▓▓ <br> Electric Charges <br> Total | 5000118637 | 42,491.240000 kWh | $4,918.52 <br> **$4,918.52** |

# ENERGY STATEMENT
www.pge.com/MyEnergy
PG&E

Account No: 9501778903-3
Statement Date: 02/27/2019
Due Date: 03/18/2019

## Summary of your energy related services (continued)

| Service For | Service Agreement ID / Description | Meter Number | Usage | Amount |
|---|---|---|---|---|
| SE SE NW 29 11 15 | Electric Charges | 1010129548 | -220.000000 kWh | $12.83 |
| | Total | | | $12.83 |
| SW NE 35-11/14 - LOC #2 | Electric Charges | 1010284084 | 18.800000 kWh | $39.57 |
| | Total | | | $39.57 |
| SW NW 36-11-14 | 100 HP IRRIG — Electric Charges | 1010129551 | 691.000000 kWh | $485.92 |
| | Total | | | $485.92 |
| NE NE NE 36 11 14 | AG PUMP — Electric Charges | 1009993958 | 1,933.000000 kWh | $518.59 |
| | Total | | | $518.59 |
| NW NW NE 36 11 14 | AG PUMP — Electric Charges | 1009963390 | -124.000000 kWh | $28.82 |
| | Total | | | $28.82 |
| NW NW SE 30 11 15 | Electric Charges | 1010259891 | -419.000000 kWh | $145.65 |
| | Total | | | $145.65 |
| NE NE NW 29 11 15 | Electric Charges | 1010262634 | -186.000000 kWh | $16.39 |
| | Total | | | $16.39 |
| SE NE SE4 SEC 30-11-15 | Electric Charges | 1010262314 | 1,030.000000 kWh | $725.19 |
| | Total | | | $725.19 |
| SW NE NE 29 11 15 | Electric Charges | 1010263297 | -172.000000 kWh | $17.87 |
| | Total | | | $17.87 |
| NE NE NW 30 11 15 | Electric Charges | 1009994017 | -128.000000 kWh | $22.33 |
| | Total | | | $22.33 |
| SE NE 35-11/14 - LOC #3 | Electric Charges | 1009988633 | -277.000000 kWh | $6.90 |
| | Total | | | $6.90 |



# ENERGY STATEMENT
www.pge.com/MyEnergy

PG&E

Account No: 9501778903-3
Statement Date: 02/27/2019
Due Date: 03/18/2019

## Summary of your energy related services (continued)

| Service For | Meter Number | Usage | Amount |
|---|---|---|---|
| **SW SW SW 28 11 15** — Service Agreement ID: Electric Charges | 1010112786 | -326.000000 kWh | $1.76 |
| Total | | | **$1.76** |
| **NE SEC 29 11 15** — Service Agreement ID: Electric Charges | 1010043607 | -149.000000 kWh | $20.24 |
| Total | | | **$20.24** |
| **NW SW SEC 29 11 15** — Service Agreement ID: Electric Charges | 1009468451 | 0.000000 kWh | $23.47 |
| Total | | | **$23.47** |
| **12852 ROAD 9** — Service Agreement ID: Electric Charges | 1010184653 | 22,363.000000 kWh | $4,728.90 |
| Total | | | **$4,728.90** |
| **RD 9 S/O AVE 13** — Service Agreement ID: Electric Charges | 1010042498 | 7,287.411000 kWh | $865.08 |
| Total | | | **$865.08** |
| **NW SE 36-11/14** — Service Agreement ID: Electric Charges | 1010117663 | -291.000000 kWh | $5.43 |
| Total | | | **$5.43** |
| **NE SW SW 25-11/14 - LOC #1** — Service Agreement ID: Electric Charges | 1010128449 | 1,125.000000 kWh | $863.19 |
| Total | | | **$863.19** |
| **SE NW 36-11/14 - LOC #4** — Service Agreement ID: Electric Charges | 1010100506 | 12,562.000000 kWh | $1,511.31 |
| Total | | | **$1,511.31** |

Visit www.pge.com/MyEnergy for a detailed bill comparison.
Page 6 of 46

Case: 19-30088    Doc# 1150    Filed: 04/01/19    Entered: 04/01/19 12:17:42    Page 9 of 9