

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: █████
Statement Date: 03/12/2019
Due Date: 04/02/2019

**Service For:**

PHILIP VERWEY
Please see details page.

**Questions about your bill?**

Solar Hotline: 1-877-743-4112 M-F 8-5
Phone: 1-866-743-0335
Monday-Friday 7 a.m.-9 p.m.
Saturday 8 a.m.-6 p.m.
www.pge.com/MyEnergy

**Ways To Pay**

www.pge.com/waystopay

**Your Enrolled Programs**

Net Energy Metering (NEM)

**Your Account Summary**

| | |
|---|---|
| Amount Due on Previous Statement | $785.69 |
| Payment(s) Received Since Last Statement | 0.00 |
| **Previous Unpaid Balance** | **$785.69** |
| Current Electric Monthly Charges | $10.52 |
| Current PG&E Electric Delivery Charges | 107.04 |
| Monterey Bay Community Power Electric Generation Charges | 45.19 |
| Current Gas Charges | 1,028.53 |
| **Total Account Balance** | **$1,976.97** |

 **15-Day Notice:** Your bill includes a past due balance of $748.13. To avoid disconnection of your utility service, please pay the past due amount **on or before 04/01/2019**. For assistance or to make a payment, please call customer service at 1-800-743-5000.

**Important Messages**

**CARE Program** You may qualify for a monthly discount with the California Alternate Rates for Energy (CARE) Program. To find out more and apply online, visit www.pge.com/care.

Usted podría reunir los requisitos de un descuento mensual con el California Alternate Rates for Energy Program (CARE). Para obtener más información y hacer su solicitud en Internet, visite www.pge.com/espanol/care.

---

Please return this portion with your payment. No staples or paper clips. Do not fold. Thank you.



| Account Number: | Due Date: | Total Amount Due: | Amount Enclosed: |
|---|---|---|---|
| ████ | Upon Receipt | $1,976.97 | $ |

043521000001 02 SP   0.65 1 1 1

PHILIP VERWEY
19765 13TH AVE
HANFORD, CA 93230-8871

PG&E
BOX 997300
SACRAMENTO, CA 95899-7300



Page 1 of 11

Printed with Water Based Inks on SFI certified paper

Case: 19-30088   Doc# 1151   Filed: 04/01/19   Entered: 04/01/19 12:21:43   Page 1 of 11

# ENERGY STATEMENT
www.pge.com/MyEnergy

PG&E

| | |
|---|---|
| Account No: | [redacted] |
| Statement Date: | 03/12/2019 |
| Due Date: | 04/02/2019 |

## Important Phone Numbers - Monday-Friday 7 a.m.-9 p.m., Saturday 8 a.m.-6 p.m.

**Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000**
**TTY 7-1-1**

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. To learn more about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill**, please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570 or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Tier 1/Baseline allowance:** Some residential rates are given a Tier 1/Baseline allowance - a CPUC approved percentage of average customer usage during summer and winter months. Your Tier 1/Baseline allowance provides for basic needs at an affordable price and encourages conservation. Your allowance is assigned based on the climate where you live, the season and your heat source. As you use more energy, you pay more for usage. Any usage over your baseline allowance will be charged at a higher price.

**High Usage:** An increased price per kWh whenever electricity usage exceeds four times the Baseline Allowance (Tier 1) in a billing period. This charge does not apply to Time-of-Use rate plans.

**DWR bond charge:** Recovers the cost of bonds issued by the Department of Water Resources (DWR) to purchase power to serve electric customers during the California energy crisis. DWR bond charges are collected on behalf of DWR and do not belong to PG&E.

**Power Charge Indifference Adjustment (PCIA):** Ensures that non-exempt customers under PG&E's GT and ECR rate schedules or who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs.

**Gas Public Purpose Program (PPP) Surcharge.** Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

### Your Electric Charges Breakdown

| | |
|---|---|
| Conservation Incentive | $0.86 |
| Transmission | 17.73 |
| Distribution | 65.60 |
| Electric Public Purpose Programs | 8.67 |
| Nuclear Decommissioning | 0.15 |
| DWR Bond Charge | 3.07 |
| Competition Transition Charges (CTC) | 0.81 |
| Energy Cost Recovery Amount | -0.08 |
| PCIA | 20.41 |
| Taxes and Other | 0.34 |
| **Total Electric Charges** | **$117.56** |

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2019 Pacific Gas and Electric Company. All rights reserved.

Please do not mark in box. For system use only.

### Update My Information (English Only)

Please allow 1-2 billing cycles for changes to take effect

**Account Number:** [redacted]

Change my mailing address to: _____

City _____ State _____ ZIP code _____
Primary Phone _____ Primary Email _____

### Ways To Pay

- Online at www.pge.com/waystopay
- PG&E's Mobile Bill Pay
- **By mail:** Send your payment along with this payment stub in the envelope provided.
- **By debit card, Visa, Mastercard or Discover:** Call 1-877-704-8470 at any time. (Our independent service provider charges a fee for each transaction.)
- **At a PG&E payment center or local office:** To find a payment center or local office near you, please visit www.pge.com or call 1-800-743-5000. Please bring a copy of your bill with you.



# ENERGY STATEMENT
www.pge.com/MyEnergy

| | Account No: | |
|---|---|---|
| | Statement Date: | 03/12/2019 |
| | **Due Date:** | **04/02/2019** |

## Summary of your energy related services

| | Meter Number | Usage | Amount |
|---|---|---|---|
| Service For: | | | |
| Service Agreement ID: | | | |
| NEM Electric Charges | 1009573602 | 4,318.678800 kWh | $10.52 |
| Service Agreement ID: | | | |
| Gas Charges | 61080238 | 426.000000 Therms | $875.35 |
| Total | | | **$885.87** |
| Service For: | | | |
| Service Agreement ID: | | | |
| PG&E Electric Delivery Charges | 1008350611 | 610.000000 kWh | $107.04 |
| Service Agreement ID: | | | |
| MONTEREY BAY COMMUNITY POWER Electric Generation Charges | 1008350611 | 610.000000 kWh | $45.19 |
| Service Agreement ID: | | | |
| Gas Charges | 37255108 | 88.000000 Therms | $153.18 |
| Total | | | **$305.41** |

Case: 19-30088    Doc# 1151    Filed: 04/01/19    Entered: 04/01/19 12:21:43    Page 3 of 11

**ENERGY STATEMENT**
www.pge.com/MyEnergy
PG&E

Account No: ███████████
Statement Date: 03/12/2019
**Due Date:** 04/02/2019

## Summary of Your NEM Year-to-Date (YTD) Charges

Service For: ███████████
Service Agreement ID: ███████
Rate Schedule: E6 RB Residential Time-of-Use Service

### Summary of NEM Charges

| Bill Period End Date | Net Part Peak Usage (kWh) | Net Off Peak Usage (kWh) | Net Usage (kWh) | Estimated NEM Charges Before Taxes | Estimated Taxes | Estimated Total NEM Charges |
|---|---|---|---|---|---|---|
| 01/07/2019 | 455 | 4088 | 4542 | $1,219.11 | $1.32 | $1,220.43 |
| 02/06/2019 | 520 | 3400 | 3921 | 1,037.21 | 1.18 | 1,038.39 |
| 03/10/2019 | 511 | 3808 | 4319 | 1,143.02 | 1.29 | 1,144.31 |
| TOTAL | 1486 | 11296 | 12782 | $3,399.34 | $3.79 | $3,403.13 |

Differences in net usage may occur due to rounding

### Electric Charges

| Bill Period End Date | Minimum Delivery Charges | Energy Charges * |
|---|---|---|
| 01/07/2019 | $10.51 | $422.40 |
| 02/06/2019 | 9.86 | 366.26 |
| 03/10/2019 | 10.52 | 407.28 |
| TOTAL | $30.89 | $1,195.94 |

* Please go to **pge.com/electricrates** to find the generation component of your Energy Charges.

### Explanation of Calculations

Your YTD Total NEM Charges represent the balance of your net usage since the start of your True-Up period. Charges are calculated each month but are not billed until the end of the True-Up period.

Your Summary of NEM Charges will be reset to zero at True-Up.

The Minimum Delivery Charge is billed monthly and credited at True-Up if the total NEM Charges Before Taxes are greater than your cumulative Minimum Delivery Charges.

Energy Charges are basic commodity costs related to energy usage. These charges will only be billed at True-Up if they are a positive amount and when the total NEM Charges Before Taxes are less than the sum of your total Minimum Delivery Charges and Energy Charges.

This is your YTD balance. Your total NEM balance will be reconciled on your True-Up statement **(12/2019)**.

| | |
|---|---|
| Total NEM Charges Before Taxes | $3,399.34 |
| Total Electric Minimum Delivery Charges | -30.89 |
| Estimated Taxes | 3.79 |
| **YTD Estimated NEM Charges At True-Up** | **$3,372.24** |

Please contact Solar Customer Service Center at 1-877-743-4112 for questions about your NEM charges.
Visit www.pge.com/nembilling for a detailed explanation of NEM billing
Case: 19-30088    Doc# 1151    Filed: 04/01/19    Entered: 04/01/19 12:21:43    Page 4 of 11
Page 4 of 11

## Summary of Your NEM Year-to-Date (YTD) Charges (continued)

Service For:
Service Agreement ID:
Rate Schedule: E6 RB Residential Time-of-Use Service

### NEM Charges Before Taxes



### Cumulative NEM Balance by Month



**Monthly NEM Charges**
Monthly NEM Charges represent the cost of the electricity you use each month. You don't pay your monthly NEM balance each month. Instead, your Monthly NEM Charges are added up to calculate your Cumulative NEM balance, which you pay at True-Up.

**Cumulative NEM Balance**
Cumulative NEM balance is a running total of your electricity costs and can increase or decrease depending on each month's use and generation. You only pay your Cumulative NEM balance at True-Up.




# ENERGY STATEMENT
PG&E www.pge.com/MyEnergy

| | |
|---|---|
| Account No: | ███████ |
| Statement Date: | 03/12/2019 |
| **Due Date:** | **04/02/2019** |

## Details of Electric Monthly Charges

**02/07/2019 - 03/10/2019 (32 billing days)**

Service For: ███████
Service Agreement ID: ███████
Rate Schedule: E6 RB Residential Time-of-Use Service
Enrolled Programs: Net Energy Metering (NEM)

### Service Information

| | |
|---|---|
| Meter # | 1009573602 |
| Consumption | 4,341.660000 kWh |
| Net Generation | -22.981200 kWh |
| Net Usage | 4,318.678800 kWh |
| Baseline Territory | R |
| Heat Source | B - Not Electric |
| Serial | N |
| Rotating Outage Block | 12C |

**02/07/2019 – 02/28/2019**

| | | | | |
|---|---|---|---|---|
| Minimum Delivery Charge[1] | 22 | days | @ $0.32854 | $7.23 |

**03/01/2019 – 03/10/2019**

| | | | | |
|---|---|---|---|---|
| Minimum Delivery Charge[1] | 10 | days | @ $0.32854 | $3.29 |
| **Electric Monthly Charges** | | | | **$10.52** |

[1] The Minimum Delivery Charge is set by the CPUC. Your electric Minimum Delivery Charge for this period is $10.52. This amount can include applicable discounts and may be deducted at True-Up if your total NEM Charges Before Taxes are greater than your total Minimum Delivery Charges.



# ENERGY STATEMENT
www.pge.com/MyEnergy

| Account No: | [redacted] |
| --- | --- |
| Statement Date: | 03/12/2019 |
| Due Date: | 04/02/2019 |

## Details of NEM Charges

02/07/2019 - 03/10/2019 (32 billing days)

Service For: [redacted]
Service Agreement ID: [redacted]
Rate Schedule: E6 RB Residential Time-of-Use Service
Enrolled Programs: Net Energy Metering (NEM)

### Service Information

| Meter # | 1009573602 |
| --- | --- |
| Consumption | 4,341.660000 kWh |
| Net Generation | -22.981200 kWh |
| Net Usage | 4,318.678800 kWh |
| Baseline Territory | R |
| Heat Source | B - Not Electric |
| Serial | N |
| Rotating Outage Block | 12C |

### 02/07/2019 – 02/28/2019

| | | | | |
| --- | --- | --- | --- | --- |
| Tier 1 Allowance | 244.20 | kWh | (22 days x 11.1 kWh/day) | |
| Tier 1 Net Usage | | | | |
| Part Peak | 30.740000 | kWh | @ $0.20049 | $6.16 |
| Off Peak | 213.460000 | kWh | @ $0.18366 | 39.20 |
| Tier 2 Net Usage | | | | |
| Part Peak | 348.892000 | kWh | @ $0.28643 | 99.93 |
| Off Peak | 2,422.652000 | kWh | @ $0.26960 | 653.15 |
| Energy Commission Tax | | | | 0.90 |

### 03/01/2019 – 03/10/2019

| | | | | |
| --- | --- | --- | --- | --- |
| Tier 1 Allowance | 111.00 | kWh | (10 days x 11.1 kWh/day) | |
| Tier 1 Net Usage | | | | |
| Part Peak | 11.160000 | kWh | @ $0.20641 | $2.30 |
| Off Peak | 99.840000 | kWh | @ $0.18958 | 18.93 |
| Tier 2 Net Usage | | | | |
| Part Peak | 119.868000 | kWh | @ $0.28642 | 34.33 |
| Off Peak | 1,072.066800 | kWh | @ $0.26959 | 289.02 |
| Energy Commission Tax | | | | 0.39 |

**Monthly NEM Charges**     **$1,144.31**

Your NEM balance will be reconciled on your True-Up statement **(12/2019)**.

### Average Daily Usage (kWh / day)

| Last Year | Last Period | Current Period |
| --- | --- | --- |
| 141.02 | 130.70 | 134.96 |



Net Electric Usage This Period: 4,318.678800 kWh, 32 billing days
----- = Net Average Daily Usage 134.96

Energy Charges
Part Peak[2]    $142.72
Off Peak[3]    $1,000.30

[1]**Peak:** 5/1-10/31 1:00pm-7:00pm, M-F;
[2]**Part Peak:** 5/1-10/31 10:00am-1:00pm, 7:00pm-9:00pm, M-F; 5:00pm-8:00pm, Sat-Sun; 11/1-4/30 5:00pm-8:00pm, M-F;
[3]**Off Peak:** All Other Hours (including Holidays)



# ENERGY STATEMENT
www.pge.com/MyEnergy

| | |
|---|---|
| Account No: | |
| Statement Date: | 03/12/2019 |
| **Due Date:** | **04/02/2019** |

## Details of Gas Charges
02/08/2019 - 03/11/2019 (32 billing days)
Service For:
Service Agreement ID:
Rate Schedule: G1 R Residential Service

**Service Information**

| | |
|---|---|
| Meter # | 61080238 |
| Current Meter Reading | 9,711 |
| Prior Meter Reading | 9,300 |
| Difference | 411 |
| Multiplier | 1.036478 |
| Total Usage | 426.000000 Therms |
| Baseline Territory | R |
| Serial | N |

**02/08/2019 – 02/28/2019**  Your Tier Usage  1  **2**

| | | |
|---|---|---|
| Tier 1 Allowance | 37.59 Therms (21 days x 1.79 Therms/day) | |
| Tier 1 Usage | 37.590000 Therms @ $1.45306 | $54.62 |
| Tier 2 Usage | 241.972500 Therms @ $2.04955 | 495.93 |
| Gas PPP Surcharge ($0.09047/Therm) | | 25.29 |
| Fresno Recovery Fee | | 5.51 |

**Gas Procurement Costs ($/Therm)**

| | |
|---|---|
| 02/08/2019 - 02/28/2019 | $0.45892 |
| 03/01/2019 - 03/11/2019 | $0.38787 |

**03/01/2019 – 03/11/2019**  Your Tier Usage  1  **2**

| | | |
|---|---|---|
| Tier 1 Allowance | 19.69 Therms (11 days x 1.79 Therms/day) | |
| Tier 1 Usage | 19.690000 Therms @ $1.38201 | $27.21 |
| Tier 2 Usage | 126.747500 Therms @ $1.97850 | 250.77 |
| Gas PPP Surcharge ($0.09047/Therm) | | 13.24 |
| Fresno Recovery Fee | | 2.78 |

## Total Gas Charges  $875.35

### Average Daily Usage (Therms / day)

| Last Year | Last Period | Current Period |
|---|---|---|
| 11.23 | 10.57 | 13.31 |



Gas Usage This Period: 426.000000 Therms, 32 billing days

Visit www.pge.com/MyEnergy *for a detailed bill comparison.*

Case: 19-30088    Doc# 1151    Filed: 04/01/19    Entered: 04/01/19 12:21:43    Page 8 of 11



# ENERGY STATEMENT
www.pge.com/MyEnergy

| | |
|---|---|
| Account No: | |
| Statement Date: | 03/12/2019 |
| Due Date: | 04/02/2019 |

## Details of PG&E Electric Delivery Charges
02/02/2019 - 03/05/2019 (32 billing days)

Service For:
Service Agreement ID:
Rate Schedule:   E1 T Residential Service

### Service Information

| | |
|---|---|
| Meter # | 1008350611 |
| Current Meter Reading | 35,815 |
| Prior Meter Reading | 35,205 |
| Total Usage | 610.000000 kWh |
| Baseline Territory | T |
| Heat Source | B - Not Electric |
| Serial | J |
| Rotating Outage Block | 4Q |

**02/02/2019 – 02/28/2019**   Your Tier Usage  1  **2**

| | | | | |
|---|---|---|---|---|
| Tier 1 Allowance | 226.80 | kWh | (27 days x 8.4 kWh/day) | |
| Tier 1 Usage | 226.800000 | kWh | @ $0.21183 | $48.04 |
| Tier 2 Usage | 287.887500 | kWh | @ $0.28011 | 80.64 |
| Generation Credit | | | | -55.48 |
| Power Charge Indifference Adjustment | | | | 17.22 |
| Franchise Fee Surcharge | | | | 0.28 |

**03/01/2019 – 03/05/2019**   Your Tier Usage  1  **2**

| | | | | |
|---|---|---|---|---|
| Tier 1 Allowance | 42.00 | kWh | (5 days x 8.4 kWh/day) | |
| Tier 1 Usage | 42.000000 | kWh | @ $0.21775 | $9.15 |
| Tier 2 Usage | 53.312500 | kWh | @ $0.27402 | 14.61 |
| Generation Credit | | | | -10.67 |
| Power Charge Indifference Adjustment | | | | 3.19 |
| Franchise Fee Surcharge | | | | 0.06 |

## Total PG&E Electric Delivery Charges          $107.04

2018 Vintaged Power Charge Indifference Adjustment

### Average Daily Usage (kWh / day)

| Last Year | Last Period | Current Period |
|---|---|---|
| 11.87 | 17.48 | 19.06 |



Electric Usage This Period: 610.000000 kWh, 32 billing days
----- = Average Daily Usage 19.06

Case: 19-30088    Doc# 1151    Filed: 04/01/19    Entered: 04/01/19 12:21:43    Page 9 of 11

## Details of Monterey Bay Community Power Electric Generation Charges

02/02/2019 - 03/05/2019 (32 billing days)

Service For: ███
Service Agreement ID: ███  ESP Customer Number: ███
Rate Schedule: MBRETCH1  MBchoice E1

**02/02/2019 – 03/05/2019**

| | | | |
|---|---|---|---|
| Generation - Total | 610.000000 kWh @ $0.07379 | | $45.01 |
| Energy Commission Tax | | | 0.18 |

**Total Monterey Bay Community Power Electric Generation Charges** **$45.19**

### Service Information

| | |
|---|---|
| Meter # | 1008350611 |
| Current Meter Reading | 35,815 |
| Prior Meter Reading | 35,205 |
| Total Usage | 610.000000 kWh |
| Serial | J |

For questions regarding charges on this page, please contact:
MONTEREY BAY COMMUNITY POWER
1-888-909-6227
www.mbcommunitypower.org

### Additional Messages

Monterey Bay Community Power provides electricity to the counties of Monterey, Santa Cruz, and San Benito entirely from renewable and hydroelectric resources.

MBCP is a not-for-profit public agency and sets its rates to be competitive with PG&E. MBCP also provides all customers with periodic rebates for their energy costs. Visit **mbcommunitypower.org** or call **(888) 909-6227** (MBCP) to learn more.

PG&E continues to provide all electric delivery, billing, and gas services for MBCP territory. Please contact PG&E for related issues.



# ENERGY STATEMENT
www.pge.com/MyEnergy

| | |
|---|---|
| Account No: | |
| Statement Date: | 03/12/2019 |
| Due Date: | 04/02/2019 |

## Details of Gas Charges
02/02/2019 - 03/05/2019 (32 billing days)

Service For:
Service Agreement ID:
Rate Schedule: G1 T Residential Service

### 02/02/2019 – 02/28/2019   Your Tier Usage  1  2

| | | |
|---|---|---|
| Tier 1 Allowance | 48.33 Therms (27 days x 1.79 Therms/day) | |
| Tier 1 Usage | 48.330000 Therms @ $1.45306 | $70.23 |
| Tier 2 Usage | 25.920000 Therms @ $2.04955 | 53.12 |
| Gas PPP Surcharge ($0.09047/Therm) | | 6.72 |

### 03/01/2019 – 03/05/2019   Your Tier Usage  1  2

| | | |
|---|---|---|
| Tier 1 Allowance | 8.95 Therms (5 days x 1.79 Therms/day) | |
| Tier 1 Usage | 8.950000 Therms @ $1.38201 | $12.37 |
| Tier 2 Usage | 4.800000 Therms @ $1.97850 | 9.50 |
| Gas PPP Surcharge ($0.09047/Therm) | | 1.24 |

**Total Gas Charges**                                $153.18

### Average Daily Usage (Therms / day)

| Last Year | Last Period | Current Period |
|---|---|---|
| 1.07 | 0.07 | 2.75 |

### Service Information

| | |
|---|---|
| Meter # | 37255108 |
| Current Meter Reading | 3,804 |
| Prior Meter Reading | 3,719 |
| Difference | 85 |
| Multiplier | 1.037955 |
| Total Usage | 88.000000 Therms |
| Baseline Territory | T |
| Serial | J |

### Gas Procurement Costs ($/Therm)

| | |
|---|---|
| 02/02/2019 - 02/28/2019 | $0.45892 |
| 03/01/2019 - 03/05/2019 | $0.38787 |



Gas Usage This Period: 88.000000 Therms, 32 billing days
----- = Average Daily Usage 2.75