

| Invoice Number | Invoice Date | Amount Due | Amount Enclosed |
|---|---|---|---|
| 0007789405-3 | 10/23/2018 | $ 5,027.68 | |

```
HANFORD RENEWABLE ENERGY LLC
ATTN:  DARYL MAAS
1670 MARKET ST., SUITE 256
REDDING CA   96001
```

PG&E
Box 997300
Sacramento, CA
95899-7300

Please return this portion with your payment.  Thank you.

When Making Inquiries or Address Changes,
Please Contact :

Customer Fund Management
For inquiries, call 1-800-422-0436, between the hours of
7:00 AM and 3:30 PM, Monday thru Friday. Calls
received after business hours will be returned the
following business day.

Customer Number

Invoice Number
0007789405-3

```
Queue # 1317-RD # Verwey-Hanford Dairy Digester Genset #3
Invoice for balance of costs through September, 2018
EGI Interconnection Manager:  Josh Glidden, 415-972-7051

Payment Due:  November 22, 2018

Wire Instructions:
Send to:  Citibank N.A.
ABA Routing Number:
For credit to:  PG&E Depository Account
Account Number:
```

| Description | Quantity | Unit Factor | Amount |
|---|---|---|---|
| **Reference Number: 31298289** | | | |
| DISTRIBUTION UPGRADES | 1 | EA | 5,027.68 |
| | Line Item Subtotal | | 5,027.68 |
| | **AMOUNT NOW DUE  $** | | **5,027.68** |

NOTE :  This invoice reflects current charges only.
            Any past due amounts will be billed separately.

Case: 19-30088   Doc# 1152   Filed: 04/01/19   Entered: 04/01/19 12:26:57   Page 1 of 3

Printed on recycled paper.   Form 62-0884  12.12



**SEE OUR PROGRESS AT PGE.COM**

# Non-Energy Invoice

| Invoice Number | Invoice Date | Amount Due | Amount Enclosed |
|---|---|---|---|
| 0007803823-9 | 12/20/2018 | $ 31,615.35 | |

```
HANFORD RENEWABLE ENERGY LLC
ATTN:  DARYL MAAS
1670 MARKET ST., SUITE 256
REDDING CA   96001
```

PG&E
Box 997300
Sacramento, CA
95899-7300

Please return this portion with your payment.  Thank you.

When Making Inquiries or Address Changes,
Please Contact :

Customer Fund Management
For inquiries, call 1-800-422-0436, between the hours of
7:00 AM and 3:30 PM, Monday thru Friday. Calls
received after business hours will be returned the
following business day.

**Customer Number**

**Invoice Number**
0007803823-9

```
Queue # 1317-RD # Verwey-Hanford Dairy Digester Genset #3
Invoice for balance of costs through November 2018
EGI Interconnection Manager:  Josh Glidden, 415-972-7051

Payment Due:   January 19, 2019

Wire Instructions:
Send to:  Citibank N.A.
ABA Routing Number:
For credit to:  PG&E Depository Account
Account Number:
```

| Description | Quantity | Unit Factor | Amount |
|---|---|---|---|
| **Reference Number: 31298289** | | | |
| DISTRIBUTION UPGRADES | 1 | EA | 31,615.35 |
| | Line Item Subtotal | | 31,615.35 |
| | **AMOUNT NOW DUE  $** | | **31,615.35** |

NOTE :   This invoice reflects current charges only.
              Any past due amounts will be billed separately.

Case: 19-30088    Doc# 1152    Filed: 04/01/19    Entered: 04/01/19 12:26:57    Page 2 of 3

Printed on recycled paper.   Form 62-0884  12.12



| Invoice Number | Invoice Date | Amount Due | Amount Enclosed |
|---|---|---|---|
| 0007812052-4 | 01/28/2019 | $ 89,895.44 | |

HANFORD RENEWABLE ENERGY LLC
ATTN:  PHILIP VERWEY
19765 13TH AVENUE
HANFORD CA   93230

PG&E
Box 997300
Sacramento, CA
95899-7300

Please return this portion with your payment. Thank you.

When Making Inquiries or Address Changes,
Please Contact :

Customer Fund Management
For inquiries, call 1-800-422-0436, between the hours of 7:00 AM and 3:30 PM, Monday thru Friday. Calls received after business hours will be returned the following business day.

Customer Number

Invoice Number
0007812052-4

Queue # 1317-RD # Verwey-Hanford Dairy Digester Genset #3
Invoice for balance of costs through December 2018
EGI Interconnection Manager:  Josh Glidden, 415-972-7051
Payment Due:   February 27, 2019

Wire Instructions:
Send to:   Citibank N.A.
ABA Routing Number:
For credit to:  PG&E Depository Account
Account Number:

**ENTERED**
FEB 1 1 2019

| Description | Quantity | Unit Factor | Amount |
|---|---|---|---|
| **Reference Number: 31298289** <br> DISTRIBUTION UPGRADES | 1 | EA | 89,895.44 |
| Line Item Subtotal | | | 89,895.44 |

**AMOUNT NOW DUE $**     89,895.44

NOTE :  This invoice reflects current charges only.
Any past due amounts will be billed separately.