Justin E. Rawlins (#209915)
jrawlins@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

David Neier (*admitted pro hac vice*)
dneier@winston.com
WINSTON & STRAWN LLP
200 Park Avenue, 40th Floor
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

*Attorneys for Creditor*
*Tulsa Inspection Resources – PUC, LLC*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>**-and-**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.** | Bankruptcy Case<br>No. 19 - 30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |
| ☐ Affects PG&E Corporation<br><br>☒ Affects Pacific Gas and Electric Company<br><br>☐ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | **NOTICE OF LIENS UNDER 11 U.S.C. § 546(b) BY TULSA INSPECTION RESOURCES – PUC, LLC** |

PLEASE TAKE NOTICE that Tulsa Inspection Resources – PUC, LLC ("Tulsa") is the prime

contractor under a certain pre-petition Contract (Long Form), dated as of March 27, 2012, by and

between Pacific Gas and Electric Company ("PG&E") and Tulsa Inspection Resources, Inc. (Tulsa's

predecessor in interest), which contract is further referred to as PG&E Contract No. 4400006534, as

1

such contract has been amended, amended and restated or otherwise modified or supplemented from time to time (the "Contract"). Tulsa was hired to provide inspection services related to gas and pipelines, connections, compression stations and related projects critical for safety and required by the United States Department of Transportation Pipeline and Hazardous Materials Administration and California law to ensure explosions leading to loss of life and property damage do not occur, including services related to maintenance and repair (collectively, the "Work").

Prior to the filing of the Debtors' bankruptcy case, Tulsa provided labor, equipment, services and supplies to PG&E under the Contract along PG&E's pipeline in the following California counties: Alameda, San Mateo, Santa Clara, Solano, Sutter and Yuba (the "Properties"). The Work under the Contract is a "work of improvement" as defined under California Civ. Code § 8050(a). Under California Civ. Code § 8412,

> A direct contractor may not enforce a lien unless the contractor records a claim of lien after the contractor completes the direct contract, and before the earlier of the following times:
>
> (a) Ninety days after the completion of the work of improvement.
>
> (b) Sixty days after the owner records a notice of completion or cessation.

Likewise, California Civ. Code § 8460(a) provides that,

> (a) The claimant shall commence an action to enforce a lien within 90 days after recordation of the claim of lien. If the claimant does not commence an action to enforce the lien within that time, the claim of lien expires and is unenforceable

Pursuant to 11 U.S.C. § 546(b), Tulsa hereby gives notice in lieu of the commencement of any such action to perfect, maintain, or continue Tulsa's liens. Accordingly, Tulsa requests adequate protection of its liens. A true and correct copy of Tulsa's lien filed in Alameda County is attached hereto as Exhibit A. A true and correct copy of Tulsa's lien filed in San Mateo County is attached hereto as Exhibit B. A true and correct copy of Tulsa's lien filed in Santa Clara County is attached hereto as Exhibit C. A true and correct copy of Tulsa's lien filed in Solano County is attached hereto as Exhibit D. A true and correct copy of Tulsa's lien filed in Sutter County is attached hereto as Exhibit E. A true and correct copy of Tulsa's lien filed in Yuba County is attached hereto as Exhibit F.

NOTICE OF LIENS UNDER 11 U.S.C. SEC. 546(b)

1    Tulsa asserts secured interests in the Properties to the fullest extent allowed by applicable law,

2    including interest and attorneys' fees.  Further, Tulsa reserves the right to supplement and/or amend

3    this Notice, and reserves any and all other rights under applicable law.

4

5    Dated:  April 1, 2019

6
                                              Respectfully submitted,
7
                                              WINSTON & STRAWN LLP
8

9                                             By:   /s/ Justin E. Rawlins
                                                    Attorneys for Creditor
10                                                  Tulsa Inspection Resources – PUC, LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

NOTICE OF LIENS UNDER 11 U.S.C. SEC. 546(B)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>Exhibit A</u>

Alameda County Lien Filing

(See attached)

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>Exhibit B</u>

San Mateo County Lien Filing

(See attached)

5

Case: 19-30088    Doc# 1153    Filed: 04/01/19    Entered: 04/01/19 12:34:18    Page 5 of 9

1

## Exhibit C

2          Santa Clara County Lien Filing

3              (See attached)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

Case: 19-30088    Doc# 1153    Filed: 04/01/19    Entered: 04/01/19 12:34:18    Page 6 of
9

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Exhibit D

Solano County Lien Filing

(See attached)

7

Case: 19-30088    Doc# 1153    Filed: 04/01/19    Entered: 04/01/19 12:34:18    Page 7 of 9

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>Exhibit E</u>

Sutter County Lien Filing

(See attached)

8

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>Exhibit F</u>

Yuba County Lien Filing

(See attached)

9

NOTICE OF LIENS UNDER 11 U.S.C. SEC. 546(b)