| | |
|---|---|
| COOPER, WHITE & COOPER LLP<br>PETER C. CALIFANO (SBN 129043)<br>   pcalifano@cwclaw.com<br>201 California Street, 17th Floor<br>San Francisco, California 94111<br>Telephone:   (415) 433-1900<br>Facsimile:    (415) 433-5530<br><br>Attorneys for Creditor GOWAN<br>CONSTRUCTION COMPANY INC. | |

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### [San Francisco Division]

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>    -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors and Debtors-in-Possession.<br><br>☐ Affects all Debtors<br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br><br>*All papers shall be filed in the lead case, 19-30088 (DM)* | Case No. 19-30088-DM<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF CONTINUED PERFECTION OF LIEN** |

**TO ALL INTERESTED PARTIES**:

GOWAN CONSTRUCTION COMPANY, INC., a creditor herein ("Gowan"), hereby perfects pursuant to 11 U.S.C. §546(b) its mechanics liens listed and summarized on Exhibit A hereto. Gowan provided various services and materials, regarding the real property commonly and legally described therein, in the amounts set forth for each mechanics lien. True and correct copies of the first page of each recorded mechanics lien are attached hereto as Exhibit B.

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

Case: 19-30088    Doc# 1161    Filed: 04/01/19    Entered: 04/01/19 16:10:38    Page 1 of 2

You are further notified that Gowan intends to enforce the liens to the fullest extent allowed by the Bankruptcy Code and California state law.

DATED: April 1, 2019              COOPER, WHITE & COOPER LLP


By:  /s/*Peter C. Califano*
     Peter C. Califano
     Attorneys for Creditor GOWAN
     CONSTRUCTION COMPANY INC.

1251769.1

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002