# EXHIBIT A

## to Notice of Continued Perfection of Lien

*PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY*, Debtors and Debtors-in-Possession

Case No. 19-30088-DM

| | Mechanics Liens | Lien Amount | Lien Date | Lien Against | Address | Lien County & Doc # |
|---|---|---|---|---|---|---|
| 1 | Clearlake Head Cashier Furniture Only | $ 59,301.65 | 1/28/2019 | PG&E | 14730 Olympic Drive, Clearlake CA 95422 APN 039-570-120-000 | Lake 2019000777 |
| 2 | Lakeport Head Cashier Furniture Only | $ 135,840.92 | 1/28/2019 | PG&E | 325 North Forbes Sreet, Lakeport CA 95453 APN 025-375-070-000 | Lake 2019000776 |
| 3 | Burney Head Cashier Furniture Only | $ 58,593.63 | 1/28/2019 | PG&E | 20806 Black Ranch Road, Burney CA 96013 APN 028-370-007 | Shasta 2019-0002350 |
| 4 | Mariposa Head Casher Furniture Only | $ 62,779.08 | 1/29/2019 | PG&E | 5166 Jones Street, Mariposa CA 95338 APN 013-064-013 | Mariposa 20190256 |
| 5 | Taft Head Cashier Furniture Only | $ 68,477.67 | 1/28/2019 | PG&E | 550 Gardner Field Road, Taft CA 93268 | Kern 219009132 |
| 6 | Madera Head Cashier Furniture Only | $ 56,302.33 | 1/28/2019 | PG&E | 2871 Airport Drive, Madera CA 93637 APN013-010-046 | Madera 2019001689 |
| 7 | Fort Bragg Head Cashier Furniture Only | $ 47,978.68 | 3/1/2019 | PG&E | 100 North Main Street, Fort Bragg CA 95437 APN 008-162-0800 | Mendocino 2019-02288 |
| 8 | Guernville Head Cashier Furniture Only | $ 41,320.22 | 1/28/2019 | Mt. Jackson Bldg Assn., PO Box 31, Guerneville CA 95446-0031 | 14040 Church Street, Bldg. L143, Guernville CA 95446 APN 070-030-043-000 | Sonoma 2019007035 |
| 9 | Colusa Head Cashier Furniture Only | $ 60,789.23 | 2/13/2019 | Masonic Hall Association PO Box 770 Colusa CA 95932 | 321 5th Street, Colusa CA 95932  APN 001-095-008 | Colusa 2019-0000435 |
| 10 | Tracy Head Cashier/Teller Line/BRG | $ 489,182.77 | 2/1/2019 | Jeannie Borden PO Box 223639, Carmel CA 93922 | 55 East 10th Street, Tracy CA 95376 APN 235-171-24 | San Joaquin 2019-011364 |
| 12 | Jackson Head Cashier/Teller Line/BRG | $ 252,038.15 | 1/29/2019 | PG&E | 12626 Jackson Gate Road, Jackson CA 95642 APN 044-030-029-000 | Amador 2019-0000651-00 |
| 13 | Angels Camp Head Cashier/Teller Line/BRG | $ 228,227.92 | 1/29/2019 | PG&E | 1108 Murphy's Grade Road, Angels Camp CA 95222 | Calaveras 2019-000893 |
| 14 | Ridgecrest Head Cashiers Office | $ 69,521.71 | 1/28/2019 | PG&E | 530 China Lake Road, Ridgecrest CA 93555 | Kern 219009133 |
| 15 | Livermore Head Cashier Office | $ 49,257.86 | 1/29/2019 | PG&E | 998 Murrieta Blvd, Livermore CA 94550 APN 97-86-7 | Alameda 2019014274 |
| 16 | Selma Head Cashier | $ 72,477.55 | 1/28/2019 | PG&E | 1745 2nd Street, Selma CA 93662 | Fresno 2019-0008682 |
| 17 | Coalinga Head Cashier/Teller Line/BRG | $ 225,670.96 | 1/28/2019 | PG&E | 240 Coalinga Plaza, Coalinga CA 93210 | Fresno 2019-0008683 |

| # | Description | Amount | Date | Party | Address | County / Doc # |
|---|---|---|---|---|---|---|
| 18 | Quincy Head Cashier/Teller Line/BRG | $ 241,672.71 | 1/28/2019 | Kim Dales 3522 46th Ave., NE Seattle WA 98105-5325 | 435 Main Street, Quincy CA 95971 APN 115-023-017 | Plumas 2019-0000309 |
| 19 | Stockton Kiosk Removal | $ 31,683.23 | 1/24/2019 | PG&E | 220 East Channel Street, Stockton CA 95202 | San Joaquin 2019-008411 |
| 20 | Woodland Kiosk Removal | $ 3,636.05 | 1/29/2019 | PG&E | 242 North West Street, Woodland CA 95695 | Yolo 2019-0001658-00 |
| 21 | Eureka Kiosk Removal | $ 23,776.77 | 1/31/2019 | PG&E | 2555 Myrtle Ave. Eureka CA 95501 APN 016-151-005 | Humbolt 2019-002246 |
| 22 | Marysville Kiosk Removal | $ 3,636.05 | 1/29/2019 | PG&E | 231 D Street, Marysville CA 95901 | Yuba 2019-001082 |
| 23 | Turlock Kiosk Removal | $ 3,636.05 | 1/30/2019 | PG&E | 135 North Center Street, Turlock CA 95380 | Stanislaus 2019-0005071-00 |
| 24 | San Carlos Kiosk Removal | $ 3,636.05 | 1/29/2019 | PG&E | 275 Industrial Road, San Carlos CA 94070 | San Mateo 2019-006123 |
| 25 | Hayward Kiosk Removal | $ 3,636.05 | 1/29/2019 | PG&E | 24300 Clawiter Road, Hayward CA 94545 APN 441-65-24-2 | Alameda 2019014275 |
| 26 | Tulare "Dinuba" Kiosk Removal | $ 3,636.05 | 1/28/2019 | PG&E | 152 North K Street, Tulare CA 93618 | Tulare 2019-0004393 |
| 27 | Vacaville Kiosk Removal | $ 3,636.05 | 1/29/2019 | Mason Street Centre LLC, 411 Davis St. #102, Vacaville CA 95688-4641 | 770 Mason Street #160, Vacaville CA 95688 | Solano 201900005185 |
| 28 | San Jose Kiosk Removal | $ 3,636.05 | 1/29/2019 | PG&E | 111 North Almaden, San Jose CA 95113 | Santa Clara 24104694 |
| 29 | Capitola Kiosk Removal | $ 3,636.05 | 1/29/2019 | Capitola-Winfield Partners, 333 W. El Camino Real #240 Sunnyvale CA 94087-1969 | 1955 41st Ave. Suite B2, Capitola CA 95010 | Santa Cruz 2019-0002253 |
| 30 | Merced Kiosk Removal | $ 3,636.05 | 1/30/2019 | John Souza, PO Box 752, Weaverville CA 96093-0752 | 3185 M Street, Merced CA 95348 APN 236-220-013 | Merced 2019002933 |
| 31 | Manteca BRG & Head Cashier | $ 123,410.98 | 1/24/2019 | PG&E | 226 East Yosemite Ave. Manteca CA 95336 | San Joaquin 2019-008412 |
| 32 | Sacramento BRG | $ 110,205.66 | 1/31/2019 | PG&E | 5555 Florin Perkins Road, Sacramento CA 95826 | Sacramento 201901310598 |
| 33 | Salinas BRG | $ 72,986.62 | 1/29/2019 | PG&E | 356 Alisal Street, Salinas CA 93901 APN 0030410420000 | Monterey 2019003425 |
| 34 | Los Banos BRG | $ 81,763.04 | 1/30/2019 | PG&E | 940 I Street, Los Banos CA 93635 APN 026-142-008 | Merced 2019002932 |
| 35 | Redding BRG | $ 65,158.75 | 1/28/2019 | PG&E | 3600 Meadow View Drive, Redding CA 96002 APN 056-610-009 | Shasta 2019-0002351 |

| # | Description | Amount | Date | Party | Address | County / Recording |
|---|---|---|---|---|---|---|
| 36 | Concord BRG | $ 96,286.05 | 1/30/2019 | PG&E | 1030 Detroit Ave. Concord A 94518 APN 129-050-013 | Contra Costa 2019-0012769-00 |
| 37 | Richmond Seismic Upgrade | $ 20,438.84 | 1/30/2019 | PG&E | 1100 South 27th Street, Richmond CA 94804 APN TMP22 | Contra Costa 2019-0012768-00 |
| 38 | Oakland Seismic Upgrade | $ 25,514.38 | 1/29/2019 | PG&E | 1425 Clay Street, Oakland CA 94612 APN 4277-46-38-1 | Alameda 2019014273 |
| 39 | Fresno Seismic Upgrade | $ 119,947.64 | 1/28/2019 | PG&E | 705 P Street, Fresno CA 93721 APN 468-483-18U | Fresno 2019-0008684 |
| 40 | Bakersfield Seismic Upgrade | $ 54,855.05 | 1/28/2019 | PG&E | 1918 H Street, Bakersfield CA 93301 APN 005-491-01-00-8 | Kern 219009131 |
| 41 | Modesto BRG | $ 96,103.64 | 1/30/2019 | Liljenquist Modesto Co., 2222 E. 17th St., Santa Ana CA 92705-8608 | 2225 Plaza Pkwy, Ste 6, Modesto CA 95350 APN 005082029 | Stanislaus 2019-0005072-00 |
| 42 | Oroville BRG | $ 86,086.50 | 1/29/2019 | MRB Associates, 1550 Myers St #A, Oroville CA 95965-4689 | 1567 Huntoon Street, Oroville CA 95965 APN 012096004 | Butte 2019-0006872 |
| 43 | Stockton UCD Transformer Protection | $ 42,485.00 | 1/24/2019 | David Kohanbash, Kohanbash Century Plaza LLC 13322 Riverside Drive, Sherman Oaks CA 91423 | 1120 Waterloo Road, Stockton CA 95205 APN 14115001 | San Joaquin 2019-008417 |
| 46 | Sacramento Water Leak Investigation | $ 1,547.92 | 1/24/2019 | PG&E | 5555 Florin Perkins Road, Sacramento CA 95826 | Sacramento 201901241000 |
| 48 | Davis Install Drain Inlet Frame and Grate | $ 7,819.52 | 1/24/2019 | PG&E | 316 L Street. Davis CA 95616 | Yolo 2019-0001379-00 |
| 50 | San Ramon Paving & Slurry Seal | $ 402,044.85 | 2/6/2019 | PG&E | 3400 Crow Canyon Road, San Ramon CA 94583 | Contra Costa 2019-0016300-00 |
| 51 | Placerville Paving Repairs | $ 155,023.62 | 1/24/2019 | PG&E | 4636 Missouri Flat Road, Placerville CA 95667 APN 32927010 | El Dorado 2019-0002462-00 |
| 52 | Vacaville Yard Design | $ 26,485.96 | 1/28/2019 | PG&E | 158 Peabody Road, Vacaville CA 95687 | Solano 201900004892 |
| 53 | Sacramento Data Cabling | $ 24,903.00 | 1/24/2019 | PG&E | 5555 Florin Perkins Road, Sacramento CA 95826  APN 061-0180-030-0000 | Sacramento 201901241001 |
| 54 | Sacramento Gas Load SCR | $ 314,072.24 | 2/28/2019 | PG&E | 2001 Front Street, Sacramento CA 95818 APN 00901040150000 | Sacramento 201902280561 |
| 55 | Sacramento Gas Load SCR - ADA Ramp | $ 80,752.39 | 2/28/2019 | PG&E | 2001 Front Street, Sacramento CA 95818 APN 00901040150000 | Sacramento 201902280562 |
| 56 | Sacacramento SC Chiller Boiler | $ 267,174.69 | 2/28/2019 | PG&E | 5555 Florin Perkins Road, Sacramento CA 95826  APN 061-0180-030-000 | Sacramento 201902280563 |
| 57 | Marysville (Wheatland) Bullroom | $ 315,288.56 | 2/28/2019 | PG&E | 3736 Rancho Road, Marysville CA 95901 | Yuba 2019-002330 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 73 | Eureka SCR | $ 425,000.00 | 3/15/2019 | PG&E | 2475 Myrtle Ave Eureka CA 95501 | Humbolt 2019-004695 |