# EXHIBIT B

## Part 1 of 4

to Notice of Continued Perfection of Lien

*PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY*, Debtors and Debtors-in-Possession

Case No. 19-30088-DM

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California

95376-4122

Doc # 2019000777
Page 1 of 3
Date: 1/28/2019 09:13A
Filed by: PUBLIC
Filed & Recorded in Official Records
of COUNTY OF LAKE
RICHARD A. FORD
COUNTY RECORDER
Fee: $95.00

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

Declaration of Exemption From Gov't Code § 27388.1 Fee
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Lake County, State of California, and more particularly described as (address and/or sufficient description): 14730 Olympic Drive, Clearlake CA 95422
APN/Parcel # 039-570-120-000

2. After deducting all just credits and offsets, the sum of $59,301.65, together with interest at the rate of 10% per annum from 3-3-2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Additional design, permitting, building alteration as needed to install temporary 80" tall furniture partition panels in th following CSO offices: Burney, Taft, Colusa, Lakeport, Guernville, Clearlake, Mariposa, Madera.

3. Claimant furnished the labor or services or equipment or materials, at the request of _____
Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
Pacific Gas & Electric Inc & Pacific Gas & Electric Company a CA Corporation
245 Market St. San Francisco, CA 94105 / 77 Beale St. San Francisco, Ca 94105

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122

Dated 1-24-19

Carl W Gowan
(Signature)

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Dated 1-24-19

Carl W Gowan
(Signature)

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California

95376-4122

```
Doc # 2019000776
Page 1 of 3
Date: 1/28/2019 09:13A
Filed by: PUBLIC
Filed & Recorded in Official Records
of COUNTY OF LAKE
RICHARD A. FORD
COUNTY RECORDER
Fee: $95.00
```

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

Declaration of Exemption From Gov't Code § 27388.1 Fee
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Lake, State of California, and more particularly described as (address and/or sufficient description): 325 North Forbes Street, Lakeport CA 95453
APN/Parcel # 025-375-070-000

2. After deducting all just credits and offsets, the sum of $135,840.92, together with interest at the rate of 10% per annum from 3-3-2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Additional design, permitting, building alteration as needed to install temporary 80" tall furniture partition panels in th following CSO offices: Burney, Taft, Colusa, Lakeport, Guernville, Clearlake, Mariposa, Madera.

3. Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are: Pacific Gas & Electric Inc & Pacific Gas & Electric Company a CA Corporation 245 Market St. San Francisco, CA 94105 / 77 Beale St. San Francisco, Ca 94105

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122.

Dated 1-24-19

_Carl W Gowan_
(Signature)

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Dated 1-24-19

_Carl W Gowan_
(Signature)

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California

95376-4122

2019-0002350
Recorded
Official Records
County of
Shasta
Leslie Morgan
Assessor-Recorder

REC FEE 20.00
HOUSING FEE 75.00

LS
03:01PM 28-Jan-2019 | Page 1 of 3

3hFLS

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Shasta, State of California, and more particularly described as (address and/or sufficient description): 20806 Black Ranch Road, Burney, CA  APN/Parcel#028-370-007

2. After deducting all just credits and offsets, the sum of $58,593.63, together with interest at the rate of 10% per annum from 3-3-2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Additional design, permitting, building alteration as needed to install temporary 80" tall furniture partition panels in the following CSO offices: Burney, Taft, Colusa, Lakeport, Guerneville, Clearlake, Mariposa, Madera.

3. Claimant furnished the labor or services or equipment or materials, at the request of _____
Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are: _____
Pacific Gas & Electric Inc & Pacific Gas & Electric Company a CA Corporation
245 Market St. San Francisco, CA 94105 / 77 Beale St. San Francisco, Ca 94105

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122

Dated 1-24-19

Carl W Gowan
(Signature)

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-24-19

Carl W Gowan
(Signature)

— Recorder  
Mariposa Co Official Records  
Recorded at the request of  
Public  

DOC#: 20190256  

ER  
1/29/2019  
12:47 PM  

Titles: 1   Pages: 3  
Fees    20.00  
Taxes    0.00  
Others   75.00  
PAID   $95.00  

Recorder's Use Only

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California

95376-4122

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**
- ☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  - ☐ recorded concurrently "in connection with" transfer subject to DTT
  - ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
- ☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  - ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Mariposa, State of California, and more particularly described as (address and/or sufficient description): 5166 Jones Street, Mariposa CA 95338
APN/Parcel # 013-064-013

2. After deducting all just credits and offsets, the sum of $62,779.08, together with interest at the rate of 10% per annum from 3-3-2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Additional design, permitting, building alteration as needed to install temporary 80" tall furniture partition panels in th following CSO offices: Burney, Taft, Colusa, Lakeport, Guernville, Clearlake, Mariposa, Madera, Manteca.

3. Claimant furnished the labor or services or equipment or materials, at the request of
Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
Pacific Gas & Electric Inc & Pacific Gas & Electric Company a CA Corporation
245 Market St. San Francisco, CA 94105 / 77 Beale St. San Francisco, Ca 94105

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122

Dated 1-24-19

_(Signature)_ Carl W Gowan

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-24-19

_(Signature)_ Carl W Gowan

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California

95376-4122

Jon Lifquist, Assessor – Recorder
Kern County Official Records
Recorded at the request of
Public

DOC#: 219009132

RODRIGUS
1/28/2019
8:10 AM

Stat Types: 1   Pages: 3
Fees        29.00
Taxes        0.00
Others      75.00
PAID      $104.00

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

Declaration of Exemption From Gov't Code § 27388.1 Fee
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Kern, State of California, and more particularly described as (address and/or sufficient description): 550 Gardner Field Road, Taft CA 93268

2. After deducting all just credits and offsets, the sum of $68,477.67, together with interest at the rate of 10% per annum from 3-3-2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Additional design, permitting, building alteration as needed to install temporary 80" tall furniture partition panels in th following CSO offices: Burney, Taft, Colusa, Lakeport, Guernville, Clearlake, Mariposa, Madera, Manteca.

3. Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
Pacific Gas & Electric Inc & Pacific Gas & Electric Company a CA Corporation
245 Market St. San Francisco, CA 94105 / 77 Beale St. San Francisco, Ca 94105

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122

Dated 1-24-19

_Carl W Gowan_
(Signature)

Gowan Construction Company Inc.

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-24-19

_Carl W Gowan_
(Signature)

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California

95376-4122

**2019001689**

Rebecca Martinez
Madera County Clerk-Recorder
01/28/2019 01:32 PM
GOWAN CONSTR CO INC

Titles: 1    Pages: 3
Fees:   $95.00
Taxes:  $0.00
Total:  $95.00

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Madera, State of California, and more particularly described as (address and/or sufficient description): 2871 Airport Drive, Madera CA 93637
APN/Parcel # 013-010-046

2. After deducting all just credits and offsets, the sum of $56,302.33, together with interest at the rate of 10% per annum from 3-3-2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Additional design, permitting, building alteration as needed to install temporary 80" tall furniture partition panels in th following CSO offices: Burney, Taft, Colusa, Lakeport, Guernville, Clearlake, Mariposa, Madera.

3. Claimant furnished the labor or services or equipment or materials, at the request of
Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
Pacific Gas & Electric Inc & Pacific Gas & Electric Company a CA Corporation
245 Market St. San Francisco, CA 94105 / 77 Beale St. San Francisco, Ca 94105

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122

Dated 1-24-19

Carl W Gowan
(Signature)
Carl W Gowan

**VERIFICATION**

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-24-19

Carl W Gowan
(Signature)
Carl W Gowan

2019-02288
Recorded at the request of:
GOWAN CONSTRUCTION
03/01/2019 02:05 PM
Fee: $94.00  Pgs: 1 of 3

OFFICIAL RECORDS
Katrina Bartolomie - Clerk-Recorder
Mendocino County, CA

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California 95376

95376-4122

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

Declaration of Exemption From Gov't Code § 27388.1 Fee

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Mendocino, State of California, and more particularly described as (address and/or sufficient description): 100 N. Main Street, Fort Bragg, CA 95437
Parcel/APN #008-162-0800

2. After deducting all just credits and offsets, the sum of $47,978.68, together with interest at the rate of 10% per annum from 3-2-2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Replace existing standard low panel cubicle walls with high panel cubicle walls where cash counting is taking place. Secure door(s) of the cash handling area by adding hard key, key fob, key pad or other locking mechanism to increase security of the cash handling area.

3. Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are: MENDO LAKE CREDIT UNION  100 N. Main ST. Fort Bragg CA. 95437

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122.

Dated 2-29-19

_(Signature)_

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 2-29-19

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California

95376-4122

2019007035
Official Records Of Sonoma County
Deva Marie Proto
01/28/2019 10:52 AM
GENERAL PUBLIC
MECHL 3 Pgs
Fee: $102.00

PAID

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Sonoma, State of California, and more particularly described as (address and/or sufficient description): 14040 Church Street, Bldg. L143, Guerneville CA 95446
APN/Parcel # 070-030-043-000

2. After deducting all just credits and offsets, the sum of 41,320.22, together with interest at the ate of 10% per annum from 3-3-2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Additional design, permitting, building alteration as needed to install temporary 80" tall furniture partition panels in th following CSO offices: Burney, Taft, Colusa, Lakeport, Guernville, Clearlake, Mariposa, Madera.

3. Claimant furnished the labor or services or equipment or materials, at the request of _____
Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are: _____
Mt Jackson Bldg Assn
PO Box 31, Guerneville CA 95446-0031

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122

Dated 1-25-19

(Signature)

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-25-19

(Signature)

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California

95376-4122

2019-0000435

Recorded
Official Records
County of
Colusa
Rose Gallo-Vasquez
Clerk-Recorder

REC FEE 14.00
$75 Bldg Homes 75.00

12:47PM 13-Feb-2019

RGV
Page 1 of 3

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

Declaration of Exemption From Gov't Code § 27388.1 Fee
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Colusa, State of California, and more particularly described as (address and/or sufficient description): 321 5th Street, Colusa CA 95932
APN/Parcel # 001-095-008

2. After deducting all just credits and offsets, the sum of $60,789.23, together with interest at the rate of 10% per annum from 3 3 2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Additional design, permitting, building alteration as needed to install temporary 80" tall furniture partition panels in th following CSO offices: Burney, Taft, Colusa, Lakeport, Guernville, Clearlake, Mariposa, Madera.

3. Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are: Masonic Hall Association PO Box 770 Colusa CA 95932

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122.

Dated 2-13-19

(Signature) Carl W Gowan
CARL W. GOWAN
C.O.O.

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Dated 2-13-19

(Signature) Carl W Gowan
Carl W Gowan
C.O.O.

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California 95376

95376-4122

Doc #: 2019-011364
02/01/2019 09:51:16 AM
Page: 1 of 3   Fee: $103.00
Steve J. Bestolarides
San Joaquin County Recorders
Paid By: SHOWN ON DOCUMENT

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

Declaration of Exemption From Gov't Code § 27388.1 Fee
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
☐ recorded concurrently "in connection with" transfer subject to DTT
☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
☐ Fee cap of $225.00 reached   ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of San Joaquin, State of California, and more particularly described as (address and/or sufficient description): 55 E. 10th Street, Tracy, CA 95376
APN/Parcel #235-171-24

2. After deducting all just credits and offsets, the sum of $489,182.77, together with interest at the rate of 10% per annum from 3-2-19 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Demo existing tellerline, flooring & walls. Install new tellerline with bullet resistant glass, frame new walls & install new flooring. Install new electrical and lighting. Install new Security system. Saw cut conc. and place footing for new building shear wall. Remove Kiosk

3. Claimant furnished the labor or services or equipment or materials, at the request of _____
Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
Jeannie & Dan Borden, PO Box 223639, Carmel CA 93922 3639

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122

Dated 1-31-19

Gowan Construction
Carl W Gowan
(Signature)
CARL W, GOWAN
COO & Secretary

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-31-19

Carl W Gowan
(Signature)

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California 95376

95376-4122

```
Amador County Recorder
Kimberly L. Grady
DOC- 2019-0000651-00
Check Number  5848
REQD BY GOWAN CONSTRUCTION CO
Tuesday, JAN 29, 2019  12:36
Ttl Pd    $93.00       Nbr-0000318002
                              CT1/R1/1-3
```

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

Declaration of Exemption From Gov't Code § 27388.1 Fee
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached    ☐ Not related to real property

1.  Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Amador, State of California, and more particularly described as (address and/or sufficient description): 12626 Jackson Gate Road, Jackson, CA 95642
PArcel/APN # 044-030-029-000

2.  After deducting all just credits and offsets, the sum of $252,038.15, together with interest at the rate of 10% per annum from 3-2-2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Demo existing tellerline, flooring & walls. Install new tellerline Frame new walls & install new flooring. Install new electrical and lighting. Reconfigure and install new Security system. Install bullet resistant glass.

3.  Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.  The name and address of the owner or reputed owner of the real property is/are:
Pacific Gas & Electric Inc & Pacific Gas & Electric Company a CA Corporation
245 Market St. San Francisco, CA 94105 / 77 Beale St. San Francisco, Ca 94105

5.  Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122.

Dated 1-24-19

_Carl W Gowan_
(Signature)

CARL W. GAWAN

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-24-19

_Carl W Gowan_
(Signature)

Case: 19-30088    Doc# 1161-2    Filed: 04/01/19    Entered: 04/01/19 16:10:38    Page 12 of 15

12

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California 95376

95376-4122

2019-000893
Rebecca Turner, County Clerk-Recorder
Calaveras County, California
01/29/2019 01:15 PM
Recorded by: GOWAN CONSTRUCTION

Pages: 3
Recording Fee: $ 97.00
Taxes: $0.00
Clerk: bcole Total: $97.00

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached  ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Calaveras, State of California, and more particularly described as (address and/or sufficient description): 1108 Murphy's Grade Road, Angels Camp CA 95222

2. After deducting all just credits and offsets, the sum of $228,227.92, together with interest at the rate of 10% per annum from 3-2-2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Demo existing tellerline, flooring & walls. Install new tellerline Frame new walls & install new flooring. Install new electrical and lighting. Reconfigure and install new Security system. Inspected by City of Angels Camp

3. Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
Pacific Gas & Electric Inc & Pacific Gas & Electric Company a CA Corporation
245 Market St. San Francisco, CA 94105 / 77 Beale St. San Francisco, Ca 94105

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122.

Dated 1-24-19

_____
(Signature)

CARL W. GOWAN

**VERIFICATION**

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-24-19

_____
(Signature)

Jon Lifquist, Assessor — Recorder
Kern County Official Records

Recorded at the request of
Public

RODRIGUS
1/28/2019
8:10 AM

DOC#: 219009133

Stat Types: 1    Pages: 3

Fees     29.00
Taxes     0.00
Others   75.00
PAID   $104.00

Recorder's Use Only

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California 95376

95376-4122

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached    ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Kern, State of California, and more particularly described as (address and/or sufficient description): 530 China Lake Road, Ridgecrest, CA 93555

2. After deducting all just credits and offsets, the sum of $69,521.71, together with interest at the rate of 10% per annum from 3-2-2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Frame new walls and reconfigure electrical/security for new Head Cashier office.

3. Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
Pacific Gas & Electric Inc & Pacific Gas & Electric Company a CA Corporation
245 Market St. San Francisco, CA 94105 / 77 Beale St. San Francisco, Ca 94105

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122

Dated 1-24-19

_Carl W Gowan_
(Signature)

Gowan Construction Company Inc.

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-24-19

_Carl W Gowan_
(Signature)

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California 95376

95376-4122

2019014274  01/29/2019 11:07 AM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE: 105.00

3 PGS

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

Declaration of Exemption From Gov't Code § 27388.1 Fee
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Alameda, State of California, and more particularly described as (address and/or sufficient description): 998 Murrieta Blvd, Livermore, CA 94550
Parcel/APN #97-86-7

2. After deducting all just credits and offsets, the sum of $49,257.86, together with interest at the rate of 10% per annum from 3-2-2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment:
Replace existing standard low panel cubicle walls with high panel cubicle walls where cash counting is taking place. Secure door(s) of the cash handling area by adding hard key, key fob, key pad or other locking mechanism to increase security of the cash handling area.

3. Claimant furnished the labor or services or equipment or materials, at the request of
Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
Pacific Gas & Electric Inc & Pacific Gas & Electric Company a CA Corporation
245 Market St. San Francisco, CA 94105 / 77 Beale St. San Francisco, Ca 94105

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122.

Dated 1-24-19

_____
(Signature)

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-24-19

_____
(Signature)