# EXHIBIT B

## Part 2 of 4

### to Notice of Continued Perfection of Lien

*PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY*, Debtors and Debtors-in-Possession

### Case No. 19-30088-DM

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California 95376

95376-4122

**2019-0008682**

FRESNO County Recorder
Paul Dictos, CPA
Monday, Jan 28, 2019  12:48:51 PM
Titles: 1                    Pages: 3
Fees:                        $100.00
CA SB2 Fee:                  $75.00
Taxes:                       $0.00
Total:                       $100.00
GOWAN CONSTRUCTION CO INC

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
   ☐ recorded concurrently "in connection with" transfer subject to DTT
   ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
   ☐ Fee cap of $225.00 reached    ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Fresno, State of California, and more particularly described as (address and/or sufficient description): 1745 2nd Street, Selma, CA 93662

2. After deducting all just credits and offsets, the sum of $72,477.55, together with interest at the rate of 10% per annum from 3-2-2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Frame new walls with finishes and electrical. Reconfigure electrical & security. Establish secure head cashier office.

3. Claimant furnished the labor or services or equipment or materials, at the request of
   Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
   Pacific Gas & Electric Inc & Pacific Gas & Electric Company a CA Corporation
   245 Market St. San Francisco, CA 94105 / 77 Beale St. San Francisco, Ca 94105

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122

Dated 1-24-19    Gowan Construction Company Inc    *Carl W Gowan* (Signature)

Carl Gowan  Owner

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-24-19    *Carl W Gowan* (Signature)

| Recording requested by (name): | 2019-0008683 |
|---|---|
| Gowan Construction Company, Inc. | FRESNO County Recorder |
| When recorded, mail to (name and address): | Paul Dictos, CPA |
| Gowan Construction Company, Inc. | Monday, Jan 28, 2019 12:48:51 PM |
| 15 West 8th St Suite C | Titles: 1  Pages: 3 |
| Tracy, California 95376 | Fees: $100.00 / CA SB2 Fee: $75.00 / Taxes: $0.00 / Total: $100.00 |
| 95376-4122 | GOWAN CONSTRUCTION CO INC |

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Fresno, State of California, and more particularly described as (address and/or sufficient description): 240 Coalinga Plaza, Coalinga, CA 93210

2. After deducting all just credits and offsets, the sum of $225,670.96, together with interest at the rate of 10% per annum from 3-2-2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Demo existing tellerline, flooring & walls. Install new tellerline Frame new walls & install new flooring. Install new electrical and lighting. Reconfigure and install new Security system. Install bullet resistant glass.

3. Claimant furnished the labor or services or equipment or materials, at the request of _____
Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
Pacific Gas & Electric Inc & Pacific Gas & Electric Company a CA Corporation
245 Market St. San Francisco, CA 94105 / 77 Beale St. San Francisco, Ca 94105

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122

Dated 1-24-19   Gowan Construction Company Inc

*(Signature)* Carl W Gowan

Carl Gowan  Owner

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-24-19

*(Signature)* Carl W Gowan

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California 95376

95376-4122

2019-0000309
Recorded
Official Records
County of
Plumas
KATHY WILLIAMS
Clerk-Recorder

REC FEE    24.00

JH
09:09AM 28-Jan-2019    Page 1 of 3

HOUSING TAX EXEMPT
Recorder's Use Only

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached    ☒ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Plumas, State of California, and more particularly described as (address and/or sufficient description): 435 Main Street, Quincy, CA 95971
Parcel/APN #115-023-017

2. After deducting all just credits and offsets, the sum of $241,672.71, together with interest at the rate of 10% per annum from 3-2-2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Demo existing tellerline & flooring. Install new tellerline with Bullet resistant glass. Install new electricl and lighting. Reconfigure and install new security system.

3. Claimant furnished the labor or services or equipment or materials, at the request of _____
Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
Dales Kim
3522 46th Ave Ne, Seattle WA 98105-5325

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122.

Dated 1-25-19

_____
(Signature)

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-25-19

_____
(Signature)

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California 95376

95376-4122

Doc #: 2019-008411
01/24/2019 03:48:49 PM
Page: 1 of 3  Fee: $103.00
Steve J. Bestolarides
San Joaquin County Recorders
Paid By: SHOWN ON DOCUMENT

Recorder's Use Only

Declaration of Exemption From Gov't Code § 27388.1 Fee
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of San Joaquin, State of California, and more particularly described as (address and/or sufficient description): 220 E. Channel St - Stockton, Ca. 95202

2. After deducting all just credits and offsets, the sum of 31683.23, together with interest at the rate of 10% per annum from 2-3-19 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Removal of existing interior and exterior payment kiosk and installation of bullet proof glass and lining on teller stations

3. Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are: PG&E Inc + PG&E Company a Ca Corp. 245 Market St San Francisco Ca 94105 / 77 Beale St San Francisco Ca 94105

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122

Dated 1-24-19

(Signature) Gowan Construction Co., Inc.
C.O.O. + Secretary

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-24-19

(Signature)

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California 95376

95376-4122

YOLO Recorder's Office
Jesse Salinas, County Recorder
DOC- 2019-0001658-00
Check Number  5849
REQD BY GOWAN CONSTRUCTION
Tuesday, JAN 29, 2019 13:06:00
Ttl Pd  $105.00    Rcpt # 0001333356
FRT/R9/1-3

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Yolo, State of California, and more particularly described as (address and/or sufficient description): 242 N. West St., Woodland, CA 95695

2. After deducting all just credits and offsets, the sum of $3,636.05, together with interest at the rate of 10% per annum from 3-3-2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment:
Tio Brand Pay Kiosk Decommission and Removal of all Units.

3. Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
Pacific Gas & Electric Inc & Pacific Gas & Electric Company a CA Corporation
245 Market St. San Francisco, CA 94105 / 77 Beale St. San Francisco, Ca 94105

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122

Dated 1-25-19

_____
(Signature)

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-25-19

_____
(Signature)

(3)

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California 95376

95376-4122

2019-002246

Recorded - Official Records
Humboldt County, California
Kelly E. Sanders, Recorder
Recorded by: GOWAN CONSTRUCTION
Pages: 3

Recording Fee: $ 94.00
Tax Fee: $0
Clerk: sc  Total: $94.00
Jan 31, 2019 at 01:52:05

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached  ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Humbolt, State of California, and more particularly described as (address and/or sufficient description): 2555 Myrtle Avenue, Eureka, CA 95501
Parcel/APN #016-151-005

2. After deducting all just credits and offsets, the sum of $23,776.77, together with interest at the rate of 10% per annum from 3-3-2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment:
Tio Brand Pay Kiosk Decommission and Removal of all Units.

3. Claimant furnished the labor or services or equipment or materials, at the request of
Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
Pacific Gas & Electric Inc & Pacific Gas & Electric Company a CA Corporation
245 Market St. San Francisco, CA 94105 / 77 Beale St. San Francisco, Ca 94105

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122

GOWAN CONSTRUCTION COMPANY INC.

Dated 1-25-19

Carl W Gowan
(Signature)

CARL GOWAN OWNER

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-25-19

Carl W Gowan
(Signature)

2019-001082
01/29/2019 09:27 AM Page 1 of 3
Total Fee: $102.00
Recorded in Official Records
County of Yuba State of CA
Terry A. Hansen
County Clerk and Recorder

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California 95376

95376-4122

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
☐ recorded concurrently "in connection with" transfer subject to DTT
☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
☐ Fee cap of $225.00 reached    ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Yuba, State of California, and more particularly described as (address and/or sufficient description): 231 D Street, Marysville, CA 95901

2. After deducting all just credits and offsets, the sum of $3,636.05, together with interest at the rate of 10% per annum from 3-3-2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment:
Tio Brand Pay Kiosk Decommission and Removal of all Units.

3. Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
Pacific Gas & Electric Inc & Pacific Gas & Electric Company a CA Corporation
245 Market St. San Francisco, CA 94105 / 77 Beale St. San Francisco, Ca 94105

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122

Dated 1-25-19

_Carl W Gowan_
(Signature)
CARL W. GOWAN

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary. ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-25-19

_Carl W Gowan_
(Signature)

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California 95376

95376-4122

```
Stanislaus, County Recorder
Donna Linder Co Recorder Office
DOC- 2019-0005071-00
Acct  402-Counter Customers
Wednesday, JAN 30, 2019 08:09:50
Ttl Pd    $98.00      Rcpt # 0004225176
                                JMB/R2/1-3
```

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
☐ recorded concurrently "in connection with" transfer subject to DTT
☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
☐ Fee cap of $225.00 reached   ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Stanislaus, State of California, and more particularly described as (address and/or sufficient description): 135 N. Center St., Turlock, CA 95380

2. After deducting all just credits and offsets, the sum of $3,636.05, together with interest at the rate of 10% per annum from 3-3-2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Tio Brand Pay Kiosk Decommission and Removal of all Units.

3. Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
Pacific Gas & Electric Inc & Pacific Gas & Electric Company a CA Corporation
245 Market St. San Francisco, CA 94105 / 77 Beale St. San Francisco, Ca 94105

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122

Dated 1-25-19  Gowan Construction Company Inc.

(Signature) Carl W Gowan (Owner)

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-25-19

(Signature)

23

3JC

2019-006123
9:58 am 01/29/19 MLL Fee: 98.00
Count of Pages 3
Recorded in Official Records
County of San Mateo
Mark Church
Assessor-County Clerk-Recorder

*$R00026573755$*

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California 95376

95376-4122

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

Declaration of Exemption From Gov't Code § 27388.1 Fee
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of San Mateo, State of California, and more particularly described as (address and/or sufficient description): 275 Industrial Road, San Carlos, CA 94070

2. After deducting all just credits and offsets, the sum of $3,636.05, together with interest at the rate of 10% per annum from 3-3-2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Tio Brand Pay Kiosk Decommission and Removal of all Units.

3. Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are: Pacific Gas & Electric Inc & Pacific Gas & Electric Company a CA Corporation 245 Market St. San Francisco, CA 94105 / 77 Beale St. San Francisco, Ca 94105

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122.

Dated 1-25-19

(Signature) Carl W Gowan
Gowan Construction

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-25-19

(Signature) Carl W Gowan

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California 95376

95376-4122

2019014275  01/29/2019 11:07 AM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE: 105.00

3 PGS

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

Declaration of Exemption From Gov't Code § 27388.1 Fee
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Alameda, State of California, and more particularly described as (address and/or sufficient description): 24300 Clawiter Road, Hayward, CA 94545
Parcel/APN #441-65-24-2

2. After deducting all just credits and offsets, the sum of $3,636.05, together with interest at the rate of 10% per annum from 3-3-2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment:
Tio Brand Pay Kiosk Decommission and Removal of all Units.

3. Claimant furnished the labor or services or equipment or materials, at the request of
Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
Pacific Gas & Electric Inc & Pacific Gas & Electric Company a CA Corporation
245 Market St. San Francisco, CA 94105 / 77 Beale St. San Francisco, Ca 94105

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122

Dated 1-25-19

_____
(Signature)

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-25-19

_____
(Signature)

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California 95376

95376-4122

2019-0004393
Recorded Official Records County of Tulare
ROLAND P. HILL
Clerk Recorder
11:14AM 28-Jan-2019

REC FEE 27.00
AFF SB2 HOUSE 75.00

NB
Page 1 of 3

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached    ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Tulare, State of California, and more particularly described as (address and/or sufficient description): 152 North K Street, Tulare, CA 93618

2. After deducting all just credits and offsets, the sum of $3,636.05, together with interest at the rate of 10% per annum from 3-3-2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Tio Brand Pay Kiosk Decommission and Removal of all Units.

3. Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
   Pacific Gas & Electric Inc & Pacific Gas & Electric Company a CA Corporation
   245 Market St. San Francisco, CA 94105 / 77 Beale St. San Francisco, Ca 94105

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122.

Dated 1-25-19

_Carl W Gowan_
(Signature)

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-25-19

_Carl W Gowan_
(Signature)

| Recording requested by (name): | Recorded in Official Records of Solano County | 1/29/2019 |
|---|---|---|
| Gowan Construction Company, Inc. | **Marc C. Tonnesen** | 12:13:44 PM |
| When recorded, mail to (name and address): | Assessor/Recorder | AR16 |
| Gowan Construction Company, Inc. | gowan construction company | 63 |
| 15 West 8th St Suite C | Doc # **201900005185** | Titles: 1  Pages: 3 |
| Tracy, California 95376 | | Fees $37.00 |
| 95376-4122 | | Taxes $0.00 |
| | | Other $75.00 |
| | | Paid $112.00 |

Lien Notice Mailed Per Govt. Cd. 27297.5

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

Declaration of Exemption From Gov't Code § 27388.1 Fee
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Solano, State of California, and more particularly described as (address and/or sufficient description): 770 Mason St. #160, Vacaville, CA 95688

2. After deducting all just credits and offsets, the sum of $3,636.05, together with interest at the ate of 10% per annum from 3-3-2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Tio Brand Pay Kiosk Decommission and Removal of all Units.

3. Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
Mason Street Centre LLC
411 Davis St. #102, Vacaville CA 95688-4641

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122.

Dated 1-25-19

(Signature)

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-25-19

(Signature)

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California 95376

95376-4122

**24104694**
Regina Alcomendras
Santa Clara County - Clerk-Recorder
01/29/2019 08:25 AM

Titles: 1    Pages: 3
Fees: $106.00
Taxes: $0
Total: $106.00

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

Declaration of Exemption From Gov't Code § 27388.1 Fee
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached    ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Santa Clara, State of California, and more particularly described as (address and/or sufficient description): 111 N. Almaden, San Jose, CA 95113

2. After deducting all just credits and offsets, the sum of $3,636.05, together with interest at the rate of 10% per annum from 3-3-2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment:
Tio Brand Pay Kiosk Decommission and Removal of all Units.

3. Claimant furnished the labor or services or equipment or materials, at the request of
Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
Pacific Gas & Electric Co
111 Almaden Blvd, San Jose CA 95113-2001

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122.

Dated 1-25-19

Carl W Gowan
(Signature)

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary - ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-25-19

Carl W Gowan