# EXHIBIT B

## Part 3 of 4

### to Notice of Continued Perfection of Lien

*PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY*, Debtors and Debtors-in-Possession

### Case No. 19-30088-DM

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California 95376

95376-4122

2019-0002253 01/29/2019 08:27:19 AM
OFFICIAL RECORDS OF Santa Cruz County
Sean Saldavia Recorder
RECORDING FEE: $98.00
COUNTY TAX: $0.00
CITY TAX: $0.00

MLIE
3 PGS
RCD172

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
☐ recorded concurrently "in connection with" transfer subject to DTT
☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
☐ Fee cap of $225.00 reached   ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Santa Cruz, State of California, and more particularly described as (address and/or sufficient description): 1955 41st Avenue Ste. B2, Capitola, CA 95010

2. After deducting all just credits and offsets, the sum of $3,636.05, together with interest at the rate of 10% per annum from 3-3-2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Tio Brand Pay Kiosk Decommission and Removal of all Units.

3. Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
Jfg Capitola-Winfield Partners, Frank Gemma Joseph (Te)
333 W El Camino Real #240, Sunnyvale CA 94087-1969

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122

Dated 1-25-19

_Carl W Gowan_
(Signature)

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-25-19

_Carl W Gowan_
(Signature)

Recorded in Official Records, MERCED COUNTY  01/30/2019
BARBARA J LEVEY  08:50 AM
Merced County Clerk – Recorder  RE20
P Public

Doc#: 2019002933  Titles: 1  Pages: 3
Fees     20.00
Taxes     0.00
Housing Fee  75.00
PAID     95.00

*SR0000247759$*

Recorder's Use Only

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.
15 West 8th St Suite C
Tracy, California 95376
95376-4122

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

Declaration of Exemption From Gov't Code § 27388.1 Fee
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
☐ recorded concurrently "in connection with" transfer subject to DTT
☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
☐ Fee cap of $225.00 reached   ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Merced, State of California, and more particularly described as (address and/or sufficient description): 3185 M Street, Merced, CA 95348
APN # 236-220-013

2. After deducting all just credits and offsets, the sum of $3,636.05, together with interest at the rate of 10% per annum from 3-3-2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment:
Tio Brand Pay Kiosk Decommission and Removal of all Units.

3. Claimant furnished the labor or services or equipment or materials, at the request of _____
Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
Souza John D (Te), Souza Wilma Y (Te)
PO Box 752, Weaverville CA 96093-0752

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122.

Dated 1-25-19

_____
(Signature)

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-25-19

_____
(Signature)

Doc #: 2019-008412
01/24/2019 03:48:49 PM
Page: 1 of 3  Fee: $103.00
Steve J. Bestolarides
San Joaquin County Recorders
Paid By: SHOWN ON DOCUMENT

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California 95376

95376-4122

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

Declaration of Exemption From Gov't Code § 27388.1 Fee
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached    ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of San Joaquin, State of California, and more particularly described as (address and/or sufficient description): 226 East Yosemite Ave., Manteca CA 95336

2. After deducting all just credits and offsets, the sum of 123,410.98, together with interest at the rate of 10% per annum from 1-3-19 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Design and installation of Level 3 Bullet Resistant Glass in various locations per CWA No. C11858 Dated 11/8/2018, Alteration to space to relocate head cashiers office to secure hard walled room

3. Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
   Pacific Gas & Electric Inc & Pacific Gas & Electric Company a CA Corporation
   245 Market St. San Francisco, CA 94105 / 77 Beale St. San Francisco, Ca 94105

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122

Dated 1-24-19

(Signature) Gowan Construction Co., Inc.
C.O.O. + Secretary

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-24-19

(Signature)

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California 95376

95376-4122

Sacramento County
Donna Allred, Clerk/Recorder
Doc # **201901310598**
1/31/2019  9:31:07 AM
RI
Titles 1
Pages 3

Fees $101.00
Taxes $0.00
PCOR $0.00
Paid $101.00

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Sacramento, State of California, and more particularly described as (address and/or sufficient description): 5555 Florin Perkins Road, Sacramento, CA 95826

2. After deducting all just credits and offsets, the sum of $110,205.66, together with interest at the rate of 10% per annum from 3-3-2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Design and installation of Level 3 Bullet Resistant Glass in various locations per CWA No. C11858 Dated 11/8/2018

3. Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are: Pacific Gas & Electric Inc & Pacific Gas & Electric Company a CA Corporation 245 Market St. San Francisco, CA 94105 / 77 Beale St. San Francisco, Ca 94105

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122

Dated 1-25-19

Gowan Construction Company, Inc.
Carl W Gowan
(Signature) COO & Secretary

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-25-19

Carl W Gowan
(Signature)

2019003425
Stephen L. Vagnini
Monterey County Clerk-Recorder
01/29/2019 09:41 AM
Recorded at the request of:
GOWAN CONSTRUCTION
Titles: 1    Pages: 3
Fees:  $101.00
Taxes: $0.00
AMT PAID: $101.00

Recorder's Use Only

Recording requested by (name): Gowan Construction Company, Inc.

When recorded, mail to (name and address): Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California 95376

95376-4122

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached    ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Monterey, State of California, and more particularly described as (address and/or sufficient description): 356 Alisal St., Salinas, CA 93901
Parcel/APN #0030410420000

2. After deducting all just credits and offsets, the sum of $72,986.62, together with interest at the rate of 10% per annum from 3-3-2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment:
Design and installation of Level 3 Bullet Resistant Glass in various locations per CWA No. C11858 Dated 11/8/2018

3. Claimant furnished the labor or services or equipment or materials, at the request of _____
Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
Pacific Gas & Electric Inc & Pacific Gas & Electric Company a CA Corporation
245 Market St. San Francisco, CA 94105 / 77 Beale St. San Francisco, Ca 94105

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122

Dated 1-25-19

GOWAN CONSTRUCTION CO. INC.
*Carl W Gowan*
(Signature) CARL W GOWAN  COO.

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-25-19

*Carl W Gowan*
(Signature)
CARL W. GOWAN

Recorded in Official Records, MERCED COUNTY
BARBARA J LEVEY
Merced County Clerk – Recorder
P Public
Doc#: 2019002932
*$R00002477758$*
01/30/2019
08:50 AM
RE20
Titles: 1   Pages: 3
Fees          20.00
Taxes          0.00
Housing Fee   75.00
PAID          95.00
Recorder's Use Only

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California 95376

95376-4122

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

Declaration of Exemption From Gov't Code § 27388.1 Fee
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached    ☐ Not related to real property

1.   Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Merced, State of California, and more particularly described as (address and/or sufficient description): 940 I Street, Los Banos CA 93635
APN/Parcel # 026-142-008

2.   After deducting all just credits and offsets, the sum of $81,763.04, together with interest at the rate of 10% per annum from 3-3-2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Design and installation of Level 3 Bullet Resistant Glass in various locations per CWA No. C11858 Dated 11/8/2018

3.   Claimant furnished the labor or services or equipment or materials, at the request of
Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation
(employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.   The name and address of the owner or reputed owner of the real property is/are:
Pacific Gas & Electric Inc & Pacific Gas & Electric Company a CA Corporation
245 Market St. San Francisco, CA 94105 / 77 Beale St. San Francisco, Ca 94105

5.   Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122.

Dated  1-25-19

_____
(Signature)

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary - ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated  1-25-19

_____
(Signature)

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California 95376

95376-4122

2019-0002351
Recorded
Official Records
County of
Shasta
Leslie Morgan
Assessor-Recorder

REC FEE    20.00
HOUSING FEE    75.00

LS
03:01PM 28-Jan-2019    Page 1 of 3

3hfLS

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached    ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Shasta, State of California, and more particularly described as (address and/or sufficient description): 3600 Meadow View Drive, Redding, CA 96002
Parcel/APN #056-610-009

2. After deducting all just credits and offsets, the sum of $65,158.75, together with interest at the rate of 10% per annum from 3-3-2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Design and installation of Level 3 Bullet Resistant Glass in various locations per CWA No. C11858 Dated 11/8/2018

3. Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
Pacific Gas & Electric Inc & Pacific Gas & Electric Company a CA Corporation
245 Market St. San Francisco, CA 94105 / 77 Beale St. San Francisco, Ca 94105

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122.

Dated 1-25-19

Carl W Gowan
(Signature)

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-25-19

Carl W Gowan
(Signature)

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California 95376

95376-4122

CONTRA COSTA Co Recorder Office
JOSEPH CANCIAMILLA, Clerk – Recorder
DOC– 2019-0012769-00
Check Number 5908
Wednesday, JAN 30, 2019 10:29:48
LIE $14.00 | MOD $3.00 | REC $13.00
FTC $2.00 | DAF $2.70 | REF $0.30
RED $1.00 | ERD $1.00 | SB2 $75.00
Ttl Pd $112.00   Nbr-0003393922
MMM / R2 / 1-3

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached    ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Contra Costa, State of California, and more particularly described as (address and/or sufficient description): 1030 Detroit Ave., Concord CA 94518    **LIEN NOTICE MAILED**
APN/Parcel # 129-050-013

2. After deducting all just credits and offsets, the sum of $96,286.05, together with interest at the rate of 10% per annum from 3-3-2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Design and installation of Level 3 Bullet Resistant Glass in various locations per CWA No. C11858 Dated 11/8/2018

3. Claimant furnished the labor or services or equipment or materials, at the request of _____
Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are: _____
Pacific Gas & Electric Inc & Pacific Gas & Electric Company a CA Corporation
245 Market St. San Francisco, CA 94105 / 77 Beale St. San Francisco, Ca 94105

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122

Dated 1-25-19

_Carl W Gowan_
(Signature) Carl Gowan
COO & Secretary
**VERIFICATION** Gowan Construction

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Dated 1-25-19

_Carl W Gowan_
(Signature) Carl Gowan
Carl Gowan

| Recording requested by (name): | |
|---|---|
| Gowan Construction Company, Inc. | |
| When recorded, mail to (name and address): | |
| Gowan Construction Company, Inc. | |
| 15 West 8th St Suite C | |
| Tracy, California 95376 | |
| 95376-4122 | |

CONTRA COSTA Co Recorder Office
JOSEPH CANCIAMILLA, Clerk-Recorder
DOC- 2019-0012768-00
Check Number 5908
Wednesday, JAN 30, 2019 10:29:48
LIE $14.00 | MOD $3.00 | REC $13.00
FTC $2.00 | DAF $2.70 | REF $0.30
RED $1.00 | ERD $1.00 | SB2 $75.00
Ttl Pd $112.00      Nbr-0003393921
MMM / R2 / 1-3

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
　☐ recorded concurrently "in connection with" transfer subject to DTT
　☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
　☐ Fee cap of $225.00 reached　☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Contra Costa, State of California, and more particularly described as (address and/or sufficient description): 1100 S. 27th St., Richmond, CA 94804    **LIEN NOTICE MAILED**
PArcel/APN # TMP22

2. After deducting all just credits and offsets, the sum of $20,438.84, together with interest at the rate of 10% per annum from 3-3-2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Seismic stability alterations will be conpleted to improve safety of the previously installed glass in the following locations: Bakersfield, Fresno, Oakland and Richmond.

3. Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are: Pacific Gas & Electric Inc & Pacific Gas & Electric Company a CA Corporation 245 Market St. San Francisco, CA 94105 / 77 Beale St. San Francisco, Ca 94105

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122.

Dated 1-25-19

(Signature) Carl W Gowan
Carl Gowan
COO + Secretary
Gowan Construction

**VERIFICATION**

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-25-19

(Signature) Carl W Gowan
Carl Gowan
Gowan Construction

2019014273   01/29/2019 11:07 AM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE:   105.00
3 PGS

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.
15 West 8th St Suite C
Tracy, California 95376
95376-4122

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Alameda, State of California, and more particularly described as (address and/or sufficient description): 1425 Clay Street, Oakland, CA 94612 Parcel/APN #427-46-38-1

2. After deducting all just credits and offsets, the sum of $25,514.38, together with interest at the rate of 10% per annum from 3-3-2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Seismic stability alterations will be conpleted to improve safety of the previously installed glass in the following locations: Bakersfield, Fresno, Oakland and Richmond.

3. Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are: Pacific Gas & Electric Inc & Pacific Gas & Electric Company a CA Corporation 245 Market St. San Francisco, CA 94105 / 77 Beale St. San Francisco, Ca 94105

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122

Dated 1-25-19

(Signature)

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-25-19

(Signature)

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California 95376

95376-4122

```
2019-0008684
FRESNO County Recorder
Paul Dictos, CPA
Monday, Jan 28, 2019 12:48:51 PM
Titles: 1                    Pages: 3
Fees:
CA SB2 Fee:                  $100.00
Taxes:                       $75.00
Total:                       $0.00
GOWAN CONSTRUCTION CO INC    $100.00
```

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Fresno, State of California, and more particularly described as (address and/or sufficient description): 705 P Street, Fresno CA 93721
APN/Parcel # 468-483-18U

2. After deducting all just credits and offsets, the sum of $119,947.64, together with interest at the rate of 10% per annum from 3-3-2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Seismic stability alterations will be conpleted to improve safety of the previously installed glass in the following locations: Bakersfield, Fresno, Oakland and Richmond.

3. Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
Pacific Gas & Electric Inc & Pacific Gas & Electric Company a CA Corporation
245 Market St. San Francisco, CA 94105 / 77 Beale St. San Francisco, Ca 94105

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122.

Dated 1-25-19   Gowan Construction Company Inc

Carl W Gowan
(Signature)

Carl Gowan, Owner

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-25-19

Carl W Gowan
(Signature)

| | | |
|---|---|---|
| Recording requested by (name):<br>Gowan Construction Company, Inc.<br><br>When recorded, mail to (name and address):<br>Gowan Construction Company, Inc.<br><br>15 West 8th St Suite C<br><br>Tracy, California 95376<br><br>95376-4122 | Jon Lifquist, Assessor – Recorder<br>Kern County Official Records<br>Recorded at the request of<br>Public<br><br>DOC#: 219009131 | RODRIGUS<br>1/28/2019<br>8:10 AM<br><br>Stat Types: 1  Pages: 3<br>Fees        29.00<br>Taxes        0.00<br>Others       75.00<br>PAID       $104.00 |

Recorder's Use Only

**Declaration of Exemption From Gov't Code § 27388.1 Fee**
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
 ☐ recorded concurrently "in connection with" transfer subject to DTT
 ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
 ☐ Fee cap of $225.00 reached   ☐ Not related to real property

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Kern, State of California, and more particularly described as (address and/or sufficient description): 1918 H Street, Bakersfield CA 93301
APN/Parcel # 005-491-01-00-8

2. After deducting all just credits and offsets, the sum of $54,855.05, together with interest at the rate of 10% per annum from 3-3-2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Seismic stability alterations will be conpleted to improve safety of the previously installed glass in the following locations: Bakersfield, Fresno, Oakland and Richmond.

3. Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
Pacific Gas & Electric Co
1 Market Plz #400, San Francisco CA 94105-1101

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122

Dated 1-25-19

_Carl W Gowan_
(Signature)

Gowan Construction Company Inc.

**VERIFICATION**

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-25-19

_Carl W Gowan_
(Signature)

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California 95376

95376-4122

---

Stanislaus, County Recorder
Donna Linder Co Recorder Office
**DOC- 2019-0005072-00**
Acct 402-Counter Customers
Wednesday, JAN 30, 2019 08:09:57
Ttl Pd $98.00   Rcpt # 0004225177
JMB/R2/1-3

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Stanislaus, State of California, and more particularly described as (address and/or sufficient description): 2225 Plaza Pkwy., Ste 6, Modesto, CA 95350
Parcel/APN #005082029

2. After deducting all just credits and offsets, the sum of $96,103.64, together with interest at the rate of 10% per annum from 3-3-2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Design and installation of Level 3 Bullet Resistant Glass in various locations per CWA No. C11858 Dated 11/8/2018

3. Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
Liljenquist Modesto Co
2222 E. 17th St., Santa Ana, CA 92705-8608

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122.

Dated 1-25-19   Gowan Construction Company Inc.   *Carl W Gowan*
(Signature) Carl W Gowan (owner)

**VERIFICATION**

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-25-19   *Carl W Gowan*
(Signature)

41

3JC