# EXHIBIT B

## Part 4 of 4

### to Notice of Continued Perfection of Lien

*PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY*, Debtors and Debtors-in-Possession

### Case No. 19-30088-DM

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California 95376

95376-4122

2019-0006872
Recorded
Official Records
County of
Butte
CANDACE J. GRUBBS
County Clerk-Recorder

REC FEE 21.00
SBZ TAX 75.00
JS
10:10AM 29-Jan-2019    Page 1 of 3

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
☐ recorded concurrently "in connection with" transfer subject to DTT
☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
☐ Fee cap of $225.00 reached    ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Butte, State of California, and more particularly described as (address and/or sufficient description): 1567 Huntoon St., Oroville, CA 95965
Parcel/APN #012096004

2. After deducting all just credits and offsets, the sum of $86,086.50, together with interest at the rate of 10% per annum from 3-3-2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment:
Design and installation of Level 3 Bullet Resistant Glass in various locations per CWA No. C11858 Dated 11/8/2018

3. Claimant furnished the labor or services or equipment or materials, at the request of
Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
M R B Associates, 1550 Myers St #a, Oroville CA 95965-4689

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122

Dated 1-25-19

Carl W Gowan
(Signature)

CARL W. GOWAN

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-25-19

Carl W Gowan
(Signature)

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California

95376-4122

Doc #: 2019-008417
01/24/2019 03:48:49 PM
Page: 1 of 3  Fee: $103.00
Steve J. Bestolarides
San Joaquin County Recorders
Paid By: SHOWN ON DOCUMENT

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
 ☐ recorded concurrently "in connection with" transfer subject to DTT
 ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
 ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of San Joaquin, State of California, and more particularly described as (address and/or sufficient description): 1120 Waterloo Road, Stockton, CA  APN/Parcel #14115001

2. After deducting all just credits and offsets, the sum of $42,485.00, together with interest at the rate of 10% per annum from 01/18/19 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Build a wall to protect UCD Transformer T-3817 from vandals requested by construction supervisor.

3. Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas & Electric, Inc. / Pacific Gas and Electric Company (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are: David Kohanbash Kohanbash Century Plaza LLC, 13322 Riverside Drive, Sherman Oaks, CA 91423

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122

Dated 1-22-19

(Signature) Gowan Construction Co., Inc
C.O.O. & Secretary

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-22-19

(Signature)

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California

95376-4122

Sacramento County
Donna Allred, Clerk/Recorder
Doc # **201901241000**   Fees   $101.00
1/24/2019   12:41:44 PM   Taxes   $0.00
RI                          PCOR   $0.00
Titles   1                  Paid   $101.00
Pages   3

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

Declaration of Exemption From Gov't Code § 27388.1 Fee
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Sacramento, State of California, and more particularly described as (address and/or sufficient description): 5555 Florin Perkins Rd., Sacramento, Ca

2. After deducting all just credits and offsets, the sum of $1,547.92, together with interest at the rate of 10% per annum from 1/13/19 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Sawcut, demo, and offhaul concrete. Excavate to find water leak. Backfill and patch to match existing.

3. Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
Pacific Gas & Electric Inc & Pacific Gas & Electric Company a CA Corporation
245 Market St. San Francisco, CA 94105 / 77 Beale St. San Francisco, Ca 94105

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122

Dated 1-22-19

GOWAN CONSTRUCTION COMPANY INC
Carl W Gowan
(Signature) CARL W. GOWAN C.O.O.

### VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-22-19

Carl W Gowan
(Signature)

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California

95376-4122

YOLO Recorder's Office
Jesse Salinas, County Recorder
DOC- 2019-0001379-00
Check Number  5818
REQD BY GOWAN CONSTRUCTION COMPANY INC
Thursday, JAN 24, 2019 13:32:00
Ttl Pd  $105.00     Rcpt # 0001332884
FRT/X7/1-3

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

Declaration of Exemption From Gov't Code § 27388.1 Fee
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
　☐ recorded concurrently "in connection with" transfer subject to DTT
　☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
　☐ Fee cap of $225.00 reached　　☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Yolo, State of California, and more particularly described as (address and/or sufficient description): 316 L Street, Davis, CA

2. After deducting all just credits and offsets, the sum of $7,819.52, together with interest at the rate of 10% per annum from 12/22/18 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: This work is to saw, cut and remove 6" of concrete around perimeter of the drain inlet, place new frame and grate, and patch concrete to match existing. All work to be during normal business hours.

3. Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
Pacific Gas & Electric Inc & Pacific Gas & Electric Company a CA Corporation
245 Market St. San Francisco, CA 94105 / 77 Beale St. San Francisco, Ca 94105

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122

Dated  1-22-19

_Carl W Gowan_
(Signature)

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated  1-22-19

_Carl W Gowan_
(Signature)

| Recording requested by (name): | CONTRA COSTA Co Recorder Office |
|---|---|
| Gowan Construction Company, Inc. | JOSEPH CANCIAMILLA, Clerk–Recorder |
| When recorded, mail to (name and address): | DOC– 2019–0016300–00 |
| Gowan Construction Company, Inc. | Check Number |
| 15 West 8th St Suite C | Wednesday, FEB 06, 2019 11:37:34 |
| Tracy, California 95376 | LIE $14.00 MOD $3.00 REC $13.00 |
| 95376-4122 | FTC $2.00 DAF $2.70 REF $0.30 |
|  | RED $1.00 ERD $1.00 SB2 $75.00 |
|  | Ttl Pd $112.00  Nbr-0003398608 |
|  | MLB / RU / 1-3 |

**3**

# CLAIM OF MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached  ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of CONTRA COSTA, State of California, and more particularly described as (address and/or sufficient description): 3400 Crow Canyon Road, San Ramon, CA 94583

2. After deducting all just credits and offsets, the sum of $402,044.85, together with interest at the rate of 10% per annum from 01/4/19 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Grading, Paving & Striping. Replace Gate Loops, Slurry Seal.

**LIEN NOTICE MAILED**

3. Claimant furnished the labor or services or equipment or materials, at the request of _____ Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are: Pacific Gas & Electric Inc & Pacific Gas & Electric Company a CA Corporation
245 Market St. San Francisco, CA 94105 / 77 Beale St. San Francisco, Ca 94105

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122

Dated 2-1-19

(Signature) Carl W Gowan
GOWAN CONSTRUCTION CO. INC.
CARL W. GOWAN
C.O.O.

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Dated 2-1-19

(Signature) Carl W Gowan
Carl W. Gowan
C.O.O.

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California

95376-4122

El Dorado, County Recorder
Janelle K. Horne Co Recorder Office
DOC- 2019-0002462-00
Check Number 5819
Thursday, JAN 24, 2019 11:34:08
Ttl Pd $98.00   Rcpt # 0001985523
JDN/C1/1-3

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

Declaration of Exemption From Gov't Code § 27388.1 Fee
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of El Dorado, State of California, and more particularly described as (address and/or sufficient description): 4636 Missouri Flat Road, Placerville, CA
APN/Parcel #32927010

2. After deducting all just credits and offsets, the sum of $155,023.62, together with interest at the rate of 10% per annum from 12/30/18 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Do a complete job of all repair and paving per the proposal dated 6/21/18 and BKF Drawings sheets C0.00-C6.00 dated 5/25/18.

3. Claimant furnished the labor or services or equipment or materials, at the request of _____
Roebbelen Contracting, Inc./Pacific Gas & Electric, Inc./Pacific Gas & Electric Compny a CA Corp. (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
Pacific Gas & Electric, Inc./Pacific Gas & Electric Company a CA Corp.
245 Market St. San Francisco, CA 94105/77 Beale St. San Francisco, Ca 94105

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122

Dated 1-22-19

(Signature)
CARL W. GOWAN

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-22-19

(Signature)

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California

95376-4122

Recorded In Official Records of Solano County
**Marc C. Tonnesen**
Assessor/Recorder

GOWAN CONSTRUCTION CO.

Doc # **201900004892**

1/28/2019
1:14:31 PM
AR16
63

| | |
|---|---|
| Titles: 1 | Pages: 3 |
| Fees | $37.00 |
| Taxes | $0.00 |
| Other | $75.00 |
| Paid | $112.00 |

Lien Notice Mailed
Per Govt. Cd. 27297.5

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Solano, State of California, and more particularly described as (address and/or sufficient description): 158 Peabody Road, Vacaville CA

2. After deducting all just credits and offsets, the sum of 26,485.96, together with interest at the rate of 10% per annum from 12/27/18 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Do a complete job of all yard deaign per the proposal dated 06/26/18.

3. Claimant furnished the labor or services or equipment or materials, at the request of Roebbelen Contracting Inc. / Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corp. (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
Pacific Gas & Electric Inc & Pacific Gas & Electric Company a CA Corporation
245 Market St. San Francisco, CA 94105 / 77 Beale St. San Francisco, Ca 94105

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122

Dated 1-22-19

_____
(Signature)

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-22-19

_____
(Signature)

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California

95376-4122

Sacramento County
Donna Allred, Clerk/Recorder

Doc # **201901241001**  Fees  $101.00
1/24/2019  12:41:44 PM  Taxes  $0.00
RI  PCOR  $0.00
Titles  1  Paid  $101.00
Pages  3

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

Declaration of Exemption From Gov't Code § 27388.1 Fee

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
☐ recorded concurrently "in connection with" transfer subject to DTT
☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
☐ Fee cap of $225.00 reached   ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Sacramento, State of California, and more particularly described as (address and/or sufficient description): 5555 Florin Perkins Road, Sacramento, CA  Parcel No. 061-0180-030-0000

2. After deducting all just credits and offsets, the sum of $24,903.00, together with interest at the rate of 10% per annum from 12/28/18 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Data cabling to 27 Locations within the Corrosion Group Room 126.

3. Claimant furnished the labor or services or equipment or materials, at the request of _____
Roebbelen Contracting Inc. / Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corp. (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
Pacific Gas & Electric Inc & Pacific Gas & Electric Company a CA Corporation
245 Market St. San Francisco, CA 94105 / 77 Beale St. San Francisco, Ca 94105

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122

Dated 1-22-19

GOWAN CONSTRUCTION COMPANY INC
_Carl W Gowan_
(Signature) CARL W. GOWAN C.O.O.

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1-22-19

_Carl W Gowan_
(Signature)

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California 95376

95376-4122

**Sacramento County**
**Donna Allred, Clerk/Recorder**

Doc # **201902280561**   Fees   $101.00
2/28/2019   10:26:10 AM   Taxes   $0.00
BAM   PCOR   $0.00
Titles   1   Paid   $101.00
Pages   3

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
☐ recorded concurrently "in connection with" transfer subject to DTT
☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
☐ Fee cap of $225.00 reached   ☐ Not related to real property

1.   Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Sacramento, State of California, and more particularly described as (address and/or sufficient description): 2001 Front Street, Sacramento, CA  Parcel #00901040150000

2.   After deducting all just credits and offsets, the sum of $314,072.24, together with interest at the rate of 10% per annum from 02/28/19 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Provide all labor, material and equipment to remodel mens & women's restrooms, bullroom and crew room.  To include all electrical, plumbing, sheetrock, painting and doors and hardware and tile work.  Temp. Restroom included.

3.   Claimant furnished the labor or services or equipment or materials, at the request of Roebbelen Contracting Inc. / Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.   The name and address of the owner or reputed owner of the real property is/are:
Pacific Gas & Electric Inc & Pacific Gas & Electric Company a CA Corporation
245 Market St. San Francisco, CA 94105 / 77 Beale St. San Francisco, Ca 94105

5.   Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122

Dated 02/28/19

_Carl W Gowan_
(Signature)
Carl W. Gowan
C.O.O
Gowan Construction Company INC

**VERIFICATION**

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 02/28/19

_Carl W Gowan_
(Signature)

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California 95376

95376-4122

Sacramento County
Donna Allred, Clerk/Recorder

Doc # **201902280562**   Fees    $101.00
2/28/2019   10:26:10 AM   Taxes   $0.00
BAM                       PCOR    $0.00
Titles   1
Pages    3                Paid    $101.00

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

Declaration of Exemption From Gov't Code § 27388.1 Fee

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Sacramento, State of California, and more particularly described as (address and/or sufficient description): 2001 Front Street, Sacramento, CA Parcel #00901040150000

2. After deducting all just credits and offsets, the sum of $80,752.39, together with interest at the rate of 10% per annum from 02/28/19 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Provide changes to an ADA ramp along with staking and engineering. Submit to Building Department for review.

3. Claimant furnished the labor or services or equipment or materials, at the request of Roebbelen Contracting Inc. / Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
Pacific Gas & Electric Inc & Pacific Gas & Electric Company a CA Corporation
245 Market St. San Francisco, CA 94105 / 77 Beale St. San Francisco, Ca 94105

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122.

Dated 02/28/19

_Carl W Gowan_
(Signature)
CARL W. GOWAN C.O.O.
Gowan Construction Company INC

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 02/28/19

_Carl W Gowan_
(Signature)

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California 95376

95376-4122

Sacramento County
Donna Allred, Clerk/Recorder
Doc # 201902280563
2/28/2019  10:26:10 AM
BAM
Titles  1
Pages  3

Fees  $101.00
Taxes  $0.00
PCOR  $0.00
Paid  $101.00

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

Declaration of Exemption From Gov't Code § 27388.1 Fee
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Sacramento, State of California, and more particularly described as (address and/or sufficient description): 5555 Florin Perkins Road, Sacramento, CA Parcel # 061-0180-030-0000

2. After deducting all just credits and offsets, the sum of $267,174.69, together with interest at the rate of 10% per annum from 02/28/19 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Provide and install chiller, boiler and standby generator along with all controls, roof patching, electrical, controls and startup.

3. Claimant furnished the labor or services or equipment or materials, at the request of Roebbelen Contracting Inc. / Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
Pacific Gas & Electric Inc & Pacific Gas & Electric Company a CA Corporation
245 Market St. San Francisco, CA 94105 / 77 Beale St. San Francisco, Ca 94105

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122

Dated 02/28/19

_Carl W Gowan_
(Signature)
CARL W. GOWAN C.O.O.
Gowan Construction Company IVC

**VERIFICATION**

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Dated 02/28/19

_Carl W Gowan_
(Signature)

2019-002330
02/28/2019 08:34 AM Page 1 of 3
Total Fee: $102.00
Recorded in Official Records
County of Yuba State of CA
Terry A. Hansen
County Clerk and Recorder

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California 95376

95376-4122

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached    ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Yuba, State of California, and more particularly described as (address and/or sufficient description): 3736 Rancho Road, Marysville, CA 95901

2. After deducting all just credits and offsets, the sum of $315,288.56, together with interest at the rate of 10% per annum from 02/28/19 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Provide all labor, material and equipment to remodel the Bullroom. This involves, demo, framing, tape and texture, lockers, painting and new flooring.

3. Claimant furnished the labor or services or equipment or materials, at the request of Roebbelen Contracting Inc. / Pacific Gas & Electric Inc. Pacific Gas & Electric Company a CA Corporation (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
Pacific Gas & Electric Inc & Pacific Gas & Electric Company a CA Corporation
245 Market St. San Francisco, CA 94105 / 77 Beale St. San Francisco, Ca 94105

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122.

Dated 02/28/19

_Carl W Gowan_
(Signature)
CARL W. GOWAN - C.O.O

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Dated 02/28/19

_Carl W Gowan_
(Signature)

Recording requested by (name):
Gowan Construction Company, Inc.

When recorded, mail to (name and address):
Gowan Construction Company, Inc.

15 West 8th St Suite C

Tracy, California

95376-4122

**2019-004695**

Recorded – Official Records
Humboldt County, California
Kelly E. Sanders, Recorder
Recorded by: GOWAN CONSTRUCTION
Pages: 3
Recording Fee: $ 94.00
Tax Fee: $0
Clerk: sc    Total: $94.00
Mar 15, 2019 at 04:05:23

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

Declaration of Exemption From Gov't Code § 27388.1 Fee
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached    ☐ Not related to real property

1. Gowan Construction Company, Inc. ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Humbolt, State of California, and more particularly described as (address and/or sufficient description): 2475 Myrtle Ave, Eureka CA 95501

2. After deducting all just credits and offsets, the sum of $425,000.00, together with interest at the rate of 10% per annum from 03/1/19 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Abatement, Concrete Demo & Replacement for interior Renovation.

3. Claimant furnished the labor or services or equipment or materials, at the request of Roebbelen Contracting, Inc./Pacific Gas & Electric, Inc./Pacific Gas & Electric Compny a CA Corp. (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are:
Pacific Gas & Electric Inc & Pacific Gas & Electric Company a CA Corporation
245 Market St. San Francisco, CA 94105 / 77 Beale St. San Francisco, Ca 94105

5. Claimant's address is: 15 West 8th St Suite C Tracy, California 95376-4122

Dated 3-11-19

(Signature) Carl W. Gowan
CARL W. GOWAN
C.O.O

GOWAN CONSTRUCTION COMPANY INC

## VERIFICATION

I, Carl W. Gowan, am the: Chief Operating Officer & Secretary ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 3-11-19

(Signature)