COOPER, WHITE & COOPER LLP
PETER C. CALIFANO (SBN 129043)
  pcalifano@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:    (415) 433-1900
Facsimile:    (415) 433-5530

Attorneys for Creditor GOWAN
CONSTRUCTION COMPANY INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

[San Francisco Division]

| | |
|---|---|
| In re | Case No. 19-30088-DM |
| PG&E CORPORATION | Chapter 11 |
| -and- | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors and Debtors-in-Possession. | **CERTIFICATE OF SERVICE** |
| ☐ Affects all Debtors<br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company | |
| *All papers shall be filed in the lead case, 19-30088 (DM)* | |

I am a resident of the State of California. I am over the age of eighteen years, and not a party to this action. My business address is 201 California Street, Seventeenth Floor, San Francisco, CA 94111-5002.

On April 1, 2019, I served true copies of the following document(s):

**NOTICE OF CONTINUED PERFECTION OF LIEN**

on each of the parties listed below at the following addresses:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On the date specified below, as to each of the parties identified in the attached service list, a true copy of the above-referenced document(s) was placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid; and on that same date that envelope was placed for collection in the firm's daily mail processing center, located at San Francisco, California following ordinary business practices.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 1, 2019, at San Francisco, California.

/s/*Janet Doherty*
Janet Doherty

# SERVICE LIST

| | |
|---|---|
| Pacific Gas & Electric Inc.<br>245 Market Street<br>San Francisco CA 94105 | Pacific Gas & Electric a California Corporation<br>77 Beale Street<br>San Francisco CA 94105 |
| Mt. Jackson Bldg. Assn.<br>P.O. Box 31<br>Guerneville, CA 95446-0031 | Masonic Hall Association<br>P.O. Box 770<br>Colusa, CA 95932 |
| Jeannie Borden<br>P.O. Box 223639<br>Carmel, CA 93922 | Kim Dales<br>3522 46th Ave., NE<br>Seattle, WA 98105-5325 |
| Mason Street Centre LLC<br>411 Davis St., #102<br>Vacaville, CA 95688-4641 | Capitola-Winfield Partners<br>333 W. El Camino Real #240<br>Sunnyvale, CA 94087-1969 |
| John Souza<br>P.O. Box 762<br>Weaverville, CA 96093-0752 | Liljenquist Modesto Co.<br>2222 E. 17th St.<br>Santa Ana, CA 92705-8608 |
| MRB Associates<br>1550 Myers St. #A<br>Oroville, CA 95965-4689 | David Kohanbash<br>Kohanbash Century Plaza LLC<br>13322 Riverside Drive<br>Sherman Oaks, CA 91423 |

1252111.1

COOPER, WHITE<br>& COOPER LLP<br>ATTORNEYS AT LAW<br>201 CALIFORNIA STREET<br>SAN FRANCISCO, CA 94111-5002