

**CHANGES MADE BY COURT**

Signed and Filed: April 1, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PACIFIC GAS & ELECTRIC CORP., et al.,<br><br>Debtors. | Case No. 19-30088<br><br>Chapter 11<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY JOHN E. MITCHELL *PRO HAC VICE*** |

John E. Mitchell, whose business address, email, and telephone number is:

> AKERMAN LLP
> John E. Mitchell
> 2001 Rose Avenue, Suite 3600
> Dallas, Texas 75201
> Email: john.mitchell@akerman.com
> Telephone: (214) 720-4300

and who is an active member in good standing of the state bar of Texas having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Transwestern Pipeline, LLC, creditors

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

and parties in interest.

IT IS HEREBY ORDERED that the application of John E. Mitchell is granted, subject to the terms and conditions of Civil Local Rules, Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice of the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court for the Northern District of California.**

*** END OF ORDER***

** Counsel shall comply with the court's procedures for Submission of Proposed Orders In ECF available at http://www.canb.uscourts.gov/procedure/district/e-ordersubmission- procedure. Such procedures require, among other things, that no signature line for the judge be placed at the end of the order (but instead that the upper right-hand corner of the first page be left blank for the judge's electric signature), that no footer be placed at the bottom of pages (as the court's docketing information is placed there) and that "*** END OF ORDER***" be centered following the last line of text.