| | |
|---|---|
| **STOEL RIVES LLP**<br>David B. Levant (*pro hac vice*)<br>101 S. Capitol Boulevard, Suite 1900<br>Boise, ID 83702<br>Telephone: 208.389.9000<br>Facsimile: 208.389.9040<br>david.levant@stoel.com | **STOEL RIVES LLP**<br>Oren Buchanan Haker (*pro hac vice*)<br>760 SW Ninth Avenue, Suite 3000<br>Portland, OR 97205<br>Telephone: 503.224.3380<br>Facsimile: 503.220.2480<br>oren.haker@stoel.com |
| **STOEL RIVES LLP**<br>Gabrielle Glemann (*pro hac vice*)<br>600 University Street, Suite 3600<br>Seattle, WA 98101<br>Telephone: 206.624.0900<br>Facsimile: 206.386.7500<br>gabrielle.glemann@stoel.com | **STOEL RIVES LLP**<br>Jennifer N. Slocum (*pro hac vice* pending)<br>600 University Street, Suite 3600<br>Seattle, WA 98101<br>Telephone: 206.624.0900<br>Facsimile: 206.386.7500<br>jennifer.slocum@stoel.com |

*Attorneys for Avangrid Renewables, LLC, et al.; Enel Green Power North America, Inc. et al. and Enel X; Capital Dynamics, Inc. et al.; FTP Power LLC, et al. and Gill Ranch Storage, LLC*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.** | Bankruptcy Case<br>No. 19 - 30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |
| ☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☒  Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-3088 (DM).* | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Jennifer N. Slocum, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in

-1-

the Bankruptcy Court for the Northern District of California on a *pro hac vice* basis representing each of Avangrid Renewables, LLC *et al.*[1]; Enel Green Power North America, Inc. *et al.*[2] and Enel X; Capital Dynamics, Inc. *et al.*[3]; FTP Power LLC, *et al.*[4], and Gill Ranch Storage, LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Sunny S. Sarkis (#258073)
> STOEL RIVES LLP
> 500 Capitol Mall, Suite 1600
> Sacramento, CA 95814
> Telephone: 916.447.0700

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 1, 2019            /s/ Jennifer N. Slocum
                                Jennifer N. Slocum

---

[1] This representation includes the following subsidiaries of Avangrid Renewables, LLC: Klondike Wind Power III LLC and Shiloh I Wind Project LLC.

[2] This representation includes the following subsidiaries of Enel Green Power North America, Inc.: Sierra Energy Storage, LLC, Kingston Energy Storage, LLC, Cascade Energy Storage, LLC, El Dorado Hydro, LLC and Rock Creek Hydro, LLC.

[3] This representation includes the following subsidiaries of Capital Dynamics, Inc.: CA Flats Solar 150, LLC, Lost Hills Solar, LLC, Blackwell Solar, LLC, Parrey, LLC, and North Star Solar, LLC.

[4] This representation includes the following subsidiaries of FTP Power LLC: Western Antelope Blue Sky Ranch A LLC, 87RL 8me LLC, Aspiration Solar G LLC, Bayshore Solar A, LLC, Bayshore Solar B, LLC, and Bayshore Solar C, LLC.