WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Proposed Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

**In re:**

**PG&E CORPORATION,**

- and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

**Debtors.**

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Bankruptcy Case No. 19-30088 (DM)
Chapter 11
(Lead Case) (Jointly Administered)

**NOTICE OF CONTINUED HEARING ON APPLICATION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 327(a) AND 328(a) AND FED. R. BANKR. P. 2014(a) AND 2016 FOR AUTHORITY TO RETAIN AND EMPLOY LAZARD FRÈRES & CO. LLC AS INVESTMENT BANKER TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE**
**[Re: Dkt No. 891]**

Date: April 24, 2019
Time: 9:30 a.m. (Pacific Time)
Place: United States Bankruptcy Court
Courtroom 17, 16th Floor
San Francisco, CA 94102

**Objection Deadline**: April 17, 2019
4:00 p.m. (Pacific Time)

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**"). |

     **PLEASE TAKE FURTHER NOTICE** that on March 14, 2019, the Debtors filed the *Application of Debtors Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Lazard Frères & Co. LLC as Investment Banker to the Debtors Effective as of the Petition Date* [Dkt No. 891] (the "**Lazard Application**"). Concurrently with the Lazard Application, the Debtors filed a notice of hearing [Dkt No. 896], which stated that: (1) any oppositions or responses to the Lazard Application must be in writing, filed with the Bankruptcy Court, and served on the counsel for the Debtors at the above-referenced addresses so as to be received by no later than 4:00 p.m. (Pacific Time) on April 2, 2019; (2) all oppositions and responses must be filed and served pursuant to the *Order Implementing Certain Notice and Case Management Procedures* (as amended, the "**Case Management Order**") [Dkt No. 759] entered on March 6, 2019, as amended on March 27, 2019 [Dkt. No. 1093]; and (3) any oppositions or responses must be served on all "Standard Parties" as defined in paragraph 5 of the Case Management Order.

     **PLEASE TAKE FURTHER NOTICE** that the hearing on the Lazard Application will be **continued** from its prior hearing date of April 9, 2019, to the omnibus hearing on **April 24, 2019, at 9:30 a.m. (Pacific Time)** in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. **The deadline for parties to file responses or oppositions to the Lazard Application is extended to 4:00 p.m. (Pacific Time) on April 17, 2019.** All oppositions and responses must be filed and served pursuant to the Case Management Order.

     **PLEASE TAKE FURTHER NOTICE** that copies of each pleading identified herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: April 1, 2019

                                      **WEIL, GOTSHAL & MANGES LLP**
                                      **KELLER & BENVENUTTI LLP**

     /s/ *Jane Kim*
                   Jane Kim

*Proposed Attorneys for Debtors and Debtors in Possession*