# Exhibit 6

**Weissmann Declaration**



Janet Loduca
Senior Vice President and Interim General Counsel

Law Department
77 Beale Street, B30A
San Francisco, CA 94105

Mailing Address:
P.O. Box 7442
San Francisco, CA 94120

415.973.0174 (o)
415.973.5520 (f)
Janet.Loduca@pge.com

February 13, 2019

Henry Weissmann
Munger, Tolles & Olson LLP
350 South Grand Avenue
Los Angeles, CA 90071-3426

Henry,

This will confirm that Munger, Tolles & Olson LLP is engaged to represent both PG&E Corporation and Pacific Gas and Electric Company in the CPUC's Safety Culture OII (Investigation 15-08-019). Your engagement by PG&E Corporation is subject to the same terms as previously established for your representation of Pacific Gas and Electric Company.

Sincerely,

Janet Loduca