1  DUANE M. GECK (State Bar No. 114823)
   dmg@severson.com
2  DONALD H. CRAM (State Bar No. 160004)
   dhc@severson.com
3  BERNARD J. KORNBERG (State Bar No. 252006)
   bjk@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
6  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439

Attorneys for Liberty Specialty Markets

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>    -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>        Debtors.<br><br>☐ Affects PG&E Company<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors | Case No. 19-30088<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered with Case No. 19-30089)<br><br>**REQUEST FOR NOTICE** |

      Liberty Specialty Markets, through its counsel, Duane M. Geck, Donald H. Cram, and Bernard J. Kornberg of Severson & Werson, P.C., hereby request that ECF notice of all pleadings and papers filed in this case be given to the filer of this request.

| | | |
|---|---|---|
| DATED: April 2, 2019 | | SEVERSON & WERSON<br>A Professional Corporation |
| | | By: _____/s/ Donald H. Cram_____<br>          Donald H. Cram |
| | | Attorneys for Liberty Specialty Markets |

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One Embarcadero Center, Suite 2600, San Francisco, CA 94111. |
| 4 | On April 2, 2019, I served true copies of the following document(s): |
| 5 | **REQUEST FOR NOTICE** |
| 6 | on the interested parties in this action as follows: |
| 7 | **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules. |
| 10 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. |
| 12 | Executed on April 2, 2019, at San Francisco, California. |

/s/ Erica Wheelock Holloway
/s/ Erica Wheelock Holloway