UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: PG&E CORPORATION,
-and-
PACIFIC GAS & ELECTRIC COMPANY,
Debtor(s)

Bankruptcy No.: 19-30088 (DM)
R.S. No.:
Hearing Date: 05/08/2019
Time: 9:30 am

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 01/29/2019    Chapter: 11
    Prior hearings on this obligation: _____    Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

Secured Creditor [ ] or lessor [ ]
Fair market value:       $_____     Source of value: _____
Contract Balance:        $_____     Pre-Petition Default:  $_____
Monthly Payment:         $_____     No. of months: _____
Insurance Advance:       $_____     Post-Petition Default: $_____
                                       No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

Fair market value: $_____    Source of value: _____    If appraisal, date: _____

Moving Party's position (first trust deed, second, abstract, etc.):

Approx. Bal.             $_____     Pre-Petition Default:  $_____
As of (date): _____                 No. of months: _____
Mo. payment:             $_____     Post-Petition Default: $_____
Notice of Default (date): _____     No. of months: _____
Notice of Trustee's Sale: _____     Advances Senior Liens: $_____

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: _____ | $_____ | $_____ | $_____ |
| 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
| _____ : | | | |
| _____ : | | | |
| _____ : | | | |
| (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information: Confirmation and relief sought regarding eminent domain actions filed by the Debtor pre-petition and the rights of affected property owners to proceed with defense in state court, under protections of California's Eminent Domain Law, and receive just compensation to which they are constitutionally entitled without undue burden.

Dated:

/s/ KRISTEN RENFRO
Signature
Kristen Renfro
Print or Type Name

Attorney for DF Properties, et al.

CANB Documents Northern District of California

Case: 19-30088   Doc# 1174-2   Filed: 04/02/19   Entered: 04/02/19 10:59:02   Page 1 of 1