| DESCRIPTION | NAME | NOTICE NAME | EMAIL | |
|---|---|---|---|---|
| Counsel for for Mark Pulido, Counsel for Donna Walker, Counsel for Mount Veeder Springs LLC, Counsel for Mount Veeder Springs LLC | PMRK LAW | Attn: Peter P. Meringolo | peter@pmrklaw.com | By Email |
| COUNSEL TO DIGNITY HEALTH and ITS AFFILIATES | Polsinelli LLP | Attn: Lindsi M. Weber | lweber@polsinelli.com | By Email |
| COUNSEL TO DIGNITY HEALTH and ITS AFFILIATES | Polsinelli LLP | Attn: Randye B. Soref | rsoref@polsinelli.com | By Email |
| Claims Agent | Prime Clerk LLC | | pgeteam@PrimeClerk.com serviceqa@primeclerk.com | By Email |
| Counsel for Agile Sourcing Partners, Inc. | Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P. Kennedy, Esq. | gerald.kennedy@procopio.com | By Email |
| Counsel for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co. | Proskauer Rose LLP | Attn: Martin J. Bienenstock, Brian S. Rosen, Maja Zerjal | mbienenstock@proskauer.com brosen@proskauer.com mzerjal@proskauer.com | By Email |
| Counsel for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co. | Proskauer Rose LLP | Attn: Michael A. Firestein, Lary Alan Rappaport, Steve Y. Ma | mfirestein@proskauer.com lrappaport@proskauer.com sma@proskauer.com | By Email |
| Interested Party Pryor Cashman LLP | Pryor Cashman LLP | Attn: Ronald S. Beacher | rbeacher@pryorcashman.com | By Email |
| Counsel for AECOM Technical Services, Inc., Kiefner and Associates, Inc., JAN X-Ray Services, Inc., Counsel for Kiefner and Associates, Inc. and JAN X-Ray Services, Inc., AECOM Technical Services, Inc., Counsel for Parsons Environment & Infrastructure, Inc. | Reed Smith LLP | Attn: Christopher O. Rivas, Marsha A. Houston | crivas@reedsmith.com mhouston@reedsmith.com | By Email |
| Counsel for Creditors Nevada Irrigation District, Counsel for Attorneys for Creditors Lodi Gas Storage, L.L.P. Wild Goose, LLC | Reed Smith LLP | Attn: Jonathan R. Doolittle | jdoolittle@reedsmith.com | By Email |
| Counsel for Parsons Environment & Infrastructure, Inc. | Reed Smith LLP | Attn: Marsha A. Houston | mhouston@reedsmith.com | By Email |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL | |
|---|---|---|---|---|
| Counsel for Creditors Nevada Irrigation District, Counsel for Attorneys for Creditors Lodi Gas Storage, L.L.P. Wild Goose, LLC | Reed Smith LLP | Attn: Monique B. Howery | mhowery@reedsmith.com | By Email |
| Counsel for Lodi Gas Storage, L.L.P. Wild Goose, LLC | Reed Smith LLP | Attn: Peter Munoz | pmunoz@reedsmith.com | By Email |
| Counsel for Bank of New York Mellon | Reed Smith LLP | Attn: Robert P. Simons | rsimons@reedsmith.com | By Email |
| Counsel for Pivot Interiors, Inc. | RIMON, P.C. | Attn: Lillian G. Stenfeldt | lillian.stenfeldt@rimonlaw.com | By Email |
| Counsel for Pivot Interiors, Inc. | RIMON, P.C. | Attn: Phillip K. Wang | phillip.wang@rimonlaw.com | By Email |
| Special Bankruptcy Counsel for Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation | Ringstad & Sanders LLP | Attn: Nanette D. Sanders | nanette@ringstadlaw.com | By Email |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Robins Cloud LLP | Attn: Bill Robins, III, Robert Bryson | robins@robinscloud.com rbryson@robinscloud.com | By Email |
| Counsel for ELLIOTT MANAGEMENT CORPORATION, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it | ROPES & GRAY LLP | Attn: Gregg M. Galardi, Keith H. Wofford, Daniel G. Egan | gregg.galardi@ropesgray.com keith.wofford@ropesgray.com daniel.egan@ropesgray.com | By Email |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL | |
|---|---|---|---|---|
| Counsel for The Baupost Group L.L.C., as the managing general partner and/or investment manager for certain entities | Ropes & Gray LLP | Attn: Matthew M. Roose, Mark I. Bane | mark.bane@ropesgray.com matthew.roose@ropesgray.com | By Email |
| Counsel for The Baupost Group L.L.C., as the managing general partner and/or investment manager for certain entities | Ropes & Gray LLP | Attn: Peter L. Welsh, Joshua Y. Sturm, & Patricia I. Chen | peter.welsh@ropesgray.com joshua.sturm@ropesgray.com patricia.chen@ropesgray.com | By Email |
| Counsel for ELLIOTT MANAGEMENT CORPORATION, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it | ROPES & GRAY LLP | Attn: Stephen Moeller-Sally, Matthew L. McGinnis | ssally@ropesgray.com matthew.mcginnis@ropesgray.com | By Email |
| Counsel for Creditor ARB, INC. | RUTAN & TUCKER, LLP | Attn: Roger F. Friedman, Philip J. Blanchard | rfriedman@rutan.com pblanchard@rutan.com | By Email |
| Counsel for for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | San Francisco City Attorney's Office | Attn: Owen Clements | Owen.Clements@sfcityatty.org Catheryn.Daly@sfcityatty.org | By Email |
| Counsel for International Business Machines Corp. | Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Esq., Pamela A. Bosswick, Esq. | cbelmonte@ssbb.com pbosswick@ssbb.com | By Email |
| Counsel for Turner Construction Company | Seyfarth Shaw LLP | Attn: M. Ryan Pinkston, Christopher J. Harney | rpinkston@seyfarth.com charney@seyfarth.com | By Email |
| Counsel for East Bay Community Energy Authority | Shemanolaw | Attn: David B. Shemano | dshemano@shemanolaw.com | By Email |
| Counsel to Ormat Technologies Inc. | Sheppard, Mullin, Richter & Hampton LLP | Attn: Michael M. Lauter, Esq. | mlauter@sheppardmullin.com | By Email |
| Counsel to Gartner, Inc. | SHIPMAN & GOODWIN LLP | Attn: ERIC GOLDSTEIN | egoldstein@goodwin.com | By Email |
| Attorneys for Cushman & Wakefield, Inc. | Shulman Hodges & Bastian LLP | Attn: Leonard M. Shulman, Melissa Davis Lowe | lshulman@shbllp.com mlowe@shbllp.com | By Email |
| Counsel for TURN – The Utility Reform Network | Silicon Valley Law Group | Attn: David V. Duperrault, Kathryn E. Barrett | dvd@svlg.com keb@svlg.com | By Email |

Case: 19-30088   Doc# 1174-4   Filed: 04/02/19   Entered: 04/02/19 10:59:02   Page 3 of 21

| DESCRIPTION | NAME | NOTICE NAME | EMAIL | |
|---|---|---|---|---|
| Counsel to Atlantica Yield plc and Mojave Solar LLC | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Attn: Amy S. Park | Amy.Park@skadden.com | By Email |
| Counsel to Atlantica Yield plc and Mojave Solar LLC | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Attn: J. Eric Ivester | Eric.Ivester@skadden.com | By Email |
| Counsel for Creditor and Party-in-Interest Sonoma Clean Power Authority | Sonoma Clean Power Authority | Attn: Jessica Mullan, General Counsel | jmullan@sonomacleanpower.org | By Email |
| Counsel for Southern California Edison Company | Southern California Edison Company | Attn: Julia A. Mosel, Patricia A. Cirucci | Julia.Mosel@sce.com<br>patricia.cirucci@sce.com | By Email |
| Counsel for Garcia and Associates | St. James Law, P.C. | Attn: Michael St. James | Ecf@stjames-law.com | By Email |
| Counsel for California Franchise Tax Board | State of California Franchise Tax Board | Attn: Todd M. Bailey | todd.bailey@ftb.ca.gov | By Email |
| Interested Parties Director of Industrial Relations and Office of Self-Insurance Plans, California Department of Industrial Relations | State of California, Department of Industrial Relations | Attn: John Cumming | jcumming@dir.ca.gov | By Email |
| Sonoma County Treasurer & Tax Collector | Steckbauer Weinhart, LLP | Attn: Barry S. Glaser | bglaser@swesq.com | By Email |
| Counsel to Allianz Global Corporate & Specialty | Stevens & Lee, P.C. | Attn: Constantine D. Pourakis | cp@stevenslee.com | By Email |
| Counsel to Allianz Global Corporate & Specialty | Stevens & Lee, P.C. | Attn: Leonard P. Goldberger | lpg@stevenslee.com | By Email |
| Counsel for Liberty Mutual Life Insurance Company | Stewart Sokol & Larkin LLC | Attn: Jan D. Sokol, Esq., Kevin M. Coles, Esq. | jdsokol@lawssl.com<br>kcoles@lawssl.com | By Email |
| Counsel for Tanforan Industrial Park, LLC | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | Attn: Dana M. Andreoli | dandreoli@steyerlaw.com | By Email |
| Counsel for Tanforan Industrial Park, LLC | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | Attn: Jeffrey H. Lowenthal | jlowenthal@steyerlaw.com | By Email |
| Counsel to The Okonite Company | STITES & HARBISON PLLC | Attn: Elizabeth Lee Thompson | ethompson@stites.com | By Email |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL | |
|---|---|---|---|---|
| Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for FTP Power LLC, et al. | STOEL RIVES LLP | Attn: David B. Levant | david.levant@stoel.com | By Email |
| Counsel to Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC, Enel Green Power North America, Inc., et al. and Enel X, Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for Power LLC, et al. | Stoel Rives LLP | Attn: Gabrielle Glemann | gabrielle.glemann@stoel.com | By Email |
| Counsel to Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC, Enel Green Power North America, Inc., et al. and Enel X, Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for Power LLC, et al. | Stoel Rives LLP | Attn: Oren Buchanan Haker | oren.haker@stoel.com | By Email |
| Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for FTP Power LLC, et al. | STOEL RIVES LLP | Attn: Sunny S. Sarkis | sunny.sarkis@stoel.com | By Email |
| Counsel for Mizuho Bank, Ltd. | STROOCK & STROOCK & LAVAN LLP | Attn: David W. Moon | dmoon@stroock.com | By Email |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola | fmerola@stroock.com khansen@stroock.com | By Email |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo | egilad@stroock.com mgarofalo@stroock.com | By Email |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL | |
|---|---|---|---|---|
| Counsel for Mizuho Bank, Ltd. | STROOCK & STROOCK & LAVAN LLP | Attn: Mark A. Speiser, Kenneth Pasquale, Sherry J. Millman, Harold A. Olsen | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>holsen@stroock.com<br>mspeiser@stroock.com<br>kpasquale@stroock.com<br>smillman@stroock.com | By Email |
| Counsel for Creditors Public Entities Impacted by the Wildfires | Stutzman, Bromberg, Esserman & Plifka, P.C. | Attn: Sander L. Esserman, Cliff I. Taylor | esserman@sbep-law.com<br>taylor@sbep-law.com | By Email |
| Counsel to Singleton Law Firm Fire Victim Claimants | Sullivan Hill Rez & Engel | Attn: James P. Hill, Christopher V. Hawkins, Jonathan S. Dabbieri | hill@SullivanHill.com<br>hawkins@SullivanHill.com<br>dabbieri@SullivanHill.com | By Email |
| Counsel for BrightView Enterprise Solutions, LLC, Counsel for Granite Construction Incorporated, BrightView Landscape Services, Inc. | Taylor English Duma LLP | Attn: John W. Mills, III | jmills@taylorenglish.com | By Email |
| Counsel to Road Safety, Inc. | The Bankruptcy Group, P.C. | Attn: Stephan Brown and Daniel Griffin | daniel@thebklawoffice.com | By Email |
| Counsel for The Davey Tree Expert Company | The Davey Tree Expert Company | Attn: Erika J. Schoenberger, General Counel | Erika.Schoenberger@davey.com | By Email |
| Counsel for Refining Company-California | Trodella & Lapping LLP | Attn: Richard A. Lapping | Rich@TrodellaLapping.com | By Email |
| Counsel for Consolidated Edison Development Inc., Southern Power Company | TROUTMAN SANDERS LLP | Attn: Gabriel Ozel | gabriel.ozel@troutman.com | By Email |
| Counsel for Southern Power Company | TROUTMAN SANDERS LLP | Attn: Harris B. Winsberg, Esq., Matthew G. Roberts, Esq. | harris.winsberg@troutman.com<br>matthew.roberts2@troutman.com | By Email |
| Counsel for Consolidated Edison Development Inc. | Troutman Sanders LLP | Attn: Hugh M. McDonald | hugh.mcdonald@troutman.com | By Email |
| Counsel for TURN – The Utility Reform Network | TURN—The Utility Reform Network | Attn: Mark Toney, Thomas Long | mtoney@turn.org<br>tlong@turn.org | By Email |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL | |
|---|---|---|---|---|
| Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. Department of Justice | Attn: Danielle A. Pham | danielle.pham@usdoj.gov | By Email |
| Counsel for Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. Department of Justice | Attn: Danielle A. Pham | danielle.pham@usdoj.gov | By Email |
| Counsel to Federal Energy Regulatory Commission | U.S. Department of Justice, Civil Division | Attn: Joseph H. Hunt, Ruth A. Harvey, Ruth A. Harvey, Kirk Manhardt, Matthew Troy, Marc S. Sacks, Danielle A. Pham, and Shane Huang | shane.huang@usdoj.gov | By Email |
| Counsel to Federal Energy Regulatory Commission | U.S. Department of Justice, Civil Division | Attn: Joseph H. Hunt, Ruth A. Harvey, Ruth A. Harvey, Kirk Manhardt, mMatthew Troy, Marc S. Sacks, Danielle A. Pham, and Shane Huang | shane.huang@usdoj.gov | By Email |
| Interested Party | Union Pacific Railroad Company | Attn: Tonya W. Conley, Lila L. Howe | bankruptcynotices@up.com | By Email |
| US Securities and Exchange Commission | US Securities and Exchange Commission | Attn: Jina Choi, Regional Director | sanfrancisco@sec.gov | By Email |
| US Securities and Exchange Commission | US Securities and Exchange Commission | Attn: Office of General Counsel | secbankruptcy@sec.gov | By Email |
| Counsel to Public Employees Retirement Association of New Mexico | WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK, LLP | Attn: James M. Wagstaffe & Frank Busch | wagstaffe@wvbrlaw.com busch@wvbrlaw.com | By Email |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Walkup Melodia Kelly & Schoenberger | Attn: Michael A. Kelly, Khaldoun A. Baghdadi, Max Schuver | mkelly@walkuplawoffice.com kbaghdadi@walkuplawoffice.com mschuver@walkuplawoffice.com | By Email |
| Counsel for Aera Energy LLC, Midway Sunset Cogeneration Company | Walter Wilhelm Law Group a Professional Corporation | Attn: Rilley C. Walter, Michael L. Wilhelm | rileywalter@W2LG.com Mwilhelm@W2LG.com | By Email |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL | |
|---|---|---|---|---|
| Counsel to Debtor | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | stephen.karotkin@weil.com matthew.goren@weil.com jessica.liou@weil.com | By Email |
| Counsel for Engineers and Scientists of California, Local 20, IFPTE, Counsel for SEIU United Service Workers - West | Weinberg Roger & Rosenfeld | Attn: Emily P. Rich | bankruptcycourtnotices@unioncounsel.n et erich@unioncounsel.net tmainguy@unioncounsel.net cgray@unioncounsel.net | By Email |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: J.Christopher Shore | cshore@whitecase.com | By Email |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: Roberto J. Kampfner | rkampfner@whitecase.com | By Email |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: Thomas E Lauria, Matthew C. Brown | tlauria@whitecase.com mbrown@whitecase.com | By Email |
| Construction, Inc. | Williams Kastner | Attn: Todd W. Blischke | TBlischke@williamskastner.com | By Email |
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Willkie Farr & Gallagher LLP | Attn: Matthew A. Feldman, Joseph G. Minias, Daniel I. Forman | mfeldman@willkie.com jminias@willkie.com dforman@willkie.com | By Email |
| Interested Party ICE NGX Canada Inc. | WILMER CUTLER PICKERING HALE & DORR LLP | Attn: Chris Johnstone | CHRIS.JOHNSTONE@WILMERHALE.COM | By Email |
| Counsel for Macquarie Energy LLC, Counsel for California Efficiency + Demand Management Council, Counsel for Cypress Energy Partners, L.P., Tulsa Inspection Resources – PUC, LLC, Tulsa Inspection Resources, LLC, CF-Inspection Management, LLC, and Cypress Energy Management – TIR, LLC, Counsel for Peninsula Clean Energy Authority | Winston & Strawn LLP | Attn: David Neier | dneier@winston.com | By Email |

In re: **PG&E Corporation**, *et al.*
Master Service List
Case No. 19-30088

| DESCRIPTION | NAME | NOTICE NAME | EMAIL | |
|---|---|---|---|---|
| Counsel for California Efficiency + Demand Management Council, Counsel for Cypress Energy Partners, L.P., Tulsa Inspection Resources – PUC, LLC, Tulsa Inspection Resources, LLC, CF Inspection Management, LLC, and Cypress Energy Management – TIR, LLC, Counsel for Peninsula Clean Energy Authority | WINSTON & STRAWN LLP | Attn: Justin E. Rawlins | jrawlins@winston.com | By Email |
| Counsel for Macquarie Energy LLC | Winston & Strawn LLP | Attn: Michael A. Yuffee | myuffee@winston.com | By Email |
| Counsel for Hoffman Southwest Corp. dba Professional Pipeline Services | WINTHROP COUCHOT GOLUBOW HOLLANDER, LLP | Attn: Richard H. Golubow | rgolubow@wcghlaw.com | By Email |
| Counsel for Liberty Mutual Life Insurance Company | Wolkin Curran, LLP | Attn: James D. Curran, Esq. | jcurran@wolkincurran.com | By Email |
| Counsel for Ballard Marine Construction, Inc. | Worley Law, P.C. | Attn: Kirsten A. Worley | kw@wlawcorp.com | By Email |

Case: 19-30088    Doc# 1174-4    Filed: 04/02/19    Entered: 04/02/19 10:59:02    Page 9 of 21

In re: PG&E Corporation, et al.
Master Service List
Case No. 19-30088

| Description | Entity | Attn / c-o | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Method |
|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to International Business Machines Corp | IBM Corporation | Attn: Marie-Jose Dube | 275 Viger East | | | Montreal | QC | H2X 3R7 | Canada | By U.S. Mail |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104-5016 | | By U.S. Mail |
| Interested Party John A. Vos A | John A. Vos | | 1430 Lincoln Avenue | | | San Rafael | CA | 94901 | | By U.S. Mail |
| Counsel for A.J. Excavation Inc. | McCormick Barstow LLP | c/o A.J. Excavation Inc. | Attn: David L. Emerzian, H. Annie Duong | 7647 North Fresno Street | | Fresno | CA | 93720 | | By U.S. Mail |
| Counsel for Philip Verwey d/b/a Philip Verwey Farms | McCormick Barstow LLP | c/o Philip Verwey d/b/a Philip Verwey Farms | Attn: H. Annie Duong | 7647 North Fresno Street | | Fresno | CA | 93720 | | By U.S. Mail |
| Office of the United States Attorney for the Northern District of California | Office of the United States Attorney for the Northern District of California | Attn: Bankruptcy Unit | Federal Courthouse | 450 Golden Gate Avenue | | San Francisco | CA | 94102 | | By U.S. Mail |
| Interested Party Placer County Office of the Treasurer-Tax Collector | PLACER COUNTY OFFICE OF THE TREASURER-TAX COLLECTOR | Attn: Robert Kanngiesser | 2976 Richardson Drive | | | Auburn | CA | 95603 | | By U.S. Mail |
| Interested Party Provencher & Flatt | Provencher & Flatt, LLP | Attn: Douglas b. Provencher | 823 Sonoma Avenue | | | Santa Rosa | CA | 95404 | | By U.S. Mail |
| Counsel for Project Management, Inc. | Synergy Project Management, Inc. | c/o Law Office of Ivan C. Jen | 1017 Andy Circle | | | Sacramento | CA | 95838 | | By U.S. Mail |
| U.S. Bankruptcy Court Northern District of CA | U.S. Bankruptcy Court Northern District of CA | Attn: Honorable Dennis Montali | PG&E Corp. Chambers Copy | 450 Golden Gate Ave, 18th Floor | | San Francisco | CA | 94102 | | By Fedex |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel | U.S. NRC Region IV | 1600 E. Lamar Blvd. | | Arlington | TX | 76011 | | By U.S. Mail |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel | | | | Washington | DC | 20555-0001 | | By U.S. Mail |
| Debtor | PG&E Corporation | Attn: President or General Counsel | 77 Beale Street | | | San Francisco | CA | 94177 | | By U.S. Mail |
| Counsel to the United States of America, Department of Energy | Division | Attn: Matthew J. Troy | 11001 Street, N.W. | Room 10030 | | Washington | DC | 20530 | | By U.S. Mail |
| Counsel to Federal Energy Regulatory Commission | U.S. Department of Justice, Civil Division | Attn: Joseph H. Hunt, Ruth A. Harvey, Ruth A. Harvey, Kirk Manhardt, mMatthew Troy, Marc S. Sacks, Danielle A. Pham, and Shane | P.O. Box 875 | Ben Franklin Station | | Washington | DC | 20044-0875 | | By U.S. Mail |
| Federal Energy Regulatory Commission | Federal Energy Regulatory Commission | Attn: General Counsel | 888 First St NE | | | Washington | DC | 20426 | | By U.S. Mail |

Label Matrix for local noticing
0971-3
Case 19-30088
Northern District of California
San Francisco
Wed Mar 27 14:26:55 PDT 2019

A.J. Excavation Inc.
514 N. Brawley Avenue
Fresno, CA 93706-1014

ASM Capital X LLC
7600 Jericho Turnpike Suite 302
Woodbury, NY 11797-1705

Aera Energy LLC
c/o Ron A. Symm
Assistant General Counsel
10000 Ming Ave.
Bakersfiled, CA 93311-1301

Agajanian, Inc.
4701 Von Karman Ave., #300
Newport Beach, CA 92660-2193

Aggreko
c/o Finestone Hayes LLP
456 Montgomery Street
20th Floor
San Francisco, CA 94104-1233

Almendariz Consulting, Inc.
c/o Binder & Malter, LLP
2775 Park Ave.
Santa Clara, CA 95050-6004

Aztrack Construction Corporation
P.O. Box 625
Penngrove, CA 94951-0625

BP Energy Company
Jonathan R. Doolittle
Reed Smith LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659

BP Products North America Inc.
Jonathan R. Doolittle
Reed Smith LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659

Berry Petroleum Company, LLC
5201 Truxtun Ave.
Bakersfield, CA 93309-0422

CF Inspection Management, LLC
c/o Cypress Energy Partners, L.P.
5727 S. Lewis Ave., Ste. 300
Tulsa, OK 74105-7144

CRG Financial LLC
100 Union Avenue
Suite 240
Cresskill, NJ 07626-2137

California Department of Industrial Relation
Office of the Director
455 Golden Gate Avenue
Suite 9516
SAN FRANCISCO, CA 94102-3660

California Department of Toxic Substances Co
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA CA  94612-0550

California Efficiency + Demand Management Co
1111 Broadway, Suite 300
Oakland, CA 94607-4167

California Franchise Tax Board
Bankruptcy Section
Legal Division, MS A260
P.O. Box 1720
Rancho Cordova, CA 95741-1720

California State Agencies
Felderstein Fitzgerald et al.
400 Capitol Mall, Suite 1750
Sacramento, CA 95814-4432

Centerbridge Partners, L.P.
375 Park Avenue, 12th Fl.
New York, NY 10152-1300

ChargePoint, Inc.
c/o Binder & Malter, LLP
2775 Park Ave.
Santa Clara, CA 95050-6004

Cherokee Debt Acquisition, LLC
Attn: Vladimir Jelisavcic
1325 Avenue of Americas, 28th Fl.
New York, NY 10019-6583

Chevron Products Company a division of Chevr
Attn. Michael L. Armstrong
6001 Bollinger Cyn Rd., T2110
San Ramon, CA 94583-5737

City and County of San Francisco
City Attorney
City Hall Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102-4682

City of Morgan Hill
Barton, Klugman & Oetting LLP
350 So. Grand Avenue, Suite 2200
Los Angeles, CA 90071-1599

Cushman & Wakefield, Inc.
c/o Shulman Hodges & Bastian LLP
100 Spectrum Center Dr., #600
Irvine, CA 92618-4969

Cypress Energy Management - TIR, LLC
c/o Cypress Energy Partners, L.P.
5727 S. Lewis Ave., Ste. 300
Tulsa, OK 74105-7144

Cypress Energy Partners, L.P.
5727 S. Lewis Ave., Ste. 300
Tulsa, OK 74105-7144

Davey Tree Expert Company
Attn: Erika J. Schoenberger
1500 N. Mantua St.
Kent, OH 44240-2399

Dentons US LLP
601 South Figueroa Street
Suite 2500
Los Angeles, CA 90017-5709

Engineers and Scientists of California, Loca
c/o Emily P. Rich
1001 Marina Village Pkwy Ste 200
Alameda, CA 94501-6430

Fire Victim Creditors
Corey Luzaich DeGhetaldi and Riddle, LLP
700 El Camino Real
P.O. Box 669
Millbrae, CA 94030-0669

Gartner, Inc.
c/o Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1803

Geosyntec Consultants, Inc.
1900 Broken Sound Pkwy NW, Ste. 200
Boca Raton, FL 33487 United States

Harris County
Linebarger Goggan Blair & Sampson LLP
c/o John P. Dillman
Post Office Box 3064
Houston, TX 77253-3064

HercRentals
c/o Sharon Petrosino, Esq.
27500 Riverview Center Blvd.
Bonita Springs, FL 34134-4325

Holt of California
c/o Poniatowski Leding Parikh PC
20980 Redwood Road #200
Castro Valley, CA 94546-5934

Hummingbird Energy Storage, LLC
c/o Hogan Lovells US LLP
1999 Avenue of the Stars, #1400
Los Angeles, CA 90067-6047

ICE NGX Canada Inc.

Intech Mechanical, Inc.
650 Commerce Drive
Suite B
Roseville, CA 95678-6410

International Business Machines Corp
Attn: Marie-Josee Dube
IBM Corporation
275 Viger East
Montreal, QC H2X 3R7
Canada

International Business Machines Corp.
Satterlee Stephens LLP
230 Park Ave.
New York, NY 10169-0079

Iron Mountain Information Management, LLC
One Federal Street
7th Floor
Boston, MA 02110-2003

JAN X-Ray Services, Inc.
c/o Christopher O. Rivas
355 South Grand Ave., #2900
Los Angeles, CA 90071-1514

KINGS RIVER WATER ASSOCIATION
4888 EAST JENSEN AVE
Fresno, CA 93725-1804

Lewis & Tibbitts, Inc.
1470 Industrial Avenue
San Jose, CA 95112-2714

Lyles Utility Construction, LLC
c/o Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90017-2457

MCE Corporation
c/o Finestone Hayes LLP
456 Montgomery Street
20th Floor
San Francisco, CA 94104-1233

Markel Bermuda Limited

McKinsey & Company, Inc. U.S.
c/o Hogan Lovells US LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-6022

Michels Corporation
c/o Foley & Lardner LLP
3579 Valley Centre Dr. #300
San Diego, CA 92130-3316

Nearon Sunset, LLC
c/o Kevin Montee, Esq.
1250-I Newell Ave., Suite 149
Walnut Creek, CA 94596-5305

New West Partitions
Porter Law Group, Inc.
7801 Folsom Blvd., Suite 101
Sacramento, CA 95826-2619

Nexant Inc.
44 South Broadway
White Plains, NY 10601-4436

NextEra Energy Inc., et al.
700 Universe Boulevard
Juno Beach, FL 33408-2657

Nor-Cal Pipeline Services
c/o Finestone Hayes LLP
456 Montgomery Street
20th Floor
San Francisco, CA 94104-1233

Office of Unemployment Compensation Tax Serv
Department of Labor and Industry
Commonwealth of Pennsylvania
Collections Support Unit
651 Boas St., Room 702
Harrisburg, PA 17121-0751

Ormat Technologies Inc.
c/o Sheppard Mullin Richter & Hampton LL
Att: Michael M. Lauter
Four Embarcadero Center
17th Floor
San Francisco, CA 94111-4106

Owen Clements, Esq
San Francisco City Attorney's Offic
1390 Market St., 7th Flr.
San Francisco, CA 94102-5402

Owl Creek Investments I, LLC
640 5th Ave.
New York, NY 10019-6102

PG&E Corporation
77 Beale Street
P.O. Box 770000
San Francisco, CA 94177-0001

Paradise Moose Lodge
PO Box 1176
Paradise, CA 95967-1176

Peninsula Clean Energy Authority
500 County Center
Sixth Floor
Redwood City, CA 94063-1664

Phillips & Jordan, Inc.


Placer County Office of the Treasurer-Tax Co
Attn: Robert Kanngiesser
2976 Richardson Dr.
Auburn, CA 95603-2640

Plant Construction Company, L.P.
c/o Rutan & Tucker, LLP
611 Anton Blvd., Ste. 1400
Costa Mesa, CA 92626-1931

Prime Clerk LLC
830 Third Avenue
3rd Floor
New York, NY 10022-6506


Puget Sound Energy, Inc.
Perkins Coie
1201 Third Ave
Suite 4900
Seattle, WA 98101-3095

RE Astoria LLC
c/o Lewis Brisbois Bisgaard & Smith LLP
633 West 5th Street, Suite 4000
Los Angeles, CA 90071-2074

RailPros Field Services, Inc.
c/o Stuart P. Hall
1705 West Northwest Hwy., #150
Grapeview, TX 76051-8123


Road Safety, Inc.
4335 Pacific St., Ste. A
Rocklin, CA 95677-2104

Roebbelen Contracting, Inc.
c/o Finestone Hayes LLP
456 Montgomery Street
20th Floor
San Francisco, CA 94104-1233

SEIU United Service Workers - West
c/o Emily P. Rich
1001 Marina Village Pkwy Ste 200
Alameda, CA 94501-6430


San Diego Gas & Electric Company
8326 Century Park Court
San Diego, CA 92123-1576

Sanco Pipelines, Inc.
727 University Avenue
Los Gatos, CA 95032-7610

Sempra Energy
488 8th Avenue
San Diego, CA 92101-7123


Sierra Business Council
c/o Kerri L. Timmer
P.O. Box 2428
Truckee, CA 96160-2428

Sodexo, Inc.
c/o Judy D. Thompson, Esq.
JD Thompson Law
P.O. Box 33127
Charlotte, NC 28233-3127

Sonoma County Treasurer & Tax Collector
Steckbauer Weinhart, LLP
c/o Barry S. Glaser
333 S. Hope Street
Ste. 3600
Los Angeles, CA 90071-3045


Southern California Edison
2244 Walnut Grove Ave.
3rd Floor
Rosemead, CA 91770-3714

Southern California Gas Company
555 West Fifth Street
Los Angeles, CA 90013-1011

Stadtner Co., Inc. dba Sierra Electric Co.
3112 Geary Blvd
San Francisco, CA 94118-3317


SummerHill Homes, LLC
777 California Avenue
Palo Alto, CA 94304-1102

TURN-The Utility Reform Network
Attn: Mark Toney, Executive Director
785 Market St, #1400
San Francisco, CA 94103-2024

Tanforan Industrial Park, LLC
c/o Jeffrey H. Lowenthal
Steyer Lowenthal Boodrookas Alvarez LLP
One California Street, Third Floor
San Francisco, CA 94111-5405


The Act 1 Group, Inc.
c/o Joseph A. Eisenberg P.C.
2976 E. State Street
Suite 120 No. 111
Eagle, ID 83616-6377

The Baupost Group, L.L.C.
c/o Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4554

The City of Oakland
Jay M. Ross/Monique Jewett-Brewster
Hopkins & Carley, ALC
70 S. First Street
San Jose, CA 95113-2406


Transwestern Pipeline Company, LLC
Akerman LLP
601 West Fifth Street
Suite 300
Los Angeles, CA 90071-3506

Tulsa Inspection Resources  PUC, LLC
c/o Cypress Energy Partners, L.P.
5727 S. Lewis Ave., Ste. 300
Tulsa, OK 74105-7144

Tulsa Inspection Resources, LLC
c/o Cypress Energy Partners, L.P.
5727 S. Lewis Ave., Ste. 300
Tulsa, OK 74105-7144

Turner Construction Company
311 California Street
Suite 450
San Francisco, CA 94104-2616

U.S. TelePacific Corp. dba TPx Communication
515 S. Flower St.
45th Flr.
Los Angeles, CA 90071-2220

Union Pacific Railroad Company
Attn: Tonya W. Conley
Attn: Lila L. Howe
1400 Douglas St. Stop 1580
Omaha, NE 68179-1001

United States of America
U.S. Dep't of Justice, Civil Div.
1100 L St., N.W.
Room 10030
Washington, DC 20530-0001

United States on behalf of the Federal Energ

United States, on behalf of the Internal Rev

Valley Clean Energy Alliance
Best Best & Krieger
500 Capitol Mall, Suite 1700
Sacramento, CA 95814-4756

W. Bradley Electric, Inc.
c/o Elkington Shepherd LLP
409 13th Street
10th Floor
Oakland, CA 94612-2607

esVolta, LP
c/o Hogan Lovells US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067-6047

U.S. Bankruptcy Court
450 Golden Gate Avenue, 18th Fl.
Mail Box 36099
San Francisco, CA 94102-3428

515 Folsom St
3rd Floor
United States
San Francisco, CA 94105-3177

55 Lilibeth Drive
27 Waterview Drive
Shelton, CT 06484-4301

ALLEN B. CREIGHTON and JOLENE K. GARVIN
SUPPA, TRUCCHI & HENEIN, LLP
3055 INDIA STREET
SAN DIEGO, CA 92103-6013

Ahern Rentals, Inc
1401 Mineral Ave.
Las Vegas, NV 89106-4342

Alan Naye
c/o The Law Office of S. Curtis Winter
110 Blue Ravine Road, Suite 103
Folsom, CA 95630-4712

Allen Goldberg
Thomas W. Jackson
Furth Salem Mason & Li LLP
640 Third Street, Second Floor
Santa Rosa, CA 95404-4443

Aluma Tower Company
Widerman Malek
1990 W. New Haven Avenue, Suite 201
Melbourne, FL 32904-3923

Amir Shahmirza
c/o Mellen Law Firm
1050 Marina Village Parkway, Suite 102
Alameda, CA 94501-1033

Andrew Hainsworth
c/o Stephen N. Cole - The Cole Law Firm
3410 Industrial Blvd., Suite 100
West Sacramento, CA 95691-5005

Anthony Navarro and Nicole Navarro
SUPPA, TRUCCHI & HENEIN, LLP
3055 INDIA STREET
SAN DIEGO, CA 92103-6013

Ara Jabagchourian
Law Offices of Ara Jabagchourian, P.C.
1650 S. Amphlett Blvd., Suite 216
San Mateo, CA 94402-2515

Ascendant Strategy Management Group LLC
75 Arlington Street, 5th Floor
Boston, MA 02116-3936

BRANDON HARRIS
Baradat & Paboojian, Inc.
720 West Alluvial Ave.
United States
Fresno, CA 93711-5705

Ballard Marine Construction
c/o Worley Law, P.C.
1572 Second Ave.
San Diego, CA 92101-3006

Bradley C. Knapp (pro hac vice pending)
LOCKE LORD LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6032

Brian S. Rosen, Esq.
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036-8299

C.H., minor (Brandon Harris, parent)
Baradat & Paboojian. Inc.
720 West Alluvial Ave.
United States
Fresno, CA 93711-5705

CRG Financial, LLC
100 Union Avenue
Cresskill, NJ 07626-2141

Cathy Ference and William Ference
Thomas W. Jackson
Furth Salem Mason & Li LLP
640 Third Street, Second Floor
Santa Rosa, CA 95404-4443

Cheryl C. Rouse
1259 Dell Avenue
Campbell, CA 95008-6612

Consolidated Electrical Distributors
721 N Market Blvd #A
Sacramento, CA 95834

DONALD O. EPPENBACH and L. KAREN EPPENBACH
SUPPA, TRUCCHI & HENEIN, LLP
3055 INDIA STREET
SAN DIEGO, CA 92103-6013

DPR Construction, A General Partnership
1450 Veterans Boulevard
Redwood City, CA 94063-2617

David M. Stern
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars
Thirty-Ninth Floor
Los Angeles, California 90067

David Schiff
Davis Polk & Wardell, LLP
450 Lexington Avenue
New York, New York 10017-3982

Deidre Hart
515 Folsom St
3rd Floor
San Francisco, CA 94105-3177

Douglas Jones and Janice Jones
SUPPA, TRUCCHI & HENEIN, LLP
3055 India Street
San Diego, CA 92103-6013

Douglas and Janice Jones
c/o Suppa, Trucchi & Henein, LLP
3055 India Street
San Diego, CA 92103-6013

EFRAIN GARCIA
Baradat & Paboojian, Inc.
720 West Alluvial Ave.
United States
Fresno, CA 93711-5705

Eapdis LLC
P.O. Box 58
Newport, VA 24128-0058

Eli J. Vonnegut
Davis Polk & Wardell, LLP
450 Lexington Avenue
New York, New York 10017-3982

Elizabeth J. Cabraser, Richard M. Heimann, L
275 Battery Street, 29th Floor
SEE ATTACHMENT FOR ADDITIONAL ADDRESS
San Francisco, CA 94111-3305

Elizabeth J. Cabraser, Richard M. Heimann, L
275 Battery Street, 29th Floor
San Francisco, CA 94111-3305

Enrique Guzman
515 Folsom St
3rd Floor
San Francisco, CA 94105-3177

Eric Goldberg
Kahn & Goldberg, LLP
555 Fifth Avenue - 14th floor
New York, NY 10017-9257

Estate of Lilly Harris (Brandon Harris, Succ
Baradat & Paboojian, Inc.
720 West Alluvial Ave.
United States
Fresno, CA 93711-5705

Ezequiel Arevalo
c/o The Law Office of S. Curtis Winter
110 Blue Ravine Road, Suite 103
Folsom, CA 95630-4712

Frankie A. Drikas
SUPPA, TRUCCHI & HENEIN, LLP
3055 India Street
San Diego, CA 92103-6013

GER Hospitality, LLC, on behalf of itself
Law Offices of Francis O. Scarpulla
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
San Francisco, CA 94104-1250

Grace Environmental Services
2060-D E. Avenida De Los Arboles PMB #32
Thousand Oaks, CA 91362-1376

Gregg L Lemler
6838 Pine Ave
Kelseyville, CA 95451-9155

Gregory A. Rougeau
BRUNETTI ROUGEAU LLP
235 Montgomery Street
Suite 410
San Francisco, CA 94104-2907

ICQ Professionals LLC
34 Spring Rock Rd
East Lyme, CT 06333
34 Spring Rock Rd, East Lyme, CT 06333-1440

Integrated Industrial Supply, Inc.
P.O.Box 7410
Santa Maria, CA 93456-7410

J. Christopher Shore
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020-1016

JACK ULMER and THERESA ULMER-DONHART
SUPPA, TRUCCHI & HENEIN, LLP
3055 INDIA STREET
SAN DIEGO, CA 92103-6013

JEREMY HINDS AND VIOLET HINDS
SUPPA, TRUCCHI & HENEIN, LLP
3055 INDIA STREET
SAN DIEGO, CA 92103-6013

JOHN S COOPER, JR.,SARAH DENNEY, and minors
SUPPA, TRUCCHI & HENEIN, LLP
3055 India Street
San Diego, CA 92103-6013

JUSTIN HARRIS
Todd B. Barsotti, A Prof. Law Corp.
6780 N. West Ave., Suite 102
United States
Fresno, CA 93711-4305

Jeanette Smylie
Law Offices of Francis O. Scarpulla
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
San Francisco, CA 94104-1250

John Glaser and Lynn Scuri
FANT LAW OFFICE
P.O. Box 695
Kentfield, CA 94914-0695

Jonathan E. Davis
515 Folsom St
3rd Floor
San Francisco, CA 94105-3177

KBTF Television
c/o Szabo Associates, Inc.
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326-1357

KEVIN BURNETT; LESLIE MOORE; DARWIN CRABTREE
275 Battery Street, 29th Floor
San Francisco, CA 94111-3305

KIMBERLY HARRIS
Baradat & Paboojian, Inc.
720 West Alluvial Ave.
United States
Fresno, CA 93711-5705

KIMBERLY S. WINICK, SBN 120363
KWinick@ClarkTrev.com
CLARK & TREVITHICK
800 Wilshire Blvd., 12th Floor
Los Angeles, California 90017
Telephone 90017-2617

Karen Roberds Anita Freeman
Jeremiah Hallisey, Hallisey and Johnson
465 California St., Ste. 405
San Francisco, CA 94104-1812

Kathleen Hayes
2682 18th Ave.
United States
San Francisco, CA 94116-3007

Keith Walker
c/o Eason & Tambornini, ALC
1234 H Street
Sacramento, CA 95814-1912

Kenneth Born and Christine D. Born
Thomas W. Jackson
Furth Salem Mason & Li LLP
640 Third Street, Second Floor
Santa Rosa, CA 95404-4443

Kenneth N. Klee
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars
Thirty-Ninth Floor
Los Angeles, California 90067

Kenneth T. Levine, Esquire
de Luca Levine, LLC
Three Valley Square
Suite 220
Blue Bell, PA 19422-2736

Kurt Augustus Rupe
588 Highway EE
Winfield, MO 63389-3212

LINKS TECHNOLOGY SOLUTIONS, INC.
SAMUEL G. HARROD IV/ c/o MPS
1515 E. WOODFIELD RD., #250
United States
Schaumburg, IL 60173-5431

LIOS Technology Inc
3514 N Vancouver Ave
Ste 310
Portland, OR 97227-2026

LORE OLDS, dba SKY VINEY ARDS SKYLA OLDS et
275 Battery Street, 29th Floor
San Francisco, CA 94111-3305

Lourraine Corcoran
c/o The Law Office of S. Curtis Winter
110 Blue Ravine Road, Suite 103
Folsom, CA 95630-4712

MARK HARRIS
Baradat & Paboojian, Inc.
720 West Alluvial Ave.
United States
Fresno, CA 93711-5705

MERCED COUNTY TAX COLLECTOR
2222 M STREET
MERCED, CA 95340-3729

MICHAEL A. BROWN
SUPPA, TRUCCHI & HENEIN, LLP
3055 INDIA STREET
SAN DIEGO, CA 92103-6013

MLU Services, Inc.
573 Hawthorne Avenue
Athens, GA 30606-2505

Maja Zerjal, Esq.
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036-8299

Marjorie Echols
515 Folsom St
3rd Floor
San Francisco, CA 94105-3177

Martin J. Bienenstock, Esq.
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036-8299

Matthew C. Brown
WHITE & CASE LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131-2352

Meagan S. Tom
LOCKE LORD LLP
101 Montgomery Street, Suite 1950
San Francisco, CA 94104-4154

Michael A. Firestein, Esq.
PROSKAUER ROSE LLP
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010

Mission Constructors, Inc.
2235 Palou Ave
San Francisco, CA 94124-1504

Office of the U.S. Trustee / SF
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0
San Francisco, CA 94102-3661

PACHULSKI STANG ZIEHL & JONES LLP
Gabriel I. Glazer
150 California Street, 15th Floor
San Francisco, CA 94111-4554

PACHULSKI STANG ZIEHL & JONES LLP
Isaac M. Pachulski
150 California Street, 15th Floor
San Francisco, CA 94111-4554

PACHULSKI STANG ZIEHL & JONES LLP
John W. Lucas
150 California Street, 15th Floor
San Francisco, CA 94111-4554

PAPE KENWORTH
355 GOODPASTURE ISLAND RD
SUITE 300
EUGENE, OR 97401-2119

PAUL RILEY, MARTHA BARBERA, PAMELA BARBERA
SUPPA, TRUCCHI & HENEIN, LLP
3055 India Street
San Diego, CA 92103-6013

PETER A BERMAN & ROBIN W WEINER JTROS
5 Beaver Dam Rd.
5 beaver dam rd
USA
Colts Neck, NJ 07722-1301

Pacific Gas and Electric
DPR Construction, A General Partnership
1450 Veterans Boulevard
Redwood City, CA 94063-2617

Parmeter General Engineers & Services, Inc.
3601 Regional Parkway, Suite F
Santa Rosa, CA 95403-8205

Patricial Goodberg and Paul Goodberg
Thomas W. Jackson
Furth Salem Mason & Li LLP
640 Third Street, Second Floor
Santa Rosa, CA 95404-4443

Paul Weiss, Rifkind,
Wharton & Garrison LLP
Alan W. Kornberg
1285 Avenue of the Americas
New York, New York 10019-6031

Paul Weiss, Rifkind,
Wharton & Garrison LLP
Brian S. Hermann
1285 Avenue of the Americas
New York, New York 10019-6031

Paul Weiss, Rifkind,
Wharton & Garrison LLP
Neal P. Donnelly
1285 Avenue of the Americas
New York, New York 10019-6031

Paul Weiss, Rifkind,
Wharton & Garrison LLP
Sean A. Mitchell
1285 Avenue of the Americas
New York, New York 10019-6031

Paul Weiss, Rifkind,
Wharton & Garrison LLP
Walter R. Rieman
1285 Avenue of the Americas
New York, New York 10019-6031

Pedro Noyola and Barbara Bayardo
Scott Emblidge
Moscone Emglidge & Otis LLP
220 Montgomery Street, Suite 2100
San Francisco, CA 94104-3502

Philip A. Fant
FANT LAW OFFICE
P.O. Box 695
Kentfield, CA 94914-0695

Pinnacle Pipeline Inspection, Inc.
1259 Dell Avenue
Campbell, CA 95008-6612

Pitney Bowes Inc
27 Waterview Dr, 3rd Fl
Shelton CT 06484-4361

Richard W. Carpeneti
Law Offices of Francis O. Scarpulla
456 Montgomery Street, 17th Floor
San Francisco, CA 94104-1250

Robert Johnson
Thomas W. Jackson
Furth Salem Mason & Li LLP
640 Third Street
Santa Rosa, CA 95404-4443

Roberto J. Kampfner
WHITE & CASE LLP
555 South Flower Street,
Suite 2700
Los Angeles, CA 90071-2433

Roy Budlong
518 Shah Ave.
Fort Atkinson, WI 53538
United States
FORT ATKINSON, WI 53538-3111

SAMUEL G.  HARROD IV
1515 E. Woodfield Road, 2nd Floor
Schaumburg, IL 60173-5431

SARAH HARRIS
Baradat & Paboojian, Inc.
720 West Alluvial Ave.
United States
Fresno, CA 93711-5705

Sally J. Elkington
ELKINGTON SHEPHERD LLP
409 - 13th Street, 10th Floor
Oakland, CA 94612-2607

SecureWorks, Inc.
1 Concourse Pkwy.
Suite 500
Atlanta, GA 30328-5346

SeekOps Inc.
c/o Darren T. Freedman
TroyGould PC
1801 century Park East, 16th Floor
Los Angeles, CA 90067-2302

Seneca Insurance Company, Inc. / Seneca Spec
Eric Goldberg, Esq.
Kahn & Goldberg LLP
555 Fifth Avenue - 14th Fl.
New York, NY 10017-9257

Shounak S. Dharap
515 Folsom St
3rd Floor
San Francisco, CA 94105-3177

Sompo America Insurance Company a/s/o SSC In
Kenneth T. Levine, Esquire
de Luca Levine, LLC
Three Valley Square, Suite 220
Blue Bell, PA 19422-2736

Sonoma Court Shops, Inc.
Thomas W. Jackson
Furth Salem Mason & Li LLP
640 Third Street, Second Floor
Santa Rosa, CA 95404-4443

Southern Counties Oil Co., a Calif. LP
1800 W. Katella Avenue, Ste. 400
Attention: Legal Department
Orange, CA 92867
Orange, CA 92867-3449

Steve Ma, Esq.
PROSKAUER ROSE LLP
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010

TCB Industrial, Inc.
c/o Oshinski & Forsberg, Ltd.
504 E. Musser St., Suite 202
Carson City, NV 89701-4242

Terrence Redmond and Melissa Redmond
Thomas W. Jackson
Furth Salem Mason & Li LLP
640 Third Street, Second Floor
Santa Rosa, CA 95404-4443

Thomas E Lauria
WHITE & CASE LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131-2352

Thomas W. Jackson
Furth Salem Mason & Li LLP
640 Third Street, Second Floor
Santa Rosa, CA 95404-4443

Timothy Graulich
Davis Polk & Wardell LLP
450 Lexington Avenue
New York, New York 10017-3982

Timothy Rigney
P.O. Box 51963
Palo Alto, CA 94303-0742

Todd B. Barsotti
Todd B. Barsotti, A Prof. Law Corp.
6780 N. West Ave., Suite 102
Fresno, CA 93711-4305

Victor Castaneda
Law Offices of Ara Jabagchourian, P.C.
1650 S. Amphlett Blvd., Suite 216
San Mateo, CA 94402-2515

W. Steven Bryant
LOCKE LORD LLP
600 Congress Street, Suite 2200
Austin, Texas 78701-3055

Warren R. Paboojian
Baradat & Paboojian, Inc.
720 West Alluvial Ave.
Fresno, CA 93711-5705

Wilhelm, LLC
573 Hawthorne Avenue
Athens, GA 30606-2505

William N Steel
Jeremiah Hallisey, Hallisey and Johnson
465 California St., Ste. 405
San Franisco, CA 94104-1812

William OBrien Fuguan OBrien Fuguan OBrien
465 California St., Ste. 465
San Francisco, CA 94104-1804

c/o Darren T. Freedman c/o TroyGould PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2302

c/o Suppa, Trucchi & Henein, LLP
3055 India Street
San Diego, CA 92103-6013

Andrew Paul Kangas
15 Boardman Pl. 2nd Fl.
San Francisco, CA 94103-4724

Andriana Georgallas
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Andries Bijstra
14374 Bethany Cir
Magalia, CA 95954-9612

Angela Coker
3930 Fordham Way
Livermore, CA 94550-3352

Annaleisa Batts
14374 Bethany Cir
Magalia, CA 95954-9612

Barbara Cruise
Po Box 3096
Paradise, CA 95967-3096

Benjamin Hernandez
72 Tara Terrace
Chico, CA 95973-0843

Brenda Howell
1312 Olson Ct
Marysville, CA 95901-3640

Bryan Sullivan
409 E Lindo Ave
Chico, CA 95926-2216

Candice Seals
545 N Humboldt Ave
Willows, CA 95988-3502

Catherine McClure
Po Box 1731
Graeagle, CA 96103-1731

Cecil Morris
PO Box 1176
Paradise, CA 95967-1176

Christopher Franklin
415 Kaer Ave
Red Bluff, CA 96080-2219

Claudia Bijstra
14374 Bethany Cir
Magalia, CA 95954-9612

Colleen Mast
P.O. Box 12734
Oakland, CA 94604-2734

Constantina Howard
567 E Lassen Ave.
223
Chico, CA 95973-0655

Dan Clarke
c/o Matthew D. Metzger
Belvedere Legal, PC
1777 Borel Place, Suite 314
San Mateo, CA 94402-3532

David A. Herman
Cravath, Swaine & Moore LLP
85 Eighth Avenue
New York, NY 10011-5134

Debra Grassgreen
Karl Knight
1339 Pearl Street
Suite 201
Napa, CA 94559-2556

Deirdre Coderre
6822 Ball Camp Pike
Knoxville, TN 37931-3641

Denise Stooksberry
1425 14th St
Oroville, CA 95965-4208

Donald Chewning
463 Wooster Ave Apt D12
San Jose, CA 95116-1062

Edward Delongfield
PO Box 9031
Chico, CA 95927-9031

Enrique Guzman
c/o Jonathan E. Davis
The Arns Law Firm
515 Folsom Street, 3rd Floor
San Francisco, CA 94105-3177

Eric May
Senior Deputy County Counsel
County of Yolo
625 Ct. St., #201
Woodland, CA 95695-3490

Gregory Frase Enterprises, Inc. dba Kortick
c/o Gregory A. Rougeau, Esq.
Brunetti Rougeau LLP
235 Montgomery St., Ste. 410
San Francisco, CA 94104-2907

Gretchen Franklin
415 Kaer Ave
Red Bluff, CA 96080-2219

Henry Rick Schuller
c/o The Law Offices of Shai Oved
7445 Topanga Cyn Blvd., Suite 220
Canoga Park, CA 91303-3364

Herb Baer
Prime Clerk
830 3rd Ave., 9th Fl.
New York, NY 10022-7523

Iain A. Macdonald
Macdonald Fernandez LLP
221 Sansome Street
Third Floor
San Francisco, CA 94104-2331

Irma Enriquez
72 Tara Terrace
Chico, CA 95973-0843

Isaiah Vera
6615 Upper Palermo Rd
Oroville, CA 95966-9013

James M. Eaneman Sr.
11672 East Arabian Park Dr.
Scottsdale, AZ 85259-5019

Jane Kim
Keller & Benvenutti LLP
650 California St, Suite 1900
San Francisco, CA 94108-2736

Jason P. Wells
Senior Vice President
Chief Financial Officer PG&E Corporation
77 Beale St.
San Francisco, CA 94105-1814

Jennifer Horst
c/o Bailey and Romero
12518 Beverly Boulevard
Whittier, CA 90601-3038

Jennifer Makin
4801 Feather River Blvd
Oroville, CA 95965-9678

Jessica Liou
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Joel Batts
14374 Bethany Cir
Magalia, CA 95954-9612

John McCusker
Bank of America Tower
Mail code NY1-100-21-01
One Bryant Park
New York, NY 10036-6728

John Nolan
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

John Stooksberry
1425 14th St
Oroville, CA 95965-4208

John A. Vos
1430 Lincoln Ave.
San Rafael, CA 94901-2021

Kathy Labriola
1307 University Ave.
Berkeley, CA 94702-1710

Kelly Jones
616 Morris Ln
Paradise, CA 95969-5716

Kevin Bostel
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Kevin Kramer
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Kevin Thompson
10536 Banner Lava Cap Road
Nevada City, CA 95959-3423

Kevin J. Orsini
Cravath, Swaine & Moore LLP
85 Eighth Avenue
New York, NY 10011-5134

Leroy Howard
567 E Lassen Ave.
223
Chico, CA 95973-0655

Linda Schooling
3046 Royal Meadows Ln
Paradise, CA 95969-6700

Lynda Howell
1312 Olson Ct
Marysville, CA 95901-3640

Marie Dierssen
Po Box 1731
Graeagle, CA 96103-1731

Mark Gorton
Boutin Jones, Inc.
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603

Mark A. Minich
Assistant General Counsel
Kinder Morgan, Inc.
Two North Nevada
Colorado Springs, CO 80903-1700

Matthew Goren
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Max Africk
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Mia Nash
10536 Banner Lava Cap Road
Nevada City, CA 95959-3423

Michael Vairo
14136 Norwich Cr
Magalia, CA 95954-9410

Mimi Kennedy
6535 Langdon Ave.
Van Nuys, CA 91406-6308

Mosby Perrow
Vice President & Deputy General Counsel
Kinder Morgan, Inc.
1001 Louisiana. #1000
Houston, TX 77002-5089

Nancy Seals
545 N Humboldt Ave
Willows, CA 95988-3502

Omid H. Nasab
Cravath, Swaine & Moore LLP
85 Eighth Avenue
New York, NY 10011-5134

Oscar N. Pinkas
1221 Avenue of the Americas
New York, NY 10020-1001

Paul Bowen
553 Armando Ave
Redding, CA 96003-9037

Paul H. Zumbro
Cravath, Swaine & Moore LLP
85 Eighth Avenue
New York, NY 10011-5134

Peter J. Benvenutti
Keller & Benvenutti LLP
650 California St. 19th Fl.
San Francisco, CA 94108-2702

Philip Verwey
19765 13th Avenue
Hanford, CA 93230-8871

Ray C. Schrock
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Richard A. Golden
9437 Wooded Glen Ave.
Burke, VA 22015-4231

Richard Lawrence Antognini
Law Office of Richard L. Antognini
2036 Nevada City Highway, Suite 636
Grass Valley, CA 95945-7700

Robert Albery
Associate General Counsel
Jacobs Engineering
9191 South Jamaica St.
Englewood, CO 80112-5946

Roger Martinez
3975 Windermere Ln
Oroville, CA 95965-8052

Sally Thorp
10821 Caminito Alto
San Diego, CA 92131-3506

Sara Hill
6615 Upper Palermo Rd
Oroville, CA 95966-9013

Stephanie L. Golden
9437 Wooded Glen Ave.
Burke, VA 22015-4231

Stephen Karotkin
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Stuart J. Goldring
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153-0119

Tami Coleman
PO Box 1176
Paradise, CA 95967-1176

Teresa Paris
3132 M L King, Jr Way, #309
Berkeley, CA 94703-2584

Theodore Tsekerides
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Tobias S. Keller
Keller and Benvenutti LLP
650 California St. #1900
San Francisco, CA 94108-2736

Tonia Hanson
142 Drescher Tract Rd
Oroville, CA 95966-9304

Wendy A. Nathan
1033 Fruitvale Rd.
Lincoln, CA 95648-8516

c/o Julie E. Oelsner Intech Mechanical, Inc.
Weintraub Tobin
400 Capitol Mall
11th Floor
Sacramento, CA 95814-4434


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)A&J Electric Cable Corporation

(u)AA/ Acme Locksmiths, Inc.

(u)ACRT, Inc.


(u)AECOM Technical Services, Inc.

(u)APTIM

(u)ARB, Inc.


(u)AT&T Corp.

(u)AV Solar Ranch 1, LLC

(u)Ad Hoc Committee of Senior Unsecured Credi


(u)Ad Hoc Committee of Senior Unsecured Noteh

(u)Ad Hoc Committee of Unsecured Tort Claiman

(u)Ad Hoc Group of Institutional Bondholders


(u)Ad Hoc Group of Institutional Par Bondhold

(u)Ad Hoc Group of Subrogation Claim Holders

(u)Adler Tank Rental and Mobile Modular