# Exhibit B

1   Elizabeth Collier (SBN 148537)
    Cesar Alegria (SBN 145625)
2   PG&E Law Dept.

3   **DIRECT CORRESPONDENCE TO:**
    Steven D. Roland (SBN 108097)
4   E-mail: sroland@bwslaw.com
    Randall G. Block (SBN 121330)
5   E-mail: rblock@bwslaw.com
    Nora E.B. Wetzel (SBN 287773)
6   E-mail: nwetzel@bwslaw.com
    Kara L. DiBiasio (SBN 294547)
7   E-mail: kdibiasio@bwslaw.com
    BURKE, WILLIAMS & SORENSEN, LLP
8   101 Howard Street, Suite 400
    San Francisco, CA  94105-6125
9   Tel:  415.655.8100   Fax:  415.655.8099

10  Attorneys for Plaintiff
    PACIFIC GAS AND ELECTRIC COMPANY

11

12              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

13                     **FOR THE COUNTY OF PLACER**

14

15  PACIFIC GAS AND ELECTRIC              CASE NO.  SCV0035649
    COMPANY, a California corporation,

16              Plaintiff,                **SECOND AMENDED COMPLAINT IN
                                          EMINENT DOMAIN**
17          vs.

18  DF PROPERTIES, a California           APNs : 498-010-020, 498-010-019,
    corporation; GARY SHARP; DOES 1       498-010 -015, formerly 017-151-027 and
19  through 30, inclusive; and ALL PERSONS 017-151-029 (Portion)
    UNKNOWN CLAIMING AN INTEREST
20  IN THE PROPERTY DESCRIBED IN
    THE COMPLAINT,
21
                Defendants.
22

23

24          Plaintiff PACIFIC GAS AND ELECTRIC COMPANY ("PG&E") alleges as follows:

25          1.      PG&E is, and at all times herein mentioned was, a public utility and a corporation

26  duly organized and existing under and by virtue of the laws of the State of California with its

27  principal place of business in the City and County of San Francisco, State of California.

28          2.      PG&E is informed and believes that DF Properties, a California corporation, is the

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Mountain View

Case: 19-30088    Doc# 1174-6    Filed: 04/02/19    Entered: 04/02/19 10:59:02    Page 2
of 27

1 | fee title owner of the property at issue herein, located in the County of Placer, State of California,
2 | and designated as Assessor Parcel Numbers 498-010-020, 498-010-019, 498-010-015 (formerly
3 | 017-151-027 and 017-151-029) ("the Property").

4 |     3.     PG&E is informed and believes Gary Sharp has or claims an interest in the
5 | Property.

6 |     4.     PG&E also names as defendants all persons unknown and claiming an interest in
7 | the Property.

8 |     5.     PG&E does not know the true names and capacities of DOES 1 to 30, inclusive,
9 | nor the interests they have or claim to have in the Property.  PG&E will ask leave to amend this
10 | complaint to show the true names and capacities of said Does where ascertained.

11 |     6.     PG&E does not name the City of Roseville as a defendant in this action as the City
12 | of Roseville has confirmed it is not seeking any compensation from PG&E or the landowners as it
13 | relates to this condemnation action and the areas subject to irrevocable offers of dedication to the
14 | City.  (*See* **Exhibit F** attached hereto.)

15 |     7.     To meet growing demand for natural gas within the Sacramento Valley region,
16 | improve public safety, ensure reliability, and increase automation of its natural gas delivery
17 | system, PG&E has completed construction of two major new gas transmission pipelines -- Line
18 | 406 and Line 407 -- consisting of approximately 44 miles of 30-inch pipeline (the "Project").  The
19 | Project also includes the construction of above ground facilities.

20 |     8.     The Project crosses California's Central Valley in the counties of Yolo, Sutter,
21 | Sacramento and Placer, serving some of the highest growth counties in California, with the
22 | majority of projected new consumers located in this region.

23 |     9.     The first phase of the Project, Line 406, consisted of approximately 14 miles of
24 | pipeline for which land rights were acquired and construction was completed during 2011.

25 |     10.     Construction of the Line 407 segment of the Project started in early 2016, and is
26 | now finished.  Line 407 extends from Line 406 and Line 172A in the town of Yolo, east to Line
27 | 123 in Roseville.  The Line 407 portion of the Project provides major reinforcement to the
28 | Sacramento Valley region by establishing an inter-tie from the backbone pipeline system, Line

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Mountain View

SF #4817-4253-3743 v1

- 2 -

1   400 and Line 401, into the local gas transmission system (Line 123).  As the Sacramento Valley

2   region reaches its capacity limits in 2017, the Project adds critical transmission capacity and

3   allows PG&E reliably to meet customer demands under conditions involving the highest demand

4   for natural gas, including Abnormal Peak Day ("ADP") and Cold Winter Day ("CWD")

5   conditions beginning in the 2017/2018 heating season and continuing thereafter.  The new lines

6   also improve public safety, ensure reliability, and increase automation of the natural gas delivery

7   system.

8          11.     PG&E complied with an extensive CEQA permitting process and obtained the

9   authorization necessary for construction of the Project by the Lead Agency overseeing the

10  Project, the California State Lands Commission.  The State Lands Commission issued its

11  Amended Final EIR for the Project on November 16, 2009.  The approval was issued after years

12  of applications, review, public comment, and public hearings.  PG&E acquired all necessary

13  permits and approvals from the agencies listed below for construction of the Project:

14      •    California State Lands Commission

15      •    National Oceanic and Atmospheric Administration

16      •    Army Corps of Engineers

17      •    United State Fish and Wildlife Services

18      •    California Department of Fish and Game (fully approved and permitted).

19         12.     PG&E seeks to acquire by eminent domain for the Project the following property,

20  property rights and property interests (collectively, "Property Interests") in the Property,

21  excepting therefrom as much of the Property as lies within the boundaries of streets, highways or

22  other public easements subject to an easement or prescriptive right of the public for use for such

23  purposes:

24          (a) To excavate for, install, replace (of the initial or any other size), maintain and use

25              such pipelines as PG&E shall from time to time elect for conveying gas, with

26              necessary and proper valves and other appliances and fittings, and devices for

27              controlling electrolysis for use in connection with said pipelines, and such

28              underground wires, cables, conduits, and other electrical conductors, appliances,

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Mountain View

SF #4817-4253-3743 v1                          - 3 -

**SECOND AMENDED COMPLAINT IN EMINENT DOMAIN**

fixtures and appurtenances, as PG&E shall from time to time deem necessary for communication purposes, together with adequate protection therefor, and also a right of way within the easement area, described as EASEMENT No. 1 in **Exhibit A**, and shown on **Exhibit B** (hereinafter the "Pipeline Easement").

(b) An exclusive easement and right of way to construct, install, replace (of the initial or any other size), maintain and use such valves and other devices and equipment as PG&E shall from time to time deem necessary for metering, regulating and discharging gas into the atmosphere within, to install concrete curbing on, to cover with bitumastic pavement and to enclose with a fence, the hereinafter described parcel of Land ("Valve Lot") lying within the Property and described as EASEMENT No. 2 in **Exhibit A**, and shown on **Exhibit B**, which Exhibits A and B are incorporated herein as though set forth in full by this reference.

(c) A permanent Non Exclusive Access Easement ("Access Easement") for ingress to and egress from the hereinbefore described Valve Lot together with the right to install concrete paving blocks and grass, to cover with bitumastic pavement, to install decorative planters with vegetation, to construct temporary fencing, store material, construct, reconstruct, maintain drainage, operate equipment and perform any other activities associated with the operation and maintenance of said Valve Lot and Pipeline Easement within the parcel of land lying within the Property and described as EASEMENT No. 3 in **Exhibit A** and shown on **Exhibit B** attached hereto and made a part hereof.

(d) The right of ingress to and egress from said Pipeline Easement, Valve Lot and Access Easement over and across the Property by means of roads and lanes thereon, if such there be, otherwise by such route or routes as shall occasion the least practicable damage and inconvenience to Defendants, provided, that such right of ingress and egress shall not extend to any portion of the Property which is isolated from the Pipeline Easement, Valve Lot, and Access Easement by any public road or highway, now crossing or hereafter crossing the Property.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

SF #4817-4253-3743 v1                                          - 4 -

SECOND AMENDED COMPLAINT IN EMINENT DOMAIN

Case: 19-30088    Doc# 1174-6    Filed: 04/02/19    Entered: 04/02/19 10:59:02    Page 5
of 27

(e) The right from time to time to trim and to cut down and clear away or otherwise destroy any and all trees and brush now or hereafter on the Pipeline Easement, Valve Lot, and Access Easement and to trim and to cut down and clear away any trees on either side of the Pipeline Easement, Valve Lot, and Access Easement which now or hereafter in the opinion of PG&E may be a hazard to the facilities installed hereunder by reason of the danger of falling thereon, or may interfere with the exercise of PG&E's rights hereunder; provided, however, that all trees which PG&E is hereby authorized to cut and remove, if valuable for timber or wood, shall continue to be the property of Defendants, but all branches, brush, and refuse wood shall be burned, removed, or chipped and scattered by PG&E.

(f) The right to use such portion of the Property contiguous to the Pipeline Easement as may be reasonably necessary in connection with the installation and replacement of said facilities.

(g) The rights to install, maintain, and use gates in all fences which now cross or shall hereafter cross the Pipeline Easement.

(h) The right to mark the location of the Pipeline Easement by suitable markers set in the ground; provided that said markers shall be placed in fences or other locations which will not interfere with any reasonable use Defendants shall make of the Pipeline Easement.

(i) The temporary right to use as a pipeline preparation area and for working strips and laydown and staging areas, including the right to place and operate construction equipment thereon, the area outlined by the heavy dashed lines and cross hatched on Exhibit A sheets 1 and 2 of 3 and Exhibit A, sheet 1 of 1, attached hereto as **Exhibit C**, which exhibit is incorporated herein by this reference, and thereon designated TCE.

(j) The temporary right to use as an access road the area outlined by the heavy dashed lines and cross hatched on Exhibit A sheet 3 of 3 attached hereto as **Exhibit C**, which exhibit is incorporated herein by this reference, and thereon designated Temporary Access Road.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

SF #4817-4253-3743 v1

- 5 -

**SECOND AMENDED COMPLAINT IN EMINENT DOMAIN**

(k) The temporary right to use for working, pipe line preparation, hydro testing, laydown and staging areas, including the right to locate construction trailers and construction equipment including parking vehicles thereon, and the temporary right to enclose with a fence, the area outlined in a heavy dashed line on Drawing 1291 of **Exhibit C** attached hereto and made a part hereof.

(k) The Property Interests are fully described in the Easement Deed and Temporary Construction Easements, **Exhibits D and E** hereto, respectively, which are incorporated herein by this reference.

13. PG&E is, and at all times mentioned herein has been, authorized to exercise the power of eminent domain to acquire property for public use under the statutory authority set forth in Public Utilities Code section 613 and Code of Civil Procedure sections 1230.010 *et seq*. and 1240.010 *et seq*., and also under the California Constitution, Article I, Section 19. Exercise of this power is proper in this case for the following reasons:

(a) The public interest and necessity require construction and operation of the Project to provide natural gas to the service area in which the Project is located.

(b) The Project is planned and located in the manner that will be most compatible with the greatest public good and least private injury.

1. (c) The Property Interests are necessary for the Project.

14. PG&E has attempted without success to negotiate the purchase of the Property Interests. In addition, PG&E has offered to pay the reasonable costs, not to exceed five thousand dollars ($5,000), of an independent appraisal ordered by the owner, and conducted by an appraiser licensed by the Office of Real Estate Appraisers, as required under Code of Civil Procedure section 1263.025.

**WHEREFORE,** PG&E prays judgment that:

1. The Property Interests be condemned to PG&E's use for the purposes set forth in this Amended Complaint;

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

SF #4817-4253-3743 v1

- 6 -

SECOND AMENDED COMPLAINT IN EMINENT DOMAIN

Case: 19-30088    Doc# 1174-6    Filed: 04/02/19    Entered: 04/02/19 10:59:02    Page 7
of 27

2. Defendants be required to set forth the nature of their title, interest and claim in and to the lands herein sought to be condemned, and that the same be determined by this Court and condemned to PG&E's use;

3. Just compensation for such taking and any damages or benefits incidental thereto be ascertained, assessed and awarded as provided by law;

4. The reasonable value of all liens and encumbrances, if any, against the Property be ascertained, deducted from said judgment and be ordered paid to the persons thereunto entitled;

5. Such other and further relief as the Court may deem proper.

DATED: September 13, 2018   BURKE, WILLIAMS & SORENSEN LLP

By: _____
   Steven D. Roland
   Randall G. Block
   Nora E.B. Wetzel
   Kara L. DiBiasio
   Attorneys for Plaintiff
   PACIFIC GAS AND ELECTRIC COMPANY

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

SF #4817-4253-3743 v1    - 7 -

SECOND AMENDED COMPLAINT IN EMINENT DOMAIN

Case: 19-30088  Doc# 1174-6  Filed: 04/02/19  Entered: 04/02/19 10:59:02  Page 8
of 27

# EXHIBIT A

LD 2111-05-0102
2008086 (JCN 06-05-033) 09 08 14
Line 407 – Phase 1

EXHIBIT "A"

EASEMENTS

## LANDS:

The parcels of land described and designated PARCEL ONE and PARCEL TWO in the deed from ROSEVILLE RESIDENTIAL PROPERTIES, LTD., a California limited partnership to D F PROPERTIES, a California corporation dated August 21, 1987 and recorded in Book 3253 of Official Records at page 693, Placer County Recorder, State of California.

## EASEMENT No. 1 (Pipeline)

A strip of land being a uniform width of 50.00 feet extending from the westerly boundary line of said PARCEL TWO, easterly to the westerly boundary line of an easement from DF Properties to Pacific Gas and Electric company, dated February 15, 2006 and recorded as Recorder's Serial Number 2006-0025101 and lying 50.00 feet southerly of the line described as follows:

Beginning at a point in the westerly boundary line of said PARCEL TWO and running thence

(1) north 89°21'09" east approximately 2456.28 feet to a point which bears north 87°20'03" west 1537.82 feet from a 2-1/4" Brass Disc in a monument well at the intersection of Baseline Road and Fiddyment Road, said disc bears north 89°16'36" east 9736.09 feet from a railroad spike at Baseline Road and Watt Avenue as shown on the record of survey filed for record in Book 18 of Surveys, at Page 55 in the office of the Placer County Recorder; thence

(2) north 84°08'36" east 53.71 feet; thence

(3) north 87°50'32" east 279.59 feet; thence

(4) north 88°40'32" east 148.35 feet; thence

(5) north 89°30'32" east approximately 934.28 feet to a point in the westerly boundary line of said Pacific Gas and Electric company easement dated February 15, 2006.

EXCEPTING THEREFROM any portions of the above described real property granted to the City of Roseville by Grant Deed, right-of-way for road purposes recorded on July 16, 2012 in Document No. 2012-0062886 Official Records of Placer County, State of California. Containing 0.042 acres of land more or less.

Containing 4.403 acres of land more or less.

1 of 2

Case: 19-30088   Doc# 1174-6   Filed: 04/02/19   Entered: 04/02/19 10:59:02   Page 10 of 27

## EASEMENT No. 2 (Valve Lot)

Beginning at a point in the westerly boundary line of said PARCEL TWO and the northerly boundary line of the hereinbefore described Easement No. 1 and running thence
    (1) north 00°18'27" east 155.15 feet along said westerly boundary line to the herein referred to PT. 'A'; thence leaving said westerly boundary line
(2) south 89°38'28" east 47.21 feet; thence
(3) south 00°21'32" west 154.33 feet to the northerly boundary line of the hereinbefore described Easement No. 1; thence
(4) south 89°21'09" west 47.07 along said northerly boundary line of the hereinbefore described Easement No. 1 to the point of beginning.

Containing 0.167 acres of land more or less.

## EASEMENT No. 3 (Access Easement)

Beginning at a point in the westerly boundary line of said PARCEL TWO at the hereinbefore referred to PT. 'A' and running thence
    (1) north 00°18'27" east 45.28 feet along the westerly boundary line of said PAREL TWO to a point of non-tangent curvature; thence leaving said westerly boundary line of said PARCEL TWO
(2) southeasterly from a radial line which bears north 23°48'47" east, along a curve to the right having a radius of 220.50 feet, through a central angle of 08°56'25", an arc length of 34.41 feet to a point of reverse curvature; thence
(3) along a curve to the left having a radius of 249.50 feet, through a central angle of 04°29'01", an arc length of 19.52 feet; thence
(4) south 00°21'32" west 19.38 to the northerly boundary line of the hereinbefore described Easement No. 2; thence along said northerly boundary line of the hereinbefore described Easement No. 2
(5) north 89°38'28" west 47.21 to said westerly boundary line of PARCEL TWO and the point of beginning.

Containing 0.036 acres of land more or less.

The Basis of Bearings for this description is geodetic north derived from California State Plane Coordinates, CCS83, Zone 2. To obtain grid bearings, rotate the bearings shown hereon by 00°01'51.6" counterclockwise. To obtain grid distances, multiply the distances shown hereon by 0.99990656. All units are U.S. Survey Feet.

Prepared By:
R.E.Y. Engineers, Inc.

Ronald E. Monsour, PLS 8474    Date: 8/02/2018

2 of 2

# EXHIBIT B



CITY OF ROSEVILLE
COUNTY OF PLACER
T.11N., R.5E., S. 36 M.D.M.

MONUMENT TIE DETAIL     1"=700'

DF PROPERTIES
PARCEL TWO
3253 O.R. 693

DF PROPERTIES
PARCEL ONE
3253 O.R. 693

FIDDYMENT RD.

N89° 21'09"E      2456.28'+      N87° 20'03"W   1537.82'

N89° 16'36"E      9736.09'   BASELINE RD.

WATT AVE.

FND. RAILROAD SPIKE
PER 18 S 55

FND. 2-1/4" BRASS DISC
IN MON WELL
PER 18 S 55

APN 017-151-026
PARCEL A
BK 18 S PG 118

APN 498-010-015
( Formerly APN 017-151-027)

DF PROPERTIES
PARCEL TWO
3253 O.R. 693

APN 498-010-019 & 20
( Formerly
APN 017-151-029)

DF PROPERTIES
PARCEL ONE
3253 O.R. 693

VALVE LOT &
ACCESS ESMT.
SEE SHT. 3

POB

20' HIGHWAY R/W
PER 95-026395

N89° 21'09"E  2456.28'+

BASELINE RD.

SEE SHEET 2

EASEMENT No. 1
50' PLE

30' HIGHWAY EASEMENT
PER 2213 O.R. 26

PG&E CO. R/W
LD 2111-05-0102

EASEMENT INFORMATION

| EASEMENT NO. 1 (PLE) | AREA = 4.403 ACRES +/- |
|---|---|

BASIS OF BEARINGS
THE BASIS OF BEARINGS FOR THIS DESCRIPTION IS GEODETIC NORTH
DERIVED FROM CALIFORNIA STATE PLANE COORDINATES, CCS83,
ZONE 2. TO OBTAIN GRID BEARINGS, ROTATE THE BEARINGS
SHOWN HEREON BY 0° 01'51.6" COUNTERCLOCKWISE. TO OBTAIN
GRID DISTANCES, MULTIPLY THE DISTANCES SHOWN HEREON BY
0.99990656. ALL UNITS ARE U.S. SURVEY FEET.

PROFESSIONAL LAND SURVEYOR
RONALD E. MONSOUR
No. 8474
STATE OF CALIFORNIA
8/02/2018

N

SCALE: 1"=300'

PLE = PIPELINE EASEMENT
POB = POINT OF BEGINNING

R.E.Y. ENGINEERS, INC
CIVIL ENGINEERS LAND SURVEYORS

Scale   1"=300'
Date 8.02.2018
Drawn By RM
Checked By DPM2

EXHIBIT "B"
PIPELINE EASEMENT
LINE 407 ON DF PROPERTIES
PACIFIC GAS AND ELECTRIC COMPANY
SACRAMENTO      CAL.

PG&E
LAND
ENGINEERING

| | |
|---|---|
| J.C.N. | 06-05-033 |
| REG. | NORTHERN |
| PROJECT AUTH. | 30603988 |
| SHEET NO. | 1   OF   3 |
| DRAWING NUMBER | CHANGE |



CITY OF ROSEVILLE
COUNTY OF PLACER
T.11N., R.5E., S. 36 M.D.B.&M.

30' HIGHWAY EASEMENT
PER 2213 O.R. 24

PUBLIC UTILITY EASEMENT
PER 2012−0062885

APN 498-010-019 & 20
( Formerly APN 017-151-029)
DF PROPERTIES
PARCEL ONE
3253 O.R. 693

PG&E PIPELINE EASEMENT
PER 2006−0025101

ROAD RIGHT−OF−WAY
PER 2012−0062886

HIGHWAY EASEMENT
PER 97−0005703

FIDDYMENT RD.

20' HWY R/W
PER 95−026395

N84° 08'36"E
53.71'

N88° 40'32"E
148.35'

N89° 21'09"E
2456.28'±

N87° 50'32"E
279.59'

N89° 30'32"E  934.28'±

SEE SHEET 1

BASELINE RD.

PG&E CO. R/W
LD 2111-05-0102

EASEMENT No. 1
50' PLE

FND. 2-1/4" BRASS DISC
IN MON WELL
PER 18 S 55
N87° 20'03"W  1537.82'

EASEMENT INFORMATION

| EASEMENT NO. 1 (PLE) | AREA = 4.403 ACRES +/- |
| --- | --- |

BASIS OF BEARINGS

THE BASIS OF BEARINGS FOR THIS DESCRIPTION IS GEODETIC NORTH
DERIVED FROM CALIFORNIA STATE PLANE COORDINATES, CCS83,
ZONE 2.  TO OBTAIN GRID BEARINGS, ROTATE THE BEARINGS
SHOWN HEREON BY 0°01'51.6" COUNTERCLOCKWISE.  TO OBTAIN
GRID DISTANCES, MULTIPLY THE DISTANCES SHOWN HEREON BY
0.99990656.  ALL UNITS ARE U.S. SURVEY FEET.

PROFESSIONAL LAND SURVEYOR
RONALD E. MONSOUR
No. 8474
STATE OF CALIFORNIA

8/02/2018

SCALE: 1"-300'

N

PLE = PIPELINE EASEMENT
POB = POINT OF BEGINNING

R.E.Y. ENGINEERS, INC.
CIVIL ENGINEERS/LAND SURVEYORS

EXHIBIT "B"
PIPELINE EASEMENT
LINE 407 ON DF PROPERTIES
PACIFIC GAS AND ELECTRIC COMPANY
SACRAMENTO        CAL.

PG&E
LAND
ENGINEERING

| J.C.N. | 06-05-033 |
| --- | --- |
| REG. | NORTHERN |
| PROJECT AUTH. | 30603988 |

| Scale    1"-300' | SHEET NO.    2    OF    3 |
| --- | --- |
| Date 8.02.2018 | DRAWING NUMBER | CHANGE |
| Drawn By RM | | |
| Checked By DPM2 | | |



CITY OF ROSEVILLE
COUNTY OF PLACER
T.11N., R.5E., S. 36 M.D.B.&M.

APN 498-010-015
(Formerly APN 017-151-027)
DF PROPERTIES
PARCEL TWO
3253 O.R. 693

RAD=N23° 48'47"E

R=220.50'
D=8° 56'25"
L=34.41

EASEMENT No. 3
ACCESS ESMT.
LD 2111-05-0102

R=249.50'
D=4° 29'01"
L=19.52'

N00° 18'27"E
45.28'

S00° 21'32"W
19.38'

PT 'A'

S89° 38'28"E
47.21'

APN 498-010-013
(Formerly APN 017-151-026)
PARCEL A
BK 18 S PG 118

EASEMENT No. 2
VALVE LOT
LD 2111-05-0102

EASEMENT No. 1
50' PLE

N00° 18'27"E 155.15'

S00° 21'32"W 154.33'

POB

S89° 21'09"W
47.07'

BASELINE RD.

EASEMENT INFORMATION

| EASEMENT No. 2 (VALVE LOT) | AREA = 0.167 ACRES +/− |
| EASEMENT No. 3 (ACCESS) | AREA = 0.036 ACRES +/− |

BASIS OF BEARINGS

THE BASIS OF BEARINGS FOR THIS DESCRIPTION IS GEODETIC NORTH
DERIVED FROM CALIFORNIA STATE PLANE COORDINATES, CCS83,
ZONE 2. TO OBTAIN GRID BEARINGS, ROTATE THE BEARINGS
SHOWN HEREON BY 0° 01'51.6" COUNTERCLOCKWISE. TO OBTAIN
GRID DISTANCES, MULTIPLY THE DISTANCES SHOWN HEREON BY
0.99990656. ALL UNITS ARE U.S. SURVEY FEET.



PROFESSIONAL LAND SURVEYOR
RONALD E. MONSOUR
No. 8474
STATE OF CALIFORNIA

8/02/2018

N

SCALE: 1"=80'

PLE = PIPELINE EASEMENT
POB = POINT OF BEGINNING

REY ENGINEERS, INC
CIVIL ENGINEERS/LAND SURVEYORS

EXHIBIT "B"
VALVE LOT & ACCESS EASEMENT
LINE 407 ON DF PROPERTIES
PACIFIC GAS AND ELECTRIC COMPANY
SACRAMENTO       CAL.


PG&E
LAND
ENGINEERING

Scale     1"=80'
Date 8.02.2018
Drawn By RM
Checked By DPM2

| J.C.N. | 06-05-033 |
| REG. | NORTHERN |
| PROJECT AUTH. | 30603988 |
| SHEET NO. | 3 OF 3 |
| DRAWING NUMBER | CHANGE |

Case: 19-30088   Doc# 1174-6   Filed: 04/02/19   Entered: 04/02/19 10:59:02   Page 15 of 27



D F PROPERTIES
PARCEL ONE & PARCEL TWO
3253 O.R. 693

50' PERMANENT
PIPELINE EASEMENT

BASELINE RD.

50' TEMP. CONST.
ESMT. (TCE)

20' HIGHWAY ESMT.
95-026395

N

SCALE 1"=50'

LEGEND

- - - - L407 50' PERMANENT PIPELINE EASEMENT

///////  L407 50' TEMPORARY CONSTRUCTION EASEMENT

▨▨▨  20' HIGHWAY EASEMENT 95-026395

LINE 407 - PHASE 1
BASELINE RD.
LINE 407
D F PROPERTIES
PACIFIC GAS AND ELECTRIC COMPANY
SAN RAMON, CALIFORNIA



# EXHIBIT C



CITY OF ROSEVILLE
COUNTY OF PLACER
T.11N., R.5E., S. 36 M.D.M.

APN 498-010-015
( Formerly APN 017-151-027)
DF PROPERTIES
PARCEL TWO
3253 O.R. 693

APN 498-010-019 & 20
( Formerly
APN 017-151-029)
DF PROPERTIES
PARCEL ONE
3253 O.R. 693

N00° 18'27"E
25.00'
S89° 38'28"E
72.23'
N89° 38'28"W
47.21'
S00° 21'32"W
128.88'
N00° 21'32"E
154.33'

LD 2111-05-0103
50' TCE

20' HIGHWAY R/W
PER 95-026395

N89° 21'09"E 2381.05'
S89° 21'09"W 2456.28'
BASELINE RD.

SEE SHEET 2

TEMP ACCESS RD.
SEE SHT. 3

VALVE LOT

EASEMENT No. 1
50' PLE

30' HIGHWAY EASEMENT
PER 2213 O.R. 26

EASEMENT INFORMATION

| TCE | AREA = 4.538 ACRES +/- |
|---|---|

BASIS OF BEARINGS

THE BASIS OF BEARINGS FOR THIS DESCRIPTION IS GEODETIC NORTH
DERIVED FROM CALIFORNIA STATE PLANE COORDINATES, CCS83,
ZONE 2. TO OBTAIN GRID BEARINGS, ROTATE THE BEARINGS SHOWN
HEREON BY 0° 01'51.6" COUNTERCLOCKWISE. TO OBTAIN GRID
DISTANCES, MULTIPLY THE DISTANCES SHOWN HEREON BY
0.99990656. ALL UNITS ARE U.S. SURVEY FEET.

PROFESSIONAL LAND SURVEYOR
RONALD E. MONSUR
No. 8474
STATE OF CALIFORNIA
1/22/2018

N

SCALE: 1"=300'

PLE = PIPELINE EASEMENT
TCE = TEMPORARY CONSTRUCTION EASEMENT

R.E.Y. ENGINEERS, INC.
CIVIL ENGINEERS AND SURVEYORS

EXHIBIT "A"
TEMPORARY CONSTRUCTION EASEMENT
LINE 407 ON DF PROPERTIES
PACIFIC GAS AND ELECTRIC COMPANY
SACRAMENTO        CAL.

Scale: 1"=300'
Date 1.19.2018
Drawn By RM
Checked By DPM

PG&E
LAND
ENGINEERING

| J.C.N. | 06-06-033 |
|---|---|
| REG. | NORTHERN |
| PROJECT AUTH. | 30603988 |
| SHEET NO. | 1    OF    3 |
| DRAWING NUMBER | CHANGE |

Case: 19-30088   Doc# 1174-6   Filed: 04/02/19   Entered: 04/02/19 10:59:02   Page 19 of 27



CITY OF ROSEVILLE
COUNTY OF PLACER
T.11N., R.5E., S. 36 M.D.M.

30' HIGHWAY EASEMENT
PER 2213 O.R. 24

PG&E PIPELINE EASEMENT
PER 2006-0025101

ROAD RIGHT-OF-WAY
PER 2012-0062886

PUBLIC UTILITY EASEMENT
PER 2012-0062885

APN 498-010-019 & 20
( Formerly APN 017-151-029)
DF PROPERTIES
PARCEL ONE
3253 O.R. 693

FIDDYMENT RD

LD 2111-05-0103
50' TCE

N84° 08'36"E
53.05'

N87° 50'32"E
281.57'

S88° 40'32"W
149.08'

N89° 30'32"E
65.76'

N44° 37'14"E
56.80'

S00° 29'28"E
50.00'

N89° 21'09"E
2381.05'

N89° 30'32"E 852.40'

S89° 30'32"W
45.10'

SEE SHEET 1

S89° 21'09"W
2456.28'

S87° 50'32"W
279.59'

S89° 30'32"W 872.69'

BASELINE RD

S89° 30'32"W
45.10'

S84° 08'36"W
53.71'

S88° 40'32"W
148.35'

S44° 37'14"W
56.80'

EASEMENT No. 1
50' PLE

HIGHWAY EASEMENT
PER 97-0005703

EASEMENT INFORMATION

| TCE | AREA = 4.538 ACRES +/- |
|-----|------------------------|

BASIS OF BEARINGS

THE BASIS OF BEARINGS FOR THIS DESCRIPTION IS GEODETIC NORTH
DERIVED FROM CALIFORNIA STATE PLANE COORDINATES, CCS83,
ZONE 2. TO OBTAIN GRID BEARINGS, ROTATE THE BEARINGS
SHOWN HEREON BY 0° 01'51.6" COUNTERCLOCKWISE. TO OBTAIN
GRID DISTANCES, MULTIPLY THE DISTANCES SHOWN HEREON BY
0.99990656. ALL UNITS ARE U.S. SURVEY FEET.

PROFESSIONAL LAND SURVEYOR
RONALD E. MONSOUR
No. 8474
STATE OF CALIFORNIA
1/22/2018

N

SCALE: 1"=300'

PLE = PIPELINE EASEMENT
TCE = TEMPORARY CONSTRUCTION EASEMENT

REY ENGINEERS, INC.
CIVIL ENGINEERS AND SURVEYORS
905 SUTTER BLVD STE 200 ROSEVILLE, CA 95678
P (916) 724-0000 F (916) 724-2251

Scale: 1"=300'
Date 1.19.2018
Drawn By RM
Checked By DPM

EXHIBIT "A"
TEMPORARY CONSTRUCTION EASEMENT
LINE 407 ON DF PROPERTIES
PACIFIC GAS AND ELECTRIC COMPANY
SACRAMENTO        CAL.

PG&E
LAND
ENGINEERING

| J.C.N. | 06-05-033 |
|--------|-----------|
| REG. | NORTHERN |
| PROJECT AUTH. | 30803986 |
| SHEET NO. 2 OF 3 | |
| DRAWING NUMBER | CHANGE |

Case: 19-30088   Doc# 1174-6   Filed: 04/02/19   Entered: 04/02/19 10:59:02   Page 20 of 27



PLACER COUNTY
T.11N., R.5E., S. 36 M.D.B.&M.

ITEM 1(SCH B, PT II)
30' HIGHWAY EASEMENT
PER 2213 O.R. 24

ITEM 11(SCH B, PT II)
ROAD RIGHT-OF-WAY
PER 2012-0062886

ITEM 5&6(SCH B, PT II)
PG&E PIPELINE EASEMENT
PER 2006-0025101

ITEM 10(SCH B, PT II)
PUBLIC UTILITY EASEMENT
PER 2012-0062885 &
JOINT USE AGREEMENT
PER 2013-0002031

APN 017-150-089
DF PROPERTIES
PARCEL ONE
3253 O.R. 693

FIDDYMENT RD

N89°34'02"E
100.00

N00°25'58"W
300.00

S00°25'58"E
300.00

50' PLE

PARCEL 1
100' × 300' TCE

N66°38'56"W
131.16

BASELINE RD

ITEM 4(SCH B, PT II)
HIGHWAY EASEMENT
PER 97-0005703

S89°34'02"W
100.00

FND. 2-1/2" BRASS
DISC IN MON WELL
PER 18 R.S. 118

PROFESSIONAL LAND SURVEYOR
RON MONSOUR
No. 8474
Exp.
STATE OF CALIFORNIA

N

SCALE: 1"=200'

EASEMENT INFORMATION

| PARCEL 1 | AREA = 0.689 ACRES |
|---|---|

PLE = PIPELINE EASEMENT
TCE = TEMPORARY CONSTRUCTION EASEMENT

REY ENGINEERS, INC

Scale: 1"=200'
Date 5.05.15
Drawn By RM
Checked By DPM

EXHIBIT "A-1"
TEMPORARY CONSTRUCTION EASEMENT
LINE 407 ON DF PROPERTIES
PACIFIC GAS AND ELECTRIC COMPANY
SACRAMENTO     CAL.

PG&E
LAND
ENGINEERING

| J.C.N. | 06-05-033 |
|---|---|
| REG. | NORTHERN |
| PROJECT AUTH. | 30882530 |

SHEET NO.    1    OF    1

| DRAWING NUMBER | CHANGE |
|---|---|
| SL-1291 | |



CITY OF ROSEVILLE
COUNTY OF PLACER
T.11N., R.5E., S. 36 M.D.M.

APN 498-010-013
(Formerly APN 017-151-026)
PARCEL A
BK 18 S PG 118

APN 498-010-015
(Formerly APN 017-151-027)
DF PROPERTIES
PARCEL TWO
3253 O.R. 693

R-50'
D-24° 00'14"
L-20.94'

R-212.50'
D-20° 12'49"
L-74.97'

R-50'
D-41° 10'25"
L-35.93'

N00° 18'27"E
30.27'

N89° 38'28"W
41.87'

R-50'
D-138° 13'41"
L-120.63'

TEMP ACCESS RD.

R-27.83'
D-90° 46'12"
L-44.08'

R-50'
D-61° 49'08"
L-54.17'

50' TCE

VALVE LOT

EASEMENT No. 1
50' PLE

R-10.70'
B-83° 58'46"
L-15.69'

R-10.86'
D-82° 08'44"
L-15.57'

BASELINE RD.

S89° 31'11"W
45.43'

EASEMENT INFORMATION

| TEMPORARY ACCESS RD. | AREA = 0.340 ACRES +/- |

BASIS OF BEARINGS

THE BASIS OF BEARINGS FOR THIS DESCRIPTION IS GEODETIC NORTH
DERIVED FROM CALIFORNIA STATE PLANE COORDINATES, CCS83,
ZONE 2. TO OBTAIN GRID BEARINGS, ROTATE THE BEARINGS SHOWN
HEREON BY 0° 01'51.6" COUNTERCLOCKWISE. TO OBTAIN GRID
DISTANCES, MULTIPLY THE DISTANCES SHOWN HEREON BY
0.99990656. ALL UNITS ARE U.S. SURVEY FEET.

PROFESSIONAL LAND SURVEYOR
RONALD E. MONSOUR
No. 8474
STATE OF CALIFORNIA

1/22/2018

N

SCALE 1"=300'

PLE = PIPELINE EASEMENT
TCE = TEMPORARY CONSTRUCTION EASEMENT

R.E.Y. ENGINEERS, INC
CIVIL ENGINEERS AND LAND SURVEYORS
905 SUTTER STREET SUITE 200 ROCKLIN, CA 95765
PHONE 916.784.9700 FAX 916.784.9701

Scale: 1"=300'
Date 1.19.2018
Drawn By RM
Checked By DPM

EXHIBIT "A"
TEMPORARY ACCESS ROAD
LINE 407 ON DF PROPERTIES
PACIFIC GAS AND ELECTRIC COMPANY
SACRAMENTO       CAL.

PG&E
LAND
ENGINEERING

| J.C.N. | 06-05-033 |
| REG. | NORTHERN |
| PROJECT AUTH. | 30603988 |
| SHEET NO. | 3 | OF | 3 |
| DRAWING NUMBER | | CHANGE |

# EXHIBIT D

RECORDING REQUESTED BY AND RETURN TO:

*PACIFIC GAS AND ELECTRIC COMPANY*
*245 Market Street, N10A, Room 1015*
*P.O. Box 770000*
*San Francisco, California 94177*

Location: City/Uninc_____
Recording Fee $_____
Document Transfer Tax $_____
[ ] This is a conveyance where the consideration and
    Value is less than $100.00 (R&T 11911).
[ ] Computed on Full Value of Property Conveyed, or
[ ] Computed on Full Value Less Liens
    & Encumbrances Remaining at Time of Sale

_____
Signature of declarant or agent determining tax

(SPACE ABOVE FOR RECORDER'S USE ONLY)

LD 2111-05-0102                                           EASEMENT

2008086 (06-05-033) 09 08 14
LINE 407 PHASE 1

D F PROPERTIES, a California corporation,

hereinafter called Grantor, in consideration of value paid by PACIFIC GAS AND ELECTRIC COMPANY, a California corporation, hereinafter called PG&E, the adequacy and receipt whereof are hereby acknowledged, hereby grants to PG&E the right at any time, and from time to time, to excavate for, install, replace (of the initial or any other size), maintain and use such pipelines as PG&E shall from time to time elect for conveying gas, with necessary and proper valves and other appliances and fittings, and devices for controlling electrolysis for use in connection with said pipelines, and such underground wires, cables, conduits, and other electrical conductors, appliances, fixtures and appurtenances, as PG&E shall from time to time deem necessary for communication purposes, together with adequate protection therefor, and also a right of way, within the strip of land ("Pipeline Easement") lying within Grantor's lands which are situate in the county of Placer, state of California, and are described as follows:

(APN 498-010-020, 498-010-019, 498-010-015 formerly APN 017-151-027, 017-151-029)

The parcel of land described and designated LANDS on EXHIBIT "A", attached hereto and made a part hereof, excepting therefrom as much of the land as lies within the boundaries of streets, highways or other public easements subject to an easement or prescriptive right of the public for use for such purposes.

- 1 -

The aforesaid strip of land ("Pipeline Easement") is described as follows:

The parcel of land described and designated EASEMENT No. 1 in EXHIBIT "A" and shown on EXHIBIT "B", attached hereto and made a part hereof.

Grantor also grants to PG&E, an exclusive easement and right of way to construct, install, replace (of the initial or any other size), maintain and use such valves and other devices and equipment as PG&E shall from time to time deem necessary for metering, regulating and discharging gas into the atmosphere within, to install concrete curbing on, to cover with bitumastic pavement and to enclose with a fence, the hereinafter described parcel of land ("Valve Lot") described as follows:

The parcel of land described and designated EASEMENT No. 2 in EXHIBIT "A" and shown on EXHIBIT "B", attached hereto and made a part hereof.

Grantor also grants to PG&E a permanent Non-Exclusive access easement ("Access Easement") for ingress to and egress from the hereinbefore described Valve Lot together with the right to install concrete paving blocks and grass, to cover with bitumastic pavement, to install decorative planters with vegetation, to construct temporary fencing, store material, construct, reconstruct, maintain drainage, operate equipment and perform any other activities associated with the operation and maintenance of said Valve Lot and Pipeline Easement within the parcel of land described as follows:

The parcel of land described and designated EASEMENT No. 3 in EXHIBIT "A" and shown on EXHIBIT "B", attached hereto and made a part hereof.

Grantor further grants to PG&E:

(a)     the right of ingress to and egress from said Pipeline Easement, Valve Lot and Access Easement over and across said lands by means of roads and lanes thereon, if such there be, otherwise by such route or routes as shall occasion the least practicable damage and inconvenience to Grantor, provided, that such right of ingress and egress shall not extend to any portion of said lands which is isolated from said Pipeline Easement, Valve Lot and Access Easement by any public road or highway, now crossing or hereafter crossing said lands;

(b)     the right from time to time to trim and to cut down and clear away or otherwise destroy any and all trees and brush now or hereafter on said Pipeline Easement, Valve Lot and Access Easement and to trim and to cut down and clear away any trees on either side of said Pipeline Easement, Valve Lot and Access Easement which now or hereafter in the opinion of PG&E may be a hazard to the facilities installed hereunder by reason of the danger of falling thereon, or may interfere with the exercise of PG&E's rights hereunder; provided, however, that all trees which PG&E is hereby authorized to cut and remove, if valuable for timber or wood,

- 2 -

shall continue to be the property of Grantor, but all branches, brush, and refuse wood shall be burned, removed, or chipped and scattered by PG&E;

(c)     the right to use such portion of said lands contiguous to said Pipeline Easement as may be reasonably necessary in connection with the installation and replacement of said facilities;

(d)     the right to install, maintain and use gates in all fences which now cross or shall hereafter cross said Pipeline Easement; and

(e)     the right to mark the location of said Pipeline Easement by suitable markers set in the ground; provided that said markers shall be placed in fences or other locations which will not interfere with any reasonable use Grantor shall make of said Pipeline Easement.

PG&E hereby covenants and agrees:

(a)     not to fence said Pipeline Easement;

(b)     to promptly backfill any excavations made by it on said Pipeline Easement and repair any damage it shall do to Grantor's private roads or lanes on said lands; and

(c)     to indemnify Grantor against any loss and damage which shall be caused by any wrongful or negligent act or omission of PG&E or of its agents or employees in the course of their employment, provided, however, that this indemnity shall not extend to that portion of such loss or damage that shall have been caused by Grantor's comparative negligence or willful misconduct.

Grantor reserves the right to use said Pipeline Easement for purposes which will not interfere with PG&E's full enjoyment of the rights hereby granted; provided that Grantor shall not erect or construct any building or other structure, or drill or operate any well, or construct any reservoir or other obstruction within said Pipeline Easement, or diminish or substantially add to the ground cover over said facilities, or construct any fences that will interfere with the maintenance and operation of said facilities. No trees or vines will be planted, or associated supporting structures will be located, within 10 feet of the centerline of the pipeline(s) within the easement area.

Grantor agrees that PG&E has the exclusive use of said Valve Lot and further agrees not to grant any easement or easements on, under or over said Valve Lot without the written consent of PG&E.

- 3 -

The provisions hereof shall inure to the benefit of and bind the successors and assigns of the respective parties hereto, and all covenants shall apply to and run with the land.

Dated _____, 20_____.


D F PROPERTIES, a California corporation


By _____


By _____


- 4 -