LD 2111-05-0102
2008086 (JCN 06-05-033) 09 08 14
Line 407 – Phase 1

## EXHIBIT "A"

## EASEMENTS

**LANDS:**

The parcels of land described and designated PARCEL ONE and PARCEL TWO in the deed from ROSEVILLE RESIDENTIAL PROPERTIES, LTD., a California limited partnership to D F PROPERTIES, a California corporation dated August 21, 1987 and recorded in Book 3253 of Official Records at page 693, Placer County Recorder, State of California.

### EASEMENT No. 1 (Pipeline)

A strip of land being a uniform width of 50.00 feet extending from the westerly boundary line of said PARCEL TWO, easterly to the westerly boundary line of an easement from DF Properties to Pacific Gas and Electric company, dated February 15, 2006 and recorded as Recorder's Serial Number 2006-0025101 and lying 50.00 feet southerly of the line described as follows:

Beginning at a point in the westerly boundary line of said PARCEL TWO and running thence
(1) north 89°21'09" east approximately 2456.28 feet to a point which bears north 87°20'03" west 1537.82 feet from a 2-1/4" Brass Disc in a monument well at the intersection of Baseline Road and Fiddyment Road, said disc bears north 89°16'36" east 9736.09 feet from a railroad spike at Baseline Road and Watt Avenue as shown on the record of survey filed for record in Book 18 of Surveys, at Page 55 in the office of the Placer County Recorder; thence
(2) north 84°08'36" east 53.71 feet; thence
(3) north 87°50'32" east 279.59 feet; thence
(4) north 88°40'32" east 148.35 feet; thence
(5) north 89°30'32" east approximately 934.28 feet to a point in the westerly boundary line of said Pacific Gas and Electric company easement dated February 15, 2006.

EXCEPTING THEREFROM any portions of the above described real property granted to the City of Roseville by Grant Deed, right-of-way for road purposes recorded on July 16, 2012 in Document No. 2012-0062886 Official Records of Placer County, State of California. Containing 0.042 acres of land more or less.

Containing 4.403 acres of land more or less.

1 of 2

Case: 19-30088    Doc# 1174-7    Filed: 04/02/19    Entered: 04/02/19 10:59:02    Page 1 of 19

## EASEMENT No. 2 (Valve Lot)

Beginning at a point in the westerly boundary line of said PARCEL TWO and the northerly boundary line of the hereinbefore described Easement No. 1 and running thence
    (1) north 00°18'27" east 155.15 feet along said westerly boundary line to the herein referred to PT. 'A'; thence leaving said westerly boundary line
    (2) south 89°38'28" east 47.21 feet; thence
    (3) south 00°21'32" west 154.33 feet to the northerly boundary line of the hereinbefore described Easement No. 1; thence
    (4) south 89°21'09" west 47.07 along said northerly boundary line of the hereinbefore described Easement No. 1 to the point of beginning.

Containing 0.167 acres of land more or less.

## EASEMENT No. 3 (Access Easement)

Beginning at a point in the westerly boundary line of said PARCEL TWO at the hereinbefore referred to PT. 'A' and running thence
    (1) north 00°18'27" east 45.28 feet along the westerly boundary line of said PAREL TWO to a point of non-tangent curvature; thence leaving said westerly boundary line of said PARCEL TWO
    (2) southeasterly from a radial line which bears north 23°48'47" east, along a curve to the right having a radius of 220.50 feet, through a central angle of 08°56'25", an arc length of 34.41 feet to a point of reverse curvature; thence
    (3) along a curve to the left having a radius of 249.50 feet, through a central angle of 04°29'01", an arc length of 19.52 feet; thence
    (4) south 00°21'32" west 19.38 to the northerly boundary line of the hereinbefore described Easement No. 2; thence along said northerly boundary line of the hereinbefore described Easement No. 2
    (5) north 89°38'28" west 47.21 to said westerly boundary line of PARCEL TWO and the point of beginning.

Containing 0.036 acres of land more or less.

The Basis of Bearings for this description is geodetic north derived from California State Plane Coordinates, CCS83, Zone 2. To obtain grid bearings, rotate the bearings shown hereon by 00°01'51.6" counterclockwise. To obtain grid distances, multiply the distances shown hereon by 0.99990656. All units are U.S. Survey Feet.

Prepared By:
R.E.Y. Engineers, Inc.

_(signature)_
Ronald E. Monsour, PLS 8474   Date: 8/02/2018

_(Professional Land Surveyor seal: Ronald E. Monsour, No. 8474, State of California)_







CITY OF ROSEVILLE
COUNTY OF PLACER
T.11N., R.5E., S. 36 M.D.B.&M.

APN 498-010-015
(Formerly APN 017-151-027)
DF PROPERTIES
PARCEL TWO
3253 O.R. 693

RAD=N23° 48'47"E
EASEMENT No. 3
ACCESS ESMT.
LD 2111-05-0102

R=220.50'
D=8° 56'25"
L=34.41'

R=249.50'
D=4° 29'01"
L=19.52'

N00° 18'27"E
45.28'

S00° 21'32"W
19.38'

PT 'A'

S89° 38'28"E
47.21'

APN 498-010-013
(Formerly APN 017-151-026)
PARCEL A
BK 18 S PG 118

N00° 18'27"E 155.15'

S00° 21'32"W 154.33'

EASEMENT No. 2
VALVE LOT
LD 2111-05-0102

EASEMENT No. 1
50' PLE

POB

S89° 21'09"W
47.07'

BASELINE RD.

EASEMENT INFORMATION

| EASEMENT No. 2 (VALVE LOT) | AREA = 0.167 ACRES +/- |
| EASEMENT No. 3 (ACCESS) | AREA = 0.036 ACRES +/- |

**BASIS OF BEARINGS**

THE BASIS OF BEARINGS FOR THIS DESCRIPTION IS GEODETIC NORTH DERIVED FROM CALIFORNIA STATE PLANE COORDINATES, CCS83, ZONE 2. TO OBTAIN GRID BEARINGS, ROTATE THE BEARINGS SHOWN HEREON BY 0° 01'51.6" COUNTERCLOCKWISE. TO OBTAIN GRID DISTANCES, MULTIPLY THE DISTANCES SHOWN HEREON BY 0.99990656. ALL UNITS ARE U.S. SURVEY FEET.



SCALE: 1"=80'
8/02/2018

PLE = PIPELINE EASEMENT
POB = POINT OF BEGINNING


R.E.Y. ENGINEERS, INC
CIVIL ENGINEERS AND SURVEYORS

*EXHIBIT "B"*
VALVE LOT & ACCESS EASEMENT
LINE 407 ON DF PROPERTIES
PACIFIC GAS AND ELECTRIC COMPANY
SACRAMENTO    CAL.



Scale 1"=80'
Date 8.02.2018
Drawn By RM
Checked By DPM2

J.C.N. 06-05-033
REG. NORTHERN
PROJECT AUTH. 30603988
SHEET NO. 3 OF 3
DRAWING NUMBER | CHANGE

Case: 19-30088   Doc# 1174-7   Filed: 04/02/19   Entered: 04/02/19 10:59:02   Page 5 of 19

# EXHIBIT E

LD 2111-05-0103
2008087 (JCN 06-05-033) 09 08 8
Line 407 – Phase 1

## TEMPORARY CONSTRUCTION EASEMENT

D F PROPERTIES, a California Corporation,

hereinafter called Owner, hereby grants to PACIFIC GAS AND ELECTRIC COMPANY, a California corporation, hereinafter called PG&E, a temporary easement, as defined below, to be used in connection with PG&E's pipe line construction and installation project, upon, over and across that certain real property in the City of Roseville, County of Placer, State of California, identified as Placer County Assessor's Parcel Number Portions of 498-010-015, 498-010-019 and 498-010-020 formerly 017-151-027, 017-151-029.

Said temporary easement is defined as follows:

(a) the temporary right to use as a pipeline preparation area and for working strips and laydown and staging areas, including the right to place and operate construction equipment thereon the area outlined by the heavy dashed lines and cross hatched on Exhibit "A" sheets 1 and 2 of 3 attached hereto and made a part hereof and thereon designated TCE.

(b) the temporary right to use as an access road the area outlined by the heavy dashed lines and cross hatched on Exhibit "A" sheet 3 of 3 attached hereto and made a part hereof and thereon designated Temporary Access Road.

The Parties agree as follows with respect to this TCE and Temporary Access Road:

1. Upon completion of PG&E's pipe line construction and installation project, PG&E agrees to restore said temporary easement area to a condition as nearly as practicable to its condition prior to its use by PG&E.

2. To indemnify and hold harmless Grantor and Grantor's agents, employees, successors and/or assigns against any loss and damage claim which shall be caused by any wrongful or negligent act or omission of PG&E or of its agents or employees in the course of their employment, provided, however, that this indemnity shall not extend to that portion of such loss or damage that shall have been caused by the comparative negligence or willful misconduct of Grantor or Grantor's agents, employees, successors and/or assigns.

3. This easement is temporary and shall terminate upon the date of completion of PG&E's pipe line construction and installation project.

Dated this _____ day of _____, 20___.


D F PROPERTIES, a California Corporation

By _____

By _____


Attach to LD: 2111-05-0102
Area, Region or Location: 6
Land Service Office: Sacramento
Line of Business: 52
Business Doc Type: Temporary Construction Easement
MTRSQ: 21.11.05.36.31, 21.11.05.36.32, 21.11.05.36.24, 21.11.05.36.21, 21.11.05.36.23, 21.11.05.36.22,
FERC License Number: N/A
PG&E Drawing Number: N/A
Plat No.: N/A
LD of Affected Documents: N/A
LD of Cross Referenced Documents: N/A
Type of interest: 5
SBE Parcel: N/A
% Being Quitclaimed: N/A
Order or PM: 74001449
JCN: 06-05-033
County: Placer
Utility Notice Number:
851 Approval Application No: N/A   ;Decision:
Prepared By: bcs6
Checked By: DPM
Approved By:
Revised by:
Revision Number: 7
    Ver2, changed TCE No. 1, delete TCE No. 3, add new TCE No. 3, 12/07 10 BCS
    Ver3, TCE No.1 and 2 combined and increased, 3/22/11 BCS
    Ver4, Edit APN change 039 to 089, and Road Esmts 7/15/13 BCS
    Ver5 Line Change, edit Exhibit, 3.2.15 BCS
    Ver6 Edit Gas lot and added access esmt, 3/8/16/ BCS
    Ver7 edited to 14' of pipeline at E'ly tie in, not used 8/25/17 BCS
    Ver8 Edited Ver6 to add new APN's and ref.to former APN's 1/22/18 BCS

- 2 -

Case: 19-30088   Doc# 1174-7   Filed: 04/02/19   Entered: 04/02/19 10:59:02   Page 8 of 19







RECORDING REQUESTED BY AND RETURN TO:

*PACIFIC GAS AND ELECTRIC COMPANY*
*2730 Gateway Oaks, Ste 220*
*Sacramento, California 95833*

Location: City/Uninc_____
Recording Fee $_____
Document Transfer Tax $ _____
[ ] This is a conveyance where the consideration and
    Value is less than $100.00 (R&T 11911).
[ ] Computed on Full Value of Property Conveyed, or
[ ] Computed on Full Value Less Liens
    & Encumbrances Remaining at Time of Sale

_____
Signature of declarant or agent determining tax
LD 2111-05-0158

(SPACE ABOVE FOR RECORDER'S USE ONLY)

2015086 (06-05-033) 4 15 2A
LINE 407 PHASE 1

# TEMPORARY CONSTRUCTION EASEMENT

D F PROPERTIES, a California corporation,

hereinafter called Grantor, hereby grants to PACIFIC GAS AND ELECTRIC COMPANY, a California corporation, hereinafter called Grantee, a temporary easement, as defined below, to be used in connection with Grantee's pipe line construction and installation project, upon, over and across that certain real property in the City of Roseville, County of Placer, State of California, identified as Placer County Assessor's Parcel Number 017-150-089.

Said temporary easement is defined as follows:

The temporary right to use for working, pipe line preparation, hydro testing, laydown and staging areas, including the right to locate construction trailers and construction equipment including parking vehicles thereon, and the temporary right to enclose with a fence, the area outlined in a heavy dashed line on Drawing Number SL-1291 attached hereto and made a part hereof.

Upon completion of its pipe line construction and installation project, Grantee agrees to restore said temporary easement area to a condition as nearly as practicable to its condition prior to its use by Grantee.

Grantee agrees to indemnify Grantor against any loss and damage which shall be caused by any wrongful or negligent act or omission of Grantee or of its agents or employees in the course of their employment, provided, however, that this indemnity shall not extend to that portion of such loss or damage that shall have been caused by Grantor's comparative negligence or willful misconduct.

This easement is temporary and shall terminate upon the date of completion of Grantee's pipe line construction and installation project.

The provisions hereof shall inure to the benefit of and bind the successors and assigns of the respective parties hereto, and all covenants shall apply to and run with the land.

Dated this _____ day of _____, 20____.

D F PROPERTIES, a California corporation

By_____

By_____

Area 6
Sacramento Land Office
Gas Transmission

USGS location: T11N, R5E MDM, SE ½ SEC 36
FERC License Number(s): N/A
PG&E Drawing Number(s): SL-1291
PLAT NO. N/A
LD of any affected documents: N/A
LD of any Cross-referenced documents: 2111-05-0102
TYPE OF INTEREST: 05, 52
SBE Parcel Number: N/A
(For Quitclaims, % being quitclaimed) N/A
Order #: 30682530
JCN: 06-05-033
County: Placer
Utility Notice Numbers: N/A
851 Approval Application No._____ N/A
Prepared By: BCS6/ REY ENGINEERS, Inc
Checked By: BCS6
Revision Number: 1
 Ver 2 Added JUA to Exhibit, 5/5/15 BCS
 Ver 2A Removed Compensation Language 6/27/18



# EXHIBIT F



City Manager
311 Vernon Street
Roseville, California 95678

March 3, 2017

Mr. Stephen Rowland
Sedgwick LLP
333 Bush Street, 30th Floor
San Francisco, CA 94104

      Re:    PG&E Condemnation Actions in Placer County Superior Court
                 Case Nos. SCV0034539, SCV0035650, SCV0035651, SCV0035652

Mr. Rowland:

Pacific Gas and Electric Company ("PG&E") filed condemnation actions in Placer County Superior Court against several landowners to acquire portions of their property for the construction of a natural gas pipeline known as the PG&E Line 407 project ("Project"). One section of the PG&E Project runs parallel to Baseline Road in the Sierra Vista Specific Plan ("SVSP") area in Roseville, CA. The City of Roseville, a municipal corporation located in Placer County, CA, adopted the SVSP in May of 2010. Several landowners in the SVSP are named defendants in the PG&E condemnation actions, including:

- DF Properties, a California corporation (Case No. SCV0035649)
- John J. Guerra, Jr., Successor Trustee of the Cyril G. Barbaccia Irrevocable Trust dated December 15, 1976 (Case No. SCV 0035650)
- Baseline P&R, LLC (Case No. SCV0035651)
- KV Sierra Vista, LLC (Case No. SCV0035651)
- Baseline 80 Investors, LLC (Case No. SCV0035652)

As part of the approval process for the SVSP, the landowners named above were required to irrevocably offer to dedicate land to the City of Roseville for certain public improvements (easements, roads, infrastructure, parks and open space, etc.). At this time, the City of Roseville has not formally accepted those offers of dedication because the SVSP remains largely undeveloped, but intends to do so as the SVSP develops.

However, in light of the above facts, the City of Roseville does hereby confirm by this letter that it is not seeking any compensation from PG&E or the landowners as it relates to the above-mentioned condemnation actions and the areas subject to irrevocable offers of dedication to the City.

Sincerely,

Rob Jensen,
City Manager

cc:   City Attorney

Exhibit No. 9

R. Jensen
3/29/17

Elizabeth Whalen
CCRN, RHR, CSR No. 11196

(916) 774-5362 • Fax • (916) 774-5485 TDD (916) 774-5220 • citymanager@roseville.ca.us • www.roseville.ca.us/citymanager

# PROOF OF SERVICE

I, LAURA A. FLOOD, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 101 Howard Street, Suite 400, San Francisco, California 94105-6125. On September 14, 2018, I served a copy of the within document(s):

**SECOND AMENDED COMPLAINT IN EMINENT DOMAIN**

- [ ] by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- [X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

- [ ] OVERNIGHT COURIER – by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via **FEDERAL EXPRESS**.

- [ ] I caused the above listed document(s) to be personally delivered via **FIRST LEGAL** to the person(s) at the address(es) set forth below.

- [ ] E-MAIL - by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Gary Livaich, Esq.
Brian Manning, Esq.
Kristen Ditlevsen Renfro, Esq.
DESMOND, NOLAN, LIVAICH & CUNNINGHAM
15th & S Building
1830 15th Street
Sacramento, CA 95811
Telephone: (916) 443-2051
Facsimile: (916) 443-2651
Email(s): glivaich@dnlc.net
bmanning@dnlc.net
krenfro@dnlc.net

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on

SF #4845-3039-5482 v1

- 1 -

motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 14, 2018, at San Francisco, California.

_____
LAURA A. FLOOD

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF #4845-3039-5482 v1

- 2 -

PROOF OF SERVICE

Case: 19-30088    Doc# 1174-7    Filed: 04/02/19    Entered: 04/02/19 10:59:02    Page 19 of 19