

Case: 19-30088    Doc# 1174-12    Filed: 04/02/19    Entered: 04/02/19 10:59:02    Page 1 of 17



# EXHIBIT B





# EXHIBIT C





# EXHIBIT D

LD 2111-05-0105
2008089 (JCN 06-05-033) 09 08 5
Line 407 - Phase 1

## TEMPORARY CONSTRUCTION EASEMENT

JOHN J. GUERRA, JR., Successor Trustee of the Cyril G. Barbaccia Irrevocable Trust, dated December 15, 1976

hereinafter called Owner, hereby grants to PACIFIC GAS AND ELECTRIC COMPANY, a California corporation, hereinafter called PG&E, a temporary easement, as defined below, to be used in connection with PG&E's pipe line construction and installation project, upon, over and across that certain real property in the City of Roseville, County of Placer, State of California, identified as Placer County Assessor's Parcel Number Portions of 498-010-012 and 489-010-013 Formerly 017-151-026.

Said temporary easement is defined as follows:

(a) the temporary right to use as a pipeline preparation area and for working strips and laydown and staging areas, including the right to place and operate construction equipment thereon the area outlined by the heavy dashed lines and cross hatched on Exhibit "A" sheet 1 of 2 attached hereto and made a part hereof and thereon designated TCE.

(b) the temporary right to use as an access road the area outlined by the heavy dashed lines and cross hatched on Exhibit "A" sheet 2 of 2 attached hereto and made a part hereof and thereon designated Temporary Access Road.

The Parties agree as follows with respect to this TCE and Temporary Access Road:

1. Upon completion of PG&E's pipe line construction and installation project, PG&E agrees to restore said temporary easement area to a condition as nearly as practicable to its condition prior to its use by PG&E.

2. To indemnify and hold harmless Grantor and Grantor's agents, employees, successors and/or assigns against any loss and damage claim which shall be caused by any wrongful or negligent act or omission of PG&E or of its agents or employees in the course of their employment, provided, however, that this indemnity shall not extend to that portion of such loss or damage that shall have been caused by the comparative negligence or willful misconduct of Grantor or Grantor's agents, employees, successors and/or assigns.

- 1 -

Case: 19-30088    Doc# 1174-12    Filed: 04/02/19    Entered: 04/02/19 10:59:02    Page 10 of 17

3. This easement is temporary and shall terminate upon the date of completion of PG&E's pipe line construction and installation project.

Dated this _____ day of _____, 20____.

JOHN J. GUERRA, JR., Successor Trustee
of the Cyril G. Barbaccia Irrevocable Trust,
dated December 15, 1976

_____
John J. Guerra, Successor Trustee

Attach to LD: 2111-05-0104
Area, Region or Location: 6
Land Service Office: Sacramento
Line of Business: 52
Business Doc Type: TCE
MTRSQ: 21.11.05.36.33, 21.11.05.36.34
FERC License Number: N/A
PG&E Drawing Number: N/A
Plat No.: N/A
LD of Affected Documents: N/A
LD of Cross Referenced Documents: N/A
Type of interest: 5
SBE Parcel: N/A
% Being Quitclaimed: N/A
Order or PM: 74001449
JCN: 06-05-033
County: Placer
Utility Notice Number:
851 Approval Application No: N/A  ;Decision:
Prepared By: REY Engineers, Inc
Checked By: DPM2
Approved By: DPM2
Revised by: BCSG
Revision Number: 4
    Ver2 Edit for Access esmt, 3/1/16  BCS
    Ver3 Edit Exhibit, add +/- 3/7/16  BCS
    Ver4 Edit for Heading and Signature to John J. Guerra, Jr. 10/31/17 BCS
    Ver5 Edit to add new APN's with Ref. to former APN. 1/22/18 BCS

- 2 -





Case: 19-30088 Doc# 1174-12 Filed: 04/02/19 Entered: 04/02/19 10:59:02 Page 13 of 17

# EXHIBIT E



City Manager
311 Vernon Street
Roseville, California 95678

March 3, 2017

Mr. Stephen Rowland
Sedgwick LLP
333 Bush Street, 30th Floor
San Francisco, CA 94104

    Re: PG&E Condemnation Actions in Placer County Superior Court
       Case Nos. SCV0034539, SCV0035650, SCV0035651, SCV0035652

Mr. Rowland:

Pacific Gas and Electric Company ("PG&E") filed condemnation actions in Placer County Superior Court against several landowners to acquire portions of their property for the construction of a natural gas pipeline known as the PG&E Line 407 project ("Project"). One section of the PG&E Project runs parallel to Baseline Road in the Sierra Vista Specific Plan ("SVSP") area in Roseville, CA. The City of Roseville, a municipal corporation located in Placer County, CA, adopted the SVSP in May of 2010. Several landowners in the SVSP are named defendants in the PG&E condemnation actions, including:

- DF Properties, a California corporation (Case No. SCV0035649)
- John J. Guerra, Jr., Successor Trustee of the Cyril G. Barbaccia Irrevocable Trust dated December 15, 1976 (Case No. SCV 0035650)
- Baseline P&R, LLC (Case No. SCV0035651)
- KV Sierra Vista, LLC (Case No. SCV0035651)
- Baseline 80 Investors, LLC (Case No. SCV0035652)

As part of the approval process for the SVSP, the landowners named above were required to irrevocably offer to dedicate land to the City of Roseville for certain public improvements (easements, roads, infrastructure, parks and open space, etc.). At this time, the City of Roseville has not formally accepted those offers of dedication because the SVSP remains largely undeveloped, but intends to do so as the SVSP develops.

However, in light of the above facts, the City of Roseville does hereby confirm by this letter that it is not seeking any compensation from PG&E or the landowners as it relates to the above-mentioned condemnation actions and the areas subject to irrevocable offers of dedication to the City.

Sincerely,

Rob Jensen,
City Manager

Exhibit No. 9
R. Jensen
3/29/17

cc: City Attorney

(916) 774-5362 • Fax (916) 774-5485 TDD (916) 774-5220 • citymanager@roseville.ca.us • www.roseville.ca.us/citymanager

Case: 19-30088   Doc# 1174-12   Filed: 04/02/19   Entered: 04/02/19 10:59:02   Page 15 of 17

# PROOF OF SERVICE

I, LAURA A. FLOOD, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 101 Howard Street, Suite 400, San Francisco, California 94105-6125. On March 9, 2018, I served a copy of the within document(s):

## AMENDED COMPLAINT IN EMINENT DOMAIN

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ OVERNIGHT COURIER – by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via **FEDERAL EXPRESS**.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ E-MAIL - by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Gary Livaich, Esq.
Brian Manning, Esq.
Kristen Ditlevsen Renfro, Esq.
DESMOND, NOLAN, LIVAICH & CUNNINGHAM
15th & S Building
1830 15th Street
Sacramento, CA 95811
Telephone: (916) 443-2051
Facsimile: (916) 443-2651
Email(s): glivaich@dnlc.net
bmanning@dnlc.net
krenfro@dnlc.net

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on

SF #4845-3039-5482 v1

-1-

PROOF OF SERVICE

ATTORNEYS AT LAW
SAN FRANCISCO

Case: 19-30088    Doc# 1174-12    Filed: 04/02/19    Entered: 04/02/19 10:59:02    Page 16 of 17

motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 9, 2018, at San Francisco, California.

_____
LAURA A. FLOOD

SF #4845-3039-5482 v1

- 2 -

PROOF OF SERVICE