# Exhibit H

Case: 19-30088    Doc# 1174-14    Filed: 04/02/19    Entered: 04/02/19 10:59:02    Page 1
of 25

STEPHEN L. SCHIRLE (State Bar No. 96085)
CESAR V. ALEGRIA, JR. (State Bar No. 145625)
**PACIFIC GAS AND ELECTRIC COMPANY**
77 Beale Street, B30A
San Francisco, CA 94105
Telephone: (415) 973-0360

Please Direct All Correspondence To:

CHRISTOPHER J. GONZALEZ (State Bar No. 227804)
**CJG LEGAL**
200 Pringle Ave, Suite 400
Walnut Creek, CA 94596
Telephone:    (925) 464-2121
chris@cjglegal.com

Attorneys for Plaintiff
PACIFIC GAS AND ELECTRIC COMPANY

FILED
Superior Court of California
County of Placer

JAN 31 2018

Jake Chatters
Executive Officer & Clerk
By: O. Lucatuorto, Deputy

SUPERIOR COURT OF CALIFORNIA

COUNTY OF PLACER

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, <br><br>         Plaintiff, <br><br> v. <br><br> JOINER LIMITED PARTNERSHIP; and DOES 1 through 50 inclusive, <br><br>         Defendants. | Case No. SCV 0040156 <br><br> **FIRST AMENDED COMPLAINT IN EMINENT DOMAIN** <br><br> JURY TRIAL DEMANDED <br><br> APN: 021-310-097 |

Plaintiff PACIFIC GAS AND ELECTRIC COMPANY (hereinafter referred to as "PG&E") alleges as follows:

    1.      PG&E is a public utility corporation, duly organized and existing under and by virtue of the laws of the State of California, with its principal place of business in the City and County of San Francisco.

    2.      The names and capacities of the known defendants and their possible interests in the property at issue (described in Paragraph 4) are set forth below for the convenience of the Court. These data are based on information and belief, and are not allegations by which PG&E intends to be bound.

- 1 -

FIRST AMENDED COMPLAINT IN EMINENT DOMAIN

Case: 19-30088    Doc# 1174-14    Filed: 04/02/19    Entered: 04/02/19 10:59:02    Page 2 of 25

| **Defendant** | **Apparent Property Interest** |
|---|---|
| Joiner Limited Partnership, a California limited partnership | Fee ownership interest. |

3.     PG&E does not know the true names or capacities of defendants sued herein as DOES 1 through 50, inclusive, nor the interests which they claim in the property, if any.  PG&E will, upon ascertaining their true names, substitute the true names for such fictitious names by amendment to this Complaint.

4.     Defendants, and each of them, claim some right, title or interest in a parcel of vacant/unimproved real property situated in Placer County, California, located on the southwest corner of Nicolaus Road and Joiner Parkway, and more particularly described as follows:

> PARCEL 4 OF PARCEL MAP NO. 2000-75 FILED IN JUNE 20, 2000 IN MAP BOOK 30 OF PARCEL MAPS, AT PAGE 22, IN THE OFFICE OF THE PLACER COUNTY RECORDS.

> EXCEPTING THEREFROM, ALL THAT PORTION DESCRIBED IN THE DEED TO PACIFIC GAS AND ELECTRIC COMPANY RECORDED MAY 13, 2009, INSTRUMENT NO. 40004, PLACER COUNTY RECORDS.

(Placer County Assessor's Parcel Number 021-310-097, and hereafter the "Property.")

## BACKGROUND

5.     PG&E constantly strives to improve and enhance the safety its operations, as well as to improve and protect the reliability of utility service.  With its natural gas transmission pipelines, one such safety feature is the installation of remotely controllable and automated valves.  These automated values enhance electronic monitoring of the natural gas transmission system to identify operational issues, and to prevent pipeline ruptures.  Should a rupture occur, automated values allow PG&E to quickly locate, isolate, and minimize damage.

6.     Natural gas pipeline safety regulations use the concept of High Consequence Areas ("HCAs"), to identify specific locales and areas where a pipeline rupture/release could have the most significant consequences. An equation has been developed based on research and experience that estimates the distance from an adverse event at which personal injury or

-2-

1   significant property damage could occur. This distance is known as the potential impact radius (or

2   "PIR"). Natural gas transmission operators, like PG&E, must calculate the PIR for all points

3   along their pipelines and evaluate corresponding impact circles to identify what population is

4   contained within each circle.

5          7.      Locations for valve automation are selected after an internal review that

6   evaluates a number of factors, including the HCA classification, and the PIR should a rupture

7   occur.

8          8.      Here, PG&E has identified natural gas transmission pipe line L-123 for remote

9   actuation and valve automation. L-123 is already physically present on the Property pursuant to

10  existing PG&E easements. Based on the alignment of these lines and the topography of the site,

11  the Property is the ideal location for these facilities.

12         9.      Additionally, PG&E's Transmission Integrity Management Plan ("TIMP") is

13  dedicated to making its natural gas transmission lines "piggable" which means to allow the

14  passage of In-Line Inspection ("ILI") tools. This will allow PG&E to assess the integrity of its

15  natural gas transmission pipelines by running a tool inside of the pipeline that can detect damage

16  or corrosion.

17         10.     PG&E, in addition to holding a fee interest to land that was formerly part of the

18  Property, owns a series of existing easements on the Property for its electrical and natural gas

19  transmission facilities, however, they do not presently provide the necessary rights or sufficient

20  area needed for the installation of the new facilities, nor do they accommodate the space needs for

21  the ILI tools, modern facilities and equipment, or pipeline repair or maintenance. In determining

22  property needs, PG&E considers factors such as the diameter of the pipe or the gas transmission

23  facilities at issue, construction equipment working space requirements, and construction working

24  space for the pipe trench and spoil pile.

25         11.     Here, due to the anticipated scope of construction and the installation of the new

26  valve station and ILI facilities, PG&E has determined that it is necessary to acquire additional

27  easement rights on the Property.

28

-3-

Case: 19-30088    Doc# 1174-14    Filed: 04/02/19    Entered: 04/02/19 10:59:02    Page 4
of 25

**PROJECT DETAILS**

12.     PG&E is undertaking a project entitled V-252 L-123 MP 13.57 Lincoln Junction (the "Project"). PG&E's present intended scope of work includes the installation of automatic shut-off valves, and remote operated valves, including associated facilities. Specifically, PG&E seeks the following rights:

### PERMANENT RIGHTS

An exclusive easement and right of way to excavate for, install, construct, replace (of the initial or any other size), remove, maintain and use aboveground and underground facilities, consisting of but not limited to, pipes with necessary and proper valves with aboveground gearing, together with such other appliances, fittings, devices, equipment, associated supports, concrete pedestals and pads, and fixtures, necessary to any and all thereof, as PG&E deems necessary for the purpose of launching and/or receiving internal pipe line devices used to inspect, maintain and monitor PG&E's natural gas pipe line system, and for metering, regulating and discharging gas into the atmosphere within, to install concrete curbing on, to cover with bitumastic pavement and to enclose with a fence, the hereinafter described "Meter Lot" lying within Defendant's lands which are situate in the County of Placer, State of California, and described and designated Lands in EXHIBIT A attached hereto and part hereof:

The aforesaid Meter Lot is described as follows:

PARCEL 1 described in EXHIBIT A and depicted on EXHIBIT B-1 attached hereto and made a part hereof.

The right at any time, and from time to time, to excavate for, construct, install, repair, reconstruct, replace (of the initial or any other size), remove, maintain and use facilities for the transmission and distribution of electric energy and for communication purposes, consisting of one or more lines of underground wires and cables, conduits, pipes, manholes, service boxes and electrical conductors, together with all necessary appliances and fixtures for use in connection therewith, over under and across PARCEL 2 described in EXHIBIT A and depicted on EXHIBIT B-2 attached hereto and made a part hereof.

A non-exclusive easement and right to use as a staging area for construction equipment, as PG&E may from time to time deem necessary, for the purposes of effectuating the launching and receiving of pipe line in line inspection devices, within said PARCEL 3 (the "Pipe Line In Line Inspection Equipment (ILI) Staging Area") described in EXHIBIT A and depicted on EXHIBIT B-3 attached hereto and made a part hereof.

-4-

A right of way for ingress to and egress from said Meter Lot across the parcels of land described as follows:

PARCEL 4 AND PARCEL 5 described in EXHIBIT A and depicted on EXHIBIT B-4 and EXHIBIT B-5 attached hereto and made a part hereof.

The right, from time to time, to trim or to cut down any and all trees and brush now or hereafter within said easement area, and shall have the further right, from time to time, to trim and cut down trees and brush along each side of said PARCEL 1(Meter Lot), PARCEL 2 and PARCEL 3 which now or hereafter in the opinion of PG&E may interfere with or be a hazard to the facilities installed hereunder, or as PG&E deems necessary to comply with applicable state or federal regulations.

Defendant shall not erect or construct any building or other structure, or drill or operate any well, or construct any reservoir or other obstruction on said PARCEL 1 (Meter Lot), PARCEL 2 and PARCEL 3.

PG&E agrees to indemnify Defendant against any loss and damage which shall be caused by any wrongful or negligent act or omission of PG&E or of its agents or employees in the course of their employment, provided, however, that this indemnity shall not extend to that portion of such loss or damage that shall have been caused by Defendant's comparative negligence or willful misconduct.

Because PG&E's easement over PARCEL 1 (Meter Lot) is exclusive, Defendant shall not grant any easement or easements on, under or over said PARCEL 1 (Meter Lot) without the written consent of PG&E.

The provisions hereof shall inure to the benefit of and bind the successors and assigns of the respective parties hereto.


**TEMPORARY RIGHTS**

The temporary right to use for working, laydown and staging areas, including the right to locate construction trailers and construction equipment thereon, and the temporary right to enclose with a fence, the area depicted on the map attached hereto as EXHIBIT C, and more particularly described on EXHIBIT C-1. These temporary rights shall expire on December 9, 2018, or when PG&E completes construction of the Project, whichever is sooner.

13.     Because PG&E already has existing facilities on and/or adjacent the Property, this location is ideal for the Project.

1    14.    PG&E has authority to exercise the power of eminent domain under Public

2    Utilities Code sections 612 and 613, and Code of Civil Procedure sections 1230.010, et seq., and

3    1240.120. Exercise of this power is proper in this case.

4    15.    The rights/property sought to be condemned for the Project are necessary for the

5    project and the public good. The Project is planned and located in a manner that is the most

6    compatible with the greatest public good and with the least private injury. PG&E has made the

7    offer required by Government Code section 7267.2 to the owners of the Property. PG&E has also

8    deposited with the State Condemnation Deposit Fund probable just compensation for the

9    easement rights being acquired.

10    16.    WHEREFORE, PG&E prays that the permanent and temporary property interests

11    and obligations as herein described, and as depicted on EXHIBIT A, EXHIBITS B-1 through B-

12    5, and EXHIBITS C through C-1, be condemned for the use of PG&E, that just compensation due

13    to the Defendants for the taking of this property be ascertained, that any liens and encumbrances

14    against said property be deducted from the judgment, and that PG&E have such other and further

15    relief as the Court may deem necessary and proper.

16

17    Dated: January __, 2018                    CJG LEGAL

18

19                                        By:    _____
20                                               CHRISTOPHER J. GONZALEZ
                                                 Attorneys for Plaintiff
21                                               PACIFIC GAS AND ELECTRIC
                                                 COMPANY
22

23

24

25

26

27

28

-6-

# EXHIBIT A

<u>LD 2112-06- 0452</u>

# "EXHIBIT A"

**LANDS**

PARCEL 4 as shown upon Parcel Map No. 2000-75, filed for record on June 20, 2000 in Book 30 of Parcel Maps at page 22, Placer County Records.

## PARCEL 1 (Meter Lot)

A portion of said lands, lying in the County of Placer, State of California, more particularly described as follows:

**Commencing** at the northwest corner of said PARCEL 4, as shown on that certain Parcel Map No. 2000-75, filed for record June 20, 2000 in Book 30 of Parcel Maps at page 22, Placer County Records and running thence along the northerly boundary line of said PARCEL 4
(a) North 89°17'25" East, 145.14 feet
to the northwest corner of the parcel of land described in the deed from Charles Jessie Joiner to Pacific Gas and Electric Company dated April 29, 2009 and filed for record as Document No. 2009-0040004, Placer County Records; thence leaving said northerly boundary line
(b) South 00°30'42" East, 39.30 feet along the westerly boundary line of the parcel of land described in said deed dated April 29, 2009 to the **Point of Beginning**; thence
(1) South 00°30'42" East, 60.67 feet; thence
(2) North 89°17'25" East, 80.41 feet
to a point hereinafter for convenience called Point "A"; thence
(3) North 89°17'25" East, 2.00 feet; thence
(4) North 00°42'35" West, 60.66 feet; thence
(5) South 89°17'25" West, 2.00 feet
to the southeast corner of the parcel of land described in said deed dated April 29, 2009; thence along said southerly boundary line of said parcel of land
(6) South 89°17'25" West, 80.20 feet, more or less,
to the **Point of Beginning**.

Containing 4,993 square feet of land.

## PARCEL 2

A portion of said lands, lying in the County of Placer, State of California, more particularly described as follows:

**Commencing** at said Point "A" and running
(a) North 89°17'25" East, 2.00 feet to the **Point of Beginning**; thence
(1) North 00°42'35" West, 60.66 feet; thence
(2) South 89°17'25" West, 2.00 feet;
to the southeast corner of the parcel of land described in said deed dated April 29, 2009; thence along the easterly boundary line of said parcel of land
(3) North 00°42'35" West, 34.30 feet, to the northerly boundary line of said lands; thence along said northerly boundary line

(4) North 89°17'25" East, 10.00 feet; thence leaving said northerly boundary line
(5) South 00°42'35" East, 94.96 feet; thence
(6) South 89°17'25" West, 8.00 feet; more or less,
to the **Point of Beginning**.

Containing 828 square feet of land.

## PARCEL 3

A portion of said lands, lying in the County of Placer, State of California, more particularly described as follows:

      **Beginning** at said Point "A" and running
(1) South 00°42'35" East, 89.30 feet; thence
(2) South 89°17'25" West, 80.72 feet; thence
(3) North 00°30'42" West, 89.30 feet; thence
(4) North 89°17'25" East, 80.41 feet, more or less,
to the **Point of Beginning**.

Containing 7,194 square feet of land.

## PARCEL 4

A portion of said lands, lying in the County of Placer, State of California, more particularly described as follows:

      **Beginning** at said Point "A" and running
(1) North 89°17'25" East, 2.00 feet; thence
(2) North 00°42'35" West, 60.66 feet; thence
(3) South 89°17'25" West, 2.00 feet;
to the southeast corner of the parcel of land described in said deed dated April 29, 2009; thence along the easterly boundary line of said parcel of land
(4) North 00°42'35" West, 34.30 feet,
to the northerly boundary line of said lands; thence along said northerly boundary line
(5) North 89°17'25" East' 49.84 feet
to the northwest corner of said lands, also being the westerly boundary line of Joiner Parkway (125' wide); thence along said westerly boundary line
(6) South 00°30'31" East, 169.83 feet; thence leaving said westerly boundary line
(7) South 89°17'25" West, 49.24 feet; thence
(8) North 00°42'35" West, 29.87 feet; thence
(9) South 89°17'25" West, 80.57 feet; thence
(10) North 00°42'35" West, 45.00 feet; thence
(11) North 89°17'25" East, 80.41 feet, more or less,
to the **Point of Beginning**.

Containing 11,914 square feet of land.

## PARCEL 5

A portion of said lands, lying in the County of Placer, State of California, more particularly described as follows:

      **Commencing** at the northwest corner of said PARCEL 4, as shown on that certain Parcel Map No. 2000-75, filed for record June 20, 2000 in Book 30 of Parcel Maps at page 22, Placer County Records and running thence along the northerly boundary line of said PARCEL 4

      (a) North 89°17'25" East, 85.94 feet

to the **Point of Beginning**; thence continuing

      (1) North 89°17'25" East, 59.19 feet

to the northwest corner of the parcel of land described in the deed from Charles Jessie Joiner to Pacific Gas and Electric Company dated April 29, 2009 and filed for record as Document No. 2009-0040004, Placer County Records; thence

      (2) South 00°30'42" East, 99.97 feet; thence

      (3) South 89°28'35" West, 10.10 feet; thence northwesterly on a curve to the right with a radius of 49.00 feet, through a central angle of 89°48'09" and tangent at the southerly terminus hereof to South 89°28'35" West, with an arc distance of 76.80 feet; thence

      (4) North 00°42'35" West, 50.94 feet, more or less,

to the **Point of Beginning**.

Containing 5,386 square feet of land.

The bearings used in the foregoing description are based on a survey made by the Grantee in March, 2017 and are based on the California Coordinate System (CCS83) Zone 2 and on global positioning system (GPS) observations.

Prepared by:
Pacific Gas & Electric Company

*Timothy Kelly*  5/24/2017

APPROVED AS TO DESCRIPTION
TIMOTHY KELLY, PLS 7089

LICENSED LAND SURVEYOR
TIMOTHY KELLY
No. 7089
STATE OF CALIFORNIA

# EXHIBIT B-1



# Line Table

| | | |
|---|---|---|
| L1 | S00°30'42"E | 39.30' (tie) |
| L2 | S00°30'42"E | 60.67' |
| L3 | N89°17'25"E | 80.41' |
| L4 | N00°42'35"W | 60.66' |
| L5 | S89°17'25"W | 82.20' |

North

NICOLAUS ROAD
(WIDTH VARIES)

POC

PG&E
APN: 021-310-003
667 O.R. 105
(LD 2112-06-0139)

PG&E
APN: 021-310-098
DOC. NO. 2009-0040004
(LD 2112-06-0405)

N89°17'25"E 145.14' (tie)

FND 3/4" REBAR
W/ CAP, LS 4732
per 30 PM 22

POB

L5

PARCEL 2,
ELECTRIC EASEMENT
(SEE SHEET 2)

ACCESS EASEMENT
DOC. NO. 2009-0040004
LD 2112-06-0405

PARCEL 1,
METER LOT

ILI STAGING ACCESS
EASEMENT
DOC. NO. 2009-0040005,
EASEMENT AREA 2
(LD 2112-06-0402)

L2

L4

POINT "A"

L3

ILI STAGING AREA
EASEMENT
DOC. NO. 2009-0040005,
(LD 2112-06-0402)

DETAIL A

ILI STAGING ACCESS
EASEMENT
DOC. NO. 2009-0040005,
(LD 2112-06-0402)

PARCEL 3,
ILI STAGING
EASEMENT
(SEE SHEET 3)

APN: 021-310-032

APN: 021-310-075

JOINER PARKWAY
(125' WIDE)

JOINER LIMITED
PARTNERSHIP

30 PM 22, PARCEL 4

APN: 021-310-097

## Map Legend

| | |
|---|---|
| ● | FOUND IRON PIPE per 30 MAPS 22 |
| POB | POINT OF BEGINNING |
| POC | POINT OF COMMENCEMENT |
| —·—·— | LAND PARCEL LINE |
| — — — | EXISTING EASEMENT LINE (AS NOTED) |
| ▬ ▬ ▬ | PROPOSED EASEMENT (BEING ACQUIRED CONCURRENTLY) |
| ▨ | VALVE PIT EASEMENT per 601 O.R. 251 (LD 2112-06-0127) |
| ▤ | EXCLUSIVE EASEMENT (PARCEL 1) |

DETAIL A

POINT "A"

L3    2.00'

L4

0    60    120    180

1 INCH = 60 FEET

LD 2112-06-0452

| AUTHORIZATION 31137395 | |
|---|---|
| BY | D. MACHADO |
| DR | D. MACHADO |
| CH | T. KELLY |
| O.K. | T. KELLY |
| DATE | 05/18/2017 |

"EXHIBIT B-1"
METER LOT
LANDS OF JOINER LIMITED
PARTNERSHIP
APN: 021-310-097
PACIFIC GAS AND ELECTRIC COMPANY
San Ramon          California

PG&E

| JCN | N/A |
|---|---|
| AREA | 6 |
| COUNTY | PLACER |
| SCALE | LINCOLN |

| SHEET NO. 1 OF 5 | |
|---|---|
| DRAWING NUMBER | CHANGE |
| L-10052 | |

# EXHIBIT B-2



Line Table

| | | |
|---|---|---|
| L1 | N00°42'35"W | 60.66' |
| L2 | S89°17'25"W | 2.00' |
| L3 | N00°42'35"W | 34.30' |
| L4 | N89°17'25"E | 10.00' |
| L5 | S00°42'35"E | 94.96' |
| L6 | S89°17'25"W | 8.00' |

NICOLAUS ROAD
(WIDTH VARIES)

PG&E
APN: 021-310-003
667 O.R. 105
(LD 2112-06-0139)

PG&E
APN: 021-310-098
DOC. NO. 2009-0040004
(LD 2112-06-0405)

PARCEL 2,
ELECTRIC EASEMENT

FND 3/4" REBAR
W/ CAP, LS 4732
per 30 PM 22

ACCESS EASEMENT
DOC. NO.
2009-0040004
LD 2112-06-0405

PARCEL 1,
METER LOT
(SEE SHEET 1)

ILI STAGING AREA
EASEMENT
DOC. NO. 2009-0040005,
(LD 2112-06-0402)

POB

POC
(POINT "A")
DETAIL A

ILI STAGING ACCESS
EASEMENT
DOC. NO. 2009-0040005,
(LD 2112-06-0402)

ILI STAGING ACCESS
EASEMENT
DOC. NO. 2009-0040005,
(LD 2112-06-0402)

PARCEL 3,
ILI STAGING
EASEMENT
(SEE SHEET 3)

APN: 021-310-032

APN: 021-310-075

JOINER LIMITED
PARTNERSHIP

30 PM 22, PARCEL 4

APN: 021-310-097

JOINER PARKWAY
(125' WIDE)

Map Legend

| | |
|---|---|
| ● | FOUND IRON PIPE per 30 MAPS 22 |
| POB | POINT OF BEGINNING |
| POC | POINT OF COMMENCEMENT |
| — — — | LAND PARCEL LINE |
| — · — · — | EXISTING EASEMENT LINE (AS NOTED) |
| — — — | PROPOSED EASEMENT (BEING ACQUIRED CONCURRENTLY) |
| ▨ | VALVE PIT EASEMENT per 601 O.R. 251 (LD 2112-06-0127) |
| ▧ | ELECTRICAL EASEMENT (PARCEL 2) |

DETAIL A

POB

POINT "A"   2.00'

L1

L6

0   60   120   180

1 INCH = 60 FEET

LD 2112-06-0452
AUTHORIZATION
31137395

| BY | D. MACHADO |
|---|---|
| DR | D. MACHADO |
| CH | T. KELLY |
| O.K. | T. KELLY |
| DATE | 05/18/2017 |

"EXHIBIT B-2"
ELECTRIC EASEMENT
LANDS OF JOINER LIMITED
PARTNERSHIP
APN: 021-310-097
PACIFIC GAS AND ELECTRIC COMPANY
San Ramon          California

PG&E

| JCN | N/A |
|---|---|
| AREA | 6 |
| COUNTY | PLACER |
| CITY | LINCOLN |
| SHEET NO. | 2 OF 5 |

DRAWING NUMBER          CHANGE
L-10052

Case: 19-30088   Doc# 1174-14   Filed: 04/02/19   Entered: 04/02/19 10:59:02   Page 15 of 25

# EXHIBIT B-3



## Line Table

| | | |
|---|---|---|
| L1 | S00°42'35"E | 89.30' |
| L2 | S89°17'25"W | 80.72' |
| L3 | N00°30'42"W | 89.30' |
| L4 | N89°17'25"E | 80.41 |

NICOLAUS ROAD
(WIDTH VARIES)

PG&E
APN: 021-310-003
667 O.R. 105
(LD 2112-06-0139)

PG&E
APN: 021-310-098
DOC. 2009-0040004
(LD 2112-06-0405)

PARCEL 2,
ELECTRIC EASEMENT
(SEE SHEET 2)

FND 3/4" REBAR
W/ CAP, LS 4732
per 30 PM 22

PARCEL 1,
METER LOT
(SEE SHEET 1)

ILI STAGING AREA
EASEMENT
DOC. NO. 2009-0040005,
(LD 2112-06-0402)

ACCESS EASEMENT
DOC. NO. 2009-0040004
LD 2112-06-0405

DETAIL A

ILI STAGING ACCESS
EASEMENT
DOC. NO. 2009-0040005,
(LD 2112-06-0402)

L4

POB
(POINT "A")

ILI STAGING ACCESS
EASEMENT
DOC. NO. 2009-0040005,
(LD 2112-06-0402)

APN: 021-310-032

L3

L1

APN: 021-310-075

PARCEL 3,
ILI STAGING
EASEMENT

L2

**JOINER LIMITED
PARTNERSHIP**

**30 PM 22, PARCEL 4**

**APN: 021-310-097**

JOINER PARKWAY
(125' WIDE)

## Map Legend

| | |
|---|---|
| ● | FOUND IRON PIPE per 30 MAPS 22 |
| POB | POINT OF BEGINNING |
| POC | POINT OF COMMENCEMENT |
| — · — | LAND PARCEL LINE |
| — — — | EXISTING EASEMENT LINE (AS NOTED) |
| — —— — | PROPOSED EASEMENT (BEING ACQUIRED CONCURRENTLY) |
| ▨ | VALVE PIT EASEMENT per 601 O.R. 251 (LD 2112-06-0127) |
| ▨ | ILI STAGING EASEMENT (PARCEL 3) |

DETAIL A
POB
POINT "A"
L4
L1

0    60    120    180

1 INCH = 60 FEET

| LD 2112-06-0452 | | | | |
|---|---|---|---|---|
| AUTHORIZATION 31137395 | | | | |
| BY | D. MACHADO | | | |
| DR | D. MACHADO | | | |
| CH | T. KELLY | | | |
| O.K. | T. KELLY | | | |
| DATE | 05/18/2017 | | | |

"EXHIBIT B-3"
ILI STAGING EASEMENT
LANDS OF JOINER LIMITED
PARTNERSHIP
APN: 021-310-097
PACIFIC GAS AND ELECTRIC COMPANY
San Ramon          California



| | |
|---|---|
| JCN | N/A |
| AREA | 6 |
| COUNTY | PLACER |
| SCALE | LINCOLN |
| SHEET NO. | 3    OF    5 |
| DRAWING NUMBER | CHANGE |
| L-10052 | |

Case: 19-30088   Doc# 1174-14   Filed: 04/02/19   Entered: 04/02/19 10:59:02   Page 17 of 25

# EXHIBIT B-4



### Line Table

| | | |
|---|---|---|
| L1 | N89°17'25"E | 2.00' |
| L2 | N00°42'35"W | 60.66' |
| L3 | S89°17'25"W | 2.00' |
| L4 | N00°42'35"W | 34.30' |
| L5 | N89°17'25"E | 49.84' |
| L6 | S89°17'25"W | 49.24' |
| L7 | N00°42'35"W | 29.87' |
| L8 | S89°17'25"W | 80.57' |
| L9 | N00°30'42"W | 45.00' |
| L10 | N89°17'25"E | 80.41' |

NICOLAUS ROAD
(WIDTH VARIES)

PG&E
APN: 021-310-098
DOC. NO.
2009-0040004
(LD 2112-06-0405)

ILI STAGING ACCESS
EASEMENT
DOC. NO. 2009-0040005,
(LD 2112-06-0402)

PG&E
APN: 021-310-003
667 O.R. 105
(LD 2112-06-0139)

PARCEL 2,
ELECTRIC EASEMENT
(SEE SHEET 2)

FND 3/4" REBAR
W/ CAP, LS 4732
per 30 PM 22

ACCESS EASEMENT
DOC. NO. 2009-0040004
LD 2112-06-0405

DETAIL A

S00°30'31"E  169.83'

JOINER PARKWAY
(125' WIDE)

APN: 021-310-075

PARCEL 1,
METER LOT
(SEE SHEET 1)

POB
(POINT "A")

**PARCEL 4,
ACCESS EASEMENT**

PARCEL 3,
STAGING EASEMENT
(SEE SHEET 3)

ILI STAGING ACCESS
EASEMENT
DOC. NO. 2009-0040005,
(LD 2112-06-0402)

**JOINER LIMITED
PARTNERSHIP**

**30 PM 22, PARCEL 4**

**APN: 021-310-097**

APN: 021-310-032

### Map Legend

| | |
|---|---|
| ● | FOUND IRON PIPE per 30 MAPS 22 |
| POB | POINT OF BEGINNING |
| POC | POINT OF COMMENCEMENT |
| — · — · — | LAND PARCEL LINE |
| — — — | EXISTING EASEMENT LINE (AS NOTED) |
| – – – | PROPOSED EASEMENT (BEING ACQUIRED CONCURRENTLY) |
| ⌧ | VALVE PIT EASEMENT per 601 O.R. 251 (LD 2112-06-0127) |
| ▨ | ACCESS "A" EASEMENT (PARCEL 4) |

DETAIL A

POB
POINT "A"  L1
L10  L2

0   60   120   180

1 INCH = 60 FEET

LD 2112-06-0452

AUTHORIZATION
31137395

| | |
|---|---|
| BY | D. MACHADO |
| DR | D. MACHADO |
| CH | T. KELLY |
| O.K. | T. KELLY |
| DATE | 05/18/2017 |

**"EXHIBIT B-4"**
ACCESS EASEMENT
LANDS OF JOINER LIMITED
PARTNERSHIP
APN: 021-310-097
PACIFIC GAS AND ELECTRIC COMPANY
San Ramon          California

PG&E

| | |
|---|---|
| JCN | N/A |
| AREA | 6 |
| COUNTY | PLACER |
| SCALE | LINCOLN |

SHEET NO.   4   OF   5

DRAWING NUMBER
**L-10052**          CHANGE

# EXHIBIT B-5



## Line Table

| | | |
|---|---|---|
| L1 | S89°17'25"W | 59.19' |
| L2 | S00°30'42"E | 99.97' |
| L3 | S89°28'35"W | 10.10' |
| L4 | N00°42'35"W | 50.94' |

NICOLAUS ROAD
(WIDTH VARIES)

FND 3/4" REBAR
W/ CAP, LS 4732
per 30 PM 22

PG&E
APN: 021-310-003
667 O.R. 105
(LD 2112-06-0139)

PG&E
APN: 021-310-098
DOC. NO. 2009-0040004
(LD 2112-06-0405)

N89°17'25"E
85.94' (tie)

PARCEL 2,
ELECTRIC EASEMENT
(SEE SHEET 2)

PARCEL 5,
ACCESS EASEMENT

PARCEL 1,
METER LOT
(SEE SHEET 1)

R=49.00
Δ=89°48'09"
L=76.80'

ILI STAGING AREA
EASEMENT
DOC. NO. 2009-0040005,
(LD 2112-06-0402)

ILI STAGING ACCESS
EASEMENT
DOC. NO. 2009-0040005,
(LD 2112-06-0402)

PARCEL 3,
ILI STAGING
EASEMENT
(SEE SHEET 3)

APN: 021-310-032

APN: 021-310-075

JOINER PARKWAY
(125' WIDE)

**JOINER LIMITED
PARTNERSHIP**

**30 PM 22, PARCEL 4**

**APN: 021-310-097**

## Map Legend

| | |
|---|---|
| ● | FOUND IRON PIPE per 30 MAPS 22 |
| POB | POINT OF BEGINNING |
| POC | POINT OF COMMENCEMENT |
| | LAND PARCEL LINE |
| | EXISTING EASEMENT LINE (AS NOTED) |
| | PROPOSED EASEMENT (BEING ACQUIRED CONCURRENTLY) |
| | VALVE PIT EASEMENT per 601 O.R. 251 (LD 2112-06-0127) |
| | ACCESS "B" EASEMENT (PARCEL 5) |

0      60      120      180

1 INCH = 60 FEET

LD 2112-06-0452

| AUTHORIZATION 31137395 | |
|---|---|
| BY | D. MACHADO |
| DR | D. MACHADO |
| CH | T. KELLY |
| O.K. | T. KELLY |
| DATE | 05/18/2017 |

**"EXHIBIT B-5"**
ACCESS EASEMENT
LANDS OF JOINER LIMITED
PARTNERSHIP
APN: 021-310-097
PACIFIC GAS AND ELECTRIC COMPANY
San Ramon          California



| JCN | N/A |
|---|---|
| AREA | 6 |
| COUNTY | PLACER |
| SCALE | LINCOLN |

| SHEET NO. | 5 | OF | 5 |
|---|---|---|---|

| DRAWING NUMBER | CHANGE |
|---|---|
| L-10052 | |

Case: 19-30088   Doc# 1174-14   Filed: 04/02/19   Entered: 04/02/19 10:59:02   Page 21 of 25

# EXHIBIT C



## Line Table

| | | |
|---|---|---|
| L1 | N89°17'25"E | 75.06' (TIE) |
| L2 | N89°17'25"E | 70.08' |
| L3 | N89°17'25"E | 10.00' |
| L4 | N89°17'25"E | 39.84' |

NICOLAUS ROAD
(WIDTH VARIES)

P.O.C.
FND 3/4" REBAR
W/ CAP, LS 4732
per 30 PM 22

PG&E
APN: 021-310-003
667 O.R. 105
(LD 2112-06-0139)

PG&E
APN: 021-310-098
DOC. NO. 2009-0040004
(LD 2112-06-0405)

L1 (TIE)    L2    L4

P.O.B.

N00°30'42"W 250.00'

S00°30'42"E 189.22'

N00°42'35"W 94.96'

N00°42'35"W 89.30'

S00°30'31"E 196.78'

L3

N89°17'25"E
80.72'

S89°17'25"W 199.61'

R=2971.47'
Δ=00°55'48"
L=48.23'

JOINER PARKWAY
(125' WIDE)

APN: 021-310-032

APN: 021-310-075

JOINER LIMITED
PARTNERSHIP

30 PM 22, PARCEL 4

APN: 021-310-097

### Map Legend

| | |
|---|---|
| POB | POINT OF BEGINNING |
| POC | POINT OF COMMENCEMENT |
| — - — | LAND PARCEL LINE |
| — — — | EXISTING EASEMENT LINE |
| ▨ | EASEMENT (T.C.E.) |

LICENSED LAND SURVEYOR
MARK ETHAN CARTER
No. 9128
STATE OF CALIFORNIA

0    60    120    180

1 INCH = 60 FEET

| AUTHORIZATION 31137395 | | |
|---|---|---|
| BY | M. CARTER | |
| DR | M. CARTER | |
| CH | T. KELLY | |
| O.K. | T. KELLY | |
| DATE | 01/30/2018 | |

"EXHIBIT C "
EASEMENT (T.C.E.)
LANDS OF JOINER LIMITED
PARTNERSHIP
APN: 021-310-097
PACIFIC GAS AND ELECTRIC COMPANY
San Ramon          California

PG&E

| JCN | N/A |
|---|---|
| AREA | 6 |
| COUNTY | PLACER |
| SCALE | LINCOLN |
| SHEET NO. | 1 OF 1 |
| DRAWING NUMBER | CHANGE |

# EXHIBIT C-1

# "EXHIBIT C-1"

**LANDS**

PARCEL 4 as shown upon Parcel Map No. 2000-75, filed for record on June 20, 2000 in Book 30 of Parcel Maps at page 22, Placer County Records.

**EASEMENT (T.C.E.)**

A portion of said lands, lying in the County of Placer, State of California, more particularly described as follows:

    **Commencing** at the northwest corner of said PARCEL 4, as shown on that certain Parcel Map No. 2000-75, filed for record June 20, 2000 in Book 30 of Parcel Maps at page 22, Placer County Records and running thence along the northerly boundary line of said PARCEL 4

    (a) North 89°17'25" East, 75.06 feet

to the **Point of Beginning**; thence continuing

    (1) North 89°17'25" East, 70.08 feet

to the northwest corner of the parcel of land described in the deed from Charles Jessie Joiner to Pacific Gas and Electric Company dated April 29, 2009 and filed for record as Document No. 2009-0040004, Placer County Records; thence

    (2) South 00°30'42" East, 189.27 feet; thence

    (3) North 89°17'25" East, 80.72 feet; thence

    (4) North 00°42'35" West, 89.30 feet; thence

    (5) North 89°17'25" East, 10.00 feet; thence

    (6) North 00°42'35" West, 94.96 feet to the northerly boundary line of said lands; thence along said northerly boundary line

    (7) North 89°17'25" East, 39.84 feet to the northwest corner of said lands, also being the westerly boundary line of Joiner Parkway (125' wide); thence along said westerly boundary line

    (8) South 00°30'31" East, 196.78 feet; thence southerly on a curve to the right with a radius of 2971.47 feet, through a central angle of 00°55'48" and tangent at the northerly terminus hereof to South 00°30'31" East, with an arc distance of 76.80 feet; thence leaving said westerly boundary line

    (9) South 89°17'25" East, 199.61 feet; thence

    (10) North 00°30'42" West, 250.00 feet, more or less,

to the **Point of Beginning**.

    Containing 33,580 square feet of land.

The bearings used in the foregoing description are based on a survey made by the Grantee in March, 2017 and are based on the California Coordinate System (CCS83) Zone 2 and on global positioning system (GPS) observations.

Prepared by:
Pacific Gas & Electric Company

_Mark E. Carter_    1/30/18

APPROVED AS TO DESCRIPTION
MARK E. CARTER, PLS 8128

LICENSED LAND SURVEYOR
MARK ETHAN CARTER
No. 8128
STATE OF CALIFORNIA