


Case: 19-30088    Doc# 1174-16    Filed: 04/02/19    Entered: 04/02/19 10:59:02    Page 2 of 2