

PG&E L-407 PHASE I BASELINE ROAD (SIERRA VISTA) E.I.R. ALIGNMENT PLAN/PROFILE FIGURE

PLACER COUNTY, CALIFORNIA

