Area: 6
Land Service Office: Sacramento
Operating Department: Gas Transmission
USGS location: T11N, R5E, MDM, E ½ of SW ¼ & SE ¼ SEC 36
FERC License Number(s): N/A
PG&E Drawing Number(s): N/A
PLAT NO. N/A
LD of any affected documents: N/A
LD of any Cross-referenced documents: N/A
TYPE OF INTEREST: 5, 52
SBE Parcel Number: N/A
(For Quitclaims, % being quitclaimed) N/A
PM #: 74001449
JCN: 06-05-033
County: Placer
Utility Notice Numbers: N/A
851 Approval Application No.＿＿＿N/A＿＿＿Decision＿＿＿＿＿＿
Prepared By: R.E.Y. Engineers, Inc.
Checked By: DPM2/BCS6
Revision Number: 7
    Ver2 Added planting clause. Bcs
    Ver3 Edited gas esmt paragraph 8/25/10 BCS
    Ver4 Edited Gas lot size. 01/05/11 BCS
    Ver5 Edited Gas lot size, 3/22/11 BCS
    Ver6 Edit and update document 6/6/13 BCS
    Ver7 Edit for new APN, add new Rd Esmts, "pipe line" to pipeline 7/15/13 BCs
    Ver8 Edit for new gas lot and APN, pluss access esmt. 3/7/16 BCS

LD 2111-05-0102
2008086 (JCN 06-05-033) 09 08 7
Line 407 – Phase 1

## EXHIBIT "A"

## EASEMENTS

**LANDS:**

The parcels of land described and designated PARCEL ONE and PARCEL TWO in the deed from ROSEVILLE RESIDENTIAL PROPERTIES, LTD., a California limited partnership to D F PROPERTIES, a California corporation dated August 21, 1987 and recorded in Book 3253 of Official Records at page 693, Placer County Recorder, State of California.

### EASEMENT No. 1 (Pipeline)

A strip of land being a uniform width of 50.00 feet extending from the westerly boundary line of said PARCEL TWO, easterly to the westerly boundary line of an easement from DF Properties to Pacific Gas and Electric company, dated February 15, 2006 and recorded as Recorder's Serial Number 2006-0025101 and lying 50.00 feet southerly of the line described as follows:

Beginning at a point in the westerly boundary line of said PARCEL TWO and running thence
(1) north 89°21'09" east approximately 2456.28 feet to a point which bears
north 87°20'03" west 1537.82 feet from a 2-1/4" Brass Disc in a monument well at the intersection of Baseline Road and Fiddyment Road, said disc bears
north 89°16'36" east 9736.09 feet from a railroad spike at Baseline Road and Watt Avenue as shown on the record of survey filed for record in Book 18 of Surveys, at Page 55 in the office of the Placer County Recorder; thence
(2) north 84°08'36" east 53.71 feet; thence
(3) north 87°50'32" east 279.59 feet; thence
(4) north 88°40'32" east 148.35 feet; thence
(5) north 89°30'32" east approximately 934.28 feet to a point in the westerly boundary line of said Pacific Gas and Electric company easement dated February 15, 2006.

Containing 4.445 acres of land more or less.

### EASEMENT No. 2 (Valve Lot)

Beginning at a point in the westerly boundary line of said PARCEL TWO and the northerly boundary line of the hereinbefore described Easement No. 1 and running thence
(1) north 00°18'27" east 155.15 feet along said westerly boundary line to the herein referred to PT. 'A'; thence leaving said westerly boundary line
(2) south 89°38'28" east 47.21 feet; thence

(3) south 00°21'32" west 154.33 feet to the northerly boundary line of the hereinbefore described Easement No. 1; thence

(4) south 89°21'09" west 47.07 along said northerly boundary line of the hereinbefore described Easement No. 1 to the point of beginning.

Containing 0.167 acres of land more or less.

### EASEMENT No. 3 (Access Easement)

Beginning at a point in the westerly boundary line of said PARCEL TWO at the hereinbefore referred to PT. 'A' and running thence

(1) north 00°18'27" east 45.28 feet along the westerly boundary line of said PAREL TWO to a point of non-tangent curvature; thence leaving said westerly boundary line of said PARCEL TWO

(2) southeasterly from a radial line which bears north 23°48'47" east, along a curve to the right having a radius of 220.50 feet, through a central angle of 08°56'25", an arc length of 34.41 feet to a point of reverse curvature; thence

(3) along a curve to the left having a radius of 249.50 feet, through a central angle of 04°29'01", an arc length of 19.52 feet; thence

(4) south 00°21'32" west 19.38 to the northerly boundary line of the hereinbefore described Easement No. 2; thence along said northerly boundary line of the hereinbefore described Easement No. 2

(5) north 89°38'28" west 47.21 to said westerly boundary line of PARCEL TWO and the point of beginning.

Containing 0.036 acres of land more or less.

EXCEPTING THEREFROM any portions of the above described real property granted to the County of Placer by Grant Deed, an easement for road purposes recorded on May 24, 1995 in Document No. 95-026395 Official Records of Placer, State of California.

ALSO EXCEPTING THEREFROM any portions of the above described real property granted to the County of Placer by Grant Deed, right-of-way for road purposes recorded on July 16, 2012 in Document No. 2012-0062886 Official Records of Placer County, State of California.

The Basis of Bearings for this description is geodetic north derived from California State Plane Coordinates, CCS83, Zone 2. To obtain grid bearings, rotate the bearings shown hereon by 00°01'51.6" counterclockwise. To obtain grid distances, multiply the distances shown hereon by 0.99990656. All units are U.S. Survey Feet.

Prepared By:
R.E.Y. Engineers, Inc.

_____
Ronald E. Monsour, PLS 8474   Date: 3/03/2012

[Seal: PROFESSIONAL LAND SURVEYOR, RON MONSOUR, No. 8474, Exp., STATE OF CALIFORNIA]



CITY OF ROSEVILLE
COUNTY OF PLACER
T.11N., R.5E., S. 36 M.D.B.&M.

APN 017-151-029
DF PROPERTIES
PARCEL ONE
3253 O.R. 693

30' HIGHWAY EASEMENT
PER 2213 O.R. 24

PUBLIC UTILITY EASEMENT
PER 2012-0062885

PG&E PIPELINE EASEMENT
PER 2006-0025101

ROAD RIGHT-OF-WAY
PER 2012-0062886

HIGHWAY EASEMENT
PER 97-0005703

FIDDYMENT RD.

20' HWY R/W
PER 95-026395

N84°08'36"E 53.71'
N88°40'32"E 148.35'
N89°21'09"E 2456.28'±
N87°50'32"E 279.59'
N89°30'32"E 934.28'±

SEE SHEET 1

BASELINE RD.

PG&E CO. R/W
LD 2111-05-0102

EASEMENT No. 1
50' PLE

PIPELINE

FND. 2-1/4" BRASS DISC
IN MON WELL
PER 18 S 55
N87°20'03"W 1537.82'

EASEMENT INFORMATION

| EASEMENT NO. 1 (PLE) | AREA = 4.445 ACRES +/- |

### BASIS OF BEARINGS

THE BASIS OF BEARINGS FOR THIS DESCRIPTION IS GEODETIC NORTH DERIVED FROM CALIFORNIA STATE PLANE COORDINATES, CCS83, ZONE 2. TO OBTAIN GRID BEARINGS, ROTATE THE BEARINGS SHOWN HEREON BY 0°01'51.6" COUNTERCLOCKWISE. TO OBTAIN GRID DISTANCES, MULTIPLY THE DISTANCES SHOWN HEREON BY 0.99990656. ALL UNITS ARE U.S. SURVEY FEET.



PROFESSIONAL LAND SURVEYOR
Ronald E. Monsour
No. 8474
STATE OF CALIFORNIA
3/03/2016

SCALE: 1"=300'

PLE = PIPELINE EASEMENT
POB = POINT OF BEGINNING



R.E.Y. ENGINEERS, INC
CIVIL ENGINEERS.LAND SURVEYORS

Scale 1"=300'
Date 3.03.16
Drawn By RM
Checked By DPM

**EXHIBIT "B"**
**PIPELINE EASEMENT**
**LINE 407 ON DF PROPERTIES**
PACIFIC GAS AND ELECTRIC COMPANY
SACRAMENTO   CAL.

PG&E
LAND ENGINEERING

| J.C.N. | 06-05-033 |
| REG. | NORTHERN |
| PROJECT AUTH. | 30603988 |
| SHEET NO. | 2 OF 3 |
| DRAWING NUMBER | CHANGE |