

# Exhibit C

LD 2111-05-0103
2008087 (JCN 06-05-033) 09 08 6
Line 407 – Phase 1

# TEMPORARY CONSTRUCTION EASEMENT

D F PROPERTIES, a California Corporation,

hereinafter called Owner, hereby grants to PACIFIC GAS AND ELECTRIC COMPANY, a California corporation, hereinafter called PG&E, a temporary easement, as defined below, to be used in connection with PG&E's pipe line construction and installation project, upon, over and across that certain real property in the City of Roseville, County of Placer, State of California, identified as Placer County Assessor's Parcel Number Portions of 017-151-027, 017-151-029.

Said temporary easement is defined as follows:

(a) the temporary right to use as a pipeline preparation area and for working strips and laydown and staging areas, including the right to place and operate construction equipment thereon the area outlined by the heavy dashed lines and cross hatched on Exhibit "A" sheets 1 and 2 of 3 attached hereto and made a part hereof and thereon designated TCE.

(b) the temporary right to use as an access road the area outlined by the heavy dashed lines and cross hatched on Exhibit "A" sheet 3 of 3 attached hereto and made a part hereof and thereon designated Temporary Access Road.

The Parties agree as follows with respect to this TCE and Temporary Access Road:

1. Upon completion of PG&E's pipe line construction and installation project, PG&E agrees to restore said temporary easement area to a condition as nearly as practicable to its condition prior to its use by PG&E.

2. To indemnify and hold harmless Grantor and Grantor's agents, employees, successors and/or assigns against any loss and damage claim which shall be caused by any wrongful or negligent act or omission of PG&E or of its agents or employees in the course of their employment, provided, however, that this indemnity shall not extend to that portion of such loss or damage that shall have been caused by the comparative negligence or willful misconduct of Grantor or Grantor's agents, employees, successors and/or assigns.

3. This easement is temporary and shall terminate upon the date of completion of PG&E's pipe line construction and installation project.

Case: 19-30088    Doc# 1174-23    Filed: 04/02/19    Entered: 04/02/19 10:59:02    Page 3 of 5

Dated this _____ day of _____, 20___.

                        D F PROPERTIES, a California Corporation

                        By _____

                        By _____

Area 6
Sacramento Land Office
Gas Transmission
USGS location: T11N, R5E MDM, SE ½ SEC 36
FERC License Number(s): N/A
PG&E Drawing Number(s): N/A
PLAT NO. N/A
LD of any affected documents: N/A
LD of any Cross-referenced documents: N/A
TYPE OF INTEREST: 05, 52
SBE Parcel Number: N/A
(For Quitclaims, % being quitclaimed) N/A
Order #: 74001449
JCN: 06-05-033
County: Placer
Utility Notice Numbers: N/A
851 Approval Application No._____N/A___Decision_____
Prepared By: REY ENGINEERS, Inc
Checked By: BCS6
Revision Number: 5
    Ver2, changed TCE No. 1, delete TCE No. 3, add new TCE No. 3, 12/07 10 BCS
    Ver3, TCE No.1 and 2 combined and increased, 3/22/11 BCS
    Ver4, Edit APN change 039 to 089, and Road Esmts 7/15/13 BCS
    Ver5 Line Change, edit Exhibit, 3.2.15 BCS
    Ver6 Edit Gas lot and added access esmt, 3/8/16/ BCS

