

Exhibit "A" — Temporary Construction Easement, Line 407 on DF Properties, Pacific Gas and Electric Company, Sacramento, Cal. Sheet 2 of 3. Scale 1"=300'. Date 3.03.16.



# Exhibit D

LD 2111-05-0158
2015086 (JCN 06-05-033)
Line 407 – Phase 1
DF PROPERTIES

## EXHIBIT "A"

Being portions of the parcel of land situated in the County of Placer, State of California, described and designated PARCEL ONE in the deed from ROSEVILLE RESIDENTIAL PROPERTIES, LTD., a California limited partnership to D F PROPERTIES, a California corporation dated August 21, 1987 and recorded in Book 3253 of Official Records at page 693, Placer County Recorder, State of California.

**PARCEL 1 (Temporary Construction Easement)**

**Beginning** at a point which bears north 66°28'56" west 131.16 feet from a 2-1/2" brass disc marking the southeast corner of section 36 as shown on Record of Survey 2687, dated June 2005, and filed for record in Book 18 of Surveys at page 118, Placer County Records and running thence
   (1) south 89°34'02" west 100.00 feet; thence
   (2) north 00°25'58" west 300.00 feet; thence
   (3) north 89°34'02" east 100.00 feet, thence
   (4) south 00°25'58" east 300.00 to the Point of Beginning.

Containing 0.689 acres of land.

The Basis of Bearings for this description is geodetic north derived from California State Plane Coordinates, CCS83, Zone 2. To obtain grid bearings, rotate the bearings shown hereon by 00°01'51.6" counterclockwise. To obtain grid distances, multiply the distances shown hereon by 0.99990656. All units are U.S. Survey Feet.

Prepared By:
R.E.Y. Engineers, Inc.

_(signature)_
Ronald E. Monsour, PLS 8474   Date: 5/6/15

_(seal: RON MONSOUR, No. 8474, Professional Land Surveyor, State of California)_

Case: 19-30088   Doc# 1174-24   Filed: 04/02/19   Entered: 04/02/19 10:59:02   Page 4 of 5

