LD 2111-05-0102
2008086 (JCN 06-05-033)
Line 407 – Phase 1
DF PROPERTIES

## EXHIBIT "C"

The parcel of land situated in the County of Placer, State of California, described and designated PARCEL ONE in the deed from ROSEVILLE RESIDENTIAL PROPERTIES, LTD., a California limited partnership to D F PROPERTIES, a California corporation dated August 21, 1987 and recorded in Book 3253 of Official Records at page 693, Placer County Recorder, State of California.

The Basis of Bearings for this description is geodetic north derived from California State Plane Coordinates, CCS83, Zone 2. To obtain grid bearings, rotate the bearings shown hereon by 00°01'51.6" counterclockwise. To obtain grid distances, multiply the distances shown hereon by 0.99990656. All units are U.S. Survey Feet.

Prepared By:
R.E.Y. Engineers, Inc.

Ronald E. Monsour, PLS 8474   Date: 5/6/15

[SEAL: PROFESSIONAL LAND SURVEYOR, RON MONSOUR, No. 8474, Exp., STATE OF CALIFORNIA]



# Exhibit E