L-407 Ph. 1 in Sierra Vista

| Load Restrictions for Crossing 30" O.D., 0.500" W.T., X-60 ||
|---|---|
| Depth of Cover (FT) | Max Construction Load Per Half Axle (LBS) |
| 2 | 13,795 |
| 3 | 22,961 |
| 4 | 32,696 |
| 5 | 43,193 |
| 6 | 54,412 |
| 7 | 65,606 |
| 8 | 75,434 |

# Exhibit F

# Sierra Vista Owners' Proportionate Shares of Property

The following are the Sierra Vista Owners' proportionate shares of the land on which the Line 407 gas pipeline is to be located, excluding (1) the HDD depths and (2) the areas within the bores and sags, as calculated by MacKay & Somps Civil Engineers, Inc. for purposes of establishing the Owners' respective rights to seek disbursement of escrowed funds pursuant to Settlement Agreements between Pacific Gas and Electric Company and each Owner, effective as of February 1, 2016.

Overall Length of Pipeline on Sierra Vista Specific Plan Properties = 12,623-LF ±
Total Length of HDD segments = 5,560-LF ±

Length of Pipeline excluding HDD = 12,623 – 5,560 = 7,063-LF

| Property Owner | Length of Non-Excluded Pipeline on Property (ft) | Percentage of Non-Excluded Pipeline Within SVSP |
|---|---|---|
| Baseline 80 | 1,108 | 15.7% |
| KV Sierra Vista | 1,845 | 26.1% |
| Baseline P&R | 0 | 0% |
| Barbaccia Trust | 225 | 3.2% |
| DF Properties | 3,885 | 55.08% |
|  |  |  |
| TOTAL | 7,063 | 100% |

SF #4831-9820-2933 v1

# Exhibit G