
Case: 19-30088 Doc# 1174-28 Filed: 04/02/19 Entered: 04/02/19 10:59:02 Page 1 of 3



