# Exhibit J

## GRADING WORK AGREEMENT

D.F. Properties, a California Corporation ("DF"), John J. Guerra, Successor Trustee of the Cyril G. Barbaccia Irrevocable Trust dated December 15, 1976 ("CGB Trust"), and Pacific Gas and Electric Company, a California corporation ("PG&E") (collectively, "Parties"), in support of their agreement ("Agreement"), recite and agree as follows:

## RECITALS

A.  PG&E filed its complaints in eminent domain on December 31, 2014 to take easement interests in portions of DF's property and the CGB Trust's property for the construction and operation of PG&E's Line 407 pipeline project.

B.  In response to the complaint, DF and the CGB Trust objected to PG&E's right to take, alleging that the location, design, and construction of the pipeline, including the pressure reducing station ("PRS"), did not achieve the greatest public good with the least private injury. PG&E obtained an order of possession in each action.

C.  After good faith and intensive negotiations, following issuance of the order of possession, the Parties reached a resolution of the issues related to the location, design, and construction of PG&E's pipeline, including the PRS, subject to conditions as set out in a Memorandum of Understanding and Settlement Agreements executed by the Parties.

D.  The agreed upon relocation of the PRS necessitates the filling of a wetland area, which will be filled in by DF as part of their commercial development.

E.  The issuance of a regional general permit ("Permit") by the U.S. Army Corps of Engineers is required in order to perform necessary grading work related to filling the wetland, and thus relocating the PRS.

## AGREEMENT

**NOW THEREFORE**, the Parties hereto agree as follows:

1.  <u>Incorporation of Recitals and Definitions</u>. The foregoing recitals are true and are an integral part of this Agreement. The foregoing definitions are fully incorporated herein.

2.  <u>Notices</u>. DF shall submit any and all necessary notices to the U.S. Army Corps of Engineers so as to effectuate the issuance of the Permit.

3.  <u>Grading Work Completion</u>. DF shall take all reasonably necessary steps to complete grading work related to filling the wetland and relocating the PRS to the location, adjacent to the easterly boundary of future Market Street, straddling the Properties owned by DF (APN 017-151-027) and the CGB Trust (APN 017-151-025 ("New Location"), by May 31, 2017. DF will deliver a completed pad ready for construction of the PRS and will deliver confirmation that the wetlands have been filled in accord with all permitting requirements. CGB Trust shall not do anything to restrict DF's access to that portion of CGB Trust's property necessary for grading work. By executing this Agreement, the CGB Trust grants a right of entry to DF Properties and

84478941v1

Case: 19-30088    Doc# 1174-29    Filed: 04/02/19    Entered: 04/02/19 10:59:02    Page 2 of 5

authorizes DF Properties to enter that portion of the property owned by the CGB Trust which is necessary to complete the grading work.

4. If the grading is not completed by May 31, 2017, for any reason, PG&E will at its discretion, install a temporary PRS at the originally planned location on Parcel One of DF's property (APN 017-150-089), just west of the intersection of Baseline Road and Fiddyment Road, to facilitate operation of Line 407 during the winter of 2017-2018. PG&E will install the permanent PRS at the New Location, during 2018, assuming all necessary permits and variances are obtained to do so. PG&E and DF Properties agree to meet and confer in good faith to discuss an extension of the deadline if the work is not completed by May 31, 2017.

5. Subject to completion by DF by May 31, 2017, or a subsequent date as agreed upon by the parties pursuant to paragraph 4 above, of all grading necessary to allow construction of the PRS at the New Location, PG&E will pay costs of construction, including mitigation fees, up to approximately $271,000, but subject to review and approval, which will not be unreasonably withheld, by PG&E of specific cost items as items are submitted to PG&E for review. Future reimbursements will be to the same payer. PG&E hereby specifically approves mitigation fees for Toad Hill Ranch and Western Placer Schools mitigation bank of $30,250 and $78,000 respectively and PG&E will reimburse these expenses by check payable to "DNLC Trust Account."

6. Successors and Assigns. The rights and obligations of the Parties pursuant to this Agreement shall inure to, and be binding upon, their respective successors, assigns, heirs, and personal representatives.

7. Integration Clause. All agreements of the Parties with respect to the subject matter hereof are in writing and supersede all prior agreements and understandings of the Parties with respect thereto. This Agreement cannot be modified except by a written document signed by all Parties.

8. Further Assurances. The Parties hereby agree to execute such other documents and to take such actions as may reasonably be necessary to further the purpose of this Agreement.

9. Force Majeure. DF will not be liable for performance delays nor for nonperformance due to causes beyond its reasonable control or unforeseen circumstances that make completing the grading impractical, particularly the occurrence of adverse weather events or governmental regulations or restrictions, provided that, if grading is not completed, paragraph 4 will be invoked.

**IN ACCEPTANCE OF WHICH**, the Parties have executed this Agreement by their authorized representatives as of the date set forth below.

///
///
///
///
///
///
///

Dated: March 24, 2017

**D.F. PROPERTIES, a California Corporation**

By: _/s/_____

Printed: JEFF RONTEN

Title: EXEC. VP/CFO

Dated: March ___, 2017

John J. Guerra, Successor Trustee of the Cyril G. Barbaccia Irrevocable Trust dated December 15, 1976

By:_____

Printed:_____

Title:_____

Dated: March ___, 2017

**PACIFIC GAS & ELECTRIC COMPANY, a California Corporation**

By:_____

Printed:_____

Title:_____

**Approved as to form:**

**SEDGWICK LLP**

_____
Steven D. Roland, Attorney for Pacific Gas and Electric Company

**DESMOND, NOLAND, LIVAICH & CUNNINGHAM**

_/s/_____
Brian T. Manning, Attorney for D.F. Properties and John J. Guerra, Successor Trustee of the Cyril G. Barbaccia Irrevocable Trust dated December 15, 1976

84478941v1

Dated: March ___, 2017                D.F. PROPERTIES, a California
                                      Corporation

                                      By:_____

                                      Printed:_____

                                      Title:_____

Dated: March 23, 2017                 John J. Guerra, Successor Trustee of the
                                      Cyril G. Barbaccia Irrevocable Trust dated
                                      December 15, 1976

                                      By: /s/ John Guerra Jr.

                                      Printed: John Guerra Jr.

                                      Title: Trustee

Dated: March ___, 2017                PACIFIC GAS & ELECTRIC
                                      COMPANY, a California Corporation

                                      By:_____

                                      Printed:_____

                                      Title:_____

Approved as to form:

SEDGWICK LLP

_____
Steven D. Roland, Attorney for Pacific Gas and Electric Company

DESMOND, NOLAND, LIVAICH & CUNNINGHAM

_____
Brian T. Manning, Attorney for D.F. Properties and John J. Guerra, Successor Trustee of the
Cyril G. Barbaccia Irrevocable Trust dated December 15, 1976