**Entered on Docket**
**April 02, 2019**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: April 2, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br> - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>      **Debtors.** | Bankruptcy Case<br>No. 19 - 30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-3088 (DM).* | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY JENNIFER N. SLOCUM *PRO HAC VICE*** |

Jennifer N. Slocum, whose business and telephone number is

> Jennifer N. Slocum
> STOEL RIVES LLP
> 600 University Street, Suite 3600
> Seattle, WA  98101
> Telephone: 208.624.0900

and who is an active member in good standing of the bar of the State of New York having applied

in the above-entitled action for admission to practice in the Bankruptcy Court for the Northern

District of California on a *pro hac vice* basis representing Avangrid Renewables, LLC, *et al.*[1]; Enel Green Power North America, Inc. *et al.*[2] and Enel X; Capital Dynamics, Inc. *et al.*[3]; FTP Power LLC, *et al.*[4]; and Gill Ranch Storage, LLC.

IT IS HEREBY ORDERED THAT the application of Jennifer N. Slocum is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

*** END OF ORDER ***

---

[1] This representation includes the following subsidiaries of Avangrid Renewables, LLC: Klondike Wind Power III LLC and Shiloh I Wind Project LLC.

[2] This representation includes the following subsidiaries of Enel Green Power North America, Inc.: Sierra Energy Storage, LLC, Kingston Energy Storage, LLC, Cascade Energy Storage, LLC, El Dorado Hydro, LLC and Rock Creek Hydro, LLC.

[3] This representation includes the following subsidiaries of Capital Dynamics, Inc.: CA Flats Solar 150, LLC, Lost Hills Solar, LLC, Blackwell Solar, LLC, Parrey, LLC, and North Star Solar, LLC.

[4] This representation includes the following subsidiaries of FTP Power LLC: Western Antelope Blue Sky Ranch A LLC, 87RL 8me LLC, Aspiration Solar G LLC, Bayshore Solar A, LLC, Bayshore Solar B, LLC, and Bayshore Solar C, LLC.