# United States Bankruptcy Court
# Northern District of California

In re: PG&E Corporation and Pacific
Gas and Electric Company,

Case No. 19-30088 (DM) (Jointly Administered)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Jefferies Leveraged Credit Products, LLC** | **Maxim Crane Works, L.P.** |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 147 |
| | Amount of Claim: $2,499,225.07, plus all interest, fees and other recoveries due. |
| Jefferies Leveraged Credit Products, LLC | |
| c/o Jefferies LLC | |
| 520 Madison Avenue, Third Floor | Date Claim Filed: February 7, 2019 |
| New York, NY 10022 | |
| Attn – Erin Grambling | Phone: |
| +1 203.363.8252 (Office) | Last Four Digits of Acct. #: |
| +1 203.724.4852 (Fax) | |
| egrambling@jefferies.com | |
| | |
| Last Four Digits of Acct. #: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: *William P. McLaughlin*   Date: 4/2/19
Name: William P McLoughni.
Title: SVP

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
# Northern District of California

In re: PG&E Corporation and Pacific
Gas and Electric Company,

Case No. 19-30088 (DM) (Jointly Administered)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM 147 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on        .

| **Maxim Crane Works, L.P.**<br>Name of Alleged Transferor<br><br>Address of Alleged Transferor:<br>Maxim Crane Works, L.P.<br>1225 Washington Pike,<br>Bridgeville PA 15017<br>Attn: Ryan R. Gutwald<br>Vice President of Administration<br>(O) 412-504-0196<br>(C) 412-999-0672 | **Jefferies Leveraged Credit Products, LLC**<br>Name of Transferee<br><br>Address of Transferee:<br>Jefferies Leveraged Credit Products, LLC<br>c/o Jefferies LLC<br>520 Madison Avenue, Third Floor<br>New York, NY 10022<br>Attn – Erin Grambling<br>+1 203.363.8252 (Office)<br>+1 203.724.4852 (Fax)<br>egrambling@jefferies.com |
|---|---|

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claims is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                           _____
                                                                                                    CLERK OF THE COURT

EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Maxim Crane Works, L.P. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigned to Jefferies Leveraged Credit Products, LLC ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of $2,499,225.07 (Claim #147) against PG&E Corporation and Pacific Gas and Electric Company (the "Debtor"), Chapter 11 Case No. 19-3088, United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THE EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 1st DAY OF APRIL, 2019.

BY: MAXIM CRANE WORKS, L.P.

NAME: _[signature]_
TITLE: Vice President

BY: JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC

NAME: _William P. McLoughlin_
TITLE:

William P. McLoughlin
Senior Vice President
Authorized Signatory

221306906_2
453-3744/THP/5768625.2