# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On March 28, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Transcript Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, attached hereto as **Exhibit B**.

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 2nd day of April 2019, at New York, NY.

ALAIN B. FRANCOEUR

SRF 31917

**Exhibit A**

| Name | Address1 | Address2 | Address3 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| Brian S. Hermann | Law Offices of Brian S. Hermann | 1285 Avenue of the Americas | | New York | NY | 10019-6031 |
| DAVID R. SINGH, ESQ. | Weil, Gotshal & Manges LLP | 201 Redwood Shores Parkway | | Redwood Shores | CA | 94065-1191 |
| Gregory A. Bray | Milbank LLP | 2029 Century Park East, 33rd Fl. | | Los Angeles | CA | 90067-2901 |
| Harris B. Winsberg | Troutman Sanders LLP | Bank of America Plaza | 600 Peachtree St., NE, #3000 | Atlanta | GA | 30308-2305 |
| JONATHAN E. DAVIS, ESQ. | The Arns Law Firm | 515 Folsom Street | | San Francisco | CA | 94105-3177 |
| Jordana L. Renert | Arent Fox LLP | 1301 Avenue of the Americas, 42nd Fl. | | New York | NY | 10019-6040 |
| Kevin Bostel | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | | New York | NY | 10153-0119 |
| KEVIN DONALDSON, ESQ. | Nicklaus & Associates, P.A. | 4651 Ponce de Leon Boulevard | Suite 200 | Coral Gables | FL | 33146-2131 |
| Kevin Kramer | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | | New York | NY | 10153-0119 |
| MICHAEL BUSENKELL, ESQ. | Gellert Scali Busenkell & Brown, LLC | 1201 North Orange Street Suite 300 | | Wilmington | DE | 19801-1167 |
| NICHOLAS JP WAGNER, ESQ. | Wagner, Jones, Kopfman & Artenian | 1111 East Herndon Avenue | Suite 317 | Fresno | CA | 93720-3100 |
| Paul H. Zumbro | Cravath, Swaine & Moore LLP | 85 Eighth Avenue | | New York | NY | 10011-5134 |
| RANDY MICHELSON, ESQ. | Michelson Law Group | 220 Montgomery Street | Suite 2100 | San Francisco | CA | 94104-3502 |
| Richard C. Pedone | Nixon Peabody LLP | Exchange Place | 53 State St. | Boston | MA | 02109-2820 |
| RICHARD W. ESTERKIN, ESQ. | Morgan, Lewis & Bockius LLP | 300 South Grand Avenue | 22nd Floor | Los Angeles | CA | 90071-3132 |
| Sander L. Esserman | Stutzman, Bromberg, Esserman & Plifka | 2323 Bryan St. #2200 | | Dallas | TX | 75201-2689 |
| Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | | New York | NY | 10153-0119 |
| THOMAS D. LELAND, ESQ. | Holland & Knight LLP | 1801 California Street | Suite 5000 | Denver | CO | 80202-2669 |

In re: PG&E Corporation, et al.
Case No. 19-30088 (DM)
Page 1 of 1

Case: 19-30088    Doc# 1180    Filed: 04/02/19    Entered: 04/02/19 13:35:54    Page 3 of 5

**Exhibit B**

Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| **In re Debtor(s):**<br><br>PG&E Corporation | Case No.: 19–30088 DM 11<br>Chapter: 11 |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on March 27, 2019 was filed on March 28, 2019. The following deadlines apply:

The parties have until Thursday, April 4, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Thursday, April 18, 2019.

If a request for redaction is filed, the redacted transcript is due Monday, April 29, 2019.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Wednesday, June 26, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 4/1/19

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court