# Exhibit 2

**Weissmann Declaration**



**Pacific Gas and Electric Company**®

Janet Loduca
Vice President and Deputy General Counsel

Law Department
77 Beale Street, B30A
San Francisco, CA 94105

Mailing Address:
P. O. Box 7442
San Francisco, CA 94120

415.973.0174
Fax: 415.973.5520
Janet.Loduca@pge.com

February 2, 2018

Henry Weissmann
Munger, Tolles & Olson LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071

Re: North Bay Fires (Strategic Advice and Counsel)
Matter Number: 1706992

Dear Mr. Weissmann: *Henry*

I am pleased that you have agreed to provide your professional services to Pacific Gas and Electric Company ("PG&E") for this matter.

We have agreed that the terms and conditions governing your services will be encompassed by the Master Service Agreement ("Agreement") between PG&E and Munger, Tolles & Olson LLP, dated January 1, 2018.

As required by the Agreement, your budget for this case is $500,000. I remind you that PG&E cannot and will not pay your bills if they exceed the budget without advance written approval from the PG&E liaison identified below.

PG&E agrees to pay you at the billing rates specified in the Agreement, subject to any discounts or other payment provisions in the Agreement. These rates are in effect during the term of this specific engagement for all services rendered during the pendency of the matter. In the event that you change or add personnel assigned to this matter, you agree to seek our approval in writing within ten (10) days of each change or addition including the additional person's billing rate. No other person is authorized to work on the matter without our approval.

If you and PG&E enter into any alternative fee arrangement during the course of the engagement for any specific project (*e.g.*, a fixed fee for a motion) or more generally for your remaining work on this matter, that arrangement will be separately documented and you will invoice PG&E in accordance with that arrangement.

Henry Weissmann
February 2, 2018
Page 2

Your PG&E liaison for this engagement is William Manheim, whose telephone number is (415) 973-6628. You should contact your liaison with respect to any matter that arises during your engagement including the terms of your engagement.

If the terms of this engagement are satisfactory, please so indicate by signing this letter and returning it to our Legal Finance Support Group at the address below:

> Pacific Gas and Electric Company
> Attn: Legal Finance Support Group
> P. O. Box 7133
> San Francisco, CA 94120-7133

Very truly yours,

*Janet C.L.*

Janet Loduca
VP and Deputy General Counsel

I agree to and accept the terms of the engagement.

Munger, Tolles & Olson LLP

By_____
Henry Weissmann

Date: 5/2/17