# Exhibit 3

**Weissmann Declaration**



**Pacific Gas and Electric Company**

Janet Loduca
Vice President and Deputy General Counsel

Law Department
77 Beale Street, B30A
San Francisco, CA 94105

*Mailing Address:*
P. O. Box 7442
San Francisco, CA 94120

415.973.0174
Fax: 415.973.5520
Janet.Loduca@pge.com

June 27, 2018

Henry Weissmann
Munger, Tolles & Olson LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071

Re: North Bay Fires (Strategic Advice and Counsel)
Matter Number: 1706992

Dear Mr. Weissmann:

Upon review of the work remaining to be done on your engagement, we have agreed to increase the contract maximum for your services by $500,000 to $1,000,000.

At this time I want to remind you that PG&E cannot and will not pay your invoices if they exceed the contract maximum. If you believe that the contract value of your services will exceed the contract maximum, please discuss the matter with William Manheim, your liaison attorney.

If you have any billing questions, please call the Legal Finance Support Group at (415) 972-5673.

If the terms of this extension are satisfactory, please so indicate by signing this letter and returning it to our Legal Finance Support Group at the address below:

Pacific Gas and Electric Company
Attn: Legal Finance Support Group
P. O. Box 7133
San Francisco, CA 94120-7133

We look forward to continuing working with you on North Bay Fires (Strategic Advice and Counsel).

Sincerely,

Janet Loduca
VP and Deputy General Counsel

I agree to and accept the terms of the extension to the engagement.

**Munger, Tolles & Olson LLP**

By_____
Henry Weissmann

Date:_____

Case: 19-30088    Doc# 1181-3    Filed: 04/02/19    Entered: 04/02/19 15:38:22    Page 2 of 2