WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Proposed Attorneys for Debtors
and Debtors in Possession*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| **- and –** | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **DECLARATION OF MICHAEL H. TORKIN IN SUPPORT OF THE MOTION PURSUANT TO 11 U.S.C. § 363(b) AUTHORIZING DEBTORS TO PAY THE FEES AND EXPENSES OF SIMPSON THACHER & BARTLETT LLP AS COUNSEL TO THE INDEPENDENT DIRECTORS OF PG&E CORP.** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Date:   April 24, 2019<br>Time:   9:30 a.m. (Pacific Time)<br>Place:  United States Bankruptcy Court,<br>          Courtroom 17, 16th Floor<br>          San Francisco, CA 94102 |
| *\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | |

I, Michael H. Torkin, being duly sworn, declare the following under penalty of perjury:

I am a partner in the law firm of Simpson Thacher & Bartlett LLP ("**Simpson Thacher**" or the "**Firm**"), with an office at 425 Lexington Avenue, New York, New York 10017. I am a member in good standing of the Bar of the State of New York, and there are no disciplinary proceedings pending against me.

This Declaration is made in support of the above-captioned debtors' (the "**Debtors**") *Motion Pursuant to 11 U.S.C. § 363(b) Authorizing Debtors to Pay the Fees and Expenses of Simpson Thacher & Bartlett LLP as Counsel to the Independent Directors of PG&E Corp.* (the "**Motion**")[1], on the terms and conditions described in the Motion. Except as otherwise noted, I have personal knowledge of the matters set forth herein, and the statements made herein are based on the conflicts search conducted to date and described herein and are made to the best of my knowledge, information and belief.

To the extent that any information disclosed herein requires amendment or modification upon Simpson Thacher's receipt of additional information or as additional information on parties in interest becomes available, I or one of my partners will use reasonable efforts file a supplemental declaration with the Court.

## SIMPSON THACHER'S QUALIFICATIONS

Simpson Thacher has represented and worked closely with the Independent Directors since 2017. As a general matter, Simpson Thacher has extensive experience representing boards in highly challenging circumstances and is well positioned to continue providing necessary independent representation to the Independent Directors. The Independent Directors selected and desire to remain with Simpson Thacher because of its history in this matter and its experience representing the interests of directors in complex situations together with Simpson Thacher's broad experience with bankruptcy, restructuring, and corporate governance matters.

Simpson Thacher has worked productively and efficiently alongside the Debtors' advisors in ways that have avoided duplication of effort. Simpson Thacher has not and will not advise the Debtors, and none of the Debtors' lawyers will be positioned to provide independent legal advice to the

---

[1]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Independent Directors. The Debtors have been informed that the attorneys of Simpson Thacher who will appear before this Court are admitted to this Court or will be admitted *pro hac vice*.

**SCOPE OF SIMPSON THACHER'S SERVICES AND PROFESSIONAL COMPENSATION**

The Independent Directors have requested that Simpson Thacher represent and advise them in connection with: these Chapter 11 Cases; regulatory, judicial, and related proceedings concerning conduct of the Debtors or the Independent Directors; shareholder and securities-related issues including litigation; the Independent Directors' review of the Debtors' safety and compliance practices; the exercise of their fiduciary duties including with respect to maximizing the value of the Estate; and such other matters as may be requested by the Independent Directors and agreed by Simpson Thacher from time to time.

The Debtors will pay Simpson Thacher's fees and expenses for the services rendered by Simpson Thacher to the Independent Directors. Simpson Thacher's current hourly rates for the attorneys who are expected to continue providing services to the Independent Directors are $1,325-$1,640 for partners, $1,190-$1,220 for counsel and senior counsel, $590-$1,145 for associates and $265-$455 for legal paraprofessionals. Simpson Thacher adjusts its rates periodically, typically on January 1 of each year; in addition, rates of associate attorneys typically increase in the fall as associates move up in class seniority.

In addition to the hourly rates set forth above, Simpson Thacher customarily charges its clients for costs or expenses incurred. These costs and expenses include, among other things, overnight mail, courier delivery, transportation, computer-assisted legal research, photocopying, airfare, meals, and lodging.

To the best of my knowledge, Simpson Thacher has not shared, and has not agreed to share: (a) any compensation it has received or may receive with another party or person, other than with the partners, senior counsel, counsel, associates, contract attorneys and paraprofessionals associated with Simpson Thacher; or (b) any compensation another person or party has received or may receive.

Simpson Thacher currently uses contract attorneys and will not charge a markup with respect to fees billed by such attorneys.

## SIMPSON THACHER'S DISINTERESTEDNESS

Except as otherwise set forth herein, based on the conflicts search conducted to date and described herein, to the best of my knowledge, Simpson Thacher (a) does not have any connection with the Debtors or their affiliates, their creditors, their significant shareholders, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, or any other party in interest, or its respective attorneys and accountants; (b) is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code; and (c) does not hold or represent any interest adverse to the estates.

Simpson Thacher and certain of its partners, senior counsel, counsel and associates may have in the past represented, may currently represent, and likely in the future will represent parties in interest in the Chapter 11 Cases in connection with matters unrelated (except as otherwise disclosed herein) to the Debtors and the Chapter 11 Cases. Simpson Thacher searched its electronic database for its connections to the parties that comprise the categories listed on **Schedule 1** annexed hereto (the "**Retention Checklist**"). This list was provided by the Debtors in the format in which they maintain the list. In some instances, the list does not disclose the full legal name or other information needed for Simpson Thacher to search its electronic database. Where the names of the entities reviewed were incomplete or ambiguous, the scope of the search was intentionally broad and inclusive, and Simpson Thacher reviewed each entity in its records. All statements made herein or in the schedules annexed hereto concerning Simpson Thacher's connections to parties in interest are based upon (y) information from, and discussions I or other Simpson Thacher personnel reporting to me have had with the attorneys at Simpson Thacher responsible for conflicts matters; and (z) information generated by the Finance Department at Simpson Thacher. The information listed on **Schedule 1** may have changed without Simpson Thacher's knowledge and may change during the pendency of these Chapter 11 Cases.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Accordingly, Simpson Thacher will use reasonable efforts to update this Declaration as necessary and when Simpson Thacher becomes aware of material information.[2]

Simpson Thacher's search of the parties in interest listed on **Schedule 1** reveals that, although certain Simpson Thacher attorneys and paraprofessionals may have previously worked at other law firms that represented certain parties who may now be potential parties in interest in the Chapter 11 Cases, to the best of Simpson Thacher's knowledge, such people have not worked on matters relating to the Debtors' restructuring efforts or the Chapter 11 Cases while at Simpson Thacher.

Based on the conflicts search conducted to date and described herein, to the best of my knowledge, neither I nor Simpson Thacher has any connection with the Debtors, their creditors, their significant shareholders, or any other parties in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, except as disclosed or otherwise described herein and in **Schedule 2** annexed hereto.

From time to time, Simpson Thacher may refer, or may have referred, work to other professionals to be retained in the Chapter 11 Cases. Likewise, certain such professionals may refer, or may have referred, work to Simpson Thacher. In addition, we believe it likely that many of the professionals who may appear in the case may be trustees, witnesses, advisors or counsel, as the case may be, in other transactions or cases in which Simpson Thacher also represents a client. Simpson Thacher may retain various such professionals or affiliates thereof to provide forensic, litigation support and financial advisory services to Simpson Thacher or Simpson Thacher's clients in a variety of past, present or future engagements. Current employees at Simpson Thacher may be former employees of, or related to

---

[2]     Neither the term "connection" as used in Bankruptcy Rule 2014 nor the proper scope of a professional's search for "connections" has been authoritatively defined, and I am therefore required to exercise some degree of professional judgment in preparing this declaration, as well as in defining the scope of how to search for relevant facts. Out of an abundance of caution, I may be disclosing items that are not, in my judgment, disqualifying or problematic under either the Bankruptcy Code or applicable standards of professional ethics. One such judgment I employed is that, when our conflicts check clearly indicated that a name on the Retention Checklist had not been an active client within the past two years, I treated that as not a "connection" required to be disclosed at this time. A further judgment I employed is that where a party in interest was only reported as an affiliate of a former client, I concluded that relationship was too attenuated to qualify as a connection required to be disclosed.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

employees of, one or more of the other professionals in these Chapter 11 Cases. In addition, attorneys at Simpson Thacher belong to professional organizations to which other professionals who may appear in these Chapter 11 Cases may also belong. Simpson Thacher does not maintain searchable records of any of these relationships, but I do not personally know of any that exist.

**SPECIFIC DISCLOSURES**

**Schedule 2** to this Declaration (the "**Search Results**") lists the results of Simpson Thacher's conflicts searches of the entities listed on **Schedule 1**. Many of the Firm's representations of the clients listed on **Schedule 2(b)** consist of representations in episodic transactional matters and will not affect the Firm's representation of the Independent Directors in the Chapter 11 Cases. Also, Simpson Thacher does not represent, and has not represented, within the time period covered by our conflicts database, any other entity in any matter adverse and/or related to the Debtors or their estates. Simpson Thacher is not disqualified from acting as the Independent Directors' counsel merely because it represents the Debtors' creditors, significant shareholders, or other parties in interest in matters unrelated to the Chapter 11 Cases.

Based on the conflicts search conducted to date and described herein, to the best of my knowledge, neither I, Simpson Thacher, nor any partner or associate thereof, insofar as I have been able to ascertain, have any connection with the Debtors, their creditors, their significant shareholders or any other parties in interest, its respective attorneys and accountants, the U.S. Trustee, any person employed in the Office of the U.S. Trustee, or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the Northern District of California, except as disclosed or otherwise described herein. All of the connections described on **Schedule 2(b)** pertain to Simpson Thacher's representation of such current and former clients in matters wholly unrelated to the Debtors and the Chapter 11 Cases.

Simpson Thacher is one of the largest law firms in the country and has a diverse client base. Only three of the clients, together with their affiliates, referenced on **Schedule 2(b)** accounted for more than 1% of Simpson Thacher's revenues for the twelve months ended December 2018 (the "**1% Clients**") and, with one exception, none accounted for more than 5% of Simpson Thacher's revenues

during such period.[3]   Simpson Thacher has considered the position of the 1% Clients in the Debtors' cases and has concluded that Simpson Thacher's representation of the Independent Directors does not create any conflict with the 1% Clients.

Simpson Thacher advises clients in transactions and litigations, including restructuring and bankruptcy matters, with third parties with which the Debtors also have a relationship.  For example, Simpson Thacher may represent certain creditors or directors of a company, and the Debtors may have a separate relationship, such as a supplier or customer, with the same company.  In certain circumstances, the interests of Simpson Thacher's clients may be adverse to those of the Debtors with respect to the third party.  I do not know whether the Search Results or Simpson Thacher's conflict checking system captures all connections of this nature or whether such situations are properly considered "connections" within the meaning of the Bankruptcy Rules, although, out of an abundance of caution, if the conflict check disclosed such instances, I have included the party in interest on the attached **Schedule 2(b)**.

In addition, Simpson Thacher may have represented, may currently represent, or may in the future represent, a borrower, an issuer of securities, a financial advisor, an underwriter of securities, a lead bank or any other client in financing transactions, merger and acquisition transactions, litigation or arbitration matters, bankruptcy matters or other matters unrelated to these Chapter 11 Cases in which one or more parties in interest (or an affiliate) or a professional involved in these Chapter 11 Cases, including, those listed on the Search Results, happens to be involved, although not as Simpson Thacher's client.  Simpson Thacher also may represent, in matters unrelated to the Debtors, companies that may be considered competitors of the Debtors.

I do not understand Bankruptcy Rule 2014(a) or other applicable law to require disclosure of each present or future engagement Simpson Thacher receives from a party in interest so long as it is unrelated to these Chapter 11 Cases.  Simpson Thacher intends to accept engagements from other parties in interest (whether existing or new clients) that are unrelated to the Debtors.

---

[3] The 1% Clients are JPMorgan Chase and affiliates, First Reserve Corporation and related portfolio companies and Morgan Stanley and affiliates.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

It is my understanding that no active, non-retired Simpson Thacher attorney or his or her respective family members owns PG&E Corp. stock or is a creditor of the Debtors. It is my understanding that Simpson Thacher attorneys invest in a broad array of mutual funds and ETFs and through non-discretionary or otherwise managed accounts and programs for which investment decisions are not made by the attorney, some number of which either currently or may in the future own securities of the Debtors or one or more of their creditors.

Attorneys or employees of Simpson Thacher may receive services from parties in interest or professionals involved in this case. Attorneys or other employees of Simpson Thacher or their spouses or relatives may have beneficial ownership of securities issued by, or banking, insurance, brokerage or money management relationships with, other parties in interest. Attorneys of Simpson Thacher may have relatives or spouses who are members of professional firms involved in this case or employed by parties in interest. Except as set forth above, we have conducted no investigation of our colleagues' banking, insurance, brokerage or investment activities or familial connections in preparing this Declaration, and do not believe any such interests would result in Simpson Thacher not being disinterested.

To the extent that any new relevant facts or relationships bearing on the matters described herein during the period of Simpson Thacher's retention are discovered or arise, Simpson Thacher will use reasonable efforts to file promptly a supplemental declaration, as required by Bankruptcy Rule 2014(a).

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and

2  correct to the best of my knowledge, information and belief.

3  Dated: April 2, 2019

4

5  _____

6  Michael H. Torkin
   Simpson Thacher & Bartlett LLP

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1   **SCHEDULE 1**

2   **List of Interested Parties**

3   The following lists contain the names of reviewed entities, as described more fully in the

4   Torkin Declaration.  Where the names of the entities reviewed are incomplete or ambiguous, the

5   scope of the search was intentionally broad and inclusive, and Simpson Thacher reviewed each

6   entity in its records, as more fully described in the Torkin Declaration, matching the incomplete or

7   ambiguous name.

8   **List of Categories**

9

10   **Category**

11   Debtors
 Debtors' Trade Names and Aliases (up to 8 years)
12   Affiliates and Subsidiaries
 Bank Accounts
13   Bankruptcy Judges & Staff Northern District of California
 Current Officers and Directors
14   Term and Revolving Loan Lenders and Administrative Agents
 Contract Counterparties (includes PPAs, patents, and IP)
15   Debtors Professionals (law firms, accountants, and other professionals)
 Former Officers and Directors (since 2008)
16   Affiliations of Former Officers
 Affiliations of Former Directors
17   Insurance/Insurance Provider/Surety Bonds
 Surety Bonds
18   Landlords and parties to leases
 Lenders (Prepetition and Proposed Postpetition to the extent not already listed)
19   Litigation Counterparties/Litigation Pending Lawsuits – includes threatened
 litigation
20   Litigation Parties (in adversary 19-03003)
 Ad Hoc Committee of Unsecured Tort Claimant Creditors
21   Non-Debtors Professionals
 Ordinary Course Professionals
22   Letters of Credit
 Regulatory and Government (Federal, State and Local)
23   Secured Creditors
 Significant Competitors
24   Significant Shareholders (more than 5% of equity)
 Significant holder of voting securities
25   Taxing Authorities (Federal, State, and Local; trust fund, use property,
 franchise, sales)
26   Top Unsecured Creditors
 Unsecured Notes
27   UCC Lien Holders
 Unions
28   Office of the United States Trustee for Region 17

Utility Providers
Vendors/Suppliers (critical, foreign, common carrier, shippers, warehousemen, customs duties, brokers charges, facilities provider, and third parties)
Interested Parties/Notice of Appearance Parties

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

## SCHEDULE 2

### List of "Connections" with Interested Parties

This schedule contains the names of parties on the Retention Checklist which our conflict-checking personnel advise me are current or former clients; affiliates of current clients; or persons with whom Simpson Thacher has some relationship involving the provision of legal services (such as a committee of independent directors of the entity or being designated by that entity to represent parties underwriting or providing financing for the entity) to a third-party where its fees may be borne in whole or part by such party in interest. In the case of **Schedule 2(b)** below, the services rendered by Simpson Thacher to the client, affiliate of a client, or former client, as applicable, are and were unrelated to the Debtors and these Chapter 11 Cases.

| 2(a) – CURRENT CLIENTS OF SIMPSON THACHER IN THE CHAPTER 11 CASES |
|---|
| CHEW, LEWIS |
| FOWLER, FRED |
| HERRINGER, MARYELLEN |
| JOHNSON, JEH |
| KELLY, RICHARD |
| KIMMEL, ROGER |
| MESERVE, RICHARD |
| MILLER, FORREST |
| MINICUCCI, BENITO |
| MULLINS, ERIC |
| PARRA, ROSENDO |
| RAMBO, BARBARA |
| SMITH, ANNE SHEN |
| WILLIAMS, BARRY |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| **2(b) – Interested Parties to Whom Simpson Thacher Provides, or Has Provided, Legal Services, Which Services Are Wholly Unrelated to the Debtors, or with Whom Simpson Thacher has Another Form of Connection As Described Above on Schedule 2** |
|---|
| ADP, INC. |
| AETNA |
| AETNA INTERNATIONAL |
| AIG EUROPE LIMITED |
| AIG PROPERTY CASUALTY COMPANY |
| ALLIANZ GLOBAL CORPORATE & SPECIALTY SE (PDW) |
| ALLIANZ GLOBAL RISKS |
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY |
| ALTAMONT COGENERATION CORP. |
| ALTAMONT POWER LLC (3-4 ) |
| ALTAMONT POWER LLC (4-4) |
| ALTAMONT POWER LLC (6-4) |
| ALTAMONT POWER LLC (PARTNERS 1) |
| ALTAMONT POWER LLC (PARTNERS 2) |
| AMERICAN HOME INSURANCE COMPANY |
| AMERICAN INTERNATIONAL REINSURANCE COMPANY LTD |
| AMERICAN NUCLEAR INSURANCE (ANI) |
| ASPEN INSURANCE COMPANY |
| ASPEN SPECIALTY INSURANCE COMPANY |
| ATC GROUP SERVICES LLC |
| AXIS INSURANCE COMPANY |
| AXIS SPECIALTY LIMITED (PDW) |
| AXIS SURPLUS INSURANCE COMPANY |
| BAKER HUGHES PROCESS & PIPELINE SERVICES |
| BAKER HUGHES US LAND |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| **2(b) – INTERESTED PARTIES TO WHOM SIMPSON THACHER PROVIDES, OR HAS PROVIDED, LEGAL SERVICES, WHICH SERVICES ARE WHOLLY UNRELATED TO THE DEBTORS, OR WITH WHOM SIMPSON THACHER HAS ANOTHER FORM OF CONNECTION AS DESCRIBED ABOVE ON SCHEDULE 2** |
|---|
| BANK OF AMERICA MERRILL LYNCH |
| BANK OF AMERICA N.A. |
| BANK OF MONTREAL |
| BARCLAYS BANK PLC |
| BARCLAYS CAPITAL INC. |
| BARCLAYS GLOBAL |
| BEAZLEY INSURANCE COMPANY |
| BERKSHIRE HATHAWAY AMGUARD INSURANCE COMPANY |
| BERKSHIRE HATHAWAY ENERGY RENEWABLES |
| BERKSHIRE HATHAWAY INTERNATIONAL INSURANCE LIMITED (PDW) |
| BLACKROCK FUND ADVISORS |
| BLACKROCK, INC. |
| BNP PARIBAS |
| BNP PARIBAS US |
| BNP PARIBAS SECURITIES CORP. |
| CALPINE CORPORATION |
| CANADIAN IMPERIAL BANK OF COMMERCE |
| CANADIAN IMPERIAL BANK OF COMMERCE, NEW YORK BRANCH |
| CARTER VALIDUS OPERATING |
| CHA CONSULTING, INC. |
| CIGNA GROUP INSURANCE |
| CITIBANK, N.A. |
| CITIGROUP |
| CITIGROUP ENERGY INC |
| CITIGROUP GLOBAL MARKETS |

| **2(b) – INTERESTED PARTIES TO WHOM SIMPSON THACHER PROVIDES, OR HAS PROVIDED, LEGAL SERVICES, WHICH SERVICES ARE WHOLLY UNRELATED TO THE DEBTORS, OR WITH WHOM SIMPSON THACHER HAS ANOTHER FORM OF CONNECTION AS DESCRIBED ABOVE ON SCHEDULE 2** |
|---|
| CLEARWAY ENERGY |
| CLEARWAY ENERGY GROUP LLC |
| CLEARWIRE |
| CNA INSURANCE COMPANY |
| COGENTRIX |
| COMCAST |
| CONSTELLATION ENERGY GROUP, INC. |
| CONSTITUTION STATE SERVICES, LLC |
| CONTINENTAL CASUALTY COMPANY |
| CONTINENTAL INSURANCE COMPANY |
| COX PCS - SPRINT SPECTRUM |
| CREDIT SUISSE ENERGY LLC |
| CROCKETT COGENERATION LP |
| CROCKETT COGENERATION, A CALIF LMT. PARTNERSHIP |
| CROCKETT COGENERATION, LP |
| DB ENERGY TRADING LLC |
| DE SHAW |
| DELL FINANCIAL SERVICES L.L.C. AND DELL FINANCIAL SERVICES L.P. |
| DESERT SUNLIGHT 300, LLC |
| DESERT SUNLIGHT HOLDINGS, LLC |
| DESERT SUNLIGHT INVESTMENT HOLDINGS |
| DEUTSCHE BANK |
| DEUTSCHE BANK NATIONAL TRUST COMPANY |
| DEUTSCHE BANK TRUST COMPANY AMERICAS |
| DIABLO WINDS, LLC |

| **2(b) – INTERESTED PARTIES TO WHOM SIMPSON THACHER PROVIDES, OR HAS PROVIDED, LEGAL SERVICES, WHICH SERVICES ARE WHOLLY UNRELATED TO THE DEBTORS, OR WITH WHOM SIMPSON THACHER HAS ANOTHER FORM OF CONNECTION AS DESCRIBED ABOVE ON SCHEDULE 2** |
|---|
| DYNEGY MARKETING AND TRADE, LLC |
| DYNEGY MORRO BAY, LLC |
| DYNEGY MOSS LANDING LLC |
| DYNEGY POWER, LLC |
| EAST BAY COMMUNITY ENERGY AUTHORITY |
| ENERGY CAPITAL PARTNERS |
| EXELON CORPORATION |
| EXELON GENERATION COMPANY, LLC |
| EXGEN RENEWABLES |
| EXPRESS SCRIPTS HOLDING COMPANY |
| EXTENET SYSTEM |
| FIREMAN'S FUND INSURANCE COMPANY |
| FIRST RESERVE |
| FPL ENERGY MONTEZUMA WIND, LLC |
| FRITO LAY COGEN |
| FRITO-LAY, INC. |
| G4S SECURE INTEGRATION LLC |
| G4S SECURE SOLUTIONS (USA) INC. |
| GENESIS SOLAR LLC |
| GENESIS SOLAR, LLC |
| GEPIF NAP I HOLDINGS |
| GIP III ZEPHYR ACQUISITION PARTNERS, L.P. |
| GOLDEN HILLS INTERCONNECTION LLC |
| GOLDMAN SACHS |
| GOLDMAN SACHS BANK USA |

| **2(b) – INTERESTED PARTIES TO WHOM SIMPSON THACHER PROVIDES, OR HAS PROVIDED, LEGAL SERVICES, WHICH SERVICES ARE WHOLLY UNRELATED TO THE DEBTORS, OR WITH WHOM SIMPSON THACHER HAS ANOTHER FORM OF CONNECTION AS DESCRIBED ABOVE ON SCHEDULE 2** |
|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY |
| GRANITE STATE INSURANCE COMPANY |
| GRAPHIC PACKAGING INTERNATIONAL INC. |
| GREEN RIDGE POWER LLC |
| HALLIBURTON U.S. ONSHORE |
| HILCORP SAN JUAN, L.P. |
| IDEMITSU APOLLO CORPORATION |
| J. ARON & COMPANY LLC |
| J. ARON AND COMPANY LLC |
| J.P. MORGAN SECURITIES LLC |
| J.P. MORGAN VENTURES |
| JOHNSON CONTROLS INC. - CENTRAL REGION |
| JOHNSON CONTROLS INC. - SYSTEMS AND SERVICES NORTH AMERICA |
| JP MORGAN SECURITIES LLC |
| JP MORGAN VENTURES ENERGY CORPORATION |
| JPMORGAN CHASE BANK, N.A. |
| LAZARD FRÈRES & CO. LLC |
| LEHMAN BROTHERS COMMODITY SERVICES |
| LEXINGTON INSURANCE COMPANY |
| LIFE INSURANCE COMPANY OF NORTH AMERICA (CIGNA) |
| LIVE OAK LIMITED |
| MACQUARIE CAN |
| MACQUARIE ENERGY LLC |
| MACQUARIE FUTURES |
| MACQUARIE FUTURES LLC |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| 2(b) – Interested Parties to Whom Simpson Thacher Provides, or Has Provided, Legal Services, Which Services Are Wholly Unrelated to the Debtors, or with Whom Simpson Thacher Has Another Form of Connection As Described Above on Schedule 2 |
|---|
| MACQUERIE ENERGY LLC |
| MASSMUTUAL ASSET FINANCE LLC |
| MCKINSEY & COMPANY INC.-US |
| MERRILL LYNCH |
| MERRILL LYNCH COMMODITIES INC. |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED |
| MIDAMERICAN ENERFY |
| MIZUHO BANK, LTD. (TL) |
| MORGAN STANLEY BANK, N.A. |
| MORGAN STANLEY CAPITAL GROUP INC. |
| MORGAN STANLEY SENIOR FUNDING, INC. |
| MS AMLIN (LLOYDS SYND) |
| MUFG UNION BANK, N.A. |
| NATIONAL FIRE & MARINE INSURANCE COMPANY |
| NATIONAL FIRE & MARINE INSURANCE COMPANY (BERKSHIRE HATHAWAY SPECIALTY INSURANCE) |
| NATIONAL FIRE AND MARINE INSURANCE COMPANY |
| NATIONAL FIRE INSURANCE OF HARTFORD |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA |
| NEW HAMPSHIRE INSURANCE COMPANY |
| NEXTEL COMMUNICATIONS |
| NEXTEL OF CALIFORNIA, INC., A DELAWARE CORP. |
| NEXTERA |
| NEXTERA ENERGY MARKETING, LLC |
| NEXTERA ENERGY MONTEZUMA WIND II, LLC |
| NEXTERA ENERGY PARTNERS, LP |

| 2(b) – INTERESTED PARTIES TO WHOM SIMPSON THACHER PROVIDES, OR HAS PROVIDED, LEGAL SERVICES, WHICH SERVICES ARE WHOLLY UNRELATED TO THE DEBTORS, OR WITH WHOM SIMPSON THACHER HAS ANOTHER FORM OF CONNECTION AS DESCRIBED ABOVE ON SCHEDULE 2 |
| --- |
| NEXTERA ENERGY RESOURCES ACQUISITIONS, LLC |
| NEXTERA ENERGY RESOURCES, LLC |
| NEXTERA ENERGY RESOURCES, LLC AND ITS SUBSIDIARY ARIES SOLAR HOLDING, LLC |
| NEXTERA ENERGY, INC. |
| NORTH SKY RIVER ENERGY, LLC |
| OCCIDENTAL POWER SERVICES, INC. |
| ORACLE AMERICA INC. |
| OXY ENER CANADA |
| PRECISION DRILLING, INC. |
| PRICEWATERHOUSECOOPERS LLP |
| PROLOGIS LP |
| QBE EUROPEAN OPERATIONS |
| QBE INSURANCE CORPORATION |
| QBE SPECIALTY INSURANCE COMPANY |
| RBC CAPITAL MARKETS |
| ROYAL BANK OF CANADA |
| ROYAL BANK OF SCOTLAND |
| SBA COMMUNICATIONS CORPORATION |
| SHAFTER SOLAR, LLC |
| SIEMENS ENERGY, INC., FOSSIL SERVICES POWER GENERATION |
| SIEMENS INDUSTRY INC. |
| SIEMENS INDUSTRY, INC. - BUILDING TECHNOLOGIES |
| SIEMENS INDUSTRY, INC. CUSTOMER SERVICES DIVISION |
| SPARK ENERGY GAS |
| SPRINT |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| **2(b) – INTERESTED PARTIES TO WHOM SIMPSON THACHER PROVIDES, OR HAS PROVIDED, LEGAL SERVICES, WHICH SERVICES ARE WHOLLY UNRELATED TO THE DEBTORS, OR WITH WHOM SIMPSON THACHER HAS ANOTHER FORM OF CONNECTION AS DESCRIBED ABOVE ON SCHEDULE 2** |
|---|
| SPRINT NEXTEL PROPERTY SERVICES |
| SPRINT SPECTRUM |
| SPRINT SPECTRUM- NEXTEL |
| ST. PAUL FIRE AND MARINE |
| STANFORD ENERGY GROUP |
| SUMITOMO MITSUI BANKING CORPORATION |
| SWISS RE INTERNATIONAL SE |
| SWISS RE INTERNATIONAL SE (SWISS RE) |
| TD BANK, N.A. |
| TD ENERGY TRADING INC. |
| THE BANK OF TOKYO-MITSUBISHI UFJ, LTD. (TL) |
| THE STANDARD FIRE INSURANCE COMPANY |
| THE TRAVELERS HOME AND MARINE INSURANCE COMPANY |
| THE TRAVELERS INDEMNITY COMPANY |
| THE TRAVELERS INDEMNITY COMPANY OF AMERICA |
| THE VANGUARD GROUP |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA |
| TRAVELERS INDEMNITY COMPANY OF CT |
| TRAVELERS INSURANCE COMPANY OF AMERICA |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA |
| TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY |
| TYCO INTEGRATED SECURITY LLC |
| U.S. BANK, N.A |
| U.S. WINDPOWER 14 |
| UBS AG (SWITZERLAND) |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| **2(b) – INTERESTED PARTIES TO WHOM SIMPSON THACHER PROVIDES, OR HAS PROVIDED, LEGAL SERVICES, WHICH SERVICES ARE WHOLLY UNRELATED TO THE DEBTORS, OR WITH WHOM SIMPSON THACHER HAS ANOTHER FORM OF CONNECTION AS DESCRIBED ABOVE ON SCHEDULE 2** |
|---|
| UBS SECURITIES |
| UNION BANK OF CALIFORNIA |
| UNION PACIFIC RAILROAD COMPANY |
| UNITED SERVICES AUTOMOBILE ASSOCIATION |
| US BANK, NATIONAL ASSOCIATION |
| USAA CASUALTY INSURANCE COMPANY |
| USAA GENERAL INDEMNITY COMPANY |
| USAA GENERAL INDEMNITY COMPANY AND GARRISON PROPERTY |
| VASCO WINDS, LLC |
| VISTRA ENERGY CORP. |
| WACHOVIA CORPORATE SERVICES, INC. |
| WASTE MANAGEMENT – FRESNO |
| WASTE MANAGEMENT – UKIAH |
| WASTE MANAGEMENT - USA WASTE OF CALIFORNIA |
| WASTE MANAGEMENT NATIONAL SERVICES INC. |
| WASTE MANAGEMENT OF ALAMEDA |
| WASTE MANAGEMENT OF ANTELOPE VALLEY |
| WASTE MANAGEMENT OF CORNING |
| WASTE MANAGEMENT OF FORT BRAGG |
| WASTE MANAGEMENT OF NEVADA |
| WASTE MANAGEMENT OF NORTH VALLEY DISPOSAL |
| WELLS FARGO BANK, NATIONAL ASSOCIATION |
| WELLS FARGO BANK, NORTHWEST ASSOCIATION, AS TRUSTEE MAC: U1228-051 |
| WELLS FARGO SECURITIES LLC |
| WESTPORT INSURANCE CORPORATION |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| **2(b) – INTERESTED PARTIES TO WHOM SIMPSON THACHER PROVIDES, OR HAS PROVIDED, LEGAL SERVICES, WHICH SERVICES ARE WHOLLY UNRELATED TO THE DEBTORS, OR WITH WHOM SIMPSON THACHER HAS ANOTHER FORM OF CONNECTION AS DESCRIBED ABOVE ON SCHEDULE 2** | | | |
|---|---|---|---|
| WESTSIDE SOLAR, LLC | | | |
| WILLIS TOWERS WATSON | | | |
| WILLOW CREEK | | | |
| X-ELIO ENERGY, S.L. | | | |
| XL INSURANCE AMERICA, INC. | | | |
| XL INSURANCE COMPANY | | | |
| XL INSURANCE CORPORATION | | | |
| XL SPECIALTY INSURANCE COMPANY | | | |

| **2(c) – INTERESTED PARTIES FOR WHOM ADDITIONAL INFORMATION IS NEEDED FOR SIMPSON THACHER TO ASCERTAIN POSSIBLE CONNECTIONS** | | | |
|---|---|---|---|
| ALPHA | AMERICAN AUTOMOBILE INSURANCE COMPANY | AMERICAN INSURANCE COMPANY | ANDERSON |
| ANDREW SMITH | AVERY | BADER | BEHRING |
| BENJAMIN MOORE | BENTON | BLAKE | BLANKENSHIP |
| BORROWS | BRAUN | BREEN | BRIAN JOHN JOHNSON |
| BROWN | BROWNSON | BUCKWALTER | CAN NAT RES |
| CARLETON | CARPENTER | CASELLA | CASTLETON CANADA |
| CASTLETON COMM | CHAPIN | CHAPMAN | CHARLES THOMPSON |
| CHRISTINE PALMER | CHRYSLER | COLLINS | COLLINS #2 |
| CRAIN | CROCKER | CURRIER | CURRY |
| DAVID JOHNSON | DAVID PETERSON | DAVIES | DAVIS ET AL |
| DENNIS ET AL | DIEDRA | DONALDSON | DORMAN |
| DOYLE | DUVAL | EAGAN | ELLIOTT |
| ELLIS | ENTERPRISE | ERNST | ESPANA |
| EVAN WILLIAMS | EWING | FAIRMAN | FARRELL |
| FINCH | FRANZ | FRYER | GOODMAN |
| GRAY | GWYNN | HALL | HARTMAN |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| HICKS | HINMAN | HOOD | HOUSTON |
|---|---|---|---|
| HOWE | HYDROCARBON | IRELAND | JACUZZI |
| JAMES | JARRETT | JEONG | JEWETT |
| JOHNSON | JOSEPH | KAISER | KATHY (INSURANCE AGENT) |
| KAUFFMAN | KENNEDY | KIRKPATRICK | LACC |
| LACC #21 | LANDMARK | LARSON | LEACH |
| LEBARON | LIEBERMAN ET AL | LITTLE | LLOYDS OF LONDON (VARIOUS) |
| LUNA | MASSENGILL | MATHIS | MCDOWELL |
| MCKENNA | MCNEIL | MCNEILL | MEYER |
| MICHAEL GRAHAM | MONROE | MORSE / KARNS | MOUNT/SMITH ET AL |
| MURPHY | NEFF | NELSON | O'NEILL |
| PATTISON | PETER (FREMONT LOC MGR) | PETERS | PETERSEN |
| PHILLIPS | POLLAK | POTTER | PRICE |
| REYNOLDS | RICE | ROBERT BROWN | ROBERT E. (AMERMAN) |
| ROBERTS | RODRIGUEZ | RUTH YATES | SCHAEFFER |
| SCHMITZ | SCHULTZ | SCOTT | SEARS |
| SHADYBROOK | SHAFFER/ ROGERS | SHARON L. JONES | SMITH, BARBARA (BOBBIE) |
| SOLARI | SONIA (INSURANCE AGENT) | SPRING | STEPHENSON |
| STEVEN A, MINORS, BY AND THROUGH THEIR GUARDIAN AD LITEM(GUARDIAN NOT LISTED ON COMPLAINT) | TAYLOR | TERRELL | THAYER |
| THOMAS TAYLOR | TIGER | TOWERCO | TRC |
| TROWBRIDGE | TURNER ET AL | VAIL | WALLACE |
| WALSH | WEST | WESTERN PROPERTIES | WHEELER |
| WHITE | WILLIAM LEE | WILLOW CREEK | WRECO |
| WRIGHT | ZIMMERMAN | | |