

Signed and Filed: April 2, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

HOGAN LOVELLS US LLP
Erin N. Brady (CA 215038)
erin.brady@hoganlovells.com
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601

– and –

M. Hampton Foushee (*pro hac vice*)
hampton.foushee@hoganlovells.com
875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000
Fax: (212) 918-3100

*Counsel for Party in Interest esVolta, LP.*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>***All papers shall be filed in the Lead Case, No. 19-30088 (DM)** | Bankruptcy Case<br>No. 19 – 30888 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING STIPULATION BETWEEN DEBTORS AND ESVOLTA, LP EXTENDING TIME TO RESPOND TO SAFE HARBOR MOTION TO BE HEARD ON APRIL 10, 2019**<br><br>[No Hearing Requested] |

The Court having considered the *Stipulation Between Debtors and esVolta, LP Extending Time to Respond to Safe Harbor Motion to be Heard on April 10, 2019* ("Stipulation"), entered into by esVolta, LP ("esVolta") on the one hand, and PG&E

Corporation and Pacific Gas & Electric Company, as debtors and debtors in possession (collectively, the "Debtors"), on the other hand, filed on March 29, 2019; and, pursuant to such stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED:

1. The time for the Debtors to file and serve any Debtors Response[1] to the Motion is extended through 4:00 p.m. (Pacific Time) on April 5, 2019.

APPROVED AS TO FORM AND CONTENT:

Dated: March 29, 2019

WEIL, GOTSHAL & MANGES LLP

By: /s/ Matthew Goren
    Matthew Goren (*pro hac vice*)

*Attorneys for Debtors*

**END OF ORDER**

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Stipulation.