1  **PORTER LAW GROUP, INC.**
   **William L. Porter, Esq. [133968]**
2  **Hannah C. Kreuser, Esq. [322959]**
   **7801 Folsom Boulevard, Suite 101**
3  **Sacramento, California 95826**
   **Telephone: 916-381-7868**
4  **Facsimile: 916-381-7880**

5  **Attorneys for**
   **PRECISION CRANE SERVICE, INC.**
6

7

8              **UNITED STATES BANKRUPTCY COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
9                **SAN FRANCISCO DIVISION**

10

11 In re:                              | Case Nos.      19-30088 (DM)

12                                     |                19-.0089 (DM)
   PG&E CORPORATION
13
                                       | Chapter 11
14          -and-
                                       | (Jointly Administered)
15 PACIFIC GAS & ELECTRIC
   COMPANY,
16
            Debtors
17

18   ☐     Affects PG&E Corporation
                                          **NOTICE PURSUANT TO 11 U.S.C. §**
19   ☐     Affects Pacific Gas and Electric   **546(b)(2) RELATED TO PERFECTION,**
           Company                        **MAINTENANCE AND ENFORCEMENT OF**
20                                        **MECHANICS LIEN CLAIMS**
     X     Affects both Debtors
21

22   *All papers shall be filed in the Lead Case,*
     *No. 19-30088(DM)*
23

24

25

26          PRECISION CRANE SERVICE, INC. ("PCS"), by and through its undersigned counsel,

27

                                      -1-

hereby (I) provides notice pursuant to 11 U.S.C. § 546(b)(2) of mechanics liens, corresponding to secured claims, and enforcement rights it holds against property of one or both of PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY (collectively "Debtors"); and (ii) reserves all related and other rights claims and interests it may have in the subject Chapter 11 cases. In support hereof, PCS states as follows:

### Section 546(b)(2) Notice

1.     PCS is a California corporation authorized to do business under the laws of the State of California, and duly licensed by the Contractors' State License Board to operate as contracted for, and holding a class C-61/D07 Conveyors and C-61/D36 Rigging and Rig Building license under license number 440078.

2.     In accordance with a Purchase Order ("PO #1") dated January 22, 2018, PCS agreed to furnish labor, services, equipment and material in connection with works of improvement to certain real property located at 308 Meadow Way, Wheatland, CA 95692 ("Wheatland Property"). A true and correct copy of PO #1 is attached hereto as *Exhibit 1*. The works of improvement were performed under contract and/or at the special request and instance of one or more of the Debtors and with their actual or constructive knowledge. One or more of the Debtors holds or claims an ownership interest in the Wheatland Property.

3.     Because PCS was in a direct contractual relationship with one or both of the Debtors, PCS was excused from serving Preliminary Notice upon one or both Debtors pursuant to California Civil Code § 8200(e)(2).

4.     On or about September 20, 2018, after performance under PO #1, PCS provided one or both Debtors with Invoice 78235 for the work performed in the amount of $6,253.05. Attached hereto as *Exhibit 2* is a true and correct copy of Invoice 78235.

5.     After performance under PO #1, and upon nonpayment for labor, materials, services and equipment furnished, and within the time required by California law, PCS recorded a verified claim of mechanics lien in the office of the County Recorder of Yuba. At the time of

Case: 19-30088     Doc# 1194     Filed: 04/03/19     Entered: 04/03/19 11:31:24     Page 2 of
72

recording the verified claim of mechanics lien, the principal amount remaining due, owing and unpaid for its work on the Wheatland Property was $6,253.05, excluding interest, and the cost of verifying and recording the mechanics lien claim. Attached hereto as **Exhibit 3** is a true and correct copy of PCS's mechanics lien, recorded on or about January 31, 2019, with the Yuba County Recorder's Office.

6.     In accordance with a Purchase Order ("PO #2") dated October 22, 2018, PCS agreed to furnish labor, services, equipment and material in connection with works of improvement to certain real property located at Vine Hill Drive and Compressor Road in Martinez, CA 94533 ("Martinez Property"). A true and correct copy of PO #2 is attached hereto as **Exhibit 4**. The works of improvement were performed under contract and/or at the special request and instance of one or more of the Debtors and with their actual or constructive knowledge. One or more of the Debtors holds or claims an ownership interest in the Martinez Property.

7.     Because PCS was in a direct contractual relationship with one or both of the Debtors, PCS was excused from serving Preliminary Notice upon one or both Debtors pursuant to California Civil Code § 8200(e)(2).

8.     On or about October 26, 2018, after performance under PO #2, PCS provided one or both Debtors with Invoice 78489 for the work performed in the amount of $12,371.75. Attached hereto as **Exhibit 5** is a true and correct copy of Invoice 78489.

9.     After performance under PO #2, and upon nonpayment for labor, materials, services and equipment furnished, and within the time required by California law, PCS recorded a verified claim of mechanics lien in the office of the County Recorder of Contra Costa. At the time of recording the verified claim of mechanics lien, the principal amount remaining due, owing and unpaid for its work on the Martinez Property was $12,371.75, excluding interest, and the cost of verifying and recording the mechanics lien claim. Attached hereto as **Exhibit 6** is a true and correct copy of PCS's mechanics lien, recorded on or about January 31, 2019, with the

-3-

1   Contra Costa County Recorder's Office.

2        10.    In accordance with a Purchase Order ("PO #3") dated December 10, 2018, PCS

3   agreed to furnish labor, services, equipment and material in connection with works of

4   improvement to certain real property located at 230 Centennial Avenue, Chico, CA 95928

5   ("Chico Property"). A true and correct copy of PO #3 is attached hereto as *Exhibit 7*. The works

6   of improvement were performed under contract and/or at the special request and instance of one

7   or more of the Debtors and with their actual or constructive knowledge. One or more of the

8   Debtors holds or claims an ownership interest in the Chico Property.

9        11.    Because PCS was in a direct contractual relationship with one or both of the

10  Debtors, PCS was excused from serving Preliminary Notice upon one or both Debtors pursuant

11  to California Civil Code § 8200(e)(2).

12       12.    On or about January 4, 2019, after performance under PO #3, PCS provided one

13  or both Debtors with Invoice 79059 for the work performed in the amount of $7,376.46.

14  Attached hereto as *Exhibit 8* is a true and correct copy of Invoice 79059.

15       13.    After performance under PO #3, and upon nonpayment for labor, materials,

16  services and equipment furnished, and within the time required by California law, PCS recorded

17  a verified claim of mechanics lien in the office of the County Recorder of Butte. At the time of

18  recording the verified claim of mechanics lien, the principal amount remaining due, owing and

19  unpaid for its work on the Chico Property was $7,376.46, excluding interest, and the cost of

20  verifying and recording the mechanics lien claim. Attached hereto as *Exhibit 9* is a true and

21  correct copy of PCS's mechanics lien, recorded on or about January 31, 2019, with the Butte

22  County Recorder's Office.

23       14.    In accordance with a Purchase Order ("PO #4") dated November 2, 2018, PCS

24  agreed to furnished labor, services, equipment and material in connection with works of

25  improvement to certain real property located at 3341 River Road, Colusa, CA 95932 ("Colusa

26  Property"). A true and correct copy of PO #4 is attached hereto as *Exhibit 10*. The works of

27

-4-

improvement were performed under contract and/or at the special request and instance of one or more of the Debtors and with their actual or constructive knowledge. One or more of the Debtors holds or claims an ownership interest in the Colusa Property.

15.     Because PCS was in a direct contractual relationship with one or both of the Debtors, PCS was excused from serving Preliminary Notice upon one or both Debtors pursuant to California Civil Code § 8200(e)(2).

16.     On or about January 14, 2019, after performance under PO #4, PCS provided one or both Debtors with Invoice 79061 for the work performed in the amount of $24,096.43. Attached hereto as *Exhibit 11* is a true and correct copy of Invoice 79061.

17.     After performance under PO #4, and upon nonpayment for labor, materials, services and equipment furnished, and within the time required by California law, PCS recorded a verified claim of mechanics lien in the office of the County Recorder of Colusa. At the time of recording the verified claim of mechanics lien, the principal amount remaining due, owing and unpaid for its work on the Colusa Property was $24,096.43, excluding interest, and the cost of verifying and recording the mechanics lien claim. Attached hereto as *Exhibit 12* is a true and correct copy of PCS's mechanics lien, recorded on or about February 1, 2019, with the Colusa County Recorder's Office.

18.     In accordance with a Purchase Order ("PO #5") dated January 18, 2019, PCS agreed to furnish labor, services, equipment and material in connection with works of improvement to certain real property located at 718 Shelley Court, Rodeo, CA 94572 ("Rodeo Property"). A true and correct copy of PO #5 is attached hereto as *Exhibit 13*. The works of improvement were performed under contract and/or at the special request and instance of one or more of the Debtors and with their actual or constructive knowledge. One or more of the Debtors holds or claims an ownership interest in the Rodeo Property.

19.     Because PCS was in a direct contractual relationship with one or both of the Debtors, PCS was excused from serving Preliminary Notice upon one or both Debtors pursuant

-5-

to California Civil Code § 8200(e)(2).

20. On or about January 16, 2019, after performance under PO #5, PCS provided one or both Debtors with Invoice 79091 for the work performed in the amount of $20,252.51. Attached hereto as ***Exhibit 14*** is a true and correct copy of Invoice 79091.

21. After performance under PO #5, and upon nonpayment for labor, materials, services and equipment furnished, and within the time required by California law, PCS recorded a verified claim of mechanics lien in the office of the County Recorder of Contra Costa. At the time of recording the verified claim of mechanics lien, the principal amount remaining due, owing and unpaid for its work on the Rodeo Property was $20,252.51, excluding interest, and the cost of verifying and recording the mechanics lien claim. Attached hereto as ***Exhibit 15*** is a true and correct copy of PCS's mechanics lien, recorded on or about January 31, 2019, with the Contra Costa County Recorder's Office.

22. In accordance with a Purchase Order ("PO #6") dated January 2, 2019, PCS agreed to furnish labor, services, equipment and material in connection with works of improvement to certain real property located at 3260 Stony Point Road, Petaluma, CA, 94952 ("Petaluma Property"). A true and correct copy of PO #6 is attached hereto as ***Exhibit 16***. The works of improvement were performed under contract and/or at the special request and instance of one or more of the Debtors and with their actual or constructive knowledge. One or more of the Debtors holds or claims an ownership interest in the Petaluma Property.

23. Because PCS was in a direct contractual relationship with one or both of the Debtors, PCS was excused from serving Preliminary Notice upon one or both Debtors pursuant to California Civil Code § 8200(e)(2).

24. On or about January 10, 2019, after performance under PO #6, PCS provided one or both Debtors with Invoice 79051 for the work performed in the amount of $12,233.43. Attached hereto as ***Exhibit 17*** is a true and correct copy of Invoice 79051.

25. After performance under PO #6, and upon nonpayment for labor, materials,

-6-

services and equipment furnished, and within the time required by California law, PCS recorded a verified claim of mechanics lien in the office of the County Recorder of Sonoma. At the time of recording the verified claim of mechanics lien, the principal amount remaining due, owing and unpaid for its work on the PO #6 Property was $12,333.43, excluding interest, and the cost of verifying and recording the mechanics lien claim. Attached hereto as *Exhibit 18* is a true and correct copy of PCS's mechanics lien, recorded on or about January 31, 2019, with the Sonoma County Recorder's Office.

26. In total, and prior to the January 29, 2019 petition date ("Petition Date"), the aggregate amount owed to PCS for the labor, services, equipment and material furnished in connection with the works of improvement described above was at least $82,683.63, exclusive of accruing interest and other charges, with additional amounts owing and accruing after the Petition Date (collectively, "Indebtedness"). To the date of filing of this Notice, all of the Indebtedness remains outstanding and owed to PCS.

27. Under California Civil Code § 8460(a), a claimant is ordinarily required to commence an action to enforce a mechanics lien "within 90 days after recordation of the claim of lien." However, at present, PCS is prevented from commencing appropriate actions to enforce its mechanics liens in Yuba, Contra Costa, Butte, Colusa, and Sonoma Counties ("Actions") as a result of the institution of the subject Chapter 11 cases and the application of the automatic stay of 11 U.S.C. § 362(a) ("Automatic Stay").

28. Section 546(b)(2) of the Bankruptcy Code provides in pertinent part that when applicable law requires commencement of an action to perfect, or to maintain or continue the perfection of, an interest in property and an action has not been commenced prior to the petition date, then such perfection, or maintenance or continuation of perfection, may be accomplished by a claimant instead "giving notice within the time fixed by such law" for commencement of such action.

29. Accordingly, PCS hereby provides notice that (a) it is the holder of the verified

-7-

and recorded mechanics liens, as described above, and corresponding Secured Claims to the

Wheatland, Martinez, Chico, Colusa, Rodeo, and Petaluma Properties under California law; (b)

but for the Automatic Stay it would have timely commenced appropriate Actions pursuant to

California law in Yuba, Contra Costa, Butte, Colusa, and Sonoma Counties to enforce such

mechanics liens and Secured Claims; and © it intends in all respects to fully perfect, maintain,

preserve and continue the perfection of its mechanics liens on the Wheatland, Martinez, Chico,

Colusa, Rodeo, and Petaluma Properties and to enforce and realize upon its corresponding

Secured Claims in accordance with the requirements of California State law, 11 U.S.C. §§

362(a), 362(b)(3) and 546(b)(2), and any other applicable law. Without limiting the generality of

the foregoing, this notice constitutes the legal equivalent of having filed mechanics liens in the

Recorders Offices of Yuba, Contra Costa, Butte, Colusa, and Sonoma Counties for the pertinent

works of improvement and respective amounts of Indebtedness, and then having commenced

Actions to enforce and foreclose such mechanics liens in the proper courts.

### Reservation of Rights

30.     In the interests of economy and efficiency, PCS has filed this single Notice in the

above-captioned Chapter 11 cases intending and expecting it to apply or pertain separately and

individually to (a) the continued perfection of each one of the subject mechanics liens; (b) the

Actions that otherwise would have been commenced by PCS in accordance with California State

law to maintain, enforce and realize upon its corresponding Secured Claims; (c) PCS's exercise

of any other rights under or satisfaction of any other requirements of 11 U.S.C. § 546(b)(2) in the

circumstances.

31.     PCS reserves the right to supplement, amend or otherwise alter this Notice from

time to time as may be necessary or appropriate to conform to, or to adapt to changes in, facts or

law, determinations yet to be made in the subject Chapter 11 cases or in other proceedings, or

otherwise to further the purposes of filing this Notice. Without limiting the generality of the

foregoing, PCS reserves the right if deemed necessary or appropriate to subdivide this Notice

-8-

into several notices under Section 546(b)(2) based upon each of the mechanics liens and potential Actions thereon, to include specific or additional pre-petition or post-petition amounts, and to state a total amount of the Indebtedness or any component thereof that would be owed by a Debtor upon the effective date of any plan of reorganization or liquidation, the date of any distribution or payment with respect to PCS's Secured Claims or any other appropriate date(s).

32.     PCS reserves the right to request modification of the Automatic Stay, determinations with respect to the validity, priority or extent of its mechanics liens and Secured Claims, and adequate protection of, or any other relief in relation to its mechanics liens and Secured Claims.

33.     PCS reserves the right to assert against either of the Debtors any and all claims and interests that are not encompassed by the mechanics liens and Secured Claims, including additional secured claims, administrative-priority claims or other claims that may have arisen before or after the Petition Date. Also, PCS reserves any rights, claims, actions, setoffs, or recoupments to which it is or may be entitled under contract or otherwise in law or equity with respect to either of the Debtors or their respective assets in the subject cases. In addition, PCS reserves any and all rights, claims, actions, and remedies it has or may have with respect to all entities other than Debtors, and nothing herein shall be considered an election not to pursue remedies against such entities.

Dated: April 2, 2019                        **PORTER LAW GROUP, INC.**

By: _____
Hannah C. Kreuser, Esq.
Attorneys for PRECISION CRANE SERVICE, INC.

R:\Production\1\1000-1999 - Porter Law Group\1600-1699\1680 Precision Crane\1680.0 General\Notice of Perfection.wpd

-9-

# EXHIBIT 1

## Purchase Order Details

**PO Number**      2700055339

**Date**           Jan 22, 2018

**Status**         Invoiced

**PO Amount**      $100,000.00

**Invoiced Amount** $13,154.42

**Currency**       USD (US Dollar)

**Buyer Contact**  Ariba Purchasing G

**Customer Contact** Scott Nabonne spn4@pge.com
530-661-5684

**Payment Terms**  30 days net

**Customer**
Pacific Gas & Electric Inc
77 Beale Street
San Francisco, CA 94177
US (United States)

PO Box 770000

415 973 3000

**Ship To Address**
29 4TH STREET
MARYSVILLE, CA 95901
US (United States)

| Item Number | Description | Ordered Qty | Delivery Date | Invoiced Qty | Item Price | Unit of Measure |
|---|---|---|---|---|---|---|
| 1 | Non Taxable - Crane and Rigging Services | 100,000 | Jan 24, 2018 | 13,154.42 | $1.00 | USD (US Dollar) |

The Purchase Order data presented in this document does not necessarily contain all information and details that your customer shared with you. This representation reflects the PO data available in the Taulia platform. Typically, the PO data provided through Taulia can not entirely replace the PO information provided to you by your customer

# EXHIBIT 2

Precision Crane Service, Inc.
7590 Conde Lane
Windsor, CA 95492
(707) 546-6900 Ph.
(707) 837-0280 Fax

**Invoice**      **78235**

| | |
|---|---|
| Invoice Date: | Thursday, September 20, 2018 |
| Customer: | PAC008 |
| Job No : | 39412 |
| Salesperson: | |
| Ordered By: | Scott |

PGE-SAN FRANCISCO (c)
P.O. BOX 7760
SAN FRANCISCO, CA 94120

Job Site :
308 Meadow Way
Wheatland, CA

*39.0133774, - 121.4242951*

Customer P.O. No: 2700055339
Work Performed :   Remove and replace wood pole. Set transformer on neighboring pole.

| Date | Description | Unit No | Qty Unit Meas | Rate | Extension |
|---|---|---|---|---|---|
| 9/19/2018 | 100 TON CRANE OPERATED (2 MAN) | C110 | 12.00 Hours | $339.50 | $4,074.00 |
| | CREW OVERTIME | | 2.00 Hours | $65.00 | $130.00 |
| | CREW OVERTIME DBL | | 2.00 Hours | $130.00 | $260.00 |
| | TRUCK & DRIVER | T18 | 12.00 Hours | $115.00 | $1,380.00 |
| | FUEL SURCHARGE | | 1.00 | $409.05 | $409.05 |

**Total Invoice:**      **$6,253.05**

Terms are Net 30
Unpaid invoices over 30 days will be charged a 1.5% late charge per month
Contractor License # 440078

# EXHIBIT 3

**Recording Requested By:**

Precision Crane Service, Inc.

**When Recorded Mail To:**

Precision Crane Service, Inc.

7590 Conde Lane

Windsor, CA 95492

**2019-001210**

01/31/2019 12:04 PM Page 1 of 3
Total Fee: $96.00
Recorded in Official Records
County of Yuba State of CA
Terry A. Hansen
County Clerk and Recorder



SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Precision Crane Service, Inc., 7590 Conde Lane, Windsor, CA, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Yuba, State of California, said land described as follows: in the area/vicinity of 308 Meadow Way, Wheatland, CA. See also Exhibit 'A' which is attached hereto and incorporated herein.

The sum of $6,253.05 is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Remove and Replace Wood Pole and Set Transformer on Neighboring Pole.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105.

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Precision Crane Service, Inc.

By: _____

Angela Darling / Authorized Agent

### VERIFICATION

I, the undersigned, say: I am the Authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 30, 2019, at San Diego, California.

Firm Name: Precision Crane Service, Inc.

_____

Angela Darling / Authorized Agent

Construction Notice Services, Inc. (68994)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, Angela Darling, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 308 Meadow Way, Wheatland, CA, by first class certified mail, postage prepaid, on January 30, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 30, 2019, at San Diego, California.

Firm Name: Precision Crane Service, Inc.

By: _____

Angela Darling / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68994)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, to or for the benefit of the owner, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68994)

**EXHIBIT 4**

## Purchase Order Details

| | | | |
|---|---|---|---|
| **PO Number** | 2700181887 | **Customer** | **Ship To Address** |
| **Date** | Oct 22, 2018 | Pacific Gas & Electric Inc | 4051 ALHAMBRA AVENUE |
| **Status** | Delivered | 77 Beale Street | MARTINEZ, CA 94553 |
| **PO Amount** | $20,000.00 | San Francisco, CA 94177 | US (United States) |
| **Invoiced Amount** | $12,371.75 | US (United States) | |
| **Currency** | USD (US Dollar) | PO Box 770000 | |
| **Buyer Contact** | Ariba Purchasing G | | |
| **Customer Contact** | Brandon Asuelo bxal@pge.com | 415 973 3000 | |
| | 510-231-3870 | | |
| **Payment Terms** | 30 days net | | |

| Item Number | Description | Ordered Qty | Delivery Date | Invoiced Qty | Item Price | Unit of Measure |
|---|---|---|---|---|---|---|
| 1 | Non Taxable - Crane and Rigging Services | 20,000 | Dec 31, 2018 | 12,371.75 | $1.00 | USD (US Dollar) |

The Purchase Order data presented in this document does not necessarily contain all information and details that your customer shared with you. This representation reflects the PO data available in the Taulia platform. Typically, the PO data provided through Taulia can not entirely replace the PO information provided to you by your customer

# Purchase Order: ==2700181887==



Done

---

## Order Detail

*This purchase order was delivered by Ariba Network. For more information about Ariba and Ariba Network, visit http://www.ariba.com.*

| From: | To: | Purchase Order |
|---|---|---|
| **Pacific Gas and Electric Company** | **Precision Crane Service, INC.** | (New) |
| P.O. Box 7760 | 7590 Conde Lane | **2700181887** |
| San Francisco , CA 94120-7760 | Windsor , CA 95492 | Amount: $20,000.00 USD |
| United States | United States | Version: 1 |
| Phone:  +1 (800) 7567243 | Phone: | |
| | Fax: | |
| | Email: andy@pcsnorcal.com | |

---

**Payment Terms**
NET 30

Routing Status: S

**Comments**
Comment Type:
Submit
Comment Body:
PM 31127073
3800 Arthur, Martinez

Contact:
Brittney Lane
BDLD@pge.com
510-685-7169
Comment By:
Brandon Asuelo
Comment Date:
2018-10-18T08:19:24-07:00


Comme  ...

**Contract #**
C1526-V2

**Other Information**
     Company Code:  PGE1

---

| Ship All Items To | Bill To | Deliver To |
|---|---|---|
| **4051 ALHAMBRA AVENUE** | **Pacific Gas and Electric Company** | Brittney Lane |
| 4051 ALHAMBRA AVENUE | P.O. Box 7760 | 4051 ALHAMBRA AVENUE |
| MARTINEZ , CA 94553 | San Francisco , CA 94120-7760 | |
| United States | United States | |
| Ship To Code:  0041546914 | | |

Case: 19-30088   Doc# 1194   Filed: 04/03/19   Entered: 04/03/19 11:31:24   Page 20 of 72

Phone: +1 (510) 8532554
Email: BDLD@pge.com

Phone: +1 (800) 7567243

## Line Items

| Line # | Part # / Description | Customer Part # | Type | Qty (Unit) | Need By | Unit Price | Subto |
|--------|---------------------|-----------------|------|------------|---------|------------|-------|
| **1** | 0001030686A | | Material | 20,000 (USD) | 31 Dec 2018 | $1.00 USD | $20,00 |
| | Non Taxable - Crane and Rigging Services | | | | | | |

Order submitted on: Monday 22 Oct 2018 1:33 PM
GMT-07:00
Received by Ariba Network on: Monday 22 Oct 2018 1:33
PM GMT-07:00
This Purchase Order was sent by Pacific Gas & Electric
Company AN01039276030 and delivered by Ariba
Network.

Sub-total: $ 20,000.00 U

Done

# EXHIBIT 5

Precision Crane Service, Inc.
7590 Conde Lane
Windsor, CA 95492
(707) 546-6900 Ph.
(707) 837-0280 Fax



**Invoice** **78489**

| | |
|---|---|
| Invoice Date: | Friday, October 26, 2018 |
| Customer: | PAC008 |
| Job No : | 39805 |
| Salesperson: | |
| Ordered By: | Brittany |

PGE-SAN FRANCISCO (c)
P.O. BOX 7760
SAN FRANCISCO, CA 94120

Job Site :
Vine Hill Drive at
Compressor Road
Martinez, CA

*38.018750, -122.096770*

Customer P.O. No: **2700181887**
Work Performed :  Remove and replace wood pole.

| Date | Description | Unit No | Qty Unit Meas | Rate | Extension |
|---|---|---|---|---|---|
| 10/20/2018 to 10/21/2018 | 100 TON CRANE OPERATED (2 MAN) | C110 | 20.00 Hours | $339.50 | $6,790.00 |
| | CREW OVERTIME DBL | | 20.00 Hours | $130.00 | $2,600.00 |
| | TRUCK & DRIVER | T19 | 20.00 Hours | $115.00 | $2,300.00 |
| | FUEL SURCHARGE | | 1.00 | $681.75 | $681.75 |

**Total Invoice:** **$12,371.75**

Terms are Net 30
Unpaid invoices over 30 days will be charged a 1.5% late charge per month
Contractor License # 440078

**EXHIBIT 6**


CONTRA COSTA Co Recorder Office
JOSEPH CANCIAMILLA, Clerk – Recorder
**DOC – 2019–0013746–00**
Check Number
Thursday, JAN 31, 2019 10:09:30
LIE  $7.00 | MOD  $3.00 | REC  $13.00
FTC  $2.00 | DAF  $2.70 | REF  $0.30
RED  $1.00 | ERD  $1.00 | SB2  $75.00
Ttl Pd  $105.00   Nbr–0003395102
AAR / R8 / 1-3
Invoice # 78489

**Recording Requested By:**

Precision Crane Service, Inc.

**When Recorded Mail To:**

Precision Crane Service, Inc.

7590 Conde Lane

Windsor, CA 95492

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

**LIEN NOTICE MAILED**

    The undersigned claimant, Precision Crane Service, Inc., 7590 Conde Lane, Windsor, CA, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

    The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Contra Costa, State of California, said land described as follows: in the area/vicinity of Vine Hill Drive at Compressor Road, Martinez, CA. See also Exhibit 'A' which is attached hereto and incorporated herein.

    The sum of $12,371.75 is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Remove and Replace Wood Pole.

    Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105.

    The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Precision Crane Service Inc

By: _____

Angela Darling / Authorized Agent

### VERIFICATION

    I, the undersigned, say: I am the Authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

    Executed on January 30, 2019, at San Diego, California.

    Firm Name: Precision Crane Service, Inc.

_____

Angela Darling / Authorized Agent

Construction Notice Services, Inc. (68988)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, Angela Darling, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on Vine Hill Drive at Compressor Road, Martinez, CA, by first class certified mail, postage prepaid, on January 30, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 30, 2019, at San Diego, California.

Firm Name: Precision Crane Service, Inc.

By: _____

Angela Darling / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Construction Notice Services, Inc. (68988)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, to or for the benefit of the owner, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68988)

**EXHIBIT 7**

## Purchase Order Details

| | | | |
|---|---|---|---|
| **PO Number** | 2700204458 | **Customer** | **Ship To Address** |
| **Date** | Dec 10, 2018 | Pacific Gas & Electric Inc | 6030 WEST OAKS BOULEVARD. |
| **Status** | Invoiced | 77 Beale Street | SUITE 300 |
| **PO Amount** | $11,224.08 | San Francisco, CA 94177 | ROCKLIN, CA 95765 |
| **Invoiced Amount** | $7,376.46 | US (United States) | US (United States) |
| **Currency** | USD (US Dollar) | | |
| **Buyer Contact** | Ariba Purchasing G | PO Box 770000 | |
| **Customer Contact** | Dagmar Peer d1pb@pge.com 916-472-2136 | 415 973 3000 | |
| **Payment Terms** | 30 days net | | |

| Item Number | Description | Ordered Qty | Delivery Date | Invoiced Qty | Item Price | Unit of Measure |
|---|---|---|---|---|---|---|
| 1 | SYCAMORE CRK-NOTRE DAME 18/169 RPL POLE | 11,224.08 | Dec 11, 2018 | 7,376.46 | $1.00 | USD (US Dollar) |

The Purchase Order data presented in this document does not necessarily contain all information and details that your customer shared with you. This representation reflects the PO data available in the Taulia platform. Typically, the PO data provided through Taulia can not entirely replace the PO information provided to you by your customer

# Purchase Order: 2700204458



## Order Detail

*This purchase order was delivered by Ariba Network.  For more information about Ariba and Ariba Network, visit http://www.ariba.com.*

| From: | To: | Purchase Order |
|---|---|---|
| **Pacific Gas and Electric Company** | **Precision Crane Service, INC.** | (New) |
| P.O. Box 7760 | 7590 Conde Lane | **2700204458** |
| San Francisco , CA 94120-7760 | Windsor , CA 95492 | Amount: $11,224.08 USD |
| United States | United States | Version: 1 |
| Phone: +1 (800) 7567243 | Phone: | |
| | Fax: | |
| | Email: andy@pcsnorcal.com | |

**Payment Terms**                                                      Routing Status: Sent
NET 30

**Comments**
Comment Type:
General
Comment Body:

Comment By:
Shawna Swilley
Comment Date:
2018-12-10T12:49:47-08:00

Comment Type: Terms and Conditions
Body:1.0 DEFINITIONS
Contractor means the Party, i  ...

**Contract #**
C1526-V2

**Other Information**
       Company Code:   PGE1

**Attachments**
⌖ FE_CWA_Sycamore_Crk-Notre_Dame_31226507.pdf (application/pdf)

| Ship All Items To | Bill To | Deliver To |
|---|---|---|
| **6030 WEST OAKS BOULEVARD. SUITE 300** | **Pacific Gas and Electric Company** | Terry Daniels |
| 6030 WEST OAKS BOULEVARD. SUITE 300 | P.O. Box 7760 | 6030 WEST OAKS BOULEVARD. SUITE 300 |
| | San Francisco , CA 94120-7760 | |

Case: 19-30088    Doc# 1194    Filed: 04/03/19    Entered: 04/03/19 11:31:24    Page 30 of 72

ROCKLIN , CA 95765                      United States
United States                          Phone: +1 (800) 7567243
Ship To Code: 0041058200
Phone: +1 (916) 4722334
Email: SRSO@pge.com

## Line Items

| Line # | Part # / Description | Customer Part # | Type | Qty (Unit) | Need By | Unit Price | Subtotal |
|--------|----------------------|-----------------|------|------------|---------|------------|----------|
| 1 | 0001030686A | | Material | 11,224.08 (USD) | 11 Dec 2018 | $1.00 USD | $11,224.08 USD |

SYCAMORE CRK-NOTRE DAME 18/169 RPL POLE - 31226507

Order submitted on: Monday 10 Dec 2018 4:02 PM
GMT-08:00
Received by Ariba Network on: Monday 10 Dec 2018 4:02
PM GMT-08:00
This Purchase Order was sent by Pacific Gas & Electric
Company AN01039276030 and delivered by Ariba
Network.

Sub-total: $ 11,224.08 USD

Done

Case: 19-30088    Doc# 1194    Filed: 04/03/19    Entered: 04/03/19 11:31:24    Page 31
of 72

3/14/2019, 3:02 PM

**EXHIBIT 8**

Precision Crane Service, Inc.
7590 Conde Lane
Windsor, CA 95492
(707) 546-6900 Ph.
(707) 837-0280 Fax



| | |
|---|---|
| **Invoice** | **79059** |
| Invoice Date: | Monday, January 14, 2019 |
| Customer: | PAC008 |
| Job No : | 39754 |
| Salesperson: | TYLER ELLIFF |
| Ordered By: | Greg Stockness |

PGE-SAN FRANCISCO (c)
P.O. BOX 7760
SAN FRANCISCO, CA 94120

Job Site :
Sycamore CRK-Notre Dame
18/66
230 Centennial ave
Chico, CA 95928

*39.7576, – 121.7960*

Customer P.O. No: <mark>2700204458</mark>
Work Performed : Provide hook to rig/relieve top (3) circuits

| Date | Description | Unit No | Qty Unit Meas | Rate | Extension |
|---|---|---|---|---|---|
| 12/10/2018 | 100 TON CRANE OPERATED (2 MAN) | C110 | 4.00 Hours | $339.50 | $1,358.00 |
| | TRUCK & DRIVER | T18 | 4.00 Hours | $115.00 | $460.00 |
| | SUBSISTANCE | | 2.00 Days | $45.00 | $90.00 |
| | SUBSISTANCE/HOTEL | | 2.00 Days | $113.12 | $226.24 |
| | 100 TON CRANE OPERATED (2 MAN) | C110 | 10.00 Hours | $339.50 | $3,395.00 |
| | CREW OVERTIME | | 2.00 Hours | $65.00 | $130.00 |
| | TRUCK & DRIVER | T18 | 10.00 Hours | $115.00 | $1,150.00 |
| | SUBSISTANCE | | 2.00 Days | $45.00 | $90.00 |
| | FUEL SURCHARGE | | 1.00 | $477.22 | $477.22 |

**Total Invoice:**     **$7,376.46**

Terms are Net 30
Unpaid invoices over 30 days will be charged a 1.5% late charge per month
Contractor License # 440078

**EXHIBIT 9**

| Recorded | REC FEE | 21.00 |
| Official Records | | |
| County of | LIEN NOTICE | 9.00 |
| Butte | CONFORMED COPY | 1.00 |
| CANDACE J. GRUBBS | SB2 TAX | 75.00 |
| County Clerk-Recorder | | |
| | NR | |
| 12:48PM 31-Jan-2019 | Page 1 of 3 | |

**Recording Requested By:**

Precision Crane Service, Inc.

**When Recorded Mail To:**
Precision Crane Service, Inc.

7590 Conde Lane

Windsor, CA 95492

*INVOICE# 79059*

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

NOTICE SENT
Gov. Code 27297.5

3
NR

The undersigned claimant, Precision Crane Service, Inc., 7590 Conde Lane, Windsor, CA, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Butte, State of California, said land described as follows: in the area/vicinity of 230 Centennial Ave, 018-010-089-000 Chico, CA. See also Exhibit 'A' which is attached hereto and incorporated herein.

The sum of $7,376.46 is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Hook to Rig/Relieve Top (3) Circuits.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105.

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Precision Crane Service, Inc.

By: _____

Angela Darling / Authorized Agent

### VERIFICATION

I, the undersigned, say: I am the Authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 30, 2019, at San Diego, California.

Firm Name: Precision Crane Service, Inc.

_____

Angela Darling / Authorized Agent

Construction Notice Services, Inc. (68989)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, Angela Darling, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 230 Centennial Ave 018-010-089-000, Chico, CA, by first class certified mail, postage prepaid, on January 30, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 30, 2019, at San Diego, California.

Firm Name: Precision Crane Service, Inc.

By: _____

Angela Darling / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Construction Notice Services, Inc. (68989)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, to or for the benefit of the owner, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68989)

**EXHIBIT 10**

## Purchase Order Details

| | | | | | |
|---|---|---|---|---|---|
| **PO Number** | 2700187786 | | **Customer** | | **Ship To Address** |
| **Date** | Nov 2, 2018 | | Pacific Gas & Electric Inc | | 101 3rd Street |
| **Status** | Invoiced | | 77 Beale Street | | Marysville, CA 95901 |
| **PO Amount** | $30,000.00 | | San Francisco, CA 94177 | | US (United States) |
| **Invoiced Amount** | $24,096.43 | | US (United States) | | |
| **Currency** | USD (US Dollar) | | PO Box 770000 | | |
| **Buyer Contact** | Ariba Purchasing G | | | | |
| **Customer Contact** | Gary West gww4@pge.com (530) 749-9766 | | 415 973 3000 | | |
| **Payment Terms** | 30 days net | | | | |

| Item Number | Description | Ordered Qty | Delivery Date | Invoiced Qty | Item Price | Unit of Measure |
|---|---|---|---|---|---|---|
| 1 | Non Taxable - Crane and Rigging Services | 30,000 | Nov 2, 2018 | 24,096.43 | $1.00 | USD (US Dollar) |

The Purchase Order data presented in this document does not necessarily contain all information and details that your customer shared with you. This representation reflects the PO data available in the Taulia platform. Typically, the PO data provided through Taulia can not entirely replace the PO information provided to you by your customer

# Purchase Order: 2700187786



## Order Detail

*This purchase order was delivered by Ariba Network.   For more information about Ariba and Ariba Network, visit http://www.ariba.com.*

| | | |
|---|---|---|
| **From:** | **To:** | **Purchase Order** |
| **Pacific Gas and Electric Company** | **Precision Crane Service, INC.** | (New) |
| P.O. Box 7760 | 7590 Conde Lane | **2700187786** |
| San Francisco , CA 94120-7760 | Windsor , CA 95492 | Amount: $30,000.00 USD |
| United States | United States | Version: 1 |
| Phone: +1 (800) 7567243 | Phone: | |
| | Fax: | |
| | Email: andy@pcsnorcal.com | |

**Payment Terms**                                                    Routing Status: Sent
NET 30

**Comments**
Comment Type:
General
Comment Body:

Comment By:
Gary West
Comment Date:
2018-11-01T10:55:26-07:00

Comment Type: Terms and Conditions
Body:1.0 DEFINITIONS
Contractor means the Party, identi ...

**Contract #**
C1526-V2

**Other Information**
        Company Code:   PGE1

**Attachments**
✏ 31324107_PrecisionCrane.doc (application/msword)

| **Ship All Items To** | **Bill To** | **Deliver To** |
|---|---|---|
| **PG&E GC Gary West** | **Pacific Gas and Electric Company** | PG&E - Gary West |
| 101 3rd Street | P.O. Box 7760 | PG&E GC Gary West |
| Marysville , CA 95901 | San Francisco , CA 94120-7760 | |
| United States | | |

Case: 19-30088    Doc# 1194    Filed: 04/03/19    Entered: 04/03/19 11:31:24    Page 40 of 72

Ship To Code: AD135472847
Phone: +1 (530) 7499766
Email: GWW4@pge.com

United States
Phone: +1 (800) 7567243

## Line Items

| Line # | Part # / Description | Customer Part # | Type | Qty (Unit) | Need By | Unit Price | Subtotal |
|--------|---------------------|-----------------|------|------------|---------|------------|----------|
| 1 | 0001030686A | | Material | 30,000 (USD) | 2 Nov 2018 | $1.00 USD | $30,000.00 USD |
| | Non Taxable - Crane and Rigging Services | | | | | | |

Order submitted on: Friday 2 Nov 2018 12:01 AM
GMT-07:00
Received by Ariba Network on: Friday 2 Nov 2018 12:01
AM GMT-07:00
This Purchase Order was sent by Pacific Gas & Electric
Company AN01039276030 and delivered by Ariba
Network.

Sub-total: $30,000.00 USD

Done

Case: 19-30088    Doc# 1194    Filed: 04/03/19    Entered: 04/03/19 11:31:24    Page 41
of 72

3/14/2019, 3:07 PM

# EXHIBIT 11

Precision Crane Service, Inc.
7590 Conde Lane
Windsor, CA 95492
(707) 546-6900 Ph.
(707) 837-0280 Fax



**INVOICE**  **79061**

| | |
|---|---|
| Invoice Date: | Monday, January 14, 2019 |
| Customer: | PAC008 |
| Job No : | 39893 |
| Salesperson: | |
| Ordered By: | Casey Eklund |

PGE-SAN FRANCISCO (c)
P.O. BOX 7760
SAN FRANCISCO, CA 94120

Job Site :
3341 River Rd
Colusa, CA

39. 2152947, – 122.0013995

Customer P.O. No: 2700187786
Work Performed : Remove and replace wood pole.

| Date | Description | Unit No | Qty Unit Meas | Rate | Extension |
|---|---|---|---|---|---|
| 12/18/2018 | 100 TON CRANE OPERATED (2 MAN) | C110 | 4.00 Hours | $339.50 | $1,358.00 |
| | TRUCK & DRIVER | T27 | 4.00 Hours | $115.00 | $460.00 |
| | SUBSISTANCE | | 2.00 Days | $40.00 | $80.00 |
| | SUBSISTANCE/HOTEL | | 2.00 Days | $111.47 | $222.94 |
| 12/19/2018 | 100 TON CRANE OPERATED (2 MAN) | C110 | 10.00 Hours | $339.50 | $3,395.00 |
| | CREW OVERTIME | | 2.00 Hours | $65.00 | $130.00 |
| | TRUCK & DRIVER | T27 | 10.00 Hours | $115.00 | $1,150.00 |
| | TRUCK & DRIVER | T28 | 11.00 Hours | $115.00 | $1,265.00 |
| | DRIVER OVERTIME | | 3.00 | $35.00 | $105.00 |
| | TRUCK & DRIVER | T17 | 13.50 Hours | $115.00 | $1,552.50 |
| | DRIVER OVERTIME | | 5.50 | $35.00 | $192.50 |
| | FORKLIFT 20,000# REACHLIFT | FL21 | 1.00 Days | $700.00 | $700.00 |
| | SUBSISTANCE | | 3.00 Days | $40.00 | $120.00 |
| | SUBSISTANCE/HOTEL | | 2.00 Days | $111.47 | $222.94 |
| | SUBSISTANCE/HOTEL | | 1.00 Days | $131.14 | $131.14 |
| 12/20/2018 | 100 TON CRANE OPERATED (2 MAN) | C110 | 15.00 Hours | $339.50 | $5,092.50 |
| | CREW OVERTIME | | 2.00 Hours | $65.00 | $130.00 |
| | CREW OVERTIME DBL | | 5.00 Hours | $130.00 | $650.00 |
| | TRUCK & DRIVER | T27 | 15.00 Hours | $115.00 | $1,725.00 |
| | TRUCK & DRIVER | T28 | 16.00 Hours | $115.00 | $1,840.00 |



Precision Crane Service, Inc.
7590 Conde Lane
Windsor, CA 95492
(707) 546-6900 Ph.
(707) 837-0280 Fax

**Invoice** **79061**

Invoice Date: Monday, January 14, 2019
Customer: PAC008
Job No : 39893
Salesperson:
Ordered By: Casey Eklund

Job Site :
3341 River Rd
Colusa, CA

PGE-SAN FRANCISCO (c)
P.O. BOX 7760
SAN FRANCISCO, CA 94120

| Date | Description | Unit No | Qty Unit Meas | Rate | Extension |
|------|-------------|---------|---------------|------|-----------|
| | DRIVER OVERTIME | | 8.00 | $35.00 | $280.00 |
| | FORKLIFT 20,000# REACHLIFT | FL21 | 1.00 Days | $700.00 | $700.00 |
| | SUBSISTANCE | | 3.00 Days | $40.00 | $120.00 |
| 12/22/2018 | TRUCK & DRIVER | T17 | 6.50 Hours | $115.00 | $747.50 |
| | DRIVER OVERTIME | | 6.50 | $35.00 | $227.50 |
| | FUEL SURCHARGE | | 1.00 | $1,498.91 | $1,498.91 |

**Total Invoice:** **$24,096.43**

Terms are Net 30
Unpaid invoices over 30 days will be charged a 1.5% late charge per month
Contractor License # 440078

Case: 19-30088    Doc# 1194    Filed: 04/03/19    Entered: 04/03/19 11:31:24    Page 44 of 72

**EXHIBIT 12**

2019-0000303

| Recorded<br>Official Records<br>County of<br>Colusa<br>Rose Gallo-Vasquez<br>Clerk-Recorder | REC FEE       14.00 |
|---|---|
| | 049 CASH OVERAG 1.00<br>047 DEBTOR NOTI 5.00<br>$75 Bldg Homes 75.00 |
| 12:03PM 01-Feb-2019 | SMB<br>Page 1 of 3 |

**Recording Requested By:**

Precision Crane Service, Inc.

**When Recorded Mail To:**

Precision Crane Service, Inc.

7590 Conde Lane

Windsor, CA 95492   APN: 015-070-132-000

Lien Notice Mailed to Debtor at Address Shown. Gov. Code 27297.5

SPACE ABOVE THIS LINE FOR RECORDERS USE

## MECHANICS LIEN

The undersigned claimant, Precision Crane Service, Inc., 7590 Conde Lane, Windsor, CA, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Colusa, State of California, said land described as follows: in the area/vicinity of 3341 River Road, Colusa, CA. See also Exhibit 'A' which is attached hereto and incorporated herein.

The sum of $24,096.43 is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Remove and Replace Wood Pole.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105.

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Precision Crane Service, Inc.

By: _____

Angela Darling / Authorized Agent

---

VERIFICATION

I, the undersigned, say: I am the Authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 30, 2019, at San Diego, California.

Firm Name: Precision Crane Service, Inc.

_____

Angela Darling / Authorized Agent

Construction Notice Services, Inc. (68993)

I, Angela Darling, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 3341 River Road, Colusa, CA, by first class certified mail, postage prepaid, on January 30, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 30, 2019, at San Diego, California.

Firm Name: Precision Crane Service, Inc.

By: _____

Angela Darling / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68993)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, to or for the benefit of the owner, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68993)

# EXHIBIT 13

## Purchase Order Details

| | | | |
|---|---|---|---|
| **PO Number** | 2700220325 | **Customer** | **Ship To Address** |
| **Date** | Jan 18, 2019 | Pacific Gas & Electric Inc | 1100 S 27TH ST |
| **Status** | Invoiced | 77 Beale Street | RICHMOND, CA 94804 |
| **PO Amount** | $20,252.51 | San Francisco, CA 94177 | US (United States) |
| **Invoiced Amount** | $20,252.51 | US (United States) | |
| **Currency** | USD (US Dollar) | PO Box 770000 | |
| **Buyer Contact** | Ariba Purchasing G | | |
| **Customer Contact** | Rosaline Brown rdbs@pge.com | 415 973 3000 | |
| | 415-744-4160 | | |
| **Payment Terms** | 2.0% - 15 days, 45 days net | | |

| Item Number | Description | Ordered Qty | Delivery Date | Invoiced Qty | Item Price | Unit of Measure |
|---|---|---|---|---|---|---|
| 1 | Non Taxable - Crane and Rigging Services | 20,252.51 | Jan 22, 2019 | 20,252.51 | $1.00 | USD (US Dollar) |

The Purchase Order data presented in this document does not necessarily contain all information and details that your customer shared with you. This representation reflects the PO data available in the Taulia platform. Typically, the PO data provided through Taulia can not entirely replace the PO information provided to you by your customer

# Purchase Order: 2700220325



## Order Detail

*This purchase order was delivered by Ariba Network.   For more information about Ariba and Ariba Network, visit http://www.ariba.com.*

| **From:** | **To:** | **Purchase Order** |
|---|---|---|
| **Pacific Gas and Electric Company** | **Precision Crane Service, INC.** | (New) |
| P.O. Box 7760 | 7590 Conde Lane | **2700220325** |
| San Francisco , CA 94120-7760 | Windsor , CA 95492 | Amount: $20,252.51 USD |
| United States | United States | Version: 1 |
| Phone:  +1 (800) 7567243 | Phone: | |
| | Fax: | |
| | Email: andy@pcsnorcal.com | |

**Payment Terms**                                                              Routing Status: Sent
2% 15 NET 45

**Comments**
Comment Type:
Submit
Comment Body:
Precision - Inv 79091 - 718 Shelley Ct., Rodeo (Remove & Set Pole)
Comment By:
Rosaline Brown
Comment Date:
2019-01-18T12:43:22-08:00

Comment Type: Terms and Conditions
...

**Contract #**
C182-V3

**Other Information**
        Company Code:   PGE1

| **Ship All Items To** | **Bill To** | **Deliver To** |
|---|---|---|
| **1100 S 27TH ST** | **Pacific Gas and Electric Company** | Rosaline Brown |
| 1100 S 27TH ST | P.O. Box 7760 | 1100 S 27TH ST |
| RICHMOND , CA 94804 | San Francisco , CA 94120-7760 | |
| United States | United States | |
| Ship To Code:  0041010215 | Phone:  +1 (800) 7567243 | |
| Phone:  +1 (415) 7444160 | | |
| Email:  RDBS@pge.com | | |

## Line Items

Case: 19-30088     Doc# 1194     Filed: 04/03/19     Entered: 04/03/19 11:31:24     Page 51
of 72

| Line # | Part # / Description | Customer Part # | Type | Qty (Unit) | Need By | Unit Price | Subtotal |
|--------|---------------------|-----------------|------|------------|---------|------------|----------|
| **1** | 0001030686A | | Material | 20,252.51 (USD) | 22 Jan 2019 | $1.00 USD | $20,252.51 USD |
| | Non Taxable - Crane and Rigging Services | | | | | | |

Order submitted on: Friday 18 Jan 2019 12:53 PM GMT-08:00
Received by Ariba Network on: Friday 18 Jan 2019 12:53 PM GMT-08:00
This Purchase Order was sent by Pacific Gas & Electric Company AN01039276030 and delivered by Ariba Network.

Sub-total: $ 20,252.51 USD

Done

Case: 19-30088    Doc# 1194    Filed: 04/03/19    Entered: 04/03/19 11:31:24    Page 52 of 72

**EXHIBIT 14**

Precision Crane Service, Inc.
7590 Conde Lane
Windsor, CA 95492
(707) 546-6900 Ph.
(707) 837-0280 Fax

**Invoice**  **79091**

Invoice Date: Wednesday, January 16, 2019
Customer: PAC008
Job No : 40331
Salesperson:

PGE-SAN FRANCISCO (c)
P.O. BOX 7760
SAN FRANCISCO, CA 94120

Job Site :
718 Shelley ct
Rodeo , CA



38.0144523, -122.2540318

Customer P.O. No: 2700220325
Work Performed : Remove and replace wood pole

| Date | Description | Unit No | Qty Unit Meas | Rate | Extension |
|---|---|---|---|---|---|
| 1/7/2019 to 1/8/2019 | 100 TON CRANE OPERATED (2 MAN) | C110 | 23.00 Hours | $339.50 | $7,808.50 |
| | CREW OVERTIME DBL | | 23.00 Hours | $130.00 | $2,990.00 |
| | TRUCK & DRIVER | T18 | 23.00 Hours | $115.00 | $2,645.00 |
| | 40TON CRANE OPERATED | C42 | 24.00 Hours | $175.00 | $4,200.00 |
| | OPERATOR OVERTIME | | 10.00 Hours | $35.00 | $350.00 |
| | OPERATOR OVERTIME DBL | | 14.00 Hours | $65.00 | $910.00 |
| | FIXED MAN BASKET | | 1.00 Days | $250.00 | $250.00 |
| | FUEL SURCHARGE | | 1.00 | $1,099.01 | $1,099.01 |

**Total Invoice:**  **$20,252.51**

Terms are Net 30
Unpaid invoices over 30 days will be charged a 1.5% late charge per month
Contractor License # 440078

# EXHIBIT 15

**Recording Requested By:**

Precision Crane Service, Inc.

**When Recorded Mail To:**

Precision Crane Service, Inc.

7590 Conde Lane

Windsor, CA 95492

CONTRA COSTA Co Recorder Office

JOSEPH CANCIAMILLA, Clerk—Recorder

**DOC – 2019-0013748-00**

Check Number

Thursday, JAN 31, 2019 10:10:48

| LIE | $7.00 | MOD | $3.00 | REC | $13.00 |
| FTC | $2.00 | DAF | $2.70 | REF | $0.30 |
| RED | $1.00 | ERD | $1.00 | SB2 | $75.00 |

Ttl Pd  $105.00    Nbr-0003395105

AAR / R8 / 1-3

SPACE ABOVE THIS LINE FOR RECORDERS USE

### MECHANICS LIEN          LIEN NOTICE MAILED

    The undersigned claimant, Precision Crane Service, Inc., 7590 Conde Lane, Windsor, CA, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

    The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Contra Costa, State of California, said land described as follows: in the area/vicinity of 718 Shelley Court, Rodeo, CA. See also Exhibit 'A' which is attached hereto and incorporated herein.

    The sum of $20,252.51 is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Remove and Replace Wood Pole.

    Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105.

    The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Precision Crane Service, Inc.

By: _____

Angela Darling / Authorized Agent

---

**VERIFICATION**

    I, the undersigned, say: I am the Authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

    Executed on January 30, 2019, at San Diego, California.

    Firm Name: Precision Crane Service, Inc.

_____

Angela Darling / Authorized Agent

---

Construction Notice Services, Inc. (68992)

I, Angela Darling, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 718 Shelley Court, Rodeo, CA, by first class certified mail, postage prepaid, on January 30, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 30, 2019, at San Diego, California.

Firm Name: Precision Crane Service, Inc.

By: _____

Angela Darling / Authorized Agent

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68992)

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, to or for the benefit of the owner, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68992)

# EXHIBIT 16

## Purchase Order Details

| | | | |
|---|---|---|---|
| **PO Number** | 2700212615 | **Customer** | **Ship To Address** |
| **Date** | Jan 2, 2019 | Pacific Gas & Electric Inc | Pacific Gas & Electric Company |
| **Status** | Invoiced | 77 Beale Street | 77 Beale St. |
| **PO Amount** | $18,000.00 | San Francisco, CA 94177 | San Francisco General Off, CA 94105 |
| **Invoiced Amount** | $12,223.43 | US (United States) | US (United States) |
| **Currency** | USD (US Dollar) | | |
| **Buyer Contact** | Ariba Purchasing G | PO Box 770000 | |
| **Customer Contact** | Dagmar Peer d1pb@pge.com 916-472-2136 | 415 973 3000 | |
| **Payment Terms** | 2.0% - 15 days, 45 days net | | |

| Item Number | Description | Ordered Qty | Delivery Date | Invoiced Qty | Item Price | Unit of Measure |
|---|---|---|---|---|---|---|
| 1 | Non Taxable - Crane and Rigging Services | 18,000 | Jan 18, 2019 | 12,223.43 | $1.00 | USD (US Dollar) |

The Purchase Order data presented in this document does not necessarily contain all information and details that your customer shared with you. This representation reflects the PO data available in the Taulia platform. Typically, the PO data provided through Taulia can not entirely replace the PO information provided to you by your customer



# Section I: Catalog Contract Work Authorization – (Catalog CWA)
# Crane and Rigging Services

| PG&E CONTRACT NO. : | **4400004884** | | |
|---|---|---|---|
| CWA NO. : | Same as attached PO number | | |
| CONTRACTOR NAME: | **Precision Crane Services** | | |
| ADDRESS: | 7590 Conde Lane<br>Winsor, CA 95492 | | |
| PROJECT TITLE: | Install Steel Plates | | |
| REQUIRED START DATE: | 01/02/2019 Contractor shall commence performance hereof when authorized to do so by PG&E | REQUIRED END DATE: | 01/18/2019 No Work shall be authorized by PG&E or performed by Contractor after the completion date of this CWA without prior written authorization by PG&E |
| PG&E WORK SUPERVISOR: | Tim Fechter | SUPERVISOR PHONE NO.:<br>EMAIL: | (707) 778-3225<br>tim.fechter@pge.com |
| PG&E REQUESTER: | Terry Simonis | REQUESTER PHONE NO.:<br>EMAIL: | (916) 208-8346<br>terry.simonis@pge.com |
| DATE PREPARED: | 12/21/2018 | | |
| PG&E ORDER NO. : | 31375672 | | |
| CWA PRICING: | ☒ NOT TO EXCEED    TOTAL: $18,000.00<br>☐ FIRM FIXED PRICE | | |
| CWA PRICE BREAKDOWN: | Non-Taxable: $18,000.00<br>Taxable: $ | | |
| INVOICE INSTRUCTIONS: | Contractor shall send invoices for each payment when due, showing the Contract and PO Numbers, to:<br>PACIFIC GAS AND ELECTRIC COMPANY | | |
| | **Send ORIGINAL Invoice to:** | PG&E Accounts Payable<br>PO Box 7760<br>San Francisco, CA 94120-7760 | |
| | **Copy of Invoice** | Jennifer Brothers<br>6030 West Oaks Blvd., Ste 300<br>Rocklin, CA 95765<br>ETS&PSContractInvoicing@pge.com | |



| DESCRIPTION OF WORK: | **CRANE SERVICES** |
|---|---|

Contractor shall perform the following Scope of Work in accordance with the Contract identified by the above PG&E Contract Number. Payment will be made under the terms of the General Conditions in the above referenced Contract.

**Scope of Work:** Contractor shall provide labor and equipment to deliver and set 40' x 100' trenchplace acces road where directed by PG&E Onsite Field Supervisor. Contractor shall provide all labor and equipment to remove trenchplace once project is completed.

Type of crane and estimated hours are specified below.

| Qty | List Type of Crane | Estimated Hours | Hourly Rate | Estimated Dollar Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total : | $18,000.00 |

**Location:** Pole Site: 016/288 along Fulton-Molino-Cotati 60kV Transmission Line.

**Schedule:** Monday - Friday, working Five days per week, Eight hours per day.

**Load Specifications:** n/a

**Site Access, Conditions, and Safety:** Per PG&E Onsite Field Supervisor.

**Energized Facility:** Working within the vicinity of energized facilities and overhead power lines warrant extreme caution. Contractor shall exercise extreme caution while working around electrical equipment and power lines. Contractor shall ensure that its employees and subcontractors avoid contact with energized equipment. Contractor shall take all precautions to prevent damage to existing site facilities. Contractor shall not enter powerhouse or switchyard areas without an authorized PG&E representative being continually present to observe all phases of Work.

*ACCEPTANCE:*
*This CWA is PG&E's request for Work under the MSA. **CONTRACTOR IS DEEMED TO HAVE ACCEPTED ALL TERMS AND CONDITIONS OF THIS CWA BY COMMENCING PERFORMANCE OF THE WORK.** Any additional or different terms proposed by Contractor, whether in any proposal, quotation, confirmation, acknowledgment, invoice, notation or interlineation on the CWA or otherwise, are expressly rejected and shall be of no force and effect, and no course of dealing, usage of trade, or course of performance shall be relevant to explain or supplement any term herein. This CWA does not modify or amend the MSA. In case of conflict between the terms of this CWA and the MSA, the MSA shall prevail. Varying degrees of stringency are not considered conflicts, and the most stringent provision shall apply.*

Case: 19-30088   Doc# 1194   Filed: 04/03/19   Entered: 04/03/19 11:31:24   Page 62 of 72



# Section II: Catalog CWA - Change Order Summary

Contractor shall perform all Work under this CWA, as amended by this Change Order, pursuant to and in accordance with the terms and conditions of the Contract.

| PO/CWA #: | CCO#: | |
|---|---|---|
| CONTRACTOR NAME: | **Precision Crane Services** | |
| TYPE OF CHANGE: | ☐ Schedule | PG&E hereby extends the completion date of the Catalog CWA from      to      . |
| | ☐ Administrative | |
| | ☐ Scope (Work to be Performed): | |
| PG&E hereby modifies the WORK Scope for the contract document referenced above as follows: | | |
| PRICING CHANGES: | Previous Catalog CWA Total: | |
| | Addition or Deduction: | |
| | Revised Catalog CWA Total: | |
| All other terms and conditions in the original Catalog CWA shall remain the same. | | |

**ACCEPTANCE:**

*This CWA is PG&E's request for Work under the MSA.* **CONTRACTOR IS DEEMED TO HAVE ACCEPTED ALL TERMS AND CONDITIONS OF THIS CWA BY COMMENCING PERFORMANCE OF THE WORK.** *Any additional or different terms proposed by Contractor, whether in any proposal, quotation, confirmation, acknowledgment, invoice, notation or interlineation on the CWA or otherwise, are expressly rejected and shall be of no force and effect, and no course of dealing, usage of trade, or course of performance shall be relevant to explain or supplement any term herein. This CWA Change Order does not modify or amend the MSA. In case of conflict between the terms of this CWA and the MSA, the MSA shall prevail. Varying degrees of stringency are not considered conflicts, and the most stringent provision shall apply.*

Case: 19-30088    Doc# 1194    Filed: 04/03/19    Entered: 04/03/19 11:31:24    Page 63 of 72

# Purchase Order: 2700212615



## Order Detail

*This purchase order was delivered by Ariba Network. For more information about Ariba and Ariba Network, visit http://www.ariba.com.*

| From: | To: | Purchase Order |
|---|---|---|
| **Pacific Gas and Electric Company** | **Precision Crane Service, INC.** | **(New)** |
| P.O. Box 7760 | 7590 Conde Lane | **2700212615** |
| San Francisco , CA 94120-7760 | Windsor , CA 95492 | Amount: $18,000.00 USD |
| United States | United States | Version: 1 |
| Phone: +1 (800) 7567243 | Phone: | |
| | Fax: | |
| | Email: andy@pcsnorcal.com | |

**Payment Terms**
2% 15 NET 45

Routing Status: Sent

**Comments**
Comment Type: Terms and Conditions
Body:1.0 DEFINITIONS
Contractor means the Party, identified on the face of the Purchase Order, performing Work for PG&E.
Deliverables means any written materials to be provided by Contractor unde ...

**Contract #**
C182-V3

**Other Information**
        Company Code:   PGE1

| Ship All Items To | Bill To | Deliver To |
|---|---|---|
| **77 Beale St. General Office** | **Pacific Gas and Electric Company** | Tim Fechter |
| 77 Beale St. | P.O. Box 7760 | 77 Beale St. General Office |
| San Francisco General Off , CA 94105 | San Francisco , CA 94120-7760 | |
| United States | United States | |
| Ship To Code:  ECES | Phone:  +1 (800) 7567243 | |
| Phone:  +1 (916) 4722127 | | |
| Email:  LRT9@pge.com | | |

## Line Items

| Line # | Part # / Description | Customer Part # | Type | Qty (Unit) | Need By | Unit Price | Subtotal |
|---|---|---|---|---|---|---|---|
| 1 | 0001030686A | | Material | 18,000 (USD) | 18 Jan 2019 | $1.00 USD | $18,000.00 USD |
| | Non Taxable - Crane and Rigging Services | | | | | | |

Order submitted on: Wednesday 2 Jan 2019 11:41 AM GMT-08:00
Received by Ariba Network on: Wednesday 2 Jan 2019

Sub-total: $ 18,000.00 USD

Case: 19-30088    Doc# 1194    Filed: 04/03/19    Entered: 04/03/19 11:31:24    Page 64 of 72

11:41 AM GMT-08:00
This Purchase Order was sent by Pacific Gas & Electric
Company AN01039276030 and delivered by Ariba
Network.

Done

Case: 19-30088    Doc# 1194    Filed: 04/03/19    Entered: 04/03/19 11:31:24    Page 65
of 72

# EXHIBIT 17



Precision Crane Service, Inc.
7590 Conde Lane
Windsor, CA 95492
(707) 546-6900 Ph.
(707) 837-0280 Fax

| **Invoice** | **79051** |
|---|---|
| Invoice Date: | Thursday, January 10, 2019 |
| Customer: | PAC008 |
| Job No : | 40293 |
| Salesperson: | |
| Ordered By: | Andy |

PGE-SAN FRANCISCO (c)
P.O. BOX 7760
SAN FRANCISCO, CA 94120

Job Site :
3260 Stony Point Rd
Petaluma, CA

*38. 3156348 , -122. 7352268*

Customer P.O. No: 2700212615
Work Performed : Furnish labor and equipment to deliver and set 40'x100' trenchplate access road.
Furnish labor and equipment to remove 40'x100' trenchplate access road.

| Date | Description | Unit No | Qty Unit Meas | Rate | Extension |
|---|---|---|---|---|---|
| 1/7/2019 | SUPERVISOR/FOREMAN | | 8.00 | $130.00 | $1,040.00 |
| | TRUCK & DRIVER | T30 | 8.00 Hours | $115.00 | $920.00 |
| | TRUCK & DRIVER | RCR T31 | 8.00 Hours | $115.00 | $920.00 |
| | TRUCK & DRIVER | T21 | 8.00 Hours | $115.00 | $920.00 |
| | TRUCK & DRIVER | T25 | 4.50 Hours | $115.00 | $517.50 |
| | TRUCK & DRIVER | T23 | 4.00 Hours | $115.00 | $460.00 |
| | FORKLIFT RENTAL SKYTRAK | S8 | 1.00 Days | $300.00 | $300.00 |
| 1/9/2019 | SUPERVISOR/FOREMAN | | 8.00 | $130.00 | $1,040.00 |
| | TRUCK & DRIVER | BT22 | 7.00 Hours | $115.00 | $805.00 |
| | TRUCK & DRIVER | T23 | 7.00 Hours | $115.00 | $805.00 |
| | TRUCK & DRIVER | T25 | 6.00 Hours | $115.00 | $690.00 |
| | TRUCK & DRIVER | T21 | 5.00 Hours | $115.00 | $575.00 |
| | FORKLIFT RENTAL SKYTRAK | S8 | 1.00 Days | $300.00 | $300.00 |
| 1/7/2019 to 1/9/2019 | TRENCHPLATES 8 X 10 60 Plates for 3 days. | | 60.00 Each | $40.00 | $2,400.00 |
| | FUEL SURCHARGE | | 1.00 | $540.93 | $540.93 |

**Total Invoice:** **$12,233.43**

Terms are Net 30
Unpaid invoices over 30 days will be charged a 1.5% late charge per month

Precision Crane Service, Inc.
7590 Conde Lane
Windsor, CA 95492
(707) 546-6900 Ph.
(707) 837-0280 Fax

**Invoice**    **79051**

Invoice Date:    Thursday, January 10, 2019
Customer:       PAC008
Job No :        40293
Salesperson:
Ordered By:     Andy

Job Site :
3260 Stony Point Rd
Petaluma, CA

PGE-SAN FRANCISCO (c)
P.O. BOX 7760
SAN FRANCISCO, CA 94120



WWW.PCSNORCAL.COM
800-922-3302

Contractor License # 440078

# EXHIBIT 18

**Recording Requested By:**

Precision Crane Service, Inc.

**When Recorded Mail To:**

Precision Crane Service, Inc.

7590 Conde Lane

Windsor, CA 95492



2019009476

Official Records Of Sonoma County
Deva Marie Proto
01/31/2019 02:49 PM
GENERAL PUBLIC
MECHL 3 Pgs
Fee: $102.00

PAID

INVOICE# 79051

SPACE ABOVE THIS LINE FOR RECORDERS USE

# MECHANICS LIEN

The undersigned claimant, Precision Crane Service, Inc., 7590 Conde Lane, Windsor, CA, claims a lien for labor, services, equipment, and/or materials under California Civil Code Section 8416 et seq., upon the systems, structures, improvements and/or premises of owner as described below and in Exhibit A hereto; and upon every estate or interest of owner or any party associated therewith.

The labor, services, equipment, and/or materials, were provided upon certain parcel(s) of land situated in the County of Sonoma, State of California, said land described as follows: in the area/vicinity of 3260 Stony Point Road, 024-050-012 Petaluma, CA. See also Exhibit 'A' which is attached hereto and incorporated herein.

The sum of $12,333.43 is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: Labor & Equipment to Deliver and Remove Trenchplate Access.

Claimant furnished the work and/or materials at the request of, or under contract with: Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105.

The owner(s) or reputed owner(s) of the property are: Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

Firm Name: Precision Crane Service, Inc.

By: _____

Angela Darling / Authorized Agent

## VERIFICATION

I, the undersigned, say: I am the Authorized Agent of the claimant of the foregoing mechanics lien: I have read said claim of mechanics lien and know the contents thereof: the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 30, 2019, at San Diego, California.

Firm Name: Precision Crane Service, Inc.

_____

Angela Darling / Authorized Agent

Construction Notice Services, Inc. (68998)

PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, Angela Darling, as lien preparer, declare that we, Construction Notice Services, Inc., served copies of this Mechanics Lien and Notice of Mechanics Lien on 3260 Stony Point Road 024-050-012, Petaluma, CA, by first class certified mail, postage prepaid, on January 30, 2019, at the San Diego/Mira Mesa California Post Office.

Copies of this Mechanics Lien and Notice of Mechanics Lien were mailed to the Property Owner(s) or Reputed Owner(s), Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

I declare under penalty of perjury, that the foregoing is true and correct. Executed on January 30, 2019, at San Diego, California.

Firm Name: Precision Crane Service, Inc.

By: _____

Angela Darling / Authorized Agent

# NOTICE OF MECHANICS LIEN

## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Construction Notice Services, Inc. (68998)

Exhibit 'A'

The mechanic's lien which is the subject of this notice is intended to apply and attach to the interests in the property of the subject owner to the extent of all labor, services, equipment and/or materials, to or for the benefit of the owner, and any easements, leases, licenses, rights and other property interests of owner that are appurtenant or related thereto.

Notwithstanding any provision herein which may appear to be to the contrary and except to the extent permitted by law, claimant does not assert a present mechanic's lien on or to the extent of any real property or related interest owned or held by (1) a governmental unit or other entity which may not be subjected to a mechanic's lien under California law or (2) any person or entity other than Pacific Gas and Electric Company and its affiliates as their interests may appear.

The nature and extent of the herein-contained location descriptions and other identifying information for the Items have been placed in the public record with a view toward providing notice to the owner and other parties of claimant's mechanics lien while also safeguarding paramount interests of public safety and security. More specific and related location information is already in the possession of the owner, and claimant would consider making such information available to any other party with proper purpose subject to necessary public safety considerations and confidentiality restrictions.

Construction Notice Services, Inc. (68998)