# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On March 29, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the Supplemental 503(b)(9) Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Entry of Order Establishing Procedures for the Assertion, Resolution, and Satisfaction of Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9), attached hereto as **Exhibit B** (the *"503(b)(9) Notice"*), pursuant to the Order Establishing Procedures for the Assertion, Resolution, and Satisfaction of Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [Docket No. 725]
- Notice of Corrected Deadline to File Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9)

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 3rd day of April 2019, at New York, NY.

_____
Alain B. Francoeur

2

# Exhibit A

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 5803347 | 2059 SCHERZ | 548 Market Street, Suite 13000 | | | | SAN FRANCISCO | CA | 994104 | |
| 5803352 | 2097 HELTON PRISTINE SUN | 548 Market Street, Suite 13000 | | | | SAN FRANCISCO | CA | 94104 | |
| 5803354 | 2103 HILL PRISTINE SUN | 548 Market Street, Suite 13000 | | | | SAN FRANCISCO | CA | 94104 | |
| 4915301 | A & J ELECTRIC CABLE | 407 West New Braunfels Street | | | | Seguin | TX | 78155 | |
| 4915488 | ADVANCED AIR LEAK DETECTION | 318 Lindberch Ave | | | | LIVERMORE | CA | 94551-9511 | |
| 4915589 | AGUA CALIENTE SOLAR LLC | 5790 Fleet Street, Suite 200 | | | | Carlsbad | CA | 92008 | |
| 4915839 | ALSTOM POWER INC | 2800 WATERFORD LAKE DR | | | | MIDLOTHIAN | VA | 23112 | |
| 4915943 | AMERICAN LAND & LEISURE INC | 260 S 2500 W. SUITE 103 | | | | PLEASANT GROVE | UT | 84062 | |
| 4915974 | AMERICAN TECHNICAL SERVICES INC | ATS METROLOGY | 1761 3rd St Ste 105 | | | NORCO | CA | 92860-2679 | |
| 5803376 | ANGELS POWERHOUSE (UTICA) | 1168 Booster Way | PO Box 358 | | | Angels Camp | CA | 95222 | |
| 4916117 | ANTHAI RECYCLING INC | 799 Rosemar Court | | | | San Jose | CA | 95127 | |
| 4916359 | ASKREPLY INC | 3225 NORTH CENTRAL AVENUE | SUITE #120 | | | PHOENIX | AZ | 85012 | |
| 4916369 | ASPIRATION SOLAR G LLC | 2180 SOUTH 1300 EAST # 600 | | | | SALT LAKE CITY | UT | 84106 | |
| 4916495 | AV SOLAR RANCH 1 LLC | | 49701 170TH STREET WEST | | | LANCASTER | CA | 93536-9041 | |
| 5807736 | AV SOLAR RANCH ONE | c/o NextLight Renewable Power, LLC | 300 Exelon Way, Suite 310 | | | Kennett Square | PA | 19348 | |
| 4916501 | AVENAL SOLAR HOLDINGS LLC | 9255 Towne Center Drive # 840 | | | | SAN DIEGO | CA | 92121 | |
| 4916777 | BEAR CREEK SOLAR LLC | C/O ALLCO RENEWABLE | 222 South 9th Street | Suite 1600 | | Minneapolis | MN | 55402 | |
| 4916915 | BIG CREEK WATER WORKS LTD | Hwy 3 at Hayfork at Hyampom Rd | | | | Hyampom | CA | 96046 | |
| 4917004 | BLUE ROCK SERVICES INC | 1745 South Alma School Road, Suite 220 | | | | MESA | AZ | 85210 | |
| 5803400 | BUCKEYE HYDROELECTRIC PROJECT | 7311 1026 Florin Road, #390 DR STE 275 | | | | SACRAMENTO | CA | 95831 | |
| 4917251 | BUCKLES-SMITH | 14492 Doolittle Dr | | | | San Leandro | CA | 94577 | |
| 4917252 | BUCKLES-SMITH & STATE ELECTRIC | SUPPLY | 540 MARTIN AVE | | | SANTA CLARA | CA | 95050 | |
| 4917318 | BUTTE COUNTY ECONOMIC | DEVELOPMENT INC | 500 Main St., Ste. 150 | | | CHICO | CA | 95928 | |
| 4917497 | CALIFORNIA HIGHWAY PATROL | 9855 Compagnoni Street | | | | BAKERSFIELD | CA | 93313 | |
| 4917659 | CAMERON INTERNATIONAL CORPORATION | 3250 BRIARPARK DR STE 300 | | | | HOUSTON | TX | 77042 | |
| 4917669 | CAMPBELL CHAMBER OF COMMERCE | 267 E Campbell Ave | Suite C | | | CAMPBELL | CA | 95008 | |
| 4918201 | CITIBANK NA NY | GTS BILLING UNIT | ATTN: AMIT VASANI | 388 Greenwich Street | | NEW YORK | NY | 10013 | |
| 4918272 | CITY OF BUELLTON | BUELLTON CITY HALL | 107 West Highway 246 | P.O. Box 1819 | | Buellton | CA | 93427 | |
| 5803463 | CITY OF OAKLAND | 150 Frank H. Ogawa Plaza | Ste. 5330 | | | Oakland | CA | 94612 | |
| 5807538 | COLUMBIA SOLAR ENERGY, LLC | Attn: General Counsel | 5000 Hopyard Road | Suite 480 | | Pleasanton | CA | 94588 | |
| 4919123 | COUNTY OF SAN LUIS OBISPO HEALTH | San Luis Obispo Health Department | 2191 Johnson Avenue | | | San Luis Obispo | CA | 93401 | |
| 4919873 | DOCUSIGN INC | 83 Columbia Street | | | | SEATTLE | WA | 98104 | |
| 4920034 | DRESSER-RAND GROUP INC | DBA DRESSER-RAND ENGINUITY | 15375 Memorial Drive, 7th Floor | | | HOUSTON | TX | 77042 | |
| 5803516 | DTE POTRERO HILL ENERGY PRODCERS LLC | PRODUCERS LLC | 3675 POTRERO HILLS LN | | | SUISUN CITY | CA | 94585 | |
| 4920106 | DYNEGY GEN FINANCE CO LLC | 601 Travis Street # 1400 | | | | Houston | TX | 77002 | |
| 4932613 | Eagle Hydro | 65 Madison Avenue, Suite 500 | | | | Morristown | NJ | 07960 | |
| 5807549 | EAGLE HYDRO | Attn: Ken Wilson | Eagle Hydro | 65 Madison Ave #500 | | Morristown | NJ | 07960 | |
| 5803520 | EBONY COUNSELING CENTER | 1400 S Union Ave | | | | Bakersfield | CA | 93307 | |
| 4920196 | ECOBEE LTD | 207 Queens Quay West | | | | TORONTO | ON | M5J 1A7 | CANADA |
| 4920290 | EGPNA RENEWABLE ENERGY | PARTNERS LLC | CORPORATION TRUST CENTER | 1209 ORANGE STREET | | WILMINGTON | DE | 19801 | |
| 5803523 | EIF HAYPRESS HYDROELECTRIC, INC. (LWR) | 14550 N FRANK LLOYD WRIGHT BLV | SUITE 210 | | | SCOTTSDALE | AZ | 85260 | |
| 4920292 | EIF HAYPRESS LLC | 14550 N FRANK LLOYD WRIGHT BLV | Suite 210 | | | SCOTTSDALE | AZ | 85260 | |
| 4920304 | EL DORADO BROADCASTERS LLC | 12370 Hesperia Road # 16 | | | | Victorville | CA | 92395 | |
| 4920479 | ENDEAVOR ASSETS LLC | 774 Mays Blvd Incline Village | | | | LAS VEGAS | NV | 89451 | |
| 4920485 | ENEL GREEN POWER NORTH AMERICA | 100 Brickstone Square, Suite 300 | | | | Andover | MA | 01810 | |
| 4920516 | ENERGY SOLUTIONS | 99 W McCanns Blvd | | | | Elmira Heights | NY | 14903 | |
| 4920738 | EUREKA READY MIX CONCRETE CO INC | EUREKA SAND & GRAVEL | 4945 Boyd Road | | | Arcata | CA | 95521 | |
| 5803537 | EURUS (SUN CITY PROJECT, LLC) | 9255 Towne Centre Drive, Suite 840 | | | | SAN DIEGO | CA | 92121 | |
| 5803539 | EVOLUTION MARKETS INC | 10 Bank St Suite 410 | | | | White Plains | NY | 10606 | |
| 5803559 | G2 FARMS | 2303 Rr 620 South # 135-193 | | | | Lakeway | TX | 78734 | |
| 4921598 | GENON MARSH LANDING LLC | 3201 Wilbur Avenue | | | | Antioch | CA | 94509 | |
| 4921793 | GOLDEN GATE PETROLEUM INC | 1340 Arnold Drive | Suite 231 | | | MARTINEZ | CA | 94553 | |
| 4921940 | GREG SHANDEL CONSTRUCTION INC | 171 COHASSET LANE APARTMENT EAST | | | | CHICO | CA | 95926 | |
| 4922069 | HALL & PARTNERS USA | 75 Varick St | 10th Floor | | | NEW YORK | NY | 10013 | |
| 5803585 | HOLLISTER SOLAR ECOS ENERGY | C/O ALLCO RENEWABLE | 222 South 9th Street | Suite 1600 | | Minneapolis | NY | 55402 | |
| 4922395 | HOLLISTER SOLAR LLC | C/O ALLCO RENEWABLE | 1740 Broadway, 15th Floor | | | NEW YORK | NY | 10019 | |
| 4922796 | INTERMOUNTAIN DISPOSAL INCORPORATED | DBA SIERRA DISPOSAL | 185 N Beckwith St | | | Portola | CA | 96122 | |
| 4922908 | ITY LABS CORP | 126 2nd Avenue # 212 | | | | San Mateo | CA | 94401 | |

In re: PG&E Corporation, et al.
Case No. 19-30088
Page 1 of 3

Case: 19-30088  Doc# 1200  Filed: 04/03/19  Entered: 04/03/19 12:06:37  Page 4 of 13

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 4923796 | KETTLEMAN SOLAR LLC | C/O ALLCO RENEWABLE | 1740 Broadway, 15th Floor | | | NEW YORK | NY | 10019 | |
| 4924023 | LAKEPORT DISPOSAL CO INC | P.O. Box 294 | | | | Lakeport | CA | 95453 | |
| 4924048 | LANDMARK AVIATION FBO HOLDINGS LLC | PIEDMONT HAWTHORNE AVIATION LLC | 13485 Veterans Way, Suite 600 | | | Orlando | FL | 32827 | |
| 4924100 | LASSEN STATION HYDRO | 7829 Center BLVD SE; 100 | | | | Snoqualmie | WA | 98065 | |
| 4924207 | L-COM INC | L-com | 50 High Street | West Mill, 3rd Floor, Suite #30 | | NORTH ANDOVER | MA | 01845 | |
| 5803617 | LOST CREEK 1 | BURNEY CREEK | P.O. Box 7867 | | | BOISE | ID | 83706 | |
| 5803618 | LOST CREEK 2 | BURNEY CREEK | 38274 State Highway 299 East | | | Burney | CA | 96013 | |
| 4924631 | MAMMOTH PACIFIC LP | P.O. Box 1584 | | | | Mammoth Lakes | CA | 93546 | |
| 4925027 | MEDIAMACROS INC | MMI | 36 South Court Sq | Suite 300 | | Newnan | GA | 30263 | |
| 4925480 | MOBILE MINI INC | 4646 E Van Buren St. | Suite 400 | | | Phoenix | AZ | 85008 | |
| 4917117 | MOORE, BRADLEY | BRADMOORE LOGGING | 1120 Shawnee Trl | | | Redding | CA | 96003 | |
| 4925850 | NAVITAS PARTNERS INC | 3001 Broadway Street NE | Suite 695 | | | Minneapolis | MN | 55413 | |
| 4926015 | NLH1 SOLAR LLC | NICKEL | 830 Morris Turnpike, Suite #204 | | | Short Hills | NJ | 07078 | |
| 5803662 | NRG ALPINE SOLAR | NRG SOLAR ALPINE LLC | 5790 Fleet Street 200 | | | Carlsbad | CA | 92008 | |
| 4926214 | NRG CURTAILMENT SOLUTIONS INC | 4455 Genesee Street | Building 6 | | | Buffalo | NY | 14225 | |
| 4926215 | NRG ENERGY GAS & WIND HOLDINGS INC | 4900 North Scottsdale Road | | | | Scottsdale | AZ | 85251 | |
| 4926216 | NRG ENERGY INC | NRG SOLAR ALPINE LLC | 804 CARNEGIE CENTER | | | PRINCETON | NJ | 08540 | |
| 5803663 | NRG SOLAR KANSAS SOUTH | 1209 Orange Street | | | | Wilmington | DE | 19801 | |
| 4926218 | NRG SOLAR KANSAS SOUTH HOLDINGS LLC | 1209 Orange Street | | | | Wilmington | DE | 19801 | |
| 4926315 | OFF MARKET DATA INC | DBA URBINT | 636 BROADWAY RM 1000 | | | NEW YORK | NY | 10012-2609 | |
| 4926467 | OROVILLE COGENERATION LP | 695 Cal Oak Rd. | | | | Oroville | CA | 95965 | |
| 5807654 | ORTIGALITA POWER COMPANY LLC | Attn: Greg Stangl | PO Box 2253 | | | San Francisco | CA | 94126-2253 | |
| 4926638 | PACO VENTURES LLC | SACRAMENTO OFFICE | 9276 BEATTY DRIVE, SUITE B | | | SACRAMENTO | CA | 95826 | |
| 5803672 | PALISADE COMPANY LLC | 130 EAST SENECA STREET | SUITE 505 | | | ITHACA | NY | 14850 | |
| 5807657 | PE - KES KINGSBURG,LLC | Attn: Ryan Keefe | KES Kingsburg L.P. | 100 Clinton Square | Suite 403 | Syracuse | NY | 13202-1059 | |
| 5803683 | PITNEY BOWES BANK | 1245 East Brickyard Road | Suite 250 | | | Salt Lake City | UT | 84106 | |
| 4927108 | PITNEY BOWES BANK INC | RESERVE ACCOUNT | 1245 East Brickyard Road | Suite 250 | | Salt Lake City | UT | 84106 | |
| 4927126 | PL ENERGY LLC | ATTN: GLEN LAPALME | 26933 CAMINO DE ESTRELLA, 2ND FLOOR | | | CAPISTRANO BEACH | CA | 92624 | |
| 4927247 | POTRERO HILLS ENERGY | 3675 Potrero Hills Lane | | | | SUISUN CITY | CA | 94585 | |
| 4927369 | PRN INTERMEDIATE HOLDCO INC & SUBS | PRN ERGONOMIC SERVICES | 1209 Orange Street | | | Wilmington | DE | 19801 | |
| 4927447 | PSC INDUSTRIAL OUTSOURCING LP | DBA PSC INDUSTRIAL OUTSOURCING INC | 5151 SAN FELIPE | SUITE 1100 | | HOUSTON | TX | 77056 | |
| 4927455 | PSYCHOLOGICAL SERVICES INC | 500 South 336th Street | | | | Federal Way | WA | 98003 | |
| 4927606 | RADWELL INTERNATIONAL INC | 1 Millennium Dr | | | | Willingboro | NJ | 08046 | |
| 5803692 | RE Astoria | 353 Sacramento Street, Fl. 21 | | | | San Francisco | CA | 94111 | |
| 5807768 | RE Astoria | c/o Recurrent Energy | 353 Sacramento Street, Fl. 21 | | | San Francisco | CA | 94111 | |
| 4927726 | RECALL SECURE DESTRUCTION | SERVICES INC | 6111 LIVE OAK PKWY | | | NORCROSS | GA | 30093 | |
| 5803697 | REGAL CINEMAS INC | 101 East Blount Avenue | | | | Knoxville | TN | 37920 | |
| 4928061 | RIO BRAVO ROCKLIN | 3100 Thunder Valley Court | | | | Lincoln | CA | 95648 | |
| 5807663 | Rock Creek Hydro | Attn: Greg Rizzo | 100 Brickstone Square | Suite 300 | | Andover | MA | 01810 | |
| 4928413 | RUI CREDIT SERVICES INC | 1305 Walt Whitman Rd | | | | MELVILLE | NY | 11747 | |
| 4928980 | SCORCH LLC | 87 GRAHAM STREET #250 | | | | SAN FRANCISCO | CA | 94129-1759 | |
| 4929074 | SEMPER CONSTRUCTION INC | DBA SEMPER ELECTRIC INC | Attn: Gina Stone, President | Post Office Box 4636 | | Paso Robles | CA | 93447 | |
| 4929192 | SHELL ENERGY NORTH AMERICA (US) LP | 1000 MAIN | 12TH FLOOR | | | HOUSTON | TX | 77002 | |
| 4929220 | SHILOH WIND PROJECT 2 LLC | 2711 Centerville Road | Suite 400 | | | Wilmington | DE | 19808 | |
| 4929287 | SIERRA GREEN ENERGY LLC | PO Box 11123 | 619 ALMA WY | | | ZEPHYR COVE | NV | 89448 | |
| 4929439 | SNOW MOUNTAIN HYDRO LLC | BURNEY CREEK | 38274 STATE HIGHWAY 299 EAST | | | BURNEY | CA | 96013 | |
| 5803726 | SNOW MOUNTAIN HYDRO LLC (BURNEY CREEK) | BURNEY CREEK | P.O. Box 7867 | | | BOISE | ID | 83706 | |
| 5803727 | SNOW MOUNTAIN HYDRO LLC (COVE) | BURNEY CREEK | 38274 State Highway 299 East | | | Burney | CA | 96013 | |
| 5803728 | SNOW MOUNTAIN HYDRO LLC (PONDEROSA BAILEY CREEK) | 38274 State Highway 299 East | | | | Burney | CA | 96013 | |
| 5803731 | SOLAR TURBINES INC | 2200 Pacific Highway | | | | San Diego | CA | 92186-5376 | |
| 4929860 | STATE OF CALIFORNIA | c/o O'MELVENY & MYERS LLP | Attn: John Rapisardi Nancy Mitchell Daniel Shamah | 7 Times Square | | New York | NY | 10036 | |
| 5803749 | SUNRISE POWER - BU | SUNRISE POWER COMPANY LLC | 12857 Sunrise Power Road | | | Fellows | CA | 93224 | |
| 4930245 | SWN COMMUNICATIONS INC | SEND WORD NOW | 500 Plaza Drive | Suite 205 | | Secaucus | NJ | 07094 | |
| 4930632 | THE ORIGINAL MOWBRAY'S TREE SERVICE | 171 S WATERMAN AVE | | | | SAN BERNARDINO | CA | 92408 | |
| 4930736 | THG ENERGY SOLUTIONS LLC | 816 E. 6TH STREET, SUITE 400 | | | | TULSA | OK | 74120 | |
| 4931148 | TUNNEL HILL HYDRO LLC | 1026 Florin Road, #390 | | | | SACRAMENTO | CA | 95831 | |

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 4931162 | TURNER CONSTRUCTION COMPANY | 311 California Street, Suite 450 | | | | SAN FRANCISCO | CA | 94104 | |
| 5807790 | ULTRA RESOURCES | Attn: Larry Bryan | 116 Inverness Drive East | Suite 400 | | Englewood | CO | 80112 | |
| 4931695 | VINTNER SOLAR LLC | C/O ALLCO RENEWABLE | 1740 Broadway, 15th Floor | | | New York | NY | 10005 | |
| 5803770 | VINTNER SOLAR PROJECT | C/O ALLCO RENEWABLE | 1740 Broadway, 15th Floor | | | New York | NY | 10019 | |
| 4931738 | VOGT POWER INTERNATIONAL | 13551 TRITON PARK BOULEVARD | SUITE 2000 | | | LOUISVILLE | KY | 40223 | |
| 5807711 | WESTERN POWER & STEAM | ATTN: DOYLE HIBLER | WESTERN POWER AND STEAM, INC. | 9601 MCALLISTER FREEWAY | SUITE 221 | SAN ANTONIO | TX | 78216 | |
| 4932023 | WESTERN POWER & STEAM INC | 3300 Manor Drive | | | | Bakersfield | CA | 93308 | |
| 4928217 | WILLIAMS, ROBIN MCLAURIN | C/O JOEL FADEN CPA PC | 3 Laura Lane | | | Scarsdale | NY | 10583 | |
| 4932236 | WM SYMPOSIA INC | 5801 South Mcclintock Drive | | | | Tempe | AZ | 85283 | |
| 4932312 | XEROX CORP | 201 Merritt 7 | PO Box 4505 | | | Norwalk | CT | 06851 | |

**Exhibit B**

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Proposed Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br>       - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br>                              **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **NOTICE OF ENTRY OF ORDER ESTABLISHING PROCEDURES FOR THE ASSERTION, RESOLUTION, AND SATISFACTION OF CLAIMS ASSERTED PURSUANT TO 11 U.S.C. § 503(b)(9)** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PLEASE TAKE NOTICE** that on January 29, 2019, PG&E Corporation ("**PG&E Corp**.") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), filed their *Motion of Debtors Pursuant to 11 U.S.C. §§ 503(b)(9) and 105(a) for Entry of Order Establishing Procedures for the Assertion, Resolution, and Satisfaction of Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9)* [Docket No. 31] (the "**Motion**"), pursuant to which the Debtors proposed certain procedures (the "**Procedures**") for the assertion, resolution, and satisfaction of claims asserted pursuant to section 503(b)(9) of title 11 of the United States Code (the "**Bankruptcy Code**").

**PLEASE TAKE FURTHER NOTICE** that on February 27, 2019, the United States Bankruptcy Court for the Northern District of California entered an Amended Order granting the relief requested in the Motion and approving the Procedures [Docket No. 725] (the "**Order**"). The Procedures set forth herein apply to all 503(b)(9) Claims.[1]

a. Any Vendor asserting a 503(b)(9) Claim must prepare a proof of claim (a "**Proof of 503(b)(9) Claim**"), substantially in the form annexed as **Schedule 1** to the Order (the "**Proof of 503(b)(9) Claim Form**") that sets forth: (i) the value of the Goods the Vendor contends the Debtors received within twenty (20) days prior to the Petition Date; (ii) documentation, including invoices, receipts, bills of lading, and the like, identifying the particular Goods for which the claim is being asserted; (iii) documentation regarding which Debtor the Goods were shipped to, the date the Goods were received by such Debtor, and the alleged value of such Goods; and (iv) a statement indicating (I) whether the value of such Goods listed in the Proof of 503(b)(9) Claim represents a combination of services and Goods, (II) the percentage of value related to services and related to Goods, and whether the Vendor has filed any other claim against any Debtor regarding the Goods underlying its Proof of 503(b)(9) Claim;

b) All Proofs of 503(b)(9) Claims must be submitted to the Debtors' claims and noticing agent, Prime Clerk LLC ("**Prime Clerk**"), so as to be received no later than the fiftieth (50th) day after the date of the Order (the "**503(b)(9) Claim Filing Deadline**"), either (i) by mail or hand delivery at PG&E Corporation Claims Processing Center c/o Prime Clerk LLC, 850 3rd Avenue, Suite 412, Brooklyn, New York 11232, or (ii) electronically via the interface provided on Prime Clerk's website at http://restructuring.primeclerk.com/PGE/EPOC-index. Proofs of 503(b)(9) Claims sent by facsimile or electronic mail will not be accepted;

c) The Debtors shall have seventy-five (75) days (or such later date as may be approved by the Court) after the 503(b)(9) Claim Filing Deadline to file with the Court and serve any objections (the "**Objections**") to timely filed 503(b)(9) Claims (the "**Objection Deadline**"), without prejudice to the Debtors' right to set an extension to such Objection Deadline;

d) All timely filed 503(b)(9) Claims will be deemed allowed unless objected to by the

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

Debtors on or before the Objection Deadline;

e) Notwithstanding and without limiting the foregoing, the Debtors are authorized, but not required, to negotiate, in their sole discretion, with any Vendor and to seek an agreement resolving any Objection to such Vendor's 503(b)(9) Claim without the need for any further order by the Court;

f) If the Debtors cannot reach agreement with a Vendor regarding a particular Objection to such Vendor's 503(b)(9) Claim, the Debtors will schedule the matter for a hearing by the Court;

g) To the extent a 503(b)(9) Claim is allowed, such 503(b)(9) Claim will be satisfied pursuant to, and as set forth in, a chapter 11 plan for the Debtors as confirmed by the Court, or as otherwise ordered by the Court after notice and an opportunity for a hearing; provided, that the Debtors reserve the right to exercise any lawful right of setoff against any 503(b)(9) Claim; and

h) Vendors shall be forever barred, without further order of the Court, from asserting 503(b)(9) Claims after the expiration of the 503(b)(9) Claim Filing Deadline, but shall not be barred from asserting any related or unrelated general unsecured claims in accordance with any general unsecured claims bar date established in these Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** that Copies of the Motion, the Order, and the Procedures can be accessed for free at Prime Clerk's website at https://restructuring.primeclerk.com/PGE/Home-DocketInfo.

Dated: March 1, 2019

**WEIL, GOTSHAL & MANGES LLP**

**KELLER & BENVENUTTI LLP**

By: /s/ Jane Kim
     Jane Kim

*Proposed Attorneys for Debtors
and Debtors in Possession*

# United States Bankruptcy Court, Northern District of California

**Fill in this information to identify the case (Select only one Debtor per claim form):**

- PG&E Corporation (19-30088)

- Pacific Gas and Electric Company (19-30089)

# Proof of 503(b)(9) Claim

Read the instructions before filling out this form. This form is for asserting claims entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9) against one of the above Debtors arising on or after January 9, 2019 through and including January 28, 2019. Do not use this form to assert any other pre-petition claim(s). Assert such claims on Form 410.

11 U.S.C. § 503(b)(9) applies only to claims arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.**

## Part 1: Identify the Claim

1. **Who is the current creditor?**
   Name of the current creditor (the person or entity to be paid for this claim)
   Other names the creditor used with the debtor

2. **Has this claim been acquired from someone else?**
   ☐ No
   ☐ Yes. From whom?

3. **Where should notices and payments to the creditor be sent?**
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?
   Name
   Number   Street
   City    State    ZIP Code
   Contact phone
   Contact email

   Where should payments to the creditor be sent? (if different)
   Name
   Number   Street
   City    State    ZIP Code
   Contact phone
   Contact email

4. **Does this claim amend one already filed?**
   ☐ No
   ☐ Yes. Claim number on court claims registry (if known) _____   Filed on ___ / ___ / _____
                                                                      MM   DD   YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   ☐ No
   ☐ Yes. Who made the earlier filing?

Proof of 503(b)(9) Claim    page 1

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

6. **On what date (or dates) were the goods delivered? (if known)** _____ (mm/dd/yyyy)

7. **How much is the claim?** $_____

    Note: 11 U.S.C. § 503(b)(9) applies only to claims arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Do not include in the above amount the value of goods received by the Debtor outside of that period, or the value of any other services performed. Assert such claims on Form 410.

8. **What is the description of the goods provided in the claim?**

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

❑ I am the creditor.
❑ I am the creditor's attorney or authorized agent.
❑ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
❑ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____ (mm/dd/yyyy)

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name _____
       First name        Middle name        Last name

Title _____

Company _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
        Number        Street
        _____
        City                State        ZIP Code

Contact phone _____    Email _____