David W. Wessel, Esq.   Bar # 115222
service@efronlawfirm.com
LAW OFFICES OF BORIS E. EFRON
130 Portola Road
Portola Valley, CA 94028-7825
Telephone:  (650) 851-8880
Facsimile:   (650) 851-3001

Attorneys for Creditors
MARINA GELMAN and MIKHAIL GELMAN

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-3008 (DM). | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case - Jointly Administered)<br><br>**NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ABSTENTION PURSUANT TO 28 U.S.C. 1334(c)(1); OBJECTION TO THE BANKRUPTCY COURT ADJUDICATING MOVANTS' PERSONAL INJURY CLAIMS**<br><br>Date:  April 24, 2019<br>Time:  9:30 a.m.<br>Ctrm:  Hon. Dennis Montali<br>   450 Golden Gate Avenue<br>   16th Floor, Courtroom 17<br>   San Francisco, CA 94102 |

TO THE DEBTORS AND OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that on April 24, 2019, at 9:30 a.m., before the Honorable Dennis Montali, United States Bankruptcy Judge, in Courtroom 17 of the United States Bankruptcy Court,

*Law Offices of Boris E. Efron*
*130 Portola Road*
*Portola Valley, CA 94028*
*(650) 851-8880*

Case: 19-30088    Doc# 1202    Filed: 04/03/19    Entered: 04/03/19 13:08:26    Page 1 of 6

1
NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

450 Golden Gate Avenue, 16th Floor, San Francisco, California, Marina Gelman and Mikhail Gelman, through their undersigned attorney, will move the Court for its Order:

    1.    Terminating, annulling, modifying, or conditioning the automatic stay of 11 U.S.C. §362(a) to allow the Gelmans to prosecute to judgment their lawsuit for personal injury against the Pacific Gas and Electric Company ("PG&E"), the City and County of San Francisco ("San Francisco"), and Blue Plantain, LLC, pending in the San Francisco County Superior Court, Case No. CGC-17-556763 ("the Lawsuit");

    2.    Abstaining pursuant to 28 U.S.C. § 1334(c)(1);

    3.    Providing that the 14-day stay prescribed by Federal Bankruptcy Rule 4001(a)(3) shall not apply to the Court's order issued pursuant to this motion; and

    4.    For such other and further relief as this Court deems just and proper pursuant to this motion.

Creditors object to the Bankruptcy Court being the forum for the trial of their personal injury claims pursuant to 28 U.S.C. §157.

This motion is brought pursuant to 11 U.S.C. §362(d)(1) for cause. This motion is based upon this Notice, the Points and Authorities, the Request for Judicial Notice, and the Declaration of David W. Wessel filed in support of this motion concurrently with this notice, upon all other pleadings and papers on file herein, and upon such oral and documentary evidence as may be presented by the Gelmans at the hearing on this motion.

Pursuant to Local Rule 4001-1(a) respondent(s) opposing the motion shall appear personally or by counsel at the preliminary hearing. Respondent(s) will not be required to, but may, file responsive pleadings, points and authorities, and declarations for any preliminary hearing.

IN THE EVENT THAT NEITHER THE DEBTOR NOR ITS COUNSEL, NOR ANY OTHER INTERESTED PARTY APPEARS AT THE HEARING ON THIS MOTION, THE COURT MAY GRANT RELIEF FROM THE AUTOMATIC STAY PERMITTING CREDITORS TO CONTINUE PROSECUTING THE LAWSUIT WITHOUT FURTHER HEARING.

///

///

Attached as Exhibit 1 to this Notice is the Gelmans' proposed form of the Order.

Dated: April 3, 2019  LAW OFFICES OF BORIS E. EFRON

 /s/ David W. Wessel
(SBN: 115222)

# EXHIBIT 1

Law Offices
of
Boris E. Efron
130 Portola Road
Portola Valley, CA 94028
(650) 851-8800

David W. Wessel, Esq.   Bar # 115222
service@efronlawfirm.com
LAW OFFICES OF BORIS E. EFRON
130 Portola Road
Portola Valley, CA 94028-7825
Telephone:  (650) 851-8880
Facsimile:   (650) 851-3001

Attorneys for Creditors
MARINA GELMAN and MIKHAIL GELMAN

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐  Affects PG&E Corporation<br>☒  Affects Pacific Gas and Electric Company<br>☐  Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-3008 (DM). | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case - Jointly Administered)<br><br>**ORDER FOR RELIEF FROM THE AUTOMATIC STAY AND ABSTENTION PURSUANT TO 28 U.S.C. 1334(c)(1)**<br><br>Date: April 24, 2019<br>Time: 9:30 a.m.<br>Ctrm: Hon. Dennis Montali<br>   450 Golden Gate Avenue<br>   16th Floor, Courtroom 17<br>   San Francisco, CA 94102 |

The motion of Marina Gelman and Mikhail Gelman ("the Gelmans") for relief from the automatic stay and abstention (the "Motion") came on for hearing before the Hon. Dennis Montali, United States Bankruptcy Court Judge, on April 24, 2019.  The Court having considered all papers filed in support of the Motion and the _____ opposition, and upon due consideration, and good cause appearing,

*Law Offices of Boris E. Efron*
*130 Portola Road*
*Portola Valley, CA 94028*
*(650) 851-8880*

5

ORDER FOR RELIEF FROM THE AUTOMATIC STAY AND ABSTENTION PURSUANT TO 28 USC 1334(c)(1)

Case: 19-30088    Doc# 1202    Filed: 04/03/19    Entered: 04/03/19 13:08:26    Page 5 of 6

Law Offices
of
Boris E. Efron
130 Portola Road
Portola Valley, CA 94028
(650) 851-8880

**IT IS ORDERED** that the automatic stay is terminated as to the Gelmans who may take any acts, or institute and/or complete any proceedings necessary to prosecute to judgment their lawsuit for personal injury against Pacific Gas and Electric Company pending in the San Francisco County Superior Court, Case No. CGC-17-556763 ("the Lawsuit"). The Court will abstain pursuant to 28 U.S.C. § 1334(c)(1) from hearing the Lawsuit.

**IT IS FURTHER ORDERED** that the 14-day stay provided by Federal Bankruptcy Rule of Procedure 4001(a) (3) shall not apply to this Order.

**END OF ORDER**