UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: PG&E Corporation and
Pacific Gas and Electric Company

Debtor(s)

Bankruptcy No.: 19-30088 (DM)
R.S. No.: DWW-001
Hearing Date: 04/24/2019
Time: 9:30 am

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 01/29/2019   Chapter: 11
    Prior hearings on this obligation: None   Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

Secured Creditor [ ] or lessor [ ]
Fair market value: $_____   Source of value: _____
Contract Balance: $_____   Pre-Petition Default: $_____
Monthly Payment: $_____   No. of months: _____
Insurance Advance: $_____   Post-Petition Default: $_____
                              No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

Fair market value: $_____   Source of value: _____   If appraisal, date: _____

Moving Party's position (first trust deed, second, abstract, etc.):

Approx. Bal. $_____   Pre-Petition Default: $_____
As of (date): _____   No. of months: _____
Mo. payment: $_____   Post-Petition Default: $_____
Notice of Default (date): _____   No. of months: _____
Notice of Trustee's Sale: _____   Advances Senior Liens: $_____

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: _____ | $_____ | $_____ | $_____ |
| 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
| _____ : | | | |
| _____ : | | | |
| _____ : | | | |
| (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information: Creditors Marina Gelman and Mikhail Gelman bring their motion for relief from the automatic stay and abstention to prosecute their personal injury lawsuit in the San Francisco County Superior Court, Case No. CGC-17-556763.

Dated: 04/03/2019

_____
Signature
/s/ David W. Wessel
_____
Print or Type Name

Attorney for Marina Gelman and Mikhail Gelman

CANB Documents Northern District of California