# **Exhibit B**

# DECLARATION OF PUBLICATION OF
SAN FRANCISCO CHRONICLE

**ATTENTION: DIRECT AND INDIRECT HOLDERS OF, AND PROSPECTIVE HOLDERS OF, (I) STOCK ISSUED BY PG&E CORPORATION OR PACIFIC GAS AND ELECTRIC COMPANY AND (II) CLAIMS AGAINST PG&E CORPORATION OR PACIFIC GAS AND ELECTRIC COMPANY:**

PLEASE TAKE NOTICE THAT, on January 29, 2019, PG&E Corporation ("PG&E Corp.") and Pacific Gas and Electric Company (the "Utility," and together with PG&E Corp., the "Debtors") each filed a petition for relief under chapter 11 of the United States Bankruptcy Code with the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE THAT, on March 27, 2019, the Bankruptcy Court entered an order (i) establishing stock procedures (the "Stock Procedures") with respect to direct and indirect trading and transfers of stock of the Debtors, and (ii) establishing January 29, 2019 as the record date with respect to the ownership of claims against the Debtors for purposes of certain notification and sell-down procedures (such procedures, the "Claims Procedures," and together with the Stock Procedures, the "Procedures").

The Stock Procedures restrict transactions involving, and require notices of the holdings of and proposed transactions by, any person or group of persons that is or, as a result of a proposed transaction, would become a Substantial Stockholder in the Debtors. For purposes of the Stock Procedures, a "Substantial Stockholder" is any person or, in certain cases, group of persons that beneficially own, directly or indirectly, (and/or owns options to acquire) at least 24.6 million shares of common stock issued by PG&E Corp. (representing approximately 4.75% of all issued and outstanding shares of common stock). *Any transfer of the stock of the Debtors in violation of the Stock Procedures will be null and void ab initio and may lead to contempt, compensatory damages, punitive damages, or other sanctions being imposed by the Bankruptcy Court.*

The Claims Procedures provide that any person, group of persons, or entity that has acquired or, as a result of a proposed transaction, would acquire beneficial ownership of a substantial amount of claims against the Debtors after January 29, 2019 (as determined in accordance with the Claims Procedures) can be required to (i) file notice of their holdings of such claims and of such proposed transaction, which transaction may be restricted, and (ii) sell, by a specified date following the confirmation of a chapter 11 plan of the Debtors, all or a portion of any claims acquired after January 29, 2019. **IMPLEMENTATION OF THE CLAIMS PROCEDURES IS SUBJECT TO A FURTHER ORDER OF THE BANKRUPTCY COURT. IF SUCH ORDER IS ENTERED, AN ACQUISITION OR TRANSFER OF CLAIMS AGAINST THE DEBTORS IN VIOLATION OF THE CLAIMS PROCEDURES, WHETHER OCCURRING PRIOR TO OR AFTER ENTRY OF SUCH ORDER, WILL BE NULL AND VOID AB INITIO AND ANY ACTION IN VIOLATION OF THE CLAIMS PROCEDURES MAY LEAD TO SANCTIONS BEING IMPOSED BY THE BANKRUPTCY COURT.**

*The Procedures are available on the website of Prime Clerk LLC, the Debtors' Court-approved claims agent, located at https://primeclerk.com, and on the docket of the Chapter 11 Cases, Docket No. 1094, which can be accessed via PACER at https://www.pacer.gov.*

The requirements set forth in the Procedures are in addition to the requirements of Bankruptcy Rule 3001(e) and applicable securities, corporate, and other laws and do not excuse noncompliance therewith. **A direct or indirect holder of, or prospective holder of, stock of the Debtors that may be or become a Substantial Stockholder or a direct or indirect holder of, or prospective holder of, a substantial amount of claims against the Debtors should consult the Procedures.**

Dated: San Francisco, California
BY ORDER OF THE COURT

---

Lori Gomez

Declares that:
The annexed advertisement has been regularly published In the

SAN FRANCISCO CHRONICLE

Which is an was at all times herein mentioned established as newspaper of general circulation in the City and County of San Francisco, State of California, as the term is defined by Section 6000 of the Government Code

SAN FRANCISCO CHRONICLE

(Name of Newspaper)

901 Mission Street

San Francisco, CA 94103

From 4/2/19

To 4/2/19

Namely on 4/2/19

(Dates of Publication)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4/2/19

At San Francisco, California

*[signature]*

Case: 19-30088   Doc# 1209-1   Filed: 04/03/19   Entered: 04/03/19 17:40:01   Page 2 of 6

## BUSINESS

# Lyft stock drop may mean trouble for IPOs

*Lyft from page D1*

buying in were not long-term holders," he said.

Monday's Lyft slippage, especially if it continues, may give pause to companies planning stock-market debuts to rein in their pricing, he said.

"Banks taking these other names to market may lean a little more conservative on valuation so as not to have this first few days of down-points," he said.

Barrett Daniels, a partner at Deloitte & Touche who focuses on tech offerings, said that the IPO market is very reactionary.

"It's important that the first couple of IPOs out of the gate do well," he said.

Still, he said he thinks that Uber's gargantuan debut — it's seeking a $120 billion valuation — is so unique that it won't be affected.

"Yes, we're talking about the same sectors, but they're so different," he said, referring to Uber's massive global reach and multiple product areas. "That IPO will be a once-in-a-decade circus."

Other observers dismissed Monday's gyrations as typical trading "noise."

"No news broke today about Lyft; there was no fundamental change to its business model," said Alejandro Ortiz, principal analyst at SharesPost, which helps arrange sales of private companies' shares. The stock tumble "illustrates more that short-term mentality that investors have, but Lyft should be seen as a long-term play."

Michael Lin, director of accounting and transaction services at MorganFranklin Consulting, said Lyft's IPO was well-managed, pointing to the initial "price pop," the fact that it was over-subscribed, and the $72 price, which maximized its proceeds.

"There's a healthy demand for these unicorns and (Friday's performance) is a good sign of what's to come," he said. "I don't think the fact that the price has come back down is a negative effect per se."

*Carolyn Said is a San Francisco Chronicle staff writer. Email: csaid@sfchronicle.com Twitter: @csaid*



Mario Tama / Getty Images
Los Angeles Mayor Eric Garcetti, left, speaks at the Nasdaq opening-bell ceremony celebrating Lyft's IPO on Friday. Lyft's stock price fell Monday.

# Siebel Newsom pushes businesses on pay parity

*Pay from page D1*

differently for "substantially similar work," rather than just the same jobs. It also provided workers with legal protections against retaliation for talking with each other about their salaries to determine pay fairness.

Sen. Hannah-Beth Jackson, the Santa Barbara Democrat who authored the law, noted that 41 other states have since used it as a template.

"Our work is equally valuable, and we need to be paid as such," she said.

The event Monday was held in advance of Tuesday's "Equal Pay Day," which symbolically marks how far into the calendar women must work to catch up to men's pay in the previous year.

California Labor Secretary Julie Su said the state would be stepping up its enforcement of the equal-pay law and starting a campaign, in partnership with the organization Time's Up, to educate workers about their rights.

"Paying women less than men for substantially similar work is a form of wage theft," Su said. "Passing good laws is not the finish line."

Thirteen companies — including Airbnb, Apple, Salesforce and Square — have already committed to Siebel Newsom's "Equal Pay Pledge," under which they promise to conduct internal reviews of employee pay and adopt practices to eliminate any gender biases in hiring, promotions and salaries.

Siebel Newsom said the campaign is designed to create a "join-the-club mentality" for companies and "inspire conscious capitalism." Paying women more, she said, will also take some of the financial pressure off their spouses and let men play a bigger role in parenting.

"It's allowing men to be whole, just as it's valuing women in our society," she said.

*Alexei Koseff is a San Francisco Chronicle staff writer. Email: alexei.koseff@sfchronicle.com Twitter: @akoseff*

# Stocks have solid gain on encouraging economic data

**By Damian J. Troise and Alex Veiga**

Stocks closed solidly higher on Wall Street Monday after a batch of encouraging global economic data kept investors in a buying mood.

Financial and technology companies powered much of the rally, which extended the market's gains from last week, when the benchmark S&P 500 closed out its best quarter in nearly a decade.

In another hopeful sign, long-term bond yields rose above their recent lows, following a sharp drop last month that flashed a possible recession warning, rattling Wall Street.

Those concerns were allayed Monday as new economic data suggested a brighter outlook for the U.S. economy. A gauge of U.S. manufacturing notched a big gain in March, while a separate report showed construction spending climbed in February. Meanwhile, an economic report out of China showed growth in exports, employment and orders.

While the more encouraging data gave stocks a boost, the market could face some bumps ahead, said Liz Ann Sonders, chief investment strategist at Charles Schwab.

"The hurdle in the near-term is still going to be earnings," she said. "That's the next important phase."

The S&P 500 gained 32.79 points, or 1.2 percent, to 2,867.19, notching a three-day winning streak.

The Dow Jones industrial average jumped 329.74 points, or 1.3 percent, to 26,258.42. The Nasdaq composite climbed 99.59 points, or 1.3 percent, to 7,828.91. The Russell 2000 index of smaller company stocks picked up 16.33 points, for a 1.1 percent gain, to 1,556.06.

Major European stock indexes finished broadly higher.

Monday's gains followed a strong finish to the first quarter for U.S. stocks. The S&P 500 index is now up 14.4 percent this year, a big turnaround after the index skidded 14 percent in the final quarter of 2018.

Financial and technology companies powered the latest rally. Investors tend to favor those sectors when they're confident the economy will continue growing. Bank of America gained 3.4 percent and Intel rose 1.5 percent.

Consumer product makers and utility companies, which are considered safe-play investments, lagged the market. Clorox fell 1.2 percent and NRG Energy slid 1.7 percent.

Bond yields continued rising in another sign that investors are confident in the economy's growth. That came as a welcome relief following a sharp drop in bond yields to their lowest levels in more than a year.

The yield on the 10-year Treasury note rose sharply, to 2.50 percent from 2.41 percent late Friday. It also rose back above the yield on the three-month Treasury bill.

The shift reverses an "inversion" in bond yields that alarmed investors last month because such a phenomenon, over time, has preceded recessions in the past.

Key bond yields fell to their lowest levels in more than a year on March 22 and continued to slide much of last week after the Federal Reserve said it was seeing slower growth in the economy and no longer expected to raise interest rates this year.

"You look to the bond market to be a bit more skeptical and a bit ahead of the equity market on where things are going," said Tom Martin, senior portfolio manager with Globalt Investments. "So, the movement upward in the 10 year (yield) is a bounce that says 'OK, we realize there are these issues of a slowdown, but it's not a disaster.' "

The rise in bond yields helped boost bank stocks. Higher bond yields mean that banks can benefit from higher interest rates on loans. Shares in JPMorgan Chase, Citigroup and Capital One Financial each posted a 3.4 percent gain.

Wynn Resorts led all stocks in the S&P 500 as traders welcomed a solid revenue report from the casino operator's businesses in Macau and upbeat economic data from China. The stock jumped 8.4 percent.

Kellogg slid 2.4 percent on news the packaged foods company is selling its Keebler cookie brand and other sweet snacks businesses to Ferrero, an Italian confectionary company best known for making Nutella, for $1.3 billion.

Investors will be focusing more on corporate earnings this month, as the next big wave of company results kick into gear next week.

Wall Street expects a contraction in earnings during the first quarter, followed by slow growth for the remainder of 2019. Any company commentary about their prospects for the next few quarters will be important in giving analysts and investors a better picture of the economy.

Traders also have their eye on the U.S.-Chinese trade negotiations, which are due to resume this week. Officials from the world's two biggest economies are aiming to put to rest a dispute over technology and other issues.

Energy futures closed higher. Benchmark U.S. crude gained 2.4 percent to settle at $61.59 a barrel. Brent crude, used to price international oils, closed 2.1 percent higher at $69.01 a barrel.

Wholesale gasoline added 0.9 percent to $1.90 a gallon, heating oil picked up 0.8 percent to $1.99 a gallon and natural gas rose 1.7 percent to $2.71 per 1,000 cubic feet.

Gold inched 0.3 percent lower to $1,294.20 an ounce, silver slipped 0.1 percent to $15.10 an ounce and copper dropped 0.4 percent to $2.92 a pound.

The dollar rose to 111.37 yen from 110.80 yen on Friday, while the euro weakened to $1.1211 from $1.1214.

*Damian J. Troise and Alex Veiga are Associated Press writers.*

Vincent Yu / Associated Press
Monday was a good day for most stock markets around the world. Shares of Hong Kong's Hang Seng Index rose 1.76 percent.

# Tesla hit with fine

*Tesla from page D1*

Fire Department, and take further steps to improve waste management at the factory.

"It's vital that businesses comply with hazardous waste laws that keep facilities safe for workers and the community," Mike Stoker, the EPA's Pacific Southwest regional administrator, said in a statement.

Tesla issued a statement saying it has made "great strides in its environmental program and its ongoing compliance" since the inspection 16 months ago.

*Bob Egelko is a San Francisco Chronicle staff writer. Email: begelko@sfchronicle.com Twitter: @BobEgelko*

## LEGAL NOTICES  VISIT SFGATE.COM/LEGALNOTICES

### PUBLIC NOTICES (NON-GOVERNMENT)

**ATTENTION: DIRECT AND INDIRECT HOLDERS OF, AND PROSPECTIVE HOLDERS OF, (I) STOCK ISSUED BY PG&E CORPORATION OR PACIFIC GAS AND ELECTRIC COMPANY AND (II) CLAIMS AGAINST PG&E CORPORATION OR PACIFIC GAS AND ELECTRIC COMPANY:**

PLEASE TAKE NOTICE THAT, on January 29, 2019, PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**," and together with PG&E Corp., the "**Debtors**") each filed a petition for relief under chapter 11 of the United States Bankruptcy Code with the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

PLEASE TAKE FURTHER NOTICE THAT, on March 27, 2019, the Bankruptcy Court entered an order (i) establishing stock procedures (the "**Stock Procedures**") with respect to direct and indirect trading and transfers of stock of the Debtors, and (ii) establishing January 29, 2019 as the record date with respect to the ownership of claims against the Debtors for purposes of certain notification and sell-down procedures (such procedures, the "**Claims Procedures**," and together with the Stock Procedures, the "**Procedures**").

The Stock Procedures restrict transactions involving, and require notices of the holdings of and proposed transactions by, any person or group of persons that is or, as a result of a proposed transaction, would become a Substantial Stockholder in the Debtors. For purposes of the Stock Procedures, a "**Substantial Stockholder**" is any person or, in certain cases, group of persons that beneficially owns (or would own as a result of a proposed transaction) (and/or owns options to acquire) at least 24.6 million shares of common stock issued by PG&E Corp. (representing approximately 4.75% of all issued and outstanding shares of common stock). *Any transfer of the stock of the Debtors in violation of the Stock Procedures will be null and void ab initio and may lead to contempt, compensatory damages, punitive damages, or other sanctions being imposed by the Bankruptcy Court.*

The Claims Procedures provide that any person, group of persons, or entity that has acquired or, as a result of a proposed transaction, would acquire beneficial ownership of a substantial amount of claims against the Debtors after January 29, 2019 (as determined in accordance with the Claims Procedures) can be required to (i) file notice of their holdings of such claims and of such proposed transaction, which transaction may be restricted, and (ii) sell, by a specified date following the confirmation of a chapter 11 plan of the Debtors, all or a portion of any claims acquired after January 29, 2019.

**IMPLEMENTATION OF THE CLAIMS PROCEDURES IS SUBJECT TO A FURTHER ORDER OF THE BANKRUPTCY COURT. IF SUCH ORDER IS ENTERED, AN ACQUISITION OR TRANSFER OF CLAIMS AGAINST THE DEBTORS IN VIOLATION OF THE CLAIMS PROCEDURES, WHETHER OCCURRING PRIOR TO OR AFTER ENTRY OF SUCH ORDER, WILL BE NULL AND VOID AB INITIO AND ANY ACTION IN VIOLATION OF THE CLAIMS PROCEDURES MAY LEAD TO SANCTIONS BEING IMPOSED BY THE BANKRUPTCY COURT.**

### PUBLIC NOTICES (NON-GOVERNMENT)

the website of Prime Clerk LLC, the Debtors' Court-approved claims agent, located at https://primeclerk.com, and on the docket of the Chapter 11 Cases, Docket No. 1094, which can be accessed via PACER at https://www.pacer.gov.

The requirements set forth in the Procedures are in addition to the requirements of Bankruptcy Rule 3001(e) and applicable securities, corporate, and other laws and do not excuse noncompliance therewith.

**A direct or indirect holder of, or prospective holder of, stock of the Debtors that may be or become a Substantial Stockholder or a direct or indirect holder of, or prospective holder of, a substantial amount of claims against the Debtors should consult the Procedures.**

Dated: San Francisco, California
March 27, 2019
BY ORDER OF THE COURT

### FICTITIOUS BUSINESS NAMES

**FICTITIOUS BUSINESS NAME STATEMENT**
FILE NO. A-0385384-00
The following person is doing business as: Vina Cab, 999 Pennsylvania St., San Francisco, CA 94107. Full name of registrant #1: Vina Cab (CA), 999 Pennsylvania St., San Francisco, CA 94107. This business is conducted by a limited liability company.
The registrant commenced to transact business under the above listed fictitious business name on NA
This statement was filed with the County Clerk of San Francisco on: February 26, 2019
March 26, April 2, 9, 16, 2019

Case: 19-30088  Doc#: 1209-1  Filed: 04/03/19  Entered: 04/03/19 17:40:01  Page 3 of 6

# Exhibit C

# AFFIDAVIT

**STATE OF NEW JERSEY** )
                                 ) ss:
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX** )

I, Andrew Introne, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for National distribution for

1 insertion(s) on the following date(s):

APR-02-2019;

ADVERTISER: PG&E CORPORATION;

and that the foregoing statements are true and correct to the best of my knowledge.

Sworn to before me this
2 day of April 2019

Notary Public

IAN C MARTIN
NOTARY PUBLIC
ID # 50086494
COMMISSION EXPIRES
7/18/2023
STATE OF NEW JERSEY

# Facebook Targets Misleading India News

By Newley Purnell

NEW DELHI—**Facebook** Inc. said it has taken down hundreds of pages and accounts that it said were working together to spread misleading content or spam ahead of elections in India set to begin April 11.

The company said those it had removed included accounts it traced to employees of the Pakistani military's public-relations wing and others linked to the opposition Indian National Congress party.

Facebook has more than 200 million users in India, one of its largest global markets, where inexpensive smartphones and mobile data are bringing people into the internet economy. Viral fake news has become rampant in India on Facebook's popular WhatsApp messaging platform. The company has altered the app and taken other steps to fight misinformation in the world's biggest democracy.

Facebook has been under scrutiny for the ways in which it can be used to misinform citizens and exacerbate social divisions. The Menlo Park, Calif., company says it is employing new technological and other solutions.

In a blog post Monday, Facebook said it had removed 103 pages, groups and accounts on its platform and its Instagram photo-sharing service that it traced to employees of the Pakistani military's public-relations wing.

The accounts were engaging in "coordinated inauthentic behavior" that used fake accounts to run pages related to topics such as the Pakistani military, the Indian govern-



The social-media giant, which has more than 200 million users in India, has removed hundreds of pages or accounts as elections near.

ment, and the troubled region of Kashmir, wrote Nathaniel Gleicher, Facebook's head of cybersecurity. The accounts had 2.8 million followers, and the individuals involved spent $1,100 in advertising running from May 2015 through December.

In one example Facebook provided, an account called "PakistaN Army - the BEST" posted an image of a smoldering jet with the text "Indian airforce has become a consistent failure which is evident from current embarrassment for India."

The public-relations wing, Inter Services Public Rela-

tions, didn't respond to a request for comment. A Pakistani security official said that ISPR was being targeted after what he called its successes in presenting Pakistan's side in the military clashes with India in February.

"We were expecting something like this, to malign ISPR," said the official. "We know how Western institutions work."

Facebook said it also had removed 687 pages and accounts linked to the opposition Indian National Congress party. The users employed face accounts and "joined various Groups to disseminate

their content and increase engagement on their own Pages," Mr. Gleicher wrote. They posted about the coming elections and criticized political rivals such as the ruling Bharatiya Janata Party.

The Congress party wrote on its official Twitter account Monday that no official pages run by the party had been taken down.

"Additionally, all pages run by our verified volunteers are also unaffected," it said. "In the mean time, we are awaiting a response from Facebook to provide us a list of all pages/accounts that they have taken down."

A Congress party spokeswoman couldn't be reached for comment.

The accounts had about 206,000 followers and individuals logged some $39,000 in spending on Facebook ads, Facebook said. The ads ran from August 2014 through this month.

Facebook said it also removed a network of unrelated accounts connected to an Indian information-technology firm. The network spanned 15 pages, groups and accounts that posted about local news and various political parties. Those had amassed 2.6 million followers, spending $70,000

for ads between June 2014 and February, Facebook said.

"While we are making progress rooting out this abuse, as we've said before, it's an ongoing challenge and we're committed to continuously improving to stay ahead," Mr. Gleicher wrote.

In Indonesia, Facebook in February removed hundreds of accounts linked to an online syndicate that had been accused of spreading hate speech and misinformation. Nationwide elections there begin on April 9.

In recent years, Pakistan's military public-relations wing, the ISPR, has asserted itself more forcefully, experts say. It has expanded its operations, raised its profile within the military and the public, and moved into a new hub at military headquarters in the city of Rawalpindi.

Pakistan's military frequently says the country is under attack in an information war from enemies within and outside Pakistan. The military has been accused by journalists of using intimidation and targeting distribution channels and revenue sources to silence critical reporting, allegations that it denies.

"These are propaganda accounts, trying to change people's perceptions," said Nighat Dad, a digital-rights activist, of the Facebook accounts. "It's to mainstream their narrative and suppress critical voices."

Ms. Dad said such pro-military, hypernationalist accounts were also often used to target women and minorities online in Pakistan.

—*Saeed Shah in Islamabad, Pakistan, contributed to this article.*

---

ADVERTISEMENT

## The Marketplace
To advertise: 800-366-3975 or WSJ.com/classifieds

### NOTICE OF SALE

**NOTICE OF PUBLIC AUCTION**
Reference is hereby made to that certain Indenture dated as of January 27, 2005 (the "Indenture"), by and among NEPTUNE CDO 2004-1 LTD., as Issuer (the "Issuer"), NEPTUNE CDO 2004-1 (DELAWARE) CORP., as Co-Issuer (the "Co-Issuer", and together with the Issuer, the "Co-Issuers") and DEUTSCHE BANK TRUST COMPANY AMERICAS, as Trustee (when acting in such capacity, the "Trustee") and as Securities Intermediary thereunder. In accordance with the applicable provisions of the Indenture and the Uniform Commercial Code as in effect in the State of New York, the following assets will be sold (individually or on a portfolio basis) to the highest qualified bidder(s) at Public Auctions to be held on the dates and times set forth below[*] :

**PORTFOLIO NO. 1 - SUBPRIME**
Bid Deadline: April 16, 2019 at 10:00 a.m. (prevailing Eastern time)

| No. | CUSIP | Issue | Original Face Amount ($) |
|---|---|---|---|
| 1 | 00764MBX4 | AABST 2004-2 B2 | 5,000,000 |
| 2 | 00764MCJ4 | AABST 2004-3 B1 | 2,000,000 |
| 3 | 00764MCK1 | AABST 2004-3 B2 | 1,500,000 |
| 4 | 00764MCL9 | AABST 2004-3 B3 | 1,000,000 |
| 5 | 00764MCW5 | AABST 2004-4 B1 | 1,320,000 |
| 6 | 00764MCX3 | AABST 2004-4 B2 | 1,750,000 |
| 7 | 04542BJS2 | ABFC 2004-HE1 M4 | 3,103,000 |
| 8 | 04541GLN0 | ABSHE 2004-HE6 M5 | 1,000,000 |
| 9 | 03072ST86 | AMSI 2004-R7 M10 | 3,000,000 |
| 10 | 040104GW5 | ARSI 2004-W6 M5 | 2,750,000 |
| 11 | 073879FK9 | BSABS 2004-FR2 M5 | 2,250,000 |
| 12 | 073879CZ9 | BSABS 2004-HE6 M6 | 3,000,000 |
| 13 | 073879EX2 | BSABS 2004-HE7 M4 | 3,736,000 |
| 14 | 073879XZ6 | BSABS 2005-ME6 M2 | 2,000,000 |
| 15 | 04542BJB9 | CBASS 2004-CB5 B1 | 1,000,000 |
| 16 | 162765AK7 | CHEC 2004-1 M7 | 1,000,000 |
| 17 | 162765AL5 | CHEC 2004-1 M8 | 900,000 |
| 18 | 162765AM3 | CHEC 2004-1 M9 | 900,000 |
| 19 | 17307GJR0 | CMLTI 2004-OPT1 M9 | 3,000,000 |
| 20 | 17133BAG6 | CMLTI 2007-AMC4 M2 | 4,000,000 |
| 21 | 283547AF9 | ELAT 2007-2 M1A | 4,000,000 |
| 22 | 32027NNT4 | FFML 2004-FF8 M4 | 3,500,000 |
| 23 | 317350BK1 | FINA 2004-2 M7 | 3,000,000 |
| 24 | 31659TBU8 | FMIC 2004-3 M7 | 2,000,000 |
| 25 | 31659TEJ9 | FMIC 2006-1 M9 | 2,000,000 |
| 26 | 362265FA1 | GSAMP 2004-AR1 B2 | 6,000,000 |
| 27 | 36242DAH6 | GSAMP 2004-HE2 B1 | 3,607,000 |
| 28 | 36242DKP7 | GSAMP 2004-WF B2 | 2,000,000 |
| 29 | 437084HV1 | HEAT 2005-1 M6 | 3,000,000 |
| 30 | 464126CL3 | IRWHE 2004-1 2B1 | 1,000,000 |
| 31 | 464126CK5 | IRWHE 2004-1 2M2 | 3,000,000 |
| 32 | 542514GT5 | LBMLT 2004-2 M7 | 3,000,000 |
| 33 | 59020UFY6 | MLMI 2004-FN1 B1 | 1,500,000 |
| 34 | 62154CG9 | MSAC 2004-HE7 B1 | 3,000,000 |
| 35 | 64352VFV8 | NCHET 2004-1 M6 | 4,000,000 |
| 36 | 64352VHC8 | NCHET 2004-A M3 | 6,000,000 |
| 37 | 66987XFV2 | NHEL 2004-3 B1 | 2,000,000 |
| 38 | 66987XFW0 | NHEL 2004-3 B2 | 4,000,000 |
| 39 | 68383NAN3 | OPMAC 2005-1 M8 | 2,000,000 |

**PORTFOLIO NO. 1 - SUBPRIME**
Bid Deadline: April 16, 2019 at 10:00 a.m. (prevailing Eastern time)

| No. | CUSIP | Issue | Original Face Amount ($) |
|---|---|---|---|
| 40 | 70069FAG2 | PPSI 2004-WCW1 M5 | 2,783,000 |
| 41 | 70069FBD8 | PPSI 2004-WCW2 M7 | 6,000,000 |
| 42 | 76113ABM2 | RASC 2006-KS3 M2 | 4,000,000 |
| 43 | 86358EHX7 | SAIL 2004-4 M7 | 1,500,000 |
| 44 | 86358EJN7 | SAIL 2004-5 B | 2,000,000 |
| 45 | 80556AQN4 | SAST 2004-2 MV4 | 2,000,000 |

**PORTFOLIO NO 2 - MIX**
Bid Deadline: April 16, 2019 at 2:00 p.m. (prevailing Eastern time)

| No. | CUSIP | Issue | Original Face Amount ($) |
|---|---|---|---|
| 1 | 264403AD8 | DUKEF 2004-7A 4A | 3,000,000 |
| 2 | 26545QAJ8 | DUNHL 2004-1A C | 4,000,000 |
| 3 | 553121AG9 | MKP 4A C | 3,000,000 |
| 4 | 83743YAF0 | SCF 7A D1A | 3,000,000 |
| 5 | 07324AAH4 | BAYC 2006-1 M2 | 4,437,000 |
| 6 | 07386HNW7 | BALTA 2004-12 1B1 | 2,000,000 |
| 7 | 07386HQA2 | BALTA 2004-13 M2 | 3,000,000 |
| 8 | 07386HHW4 | BALTA 2004-4 B | 2,997,700 |
| 9 | 07386HKW0 | BALTA 2004-8 B1 | 3,500,000 |
| 10 | 07386HLU3 | BALTA 2004-8 B2 | 2,500,000 |
| 11 | 073879B56 | BSABS 2004-AC3 B1 | 5,788,000 |
| 12 | 12667TFT2 | CWALT 2004-J7 M2 | 3,111,000 |
| 13 | 36242DQK2 | GSAA 2004-11 M2 | 2,000,000 |
| 14 | 36242DTY5 | GSAA 2005-2 B2 | 2,810,000 |
| 15 | 36242DTV9 | GSAA 2005-2 B3 | 500,000 |
| 16 | 43739EAM9 | HMBT 2004-2 M2 | 4,017,800 |
| 17 | 45254TQW7 | IMSA 2004-M5 | 3,000,000 |
| 18 | 576433SF4 | MARM 2004-11 B1 | 1,000,000 |
| 19 | 576433SG2 | MARM 2004-11 B2 | 2,714,000 |
| 20 | 576433SE7 | MARM 2004-11 M2 | 2,009,000 |
| 21 | 74951PCY2 | RESIF 2004-B B5 | 1,500,000 |
| 22 | 126671AI8 | CWL 2004-SD2 B1 | 4,000,000 |
| 23 | 576436AC3 | MASD 2004-1 M2 | 4,105,000 |
| 24 | 61744CEC6 | MSAC 2004-SD2 B1 | 1,932,000 |
| 25 | 03072SZN8 | QUEST 2005-X1 M5 | 4,000,000 |
| 26 | 76112BJT8 | RAAC 2005-RP1 M4 | 2,010,000 |
| 27 | 76112BXQ8 | RAAC 2005-RP2 M2 | 4,000,000 |
| 28 | 225411SJ4 | HEMT 2004-3 B1 | 2,500,000 |
| 29 | 785778DJ7 | SACO 2004-3A B1 | 3,000,000 |

**Additional Information.** All bids must be submitted by the applicable above-noted Bid Deadline in accordance with the terms and conditions set forth in a bid package (the "Bid Package") relating to this Public Auction. In addition, please be advised that the sale of the above-noted assets (individually or on a portfolio basis) will be made only to the highest qualified bidder(s). For additional information regarding this Public Auction, and to obtain a Bid Package, please contact Dock Street Capital Management LLC, Attn: David Crowle, Managing Partner, Telephone No. 212.457.8258, E-mail: liquidations@dockstreetcap.com; and Jeffrey Hochman, Managing Partner, Telephone No.: 212.457.8259, liquidations@dockstreetcap.com. The Public Auction will be a public disposition (within the meaning of Section 9-610 of the UCC).

**Disclaimer.** The Trustee is authorized at this Public Auction, if the Trustee deems it necessary or otherwise advisable or is required by applicable law to do so: (a) to restrict the prospective bidders on, or purchasers of, any of the above-noted assets to be sold to those persons who (i) represent and warrant that they are a "qualified institutional buyer," as such term is defined in Rule 144A(a)(i) promulgated by the SEC under the Securities Act of 1933, as amended (the "Act"), and a "qualified purchaser" for purposes of Section 3(c)(7) of the United States Investment Company Act of 1940, as amended; and (ii) agree that they will not resell such assets without compliance with the registration requirements of the Act and applicable state securities laws or pursuant to valid exemptions therefrom and (b) to impose such other limitations or conditions in connection with this Public Auction as the Trustee deems necessary or advisable in order to comply with the Act or any other applicable law.

[*] All of the information contained herein is made to the best of the knowledge of the Trustee as of the close of business on March 29, 2019.

---

### AUCTIONS

**ALPHA DOMINCHE, LTD.**
**PUBLIC AUCTION OF ASSETS**
Notice is given that Texas Brewing Systems Inc., as Secured Party, will hold an auction of all of the assets of Alpha Dominche, Ltd. (the "**Company**") including all ownership of the Company in the following property, wherever located, and all proceeds and products thereof: equipment; cash; goods and fixtures; chattel paper; accounts; all accessions, attachments, accessories, tools, parts, supplies, replacements of and additions to any of the foregoing; all products of any of the property described herein; accounts, general intangibles, instruments, rents, monies, payments, and all other rights, arising out of a sale, lease, or other disposition of any of the property described herein; proceeds, including insurance proceeds, from the sale, destruction, loss, or other disposition of any of the property described herein, and sums due from a third party who has damaged or destroyed property described herein from the party's insurer; and all records relating to any of the property described herein, whether in the form of a writing, photograph, microfilm, microfiche, or electronic media, together with all of the Company's right, title and interest in all computer software required to utilize, create, maintain, and process any such records or data on electronic media. The assets of the Company may be inspected upon execution of a mutually acceptable Confidentiality Agreement.
The auction will be held at 10:00 a.m. on April 29, 2019 at 3333 Lee Parkway, Suite 470, Dallas, Texas 75219. Interested parties are invited to attend said auction. **All items are sold on an "as is" basis and without warranty.** The successful bidder shall make payment in full to the Company. No partial payments accepted. Questions regarding this matter should be directed to Michael T. Tarski (214) 443-2055.

---

### BUSINESS OPPORTUNITIES

**DALLAS TX - FULLY OPERATIONAL SPECIALITY STEEL DISTRIBUTOR FOR SALE**
AVAILABLE INVENTORY, EQUIPMENT w/ 48,000 SF WAREHOUSE
**CONTACT:**
**PAUL CAUDLE: 214-637-9301**

**Ambulatory Surgery Center Opportunity**
Fully-Accredited 2 O.R. ASC in affluent So Cal coastal community seeks corporate partner.
Multi-Specialty center positioned in high growth area.
Contact: Ms. Hurtado 805-654-8115
Email: ehurtado.vsc@gmail.com

---

### PUBLIC NOTICES

Re: John Mills Hawn, Debtor, #90-01973, U.S. Bankruptcy Court, Southern District Of Texas, Corpus Christi Division.
On March 22, 2019, the Court auctioned all the Debtor's assets, including working, overriding, and royalty interests in oil and gas leases located in Refugio County, Texas, and elsewhere, operated by Kovar Operating, LLC. The Court set a hearing for April 26, 2019, 10:00 a.m., to approve the Trustee's sales as free and clear of all liens, claims, and encumbrances. Failure to appear and object shall result in all such liens, claims, and encumbrances being forever extinguished.
/s/ Thomas Rice, Trustee's Counsel, (210) 222-9494

---

### TRAVEL



**Save Up To 60%**
First & Business
INTERNATIONAL
Major Airlines, Corporate Travel
Never Fly Coach Again!
www.cooktravel.net
(888)473-3941

---

### BANKRUPTCIES

**ATTENTION: DIRECT AND INDIRECT HOLDERS OF, AND PROSPECTIVE HOLDERS OF, (I) STOCK ISSUED BY PG&E CORPORATION OR PACIFIC GAS AND ELECTRIC COMPANY AND (II) CLAIMS AGAINST PG&E CORPORATION OR PACIFIC GAS AND ELECTRIC COMPANY:**

PLEASE TAKE NOTICE THAT, on January 29, 2019, PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**," and together with PG&E Corp., the "**Debtors**") each filed a petition for relief under chapter 11 of the United States Bankruptcy Code with the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").
PLEASE TAKE FURTHER NOTICE THAT, on March 27, 2019, the Bankruptcy Court entered an order (i) establishing stock procedures (the "**Stock Procedures**") with respect to direct and indirect trading and transfers of stock of the Debtors, and (ii) establishing January 29, 2019 as the record date with respect to the ownership of claims against the Debtors for purposes of certain notification and sell-down procedures (such procedures, the "**Claims Procedures**," and together with the Stock Procedures, the "**Procedures**").
The Stock Procedures restrict transactions involving, and require notices of the holdings of and proposed transactions by, any person or group of persons that is or, as a result of a proposed transaction, would become a Substantial Stockholder in the Debtors. For purposes of the Stock Procedures, a "**Substantial Stockholder**" is any person or, in certain cases, group of persons that beneficially own, directly or indirectly (and/or owns options to acquire) at least 24.6 million shares of common stock issued by PG&E Corp. (representing approximately 4.75% of all issued and outstanding shares of common stock). **Any transfer of the stock of the Debtors in violation of the Stock Procedures will be null and void ab initio and may lead to contempt, compensatory damages, punitive damages, or other sanctions being imposed by the Bankruptcy Court.**
The Claims Procedures provide that any person, group of persons, or entity that has acquired or, as a result of a proposed transaction, would acquire beneficial ownership of a substantial amount of claims against the Debtors after January 29, 2019 (as determined in accordance with the Claims Procedures) can be required to (i) file notice of their holdings of such claims and of such proposed transaction, which transaction may be restricted, and (ii) sell, by a specified date following the confirmation of a chapter 11 plan of the Debtors, all or a portion of any claims acquired after January 29, 2019.
**IMPLEMENTATION OF THE CLAIMS PROCEDURES IS SUBJECT TO A FURTHER ORDER OF THE BANKRUPTCY COURT. IF SUCH ORDER IS ENTERED, AN ACQUISITION OR TRANSFER OF CLAIMS AGAINST THE DEBTORS IN VIOLATION OF THE CLAIMS PROCEDURES, WHETHER OCCURRING PRIOR TO OR AFTER ENTRY OF SUCH ORDER, WILL BE NULL AND VOID AB INITIO AND ANY ACTION IN VIOLATION OF THE CLAIMS PROCEDURES MAY LEAD TO SANCTIONS BEING IMPOSED BY THE BANKRUPTCY COURT.**
*The Procedures are available on the website of Prime Clerk LLC, the Debtors' Court-approved claims agent, located at https://primeclerk.com, and on the docket of the Chapter 11 Cases, Docket No. 1094, which can be accessed via PACER at https://www.pacer.gov.*
The requirements set forth in the Procedures are in addition to the requirements of Bankruptcy Rule 3001(e) and applicable securities, corporate, and other laws and do not excuse noncompliance therewith.
**A direct or indirect holder of, or prospective holder of, stock of the Debtors that may be or become a Substantial Stockholder or a direct or indirect holder of, or prospective holder of, a substantial amount of claims against the Debtors should consult the Procedures.**
Dated: San Francisco, California BY ORDER
March 27, 2019 OF THE COURT

---

**THE WALL STREET JOURNAL.**

**THE MARKETPLACE**

ADVERTISE TODAY

**(800) 366-3975**
For more information visit:
wsj.com/classifieds

© 2019 Dow Jones & Company, Inc.
All Rights Reserved.

---



New Singapore legislation tackles false reports on social media.

# Singapore Bill Hits False Online Reports

By Jake Maxwell Watts And Newley Purnell

SINGAPORE—Technology giants such as **Facebook** Inc., **Alphabet** Inc.'s Google and **Twitter** Inc. would be required under a draft law introduced Monday in Singapore to immediately issue corrections of false information published on their platforms and inform users when they might have been exposed to inaccuracies.

The legislation is some of the most potentially sweeping anywhere against so-called fake news and would set a precedent for the global issue, which has seen a backlash against social media. Facebook, Twitter and Google all have their Asia-Pacific headquarters in Singapore, a wealthy nation of just 5.6 million people dominated by a single political party that critics say has used legislation to stifle political opposition, which it denies.

The legislation requires social-media companies to circulate corrections if content posted on their platforms is deemed by the government to be false and able to harm the public interest in Singapore. In some cases this would be required even if the offending content didn't originally appear on their platforms, and could apply to traditional media as well.

Singapore is one of only a few countries that have introduced legislation to tackle false reports, but governments around the world are grappling with growth in manipulated or false viral content that they say can divide communities, manipulate elections and incite violence.

The Protection from Online Falsehoods and Manipulation Bill was introduced Monday. It is expected to be debated and

put to a vote in the coming weeks.

Facebook said late Monday that it shares a commitment to reduce the spread of false information but is concerned with aspects of the law that give the government broad powers to compel it to remove content. Google said it will study the bill and urged the government to allow for a full public consultation on the legislation. Twitter said it recognizes the importance of the topic and will assess the implications of the law.

Tech companies might need to build new software to comply with Singapore's law, and if other countries took differing approaches the companies

*Social-media firms must circulate corrections if content is deemed to be false.*

could be faced with a complex global environment for compliance.

In addition to corrections, the proposed law states that any individual who spreads an online falsehood with an intent to harm the public interest can be fined up to S$50,000 ($36,930) and imprisoned for up to five years. Fines are also specified for anyone who makes bots or offers commercial services to spread falsehoods. The law allows authorities to order the removal of false content.

Tech companies found not complying with binding codes of practice could be fined up to S$1 million and, in the case of a continuing offense, S$100,000 for every day it continues.