Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

*and*

Paul S. Aronzon (SBN 88781)
Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone:  (424) 386-4000
Facsimile:  (213) 629-5063

*Proposed Counsel for the Official Committee
of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| **-and-** | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | |

Affects PG&E Corporation
Affects Pacific Gas and Electric Company
■  Affects both Debtors

*All papers shall be filed in the Lead Case.
No. 19-30088 (DM)*

**DECLARATION OF THOMAS R. KRELLER IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO 11 U.S.C. §§ 328(a) AND 1103(a) AND FED. R. BANK. P. 2014 AND 2016 FOR AUTHORITY TO RETAIN AND EMPLOY MILBANK LLP AS COUNSEL, EFFECTIVE AS OF FEBRUARY 12, 2019**

Date: April 24, 2019; Time: 9:30 AM PT
Place:  United States Bankruptcy Court
Courtroom 17, 16th Floor
San Francisco, CA 94102

I, **THOMAS R. KRELLER**, being duly sworn, state the following under the penalty of perjury:

1.      I am an attorney admitted to practice in the State of California and I am a partner in the Financial Restructuring Group of the firm Milbank LLP ("Milbank"), proposed counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors in possession (collectively, the "Debtors").   Milbank maintains an office at, among other places, 2029 Century Park East, 33rd Floor, Los Angeles, California, 90067-3019.  There are no disciplinary proceedings pending against me.

2.      I am duly authorized to make this declaration (the "Declaration") on behalf of Milbank in support of the *Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 328(a) and 1103(a) and Fed. R. Bank. R. 2014 and 2016 for Authority to Retain and Employ Milbank LLP as Counsel, Effective as of February 12, 2019*, dated April 3, 2019 (the "Application"),[1] seeking authorization to retain Milbank as counsel to the Committee under the terms and conditions set forth in the Application and herein.  I submit this Declaration in accordance with Bankruptcy Code sections 328(a) and 1103(b) and Bankruptcy Rules 2014, 2016 and 5002.

3.      Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, I would testify thereto.  Certain of the disclosures set forth herein relate to matters not within my personal knowledge, but rather within the personal knowledge of other attorneys and employees at Milbank who have acted at my direction and under my supervision, and are based on information provided by them to me based upon their review of Milbank's internal records as maintained in the ordinary course of business.

---

[1]      Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Application.

## **BACKGROUND**

4.   On January 29, 2019, each Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  See Docket No. 1.  On January 31, 2019, the Court entered an order consolidating the Debtors' cases for joint administration.  See Docket No. 207.

5.   On February 12, 2019, pursuant to Bankruptcy Code section 1102(a)(1), the U.S. Trustee appointed the Committee, which currently consists of the following nine members: (i) BOKF, N.A., as indenture trustee under unsecured bond indentures; (ii) The Davey Tree Expert Company, Davey Tree Surgery Company, and DRG, Inc.; (iii) Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas, as indenture trustee; (iv) G4S Secure Solutions (USA) Inc. and G4S Secure Integration LLC; (v) International Brotherhood of Electrical Workers, Local 1245; (vi) Mizuho Bank, Ltd.; (vii) NextEra Energy, Inc.; (viii) Pension Benefit Guaranty Corporation; and (ix) Roebbelen Contracting, Inc..  See Docket No. 409.[2]

## **QUALIFICATIONS OF MILBANK**

6.   Milbank is an international law firm with its principal office located at 55 Hudson Yards, New York, New York 10001, and with other offices located in Washington, D.C., Los Angeles, London, Frankfurt, Munich, Singapore, Hong Kong, Beijing, São Paulo, Seoul and Tokyo.  Milbank possesses extensive knowledge and expertise in the areas of law relevant to these chapter 11 cases, and Milbank is well qualified to represent the Committee.

7.   Importantly, Milbank  served as counsel to the official committee of unsecured creditors in the bankruptcy cases PG&E commenced in 2001.  See In re Pacific Gas & Electric Co., Case No. 01-30923 (Bankr. N.D. Cal.).In addition, Milbank has significant experience in representing creditors' committees in numerous other large, complex chapter 11 cases and other financial and operational restructuring scenarios.  Milbank's other notable representations include,

---

[2]   Western Asset Management Company, LLC has resigned from the Committee.

among others: <u>In re FirstEnergy Solutions, Corp.</u>, Case No. 18-50757 (AMK) (Bankr. N.D. Ohio); <u>In re TK Holdings Inc.</u>, Case No. 17-11375 (BLS) (Bankr. D. Del.); <u>In re M & G USA Corp.</u>, Case No. 17-12307 (BLS) (Bankr. D. Del.); <u>In re Breitburn Energy Partners LP</u>, Case No. 16-11390 (SMB) (Bankr. S.D.N.Y.); <u>In re Alpha Natural Resources, Inc.</u>, Case No. 15-33896 (KRH) (Bankr. E.D. Va.); <u>In re Arcapita Bank B.S.C.(c)</u>, Case No. 12-11076 (SHL) (Bankr. S.D.N.Y.); <u>In re Eastman Kodak Co.</u>, Case No. 12-10202 (ALG) (Bankr. S.D.N.Y.); <u>In re ATP Oil & Gas Corporation</u>, Case No. 12-36187 (MI) (Bankr. S.D. Tex.); <u>In re The Great Atlantic & Pacific Tea Company, Inc.</u>, Case No. 10-24549 (RDD) (Bankr. S.D.N.Y.); <u>In re Local Insight Media Holdings, Inc.</u>, Case No 10-13677 (KG) (Bankr. D. Del.); <u>In re Idearc Inc.</u>, Case No. 09-31828 (BJH) (Bankr. N.D. Tex.); <u>In re Sea Launch Company, L.L.C.</u>, Case No. 09-12153 (BLS) (Bankr. D. Del.); <u>In re Charys Holding Company, Inc.</u>, Case No. 08-10289 (BLS) (Bankr. D. Del.); <u>In re Lehman Brothers Holdings Inc.</u>, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y.); <u>In re VI Acquisition Corp.</u>, Case No. 08-10623 (KG) (Bankr. D. Del.); <u>In re Anvil Knitwear, Inc.</u>, Case No. 06-12345 (ALG) (Bankr. S.D.N.Y.); <u>In re Winn-Dixie Stores, Inc.</u>, Case No. 05-03817 (JAF) (Bankr. M.D. Fla.); <u>In re Refco Inc.</u>, Case No. 05-60006 (RDD) (Bankr. S.D.N.Y.); <u>In re Intermet Corp.</u>, Case No. 04-67597 (MBM) (Bankr. E.D. Mich.); <u>In re RCN Corporation</u>, Case No. 04-13638 (RDD) (Bankr. S.D.N.Y.); <u>In re Maxxim Medical Group, Inc.</u>, Case No. 03-10438 (PJW) (Bankr. D. Del.); <u>In re Fleming Companies, Inc.</u>, Case No. 03-10945 (MFW) (Bankr. D. Del.); <u>In re Enron Corp.</u>, Case No. 01-16034 (AJG) (Bankr. S.D.N.Y.); and <u>In re Safety-Kleen Corp.</u>, Case No. 00-2303 (PJW) (Bankr. D. Del.).

8.      In addition, Milbank is recognized as one of the premier global legal advisors to the power generation industry, including leading roles in complex financing and restructuring transactions, as well as representing various creditor constituencies and other parties-in-interest in many of the industry's significant chapter 11 cases. Such experience and know-how will enable

the Committee to react more quickly and to function more efficiently and effectively in these chapter 11 cases.

## SERVICES TO BE RENDERED

1.    The Committee has requested that Milbank render the following services, among others, in connection with these chapter 11 cases:

a.    participate in in-person and telephonic meetings of the Committee and subcommittees formed thereby, and otherwise advise the Committee with respect to its rights, powers and duties in these chapter 11 cases;

b.    assist and advise the Committee in its meetings and negotiations with the Debtors and other parties in interest regarding the administration of these chapter 11 cases;

c.    represent the Committee at hearings and other proceedings before the Court and such other courts or tribunals, as appropriate;

d.    assist the Committee in its analysis of, and negotiations with the Debtors or third parties related to, financing, asset disposition transactions, compromises of controversies, and assumption and rejection of executory contracts and unexpired leases;

e.    assist the Committee in its analysis of, and negotiations with the Debtors or third parties related to, the formulation, confirmation and implementation of a chapter 11 plan(s) and all documentation related thereto;

f.    assist the Committee in analyzing claims asserted against, and interests in, the Debtors, and in negotiating with the holders of such claims and interests and bringing, or participating in, objections or estimation proceedings with respect to such claims and interests;

g.    assist with the Committee's review of the Debtors' Schedules of Assets and Liabilities, Statements of Financial Affairs and other financial reports prepared by the Debtors, and the Committee's investigation of the acts, conduct, assets, liabilities and financial condition of the Debtors and of the historic and ongoing operation of their businesses;

h.    assist and advise the Committee with respect to its communications with the general creditor body regarding significant matters in these cases;

i.    respond to inquiries from individual creditors as to the status of, and developments in, these chapter 11 cases;

j.    review and analyze complaints, motions, applications, orders and other pleadings filed with the Court, and advise the Committee with respect to its positions thereon and the filing of any responses thereto;

k.    assist the Committee in its review and analysis of, and negotiations with the Debtors and non-Debtor affiliates related to, intercompany transactions and claims;

l.    review and analyze third party analyses or reports prepared in connection with potential claims of the Debtors, advise the Committee with respect to its positions thereon, and perform such other diligence and independent analysis as may be requested by the Committee;

m.    provide the Committee with advice relating to applicable federal and state regulatory issues, including with respect to matters related to the Federal Energy Regulatory Commission, California Public Utilities Commission and the Nuclear Regulatory Commission, as such issues may arise in these chapter 11 cases;

n.    assist the Committee in preparing pleadings and applications, and pursuing or participating in adversary proceedings, contested matters and administrative proceedings as may be necessary or appropriate in furtherance of the Committee's duties, interests, and objectives; and

o.    perform such other legal services as may be necessary or as may be requested by the Committee in accordance with the Committee's powers and duties as set forth in the Bankruptcy Code.

9.    Subject to the Court's approval of the Application, Milbank is willing to serve as the Committee's counsel and to perform the services described above. I anticipate that the Committee may, from time to time, request that Milbank undertake specific matters beyond the scope of the responsibilities set forth above and that Milbank may, in its discretion, undertake any such specific matters.

10.    Milbank expects to work cooperatively with other professionals retained by the Committee in these cases in allocating responsibility for various tasks in order to avoid duplication of effort and to move these cases forward as quickly, harmoniously and efficiently as possible.

## MILBANK'S DISINTERESTEDNESS

11.    Milbank does not represent and will not represent any entity, other than the Committee, in matters related to these chapter 11 cases.

12.     To the best of my knowledge and, except as otherwise set forth in this Declaration, the partners, counsel, associates and employees of Milbank do not have any connection with the Debtors, their known creditors, other known or potential parties in interest, their respective attorneys or accountants or other professionals, the U.S. Trustee or any person employed in the office of the U.S. Trustee, any United States Bankruptcy Judge or District Judge for the Northern District of California, the Clerk of the Bankruptcy Court for the Northern District of California, or any person employed by the office of such Clerk.

13.     In connection with its proposed retention by the Committee, Milbank searched its client database to determine whether it had any relationships with (i) any party listed on the Debtors' list of potential parties in interest (the "Debtors Interested Party List"),[3] which is summarized on Exhibit 1 (the "Retention Checklist") to the *Declaration of Stephen Karotkin in Support of Application of Debtors Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Weil, Gotshal & Manges LLP as Attorneys for the Debtors Effective as of the Petition Date* [Docket No. 865]; and (ii) all other known or potential parties in interest based upon information provided to Milbank by the Debtors or that was otherwise publicly available.  The Retention Checklist is attached hereto as **Annex 1** and incorporated herein by reference.

14.     To the extent that Milbank's searches of its client database indicated that Milbank (or any of its partners or employees) has or had a relationship with any of the identified entities within the last three years, the identity of such entity, and Milbank's relationship therewith, are set forth on **Annex 2** attached hereto and incorporated herein.

---

[3]     Milbank did not perform any independent diligence with respect to the accuracy of the Debtors' Interested Party List.  The Interested Party List also contained a number of generic names or terms (such as "Alpha" or "Tiger") that by themselves cannot be searched through Milbank's conflict database with any definitiveness or accuracy.  As such, Milbank has excluded any related hits from its disclosures herein.

15.     Of the entities listed on Annex 2, no single entity accounted for more than 1.5% of Milbank's gross revenues for the years ending December 31, 2017 or December 31, 2018 other than: Apollo, Blue Mountain Capital, Credit Suisse, Deutsche Bank, Goldman Sachs and JP Morgan (including their respective subsidiaries and affiliates), none of whom individually accounted for more than 4.75% of Milbank's gross revenue. Except as set forth herein, Milbank has not represented any of the entities listed on Annex 2 in connection with any matters relating to the Debtors and does not, and will not, represent them in any capacity in connection with these chapter 11 cases. To the extent the Committee elects to commence litigation directly against any of these entities, the Committee will be advised by such other counsel the Committee may select to represent it in such litigation, as is customary in large, complex chapter 11 cases.

16.     A conflicts search was also conducted with respect to all members of the Committee. To the extent that such searches indicated that Milbank has or had a relationship with any such entity within the last three years, the identity of such entity, and Milbank's relationship therewith, is also set forth on **Annex 2** attached hereto.

17.     From time to time, Milbank interacts with certain of the professional firms that have been or are proposed to be employed by the Debtors or other parties in interest in these cases. Except as may be set forth on **Annex 2** attached hereto, to the best of my knowledge, Milbank has not represented any of such professional firms during the three-year period prior to the date hereof. Certain of the financial advisors and investment bankers who are or are proposed to be retained in these cases have been retained by Milbank or Milbank's clients in connection with unrelated matters.

18.     In addition to the disclosures in **Annex 2**, Milbank has certain additional matters worthy of disclosure below.

19.     With respect to certain Milbank attorneys:

(a) the spouse of a current Milbank attorney working on these chapter 11 cases is employed as Deputy Attorney General in the Natural Resources Law Section of the Office of the California Attorney General and is not currently engaged in any matters related to these chapter 11 cases.

(b) The father of a current Milbank associate is a partner in the New York office of Akin Gump Strauss Hauer & Feld LLP, which represents an *ad hoc* group of the Debtors' bondholders. Milbank will institute formal measures to screen the associate from all aspects of Milbank's representation of the Committee.

(c) The brother of a current Milbank attorney is a partner at Elliott Management Corporation ("Elliott"). Upon information and belief, Elliott is a member of an *ad hoc* group of the Debtors' bondholders. Milbank will institute formal measures to screen the associate from all aspects of Milbank's representation of the Committee.

20. Milbank represents a number of investors in or lenders to entities that directly or indirectly own or manage properties or projects that may have power purchase agreements or other contractual arrangements with the Debtors or their affiliates. In those instances, Milbank's clients generally do not have claims against or contractual privity with the Debtors but are financing sources for parties that may.

21. In January 2019, Milbank was approached by and selected to represent an *ad hoc* group of the Debtors' bondholders to review certain public documents related to the Debtors' debt or other securities, in anticipation of the Debtors' ultimate chapter 11 filings and to review the Debtors' first day filing once the cases were commenced. Milbank appeared on behalf of the *ad hoc* group at the first day hearing in these chapter 11 cases for the limited purpose of voicing support for many of the Debtors' customary first day motions. The proposed engagement was terminated shortly after the Petition Date, and the *ad hoc* group is now represented in these cases by Akin Gump Strauss Hauer & Feld LLP.

22. Milbank represents Atrium Holding Company, the owner of the Hilton Sonoma Wine Country Hotel located in Santa Rosa, California. The hotel was destroyed by the Tubbs Fire in October 2017. Milbank represents Atrium Holding Company solely in connection with a potential dispute with an insurance group regarding insurance coverage for the hotel.

23.     Milbank formerly represented The Vanguard Group in connection with its review of certain documents related to the Debtors' debt or other securities.  This representation was terminated in early January of 2019.

24.     Aside from the representations described above, to the best of my knowledge, during the three-year period prior to the date hereof, Milbank did not represent any other parties with connections to the Debtors.

25.     Milbank also made a general inquiry of all partners and employees of the firm requesting disclosure of any relationship with: (a) any Bankruptcy Judge or District Judge for the Northern District of California; (b) anyone employed by the Office of the Clerk of the Bankruptcy Court for the Northern District of California; or (c) any trustee, attorney or staff in the offices of the U.S. Trustee.  Additionally, Milbank requested disclosure by all partners and employees, to the best of their knowledge, of any claims held against, or equity interest in, any of the Debtors or their non-Debtor affiliates and whether any Milbank employee is or was a director, officer or general partner of the Debtors or a relative of a director, officer or general partner of the Debtors. To the best of my knowledge, no attorney or employee at the firm is related to any United States Bankruptcy Judge or District Court Judge for the Northern District of California or to the United States Trustee for such district or to any employee in the office thereof.  The proposed employment of Milbank is not prohibited by or improper under Bankruptcy Rule 5002.

26.     The Debtors have numerous relationships and creditors.  Consequently, although every reasonable effort has been made to discover and eliminate the possibility of any connection or conflict, including the efforts outlined above, Milbank is unable to state with certainty which of its clients or such clients' affiliates hold claims or otherwise are parties in interest in these cases. Milbank: (i) is carrying on further inquiries of its partners, counsel and associates with respect to the matters contained herein, and (ii) will continue monitoring its database with respect to any new

clients. If Milbank discovers any information that is contrary or pertinent to the statements made herein, Milbank will promptly disclose such information to the Court on notice to such creditors, the U.S. Trustee, and such other creditors or other parties in interest as may be required under noticing procedures applicable in these cases.

## PROFESSIONAL COMPENSATION

27.     As of the date of this Declaration, Milbank has received no compensation for its work on behalf of the Committee.

28.     Subject to the Court's approval and in accordance with the Application, Milbank will seek to be compensated for its services to the Committee at its standard hourly rates, which are based on each Milbank professional's level of experience. At present, the standard hourly rates charged by Milbank range from $1,155 to $1,540 for partners, $1,120 to $1,315 for counsel, $450 to $1,080 for associates and senior attorneys, and $220 to $360 for legal assistants. These hourly rates are subject to periodic firm-wide adjustments in the ordinary course of Milbank's business, notice of which will be provided to the Committee, the Debtors, and the U.S. Trustee.

29.     The hourly rates set forth herein are the firm's standard hourly rates for work of this nature. These rates are set at a competitive level designed to compensate Milbank for the work of its attorneys and legal assistants and to cover fixed and routine overhead expenses. It is the firm's policy to charge its clients for all disbursements and expenses incurred in the rendering of services. These disbursements and expenses include, among other things, costs for telephone and facsimile charges, photocopying, travel, business meals, computerized research, messengers, couriers, postage, witness fees and other fees related to trials and hearings.

30.     Milbank intends to apply to the Court for payment of compensation and reimbursement of expenses incurred as counsel to the Committee in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the

Revised UST Guidelines, the Guidelines for Compensation, the Interim Compensation Order and any additional procedures that may be or have already been established by the Court in these cases. Milbank will maintain detailed, contemporaneous records of the time expended by its attorneys and paraprofessionals rendering legal services to the Committee and of any necessary costs and expenses incurred in connection therewith. Milbank expects to be reimbursed for such costs and expenses, as provided in the Revised UST Guidelines and the Guidelines for Compensation.

31. Other than as set forth above, there is no proposed arrangement between the Committee and Milbank for compensation to be paid in these cases. Milbank has no agreement with any other entity to share any compensation received, nor will any be made, except as permitted under section 504(b)(1) of the Bankruptcy Code.

## STATEMENT REGARDING U.S. TRUSTEE GUIDELINES

32. The following information is provided in response to the request for additional information set forth in Paragraph D.1. of the Revised UST Guidelines:

**Question**: Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

**Response**: No.

**Question**: Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

**Response**: No.

**Question**: If you represented the client in the twelve months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the twelve months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

**Response**: Milbank did not represent the Committee prior to the commencement of these chapter 11 cases.

**Question**: Has your client approved your prospective budget and staffing plan, and, if so for what budget period?

1
2
3

**Response**:    Milbank is in the process of developing a prospective budget and staffing plan for the Committee's review and approval. Furthermore, Milbank understands that the Committee, along with the Debtors and the U.S. Trustee, will maintain active oversight of Milbank's billing practices.

4
5

33.    Milbank will use reasonable efforts to comply with the Revised UST Guidelines.

6
7

34.    The foregoing constitutes the statement of Milbank pursuant to Bankruptcy Code section 1103(b) and Bankruptcy Rule 2014(a).

8
9
10

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

11
12

Executed on April 3, 2019, Los Angeles, CA

13
14

*/s/ Thomas R. Kreller*
Thomas R. Kreller

15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ANNEX 1

**Retention Checklist**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- Debtors
- Debtors' Trade Names and Aliases (up to 8 years)
- Affiliates and Subsidiaries
- Bank Accounts
- Bankruptcy Judges & Staff Northern District of California
- Current Officers and Directors
- Term and Revolving Loan Lenders and Administrative Agents
- Contract Counterparties
- DIP Lenders
- Debtors Professionals
- Former Officers and Directors (since 2008)
- Affiliations of Former Officers
- Affiliations of Former Directors
- Insurance/Insurance Provider/Surety Bonds
- Surety Bonds
- Landlords and parties to leases
- Lenders Litigation Counterparties/Litigation Pending Lawsuits
- Litigation Parties (in adversary proceeding 19-03003)
- Ad Hoc Committee of Unsecured Tort Claimant Creditors
- Non-Debtors Professionals
- Ordinary Course Professionals
- Letters of Credit
- Regulatory and Government
- Significant Competitors
- Significant Shareholders (more than 5% of equity)
- Significant holder of voting securities
- Taxing Authorities
- Top Unsecured Creditors (top 50 list as well as other large holders of unsecured claims)
- Unsecured Notes
- UCC Lien Holders
- Unions
- Office of the United States Trustee for Region 17
- Utility Providers
- Vendors/Suppliers
- Interested Parties / Notice of Appearance Parties

1

**ANNEX 2**

2

**Connections to Potential Parties in Interest**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| Party Name | Relationship to the Debtors[1] | Relationship to Milbank[2] |
|---|---|---|
| 8minutenergy Renewables, LLC | Contract Counterparties | Current client on matter unrelated to the Debtors or the Chapter 11 cases |
| ABM Building Solutions, L.L.C. | Affiliates of Former Directors | Potential affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| ADP, Inc. | Vendors | Current client on matter unrelated to the Debtors or the Chapter 11 cases |
| AIG Europe Limited | Litigation Counterparties / Litigation Pending Lawsuits | Potential affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| AIG Property Casualty Company | Litigation Counterparties / Litigation Pending Lawsuits | Potential affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Air Products Manuf. Corp. | Contract Counterparties | Potential affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Allianz Global Corporate & Specialty SE (PDW) | Insurance/Insurance Provider/Surety Bonds | Potential affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Allianz Global Risks | Insurance/Insurance Provider/Surety Bonds | Potential affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Allianz Global Risks US Insurance Company | Insurance/Insurance Provider/Surety Bonds; | Potential affiliate of current client on matter unrelated to |

---

[1]    The Relationship to the Debtors is correlated to the categories of relationships from the Debtors' Interested Party List. Where a Party was listed in multiple categories, each category is indicated.

[2]    A "current client" is an entity for which there are, as of the date hereof, active matters on which Milbank is engaged; a "former client" is an entity for which there were no active matters as of the date hereof.  Use of the word "potential" signifies entities for which Milbank was unable to determine whether the similarities of names was a coincidence or whether the party in interest is related to a client in Milbank's databases.  Milbank does not represent any of these "current" or potential" clients in matters related to the Debtors or the Chapter 11 cases.  Identification of a party in interest on Annex 2 is not an admission of a conflict, disabling or otherwise, but rather is solely a disclosure of potential connections.

| | Litigation Counterparties / Litigation Pending Lawsuits | the Debtors or the Chapter 11 cases |
|---|---|---|
| AltaGas Ripon Energy Inc. | Contract Counterparties | Potential affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| AltaGas San Joaquin Energy Inc. | Contract Counterparties | Potential affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| American International Reinsurance Company Ltd | Insurance/Insurance Provider/Surety Bonds | Potential affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Apollo Global Management, LLC | Party Listed on Filed 2019 Statement | Current client on matter unrelated to the Debtors or the Chapter 11 cases |
| ATC Group Services | Vendors | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Atlantica Yield[3] | Contract Counterparties; Interested Parties/NOA Parties | Current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Bank of America[4] | Bank Accounts; Term and Revolving Loan Lenders and Administrative Agents; Lenders; DIP Lenders; Unsecured Notes; Top Unsecured Creditors; Unsecured Notes; Interested Parties/NOA Parties | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Bank of Montreal | Contract Counterparties | Current client on matter unrelated to the Debtors or the Chapter 11 cases |

[3]     Milbank believes that Atlantic Yield is also referred to in the Debtors' Interested Party List as "Atlantica Yield" and "Atlantica Yield plc, Mojave Solar LLC."

[4]     Milbank believes that Bank of America is also referred to in the Debtors' Interested Party List as "Bank of America, N.A.", "Bank of America Merrill Lynch", "Merrill Lynch" and "Merrill Lynch, Pierce, Fenner & Smith Incorporated."

| | | |
|---|---|---|
| The Bank of New York Mellon[5] | Bank Accounts; Term and Revolving Loan Lenders and Administrative Agents; Top Unsecured Creditors; Unsecured Notes | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| The Bank of Tokyo-Mitsubishi UFJ, Ltd. (TL) | Term and Revolving Loan Lenders and Administrative Agents; Unsecured Notes | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Barclays Bank PLC[6] | Contract Counterparties; Lenders; DIP Lenders; Unsecured Notes; Term and Revolving Loan Lenders and Administrative Agents | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Barclays Capital Inc. | Bank Accounts; Unsecured Notes | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Barclays Global | Unsecured Notes | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| The Baupost Group, LLC | Interested Parties/NOA Parties; Party Listed on Filed 2019 Statement | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| The Baupost Group SSgA Funds Management | Significant Holder of Voting Securities; Party Listed on Filed 2019 Statement | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| BBH Financial Services | UCC Lien Holders | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| BlackRock, Inc. | Significant Shareholders (more than 5% of equity) | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| BlackRock Fund Advisors | Significant holder of voting securities | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |

---

[5]  Milbank believes that The Bank of New York Mellon is also referred to in the Debtors' Interested Party List as "Bank of New York Mellon," "Mellon Bank Boston" and "The Bank of New York Trust Company."

[6]  Milbank believes that Barclays Bank PLC is also referred to in the Debtors' Interested Party List as "Barclays Global."

| | | |
|---|---|---|
| Blue Mountain Capital Management LLC | Significant Holder of Voting Securities; Interest Parties/NOA Parties | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| BNP Paribas | Bank Accounts; Term and Revolving Loan Lenders and Administrative Agents; Unsecured Notes; Contract Counterparties | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| BNP Paribas Securities Corp. | Contract Counterparties | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| BNP Paribas US | Contract Counterparties | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Boart Longyear M&E Drilling Services | Vendors | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| BP Energy Company | Contract Counterparties; Top Unsecured Creditors | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| BP Products North America Inc. | Contract Counterparties | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Brookfield Renewable Energy Partners | Contract Counterparties | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Canadian Imperial Bank of Commerce[7] | Term and Revolving Loan Lenders and Administrative Agents; Unsecured Notes; Contract Counterparties | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Canon Solutions America, Inc. | UCC Lien Holders | Potential affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |

---

[7]     Milbank believes that Canadian Imperial Bank of Commerce is also referred to in the Debtors' Interested Party List as "Canadian Imperial Bank of Commerce, New York Branch" and "Canadian Imperial Bank of Commerce, NY Agency."

| | | |
|---|---|---|
| Capital Dynamics, Inc. | Contract Counterparties; Litigation Parties (in adversary); Interested Parties/NOA Parties | Current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Cardinal Cogen | Contract Counterparties | Potential affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| CarVal Investors | Party Listed on Filed 2019 Statement | Current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Castleton Canada | Contract Counterparties | Current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Castleton Comm | Contract Counterparties | Potential affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Centerbridge Partners LP | Party Listed on Filed 2019 Statement | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| CIGNA Group Insurance | Insurance/Insurance Provider/Surety Bonds | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Citadel Advisors LLC | Party Listed on Filed 2019 Statement | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Citibank, N.A.[8] | Bank Accounts; Term and Revolving Loan Lenders and Administrative Agents; Top Unsecured Creditors; Unsecured Notes; Interested Parties/NOA Parties | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Citigroup Energy Inc. | Contract Counterparties | Current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Citigroup Global Markets[9] | Bank Accounts; Lenders; DIP Lenders; Unsecured Notes | Current client on matter unrelated to the Debtors or these Chapter 11 cases |

---

[8]     Milbank believes that Citibank, N.A. is also referred to in the Debtors' Interested Party List as "Citi" and "Citigroup."

[9]     Milbank believes that Citibank Global Markets is also referred to in the Debtors' Interested Party List as "Citibank Global Markets Inc."

| | | |
|---|---|---|
| Clean Energy | Vendors | Potential current client on matter unrelated to Debtors or the Chapter 11 cases |
| Copper Mountain Solar 1, LLC | Contract Counterparties | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Copper Mountain Solar 2, LLC | Contract Counterparties | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Cyrus Capital Partners, LP | Party Listed on Filed 2019 Statement | Current client on matter unrelated to the Debtors or the Chapter 11 cases |
| The Davey Tree Expert Co. | Vendors | Former client on matter unrelated to the Debtors or the Chapter 11 cases |
| Davidson Kempner Capital Management LP | Party Listed on Filed 2019 Statement | Current client on matter unrelated to the Debtors or the Chapter 11 cases |
| DB Energy Trading | Contract Counterparties | Potential affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| DE Shaw | Contract Counterparties | Current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Deloitte & Touche LLP | Debtors Professionals | Current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Deutsche Bank[10] | Unsecured Notes; Top Unsecured Creditor | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Deutsche Bank Trust Company Americas[11] | Bank Accounts; Interested Parties/NOA Parties | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Diameter Capital Partners LP | Party Listed on Filed 2019 Statement | Current client on matter unrelated to the Debtors or the Chapter 11 cases |

---

[10]    Millbank believes that Deutsche Bank is also referred to in the Debtors' Interested Party List as "Deutsche."

[11]    Milbank believes that Deutsche Bank Trust Company Americas is also referred to in the Debtors' Interested Party List as "Deutsche Bank National Trust Company."

| EDF Renewable Energy | Contract Counterparties | Potential affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
|---|---|---|
| Elliott Management Corporation[12] | Significant Holder of Voting Securities; Interested Parties/NOA Parties | Current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Energy Capital Partners | Contract Counterparties | Current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Farallon Capital Management LLC | Party Listed on Filed 2019 Statement | Current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Fidelity Management Trust Company | Bank Accounts | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| First Reserve | Contract Counterparties | Current client on matter unrelated to the Debtors or the Chapter 11 cases |
| First Solar | Contract Counterparties; Litigation Parties (in adversary) | Current client on matter unrelated to the Debtors or the Chapter 11 cases |
| GE Oil & Gas – North America | Vendors | Potential affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| GE Renewable Energy | Vendors | Potential affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| General Electric International Inc.[13] | Vendors | Potential affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Goldman Sachs Bank USA | Term and Revolving Loan Lenders and Administrative Agents; Unsecured Notes | Current client on matter unrelated to the Debtors or these Chapter 11 cases |

---

[12]  Milbank believes that Elliot Capital Management is also referred to in the Debtors' Interested Party List as "Elliot Management."

[13]  Milbank believes that General Electrical International, which is included in the Debtors' Interested Party List, is likely "General Electric International Inc." and is also referred to as "General Electric International – Power Services," and was run through our conflicts check as such.

| | | |
|---|---|---|
| Goldman, Sachs & Co.[14] | Bank Accounts | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Google Inc. | Contract Counterparties; Landlords and parties to leases | Current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Great Lakes Insurance SE | Insurance/Insurance Provider/Surety Bonds | Potential affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Great Lakes Insurance SE (Munich) | Insurance/Insurance Provider/Surety Bonds | Potential affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Great Lakes Reinsurance (UK) PLC (Munich Re London) | Insurance/Insurance Provider/Surety Bonds | Potential affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Great Lakes Reinsurance (UK) S.E. | Insurance/Insurance Provider/Surety Bonds | Potential affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Great West Life and Annuity Insurance Company | UCC Lien Holders | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| JP Morgan Chase Bank, N.A. | Bank Accounts; Contract Counterparties; Unsecured Notes | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| JP Morgan Securities LLC | Unsecured Notes | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| JP Morgan Ventures | Contract Counterparties; Interested Parties/ NOA Parties | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| JP Morgan Ventures Energy Corporation | Contract Counterparties | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Landmark American Insurance Company | Litigation Counterparties / Litigation Pending Lawsuits | Potential affiliate of former client on matter unrelated to |

---

[14]     Milbank believes that Goldman, Sachs & Co. is also referred to in the Debtors' Interested Party List as "Goldman Sachs Bank USA" and "Goldman Sachs."

| | | the Debtors or the Chapter 11 cases |
|---|---|---|
| Lazard Freres & Co. LLC | Debtors Professionals | Current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Lehman Brothers | Unsecured Notes | Former client on matter unrelated to the Debtors or the Chapter 11 cases |
| Lehman Brothers Commodity Services | Contract Counterparties | Affiliate of former client on matter unrelated to the Debtors or the Chapter 11 cases |
| Lexington Insurance Company | Litigation Counterparties / Litigation Pending Lawsuits | Potential affiliate of former client on matter unrelated to the Debtors or the Chapter 11 cases |
| Liberty Insurance Corporation | Insurance/Insurance Provider/Surety Bonds | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Liberty Insurance Underwriters Inc. | Insurance/Insurance Provider/Surety Bonds | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Liberty Mutual Fire Insurance Company | Insurance/Insurance Provider/Surety Bonds; Litigation Counterparties / Litigation Pending Lawsuits | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Liberty Mutual Insurance Company | Insurance/Insurance Provider/Surety Bonds; Litigation Counterparties / Litigation Pending Lawsuits; Interested Parties/NOA Parties | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Liberty Mutual Insurance Europe Limited | Insurance/Insurance Provider/Surety Bonds | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Liberty Mutual Management (Bermuda) Ltd (PDW) | Insurance/Insurance Provider/Surety Bonds | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Liberty Surplus Insurance Company | Insurance/Insurance Provider/Surety Bonds | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |

| | | |
|---|---|---|
| Liberty Surplus Insurance Corporation | Insurance/Insurance Provider/Surety Bonds | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Life Insurance Company of North America (CIGNA) | Insurance/Insurance Provider/Surety Bonds | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Macquarie Can | Contract Counterparties | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Macquarie Energy LLC | Contract Counterparties; Top Unsecured Creditors; Interested Parties/NOA Parties | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Macquarie Futures | Contract Counterparties | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Macquarie Futures LLC | Contract Counterparties | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Magna Carta Insurance Ltd (PDW) | Insurance/Insurance Provider/Surety Bonds | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Mercuria Commodities Canada | Contract Counterparties | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Mercuria Ener Amer Inc. | Contract Counterparties | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Mercury Insurance and certain affiliates | Party Listed on Filed 2019 Statement | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Merrill Lynch | Bank Accounts; Contract Counterparties | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |

| | | |
|---|---|---|
| Merrill Lynch Commodities Inc. | Contract Counterparties | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Mitsubishi Electric Power Products, Inc. - Substation Division | Vendors | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Mitsubishi Hitachi Power Systems Americas, Inc. | Vendors | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Mitsubishi UFJ Securities USA, INC. | Bank Accounts | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Mizuho Bank, Ltd.[15] | Term and Revolving Loan Lenders and Administrative Agents; Top Unsecured Creditors; Unsecured Notes; Interested Parties/NOA Parties | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Mojave Solar LLC | Contract Counterparties; Litigation Parties (in adversary); Interested Parties/NOA Parties | Current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Mojave Sun Power LLC | Contract Counterparties | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Morgan Stanley Bank, N.A.[16] | Bank Accounts; Term and Revolving Loan Lenders and Administrative Agents; Unsecured Notes | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Morgan Stanley Capital Group Inc. | Contract Counterparties | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |

---

[15]    Mizuho," "Mizuho Corporate Bank" and "Mizuho Bank, Ltd. (TL)

[16]    Milbank believes that Morgan Stanley Bank, N.A. is also referred to in the Debtors' Interested Party List as "Morgan Stanley / ISG Operations."

| | | |
|---|---|---|
| Morgan Stanley Senior Funding, Inc. | Term and Revolving Loan Lenders and Administrative Agents; Unsecured Notes | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| MUFG Union Bank, N.A.[17] | Term and Revolving Loan Lenders and Administrative Agents; Top Unsecured Creditors | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| National Union Fire Insurance Company of Pittsburgh, PA | Litigation Counterparties / Litigation Pending Lawsuits | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Nationwide Mutual Insurance Company | Litigation Counterparties / Litigation Pending Lawsuits | Former client on matter unrelated to the Debtors or these Chapter 11 cases |
| New Hampshire Insurance Company | Nationwide Mutual Insurance Company | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Noble Americas Corporation | Contract Counterparties | Potential affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Noble Americas Energy Solutions LLC | Contract Counterparties | Potential affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Noble Americas Gas & Power Corp. | Contract Counterparties | Potential affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Nuveen Alternatives Advisors LLC | Party Listed on Filed 2019 Statement | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Oaktree Capital Management LP | Party Listed on Filed 2019 Statement | Current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Och-Ziff Capital Management Group LLC | Party Listed on Filed 2019 Statement | Current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Ormat Technologies, Inc. | Contract Counterparties | Former client on matter unrelated to the Debtors or the Chapter 11 cases |

---

[17]     Milbank believes that MUFG Union Bank, N.A. is also referred to in the Debtors' Interested Party List as "MUFG."

| | | |
|---|---|---|
| Pacific Investment Management Company LLC | Party Listed on Filed 2019 Statement | Current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Pan Pacific (Weber Flat) | Contract Counterparties | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Pattern Energy | Contract Counterparties | Current client on matter unrelated to the Debtors or the Chapter 11 cases |
| PBF Energy Western Region LLC | Contract Counterparties | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| PricewaterhouseCoopers LLP | Debtors Professionals; Non-Debtors Professionals | Current client on matter unrelated to the Debtors or the Chapter 11 cases |
| QBE European Operations | Litigation Counterparties / Litigation Pending Lawsuits | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| QBE Insurance Corporation | Litigation Counterparties / Litigation Pending Lawsuits | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| QBE Specialty Insurance Company | Litigation Counterparties / Litigation Pending Lawsuits | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| RBC Capital Markets | Bank Accounts | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| RE Astoria LLC | Contract Counterparties | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| RE Gaskell West 3 LLC | Contract Counterparties | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| RE Gaskell West 4 LLC | Contract Counterparties | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| RE Gaskell West 5 LLC | Contract Counterparties | Affiliate of current client on matter unrelated to the |

| | | Debtors or the Chapter 11 cases |
|---|---|---|
| RE Kansas LLC | Contract Counterparties | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| RE Kent South LLC | Contract Counterparties | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| RE Old River One LLC | Contract Counterparties | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Recurrent Energy | Contract Counterparties | Current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Recurrent Energy Development Holdings LLC | Contract Counterparties | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Repsol Canada Energy | Contract Counterparties | Current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Royal Bank of Canada | Bank Accounts; Term and Revolving Loan Lenders and Administrative Agents; Contract counterparties; Unsecured Notes | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Royal Bank of Scotland, PLC[18] | Bank Accounts; Contract Counterparties; Unsecured Notes | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Schlumberger US Land | Vendors | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Sedgwick | Ordinary Course Professionals | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Shell Energy | Contract Counterparties | Affiliate of current client on matter unrelated to the |

---

[18]     Milbank believes that Royal Bank of Scotland, PLC is also referred to in the Debtors' Interested Party List as "RBS."

| | | Debtors or the Chapter 11 cases |
|---|---|---|
| Shell Energy CAN | Contract Counterparties | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Shell Energy North America (US), L.P. | Contract Counterparties | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Shell Energy Trading (US) Company | Contract Counterparties | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Shell Western E & P | Contract Counterparties | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Simpson Trust | Landlords and parties to leases | Potential current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Smith, Anne Shen | Current Officers and Directors | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Southwest Generation | Contract Counterparties | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| SPS Atwell Island, LLC | Contract Counterparties | Affiliate of former client on matter unrelated to the Debtors or the Chapter 11 cases |
| Statkraft US LLC | Contract Counterparties | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Sumitomo Mitsui Banking Corporation | Term and Revolving Loan Lenders and Administrative Agents | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| SunEdison Yieldco ACQ2, LLC | Contract Counterparties | Affiliate of former client on matter unrelated to the Debtors or the Chapter 11 cases |

| | | |
|---|---|---|
| TATA American International Corp. | Top Unsecured Creditors | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Taconic Capital Advisors LP | Party Listed on Filed 2019 Statement | Current client on matter unrelated to the Debtors or the Chapter 11 cases |
| TD Bank, N.A. | Term and Revolving Loan Lenders and Administrative Agents; Unsecured Notes | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| TD Securities | Unsecured Notes | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| TGP Coyote Canyon, LLC | Contract Counterparties | Potential affiliate of former client on matter unrelated to the Debtors or the Chapter 11 cases |
| Third Point LLC | Party Listed on Filed 2019 Statement | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| TPG Sixth Street Partners, LLC | Party Listed on Filed 2019 Statement | Current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Travelers Indemnity Company Of Connecticut[19] | Litigation Counterparties / Litigation Pending Lawsuits | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| UBS AG[20] | Unsecured Notes | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| UBS Securities | Unsecured Notes | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| U.S. Bank N.A. Global Corporate Trust Services | Bank Accounts | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |

[19] Milbank believes that Travelers Indemnity Company Of Connecticut is also referred to in the Debtors' Interested Party List as "Travelers Indemnity of CT."

[20] Milbank believes that UBS AG is also referred to in the Debtors' Interested Party List as "UBS Investment Bank."

| U.S. Bank, N.A.[21] | Bank Accounts; Unsecured Notes | Current client on matter unrelated to the Debtors or the Chapter 11 cases |
|---|---|---|
| U.S. Bank Equipment Finance | UCC Lien Holders | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Union Bank of California | Bank Accounts | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| United Gas & Power | Contract Counterparties | Potential affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| The Vanguard Group | Significant Shareholders (more than 5% of equity); Significant Holder of Voting Security | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Varde Partners, Inc. | Party Listed on Filed 2019 Statement | Current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Verizon (Airtouch) | Utility Providers | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Verizon Business Network Services | Utility Providers | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Verizon Network Operations | Utility Providers | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Verizon Wireless | Utility Providers | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Verizon Wireless  - Network Real Estate C | Utility Providers | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |

---

[21]     Milbank believes that U.S. Bank, N.A. is also referred to in the Debtors' Interested Party List as "U.S. Bank N.A. Global Corporate Trust Services" and "U.S. Bank, National Association."

| Wachovia Corporate Services, Inc. | Bank Accounts | Affiliate of current client on matter unrelated to the Debtors or the Chapter 11 cases |
| Wartsila North America, Inc. | Vendors | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Wells Fargo LLC | Contract Counterparties | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Wells Fargo Bank, N.A.[22] | Bank Accounts; Term and Revolving Loan Lenders and Administrative Agents; Top Unsecured Creditor; Unsecured Notes; UCC Lien Holders | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Wells Fargo Bank Northwest, National Association, as Trustee Mac: U1228-051 | UCC Lien Holders | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Wells Fargo Securities, LLC | Bank Accounts; Unsecured Notes | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Willows | Utility Providers | Potential affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Winston & Strawn | Ordinary Course Professionals | Current client on matter unrelated to the Debtors or these Chapter 11 cases |

The following individual names appear in Milbank's client database in various capacities. Without further information, it cannot be determined whether these are the same individuals listed in the Debtors' Interested Parties List. Any connections Milbank has with any of these individuals, however, is unrelated to the Debtors or these Chapter 11 Cases:

(i) David R. Andrews [Former Officers and Directors]; (ii) David M. Brown [Landlords]; (iii) Adrian Chavez [Litigation Counterparties / Litigation Pending Lawsuits]; (iv) Richard Fields [Landlord]; (v) Jonathan N. Fishman [Litigation Counterparties / Litigation Pending Lawsuits; (vi) Nancy Fox [Landlords]; (vii) James Hart [Litigation Counterparties / Litigation Pending Lawsuits]; (viii) Mark Williams [Litigation Counterparties / Litigation

---

[22]    Milbank believes that Wells Fargo Bank, N.A. is also referred to in the Debtors' Interested Party List as "Wells Fargo Bank, National Association" and "Wells Fargo."

Pending Lawsuits]; (ix) Mary and Daniel McMillan [Landlords]; (x) Michael Garcia [Litigation Counterparties / Litigation Pending Lawsuits]; (xi) Michael Graham [Litigation Counterparties / Litigation Pending Lawsuits]; (xii) Mike Williams [Litigation Counterparties / Litigation Pending Lawsuits]; (xiii) Michael Williams [Interested Parties/NOA Parties]; (xiv)Richard Fields [Landlords]; (xv) Robert L. Smith [Landlords]; (xvi) Ron Harris [Litigation Counterparties / Litigation Pending Lawsuits]; (xvii) Steve Wilson [Litigation Counterparties / Litigation Pending Lawsuits]; (xviii) Sue Carlson [Landlords].