1  Dennis F. Dunne (*admitted pro hac vice*)
   Samuel A. Khalil (*admitted pro hac vice*)
2  MILBANK LLP
   55 Hudson Yards
3  New York, New York 10001-2163
   Telephone: (212) 530-5000
4  Facsimile: (212) 530-5219

5  *and*

6  Paul S. Aronzon (SBN 88781)
   Gregory A. Bray (SBN 115367)
7  Thomas R. Kreller (SBN 161922)
8  MILBANK LLP
   2029 Century Park East, 33rd Floor
9  Los Angeles, CA 90067
   Telephone: (424) 386-4000
10 Facsimile: (213) 629-5063

11 *Proposed Counsel for the Official Committee*
12 *of Unsecured Creditors*

13              **UNITED STATES BANKRUPTCY COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
14                   **SAN FRANCISCO DIVISION**

15  **In re:**                          Bankruptcy Case
                                        No. 19-30088 (DM)
16  **PG&E CORPORATION,**                Chapter 11

17          **-and-**                    (Lead Case)
                                         (Jointly Administered)
18  **PACIFIC GAS AND ELECTRIC**
    **COMPANY,**
19                                       **APPLICATION OF THE OFFICIAL**
              **Debtors.**               **COMMITTEE OF UNSECURED**
20                                       **CREDITORS FOR ENTRY OF AN**
                                         **ORDER PURSUANT TO 11 U.S.C.**
21  ☐ Affects PG&E Corporation           **§§328(A) AND 1103 AND FED. R.**
                                         **BANKR. P. 2014(A) FOR**
22  ☐ Affects Pacific Gas and Electric Company  **AUTHORIZATION TO RETAIN**
                                         **AND EMPLOY FTI CONSULTING,**
23  ■ Affects both Debtors               **INC. AS FINANCIAL ADVISOR**
                                         **NUNC PRO TUNC TO FEBRUARY**
24  *All papers shall be filed in the lead case,*  **12, 2019**
    *No. 19-30088(DM)*
25                                       Dated: April 24, 2019
                                         Time: 9:30AM Pacific Time
26                                       Place: United State Bankruptcy Court,
                                         Courtroom 17, 16th Floor
27                                       San Francisco, CA 94102

28

The Official Committee of Unsecured Creditors (the "**Committee**") appointed pursuant to section 1102 of title 11 of the United States Code §§ 101 et seq. (the "**Bankruptcy Code**") in these chapter 11 cases (the "**Chapter 11 Cases**") of the above captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby submit this application (the "**Application**"), pursuant to sections 328(a) and 1103 the Bankruptcy Code, and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") for entry an order (the "**Proposed Order**"), substantially in the form attached to this Application as **Exhibit A**, authorizing the retention and employment of FTI Consulting, Inc. (together with its wholly owned subsidiaries, contractors and employees, "**FTI**") as financial advisor to the Committee *nunc pro tunc* to the Formation Date (defined below). In support of this Application, the Committee submits the *Declaration of Samuel E. Star in Support of Application of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 and Fed. R. Bankr. P. 2014(a) for Authorization to Retain and Employ FTI Consulting, Inc. as Financial Advisors Nunc Pro Tunc February 12, 2019* (the "**Star Declaration**"), attached to this Application as **Exhibit B**, and respectfully state as follows:

### JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2.      This is a core proceeding pursuant to 28 U.S.C. § 157(b). The Committee consents to the entry of a final judgment or order with respect to this Application if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

3.      Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

# BACKGROUND

**A.    GENERAL BACKGROUND**

4.     On January 29, 2019 (the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing these chapter 11 cases (the "**Chapter 11 Cases**").  The Debtors continue to operate their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5.     On February 12, 2019 (the "**Formation Date**"), the Office of the United States Trustee for the Northern District of California (the "**U.S. Trustee**") appointed nine members to the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code.  On the Formation Date, the Committee selected FTI Consulting, Inc. as its financial advisor.

**B.    SCOPE OF SERVICES**

6.     FTI has been providing and will continue to perform the following services, with the goal of assisting the Committee to maximize value for all constituents.  Among other things, FTI has provided, or will provide on a prospective basis upon the court's approval of this Application, services in the following categories (the "**Services**"):

(a)    Assistance in the review of financial related disclosures required by the Court, including the Schedules of Assets and Liabilities, the Statement of Financial Affairs and Monthly Operating Reports;

(b)    Assistance with the assessment and monitoring of the Debtors' short-term cash flow, liquidity, and operating results;

(c)    Assistance with the review of the Debtors' proposed motions or requests for relief, including the Debtors' proposed operational integrity supplier, cash management, customer program, key employee incentive/retention and other employee benefit programs motions;

(d)    Assistance with the review of the Debtors' long-term financial projections, including cash generating capacity and identification of potential cost savings, including overhead and operating expense reductions and efficiency improvements;

(e)    Assistance with the review of the Debtors' cost/benefit analysis with respect to the affirmation or rejection of various executory contracts and leases;

(f)     Assistance with the review of the Debtors' corporate structure including analysis of intercompany activities and claims;

(g)     Assistance with the review of any tax issues associated with, but not limited to, claims/stock trading, preservation of net operating losses, refunds due to the Debtors, plans of reorganization, and asset sales;

(h)     Assistance in the review of the claims reconciliation and estimation process, including potential exposure from wildfire damage claims;

(i)     Assistance in the development of communications strategies with various stakeholders including regulatory agencies and state government officials and commissions;

(j)     Attendance at meetings and assistance in discussions with the Debtors, potential investors, banks, other secured lenders, the Committee, and other official or unofficial committees organized in these Chapter 11 Cases, the U.S. Trustee, other parties in interest and professionals hired by the same, as requested;

(k)     Assistance in the review and/or preparation of information and analysis necessary for the confirmation of a plan and related disclosure statement in these chapter 11 proceedings;

(l)     Assistance in the evaluation and analysis of avoidance actions, including fraudulent conveyances and preferential transfers;

(m)     Assistance in the prosecution of Committee responses/objections to the Debtors' motions, including attendance at deposition and provision of expert reports/testimony on case issues as required by the Committee; and

(n)     Render such other general business consulting or such other assistance as the Committee or its counsel may deem necessary that are consistent with the role of a financial advisor and not duplicative of services provided by other professionals in this proceeding.

7.      In addition, the Committee will retain the services of other professionals over the course of these Chapter 11 Cases.  Already, the Committee has retained Centerview Partners LLC ("**Centerview**") as investment banker and Milbank LLP ("**Milbank**") as counsel.  The services provided by Centerview will focus on financing alternatives, including economics of post-petition and exit financing, enterprise valuation, asset sales assessments, strategic alternative and post-emergence capital structure issues.  Milbank will provide legal counsel as the attorneys to the Committee.

8.      The Committee and FTI intend that all of the services that FTI will provide to the Committee will be appropriately directed by the Committee so as to avoid duplication of efforts among the other professionals retained in these Chapter 11 Cases and performed in accordance with applicable standards of the profession.  FTI will work closely with the Committee's other retained professionals to prevent any duplication of efforts in the course of advising the Committee.

## C.      FTI's Qualifications

9.      The Committee has decided to retain the services of FTI based upon, among other things, the Committee's need to: (i) monitor and evaluate the Debtors' operations, cash flows, and business plans and (ii) monitor and evaluate the Debtors' efforts to reorganize and maximize the value of their estates for creditors.  The Committee respectfully submits that the services of a financial advisor are necessary and appropriate to enable it to evaluate the complex financial and economic issues raised by the Debtors' Chapter 11 Cases and to fulfill its statutory duties effectively.

10.     The Committee reviewed materials prepared by and heard pitches made by FTI and several other financial advisor candidates prior to selecting FTI as the Committee's financial advisor.  The Committee selected FTI based on, among other factors, (a) the Committee's determination that (i) FTI was the best candidate to provide the services needed by the Committee in the Chapter 11 Cases, and (ii) FTI's proposed fee structure, which the Committee believed to be competitive and appropriate given its understanding of the facts and circumstances of the Chapter 11 Cases and (b) FTI's extensive experience and excellent reputation in providing services in areas ranging from corporate finance and interim management to economic consulting, forensic and litigation consulting, strategic communications, and technology.

11.     FTI is a global advisory firm which, through its five practice groups and affiliated entities, and its nearly 4,600 employees in twenty-eight countries, provides a variety of services to

third parties including by way of example and not limitation, Forensic and Litigation Consulting, Technology Services, Corporate Finance & Restructuring, Economic Consulting and Strategic Communications. FTI's clients include many of the world's largest companies, as well as a majority of the ten largest bank holding companies and nearly all of the top one hundred law firms in the world. Within the Corporate Finance & Restructuring business segment, FTI's expertise includes liquidity and capital structure assessment, debt and equity restructuring advice and identification of reorganization alternatives.

12.    FTI has advised management, senior lenders, and unsecured creditors in numerous significant restructurings and turnarounds in recent years, including *In re Energy Future Holdings Corp., et al.; In re FirstEnergy Solutions Corp., et al.; In re iHeartMedia, Inc., et al.; In re Cenveo, Inc. et al.*; *In re Sears Holding Corporation, et al.; In re Westmorland Coal Company, et al.; In re Pacific Exploration & Production; In re R.E. Gas Development, LLC (Rex Energy), et al.*; *In re The Weinstein Company Holdings LLC*; *In re Claire's Stores, Inc., et al.*; *In re Ultra Petroleum Corporation, et al*; *In re Peabody Energy Corporation, et al.*; *In re Premier Oil & Gas, Inc.*, *et al.* and the restructuring of the Commonwealth of Puerto Rico among others. FTI has a wealth of experience in restructuring and financial advisory services and enjoys an excellent reputation for services rendered in large and complex chapter 11 cases on behalf of debtors and creditors throughout the United States.

13.    In preparing to advise the Committee, not only does FTI have extensive experience in comparable restructuring matters, but it has become familiar with the Debtors' businesses, financial affairs, and capital structure. Since its engagement, FTI has worked closely with the Committee and its professionals in assisting with the myriad requirements of these Chapter 11 Cases. Accordingly, the Committee believes that FTI has developed substantial relevant experience regarding the Debtors and the circumstances of these Chapter 11 Cases. For these reasons, FTI is particularly qualified and uniquely suited to deal effectively and efficiently with

matters that may arise in the context of these cases.

**D.    F**TI'**S D**ISINTERESTEDNESS

14.    FTI has informed the Committee that, to the best of FTI's knowledge, information, and belief, other than as set forth in the Star Declaration and the exhibits thereto, FTI: (a) has no connection with the Debtors, their creditors, their equity security holders or other parties in interest or their respective attorneys or accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee in any matter related to the Debtors and their estates and (b) does not hold or represent any interest adverse to the estate, and therefore believes it is eligible to represent the Committee under Bankruptcy Code section 1103(b).

15.    In connection with the preparation of this Application, FTI requested and obtained from the Debtors' proposed counsel a list of interested parties and significant creditors in these Chapter 11 Cases (collectively, the "**Potential Parties in Interest**").    A list of the Potential Parties in Interest is reflected on **Schedule A** attached to the Declaration.

16.    FTI then compared the names of each of the Potential Parties in Interest to the names contained in a database of current and former clients and other relationships (the "**Client Database**").  The Client Database generally includes: (i) the name of each client of FTI; (ii) the name of each party who is or was known to be adverse to such client of FTI in connection with the matter in which FTI is or was engaged for such client; (iii) the name of each party that has, or had, a substantial role with regard to the subject matter of FTI's retention; and (iv) the names of FTI professionals who are, or were, primarily responsible for matters for such clients.

17.    An email was issued to all managing directors and senior managing directors of FTI, requesting disclosure of information regarding: (i) any known personal or professional connections between the respondent and/or FTI on the one hand, and the Debtors and/or its

affiliates, on the other hand;[1] (ii) any known representations by the respondent and/or FTI of any of the Debtors and/or its affiliates in any matter; and (iii) any other conflict or reason why FTI may be unable to represent the Committee in the Chapter 11 Cases.

18.     A listing of any relationships between FTI and the Debtors or the Potential Parties in Interest is annexed to the Declaration. FTI will supplement the Declaration and its schedules as FTI continues to review Potential Parties in Interest and as additional facts bearing on these Chapter 11 Cases are known. By way of further disclosure:

(a)     From time to time, FTI, which is providing the services in these Chapter 11 Cases, has provided services, and likely will continue to provide services to certain attorneys, professionals, creditors (including lenders) and/or security holders of the Debtors and various other parties, some of whom may be providing services to, or may be adverse to, or may be otherwise connected to, the Debtors, in each case in matters unrelated to these Chapter 11 Cases.

(b)     FTI is engaged in providing various consulting services through five business segments: Corporate Finance & Restructuring, Economic Consulting, Forensic & Litigation Consulting, Strategic Communications and Technology services globally to a wide range of institutions and individuals and may in the past have had, and may currently or in the future have, financial advisory or other investment banking or consulting relationships with parties that may have interests with respect to the Debtors or members of the Committee. Each of the FTI's five business segments is separate and distinct from the other, with separate employees and management. Compass Lexecon is a wholly-owned

---

[1]     In reviewing its records and the relationships of its professionals, FTI did not seek information as to whether any FTI professional or member of his/her immediate family: (a) indirectly owns, through a public mutual fund or through partnerships in which certain FTI professionals have invested but as to which such professionals have no control over or knowledge of investment decisions, securities of the Debtors or any other party in interest; or (b) has engaged in any ordinary course consumer transaction with the Debtors or any party in interest. If any such relationship does exist, it does not impact FTI's disinterestedness or otherwise give rise to a finding that FTI holds or represents an interest adverse to the Debtors' estates.

subsidiary of FTI that provides economic consulting services, and operates separately from FTI, with separate management and employees. In most locations, FTI and Compass Lexecon work out of separate office locations.

(c)     In the ordinary course of business, investment funds in which FTI's employees may have financial interests, but over whose investment decisions such employees have no input or control, may acquire, hold or sell, long or short positions, or trade or otherwise effect transactions, in debt, equity, and other securities and financial instruments (including bank loans and other obligations) of, or investments in, the Debtors or other parties that may have an interest in these Chapter 11 Cases or have other relationships with such parties. With respect to any such securities, financial instruments, and/or investments, all rights in respect of such securities, financial instruments, and investments, including any voting rights, will be exercised by the holder of the rights, in its sole discretion. Moreover, the FTI Committee Professionals are subject to compliance mechanisms and policies and procedures designed to prevent confidential, non-public information from being improperly shared.

(d)     In the ordinary course of its business, FTI from time to time discusses issues concerning stressed and distressed companies with creditors and prospective creditors that are clients of the firm, or that otherwise contact FTI, or that are referred to the firm in light of FTI's reputation for covering such companies and/or relevant industry expertise. At the time of those contacts, it is not known whether any particular company will actually file for bankruptcy, or if any of these creditors and/or potential creditors will serve on any future creditors' committee, or even be a creditor of the relevant estate in the event of a future bankruptcy. It is also FTI's customary practice to communicate with and, when appropriate or requested, send materials to one, or more, of the unsecured creditors identified by a debtor and who are, therefore, potential members of a creditors' committee,

if we either know, work with, are contacted by, or are otherwise referred to the relevant creditor. In some circumstances, we may contact potential committee members with whom we are not previously familiar.

(e) FTI personnel may have business associations with certain creditors of the Debtors or counsel or other professionals involved in these Chapter 11 Cases on matters unrelated to these Chapter 11 Cases. In addition, in the ordinary course of its business, FTI may engage counsel or other professionals in unrelated matters who now represent, or in the future may represent, creditors or other interested parties in these Chapter 11 Cases.

18. Given the large number of parties in interest in these Chapter 11 Cases, despite the efforts described above to identify and disclose FTI's relationships with parties in interest in these Chapter 11 Cases, FTI is unable to state with complete certainty that every client relationship or other connection has been disclosed. In particular, among other things, FTI may have relationships with persons who are beneficial owners of parties in interest and persons whose beneficial owners include parties in interest or persons who otherwise have relationships with parties in interest.

19. As these Chapter 11 Cases progress, new parties may become parties in interest and similarly, FTI may have been engaged, may currently be engaged and may in the future be engaged by such new parties in interest in matters unrelated to these Chapter 11 Cases. Also, FTI may have engaged or had mutual clients with, may have a current engagement or have mutual clients with and may in the future engage or have mutual clients with certain law firms, financial advisors, accounting firms, or other professionals that are Potential Parties in Interest or may become parties in interest, all in matters unrelated to these cases. In addition, FTI may have also been engaged by, be currently engaged by, or in the future be engaged by persons who are creditors or shareholders of the Debtors and/or the members of the Committee, otherwise have a business relationship with the Debtors and/or the Committee, or who are competitors of or customers of the

Case: 19-30088    Doc# 1212    Filed: 04/03/19    Entered: 04/03/19 17:52:19    Page 10 of 109

Debtors and/or the Committee. Potential Parties in Interest, persons that may become parties in interest in these Chapter 11 Cases, and persons that have business relationships with the Debtors and/or the Committee, that are competitors of the Debtors and/or the Committee, or that are customers of the Debtors and/or the Committee, may be: (a) parties in interest in other bankruptcy cases where FTI is engaged or (b) may be affiliates of or creditors of persons who may have engaged, have currently engaged, or may in the future engage FTI. In the ordinary course of its business, FTI may also purchase services or products from Potential Parties in Interest and other persons that are or may become parties in interest in these Chapter 11 Cases.

20.     Moreover, FTI's employees may have relationships with persons that may become parties in interest in these Chapter 11 Cases, and/or persons that have business relationships with the Debtors, are competitors of the Debtors or that are customers of the Debtors.

21.     Further, some of FTI's employees may have, or may in the future have, personal investment in funds, or other investment vehicles, over whose investment decisions such employees have no input or control. Such entities may have made, or may in the future make, investment in the claims or securities of the Debtors, or those of their creditors, or other parties in interest in these Chapter 11 Cases.

22.     Based on the foregoing, the Committee believes that FTI is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code. FTI is not believed to be a "creditor" with respect to fees and expenses of any of the Debtors within the meaning of section 101(10) of the Bankruptcy Code. FTI is not believed to hold or represent any interest adverse to the estate, and therefore is eligible to represent the Committee under Bankruptcy Code section 1103(b). FTI has informed the Committee that it will conduct an ongoing review of its files to ensure that no conflicts or other disqualifying circumstances exist or arise. To the extent FTI discovers any new material relevant facts bearing on the matters described herein during the period of FTI's employment, FTI will amend and supplement the information contained in the Declaration

Case: 19-30088    Doc# 1212    Filed: 04/03/19    Entered: 04/03/19 17:52:19    Page 11 of 109

to disclose any additional facts and will promptly file a Bankruptcy Rule 2014(a) Supplemental Declaration.

**E.     TERMS OF RETENTION**

23.     FTI is not owed any prepetition fees or expenses related to the services performed on behalf of the Committee.  FTI has informed the Committee that to the extent any money is owed to FTI by the Debtors on account of prepetition fees or expenses in matters involving the Debtors but unrelated to these Chapter 11 Cases, FTI will waive such amounts.  Subject to approval by the Court, the Committee proposes to employ and retain FTI to serve as the Committee's financial advisor on the following terms:

a)     The customary hourly rates, subject to periodic adjustments, charged by FTI professionals anticipated to be assigned to these cases are as follows:

| | | |
|---|---|---|
| i. | Senior Managing Directors | $725 – $1,260 |
| ii. | Directors / Senior Directors/ Managing Directors | $510 – $880 |
| iii. | Consultants / Senior Consultants | $310 – $640 |
| iv. | Administrative / Paraprofessionals | $125 – $275 |

b)     Reimbursement of actual, necessary costs and expenses incurred in connection with the rendering of its services in these Chapter 11 Cases, including fees and expenses of attorneys engaged in connection with retention or fee applications; and

c)     Indemnification on the terms described below.

24.     FTI intends to apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with these Chapter 11 Cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the U.S. Trustee Guidelines, and any other applicable procedures and orders of the Court, including any order approving this Application (to the extent compliance is not waived) and consistent with the proposed compensation set forth above.

25.     FTI will maintain records in support of any actual, necessary costs and expenses incurred in connection with the rendering of its services in these Chapter 11 Cases.  In the event FTI seeks reimbursement for attorneys' fees during the term of the Chapter 11 Cases, FTI will include the applicable invoices and supporting time records from such attorneys (in summary form and redacted for privilege and work product). Such attorneys do not need to have been retained under section 327 of the Bankruptcy Code.

26.     FTI believes that the fee structure is reasonable and comparable to those generally charged by creditors' committee financial advisors and consultants of similar stature to FTI for comparable engagements, both in and out of chapter 11.

**F.     INDEMNIFICATION**

27.     In addition to the preceding, and as a material part of the consideration for the agreement of FTI to furnish services to the Committee pursuant to the terms of this Application, the Committee and FTI agree to the provisions indemnifying FTI as set forth below.  FTI believes that the following indemnification terms are customary and reasonable for financial advisors in chapter 11 cases:

(a) Subject to the provisions of subparagraphs (b) and (c) below and approval of the Court, the Debtors are authorized to indemnify, and shall indemnify, FTI for any claims arising from, related to, or in connection with FTI's engagement under this Application, but not for any claim arising from, related to, or in connection with FTI's post-petition performance of any other services other than those in connection with the engagement, unless such post-petition services and indemnification therefore are approved by this Court; and

(b) The Debtors shall have no obligation to indemnify FTI for any claim or expense that is either (i)  judicially determined (the determination having become final) to have arisen primarily from FTI's gross negligence, willful misconduct or fraud unless the Court determines that indemnification would be permissible pursuant to *In re United Artists Theatre company, et al., 315 F.3d 217 (3d Cir. 2003)*, or (ii) settled prior to a judicial determination as to FTI's gross negligence, willful misconduct or fraud, but determined by this Court, after notice and a hearing, to be a claim or expense for which FTI is not entitled to receive indemnity under the terms of this Application; and

(c) If, before the earlier of (i) the entry of an order confirming a chapter 11 plan in these cases (that order having become a final order no longer subject to appeal), and (ii) the entry of an order closing these chapter 11 cases, FTI believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtors' indemnification obligations under this Application, including, without limitation, the advancement of defense costs, FTI must file an application in this Court, and the Debtors may not pay any such amounts to FTI before the entry of an order by this Court approving the payment. This subparagraph (c) is intended only to specify the period of time under which the Court shall have jurisdiction over any request for fees and expenses by FTI for indemnification, and not as a provision limiting the duration of the Debtors' obligation to indemnify FTI.

## RELIEF REQUESTED

23.     By this Application, the Committee is seeking to continue to employ FTI pursuant to sections 328(a) and 1103 of the Bankruptcy Code and Rule 2014 in accordance with the terms set forth herein.

## BASIS FOR RELIEF

24.     By this Application, the Committee respectfully requests the entry of the Proposed Order, substantially in the form attached hereto as **Exhibit A** authorizing the Committee to employ and retain FTI as their financial advisor.

25.     The Committee respectfully requests that the Court approve FTI's retention *nunc pro tunc* to the Formation Date. Since that time, FTI has been providing critical services to the Committee, including (i) reviewing operating and financial information relating to the approval process for the "first day" motions; (ii) conducting general due diligence on the Debtors' business and case matters; (iii) meeting with the Debtors' advisors and other professionals involved in the Chapter 11 Cases; and (iv) participating in telephonic meetings with, and on behalf of, the Creditors Committee.

26.     The Committee submits that the retention of FTI is appropriate under section 328(a) of the Bankruptcy Code. Section 328(a) provides, in relevant part, that a creditor's committee "may employ or authorize the employment of a professional person under section 327

or 1103 . . . on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent fee basis." 11 U.S.C. § 328(a).

27. Further, section 1103(a) of the Bankruptcy Code provides, in relevant part, that a creditors' committee, with the Court's approval, "may select and authorize the employment by such committee of one or more attorneys, accountants, or other agents, to represent or perform services for such committee." 11 U.S.C. § 1103(a). Lastly, Rule 2014 provides, in relevant part, that "[a]n order approving the employment of . . . professionals pursuant to . . . § 1103 . . . of the Code shall be made only on application of the trustee or committee." Fed. R. Bankr. P. 2014(a).

28. The employment of FTI and its professionals by the Committee are reasonable and in line with the terms and conditions typical for engagements of this size and character. *See*, *e.g.*, *In re Aegean Marine Petroleum Network Inc., et al.*, No. 18-13374 (MEW) (Bankr. S.D.N.Y. November 6, 2018) [Docket Nos. 250 & 307]; *In re The NORDAM Group, Inc., et al.*, No. 18-11699 (MFW) (Bankr. D. Del. July 22, 2018) [Docket Nos. 230 & 300]; *In re FirstEnergy Solutions Corp., et al.*, No. 18-50757 (AMK) (Bankr. N.D. Ohio March 31, 2018) [Docket Nos. 576 & 729]; *In re EXCO Resources, Inc., et al.*, No. 18-30155 (MI) (Bankr. S.D. Tex. January 15, 2018) [Docket Nos. 383 & 528]; *In re BCBG Max Azria Global Holdings, LLC, et al.*, No. 17-10466 (SCC) (Bankr. S.D.N.Y. February 28, 2017) [Docket Nos. 225 & 355]; *In re Freedom Communications, Inc., et al.*, No. 15-15311 (MW) (Bankr. C.D. Cal. November 1, 2015) [Docket Nos. 183 & 279]; and *In re The Great Atl. & Pac. Tea Co., et al.*, No. 15-23007 (RDD) (Bankr. S.D.N.Y. Aug. 11, 2015) [Docket Nos. 677 & 1058]. Because the Committee will require substantial assistance with these Chapter 11 Cases, it is reasonable for the Committee to seek to employ and retain FTI to serve as its financial advisor on the terms and conditions set forth herein.

29.     Finally, to the best of the Committee's knowledge, information, and belief, FTI does not have any interest materially adverse to the Debtors' estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason. Further, the Committee understands that FTI believes it is disinterested because, to the best of FTI's knowledge, information, and belief, FTI has no connection with the Debtors, their creditors, or any other party-in-interest, except as disclosed in the Star Declaration.

## <u>NOTICE</u>

30.     Notice of this Application has been provided to (i) the Office of the United States Trustee for Region 17 (Attn: Andrew Vara, Esq. and Timothy Laffredi, Esq.); (ii) counsel to the Debtors; (iii) counsel to the Tort Claimants Committee; (iv) counsel to the Engineers and Scientists of California Local 20; (v) the Securities and Exchange Commission; (vi) the Internal Revenue Commission; (vii) the Office of the California Attorney General; (viii) the California Public Utilities Commission; (ix) the Nuclear Regulatory Commission; (x) the Federal Energy Regulatory Commission; (xi) the Office of the United States Attorney for the Northern District of California; (xii) counsel to the agent under the Debtors' debtor in possession financing facility; and (xiii) those persons who have formally appeared in these Chapter 11 Cases and requested service pursuant to Bankruptcy Rule 2002. The Committee submits that such notice is sufficient and no other or further notice need be provided. No previous request for the relief sought herein has been made to this or any other court.

*[Remainder of Page Intentionally Left Blank]*

Case: 19-30088    Doc# 1212    Filed: 04/03/19    Entered: 04/03/19 17:52:19    Page 16 of 109

WHEREFORE, the Committee respectfully request entry of the Proposed Order (a) authorizing the Committee to engage FTI in accordance with this Application and (b) granting the Committee such other and further relief as this court may deem just and proper.

Dated: April 3, 2019                    Respectfully Submitted,

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PG&E CORPORATION AND PACIFIC GAS AND ELECTRIC COMPANY**

By: _____
Name: Cynthia Wong
      Corporate Finance & Restructuring
      Pension Benefit Guaranty Corporation

**Exhibit A**

**(Proposed Order)**

Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

*and*

Paul S. Aronzon (SBN 88781)
Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Proposed Counsel for the Official Committee*
*of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) Chapter 11 (Lead Case) |
| **PG&E CORPORATION,** | |
| -and- | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **ORDER PURSUANT TO 11 U.S.C. §§328(A) AND 1103 AND FED. R. BANKR. P. 2014(A) FOR AUTHORIZATION TO RETAIN AND EMPLOY FTI CONSULTING, INC. AS FINANCIAL ADVISOR NUNC PRO TUNC TO FEBRUARY 12, 2019** |
| ☐ Affects PG&E Corporation ☐ Affects Pacific Gas and Electric Company ■ Affects both Debtors | Dated: April 24, 2019 Time: 9:30AM Pacific Time Place: United State Bankruptcy Court, Courtroom 17, 16th Floor San Francisco, CA 94102 |
| *All papers shall be filed in the lead case, No. 19-30088(DM) | |

Upon consideration of the *Application of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 and Fed. R. Bankr. P. 2014(a) for Authorization to Retain and Employ FTI Consulting, Inc. as Financial Advisors Nunc Pro Tunc to February 12, 2019* (the "**Application**")[1] of the Official Committee of Unsecured Creditors (the "**Committee**") appointed pursuant to section 1102 of title 11 of the United States Code §§ 101 et seq. (the "**Bankruptcy Code**") in these chapter 11 cases (the "**Chapter 11 Cases**") of the above captioned debtors and debtors in possession (collectively, the "**Debtors**") for entry of an order pursuant to section 328(a) and 1103 of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") authorizing the retention and employment of FTI Consulting, Inc. (together with its wholly owned subsidiaries, contractors and employees, "**FTI**") *nunc pro tunc* to February 12, 2019; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Application in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Application having been given as provided in the Application, and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and the Court having reviewed the Application and having heard the statements in support of the relief requested therein at a hearing, if any, before the Court; and the Court having determined that the terms and conditions of FTI's employment, including the fee structure and indemnification provisions, set forth in the Application are reasonable as required by section 328(a) of the Bankruptcy Code; and upon the Court finding that FTI represents no adverse interests in connection with these cases and that it is a disinterested person as that term is defined in section 101(14) of the Bankruptcy Code; and upon further finding that the employment of FTI is necessary and is in the best interests of the Committee; and the

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Application.

relief requested in the Application being warranted; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Application is GRANTED as set forth herein;

2. The Committee is authorized to employ FTI as financial advisors *nunc pro tunc* to February 12, 2019, in accordance with the terms set forth in the Application, without the need for any further action on the part of FTI or the Committee to document such retention.

3. The Debtors shall be bound by the indemnification, contribution, and reimbursement provisions below and will indemnify and hold harmless FTI, subject, during the pendency of these chapter 11 cases, to the following:

(a) Subject to the provisions of subparagraphs (b) and (c) below and approval of the Court, the Debtors are authorized to indemnify, and shall indemnify, FTI for any claims arising from, related to, or in connection with FTI's engagement under this Application, but not for any claim arising from, related to, or in connection with FTI's post-petition performance of any other services other than those in connection with the engagement, unless such post-petition services and indemnification therefore are approved by this Court; and

(b) The Debtors shall have no obligation to indemnify FTI for any claim or expense that is either (i) judicially determined (the determination having become final) to have arisen primarily from FTI's gross negligence, willful misconduct or fraud unless the Court determines that indemnification would be permissible pursuant to *In re United Artists Theatre company, et al., 315 F.3d 217 (3d Cir. 2003)*, or (ii) settled prior to a judicial determination as to FTI's gross negligence, willful misconduct or fraud, but determined by this Court, after notice and a hearing, to be a claim or expense for which FTI is not entitled to receive indemnity under the terms of this Application; and

(c) If, before the earlier of (i) the entry of an order confirming a chapter 11 plan in these cases (that order having become a final order no longer subject to appeal), and (ii) the entry of an order closing these chapter 11 cases, FTI believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtors' indemnification obligations under this Application, including, without limitation, the advancement of defense costs, FTI must file an application in this Court, and the Debtors may not pay any such amounts to FTI before the entry of an order by this Court approving the payment. This subparagraph (c) is intended only to specify the period of time under which the Court shall have jurisdiction over any request for fees and expenses by FTI for indemnification,

3

and not as a provision limiting the duration of the Debtors' obligation to indemnify FTI.

4. FTI shall file fee applications for allowance of compensation for services rendered and reimbursement of expenses incurred (including, without limitation, the reasonable fees, disbursements and other charges of FTI's counsel, which counsel shall not be required to be retained pursuant to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, and any applicable Local Rules or orders of this Court); provided, that in the event that FTI seeks reimbursement from the Debtors for attorneys' fees and expenses consistent with the terms of this Order, the invoices and supporting time records from such attorneys shall be included in FTI's own applications, both interim and final, and they shall be subject to the approval of the Court pursuant to sections 330 and 331 of the Bankruptcy Code.

5. All compensation previously paid shall be subject to review by the Court if any objection is timely filed.

6. To the extent there is any inconsistency between the terms of this Order, the Application, or the Star Declaration, the terms of this Order shall control.

7. All compensation and reimbursement due to, and other rights of FTI, including, without limitation, indemnification obligations, shall be treated and allowed (subject to the compensation review procedures identified in this Order) as administrative expenses in accordance with section 503 of the Bankruptcy Code.

8. In the event FTI or its affiliates are required by subpoena or other legal process to produce any of their documents or their respective shareholders, members, managers, employees, agents, representatives, or subcontractors as witnesses with respect to FTI's services for the Committee, the Debtors will reimburse FTI for its professional time and expenses, as well as the fees and expenses of FTI's counsel, incurred in responding to such requests.

1

2

9.      The Committee is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

3

4

5

10.     Notwithstanding the possible applicability of Bankruptcy Rules 6004, 7062, or 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6

7

8

9

10

11.     This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.  During the pendency of these Chapter 11 Cases, this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

11

**\*\*END OF ORDER\*\***

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit B**

**(Declaration of Samuel E. Star)**

Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

*and*

Paul S. Aronzon (SBN 88781)
Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Proposed Counsel for the Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>        -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>        **Debtors.**<br><br>□ Affects PG&E Corporation<br>□ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the lead case,<br>No. 19-30088(DM)* | No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF SAMUEL E. STAR IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§328(A) AND 1103 AND FED. R. BANKR. P. 2014(A) FOR AUTHORIZATION TO RETAIN AND EMPLOY FTI CONSULTING, INC. AS FINANCIAL ADVISOR NUNC PRO TUNC TO FEBRUARY 12, 2019**<br><br>Dated: April 24, 2019<br>Time: 9:30AM Pacific Time<br>Place: United State Bankruptcy Court,<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

I, Samuel E. Star, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, declare that the following is true and correct:

I am a Senior Managing Director of FTI Consulting, Inc. (together with its wholly owned subsidiaries, contractors and employees, "**FTI**"), an independent global business advisory firm. I am duly authorized to make this declaration (the "**Declaration**") on behalf of FTI and submit this Declaration in support of the *Application of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 and Fed. R. Bankr. P. 2014(a) for Authorization to Retain and Employ FTI Consulting, Inc. as Financial Advisors Nunc Pro Tunc* to February 12, 2019 (the "**Application**"),[1] which was filed by the Official Committee of Unsecured Creditors (the "**Committee**") in these chapter 11 cases (the "**Chapter 11 Cases**") of the above captioned debtors and debtors in possession (collectively, the "**Debtors**"). Unless otherwise stated in this declaration, I generally have personal knowledge of the matters set forth herein, however, certain of the disclosures set forth herein are related to matters within the knowledge of other employees at FTI and are based on information provided by them. If called as a witness, I would testify thereto.

A. <u>QUALIFICATIONS</u>

1. FTI is a global advisory firm which, through its five practice groups and affiliated entities, and its nearly 4,600 employees in twenty-eight countries, provides a variety of services to third parties including by way of example and not limitation, Forensic and Litigation Consulting, Technology Services, Corporate Finance/Restructuring, Economic Consulting and Strategic Communications. FTI's clients include many of the world's largest companies, as well as a majority of the ten largest bank holding companies and nearly all of the top one hundred law firms in the world. Within the Corporate Finance/Restructuring business segment, FTI's expertise includes liquidity and

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Application.

2

capital structure assessment, debt and equity restructuring advice and identification of reorganization alternatives.

2. FTI has advised management, senior lenders, and unsecured creditors in numerous significant restructurings and turnarounds in recent years, including *In re Energy Future Holdings Corp., et al.; In re FirstEnergy Solutions Corp., et al.; In re iHeartMedia, Inc., et al.; In re Cenveo, Inc. et al.; In re Sears Holding Corporation, et al.; In re Westmorland Coal Company, et al.; In re Pacific Exploration & Production; In re R.E. Gas Development, LLC (Rex Energy), et al.; In re The Weinstein Company Holdings LLC; In re Claire's Stores, Inc., et al.; In re Ultra Petroleum Corporation, et al; In re Peabody Energy Corporation, et al.; In re Premier Oil & Gas, Inc., et al.* and the restructuring of the Commonwealth of Puerto Rico among others. FTI has a wealth of experience in restructuring and financial advisory services and enjoys an excellent reputation for services rendered in large and complex chapter 11 cases on behalf of debtors and creditors throughout the United States.

3. In preparing to advise the Committee, not only does FTI have extensive experience in comparable restructuring matters, but it has become familiar with the Debtors' businesses, financial affairs, and capital structure. Since its engagement, FTI has worked closely with the Committee and its professionals in assisting with the myriad requirements of these Chapter 11 Cases. Accordingly, the Committee believes that FTI has developed substantial relevant experience regarding the Debtors and the circumstances of these Chapter 11 Cases. For these reasons, I believe that FTI is particularly qualified and uniquely suited to deal effectively and efficiently with matters that may arise in the context of these Chapter 11 Cases.

B.     <u>SCOPE OF SERVICES</u>

4. As set forth in the Application, FTI has been providing and will continue to perform the following services, with the goal of assisting the Committee to maximize value for all constituents. Among other things, FTI has provided, or will provide on a prospective basis upon the court's approval of this Application, services in the following categories (the "**Services**"):

(a) Assistance in the review of financial related disclosures required by the Court, including the Schedules of Assets and Liabilities, the Statement of Financial Affairs and Monthly Operating Reports;

(b) Assistance with the assessment and monitoring of the Debtors' short-term cash flow, liquidity, and operating results;

(c) Assistance with the review of the Debtors' proposed motions or requests for relief, including the Debtors' proposed operational integrity supplier, cash management, customer program, key employee incentive/retention and other employee benefit programs motions;

(d) Assistance with the review of the Debtors' long-term financial projections, including cash generating capacity and identification of potential cost savings, including overhead and operating expense reductions and efficiency improvements;

(e) Assistance with the review of the Debtors' cost/benefit analysis with respect to the affirmation or rejection of various executory contracts and leases;

(f) Assistance with the review of the Debtors' corporate structure including analysis of intercompany activities and claims;

(g) Assistance with the review of any tax issues associated with, but not limited to, claims/stock trading, preservation of net operating losses, refunds due to the Debtors, plans of reorganization, and asset sales;

(h) Assistance in the review of the claims reconciliation and estimation process, including potential exposure from wildfire damage claims;

(i) Assistance in the development of communications strategies with various stakeholders including regulatory agencies and state government officials and commissions;

(j) Attendance at meetings and assistance in discussions with the Debtors, potential investors, banks, other secured lenders, the Committee, and other official or unofficial committees organized in these chapter 11 proceedings, the U.S. Trustee, other parties in interest and professionals hired by the same, as requested;

(k) Assistance in the review and/or preparation of information and analysis necessary for the confirmation of a plan and related disclosure statement in these chapter 11 proceedings;

(l) Assistance in the evaluation and analysis of avoidance actions, including fraudulent conveyances and preferential transfers;

(m) Assistance in the prosecution of Committee responses/objections to the Debtors' motions, including attendance at deposition and provision of expert reports/testimony on case issues as required by the Committee; and

4

(n) Render such other general business consulting or such other assistance as the Committee or its counsel may deem necessary that are consistent with the role of a financial advisor and not duplicative of services provided by other professionals in this proceeding.

**C.    NO DUPLICATION OF SERVICES**

5.      In addition, the Committee will retain the services of other professionals over the course of these Chapter 11 Cases.  Already, the Committee has retained Centerview Partners LLC ("**Centerview**") as investment banker and Milbank LLP ("**Milbank**") as counsel.  The services provided by Centerview will focus on financing alternatives, including economics of post-petition and exit financing, enterprise valuation, asset sales assessments, strategic alternative and post-emergence capital structure issues.  Milbank will provide legal counsel as the attorneys to the Committee.

6.      The Committee and FTI intend that all of the services that FTI will provide to the Committee will be appropriately directed by the Committee so as to avoid duplication of efforts among the other professionals retained in these Chapter 11 Cases and performed in accordance with applicable standards of the profession.  FTI will work closely with the Committee's other retained professionals to prevent any duplication of efforts in the course of advising the Committee.  Accordingly, I believe that the services to be provided by FTI will complement any services provided by the Committee's other professionals.

**D.    TERMS OF RETENTION**

7.      Other than as set forth herein, neither I nor FTI, nor any professional associated with FTI, has been engaged by any entity other than the Committee in connection with these Chapter 11 Cases.  FTI is not owed any prepetition fees or expenses related to the Committee assignment.  It is possible that FTI is owed money on account of prepetition fees or expenses in matters involving the Debtors but unrelated to these Chapter 11 Cases.  To the extent any money is owed by the Debtors on account of prepetition fees or expenses, FTI will waive such amounts so that it is not a creditor of the Debtors.

8.     Subject to approval by the Court, the Committee proposes to employ and retain FTI to serve as the Committee's financial advisor on the following terms:

(a)  The customary hourly rates, subject to periodic adjustments, charged by FTI professionals anticipated to be assigned to these cases are as follows:

| | |
|---|---|
| Senior Managing Directors | $725 – $1,260 |
| Directors / Senior Directors / Managing Directors | $510 – $880 |
| Consultants/Senior Consultants | $310 – $640 |
| Administrative / Paraprofessionals | $125 – $275 |

(b)  Reimbursement of actual, necessary costs and expenses incurred in connection with the rendering of its services in these Chapter 11 Cases, including fees and expenses of attorneys engaged in connection with retention or fee applications; and

(c)  Indemnification on the terms described below.

9.     FTI intends to apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with these Chapter 11 Cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the U.S. Trustee Guidelines, and any other applicable procedures and orders of the Court, including any order approving the Application (to the extent compliance is not waived).

10.    FTI will maintain records in support of any actual, necessary costs and expenses incurred in connection with the rendering of its services in these Chapter 11 Cases. In the event FTI seeks reimbursement for attorneys' fees during the term of the Chapter 11 Cases, FTI will include the applicable invoices and supporting time records from such attorneys (in summary form and redacted for privilege and work product). Such attorneys do not need to have been retained under section 327 of the Bankruptcy Code.

11. In addition to the foregoing, and as a material part of the consideration for the agreement of FTI to furnish services to the Committee pursuant to the terms of the Application, FTI believes that the following indemnification terms are customary and reasonable for creditors' committee financial advisors in chapter 11 cases:

a. subject to the provisions of subparagraphs (b) and (c) below and approval of the Court, the Debtors are authorized to indemnify, and shall indemnify, FTI for any claims arising from, related to, or in connection with FTI's engagement under this Application, but not for any claim arising from, related to, or in connection with FTI's post-petition performance of any other services other than those in connection with the engagement, unless such post-petition services and indemnification therefore are approved by this Court; and

b. the Debtors shall have no obligation to indemnify FTI for any claim or expense that is either (i) judicially determined (the determination having become final) to have arisen primarily from FTI's gross negligence, willful misconduct or fraud unless the Court determines that indemnification would be permissible pursuant to *In re United Artists Theatre company, et al., 315 F.3d 217 (3d Cir. 2003)*, or (ii) settled prior to a judicial determination as to FTI's gross negligence, willful misconduct or fraud, but determined by this Court, after notice and a hearing, to be a claim or expense for which FTI is not entitled to receive indemnity under the terms of the Application; and

c. if, before the earlier of (i) the entry of an order confirming a chapter 11 plan in these cases (that order having become a final order no longer subject to appeal), and (ii) the entry of an order closing these chapter 11 cases, FTI believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtors' indemnification obligations under the Application, including, without limitation, the advancement of defense costs, FTI must file an application in this Court, and the Debtors may not pay

any such amounts to FTI before the entry of an order by this Court approving the payment. This subparagraph (c) is intended only to specify the period of time under which the Court shall have jurisdiction over any request for fees and expenses by FTI for indemnification, and not as a provision limiting the duration of the Debtors' obligation to indemnify FTI.

12. I believe that the compensation structure, including the provision of indemnification, is reasonable and comparable to those generally charged by financial advisors and consultants of similar stature to FTI for comparable engagements, both in and out of chapter 11.

13. To the best of my knowledge, and unless otherwise set forth herein, (a) no commitments have been made or received by FTI with respect to compensation or payment in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code and (b) FTI has no agreement with any other entity to share with such entity any compensation received by FTI in connection with this engagement in these Chapter 11 Cases.

**E.      Disinterestedness**

14. In connection with the preparation of this Declaration, FTI requested and obtained from the Debtors' proposed counsel a list of interested parties and significant creditors in these Chapter 11 Cases (collectively, the "**Potential Parties in Interest**"). A list summarizing the Potential Parties in Interest is reflected on **Schedule A** attached hereto. The number of Potential Parties in Interest exceeded 9,000 separate parties.

15. FTI then compared the names of each of the Potential Parties in Interest to the names contained in a database of current and former clients and other relationships (the "**Client Database**"). The Client Database generally includes: (i) the name of each client of FTI; (ii) the name of each party who is or was known to be adverse to such client of FTI in connection with the matter in which FTI is or was engaged for such client; (iii) the name of each party that has, or had, a substantial

role with regard to the subject matter of FTI's retention; and (iv) the names of FTI professionals who are, or were, primarily responsible for matters for such clients.

16. In addition, an email was issued to all managing directors and senior managing directors of FTI, requesting disclosure of information regarding: (i) any known personal or professional connections between the respondent and/or FTI on the one hand, and the Debtors and/or its affiliates, on the other hand;[2] (ii) any known representations by the respondent and/or FTI of any of the Debtors and/or its affiliates in any matter; and (iii) any other conflict or reason why FTI may be unable to represent the Committee in the Chapter 11 Cases.

17. A listing of any relationship between FTI and the Debtors and/or their affiliates during the past five (5) years is set forth on **Schedule B** to this Declaration. A listing of any relationship between FTI and any other Potential Parties in Interest in set forth on **Schedule C** to this Declaration. This initial list includes the Debtors, their affiliates and subsidiaries, their current and former directors and officers, including their affiliations, the Debtors' professionals, their lenders and administrative agents, their insurance providers, their DIP lenders, their top unsecured creditors, material contract counterparties, their significant shareholders and holders of unsecured notes, the unions, certain litigants, regulatory and government agencies, members of the Committee, members of the Official Tort Claimants Committee and its professionals (and individual member professionals), members of the various *ad hoc* groups, including their professionals, and employees of the Office of the Governor of California and its advisors, the office of the United States Trustee for Region 17 and the Bankruptcy Court.

---

[2] In reviewing its records and the relationships of its professionals, FTI did not seek information as to whether any FTI professional or member of his/her immediate family: (a) indirectly owns, through a public mutual fund or through partnerships in which certain FTI professionals have invested but as to which such professionals have no control over or knowledge of investment decisions, securities of the Debtors or any other party in interest; or (b) has engaged in any ordinary course consumer transaction with the Debtors or any party in interest. If any such relationship does exist, it does not impact FTI's disinterestedness or otherwise give rise to a finding that FTI holds or represents an interest adverse to the Debtors' estates.

18.     To the best of my knowledge, information, and belief, and based on the foregoing inquiry, other than in connection with this engagement and as otherwise disclosed in this Declaration or as set forth in **Schedule B** or **Schedule C**, FTI has no relationships or connections with the Debtors or their affiliates of which I am aware. In addition, to the best of my knowledge, information, and belief, neither I nor any other professional of FTI who is working on this engagement:

(a)     is a creditor, equity security holder, or insider of the Debtors;

(b)     is or has been within two years before the Petition Date, a director, officer, or employee of the Debtors; or

(c)     has any interest materially adverse to the interests of the Debtors' estates, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

19.     I am not related or connected to and, to the best of my knowledge, information, and belief, no other professional of FTI who is working on this engagement is related or connected to, any United States Bankruptcy Judge for the Northern District of California, or any employee in the Office of the United States Trustee overseeing these Chapter 11 Cases.

20.     As set forth in further detail herein, FTI is a global business advisory firm. As can be expected with respect to any international professional services firm such as FTI, FTI provides a wide range of services to many clients, which may include one or more entities with interests in these Chapter 11 Cases.  To the best of my knowledge, FTI's services for such clients do not relate to these Chapter 11 Cases except as stated below.

21.     In addition to the relationships disclosed on **Schedule B**, I note that:

(a)     Prior to the Petition Date, Compass Lexecon, LLC ("**Compass Lexecon**"), a wholly-owned subsidiary of FTI that provides economic consulting services, was engaged by the Debtors, through its counsel, to provide consulting services to assess and develop a methodology to evaluate

potential damages related to the California wildfires (the "**Compass Lexecon Engagement**").  Based upon information provided to FTI, it is likely that the Debtors will seek further advice from Compass Lexecon on these matters.  Compass Lexecon operates separately from FTI, with separate management and employees.  In most locations, FTI and Compass Lexecon work out of separate office locations.

(b)    Prior to the Petition Date, the Environmental Solutions practice group of the Forensic & Litigation Consulting business segment was retained by counsel for a group of over fifty defendants including the Debtors to provide analysis of post-closure obligations relating to a landfill site, including forensic historical research and development of a database to assist in the calculation of cost allocations among the defendants (the "**Environmental Solutions Engagement**").    The fees for the Environmental Solutions Engagement are paid by the independent trust and allocated among each of the defendants. Based upon information provided to FTI, work may continue on the Environmental Solutions Engagement.

22.    In addition to the relationships disclosed on **Schedule C**, I note that:

(a)    Prior to the Petition Date, the insurance practice group of the Forensic & Litigation Consulting business segment was retained by a purchaser of insurance subrogation claims to assist in connection with certain US insurance companies holding subrogation claims primarily related to the identification of and introduction to insurers, which assistance does not include making any assessment regarding the claims, their value or their underlying validity (the "**Subrogation Engagement**").    The subrogation

claims include claims against the Debtors. Based upon information provided to FTI, work is likely to continue on the Subrogation Engagement.

(b) Prior to the Petition Date, Forensic & Litigation Consulting, a business segment of FTI, was retained by counsel to provide litigation support to Tiger Natural Gas, Inc., in a dispute over billing, collection and payment against the Debtors. (the "**Tiger Engagement**"). Based upon information provided to FTI, work may continue on the Tiger Engagement.

23. In order to maintain the confidentiality of the client information in connection with FTI's engagement on behalf of the Committee (the "**FTI Committee Engagement**"), FTI will protect the client information through the use of its Ethical Wall procedures. In conjunction with the foregoing, FTI has established and will maintain the following internal procedures: (i) each FTI professional on the FTI Committee Engagement ("**FTI Committee Professionals**"), the Compass Lexecon Engagement ("**FTI Compass Lexecon Professionals**"), the Environmental Solutions Engagement ("**FTI Environmental Solutions Professionals**"), the Subrogation Engagement (the "**FTI Subrogation Professionals**") and the Tiger Engagement (the "**FTI Tiger Professionals**") shall acknowledge in writing that he or she may receive certain nonpublic information and that he or she is aware of the information wall in effect and will follow the information wall procedures therein; (ii) FTI Committee Professionals will not directly or indirectly share any nonpublic information generated by, received from or relating to Committee activities or Committee membership with FTI Lexecon Professionals, FTI Environmental Solutions Professionals, FTI Subrogation Professionals and FTI Tiger Professionals, and FTI Compass Lexecon Professionals, FTI Environmental Solutions Professionals, FTI Subrogation Professionals and FTI Tiger Professionals will not directly or indirectly share any nonpublic information generated by, received from or relating to the Compass Lexecon Engagement, the Environmental Solutions Engagement, the Subrogation Engagement or the Tiger Engagement with FTI Committee Professionals, except that a good-faith communication of

12

publicly available information shall not be presumed to be a breach of the obligations of FTI or any FTI Committee Professionals or FTI Compass Lexecon Professionals, FTI Environmental Solutions Professionals, FTI Subrogation Professionals or FTI Tiger Professionals under such information wall procedures; (iii) FTI is setting up electronic internal security walls to ensure that only FTI employees involved directly with or working on the FTI Committee Engagement may have access to the information, databases, e-mails, schedules or any other information relating to that engagement; (iv) FTI shall periodically monitor, consistent with its ordinary course practice, compliance with these protocols and ethical wall procedures among FTI Committee Professionals, FTI Compass Lexecon Professionals, FTI Environmental Solutions Professionals, FTI Subrogation Professionals and FTI Tiger Professionals to ensure that such exchanges are performed in a manner consistent with the information wall procedures; and (v) FTI shall immediately disclose to Committee counsel and the United States Trustee any material breaches of the procedures described herein. If FTI ceases to act as advisor to the Committee, it will continue to follow the procedures set forth above until a plan has been confirmed in the Debtors' Chapter 11 Cases or the Chapter 11 Cases have been converted or dismissed.

24. By way of further disclosure:

(a) From time to time, FTI, which is providing the services in these Chapter 11 Cases, has provided services, and likely will continue to provide services to certain attorneys, professionals, creditors (including lenders) and/or security holders of the Debtors and various other parties, some of whom may be providing services to, or may be adverse to, or may be otherwise connected to, the Debtors, in each case in matters unrelated to these Chapter 11 Cases.

(b) FTI is engaged in providing various consulting services through five business segments: Corporate Finance & Restructuring, Economic Consulting, Forensic & Litigation Consulting, Strategic Communications and Technology services globally to a wide range of institutions and individuals and may in the past have had, and may currently or in the

future have, financial advisory or other investment banking or consulting relationships with parties that may have interests with respect to the Debtors or members of the Committee. Each of the FTI's five business segments is separate and distinct from the other, with separate employees and management. Compass Lexecon is a wholly-owned subsidiary of FTI that provides economic consulting services, and operates separately from FTI, with separate management and employees. In most locations, FTI and Compass Lexecon work out of separate office locations.

(c)     In the ordinary course of business, investment funds in which FTI's employees may have financial interests, but over whose investment decisions such employees have no input or control, may acquire, hold or sell, long or short positions, or trade or otherwise effect transactions, in debt, equity, and other securities and financial instruments (including bank loans and other obligations) of, or investments in, the Debtors or other parties that may have an interest in these Chapter 11 Cases or have other relationships with such parties. With respect to any such securities, financial instruments, and/or investments, all rights in respect of such securities, financial instruments, and investments, including any voting rights, will be exercised by the holder of the rights, in its sole discretion. Moreover, the FTI Committee Professionals are subject to compliance mechanisms and policies and procedures designed to prevent confidential, non-public information from being improperly shared.

(d)     In the ordinary course of its business, FTI from time to time discusses issues concerning stressed and distressed companies with creditors and prospective creditors that are clients of the firm, or that otherwise contact FTI, or that are referred to the firm in light of FTI's reputation for covering such companies and/or relevant industry expertise. At the time of those contacts, it is not known whether any particular company will actually file for bankruptcy, or if any of these creditors and/or potential creditors will serve on any future creditors' committee, or even be a creditor of the relevant estate in the event of a future

bankruptcy. It is also FTI's customary practice to communicate with and, when appropriate or requested, send materials to one, or more, of the unsecured creditors identified by a debtor and who are, therefore, potential members of a creditors' committee, if we either know, work with, are contacted by, or are otherwise referred to the relevant creditor. In some circumstances, we may contact potential committee members with whom we are not previously familiar.

(e)     FTI personnel may have business associations with certain creditors of the Debtors or counsel or other professionals involved in these Chapter 11 Cases on matters unrelated to these Chapter 11 Cases. In addition, in the ordinary course of its business, FTI may engage counsel or other professionals in unrelated matters who now represent, or in the future may represent, creditors or other interested parties in these Chapter 11 Cases.

25.     Given the large number of parties in interest in these Chapter 11 Cases, despite the efforts described above to identify and disclose FTI's relationships with parties in interest in these Chapter 11 Cases, FTI is unable to state with complete certainty that every client relationship or other connection has been disclosed. In particular, among other things, FTI may have relationships with persons who are beneficial owners of parties in interest and persons whose beneficial owners include parties in interest or persons who otherwise have relationships with parties in interest.

26.     As these Chapter 11 Cases progress, new parties may become parties in interest and similarly, FTI may have been engaged, may currently be engaged and may in the future be engaged by such new parties in interest in matters unrelated to these Chapter 11 Cases. Also, FTI may have engaged or had mutual clients with, may have a current engagement or have mutual clients with and may in the future engage or have mutual clients with certain law firms, financial advisors, accounting firms, or other professionals that are Potential Parties in Interest or may become parties in interest, all in matters unrelated to these cases. In addition, FTI may have also been engaged by, be currently engaged by, or in the future be engaged by persons who are creditors or shareholders of the Debtors and/or the members of the Committee, otherwise have a business relationship with the Debtors and/or

15

the Committee, or who are competitors of or customers of the Debtors and/or the Committee. Potential Parties in Interest, persons that may become parties in interest in these Chapter 11 Cases, and persons that have business relationships with the Debtors and/or the Committee, that are competitors of the Debtors and/or the Committee, or that are customers of the Debtors and/or the Committee, may be: (a) parties in interest in other bankruptcy cases where FTI is engaged or (b) may be affiliates of or creditors of persons who may have engaged, have currently engaged, or may in the future engage FTI. In the ordinary course of its business, FTI may also purchase services or products from Potential Parties in Interest and other persons that are or may become parties in interest in these Chapter 11 Cases. Moreover, FTI's employees may have relationships with persons that may become parties in interest in these Chapter 11 Cases, and/or persons that have business relationships with the Debtors, are competitors of the Debtors or that are customers of the Debtors. Continued inquiry will be made on a periodic basis, with additional disclosures to this Court if necessary or otherwise appropriate.

27.     To the best of my knowledge, information, and belief, some of FTI's employees may have, or may in the future have, personal investment in funds, or other investment vehicles, over whose investment decisions such employees have no input or control. Such entities may have made, or may in the future make, investment in the claims or securities of the Debtors, or those of their creditors, or other parties in interest in these Chapter 11 Cases.

28.     Based on all of the foregoing, to the best of my knowledge and except as noted above, FTI does not hold or represent any interest adverse to the estate, and therefore believes it is eligible to represent the Committee under Bankruptcy Code section 1103(b). It is FTI's policy and intent to update and expand its ongoing relationship search for additional parties in interest in an expedient manner. To the extent FTI discovers any new material relevant facts bearing on the matters described herein during the period of FTI's employment, FTI will amend and supplement the information contained in this Declaration to disclose any additional facts and will promptly file a Bankruptcy Rule 2014(a) Supplemental Declaration.

## F.     COMPLIANCE WITH LAW

29.     I am generally familiar with the Bankruptcy Code and the Bankruptcy Rules, and FTI will comply with them, subject to the Orders of this Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 2, 2019
New York, NY                                        Respectfully submitted,

By:  /s/ Samuel E Star
Samuel E. Star
Senior Managing Director

# **Schedule A**

## **(Interested Parties)**

- Debtors
- Debtors' Trade Names and Aliases (up to 8 years)
- Affiliates and Subsidiaries
- Bank Accounts
- Bankruptcy Judges & Staff Northern District of California
- Current Officers and Directors
- Term and Revolving Loan Lenders and Administrative Agents
- Contract Counterparties
- DIP Lenders
- Debtors Professionals
- Former Officers and Directors (since 2008)
- Affiliations of Former Officers
- Affiliations of Former Directors
- Insurance/Insurance Provider/Surety Bonds
- Surety Bonds
- Landlords and parties to leases
- Lenders Litigation Counterparties/Litigation Pending Lawsuits
- Litigation Parties (in adversary proceeding 19-03003)
- Ad Hoc Committee of Unsecured Tort Claimant Creditors
- Non-Debtors Professionals
- Ordinary Course Professionals
- Letters of Credit
- Regulatory and Government
- Significant Competitors
- Significant Shareholders (more than 5% of equity)
- Significant holder of voting securities
- Taxing Authorities
- Top Unsecured Creditors (top 50 list as well as other large holders of unsecured claims)
- Unsecured Notes
- UCC Lien Holders
- Unions
- Office of the United States Trustee for Region 17
- Utility Providers
- Vendors/Suppliers
- Interested Parties / Notice of Appearance Parties

# Schedule B

## (Relationships With Debtors)

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| PG&E Corporation | PG&E Corporation | PG&E Corporation is a current client of Compass Lexecon in matters related to the assessment of, and methodology for evaluating potential damages relating to the California wildfires.<br><br>PG&E Corporation is a former client of FTI's Strategic Communications business segment in matters unrelated to these Chapter 11 Cases, which matters were closed in 2016.<br><br>PG&E Corporation is a former client of FTI's Forensic & Litigation Consulting business segment in matters unrelated to these Chapter 11 Cases, which matters were completed in 2010, 2011, and 2017. |

| Pacific Gas & Electric Company | Pacific Gas & Electric Company | Pacific Gas & Electric Company is a current client of Compass Lexecon in matters related to the assessment of, and methodology for evaluating potential damages relating to the California wildfires. |
| --- | --- | --- |
| | | Pacific Gas & Electric Company is a current client of the Environmental Solutions practice group of the Forensic & Litigation Consulting business segment in matters related to forensic historical research and development of a database to assist in the calculation of cost allocations related to a landfill site. |
| | | Pacific Gas & Electric Company is a former client of FTI's Forensic & Litigation Consulting business segment in matters unrelated to these Chapter 11 Cases, which matters were completed in 2011 and 2017. |

**<u>Schedule C</u>**

**(Relationships With Potential Parties in Interest)**

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| 7-Eleven | 7-Eleven | 7-Eleven is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| 8minutenergy Renewables | 8minutenergy Renewables | 8minutenergy Renewables is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| ABB Inc. | ABB Inc. | ABB Inc. is a former client of one or more business units of FTI in matters involving one or more of the Debtors but unrelated to these Chapter 11 Cases. |
| ABM Industries | ABM Industries | ABM Industries is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Acciona Energy N.A. | Acciona Energy N.A. | Acciona Energy N.A. is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| ACCO Engineered Systems | ACCO Engineered Systems | ACCO Engineered Systems is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| ACE American Insurance Company | ACE American Insurance Company | ACE American Insurance Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Ace Insurance Company | Ace Insurance Company | Ace Insurance Company is a current client of one or more business units of FTI in matters unrelated to the |

Case: 19-30088    Doc# 1212    Filed: 04/03/19    Entered: 04/03/19 17:52:19    Page 48 of 109

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | Debtors and these Chapter 11 Cases. |
| ADP | ADP | ADP is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| AECOM Technical Services | AECOM Technical Services | AECOM Technical Services is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Aerojet | Aerojet | Aerojet is a current client of one or more business units of FTI in the Environmental Solutions Engagement, involving one or more of the Debtor. |
| Aetna | Aetna | Aetna is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Aetna International | Aetna International | Aetna International is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| AIG Europe Limited | AIG Europe Limited | AIG Europe Limited is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| AIG Property Casualty Company | AIG Property Casualty Company | AIG Property Casualty Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Akin Gump Strauss Hadley & Feld | Akin Gump Strauss Hadley & Feld | Akin Gump Strauss Hadley & Feld is a current client of one |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| AlixPartners | AlixPartners | AlixPartners is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Allegheny Energy Supply Co, LLC | Allegheny Energy Supply Co, LLC | Allegheny Energy Supply Co, LLC is a former client of one or more business units of FTI in matters adverse to one or more of the Debtors, but unrelated to these Chapter 11 Cases. |
| Allianz Global Risks US Insurance Company | Allianz Global Risks US Insurance Company | Allianz Global Risks US Insurance Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Allied World Assurance Company | Allied World Assurance Company | Allied World Assurance Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Allstate Insurance Company | Allstate Insurance Company | Allstate Insurance Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| American Air Filter Company | American Air Filter Company | American Air Filter Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| American Energy | American Energy | American Energy is a former client of one or more business units of FTI in matters |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | unrelated to the Debtors and these Chapter 11 Cases. |
| American Insurance Company | American Insurance Company | American Insurance Company is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| American International Group (AIG) | American International Group (AIG) | American International Group (AIG) is a current client of one or more business units of FTI in matters involving one or more of the Debtors but unrelated to these Chapter 11 Cases. |
| American International Reinsurance Company | American International Reinsurance Company | American International Reinsurance Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| American Zurich Insurance Company | American Zurich Insurance Company | The American Zurich Insurance Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Anadarko | Anadarko | Anadarko is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Ankura | Ankura | Ankura is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Anthem Blue Cross | Anthem Blue Cross | Anthem Blue Cross is a current client of one or more business units of FTI in matters unrelated to the |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | Debtors and these Chapter 11 Cases. |
| Apache | Apache | Apache is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Apollo | Apollo | Apollo is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| APTIM | APTIM | APTIM is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| ARB Inc. | ARB Inc. | ARB Inc. is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Arch Insurance Company | Arch Insurance Company | Arch Insurance Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Arch Insurance Company (Europe) | Arch Insurance Company (Europe) | Arch Insurance Company (Europe) is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Arch Reinsurance | Arch Reinsurance | Arch Reinsurance is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Archer Norris | Archer Norris | Archer Norris is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| Arent Fox | Arent Fox | Arent Fox is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Arnold & Porter Kaye Scholer | Arnold & Porter Kaye Scholer | Arnold & Porter Kaye Scholer is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| ARRIS Group, Inc. | ARRIS Group, Inc. | ARRIS Group, Inc. is a current client of one or more business units of FTI in the Environmental Solutions Engagement, involving one or more of the Debtor. |
| Aspen Insurance Company | Aspen Insurance Company | Aspen Insurance Company is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Aspen Specialty Insurance Company | Aspen Specialty Insurance Company | Aspen Specialty Insurance Company is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| AT&T | AT&T | AT&T is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| AT&T Corporation | AT&T Corporation | AT&T Corporation is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| AT&T Mobility II | AT&T Mobility II | AT&T Mobility II is a former client of one or more business units of FTI in matters |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | unrelated to the Debtors and these Chapter 11 Cases. |
| AT&T Network | AT&T Network | AT&T Network is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Atlantic Coast | Atlantic Coast | Atlantic Coast is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Atlantica Yield | Atlantica Yield | Atlantica Yield is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Atlas Copco | Atlas Copco | Atlas Copco is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Attestor Capital LLP | Attestor Capital LLP | Prior to the Petition Date, the insurance practice group of FTI's Forensic & Litigation Consulting business segment, was retained by the purchaser of insurance subrogation claims to assist in connection with certain US insurance companies holding subrogation claims, which claims may be against the Debtors. |
| Attorney General for the State of California (Xavier Becerra) | Attorney General for the State of California (Xavier Becerra) | Attorney General for the State of California (Xavier Becerra) is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Avista Energy | Avista Energy | Avista Energy is a former client of one or more business units of FTI in matters |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | adverse to the Debtors but unrelated to these Chapter 11 Cases. |
| Avista Utilities | Avista Utilities | Avista Utilities is a former client of one or more business units of FTI in matters adverse to the Debtors but unrelated to these Chapter 11 Cases. |
| AXIS Insurance Company | AXIS Insurance Company | AXIS Insurance Company is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| BakerCorp | BakerCorp | BakerCorp is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Baker Hostetler | Baker Hostetler | Baker Hostetler is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Bank of America | Bank of America | Bank of America is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Bank of America Merrill Lynch | Bank of America Merrill Lynch | Bank of America Merrill Lynch is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Bank of America, N.A. | Bank of America, N.A. | Bank of America, N.A. is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Bank of Montreal | Bank of Montreal | Bank of Montreal is a current client of one or more business |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Bank of New York Mellon | Bank of New York Mellon | Bank of New York Mellon is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Barclays Bank | Barclays Bank | Barclays Bank is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Barclays Bank PLC | Barclays Bank PLC | Barclays Bank PLC is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Barclays Capital | Barclays Capital | Barclays Capital is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| John Barrie | John Barrie | John Barrie is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Baupost | Baupost | Baupost is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Baupost Group SSgA Funds Management | Baupost Group SSgA Funds Management | Baupost Group SSgA Funds Management is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| BC Hydro | BC Hydro | BC Hydro is a former client of one or more business units of FTI in matters adverse to the |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | Debtors but unrelated to these Chapter 11 Cases. |
| Xavier Becerra | Xavier Becerra | Xavier Becerra is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Robert Bell | Robert Bell | Robert Bell is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Berkley Insurance Company | Berkley Insurance Company | Berkley Insurance Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Berkley Regional Insurance Company | Berkley Regional Insurance Company | Berkley Regional Insurance Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Bigge Crane and Rigging Co. | Bigge Crane and Rigging Co. | Bigge Crane and Rigging Co. is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Black & Veatch Corporation | Black & Veatch Corporation | Black & Veatch Corporation is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| BlackRock | BlackRock | BlackRock is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Blue Cross of California | Blue Cross of California | Blue Cross of California is a current client of one or more business units of FTI in |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
| --- | --- | --- |
| | | matters unrelated to the Debtors and these Chapter 11 Cases. |
| Blue Mountain Capital Management | Blue Mountain Capital Management | Blue Mountain Capital Management is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| BlueMountain Capital Management | BlueMountain Capital Management | BlueMountain Capital Management is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| BNP Paribas | BNP Paribas | BNP Paribas is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| BNP Paribas Securities Corp. | BNP Paribas Securities Corp. | BNP Paribas Securities Corp. is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| BNP Paribas US | BNP Paribas US | BNP Paribas US is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Bolttech-Mannings | Bolttech-Mannings | Bolttech-Mannings is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Boy Scouts of America | Boy Scouts of America | Boy Scouts of America is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| BP Energy Company | BP Energy Company | BP Energy Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| BP Products North America | BP Products North America | BP Products North America is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Bridgestone Corporation | Bridgestone Corporation | Bridgestone Corporation is a current client of one or more business units of FTI in the Environmental Solutions Engagement, involving one or more of the Debtor. |
| Michael Brooks | Michael Brooks | Michael Brooks is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Donald Brown | Donald Brown | Donald Brown is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| California Dept. of Water Resources | California Dept. of Water Resources | California Dept. of Water Resources is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| California Franchise Tax Board | California Franchise Tax Board | California Franchise Tax Board is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Calpine | Calpine | Calpine is a current client of one or more business units of FTI in matters unrelated to |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | the Debtors and these Chapter 11 Cases. |
| Calpine Corporation | Calpine Corporation | Calpine Corporation is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Caltrol | Caltrol | Caltrol is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Camacho | Camacho | Camacho is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Cameron International Corporation | Cameron International Corporation | Cameron International Corporation is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Canadian Imperial Bank of Commerce | Canadian Imperial Bank of Commerce | Canadian Imperial Bank of Commerce is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Canadian Imperial Bank of Commerce New York Branch | Canadian Imperial Bank of Commerce New York Branch | Canadian Imperial Bank of Commerce New York Branch is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Canon Solutions America | Canon Solutions America | Canon Solutions America is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| Cardinal | Cardinal | Cardinal is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Cardno | Cardno | Cardno is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Cargill | Cargill | Cargill is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Pryor Cashman | Pryor Cashman | Pryor Cashman is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Centerbridge Partners | Centerbridge Partners | Centerbridge Partners is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Centerview | Centerview | Centerview is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Charter Communications | Charter Communications | Charter Communications is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Lida Chase | Lida Chase | Lida Chase is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Chevron Products Company | Chevron Products Company | Chevron Products Company is a current client of one or |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Chevron USA, Inc. | Chevron USA, Inc. | Chevron USA, Inc. is a current client of FTI's Technology Consulting group in matters involving one or more of the Debtors as a co-defendant but unrelated to these Chapter 11 Cases. |
| Chevron | Chevron | Chevron is a current client of one or more business units of FTI in the Environmental Solutions Engagement, involving the Debtors. |
| Chrysler | Chrysler | Chrysler is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Chubb National Insurance Company | Chubb National Insurance Company | Chubb National Insurance Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Citi | Citi | Citi is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Citibank, N.A. | Citibank, N.A. | Citibank, N.A. is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Citigroup | Citigroup | Citigroup is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Citigroup Global Markets | Citigroup Global Markets | Citigroup Global Markets is a current client of one or more |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
| --- | --- | --- |
| | | business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| City of Seattle | City of Seattle | City of Seattle is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Clearway Energy | Clearway Energy | Clearway Energy is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Clearway Energy Group LLC | Clearway Energy Group LLC | Clearway Energy Group LLC is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| CNA Insurance Company | CNA Insurance Company | CNA Insurance Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Coastal Chemical Co. | Coastal Chemical Co. | Coastal Chemical Co. is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Coblentz Patch | Coblentz Patch | Coblentz Patch is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Cochrane | Cochrane | Cochrane is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Comcast | Comcast | Comcast is a current client of one or more business units of |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Conoco Phillips Company | Conoco Phillips Company | Conoco Phillips Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Conocophillips | Conocophillips | Conocophillips is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Constellation Energy Group | Constellation Energy Group | Constellation Energy Group is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Constellation NewEnergy, Inc. | Constellation NewEnergy, Inc. | Constellation NewEnergy, Inc. is a former client of one or more business units of FTI in matters adverse to the Debtors but unrelated to these Chapter 11 Cases. |
| Cooley | Cooley | Cooley is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Cravath, Swaine & Moore | Cravath, Swaine & Moore | Cravath, Swaine & Moore is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Crown Energy Services, Inc. | Crown Energy Services, Inc. | Crown Energy Services, Inc. is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| CSE Safeguard Insurance Company | CSE Safeguard Insurance Company | CSE Safeguard Insurance Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Danning, Gill, Diamond & Kollitz | Danning, Gill, Diamond & Kollitz | Danning, Gill, Diamond & Kollitz is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Davis Polk & Wardwell LLP | Davis Polk & Wardwell LLP | Davis Polk & Wardwell LLP is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| DE Shaw | DE Shaw | DE Shaw is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Dell Financial Services | Dell Financial Services | Dell Financial Services is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Deloitte & Touche | Deloitte & Touche | Deloitte & Touche is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Delta Tech Service, Inc. | Delta Tech Service, Inc. | Delta Tech Service, Inc. is a current client of one or more business units of FTI in the Environmental Solutions Engagement, involving one or more of the Debtor. |
| Dentons US LLP | Dentons US LLP | Dentons US LLP is a current client of one or more business units of FTI in matters |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | unrelated to the Debtors and these Chapter 11 Cases. |
| Department of Labor | Department of Labor | Department of Labor is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Deutsche Bank National Trust Company | Deutsche Bank National Trust Company | Deutsche Bank National Trust Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Deutsche Bank Trust Company Americas | Deutsche Bank Trust Company Americas | Deutsche Bank Trust Company Americas is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Dinsmore & Shohl | Dinsmore & Shohl | Dinsmore & Shohl is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| DLA Piper (US) | DLA Piper (US) | DLA Piper (US) is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Dow Chemical | Dow Chemical | Dow Chemical is a current client of FTI's Forensic & Litigation Consulting Group in the Environmental Solutions Engagement, involving one or more of the Debtor. |
| DuPont | DuPont | DuPont is a current client of FTI's Forensic & Litigation Consulting Group in the Environmental Solutions |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | Engagement, involving one or more of the Debtor. |
| Dynegy Marketing and Trade | Dynegy Marketing and Trade | Dynegy Marketing and Trade is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Dynegy Power | Dynegy Power | Dynegy Power is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| E & J Gallo Winery | E & J Gallo Winery | E & J Gallo Winery is a current client of one or more business units of FTI in the Environmental Solutions Engagement, involving one or more of the Debtor. |
| Eaton Corporation | Eaton Corporation | Eaton Corporation is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| EDF Renewable Energy | EDF Renewable Energy | EDF Renewable Energy is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Edison Electric Institute | Edison Electric Institute | Edison Electric Institute is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Edison Electric Institute (EEI) | Edison Electric Institute (EEI) | Edison Electric Institute (EEI) is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| Edison Electric Institute; Electric Power Research Institute | Edison Electric Institute; Electric Power Research Institute | Edison Electric Institute; Electric Power Research Institute is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Elliott Management | Elliott Management | Elliott Management is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Elliott Management Corporation | Elliott Management Corporation | Elliott Management Corporation is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Enbridge | Enbridge | Enbridge is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Encana Corporation | Encana Corporation | Encana Corporation is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Environmental Protection Agency | Environmental Protection Agency | Environmental Protection Agency is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| EOG Resources | EOG Resources | EOG Resources is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Equinix | Equinix | Equinix is a current client of one or more business units of FTI in matters unrelated to |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | the Debtors and these Chapter 11 Cases. |
| Eversheds Sutherland | Eversheds Sutherland | Eversheds Sutherland is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Evoqua Water Technologies | Evoqua Water Technologies | Evoqua Water Technologies was a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Evoqua Water Technologies | Evoqua Water Technologies | Evoqua Water Technologies is a current client of FTI's Forensic & Litigation Consulting Group in the Environmental Solutions Engagement, involving one or more of the Debtor. |
| Exelon Corporation | Exelon Corporation | Exelon Corporation is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Exelon Generation | Exelon Generation | Exelon Generation is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Exelon Generation Company | Exelon Generation Company | Exelon Generation Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Extreme Plastics Plus | Extreme Plastics Plus | Extreme Plastics Plus is a former client of one or more business units of FTI in matters unrelated to the |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | Debtors and these Chapter 11 Cases. |
| Exponent | Exponent | Exponent is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| ExxonMobil Corp. | ExxonMobil Corp. | ExxonMobil Corp. is a current client of one or more business units of FTI in the Environmental Solutions Engagement, involving one or more of the Debtor. |
| Farella Braun | Farella Braun | Farella Braun is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Farmers Insurance Company | Farmers Insurance Company | Farmers Insurance Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Federal Insurance Company | Federal Insurance Company | Federal Insurance Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases |
| Fire Insurance Exchange | Fire Insurance Exchange | Fire Insurance Exchange is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| First Reserve | First Reserve | First Reserve is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Jonathan Fishman | Jonathan Fishman | Jonathan Fishman is a current client of one or more business units of FTI in matters |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | unrelated to the Debtors and these Chapter 11 Cases. |
| Fluor Corporation | Fluor Corporation | Fluor Corporation is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| FMC Corporation | FMC Corporation | FMC Corporation is a current client of one or more business units of FTI in the Environmental Solutions Engagement, involving one or more of the Debtor. |
| Ford Motor Company | Ford Motor Company | Ford Motor Company is a current client of FTI's Forensic & Litigation Consulting Group in the Environmental Solutions Engagement, involving one or more of the Debtor. |
| Frito-Lay | Frito-Lay | Frito-Lay is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Frontier Communications | Frontier Communications | Frontier Communications is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Frontier Communications of America | Frontier Communications of America | Frontier Communications of America is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Gallo Glass | Gallo Glass | Gallo Glass is a current client of one or more business units of FTI in the Environmental Solutions Engagement, involving one or more of the Debtor. |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| General Electric International | General Electric International | General Electric International is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Geo-Solutions Inc. | Geo-Solutions Inc. | Geo-Solutions Inc. is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Georgia Pacific | Georgia Pacific | Georgia Pacific is a current client of FTI's Forensic & Litigation Consulting Group in the Environmental Solutions Engagement, involving one or more of the Debtor. |
| GFI Brokers | GFI Brokers | GFI Brokers is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Glidden | Glidden | Glidden is a current client of one or more business units of FTI in the Environmental Solutions Engagement, involving one or more of the Debtor. |
| Goldman Sachs Bank USA | Goldman Sachs Bank USA | Goldman Sachs Bank USA is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Google | Google | Google is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Graphic Packaging International | Graphic Packaging International | Graphic Packaging International is a current client of one or more business |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Great American Insurance Company | Great American Insurance Company | Great American Insurance Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Great West Life and Annuity Insurance Company | Great West Life and Annuity Insurance Company | Great West Life and Annuity Insurance Company is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Greenberg Traurig | Greenberg Traurig | Greenberg Traurig is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Hanson Bridgett | Hanson Bridgett | Hanson Bridgett is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| HART High-voltage Apparatus Repair & Testing Co. | HART High-voltage Apparatus Repair & Testing Co. | HART High-voltage Apparatus Repair & Testing Co. is a former client of one or more business segments of FTI in matters opposing the Debtors but unrelated to these Chapter 11 Cases. |
| Hartford Casualty Insurance Company | Hartford Casualty Insurance Company | Hartford Casualty Insurance Company is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Hawke McKeon & Sniscak LLP | Hawke McKeon & Sniscak LLP | Hawke McKeon & Sniscak LLP is a current client of one or more business units of FTI in matters unrelated to the |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | Debtors and these Chapter 11 Cases. |
| HD Supply | HD Supply | HD Supply is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Henkels & McCoy, Inc. | Henkels & McCoy, Inc. | Henkels & McCoy, Inc. is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Hewlett Packard Inc. | Hewlett Packard Inc. | Hewlett Packard Inc. is a current client of FTI's Forensic & Litigation Consulting Group in the Environmental Solutions Engagement, involving one or more of the Debtor. |
| Holland & Knight | Holland & Knight | Holland & Knight is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Honeywell HPS, Honeywell International Inc. | Honeywell International Inc. | Honeywell International Inc. is a current client of one or more business units of FTI in the Environmental Solutions Engagement, involving one or more of the Debtor. |
| Hunton Andrews Kurth | Hunton Andrews Kurth | Hunton Andrews Kurth is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Iberdrola Renewables | Iberdrola Renewables | Iberdrola Renewables is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| Icap | Icap | Icap is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Icap Capital Markets (Canada) | Icap Capital Markets (Canada) | Icap Capital Markets (Canada) is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| ICAP Energy | ICAP Energy | ICAP Energy is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Illinois Union Insurance Company | Illinois Union Insurance Company | Illinois Union Insurance Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Infosys Limited | Infosys Limited | Infosys Limited is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Insituform Technologies | Insituform Technologies | Insituform Technologies is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Internal Revenue Service | Internal Revenue Service | Internal Revenue Service is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| International Brotherhood of Electrical Workers | International Brotherhood of Electrical Workers | International Brotherhood of Electrical Workers is a current client of one or more business units of FTI in matters unrelated to the |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | Debtors and these Chapter 11 Cases. |
| International Business Machines | International Business Machines | International Business Machines is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Invenergy Wind Development | Invenergy Wind Development | Invenergy Wind Development is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Irell & Manella | Irell & Manella | Irell & Manella is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Ironshore | Ironshore | Ironshore is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| IT International Landfill Trust | IT International Landfill Trust | IT International Landfill Trust is a current client of FTI's Forensic & Litigation Consulting Group in the Environmental Solutions Engagement, involving one or more of the Debtor. |
| J.P. Morgan Securities | J.P. Morgan Securities | J.P. Morgan Securities is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Jackson Lewis | Jackson Lewis | Jackson Lewis is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Jenner & Block | Jenner & Block | Jenner & Block is a current client of one or more business |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Mark Johnson | Mark Johnson | Mark Johnson is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Mark Johnson | Mark Johnson | Mark Johnson is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Johnson Controls | Johnson Controls | Johnson Controls is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Mary Jones | Mary Jones | Mary Jones is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Jones Day | Jones Day | Jones Day is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| JP Morgan Securities | JP Morgan Securities | JP Morgan Securities is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| JPMorgan Chase Bank, N.A. | JPMorgan Chase Bank, N.A. | JPMorgan Chase Bank, N.A. is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| J-W Power Company | J-W Power Company | J-W Power Company is a former client of one or more business units of FTI in matters unrelated to the |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | Debtors and these Chapter 11 Cases. |
| Kaiser Foundation Health Plan | Kaiser Foundation Health Plan | Kaiser Foundation Health Plan is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Peter Knight | Peter Knight | Peter Knight is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Kone | Kone | Kone is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Latham & Watkins | Latham & Watkins | Latham & Watkins is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Robert Lee | Robert Lee | Robert Lee is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Lehman Brothers | Lehman Brothers | Lehman Brothers is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Level 3 Communications | Level 3 Communications | Level 3 Communications is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Levin Richmond Terminal | Levin Richmond Terminal | Levin Richmond Terminal is a current client of one or more business units of FTI in the Environmental Solutions |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | Engagement, involving one or more of the Debtor. |
| Lexington Insurance Company | Lexington Insurance Company | Lexington Insurance Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Liberty Mutual Fire Insurance Company | Liberty Mutual Fire Insurance Company | Liberty Mutual Fire Insurance Company is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Liberty Mutual Insurance Company | Liberty Mutual Insurance Company | Liberty Mutual Insurance Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Liberty Mutual Insurance Europe Limited | Liberty Mutual Insurance Europe Limited | Liberty Mutual Insurance Europe Limited is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Mark Light | Mark Light | Mark Light is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Littler Mendelson | Littler Mendelson | Littler Mendelson is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Live Nation | Live Nation | Live Nation is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Lloyd's of London | Lloyd's of London | Lloyd's of London is a current client of one or more business units of FTI in |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | matters unrelated to the Debtors and these Chapter 11 Cases. |
| Lloyds of London (various) | Lloyds of London (various) | Lloyds of London (various) is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Lloyd's of London Syndicates | Lloyd's of London Syndicates | Lloyd's of London Syndicates is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Locke Lord | Locke Lord | Locke Lord is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Lockheed Martin Space Systems Co | Lockheed Martin Space Systems Co | Lockheed Martin Space Systems Co is a current client of FTI's Forensic & Litigation Consulting Group in the Environmental Solutions Engagement, involving one or more of the Debtor. |
| Robert Lowry | Robert Lowry | Robert Lowry is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Manatt Phelps | Manatt Phelps | Manatt Phelps is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Michael Martin | Michael Martin | Michael Martin is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Robert Martin | Robert Martin | Robert Martin is a current client of one or more business |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Mayer Brown | Mayer Brown | Mayer Brown is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| McDermott, Will & Emery | McDermott, Will & Emery | McDermott, Will & Emery is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| McKinsey & Company, Inc. U.S. | McKinsey & Company, Inc. U.S. | McKinsey & Company, Inc. U.S. is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Merrill Lynch | Merrill Lynch | Merrill Lynch is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Merrill Lynch Commodities | Merrill Lynch Commodities | Merrill Lynch Commodities is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Merrill Lynch, Pierce, Fenner & Smith | Merrill Lynch, Pierce, Fenner & Smith | Merrill Lynch, Pierce, Fenner & Smith is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| MetLife | MetLife | MetLife is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Milbak Tweed Hadley & McCloy | Milbak Tweed Hadley & McCloy | Milbak Tweed Hadley & McCloy is a current client of |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Missouri Public Service Company dba Aquila, Inc. | Missouri Public Service Company dba Aquila Inc. | Missouri Public Service Company dba Aquila Inc. is a former client of one or more business units of FTI in matters adverse to the Debtors, but unrelated to these Chapter 11 Cases. |
| Mizuho | Mizuho | Mizuho is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Mizuho Bank | Mizuho Bank | Mizuho Bank is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Mizuho Corporate Bank | Mizuho Corporate Bank | Mizuho Corporate Bank is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Montague | Montague | Montague is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Morgan Stanley / ISG Operations | Morgan Stanley / ISG Operations | Morgan Stanley / ISG Operations is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Morgan Stanley Bank | Morgan Stanley Bank | Morgan Stanley Bank is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| Morgan Stanley Capital Group | Morgan Stanley Capital Group | Morgan Stanley Capital Group is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Morrison & Foerster | Morrison & Foerster | Morrison & Foerster is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| MS Amlin | MS Amlin | MS Amlin is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| MUFG | MUFG | MUFG is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| MUFG Union Bank, N.A. | MUFG Union Bank, N.A. | MUFG Union Bank, N.A. is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Munger Tolles | Munger Tolles | Munger Tolles is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Munger, Tolles & Olson | Munger, Tolles & Olson | Munger, Tolles & Olson is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Munich Re | Munich Re | Munich Re is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| Munich Re U.S. | Munich Re U.S. | Munich Re U.S. is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| National Oilwell Varco | National Oilwell Varco | National Oilwell Varco is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Nationwide | Nationwide | Nationwide is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Nautilus Insurance Company | Nautilus Insurance Company | Nautilus Insurance Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| New Cingular Wireless PCS | New Cingular Wireless PCS | New Cingular Wireless PCS is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| NextEra | NextEra | NextEra is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| NextEra Energy Inc. | NextEra Energy Inc. | NextEra Energy Inc. is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| NextEra Energy Marketing | NextEra Energy Marketing | NextEra Energy Marketing is a current client of one or more business units of FTI in matters unrelated to the |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | Debtors and these Chapter 11 Cases. |
| NextEra Energy Partners | NextEra Energy Partners | NextEra Energy Partners is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| NextEra Energy Resources | NextEra Energy Resources | NextEra Energy Resources is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Nixon Peabody | Nixon Peabody | Nixon Peabody is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Norton Rose | Norton Rose | Norton Rose is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Nossaman | Nossaman | Nossaman is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| NRG Energy | NRG Energy | NRG Energy is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Nuclear Regulatory Commission | Nuclear Regulatory Commission | Nuclear Regulatory Commission is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Nuclear Regulatory Commission (NRC) | Nuclear Regulatory Commission (NRC) | Nuclear Regulatory Commission (NRC) is a current client of one or more business units of FTI in |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | matters unrelated to the Debtors and these Chapter 11 Cases. |
| NV Energy | NV Energy | NV Energy is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| O'Melveny & Myers | O'Melveny & Myers | O'Melveny & Myers is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Oil Casualty Insurance Limited (OCIL) | Oil Casualty Insurance Limited (OCIL) | Oil Casualty Insurance Limited (OCIL) is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Oracle America | Oracle America | Oracle America is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Otis Elevator Company | Otis Elevator Company | Otis Elevator Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Pabst | Pabst | Pabst is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Pacific Bell Telephone Company | Pacific Bell Telephone Company | Pacific Bell Telephone Company is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Pacific Life | Pacific Life | Pacific Life is a former client of one or more business units |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
| --- | --- | --- |
| | | of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Pacificorp | Pacificorp | Pacificorp is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Paul Hastings | Paul Hastings | Paul Hastings is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Paul, Weiss, Rifkind, Wharton & Garrison | Paul, Weiss, Rifkind, Wharton & Garrison is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Perella Weinberg | Perella Weinberg | Perella Weinberg is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Calvin Perry | Calvin Perry | Calvin Perry is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Phillips 66 | Phillips 66 | Phillips 66 is a current client of one or more business units of FTI in the Environmental Solutions Engagement, involving one or more of the Debtor. |
| Pillsbury | Pillsbury | Pillsbury is a current client of one or more business units of |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| PIMCO | PIMCO | PIMCO is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Pitney Bowes Global Financial Services LLC | Pitney Bowes Global Financial Services LLC | Pitney Bowes Global Financial Services LLC is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Powerex | Powerex | Powerex is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Powerex Corp. | Powerex Corp. | Powerex Corp. is a former client of one or more business units of FTI in matters adverse to the Debtors but unrelated to these Chapter 11 Cases. |
| Powerex Energy | Powerex Energy | Powerex Energy is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| PP&L | PP&L | PP&L is a former client of one or more business units of FTI in matters adverse to the Debtors but unrelated to these Chapter 11 Cases. |
| PSC Colorado | PSC Colorado | PSC Colorado is a former client of one or more business units of FTI in matters adverse to the Debtors but unrelated to these Chapter 11 Cases. |
| Praxair | Praxair | Praxair is a former client of one or more business units of FTI in matters unrelated to |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | the Debtors and these Chapter 11 Cases. |
| PricewaterhouseCoopers | PricewaterhouseCoopers | PricewaterhouseCoopers is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Prime Clerk | Prime Clerk | Prime Clerk is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Pro Safety & Rescue, Inc. | Pro Safety & Rescue, Inc. | Pro Safety & Rescue, Inc. is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Procter & Gamble | Procter & Gamble | Procter & Gamble is a current client of FTI's Forensic & Litigation Consulting Group in the Environmental Solutions Engagement, involving one or more of the Debtor. |
| Progressive Direct Insurance Company | Progressive Direct Insurance Company | Progressive Direct Insurance Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Prologis | Prologis | Prologis is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Proskauer Rose | Proskauer Rose | Proskauer Rose is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Prudential | Prudential | Prudential is a current client of one or more business units |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Prudential Financial | Prudential Financial | Prudential Financial is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Puget Sound Energy | Puget Sound Energy | Puget Sound Energy is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| PWC | PWC | PWC is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| QBE Insurance Corporation | QBE Insurance Corporation | QBE Insurance Corporation is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| QBE Specialty Insurance Company | QBE Specialty Insurance Company | QBE Specialty Insurance Company is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Queen of the Valley Medical Center | Queen of the Valley Medical Center | Queen of the Valley Medical Center is a former client of one or more business units of FTI in matters involving the Debtors as co-defendant but unrelated to these Chapter 11 Cases. |
| RBC Capital Markets | RBC Capital Markets | RBC Capital Markets is a former client of one or more business units of FTI in matters unrelated to the |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | Debtors and these Chapter 11 Cases. |
| Realty Income Corporation | Realty Income Corporation | Realty Income Corporation is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Recurrent Energy | Recurrent Energy | Recurrent Energy is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Regents of the University of California | Regents of the University of California | Regents of the University of California is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Reliant Energy Services | Reliant Energy Services | Reliant Energy Services is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Republic Services | Republic Services | Republic Services is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| RLI Insurance Company | RLI Insurance Company | RLI Insurance Company is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Rosendin Electric | Rosendin Electric | Rosendin Electric is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Ropes & Gray | Ropes & Gray | Ropes & Gray is a current client of one or more business units of FTI in matters |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | unrelated to the Debtors and these Chapter 11 Cases. |
| Rothschild | Rothschild | Rothschild is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Royal Bank of Canada | Royal Bank of Canada | Royal Bank of Canada is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Royal Bank of Canada (RBC) | Royal Bank of Canada (RBC) | Royal Bank of Canada (RBC) is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Royal Bank of Scotland | Royal Bank of Scotland | Royal Bank of Scotland is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Royal Bank of Scotland ("RBS") | Royal Bank of Scotland ("RBS") | Royal Bank of Scotland ("RBS") is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Royal Sun Alliance | Royal Sun Alliance | Royal Sun Alliance is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| RPS | RPS | RPS is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Russell City Energy Company | Russell City Energy Company | Russell City Energy Company is a former client of |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| San Diego Gas & Electric Co. | San Diego Gas & Electric Co. | San Diego Gas & Electric Co. is a former client of one or more business units of FTI in matters involving one or more of the Debtors but unrelated to these Chapter 11 Cases. |
| San Diego Gas and Electric | San Diego Gas and Electric | San Diego Gas and Electric is a former client of one or more business units of FTI in matters involving one or more of the Debtors but unrelated to these Chapter 11 Cases. |
| Luis Saavedra | Luis Saavedra | Luis Saavedra is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| SBA Communications Corporation | SBA Communications Corporation | SBA Communications Corporation is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Schindler Elevator Corp. | Schindler Elevator Corp. | Schindler Elevator Corp. is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Schneider Electric USA | Schneider Electric USA | Schneider Electric USA is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Sedgwick | Sedgwick | Sedgwick is a former client of one or more business units of FTI in matters unrelated to |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | the Debtors and these Chapter 11 Cases. |
| Sempra Energy | Sempra Energy | Sempra Energy is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Service Employees International | Service Employees International | Service Employees International is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Shell | Shell | Shell is a current client of FTI's Forensic & Litigation Consulting Group in the Environmental Solutions Engagement, involving one or more of the Debtor. |
| Shell Energy North America (US) | Shell Energy North America (US) | Shell Energy North America (US) is a former client of one or more business units of FTI in matters adverse to the Debtors but unrelated to these Chapter 11 Cases. |
| Sheppard Mullin | Sheppard Mullin | Sheppard Mullin is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Sidley Austin | Sidley Austin | Sidley Austin is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Siemens Energy | Siemens Energy | Siemens Energy is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Siemens Industry Inc. | Siemens Industry Inc. | Siemens Industry Inc. is a current client of one or more business units of FTI in matters unrelated to the |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | Debtors and these Chapter 11 Cases. |
| Simpson Thacher & Bartlett | Simpson Thacher & Bartlett | Simpson Thacher & Bartlett is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| James Smith | James Smith | James Smith is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Jeffrey Smith | Jeffrey Smith | Jeffrey Smith is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Southern California Edison Company | Southern California Edison Company | Southern California Edison Company is a former client of one or more business units of FTI in matters involving the Debtors as co-plaintiff but unrelated to these Chapter 11 Cases. |
| Southern California Gas Company | Southern California Gas Company | Southern California Gas Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Sprint | Sprint | Sprint is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Sprint Spectrum- Nextel | Sprint Spectrum- Nextel | Sprint Spectrum- Nextel is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| SRI International | SRI International | SRI International is a former client of one or more business |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Starwood Energy Group Global | Starwood Energy Group Global | Starwood Energy Group Global is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| State Farm | State Farm | State Farm is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| State Farm General Insurance Company | State Farm General Insurance Company | State Farm General Insurance Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| State Farm Mutual Automobile Insurance Company | State Farm Mutual Automobile Insurance Company | State Farm Mutual Automobile Insurance Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| State Farm Mutual Automobile Insurance Company | State Farm Mutual Automobile Insurance Company | State Farm Mutual Automobile Insurance Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Steptoe & Johnson | Steptoe & Johnson | Steptoe & Johnson is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Stop & Shop | Stop & Shop | Stop & Shop is a former client of one or more business units of FTI in matters |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | unrelated to the Debtors and these Chapter 11 Cases. |
| Stroock & Stroock & Lavan | Stroock & Stroock & Lavan | Stroock & Stroock & Lavan is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Sumitomo Mitsui Banking Corporation | Sumitomo Mitsui Banking Corporation | Sumitomo Mitsui Banking Corporation is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Suncor Energy | Suncor Energy | Suncor Energy is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Sunflower Bank, National Association | Sunflower Bank, National Association | Sunflower Bank, National Association is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| T. Rowe Price Associates | T. Rowe Price Associates | T. Rowe Price Associates is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| TALX Corp. | TALX Corp. | TALX Corp. is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Robert Taylor | Robert Taylor | Robert Taylor is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| TD Bank, N.A. | TD Bank, N.A. | TD Bank, N.A. is a current client of one or more business units of FTI in matters |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | unrelated to the Debtors and these Chapter 11 Cases. |
| TD Securities | TD Securities | TD Securities is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Teachers Insurance and Annuity Association of America (TIAA) | Teachers Insurance and Annuity Association of America (TIAA) | Teachers Insurance and Annuity Association of America (TIAA) is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Technology Insurance Company | Technology Insurance Company | Technology Insurance Company is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Tesoro Refining & Marketing Company | Tesoro Refining & Marketing Company | Tesoro Refining & Marketing Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Tetra Tech | Tetra Tech | Tetra Tech is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| The Bank of New York Mellon | The Bank of New York Mellon | The Bank of New York Mellon is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| The Bank of New York Mellon, N.A. | The Bank of New York Mellon, N.A. | The Bank of New York Mellon, N.A. is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| The Bank of New York Trust Company, N.A. | The Bank of New York Trust Company, N.A. | The Bank of New York Trust Company, N.A. is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| The Bank of Tokyo-Mitsubishi UFJ | The Bank of Tokyo-Mitsubishi UFJ | The Bank of Tokyo-Mitsubishi UFJ is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| T-Mobile | T-Mobile | T-Mobile is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| T-Mobile USA | T-Mobile USA | T-Mobile USA is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| The Regents of the University of California | The Regents of the University of California | The Regents of the University of California is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| The Travelers Indemnity Company | The Travelers Indemnity Company | The Travelers Indemnity Company is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| The Travelers Indemnity Company Of America | The Travelers Indemnity Company Of America | The Travelers Indemnity Company Of America is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| The Vanguard Group | The Vanguard Group | The Vanguard Group is a former client of one or more business units of FTI in |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | matters unrelated to the Debtors and these Chapter 11 Cases. |
| Tiger Natural Gas, Inc. | Tiger Natural Gas, Inc. | Prior to the Petition Date, FTI's Forensic & Litigation Consulting business segment was retained by counsel to provide litigation support to Tiger Natural Gas, Inc. in litigation against the Debtors. |
| Toronto Dominion Bank | Toronto Dominion Bank | Toronto Dominion Bank is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Total Gas | Total Gas | Total Gas is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| TransCanada Energy Ltd. | TransCanada Energy Ltd. | TransCanada Energy Ltd. is a former client of one or more business units of FTI in matters adverse to the Debtors but unrelated to these Chapter 11 Cases. |
| Travelers Insurance Company of America | Travelers Insurance Company of America | Travelers Insurance Company of America is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Troutman Sanders | Troutman Sanders | Troutman Sanders is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Turner Construction Company | Turner Construction Company | Turner Construction Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| Twin City Fire Insurance Company | Twin City Fire Insurance Company | Twin City Fire Insurance Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| UBS Investment Bank | UBS Investment Bank | UBS Investment Bank is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| UBS Securities | UBS Securities | UBS Securities is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| UCSF | UCSF | UCSF is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Union Bank of California | Union Bank of California | Union Bank of California is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Union Pacific Railroad Company | Union Pacific Railroad Company | Union Pacific Railroad Company is a current client of one or more business units of FTI in the Environmental Solutions Engagement, involving the Debtors. |
| United Airlines (Cogen) | United Airlines (Cogen) | United Airlines (Cogen) is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| United Energy | United Energy | United Energy is a former client of one or more business units of FTI in matters opposed to the Debtors but |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | unrelated to these Chapter 11 Cases. |
| United Energy Trading, LLC | United Energy Trading, LLC | United Energy Trading, LLC is a former client of FTI's Forensic & Litigation Consulting Group in matters opposed to the Debtors but unrelated to these Chapter 11 Cases. |
| United Rentals | United Rentals | United Rentals is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| United Services Automobile Association | United Services Automobile Association | United Services Automobile Association is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| United States of America | United States of America | United States of America is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| United Technologies Corp. | United Technologies Corp. | United Technologies Corp. is a current client of FTI's Forensic & Litigation Consulting Group in the Environmental Solutions Engagement, involving one or more of the Debtor. |
| Univar USA | Univar USA | Univar USA is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| University of Miami | University of Miami | University of Miami is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| US Bank | US Bank | US Bank is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| U.S. Bank, N.A. | U.S. Bank, N.A. | U.S. Bank, N.A.is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| U.S. Bank N.A. Global Corporate Trust Services | U.S. Bank N.A. Global Corporate Trust Services | U.S. Bank N.A. Global Corporate Trust Services is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| US Bank National Association | US Bank National Association | US Bank National Association is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| U.S. Bank National Association | U.S. Bank National Association | U.S. Bank National Association is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| U.S. Department of the Interior | U.S. Department of the Interior | U.S. Department of the Interior is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| U.S. Department of Justice | U.S. Department of Justice | U.S. Department of Justice is a former client of one or more business units of FTI in matters opposed to the Debtors, but unrelated to these Chapter 11 Cases. |
| U.S. Environmental Protection Agency | U.S. Environmental Protection Agency | U.S. Environmental Protection Agency is a current client of one or more |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| US Nuclear Regulatory Commission | US Nuclear Regulatory Commission | US Nuclear Regulatory Commission is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| US Pipeline | US Pipeline | US Pipeline is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| US Securities and Exchange Commission | US Securities and Exchange Commission | US Securities and Exchange Commission is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| US Steel | US Steel | US Steel is a current client of one or more business units of FTI in the Environmental Solutions Engagement, involving one or more of the Debtor. |
| USAA Casualty Insurance Company | USAA Casualty Insurance Company | USAA Casualty Insurance Company is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| USS-POSCO | USS-POSCO | USS-POSCO is a current client of FTI's Forensic & Litigation Consulting Group in the Environmental Solutions Engagement, involving one or more of the Debtor. |
| Valero Refining Company | Valero Refining Company | Valero Refining Company is a former client of one or more business units of FTI in matters adverse to Pacific |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | Gas & Electric Company but unrelated to these Chapter 11 Cases. |
| Valero Refining Company-California | Valero Refining Company-California | Valero Refining Company-California is a former client of one or more business units of FTI in matters adverse to Pacific Gas & Electric Company but unrelated to these Chapter 11 Cases. |
| Valspar Corporation | Valspar Corporation | Valspar Corporation is a current client of one or more business units of FTI in the Environmental Solutions Engagement, involving one or more of the Debtor. |
| Van Ness Feldman | Van Ness Feldman | Van Ness Feldman is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Vedder Price | Vedder Price | Vedder Price is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Verizon Wireless | Verizon Wireless | Verizon Wireless is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Vista Energy Marketing, LP | Vista Energy Marketing, LP | Vista Energy Marketing, LP is a former client of one or more business units of FTI in matters adverse to the Debtors but unrelated to these Chapter 11 Cases. |
| Vitol | Vitol | Vitol is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| Robert Walsh | Robert Walsh | Robert Walsh is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Wartsila North America | Wartsila North America | Wartsila North America is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Waste Management | Waste Management | Waste Management is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Weatherford International | Weatherford International | Weatherford International is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Weil, Gotshal & Manges | Weil, Gotshal & Manges | Weil, Gotshal & Manges is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Wells Fargo | Wells Fargo | Wells Fargo is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Wells Fargo Bank | Wells Fargo Bank | Wells Fargo Bank is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Wells Fargo Bank National Association | Wells Fargo Bank National Association | Wells Fargo Bank National Association is a current client of one or more business units of FTI in matters unrelated to |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| | | the Debtors and these Chapter 11 Cases. |
| Wells Fargo Bank Northwest | Wells Fargo Bank Northwest | Wells Fargo Bank Northwest is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Wells Fargo Bank Northwest, National Association, as Trustee Mac: U1228-051 | Wells Fargo Bank Northwest, National Association, as Trustee Mac: U1228-051 | Wells Fargo Bank Northwest, National Association, as Trustee Mac: U1228-051 is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Wells Fargo Securities | Wells Fargo Securities | Wells Fargo Securities is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Western Asset Management Company | Western Asset Management Company | Western Asset Management Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Westinghouse Electric Co. | Westinghouse Electric Co. | Westinghouse Electric Co. is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| White & Case | White & Case | White & Case is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Mark Williams | Mark Williams | Mark Williams is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| Robert Williams | Robert Williams | Robert Williams is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Williams Capital | Williams Capital | Williams Capital is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Williams Scotsman | Williams Scotsman | Williams Scotsman a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Willis Towers Watson | Willis Towers Watson | Willis Towers Watson is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Willkie Farr & Gallagher | Willkie Farr & Gallagher | Willkie Farr & Gallagher is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Wilmer Hale | Wilmer Hale | Wilmer Hale is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Winston & Strawn | Winston & Strawn | Winston & Strawn is a current client of one or more of the business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| XL Insurance America | XL Insurance America | XL Insurance America is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest | Entity with which FTI has a connection | Nature of connection |
|---|---|---|
| XL Insurance Company | XL Insurance Company | XL Insurance Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| XL Specialty Insurance Company | XL Specialty Insurance Company | XL Specialty Insurance Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Jeffrey Young | Jeffrey Young | Jeffrey Young is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Zayo Group | Zayo Group | Zayo Group is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Yang Zhang | Yang Zhang | Yang Zhang is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Zurich American Insurance Company | Zurich American Insurance Company | Zurich American Insurance Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Zurich Insurance Company | Zurich Insurance Company | Zurich Insurance Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |