Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, NY 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

*and*

Paul S. Aronzon (SBN 88781)
Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Proposed Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and – <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **NOTICE OF FILING AND HEARING ON (I) MOTION AND (II) RETENTION APPLICATIONS FILED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** <br><br> Date: April 24, 2019 <br> Time: 9:30 a.m. (Pacific Time) <br> Place: United States Bankruptcy Court <br>   Courtroom 17, 16th Floor <br>   450 Golden Gate Avenue <br>   San Francisco, CA 94102 <br><br> **Objection Deadline:** April 17, 2019 <br>        4:00 p.m. (Pacific Time) |

**Milbank LLP**
55 Hudson Yards
New York, NY 10001-2163

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will hold a hearing on **April 24, 2019, at 9:30 a.m. (Pacific Time)** (the "**Omnibus Hearing**") in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

**PLEASE TAKE FURTHER NOTICE** that, in addition to any other matters scheduled for the Omnibus Hearing, the Bankruptcy Court is scheduled to hear the following: (i) the motion referred to below under the heading "Motion" (the "**Motion**"); and (ii) the applications to retain and employ certain advisors and other professionals listed below (the "**Applications**"), each filed by the Official Committee of Unsecured Creditors (the "**Committee**") on April 3, 2019.

**Motion:**

1. **1102 Motion.** Motion of Official Committee of Unsecured Creditors for Entry of an Order (I) Clarifying certain Bankruptcy Code Requirements and (II) Approving Protocol for Providing Access to Information to Unsecured Creditors, *Nunc Pro Tunc* to February 12, 2019 [Dkt. No. 1215].

**Applications:**

2. **Milbank LLP.** Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 328(a) and 1103(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Milbank LLP as Counsel, Effective as of February 12, 2019 [Dkt. No. 1208].

3. **FTI Consulting, Inc.** Application of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 and Fed. R. Bankr. P. 2014(a) for Authorization to Retain and Employ FTI Consulting, Inc. as Financial Advisor *Nunc Pro Tunc* to February 12, 2019 [Dkt. No. 1212].

4. **Centerview Partners LLC.** Application of the Official Committee of Unsecured Creditors for Authority to Retain and Employ Ceneterview Partners LLC as Investment Banker, Effective as of February 15, 2019 [Dkt. No. 1213].

5. **Epiq Corporate Restructuring, LLC.** Application of Official Committee of Unsecured Creditors for Entry of Order Approving Retention and Employment of Epiq Corporate Restructuring, LLC as Information Agent for the Committee, *Nunc Pro Tunc* to February 12, 2019 [Dkt. No. 1214].

**PLEASE TAKE FURTHER NOTICE** that any oppositions or responses to the Motion and/or Applications must be in writing, filed with the Bankruptcy Court, and served on the proposed counsel for the Committee at the above-referenced addresses so as to be received by no later than **4:00 p.m. (Pacific Time) on April 17, 2019**. Any oppositions or responses must be filed and served on all "Standard Parties" as defined in, and in accordance with, the Amended Order Implementing Certain Notice and Case Management Procedures entered on March 27, 2019 [Dkt No. 1093] (the "**Amended Case Management Order**"). **Any relief requested in the Motion and/or Applications may be granted without a hearing if no opposition is timely filed and served in accordance with the Amended Case Management Order.** In deciding the Motion and/or the Applications, the Court may consider any other document filed in these Chapter 11 Cases and related adversary proceedings.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and each Application can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for international parties or by email at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

DATED: April 3, 2019

MILBANK LLP

  */s/ Thomas R. Kreller*
DENNIS F. DUNNE
SAMUEL A. KHALIL
PAUL S. ARONZON
GREGORY A. BRAY
THOMAS R. KRELLER

*Proposed Counsel for the Official Committee of Unsecured Creditors*