**Exhibit A**

**[PROPOSED] Order**

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
Ray C. Schrock, P.C.
(ray.shrock@weil.com) (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Proposed Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                                    **Debtors.**<br><br>☐    Affects PG&E Corporation<br>☑    Affects Pacific Gas and Electric Company<br>☐    Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**[PROPOSED] ORDER PURSUANT TO 11 U.S.C. § 365(a), FED. R. BANKR. P. 6006, AND B.L.R. 6006-1 APPROVING UTILITY'S ASSUMPTION OF CERTAIN AGREEMENTS WITH QUANTA ENERGY SERVICES, LLC** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1   Upon the Motion, dated April 3, 2019 (the "**Motion**"),[4] of PG&E Corporation and Pacific Gas
2   and Electric Company, as debtors and debtors in possession (together, "**PG&E**" or the "**Debtors**") in
3   the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to section 365(a) of title 11
4   of the United States Code (the "**Bankruptcy Code**"), Rule 6006(d) of the Federal Rules of Bankruptcy
5   Procedure (the "**Bankruptcy Rules**"), and Rule 6006-1 of the Bankruptcy Local Rules for the United
6   States District Court for the Northern District of California (the "**Bankruptcy Local Rules**"), for an
7   order approving the Utility's assumption of certain contracts (the "**Quanta Contracts**") with Quanta
8   Energy Services, LLC. and its affiliated companies (collectively, the "**Quanta Companies**"), all as more
9   fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief
10  requested therein pursuant to 28 U.S.C. §§ 157 and 1334, *Order Referring Bankruptcy Cases and*
11  *Proceedings to Bankruptcy Judges*, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a);
12  and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C.
13  § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the
14  Court having found and determined that notice of the Motion as provided to the parties listed therein is
15  reasonable and sufficient, and it appearing that no other or further notice need be provided; and this
16  Court having reviewed the Motion, the Wells Declaration (as amended on February 2, 2019 [Docket No.
17  263]), and the Coleman Declaration; and this Court having held a hearing on the Motion; and this Court
18  having determined that the legal and factual bases set forth in the Motion establish just cause for the
19  relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the
20  Utility, its estate, creditors, shareholders, and all parties in interest; and upon all of the proceedings had
21  before this Court and after due deliberation and sufficient cause appearing therefor,

22  **IT IS HEREBY ORDERED THAT:**

23  1.  The Motion is granted as provided herein.

24  2.  Pursuant to section 365 of the Bankruptcy Code, the Utility's assumption of the Quanta
25  Contracts is hereby approved.

---

[4] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Motion.

3. The Utility is authorized to cure existing defaults under the Quanta Contracts as required by section 365(b)(1)(A) of the Bankruptcy Code, up to the total aggregate amount of $116,103,954, within fourteen (14) days of entry of this Order (subject to any amounts that have yet to be invoiced or remain subject to ongoing reconciliation) or on such other terms that are mutually agreeable to the Utility and the Quanta Companies.

4. The Utility is authorized to execute, deliver, implement, and fully perform any and all obligations, instruments, and documents and to take any and all actions reasonably necessary or appropriate to perform all obligations contemplated under the Quanta Contracts.

5. The Debtors are authorized to take all steps necessary or appropriate to carry out this Order.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

\*\* END OF ORDER \*\*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119