DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D
Attachment 1 General Conditions to the Quanta MSA No. 4400010156 ract No. 12737

Contract No. 12737
Attachment No. 2 General Conditions
78 of 86

with the requirements of "The Generally Accepted Recordkeeping Principles®" (see www.arma.org), or with modified requirements approved in writing by PG&E.

25.8.3  Upon completion of the Services or Work or furnishing of the materials under the MSA, or upon Final Completion of the Services or Work or furnishing of the materials under each CWA to the MSA, PG&E will specify which of PG&E Contractor Documents must be transmitted by Contractor to PG&E ("PG&E Records"), provided however, unless otherwise agreed by PG&E:

(a)  Contractor will transmit to PG&E, or provide PG&E access to, PG&E Records on request within 48 hours or sooner if needed (without limitation) for regulatory, CPUC, safety, audit and/or litigation requirements;

(b)  PG&E may specify that PG&E Records be delivered to PG&E on a regular basis prior to Final Completion;

(c)  With respect to PG&E Contractor Documents not transmitted to PG&E as PG&E Records, Contractor must retain all such documents for 24 months after the Final Completion ("Retention Period").  During the Retention Period, PG&E Contractor Documents will be retained by Contractor at no additional cost to PG&E until disposed of in accordance with Section 25.8.6 below.  To the extent PG&E requests Contractor to retain PG&E Contractor Documents after the Retention Period, the Parties will mutually agree on the terms and conditions of the additional Retention Period;

(d)  If PG&E Records are kept in electronic form, the following formats are acceptable for transmission to PG&E:  (i) PDF, CAD or TIFF for Drawings and diagrams and (ii) PDF for all other documents.  If PG&E Records transmitted to PG&E consist of data in a proprietary format, Contractor will make available to PG&E the proprietary tools or software necessary to access the data including after the transfer of the data to PG&E.  This subsection (d) does not abrogate Contractor's obligation to produce PG&E Records in an alternative format (e.g., a native format) if set forth elsewhere in the Contract Documents, in which case Contractor will produce PG&E Records in each of the formats requested.

25.8.4  PG&E Contractor Documents will be treated as confidential and will not be disclosed to others unless Contractor is required to produce the documents pursuant to legal or regulatory requirements, in which case Contractor will give PG&E maximum practicable advance notice before any production.

25.8.5  Contractor will maintain a system for back-up of electronic PG&E Contractor Documents (e.g., files or databases) so they will be preserved for retrieval in case the originals are lost or destroyed.

25.8.6  If PG&E directs Contractor to dispose of PG&E Contractor Documents, Contractor will do so in a confidential and secure manner, whether the format is electronic or paper. Proof of destruction of PG&E Contractor Documents will be submitted to PG&E upon request.

25.8.7  If PG&E provides paper documents to Contractor in order to convert them to digital electronic format, Contractor will return both the paper documents and the documents converted to digital electronic format to PG&E.

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D ⸍ract No. 12737
Attachment 1 General Conditions to the Quanta MSA No. 4400010156

Contract No. 12737
Attachment No. 2 General Conditions
79 of 86

25.8.8 Contractor is responsible for ensuring that its subcontractors (inclusive of all tiers) comply with the obligations of Contractor as set forth in this Section 25.8.

## 26. INTELLECTUAL PROPERTY

**26.1 Design Development and Construction Documents**. The design development documents and Construction Documents are developed and furnished for use solely with respect to the Capital Improvement Project or Projects. As such, provided that PG&E has complied with the payment provisions set forth in Article 8, PG&E will own and have all rights, title, and interests under Applicable Law in the Project's overall design, all Drawings and Specifications produced in connection with the Capital Improvement Project, or Projects inclusive of the Construction Documents. The Contractor and its engineers, consultants, subcontractors (inclusive of all tiers), and suppliers will not own or claim a copyright in the design, Drawing, Specification, Construction Documents, or other design documents prepared for the Project, and may not use such documents on other projects other than the Capital Improvement Project (or Projects) without the written consent of PG&E. The Contractor and its engineers, consultants, subcontractors (inclusive of all tiers), and suppliers may retain a record set of each of the Construction Documents for the purpose of defense of any subsequent Claims or disputes arising from the Work.

**26.2 Building Information Model**. The Record Model and subsidiary Building Information Models used for design and construction of a Project are the property of PG&E. The Contractor and its engineers, consultants, subcontractors (inclusive of all tiers), and suppliers agree to provide PG&E, as a deliverable before Final Completion, the Record Model and any other BIM files that PG&E deems necessary. Despite the above, design elements that were created by Contractor or its engineers, consultants, subcontractors (inclusive of all tiers), or suppliers, before execution of the MSA or CWA, as extensions to commercially available BIM software will remain the property of the respective party that created the extension, regardless of whether it was used in a Model for Work performed under the MSA or CWA, and PG&E will hold a perpetual, non-exclusive, royalty-free license to those design elements for purposes of designing, constructing, operating, and maintaining the Capital Improvement Project (or Projects) for which the Record Model was created.

**26.3 Licensing**. The Contractor and its engineers, consultants, subcontractors (inclusive of all tiers), and suppliers are each granted a limited, non-exclusive, royalty-free license to use and reproduce applicable portions of the Construction Documents and other Drawings, Specifications, and documents prepared for use in the performance of the Work. PG&E grants the Contractor and its engineers, consultants, subcontractors (inclusive of all tiers), and suppliers a non-exclusive, royalty-free, perpetual license for use or display of the BIM or 2-D information solely for educational purposes, and the BIM may be used for promotional purposes upon written approval by PG&E.

26.3.1 Copies. All copies made under the license will bear the statutory copyright notice, if any, shown on the Construction Documents and any other Drawings, Specifications, or other documents prepared by the Contractor and its engineers, consultants, subcontractors (inclusive of all tiers), and suppliers in connection with the Capital Improvement Project (Projects). Submittal or distribution to meet official regulatory requirements or for other purposes in connection with a Capital Improvement Project (or Projects) will not be construed as publication in derogation of PG&E's copyright or other reserved rights and interests.

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D    ract No. 12737
Attachment 1 General Conditions to the Quanta MSA No. 4400010156

Contract No. 12737
Attachment No. 2 General Conditions
80 of 86

**26.4    Exception.** Nothing contained in Article 26 limits the rights, title, and interest of the Contractor and its engineers, consultants, subcontractors (inclusive of all tiers), and suppliers to continue to use their respective general design details that each of them uses or has used on multiple projects, or new standard design details that were developed during design under the MSA or CWA.

**26.5    Termination.** Termination of the Contractor or its engineers, consultants, subcontractors (inclusive of all tiers), or suppliers does not affect the rights of PG&E under this Article 26. However, if a Capital Improvement Project (or Projects) is terminated for convenience before approval of Construction Documents and PG&E later proceeds with the Work and uses design materials prepared by Contractor or any of its engineers, consultants, subcontractors (inclusive of all tiers), or suppliers for continuation of the Capital Improvement Project (or Projects) with different design and construction professionals, then PG&E will release, indemnify, defend, and hold harmless the terminated parties (as applicable) from any liability arising from PG&E's further use of the design materials.

**27.    DISPUTE RESOLUTION.** This Article 27 addresses the procedures for resolving disputes between PG&E and Contractor that arise out of or relate to the MSA or CWA.

**27.1    Statement of Claim.** A Party may initiate the dispute resolution procedures stated in this Article 27 by providing notice to the other Party. All Claims must include a detailed factual narrative of events fully describing the nature and circumstances giving rise to the Claim, including but not limited to, necessary dates, locations, areas of the Capital Improvement Project (or Projects) that are impacted or affected Work or Services, and a detailed breakdown of the amount of damages or cost associated with the Claim. If the Claim is being made by the Contractor as a result of a disputed change order request, Contractor's notice must include a detailed breakdown of the amount of money being claimed or the number of days of extension requested and justification for same pursuant to Section 8.10, as well as certification that the Claim is made in good faith, and a statement demonstrating that the Claim is being timely submitted pursuant to the relevant provisions of the Contract Documents. Any of Contractor's consultants, engineers, contractors, subcontractors (inclusive of all tiers), or vendors that are included in the Claim and claiming not less than 5% of the total monetary Claim must also submit a certification that their respective portion of the Claim is made in good faith.

**27.2    Notice.** The statement of Claim per Section 27.1 must be submitted to the other Party as soon as possible but not later than 30 calendar days after discovery of the occurrence or event giving rise to the Claim, unless the Parties mutually agree to a longer period of time, in writing, due to the nature and complexity of the Claim. Failure to provide notice will constitute a waiver of Claim. Under no circumstances will a Claim be made if it is barred by the applicable statute of limitations or repose.

**27.3    Continued Performance.** At all times during the pendency of a dispute or a dispute resolution proceeding, Services and Work will continue. If PG&E continues to comply with its payment obligations per Article 8, the parties to the dispute resolution proceeding will continue to comply with any PG&E directives or orders.

**27.4    Executive Negotiations.** The dispute will first be addressed in a negotiation between a Vice-President of PG&E (or his or her designated representative) and a Contractor executive of similar authority. Such negotiation will occur within 15 days after it is first requested in writing by either Party. The executives will meet at a mutually acceptable time and

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D  ract No. 12737
Attachment 1 General Conditions to the Quanta MSA No. 4400010156

Contract No. 12737
Attachment No. 2 General Conditions
81 of 86

place, and thereafter as they deem reasonably and mutually necessary, to exchange information and to attempt to resolve the dispute.

**27.5    Mediation.**  If the dispute has not been resolved within 30 days of the first meeting of the executives, then the dispute will be addressed in a mediation requested in a written notice by either Party.  Both Parties to the dispute will attend and participate in the mediation, which will be non-binding and without prejudice to any other rights or remedies that either Party may have.  Unless both Parties to the dispute agree otherwise, the mediation proceeding will be conducted by an independent mediator from either the offices of the American Arbitration Association ("AAA") or Judicial Arbitration and Mediation Services ("JAMS") in San Francisco, in accordance with the selected forums procedures, and will occur within 60 days of the written initiating notice.  The costs of the mediation will be shared equally by both Parties.  Any voluntary settlement reached as a result of the mediation proceeding will be reduced to writing.

**27.6    Confidentiality of Dispute Resolution Process.**  All negotiations and any mediation conducted pursuant to this Article are confidential and subject to Sections 1119 and 1152 of the California Evidence Code, which code sections are incorporated by reference into the Contract Documents.

**27.7    Binding Arbitration.**  If the dispute is not resolved within 30 days after the conclusion of the mediation, then the dispute will be resolved in an arbitration to be conducted in accordance with the terms set forth in this Section 27.7, which arbitration can be initiated by either Party.  All Parties to the dispute will attend and participate in, and will be bound by the results of, the arbitration proceeding.  The arbitration will be conducted by JAMS in accordance with JAMS Engineering and Construction Arbitration Rules then in effect, as supplemented by the terms of this Section.  Proceedings for Claims in the amount of $1,000,000 or less may be held before a single arbitrator who is acceptable to both Parties.  Claims exceeding $1,000,000 will be held before a panel of 3 arbitrators.  The arbitrators will be selected from a list of potential arbitrators provided by JAMS.  In the case of 3 arbitrators, PG&E will select one arbitrator and Contractor will select the second arbitrator.  The two selected JAMS arbitrators will agree to a third arbitrator.  All arbitrators must have 10 years of relevant experience in design and construction matters.  All arbitrations will be held in the JAMS San Francisco office.  The parties to the dispute will bear the arbitration fees and costs equally.  Unless otherwise agreed to by the Parties, the arbitration must be concluded within 180 calendar days after exchange of detailed statements as required under Section 27.7.1 and the final award will be conclusive and binding.  Judgment upon award may be entered and enforced in the appropriate state or federal court having jurisdiction over San Francisco County, and is only subject to challenge on grounds set forth in California Code of Civil Procedure section 1285, et seq. and 9 USC sections 10-11 (as applicable).  The arbitrator will have the power to grant all legal and equitable remedies available to the parties under California state or federal law (as applicable); however, under no circumstances will the arbitrator be empowered to award punitive damages.  The final arbitration award will state all findings of fact and conclusions of law based on Applicable Law.

27.7.1 The parties to the dispute will exchange detailed statements of Claims and counterclaims by an agreed upon date or as determined by the Arbitrator(s).  The 180 day period for the arbitration will commence after the exchange and filing of the arbitration Claim.

27.7.2 The exclusive forum for determining whether a Claim is subject to arbitration under the MSA and applicable CWA is the Superior Court of the State of California.

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D
Attachment 1 General Conditions to the Quanta MSA No. 4400010156   ract No. 12737

Contract No. 12737
Attachment No. 2 General Conditions
82 of 86

**27.8    Subcontract and Consulting Agreement Dispute Resolution.**  Contractor will incorporate all of the terms of this Article 27 (Dispute Resolution) into its subcontracts and consulting agreements so that all engineers, consultants, and subcontractors (inclusive of all tiers) will also be bound to this dispute resolution procedure.  PG&E will have the right, but not the obligation, to consolidate all Services or Work related disputes, whether involving the Contractor and/or any engineers, consultants, and subcontractors (inclusive of all tiers), into a single consolidated proceeding.

**27.9    Preliminary Injunction.**  Notwithstanding the foregoing dispute resolution provisions, a Party may seek a preliminary injunction or other provisional judicial remedy if in its judgment such action is necessary to avoid irreparable damage or to preserve the status quo.

**27.10   Enforceability.**  The Contractor has reviewed the dispute resolution procedures with legal counsel and agrees to the terms and conditions set forth in this Article 27.  To the extent a court of competent jurisdiction finds any term or provision in this Article 27 to be void or unenforceable, the unenforceable term or provision will be severed and the remainder of the terms and provisions will remain in full force and effect.  Performance of the MSA and CWA will continue during any dispute (including during arbitration), provided that performance of the Service or Work in dispute will only continue if and in the manner PG&E directs.  Nothing contained in this dispute resolution process prevents Contractor or its engineers, consultants, or subcontractors (inclusive of all tiers) from timely filing a civil action to foreclose on a mechanics lien or stop payment notice.  However, the Parties agree to stipulate to a stay in the proceedings pending attempts to resolve the matter pursuant to the process defined in this Article.

## 28.    TERMINATION AND SUSPENSION

**28.1    Suspension.**  PG&E may suspend the Service or Work, or any part of the Service or Work, at any time and without cause upon written notice to Contractor.  The written notice will set forth the reason for suspension, the Service or Work suspended, and the effective date of suspension.  Upon receipt of notice of suspension, Contractor will, at PG&E's expense, comply with the terms of the notice, and take all reasonable steps to minimize costs allocable to the Service or Work covered by the notice.  If the Service or Work is suspended, or if the portion of the Service or Work that is suspended impacts the critical path of the Schedule, then the Contract Time and Contract Price may be adjusted through Change Order per Section 7.5.5 and Article 9.

**28.2    PG&E's Termination for Convenience.**  PG&E may terminate the MSA or any CWA for convenience upon 10 calendar days' written notice at any time before completion of the Service or Work.  The notice will state the extent and effective date of termination, and on the effective date, Contractor will: (i) to the extent directed, stop the Service or Work as required in the notice; (ii) terminate or assign all subcontracts, purchase orders, and consulting agreements to PG&E unless otherwise directed; and (iii) take other actions as may be necessary or requested by PG&E to protect and preserve work product produced during Services, the construction work, and any other property in Contractor's possession in which PG&E has or may acquire an interest.  Upon termination, PG&E will pay Contractor all reimbursable expenses incurred per Section 6.4 as of the effective date of termination (including reasonable expenses related to demobilization, protection, and preservation of the construction work, and securing the job site) plus Fee earned based on the portion of Service or Work properly completed.  Contractor expressly waives any Claims for consequential damages, including anticipated lost profits.  All payments under this Section are subject to the payment provisions in Article 8, and any dispute over the amount to be paid upon termination will be

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D    ract No. 12737
Attachment 1 General Conditions to the Quanta MSA No. 4400010156

Contract No. 12737
Attachment No. 2 General Conditions
83 of 86

resolved under the dispute resolution procedures in Article 27. Upon such termination, the obligations of the Contractor will continue with respect to portions of the Service or Work already performed and termination of Contractor does not affect the rights of PG&E under Article 26, or elsewhere in the Contract Documents.

**28.3    PG&E's Termination for Cause.** PG&E may terminate or suspend in whole, or in part, the MSA or a CWA for cause if any of the following conditions occur: (i) persistent or repeated failure of Contractor to provide skilled personnel, an adequate supply of skilled labor, materials, equipment, and other resources necessary to properly complete the Service or Work; (ii) refusal by Contractor to rectify Services or Work that is not in accordance with the Contract Documents; (iii) failure of the Contractor to collaborate with PG&E for the benefit of the Capital Improvement Project (or Projects); (iv) failure of Contractor to timely and properly pay its consultants, subcontractors (inclusive of all tiers), suppliers, and equipment vendors; (v) Contractor's repeated failure to comply with Applicable Law or applicable code requirements; (vi) bankruptcy or insolvency; or (vii) breach of a material term of the Contract Documents after receiving notice from PG&E and an opportunity to cure and Contractor has failed to do so; or (viii) in PG&E's opinion, the Work will not be completed within the Contract Time and PG&E has requested Contractor to take steps necessary to accomplish the required progress and completion, and Contractor has failed to do so.

28.3.1 Remedies. If PG&E terminates Contractor for cause, Contractor will not be entitled to receive any further payments until 35 calendar days after Final Completion, and only to the extent that the cost of completing the Service or Work (inclusive of all costs, expenses, and damages arising from Contractor's default) does not exceed the Contract Price. Upon request from PG&E, Contractor must remove materials, supplies, equipment, tools, and construction equipment and machinery from the job site within 5 business days of such request; and if Contractor fails to do so, PG&E may remove or store at Contractor's expense, and after 90 days sell, any of the same at Contractor's expense. In addition, PG&E may, without prejudice to any other rights or remedies, and after giving Contractor (and its surety, if applicable) prior written notice per Section 28.3: (i) take possession of any intellectual property per Article 26, the site, and of all materials and equipment procured for the Capital Improvement Project (or Projects); (ii) accept assignment of any consulting agreements, subcontracts, purchase orders, and equipment rental agreements; (iii) finish the Service or Work by whatever reasonable method PG&E may deem expedient; and (iv) pursue any Claim against Contractor for damages under Article 27. Termination of Contractor does not affect the rights of PG&E under Article 26.

**28.4    Contractor's Termination for Cause.** Contractor may terminate a CWA for cause upon 30 calendar days prior written notice and an additional 10 business days to cure if any of the following occur: (i) PG&E fails to pay undisputed amounts due pursuant to Article 8; (ii) PG&E suspends a Capital Improvement Project for more than 180 consecutive days under Section 28.1 after the construction work has commenced. The effective date of termination will be 30 calendar days from the date of the notice, unless PG&E has commenced curing, in which case Contractor may not terminate for cause.

28.4.1 Remedies. Upon termination, PG&E will pay Contractor in accordance with the payment provisions set forth in Section 28.2. All payments under this Section are subject to the payment provisions in Article 8, and any dispute over the amount to be paid upon termination will be resolved under the dispute resolution procedures in Article 27.

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D    ?ract No. 12737
Attachment 1 General Conditions to the Quanta MSA No. 4400010156

Contract No. 12737
Attachment No. 2 General Conditions
84 of 86

**28.5    Conversion to Termination for Convenience**.  If an arbitrator or court of competent jurisdiction deems that termination of Contractor was wrongful or otherwise improper, the termination will be deemed a termination for convenience under Section 28.2.  Payment will include 5% simple interest per annum, on the difference between the amount that was paid at the termination and the amount that should have been paid for a termination for convenience. Interest will accrue from the effective date of termination.

## 29.    MISCELLANEOUS PROVISIONS

**29.1    Notice**.  Any notice required to be given by the MSA or CWA will be in writing and deemed effective upon personal delivery, or 1 business day after being sent via registered or certified mail return receipt requested or by overnight commercial courier providing next business day delivery and addressed to the PG&E representative or the Contractor's representative identified in the CWA.

**29.2    Governing Law**.  The MSA, CWA, and other Contract Documents will be governed and construed in accordance with the laws of the State of California without regard to the principles of the conflict of laws. The Parties agree that any Claim or enforcement of a judgment or alternative dispute award will be filed with the appropriate court of law in the county where the Capital Improvement Project (or Projects) is located.

**29.3    Commencement of the Statute of Limitations**.  Causes of action between the Parties pertaining to acts or omissions arising out of performance of the Services or Work or related to the Contract Documents will be deemed to have accrued and the applicable statutes of limitations will commence to run not later than either the date of Final Completion of the Project or the date of a recorded notice of completion, whichever is later.

**29.4    Time is of the Essence**.  Time is of the essence with respect to each and every provision of the MSA, CWA, and other Contract Documents and any subsequent modification through executed Amendment or Change Order.

**29.5    Assignment**.  PG&E and Contractor, respectively, bind themselves, their partners, successors, assigns and legal representatives to the other party to the MSA and CWA and to the partners, successors, assigns, and legal representatives of the other Party with respect to all covenants of the MSA and CWA.  Neither PG&E nor Contractor will assign the MSA or CWA without the written consent of the other, and such consent will not be unreasonably withheld or delayed.

**29.6    Confidentiality**. Contractor and its consultants and subcontractors (inclusive of all tiers) will keep all Services and Work performed for PG&E under the Contract Documents confidential and will only provide information regarding the Services or Work to other persons or entities as reasonably necessary for performance of the Services or Work.

**29.7    No Publicity**.  Contractor will not include PG&E's name, any reference to the MSA or a CWA, or any reference to PG&E's purchase or use of any products or services provided by Contractor in Contractor's published customer list or in other publicity or advertisement (including Contractor's internet site(s)) or social media without the prior written consent of an officer of PG&E.  The fact that the Parties have entered into an MSA does not constitute, or imply in any way, an endorsement of Contractor by PG&E, and Contractor will not state or imply that PG&E endorses, recommends, or vouches for Contractor in any form of

DocuSign Envelope ID: 358FC2218-8C27-4F2B-B07E-2321DB4EB27D     tract No. 12737
Attachment 1 General Conditions to the Quanta MSA No. 4400010156

Contract No. 12737
Attachment No. 2 General Conditions
85 of 86

written, verbal, or electronic advertisement, communication, or any other business development effort.

**29.8   Proprietary Information**. Information provided by PG&E or made available to the Contractor or its engineers, consultants, subcontractors (inclusive of all tiers), or suppliers during performance of the Services or Work will not be disclosed to persons or entities other than as necessary to perform the necessary Services or Work required for the Project.

**29.9   Interpretation and Severability**. The terms and conditions of the MSA and CWA will be interpreted in accordance with their plain meaning, and not strictly for or against either Party. Any rule of construction or interpretation to the contrary will be of no force or effect with respect to the MSA or CWA. If a court of competent jurisdiction finds any term or provision of the MSA or CWA to be void or unenforceable for any reason, that term or provision will be deemed severed and the remainder of the MSA or CWA will remain in full force and effect according to its terms and provisions, to the maximum extent permitted by Applicable Law.

**29.10   Third Party Beneficiaries**. Nothing contained in the MSA or CWA creates a contractual relationship with, or a cause of action in favor of, a third party against PG&E. The Parties acknowledge and agree that the obligations of the Contractor are solely for the benefit of PG&E and are not intended in any respect to benefit any third parties.

**29.11   Mutual Waiver of Consequential Damages**. Notwithstanding anything to the contrary, to the maximum extent permitted by Applicable Law, neither PG&E nor Contractor will be liable in contract, tort (including negligence), equity, or otherwise, for any indirect, incidental, special, consequential, punitive, or exemplary damages regardless of whether the Parties have been advised of the possibility of such damages, including but not limited to, loss of use, profits, or unrecovered overhead and commitments to third parties, such as subcontracts, rental or lease agreements, and personal services contracts, unless expressly authorized in advance in writing and specifically assumed by a Party, provided that, Contractor shall indemnify PG&E per Section 10.1.7 to the extent PG&E is deemed liable for such damages, by final order of a court of competent jurisdiction, pursuant to the terms of PG&E's applicable regulatory tariff, but only to the extent such liability is ruled by such court as a result of Contractor's actions.

**29.12   Limitation of Liability**. Contractor's maximum liability under any CWA is the greater of either 2 times the Contract Price of the CWA or $10 Million except as provided in this Section 29.12.

> 29.12.1   Contractor's defense and indemnification obligations under Article 10.
>
> 29.12.2   A breach of the confidentiality provisions set forth in Section 29.6.
>
> 29.12.3   Willful misconduct or fraud.
>
> 29.12.4   Liquidated damages per Section 7.9 and the applicable CWA.

**29.13   Rights and Remedies**. All rights and remedies under the Contract Documents will be cumulative and in addition to, and not in limitation of, all other rights and remedies of the Parties under the Contract Documents or otherwise available at law or in equity.

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D    ract No. 12737
Attachment 1 General Conditions to the Quanta MSA No. 4400010156

Contract No. 12737
Attachment No. 2 General Conditions
86 of 86

**29.14  Survival**. The following provisions will survive the termination of the MSA or CWA or Final Completion: (i) Sections 2.3 and 2.4, and (ii) Articles 5 through 11 and 17, 25 through 29.

**29.15  Waiver**.  No action or failure to act by PG&E or Contractor will constitute a waiver of any right or duty afforded them under the MSA or CWA, nor will such action or failure to act constitute approval of or acquiescence in a breach of the MSA or CWA, unless specifically agreed to in writing.

**29.16  Counterparts**.  The MSA and CWA may each be executed in counterparts, each of which will be deemed an original, and all of which when taken together will constitute one instrument.

**29.17  Interest**.  Payments due and unpaid under the Contract Documents will bear interest from the date payment is due either at an annual rate equal to the most recent prime rate published by the Wall Street Journal or at 4% per annum, whichever is less.

**29.18  Legal Citations**.  Legal citations to statutory requirements are included in the Contract Documents for convenience and an omission of any statutory requirement will not relieve the Contractor or any of its engineers, consultants, subcontractors (inclusive of all tiers), or suppliers from compliance with Applicable Law.

**29.19  Attachments and Exhibits**.  The Attachments listed in the Table of Attachments set forth in the MSA and the Exhibits listed in the Table of Exhibits set forth in the CWA, whether attached at the time of execution or added by Amendment signed by the Parties, are incorporated into the MSA and CWA by reference as though set forth in full.

**29.20  Entire Agreement**.  The Contract Documents, inclusive of all Attachments and Exhibits, incorporated under Section 29.19, constitute the entire integrated contract between the Parties and supersede all prior oral and written negotiations, representations, or agreements by the Parties with respect to any Work or Service.

**Attachment 3 Project Specific General Conditions**
**Document No. 00175200.DOCX;4**

This Contract is subject to the terms and conditions in Attachment 1 Final Quanta General Conditions, MSA No. 4400010156, modified as follows:

1. Delete Section 3.2, Precedence, and replace it with the following:

   **3.2.** **Precedence.** The MSA (inclusive of all Attachments) and CWA (inclusive of all Exhibits) including all Construction Documents, Schedules, and any subsequent Change Orders or Amendments form the basis of the contract between the Parties ("Contract Documents"). The intent of the Contract Documents is to include all items necessary for the proper execution and completion of the Work or Services by Contractor. The Contract Documents are complementary and are intended to be consistent with each other. What is required by one will be as binding as if required by all. In the case of discrepancy or ambiguity in the Contract Documents, the following order of precedence will prevail:

      1.1.3   The Contract, including specifically and with respect to the Order of Precedence, Attachments 1, 3, 4, 5, 6, 7, and 8. For the sake of clarity and elimination of doubt, and to the extent of any inconsistency, conflict, or ambiguity among the documents and attachments forming this Contract, Attachment 3 Project Specific General Conditions (Doc. No. 00175200) shall take precedence over all other Attachments forming a part of this Contract.

      1.1.4   The most recent Amendment or Change Order.

      1.1.1   The MSA

      1.1.2   Special Conditions to the MSA.

      1.1.3   General Conditions to the MSA.

      1.1.4   Specifications.

      1.1.5   BIM (if applicable).

      1.1.6   Drawings.

      1.1.7   Written numbers over figures, unless obviously incorrect.

      1.1.8   Figured dimensions over scaled dimensions.

      1.1.9   Large-scale Drawings over small-scale Drawings.

      1.1.10  Specific details over standard or typical details.

2. Delete Section 10, Liability, Indemnification, and Defense, and replace it with the following:

   **10. LIABILITY, INDEMNIFICATION, AND DEFENSE**

   **10.1 Contractor Indemnification.** Subject in all cases to Contractor's Liability Cap, Contractor will defend (with counsel acceptable to PG&E), indemnify and hold PG&E and its officers, board members, agents, directors, partners, members, employees, affiliates, parents and subsidiaries ("PG&E Indemnitees") harmless from and against any and all Claims, demands, causes of action, damages, costs, expenses (including legal, expert witness,

and consulting fees and costs), losses or liabilities, in law or equity, caused by Contractor's (including its employees, engineers, consultants, subcontractors (inclusive of all tiers), suppliers, or anyone for whom any of them may be liable) failure to perform in accordance with this Contract. For clarity, Contractor is not indemnifying PG&E for any Claims to the extent caused by the acts or omissions of PG&E, whether such acts or omissions are deemed active negligence, passive negligence, gross negligence, or willful misconduct. The indemnification obligations set forth in this Section will not be limited in any way by the amount or type of damages, compensation, or benefits payable by or for Contractor under the Workers' Compensation Acts, disability benefit acts, or other employee benefit acts. Contractor's indemnification obligations will survive termination of this Contract for the following types of Claims:

**10.1.1 Personal Injury and Property Damage.** Personal injury, including bodily injury, sickness or disease, or death and/or damage to tangible property (other than the Work itself and including loss of use) alleged by third parties (including persons, employees, or agents of PG&E Indemnitees and Contractor's employees), but only to the extent caused by Contractor's, (including its engineers, consultants, subcontractors (inclusive of all tiers), or suppliers, or anyone directly or indirectly employed by any of them for whose acts they may be liable) failure to perform in accordance with this Contract.

**10.1.2 Violations of the Law.** Penalties, fees, and costs imposed on account of the violation of any Applicable Law and caused by Contractor's (its engineers, consultants, subcontractors (inclusive of all tiers), or suppliers, or anyone directly or indirectly employed by any of them for whose acts they may be liable) failure to perform in accordance with this Contract.

**10.1.3 Insurance.** Failure of Contractor or its engineers, consultants, or subcontractors (inclusive of all tiers) to comply with the insurance provisions under this Contract.

**10.1.4 Liens and Stop Payment Notices.** Mechanics liens or stop payment notice Claims for Services or Work performed on a Capital Improvement Project or Projects, including incidental or consequential damages suffered by a PG&E Indemnitee as a result of the Claim, and provided that PG&E has paid Contractor for the portion of the Services or Work at issue.

**10.1.5 Infringement of Intellectual Property.** Infringement of any intellectual property right including patents, copyrights, or license, which may be brought against PG&E Indemnitees as a result of the Services or Work.

**10.1.6 Hazardous Materials.** Claims, liability, or damages arising out of, or resulting from, Contractor's or its engineers', consultants', subcontractors' (inclusive of all tiers), suppliers', or equipment vendors' acts or omissions that cause or permit any Hazardous Materials to be generated, released, disposed, discharged, exacerbated (if pre-existing condition), or brought onto, or stored at, the Project site or used in the Work unless specified, and only if there is not a reasonable substitute for the specified material.

**10.1.7 Regulatory Tariff.** Fees and costs imposed on PG&E for regulatory tariffs to the extent liability is due to Contractor, its engineers, consultants, subcontractors (inclusive of all tiers), or suppliers, or anyone directly or indirectly employed by any of them for whose acts they may be liable as determined by a court of competent jurisdiction in accordance with this Contract.

**10.2    Duty to Defend**. Each Party will defend all Claims (with counsel acceptable to the other) as defined in Sections 10.1, 10.5, and 10.6 at its own cost and expense and satisfy any judgment or decree that may be rendered against any Indemnitee arising out of a Claim, and reimburse the applicable Indemnitee(s) for any and all attorney's, expert witness, and consulting fees and expenses incurred in connection with the Claim or in enforcing the indemnity and defense granted by Sections 10.1, 10.5 and 10.6.

10.2.1   To the extent Contractor is found, by adjudication, arbitration, or mutual agreement to be less than fully responsible for the relevant Claim(s) due to the proportional partial or sole fault of any person(s) indemnified by Contractor pursuant to Section 10.1, PG&E will proportionally reimburse the defense costs incurred by Contractor in proportion thereto, and PG&E shall promptly pay all judgments in the proportion for which it is (and/or any such indemnitees are) so determined liable (or indemnify Contractor against same in a manner reasonably satisfactory to Contractor).

10.2.2   Subject to Contractor's Liability Cap, to the extent PG&E is found, by adjudication, arbitration, or mutual agreement, to be less than fully responsible for the relevant Claim(s), due to the proportional partial or sole fault of any person(s) indemnified by PG&E pursuant to Section 10.5 or 10.6, Contractor will proportionally reimburse the defense costs incurred by PG&E in proportion thereto, and Contractor shall promptly pay all judgments in the proportion for which it is (and/or any such indemnitees are) so determined liable (or indemnify PG&E against same in a manner reasonably satisfactory to PG&E).

**10.3    Lien Free Obligation**. If any engineer, consultant, subcontractor (inclusive of all tiers), tier-subcontractor (inclusive of all tiers), or supplier records or files, or maintains any action on or respecting a Claim of mechanics lien, stop payment notice, or notice of *lis pendens* relating to the Services or Work, the Contractor will immediately procure, furnish, and record appropriate statutory release bonds that extinguish or expunge the mechanics lien, stop payment notice, or notice of *lis pendens*, provided that PG&E has paid the Contractor for that portion of the Services or Work. If Contractor does not timely pay its engineers, consultants, subcontractors (inclusive of all tiers), or suppliers as required, then PG&E may settle or bond over those Claims, or take other actions necessary to prevent a default under any other agreement affecting the Capital Improvement Project or Projects, and PG&E will withhold payment to Contractor or demand reimbursement for any substantiated amounts that were necessary to satisfy Contractor's obligation to satisfy, discharge, or defend against the Claim of lien or stop payment notice.  Nothing contained in this Section requires the Contractor to provide release bonds for any valid mechanics lien, stop payment notice, notice of *lis pendens*, or other Claim due to PG&E's non-payment or a valid dispute between PG&E and Contractor.

**10.4    Enforcement**.  Reserved.

**10.5 PG&E Indemnification Above Liability Cap.** Once Contractor has met its Liability Cap, regardless of whether such amount is paid as defense costs, to PG&E Indemnitees, or third party non-indemnitees, or paid or provided as a result of Contractor's indemnity obligations, breach of contract, or other claim or cause of action arising from or related to this Contract or any Services provided pursuant hereto, PG&E will defend (with counsel acceptable to Contractor), indemnify and hold Contractor and its officers, board members, agents, directors, partners, members, employees, affiliates, parents and subsidiaries ("Contractor Indemnitees") harmless from and against any and all Claims, demands, causes of action, damages, costs, expenses (including legal, expert witness, and consulting fees and costs), losses or liabilities, in law or equity, arising out of, related to, or resulting from, actual or alleged acts or omissions in the performance of the

Services or Work by the Contractor, its employees, engineers, consultants, subcontractors (inclusive of all tiers), suppliers, or anyone for whom any of them may be liable. For clarity, PG&E is indemnifying Contractor under this Section for all Claims in excess of the Liability Cap, even those caused by the active or passive negligence of Contractor, but not Claims caused by the gross negligence or willful misconduct of Contractor. The indemnification obligations set forth in this Section will not be limited in any way by the amount or type of damages, compensation, or benefits payable under the Workers' Compensation Acts, disability benefit acts, or other employee benefit acts. PG&E's indemnification and defense obligations will survive termination of this Contract for the following types of Claims:

**10.5.1 Personal Injury and Property Damage.** Personal injury, including bodily injury, sickness or disease, or death and/or damage to tangible property (other than the Work itself and including loss of use) alleged by third parties (including persons, employees, or agents of Contractor Indemnitees and PG&E's employees).

**10.5.2 Violations of the Law.** Penalties, fees, and costs imposed on account of the violation of any Applicable Law and caused by PG&E's (its engineers, consultants, subcontractors (inclusive of all tiers), or suppliers, or anyone directly or indirectly employed by any of them for whose acts they may be liable.

**10.5.3 Insurance.** Failure of PG&E or its engineers, consultants, or subcontractors (inclusive of all tiers) to comply with the insurance provisions under this Contract.

**10.5.4 Reserved.**

**10.5.5 Hazardous Materials.** Claims, liability, or damages arising out of, or resulting from, Contractor's or its engineers', consultants', subcontractors' (inclusive of all tiers), suppliers', or equipment vendors' acts or omissions that cause or permit any Hazardous Materials to be generated, released, disposed, discharged, exacerbated (if pre-existing condition), or brought onto, or stored at, the Project site or used in the Work unless specified, and only if there is not a reasonable substitute for the specified material.

**10.5.6 Regulatory Tariff.** Fees and costs imposed on PG&E for regulatory tariffs to the extent liability is due to Contractor, its engineers, consultants, subcontractors (inclusive of all tiers), or suppliers, or anyone directly or indirectly employed by any of them for whose acts they may be liable as determined by a court of competent jurisdiction in accordance with this Contract.

**10.6 PG&E Indemnification** PG&E will defend (with counsel acceptable to Contractor) indemnify and hold Contractor Indemnitees harmless from and against any and all Claims, demands, causes of action, damages, costs, expenses (including legal, expert witness, and consulting fees and costs), losses or liabilities, in law or equity, caused by PG&E's active negligence or passive negligence, intentional misconduct, strict liability, and inverse condemnation (or any similar statutory or regulatory construct) which have arisen from or relate to any fires, explosions, or damages therefrom. The indemnification obligations set forth in this Section will not be limited in any way by the amount or type of damages, compensation, or benefits payable by or for PG&E under the Workers' Compensation Acts, disability benefit acts, or other employee benefit acts. The indemnification obligations set forth in this Section shall not apply to claims against Contractor arising from work performed pursuant to other PG&E contracts, nor shall they apply to claims caused by Contractor's gross negligence or willful misconduct. PG&E's indemnification obligations will survive termination of this Contract for the following types of Claims:

**10.6.1 Personal Injury and Property Damage**. Personal injury, including bodily injury, sickness or disease, or death and/or damage to tangible property (other than the Work itself and including loss of use) alleged by third parties (including persons, employees, or agents of Contractor Indemnitees and PG&E's employees).

**10.6.2 Violations of the Law.** Penalties, fees, and costs imposed on account of the violation of any Applicable Law and caused by the act or omission of Contractor, PG&E, or either of their engineers, consultants, subcontractors (inclusive of all tiers), or suppliers, or anyone directly or indirectly employed by any of them for whose acts they may be liable.**10.6.3 Insurance. Failure of PG&E or its engineers, consultants, or subcontractors (inclusive of all tiers) to comply with the insurance provisions under this Contract.**

**10.6.4 Infringement of Intellectual Property**. Infringement of any intellectual property right including patents, copyrights, or license, which may be brought against Contractor Indemnitees as a result of the Services or Work.

**10.6.5 Hazardous Materials**. Claims, liability, or damages arising out of, or resulting from, Contractor's or its engineers', consultants', subcontractors' (inclusive of all tiers), suppliers', or equipment vendors' acts or omissions that cause or permit any Hazardous Materials to be generated, released, disposed, discharged, exacerbated (if pre-existing condition), or brought onto, or stored at, the Project site or used in the Work unless specified, and only if there is not a reasonable substitute for the specified material.

**10.6.6 Regulatory Tariff**. Fees and costs imposed on PG&E for regulatory tariffs to the extent liability is due to Contractor, its engineers, consultants, subcontractors (inclusive of all tiers), or suppliers, or anyone directly or indirectly employed by any of them for whose acts they may be liable as determined by a court of competent jurisdiction in accordance with this Contract.

**10.6.7 Environmental Damages, Remediation and Response.** Any claim brought by third parties or government actors, asserting a fire or explosion has released harmful or potentially harmful material into the environment, which causes personal or property damage or for which remediation is required.

**3.** Delete Section 20, Environmental and replace with the following:

**20. ENVIRONMENTAL**

**20.1 California Health and Safety Code**. The California Health and Safety Code requires businesses to provide warnings prior to exposing individuals to materials listed by the Governor as chemicals "known to the State of California to cause cancer, birth defects or reproductive harm." PG&E uses chemicals on the Governor's list at many of its facilities. In addition, many of these chemicals are present at non-PG&E-owned facilities and locations. Accordingly, in performing the Work or Services contemplated under the MSA or CWA, Contractor, its employees, agents, subcontractors (inclusive of all tiers), and suppliers, and their respective employees and agents may be exposed to chemicals on the Governor's list. Contractor is responsible for notifying its employees, agents, and subcontractors (inclusive of all tiers) and suppliers that Work or Services performed under the MSA and CWA may result in exposures to chemicals on the Governor's list.

**20.2 Storage and Disposal of Hazardous Materials**. Hazardous Materials brought onto the job site are the property and responsibility of Contractor and may not be stored or disposed of on or at

the job site. Contractor represents and warrants that any facility to which hazardous wastes may be moved is in compliance with any Applicable Law and that the facility is suitable to receive and/or dispose of and may lawfully receive and/or dispose of the Hazardous Material.

**20.3    Discovery of Hazardous Materials and Notice to PG&E.**  In the event that Contractor discovers Hazardous Materials on the site during the performance of the Work, Contractor will immediately (1) stop work in the affected area, (2) secure the area around the Hazardous Materials, and (3) notify PG&E in writing of the condition.  Work in the affected area will not be resumed until after written authorization from PG&E.

**20.4    Liability and Responsibility.**  With regard to Hazardous Materials, Contractor will comply with all Applicable Laws.  Contractor is liable for the release of any Hazardous Materials and for any pollution related to the Work, to the extent that such release is caused by the negligent actions, negligent omissions, or willful misconduct of Contractor or any subcontractor (inclusive of all tiers), supplier, or equipment vendor, or any of their respective agents, contractors, employees, or representatives.  In the event any such release or pollution occurs, Contractor will abate and remove the same as required by Applicable Law, including decontamination, removal, and disposal of any contaminated soil, replacement of contaminated soil so removed, and repair of any damages, all at Contractor's sole cost and expense.  Contractor will be fully responsible for any negligent or willful exacerbation of any pre-existing Hazardous Materials discovered at or near the site, including without limitation any release or discharge of any previously contained Hazardous Materials. the Parties with respect to any Work or Service.

4.    Delete Section 29.5, Assignment, and replace it with the following:

**29.5    Assignment.**  PG&E and Contractor, respectively, bind themselves, their partners, successors, assigns and legal representatives to the other party to this Contract and to the partners, successors, assigns, and legal representatives of the other Party with respect to all covenants of this Contract.  Neither PG&E nor Contractor will assign this Contract without the written consent of the other, and such consent will not be unreasonably withheld or delayed, provided however, that Contractor may assign its interest in this Contract to an affiliated entity owned by the same corporate parent.

5.    Delete Sections 29.11, 29.12, and 29.13 and replace them with the following:

**29.11  Mutual Waiver of Consequential Damages.**  Notwithstanding anything to the contrary, to the maximum extent permitted by Applicable Law, neither PG&E nor Contractor will be liable in contract, tort (including negligence), equity, or otherwise, for any indirect, incidental, special, consequential, punitive, exemplary damages, loss of use, profits, or unrecovered overhead and commitments to third parties, such as subcontracts, rental or lease agreements, and personal services contracts, regardless of whether the Parties have been advised of the possibility of such damages, unless expressly authorized in advance in writing and specifically assumed by a Party.

**29.12  Limitation of Liability.**  Notwithstanding anything herein to the contrary, Contractor's aggregate, maximum liability, regardless of theory or cause of action, under this Contract, including all CWAs, if any, is $200,000,000 ("Liability Cap").  For clarity, the Liability Cap shall apply to all payments Contractor may make, including defense costs paid, pursuant to this Contract or directive issued pursuant thereto.

**29.13  Rights and Remedies.**  All rights and remedies under the Contract Documents will be cumulative and in addition to, and not in limitation of, all other rights and remedies of the Parties

under the Contract Documents or otherwise available at law or in equity, except that Contractor's indemnification obligations are expressly limited by Section 10.1, Contractor Indemnification, and its Liability Cap under Section 29.12, Limitation of Liability.

"Attachment 4 – Pricing Redacted"



**Pacific Gas and Electric Company®**

Based on Utility Standard: SAFE-3001
Publication Date: 09/01/2014    Rev: 01

# Contractor Safety Program Standard Contract Requirements

## 1.    Summary

PG&E is committed to improving employee, contractor and public safety. PG&E's Contractor Safety Program establishes the minimum safety requirements for all PG&E Contractors and Subcontractors performing High Risk Work or Medium Risk Work on PG&E assets. All Contractors and Subcontractors performing High Risk Work or Medium Risk Work on PG&E assets are obligated to comply with the requirements of PG&E's Contractor Safety Program.

## 2.    Definitions

Capitalized terms will have the meaning set forth in PG&E's Contract with Contractor and as defined herein.

"DART" (Days Away, Restricted or Transferred duty) – means the rate of injuries/illnesses resulting in lost-work, restricted work or a transfer of job duties as a result of the injury or illness.

"Designated Work Area" – means an area where it is necessary to restrict or limit entry or access of nonessential personnel or the public. Examples include work areas involving remediation, abatement, demolition, excavation, and overhead lifting.

"Experience Modification Rate" or "EMR" – Ratio of a company's frequency and severity of injuries vs. an average estimated amount of loss for that industry, based on Workers' Compensation information

"High Risk Work" means Work that directly exposes Contractor or Subcontractor personnel to PG&E systems, assets or processes associated with power generation, gas or electric transmission or distribution operations, or requires bodily entry into a confined space or other hazardous environment, applying lockout/tagout devices as part of hazardous energy control, working at a height requiring the use of fall arresting or restraining equipment, entering an excavation greater than four feet, demolition activities, use of explosive devices, commercial diving, aviation services, vegetative management beyond weed control, handling or transporting hazardous chemicals. Examples of High Risk Work include heavy earthmoving equipment operations, complex system construction, rebuild or repair, scaffold erection or dismantling, hazardous materials abatement, cleanup, disposal, testing or transportation, demolition or explosive work, commercial diving operations or work on, over or near water, aviation services, and vegetative management.

"Low Risk Work" means Work at or on PG&E Assets that does not involve exposure to (a) any hazards associated with power generation, gas or electric transmission or distribution processes or process-related equipment or (b) Designated Work Areas. Low Risk Work requires minimal advance planning, preparation, formal training, or work controls. Examples of Low Risk Work include office area workers, classroom instructors, technical or consulting services, inspection or testing, grass cutting/trimming/pruning, minor alternations/repairs to low voltage electrical or water supply/drainage systems, short term engineering not involving plant access, and siting/Surveying outside a designated work zone.

"Medium Risk Work" means Work at or on PG&E Assets that requires advanced planning, preparation, formal training, work controls, oversight, or specialized Personal Protective Equipment beyond hardhat, safety glasses, safety-toed footwear or high visibility vests. Examples of Medium Risk Work include landscaping requiring the use of earthmoving equipment, digging, excavating or

Case: 19-30088    Doc# 1218-4    Filed: 04/03/19    Entered: 04/03/19 21:04:41    Page 18
of 50



**Based on Utility Standard:  SAFE-3001**
Publication Date:  09/01/2014    Rev:  01

## Contractor Safety Program Standard Contract Requirements

trenching less than four feet, non-complex electrical installation or repair, non-hazardous spill cleanup, pesticide or herbicide spraying requiring an applicators license, and traffic control.

"PG&E Assets" means real property or tangible personal property owned or operated by PG&E.

"Third-Party Administrator" or "TPA" – means the online database resource utilized by PG&E to collect safety, procurement, sustainability, quality and regulatory information from Contractors and verify its accuracy.

**3.      Contractor and Subcontractor Pre-qualification Requirements**

3.1      Subject to Section 3.2 below, Contractor and all Subcontractors of any tier will meet the pre-qualification requirements identified in Table 1: Safety Pre-Qualification Criteria below if performing any Medium Risk Work or High Risk Work on PG&E Assets.

3.2      If Contractor any Subcontractor does not meet the pre-qualification requirements identified in Table 1:  Safety Pre-Qualification Criteria, at its sole discretion, PG&E may authorize Contractor or Contractor's proposed Subcontractor to perform Medium Risk Work or High Risk Work and will have the right to impose additional conditions for the Work.  Contractor will comply, and cause all affected Subcontractors to comply, with all additional conditions PG&E imposes on the Work at no cost to PG&E.

3.3      Contractor will provide PG&E and its third party administrator with such information as PG&E deems necessary in its sole discretion to determine whether Contractor and its Subcontractors meet the pre-qualification requirements, including but not limited to year-to-date safety and injury data and data regarding serious safety incidents affecting the public.  All information will be provided in the manner and format requested by PG&E in its sole discretion.

3.4      Safety data of the entity proposed to actually perform Work on PG&E Assets must be provided.  Safety data of parent entities or any affiliates will not be accepted.

3.5      All costs associated with compliance with PG&E's pre-qualification requirements will be at Contractor's sole cost and expense, including but not limited to all fees charged by PG&E's third party administrator and costs associated with additional conditions PG&E imposes on the Work under Section 3.2.

3.6      Contractor will not commence any Work for which prequalification is required under this Section 3 prior to obtaining written approval from PG&E that Contractor has satisfied PG&E's pre-qualification requirements.  Thereafter, Contractor will provide PG&E updates annually of all data supplied as part of the pre-qualification process.  PG&E reserves the right to terminate the Contract for cause if PG&E determines in its sole discretion that Contractor no longer meets the prequalification requirements.  PG&E reserves the right to require Contractor to replace any Subcontractor at Contractor's sole cost and expense if PG&E determines in its sole discretion that the Subcontractor no longer meets the prequalification requirements.

3.7      Contractor will not allow any Subcontractor to commence any Work for which prequalification is required under this Section 3 prior to obtaining written approval from PG&E that the Subcontractor has satisfied PG&E's pre-qualification requirements.

Case: 19-30088    Doc# 1218-4    Filed: 04/03/19    Entered: 04/03/19 21:04:41    Page 19
of 50

 **Pacific Gas and Electric Company®**

Based on Utility Standard: SAFE-3001
Publication Date: 09/01/2014   Rev: 01

## Contractor Safety Program Standard Contract Requirements

3.8     Contractor represents and warrants that all information Contractor and its Subcontractors supply in compliance with PG&E's Contractor Safety Program is true and accurate.

## 4.     Safety Requirements for the Work

4.1     Contractor recognizes and agrees that safety is of paramount importance in performing any Work for PG&E regardless of whether the Work is Low Risk Work, Medium Risk Work, or High Risk Work.  Contractor will perform all Work safely, in compliance with PG&E's Contractor Safety Program, Contractor's safety program, and any additional safety standards, procedures, rules, or requirements set forth in PG&E's contract with Contractor.

4.2     Contractor will perform all Work in a manner that complies with all applicable federal, state, and local laws, rules, and regulations and complies with safety best practices.

4.3     Contractor will perform all Work in a manner that safeguards persons and property from injury and will train all Contractor and Subcontractor personnel on all PG&E's Contractor Safety Program, Contractor's safety program, all job related hazards, and all safety laws, rules, regulations, or requirements applicable to the Work.

4.4     Contractor will inspect all materials, tools, equipment, and facilities for safety prior to use.

4.5     Contractor will require all Contractor and Subcontractor personnel performing Work on PG&E assets to be fit for duty and comply with the drug and alcohol programs of both PG&E and, if applicable, the Department of Transportation.

4.6.     Contractor will cooperate with PG&E to determine applicable PG&E and regulatory requirements and appropriate control measures to eliminate or mitigate hazards specific to the Work.

4.7.     Contractor will use the appropriate job hazard analysis methods for identifying and communicating known or potential hazards to its personnel and other potentially impacted workforces prior to commencing work.

4.8     Contractor will maintain effective oversight of work crews to ensure compliance with PG&E and regulatory safety requirements for its personnel and other workforces under its direct control.

4.9     If performing High Risk Work, Contractor will supply PG&E with a project-specific safety plan for the Work that includes all safety-specific activities and the training, qualifications, and staffing plan for safety professions that Contractor will have overseeing the Work.

4.10     Contractor will stop work as necessary to ensure compliance with safe work practices and applicable federal, state and local laws, rules and regulations.

4.11     Prior to implementing any significant changes to the Work, re-perform the requirements set forth in Sections 4.3 through 4.8 and if applicable 4.9 to ensure compliance with this standard and implement any needed additional measures or modifications to existing measures.

Case: 19-30088     Doc# 1218-4     Filed: 04/03/19     Entered: 04/03/19 21:04:41     Page 20
of 50



**Pacific Gas and Electric Company®**

Based on Utility Standard: SAFE-3001
Publication Date: 09/01/2014    Rev: 01

## Contractor Safety Program Standard Contract Requirements

4.12    The requirements are in addition to any other requirements or obligations set forth in the Contract documents or applicable federal, state, and local laws, rules, regulations, and permits.

## 5.    PG&E Rights with respect to Safety

5.1    Contractor agrees that, in addition to any other right under the Contract or at law or in equity, PG&E will have the right to

(a) review and approve all Contractor and Subcontractor work plans and work specific safety requirements;

(b) designate safety precautions in addition to those in use or proposed by Contractor;

(c) verify Contractor and Subcontractors have effectively planned for eliminating or controlling work hazards that may impact the safety or health of PG&E and Contractor personnel or the general public.

(d) require Contractor to provide additional safeguards beyond what Contractor plans to utilize;

(e) conduct and document field safety observations and inspections to verify Contractor compliance with the Contractor Safety Program, the Contract requirements, applicable federal, state, and local laws, rules, regulations, and permits.

(d) stop work to ensure compliance with safe work practices and applicable federal, state and local laws, rules, and regulations;

(e) suspend, terminate, or place on probationary status Contractor in the event of a safety incident or failure to comply with these program requirements; and

(f) evaluate Contractor and Subcontractor safety performance periodically during performance of the Work and at conclusion of the Work.

•    5.2    The requirements set forth in this Article 5 are in addition to any other rights set forth in the Contract documents or applicable federal, state, and local laws, rules, regulations, and permits.

## 6.    Safety Incident Investigations and Compliance With PG&E Causal Evaluation Standard

6.1    Contractor will immediately inform PG&E of all safety incidents that occur during the performance of Work on PG&E Assets by Contractor or any Subcontractor.

6.2    Contractor will promptly, thoroughly, and transparently investigate all safety incidents that occur during Contractor's or any Subcontractor's performance of Work on PG&E Assets in compliance with PG&E's Enterprise Causal Evaluation Standard.

Case: 19-30088    Doc# 1218-4    Filed: 04/03/19    Entered: 04/03/19 21:04:41    Page 21
of 50



**Pacific Gas and
Electric Company®**

Based on Utility Standard:  SAFE-3001
Publication Date:   09/01/2014    Rev:  01

## Contractor Safety Program Standard Contract Requirements

6.3     Contractor will cooperate and provide reasonable assistance, and cause each of its Subcontractors to cooperate and provide reasonable assistance, to PG&E with any (a) incident analysis or investigations PG&E conducts following a safety incident and (b) regulatory or agency investigations and inquiries that arise as a result of the safety incident.

6.4     Contractor will supply PG&E with complete copies of all documents, photographs, witness statements, and other evidence related to the incident and all investigation materials promptly upon PG&E's request.

**Attachment**            Table #1: Pre-Qualification Criteria

Case: 19-30088     Doc# 1218-4     Filed: 04/03/19     Entered: 04/03/19 21:04:41     Page 22
of 50


**Pacific Gas and Electric Company®**

## Table #1: Pre-Qualification Criteria

| Targets Based on 3-year averages<br><br>**Except fatalities** | Acceptable (Green) | Not Acceptable (Red) |
|---|---|---|
| Number of Fatalities within the last 5-years (Vehicular fatalities excluded) | No fatalities within 5-years | Fatalities within a 5-years |
| Experience Modification Rate (EMR) | Equal or less than 1.10 | Greater than 1.10 |
| Confirmed OSHA Citations | 3 or less serious citations within the most recent 3-years with no willful or repeat citations | More than 3 serious citations within the most recent 3-years or any willful or repeat citations |
| Total Recordable Incident Rate | Equal or better than 3-year industry average | Worse than 3-year industry average |
| DART Rate | Equal or better than 3-year industry average | Worse than 3-year industry average |
| Additionally, contractors are required to submit for review their Company safety plan/program, drug/alcohol program, disciplinary program for review and serious safety incidents affecting the public for the last 5 years. | | |

Case: 19-30088     Doc# 1218-4     Filed: 04/03/19     Entered: 04/03/19 21:04:41     Page 23 of 50



**Pacific Gas and Electric Company®**

## Supplier Diversity Statement

### 1.   General

PG&E encourages companies interested in providing services to PG&E to support supplier diversity purchasing through its purchasing and subcontracting practices.

In order for Pacific Gas and Electric Company to include the Woman, Minority and Disabled Veteran Business Enterprise (WMDVBE) contractor or subcontractor in the Company's supplier diversity goals, the WMDVBE prime contractor or subcontractor must have a current verification by California Public Utilities Commission's WMDVBE Clearinghouse (for woman- or minority-owned businesses) orDepartment of General Services (for disabled service veteran-owned businesses).

Verification can also be obtained from one of the following CPUC Clearinghouse comparable agencies:

  1.2.1   National Minority Supplier Development Council (NMSDC) or a regional affiliate;

  1.2.2   Women's Business Enterprise National Council (WBENC) or a regional affiliate; or

  1.2.3   Small Business Administration.

### 2.   Supplier Diversity Sub-Contracting Plan

Successful Participants will agree to a subcontracting plan, as part of their contract, to support PG&E's commitment to utilize diverse suppliers as outlined below.  The term subcontractor referred to in this plan applies to subcontractors that provide a service, and sub suppliers that provide material, parts, assemblies or components.  Bidder shall complete and include in their submitted proposal Exhibit 1A List of Diverse Subcontractors.

PG&E is subject to General Order (GO) 156 of the California Public Utilities Commission.  GO 156 establishes goals for each utility to purchase a minimum of 21.5% of its goods and services from Women Minority and disabled Veteran Owned Business Enterprises (WMDVBEs or Diverse Suppliers).  Furthermore, GO 156 sets the following sub-goals:  15% minority; 5% women, and 1.5% disabled veteran-owned business enterprises.

GO 156 requires each utility to establish and maintain a subcontracting program for the purpose of encouraging its prime contractors to utilize Diverse subcontractors.  GO 156 does not authorize or permit a utility to utilize set-asides, preferences, or quotas in administration of its WMDVBE program.

As part of the Proposal, the Participant will include a stated goal to subcontract with Diverse Suppliers with both a total goal as well as sub-goals for each of the sub-categories, as follows:

| | |
|---|---|
| **Minority Owned:** | _____ % |
| **Women Owned:** | _____ % |

Case: 19-30088   Doc# 1218-4   Filed: 04/03/19   Entered: 04/03/19 21:04:41   Page 24
of 50



**Pacific Gas and
Electric Company®**

## Supplier Diversity Statement

| Disabled Veteran Owned: | __% |
|---|---|
| Total Goal (Sum of Above Sub-Goals): | 40% |

The successful Participant will agree to make good faith efforts to assist PG&E in meeting its goals through the implementation of Contractor's subcontracting plan. Such good faith efforts will be measured through the Service Level Agreement and/or Performance Scorecard provisions of this Contract.

The successful Participant will agree to submit enrollment form and utilize PG&E's Supplier Diversity Management System (SDMS) for on-line reporting of spend with WMDVBEs for reporting periods as specified by PG&E.

    **2.8**    To assist you in any diversity subcontracting efforts, you may contact the PG&E contact person requesting Supplier Diversity Representative's assistance or you may conduct your own searches through the WMDVBE Clearinghouse at:

http://www.cpuc.ca.gov/PUC/SupplierDiversity/database.htm

Page **2** of **2**

Attachment 7
Supplier Diversity Statement

11045815.1

Case: 19-30088    Doc# 1218-4    Filed: 04/03/19    Entered: 04/03/19 21:04:41    Page 25
of 50


**Pacific Gas and Electric Company®**

## Insurance Requirements

INSURANCE REQUIREMENTS

Contractor will, at its sole cost and expense, procure and maintain the following insurance coverage and be responsible for its Subcontractors maintaining sufficient limits of the appropriate insurance coverage.

**1.1    WORKERS' COMPENSATION AND EMPLOYERS' LIABILITY:** Workers' Compensation insurance or self-insurance indicating compliance with applicable labor codes, acts, laws or statutes, state or federal, where Contractor performs Work.

1.1.1    Employers' Liability insurance will be $1,000,000 for injury or death each accident.

**1.2    COMMERCIAL GENERAL LIABILITY (CGL):** Coverage will be as broad as the current Insurance Services Office (ISO) Commercial General Liability Coverage "occurrence" form, with no alterations to the coverage form.

1.2.1    Unless otherwise modified through mutual agreement of the Parties in the CWA, the limit will be $200,000,000 each occurrence and in the aggregate for bodily injury, property damage, personal injury and completed operations.    Coverage limits may be satisfied using an umbrella or excess liability policy or an Owners and Contractors Protective Liability (OCP) policy.

1.2.2    Coverage will:  a) by "Additional Insured" endorsement add as insureds PG&E, PG&E's directors, officers, employees, agents, and its parent company, affiliates, and subsidiaries, with respect to liability arising out of the Work performed by or for the Contractor. (ISO Form CG 20 10 04 13 or equivalent)  In the event the CGL policy includes a "blanket additional insured by contract" endorsement, the following language added to the certificate of insurance will satisfy the requirement: "PG&E, PG&E's directors, officers, employees, agents, and its parent company, affiliates, and subsidiaries, with respect to liability arising out of the Work performed by or for the Contractor, has been endorsed by blanket endorsement;" and b) be endorsed to specify that the Contractor's insurance is primary and that any insurance or self-insurance maintained by PG&E will not contribute with it.

**1.3    BUSINESS AUTO:** Coverage will be as broad as the Insurance Services Office (ISO) Business Auto Coverage form covering Automobile Liability, code 1 "any auto."

1.3.1    The limit will be $5,000,000 combined single limit for each accident for bodily injury and property damage.

1.3.2    If scope of work includes hauling hazardous material, then limit will match the DOT requirement and will be endorsed in accordance with MCS90.

**1.4    ALL RISKS BUILDERS RISK PROPERTY INSURANCE:** Property insurance policy will be provided to cover all Work and property for the Project and during construction, testing, start-up for any and all materials, equipment and machinery intended for the project while at the site, off-site and during transit to the site that are in the Contractor's care, custody, and control.  Coverage to include fire, earthquake, flood, extended coverage, expediting

Case: 19-30088    Doc# 1218-4    Filed: 04/03/19    Entered: 04/03/19 21:04:41    Page 26
of 50



## Insurance Requirements

expense and extra expense, and collapse will be maintained during the course of work being performed.

    1.4.1   Coverage will be written on a replacement cost basis for the full completed value of the Project. Such policy will remain in full force and effect until possession and control of the Project is transferred to PG&E.

    1.4.2   PG&E will be named as Loss Payee as their interest may appear (ATIMA).

    **1.5**    **POLLUTION LEGAL LIABILITY/CONTRACTORS POLLUTION LIABILITY:** For scope of Work involving environmental exposures, Contractor will maintain pollution liability insurance with coverage for bodily injury and property damage, including cleanup costs and defense costs resulting from sudden and gradual pollution conditions including the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, hydrocarbons, liquids or gases, waste materials or other irritants, contaminants or pollutants into or upon land, the atmosphere or any watercourse or body of water, but only to the extent the loss is caused by any hazardous material, substance or nuisance brought onto the location of the Work by Contractor or by those for which it is responsible. PG&E shall indemnify, defend and hold harmless Contractor from and against any claim or loss arising from the existence of hazardous material not brought onto the site of the Work by Contractor except to the extent such claim or loss is caused by the negligence of the Contractor. If Work involves asbestos or lead abatement or exposure, Contractor's pollution policy will not include asbestos or lead liability exclusions.

    1.5.1   The limit will be $10,000,000.00 each occurrence and in the aggregate for bodily injury and property damage.

    1.5.2   The policy will endorse PG&E as additional insured.

    **1.6**    **PROFESSIONAL LIABILITY INSURANCE:** Contractor will maintain Professional Liability insurance appropriate for the profession and services to be performed. Insurance will cover the professional errors, acts or omissions arising out of the professional services rendered by or for the Contractor.

    1.6.1   The limit of insurance will be $10,000,000 each claim and in the aggregate.

    **1.7**    **AIRCRAFT LIABILITY:** If aircraft is used in the Work, coverage will be classified for the intended aircraft scope of work and include coverage for bodily injury, property damage including injury sustained by any passenger, applying to all aircraft owned, furnished or used by the Contractor in the performance of this Contract.

    1.7.1   The limit will be $10,000,000 each occurrence and in the aggregate for bodily injury and property damage including passenger liability.

    1.7.2   Coverage will be endorsed to specify that the Contractor's insurance is primary and that any insurance or self-insurance maintained by PG&E will not contribute with it.

Case: 19-30088   Doc# 1218-4   Filed: 04/03/19   Entered: 04/03/19 21:04:41   Page 27 of 50



**Pacific Gas and
Electric Company®**

## Insurance Requirements

**1.8    HULL INSURANCE:** Coverage for physical damage for the full value of the aircraft and coverage will waive all rights of subrogation against PG&E with respect to all physical damage to any aircraft used during the performance of this Contract.

**1.9    OCEAN/INLAND MARINE CARGO INSURANCE:** An Ocean/Inland Marine Cargo policy will be provided for site to site coverage, and loss or damage to freight while in the care, custody or control of Contractor. Contractor will be responsible for each shipment and safe handling, transport and unloading of the shipment at the destination in the manner and location designated.

    1.9.1    Coverage will be in amounts equal to full replacement value. Coverage will be separate for each vehicle, vessel or other means of transportation of freight.

    1.9.2    Carrier will by endorsement name PG&E as a loss payee.

**1.10    CRIME LIABILITY INSURANCE:**

    1.10.1 Coverage will include but not be limited to Employee Dishonesty, with limits of $1,000,000 per occurrence and in the aggregate.

    1.10.2 Coverage will provide for losses caused by the actual destruction, disappearance, wrongful abstraction or theft by the Contractor.

**1.11    DOCUMENTATION REQUIREMENTS**

    1.11.1 Before beginning any Work, Contractor will furnish PG&E with certificates of insurance and endorsements of all required insurance.

    1.11.2 The insurer will deliver notification to PG&E in accordance with the policy provisions if any of the above-described policies are cancelled before the stated expiration date.

    1.11.3 PG&E uses a third party vendor to collect and confirm insurance documents. Certificates of insurance and endorsements will be signed and submitted by a person authorized by that insurer to issue certificates of insurance and endorsements on its behalf and must be submitted by e-mail or fax only:

Certificate Holder: Pacific Gas and Electric
77 Beale Street, P.O. Box 770000
San Francisco, CA 94177

Contractor will also send a copy of all such insurance documents to PG&E's Contract negotiator and Contract administrator.

    1.11.4 In the event of an occurrence that (a) gives rise to an arbitrated or litigated claim; or (b) PG&E acting in good faith reasonably believes, will give rise to a claim,

Case: 19-30088    Doc# 1218-4    Filed: 04/03/19    Entered: 04/03/19 21:04:41    Page 28
of 50



**Pacific Gas and
Electric Company**

## Insurance Requirements

PG&E may inspect the relevant redacted policies in the offices of Contractor in Houston, Texas during normal working hours.

1.11.5 Reserved.

**1.12    FORM AND CONTENT:**  All policies or binders with respect to insurance maintained by Contractor will conform to the following requirements:

1.12.1 Except for Professional Liability and Aircraft Liability, all policies or binders with respect to insurance maintained will waive any right of subrogation of the insurers hereunder against PG&E, PG&E's directors, officers, employees, and agents, and its parent company, affiliates, and subsidiaries.

1.12.2 PG&E and Contractor shall agree in the CWA for each project on (a) the requirement to include Contractor as a loss payee on any builders-all risk or other property insurance policy for a project and (b) the requirement to include Contractor as an additional insured on the general liability insurance policies of other project contractors under contract with PG&E working on the same project as Contractor.

**1.13**    PG&E, shall be  named as an additional insured, shall be an additional insured only to the extent necessary to provide insurance coverage for the covered indemnity obligations expressly assumed by Contractor under this agreement, it being the express intent and understanding of the PG&E and Contractor that the insurance and indemnity obligations under this agreement are dependent upon one another and are not separate and distinct.

Case: 19-30088    Doc# 1218-4    Filed: 04/03/19    Entered: 04/03/19 21:04:41    Page 29
of 50

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
1 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

# SPECIFIC CONDITIONS FOR OVERHEAD, UNDERGROUND & CIVIL CONSTRUCTION

### Table of Content

| Paragraph | Description | Page |
|---|---|---|
| **SECTION 1: Administrative** | | **3** |
| 1.0 | Definitions……………………………………………….. | |
| 2.0 | PG&E Technical Information Library (TIL)…………… | |
| 3.0 | General and Purpose………………………………….. | |
| 4.0 | Scope of Work ………………………………………… | |
| 5.0 | Schedule of Construction…………………………….. | |
| 6.0 | Construction/Worksite Facilities……………………. | |
| 7.0 | Electric Distribution and Civil Construction Utilization of PG&E Yards……………………………….. | |
| 8.0 | Quality Assurance and Quality Control……………. | |
| 9.0 | Safety………………………………………………….. | |
| 10.0 | Motor Carrier of Property Permit…………………….. | |
| 11.0 | Drawings………………………………………………. | |
| 12.0 | Guarantees……………………………………………. | |
| 13.0 | Environmental Requirements………………………… | |
| 14.0 | Construction Notification to Customers and Property Owners……………………………………………. | |
| 15.0 | Electric Clearances and Customer Notification……… | |
| 16.0 | Use of Aircraft………………………………………… | |
| **SECTION 2: MATERIALS** | | **28** |
| 1.0 | Materials Handling and Disposal……………………. | |
| 2.0 | Hazardous Materials…………………………………. | |
| 3.0 | Yard Size for Deliveries……………………………… | |
| **SECTION 3: OVERHEAD ELECTRIC FACILITIES CONSTRUCTION** | | **37** |
| 1.0 | General…………………………………………………. | |
| 2.0 | Work To Be Performed by Contractor……………….. | |
| 3.0 | Work To Be Performed by PG&E……………………. | |
| 4.0 | Contractor Employees Qualifications………………… | |
| 5.0 | Overhead Electric Construction……………………… | |
| 6.0 | Vegetation Clearances From Energized Conductor… | |
| **SECTION 4: UNDERGROUND ELECTRIC FACILITIES CONSTRUCTION** | | **49** |
| 1.0 | General…………………………………………………. | |
| 2.0 | Underground Electric Construction…………………… | |
| 3.0 | Grounding……………………………………………… | |

| Paragraph | Description | Page |
|---|---|---|
| **SECTION 5: CIVIL CONSTRUCTION** .......................................................... | | **58** |
| 1.0 | General.............................................. | |
| 2.0 | Work to be Performed by Contractor...................... | |
| 3.0 | Work To Be Performed by PG&E.......................... | |
| 4.0 | Excavating, trenching and Backfill......................... | |
| 5.0 | Conduit and Subsurface Enclosures.................... | |
| 6.0 | Paving and Concrete Work................................. | |
| 7.0 | Horizontal Directional Drilling.............................. | |
| **ATTACHMENTS** ............................................................................ | | **97** |
| A | PG&E Service Territory Map ................................................ | 98 |
| B | Field Authorization Instructions and Form............................... | 99 |
| C | Safety Incident, Work Procedure Error, and Planned Outage Reporting Guidelines................................................................. | 102 |
| D | Requirements for Contractor Utilization of PG&E Facilities ............... | 104 |
| E | Contractor Work Checklist................................................. | 105 |
| F | PG&E Provided Materials for Underground Cable and Overhead Electric Facility Installation .......................................................... | 106 |
| G | PG&E Provided Materials for Underground Conduit and Gas Facility Installation ................................................................. | 107 |
| H | Supplier Quality Management Program ...................................... | 108 |

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
3 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

**1.0**   **DEFINITIONS:** In addition to the definitions below, the definitions for the defined terms contained herein are listed in Paragraph 1.0 of the Construction General Conditions.

1.1   CONSTRUCTION DRAWINGS: A set of drawings establishing typical installation requirements for specific work and may be an attachment to a CWA, Job Package, or long form contract.

1.2   DAILY INSPECTION LOG: A document maintained by PG&E Inspector to record daily activities performed on the job by Contractor.

1.3   EXCAVATION (per California Government Code 4216(b)): Any operation in which earth, rock, or other material in the ground is moved, removed, or otherwise displaced by means of tools, equipment, or explosives in any of the following ways: grading, trenching, digging, ditching, drilling, auguring, tunneling, scraping, cable or pipe plowing and driving, or any other way.

1.4   INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS or IBEW REPRESENTED WORK: Work identified by Pacific Gas and Electric Company (PG&E) as work normally performed by personnel represented by the IBEW union.

1.5   JOB PACKAGE: Encapsulated document which contains, but not limited to, crew instructions, drawings, electric corrections (EC) notifications, permits and other relevant documents detailing the Work that the Contractor shall be responsible to complete.

1.6   JOINT PARTIES: Other parties who may have an interest in the Work but are not bound to the Parties contractually.

1.7   JOINT POLES: Poles owned jointly by PG&E and other utilities.

1.8   PG&E REPRESENTATIVE or PG&E INPECTOR or PG&E Contract Management Department: PG&E's employee(s) who represents PG&E's interest and have oversight, inspection and coordination responsibilities for all assigned Work described in each CWA.

1.9   PG&E SALVAGE MATERIAL: Materials and equipment removed while performing Work from existing PG&E Facilities that can be reused by PG&E or sold to a recycling facility.

1.10   RUBBER GLOVING: Means the use of insulated rubber gloves, tested to ASTM standards and rated for the voltages involved, to perform energized work at voltages greater than 7,500 volts phase-to-phase up to 21,000 volts phase-to-phase. In addition, all applicable Title 8 rubber glove rules for lower voltages, 0 to 7500 volts shall be followed.

1.11   SUBSURFACE ENCLOSURES: Underground enclosures that are made of either concrete or fiberglass and are used to house meters, wire splices, switches, transformers or other electric equipment. Other names include, but are not limited to, boxes, manholes, splice boxes, enclosures, vaults or utility boxes.

1.12   WORK PROCEDURE ERROR: An event that due to negligence by the Contractor through poor workmanship, human error or non- adherence to work procedures, causes an unplanned electrical outage to PG&E customers or damage to PG&E facilities, electric or gas.

**2.0**   **PG&E Technical Information Library (TIL)**

2.1   PG&E Standards, Bulletins, Policies and Procedures located in the TIL may be accessed through the following methods:

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
4 of 108

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

2.1.1    Contractor, once enrolled will have access to these documents through PG&E's Unifier Application.

2.1.2    In addition, the Contractor using a PG&E computer and PG&E login and password with access to the PG&E Technical Information Library (TIL), which may contain documents not available in Unifier, the Contractor shall always check this web page (http://www.pge.com/greenbook/) for the latest versions of the engineering documents.

2.1.3    Request hard copies or electronic copies from a PG&E Representative.

2.1.4    All PG&E documents in this Contract are incorporated by reference. PG&E may provide updates to these documents from time-to-time, but it remains the responsibility of the Contractor to obtain, review and comply with the latest version of each document. If Contractor encounters a problem accessing a hyperlink document, the Contractor shall notify a PG&E Representative.

## 3.0    GENERAL AND PURPOSE

PURPOSE:  The Specific Conditions related to excavating, installing, replacing, modifying, undergrounding and upgrading of overhead and underground electric facilities and underground conduit performed on behalf of PG&E and/or Joint Parties.

3.1    All Work hereunder shall be performed in accordance to the industry standards and requirements including, but is not limited to, the California Public Utility Commission (CPUC) General Order Nos. 95 (GO95) and 128 (GO128); Electric Rule 20, Overhead to Underground Conversions of Electric Facilities as filed with the CPUC; 49 CFR 192 and 49 CFR 195; environmental and safety issues; and the most current version of the following PG&E Manuals, Standards, Procedures, and Environmental requirements hereto incorporated into this Contract by reference:

- PG&E Electric Overhead Construction Manual (TD-2501M)
- PG&E Electric Underground Construction Manual (TD-2502M)
- PG&E Electric and Gas Service Requirements aka Green Book (TD-7001M)
- PG&E Horizontal Direction Drilling Manual (S4135)
- PG&E Utility Standard: Gold Shovel Standard Damage Prevention Administration (TD-5805P)
- PG&E Construction Long Form General Conditions
- Supplier Quality Assurance Quality Management Manual (SCM-2100M)
- PG&E's Utility Standard: Fire Danger Precautions in Hazardous Fire Areas (TD-1464S)
- PG&E Utility Standard: Notice to Customers (S1418)
- Application of Compression and Automatic Splices for Distribution Conductors (TD-022487B)
- PG&E Design Requirements for Underground Primary Cable (TD-038193B)
- PG&E Electric Design Manual (TD-9001M)
- PG&E Utility Work Procedure: Excavation Procedure for Damage Prevention (TD-4412P-05). Section 8 is deleted in its entirety and is replaced with the procedure as set forth in Utility Bulletin: Cross Bore Preventive Requirements (TD-4412B-012)
- PG&E Cross Bore Prevention and Mitigation Manual (TD-4632P-01, Rev. 0)
- PG&E Utility Procedure: Temporary Wood Pole Construction for the Transfer of Joint Facilities (TD-2326P)

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
5 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

- Environmental Requirements:
  - o 5 Minute Meeting – Environmental Release to Construct (ERTC) Package Changes
  - o Electric Distribution General Best Management Practice (BMP) ERTC Attachment Guide Package Sections 1 to 5
  - o Electric Distribution Frequently Used Storm Water Activity Specific Erosion and Sediment Control Plan (A-ESCPs) and BMPs ERTC Attachment Guide Package Sections 6 and 7
  - o Electric Distribution Infrequently Used Storm Water AESCPs and BMPs ERTC Attachment Guide Package Section 8

3.1.1 Contractor warrants to PG&E that the Work shall be performed with the degree of skill and care that is required by the highest good and sound professional procedures and practices, and in conformance with the generally accepted industry standards prevailing at the time the Work is performed so as to ensure that the Work performed is correct and appropriate for the purposes intended by PG&E Work requested shall, at PG&E's option will be based on Contract unit prices, lump sum (if PG&E decides to competitively bid) or hourly rate (Time and Equipment or T&E) basis. Pricing under each of these scenarios are further detailed in General Conditions.

3.2 AUTHORIZING WORK: Any performance of Work by Contractor shall be authorized by issuance of a CWA or Long Form Contract. A CWA may be issued at any time during the term of this Contract. The specific Scope of Work will be explicitly described in detail in the CWA. Contractor agrees to perform the Work in accordance with the terms and conditions set forth in the Contract, and any CWA that PG&E may issue thereunder and shall be signed by the Parties prior to commencement of Work. Each CWA may provide at a minimum, the following information:

3.2.1 Detailed description and location of the Work PG&E is authorizing Contractor to perform:
- The required deliverables and details that must be included in the deliverables;
- PG&E Representative in charge of the Work and invoicing instructions;
- Deliverable due dates and project milestone dates;
- Cost for the Work.

3.3 CWA ACCEPTANCE: Upon receipt of the CWA, Contractor shall review the CWA and verify that the terms of the CWA are accurate and complete and shall determine whether Contractor has the capacity to perform the Work specified in compliance with all the requirements of the Contract and those specified in the CWA. Contractor shall indicate its acceptance of a CWA by having an authorized representative sign the CWA and forward the signed CWA to PG&E. If Contractor cannot accept the CWA, Contractor shall immediately notify PG&E

3.4 CWA MODIFICATION: If the PG&E Representative requests Contractor perform Work that Contractor believes is not included in the Work scope of an approved CWA, Contractor shall immediately notify PG&E of that belief.

3.4.0 PG&E and Contractor will negotiate and approve any necessary changes to a CWA by issuance of a Change Order. Changes to an executed CWA shall be prepared and approved in the same manner as an original CWA, with the Parties signing the Change Order.

3.4.1 Contractor agrees that no verbal statement or direction shall in any way modify or affect the terms of a CWA.

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
6 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

3.5    CWA CHANGE ORDER PROCESS: For any changes to the scope of the Work to be performed which requires a modification to the CWA amount, Contractor shall follow the Field Authorization Process as outlined in Attachment B, Field Authorization Instructions and Forms.

     3.5.0    Approved Field Authorization Form shall be submitted to a PG&E Representative.

     3.5.1    All changes must be pre-approved by the PG&E Representative before the commencement of work.

          For Change Orders other than for scope of work changes, the Contractor shall notify PG&E weekly throughout a project of their pending submittal. Any change order requests not submitted in a timely manner (within thirty (30) days of the completion of a project) will not be accepted.

     3.5.2    The checkbook forecast shall consist of costs that the Contractor's project will invoice during the month. The first checkbook forecast is collected during the first week of the month and will be included in the performance Scorecard. The second checkbook forecast is collected towards the middle of the month to provide a more accurate forecast to PG&E. Actual costs that have already invoiced during the month should be included in the second checkbook forecast.

     3.5.3    CWAs that have completion dates beyond the completion date of the Contract shall continue to be governed by the terms and conditions of the Contract until said CWA's completion date.

3.6    CONTROLLING ORDER: All Work shall be performed in accordance with the terms and conditions set forth in this Contract, including the terms set forth in the applicable CWA. Should a conflict exist between the Construction General Conditions and the Specific Conditions, the Specific Conditions shall control. THIS CONTRACT MAY BE MODIFIED ONLY BY A CONTRACT CHANGE ORDER SIGNED BY THE AUTHORIZED REPRESENTATIVES OF BOTH PARTIES, AND SHALL NOT BE MODIFIED, IN WHOLE OR IN PART, BY ANY CWA. Should a conflict exist between the Contract and applicable federal, state, or local law, rule, regulation, order or code (collectively, "Laws"), the applicable Law shall control. Varying degrees of stringency between the Construction General Conditions, Specific Conditions, and Laws are not deemed conflicts, and the most stringent requirement shall control.

## 4.0    SCOPE OF WORK

4.1    OUTLINE OF WORK: The Work may include, but is not limited to, furnishing all labor, transportation to work site, material as required (unless otherwise stated), equipment, tools, supplies and supervision and project management to provide a fully operational underground and overhead electric system and underground conduit system.

     4.1.0    All Work shall be performed on an as-needed basis as requested by PG&E in accordance with the Contract.

     4.1.1    All Work shall be performed in a manner that will minimize the number and duration of service disruptions to PG&E customers.

     4.1.2    Energized Work: Performance of work in the energized mode for overhead electric primary distribution work is required. Transformer or secondary level outages to customers are acceptable, when keeping the primary energized. It is recognized that some work will require primary clearances and customer outages such as underground projects and for overhead safety or other issues. For these outages, the Contractor shall minimize the number of customers affected through the installation of primary and secondary line openers, temporary disconnects,

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
7 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

opening jumpers, breaking T-bodies or placing cables on insulated standoff, which will be utilized to establish clearance points. In addition to the utilization of the aforementioned items, the Contractor may be required to perform simple switching operations including opening/closing cutouts and switches.

4.1.2.1 For all situations where the Contractor deems a clearance or a customer service disruption is required, advance approval shall be obtained from the PG&E Contract and Construction Management (C&CM) department prior to notification of the customers.

4.1.2.2 Planned Outage Duration: For all planned outages, both overhead and underground, that are approved PG&E requires the duration of the outage be contained to a minimum and that the Contractor start at the scheduled time and completes the Work on or before the scheduled time committed to PG&E's customers.

4.1.2.3 Pre-checking of Work and Pre-Work for Planned Outages: The Contractor shall be responsible to pre check all work locations pertaining to the planned outages and to perform any pre work which is required leading up to the clearance or customer shutdown to ensure Contractor is able to meet the planned outage timelines. The pre-work expectation shall not be limited to the day of the shutdown, but includes the preceding days, based on the amount of work required to prepare for the planned outage date. This expectation includes civil and both the electric overhead and underground work.

## 4.2    PREPRATORY PLANNING

4.2.0    Contractor shall inspect the Work site and undertake and obtain any and all necessary field measurements to be familiar with the nature and location of the Work prior to commencing the Work. Contractor shall review the plans or other related documents pertaining to the Work which are submitted by PG&E Representative.

4.2.1    Contractor shall notify PG&E Representative in writing of any conditions detrimental to proper and timely completion of Work, errors, inadequacies or inconsistencies in the plans and related documents and potential hazardous situations. Contractor shall request additional clarification or correction of unsatisfactory conditions. If Contractor fails to notify a PG&E Representative and still proceeds with the Work, Contractor shall assume all responsibility for errors, inadequacies, inconsistencies, or defects and hazard-related conditions.

4.2.2    Prior to performance of Work, Contractor, when applicable, shall notify jurisdictional agencies and general public of impending construction that may impact power and other utility supply, noise, traffic and safety.

## 4.3    LOCATING UNDERGROUND FACILITIES

4.3.0    Work may require Contractor to perform the Work over, under, or adjacent to PG&E's existing gas and electric facilities and other underground facilities. Contractor must locate, prospect and expose all underground facilities that could be subject to damage. Contractor shall exercise caution to avoid damage to or disturbance of these facilities and shall be held liable for any damages, whether direct, indirect or consequential, resulting from Contractor's operation, in accordance with the Contract. Should damage occur, Contractor shall

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
8 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

immediately notify both the owner of the facility and PG&E of the damage done to the facility and shall arrange for repair of the damage. Contractor shall make every effort to minimize consequential damage resulting from the construction specified herein. CONTRACTOR MUST PROSPECT AND EXPOSE ALL EXISTING SUBSTRUCTURES PRIOR TO TRENCHING AND ADHERE TO ALL USA GUIDELINES.

4.3.1 Contractor shall notify "Underground Service Alert" (USA) 48 hours prior to any excavating or installing anchors. Telephone number: 811. Contractor must maintain USA marking on sections of jobs for which construction activities are in progress. Contractor assumes sole responsibility for any damages to facilities during performance of Work under this Contract, in accordance with the terms of this Contract. A USA ticket is valid for twenty eight (28) calendar days.

4.3.2 Prior to beginning Work Contractor shall notify all utility companies, requesting that they locate and mark their existing underground facilities and to maintain markings when construction activities continue beyond twenty eight (28) calendar days.

4.3.3 Since USA does not contact private property owners, Contractor shall contact private property owners prior to digging holes or installing anchors on private property to verify the location of privately-owned underground facilities such as gas lines, water lines, etc. and to coordinate the Work with the property owners.

4.3.3.1 If it becomes necessary for PG&E to relocate its existing underground facilities in order for the Contractor to install conduit and vaults, PG&E will compensate Contractor for any related delays, mobilizations, demobilizations or any other Contractor incurred costs resulting from the work at negotiated labor and equipment rates.

4.3.3.2 Prior to performing any saw cutting or excavation Contractor shall produce a video of the existing sidewalks and road surfaces and provide the video to PG&E. The video shall show all existing conditions, including surface defects, referenced from the nearest building address.

4.3.3.3 An operator qualified (with qualifications approved by PG&E) as a gas stand-by person must be present when excavating within 5 feet of any critical gas facility or gas pipeline operating at a pressure greater than 60 psig. For PG&E facilities, the Contractor is responsible for notifying the PG&E Contract Management Department Representative a minimum of five (5) days in advance when any excavating situation as specified in this section so that notification to PG&E gas personnel can be made. For third party facilities, the Contractor is responsible for making the notifications.

4.3.4 Contractor shall not perform or provide the following:

4.3.4.1 Contractor shall not make any alteration or addition to any existing PG&E facility, equipment or fixture not outlined in CWA without prior written approval from PG&E Representative.

4.3.4.2 Furnish materials that are to be made available by PG&E as specified in Attachments F and G unless otherwise stated in writing.

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
9 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

      4.3.4.3 Backfill, cover or conceal Work until inspection and testing for acceptance has been performed by PG&E Representative to its satisfaction.

**4.4**     ADDITIONAL SERVICES: Additional services are unforeseen Work that were not originally included in a CWA. If approved by PG&E, Contractor shall be compensated for such additional Work in accordance with the pricing attached herein.

    4.4.0    Contractor shall <u>not</u> make any claim for additional Work when supplementary or revised Construction Drawings were provided to Contractor to clarify detail or information or to refine requirements of a CWA. Minor changes shall not be construed as justifiable claim for reimbursement.

    4.4.1    Contractor shall not perform any additional Work prior to receiving written authorization from PG&E through an amended CWA signed by both parties. Contractor agrees that all costs for any additional Work performed by Contractor without PG&E's advanced written approval shall be at Contractor's sole risk.

**4.5**     REPORTING: Unless otherwise specified in writing, Contractor shall on a monthly basis or coinciding with the invoicing period for the CWA, whichever is more often, report to the PG&E Representative for the CWA the following information at a minimum with regard to the status of Work for the CWA.

    4.5.0    Activities performed by Contractor during the reporting period, including significant progress, set-backs or outstanding issues.

    4.5.1    Changes, additions or decreases to the Work performed by Contractor, as assigned in the CWA, including out-of-scope Work that may have been performed by Contractor.

    4.5.2    Budget expenditures for the reporting period and to-date for the CWA, as compared to progress, including any projected budget issues or potential changes to assumptions made by Contractor in estimating the Work.

    4.5.3    Review of the schedule for the Work, as agreed by Contractor and PG&E and compared to the actual progress by Contractor, including any deviations from the agreed schedule and reason for such deviations.

    4.5.4    Corrective actions or modifications proposed by Contractor which should be considered, reviewed or approved by PG&E.

**4.6**     NOTIFICATIONS: Contractor shall immediately notify PG&E regarding any problems that may significantly affect performance of Work by Contractor.

    4.6.0    Contractor shall report issues to the PG&E Representative. For example, problems may include but are not limited to: significant changes, additions or decreases, to the Work including out-of-scope Work, which may significantly affect the cost, schedule, quality or other factors; delay in submittal of a deliverable to PG&E; Contractor non-compliance with any of the Contract terms; and, other circumstances which may warrant immediate notification to PG&E.

    4.6.1    Following such notification, Contractor shall respond to PG&E requests for additional information within three business days of such request, unless otherwise specified by PG&E.

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
10 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

4.7     DELIVERABLES AND ACCEPTANCE: Deliverables provided by Contractor shall be subject to PG&E review, approval and acceptance.

     4.7.0     Unless otherwise specified in a CWA, Contractor shall submit preliminary deliverables to PG&E for review and comment. Contractor shall incorporate any PG&E comments to the satisfaction of PG&E prior to submittal of the final deliverables, as agreed by Contractor and PG&E.

     4.7.1     ACCEPTANCE OF ANY DELIVERABLE PROVIDED BY CONTRACTOR UNDER THIS CONTRACT SHALL IN NO WAY LIMIT PG&E'S RIGHTS UNDER THIS CONTRACT.

4.8     WORK TO BE PERFORMED BY PG&E

     4.8.0     PG&E will perform all design engineering, provide material specifications and specify test procedures to be employed by the Contractor for the Work unless otherwise noted in the CWA.

     4.8.1     PG&E will acquire any land and land rights necessary for the operation and maintenance of the permanent facilities to be installed.

     4.8.2     PG&E will acquire and keep current those permits or licenses that can be granted only to PG&E (e.g. all right-of-way easements and permits, railroad and highway crossing permits, other easements, permits and licenses for pipeline crossings and street opening permit).

     4.8.3     The PG&E Representative will schedule and conduct pre-construction meetings (job walks) at the jobsites. The pre-construction meetings will include the Contractor and the PG&E Representative.

     4.8.4     PG&E will regularly schedule status meetings for all Work awarded under this Contract to review ongoing work.

     4.8.5     PG&E will schedule a monthly meeting between the Contractor and contract management leadership to review the Contractor scorecard, safety incidents and other pertinent issues.

     4.8.6     PG&E will inspect Contractor's Work for proper installation and satisfactory workmanship.

     4.8.7     PG&E will conduct quality audits on a percentage of selected jobs in accordance with Supplier Quality Assurance Quality Management Manual (SCM-2100M).

4.9     Contractor, Consultant and Supplier Code of Conduct

     4.9.0     Contractor shall comply with PG&E's Contractor, Consultant and Supplier Code of Conduct as described in Paragraph 30.4 Code of Conduct, Business Ethics, and Availability of Information of the General Conditions of the Contract.

## 5.0     SCHEDULE OF CONSTRUCTION

5.1     Project Baseline Construction Schedule

     5.1.0     Activities: All Contractors assigned work shall be shown in a logical work sequence that Indicate the estimated time duration, sequence requirements. Provide coding of each activity to show Phase, Area, Location, and Responsibility for tracking purposes.

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
11 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

5.1.1    Break up the Work schedule into activities of durations of approximately five (5) days or less each, except for non-field Contract and activities as otherwise deemed acceptable by PG&E.

5.1.2    Critical Path Activities: Identify critical path activities, including those for interim completion dates. Clearances, Utility interruptions, relocation, and connections affecting overall operations including Permits.

5.1.3    Provide information for each significant activity, with special care taken to describe scheduling and coordination with other contracts, Work by PG&E, and others, including but not limited to utility shutdowns (Clearances), road closures, etc.

5.2    The Project Baseline shall be updated by Contractor on a weekly basis.

5.2.0    Schedule Updates shall be a three to six week "Look Ahead Schedule," detailed daily using the Critical Path Method (CPM). Schedule shall be updated and issued weekly. (Computer Generated file must be submitted to PG&E weekly). Look Ahead Schedule shall cover a Six week period, beginning with the week preceding the 6-week detailed look ahead. Actual Start and Finish Dates must be provided. Show remaining duration.

5.2.1    Show the status of all outstanding and pending submittals including scheduled and actual submittal dates, the durations and expiration of submittal review periods, etc.

5.2.2    The Contractor shall provide full access to electronic schedule files by e-mail for the PG&E Project. The file to be saved as an xml file for data transfer along with scheduling software file. These files shall be submitted weekly to PG&E.

5.3    RECOVERY SCHEDULE

5.3.0    If the Schedule Update or Look Ahead Schedule shows Project completion or any individual milestone date beyond the Contract Completion, The Contractor shall within five (5) days, submit to PG&E a Recovery Plan to recover the lost time. The Recovery Plan shall also describe how the Contractor intends to regain schedule compliance without additional cost to PG&E.

5.4    REQUIRED COMPLETION DATE: As specified in the applicable CWA.

5.4.0    Contractor shall communicate any anticipated delay in completing Work to the PG&E Representative. If requested by PG&E, Contractor shall submit a recovery plan.

## 6.0    CONSTRUCTION/WORKSITE FACILITIES

6.1    ROADS AND RAMPS: Contractor may only use authorized means of access and shall maintain same to the satisfaction of PG&E.

6.1.0    Traffic on PG&E owned or leased property will be strictly controlled. Traffic regulations will be enforced. PG&E expects Contractor to exercise exceptional care in the use of roads. Any damage beyond the normal wear and tear of everyday traffic resulting from the activities of Contractor or its Subcontractors shall be repaired by Contractor or at Contractor's expense. Conduct of traffic on the access road or other PG&E roads is subject to the control of PG&E. Any misuse of these facilities can result in the withdrawal of use privileges from any of Contractor's employees.

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
12 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

6.1.1    Contractor shall take all precautions necessary to protect existing pavement, dikes, drainage structures and other facilities. Contractor shall be responsible for damage caused by its neglect or negligence.

6.2    PARKING: Unless otherwise stated in writing, no parking facilities are available at the Work site for Contractor's employees. No vehicles other than those on official business will be permitted to park in the substation areas except as otherwise authorized by PG&E.

6.3    WATER: No water will be available at the site. Contractor must make provision for potable or non-potable water necessary to perform the Work hereunder.

6.4    POWER: Contractor shall provide all necessary electrical power for tools and equipment.

6.5    SANITARY CONVENIENCES: Contractor shall provide sanitary conveniences and remove them upon completion of the Work. Conveniences shall comply with applicable governmental regulations.

6.6    TELEPHONE FACILITIES: There are no existing telephone facilities at the Work site which can be made available to Contractor. Contractor shall make all necessary arrangements for such facilities. At Contractor's expense, Contractor shall have cellular phones and pagers on site for safety and to facilitate contact by PG&E personnel.

6.7    JOBSITE CONDUCT: Contractor is responsible for its employees' conduct and will be held liable for all costs related to their misconduct. Contractor shall respect the rights of the general public and especially PG&E's customers at all times. Contractor shall strive at all times to be courteous to all customers affected by the Work performed under this Contract as well as all members of the general public. Contractor shall ensure that the conduct of its employees or Subcontractor's employees is of a professional manner and shall not allow its employees to play radios, use profanity, use abusive language or display gestures which could be interpreted by the customer or general public as offensive or obscene.

6.7.0    Conflicts between the general public (specifically PG&E's customers) and the Contractor's or Subcontractor's employees will not be tolerated. If the PG&E Inspector or the PG&E Representative finds any Contractor's or Subcontractor's employees to be unsatisfactory or unfit, Contractor or Contractor's Representative shall replace said employee immediately. Said employee is to be immediately removed from the project and excluded from the job site(s). It is understood that this provision in no way requires the Contractor or Subcontractor to terminate the employment of any employee replaced under the terms of this Section 1 Paragraph 6.7 of the Specific Conditions. Nor, by the terms of this Section 1 Paragraph 6.7 of the Specific Conditions, does PG&E expressly or impliedly endorse or approve the termination of employment with the Contractor or Subcontractor of any employee replaced under the terms of this Section 1 Paragraph 6.7 of the Specific Conditions.

6.7.1    No persons performing Work shall keep firearms, bow and arrows or any projectile firing implements on their person or in their vehicles. The use or possession of alcoholic beverages or illegal drugs is prohibited during performance of Work for PG&E. Violations of any of these requirements by any person will be grounds for the removal of that person from the job.

6.7.2    Contractor's employees, agents and Subcontractors shall abide by the Drug and Alcohol Abuse Policy (Exhibit 4) stated in the Construction General Conditions.

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
13 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

6.7.3    Contractor's personnel shall not trespass on private property. Contractor must obtain permission from the landowner prior to entering private property.

6.7.4    Contractor shall not bring any individual onto the Work site, other than Contractor's employees unless authorized in writing by PG&E.

6.7.5    Violations of Jobsite Conduct requirements by any Contractor will be grounds for removal.

6.8    LANDS FOR CONSTRUCTION PURPOSES

6.8.0    PG&E will provide lands and rights-of-way necessary for the Work.

6.8.1    Contractor shall fully inform itself of, and shall comply with regulations and orders of governmental authorities which may affect the conduct of the Work hereunder, particularly in regard to disposal of waste material and clearing or burning of combustible material. Contractor shall remove its waste from Work sites.

6.8.2    Contractor shall limit the activities and operations of its employees and Subcontractors to the construction boundaries of the area designated by PG&E.

6.8.3    Contractor shall reimburse PG&E for any payments made to the owners involved for any damages to adjacent property resulting from actions of Contractor, its employees or Subcontractors.

6.8.4    Contractor shall not directly negotiate or enter into any agreements with adjacent property owners. Any desired communication between Contractor and adjacent property owners shall be through PG&E.

6.9    GOOD HOUSEKEEPING: Contractor shall maintain clean and orderly Work and storage areas during the progress of its Work.

6.9.0    Contractor shall maintain the Work area in a clean condition and shall remove waste material and rubbish from the Work area immediately as it accumulates or as directed by PG&E. Contractor shall comply with all state, local and federal laws governing handling of hazardous materials or waste.

6.9.1    Material supplies stored in Work areas shall be neatly, safely and securely stored as appropriate to the material and as approved by PG&E.

6.9.2    Upon completion of Work at the Work Site, Contractor shall remove tools, construction equipment, waste material and rubbish from the Work site and shall leave the area in a clean and orderly condition.

6.10    REMOVAL OF TEMPORARY FACILITIES: At the completion of a specific block of Work or as directed by PG&E, its temporary construction facilities shall be removed to the satisfaction of PG&E.

6.10.0    Contractor shall provide required office, storage, shop and lay-down area for Subcontractor's for which it is responsible during the performance of Work from areas assigned for Contractor's occupancy. No additional areas will be allowed for occupancy by Subcontractor's activity without the specific approval of PG&E.

6.11    AIRBORNE DUST: Contractor shall control airborne dust on its outside work areas to meet local, state or federal regulatory requirements or as directed by PG&E. Contractor shall be responsible for any damage or additional maintenance expenses incurred by PG&E or others which result from airborne dust from Contractor's operation.

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
14 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

6.12 SPECIFIC AREAS: Within the work site, an area will be assigned to Contractor for its office, material storage and material lay down, unless otherwise stated in writing. Under no circumstances shall Contractor be allowed to occupy other areas without specific authorization of PG&E.

6.13 EQUIPMENT, TOOLS AND LABOR: Contractor shall provide all equipment, tools and labor necessary to complete the assigned Work. Tools and equipment shall be in good repair and efficient operating condition.

   6.13.0 Contractor shall be responsible for the security and well-being of its own equipment and tools.

   6.13.1 Contractor is required to use only those tools and equipment that are properly calibrated and current to applicable testing schedules.

6.14 ADDITIONAL PRECAUTIONS: If the PG&E Inspector requests Contractor to provide certain safeguards not in use but considered necessary and if Contractor fails to comply with the request within a reasonable time, PG&E may provide the safeguards at Contractor's expense. Failure to comply with safety precautions required by the PG&E Inspector may result in termination of the Contract per the General Conditions.

## 7.0 ELECTRIC DISTRIBUTION AND CIVIL CONTRACTORS UTILIZATION OF PG&E YARDS

To achieve efficiencies, PG&E has made PG&E yards available for Contractor's use. Contractor shall follow the guidelines for use of these yards as set forth in Attachment D, Requirements for Contractor Utilization of PG&E Facilities.

7.1 For those yards which are acquired by the Contractor, and for which PG&E delivers material to, Contractor shall comply with the yard size guidelines for material delivery access as described in Section 2 Paragraph 3.0 of the Specific Conditions.

7.2 In addition to other requirements in this specification, Contractor shall:

   7.2.0 Provide 24/7 contact information and access to Contractor's equipment in the PG&E yard in case of emergency.

   7.2.1 Adhere to all safety standards and guidelines including those contained in Supplier Quality Assurance Quality Management Manual (SCM-2100M).

   7.2.2 Follow the yards operational procedures. (Unique to and provided individually by each yard).

   7.2.3 Adhere to the good housekeeping; laydown and staging yard; hazardous material permitting, and hazardous materials and waste storage, handling, and disposal requirements.

   - 5 Minute Meeting – Environmental Release to Construct (ERTC) Package Changes
   - Electric Distribution General Best Management Practice (BMP) ERTC Attachment Guide Package Sections 1 to 5
   - Electric Distribution Frequently Used Storm Water Activity Specific Erosion and Sediment Control Plan (A-ESCPs) and BMPs ERTC Attachment Guide Package Sections 6 and 7
   - Electric Distribution Infrequently Used Storm Water AESCPs and BMPs ERTC Attachment Guide Package Section 8

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
15 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

7.2.4    Be responsible for any damage to the yard including but not limited to damage to drivable surfaces above and beyond wear due to normal use.

7.2.5    Perform no maintenance or repairs of any kind on any equipment in PG&E's yard.

7.2.6    Perform no fueling or handling of hazardous substances within the yard.

7.2.7    Retain responsibility and risk of loss, theft or injury for any and all equipment, material or employees while in PG&E's yard except for actual damages or loss of Contractor's equipment directly attributable to PG&E's gross negligence.

7.2.8    Be responsible for the safety, performance and conduct of its employees regardless of location and as otherwise noted in this specification.

7.2.9    Obtain environmental approval from the PG&E Project Manager before occupying the yard.

7.3    Contractor awarded specific territory(ies) will be provided the applicable documents referenced in the protocols for each of the PG&E Maintenance and Construction Yard(s) made available to Contractor as part of Attachment D.

## 8.0    QUALITY ASSURANCE AND QUALITY CONTROL

PG&E shall have full authority to conduct construction tests and inspections and exercise such control as required to ensure that the Work is in full compliance with this Specification.  Material supplied by Contractor not meeting requirements set forth by PG&E shall be removed from the job site at Contractor's expense and replaced with material that complies with requirements set forth by PG&E and the design drawings.

8.1    Contractor shall be responsible for the quality of Work performed.  The protocol for quality assurance of work performed by Contractor is outlined in the Supplier Quality Assurance Quality Management Manual (SCM-2100M).

8.2    PG&E Company Representative will provide inspection services to verify acceptance of the Work.

8.3    (Reserved)

8.4    Rejected Work or defective materials if supplied by Contractor shall be remedied as directed by PG&E at the expense of the Contractor.

8.5    Any testing performed by PG&E does not prevent the Contractor from conducting its own tests.

## 9.0    SAFETY

9.1    GENERAL:  Contractor is responsible for compliance with all applicable federal, state and local requirements, including but not limited to, all safety requirements mandated by the Safety Orders of the California Division of Occupational Safety and Health and as stated under Paragraph 13.2, Regulations and Conduct of Work, of the Construction General Conditions.    Contractor shall also comply with electric utility industry standards including, but not limited to, applicable American Society of Testing and Material (ASTM) and American Standards National Institute (ANSI) standards.

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
16 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

9.1.1    PG&E may at times, require additional provisions and specific work procedures when working on PG&E facilities which have been deemed to further protect the safety of electrical and civil workers, the public and PG&E's facilities.

9.1.2    Incident reporting guidelines to be completed following the first priority of making the situation safe and/or requesting emergency services are contained in Attachment C, Safety Incident, Work Procedure Error and Planned Outage Reporting Guidelines, and for which the Contractor shall follow in the event of all injuries to their employees and the public, property damage and any Work Procedure Errors (WPE's). Within 1 (one) hour verbal or email notification is required, followed by an Incident Report (IC) within twenty-four (24) hours and an Apparent Cause Evaluation (ACE) report within seventy-two (72) hours as specified in Attachment C.

> 9.1.2.1    For any incidents resulting in customer property damage, for which the Contractor has involvement, the Contractor shall take immediate action to manage the incident with all customers involved and sustain management of the incident to its final resolution. Contact with the customers is mandatory.

9.1.3    In addition to any other requirements specified in this Contract including in Attachment C, should there be a serious incident causing an injury, fatality or significant damage to equipment during the performance of Work, Contractor shall provide to PG&E a report within two (2) weeks of the incident that describes the root cause of the injury, fatality or significant damage and that provides corrective actions. Such report shall be performed by an independent third party and paid for by Contractor.

9.1.4    Contractor is solely responsible for the safety of its operators, equipment and machinery.

9.1.5    Contractor shall prepare any necessary job-specific Work Plans and Health & Safety Plans required for performance of Work and train its employees and Subcontractors in the requirements of such plans prior to commencing any Work. Contractor shall have a safety plan, which shall include training for all Contractor and Subcontractor-supplied labor. Such safety plan shall include, but not be limited to, the requirements of this Paragraph 9.0 and Paragraphs 13.0, Safety Precautions and Protection of Property, 31.0, Hazardous Materials/Hazardous Waste, and 32.3, California Health and Safety Code, of the Construction General Conditions and shall be in addition to, not in lieu of, PG&E's Site Safety Plan. PG&E's Site Safety Plans are site specific and are reviewed with Contractor during the design and approval process of Contractor's job-specific Work Plans and Health & Safety Plans.

9.1.6    Contractor shall provide all tools and equipment required for the performance of the Work and to ensure the safety of its employees or Subcontractors. Contractor shall be responsible for ensuring that all its employees and Subcontractors are properly trained and qualified to use such tools and equipment prior to actual use. It shall be Contractor's responsibility to determine if any workspace is defined as confined space. If Contractor determines that any workspace so requires, Contractor shall ensure that confined space training is provided, as required, to its employees and Subcontractors in accordance with all federal, state and local regulations.

9.1.7    Contractor is responsible for the safety and adherence to safe work practices of all of its employees and Subcontractors. PG&E may perform regular safety audits; however, the performance of such audit by PG&E does not relieve

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
17 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

Contractor of its responsibility for maintaining a safe, clean and orderly work place. PG&E reserves the right to halt any Work at the site due to safety violations, including inadequate work site protection and traffic control. Work shall not continue until the violations are corrected to PG&E's satisfaction. Additionally, Contractor shall not be granted schedule relief nor charge PG&E for overtime or other costs incurred to return to schedule if Work is halted for safety violations.

9.1.8 Before ascending or changing the strain on existing poles, Contractor shall take all steps necessary to ensure that such poles are safe to climb. PG&E has no responsibility for any personal injury or damage to person or property as a result of Contractor's failure to test poles and provide necessary safeguards. Adjacent poles shall also be considered by Contractor.

9.2 CONTRACTOR SITE SAFETY AND HEALTH: The safety and health items have been identified as possible risks that may be encountered in performing Work. The items listed below do not cover all possible risks. The Contractor is responsible for evaluating all aspects of the Work, including site risks, minimizing or eliminating exposure to those risks and completing the Work in a safe manner.

9.2.1 PG&E's receipt of Contractor's emergency action plan, safety plan, environmental plan or any other safety and health related information, does not imply that PG&E endorses the plan. Contractor is solely responsible for performing the Work in compliance with all federal, state, local or other rules and regulations that apply to the Work under this Contract.

9.2.2 Hazards may include, but not limited to, clearance procedures, climbing new and old wood poles, energized electrical facilities, high tension cables and wires, underground/overhead utilities, overhead obstructions, helicopter access, aerial lifts, excavations, confined spaces, live gas facilities, chemicals, pesticides, PCB, lead, hazardous materials, emergency conditions, weather conditions, heat illness, noise, vehicular and pedestrian traffic, bees, wasps, snakes, spiders, poison oak/ivy and driving are present for this Work and personal protective equipment, an emergency action plan/communications, safety at height, hazardous waste management and driving are required for this Work. Contractor shall take all precautions necessary to protect all persons (employees of Contractor and PG&E and third parties, including members of the public) and property (of Contractor, PG&E and third parties) from exposure to these risks. At a minimum, Contractor must comply with all federal, state, local or any other laws, rules or regulations that apply to the Work.

9.2.2.1 In accordance with all federal, state and local regulations, notice is hereby given that Work may be located in the vicinity of asbestos-containing material. The Contract does not cover direct asbestos work; such work can only be performed by a duly licensed and qualified contractor. If the Work requires Contractor to disturb the fireproofing material or any other material suspected of containing asbestos, Contractor shall cease and contact the PG&E Representative.

9.3 SAFETY PRECAUTIONS: For all types of Work, Contractor shall have an ongoing Safety Training Program for its employees. Compensation for Safety/First Aid meetings shall be included in the pricing attached herein. There shall be no additional compensation for Contractor employees to attend Safety/First Aid meetings.

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
18 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

9.3.1    CONTRACTOR SAFETY MEETINGS: Contractor shall conduct field safety meetings at least weekly with all employees, discussing safety items that are relative to the Work in progress.

9.3.2    SAFETY TAILBOARD MEETINGS: During the course of a job, PG&E may conduct safety meetings on-site to discuss site-specific safety issues and requirements. Contractor shall strictly adhere to these requirements. Contractor shall be solely responsible for maintaining a safe working environment at the job site during the performance of all Work.

9.3.2.1    PG&E has a site safety tailboard specific to the Work location. Subsequent to award of Contract and prior to Contractor commencing any Work hereunder, PG&E's designated on-site Representative shall conduct a site-specific site safety tailboard for Contractor's personnel. In addition, Contractor's supervisory personnel shall attend a hazard communication briefing conducted by PG&E's designated on-site Representative on the specific hazards associated with the Work related to overhead and underground electrical substructures and any other conditions unique to the site which may be encountered. Contractor shall instruct each subsequently assigned employee or Subcontractor in the site safety tailboard and hazard communication requirements prior to any such employee or Subcontractor performing any Work hereunder. It is Contractor's responsibility to contact the PG&E designated on-site Representative to schedule the instruction.

9.4    SAFEGUARDS: Contractor shall supervise all Work performance to ensure the safety of PG&E employees, the general public and the Contractor's employees and its Subcontractors. Contractor shall plan and conduct the Work to safeguard all persons and property from injury by providing, as appropriate, warning devices, signs, traffic control, barricades, lights, flares, reflector, shoring, bracing, cones, lockout tags and other devices to notify PG&E employees and the general public of Work being conducted.

9.4.1    CONDUCT OF WORK: Contractor shall not allow any Subcontractor, agent or employee to become a nuisance or commit acts of vandalism to the premises or lands in the vicinity of the Work.

9.4.2    COST: The cost of the Work, including the installation of equipment and facilities required to provide and maintain safe working conditions, shall be included in the pricing attached herein.

9.4.3    DRIVING VEHICLES: Contractor shall be responsible for the driving habits of its personnel while within the work area. Narrow roads, steep grades, slippery conditions and heavy vehicular and pedestrian traffic require strict observance of posted speed limits and road hazard warning signs.

9.4.4    FIRE HAZARDS: Contractor shall provide appropriate fire safeguards by keeping worksite and its immediate surrounding free of dry brush, weeds, grass, debris and other conditions which may cause fire hazards.

9.4.5    FIRE REGULATIONS: Contractor shall comply with the requirements of the California State Division of Forestry Fire Prevention Bureau and the regulations of the Public Resources Code, Section 4167 which governs the use of spark arrester devices on all motorized equipment.

9.4.6    FIRE DANGER PRECAUTIONS: FIRE DANGER PRECAUTIONS: Contractor must observe all laws, rules, and regulations of fire agencies having jurisdiction

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
19 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

over areas in which they are working (including work areas within fenced corporation and substation yard areas) per PG&E's Utility Standard TD-1464S on Fire Danger Precautions in Hazardous Fire Areas.

9.4.7 HARD HATS AND PROTECTIVE CLOTHING: Contractor shall require all personnel to wear hard hats, leather work boots, safety vests and adequate clothing while engaged in Work. Contractor shall furnish its employees with a hard hat of a single color distinct from the color used by any other Contractors at the site and by PG&E.

9.4.7.1 PG&E approved metal toe guards shall be worn by workers when operating mechanical tampers or jackhammers.

9.4.7.2 Flame Resistant (FR) clothing shall be worn by all workers performing electric Work while engaged in Work for PG&E.

9.4.8 FLAME RESISTANT CLOTHING: Supplier shall ensure that all Supplier personnel wear FR (Flame Resistant) clothing as defined by the American Society for Testing and Materials standard TM F1506-02a, "Standard Performance Specification for Textile Materials for Wearing Apparel for Use by Electrical Workers Exposed to Momentary Electric Arc and Related Thermal Hazards" under any of the following conditions:

- The Supplier's personnel are subject to contact with energized circuit parts.
- The Supplier personnel's clothing could be ignited by flammable material in the work area that could be ignited by an electric arc, or
- The Supplier personnel's clothing could be ignited by molten metal or electric arcs from faulted conductors in the work area.

9.4.8.1 Supplier shall ensure that that Supplier's personnel wear flame RESISTANT clothing that has an arc rating greater than or equal to the available heat energy and ensure that personnel wear clothing that could not melt or ignite and continue to burn in the presence of electric arcs to which personnel could be exposed as required by the National Electric Safety Code (NESC-IEEE C2-2007). All garments shall have tags visible from the outside that clearly identifies the garment as Flame Resistant (FR) and clearly indicates the arc rating (HRC category) of the garment. All garments shall have a minimum rating of HRC 2.

9.4.8.2 All Supplier's personnel requiring access to PG&E Substation facilities or PG&E Power Generation Facilities shall be required, at a minimum, to wear flame RESISTANT clothing (long sleeve shirts, long pants or coverall as required) rated HRC 2 with a minimum rating of 8 cal/cm2 for personal protection as required by the PG&E Arc Flash Hazard Control Procedure (SHC 237).

9.4.9 NOISE CONTROL: Contractor shall make every effort to minimize noise from equipment which will be operating for extended periods of time or during the night.

9.4.10 OPERATION OF SWITCHES: Contractor shall not open or close any switches on energized equipment or perform any other operations on an approved switch log unless given direction by the PG&E Representative. Contractor will be instructed in the method of PG&E tagging and clearances procedures.

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
20 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

9.4.11  TEMPORARY FENCES AND BARRICADES:  Contractor shall provide and maintain all temporary fences and barricades as required for the Work and to safeguard construction materials.  When appropriate, barricades equipped with operating flasher lights and/or reflectorized tapes shall be utilized to safeguard all persons and property from injury.  Contractor shall remove the above temporary fences and barricades upon the completion of the Work.

9.4.11.1  Barriers: Contractor shall provide and maintain until completion of the Work sufficient barriers, platforms and other safeguards as necessary. Any open augured holes shall be covered at all times with plywood having a minimum thickness of 1 1/8" inches.

9.4.12  TRAFFIC CONTROL:  Contractor shall take all necessary precautions for the protection of the Work and the safety of the public.  Public roads closed to traffic for the Work shall be protected by the use of qualified flagmen and/or installing effective barricades with proper warning and detour signs attached.

9.4.12.1  Contractor shall bear the cost of furnishing all labor (i.e., watchmen, flaggers, etc.), signals, etc. necessary for the proper and safe performance of the Work.

9.5  RUBBER GLOVING:

9.5.1  Upon request, Contractor shall provide PG&E Representative with the names of employees who have been certified for Rubber Gloving work.  At its option, PG&E may verify the certification of Contractor's employees who employ Rubber Gloving methods.

9.5.2  Contractors employing Rubber Gloving methods shall, at a minimum, adhere to the "insulate and isolate" safety rules and practices in Title 8 of the California Code of Regulations, (Cal/OSHA).  Nothing herein shall be interpreted as a mandate to weaken or change existing rules or practices.

9.5.3  When working on or adjusting an open device (switches, solid blades, line recloser, etc.) and there is a possibility that a parallel condition can be created between the two circuits, one of the following three options shall be used:

9.5.3.1  Option 1: Move the normal open point to another existing device. The Electric Control Center will direct switching to close the device to be worked on or adjusted and open another existing device, thereby separating the parallel.

9.5.3.2  Option 2: Establish a temporary open point on either side of the device to be worked on. The person in charge determines the location and communicates with the Electric Control Center to request a temporary open point (jumpers or temporary "flying bells") be established on either side of the device to be worked on. Establishing this temporary open point (i.e., jumpers or flying bells) prevents the circuits from being paralleled during operation of the device.

9.5.3.3  Option 3: Use hot stick procedures to perform the work. Using hot stick procedures to work on or make adjustments to a distribution field device (including while circuits are in parallel) is allowed.

9.5.4  NON-COMPLIANCE WITH Cal/OSHA RUBBER GLOVE SAFETY RULES:  The PG&E Representative has the right to stop the Work immediately if PG&E

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
21 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

Representative determines the Work does not comply with Cal/OSHA safety rules. Noncompliance may result in termination of the Contract per the General Conditions.

9.5.4.1 For decades, electrical workers in California have traditionally utilized live-line tools (insulated "hot sticks") to perform energized Work above 7,500 volts, phase-to-phase. Nothing in this Paragraph 9.5 shall prohibit Contractor from exclusively utilizing traditional hot stick methods with qualified electrical workers to do energized Work.

9.6   BLASTING

9.6.1   USE OF EXPLOSIVES DURING PERFORMANCE OF WORK IS EXPRESSLY PROHIBITED UNLESS SPECIFICALLY AUTHORIZED, IN WRITING, BY PG&E. In the event Contractor determines that explosives are required in performance of the Work, Contractor shall submit to PG&E a detailed description of the location and nature of the obstruction requiring explosives. If PG&E agrees with Contractor's assessment, PG&E shall provide Contractor, in writing, specific limitations and specifications within which such explosives may be used. IN NO EVENT SHALL CONTRACTOR PROCEED WITH THE USE OF EXPLOSIVES UNTIL CONTRACTOR HAS RECEIVED SUCH SPECIFICATIONS, IN WRITING, FROM PG&E. PG&E providing or failing to provide, these specifications does not relieve Contractor of the responsibility to use the explosives safely and in accordance with all federal, state and local laws, rules and regulations.

9.6.2   In the event Contractor uses explosives in the performance of Work, Contractor shall establish the means by which the inventory of such explosives is carefully controlled. Contractor shall document each item brought on site including, but not limited to, caps, powder and primer cord. At the conclusion of the Work requiring use of the explosives, Contractor shall inventory and account for each and every explosive item brought onto the site compared to the inventory of explosive items used or remaining in Contractor's inventory. All unused explosive items shall be removed from the Work site immediately that the Work requiring use of the explosives is completed or on a daily basis whichever is sooner. Absolutely no dangerous materials may be left at the Work site. Contractor shall be responsible for all costs and penalties associated with any incident resulting from Contractor's loss or misuse of any explosive item.

10.0   **MOTOR CARRIER OF PROPERTY PERMIT AND TRANSPORTATION:** This Section is applicable if in the course of the Work hereunder, Contractor or any Subcontractor will operate any motor vehicle(s) subject to regulation under the Motor Carriers of Property Permit Act, California Vehicle Code §§ 34620 and related sections. This section also includes requirements for transportation of hazardous wastes or hazardous materials (such as LNG and CNG) under the contract.

10.1   To perform any transportation services under this Contract, Contractor and any Subcontractor(s) must have a valid Motor Carrier of Property Permit ("MCP") issued to the operator by the California Department of Motor Vehicles. Contractor represents and warrants to PG&E as follows:

10.1.1   Contractor has a valid MCP to perform any transportation services under this Contract;

10.1.2   On or before the effective date of this Contract, Contractor shall provide PG&E with the following documentation: (a) a true, correct and complete copy of its MCP, which