DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
77 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

underground utilities which might be within twenty (20) feet of the bore path. Contractor shall verify drill stems or reamer assembly will clear other existing installed utilities by means of visual observation and confirmation. Contractor shall not commence boring operations until the location of all underground utilities within the work area have been verified.

7.1.10 BORING

7.1.10.1 Contractor shall continually monitor and record the location, alignment and depth of the bore during the boring process and installation. Contractor shall track information on a Boring Log according to the requirements of this Section 5 Paragraph 7.3.

7.1.10.2 Contractor shall notify PG&E at once of any known or possible contact of the boring head with an existing substructure. Contractor shall immediately stop boring and notify the PG&E Representative of the possible obstruction. Contractor shall not continue boring until Contractor and PG&E have discussed the situation and reached a resolution to the problem. Contractor shall be held liable for any damage to an existing facility as a result of the boring process for a period of two (2) years following the completion of the Contract. "Existing Facilities" include, but are not limited to: sewer, storm drains, water, communication lines, traffic loops, electric utilities and landscaping.

7.1.10.3 Once pull-back operations have commenced operations must continue without interruption until conduit is completely pulled into borehole. During pull-back operations Contractor shall not apply more than the maximum safe pipe pull pressure at any time.

7.1.10.3.1 In the event that conduit becomes stuck, Contractor shall cease pulling operations to allow any potential hydro-lock to subside and then commence pulling operations. If conduit remains stuck, Contractor shall notify the PG&E Representative and Contractor shall discuss options, and then work will proceed accordingly.

7.1.10.4 Contractor shall continue to pull conduit until a minimum of ten (10) feet of the pipe can be inspected by the PG&E Representative.

7.1.10.4.1 Conduit shall be installed free of gouges or scratches greater than ten percent (10%) of the wall thickness.

7.1.10.4.2 Damaged Conduit: Any damage exceeding ten percent (10%) shall be removed by either pulling the damaged section out or by excavating and removing the damaged section. Costs of damaged conduit needing replacement shall be deducted from Contractor's compensation.

7.1.10.4.3 Backfilling shall be done with sand around all facilities installed. Pits must meet compaction requirements of jurisdictional agency at each location.

7.1.11 HANDLING PIPE

7.1.11.1 As provided in the Specific Conditions, Contractor or PG&E shall place

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
78 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

the conduit on the rollers provided by Contractor. PG&E may elect to provide standby equipment to assist in guiding the pipe. Such assistance by PG&E does not relieve Contractor of the responsibility to ensure that the rollers are adequate and spaced properly and for the smooth, continuous, efficient pull of the conduit.

7.1.11.1.1 Pipe Rollers: Pipe rollers shall be of sufficient size to fully support the weight of the conduit during pull-back operations. Sufficient number of rollers shall be used to prevent excess sagging of conduit and shall be designed and placed to avoid damage.

7.1.11.2 PULL-BACK: After successfully reaming the bore to the required diameter, the conduit shall be pulled through the bore path. Once the pullback operation has commenced, it shall continue without interruption until the conduit is completely pulled into bore unless otherwise approved by the PG&E Representative.

7.1.11.2.1 Pull-back of the HDD string will be planned for and performed in a way that minimizes the possibility of heaving underground utilities or structures. Should pavement heaving or settlement occur, saw cutting and replacement of the pavement shall be the responsibility of Contractor.

7.1.11.3 PULLING LOADS: The maximum allowable tensile load imposed on the pull section shall be equal to seventy-five percent (75%) of the specified minimum yield strength of the conduit and the area of the conduit section.

7.1.11.3.1 Contractor shall ensure working gauges, which register tensile loading, are accurate and operable.

7.1.11.4 TORSIONAL STRESS: A swivel shall be used to connect the pull section to the reaming assembly to minimize torsional stress imposed on the section.

7.1.11.5 After installation by HDD, the conduit will contract in length and is to be left free for a minimum period of 24 hours prior to joining or attachment to an end fitting or additional conduit.

7.1.12 CHANGE IN BORE HOLE DESIGN

7.1.12.1 As provided in Final Bore Hole Design of this Specification, Contractor may propose an alternate final borehole design, altering the exit location and angle if a more effective design is warranted and if such alternate is approved by PG&E prior to start of drilling activities.

7.1.12.2 Pilot Hole Quality Assurance: Contractor shall continually monitor the three-dimensional location of the bore. Contractor shall drill conduits according to the centerlines as shown on the final borehole design that has been approved by PG&E. Contractor shall submit the pilot-hole data on a daily basis to the designated PG&E Representative. The PG&E Representative will review the data daily to ensure the pilot hole is meeting all requirements of the final bore design. If an unacceptable deviation exists between the final bore design and the as-drilled pilot

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
79 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

hole, Contractor may be directed to take corrective measures to ensure the pilot hole is in compliance. Once the pilot hole is completed, the pilot-hole as-built data will be submitted for PG&E approval and acceptance prior to start of back reaming operations. The designated PG&E Representative will review and accept or reject the as-installed pilot hole within two (2) hours of receiving data. If the data received is questionable, Contractor may be required to submit a detailed profile of the pilot hole showing actual trajectory at intervals not greater than the length of the drill stems used during actual drilling. In the event significant deviations exist that exceed the tolerances of the requirements, Contractor shall abandon the pilot hole at Contractor's cost and install a new pilot hole at an agreed upon location that meets all project requirements.

7.1.12.3 Circulation and Drilling Fluids

7.1.12.3.1 Recirculation: Contractor shall maximize recirculation of drilling fluid surface returns. Contractor shall provide solids control and fluid cleaning equipment of a configuration and capacity that can process surface returns and produce drilling fluid suitable for reuse.

7.1.12.3.2 Segregation: Contractor shall containerize and segregate drilling fluids from native soil. Contractor shall not allow drilling fluids to migrate onto the soil. Contractor shall transport and dispose of the drilling fluids as necessary to avoid any overflow of such fluids onto the site.

7.1.12.3.3 Disposal: Contractor shall dispose of excess drilling fluids in compliance with all environmental regulations, right-of-way and workspace agreements, and permit requirements. Drilling fluid disposal procedures proposed for use shall be submitted to PG&E for approval.

7.1.12.3.3.1 No procedure may be used which has not been approved by PG&E. PG&E, at its option, may secure an excess drilling fluid disposal site for Contractor. If hazardous material sites occur along the bore path, drilling fluids may exceed threshold levels and could require handling and disposal as a hazardous waste.

7.1.13 BACK-REAMING

7.1.13.1 GENERAL: Operations that result in over-cutting of the borehole during the back reaming operation will be avoided to minimize the possibility of post-installation settlement of surface structures. Contractor shall remove uniform quantities of material with each pass while minimizing the down hole pressures that could lead to loss of circulation conditions.

7.1.13.1.1 Contractor shall enlarge the pilot hole by back-reaming in order to produce a clean, un-obstructed hole for the conduit to be pulled through.

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
80 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

7.1.13.2   Minimum horizontal and vertical clearances to existing facilities as specified in the Contract Documents shall be maintained. Clearances shall be measured from the nearest edge of the largest back-reamer required to the nearest edge of the facility being paralleled or crossed.

7.1.13.3   The drilling mud in the annular region should not be removed after installation, but permitted to solidify and provide support for the conduit and surrounding soil.

### 7.1.14   PRE-REAMING

Contractor shall conduct pre-reaming operations to ensure that a hole sufficient to accommodate the pull section has been produced. Any damage to the conduit resulting from inadequate pre-reaming shall be the responsibility of Contractor. The final hole shall be pre-reamed to an agreed upon diameter that will minimize pull forces required and prevent damage to the conduit but shall be at least 1.5 times the outside diameter of the product conduit.

### 7.1.15   QUALITY ASSURANCE

7.1.15.1   OPERATOR: Only trained and competent personnel shall operate the HDD system equipment.

7.1.15.1.1   Experience: Personnel shall be actively engaged in horizontal directional drilling for a minimum of three (3) years. Field Supervisory personnel shall be experienced in the performance of the work and tasks as stated herein for a minimum of three (3) years.

7.1.15.1.2   A competent and experienced supervisor of Contractor must be present at all times during the actual drilling operations. A responsible representative who is thoroughly familiar with the equipment and type of work to be performed must be in direct charge and control of the operation at all times. In all cases the supervisor must be continually present at the job site during the actual directional drilling operation. Contractor shall furnish a sufficient number of competent workers on the job at all times to ensure the directional drilling is made in a timely and satisfactory manner.

7.1.15.1.3   Contractor shall remove any personnel who are unqualified, incompetent or otherwise not suitable for the performance of this project from the job site and replace with suitable personnel.

7.1.15.1.4   Operator shall be aware of any magnetic anomalies on the surface of the drill path and shall consider such influences in the operation of the guidance system if using a magnetic system.

7.1.15.1.5   Abandonment of Pilot Hole: If drilling is suspended during pilot hole drilling, Contractor shall execute the following general procedures:

7.1.15.1.5.1 Advancement of the drill string shall be halted.

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
81 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

7.1.15.1.5.2 Cement or Bentonite mixing and pumping equipment shall be mobilized to the drilling location and rigged up to the drill string.

7.1.15.1.5.3 Drill string shall be withdrawn and hole pumped with cement or industry-approved fill material to displace the Bentonite slurry material.

7.1.16 OPERATIONAL DATA AND LOGISTICAL DATA

7.1.16.1 Operational Data: Contractor shall at all times provide and maintain instrumentation which will accurately locate the pilot hole and, if required, measure drill string axial and torsional loads, and measure drilling fluid discharge rate and pressure. Contractor shall provide access to PG&E to these instruments and their readings at all times. A log of all recorded readings shall be maintained at the Work site and will become a part of the "as-built" information to be supplied by Contractor.

7.1.16.2 Logistical Data: At the completion of pilot hole drilling, Contractor shall provide a tabulation of coordinates, referenced to the drilled entry point, which accurately describe the location of the pilot hole. This tabulation shall be in addition to the log of recorded readings required under "Operational Data".

7.2 PLANS & CONTINGENCIES

7.2.1 GENERAL PLANS: The following are general plans that will be provided by Contractor before work commences. PG&E's review and acceptance of all Contractor's plans, designs, and reports shall not relieve Contractor of the responsibility to perform and warrant the Work as provided therein.

7.2.1.1 MANAGEMENT PLAN: Prior to beginning work, Contractor shall submit a Management Plan, detailing equipment, personnel, procedures, and schedule. The Management Plan should be comprehensive, realistic, and based on actual working conditions for each project. The Management Plan shall include the following:

7.2.1.1.1 Equipment: Contractor shall submit specifications on directional boring equipment to be used to ensure that the equipment will be adequate to complete the project. Contractor is responsible for maintaining and providing an adequate inventory of spare parts that might become necessary for completion of the work.

7.2.1.1.2 Personnel:

7.2.1.1.2.1 List of personnel and their qualifications and experience (including back up personnel in the event that an individual is unavailable)

7.2.1.1.2.2 List of subcontractors

7.2.1.1.2.3 Outline of proposed division of responsibilities between Contractor and any proposed subcontractor

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
82 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

7.2.1.1.3     Procedure and Schedule:

       7.2.1.1.3.1   Outline of proposed project management structure

       7.2.1.1.3.2   Proposed and integrated schedule of detailed work activity and tasks in support of the HDD installation

       7.2.1.1.3.3   Contractor shall ensure that all necessary permits and authorizations to conduct the HDD construction activities have been secured prior to starting work. Prior to starting work, the person responsible for performing these tasks will be identified in Contractor's Management Plan.

7.2.1.1.4     Contractor shall locate and acquire fresh water for the HDD installation. Contractor shall dispose of the water in accordance with all federal, state and local laws, rules and regulations and any applicable landowner agreements.

7.2.1.2     PRELIMINARY BOREHOLE DESIGN: PG&E will develop a preliminary design for a proposed HDD installation for the purpose of feasibility assessment, planning the Work, and securing the required permits. Preliminary design will be based on actual line pipe to be used for proposed installation, plus a series of inferences about the direction of drilling, access to the entry and exit points, and the geometry of the HDD borehole. PG&E's permit applications state that these preliminary designs will be subject to change in the final design for the HDD borehole that will be submitted by Contractor selected by PG&E. Minor changes in the 'design' location of the entry and exit points for the HDD borehole may be negotiated with PG&E. All significant variables regarding the design of the HDD borehole, including the direction of drilling, entry and exit angles, the radius of borehole curvature, the borehole diameter, and the maximum borehole depth may be modified by Contractor based on its experience and judgment, to maximize the chances of a trouble-free and successful installation, if such modifications are approved by PG&E.

7.2.1.3     FINAL BOREHOLE DESIGN: Contractor's Proposed Final Borehole Design for the HDD borehole must be submitted to PG&E for review and approval prior to commencement of drilling of the pilot borehole. The design drawing shall include the following information:

7.2.1.3.1     Anticipated entry and exit angles

7.2.1.3.2     Drill path alignment (plan and profile views) identifying borehole depths at key locations, the location and length of proposed straight portions of the borehole, and the locations, lengths and radius of curvature of all curved segments of the borehole

7.2.1.3.3     Locations and elevations of all buried utility and belowground structures crossing or in proximity to the HDD borehole and anticipated clearance dimensions

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
83 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

7.2.1.3.4   Total underground, down hole length of the borehole along the proposed alignment, from entry to exit point

7.2.1.3.5   Total straight-line, horizontal length of the borehole along the proposed alignment, from entry to exit point

7.2.1.3.6   Anticipated final borehole diameter prior to pulling in the conduit string

7.2.1.3.7   Finalized temporary workspace requirements based on the final plan for fabricating the conduit string in segments, or in its entirety

7.2.1.3.8   Location of PG&E permanent easement

7.2.1.4   Contractor's proposed Final Borehole Design may need to be based on a structural analysis of the conduit during the HDD installation process. If required, the analysis and design will demonstrate and support how much estimated total maximum pull-back force is required during the installation. Analysis, design, and equipment will also provide for the following during installation:

7.2.1.4.1   Stresses in the HDD pipe string of the diameter, wall thickness, and grade specified by PG&E will remain within acceptable and prudent limits during conduit installation.

7.2.1.4.1.1   A "weak link" shall be utilized consisting of a one (1) foot section of pipe, two (2) diameters smaller than the pipe to be pulled. The weak link shall be attached to the pulling head and fused to the pipe to be pulled.

7.2.1.4.1.2   HDD rig proposed for the installation shall have a prudent factor of safety with regard to its rated capacity in comparison with the maximum estimated force.

7.2.1.5   BORING PLAN: Prior to commencement of drilling, Contractor shall submit a Boring Plan that describes the following:

7.2.1.5.1   Anticipated rig capacity

7.2.1.5.2   Proposed equipment and method for advancing the borehole through expected soil conditions, angles, depth, exact location on the exit ditch and the pilot hole diameter.

7.2.1.5.3   Proposed reaming plan including the number and diameter of pre-reams/back-reams and diameter of the final reamed borehole

7.2.1.5.4   Contingency equipment and plans for dealing with soil conditions that a soils engineer could reasonably expect to be encountered at the proposed HDD installation site

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
84 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

7.2.1.5.5 Anticipated hours of operation during the HDD borehole drilling and installation process

7.2.1.5.6 Minimum number of personnel, and their responsibilities, on-duty and on-site during all HDD drilling operations

7.2.1.5.7 Finished grade, deflection, and radiuses of the pilot bore

7.2.1.5.8 All existing utilities with minimum vertical and horizontal clearances

7.2.1.5.9 Location of the drill rig set ups

7.2.1.5.10 Lengths of each bore (if there are multiple bores) based on soil condition, equipment, and topography etc.

7.2.1.5.11 Contractor shall submit the Boring Plan for PG&E's review and approval prior to mobilization.

7.2.1.5.12 Proposed vertical and horizontal clearances between the bored conduit and any existing proposed conflicting pipes, conduits, or obstructions must exceed any Magnetic Guidance System accuracy tolerance by a minimum of 100% or as specified in this Contract (Section 5, Paragraph 4.1.6 of the Specific Conditions) or by a safe and prudent distance whichever is greater.

7.2.1.6 DRILLING FLUIDS PLAN:  Contractor shall submit a written Drilling Fluid Plan to PG&E for approval, prior to commencement of drilling operations.  The plan must provide for anticipated soil and rock conditions, fluid selection, drill bit and reamer selection, and include volume calculations. It will define the proposed viscosities for soil transportation to the entry and exit pits.  The plan will include MSDS for all proposed and anticipated mud mixes and fluid additives. It will address estimated pumping capacity and pressures. It will identify the source of fresh water for mixing the drilling mud. Contractor shall secure the required agreements and permits to procure needed fresh water.

7.2.1.6.1 The Drilling Fluid Plan will address Contractor's plans for a tail ditch and/or mud recirculation pits, and shoring, if required. It will address the use of small earthen berms, or other measures proposed to contain mud overflow from the pits. It will address safety measures required for personnel working in the vicinity of these mud recirculation pits. The Drilling Fluid Plan will provide for disposal of excess drilling fluids in accordance with all federal, state and local, laws rules and regulations and applicable landowner agreements.

7.2.1.6.2 Contractor shall have a Drilling Fluid Engineer on site during all boring operations and shall perform the following tasks:

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
85 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

7.2.1.6.2.1 First indication that a frac-out may have occurred is a reduction or stoppage of mud returns in the entry-side mud-pit. The Drilling Fluid Engineer is responsible for continuously monitoring drilling fluid returns. If a reduction or stoppage is observed, mud circulation and drilling operations must be arrested until the cause of the loss of returns is determined and corrected.

7.2.1.6.2.2 Drilling Fluid Engineer is responsible for monitoring the drilling, fluids, such as pumping rate, pressures, viscosities, and density during the pilot bore and back reaming, and the pipe installation process, ensuring adequate cuttings removal, and maintaining the stability of the borehole is maintained.

7.2.1.6.2.3 Entry and exit pits should be of sufficient size to contain the expected return of drilling fluid and soils cuttings during the entire drilling reaming and pullback operations. They will be maintained and deepened, and re-shored as necessary, as required during the installation process.

7.2.1.6.2.4 When applicable, Contractor shall segregate drilling fluids from native soil, and contain the cuttings for disposal, in the method outlined and approved in Contractor's Drilling Fluid Plan. Contractor shall transport and dispose of excess drilling fluids as necessary to avoid any overflow of such fluids onto the site.

### 7.2.1.7 COMMUNICATION PLAN

7.2.1.7.1 Contractor shall submit a detailed Communications Plan that clearly shows the names and phone numbers of all PG&E personnel and Agency / Regulatory entities that are to be notified if a significant adverse event occurs while drilling.

### 7.2.1.8 SAFETY PLAN

7.2.1.8.1 Contractor shall ensure that safe working procedures and conditions are maintained. Contractor shall provide HDD installation site Safety Plan after award of each HDD installation contract.

7.2.1.8.2 Safety meetings shall be conducted at least daily with a written record of attendance and topics documented and submitted to the PG&E Representative on site.

7.2.2 IF REQUIRED PLANS: The following plans shall be provided by Contractor if the plans are required by local, state, and/or federal jurisdictional agencies. The following plans may also be unique and job specific in response to the work.

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
86 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

Contractor shall make adjustments as required on a case-by-case basis.

7.2.2.1    SOIL ANALYSIS:  Contractor shall provide soil analysis as required by the permit.

        7.2.2.1.1    In areas where extremely sensitive conditions exist, such as drilling under levees or aqueducts, PG&E may require detailed analysis of expected soil conditions along the approved borehole path, and structural calculations of the expected hydro-fracture pressures along the path of the HDD borehole. PG&E will then require Contractor to implement a program to limit mud circulation pressures to remain below the calculated hydro-fracture pressures.

7.2.2.2    SITE ACCESS PLAN:  Contractor will submit a proposed HDD Site Access Plan, defining Contractor's plans for accessing the temporary workspace required for the HDD installation, with the required equipment and support facilities.  Contractor shall secure adequate temporary workspace for the HDD drilling and installation process, as well as for the fabrication of the HDD pipe string. Contractor shall review the proposed workspace prior to starting any work.

7.2.2.3    SUBMITTALS:  Prior to start of work, Contractor shall provide a submittal with the following information to support PG&E's permit application:

        7.2.2.3.1    Location of entry and exit point

        7.2.2.3.2    Equipment and pipe layout area

        7.2.2.3.3    Proposed Drill Path Alignment (both plan and profile view)

        7.2.2.3.4    Location, elevations, and proposed clearances of all utility crossings and structures

        7.2.2.3.5    Proposed Depth of Cover

        7.2.2.3.6    Soil Analysis

        7.2.2.3.7    Product material (HDPE/steel), length, diameter-wall thickness, reamer diameter

        7.2.2.3.8    Proposed composition of drilling fluid based on soil analysis viscosity and density

        7.2.2.3.9    Drilling fluid pumping capacity, pressures and flow rates proposed

        7.2.2.3.10    State right-of-way-lines, property, and other utility right-of-way or easement lines

        7.2.2.3.11    Elevations

        7.2.2.3.12    Type of tracking method/system

        7.2.2.3.13    Survey Grid establishment for monitoring ground surface movement (settlement or

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

heave) due to drilling operation

7.2.2.4    Contractor shall keep the PG&E Representative informed as to the progress on bores and shall submit to PG&E an "as-built" drawing showing all substructures and clearances at crossing locations.

7.2.2.5    Contractor, prior to commencement of the directional drill, will establish a Survey Grid Line and provide a program of monitoring the actual location of the borehole during drilling operations, at all times providing and maintaining instrumentation which will accurately locate the following: the pilot hole, the geodetic position of the new conduit in a manner that can be reproduced during subsequent surveys, the angles of entry and exit, the conduit stationing and elevations, vertical and horizontal radius of curvature, and PG&E permanent easements.

7.2.2.6    STORM WATER POLLUTION PREVENTION PLAN (SWPPP): Contractor shall comply with the project-specific Storm Water Pollution Prevention Plan (SWPPP) if a SWPPP is provided by PG&E and dispose of all drilling fluids in accordance with federal, state and local laws, rules and regulations as well as any applicable landowner agreements.  Contractor shall maintain erosion control materials (silt fence, hay bales, etc.) on site, as required to contain an inadvertent release of all drilling fluids.

7.2.3    GENERAL CONTINGENCY PLANS: Contractor shall develop general contingency plans and made available to PG&E before any work commences.

7.2.3.1    UNSUCCESSFUL DRILL

7.2.3.1.1    Failed Pilot Hole or Pull Back:  At PG&E's sole discretion, Contractor may be allowed to make three separate attempts to complete the pilot hole and install the conduit.  Additional locations for alternate pilot holes, entry points and exit points constitute a new design and must be approved by PG&E prior to start of drilling.  At PG&E's sole discretion, after the third attempt the project will be classified as a failure.

7.2.3.1.2    Conduit Failure: Contractor shall pull the entire length of conduit back through the completed bore. In the event any portion of conduit should fail during Contractor's pull of the conduit, such conduit failure shall be considered a bore failure.

7.2.3.1.2.1    Contractor shall install the pull section in the reamed hole in such a manner as to ensure that external pressures are minimized and an appropriate counter-balancing internal pressure is maintained.  In the event the pipe is damaged as a result of external pressure during installation, Contractor shall repair such damage at no additional cost to PG&E.

7.2.3.2    HOLE ABANDONMENT

7.2.3.2.1    If drilling is suspended during pilot hole drilling, Contractor shall execute the following general procedures:

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
88 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

7.2.3.2.1.1 Advancement of the drill string shall be halted.

7.2.3.2.1.2 Cement or Bentonite mixing and pumping equipment shall be mobilized to the drilling location and rigged up to the drill string.

7.2.3.2.1.3 Drill string shall be withdrawn and hole pumped with cement or industry-approved fill material to displace the Bentonite slurry material.

7.2.3.2.1.4 In the event that Contractor cannot successfully complete a bore, Contractor shall remove any conduit installed (if possible), abandon the incomplete bore hole and any conduit that cannot be removed and fill in any abandoned hole or pipe greater than (2) two-inch diameter.

### 7.2.3 ABANDONMENT DURING REAMING

7.2.3.3.1 If drilling is suspended during the reaming of the hole, Contractor shall execute the following general procedures:

7.2.3.3.1.1 Pull back of the reaming string shall be halted.

7.2.3.3.1.2 Cement or Bentonite mixing and pumping equipment shall be mobilized to the drilling location and rigged up to the drill string.

7.2.3.3.1.3 If possible, the reamer would be replaced with a cementing head.

7.2.3.3.1.4 Drill string shall be withdrawn and the hole pumped with grout or industry-approved fill material to displace the slurry material and prevent future subsidence.

### 7.2.3.4 IF REAMER COULD NOT BE PUSHED BACK TO EXIT END, THEN

7.2.3.4.1 Drill string shall be withdrawn and the hole pumped with cement or industry approved fill material to displace the slurry material.

7.2.3.4.2 Drilling rig shall be rigged down at entry end and rigged up at exit end.

7.2.3.4.3 Run in pilot-hole with cement head on pilot-hole drill string until previously cemented reamed hole is pumped.

7.2.3.4.4 Drill string shall be withdrawn and hole pumped with cement or industry approved fill material to displace the slurry material.

### 7.2.3.5 ABANDONMENT CONTINGECY PLAN (ACP)

7.2.3.5.1 After containment and notification steps have been taken,

PG&E management, drilling engineer, district engineer, or other third party facility owners' Representative will evaluate the feasibility of continuing the boring process. At that time it will be decided whether to continue with the bore or implement the Abandonment Contingency Plan (ACP) after evaluating the following:

7.2.3.5.1.1 The exact location of the drilling head assembly will be verified with portable locating equipment. If it is determined that the drilling profile does not match the planned profile, and exceeds design limits, the ACP will be implemented.

7.2.3.5.1.2 If the location and profile are within design limits, the specific weight of the drilling mud will be verified to ensure a slightly overbalanced condition to the surrounding formation. The specific weight will be adjusted as necessary.

7.2.3.5.1.3 If location, profile, and drilling mud weight are determined to be within design limits, and frac-out of slurry is controlled, Contractor may be permitted to proceed.

7.2.3.5.1.4 Should it be determined that the stability of the bored crossing is in serious question, even if location, profile, and drilling mud weight are deemed satisfactory, the ACP will be implemented.

7.2.3.6 HAZ-MAT SPILL CONTINGENCY PLAN

7.2.3.6.1 Shall include preparations for a quick and safe cleanup of accidental spills.

7.2.3.6.2 Shall prescribe the procedures for reducing the potential for a spill during construction and will include an emergency response program.

7.2.3.6.3 The plan shall identify areas for refueling and vehicle maintenance activities and storage of hazardous materials, if any, will be permitted.

7.2.3.7 FRAC-OUT EQUIPMENT BREAK DOWN AND REPAIRS PLAN

7.2.3.7.1 Some loss of returns may be inevitable as drilling fluids are absorbed by the lateral and subterranean fractures within the substrates. A complete and sudden loss of returns serves as a signal to both the operator and the monitor that something more significant may be occurring and to watch closely for a possible surface release.

7.2.3.7.2 In the event of a frac-out, PG&E Representative has the authority to halt all operations until appropriate procedures are implemented.

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
90 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

7.2.3.7.3    In the event of a frac-out, Contractor shall be responsible for coordinating with all appropriate agencies and subcontractors, if necessary for thorough and complete clean-up of the affected site.

7.2.3.7.4    Upon detection of a terrestrial or aquatic frac-out, the following plan of action shall be placed in effect: Directional boring shall stop immediately and the drill head shall be pulled back to relieve pressure on the frac-out. For terrestrial frac-outs in the project area, an earth berm will be constructed around it for containment. On-site materials consisting of industrial grade PVC mesh with steel T-posts and natural straw bales may also be installed around the frac-out areas to contain the fluid.

7.2.3.7.5    For frac-outs occurring beneath a waterway, any individual or combination of the following approaches may be used to contain the drilling fluid:

     7.2.3.7.5.1   A sand bag berm surrounding the frac-out area (effective at water's edge situations)

     7.2.3.7.5.2   A standing pipe (such as 55-gallon open ended drums, heavy PVC/CMP pipe, or culvert type material) tall enough to exceed the water level should be placed over the frac-out and sealed at the base by sand bags

     7.2.3.7.5.3   Industrial grade PVC mesh with steel T-posts and natural straw bales installed above and below the crossing site where the depth of the waterway allows.

     7.2.3.7.5.4   Or as directed by jurisdictional agencies.

7.2.3.7.6    Appropriate agency notifications shall be made per the Project Specific Communications Plan. After these procedures are implemented, any drilling fluid that has been contained will be returned to the entry pit for re-use or removed using a vacuum truck and then transported to an approved disposal site.

7.2.3.7.7    Additional depth below ground may be necessary to avoid heaving of surface.

## 7.2.3.8    INADVERTENT RELEASE OF DRILLING FLUIDS (FRAC-OUT) PLAN

7.2.3.8.1    Contractor shall utilize an environmentally safe drilling fluid, in combination with established and proven drilling techniques, to minimize the potential for an inadvertent release of such fluids. Drilling fluid returns at locations other than the entry and exit points shall be minimized.

7.2.3.8.2    All drilling fluids must be free of any additive that will adversely affect the environment. Precautionary measures shall be undertaken to minimize the impact of any inadvertent spillage of fluids on return or at exit of the HDD.

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
91 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

7.2.3.8.3   Contractor shall employ its best efforts to maintain full annular circulation of drilling fluids. Drilling fluid returns at locations other than the entry and exit points shall be minimized.

7.2.3.8.3.1  In the event that annular circulation is lost, Contractor shall take steps to restore circulation.

7.2.3.8.3.2  If inadvertent surface returns of drilling fluids occur, drilling operations must cease and fluids shall be immediately contained with hand placed barriers (i.e. hay bales, sand bags, silt fences, etc.) and collected using pumps as practical.

7.2.3.8.3.3  If the amount of the surface return is not great enough to allow practical collection and if permitted by the applicable permit or landowner agreement, the affected area shall be diluted with fresh water and the fluid will be allowed to dry and dissipate naturally.

7.2.3.8.3.4  In the event that a boring fluid fracture, inadvertent returns or returns loss occurs during pilot hole boring operations, Contractor shall cease boring, wait at least 30 minutes, inject a quantity of boring fluid with a viscosity exceeding 120 seconds as measured by a March funnel and then wait another 30 minutes. If mud fracture or returns loss continues, Contractor shall cease operations and notify the PG&E Representative. The PG&E Representative and Contractor shall discuss additional options and work will then proceed accordingly.

7.2.3.8.3.5  If the amount of the surface return exceeds that which can be contained with hand placed barriers, small collection sumps (less than five (5) cubic yards) may be used. If the amount of the surface return exceeds that which can be contained and collected using small sumps, drilling operations shall be suspended until surface return volumes can be brought under control.

7.2.3.8.3.6  Continuation of the drilling operation shall only be allowed to resume following containment and clean-up of the inadvertently released fluids.

7.2.3.8.3.7  At the completion of the drill, Contractor shall clean up the drill mud and dispose of it in an environmentally-approved manner, as

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
92 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

required by permits or environmental regulations.

7.2.3.9    HDD FLUID RELEASE CONTINGENCY PLAN: HDD projects involving sensitive biological resources such as waterways, bodies of water, and wetland areas, require the development of a site specific frac-out contingency plan to deal with inadvertent releases of drilling fluids into terrestrial or aquatic environments. This plan shall be individually tailored to each project's size and related environmental concerns. The goal of the plan is to effectively control, manage, and report any surface release of drilling fluids associated with HDD operations.

7.2.3.9.1    Contractor shall submit a written HDD Fluid Release Contingency Plan prior to commencement of the HDD installation that will address prevention, detection, and response.

7.2.3.9.2    Types and amounts of materials needed and their relevancy to each particular project shall be discussed and determined in the planning portion of each project. The following is a general list that should cover most HDD project situations:

- Industrial grade PVC mesh with Steel "T"-posts, pipe material (such as a 55-gallon open ended drums, heavy PVC/CMP pipe, or culvert material).
- Heavy weight plastic clean gravel filled sand bags (recommended 100)
- Silt fencing (300-feet recommended)
- Straw bales
- Straw log or wattles (100 feet recommended)
- Geotek filter bags, 10-by-12-foot size or equivalent
- Several 5-gallon plastic buckets
- Shovels (flat blade and round nose)
- Wide heavy-duty push broom
- Absorbent pads and plastic sheeting for placement beneath motorized equipment operating in the vicinity of a riparian/stream zone
- Vacuum hose (100-feet minimum)
- Portable pumps
- Vacuum trucks (800 and 3000-gallon capacities)

7.2.3.9.3    HDD FLUID RELEASE CONTINGENCY PLAN: Contractor shall submit a written HDD Fluid Release Contingency Plan prior to commencement of the HDD installation that will address prevention, detection, and response.

7.2.3.9.4    HDD Fluid Release Contingency Plan shall provide a route for the HDD borehole within the anticipated soil strata so as to minimize the possibility of a frac-out. It shall contain a site specific frac- out response plan. It shall also provide a plan for the following:

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
93 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

7.2.3.9.4.1  Detecting the possible presence of natural or man-made soil disturbances or discontinuities that could cause a frac-out,

7.2.3.9.4.2  Monitoring of drilling returns and other plans to quickly detect the possible occurrence of a frac-out,

7.2.3.9.4.3  Limiting mud circulation pressures to avoid hydro-fracture of the overburden,

7.2.3.9.4.4  Defining who is responsible to perform the various notification and response functions,

7.2.3.9.4.5  And providing the equipment and materials that will be on hand to contain and clean up a frac-out if it occurs.

7.2.3.9.5  The HDD Fluid Release Contingency Plan will identify the personnel on site during the entire HDD installation process with responsibility for detecting whether a frac-out has occurred. During nighttime operations, if they occur, and for HDD installations under waterways, any proposed special measures required for frac-out detection will be addressed.

7.2.4  ENVIRONMENT PLAN:  Contractor shall submit an Environmental Plan that addresses matters related to Environmental Protection for the following requirements and in accordance with Section 1, Paragraph 13 Environmental Requirements:

7.2.4.1  noise control

7.2.4.2  protection of surface and ground water quality

7.2.4.3  limiting of vegetation clearing and disturbance

7.2.4.4  consultation with statutory authorities

7.2.4.5  Environment Protection: Contractor shall place silt fence between all boring operations and any drainage, wetland, waterway, or other area designated for such protection by contract documents, state, federal, and local regulations. Additional environmental protection may be necessary to contain any hydraulic or boring fluid spills. Contractor shall practice containment methods, utilizing berms, liners, turbidity curtains, and other corrective measures as necessary.

7.2.4.5.1  Contractor shall adhere to all applicable environmental regulations. Fuel or oil may not be stored in bulk containers within 200 feet of any water body or wet-land.

7.2.5  GENERAL:  Consists of General Contingency Plans that Contractor shall perform if required.

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
94 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

7.2.5.1   NOTIFICATION PLAN

7.2.5.1.1   Contractor shall follow notification processes with all contacts (Agency Notification).

7.2.5.1.2   Immediately notify on site Contractor supervisor and the PG&E Representative detailed on the Communications Plan.

7.2.5.1.3   Make all notifications to county and state agencies as appropriate and as required by the regulations of the local emergency services. A copy of the Communications Plan must be in possession of Contractor's on-site supervisor.

7.2.5.1.4   As applicable, the following agencies may be notified in the event this contingency plan is implemented: California Department of Fish and Game (CDF&G), Regional Water Quality Control Board (RWQCB), California State Lands Commission (CSLC), U.S. Army Corps of Engineers (ACOE), U.S. Fish and Wildlife Service (USF&WS), and other entities as appropriate (local fire department, Highway Patrol, Rail Road, etc.).

7.2.5.2   CONTAMINATED

7.2.5.2.1   PG&E and Contractor will develop criteria and sampling protocols to determine when drilling fluids are to be classified and handled as hazardous waste.

7.3   HORIZONTAL DIRECTIONAL DRILLING REPORTS

7.3.1   GENERAL: To consists of reports that shall always be maintained and provided by the Contractor.

7.3.1.1   PRE BORE PATH LOG: Contractor/Operator shall maintain and provide PG&E with a pre bore path log at the completion of the project. The pre bore path log shall meet these requirements:

7.3.1.1.1   Record the guidance system data during the actual crossing operation,

7.3.1.1.2   Furnish plan and profile drawings based on these recordings, showing the actual location horizontally and vertically of the proposed installation, and all utility facilities found during the installation, and

7.3.1.1.3   Certify the guidance data to the capability of the (MGS) Magnetic Guidance System.

7.3.1.2   BORING LOG: Contractor and/or Operator shall maintain HDD Bore Logs in duplicate form to be exchanged by Contractor and the PG&E Representative. Information from these bore logs shall be recorded on the Works as Executed Drawing for handover or as-builts to Contractor and/or Operator. Information provided shall include for each bore, as a minimum:

7.3.1.2.1   Project name and location

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
95 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

7.3.1.2.2     Contractor Details
7.3.1.2.3     Date and Time
7.3.1.2.4     Bore Number
7.3.1.2.5     Bore Data:

7.3.1.2.5.1    Size and Number of conduits installed
7.3.1.2.5.2    Depth below finished surface level to the top of the bore at approximately 3m spacing
7.3.1.2.5.3    Grade
7.3.1.2.5.4    Alignment with property boundary
7.3.1.2.5.5    Rate of Penetration
7.3.1.2.5.6    Utility Crossing
7.3.1.2.5.7    Other information considered necessary by either Contractor or Liaison

7.3.1.2.6    Preparer/Contractor shall provide information in the Bore Log about any changes from the initial construction survey and include a statement and explanation of the calculation method used.

7.3.1.3    Contractor shall provide a complete set of Boring Logs to PG&E within fourteen (14) calendar days after the completion of work. Boring Logs shall be signed by both Contractor and the PG&E Representative verifying their accuracy.

7.3.1.3.1    Contractor shall provide a Post Construction Report that includes:

7.3.1.3.1.1 Copies of Bore Logs and Guidance System Logs

7.3.1.3.1.2 Final Bore Log identifying length of conduit installed, type of product, machine size, and depth of pipe at every six (6), 10, or 15 feet (depending upon size of drill rig.)

7.3.2    ADDITIONAL REPORTS, IF REQUIRED: Consists of reports that will only be provided by the Contractor if required by local, state, federal, and jurisdictional mandates.

7.3.2.1    GRID SURVEY: If required, when drilling under sensitive structures such as aqueducts and highways, Contractor shall provide a highly-accurate grid survey of the surface elevation of structures along the proposed borehole path, both before drilling commences, and after the HDD installation is complete, in order to demonstrate that the drilling of the HDD borehole, and pulling-in of the HDD pipe string, did not result in heaving or settlement of the sensitive structure. This requirement is typical of most Caltrans Highway crossings. Contractor will retain a Registered Land Surveyor to generate the before and after surveys and, if required, during construction.

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
96 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

7.3.2.2    FINAL AS BUILTS:  Final as-builts showing down hole weld locations as well as all other requirements of the Contract. Contractor shall produce appropriate shape files for all welds and project the welds to their final down hole locations to provide a complete as-built for the drilled string.  All shape files shall be accumulated in accordance with PG&E's most recent requirements for GPS as-builts.

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
97 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

# **Attachments**

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
98 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

## Attachment A



DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
99 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

**_Attachment B_**

(Rev.01/12) Contract Management

# Field Authorization for Addition/Deduction of Work (Instructions)

## Field Authorizations for Construction Projects

A field authorization (Form 62-0675) is used for the addition or deletion of work. This allows the contractor to proceed with necessary work in the field that falls within the scope of the contract until a Change Order (CO) can be documented, approved, and executed.

These changes are accumulated and grouped together "after the fact" in a CO. Only work supervisors with at least PL1 approver role can approve field authorizations.

## Restrictions and Uses of Field Authorizations

Field authorizations **shall not be used** to:
- Make changes that will include work that is outside the specified contract's original scope of work or modify the approved form
- General or Specific Conditions of the contract.
- Take the place of a CO.

## Proper Use of Field Authorizations:

Field authorizations **can be used** to document clarifications in scope that result in changes to the work when it makes good business sense to add or deduct a portion of the work when the contractor must start the additional or deducted work immediately.

Examples of the proper use of field authorizations are:
- To avoid stoppage of work due to discovery of unknown field conditions; and
- To clarify discrepancies in the specific conditions.

The contract administrator shall keep track of the total contract value, including all previous COs and Field Authorizations, to ensure the project is under the amount for that contract in the approved job estimate. Prior to issuing Field Authorizations, determine if an approval is required by the budget owner for the additional work.

## Field Authorization Requirements

Field authorizations need to include the following to document the need for use of an immediate authorization that is later translated into a SRM shopping cart to process a request for a CO:

- Complete a field authorization for any changed work condition at the time of the occurrence;
- **Describe the work and the agreed upon price (either lump sum or a not to exceed amount) or deducted amount. Answer these questions about the work: what, where, how, when, who and how much;**
- Identify and price out each changed work condition in the field authorization to establish the revised work scope of what the contractor was responsible for and to provide protection to PG&E should a dispute arise later on. Ensure that all revisions in work scope are documented in the subsequent CO;

- Attach supporting documentation for any changes in price obtained from the contractor to the field authorization. This must include a breakdown of the price quotation in terms of an estimate of labor,

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
100 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

materials, and equipment to be used, as well as all markup fees. The breakdown must also be included in the subsequent CO;
- Itemize the field authorization for a subcontractor's work in a similar manner and the subcontractor's proposal for a field authorization must be provided on the subcontractor's letterhead; and
- Number field authorizations consecutively for each contract.

## Field Change Disputes

If there is a dispute with a contractor about whether the contractor is responsible for a portion of work, use a field authorization to acknowledge that the contractor was directed to proceed with the work. This will provide the contractor with a written directive for the disputed work, and allows the work to proceed without delay to the project. The decision to proceed must take safety considerations into account at all times.

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
101 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

**Pacific Gas and Electric Company**

62-0675 (Rev. 01/07)
Sourcing

**Field Authorization for Addition/Deduction of Work**

DATE: _____

1. FIELD AUTHORIZATION NO. _____    2. ORDER NO./PCC _____
3. CONTRACTOR _____    4. CONTRACT NO. _____
5. DATE WORK TO OCCUR _____    6. CHANGE ORDER # _____

7. **Specific description of work to be added or deleted:** <u>**location of work (where it was done)**</u>**, what was done** and **why**. For hourly rate work, list labor and equipment classifications, hours of work, and hourly rates as applicable.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

8. TOTAL LUMP SUM OR NOT TO EXCEED (UNIT PRICE OR TIME & MATERIALS) AMOUNT

| 9. PREPARED by PG&E with Signature | DATE | 10. APPROVED/or RECOMMENDED by PG&E Supervisor with Signature | DATE |
|---|---|---|---|
|  |  |  |  |

| 11. ACCEPTED by CONTRACTOR'S SIGNATURE | DATE |
|---|---|
|  |  |

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
102 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

This document shall be **used to prepare a Contract Change Order** and to allow **additional work to proceed until a Contract Change Order can be executed**. Compensation to Contractor for above work will be the amount shown above as agreed upon by PG&E and Contractor and as authorized by a Contract Change Order. **Contractor may not invoice or receive payment for this work until a Contract Change Order has been executed by both parties**. PG&E reserves the right to suspend and/or cancel the above described work at any time. Should the above described work be canceled by PG&E, Contractor will be reimbursed for actual costs incurred up to the time work was canceled.

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
103 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

## *Attachment C*

# Safety Incident, Work Procedure Error and Planned Outage Reporting Requirements for Contractors Performing Civil and Electric Distribution Work

For all safety incidents, work procedure errors, late planned outages and property damage involving work on PG&E facilities, Contractor shall complete the following reporting and investigation requirements:

- Immediately following an incident Contractor shall call PG&E's internal CPUC Electric Incident Reporting Hotline {425-973-CPUC (2782)} within 1 (one) hour and contact, by phone or email, the applicable PG&E contract supervisor. For serious incidents involving hospitalization, fatality or extensive damage, the PG&E Contract Manager shall be notified. For planned outage issues, the applicable PG&E Supervisor shall be notified.

- Reporting Procedure
  1. Call the PG&E CPUC Hotline and leave the following information on the   potentially reportable incident:
     a. Time and date of the incident
     b. Location of the incident including the address, City, County, and PG&E Region
     c. Detailed description of the incident
     d. Facilities involved in the incident (e.g., substation, circuit number and voltage, facility)
     e. Names of fatalities and injured persons (if any)
     f. Number of customers affected and names of any major customers.
     g. Third-party property damage (if any)
     h. Name and telephone number of the responsible person who can be contacted about the details of the incident
  2. An injury or a fatality must also be reported immediately to any one of the following:
     - Adeel Babar: 925-548-0814
     - Laxmi Terala: 925-768-6603
  3. Confirm that Safety Health & Claims (Help Line 415-973-8700, Option 1) was notified if the incident involves an injury or fatality or 3rd party property damage.
  4. Request that the Dispatch Operator include a notation with a time stamp in the Integrated Logging Information System (ILIS) and any other details pertinent to the incident.

- Within twenty four (24) hours, Contractor shall send a preliminary Incident Report of the investigation to the designated PG&E Representatives.   This report shall include any known information on the incident, apparent causes and any immediate corrective actions that have taken place.

- For all incidents other than Serious Incidents as defined in PG&E's Electric Operations Causal Evaluation Standard, Contractor shall complete a detailed investigative ACE (Apparent Cause Evaluation) report of the Contractor's investigation within seventy two (72) hours and send it to the designated PG&E Representative. PG&E's Electric Operations Causal Evaluation Standard GOV-6102 and the ACE report.

- Contractor may request an extension for incidents that require a more extensive investigation. This report shall include the following:
  a. Description of incident including time, date, location, circuit, crew involved and actions taken to make safe.
  b. Determined cause of incident.
  c. Contributing factors which led to incident.
  d. Human performance lessons learned.
  e. Corrective actions to be taken.

Serious Incidents must be investigated in accordance with PG&E's Electric Operations Causal Evaluation Standard.

Contractor shall cooperate and provide reasonable assistance, and cause each of its Subcontractors to cooperate and provide reasonable assistance, to PG&E with any (a) incident analysis or investigations PG&E conducts following a safety incident and (b) regulatory or agency investigations and inquiries that arise as a result of the safety incident. Contractor shall supply PG&E with complete copies of all documents, photographs, witness statements, and other evidence related to the incident and all investigation materials promptly upon PG&E's request.

- For planned outages that involve more than 50 customers and begin or end more than 1 hour late the above criteria for preliminary and final reporting is also required (Incident and ACE report). This is for outages where the Contractor is the responsible party due to lack of pre work, planning etc. It is not required if it is determined by PG&E that PG&E internal issues are the cause. An initial report with causes is due by 0700 the following day as these outages are discussed on the PG&E Daily Operations call.

- "Challenge" conference calls to discuss the incident and findings will occur within 1 to 2 days of the event when deemed required dependent on the incident.

- Upon receiving Contractor's investigative report, and dependent on the incident, PG&E may also schedule a review meeting to discuss the incident and make any recommendations regarding it. A revised report from this meeting may be required.

- Follow up communications regarding completion of corrective actions concerning the incident are required until all have been completed.

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
105 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

## *Attachment D*

# Requirements for Contractor Utilization of PG&E Facilities

## 1. Protocols

- o Understand yard emergency plan / contact information
- o Understand Yard Safety and Code of Conduct
- o Understand vehicular traffic flow and speed of travel in yard
- o Understand storm water runoff situation
- o Dumpsters and proper separation of waste materials
- o Housekeeping
- o Employee parking for personal vehicles
- o Set up space in the yard i.e. separate pole storage etc.
- o Understand working stock, offset cable and rapid response materials processes
- o Neighborhood / sensitive customers nearby
- o Rules around use of yard equipment in yard i.e. loader / forklift
- o Contractor to have a designated yard person as it is a contractual requirement

A pre-meeting reviewing these protocols shall be conducted by the Contract Management Supervisor and include Corporate Security, Environmental Field Specialist, Building Mechanic, Remote Materials Lead and the Contractor Supervisor.

### List of PG&E Maintenance and Construction Yards

| Territory | PG&E Service Centers/Yards | Yard Size |
|---|---|---|
| North Bay | Martin | Large |
| North Bay | Antioch w/GC | Large |
| San Francisco/East Bay | Richmond w/GC | Large |
| San Francisco/East Bay | Oakland | Large |
| Central Coast | Salinas | Large |
| Central Coast | Edenvale | Large |
| Central Coast | Cupertino | Large |
| Central Coast | S Maria w/GC | Medium |
| South Central Valley | Bakersfield | Large |
| South Central Valley | Bakersfield GC | Large |
| South Central Valley | Fresno GC | Large |
| North Central Valley | Stockton | Large |
| North Central Valley | Merced | Large |
| North Territory | Chico W/GC | Large |
| North Territory | Redding w/GC | Large |
| North Territory | Santa Rosa | Large |
| North Territory | Willits | Small |
| North Territory | Woodland w/GC | Medium |
| North Territory | GC Lakeville (Gas) | Medium |
| North Territory | Ukiah w/GC | Medium |

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

## *Attachment E*

## Contractor Work Checklist

(Rev. 02/14) Contract Management

| | |
|---|---|
| **PM:** Click here to enter text. | **NOTIFICATION:** Click here to enter text. |
| **FOREMAN:** Click here to enter text. | **INSPECTOR:** Click here to enter text. |
| **START DATE:** Click here to enter text. | **END DATE:** Click here to enter text. |
| **START TIME:** Military Time | **END TIME:** Military Time |
| **WORK ADDRESS:** Click here to enter text. | |

**CUSTOMER OUTAGE:** YES ☐ NO ☐  
*(CUSTOMER OUTAGE TIMES)*

**COMMERCIAL CUSTOMERS:** ☐  
*(CHECK BOX IF COMMERCIAL CUSTOMER OUTAGE)*

*FROM:* Military Time *TO:* Military Time *FROM:* Military Time *TO:* Military Time

**TRANSFORMER CGC#, METER NUMBER OR ADDRESS:** *(PLEASE ADD ADDITIONAL INFORMATION ON REVERSE)*

| | | |
|---|---|---|
| Click here to enter text. | Click here to enter text. | Click here to enter text. |
| Click here to enter text. | Click here to enter text. | Click here to enter text. |
| Click here to enter text. | Click here to enter text. | Click here to enter text. |

**RGWO:** YES ☐ NO ☐

**APPLICATION FOR WORK:** YES ☐ NO ☐

*LIMITS (CLEARANCE, NOTIFCATION, NON –TEST, TRANSFORMER OUTAGE, EQUIPMENT INSTALLATION)*

1. Click here to enter text.
2. Click here to enter text.
3. Click here to enter text.
4. Click here to enter text.

**TREE TRIMMING:** *(EXTRAORDINARY)* YES ☐ NO ☐

**NATURE OF WORK** *(PROVIDE A BRIEF DESCRIPTION BELOW)*

Click here to enter text.

*CONSTRUCTION SKETCH MUST BE ATTACHED ON REVERSE!*

### *INTERNALUSE ONLY*

o **Confirm Job is Ready for Construction before Processing (Permit, ERTC Received, etc.)**

**CIRCUIT:** _____ **SSD:** _____ **CIRMAP #:** _____

| | | |
|---|---|---|
| **APPR:** _____ | ☐ RGWO: _____ | ☐ CONDWG |
| **FE:** _____ | ☐ POD | ☐ CIRMAP |
| **OC:** _____ | ☐ AFW: | ☐ LOGGED: |

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment 8 Electric Transmission Overhead and Underground Specification
107 of 108

Specific Conditions 6603 Ver. 2.4
Electric Overhead, Underground, and Civil Construction
Table of Contents

### *Attachment F*

## PG&E PROVIDED MATERIALS FOR UNDERGROUND CABLE AND OVERHEAD ELECTRIC FACILITY INSTALLATION

PG&E MATERIALS LIST FOR PG&E FACILITIES ONLY- Contractor shall supply all materials for telecommunications and multimedia providers.

## ELECTRIC

- Secondary Cable 1/0 and Larger
- Primary Cable 1/0 and Larger
- Aerial Cable
- Service Wire and Cable
- All Secondary and Primary Splices, Splice Assembly Kits, J-Boxes, Busses, Non-Compression Type Connectors and Multi-Tap Busses
- All Secondary and Primary Elbows
- Fault Indicators
- All Switches, Reclosures, Transformers, Interrupters, Capacitors, Fuses, Fuse Holders and Rectifiers
- Wood Poles
- Anchors
- Guy Wire
- Cross Arms
- Bracket Assemblies, Extended Racks, and Capacitor Racks
- Insulators
- Moldings
- Concrete and Fiberglass Secondary and Primary Boxes and Enclosures with Extensions and Lids

## *Attachment G*

## PG&E PROVIDED MATERIALS FOR UNDERGROUND CONDUIT AND GAS FACILITY INSTALLATION

PG&E MATERIALS LIST FOR PG&E FACILITIES ONLY- Contractor shall supply all materials for telecommunications and multimedia providers. It is intended that PG&E provides all gas carrying main and service materials up to an including the service cock.

## GAS

- 1/2" through 6" Plastic Gas Pipe
- 1/2" through 6" Plastic Gas Fittings
- Plastic Curb Valves
- Plastic EFV Valves
- 2" through 6" Steel Gas Pipe - Bare
- 3/4"through 6" Steel Gas Pipe- Wrapped
- 2" through 6" Steel Gas Weld Fittings
- Steel Insulated Fittings
- TD Williams and Mueller Line Stopple Fittings
- B26 Boxes W/ Lids
- Valve Boxes W/ Lids And Extensions
- Locating Wire
- Service Head Adapters
- Insulated Service Cocks
- Non-Corrodible Risers
- Meters
- Regulators
- Manifold Material, Spuds and Meter Washers
- Anodes
- Concrete Boxes with Extensions and Lids

DocuSign Envelope ID: 358FC218-8C27-4F2B-B07E-2321DB4EB27D

Contract No. 12737
Attachment No. 9 Exhibit 1A Prime Supplier Subsidiary Plan
1 of 1
Sourcing
March 2017
Page 1 of 1

**Pacific Gas and Electric Company**

## Prime Supplier Subcontracting Plan

The information provided on this form may form the basis of a Statement of Record, against which PG&E may conduct an audit or review to ensure compliance.

**EXHIBIT 1A**

| Prime Contractor/Supplier: Quanta Energy Services LLC | Name of Preparer: Chuck Williams | | | |
|---|---|---|---|---|
| Employer Identification # (EIN): | Telephone: (530) 613-6345 | | | |
| PG&E Contract Number (if any): | E-Mail: CRW4@PGE.COM | | | |
| PG&E Project/Product: Transmission Tower and Pole Inspections | Is Prime Contractor/Supplier CPUC Clearinghouse Certified? Yes ☐ No ☐ VON: | | | |
| Contract Duration (Year): From: 12/10/18 To: 6/19 | Is Prime Contractor/Supplier a Registered Small Business? Yes ☐ No ☐ Small Business #: | | | |

| (1) Name of Subcontractor or Supplier | (2) / (2a) Contractor's License # / Expiration Date | (3) Union Signatory? | (4) CPUC VON[1] | (5) Small Business #[1] | (6) Small Business Code | (7) / (7a) Description of Work to be Performed or Major Materials to be Supplied / Excavation Required? | | (8) Gold Shovel Status | (9) Risk Level | (10) / (10a) ISN ID# / Prequalified? | (11) Estimated Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Allteck Line Contractors | 10072 13  9/30/19 | Yes | | | | Low risk inspections of transmission and distribution poles to be performed and documented from the ground (no climbing). | No | N/A | Low | No | $Unknown |
| J.W. Didado Electric, LLC | 10072 13  9/30/19 | Yes | | | | Low risk inspections of transmission and distribution poles to be performed and documented from the ground (no climbing). | No | N/A | Low | No | $Unknown |
| Valard Electrical | 10072 13  9/30/19 | Yes | | | | Low risk inspections of transmission and distribution poles to be performed and documented from the ground (no climbing). | No | N/A | Low | No | $Unknown |
| North Houston Pole Line LP | 10072 13  9/30/19 | Yes | | | | Low risk inspections of transmission and distribution poles to be performed and documented from the ground (no climbing). | No | N/A | Low | No | $Unknown |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

**Small Business Code List**
SBE-DGS  A small business certified by the California Department of General Services (DGS)
SBE-SBA  A small business certified by the U.S. Small Business Administration (SBA)
SBE-OTH  A small business certified by another agency that issues a Small Business number

| | |
|---|---|
| (12) Total All Subcontractors and Suppliers | $ |
| (13) Total Self-Performed by Prime Contractor / Supplier: | $ |
| (14) Total Bid Value: · | $ |
| (15) Total CPUC Clearinghouse Certified: | $ |
| (16) Total Small Business Certified: | $ |

Signature: _____  Date: 12-18-18
I hereby certify that the information listed is true to the best of my knowledge

[1] Subcontractors and Suppliers may have both a CPUC Clearinghouse and a Small Business Certification. Please list both numbers. If a company has more than one Small Business Certification, list the numbers in the following order: (1) DGS, (2) SBA, and (3) any other small business registry where a number is issued.