WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C.
(ray.schrock@weil.com) (*pro hac vice*)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Proposed Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>　　　　　　　　　　　Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF STEVE COLEMAN IN SUPPORT OF MOTION TO REDACT DOCUMENTS FILED IN SUPPORT OF MOTION OF DEBTORS PURSUANT TO 11 U.S.C. § 365(a), FED. R. BANKR. P. 6006, AND B.L.R. 6006-1 APPROVING THE UTILITY'S ASSUMPTION OF CERTAIN AGREEMENTS WITH QUANTA ENERGY SERVICES, LLC**<br><br>[No Hearing Requested] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

I, Steve Coleman, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am Senior Director of Sourcing at Pacific Gas and Electric Company (the "**Utility**" and, together with PG&E Corporation, the "**Debtors**"). I joined the Utility in 1984 and held successive leadership positions in supply chain roles before becoming a Director of Corporate Real Estate. In 2007, I transitioned back to supply chain and sourcing roles and, in 2014, I was promoted to my current position. I currently lead Electric Supply Chain and Sourcing Operations. I hold a bachelor's degree in labor studies from San Francisco State University and a master's degree in business administration and management from John F. Kennedy University.

2. I am knowledgeable and familiar with the Utility's day-to-day operations and, specifically, the sourcing of materials and services for the Utility's electric distribution, transmission, and generation, including the Utility's relationship and contracts with Quanta Energy Services, LLC and its affiliated companies (collectively, the "**Quanta Companies**"). I am authorized to submit this Declaration on behalf of the Debtors. The facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, and information provided to me by the Debtors' other employees or the Debtors' legal, restructuring, and financial advisors. If called upon to testify, I would testify to the facts set forth in this Declaration.

3. This Declaration is submitted in support of the *Motion to Redact Documents Filed in Support of Motion of Debtors Pursuant to 11 U.S.C. § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 Approving the Utility's Assumption of Certain Agreements with Quanta Energy Services, LLC* (the "**Redaction Motion**"), filed concurrently herewith, which seeks authority to redact certain commercially sensitive information set forth in the agreements between the Quanta Companies and the Utility that are the subject of the *Motion of Debtors Pursuant to 11 U.S.C. § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 Approving the Utility's Assumption of Certain Agreements with Quanta Energy Services, LLC* (the "**Quanta Assumption Motion**"), filed concurrently herewith.[1]

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Quanta Assumption Motion.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

4. The Quanta Companies are party to a number of contracts with the Utility; however, the Utility is only seeking approval to assume two specific contracts pursuant to the Quanta Assumption Motion, which are of immediate consequence to the Utility's transmission systems and the work being conducted in connection with the Wildfire Safety Program: (i) the Transmission Inspection Agreement, dated as of December 20, 2018 (the "**TIA**"), and (ii) the Cross Cut Agreement, dated as of March 26, 2016 (the "**CCA**" and, together with the TIA, the "**Quanta Contracts**"). Redacted copies of the Quanta Contracts are annexed to the Quanta Assumption Motion as **Exhibit B** and **Exhibit C**, respectively.

5. In addition to the relevant terms governing the work and other critical services that have been, and will continue to be, performed by the Quanta Companies for the benefit of the Utility and its estate (which are described in detail in the Quanta Assumption Motion), the Quanta Contracts also contain commercially sensitive information related to costs and overhead calculations that the Quanta Companies have requested be redacted from publicly available filings in these Chapter 11 Cases.

6. The limited redacted information consists of equipment costs, overhead rates, and other cost inputs that form the basis of the pricing agreed to by the Quanta Companies under the agreements. The Quanta Companies operate in a competitive industry, which is often bid-based. Therefore, the Quanta Companies' rate structures are commercially sensitive information and, in recognition of this commercial sensitivity, the Debtors have agreed to seek to file the Quanta Contracts with the limited redactions described above.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury, that the foregoing is true and correct.

Dated: April 3, 2019

Respectfully submitted,

By: /s/ *Steve Coleman*
     Steve Coleman