WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Proposed Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF JESSICA LIOU IN SUPPORT OF *EX PARTE* APPLICATION FOR ORDER, PURSUANT TO L.B.R. 9013-1(c), AUTHORIZING OVERSIZE BRIEFING FOR REPLY IN SUPPORT OF CORRECTED MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a), 363, AND 503(c) FOR ENTRY OF AN ORDER APPROVING (I) SHORT-TERM INCENTIVE PLAN AND (II) GRANTING RELATED RELIEF**<br><br>Related Document: Dkt. 806<br><br>[No hearing requested] |

I, Jessica Liou, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am a partner at the law firm of Weil, Gotshal & Manges LLP, proposed counsel to PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"). I submit this declaration in support of the Debtors' *Ex Parte* Application (the "**Application**"), pursuant to Rule 9013-1(c) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "**Bankruptcy Local Rules**"), for an order authorizing the Debtors to file an oversize reply memorandum of points and authorities (the "**Reply**") in support of the *Corrected Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order Approving (I) Short-Term Incentive Plan and (II) Granting Related Relief* (the "**2019 STIP Motion**") [Dkt. 806], which Reply is filed contemporaneously herewith.

2. The 2019 STIP Motion seeks an order approving the Debtors' 2019 short-term incentive plan and authorizing its implementation, as further described therein.

3. The Debtors received a limited objection to the 2019 STIP Motion from the Official Committee of Unsecured Creditors (the "**Creditors Committee**"), as well as six other objections to the 2019 STIP Motion from the Official Committee of Tort Claimants (the "**Tort Claimants Committee**"), the United States Trustee (the "**U.S. Trustee**"), the City and County of San Francisco, the Singleton Law Firm Fire Victim Claimants the Plaintiffs' Executive Committee, and the Herndon Litigation Plaintiffs (collectively, the "**Objectors**").[1]

4. In particular, the opposition memorandum filed by the Tort Claimants Committee, not only is the second opposition to the same motion filed by the same party, but also is

---

[1] A letter was also filed in response to the 2019 STIP Motion by James M. Eaneman, Sr. No e-mail address or phone number for Mr. Eaneman was provided in the letter.

| | |
|---|---|
| 1 | 30 pages long [Dkt. 1109].  The Tort Claimants Committee also filed two declarations in support of |
| 2 | its opposition [Dkts. 1112 and 1113], one of which attached over 1,700 pages of exhibits. |
| 3 |       5.      The Debtors have tried to limit the length of the Reply, but to adequately |
| 4 | address the number of responses filed to the 2019 STIP Motion, including the Tort Claimants |
| 5 | Committee's opposition and voluminous exhibits to its supporting declarations, the Debtors believe it |
| 6 | is appropriate to request authority to exceed the 15 pages allowed under Bankruptcy Local Rule |
| 7 | 9013-1(c). |
| 8 |       6.      On the date of this Declaration, I sent an e-mail to counsel to each of the |
| 9 | Objectors, as well as counsel to the Creditors Committee, informing each party that the Debtors |
| 10 | intended to seek authority to file an oversize reply brief in further support of the 2019 STIP Motion |
| 11 | that would not exceed 30 pages.  The U.S. Trustee responded that the U.S. Trustee took no position as |
| 12 | to the request, and counsel to each of the other Objectors and the Creditors Committee responded that |
| 13 | they had no objection to the request. |
| 14 | //// |
| 15 | //// |
| 16 | //// |
| 17 | //// |
| 18 | //// |
| 19 | //// |
| 20 | //// |
| 21 | //// |
| 22 | //// |
| 23 | //// |
| 24 | //// |
| 25 | //// |
| 26 | //// |
| 27 | //// |
| 28 | //// |

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct and that this declaration was executed at New York, New York, on April 3, 2019.

                          */s/ Jessica Liou*
                          Jessica Liou