Robert A. Julian (SBN 99469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:    628.208.6434
Facsimile:     310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.442.8875
Facsimile:     310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Proposed Counsel for Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**AMENDED NOTICE OF HEARING ON APPLICATION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO 11 U.S.C. § 1103 AND FED. R. BANKR. P. 2014 AND 5002 TO RETAIN AND EMPLOY LINCOLN PARTNERS ADVISORS LLC AS A FINANCIAL ADVISER EFFECTIVE AS OF MARCH 1, 2019**<br><br>Date:    April 24, 2019<br>Time:   9:30 a.m. (Pacific Time)<br>Place:   United States Bankruptcy Court<br>          Courtroom 17, 16th Floor<br>          San Francisco, CA 94102<br>**Objections Due: April 17, 2019**<br>                  4:00 p.m. (Pacific Time) |

PLEASE TAKE NOTICE that on March 30, 2019, the Official Committee of Tort Claimants (the "**Committee**"), in the above-captioned chapter 11 cases of PG&E Corporation and Pacific Gas and Electric Company filed a Motion seeking the entry of an order authorizing the retention and employment of Lincoln Partners Advisors LLC as a financial adviser to the Committee effective as of March 1, 2019 pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002, and other related relief as the Court may deem appropriate.

PLEASE TAKE FURTHER NOTICE that any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party by 4:00 p.m. (Pacific Time) on April 17, 2019; any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position; if there is no timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default.

PLEASE TAKE FURTHER NOTICE that in the event of a timely objection or request for hearing, the tentative hearing date, location and time are Wednesday, April 24, 2019, at 9:30 a.m. (Pacific Time), at the United States Bankruptcy Court, Courtroom 17, 16th Floor, San Francisco, CA 94102.

Dated: April 4, 2019

BAKER & HOSTETLER LLP

By: */s/ Cecily A. Dumas*
Cecily A. Dumas

Proposed Attorneys for Official Committee of Tort Claimants