1  Jeffrey H. Lowenthal (State Bar No. 111763)
   Dana M. Andreoli (State Bar No. 262068)
2  STEYER LOWENTHAL BOODROOKAS
    ALVAREZ & SMITH LLP
3  235 Pine Street, 15th Floor
   San Francisco, California 94104
4  Telephone:   (415) 421-3400
   Facsimile:   (415) 421-2234
5  E-mail:      jlowenthal@steyerlaw.com
                dandreoli@steyerlaw.com
6
   Attorneys for Creditor Tanforan Industrial Park, LLC
7

8             UNITED STATES BANKRUPTCY COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11 | In re:                          | Case No. 19-30088-DM
   |                                 | Chapter 11
12 | PG&E CORPORATION and PACIFIC    |
   | GAS & ELECTRIC COMPANY,         | (Lead Case)
13 |                                 |
   |            Debtors.             | (Jointly Administered)
14 |                                 |
15 |                                 | **NOTICE OF CHANGE OF ADDRESS**
16 |                                 |
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | **TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:** |
| 2 | PLEASE TAKE NOTICE that as of April 1, 2019, Dana M. Andreoli of the law offices of |
| 3 | Steyer Lowenthal Boodrookas Alvarez & Smith LLP, attorneys for Creditor Tanforan Industrial |
| 4 | Park, LLC, have changed their mailing address as follows: |
| 5 | Old Address:  One California Street, Third Floor |
| 6 | San Francisco, CA 94111 |
| 7 | New Address:  235 Pine Street, 15th Floor |
| 8 | San Francisco, CA  94104 |
| 9 | For purposes of service of notices and documents in the above-captioned case, please |
| 10 | amend your service list accordingly.  Telephone, facsimile number and email addresses remain |
| 11 | the same. |
| 12 | |
| 13 | _____/s/ Dana M. Andreoli_____ |

Case: NOTICE OF CHANGE OF ADDRESS Filed: 04/05/19    Entered: 04/05/19 09:33:32  CASE Page 3 0088-DM
3
1704401.1 - CENTRIX.30TANFORAN

1  **CERTIFICATE OF SERVICE**

2

3       I am a citizen of the United States, over the age of eighteen years, and not a party to the

4  within action.  I am employed in the County of San Francisco, State of California, and my

5  business address is Steyer Lowenthal Boodrookas Alvarez & Smith LLP, 235 Pine Street, 15th

6  Floor, San Francisco, California 94111.

7       On the date set forth below, I served a true and correct copy of the following documents:

8  **NOTICE OF CHANGE OF ADDRESS**

9       by transmitting the above document(s) to the Clerk's Office using the CM/ECF System

10  for filing and transmittal of a Notice of Electronic Filing to CM/ECF registrants.

11       I declare under penalty of perjury under the laws of the United States that the foregoing is

12  true and correct.

13       Executed on April 5, 2019 at San Francisco, California.

14

15                       /s/ Patricia Spencer

16

17

18

19

20

21

22

23

24

25

26

27

28

1704401.1 - CENTRIX.30TANFORAN