## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No, 19-30088 (DM) |
| PG&E CORPORATION | Chapter 11 |
| -and- | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors. | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**CONTRARIAN FUNDS, LLC**
Name of Transferee

**Address for all Communications/Notices:**

CONTRARIAN FUNDS, LLC
411 WEST PUTNAM AVE., SUITE 425
GREENWICH, CT 06830
ATTN: ALISA MUMOLA
Phone: 203-862-8211
Fax: 203-485-5910
Email: tradeclaimsgroup@contrariancapital.com

**Address for all Payments/Distributions:**

CONTRARIAN FUNDS, LLC
ATTN: 392426
500 ROSS ST 154-0455
PITTSBURGH, PA 15262

**ADVANCED LIGHTING SERVICES INC.**
Name of Transferor

**Name and Current Address of Transferor:**

ADVANCED LIGHTING SERVICES INC.
6681 SIERRA LN, STE A
DUBLIN, CA 94568

| | Schedule Amount | Debtor | Case No. |
|---|---|---|---|
| Schedule F | $226,134.00 | Pacific Gas and Electric Company | 19-30089 |

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____/s/ Alisa Mumola_____    Date: April 5, 2019
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

Advanced Lighting Services Inc., its successors and assigns ("Assignor"), pursuant to a certain Transfer of Claim Agreement on or about the date hereof, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns ("Assignee") all rights, title and interest in and to the general unsecured claim listed on Schedule F in the principal amount of not less than $226,134.00 (the "Claim") against Pacific Gas & Electric Company the Debtor in the bankruptcy proceedings in the United States Bankruptcy Court for the Northern District of California, San Francisco Division ~~Division~~ (the "Bankruptcy Court"), Case No. 19-30089 (jointly administered under Case No. 19-30088), or any other court with jurisdiction.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on this 4th day of April, 2019.

ADVANCED LIGHTING SERVICES INC.

By: _____
Name: B. David Taylor
Title: President

CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C., as Manager

By: _____
Name: JANICE M. STANTON
Title: MEMBER