**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Proposed Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF FILING OF REVISED PROPOSED ORDER PURSUANT TO 11 U.S.C. §§ 105, 363, AND 364 AND FED. R. BANKR. P. 6004 AUTHORIZING DEBTORS TO (A) CONTINUE HEDGING PROGRAMS, (B) ENTER INTO POSTPETITION HEDGING TRANSACTIONS, AND (C) PLEDGE COLLATERAL AND HONOR OBLIGATIONS THEREUNDER**<br>**[Re: Dkt No. 780]**<br><br>Date: April 9, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>    Courtroom 17, 16th Floor<br>    450 Golden Gate Avenue<br>    San Francisco, CA 94102 |

**PLEASE TAKE NOTICE** that on March 6, 2019, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases, filed the *Motion Pursuant to 11 U.S.C. §§ 105, 363, and 364 and Fed. R. Bankr. P. 6004 Authorizing Debtors to (A) Continue Hedging Programs, (B) Enter Into Postpetition Hedging Transactions, and (C) Pledge Collateral and Honor Obligations Thereunder* [Dkt No. 780] (the "**Hedging Programs Motion**"), to which a proposed order was attached as Exhibit A (the "**Original Proposed Order**").

**PLEASE TAKE FURTHER NOTICE** that the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**") will hold a hearing on **April 9, 2019, at 9:30 a.m. (Pacific Time)** (the "**Omnibus Hearing**") in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. At the Omnibus Hearing, the Bankruptcy Court will, among other matters, consider granting the relief requested in the Hedging Programs Motion.

**PLEASE TAKE FURTHER NOTICE** that copies of the Debtors' revised proposed order on the Hedging Programs Motion (the "**Revised Proposed Order**") and a redline comparison of the Revised Proposed Order against the Original Proposed Order are attached hereto as **Exhibit 1**. The Revised Proposed Order incorporates revisions made to address informal comments received from the Official Committee of Unsecured Creditors. In addition, the Debtors understand that the limited objection to the Hedging Programs Motion filed by Turner Construction Company [Dkt No. 992] has been resolved and will be withdrawn.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to further amend, modify, or supplement the proposed order on the Hedging Programs Motion at any time up to and during the Omnibus Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of each pleading and other document identified herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC ("**Prime Clerk**"), at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

////

////

////

////

////

////

////

////

Dated: April 5, 2019

**WEIL, GOTSHAL & MANGES LLP**
**KELLER & BENVENUTTI LLP**


/s/ *Jane Kim*
                    Jane Kim

*Proposed Attorneys for Debtors and Debtors in Possession*