| | |
|---|---|
| 1 | SEYFARTH SHAW LLP<br>M. Ryan Pinkston (SBN 310971)<br>rpinkston@seyfarth.com<br>Christopher J. Harney (SBN 322306)<br>charney@seyfarth.com<br>560 Mission Street, Suite 3100<br>San Francisco, California 94105<br>Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | *Attorneys for*<br>*Turner Construction Company* |
| 7 | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br><br>(Jointly Administered)<br><br>**TURNER CONSTRUCTION COMPANY'S NOTICE OF WITHDRAWAL OF LIMITED OBJECTION TO PACIFIC GAS AND ELECTRIC COMPANY'S MOTION PURSUANT TO 11 U.S.C. §§ 105, 363, AND 364 AND FED. R. BANKR. P. 4001 AND 6004 AUTHORIZING UTILITY TO (A) CONTINUE HEDGING PROGRAMS, (B) ENTER INTO AND PERFORM UNDER POSTPETITION HEDGING TRANSACTIONS, AND (C) PLEDGE COLLATERAL AND HONOR OBLIGATIONS THEREUNDER (DKT. NO. 780)**<br><br>Date: April 9, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

**PLEASE TAKE NOTICE** that Turner Construction Company hereby withdraws its Limited Objection (Dkt. No. 992) to the Motion Pursuant to 11 U.S.C. §§ 105, 363, and 364 and Fed. R. Bankr. P. 4001 and 6004 Authorizing Utility to (A) Continue Hedging Programs, (B) Enter Into and Perform Under Postpetition Hedging Transactions, and (C) Pledge Collateral and Honor Obligations Thereunder (Dkt. No. 780) filed by Debtor Pacific Gas and Electric Company.

DATED: April 5, 2019

SEYFARTH SHAW LLP

By: /s/ M. Ryan Pinkston
M. Ryan Pinkston
Christopher J. Harney

*Attorneys for Turner Construction Company*

56065447v.1