Kevin J. Lamb, SBN 125710
E-Mail: klamb@lkfirm.com
Michael K. Slattery, SBN 107303
E-Mail: mslattery@lkfirm.com
Thomas G. Kelch, SBN 100709
E-mail: tkelch@lkfirm.com
LAMB & KAWAKAMI LLP
333 South Grand Avenue, Suite 4200
Los Angeles, California 90071
Telephone: (213) 630-5500
Facsimile: (213) 630-5555

Attorneys for County of San Luis Obispo

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>   -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                 Debtors, | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects Both<br><br>*All papers shall be filed in the Lead Case, 19-30088 (DM) | |

PLEASE TAKE NOTICE that the County of San Luis Obispo (the "County"), by and through its counsel, Lamb & Kawakami, hereby enters this appearance in the above-captioned bankruptcy cases (the "Bankruptcy Cases") pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules")  The County requests that an entry be made on the Clerk's matrix and all notices given or required to be given and copies of all papers served or required to be served, be given and served upon:

> Kevin J. Lamb, SBN 125710
> E-Mail: klamb@lkfirm.com
> Michael K. Slattery, SBN 107303
> E-Mail: mslattery@lkfirm.com
> Thomas G. Kelch, SBN 100709
> E-Mail: tkelch@lkfirm.com
> LAMB & KAWAKAMI LLP
> 333 South Grand Avenue, Suite 4200
> Los Angeles, California 90071
> Telephone:  (213) 630-5500
> Fax:  (213) 630-5555

This request for notice is intended, without limitation, to constitute a request for service as required under Bankruptcy Rules 2002 and 3017, and a request for court designated service as set forth in Bankruptcy Rules 3019, 3020(b)(1), 4001(a)(1), 6006(c), 9007, 9013 and 9019 and to receive CM/ECF notification in the case.

PLEASE TAKE FURTHER NOTICE that the foregoing request applies to and includes not only the notices and papers referenced in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, all orders, notices and pleadings relating to any application, motion, petition, objection, pleading, request, complaint or demand, whether formal or informal, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile transmission, electronic mail, telex or otherwise filed with or delivered to the clerk,

court or judge in connection with and with regard to these Bankruptcy Cases and any proceeding related thereto as well as the property of the above-captioned Debtors or any proceeds thereof.

PLEASE TAKE FURTHER NOTICE that the County does not, by filing this Notice of Appearance and Request for Service of Documents nor any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Notice of Appearance and Request for Service of Documents constitute a waiver of any of its rights: (i) to have final orders in core and non-core matters entered only after *de novo* review by a District Judge; (ii) to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (iii) to trial by jury in any proceeding so triable in these cases, or any controversy or proceeding related to these cases; (iv) to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; (v) to any objection to the jurisdiction of the Bankruptcy Court; or (vi) to assert any other rights, claims, actions, defenses, setoffs or recoupments to which the County is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the County expressly reserves.

DATED: April 5, 2019

Respectfully submitted,
LAMB & KAWAKAMI LLP

By:/s/ *Thomas G. Kelch*
    Kevin J. Lamb
    Michael K. Slattery
    Thomas G. Kelch
    Attorneys for County of San Luis Obispo

266749.1

- 3 -
NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

Case: 19-30088    Doc# 1254    Filed: 04/05/19    Entered: 04/05/19 16:16:00    Page 3 of 3