BARTON, KLUGMAN & OETTING LLP
Terry L. Higham, APLC (SBN 150726)
Christopher D. Higashi (SBN 168667)
350 South Grand Avenue, Suite 2200
Los Angeles, CA 90071-3485
Telephone: 213-621-4000
Facsimile: 213-625-1832
E-mail: t.higham@bkolaw.com
         chigashi@bkolaw.com

Attorneys for Party-in-Interest
CITY OF MORGAN HILL

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>NOTICE OF NON-OPPOSITION TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a), 361 AND 363 AND FED. R. BAKR. P. 2002, 4001, AND 6004 FOR AN ORDER (1) AUTHORIZING DEBTORS TO (a) SELL, TRANSFER, LEASE OR OTHERWISE ENCUMBER REAL PROPERTY, (b) ENTER INTO ACQUISITION, LEASE, LICENSE, AND PERMIT AGREEMENTS RELATING TO THIRD PARTY PROPERTY, AND (c) PURSUE AND BRING EMINENT DOMAIN PROCEEDINGS TO JUDGMENT OR ENTER INTO SETTLEMENTS IN LIEU THEREOF, SUBJECT TO CERTAIN PROCEDURES AND PARAMETERS, AND (II) GRANTING RELATED RELIEF<br><br>Date: April 10, 2019<br>Time: 1:30 pm<br>Courtroom: 17, 16th Floor<br>   United States Bankruptcy Court<br>   San Francisco, CA 94102 |

-1-

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the City of Morgan Hill, a party in interest in this case, by and through their counsel Barton, Klugman & Oetting LLP, hereby submit this statement of non-opposition to the motion of Debtors and Debtors in Possession, for an Order Pursuant to 11 U.S.C. §§ 105(a), 361 and 363 and Fed. R. Bankr. P. 2002, 4001, and 6004 for an Order (1) Authorizing Debtors to (a) Sell, Transfer, Lease or Otherwise Encumber Real Property, (b) Enter Into Acquisition, Lease, License, and Permit Agreements Relating to Third Party Property, and (c) Pursue and Bring Eminent Domain Proceedings to Judgment or Enter Into Settlements in Lieu Thereof, Subject to Certain Procedures and Parameters, and (II) Granting Related Relief.

Dated: April 5, 2019                BARTON, KLUGMAN & OETTING LLP

                                    By: _____/s/_____
                                        Terry L. Higham
                                        A Professional Law Corporation
                                        Attorney for Party-in-Interest
                                        CITY OF MORGAN HILL