BARTON, KLUGMAN & OETTING LLP
Terry L. Higham, APLC (SBN 150726)
Christopher D. Higashi (SBN 168667)
350 South Grand Avenue, Suite 2200
Los Angeles, CA 90071-3485
Telephone: 213-621-4000
Facsimile: 213-625-1832
E-mail: t.higham@bkolaw.com
 chigashi@bkolaw.com

Attorneys for Party-in-Interest
CITY OF MORGAN HILL

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Terry L. Higham and Christopher D. Higashi of Barton, Klugman & Oetting LLP, who are attorneys of record for the City of Morgan Hill, which is a party in interest in this matter, hereby associate Donald A. Larkin, as co-counsel for the City of Morgan Hill in this matter. The name, office address, telephone number and e-Mail address of the associated counsel are as follows:

Donald A. Larkin (SBN 199759)
City of Morgan Hill
17575 Peak Avenue,
Morgan Hill, CA 96037-4128
Telephone: (408) 778-3490
E-Mail: donald.larkin@morganhill.ca.gov

Counsel Terry L. Higham and Christopher D. Higashi concur in the filing of this Notice of Association of Counsel.

Respectfully submitted,

Dated: April 5, 2019       BARTON, KLUGMAN & OETTING LLP

By: _____/s/_____
    Terry L. Higham
    Christopher D. Higashi
    Attorneys for Party-in-Interest
    CITY OF MORGAN HILL

BARTON, KLUGMAN & OETTING LLP
350 SOUTH GRAND AVENUE, SUITE 2200
LOS ANGELES, CALIFORNIA 90071-3485
TELEPHONE (213) 621-4000