FILED
APR - 5 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION and<br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors | Chapter 11<br><br>No. 19-30088 (DM)<br><br>(Jointly Administered) |

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Asymmetric Partners, LP**
Name of Transferee
Phone: (612) 355-2003
Last Four Digits of Acct #: N/A

**3B Enterprises LLC**
Name of Transferor
Phone: (916) 704-4963
Last Four Digits of Acct #: N/A

Name and Address where notices and payments to transferee should be sent:

**Whitebox Asymmetric Partners, LP**
**3033 Excelsior Blvd, Ste 300**
**Minneapolis, MN 55416**

**Claim No: N/A; Scheduled Claim Amount**
**Debtor: PG&E Corporation (19-30088)**

Total Claim Amount: $584,209.00
**Partial Transferred Amount: $268,736.14**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ (DocuSigned by: EEEC0660E2574B9)   Date: March 26, 2019
Transferee/Transferee's Agent  Mark Strefling
                               Partner & CEO

*Penalty for making a false statement:* **Fine of up to $500,000 or imprisonment for up to 5 years, or both.** 18 U.S.C. §§ 152 & 357

TO:     United States Bankruptcy Court
        Northern District of California
        San Francisco Division
        Attn:   Clerk

AND TO:   PACIFIC GAS AND ELECTRIC COMPANY ("Debtor")
          Case No. 19-30088 (Lead Case)

Claim #: N/A (SCHEDULE AMOUNT)

**3B ENTERPRISES LLC,** its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Whitebox Asymmetric Partners, LP
3033 Excelsior Blvd, Ste 300
Minneapolis, MN 55416**

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all priority claims, and any cure payments made on account of Seller in the bankruptcy case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the Claim in the bankruptcy case; and (e) to any amounts listed on the Debtor's schedules, in the principal amount of $268,736.14 ("Claim"), which represents 46% of the total claim amount of $584,209.00, against the Debtor in the United States Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

[Signature Page Follows]

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated March  26 , 2019.

**3B ENTERPRISES LLC**

By: _____
Name:
Title:

**WHITEBOX ASYMMETRIC PARTNERS, LP**

—DocuSigned by:
By: _____
Name: Mark Strefling
Title: Partner & CEO

```
UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 30065384 - MT
* * C O P Y * *
April 05, 2019
13:07:35

TRANS OF CLAIM
19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Amount.:
Check#.: 25569708390          $25.00 CH


Total->   $25.00


FROM: DAMIEN MORRIS
```