**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Proposed Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                   **Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR APRIL 09, 2019 9:30 A.M. OMNIBUS HEARING**<br><br>Date: April 09, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>        Courtroom 17, 16th Floor<br>        San Francisco, CA 94102 |

**PROPOSED AGENDA FOR
APRIL 09, 2019 9:30 A.M. (PACIFIC TIME)
<u>OMNIBUS HEARING</u>**

I. <u>MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)</u>

*UNCONTESTED MATTERS*

1. **Weil Retention Application**: Application of Debtors Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Weil, Gotshal & Manges LLP as Attorneys for the Debtors Effective as of the Petition Date [**Dkt. 864**].

   Response Deadline: April 02, 2019, at 4:00 p.m. (Pacific Time).

   Responses Filed: No responses were filed.

   Related Documents:

   A. Declaration of Stephen Karotkin in Support of Application of Debtors Pursuant to U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Weil, Gotshal & Manges LLP as Attorneys for the Debtors Effective as of the Petition Date [**Dkt. 865**].

   B. Declaration of Janet Loduca in Support of Application of Debtors Pursuant to U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Weil, Gotshal & Manges LLP as Attorneys for the Debtors Effective as of the Petition Date [**Dkt. 866**].

   C. Request for Entry of Order by Default on Retention Applications of Debtors' Professionals [**Dkt. 1217**].

   D. Docket Text Order entered on April 6, 2019, regarding retention matters.

   Status: No objections or responses were received to the Weil Retention Application. The Court has indicated that it has brief questions on the retention matters scheduled for hearing, and this matter will go forward on an uncontested basis.

2. **AlixPartners Retention Application**: Application of Debtors Pursuant to 11 U.S.C. §§ 363(b) and 105(a) for Authority to Employ and Retain AP Services, LLC to Provide a Chief Restructuring Officer, Deputy Chief Restructuring Officer, and Additional Personnel for the Debtors *Nunc Pro Tunc* to the Petition Date [**Dkt. 867**].

   Response Deadline: April 02, 2019, at 4:00 p.m. (Pacific Time).

   Responses Filed: No responses were filed.

   Related Documents:

   A. Declaration (of James Mesterharm) in Support of Application of Debtors Pursuant to 11 U.S.C. §§ 363(b) and 105(a) for Authority to Employ and Retain AP Services, LLC to Provide a Chief Restructuring Officer, Deputy

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Chief Restructuring Officer, and Additional Personnel for the Debtors *Nunc Pro Tunc* to the Petition Date [**Dkt. 868**].

    B.    Request for Entry of Order by Default on Retention Applications of Debtors' Professionals [**Dkt. 1217**].

    C.    Docket Text Order entered on April 6, 2019, regarding retention matters.

Status: No objections or responses were received to the AlixPartners Retention Application. The Court has indicated that it has brief questions on the retention matters scheduled for hearing, and this matter will go forward on an uncontested basis.

3.    **Keller & Benvenutti Retention Application**: Application of Debtors Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Keller & Benvenutti LLP as Attorneys for the Debtors *Nunc Pro Tunc* to the Petition Date [**Dkt. 869**].

Response Deadline: April 02, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed: No responses were filed.

Related Documents:

    A.    Declaration of Tobias S. Keller in Support of Application of Debtors Pursuant to U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Keller & Benvenutti LLP as Attorneys for the Debtors *Nunc Pro Tunc* to the Petition Date [**Dkt. 870**].

    B.    Declaration of Janet Loduca in Support of Application of Debtors Pursuant to U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Keller & Benvenutti LLP as Attorneys for the Debtors *Nunc Pro Tunc* to the Petition Date [**Dkt. 871**].

    C.    Request for Entry of Order by Default on Retention Applications of Debtors' Professionals [**Dkt. 1217**].

    D.    Docket Text Order entered on April 6, 2019, regarding retention matters.

Status: No objections or responses were received to the Keller & Benvenutti Retention Application. The Court has indicated that it has brief questions on the retention matters scheduled for hearing, and this matter will go forward on an uncontested basis.

4.    **Prime Clerk 327(a) Retention Application**: Application Pursuant to 11 U.S.C. § 327 for an Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor *Nunc Pro Tunc* to the Petition Date [**Dkt. 887**].

Response Deadline: April 02, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed: No responses were filed.

Related Documents:

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

  A.  Declaration of Shai Y. Waisman in Support of Application Pursuant to 11 U.S.C. § 327 for an Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor *Nunc Pro Tunc* to the Petition Date [**Dkt. 888**].

  B.  Request for Entry of Order by Default on Retention Applications of Debtors' Professionals [**Dkt. 1217**].

  C.  Docket Text Order entered on April 6, 2019, regarding retention matters.

<u>Status</u>: No objections or responses were received to the Prime Clerk 327(a) Retention Application. The Court has indicated that it has brief questions on the retention matters scheduled for hearing, and this matter will go forward on an uncontested basis.

5. **Tort Committee's Application to Retain Baker & Hostetler**: Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002, for an Order Authorizing Retention and Employment of Baker and Hostetler LLP, Effective as of February 15, 2019 [**Dkt. 934**].

<u>Response Deadline</u>: April 01, 2019, 4:00 p.m. (Pacific Time).

<u>Responses Filed</u>: No responses were filed.

<u>Related Documents</u>:

  A.  Declaration of Cecily A. Dumas in Support of the Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002, for an Order Authorizing Retention and Employment of Baker and Hostetler LLP, Effective as of February 15, 2019 [**Dkt. 935**].

  B.  Declaration of Karen M. Lockhart in Support of the Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002, for an Order Authorizing Retention and Employment of Baker and Hostetler LLP, Effective as of February 15, 2019 [**Dkt. 936**].

  C.  Docket Text Order entered on April 6, 2019, regarding retention matters.

<u>Status</u>: No objections or responses were received to the Tort Committee's Application to Retain Baker & Hostetler. The Court has indicated that it has brief questions on the retention matters scheduled for hearing, and this matter will go forward on an uncontested basis.

6. **Tort Committee's Reimbursement Procedures Motion**: Motion of Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 503(b)(3)(F) and 105(a) to Establish Procedures for Reimbursement of Expenses of Tort Committee Members [**Dkt. 813**].

<u>Response Deadline</u>: April 01, 2019, at 4:00 p.m. (Pacific Time).

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Responses Filed:

A. Response of Official Committee of Unsecured Creditors to Motion of Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 503(b)(3)(F) and 105(a) to Establish Procedures for Reimbursement of Expenses of Tort Committee Members [**Dkt. 1149**].

Related Documents:

B. Declaration of Karen Lockhart in Support of Motion of Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 503(b)(3)(F) and 105(a) to Establish Procedures for Reimbursement of Expenses of Tort Committee Members [**Dkt. 815**].

C. Docket Text Order entered on April 6, 2019, regarding retention matters.

Status: This matter is going forward.

**CONTESTED MATTERS GOING FORWARD**

7. **STIP Motion**: Corrected Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief [**Dkt. 806**].

Response Deadline: March 20, 2019, at 4:00 p.m. (Pacific Time), except for the following parties, for whom the response deadline was extended by order or by stipulation and order to March 28, 2019, at 4:00 p.m. (Pacific Time):

- Official Tort Claimants Committee
- Official Creditors Committee
- Ad Hoc Committee of Senior Unsecured Noteholders
- ESC Local 20
- The Office of the United States Trustee
- SLF Wildfire Claimants

Responses Filed:

A. Initial Objection of the Official Committee of Tort Claimants to Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief [**Dkt. 847**].

B. Letter to the Court from James M. Eaneman, Sr. [**Dkt. 886**].

C. Joinder of the City and County of San Francisco to Initial Objection of the Official Committee of Tort Claimants to Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief (filed by SLF Fire Victim Claimants) [**Dkt. 968**].

D. Objection of SLF Fire Victim Claimants to Corrected Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief [**Dkt. 1040**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

E.    United States Trustee's Objection to Motion of Debtors for Entry of an Order Approving Short-Term Incentive Plan [**Dkt. 1044**].

F.    Joinder in the Initial Objection of the Official Committee of Tort Claimants to Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief (filed by Interested Party Plaintiffs Executive Committee appointed by the Superior Court of the State of California, in and for the County of Alameda, in Case No. RG16843631 and related cases) [**Dkt. 1054**].

G.    ESC Local 20's Response to the Debtors' Motion for Entry of an Order Approving Short-Term Incentive Plan and Granting Related Relief [**Dkt. 1107**].

H.    Limited Objection of the Official Committee of Unsecured Creditors to Corrected Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief [**Dkt. 1110**].

I.    Joinder in Objection of SLF Fire Victim Claimants to Corrected Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief (filed by Creditors Ponderosa Pest & Weed Control, Chico Rent-A-Fence, Gabriella's Eatery, Estafania Miranda, Jedidiah Herndon, Gabriella Herndon, Julia Herndon, David Herndon) [**Dkt. 1111**].

J.    Opposition of the Official Committee of Tort Claimants to Corrected Motion of debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief [**Dkt. 1109**].

     a.    Declaration of Catherine E. Woltering in Support of Opposition to Corrected Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief [**Dkt. 1112**].

     b.    Declaration of Steven M. Campora in Support of Opposition to Corrected Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief [**Dkt. 1113**].

<u>Related Documents</u>:

K.    Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief [**Dkt. 782**].

L.    Declaration of Douglas J. Friske in Support of Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief [**Dkt. 783**].

M. Declaration of Dinyar Mistry in Support of Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief [**Dkt. 784**].

N. Corrected Declaration of Douglas J. Friske in Support of Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief [**Dkt. 807**].

O. Corrected Declaration of Dinyar Mistry in Support of Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief [**Dkt. 808**].

P. Reply Memorandum of Points and Authorities in Further Support of Corrected Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 3643, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief [**Dkt. 1226**].

Q. Reply Declaration of Dinyar Mistry in Further Support of Corrected Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 3643, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief [**Dkt. 1227**].

Status: This matter is going forward on a contested basis.

**CONTINUED AND OTHER MATTERS:**

8. **Lazard Retention Application**: Application of Debtors Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Lazard Freres & Co. LLC as Investment Banker to the Debtors Effective as of the Petition Date [**Dkt. 891**].

Response Deadline: April 17, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed: None at this time.

Related Documents:

A. Declaration of Kenneth S. Ziman in Support of Application of Debtors Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Lazard Freres & Co. LLC as Investment Banker to the Debtors Effective as of the Petition Date [**Dkt. 892**].

Status: This matter has been continued to the omnibus hearing to be held on April 24, 2019, at 9:30 a.m. (Pacific Time).

9. **Thompson & Nash Relief from Stay Motion**: Motion for Relief from the Automatic Stay Kevin Thompson and Mia Nash [**Dkt. 876**].

Response Deadline: None at this time.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

<u>Responses Filed</u>: None at this time.

<u>Related Documents</u>:

A. Declaration of Kevin Thompson and Request for Judicial Notice in Support of His Motion for Relief from the Automatic Stay [**Dkt. 879**].

<u>Status</u>: A preliminary hearing on this matter has been continued to the omnibus hearing to be held on April 24, 2019, at 9:30 a.m. (Pacific Time).

10. **Hedging Programs Motion**: Motion Pursuant to 11 U.S.C. §§ 105, 363, and 364 and Fed. R. Bankr. P. 4001 and 6004 Authorizing Utility to (A) Continue Hedging Programs, (B) Enter into and Perform under Postpetition Hedging Transactions, and (C) Pledge Collateral and Honor Obligations Thereunder [**Dkt. 780**].

<u>Response Deadline</u>: March 20, 2019, at 4:00 p.m. (Pacific Time).

<u>Responses Filed</u>:

A. Turner Construction Company's Limited Objection to Pacific Gas and Electric Company's Motion Pursuant to 11 U.S.C. §§ 105, 363, and 364 and Fed. R. Bankr. P. 4001 and 6004 Authorizing Utility to (A) Continue Hedging Programs, (B) Enter into and Perform Under Postpetition Hedging Transactions, and (C) Pledge Collateral and Honor Obligations Thereunder [**Dkt. 992**].

<u>Related Documents</u>:

B. Declaration of Fong Wan in Support of Motion Pursuant to 11 U.S.C. §§ 105, 363, and 364 and Fed. R. Bankr. P. 4001 and 6004 Authorizing Utility to (A) Continue Hedging Programs, (B) Enter into and Perform Under Postpetition Hedging Transactions, and (C) Pledge Collateral and Honor Obligations Thereunder [**Dkt. 781**].

C. Notice of Filing of Revised Proposed Order Pursuant to 11 U.S.C. §§ 105, 363, and 364 and Fed. R. Bankr. P. 4001 and 6004 Authorizing Utility to (A) Continue Hedging Programs, (B) Enter into and Perform under Postpetition Hedging Transactions, and (C) Pledge Collateral and Honor Obligations Thereunder [**Dkt. 1248**].

D. Turner Construction Company's Notice of Withdrawal of Limited Objection to Pacific Gas and Electric Company's Motion Pursuant to 11 U.S.C. §§ 105, 363, and 364 and Fed. R. Bankr. P. 4001 and 6004 Authorizing Utility to (A) Continue Hedging Programs, (B) Enter into and Perform Under Postpetition Hedging Transactions, and (C) Pledge Collateral and Honor Obligations Thereunder [**Dkt. 1251**].

E. Docket Text Order entered on April 6, 2019, granting Hedging Programs Motion.

<u>Status</u>: On April 6, 2019, the Court entered a docket text order granting the Hedging Programs Motion and dropping the matter from the calendar. Counsel for the Debtors has uploaded the proposed order, and no hearing is required on this matter.

**PLEASE TAKE NOTICE** that copies of any papers filed with the court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: April 08, 2019

**WEIL, GOTSHAL & MANGES LLP**

**KELLER & BENVENUTTI LLP**

By: /s/ *Jane Kim*
    Jane Kim

*Proposed Attorneys for Debtors and Debtors in Possession*