| | |
|---|---|
| Robert A. Julian (SBN 99469)<br>Cecily A. Dumas (SBN 111449)<br>BAKER & HOSTETLER LLP<br>1160 Battery Street, Suite 100<br>San Francisco, CA 94111<br>Telephone: 628.208.6434<br>Facsimile: 310.820.8859<br>Email: rjulian@bakerlaw.com<br>Email: cdumas@bakerlaw.com<br><br>Eric E. Sagerman (SBN 155496)<br>Lauren T. Attard (SBN 320898)<br>BAKER & HOSTETLER LLP<br>11601 Wilshire Blvd., Suite 1400<br>Los Angeles, CA 90025-0509<br>Telephone: 310.442.8875<br>Facsimile: 310.820.8859<br>Email: esagerman@bakerlaw.com<br>Email: lattard@bakerlaw.com<br><br>*Proposed Counsel for Official Committee of Tort Claimants* | |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>       **Debtors**<br><br>☐ Affects PG& E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF ROBERT A. JULIAN IN SUPPORT OF *EX PARTE* APPLICATION FOR ENTRY OF AN ORDER SUPPLEMENTING THE RECORD ON THE CORRECTED MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a), 363, AND 503(c) FOR ENTRY OF AN ORDER (I) APPROVING SHORT-TERM INCENTIVE PLAN AND (II) GRANTING RELATED RELIEF (Dkt. No. 806)**<br><br>[No hearing requested] |

I, Robert A. Julian, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am a partner at Baker & Hostetler, LLP ("**Baker Hostetler**"), proposed counsel to the Official Committee of Tort Claimants (the "**TCC**") in the above captioned chapter 11 cases of PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**"). I make this declaration in support of the *Ex Parte* Application (the "**Application**") of the TCC for entry of an order supplementing the record on the Corrected Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief. The Application is filed concurrently herewith.

2. On March 28, 2019, the TCC filed its Opposition to the Motion (Dkt. No. 1109).

3. On April 2, 2019, the United States District Court for the Northern District of California held a hearing (the "**District Court Hearing**") in *U.S. v. Pacific Gas and Electric Co.*, Case No. 3:14-cr-00175 (WHA) (N.D. Cal.). On April 3, 2019, in that same action, the District Court entered an Order Adopting New Conditions of Probation, dated April 3, 2019 (Dkt. No. 1040) ("**District Court Order**"). The transcript of the District Court Hearing is attached hereto as **Exhibit A** and the District Court Order is attached hereto as **Exhibit B**.

4. On April 4, 2019, I asked Richard Slack of Weil, Gotshal & Manges LLP, proposed counsel to the Debtors, whether the Debtors would agree to supplementing the record on the Motion with the transcript of the District Court Hearing and the District Court Order. On April 4, 2019, Mr. Slack responded via email that the Debtors consented to supplement the record with the transcript of the District Court Hearing and the District Court Order.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct and that this declaration was executed at San Francisco, California, on April 8, 2019.

               */s/ Robert A. Julian*
               Robert A. Julian