# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Nabeela Ahmad, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On April 3, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Lee, Susan [MMLID 4979840], at an address that has been redacted in the interest of privacy:

- Notice of Chapter 11 Bankruptcy Case [Docket No. 396]

*[Remainder of page intentionally left blank]*

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 8th day of April, at New York, NY.

_____
Nabeela Ahmad

Case: 19-30088    Doc# 1275    Filed: 04/08/19    Entered: 04/08/19 12:02:53    Page 2 of 2

SRF 32036