1 | Robert A. Julian (SBN 99469)
Cecily A. Dumas (SBN 111449)
2 | BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
3 | San Francisco, CA 94111
Telephone:     628.208.6434
4 | Facsimile:     310.820.8859
Email: rjulian@bakerlaw.com
5 | Email: cdumas@bakerlaw.com

6 | Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
7 | BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
8 | Los Angeles, CA 90025-0509
Telephone:     310.442.8875
9 | Facsimile:     310.820.8859
Email: esagerman@bakerlaw.com
10 | Email: lattard@bakerlaw.com

*Proposed Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF FILING OF REVISED PROPOSED ORDER PURSUANT TO 11 U.S.C. §§ 503(b)(3)(F) AND 105(a) ESTABLISHING PROCEDURES FOR REIMBURSEMENT OF EXPENSES OF MEMBERS OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS (Dkt No. 813)**<br>Date:      Tuesday, April 9, 2019<br>Time:      9:30 a.m. (Pacific Time)<br>Place:     United States Bankruptcy Court<br>               Courtroom 17, 16 Floor<br>               San Francisco, CA  94102 |

**PLEASE TAKE NOTICE** that on March 10, 2019, the Official Committee of Tort Claimants (hereafter, the "**Tort Committee**"), in the above-captioned chapter 11 cases of PG&E Corporation and Pacific Gas and Electric Company filed a motion (Dkt. No. 813) ("**Motion**") seeking the entry of an order setting forth the process for reimbursement of expenses for Tort Committee members, and other related relief as the Court may deem appropriate.

**PLEASE TAKE FURTHER NOTICE** that on April 1, 2019, the Official Committee of Unsecured Creditors ("**UCC**") filed a response to the Motion (Dkt. No. 1149) seeking to include the members of the UCC in the relief requested in the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will hold a hearing on the Motion on **April 9, 2019, at 9:30 a.m. (Pacific Time)** in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Tort Committee's revised proposed order on the Motion and a redline comparison against the order previously filed and attached to the Motion are attached hereto as **Exhibit A**. The changes reflected in such revised proposed order include provisions intended to address certain formal and informal comments received by the Tort Committee with respect to the Motion, including comments from the office of the United States Trustee, the UCC, and the Debtors.

Dated: April 8, 2019

BAKER & HOSTETLER LLP

By: */s/ Lauren T. Attard*
    Lauren T. Attard

Proposed Attorneys for Official Committee of Tort Claimants

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES