Signed and Filed: April 8, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

1. Robert A. Julian (SBN 99469)
   Cecily A. Dumas (SBN 111449)
   BAKER & HOSTETLER LLP
   1160 Battery Street, Suite 100
   San Francisco, CA 94111
   Telephone:   628.208.6434
   Facsimile:   310.820.8859
   Email: rjulian@bakerlaw.com
   Email: cdumas@bakerlaw.com

   Eric E. Sagerman (SBN 155496)
   Lauren T. Attard (SBN 320898)
   BAKER & HOSTETLER LLP
   11601 Wilshire Blvd., Suite 1400
   Los Angeles, CA 90025-0509
   Telephone:   310.442.8875
   Facsimile:   310.820.8859
   Email: esagerman@bakerlaw.com
   Email: lattard@bakerlaw.com

   *Proposed Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER SUPPLEMENTING THE RECORD ON THE CORRECTED MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a), 363, AND 503(c) FOR ENTRY OF AN ORDER (I) APPROVING SHORT-TERM INCENTIVE PLAN AND (II) GRANTING RELATED RELIEF (Dkt. No. 806)** |

The Court, having reviewed the *Ex Parte* application (the "**Application**"), filed on April 8, 2019, of the Official Committee of Tort Claimants for entry of an order supplementing the

record on the Debtors' Corrected Motion Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief (Dkt. No. 806) ("**Motion**"), and after due deliberation and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted, as provided herein.

2. The record on the Motion includes the transcript of the April 2, 2019 hearing held by United States District Court for the Northern District of California in *U.S. v. Pacific Gas and Electric Co.*, Case No. 3:14-cr-00175 (WHA) (N.D. Cal.) and the Order Adopting New Conditions of Probation, dated April 3, 2019 (Dkt. No. 1040).

***END OF ORDER***

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO