**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:    (212) 310-8000
Fax:    (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:    (415) 496-6723
Fax:    (415) 636-9251

*Proposed Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>    **- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                **Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br>-and-<br>Adv. Pro. No. 19-03003 (DM)<br><br>**NOTICE OF AGENDA FOR APRIL 10, 2019 9:30 A.M. OMNIBUS HEARING**<br><br>Date:  April 10, 2019<br>Time:  9:30 a.m. (Pacific Time)<br>Place:  United States Bankruptcy Court<br>         Courtroom 17, 16th Floor<br>         San Francisco, CA 94102 |

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROPOSED AGENDA FOR
APRIL 10, 2019 9:30 A.M. (PACIFIC TIME)
OMNIBUS HEARING**

I.      **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

***WITHDRAWN MATTERS***

1.      **Enel Safe Harbor Motion**: Motion and Memorandum of Enel Green Power North America for Entry of an Order Confirming Safe Harbor Protection Under 11 U.S.C. §§ 362(b)(6) and 556 [**Dkt. 481**].

Response Deadline: April 1, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed: No responses were filed.

Related Documents:

A.      Declaration of Giovanni Bertolino in Support of Enel Green Power North America's (I) Motion for Entry of an Order Confirming Safe Harbor Protection Under 11 U.S.C. §§ 362(b)(6) and 556; and (II) Motion to File Under Seal [**Dkt. 484**].

B.      Stipulation between the Debtors and Enel Green Power North America, Inc. to Permit Termination of Capacity Storage Agreements and Interconnection Agreements [**Dkt. 1010**].

C.      Order Granting Stipulation between the Debtors and Enel Green Power North America, Inc. to Permit Termination of Capacity Storage Agreements and Interconnection Agreements [**Dkt. 1023**].

D.      Notice of Withdrawal of Safe Harbor Motion and Motion to File Under Seal [**Dkt. 1043**].

Status: This matter has been withdrawn.

2.      **Enel Document Filings Under Seal Motion**: Enel Green Power North America's Motion under 11 U.S.C. §§ 105(a) and 107(b) and FRBP 9018 for Entry of an Order Authorizing the Filing of Certain Contracts and Related Filings Under Seal [**Dkt. 483**].

Response Deadline: April 1, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed: No responses were filed.

Related Documents:

A.      Declaration of Giovanni Bertolino in Support of Enel Green Power North America's (I) Motion for Entry of an Order Confirming Safe Harbor Protection Under 11 U.S.C. §§ 362(b)(6) and 556; and (II) Motion to File Under Seal [**Dkt. 484**].

B.      Notice of Withdrawal of Safe Harbor Motion and Motion to File Under Seal [**Dkt. 1043**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1    Status: This matter has been withdrawn.

2    **II.    MATTERS SCHEDULED TO BE HEARD IN ADVERSARY PROCEEDING:**
     ***PG&E Corp., et al. v. FERC*, Adv. Pro. No. 19-03003 (DM)**

3

4    1.    **Debtors' Motion for Preliminary Injunction.**  Debtor's Motion for Preliminary
     Injunction and Memorandum of Points and Authorities in Support [AP Dkt. 2].

5

6    Response Deadline:    Pursuant to the Court's Order Regarding Briefing and
     Scheduling on Debtors' Motion for Preliminary Injunction [AP Dkt. 91],
     Defendant FERC's brief in opposition was due February 15, 2019, and the PPA

7    Counterparties' brief in opposition was due at 5:00 p.m. (Pacific Time) on
     February 22, 2019. Pursuant to the Court's docket entry entered on February 27,

8    2019, reply briefs by the Debtors and the Official Committee of Unsecured
     Creditors were due March 13, 2019.

9

10   Responses Filed:

11   A.    **Chevron Response.**  Chevron U.S.A. Inc.'s Joinder and Amicus Brief
           Support of Complaint and Motion for Preliminary Injunction (Docket #1

12         and #2) [AP Dkt. 75].

13         i.    Notice of Withdrawal of Document filed at Docket No. 75. [AP Dkt.
                 107].

14

15   B.    **FERC Response.**  Defendant Federal Energy Regulatory Commission's
           Response in Opposition to Debtors' Motion for a Preliminary Injunction

16         and Motion to Dismiss [AP Dkt 87].

17   C.    **PPA Counterparties' Response.**  PPA Counterparties' Opposition to
           Debtors' Motion for Preliminary Injunction [AP Dkt. 99].

18

19         i.    Declaration of Frank R. Lindh in Support of the PPA Counterparties'
                 Opposition to Debtors' Motion for Preliminary Injunction [AP Dkt.

20               100].

21         ii.   Declaration of William L. Massey in Opposition to Debtors' Motion
                 for Injunctive Relief [AP Dkt 101].

22

23         iii.  Request to Take Judicial Notice in Support of the PPA Counterparties'
                 Opposition to Debtors' Motion for Preliminary Injunction [AP Dkt.

24               102].

25         iv.   Supplemental Request for Judicial Notice in Support of PPA
                 Counterparties' Opposition to Debtors' Motion for Preliminary

26               Injunction [AP Dkt. 111].

27

28

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

1

Related Documents:

2

  D.  Declaration of Fong Wan in Support of Debtors' Motion for Preliminary
     Injunction [AP Dkt. 3].

3

4

  E.  Debtors' Request for Judicial Notice in Support of Motion for Preliminary
     Injunction [AP Dkt. 4].

5

  F.  Memorandum of Points and Authorities in Further Support of Debtors'
     Motion for Preliminary Injunction [AP Dkt. 136].

6

7

  G.  Official Committee of Unsecured Creditors' Reply Memorandum of Law
     in Support of Motion for Preliminary Injunction [AP Dkt. 137].

8

9

Status:  The matter is going forward.

10

   2.  **OCUC Motion to Intervene.** Official Committee of Unsecured Creditors'
Motion to Intervene in Adversary Proceeding [AP Dkt. 96].

11

12

Response Deadline:  Pursuant to the Court's order shortening time [AP
Dkt. 105], any response or opposition was to be presented orally at the February
27, 2019 hearing.

13

14

Responses Filed:

15

  A.  Opposition to Official Committee of Unsecured Creditors' Motion to
     Intervene in Adversary proceeding; Memorandum of Points and
     Authorities [AP Dkt. 106].

16

17

Related Documents:

18

  B.  Reply of the Ad Hoc Committee of Senior Unsecured Noteholders in
     Support of Official Committee of Unsecured Creditors' Motion to
     Intervene in Adversary Proceeding; Memorandum of Points and
     Authorities [AP Dkt. 110].

19

20

21

  C.  Official Committee of Unsecured Creditors' Supplemental Statement
     Regarding Motion to Intervene in Adversary Proceeding [AP Dkt. 112].

22

Status: The matter is going forward.

23

24

25

26

27

28

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that copies of any papers filed with the court and referenced |
| 2 | herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 |
| 3 | Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339- |
| 4 | 4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com.  Note that a PACER password is needed to access documents |
| 5 | on the Bankruptcy Court's website. |

Dated: April 09, 2019          **WEIL, GOTSHAL & MANGES LLP**

**KELLER & BENVENUTTI LLP**

By: /s/ *Jane Kim*
              Jane Kim

*Proposed Attorneys for Debtors and Debtors in Possession*