**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:  (212) 310-8000
Fax:  (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:  (415) 496-6723
Fax:  (415) 636-9251

*Proposed Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>**PG&E CORPORATION**,<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY**,<br>**Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR APRIL 10, 2019 1:30 P.M. OMNIBUS HEARING**<br><br>Date: April 10, 2019<br>Time: 1:30 p.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR
APRIL 10, 2019 1:30 P.M. (PACIFIC TIME)
OMNIBUS HEARING**

I. **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*CONTESTED MATTERS GOING FORWARD*

1. **Real Property Transactions Motion**: Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 362, and 363 and Fed. R. Bankr. P. 2002, 4001, and 6004 for an Order (I) Authorizing Debtors to (a) Sell, Transfer, Lease or Otherwise Encumber Real Property, (b) Lease, License, and Permit Agreements Relating to Third-Party Property, and (c) Pursue and Bring Eminent Domain Proceedings to Judgment or Enter into Settlements in Lieu Thereof, Subject to Certain Procedures and Parameters, and (II) Granting Related Relief [**Dkt. 1004**].

    Response Deadline: April 03, 2019, at 4:00 p.m. (Pacific Time), except for the California State Agencies and the California Department of Justice, for whom the response deadline was extended by agreement to April 4, 2019, at 4:00 p.m. (Pacific Time).

    Responses Filed:

    A.  Joinder to Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 362, and 363 and Fed. R. Bankr. P. 2002, 4001, and 6004 (filed by Interested Parties Phoebe Wong-Oliveros, Mario Oliveros Jr., Lucille J. McNulty, Adam J. McNulty, John L. Hansen, Marisa T. Mulladi-Kleiber, Andrew M. Kleiber) [**Dkt. 1075**].

    B.  Limited Objection and Reservation of Rights of the City of Oakland in Response to Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 362, and 363 and Fed. R. Bankr. P. 2002, 4001, and 6004 for an Order (I) Authorizing Debtors to (a) Sell, Transfer, Lease or Otherwise Encumber Real Property, (b) Lease, License, and Permit Agreements Relating to Third-Party Property, and (c) Pursue and Bring Eminent Domain Proceedings to Judgment or Enter into Settlements in Lieu Thereof, Subject to Certain Procedures and Parameters, and (II) Granting Related Relief [**Dkt. 1206**].

    C.  Statement of the California State Agencies on Motion for Order Authorizing Debtors to (a) Sell, Transfer, Lease or Otherwise Encumber Real Property, (b) Lease, License, and Permit Agreements Relating to Third-Party Property, and (c) Pursue and Bring Eminent Domain Proceedings to Judgment or Enter into Settlements in Lieu Thereof, Subject to Certain Procedures and Parameters, and (II) Granting Related Relief [**Dkt. 1238**].

    D.  [City of Morgan Hill's] Notice of Non-Opposition to Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 362, and 363 and Fed. R. Bankr. P. 2002, 4001, and 6004 for an Order (I) Authorizing Debtors to (a) Sell, Transfer, Lease or Otherwise Encumber Real Property, (b) Lease, License, and Permit Agreements Relating to Third-Party Property, and (c) Pursue and Bring Eminent Domain Proceedings to Judgment or Enter into Settlements

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

in Lieu Thereof, Subject to Certain Procedures and Parameters, and (II) Granting Related Relief [**Dkt. 1255**].

Related Documents:

E. Declaration of Andrew Williams in Support of Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 362, and 363 and Fed. R. Bankr. P. 2002, 4001, and 6004 for an Order (I) Authorizing Debtors to (a) Sell, Transfer, Lease or Otherwise Encumber Real Property, (b) Lease, License, and Permit Agreements Relating to Third-Party Property, and (c) Pursue and Bring Eminent Domain Proceedings to Judgment or Enter into Settlements in Lieu Thereof, Subject to Certain Procedures and Parameters, and (II) Granting Related Relief [**Dkt. 1005**].

F. Notice of Filing of Revised Proposed Order on Real Property Transactions Motion [**Dkt. 1286**].

Status: This matter is going forward on a contested basis.

**CONTINUED MATTERS:**

2. **esVolta's Motion to File Contracts Under Seal**: esVolta, LP's Motion under 11 U.S.C. §§ 105(a) and 107(b) and FRBP 9018 for Entry of an Order Authorizing the Filing of Certain Contracts and Related Filings Under Seal [**Dkt. 974**].

Response Deadline: April 03, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed: No responses were filed.

Related Documents:

A. Declaration of Randolph Mann in Support of esVolta, LP's (I) Motion for Entry of an Order Confirming Safe Harbor Protection under 11 U.S.C. §§ 362(b)(a6) and 556; and (II) Motion to File under Seal [**Dkt. 979**].

B. Affidavit of Service (filed by esVolta) [**Dkt. 1009**].

C. Notice of Continued Hearing on esVolta, LP's Safe Harbor Motion and Motion to File Under Seal Originally Set for Hearing on April 10, 2019 at 1:30 p.m. **[Dkt. No. 1186]**.

Status: This matter has been continued to the omnibus hearing to be held on April 24, 2019, at 9:30 a.m. (Pacific Time).

3. **esVolta's Motion for Order Confirming Safe Harbor Protection**: Motion and Memorandum of esVolta, LP for Entry of an Order Confirming Safe Harbor Protection under 11 U.S.C. §§ 362(b)(6) and 556 [**Dkt. 977**].

Response Deadline: April 03, 2019, at 4:00 p.m. (Pacific Time), except for the Official Committee of Unsecured Creditors and the Debtors, for whom the response deadline was extended by stipulation and order to April 5, 2019 at 4:00 p.m. (Pacific Time).

<u>Responses Filed</u>: No responses were filed.

<u>Related Documents</u>:

    A.    Declaration of Randolph Mann in Support of esVolta LP's (I) Motion for Entry of an Order Confirming Safe Harbor Protection under 11 U.S.C. §§ 362(b)(a6) and 556; and (II) Motion to File under Seal [**Dkt. 979**].

    B.    Notice of Continued Hearing on esVolta, LP's Safe Harbor Motion and Motion to File Under Seal Originally Set for Hearing on April 10, 2019 at 1:30 p.m. [**Dkt. No. 1186**].

<u>Status</u>: This matter has been continued to the omnibus hearing to be held on April 24, 2019, at 9:30 a.m. (Pacific Time).

**PLEASE TAKE NOTICE** that copies of any papers filed with the court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: April 09, 2019

**WEIL, GOTSHAL & MANGES LLP**

**KELLER & BENVENUTTI LLP**

By: /s/ *Jane Kim*
        Jane Kim

*Proposed Attorneys for Debtors and Debtors in Possession*