B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re <u>Pacific Gas and Electric Company</u>, Case No. <u>19-30089</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| High Five Capital LLC | ArchieMD, Inc |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
High Five Capital LLC, C/o Thomas Braziel
228 Park Ave S #63787
New York, New York 10003-1502

Court Claim # (if known): 1022
Amount of Claim: $400,000.00
Date Claim Filed: 02/20/2019

Phone: 917-767-4262
Last Four Digits of Acct #: _____

Phone: 561-988-0550
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
High Five Capital LLC
15 E 67th Street, 6th Floor
New York, NY 10065
Phone: 917-767-4262
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_ Date: 04/08/2019
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO THE DEBTOR AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is acknowledged, ArchieMD Inc. ("Seller") hereby unconditionally and irrevocably sells, transfers, and assigns to High Five Capital LLC ("Purchaser") all of Seller's right, title, and interest in and to Proof of Claim No. 1022 ("Claim") filed against Pacific Gas and Electric Company ("Debtor") (Case No. 19-30089) in the amount of $400,000. Seller waives any objection to the transfer of the Claim on the books and records of the Debtor and Bankruptcy Court, and waives any notice or right to a hearing as may be imposed by Rule 3001. Seller acknowledges, and stipulates that an Order may be entered without further notice to Seller transferring the Claim to Purchaser and recognizing Purchaser as sole owner and holder of the Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on March 26, 2019.

ArchieMD Inc.

By: Robert J Levine (Mar 26, 2019)
Robert Levine, President