STEVEN M. CAMPORA, ESQ. / SBN: 110909
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

Attorneys for Creditors

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>  Debtor,<br><br>Tax I.D. No. 94-3234914 | Case Nos.: 19-30088 (DM)<br>        19-30089 (DM)<br><br>**Chapter 11**<br><br>**NOTICE OF APPEARANCE OF STEVEN M. CAMPORA AND REQUEST FOR NOTICE** |
| In re:<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>  Debtor,<br><br>Tax I.D. No. 94-0742640 | |

PLEASE TAKE NOTICE pursuant to Bankruptcy Rules 2002 and 9010(b), Steven M. Campora, counsel for creditors Lisa Delaine Allain, Thomas Atkinson, Chippewa Pest Control, Inc., Lara Balas, Adam Balogh, Brian Bolton, Sharon Britt and Heather Blowers hereby requests that all notices given or required to be given in the above captioned cases and all papers served or required to be served, be served on the undersigned:

  Steven M. Campora
  DREYER BABICH BUCCOLA WOOD CAMPORA, LLP
  20 Bicentennial Circle
  Sacramento, CA 95826

-1-

Telephone: (916) 379-3500
Facsimile: (916) 379-3599
Email:  scampora@dbbwc.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request applies to and includes not only notices and papers referenced in the Bankruptcy Rules and the Bankruptcy Code, but also includes, without limitation, all orders, notices and pleadings relating to any application, motion, petition, objection, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile transmission, electronic mail, telex or otherwise that: (i) affects, or seeks to affect, or may potentially affect in any way, any rights or interests of any creditor or party in interest in these cases, including these individual creditors, (ii) affects, or seeks to affect (a) the above-captioned debtors and/or their estates or (b) property or proceeds thereof in the possession, custody or control of others that the debtors or their estates may seek to use; or (iii) requires or seeks to require any act, delivery of any property, payment or other conduct by these creditors.

**PLEASE TAKE FURTHER NOTICE** that these individual creditors, do not, by filing this Notice of Appearance or any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Notice of Appearance constitute a waiver of their respective rights: (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) to trial by jury in any proceeding so triable in this case, or any controversy or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, setoff or recoupments to which these individual creditors are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs or recoupments are hereby reserved

Date:  April 9, 2019                    Respectfully submitted,

                                                       **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**

                                                       By:  */s/ Steven M. Campora*
                                                            STEVEN M. CAMPORA