BRAD BRIAN (State Bar No. 79001)
Brad.Brian@mto.com
THOMAS B. WALPER (State Bar No. 96667)
thomas.walper@mto.com
HENRY WEISSMANN (State Bar No. 132418)
henry.weissmann@mto.com
BRADLEY SCHNEIDER (State Bar No. 235296)
bradley.schneider@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071
Telephone:     (213) 683-9100
Facsimile:     (213) 683-3702

*Proposed Attorneys for Debtors
and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>   -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>               Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**SUPPLEMENTAL DECLARATION OF HENRY WEISSMANN IN SUPPORT OF APPLICATION OF DEBTORS PURSUANT TO 11 U.S.C. § 327(e) AND FED. R. BANKR. P. 2014(a) AND 2016 FOR AUTHORITY TO RETAIN AND EMPLOY MUNGER, TOLLES & OLSON LLP AS COUNSEL FOR CERTAIN MATTERS FOR THE DEBTORS THE EFFECTIVE AS OF THE PETITION DATE** |

Pursuant 28 U.S.C. § 1746, I, Henry Weissmann, hereby declare as follows

I am a partner at Munger, Tolles & Olson LLP ("**MTO**" or the "**Firm**"), located at 350 S. Grand Ave., 50th Floor, Los Angeles, California 90071, and have been duly admitted to practice law in the State of California and the United States District Courts in California.

I submit this declaration ("**Supplemental Declaration**") to supplement my prior declaration (the "**Declaration**"), filed on April 1, 2019, in support of the Application of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), for authority to employ and retain MTO as their counsel for certain matters, effective as of January 29, 2019 (the "**Petition Date**"), pursuant to section 327(e) of title 11 of the United States Code (the "**Bankruptcy Code**").

On April 3, 2019, PG&E Corp. announced the appointment of 10 new directors to its board of directors. One of the new board members is Jeffrey Bleich, who is a former partner of MTO. Mr. Bleich resigned from MTO's partnership in February 2016. A second new board member is Ken Liang. MTO formerly represented Mr. Liang in matters that closed in 1998 and 2007.

In addition, Schedule 2 to my Declaration states that, with respect to the State of California, MTO "currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases." To clarify, MTO does not represent the State of California. Rather, MTO represents The Regents of the University of California and The Board of Trustees of the California State University in matters that are wholly unrelated to these Chapter 11 cases and that are not adverse to the interests of the Debtors or their estates.

I do not believe that any of the foregoing connections or representations create a conflict of interest but have disclosed them out of an abundance of caution.

DATED:  April 10, 2019

By:       /s/ Henry Weissmann

Henry Weissmann
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California, 90071
Telephone: (213) 683-9150
Facsimile: (213) 683-5150