1  David W. Wessel, Esq.   Bar # 115222
   service@efronlawfirm.com
2  LAW OFFICES OF BORIS E. EFRON
   130 Portola Road
3  Portola Valley, CA 94028-7825
   Telephone:  (650) 851-8880
4  Facsimile:   (650) 851-3001

5  Attorneys for Creditors
   MARINA GELMAN and MIKHAIL GELMAN
6

7

8                      UNITED STATES BANKRUPTCY COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12  In re:                                  Case No. 19-30088 (DM)

13                                           Chapter 11
    PG&E CORPORATION,
14                                           (Lead Case - Jointly Administered)
                    -and-
15
                                             **DECLARATION OF DAVID W. WESSEL
16  PACIFIC GAS AND ELECTRIC COMPANY,        IN SUPPORT OF GELMANS' MOTION
                                             FOR RELIEF FROM THE AUTOMATIC
17                                           STAY AND ABSTENTION PURSUANT TO
                    Debtors.                 28 U.S.C. 1334(C)(1)**
18
                                             Date:   May 9, 2019
19  ─────────────────────────────           Time:   9:30 a.m.
20  ☐  Affects PG&E Corporation              Ctrm:   Hon. Dennis Montali
    ☒    Affects Pacific Gas and Electric Company      450 Golden Gate Avenue
21  ☐  Affects both Debtors                          16th Floor, Courtroom 17
                                                     San Francisco, CA 94102
22  * All papers shall be filed in the Lead Case,
    No. 19-3008 (DM).                        Objection Deadline: April 24, 2019
23                                           At 4:00 Pacific Time
24

25

26          I, David W. Wessel, state:

27          1.      I make this declaration in support of Marina Gelman's and Mikhail Gelman's motion

28  for relief from the automatic stay so they can prosecute their action known as *Gelman* v. *Pacific Gas*

                                             1

*and Electric Company*, Case No. CGC-17-556763 in the Superior Court of the State of California, County of San Francisco ("the Lawsuit"). I have been the principal lawyer for the Gelmans in the Lawsuit. I have appeared on the Gelmans' behalf at all depositions taken in the Lawsuit. I attended the medical examination of Marina Gelman. I propounded most of the discovery propounded to the defendants. The matters stated in this declaration are either personally known to me or known to me on information and belief because of my involvement as the lawyer for the Gelmans in the Lawsuit. On that basis, if called as witness, I could and would competently testify to the matters set out in this declaration.

2.      In the Lawsuit, the Gelmans, who are married, contend that in the evening of January 26, 2016, Marina Gelman tripped on the PG&E vault in the San Francisco sidewalk in front of the Palm House Restaurant owned by Blue Plantain, LLC. There was a hole in the sidewalk at the corner of the PG&E vault. This is a photograph of the sidewalk with the PG&E vault:



3.      The Gelmans contend the defect in the sidewalk slab seen at the corner of PG&E

2

vault existed well before Marina's fall.  This is a Google Street photo from August 2015 that shows

that same defect in the sidewalk:



This is a Google Street view photo from January 2015 that shows the defect in the sidewalk



Case: 19-30088    Doc# 1311    Filed: 04/10/19    Entered: 04/10/19 13:41:58    Page 3 of
6

4.     The Gelmans contend the fall shattered Marina's right forearm and caused her other injuries. Mikhail testified at his deposition he was with Marina at the time of her fall. He took her to San Francisco General Hospital ("SFGH"). Marina's SFGH records subpoenaed by the lawyers for Defendant Blue Plantain show that Marina arrived at the emergency department shortly after 8:00 p.m. When the doctors in the emergency department saw her arm, they took Marina immediately. She told them she had tripped on the sidewalk and landed with her arms outstretched. She said her pain was 10 on a scale of 10. She was in such pain the nurse was unable to evaluate the pulse in her right arm. Marina was promptly given a morphine injection.

The emergency department physicians noted Marina had obvious deformity of the right wrist. The radiologists opined she had an "acute, comminuted fracture of the right distal radius with probable intra-articular extension." The radiologists also noted a "dorsal fracture apex angulation, as well as approximately 6 mm of volar distraction of the distal fracture fragment relative to the proximal fracture fragment," and "[a]dditionally… a mildly displaced fracture of the styloid process of the ulna, [and] marked swelling of the surrounding soft tissues of the wrist." Marina thus had three fractures in her forearm. She could not move her fingers because of her intense pain.

The subpoenaed medical records show the SFGH physicians tried to treat Marina's fractures without surgery, but within two weeks they had to operate to reduce the fractures. The Gelmans contend that because of her injuries Marina developed carpal tunnel syndrome and complex regional pain syndrome in her right upper extremity and that she still suffers from these syndromes. At her deposition she testified she has a constant burning and baking sensation in her right hand, arm, and shoulder:

> My arm is not functioning like it's my arm. It feels like it's not my arm at all. I have a very heavy like baking feeling nonstop inside my arm that somebody like put my arm into the oven and [is] baking it nonstop.

Her right hand is her dominant hand. Her injuries have drastically reduced her ability to use her hand and arm. She testified:

> I cannot do a lot of things. I cannot cook. I cannot – I use a sport bra only. I cannot close my normal bra without help. I cannot wash my hair properly. I cannot brush my hair. I cannot cut my nails. I cannot use any knife to cut any hard product except very soft, for example, mozzarella.

4

I cannot – I don't feel it's my hand.  It just lives a different life in my body.  I always feel it every second.

5.  The Gelmans filed the Lawsuit with the Superior Court on January 31, 2017.  The City and County of San Francisco ("San Francisco"), Pacific Gas & Electric Company ("PG&E"), and Blue Plantain, LLC are the named defendants.  The Gelmans served PG&E with the summons and complaint on June 30, 2017.  Blue Plantain served its answer to the complaint on July 14, 2017.  PG&E.  San Francisco served its answer on July 31, 2017 and  PG&E served its answer October 10, 2017.  All parties have demanded a jury trial.  San Francisco and Blue Plantain have each cross-complaint against PG&E for indemnity, contribution, and declaratory relief.

6.  The parties have conducted extensive discovery in the Lawsuit.  Marina Gelman has propounded two sets of requests for admissions, four sets of interrogatories, and three sets of requests for production to PG&E and received responses to all this discovery.  Marina has propounded one set of requests for admissions, three sets of interrogatories, and three requests for production to San Francisco, and received responses to all of them.  Marina has pounded two sets of interrogatories and three sets of requests for production to Blue Plantain and received responses to all of them.  PG&E took the depositions of Mikhail and Marina.  Blue Plantain had Marina Gelman examined by a physician who specializes in physiatry.  Each of the defendants propounded interrogatories and requests for production to Marina and interrogatories to Mikhail.  The Gelmans were trying to take the depositions of the defendants' persons most qualified to testify about liability issues.  We served the notice of the deposition of PG&E, but PG&E refused to appear for it.  We had also served the notice of the deposition of San Francisco.  Before we could take that deposition, PG&E filed its bankruptcy petition.

7.  The Lawsuit was first set for trial on August 27, 2018.  The date of the trial was continued to April 22, 2019.  The Gelmans were prepared to try the case on April 22, 2019, and we intended to try it then.  However, the trial date was continued again at the request of counsel for San Francisco, who requested a continuance for health reasons.  The trial is now set on December 16, 2019.

///

5

1     I declare under penalty of perjury under the laws of the United States that the foregoing is

2   true and correct.

3

4   Dated:  April 10, 2019                                    /s/ David W. Wessel
                                                                  (SBN: 115222)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6