UNITED STATES BANKRUPTCY COURT
Northern District of California

| | |
|---|---|
| In re: PG&E Corporation and Pacific Gas and Electric Company<br><br>Debtor(s) | Bankruptcy No.: 19-30088 (DM)<br>R.S. No.:<br>Hearing Date: 05/09/2019<br>Time: 9:30 am |

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 01/29/2019    Chapter: 11
    Prior hearings on this obligation: None    Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

   Secured Creditor [ ] or lessor [ ]
   Fair market value:      $_____    Source of value: _____
   Contract Balance:       $_____    Pre-Petition Default:  $_____
   Monthly Payment:        $_____      No. of months: _____
   Insurance Advance:      $_____    Post-Petition Default: $_____
                                         No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

   Fair market value: $_____    Source of value: _____    If appraisal, date: _____

   Moving Party's position (first trust deed, second, abstract, etc.):

   Approx. Bal.         $_____    Pre-Petition Default:  $_____
   As of (date): _____              No. of months: _____
   Mo. payment:         $_____    Post-Petition Default: $_____
   Notice of Default (date): _____    No. of months: _____
   Notice of Trustee's Sale: _____    Advances Senior Liens: $_____

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

   | Position | Amount | Mo. Payment | Defaults |
   |---|---|---|---|
   | 1st Trust Deed: _____ | $_____ | $_____ | $_____ |
   | 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
   | _____ : | | | |
   | _____ : | | | |
   | _____ : | | | |
   | (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information: Creditors Marina Gelman and Mikhail Gelman bring their motion for relief from the automatic stay and abstention prosecute their personal injury lawsuit in the San Francisco County Superior Court, Case No. CGC-17-556763.

Dated: 04/10/2019

                                       Signature
                                       /s/ David W. Wessel
                                       Print or Type Name

                        Attorney for Marina Gelman and Mikhail Gelman