Is this transcript for an appeal?
If yes, an Expedited transcript is required. ☐ Yes ☐ No

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# TRANSCRIPT ORDER FORM

**Name of Debtor (Case Name):** In re PG&E Corporation and Pacific Gas and Electric Company

**Chapter:** 11

**Case Number:** 19-30088

**Adversary Proceeding Name:**

_____ vs. **Plaintiff(s),**

**Adversary Proceeding Number:**
(or Miscellaneous Proceeding Number)

_____ **Defendant(s).**

**Date of Hearing:** 4/10/2019

**Time of Hearing:** 1:30 pm

(Complete a SEPARATE form for EACH hearing date)

**Hearing Judge:** Montali

**Hearing Location:** San Francisco Courtroom 17

**Transcriber:** e-Scribers

**Alternate Transcriber:** Josephine McCall Court Transcribing

**Type of Transcript:**
- ☐ Ordinary (30 Days)
- ☐ 14 Days
- ☐ Expedited (7 Days)
- ☑ Daily (24 Hours)
- ☒ Entire Hearing
- ☐ Testimony of Witness
- ☐ Other/Special Instructions:
- ☐ Ruling/Opinion Portion Only

**Name of Witness:** _____

**Name of Person(s) Ordering Transcript:** Thomas Rupp

**Contact Person:** Thomas Rupp

**Phone Number:** (415) 636-9015

**Mailing Address (include law firm name, if any):**
Keller & Benvenutti LLP
650 California Street, Suite 1900
San Francisco, CA 94108

**Email Address:** trupp@kellerbenvenutti.com

---

**THIS SECTION FOR COURT USE ONLY**

**Transcript Order Number:** _____

**Transcription Information Sent to Transcriber By:** ☐ TDS  ☐ Other: _____

Time Start: _____ Time End: _____ Time Start: _____ Time End: _____

Time Start: _____ Time End: _____ Time Start: _____ Time End: _____

ECRO: _____ Court Division: _____ Processed By: _____

---

This Form is mandatory and approved for use by the U.S. Bankruptcy Court for the Northern District of California. If the transcript you want is already ordered or on file, contact the transcriber to obtain a copy. Do not use this Form to order a §341 Meeting of Creditors recording. To order a Meeting of Creditors recording visit the U.S. Trustee website.

8/2018

Case: 19-30088    Doc# 1317    Filed: 04/10/19    Entered: 04/10/19 14:12:54    Page 1 of 1