1 | BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
2 | Albert Y. Chang (SBN 296065)
Yury A. Kolesnikov (SBN 271173)
3 | 7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
4 | Telephone: (858) 914-2001
Facsimile: (858) 914-2002
5 | Email: fbottini@bottinilaw.com
achang@bottinilaw.com
6 | ykolesnikov@bottinilaw.com

7 | *Counsel for Plaintiff Rick Bowlinger
in Bowlinger v. Chew, No. CGC-18-*
8 | *572326 (Cal. Super. Ct. Cnty. of S.F.)*



FILED
APR 1 0 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br>- and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>Debtors.<br><br>○ Affects PG&E Corporation<br>○ Affects Pacific Gas and Electric Company<br>● Affects Both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**Declaration of Francis A. Bottini, Jr. in Support of Plaintiff Rick Bowlinger and Bottini & Bottini, Inc.'s Opposition to the Debtors' Motion to Enforce the Automatic Stay Pursuant to 11 U.S.C. § 362(a)(3)**<br><br>Date: April 24, 2019<br>Time: 9:30 a.m.<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, California 94102 |

I, Francis A. Bottini, Jr. declare as follows:

1. I am an attorney with Bottini & Bottini, Inc., counsel for plaintiff Rick Bowlinger in a shareholder derivative action brought on behalf of nominal defendants PG&E Corporation and Pacific Gas and Electric Company (collectively, the "Utility" or the "Debtors") in the Superior Court of California, County of San Francisco (the "State Court"), captioned *Bowlinger v. Chew*, No. CGC-18-572326 (the "Derivative Action"). I submit this declaration in support of Mr. Bowlinger and my firm's opposition to the Debtors' March 14, 2019 Motion to Enforce the Automatic Stay Against Rick Bowlinger and Bottini & Bottini, Inc. Pursuant to 11 U.S.C. § 362(a)(3) (the "Stay Motion"). I have personal knowledge of the facts stated in this declaration. I could and would competently testify to these facts, if called upon to do so.

2. On December 24, 2018, Mr. Bowlinger filed a shareholder derivative complaint against certain current and former directors and officers of the Utility (the "Individual Defendants"), alleging common-law claims for breach of fiduciary duty, abuse of control, corporate waste, and unjust enrichment, arising from their failure to implement safety measures and to address safety deficiencies relating to the Utility's power lines and transmission pipelines. All of the Individual Defendants named in the Derivative Action are non-debtors and are sued in their individual capacity. The Debtors are named only as nominal defendants because the Derivative Action is brought for the Debtors' benefit.

3. On December 24, 2018, the State Court set a case management conference for May 29, 2019.

4. On February 1, 2019, the Utility filed a form entitled Notice of Stay of Proceedings (the "Notice") in the State Court based on the Utility's bankruptcy petition in this Court.

5. On February 5, 2019, Mr. Bowlinger filed a response to the Utility's Notice, stating that the automatic stay under 11 U.S.C. § 362(a) applies only to the

- 1 -

Utility (as debtors) and does not extend to the non-debtor Individual Defendants.

6. On February 8, 2019, the State Court issued an order cancelling the May 29, 2019 case management conference and setting a case management conference for March 21, 2019. Mr. Bowlinger did not request the case management conference. The State Court also ordered the parties to file a joint case management statement three court days in advance of the case management conference — by March 18, 2019.

7. On March 7, 2019, I spoke with an attorney from Weil, Gotshal & Manges LLP, the Debtors' bankruptcy counsel. During the call, I stated that Mr. Bowlinger believed that (a) the automatic stay under 11 U.S.C. § 362(a) is inapplicable to the non-debtor Individual Defendants; and (b) if the Debtors wished to extend the automatic stay to any non-debtor defendants, the Debtors should make a motion in this Court for such relief.

8. On March 15, 2019, my firm was served with a copy of the Debtors' Stay Motion filed in this Court on the previous day.

9. On March 18, 2019, an attorney from my firm conferred by telephone with the attorneys at Latham & Watkins LLP, counsel for the Utility in the Derivative Action in State Court, regarding the impending case management conference. My firm and the Utility's counsel agreed that, in light of the pending Stay Motion in this Court, the case management conference scheduled for March 21, 2019 should be continued pending this Court's resolution of the Stay Motion.

10. On March 18, 2019, Mr. Bowlinger and the Utility filed a joint case management statement reflecting their agreement with respect to continuing the impending case management conference. A true and correct copy of this joint case management statement is attached as **Exhibit 1**.

11. Aside from the foregoing, my firm has not taken any action, since February 1, 2019, in furtherance of the prosecution of Mr. Bowlinger's Derivative Action in State Court.

- 2 -

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 10, 2019, at Los Angeles, California.

_____
Francis A. Bottini, Jr.

- 3 -

# EXHIBIT 1

# EXHIBIT 1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | LATHAM & WATKINS LLP<br>  Robert W. Perrin (Bar No. 194485)<br>  robert.perrin@lw.com<br>  Michael J. Reiss (Bar No. 275021)<br>  michael.reiss@lw.com<br>355 South Grand Avenue, Suite 100<br>Los Angeles, California 90071-1560<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763 |
| 6<br>7<br>8<br>9 | LATHAM & WATKINS LLP<br>  James E. Brandt (*pro hac vice* forthcoming)<br>  james.brandt@lw.com<br>885 Third Avenue<br>New York, New York 10022-4834<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864 |

ELECTRONICALLY
**FILED**
Superior Court of California,
County of San Francisco

**03/18/2019**
Clerk of the Court
BY:JUDITH NUNEZ
Deputy Clerk

*Attorneys for Nominal Defendants PG&E Corporation and Pacific Gas and Electric Company*

[Additional Counsel appear on signature page.]

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN FRANCISCO

| | |
|---|---|
| RICK BOWLINGER, derivatively on behalf of PG&E Corporation and Pacific Gas and Electric Company,<br>                Plaintiff,<br>     v.<br>LEWIS CHEW; RICHARD C. KELLY; FRED J. FOWLER; ROGER H. KIMMEL; RICHARD A. MESERVE; FORREST E. MILLER; BENITO MINICUCCI; ERIC D. MULLINS; ROSENDO G. PARRA; BARBARA L. RAMBO; ANNE SHEN SMITH; GEISHA J. WILLIAMS; ANTHONY F. EARLEY, JR.; JASON P. WELLS; PATRICK M. HOGAN; JULIE M. KANE; DINYAR B. MISTRY; DAVID S. THOMASON; MARYELLEN C. HERRINGER; JEH C. JOHNSON; NICKOLAS STAVROPOULOS; CHRISTOPHER P. JOHNS; BARRY LAWSON WILLIAMS; and DOES 1 through 50, inclusive,<br>                Defendants,<br>     and<br>PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY,<br>                Nominal Defendants. | Case No. CGC-18-572326<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Judge: Hon. Anne-Christine Massullo<br>Dept.: 304<br><br>Trial Date: None set<br>Complaint filed: December 24, 2018 |

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
LOS ANGELES

JOINT CASE MANAGEMENT STATEMENT
CASE NO. CGC-18-572326

Case: 19-30088    Doc# 1320    Filed: 04/10/19    Entered: 04/10/19 16:07:31    Page 6 of 8

Plaintiff Rick Bowlinger ("Plaintiff") and Nominal Defendants PG&E Corporation and Pacific Gas and Electric Company (collectively "PG&E")[1] jointly submit this case management statement as follows:

1. On December 24, 2018, Plaintiff filed a shareholder derivative complaint on behalf of PG&E against the Individual Defendants, who are PG&E's current and former officers and directors, alleging claims under California law for breach of fiduciary duty, abuse of control, corporate waste, and unjust enrichment.

2. On January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors-in-possession, each filed a voluntary petition for bankruptcy under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court"), captioned *In re PG&E Corporation*, Lead Case No. 3:19-bk-30088 (DM) (Bankr. N.D. Cal.).

3. On February 1, 2019, PG&E filed the Notice of Stay of Proceedings (the "Notice"), attaching PG&E's bankruptcy petitions.

4. On February 5, 2019, Plaintiff responded to PG&E's Notice, and argued that the stay under Section 362 of the Bankruptcy Code applies only to PG&E and does not automatically extend to the Individual Defendants, who are not debtors in the Bankruptcy Court.

5. On March 14, 2019, PG&E moved in the Bankruptcy Court for an order applying the automatic stay to the Individual Defendants in this action (the "Motion to Enforce the Automatic Stay"). A hearing on the Motion to Enforce the Automatic Stay has been set for April 24, 2019.

6. In light of the pending Motion to Enforce the Automatic Stay and the April 24, 2019 hearing in the Bankruptcy Court, the parties agree that the case management conference

---

[1] The "Individual Defendants" named in the complaint include: Lewis Chew, Richard C. Kelly, Richard A. Meserve, Benito Minicucci, Rosendo G. Parra, Anne Shen Smith, Fred J. Fowler, Roger H. Kimmel, Forrest E. Miller, Eric D. Mullins, Barbara L. Rambo, Geisha J. Williams, Anthony F. Early Jr., Jason P. Wells, Patrick M. Hogan, Julie M. Kane, Dinyar B. Mistry, David S. Thomason, Maryellen C. Herringer, Jeh C. Johnson, Nickolas Stavropoulos, Christopher P. Johns, and Barry Lawson Williams.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

JOINT CASE MANAGEMENT STATEMENT
CASE NO. CGC-18-572326

Case: 19-30088    Doc# 1320    Filed: 04/10/19    Entered: 04/10/19 16:07:31    Page 7 of 8

scheduled for March 21, 2019 in this Court should be continued pending the Bankruptcy Court's ruling on the Motion to Enforce the Automatic Stay.

Dated: March 18, 2019

LATHAM & WATKINS LLP
ROBERT W. PERRIN (194485)
MICHAEL J. REISS (275021)

By /s/ Robert W. Perrin
ROBERT W. PERRIN

355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
robert.perrin@lw.com
michael.reiss@lw.com

LATHAM & WATKINS LLP
JAMES E. BRANDT (*pro hac vice* forthcoming)
885 Third Avenue
New York, NY 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
james.brandt@lw.com

*Attorneys for Nominal Defendants PG&E Corporation and Pacific Gas and Electric Company*

Dated: March 18, 2019

BOTTINI & BOTTINI, INC.
FRANCIS A. BOTTINI, JR. (175783)
ALBERT Y. CHANG (296065)
YURY A. KOLESNIKOV (271173)

By /s/ Francis A. Bottini, Jr.
FRANCIS A. BOTTINI, JR.

7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002
fbottini@bottinilaw.com
achang@bottinilaw.com
ykolesnikov@bottinilaw.com

*Attorneys for Plaintiff Rick Bowlinger*

2

JOINT CASE MANAGEMENT STATEMENT
CASE NO. CGC-18-572326

Case: 19-30088    Doc# 1320    Filed: 04/10/19    Entered: 04/10/19 16:07:31    Page 8 of 8