George Hofmann
**COHNE KINGHORN, P.C.**
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111
ghofmann@cohnekinghorn.com
Telephone: (801) 363-4300
Facsimile (801) 363-4378

FILED
APR 10 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Counsel to Western Electricity Coordinating Council

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Cohne Kinghorn, P.C., appears herein as counsel to Western Electricity Coordinating Council, a creditor and party in interest in the above-referenced case, pursuant to Fed. R. Bankr. P. 9010(b); and requests, pursuant to Fed. R. Bankr. P. 2002, 3017, 9007, and 9010, and pursuant to 11 U.S.C. §§ 102(1), 341, and 1109(b) that copies of all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon Western Energy Coordinating Council at the following address:

> George Hofmann
> Cohne Kinghorn, P.C.
> 111 East Broadway, 11th Floor
> Salt Lake City, Utah 84111
> ghofmann@cohnekinghorn.com
> Tel: (801) 363-4300
> Fax: (801) 363-4378

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight delivery, messenger, facsimile, telephone, telegraph, electronic medium or otherwise filed or made with regard to the referenced case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive any (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any related case, controversy or proceedings; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to contest jurisdiction or appropriate venue in this proceeding; or (v) other rights, claims, actions, defenses, setoffs or recoupments which exist pursuant to agreement, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. This Notice of Appearance is not, and shall not be construed to be, a consent pursuant to 28 U.S.C. § 157(c)(2).

Dated: April 5, 2018.

Respectfully submitted,

COHNE KINGHORN, P.C.

George Hofmann
Attorneys for Western Energy Coordinating Council