# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: dchambers | Date Created: 4/12/2019 |
| Case: 19−30088 | Form ID: TRANSC | Total: 25 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Alan W. Kornberg | |
| aty | Christopher V. Hawkins | hawkins@sullivanhill.com |
| aty | Edward Tredinnick | etredinnick@grmslaw.com |
| aty | Emily P. Rich | erich@unioncounsel.net |
| aty | Eric E. Sagerman | esagerman@bakerlaw.com |
| aty | Estela O. Pino | epino@epinolaw.com |
| aty | James P. Hill | hill@sullivanhill.com |
| aty | Jane Kim | jkim@kellerbenvenutti.com |
| aty | Lauren T. Attard | lattard@bakerlaw.com |
| aty | Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| aty | Robert A. Julian | rjulian@bakerlaw.com |
| aty | Timothy S. Laffredi | timothy.s.laffredi@usdoj.gov |
| aty | Tobias S. Keller | tkeller@kellerbenvenutti.com |
| aty | W. Steven Bryant | |

TOTAL: 14

**Recipients submitted to the Claims Agent (Prime Clerk):**

| | | | | | |
|---|---|---|---|---|---|
| aty | Brian S. Hermann | Law Offices of Brian S. Hermann | 1285 Avenue of the Americas | New York, NY 10019−6064 | |
| aty | David H. Botter | Akin Gump Strauss Hauer & Feld LLP | One Bryant Park | New York, NY 10036 | |
| aty | Gregory A. Bray | Milbank LLP | 2029 Century Park East, 33rd Fl. | Los Angeles, CA 90067 | |
| aty | Harris B. Winsberg | Troutman Sanders LLP | Bank of America Plaza | 600 Peachtree St., NE, #3000 | Atlanta, GA 30308 |
| aty | Michael G. Busenkell | Morris, Nichols, Arsht and Tunnell | 1201 N Market St. | P.O. Box 1347 | Wilmington, DE 19899−1347 |
| aty | Sean A. Mitchell | Paul, Weiss, Rifkind, Wharton & Garrison | 1285 Avenue of the Americas | New York, NY 10019 | |
| aty | Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 | |
| | Joran Rosa | Baker & Hostetler LLP | 1160 Battery St. East #100 | San Francisco, CA 94111 | |
| | Caitlin Gray | Weinberg, Roger & Rosenfeld | 1001 Marian Village Parkway #200 | Alameda, CA 94501 | |
| | Thomas Tosdal | Tosdal Law Firm | 777 South Highway 101, #215 | Solana Beach, CA 92075 | |
| | Nicholas JP. Wagner | Wagner, Jones, Kopfman & Artenian LLP | 1111 East Herndon Ave., #317 | Fresno, CA 93720 | |

TOTAL: 11