Heinz Binder (SBN 87908)
Robert G. Harris (SBN 124678)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: Heinz@bindermalter.com
Email: Rob@bindermalter.com

Attorneys for TURN, The Utility Reform Network

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>      Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* All papers shall be filed in the Lead Case No. 19-30088 DM. | Case Nos. 19-30088 DM (Lead Case)<br>     19-30089 DM<br><br>Chapter 11<br>*Jointly Administered*<br><br>Date: May 8, 2019<br>Time: 9:30 a.m.<br>Place: Courtroom 17<br>    450 Golden Gate Avenue<br>    San Francisco, California<br><br>DKT # 1324<br>OBJECTION DEADLINE: April 24, 2019 |

**DECLARATION OF MARK TONEY IN SUPPORT OF MOTION BY TURN FOR APPOINTMENT OF OFFICIAL COMMITTEE OF RATEPAYER CLAIMANTS PURSUANT TO 11 U.S.C. §§ 1102(a)(2), 105(a)**

I, Mark Toney, know the following matters to be true of my own, personal knowledge and, if called as a witness, could and would testify competently thereto:

1. I am the Executive Director for The Utility Reform Network ("TURN") and am familiar with the facts below through employment with TURN in that role.

2. TURN is a non-profit consumer advocacy organization, organized under section 501(c)(3) of the Internal Revenue Code. TURN has advocated for the interests of ratepayers before the California Public Utility Commission (the "CPUC"), the California State Legislature, and other public entities that govern the State's public utilities since 1973. TURN has over 20,000 members, and its constituents include the 6.1 million individual consumer and small business ratepayers within PG&E's service area. Other ratepayers with substantial economic interests in the outcome of this case include large agricultural energy users, large industrial energy users, and government sector energy users. TURN would respectfully encourage the U.S. Trustee, were this Motion to be granted, to solicit as potential committee members to represent a broad diversity of ratepayer interests persons such as myself; Elizabeth Echols, Director, Public Advocates Office at the CPUC; Karen Norene Mills, Senior Attorney, Energy Policy of California Farm Bureau Federation; Rita Liotta, Counsel, Federal Executive Agencies; Nora Sheriff, Counsel, California Large Energy Consumer Advocates; Nancy McPherson, State Director, AARP California; and Orson Aguilar, Executive Director, Greenlining Institute. If a committee of ratepayer claimants is formed, these individuals have indicated to me their willingness to serve as members.

3. The following is a brief description of ratepayer interests that could be represented were the aforementioned persons appointed to a committee of ratepayer claimants:

   a. Public Advocates Office at the CPUC (Cal Advocates) is an independent organization within the CPUC mandated by statute "to represent and advocate on behalf of the interests of public utility customers" pursuant to Public Utilities Code Section 309.5(a).

   b. California Farm Bureau Federation is the state's largest farm organization, working to protect family farms and ranches on behalf of its nearly 36,000 members statewide and as part of a nationwide network of more than 5.5 million members. Organized 100 years ago as a

1

voluntary, nongovernmental and nonpartisan organization, it advances its mission throughout the state together with its 53 county Farm Bureaus.

   c. Federal Executive Agencies (FEA): Pursuant to Title 41 Code of Federal Regulations Section 102-82.20, the Federal Executive Agencies represents the consumer interest of all the Federal agencies that, in California, consists of numerous military installations, with electricity consumption of an estimated 1,500 GWH, and other federal facilities statewide. FEA participates in CPUC proceedings to respond to rate increase proposals filed by PG&E, SDG&E and Southern California Edison.

   d. California Large Energy Consumer Advocates (CLECA) has been active in CPUC proceedings and before the Legislature since the early-to-mid 1980s. The member companies are in the steel, cement, industrial gas, mining, pipeline, cold storage, and beverage industries and share the fact that electricity costs comprise a significant portion of their costs of production.

   e. AARP represents 3.3 million members living in California, many of whom rely on an average Social Security check of $1,422 a month as their sole income. They advocate for affordable utility bills for seniors at the CPUC, the legislature, and other policy makers.

   f. Greenlining Institute advocates that utility policies meet the needs of diverse communities and constituencies that include faith-based organizations, minority business associations, community development corporations, health advocates, traditional civil rights organizations, and ethnic media outlets.

  4. It is my understanding that electricity ratepayers are entitled in 2019 to receive $310 million to be returned to residential customers as statement credits in April and October of 2019, in the amount of $29.18 per household. For gas proceeds, ratepayers are entitled in 2019 to receive $128,975,630 as statement credits in April, 2019. These sums include both proceeds from the November 14, 2018 joint auction of greenhouse gas (GHG) allowances combined with amounts projected to be generated by auctions to be held later in 2019. Attached hereto as Exhibit "A" is a true and correct copy of an excerpt of CPUC decision D.12-12-033. Attached hereto as Exhibit "B" is a true and correct copy of an excerpt of CPUC decision D.19-02-023. Attached hereto as Exhibit C" is a true and correct copy of an excerpt of advice letter 4038-G. Attached hereto as Exhibit "D"

2

1 | is a true and correct copy of the California Cap-and-Trade Program, and Québec Cap-and-Trade
2 | System November 2018 Joint Auction #17 Summary Results Report.

5. TURN's motivations in seeking a committee of ratepayer claimants are as follows: (1) to ensure that the hundreds of millions of dollars in claims owed to ratepayers are paid according to the law and this Court's orders; (2) to create a single entity in which the views of all various types of ratepayers as to issues in the case and an eventual plan coalesce; and (3) to establish an entity that can, as a fiduciary for ratepayers, negotiate a plan with the Debtor and other parties-in-interest in this case, and actively participate before the CPUC as it considers and approves any rate change that the regulator must approve under Bankruptcy Code section 1129(a)(6).

6. TURN has received from ratepayers over 1,200 written letters and 500 online petition signatures supporting the appointment of an official ratepayer claimant committee. Those letters and signatures are posted on the TURN website and can be viewed at https://theutilityreform-my.sharepoint.com/:f:/g/personal/legalassistant_turn_org/EpIOKFFheqJDsnvNDVrIdUMBwAoNThTAD3oWHdqIp1LRAw?e=rO3Lh4.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 10th day of April, 2019, at Oakland, California.

/s/ *Mark Toney*
MARK TONEY