Heinz Binder (SBN 87908)
Robert G. Harris (SBN 124678)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: Heinz@bindermalter.com
Email: Rob@bindermalter.com

Attorneys for TURN, The Utility Reform Network

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>      Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* All papers shall be filed in the Lead Case No. 19-30088 DM. | Case Nos. 19-30088 DM (Lead Case)<br>     19-30089 DM<br><br>Chapter 11<br>*Jointly Administered*<br><br>Date: May 8, 2019<br>Time: 9:30 a.m.<br>Place: Courtroom 17<br>    450 Golden Gate Avenue<br>    San Francisco, California<br><br>DKT # 1324<br><br>OBJECTION DEADLINE: April 24, 2019 |

**DECLARATION OF ROBERT G. HARRIS IN SUPPORT OF MOTION BY TURN FOR APPOINTMENT OF OFFICIAL COMMITTEE OF RATEPAYER CLAIMANTS PURSUANT TO 11 U.S.C. §§ 1102(a)(2), 105(a)**

I, Robert G. Harris, know that the following statements are true based on my personal knowledge, except where indicated that it is of my information and belief, in which case I believe the statement to be true. If called as a witness, I could and would testify competently to the following:

1. I am a member of the State Bar of California in good standing and am admitted to practice before this Court. I am a partner in Binder & Malter, LLP. My firm is counsel for The Utility Reform Network ("TURN").

2. The above-captioned bankruptcy cases were filed on January 29, 2018. On February 6, 2019, TURN wrote to the United States Trustee to request that an official committee of ratepayer claimants be appointed to represent the interests of the residential and small business ratepayers in PG&E's service territory.

3. The U.S. Trustee held a meeting to form an official committee of unsecured creditors on February 11, 2019. On February 12, 2019, the U.S. filed its Appointment of the Official Committee of Unsecured Creditors [Dkt. #409]. On February 21, 2019, the U.S. Trustee filed its Amended Appointment of the Official Committee of Tort Claimants [Dkt #530].

4. On February 20, 2019, the U.S. Trustee responded to TURN's request for an official committee of ratepayer claimants, concluding that "… appointment of such a committee would be outside the United States Trustee's statutory authority and is not appropriate at this time." The U.S. Trustee supplied the following legal analysis: "11 U.S.C. § 1102(b) governs committee appointments and composition. Section 1102(b)(1) requires that the United States Trustee appoint persons who hold claims against the debtor to serve on official committees. To be eligible for appointment, prospective members must qualify under the Bankruptcy Code as 'persons' and must 'hold claims against the debtor.' See 11 U.S.C. §§ 101(10) and (41)." A true and correct copy of the February 20, 2019 letter from the U.S. Trustee is attached hereto Exhibit "A"

5. On March 21, 2019, following a phone call I made to U.S. Trustee about a potential ratepayer claimants committee, I received a letter advising that "[t]he United States Trustee's position remains the same and, accordingly, no action will be taken at this time. If you have additional information or documentation regarding TURN's request, please feel free to forward that

1

to my attention. Thank you again for reaching out, and please let me know if you would like to discuss this matter further." A true and correct copy of this letter is attached hereto as Exhibit "B".

      6.    On April 5, 2019, I sent to attorney Timothy Laffredi at the Office of the U.S. Trustee a letter with a draft of the Motion and excerpts of the documents attached Exhibits "A", "B" and "C" to the supporting Declaration for Mark Toney. On April 9, 2019, attorney Timothy Laffredi advised that the U.S. Trustee had not changed his position on appointment of a ratepayers' committee and authorized TURN to so state in its filings.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 10th day of April, 2019, at Santa Clara, California.

        /s/ *Robert G. Harris*
        Robert G. Harris

2