

**U.S. Department of Justice**

**EXHIBIT A**

*United States Trustee*
*Northern and Eastern*
*Districts of California and Nevada*

| | |
|---|---|
| *Regional Office* | *415-705-3300* |
| *450 Golden Gate Avenue, Suite 05-0153* | *FAX 415-705-3367* |
| *San Francisco, California 94102* | |

*Website address: www.usdoj.gov/ust/r17*

February 20, 2019

David Duperrault
Silicon Valley Law Group
1 North Market Street
Suite 200
San Jose, CA 95113

      Re:    PG&E, Case No. 19-30088
              Request for Ratepayer's Committee

Dear Mr. Duperrault:

      Thank you for your letter of February 5, 2019, in which you explained the rationale behind your request that the United States Trustee consider appointing an Official Ratepayers Committee in PG&E's chapter 11 case.

      Although we do not reject or contest the reasons you set forth in favor of the appointment of a ratepayers' committee, we have concluded that appointment of such a committee would be outside the United States Trustee's statutory authority and is not appropriate at this time.

      11 U.S.C. § 1102(b) governs committee appointments and composition. Section 1102(b)(1) requires that the United States Trustee appoint persons who hold claims against the debtor to serve on official committees. To be eligible for appointment, prospective members must qualify under the Bankruptcy Code as "persons" and must "hold claims against the debtor." See 11 U.S.C. §§ 101(10) and (41).

      Thank you for raising this issue and please let me know if you want to discuss this matter further.

                    Respectfully,

                    *Andrew R. Vara*

                    Andrew Vara
                    Acting United States Trustee

                    James Snyder
                    Acting United States Trustee

cc:    Donna S. Tamanaha, Assistant United States Trustee for Region 17 (415-705-3300)
       Timothy Laffredi, Assistant United States Trustee for Region 17 (408-535-5525 x229)