

U.S. Department of Justice   **EXHIBIT B**

United States Trustee
Northern and Eastern
Districts of California and Nevada

---

Regional Office　　　　　　　　　　　　　　　　　　　　　415-705-3300
450 Golden Gate Avenue, Suite 05-0153　　　　　FAX 415-705-3367
San Francisco, California 94102

Website address: www.usdoj.gov/ust/r17

March 21, 2019

Robert G. Harris
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Email: rob@bindermalter.com

      Re:    *In re PG&E Corp., et al.*, Case No. 19-30088 (Bankr. N.D. Cal.);
              Inquiry Regarding TURN's Request for Formation of Ratepayers' Committee

Dear Mr. Harris:

      Thank you for your voicemail message on March 20, 2019 inquiring about the United States Trustee's response to TURN's request to form a ratepayers' committee in the above-referenced case. As you know, the United States Trustee provided the attached response to TURN's request on February 20, 2019, indicating that appointment of such a committee would be outside of the United States Trustee's authority and would not be appropriate. The United States Trustee's position remains the same and, accordingly, no action will be taken at this time.

      If you have additional information or documentation regarding TURN's request, please feel free to forward that to my attention. Thank you again for reaching out, and please let me know if you would like to discuss this matter further.

                                    Respectfully,

                                    Andrew R. Vara
                                    Acting United States Trustee, Region 3

By: *TIMOTHY LAFFREDI* (Digitally signed by TIMOTHY LAFFREDI, Date: 2019.03.21 13:01:19 -07'00')

                                    Timothy S. Laffredi
                                    Assistant United States Trustee

Cc:    James L. Snyder, Acting United States Trustee, Region 12
          Donna S. Tamanaha, Assistant United States Trustee