Heinz Binder (SBN 87908)
Robert G. Harris (SBN 124678)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: Heinz@bindermalter.com
Email: Rob@bindermalter.com

Attorneys for TURN, The Utility Reform Network

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>                          Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* All papers shall be filed in the Lead Case No. 19-30088 DM. | Case Nos. 19-30088 DM (Lead Case)<br>              19-30089 DM<br><br>Chapter 11<br>*Jointly Administered*<br><br>Date:   May 8, 2019<br>Time:  9:30 a.m.<br>Place:  Courtroom 17<br>           450 Golden Gate Avenue<br>           San Francisco, California<br><br>DKT # 1324<br><br>OBJECTION DEADLINE: April 24, 2019 |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION BY TURN FOR APPOINTMENT OF OFFICIAL COMMITTEE OF RATEPAYER CLAIMANTS PURSUANT TO 11 U.S.C. §§ 1102(a)(2), 105(a) (FRE 201, FRBP 9017)**

The Utility Reform Network ("TURN"), by and through its counsel of record, hereby requests that the Court to take judicial notice pursuant to Rule 201 of the Federal Rules of Evidence, as made applicable to this proceeding by Rule 9017 of the Federal Rules of Bankruptcy Procedure, of the following complete documents in support of the Motion by Turn for Appointment of Official Committee of Ratepayer Claimants Pursuant to 11 U.S.C. §§ 1102(a)(2), 105(a):

1. CPUC decision D.12-12-033 dated December 20, 2012, a true and correct copy of which is attached hereto as Exhibit "1".

2. CPUC decision D.19-02-023 dated February 21, 2019, a true and correct copy of which is attached hereto as Exhibit "2".

3. Advice Letter 5038-G dated December 12, 2018, a true and correct copy of which is attached hereto as Exhibit "3".

Dated: April 10, 2019         BINDER & MALTER, LLP

By: /s/ *Robert G. Harris*
    Robert G. Harris

Attorneys for TURN, The Utility Reform Network