Heinz Binder (SBN 87908)
Robert G. Harris (SBN 124678)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: Heinz@bindermalter.com
Email: Rob@bindermalter.com

Attorneys for TURN, the Utility Reform Network

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>                 Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* All papers shall be filed in the Lead Case No. 19-30088 DM. | Case Nos. 19-30088 DM (Lead Case)<br>             19-30089 DM<br><br>Chapter 11<br>*Jointly Administered*<br><br>Date:  May 8, 2019<br>Time:  9:30 a.m.<br>Place:  Courtroom 17<br>          450 Golden Gate Avenue<br>          San Francisco, California<br><br>DKT # 1324<br><br>OBJECTION DEADLINE: April 24, 2019 |

**NOTICE OF HEARING ON MOTION BY TURN FOR APPOINTMENT
OF OFFICIAL COMMITTEE OF RATEPAYER CLAIMANTS
PURSUANT TO 11 U.S.C. §§ 1102(a)(2), 105(a)**

**TO THE UNITED STATES TRUSTEE, ALL ECF PARTICIPANTS WHO HAVE REQUESTED NOTICE AND ACCEPTED ELECTRONIC SERVICE VIA ECF, THE DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE OFFICIAL COMMITTEE OF TORT CLAIMANTS:**

**PLEASE TAKE NOTICE THAT** at the date, time and place set forth above, the Motion by Turn for Appointment of Official Committee of Ratepayer Claimants Pursuant to 11 U.S.C. §§ 1102(a)(2), 105(a) will come on for hearing (the "Motion"). By its Motion, TURN asks that the Court issue an order pursuant to 11 U.S.C. §§ 1102(a)(2) and 105(a), directing the United States Trustee to appoint an Official Committee of Ratepayer Claimants.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to Bankruptcy Local Rule 9014-1(c)(1) "[a]ny opposition shall be filed and served on the initiating party at least 14 days prior to the actual scheduled hearing date. Any reply shall be filed and served at least 7 days prior to the actual scheduled hearing date. Notwithstanding the foregoing, no responsive pleading to an objection to a claim of exemption shall be required.

**PLEASE TAKE FURTHER NOTICE** that any oppositions or responses to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for the undersigned at the above-referenced address. Any oppositions or responses must be filed and served pursuant to the *Order Implementing Certain Notice and Case Management Procedures* ("**Case Management Order**") [Dkt No. 759] entered on March 6, 2019. Any oppositions or responses must be served on all "Standard Parties" as defined in paragraph 5 of the Case Management Order. **Any relief requested in the Motion may be granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order.** In deciding the Motion, the Court may consider any other document filed in the above-captioned Chapter 11 Cases and related Adversary Proceedings.

**PLEASE TAKE FURTHER NOTICE** that the Motion is based on this Notice, the Motion, the Declaration of Mark Toney in Support of Motion by TURN for Appointment of Official Committee of Ratepayer Claimants Pursuant to 11 U.S.C. §§ 1102(a)(2), 105(a), the Declaration of Robert G. Harris in Support of Motion by TURN for Appointment of Official Committee of Ratepayer Claimants Pursuant to 11 U.S.C. §§ 1102(a)(2), 105(a), and the Request for Judicial Notice in Support of Motion by TURN for Appointment of Official Committee of Ratepayer Claimants Pursuant to 11 U.S.C. §§ 1102(a)(2), 105(a)(FRE 201, FRBP 9017).

**PLEASE TAKE FURTHER NOTICE** that copies of each pleading identified herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC , at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for international parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: April 10, 2019                       BINDER & MALTER, LLP

                                           By: /s/ *Robert G. Harris*
                                                 Robert G. Harris

                                         Attorneys for TURN, the Utility Reform Network

1