1  WEIL, GOTSHAL & MANGES LLP
   Stephen Karotkin (*pro hac vice*)
2  (stephen.karotkin@weil.com)
   Ray C. Schrock, P.C. (*pro hac vice*)
3  (ray.schrock@weil.com)
   Jessica Liou (*pro hac vice*)
4  (jessica.liou@weil.com)
   Matthew Goren (*pro hac vice*)
5  (matthew.goren@weil.com)
   767 Fifth Avenue
6  New York, NY 10153-0119
   Tel: 212 310 8000
7  Fax: 212 310 8007

8  KELLER & BENVENUTTI LLP
   Tobias S. Keller (#151445)
9  (tkeller@kellerbenvenutti.com)
   Jane Kim (#298192)
10 (jkim@kellerbenvenutti.com)
   650 California Street, Suite 1900
11 San Francisco, CA 94108
   Tel:   (415) 496-6723
12 Fax:   (415) 636-9251

13 *Attorneys for Debtors*
   *and Debtors in Possession*

14

15                    **UNITED STATES BANKRUPTCY COURT**

                       **NORTHERN DISTRICT OF CALIFORNIA**
16
                          **SAN FRANCISCO DIVISION**

17 | | |
   |---|---|
18 | **In re:** | Bankruptcy Case No. 19-30088 (DM) |
   | **PG&E CORPORATION,** | Chapter 11 |
19 |     - and – | (Lead Case) |
20 | **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
21 | | |
   |          **Debtors.** | **MONTHLY FEE STATEMENT OF KELLER & BENVENUTTI LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 29, 2019 THROUGH FEBRUARY 28, 2019** |
22 | | |
23 | ☐ Affects PG&E Corporation | |
   | ☐ Affects Pacific Gas and Electric Company | |
24 | ☒ Affects both Debtors | |
25 | *\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | **Objection Deadline: May 1, 2019** |
   | |            **4:00 p.m. (Pacific Time)** |
26 | | |
   | | [No hearing requested] |
27

28

| To: The Notice Parties | |
|---|---|
| Name of Applicant: | Keller & Benvenutti LLP |
| Authorized to Provide Professional Services to: | Co-Counsel for Debtors and Debtors in Possession |
| Date of Retention: | January 29, 2019[1] |
| Period for which compensation and reimbursement are sought: | January 29, 2019 through February 28, 2019 |
| Amount of compensation sought as actual, reasonable, and necessary: | $321,528.00 (80% of $401,910.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $13,631.54 |

Keller & Benvenutti LLP ("**Keller & Benvenutti**" or the "**Applicant**"), the attorneys for PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), hereby submits its Monthly Fee Statement (the "**Monthly Fee Statement**") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing January 29, 2019 through February 28, 2019 (the "**Fee Period**") pursuant to the *Order Pursuant to 11 U.S.C §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on February 27, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**").

By this Monthly Fee Statement, the Applicant requests allowance and payment of $321,528.00 (80% of $401,910.00) as compensation for professional services rendered to the Debtors during the Fee Period and allowance and payment of $13,631.54 (representing 100% of the expenses allowed) as reimbursement for actual and necessary expenses incurred by the Applicant during the Fee Period.

Annexed hereto as **Exhibit A** hereto is the name of each professional who performed services for the Debtors in connection with these Chapter 11 Cases during the Fee Period covered by this Fee

---

[1] On April 10, 2019, the Court entered the *Order Authorizing Debtors Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Keller & Benvenutti LLP as Co-Counsel for the Debtors* Nunc Pro Tunc *to the Petition Date* [Dkt No. 1306] (the "**Retention Order**").

Case: 19-30088    Doc# 1332    Filed: 04/10/19    Entered: 04/10/19 17:36:40    Page 2 of 3

Statement and the hourly rate and total fees for each professional.  Attached hereto as **Exhibit B** is a summary of hours during the Fee Period by task.  Attached hereto as **Exhibit C** is a summary of expenses incurred during the Fee Period.  Attached hereto as **Exhibit D** are the detailed time entries for the Fee Period.  Attached hereto as **Exhibit E** are the detailed expense entries for the Fee Period.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served on or before 4:00 p.m. (Pacific Time) on the 21st day (or the next business day if such day is not a business day) following the date the Monthly Fee Statement is served (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that upon the expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay the Applicant an amount equal to 80% of the fees and 100% of the expenses requested in this Monthly Fee Statement.  If an objection is properly filed, the Applicant may (i) request the Court approve the amounts subject to objection or (ii) forego payment of such amounts until the next hearing to consider interim or final fee applications, at which time the Court will adjudicate any unresolved objections.

Dated: April 10, 2019

Respectfully submitted,

KELLER & BENVENUTTI LLP

By: _/s/ Thomas B. Rupp_____
     Thomas B. Rupp

*Attorneys for Debtors and Debtors in Possession*

3