# Exhibit A

## COMPENSATION BY PROFESSIONAL
## JANUARY 29, 2019 THROUGH FEBRUARY 28, 2019

The attorneys and paraprofessionals who rendered legal services in these Chapter 11 Cases from January 29, 2019 through February 28, 2019 (the "**Fee Period**") are:

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Tobias S. Keller | Partner | 1990 | 800 | 103.1 | $79,920 |
| Peter J. Benvenutti | Partner | 1974 | 800 | 116 | $92,800 |
| Jane Kim | Partner | 2003[1] | 650 | 131.2 | $85,280 |
| Keith A. McDaniels | Of Counsel | 1997 | 600 | 75.6 | $45,360 |
| Thomas B. Rupp | Associate | 2011 | 400 | 174.3 | $69,720 |
| Stacey Oborne | Paralegal | N/A | 225 | 122.6 | $27,585 |
| Jacob Bodden | Paralegal Trainee | N/A | 150 | 8.3 | $1,245 |
| **Total Professionals:** | | | | **731.1** | **$401,910.00** |

[1] Member of the California Bar since 2014

| PROFESSIONALS TOTALS: | BLENDED RATE (rounded to nearest dollar) | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | 712 | 425.9 | $303,360 |
| Associates | 400 | 174.3 | $69,720 |
| **Blended Attorney Rate** | **622** | **600.2** | **$373,080** |
| Paraprofessionals and other non-legal staff | 220 | 130.9 | $28,830 |
| **Total Fees Incurred** | 550 | **731.1** | **$401,910.00** |