# Exhibit B

## COMPENSATION BY WORK TASK CODE FOR
## SERVICES RENDERED BY KELLER & BENVENUTTI LLP
## FOR THE PERIOD JANUARY 29, 2019 THROUGH FEBRUARY 28, 2019

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | First Day Administration Motions | 136.8 | $79,902.50 |
| 002 | Omnibus & Miscellaneous Court Appearances | 0 | 0 |
| 003 | Legal Research | 0 | 0 |
| 004 | General Case Administrations | 181.6 | $63,612.50 |
| 005 | Automatic Stay Proceedings[3] | 42.2 | $30,500.00 |
| 006 | Initial Debtor Interview, Meeting of Creditors, Creditor Inquiries | 7.2 | $4,820.00 |
| 007 | Professional Retention and Compensation – Keller & Benvenutti | 17.8 | $11,155.00 |
| 008 | Professional Retention and Compensation – Other Professionals | 22.5 | $12,355.00 |
| 009 | Financing and Cash Collateral | 12.7 | $7,495.00 |
| 010 | DIP Lenders – Communication and Negotiations | 0 | 0 |
| 011 | Creditors Committees – Communication & Negotiations | 10.1 | $6,625.00 |
| 012 | Other Committees – Communication & Negotiation | 12.5 | $9,865.00 |
| 013 | US Trustee – Communications & Negotiation | 2.9 | $1,900.00 |
| 014 | Employee Matters | 14.0 | $9,220.00 |
| 015 | Supplier Issues | 13.2 | $8,035.00 |
| 016 | General Asset Analysis and Recovery | 0.5 | $400.00 |
| 017 | Sale or Use of Property - Motions | 0 | 0 |
| 018 | Executory Contract Issues | 10.2 | $4,820.00 |
| 019 | Tax Issues | 2.5 | $1,205.00 |
| 020 | Regulatory Issues | 0 | 0 |
| 021 | Plan – Advice, Strategy and Negotiation | 1.4 | $1,015.00 |
| 022 | Plan Disclosure Statements – Preparation of Documents | 0 | 0 |
| 023 | Plan Confirmation | 0 | 0 |
| 024 | Plan Implementation and Transition | 0 | 0 |
| 025 | FERC Adversary Proceeding | 113.8 | $70,505.00 |
| 026 | Wildfire Litigation | 2.8 | $1,960.00 |
| 027 | Claims Review | 1.4 | $920.00 |
| 028 | Claim Disputes and Resolution | 0 | 0 |
| 029 | Avoidance Action Analysis | 0 | 0 |
| 030 | Non-working Travel | 6.4 | $2,560.00 |

---

[3] The attached fee statement for this category contains a duplicate $80 time entry that was not deleted prior to the statement being finalized for the client's review. The duplicate amount is not included in this request and is omitted from the summary.

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 031 | [*Expenses – See Expense Summary*] | 0 | 0 |
| 032 | USDC Probation Compliance and Monitoring | 76.3 | $46,240.00 |
| 033 | Equity Committee | 0.7 | $560.00 |
| 034 | Third Party Injunction Action (PERA) | 28.3 | 15,600.00 |
| 035 | Government Relations and Communications | 11.1 | $8,880.00 |
| 036 | Miscellaneous Litigation Issues and Advice | 2.2 | $1,760.00 |
| TOTAL | | **731.1** | **$401,910.00** |