# Exhibit C

# EXPENSE SUMMARY
## FOR THE PERIOD JANUARY 29, 2019 THROUGH FEBRUARY 28, 2019

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | 0 |
| Meals | 0 |
| Travel | $1,657.32 |
| Transportation | $141.69 |
| Duplicating | $6,182.23 |
| Transcription Services | $1,202.80 |
| Telephone Conferencing | $227.50 |
| Messenger | $110.00 |
| Filing Fees | $4,110.00 |
| **Total Expenses Requested:** | **$13,631.54** |