# Exhibit E



650 California Street, Suite 1900  
San Francisco, CA 94108  
Email: admin@kellerbenvenutti.com

Billing Statement No. 1015  
Date: 03/18/2019  
Due Upon Receipt

PG&E Corporation  
Attn: Janet Loduca  
77 Beale Street  
San Francisco, CA 94105

## Statement of Account

| Outstanding Balance | | New Charges | | Total Balance |
|---|---|---|---|---|
| $0.00 | + | $13,631.54 | = | **$13,631.54** |

## 00138-31 PG&E

## Chapter 11 representation- Expenses

| Type | Date | Description | Quantity | Rate | Fees and Expenses Total |
|---|---|---|---|---|---|
| Expense | 01/29/2019 | Filing fee | 1.00 | $350.00 | $350.00 |
| Expense | 01/29/2019 | Car from Hearing to office | 1.00 | $13.03 | $13.03 |
| Expense | 01/29/2019 | Weil Pro Hac Applications | 1.00 | $3,100.00 | $3,100.00 |
| Expense | 01/29/2019 | Car from Hearing to office | 1.00 | $11.28 | $11.28 |
| Expense | 01/29/2019 | Car from Office to First Day Hearing | 1.00 | $12.07 | $12.07 |
| Expense | 01/29/2019 | Car from Court to PG&E | 1.00 | $11.38 | $11.38 |
| Expense | 01/29/2019 | Car from PG&E to Court | 1.00 | $9.76 | $9.76 |
| Expense | 01/29/2019 | Clear Discovery- 16 sets of binders for 1/31 hearing | 1.00 | $4,777.85 | $4,777.85 |
| Expense | 01/30/2019 | Staples-Supplies for First Day Hearing Binders | 1.00 | $80.64 | $80.64 |
| Expense | 01/30/2019 | Office Depot- Supplies for First Day Hearing Binders | 1.00 | $83.37 | $83.37 |
| Expense | 01/30/2019 | Courier for Chamber Binder | 1.00 | $30.00 | $30.00 |
| Expense | 01/31/2019 | Copies of Docket 165 for First Day Hearing | 1.00 | $172.03 | $172.03 |
| Expense | 01/31/2019 | Pro Hac Vice for Stuart J. Goldring | 1.00 | $310.00 | $310.00 |
| Expense | 01/31/2019 | CourtCall- First Day Hearing on 1/31/19 (Silverman-Lazard) | 1.00 | $140.00 | $140.00 |
| Expense | 01/31/2019 | Court Call- First Day Hearing on 1/31/19 (Hatch-Lazard) | 1.00 | $87.50 | $87.50 |
| Expense | 01/31/2019 | Car from Office to Court for hearing. | 1.00 | $8.86 | $8.86 |

| | | | | | |
|---|---|---|---|---|---|
| Expense | 01/31/2019 | Runner to pick up box after 1/31/19 hearing | 1.00 | $80.00 | $80.00 |
| Expense | 02/06/2019 | Jo McCall Court Reporter 1-29-19 Hearing 1-31-19 Hearing | 1.00 | $1,202.80 | $1,202.80 |
| Expense | 02/11/2019 | Uber from Formation Meeting to office. | 1.00 | $12.03 | $12.03 |
| Expense | 02/11/2019 | Uber to formation meeting of UCC | 1.00 | $11.79 | $11.79 |
| Expense | 02/14/2019 | Uber from Tort Committee Formation Meeting to Office | 1.00 | $12.84 | $12.84 |
| Expense | 02/15/2019 | Filing fee for AP to enjoin suits against third party defendants | 1.00 | $350.00 | $350.00 |
| Expense | 02/15/2019 | Flight to DC for meetings | 1.00 | $846.60 | $846.60 |
| Expense | 02/19/2019 | Hotel for Washington DC meetings | 1.00 | $605.78 | $605.78 |
| Expense | 02/20/2019 | Car to SFO for Washington DC meetings | 1.00 | $47.13 | $47.13 |
| Expense | 02/21/2019 | Car from Dulles to hotel for DC meetings | 1.00 | $46.04 | $46.04 |
| Expense | 02/22/2019 | Car from SFO to office after Washington DC trip | 1.00 | $36.52 | $36.52 |
| Expense | 02/22/2019 | Wifi on return from DC trip | 1.00 | $20.99 | $20.99 |
| Expense | 02/22/2019 | Car from hotel to IAD | 1.00 | $54.26 | $54.26 |
| Expense | 02/26/2019 | Car from office to hearing, 2/26. | 1.00 | $15.95 | $15.95 |
| Expense | 02/27/2019 | Car from office to SF Bankruptcy Court for hearing | 1.00 | $10.73 | $10.73 |
| Expense | 02/27/2019 | Car from SF Bankruptcy Court to office | 1.00 | $11.97 | $11.97 |
| Expense | 02/28/2019 | Clear Discovery- 15 sets of binders for 2/26 hearing | 1.00 | $1,068.34 | $1,068.34 |

| Time Keeper | Position | Time | Rate | Fees and Expenses Total |
|---|---|---|---|---|
| | | | **Fees and Expenses Subtotal** | **$13,631.54** |
| | | | **Fees and Expenses Total** | **$13,631.54** |