Daren M. Schlecter, Esq. (SBN 259537)
**Law Office of Daren M. Schlecter, A Prof. Corp.**
1925 Century Park East, Suite 830
Los Angeles, CA 90067
Telephone (310) 553-5747
Telecopier (310) 553-5487

Attorneys for Claimant
Jesus Mendoza

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and – <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br><br> ☐ Affects Pacific Gas & Electric Company <br><br> ■ Affects Both Debtors <br> * *All Papers Shall be Filed in the Lease Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

     PLEASE TAKE NOTICE that Jesus Mendoza ("Mendoza"), by and through its counsel, Law Office of Daren M. Schlecter, A Prof. Corp. hereby appears in the above-captioned cases pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests that copies of all notices and pleadings given, required

-1-

to be given or filed in the above-captioned cases be given and served upon the persons listed below at the following addresses, telephone and facsimile numbers and e-mail addresses:

Daren M. Schlecter, Esq. (SBN 259537)
**Law Office of Daren M. Schlecter, A Prof. Corp.**
1925 Century Park East, Suite 830
Los Angeles, CA 90067
Telephone (310) 553-5747
Telecopier (310) 553-5487
Email: daren@schlecterlaw.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any orders and notice of any application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, hand delivery, overnight carrier, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that the undersigned intends neither this Notice of Appearance and Request for Special Notice nor any subsequent appearance, pleading, claim, or suit shall be deemed or construed to be a waiver of the rights of Mendoza: (1) to have final orders in non-core matters entered only after de novo review by a District Judge; (2) to trial by jury in any proceeding so triable herein or in any related case, controversy or proceedings; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to contest jurisdiction or appropriate venue of the Bankruptcy Court in these proceedings; or (5) any other rights, claims, actions, defenses, setoffs or recoupments to which Mendoza is or may be entitled under agreements or in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Mendoza expressly reserved.

PLEASE TAKE FURTHER NOTICE that Mendoza additionally requests that the Debtors and the Clerk of the Court place the foregoing names and address on any mailing matrix

or list of creditors to be prepared or existing in the above-referenced case.

Dated: April 11, 2019                           LAW OFFICE OF DAREN M. SCHLECTER

/s/ Daren M. Schlecter

By: _____
DAREN M. SCHLECTER
Attorneys for Claimant
Jesus Mendoza