LOEB & LOEB LLP
MARC S. COHEN (SBN 65486)
mscohen@loeb.com
ALICIA M. CLOUGH (SBN 260012)
aclough@loeb.com
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Former Attorneys for California Power Exchange Corporation

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case No.: 19-30088<br><br>Chapter 11<br><br>**REQUEST TO BE REMOVED FROM COURTESY NOTIFICATION OF ELECTRONIC FILING AND ALL NOTIFICATIONS** |

**PLEASE TAKE NOTICE** that the undersigned attorneys hereby request to be removed from this Court's Courtesy Notification of Electronic Filing distribution and further wish to cease receiving all notifications and/or documents filed in the above-referenced case:

**Marc S. Cohen**
**Alicia Clough**
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, California 90067
Telephone: (310) 282-2000
**Email: mscohen@loeb.com; aclough@loeb.com**

This request is intended, without limitation, to constitute a request for removal from all service lists, including, but not limited to (1) CM/ECF notification in the case, (2) court-

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

17631138.1
219014-10013

Case: 19-30088    Doc# 1343    Filed: 04/11/19    Entered: 04/11/19 13:54:15    Page 1 of 3

designated service as set forth in Bankruptcy Rules, and (3) the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code.

Pursuant to this request, the above-named attorneys hereby withdraw as counsel in the above-captioned bankruptcy case on behalf of interested party the California Power Exchange Corporation ("CalPX").

Dated: April 11, 2019

LOEB & LOEB LLP
MARC S. COHEN
ALICIA M. CLOUGH

By: /s/Marc S. Cohen
Marc S. Cohen
Former Attorneys for Reorganized
CALIFORNIA POWER EXCHANGE
CORPORATION

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

17631138.1
219014-10013

Case: 19-30088    Doc# 1343    Filed: 04/11/19    Entered: 04/11/19 13:54:15    Page 2 of 3

2

# CERTIFICATION OF SERVICE

I HEREBY CERTIFY that on April 11, 2019, I electronically filed the foregoing **REQUEST TO BE REMOVED FROM COURTESY NOTIFICATION OF ELECTRONIC FILING AND ALL NOTIFICATIONS** with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants and all parties in its system.

By: /s/Marc S. Cohen
Marc S. Cohen
Former Attorneys for Reorganized
CALIFORNIA POWER EXCHANGE
CORPORATION

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

17631138.1
219014-10013