# Exhibit A

| County | Amount |
|---|---|
| Alameda | $ 79,333.13 |
| Contra Costa | $ 36,915.75 |
| Fresno | $ 389,802.57 |
| Kern | $ 31,268.93 |
| Kings | $ 63,787.00 |
| Marin | $ 88,128.43 |
| Mendocino | $ 29,947.75 |
| Merced | $ 42,498.39 |
| Modoc | $ 107,587.50 |
| Monterey | $ 48,782.34 |
| Sacramento | $ 44,443.75 |
| San Benito | $ 84,275.10 |
| San Bernardino | $ 169,036.24 |
| San Joaquin 2 | $ 96,421.50 |
| San Joaquin 3 | $ 787,397.39 |
| San Joaquin | $ 246,891.19 |
| San Mateo | $ 283,080.86 |
| Santa Clara | $ 147,334.41 |
| Santa Cruz | $ 138,785.47 |
| Shasta | $ 30,112.50 |
| Solano | $ 108,919.48 |
| Sonoma | $ 36,281.35 |
| Stanislaus | $ 1,257.00 |
| Yolo | $ 181,015.85 |
| | $ 3,273,303.88 |



Recording requested by (name):
Robert Cohen

When recorded, mail to (name and address):
Robert Cohen

1401 Blake Street

Denver, CO 80202



2019054509    03/27/2019 09:18 AM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
    RECORDING FEE:     114.00

6   PGS

COPY of document to be recorded
Has not been compared with Original

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
    ☐ recorded concurrently "in connection with" transfer subject to DTT
    ☐ recorded concurrently "in connection with" a transfer of
    residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
    ☐ Fee cap of $225.00 reached     ☐ Not related to real property

1.     Campos EPC, LLC, a Colorado limited liability company ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Alameda, State of California, and more particularly described as (address and/or sufficient description):

PG&E Gas Transmission Line L-132 Mile Point 38.284 to Mile Point 42.888 Sunol, CA T-1289

PG&E Gas Transmission Line L-105C to Oakland Station, Oakland CA R-1188

PG&E Gas Transmission Line L-105N Mile Point 31.93 to Mile Point 31.07 R-1196

PG&E Gas Transmission Line L-153 Mile Point 23,77 to Mile Point 26.05 Oakland, CA R-510

PG&E Gas Transmission DFM-2408-05 Mile Point 8.52 to Mile Point 9.52 R-905CALAVERAS FAULT

PG&E Gas Transmission Line L-131 Mile Point 27.03 to Mile Point 34.04 V-684 VALVE ACTUATION

PG&E Gas Transmission Line L-303 Mile Point 11.97 to Mile Point 39.38 V-685 VALVE ACTUATION

2.     After deducting all just credits and offsets, the sum of $ 79,333.13, together with interest at the rate of 5.25% per annum from February 22, 2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: See Attachment A

3.     Claimant furnished the labor or services or equipment or materials, at the request of
Pacific Gas and Electric Company. (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.      The name and address of the owner or reputed owner of the real property is/are: _____

 Pacific Gas and Electric Company, P.O. Box 997300, Sacramento, CA 95899-7300 _____

_____

5.      Claimant's address is_____ Campos EPC, LLC, 1401 Blake Street, Denver, CO 80202 _____.

Dated  3/8/2019

_____

(Signature)      Robert Cohen

**VERIFICATION**

I, Robert Cohen, am the: partner of claimant on the foregoing claim of mechanics lien and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 3/8/2019

_____
(Signature)      Robert Cohen

# ATTACHMENT A

## DESCRIPTION OF WORK / SERVICES PERFORMED

Provided engineering, commissioning services, survey, valves purchase and delivery, construction support, labor, and equipment on multiple projects as listed below for PG&E on their transmission pipelines and DFMS. This included purchasing of materials provided for construction on V-684 and V-685 and included construction support on the remaining projects.

PG&E Gas Transmission Line L-132 Mile Point 38.284 to Mile Point 42.888 Sunol, CA T-1289

PG&E Gas Transmission Line L-105C to Oakland Station, Oakland CA R-1188

PG&E Gas Transmission Line L-105N Mile Point 31.93 to Mile Point 31.07 R-1196

PG&E Gas Transmission Line L-153 Mile Point 23,77 to Mile Point 26.05 Oakland, CA R-510

PG&E Gas Transmission DFM-2408-05 Mile Point 8.52 to Mile Point 9.52 R-905CALAVERAS FAULT

PG&E Gas Transmission Line L-131 Mile Point 27.03 to Mile Point 34.04 V-684 VALVE ACTUATION

PG&E Gas Transmission Line L-303 Mile Point 11.97 to Mile Point 39.38 V-685 VALVE ACTUATION

### NOTICE OF MECHANICS LIEN CLAIM
### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
### California Civil Code section 8416

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

### PROOF OF SERVICE AFFIDAVIT (ON OWNER)
### California Civil Code section 8416(a)(7) and (c)(1)

I, Robert Cohen _____(name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served:  PG&E / Linda Y.H. Cheng _____

Title or capacity of person served (if appropriate):  Registered Agent _____

Service address: 77 Beale Street, 24th floor, San Francisco CA 94105. Said service address is the owner's

residence, place of business, or address showed by the building permit on file with the permitting authority

for the work.

Executed on March 8 ____, 20 19  (date) at San Ramon _____(city), Costa County_____
(county), California.

Robert Cohen

By: _____
(Signature of person making service)

## ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)

### California Civil Code Section 8416(a)(7) and (c)(2)

I,_____(name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c )(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on_____, 20____(date) at_____(city),_____
(county), California.

By:_____
(Signature of person making service)

Recording requested by (name):
Robert Cohen

When recorded, mail to (name and address):
Robert Cohen

1401 Blake Street

Denver, CO 80202

20199004225700007
CONTRA COSTA Co Recorder Office
JOSEPH CANCIAMILLA, Clerk-Recorder
DOC 2019-0042257-00
Acct 1032-SIMPLIFILE E Reliable Document Retrieval
Thursday, MAR 28, 2019 09:20:00
SB2 $75.00|MOD $7.00|REC $17.00
RTC $6.00|DAF $2.70|REF $0.30
RED $1.00|ERD $1.00|
Ttl Pd $110.00 Nbr-0003432348
MMM/RC/1-7

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

(Cal. Civ. Code § 8416)

## Declaration of Exemption From Gov't Code § 27388.1 Fee

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
☐ recorded concurrently "in connection with" transfer subject to DTT
☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
☐ Fee cap of $225.00 reached ☐ Not related to real property

1.  Campos EPC, LLC, a Colorado limited liability company ("claimant") claims a mechanics lien for the labor

or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real

property located in the County of Contra Costa, State of California, and more particularly described as (address and/or

sufficient description):

Los Medonos Statior 4690 Evora Road, Concord CA 94520. The compressor room coordinates are: 38.023044, -121.998661 S-426 Los Medonaos Gas Detection Project

T-1434 DREG5641 MP 0.00-0.0063 TEST (84007641) PG&E asset DREG5641 Mile Point 0.00 to Mile Point 0.0063. Asset begins at the Rango Road Meter Station APN 095-401-007-0

PG&E Asset DFM 3001 from Mile Point 2.00 to Mile Point 2.02. Span across St, Mary's Road at Las Trampas Bridge at 37deg51'41.55"N 122deg06'06.34"W R-361B project

PG&E Asset Line 400 and Line 400-3 ILI upgrades. 38°0'58.99"N 121°45'13.27"W I-300 Project

PG&E Asset DFM 3010-01 Mile Point 0.00

2.  After deducting all just credits and offsets, the sum of $ 36,915.75, together with interest at the

rate of 5.25% per annum from February 22, 2019 (date when balance became due), is due claimant for the

following labor, materials, services, or equipment: See Attachment A

3.  Claimant furnished the labor or services or equipment or materials, at the request of

Pacific Gas and Electric Company, (employer, person, or entity to whom labor, materials, services, or equipment were

furnished)

Recording requested by (name):
 M. Cory Richins

When recorded, mail to (name and address):
Cory Richins

1401 Blake Street

Denver, CO 80202

**Fresno County Recorder**
 **Paul Dictos, CPA**

# 2019-0032923

Recorded at the request of:
RELIABLE DOCUMENT RETRIEVAL

04/03/2019 08:21 23
Titles: 1     Pages: 6
Fees: $109.00
CA SB2 Fees:$75.00
Taxes: $0.00
Total: $109.00

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

## (Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached     ☐ Not related to real property

1.    Campos EPC, LLC, a Colorado limited liability company ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Fresno, State of California, and more particularly described as (address and/or sufficient description):

PG&E Helm Station  APN # 040-130-53S and APN #040-130-53S

PG&E Panoche Station APN# 038-130-842U and APN# 038-130-85S

PG&E Tarpey Regulator Station APN# 493-091-15T and APN#493091-17U

PG&E Arbios Valve Lot APN# 012-160 05S and APN# 012-160-31S

PG&E Line L-138 Mile Point 20.4 at APN# 050-170-41S

2.    After deducting all just credits and offsets, the sum of  $ 389,802.57, together with interest at the rate of 5.25%    per annum from  February 22, 2019  (date when balance became due), is due claimant for the following labor, materials, services, or equipment:   See Attachment A

3.    Claimant furnished the labor or services or equipment or materials, at the request of___
 Pacific Gas and Electric Company. (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.    The name and address of the owner or reputed owner of the real property is/are:_____

 Pacific Gas and Electric Company, P.O. Box 997300, Sacramento, CA 95899-7300

_____

5.    Claimant's address is_____    Campos EPC, LLC, 1401 Blake Street, Denver, CO 80202                    .

Dated April 2, 2019

(Signature)    Cory Richins
Director of Engineering and Quality
Campos, EPC LLC

## VERIFICATION

I, M. Cory Richins, am the: partner of claimant on the foregoing claim of mechanics lien and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 4/2/2019

_____
(Signature)

# ATTACHMENT A

### DESCRIPTION OF WORK / SERVICES PERFORMED

Provide engineering and design and field engineering services for construction and as-founding/as-builting of replaced and new assets on the lines described.  Includes upgrade of compressor gas control, electrical upgrades, hydrotest, pipe replacement, and install of ILI launcher and receiver at the following locations:

PG&E Asset Gas Transmission Line L-138 Mile Point 20.40  R-1156 project

PG&E Asset DFM 1202-16 Tarpey Reg Station 36 deg 45'27.38"N 119deg41'59.67W

PG&E Arbios Valve Lot 36.774067N 120.398754W  Project I-485

PG&E Panoche Station 36.539830, -120.493030 The station is located at GPS coordinates 36.539830, -120.493030 which is approximately 10 miles south of Firebaugh, CA 93622 just off Highway 5 in Fresno County.  The station is approximately 2 miles northeast of the intersection of Interstate Highway 5 and West Kamm Avenue

Helm Station The GPS Coordinates are 36.5010354285, -120.109799535.

Provided design, Labor, Equipment, and materials for EPC valve auto project on Line-002 at MP 43.47 and Mile point 111.9 for V-583.

## NOTICE OF MECHANICS LIEN CLAIM
## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
### California Civil Code section 8416

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

### PROOF OF SERVICE AFFIDAVIT (ON OWNER)
### California Civil Code section 8416(a)(7) and (c)(1)

I, M. Cory Richins _____(name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served:  PG&E / Linda Y.H. Cheng _____

Title or capacity of person served (if appropriate):  Registered Agent _____

Service address: 77 Beale Street, 24th floor, San Francisco CA 94105.  Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on April 2_____, 20 19___ (date) at San Ramon_____(city), Costa County_____ (county), California.

By:_____
(Signature of person making service)


### ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)

#### California Civil Code Section 8416(a)(7) and (c)(2)

I,_____(name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil code section 8416(c )(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on_____, 20_____(date) at_____(city),_____ (county), California.

By:_____
(Signature of person making service)

Recording requested by (name):
M. Cory Richins

When recorded, mail to (name and address):
Cory Richins

1401 Blake Street

Denver, CO 80202

Jon Lifquist, Assessor-Recorder
Kern County Official Records

JL
3/19/2019
08:00 AM

Recorded Electronically by:
563 Reliable Document Retrieval

DOC #: 219029547

| | | |
|---|---|---|
| Stat Types: 1 | | Pages: 6 |
| FEES | | 38.00 |
| TAXES | | .00 |
| OTHER | | 75.00 |
| PAID | | 113.00 |

219029547

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of
    residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached  ☐ Not related to real property

1.    Campos EPC, LLC, a Colorado limited liability company ("claimant") claims a mechanics lien for the labor

or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real

property located in the County of Kern, State of California, and more particularly described as (address and/or sufficient

description):

 PG&E asset Gas Transmission Line L-300 at Mile Point 242.95 Installation

2.    After deducting all just credits and offsets, the sum of $ 31,268.93, together with interest at the

rate of 5.25%   per annum from February 22, 2019 (date when balance became due), is due claimant for the

following labor, materials, services, or equipment:  See Attachment A

3.    Claimant furnished the labor or services or equipment or materials, at the request of

 Pacific Gas and Electric Company (employer, person, or entity to whom labor, materials, services, or equipment were

furnished).

COPY

Recording requested by (name):
Robert Cohen

When recorded, mail to (name and address):
Robert Cohen

1401 Blake Street

Denver, CO 80202

DOC NBR: 1904245    03/25/2019  02:19:00 PM
OFFICIAL RECORDS OF Kings County
Clerk-Recorder, Kristine Lee
RECORDING FEE: $110.95
COUNTY TAX: $0.00
CITY TAX: $0.00

CONFORMED COPY

DOC TYPE: 13
6 PGS
R057

# CLAIM OF MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

Recorder's Use Only

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
   ☐ recorded concurrently "in connection with" transfer subject to DTT
   ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
   ☐ Fee cap of $225.00 reached    ☐ Not related to real property

1.    Campos EPC, LLC, a Colorado limited liability company ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Kings, State of California, and more particularly described as (address and/or sufficient description):

PG&E Kettleman Station : The Station is currently situated in a fenced yard within the old compressor station site located at Plymouth Ave and I-5 north of Kettleman City, California. The Station is on the southwest corner of the station property and lies at milepoint 353.90 of L-300A and milepoint 354.01 of L-300B from Hinkley Compressor Station to Milpitas Terminal. The location coordinates are: Latitude: 36°04'21.05"N, Longitude: 120°05'09.19"W.

2.    After deducting all just credits and offsets, the sum of $ 63,787, together with interest at the rate of 5.25% per annum from February 22, 2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: __See Attachment A__

3.    Claimant furnished the labor or services or equipment or materials, at the request of___

Pacific Gas and Electric Company. (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

|||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

**2019-0008461**

Recording requested by (name):
M. Cory Richins

When recorded, mail to (name and address):
Cory Richins

1401 Blake Street

Denver, CO 80202

| Recorded | REC FEE | 29.00 |
| Official Records | | |
| County of | SB2 HOUSING | 75.00 |
| Marin | DA FRAUD FEE | 10.00 |
| SHELLY SCOTT | | |
| Assessor-Recorder | | |
| County Clerk | | |
| | JM | |
| 08:12AM 19-Mar-2019 | Page 1 of 6 | |

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
    ☐ recorded concurrently "in connection with" transfer subject to DTT
    ☐ recorded concurrently "in connection with" a transfer of
    residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
    ☐ Fee cap of $225.00 reached    ☐ Not related to real property

1.    Campos EPC, LLC, a Colorado limited liability company ("claimant") claims a mechanics lien for the labor

or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real

property located in the County of Marin, State of California, and more particularly described as (address and/or sufficient

description):

    PG&E Gas DFM – 0401-01 from Mile Point 4.11 to Mile Point 4.14 and DFM – 042-01 from Mile Point 4.19 to Mile Point
    4.21 Located at E5980696.18 N2175622.7 within the PG&E right of Way.

    PG&E Gas Transmission Line L-021G   from Mile Point 18.12 to Mile point 20.07

2.    After deducting all just credits and offsets, the sum of $ 88,128.43, together with interest at the

rate of 5.25%    per annum from March 28, 2019 (date when balance became due), is due claimant for the

following labor, materials, services, or equipment:    See Attachment A

3.    Claimant furnished the labor or services or equipment or materials, at the request of

Pacific Gas and Electric Company. (employer, person, or entity to whom labor, materials, services, or equipment were

furnished).

Recording requested by (name):
Robert Cohen

When recorded, mail to (name and address):
Robert Cohen

1401 Blake Street

Denver, CO 80202

CONFORMED COPY

Copy of Document Recorded on
03/25/2019 11:40:22 AM
as 2019-03083
Mendocino County Clerk-Recorder

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
   ☐ recorded concurrently "in connection with" transfer subject to DTT
   ☐ recorded concurrently "in connection with" a transfer of
     residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
   ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1.   Campos EPC, LLC, a Colorado limited liability company ("claimant") claims a mechanics lien for the labor

or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real

property located in the County of Mendocino, State of California, and more particularly described as (address and/or

sufficient description):

PG&E Gas Transmission Line L-021E Mile Point 93.56 in Soda Springs. Soda Springs Station is located on Mountain House

Rd in Hopland, CA and is adjacent to private property. The station coordinates are 38.923824° latitude and -123.092914°

longitude at the main gate entrance, and the station is at roughly 695 feet above sea level.

2.   After deducting all just credits and offsets, the sum of $ 29,947.75, together with interest at the

rate of 5.25%   per annum from February 22, 2019 (date when balance became due), is due claimant for the

following labor, materials, services, or equipment:  See Attachment A

3.   Claimant furnished the labor or services or equipment or materials, at the request of___

Pacific Gas and Electric Company. (employer, person, or entity to whom labor, materials, services, or equipment were

furnished).

Recording requested by (name):
M. Cory Richins

When recorded, mail to (name and address):
Cory Richins

1401 Blake Street

Denver, CO 80202

Electronically Recorded in Official Records, MERCED COUNTY

**BARBARA J LEVEY**
**Merced County Clerk – Recorder**
212 Reliable Document Retrieval

04/04/2019
11:59 AM
re05

Doc#: **2019009522**

*SR00002585805*

| Titles: | 1 | Pages: | 6 |
|---|---|---|---|
| Fees | | | 29.00 |
| Taxes | | | 0.00 |
| Housing Fee | | | 75.00 |
| PAID | | | 104.00 |

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

## (Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
   ☐ recorded concurrently "in connection with" transfer subject to DTT
   ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
   ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1.   Campos EPC, LLC, a Colorado limited liability company ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Merced, State of California, and more particularly described as (address and/or sufficient description):

PG&E Facility Newman Station APN# 026-019-032 and APN# 026-024-024 for L-401.

2.   After deducting all just credits and offsets, the sum of $ 42,498.39, together with interest at the rate of 5.25% per annum from February 22, 2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: See Attachment A

3.   Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas and Electric Company. (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.    The name and address of the owner or reputed owner of the real property is/are:_____

 Pacific Gas and Electric Company, P.O. Box 997300, Sacramento, CA 95899-7300          _____

_____

5.    Claimant's address is_____        Campos EPC, LLC, 1401 Blake Street, Denver, CO 80202          .

Dated  4/2//2019

(Signature)     Cory Richins
Director of Engineering and Quality
Campos EPC, LLC

**VERIFICATION**

I, <u>M. Cory Richins</u>, am the: partner of claimant on the foregoing claim of mechanics lien and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated <u>4/2/2019</u>

(Signature)

# ATTACHMENT A

DESCRIPTION OF WORK / SERVICES PERFORMED

Provided Materials, Engineering, Drafting, and Labor to size, commission, purchase and deliver to site Gas Operated valves.  Project is V-687.

## NOTICE OF MECHANICS LIEN CLAIM
## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
### California Civil Code section 8416

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

### PROOF OF SERVICE AFFIDAVIT (ON OWNER)
### California Civil Code section 8416(a)(7) and (c)(1)

I, M. Cory Richins _____(name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: PG&E / Linda Y.H. Cheng _____

Title or capacity of person served (if appropriate): Registered Agent _____

Service address: 77 Beale Street, 24th floor, San Francisco CA 94105. Said service address is the owner's

residence, place of business, or address showed by the building permit on file with the permitting authority

for the work.

Executed on April 2_____, 20 19___ (date) at San Ramon _____ (city), Costa County _____ (county), California.

By: _____
(Signature of person making service)

### ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)

### California Civil Code Section 8416(a)(7) and (c)(2)

I, _____(name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c )(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on_____, 20_____(date) at_____(city),_____ (county), California.

By:_____
(Signature of person making service)



Recording requested by (name):
M. Cory Richins

When recorded, mail to (name and address):
Cory Richins

1401 Blake Street

Denver, CO 80202

Stephen L. Vagnini
MontereyCounty Clerk-Recorder
Recorded at the request of
RELIABLE DOCUMENT RETRIEVAL

## 2019010483

03/19/2019 08:41:23
Titles: 1     Pages: 6
Fees: $110.00
Taxes: $0.00
AMT PAID: $110.00

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of
  residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached     ☐ Not related to real property

1.   Campos EPC, LLC, a Colorado limited liability company ("claimant") claims a mechanics lien for the labor

or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real

property located in the County of Monterey, State of California, and more particularly described as (address and/or

sufficient description):

PGE Asset DFM – 1813-02 Figaroa St and Franklin Street. Figueroa St and Franklin St station lies between mile point 16.40 on DFM 10-1813-02 and mile point 19.49 of DFM 12-1815-02. The site is situated on the northwest intersection of Figueroa St and East Franklin St in Monterey, California. The station receives gas from 8$^{11}$ Street and 1st Ave Regulation Station and Davis Reservation Road Regulator Station and directs the gas through DFM 1813-02 and into the district regulator M17. The location coordinates are: Latitude: N 36°35'58.12", Longitude: W 121°53'25.51". It is currently enclosed with concrete wall on three sides. The fourth side shares a chain-link fence with electrical substation. A PG&E electrical substation is in the adjacent lot. Access to the station is on Figueroa St, through a metal double door gate. Project V-534.

PG&E asset L-301 & L-181A project V-543. 1000' South of Dunbarton Road and HWY 101., Prunedale, CA: 36°50'5.49" / W 121°37'45.73"

PG&E Asset Espinosa Road Tap Project V-567. Espinosa Road Tap lies at mile point 3.81 on L-301B and is situated on the southwest intersection of Espinosa Rd and Pinski Lane in Salinas, California. The station receives gas from Dolan Road Meter Station and feeds gas to the Davis Reservation Roads Regulator Station via L-301B and 8th Street and 1st Avenue Regulator Station via L-301F. The location coordinates are: Latitude: N 36°44'41.15", Longitude: W 121°43'41.51".

PG&E Asset San Juan Road Primary Reg Station. 1000' South of Murphy Rd. & East of San Juan Rd., Aromas, CA: 35.894291, -121.673377

2.   After deducting all just credits and offsets, the sum of $ 48,782.34, together with interest at the

rate of 5.25%____ per annum from March 22, 2019 (date when balance became due), is due claimant for the

following labor, materials, services, or equipment: See Attachment A _____

3.   Claimant furnished the labor or services or equipment or materials, at the request of___

Pacific Gas and Electric Company, (employer, person, or entity to whom labor, materials, services, or equipment were

furnished)



Recording requested by (name):
M. Cory Richins

When recorded, mail to (name and address):
Cory Richins

1401 Blake Street

Denver, CO 80202

**Sacramento County**
**Donna Allred, Clerk/Recorder**

Doc # **201904030155**      Fees      $110.00

4/3/2019      8:40:45 AM      Taxes      $0.00

KDL      Electronic      PCOR      $0.00
Titles      1
Pages      6      Paid      $110.00

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

## (Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
    ☐ recorded concurrently "in connection with" transfer subject to DTT
    ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
    ☐ Fee cap of $225.00 reached      ☐ Not related to real property

1.    Campos EPC, LLC, a Colorado limited liability company ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Sacramento, State of California, and more particularly described as (address and/or sufficient description):

PG&E Asset gas transmission line L-119A mile point 8.44 to mile point 8.97 & L-172A West Sacramento Mile point 74.21 to mile point 74.70

PG&E Asset North Sac Underground Holder. NSUGH is located in Sacramento County at the corner of Edgewater Road and Lampasas Avenue in Sacramento, California. It is approximately 2.5 miles east of I-5 and can be accessed from the West El Camino Avenue exit. The location coordinates are: Latitude: 38.61624°, Longitude: -121.46581°

2.    After deducting all just credits and offsets, the sum of $ 44,443.75, together with interest at the rate of 5.25% per annum from March 22, 2019 (date when balance became due), is due claimant for the following labor, materials, services, or equipment:   See Attachment A

3.    Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas and Electric Company. (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.   The name and address of the owner or reputed owner of the real property is/are: _____

Pacific Gas and Electric Company, P.O. Box 997300, Sacramento, CA 95899-7300 _____

_____   _____   _____

5.   Claimant's address is _____   Campos EPC, LLC, 1401 Blake Street, Denver, CO 80202 _____ .

Dated 3/11/2019

_____

_____   _____

(Signature)   Cory Richins
Director of Engineering and Quality
Campos, EPC LLC

## VERIFICATION

I, M. Cory Richins, am the: partner of claimant on the foregoing claim of mechanics lien and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 3/8/2019

(Signature)   Cory Richins
Director of Engineering and Quality
Campos, EPC LLC

# ATTACHMENT A

DESCRIPTION OF WORK / SERVICES PERFORMED

Provided engineering, survey, mapping and field engineering on projects R-692 and V-513.

<div style="text-align: center; font-weight: bold;">
NOTICE OF MECHANICS LIEN CLAIM

ATTENTION!
</div>

**Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.**

**The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.**

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.**

## PROOF OF SERVICE AFFIDAVIT
### California Civil Code section 8416

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

### PROOF OF SERVICE AFFIDAVIT (ON OWNER)
### California Civil Code section 8416(a)(7) and (c)(1)

I, M. Cory Richins _____ (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served:  PG&E / Linda Y.H. Cheng _____

Title or capacity of person served (if appropriate):  Registered Agent _____

Service address: 77 Beale Street, 24th floor, San Francisco CA 94105.  Said service address is the owner's

residence, place of business, or address showed by the building permit on file with the permitting authority

for the work.

Executed on March 11____, 20 19___(date) at San Ramon _____(city), Contra Costa County_____
(county), California.

By: _____

Cory Richins
Director of Engineering and Quality Campos, EPC LLC

### ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)

### California Civil Code Section 8416(a)(7) and (c)(2)

I,_____(name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c )(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served:  _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on_____, 20_____(date) at_____(city),_____
(county), California.

By:_____
(Signature of person making service)

Recording requested by (name):
Robert Cohen

When recorded, mail to (name and address):
Robert Cohen

1401 Blake Street

Denver, CO 80202

2019-0002259

Recorded
Official Records
County of
San Benito
JOE PAUL GONZALEZ
Clerk-Auditor-Records

09:21AM 27-Mar-2019

REC FEE    30.00

CONFORMED C 2.00
SB2 / Affo 75.00

CG
Page 1 of 6

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC § 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached    ☐ Not related to real property

1.    Campos EPC, LLC, a Colorado limited liability company ("claimant") claims a mechanics lien for the labor

or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real

property located in the County of San Benito, State of California, and more particularly described as (address and/or

sufficient description):

PG&E Asset Wright Road District Reg.  The site is currently situated on Wright Rd in Hollister, CA. The closest road intersection is Wright Rd and Buena Vista Rd. It receives gas from Hollister Meter Station, and directs gas to Anzar Tap Station. The location coordinates are: Latitude: N 36°51'52.48", Longitude: W 121°26'33.67". The existing valves for L301A are on the east side of the road, and are enclosed by bollards. The west side of the street has a district regulation station that is fed by L-301A and L-301G. The station enclosed by a metal fence. There is also well head equipment behind the fenced area that is connected to the station, but not owned by PG&E.

PG&E Asset Gas Transmission Line L-300 mile point 410.73  Valve MLV 410.87B located on L-300 at Mile point 410.73.

2.    After deducting all just credits and offsets, the sum of $ 84,275.10, together with interest at the

rate of 5.25%    per annum from  March 22, 2019  (date when balance became due), is due claimant for the

following labor, materials, services, or equipment:    See Attachment A

3.    Claimant furnished the labor or services or equipment or materials, at the request of___

 Pacific Gas and Electric Company. (employer, person, or entity to whom labor, materials, services, or equipment were

furnished).

4. The name and address of the owner or reputed owner of the real property is/are:_____

 Pacific Gas and Electric Company, P.O. Box 997300, Sacramento, CA 95899-7300

5. Claimant's address is_____ Campos EPC, LLC, 1401 Blake Street, Denver, CO 80202 .

Dated 3/11/2019

(Signature)  Robert Cohen

## VERIFICATION

I, Robert Cohen, am the: partner of claimant on the foregoing claim of mechanics lien and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 3/8/2019

_____
(Signature)               Robert Cohen

# ATTACHMENT A

DESCRIPTION OF WORK / SERVICES PERFORMED

Provided engineering, and materials, equipment, and labor for engineering, procurement and construction of valve automation at the locations noted in Section 2.

5

**NOTICE OF MECHANICS LIEN CLAIM**
**ATTENTION!**

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
### California Civil Code section 8416

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

### PROOF OF SERVICE AFFIDAVIT (ON OWNER)
### California Civil Code section 8416(a)(7) and (c)(1)

I, Robert Cohen _____ (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: PG&E / Linda Y.H. Cheng _____

Title or capacity of person served (if appropriate): Registered Agent _____

Service address: 77 Beale Street, 24th floor, San Francisco CA 94105. Said service address is the owner's

residence, place of business, or address showed by the building permit on file with the permitting authority

for the work.

Executed on March 11____, 20 19____ (date) at San Ramon _____ (city), Costa County _____ (county), California.

Robert Cohen

By: _____
(Signature of person making service)

### ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)
### California Civil Code Section 8416(a)(7) and (c)(2)

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c )(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on _____, 20____ (date) at _____ (city), _____ (county), California.

By: _____
(Signature of person making service)

Recording requested by (name):
M. Cory Richins

When recorded, mail to (name and address):
Cory Richins

1401 Blake Street

Denver, CO 80202

Electronically Recorded in Official Records, County of San Bernardino    3/19/2019
                                                                          08:59 AM
**BOB DUTTON**                                                            NC
ASSESSOR - RECORDER - CLERK
434  Reliable Document Retrieval

Doc# **2019-0083456**

| | |
|---|---|
| Titles  1 | Pages  6 |
| Fees | 24.00 |
| Taxes | .00 |
| CA SB2 Fee | 75.00 |
| Others | .00 |
| Paid | 114.00 |

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

## Declaration of Exemption From Gov't Code § 27388.1 Fee

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
   ☐ recorded concurrently "in connection with" transfer subject to DTT
   ☐ recorded concurrently "in connection with" a transfer of
   residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
   ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1.    Campos EPC, LLC, a Colorado limited liability company ("claimant") claims a mechanics lien for the labor

or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real

property located in the County of San Bernardino, State of California, and more particularly described as (address and/or

sufficient description):

    PG&E Asset Gas Transmission Line L-314A from Mile point 0.00 to Mile Point 0.24.  APN: 0468-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,
    34°36'12.81"N  117°20'12.17"W.  Corner of Mill St and Ora Grande Canyon Road. T-1388

    PG&E Asset Hinkley Compressor Station.  The station is located at GPS coordinates 34.9016, -117.1602. The station is
    located at 35863 Fairview Rd, Hinkley, CA 92347 approximately ` 52 miles west of Topock Compressor Station and 8 miles
    west of Barstow, CA. The station proximity to other neighboring stations is delineated on Operating Map 383056 sh.2 &
    383055 sh.1. Hinkley is a manned facility located on the Line 300 gas transmission system, approximately at mile point 160.

    PG&E Asset Gas Transmission Line L-300 MLV 140.91B.  at GPS 34.85636N -116.83872E GOV valve 140.91 project V-
    677

2.    After deducting all just credits and offsets, the sum of  $ 169,036.24, together with interest at the

rate of 5.25%___ per annum from  March 22, 2019  (date when balance became due), is due claimant for the

following labor, materials, services, or equipment: __See Attachment A__

3.    Claimant furnished the labor or services or equipment or materials, at the request of___

_Pacific Gas and Electric Company._ (employer, person, or entity to whom labor, materials, services, or equipment were

furnished)

Recording requested by (name):
M. Cory Richins

When recorded, mail to (name and address):
Cory Richins

1401 Blake Street

Denver, CO 80202

Doc #: 2019-030307
03/27/2019 12:11:34 PM
Page 1 of 5    Fee: $117.00
Steve J. Bestolarides
San Joaquin County Recorder
Paid By: RELIABLE DOCUMENT RETRIEVAL

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of
    residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached    ☐ Not related to real property

1.    Campos EPC, LLC, a Colorado limited liability company ("claimant") claims a mechanics lien for the labor

or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real

property located in the County of San Joaquin                          , State of California, and more particularly described

as (address and/or sufficient description):

DFM-1609-01 Mile Point: 0.1

APN 151-130-36


2.    After deducting all just credits and offsets, the sum of $96,421.50 together with interest at the

rate of 5.25%    per annum from February 22, 2019 (date when balance became due), is due claimant for the

following labor, materials, services, or equipment:    See Attachment A


3.    Claimant furnished the labor or services or equipment or materials, at the request of___

Pacific Gas and Electric Company, (employer, person, or entity to whom labor, materials, services, or equipment were

furnished)

4.    The name and address of the owner or reputed owner of the real property is/are:

Pacific Gas and Electric Company, P.O. Box 997300, Sacramento, CA 95899-7300


5.    Claimant's address is_____Campos EPC, LLC, 1401 Blake Street, Denver, CO 80202

Dated 3/8/2019

Campos EPC, LLC
(Signature)

Doc #: 2019-030290
03/27/2019 12:06:36 PM
Page 1 of 5    Fee: $117.00
Steve J. Bestolarides
San Joaquin County Recorder
Paid By: RELIABLE DOCUMENT RETRIEVAL

Recording requested by (name):
M. Cory Richins

When recorded, mail to (name and address):
Cory Richins

1401 Blake Street

Denver, CO 80202

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached.    ☐ Not related to real property

1.    Campos EPC, LLC, a Colorado limited liability company ("claimant") claims a mechanics lien for the labor

or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real

property located in the County of San Joaquin _____, State of California, and more particularly described

as (address and/or sufficient description): McDonald Island District Natural Gas Storage Field Well Pads McD-0

37°59'28.87"N 121°28'43.48"W, McD11  37°59'16.28"N 121°28'84.04"W, McD4  37°59'26.35"N 121°28'28.32"W, Zuck.

Henning  37°58'45.29"N 121°29'30.98"W, Zuck1 37°59'40.75"N  121°29'7.21"W, and Zack 3

37°59'48.75"N121°29'7.21"W.  See Attached Map

2.    After deducting all just credits and offsets, the sum of  $787397.39, together with interest at the

rate of 5.25%    per annum from 4/22/2019 _____ (date when balance became due), is due claimant for the

following labor, materials, services, or equipment:   See Attachment A

3.    Claimant furnished the labor or services or equipment or materials, at the request of ___

Pacific Gas and Electric Company, (employer, person, or entity to whom labor, materials, services, or equipment were

furnished)

4.    The name and address of the owner or reputed owner of the real property is/are: _____

Pacific Gas and Electric Company, P.O. Box 997300, Sacramento, CA 95899-7300

5.    Claimant's address is _____ Campos EPC, LLC, 1401 Blake Street, Denver, CO 80202

Dated  3/8/2019

Campos EPC, LLC
(Signature)

Recording requested by (name):
M. Cory Richins

When recorded, mail to (name and address):
Cory Richins

1401 Blake Street

Denver, CO 80202

Doc #: 2019-030306
03/27/2019 12:11:07 PM
Page 1 of 5    Fee: $117.00
Steve J. Bestolarides
San Joaquin County Recorder
Paid By: RELIABLE DOCUMENT RETRIEVAL

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of
  residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached  ☐ Not related to real property

1.    Campos EPC, LLC, a Colorado limited liability company ("claimant") claims a mechanics lien for the labor

or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real

property located in the County of San Joaquin _____, State of California, and more particularly described

as (address and/or sufficient description):

Turner Cut Gas Storage Facility

Stockton CA, 95206

San Joaquin County

2    After deducting all just credits and offsets, the sum of $246,891.19, together with interest at the

rate of 5.25%____ per annum from February 22, 2019  (date when balance became due), is due claimant for the

following labor, materials, services, or equipment:   See Attachment A

3.    Claimant furnished the labor or services or equipment or materials, at the request of___

Pacific Gas and Electric Company. (employer, person, or entity to whom labor  materials, services, or equipment were

furnished)

4.    The name and address of the owner or reputed owner of the real property is/are:_____

Pacific Gas and Electric Company, P.O. Box 997300, Sacramento, CA 95899-7300

5.    Claimant's address is_____Campos EPC, LLC, 1401 Blake Street, Denver, CO 80202_____.

Dated 3/8/2019

Campos EPC, LLC
(Signature)

# 2019-018885

10:05 am 03/19/19 MLL Fee: 263.00
Count of Pages 8
Recorded in Official Records
County of San Mateo
Mark Church
Assessor-County Clerk-Recorder

*  $  R  0  0  0  2  6  7  5  6  5  4  $  *

Recording requested by (name):
M. Cory Richins

When recorded, mail to (name and address):
Cory Richins

1401 Blake Street

Denver, CO 80202

---

# CLAIM OF
# MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached    ☐ Not related to real property

1.     Campos EPC, LLC, a Colorado limited liability company ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of San Mateo, State of California, and more particularly described as (address and/or sufficient description):

  PGE asset L-109 from MP 28 to MP 32.  See map of project location R-046, R-185, and R-048.

  PG&E Asset L-101 from Mile Point 26.88 to Mile Point 29.07 from S. Amphlett Blvd & Sunny Brae Blvd to N Amphlett Blvd and Peninsula Avenue

  PG&E Asset Crystal Springs Valve Lot.  GPS 37°32'22.57"N 122°21'49.11"W.  West of the Junipero Serra Freeway at the Crystal Springs rest stop.

2.     After deducting all just credits and offsets, the sum of  $ 283,080.86 together with interest at the rate of 5.25%   per annum from  March 22, 2019  (date when balance became due), is due claimant for the following labor, materials, services, or equipment:   See Attachment A

3.     Claimant furnished the labor or services or equipment or materials, at the request of
 Pacific Gas and Electric Company, (employer, person, or entity to whom labor, materials, services, or equipment were furnished)

**This document was electronically submitted to Santa Clara County for recording**

# 24137350

Regina Alcomendras
Santa Clara County - Clerk-Recorder
03/19/2019 09:50 AM

Titles: 1    Pages: 7
Fees: $118.00
Tax: $0
Total: $118.00

Recording requested by (name):
M. Cory Richins

When recorded, mail to (name and address):
Cory Richins

1401 Blake Street

Denver, CO 80202

Recorder's Use Only

| CLAIM OF | Declaration of Exemption From Gov't Code § 27388.1 Fee |
|---|---|
| **MECHANICS LIEN** | ☐ Transfer is exempt from fee per GC § 27388.1(a)(2): |
| | ☐ recorded concurrently "in connection with" transfer subject to DTT |
| **(Cal. Civ. Code § 8416)** | ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier |
| | ☐ Transfer is exempt from fee per GC 27388.1(a)(1): |
| | ☐ Fee cap of $225.00 reached    ☐ Not related to real property |

1.    Campos EPC, LLC, a Colorado limited liability company ("claimant") claims a mechanics lien for the labor

or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real

property located in the County of Santa Clara, State of California, and more particularly described as (address and/or

sufficient description):

PG&E Asset Lin 300A mile point 502. Project V-466 Monitor Valve. Milpitas Terminal. Milpitas Terminal is located at 66 Ranch Road at the intersection of highways 880 and 237.

PG&E Asset DFM-0821-01 at MP 0.0 Tully Station Valve. Project V-536. 100' East of Capitol Expy. & 500' North of Tully Rd., San Jose, CA; 37°20'00.1"N / 121°48'47.1"W

PG&E Asset Gas Transmission Line 300A at Mile Point 462.23 Bloomfield Station 36.9941N, -121.4819E. Station valve automation project V-674

PG&E Asset Gas Transmission Line 100 at Mile Point 138.43 (7A & 7B Pressure Limiting Station.

PG&E Asset Gas Transmission Line L-109 at Mile point 9.89 Project V-468 Monitor Valve Retrofit Sierra Vista. Sierra Vista Crossover Station is located on Sierra Vista Ave, in Mountain View, California and consists of two fenced lots approximately 400 ft. apart. The easterly lot contains the In-line-Inspection (ILI) The location coordinates are: Latitude: 37.41082, Longitude: -122.08745

PG&E gas Transmission Line L-300B at Mile point 462.76 to Mile point 463.0. Calaveras Fault project R-1143. 37° 0'45.06"N, 121°29'12.04"W

PG&E Asset Gas Transmission Line L-132 Mile Point 13.51 to Mile Point 14.49. Project R-1200. 37°25'35.52"N, 122° 7'35.34"W

PG&E Asset Gas Transmission Line L-100 Mile point 138.43 to Mile Point 138.46 Project R-514. Lat 37.29900608N, -12180146221E

2.    After deducting all just credits and offsets, the sum of $ 147,334.41, together with interest at the

rate of 5.25% per annum from March 22, 2019 (date when balance became due), is due claimant for the

following labor, materials, services, or equipment:   See Attachment A

3.    Claimant furnished the labor or services or equipment or materials, at the request of

Pacific Gas and Electric Company 1350 dyer, prison 04/11/19 when labor materials or services or equipment was

2019-0006862          3/19/2019 8:09 AM
OFFICIAL RECORDS OF Santa Cruz County
Sean Saidavia Recorder
RECORDING FEE: $104.00
COUNTY TAX: $0.00
CITY TAX: $0.00
208 ER RELIABLE DOC RETRI          MLIE
Electronically Recorded          5 PGS
RCD157

Recording requested by (name):
M. Cory Richins

When recorded, mail to (name and address):
Cory Richins

1401 Blake Street

Denver, CO 80202

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

(Cal. Civ. Code § 8416)

Declaration of Exemption From Gov't Code § 27388.1 Fee

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached.    ☐ Not related to real property

1.    Campos EPC, LLC, a Colorado limited liability company ("claimant") claims a mechanics lien for the labor

or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real

property located in the County of Santa Cruz, State of California, and more particularly described as (address and/or

sufficient description):

   PG&E Asset Gas Transmission Line  DFM-1818-01 from Mile Point 0.16 to Mile Point 0.49, Mile Point 5.4. Asset DFM-
   1818-01 begins at 36°58'9.98"N , 121°59'55.43"W PG&E projects R-964, R-974

   PG&E Asset Gas Transmission Line DFM-1816-01 at Mile Point 4.66, Mile Point 8.46. Line begins at  N180298253,
   E6180031.76.  PG&E Project R-1138 and V-521

   PG&E Asset Gas Transmission Line DFM-1817-01 between Mile Point 0.0 and Mile Point 8.46  Between 36°58'40.86"N,
   121°52'0.30"W and  36°54'13.98"N, 121°45'20.22"W.  Projects R-1138, I-198A

2.    After deducting all just credits and offsets, the sum of  $ 138,785.47, together with interest at the

rate of 5.25%    per annum from  March 22, 2019  (date when balance became due), is due claimant for the

following labor, materials, services, or equipment:   See Attachment A

3.    Claimant furnished the labor or services or equipment or materials, at the request of

 Pacific Gas and Electric Company. (employer, person, or entity to whom labor, materials, services, or equipment were

furnished)

4    The name and address of the owner or reputed owner of the real property is/are:

 Pacific Gas and Electric Company, P.O. Box 997300, Sacramento, CA 95899-7300

5.    Claimant's address is         Campos EPC, LLC, 1401 Blake Street, Denver, CO 80202

Dated 3/11/2019

(Signature)

Recording requested by (name):
M. Cory Richins

When recorded, mail to (name and address):
Cory Richins

1401 Blake Street

Denver, CO 80202

---

## 2019-0007948

| | | |
|---|---|---|
| Recorded | REC FEE | 26.00 |
| Official Records | | |
| County of | HOUSING FEE | 75.00 |
| Shasta | | |
| Leslie Morgan | | |
| Assessor-Recorder | | |
| | LP | |
| 12:22PM 27-Mar-2019 | Page 1 of 5 | |

Recorder's Use Only

---

# CLAIM OF
# MECHANICS LIEN

(Cal. Civ. Code § 8416)

### Declaration of Exemption From Gov't Code § 27388.1 Fee

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of
  residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached  ☐ Not related to real property

1.   Campos EPC, LLC, a Colorado limited liability company ("claimant") claims a mechanics lien for the labor

or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real

property located in the County of Shasta, State of California, and more particularly described as (address and/or sufficient

description):

   PG&E Asset Gas Transmission Line L-400 from MP 82.33 at Burney Compressor Station.  Burney Comp Sta Rd & Hwy
   299 Burney CA, 96013.  Projects I-295B, I-301B

2.    After deducting all just credits and offsets, the sum of $ 90,112.5, together with interest at the

rate of 5.25%____ per annum from  March 22, 2019  (date when balance became due), is due claimant for the

following labor, materials, services, or equipment:____See Attachment A

3.    Claimant furnished the labor or services or equipment or materials, at the request of___

 Pacific Gas and Electric Company. (employer, person, or entity to whom labor, materials, services, or equipment were
furnished)

4.    The name and address of the owner or reputed owner of the real property is/are:____

 Pacific Gas and Electric Company, P.O. Box 997300, Sacramento, CA 95899-7300

5.    Claimant's address is____    Campos EPC, LLC, 1401 Blake Street, Denver, CO 80202

Dated 3/11/2019

             M Cory Richins
             (Signature)

Recording requested by (name):
Robert Cohen

When recorded, mail to (name and address):
Robert Cohen

1401 Blake Street

Denver, CO 80202

COPY

Recorded in Official Records,
Solano County
Doc#: 201900018163
3/29/2019        10:47:51 AM

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
    ☐ recorded concurrently "in connection with" transfer subject to DTT
    ☐ recorded concurrently "in connection with" a transfer of
        residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
    ☐ Fee cap of $225.00 reached    ☐ Not related to real property

1.    Campos EPC, LLC, a Colorado limited liability company ("claimant") claims a mechanics lien for the labor

or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real

property located in the County of Solano, State of California, and more particularly described as (address and/or sufficient

description):

    PG&E Asset Gas Transmission Line L-400 at MP 293.4 Creed Station. APN: 0090-180-280.    PG&E
    Projects I-203D, I-203B.

    PG&E Asset Gas Transmission Line L-210C at Mile Point 22.15 Green Valley Fault Crossing.  38°10'49.51"N, 122°
    8'33.48"W  PGE project R-1034

2.    After deducting all just credits and offsets, the sum of $ 108,919.48, together with interest at the

rate of 5.25%____ per annum from March 22, 2019 (date when balance became due), is due claimant for the

following labor, materials, services, or equipment:  See Attachment A

3.    Claimant furnished the labor or services or equipment or materials, at the request of___

Pacific Gas and Electric Company. (employer, person, or entity to whom labor, materials, services, or equipment were

furnished).

4.    The name and address of the owner or reputed owner of the real property is/are:_____

Pacific Gas and Electric Company, P.O. Box 997300, Sacramento, CA 95899-7300

5.    Claimant's address is_____ Campos EPC, LLC, 1401 Blake Street, Denver, CO 80202

Dated 3/11/2019

(Signature)    Robert Cohen

**VERIFICATION**

I, Robert Cohen, am the: partner of claimant on the foregoing claim of mechanics lien and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 3/8/2019

(Signature)

Robert Cohen

# ATTACHMENT A

### DESCRIPTION OF WORK / SERVICES PERFORMED

Provided engineering, on site survey, on site field engineering, fault investigation and mapping, and as built survey and mapping of Asset upgrades for projects I-203D, and I-203B, and R-1034.

## NOTICE OF MECHANICS LIEN CLAIM
## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
### California Civil Code section 8416

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

### PROOF OF SERVICE AFFIDAVIT (ON OWNER)
#### California Civil Code section 8416(a)(7) and (c)(1)

I, Robert Cohen _____ (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: _PG&E / Linda Y.H. Cheng_____

Title or capacity of person served (if appropriate): _Registered Agent_____

Service address: 77 Beale Street, 24th floor, San Francisco CA 94105. Said service address is the owner's

residence, place of business, or address showed by the building permit on file with the permitting authority

for the work.

Executed on _March 11____, 20_19___ (date) at _San Ramon_____ (city), Costa County_____
(county), California.

By: _~~Robert Cohen~~_____
(Signature of person making service)

### ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)

#### California Civil Code Section 8416(a)(7) and (c)(2)

I,_____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c )(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on_____, 20_____ (date) at_____ (city),_____
(county), California.

By:_____
(Signature of person making service)

**This document was electronically submitted to the County of Sonoma for recording**

**2019018440**

Official Records of Sonoma County
Deva Marie Proto
03/19/2019 08:12 AM
RELIABLE DOCUMENT RETRIEVAL

MECHL 5 Pgs

Fee: $101.00

Recording requested by (name):
M. Cory Richins

When recorded, mail to (name and address):
Cory Richins

1401 Blake Street

Denver, CO 80202

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
   ☐ recorded concurrently "in connection with" transfer subject to DTT
   ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
   ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1.   Campos EPC, LLC, a Colorado limited liability company ("claimant") claims a mechanics lien for the labor

or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real

property located in the County of Sonoma, State of California, and more particularly described as (address and/or

sufficient description):

   PG&E Asset PG&E Santa Rosa Compressor Station. The Compressor Station is currently situated in a fenced yard
in a residential/commercial area located at 1820 Piner Rd in Santa Rosa, California. The Station lies at mile point
53.12 of L-21C. The location coordinates are: Latitude: 38°28'04.93"N, Longitude: 122°44'44.39"W.

2.   After deducting all just credits and offsets, the sum of $ 36,281.35, together with interest at the

rate of 5.25% per annum from March 22, 2019 (date when balance became due), is due claimant for the

following labor, materials, services, or equipment: See Attachment A

3.   Claimant furnished the labor or services or equipment or materials, at the request of

Pacific Gas and Electric Company. (employer, person, or entity to whom labor, materials, services, or equipment were

furnished)

4.   The name and address of the owner or reputed owner of the real property is/are:

Pacific Gas and Electric Company, P.O. Box 997300, Sacramento, CA 95899-7300

5.   Claimant's address is   Campos EPC, LLC, 1401 Blake Street, Denver, CO 80202 .

Dated: 3/11/2019

_____
(Signature)

Recording requested by (name):
Robert Cohen

When recorded, mail to (name and address):
Robert Cohen

1401 Blake Street

Denver, CO 60202

Stanislaus, County Recorder
Donna Linder Co Recorder Office
DOC- 2019-0020050-00
Acct 402-Counter Customers
Wednesday, APR 03, 2019 11:46:57
Ttl Pd $104.00        Rcpt # 0004251485
                                 RAB/R2/1-5

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
   ☐ recorded concurrently "in connection with" transfer subject to DTT
   ☐ recorded concurrently "in connection with" a transfer of
   residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
   ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1.    Campos EPC, LLC, a Colorado limited liability company ("claimant") claims a mechanics lien for the labor

or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real

property located in the County of Stanislaus, State of California, and more particularly described as (address and/or

sufficient description): APN: 058-002-010

   PG&E Asset PG&E Gas Transmission Line L-215-1 at Mile Point 8.52 37°26'57.40"N, 121° 1'18.36"W

2.    After deducting all just credits and offsets, the sum of $ 1,257.00, together with interest at the

rate of 5.25%   per annum from  March 22, 2019  (date when balance became due), is due claimant for the

following labor, materials, services, or equipment:  See Attachment A

3.    Claimant furnished the labor or services or equipment or materials, at the request of

Pacific Gas and Electric Company. (employer, person, or entity to whom labor, materials, services, or equipment were

furnished).

4.    The name and address of the owner or reputed owner of the real property is/are:

Pacific Gas and Electric Company, P.O. Box 997300, Sacramento, CA 95899-7300

5.    Claimant's address is    Campos EPC, LLC, 1401 Blake Street, Denver, CO 80202

Dated 3/11/2019

(Signature)   Robert Cohen
Director of Operations
Campos Epc, LLC



Recording requested by (name):
 Robert Cohen

When recorded, mail to (name and address):
Robert Cohen

1401 Blake Street

Denver, CO 80202

CONFORMED COPY
NOT COMPARED
WITH ORIGINAL

YOLO Recorder's Office
Jesse Salinas, County Recorder
**DOC- 2019-0006013-00**
Check Number 202095
REQD BY PARASEC ROBERT COHEN
Wednesday, MAR 27, 2019 13:40:00
Ttl Pd $111.00    Rcpt # 0001340505
                                      FRT/R9/1-5

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of
      residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached    ☐ Not related to real property

1.    Campos EPC, LLC, a Colorado limited liability company ("claimant") claims a mechanics lien for the labor
or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real
property located in the County of Yolo, State of California, and more particularly described as (address and/or sufficient
description):

    PG&E Asset PG&E Gas Transmission Line L-400 at Buckey PLS Station Mile Point 233.87. Buckeye is located in Yolo
County, north of Sacramento, approximately six miles west of the town of Dunnigan. Refer to Operating Diagram 082472
rev 18. The station proximity to neighboring stations is delineated on Operating Map 384504 and 484001. The Lat/Long of
the station is 38.88658°/-122.07182°. Projects I-203A and S-648

2.    After deducting all just credits and offsets, the sum of $181,015.85, together with interest at the
rate of 5.25%    per annum from  March 22, 2019  (date when balance became due), is due claimant for the
following labor, materials, services, or equipment:   See Attachment A

3.    Claimant furnished the labor or services or equipment or materials, at the request of
 Pacific Gas and Electric Company. (employer, person, or entity to whom labor, materials, services, or equipment were
furnished).

4.    The name and address of the owner or reputed owner of the real property is/are:
 Pacific Gas and Electric Company, P.O. Box 997300, Sacramento, CA 95899-7300

5.    Claimant's address is    Campos EPC, LLC, 1401 Blake Street, Denver, CO 80202

Dated 3/11/2019

(Signature)    Robert Cohen