# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: dchambers | Date Created: 4/12/2019 |
| Case: 19−30088 | Form ID: TRANSC | Total: 13 |

**Recipients of Notice of Electronic Filing:**
aty    Alan W. Kornberg
aty    Frank A. Merola         lacalendar@stroock.com
aty    Jeffrey C. Krause        jkrause@gibsondunn.com
aty    Monique Jewett−Brewster       mjb@hopkinscarley.com
aty    Thomas R. Kreller        tkreller@milbank.com

            TOTAL: 5

**Recipients submitted to the Claims Agent (Prime Clerk):**
aty    Brian S. Hermann    Law Offices of Brian S. Hermann    1285 Avenue of the Americas    New York, NY 10019−6064
aty    Harris B. Winsberg    Troutman Sanders LLP    Bank of America Plaza    600 Peachtree St., NE, #3000    Atlanta, GA 30308
aty    Jessica Liou    Weil, Gotshal & Manges LLP    767 Fifth Avenue    New York, NY 10153
aty    Scott E. Jenny    Jenny & Jenny, LLP    736 Ferry St.    Martinez, CA 94553
aty    Steven H. Felderstein    Felderstein, Fitzgerald et al    400 Capitol Mall #1450    Sacramento, CA 95814−4434
     KRISTEN DITLEVSEN RENFRO    Desmond, Nolan, Livaich & Cunningham    15th & S Building    1830 15th Street    Sacramento, CA 95811
     Kelly L. Pope    Downey Brand LLP    621 Capitol Mall 18th Floor    Sacramento, CA 95814
     Harris B. Winsberg    Troutman Sanders LLP    600 Peachtree Street NE Suite 3000    Atlanta, GA 30308

            TOTAL: 8