# United States Bankruptcy Court
# Northern District of California

In re: PG&E Corporation and Pacific
Gas and Electric Company,

Case No. 19-30088 (DM) (Jointly Administered)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

| **Jefferies Leveraged Credit Products, LLC** | **Atlas Field Services, LLC** |
|---|---|
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim Nos.: 1465, as amended by Court Claim No. 1730. |
| | |
| Jefferies Leveraged Credit Products, LLC | Amount of Claims: $1,797,452.00 with respect to each claim, plus all interest, fees and other recoveries due. |
| c/o Jefferies LLC | |
| 520 Madison Avenue, Third Floor | |
| New York, NY 10022 | Date Claims Filed: with respect to Court Claim No. 1465, March 7, 2019, and, with respect to Court Claim No. 1730, March 18, 2019. |
| Attn – Erin Grambling | |
| +1 203.363.8252 (Office) | |
| +1 203.724.4852 (Fax) | |
| egrambling@jefferies.com | Phone: |
| | Last Four Digits of Acct. #: |
| Last Four Digits of Acct. #: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _William P. McLaughlin_  Date: _4-12-19_
Name: William P. McLaughlin
Title: SVP

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
# Northern District of California

In re: PG&E Corporation and Pacific
Gas and Electric Company,

Case No. 19-30088 (DM) (Jointly Administered)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS 1465 and 1730 were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on         .

| **Atlas Field Services, LLC** <br> Name of Alleged Transferor <br><br> Address of Alleged Transferor: <br> Atlas Field Services, LLC <br> 3900 Essex. Lane, Suite 775 <br> Houston, TX 77027 <br> Tel: 281-407-2500 <br> Fax:281-674-8335 <br> Attn: Craig Taylor | **Jefferies Leveraged Credit Products, LLC** <br> Name of Transferee <br><br> Address of Transferee: <br> Jefferies Leveraged Credit Products, LLC <br> c/o Jefferies LLC <br> 520 Madison Avenue, Third Floor <br> New York, NY 10022 <br> Attn – Erin Grambling <br> +1 203.363.8252 (Office) <br> +1 203.724.4852 (Fax) <br> egrambling@jefferies.com |
|---|---|
|  |  |

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claims is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
CLERK OF THE COURT

EXHIBIT C

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: THE DEBTORS AND THE BANKRUPTCY COURT

Claim #: 1465 (amended by 1730)

For good and valuable consideration, the receipt, adequacy and sufficiency of which are hereby acknowledged, Atlas Field Services, LLC, (the "Transferor") its successors and assigns, does hereby unconditionally and irrevocably sell, transfer and assign unto Jefferies Leveraged Credit Products, LLC, its successors and assigns (the "Transferee"), all rights, title, interest, claims and causes of action in and to, or arising under or in connection with all of Transferor's claims, designated Proof of Claim Nos. 1465 and 1730, solely to the extent of **$1,797,452.00** (collectively the "Claim"), against PG&E Corporation and Pacific Gas and Electric Company, Case No. 19-30088-DM (the "Debtors"), pending in the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court") and all scheduled claims and all proofs of claim filed by Transferor in respect thereof.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated April 10, 2019.

| Transferor: | Transferee: |
|---|---|
| Atlas Field Services, LLC | Jefferies Leveraged Credit Products, LLC |
| By: *(signature)* | By: *(signature)* |
| Name: Craig Taylor | Name: |
| Title: President | Title: |
| | William P. McLoughlin |
| | Senior Vice President |
| | Authorized Signatory |