```
Heinz Binder (SBN 87908)
Robert G. Harris (SBN 124678)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: Heinz@bindermalter.com
Email: Rob@bindermalter.com

Attorneys for TURN, The Utility Reform Network
```

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>      Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* All papers shall be filed in the Lead Case No. 19-30088 DM. | Case Nos. 19-30088 DM (Lead Case)<br>     19-30089 DM<br><br>Chapter 11<br>*Jointly Administered*<br><br>Date: May 8, 2019<br>Time: 9:30 a.m.<br>Place: Courtroom 17<br>    450 Golden Gate Avenue<br>    San Francisco, California<br><br>DKT # 1324<br><br>OBJECTION DEADLINE: April 24, 2019 |

**ERRATA TO MOTION BY TURN FOR APPOINTMENT OF OFFICIAL COMMITTEE OF RATEPAYER CLAIMANTS PURSUANT TO 11 U.S.C. §§ 1102(a)(2), 105(a); MEMORANDUM OF POINTS & AUTHORITIES**

The Utility Reform Network ("TURN") hereby submits the following errata to its MOTION BY TURN FOR APPOINTMENT OF OFFICIAL COMMITTEE OF RATEPAYER CLAIMANTS PURSUANT TO 11 U.S.C. §§ 1102(a)(2), 105(a); MEMORANDUM OF POINTS & AUTHORITIES [Docket No: 1324] filed on April 10, 2019:

1. On page 3 (ECF page 7), line 19, the year indicated, "2018," should be deleted and replaced with "2019".

Dated: April 12, 2019						BINDER & MALTER, LLP


						By: /s/ *Robert G. Harris*
							Robert G. Harris

						Attorneys for TURN, the Utility Reform Network