# EXHIBIT B
## Standard Parties Service List
## Served via First-Class Mail

| DESCRIPTION | NAME | ADDRESS |
| --- | --- | --- |
| Debtors | PG&E Corporation & Pacific Pacific Gas and Electric Company | Attn: Janet Loduca, Esq.<br>77 Beale Street<br>PO BOX 77000<br>San Francisco CA 94105 |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel<br>Washington DC 20555-0001 |