EXHIBIT D
Core/2002 First Class Mail Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Federal Energy Regulatory Commission | Federal Energy Regulatory Commission | Attn: General Counsel<br>888 First St NE<br>Washington DC 20426 |
| Counsel to International Business Machines Corp | IBM Corporation | Attn: Marie-Jose Dube<br>275 Viger East<br>Montreal QC H2X 3R<br>Canada |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia PA 19104-5016 |
| Interested Party John A. Vos A | John A. Vos | 1430 Lincoln Avenue<br>San Rafael CA 94901 |
| Office of the United States Attorney for the Northern District of California | Office of the United States Attorney for the Northern District of California | Federal Bankruptcy Court<br>Attn: Bankruptcy Unit<br>450 Golden Gate Avenue<br>San Francisco CA 94102 |
| Interested Party Placer County Office of the Treasurer-Tax Collector | PLACER COUNTY OFFICE OF THE TREASURER-TAX COLLECTOR | 2976 Richardson Drive<br>Attn: Robert Kanngiesser<br>Auburn CA 95603 |
| Interested Party Provencher & Flatt | Provencher & Flatt, LLP | Attn: Douglas b. Provencher<br>823 Sonoma Avenue<br>Santa Rosa CA 95404 |
| Counsel for Project Management, Inc. | Synergy Project Management, Inc. | c/o Law Office of Ivan C. Jen<br>1017 Andy Circle<br>Sacramento CA 95838 |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel<br>U.S. NRC Region IV<br>1600 E. Lamar Blvd.<br>Arlington trust 76011 |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel<br>Washinton DISCUSSION 20555-0111 |
| Counsel to the United States of America, Department of Energy | United States Department of Justice Civil Division | Attn: Matthew J. Troy<br>1100 L Street, N.W.<br>Room 10030<br>Washington DC 20530 |

Case: 19-30088    Doc# 1355-4    Filed: 04/12/19    Entered: 04/12/19 10:19:19    Page 1 of 1