**WILCOXEN CALLAHAM, LLP**
DANIEL E. WILCOXEN, SBN 054805
dan@wilcoxenlaw.com
WILLIAM C. CALLAHAM, SBN 060728
wcallaham@wilcoxenlaw.com
DREW M. WIDDERS, SBN 245439
dwidders@wilcoxenlaw.com
2114 K Street
Sacramento, California 95816
Telephone: (916) 442-2777
Facsimile: (916) 442-4118

**STEWART HUMPHERYS & MOLIN, LLP**
RICHARD J. MOLIN, SBN 066894
richard@chicolaw.com
P.O. Box 720
Chico, California 95927
Telephone: (530) 891-6111
Facsimile: (530) 894-2103

Attorneys for the Molin-Wilcoxen Camp Fire Victims Group

# UNITED STATES BANKRUPTCY COURT

## NORTHER DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) Chapter 11 |
| PG&E CORPORATION, | |
| and | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors. | Case No. SCV0034053 |
| _____/ | |
| AFFECTS BOTH DEBTORS. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |
| _____/ | |

     **PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance, pursuant to section 1109(b) of Title 11 of the United States Code and Rule 3010(b) of the Federal Rule of Bankruptcy Procedure, as counsel for the Molin-Wilcoxen Camp Fire Victims Group (specifically set forth in Attachment 1 hereto), in the above-captioned cases, and requests that copies of all notices and pleadings in the above-captioned cases be given to and served upon:

1

**WILCOXEN CALLAHAM, LLP**
DANIEL E. WILCOXEN, SBN 054805
dan@wilcoxenlaw.com
WILLIAM C. CALLAHAM, SBN 060728
wcallaham@wilcoxenlaw.com
DREW M. WIDDERS, SBN 245439
dwidders@wilcoxenlaw.com
2114 K Street
Sacramento, California 95816
Telephone: (916) 442-2777
Facsimile: (916) 442-4118

**STEWART HUMPHERYS & MOLIN, LLP**
RICHARD J. MOLIN, SBN 066894
richard@chicolaw.com
P.O. Box 720
Chico, California 95927
Telephone: (530) 891-6111
Facsimile: (530) 894-2103

**PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Rules 2002, 3017(a), and 9007, the foregoing request includes not only the notices and pleadings referred to in the Bankruptcy Code and Bankruptcy Rules, but also includes, without limitation, all plans and disclosure statements, all orders and notices of any application, motion, petition, complaint, demand, request or other pleading in this case, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise filed or given with regard to this case.

**PLEASE TAKE FURTHER NOTICE** that neither this notice and request nor any later appearance, pleading, proof of claim, claim, or suit filed in this case shall be deemed or construed as a waiver of the Molin-Wilcoxen Camp Fire Victims Group's (i) right to have final orders in any non-core matter entered only after *de novo* review by a district judge, (ii) right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) other rights, claims, actions, defenses, set-offs, or recoupments as appropriate, to which the Molin-Wilcoxen

///

///

///

2

Camp Fire Victims Group is or may be entitled, either in law or in equity, under any agreements, all of which rights, claims, actions, defenses, set-offs and recoupments are expressly reserved.

Dated: April 12, 2019          **WILCOXEN CALLAHAM, LLP**


By:    _/s/ Drew M. Widders_
           DANIEL E. WILCOXEN, SBN 054805
           dan@wilcoxenlaw.com
           WILLIAM C. CALLAHAM, SBN 060728
           wcallaham@wilcoxenlaw.com
           DREW M. WIDDERS, SBN 245439
           dwidders@wilcoxenlaw.com
           2114 K Street
           Sacramento, California 95816
           Telephone: (916) 442-2777
           Facsimile: (916) 442-4118

**STEWART HUMPHERYS & MOLIN, LLP**
RICHARD J. MOLIN, SBN 066894
richard@chicolaw.com
P.O. Box 720
Chico, California 95927
Telephone: (530) 891-6111
Facsimile: (530) 894-2103


Attorneys for the Molin- Wilcoxen Camp Fire Victims Group

Case: 19-30088    Doc# 1362    Filed: 04/12/19    Entered: 04/12/19 11:33:56    Page 3 of 3
00205115