**BLOOMFIELD LAW GROUP, INC., P.C.**
Neil Jon Bloomfield, Esq. (SBN 052235)
901 E Street, Suite 100
San Rafael, CA 94901
Telephone: (415) 454-2294
Facsimile: (415) 457-5348
njbloomfield@njblaw.com

Attorney for Creditor American
Construction and Supply, Inc.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | Case No. 19-30088 (DM) |
| PG&E Corporation, | REQUEST FOR NOTICE |
| Debtor. | |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that American Construction and Supply, Inc., is a creditor in this case and hereby requests special notice of all events in the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules.

Counsel's (for Creditor American Construction and Supply, Inc.) contact information for purposes of service is:

//

Neil J. Bloomfield
BLOOMFIELD LAW GROUP, INC., P.C.
901 E St., Suite 100
San Rafael, CA 94901
email: njbloomfield@njblaw.com

Dated: April 12, 2019    BLOOMFIELD LAW GROUP, INC., P.C.

By    /s/ Neil J. Bloomfield
Neil J. Bloomfield. Attorney for Creditor
American Construction and Supply, Inc.