Rita M. Liotta (SBN 152823)
United States Navy
1 Avenue of the Palms, Suite 161
San Francisco, CA  94130
Tel: (415) 743-4718
Fax: (415) 743-4700
Email: rita.liotta@navy.mil

Attorney for the Federal Executive Agencies

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>　　　　　　　　Debtors. | Case Nos. 19-30088 DM (Lead Case)<br>　　　　　　19-30089 DM<br><br>Chapter 11<br>*Jointly Administered* |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* All papers shall be filed in the Lead Case No. 19-30088 DM. | Date:　May 8, 2019<br>Time:　9:30 a.m.<br>Place:　Courtroom 17<br>　　　　450 Golden Gate Avenue<br>　　　　San Francisco, California<br><br>DKT # 1324<br><br>OBJECTION DEADLINE: April 24, 2019 |

**JOINDER IN MOTION BY TURN FOR APPOINTMENT OF OFFICIAL COMMITTEE OF RATEPAYERS PURSUANT TO 11 U.S.C. §§ 1102(a)(2), 105(a)**

JOINDER

The Federal Executive Agencies (FEA) hereby joins in the Motion by Turn for Appointment of Official Committee of Ratepayers Pursuant To 11 U.S.C. §§ 1102(a)(2), 105(a) and requests that the Court order the appointment of a committee of ratepayer claimants on the grounds that (1) the current official committees do not provide adequate representation of ratepayers, and (2) ratepayer participation through an official committee is essential to the successful reorganization of the debtors herein.

Rita Liotta is willing to serve as a member of any official committee of ratepayer claimants.

Dated: April 12, 2019

By: */s/ Rita M. Liotta*
Rita M. Liotta

Attorney for the Federal Executive Agencies