# EXHIBIT A

**Declaration**

| | | |
|---|---|---|
| In re | ) | Case No. 19-30088 DM |
| | ) | |
| PG&E CORPORATION, | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor-in-Possession. | ) | |
| | ) | |
| | ) | |
| | ) | |
| In re | ) | Case No. 19-30089 DM |
| | ) | |
| PACIFIC GAS AND ELECTRIC | ) | Chapter 11 |
| COMPANY, | ) | |
| | ) | |
| | ) | |
| Debtor-in-Possession. | ) | |
| | ) | |
| | ) | |

**DECLARATION OF BRUCE A. MARKELL IN SUPPORT OF ORDER
APPOINTING BRUCE A. MARKELL AS FEE EXAMINER**

I, Bruce A. Markell, declare as follows:

1.      I am currently the Professor of Bankruptcy Law and Practice at the

Pritzker School of Law at Northwestern University in Chicago, a position I have held since May

of 2015.  My prior experience is set forth in my curriculum vitæ, which I attach as appendix 1 to

this declaration.  In brief summary, in addition to being a law professor, I was a United States

Bankruptcy Judge in the District of Nevada for nine years (and a member of the Ninth Circuit's

Bankruptcy Appellate Panel for six of those years), and was in private practice for approximately

ten years, resigning a partnership in the law firm of Sidley & Austin to become a law professor

in 1990.

1

2.    I am an active member in good standing of The State Bar of California (Bar Number 95471) and a member of the bar of the Northern District of California (although I have not appeared in this court for over 30 years). Although this engagement does not involve the practice of law, I have previously made the "Election To Practice Law" pursuant to 28 U.S.C. § 377(m) on Form 75 of the Administrative Office of the United States Courts.

3.    I am not affiliated with or representing any of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), or their creditors, or the Official Committee of Unsecured Creditors (the "OCUC"), or the Official Committee of Tort Claimants (the "Tort Committee"), or any other party in interest, or their attorneys, or their advisors, or any person or entity with claims against the Debtors estates.

4.    I have not previously represented or advised the Debtors.

5.    I do not own any shares of the Debtors' stock or otherwise maintain any ownership interest in the Debtors. I have examined my spouse's investments, which are held and managed separately from my property, and over which I have no legal rights or control. My spouse's investments are primarily managed by an affiliate of JPMorgan Chase and by the TIAA group of companies. None of these managers show that my spouse has any direct investments in any of the Debtors, but they do show holdings in various index and bond funds managed by affiliates of JPMorgan Chase and the Vanguard group of companies. As the holdings of these funds can and do change from time to time, I have not endeavored to determine the holdings of these index and bond funds.

6.    Except as set forth in ¶¶ 7 and 8 below, and to the best of my knowledge after inquiry, I have no connection to the Debtors, their creditors, the OCUC, the Tort Committee, their respective attorneys and/or advisors, or any person employed in the Office of

2

the United States Trustee for the Northern District of California (the "U.S. Trustee") or any other potential party in interest.

7. In making the averment in ¶6, I have I have reviewed the 215-page *PG&E Corporation and Pacific Gas and Electric Company Retention Checklist* filed on March 18, 2019 and entered on the docket of this court as Docket Number 935-1 ("Checklist"). After review of the Checklist, I would note the following connections as possible exceptions to the averment made in ¶6 (with each exception noted by category of connection, as those categories are set forth on page 15 of Docket Number 1210, filed April 3, 2019):

      **a.** *Debtors, Trade Names and Aliases, Affiliates and Subsidiaries*: No connections.

      ***b.*** *Bank Accounts:* I have personal checking accounts at, and maintain credit cards with, Bank of America, N.A. and JP Morgan Chase Bank, N.A. I will use my business checking account at JP Morgan Chase Bank, N.A. during any service as a fee examiner. Citibank, N.A., or an affiliate, has issued a credit card to me.

      **c.** *Bankruptcy Judges and Staff for the Northern District of California*: I disclose my connections to Judge Montali in ¶8.a. below. As to the other bankruptcy judges of the Northern District of California, I participate with Judge Efremsky in the Advanced Consumer Bankruptcy Practice Institute organized by retired bankruptcy judge Keith Lundin. To the extent that my tenure on the bankruptcy bench overlapped some of the current judges in the district of Northern California (which list includes Chief Judge Novack, Judge Efremsky, Judy Hammond, Judge Johnston and Judge Lafferty), I likely spoke with them while I was on the bench with respect to cases or judicial administration (and possibly sat on an appeal from one of their cases), but at present I cannot recall any specific conversation or appeal. Of the

3

staff listed, I have corresponded and worked with Peggy Brister in my work with Judge Montali. I do not recognize any of the other names, although I may have met them during the times the Bankruptcy Appellate Panel sat in San Francisco.

        **d.** *Current Officers and Directors*:  No connections.

        **e.** *Term and Revolvling Loan Lenders and Administrative Agents*: No connections other than those previously disclosed in ¶ 7.b. above.

        **f.** *Contract Counterparties*:  No connections other than those previously disclosed in ¶ 7.b. above.

        **g.** *DIP Lenders*:  No connections other than those previously disclosed in ¶ 7.b. above.

        **h.** *Debtors' Professionals*:  In 2014, my opinion in *In re Spickelmier*, 469 B.R. 903 (Bankr. D. Nev. 2012) won the Weil Gotshal March Madness tournament for having best quotation ever in a bankruptcy opinion (I received a miniature basketball from the firm for winning).  Marcia Goldstein, a partner in Weil, is a member of the National Bankruptcy Conference, as am I, and we have interacted at the Conference's annual meetings

        **i.** *Former Officers and Directors*:  No connections.

        **j.** *Affiliations of Former Officers*:  No connections.

        **k.** *Affiliations of Former Directors*: No connections.

        **l.** *Insurance/Insurance Provider/Surety Bonds*:  My homeowner's insurance policy is underwritten by a Chubb affiliate.

        **m.** *Surety Bonds*: No connections.

        **n.** *Landlords and Parties to Leases*:  No connections.

**o.** *Lenders*: No connections other than those previously disclosed in ¶ 7.b. above.

**p.** *Litigation Counterparties/Litigation Pending Lawsuits*: In addition to the connections disclosed in ¶7.*l* above, one of my daughters has a renter's policy of insurance issued by American Bankers Insurance Company of Florida, and an automobile policy of insurance through an affiliate of Geico General Insurance Company or Geico Indemnity Company, and I pay the premiums for both policies.

**q.** *Litigation Parties in Adv. Pro. 19-03003*: No connections.

**r.** *Ad Hoc Committee of Unsecured Tort Claimant Creditors*: In 2018, I was retained as a mediator for a chapter 11 case in which DLA Piper LLP (US), out of their Atlanta and New York offices, represented the debtor.

**s.** *Non-Debtor Professionals*: I have been on educational programs with members of FTI (although none within the last three years), and have conducted mediations in which FTI was present. The listed lead lawyer for the OCUC, Dennis Dunne, is a member of the National Bankruptcy Conference, as am I, and we have interacted at the Conference's annual meetings (the Checklist lists his firm as "*Milbak* Tweed Hadley & McCloy LLP;" I assume that is a typographical error). I was a summer associate in 1979, and was employed from 1981 to 1983, by Morrison & Foerster, and occasionally receive "alumi" publications from them.

**t.** *Ordinary Course Professionals*: Several professionals at Davis Polk & Waldwell LLP are members of the National Bankruptcy Conference (including Donald Bernstein, past chair of the conference, and Marshall Huebner), as am I, and I have interacted with them at annual meetings and in connection with the Conference's ongoing activities. I have been hired as an expert by Greenberg Traurig, and have co-authored an article with Mark Bloom

of their Miami office.  Richard Levin of Jenner & Block LLP is a co-editor-in-chief for Collier

on Bankruptcy, a publication for which I write and upon whose editorial board I sit; Ronald

Peterson of that same firm was a fellow Commissioner with me on the American Bankruptcy

Insitute's Consumer Bankruptcy Commission.  I was a partner at Sidley & Austin from 1988-

1990, and an associate there from 1985 to 1988.  I am currently a beneficiary of their pension

plan for staff (not partners).

        **u.** *Letters of Credit*:  No connections.

        **v.** *Regulatory and Government*:  No connections, although obviously

I am a citizen of the United States, and I am a prospective annuitant of the United States with

respect to my time of service as a bankruptcy judge.

        **w.** *Significant Competitors*: No connections.

        **x.** *Significant Shareholders*: No connections.

        **y.** *Significant holder of voting securities*:  A significant portion of my

retirement assets in my Northwestern University retirement plan are invested with an affiliate of

BlackRock Fund Advisors.  This investment, however, is not more than an estimated 20% of my

total retirement assets.

        **z.** *Taxing Authorities*:  No connections.

        **aa.** *Top Unsecured Creditors*:  No connections other than those

previously disclosed in ¶7.b. above.

        **bb.** *Unsecured Notes*: No connections other than those previously

disclosed in ¶7.b. above.

        **cc.** *UCC Lien Holders*: No connections.

        **dd.** *Unions*:  No connections.

**ee.** *Office of the United States Trustee for Region 17*:  When I was a judge, Nicholas Strozza occasionally appeared before me, although he was assigned generally to matters arising in Northern Nevada, not Southern Nevada where I sat.

**ff.** *Utility Providers*:  Comcast is my cable services provider.  An affiliate of T-Mobile provides my mobile phone service.

**gg.** *Vendors/Suppliers*: No connections.

**hh.** *Interested Parties/Notice of Appearance Parties*:  No connections other than those previously disclosed in ¶7.b. above.

8.      I have also examined my other relationships and associations.  After that review, I would note the following connections as exceptions to the averment made in ¶6:

      **a.**  While a bankruptcy judge, I sat with Judge Montali on the Bankruptcy Appellate Panel many times.  I have worked in his chambers and with his court staff during times when the Bankruptcy Appellate Panel sat in San Francisco, as Judge Montali would graciously make his courtroom available to hear oral arguments, and his chambers available for conferences.  Since I retired from the bench, I have have corresponded irregularly with Judge Montali.  Upon the filing of this case, and before I was ever contacted by the Office of the United States Trustee, I sent Judge Montali an email commenting upon his selection as the case judge; he responded.  I have had no further communications with Judge Montali since then.

7

**b.** As indicated on my attached curriculum vitæ, I have a long history of membership in honorary organizations such as the American Law Institute, the American College of Bankruptcy, the National Bankruptcy Conference, and the American Bankruptcy Institute, among others. My curriculum vitæ also discloses that I have a similar long history of speaking at various conferences and legal education seminars. I undoubtedly have been on a panel or have worked with many of the professionals who will be associated in this case, but my memory is such that I cannot provide a comprehensive list of all such connections (and the professionals I have worked with may have changed their firm affiliations since I worked with them). I can say with assurance, however, that past experiences working with any professional on such matters will not influence or color my duties as fee examiner.

**c.** I have served as a Commissioner on the American Bankruptcy Institutes Consumer Law Commission. In that capacity, I have worked with Director Clifford White, the Executive Director of the United States Trustee Program, who was an ex officio member of the Commission.

**d.** My current employer, Northwestern University, undoubtedly employs many law firms in the course of its operations. I do not have access to the list of such firms, and thus it is possible that a firm with a position in this case may also represent my employer.

8

**e.** I joined *Brief For Amici Curiae Bankruptcy Law Scholars In Support Of Petitioners* in *Baker Botts L.L.P. v. ASARCO LLC*, 135 S. Ct. 2158 (2015). I wrote about the case, and the sting of losing, in *Loser's Lament: Caulkett and ASARCO*, BANKRUPTCY LAW LETTER (August 2015).

**f.** Since retiring from the bench, I have been hired to work on various domestic and international matters as an expert or consultant. Two of my engagements involved reviewing fees:

    **i.** In June of 2014, Brady Williamson of Godfrey & Kahn hired me to review fees in In re Residential Capital, LLC, et al., Case No. 12-12020 (MG) (Bankr. S.D.N.Y.).

    **ii.** In the fall of 2014, Richardo Kilpatrick of Kilpatrick & Associates, P.C. hired me as an expert to review the fees of one of the indenture trustees the City of Detroit bankruptcy.

**g.** My sister resides in a service area for electricity and gas provided by the Debtors.

9. In the event that additional information becomes available that reveals any other connections with parties in interest, I will amend or supplement this declaration as necessary.

10. I do not believe that serving as fee examiner in the above-captioned chapter 11 cases, or any of the other disclosed connections with potential parties in interest, presents any conflict of interest.

9

11.     From 2014 to the present, my customary hourly rate for consulting on domestic and foreign bankruptcy matters has been $900 per hour.  As of January 1, 2019, I had planned to increase that rate to $1,000 per hour, but I have not taken on any new consulting matters since then, and so have not charged that rate as yet.  For all engagements, I request a reimbursement of expenses.  I irregularly revise my hourly rate to match what I perceive to be the market rate for someone of my experience.  With respect to this case, however, I will provide at least ten (10) days advance notice of the revised regular hourly rate to counsel to the Debtors, the U.S. Trustee, and counsel to the OCUC and counsel to the Tort Committee.

12.     Subject to the next two paragraphs, I have agreed to be compensated as follows:

       a.   an initial, one-time, setup fee of $25,000; and thereafter,

       b.   a flat fee of $75,000 per month for the duration of this engagement.

13.     The initial setup fee will cover the cost of preparing and obtaining approval of a fee protocol, the cost of obtaining and training staff, and will allow the development of data analytics and analysis that are based upon practice in the case thus far.  Approximately $15,000 of the setup fee will be allocated to the fees and expenses of Joseph Tiano and his firm Legal Decoder, Inc., whose data analytics software I plan to use to perform my analyses in this case

14.     From my monthly flat fee, I will pay all expenses of the engagement, including:

       a.   The subscription and licensing fees of Legal Decoder, Inc., whose data analytics software I plan to use as the basis of my examinations for the duration of my appointment.  Legal Decoder

10

will charge me a flat monthly licensing fee of $40,000 for its license and related services;

b. The hourly fees to be charged by those I employ as fee reviewers (at an estimated $50 to $100 per hour based on experience);

c. The costs and expenses related to any of my court appearances, together with all travel expenses related to any such court appearances. I will not charge any time present in court or related to my travel, nor will I charge for meals incurred during my travels. Time and expenses for any other person that I have employed, however, will be outside the flat fee, and subject to the next paragraph; and

d. All other costs and expenses incurred that, in the exercise of my judgment, are necessary or appropriate to fulfill my obligations as fee examiner after the initial setup phase. These include any expenses for (i) an office or for any services normally associated with an office (such as telephone, staff assistance or other items of overhead), and (ii) any reimbursements requested by my current employer, Northwestern University.

15. The flat fee compensation does **not** include:

a. Travel and related expenses for anyone other than me necessary for any court appearance requested by any party other than myself;

b. Time spent by me or anyone employed by me that relates to responding to discovery requests of any type, or for any testimony,

11

or for the preparation or of either. If such activities arise in the course of my appointment, they will be charged at the affected individual's then-currently hourly rate;

c.   Time spent by Legal Decoder's personnel for:

    i.   preparation, normalization, reviewing, or manipulation of data or other information (both invoice data and professional biographical data) provided by professionals in non-LEDES format or not in compliance with data format and transfer requirements in the Fee Examiner protocol;

    ii.   attending (in person or telephonically) any conference, deposition, hearing or other meeting; or

    iii.   preparing any non-standard or customized report.

d.   If any of the activities covered by the preceding sub-paragrph are undertaken by Legal Decoder personnel in the course of my appointment, Legal Decoder will bill their time monthly at an hourly rate ranging from $75 to $325 per hour (based on such individual's expertise), and the aggregate total added to my monthly flat fee. I will then pay the amount directly to Legal Decoder; or

e.   time and expenses of any local counsel or other professional I may hire to represent me in this matter.

16.   All individuals or entities I employ as anticipated in paragraph 14 will be retained as independent contractors and not as part-time or full-time employees. Each person so

employed will file with the court a declaration stating their current hourly rate (if one exists), and averring that he or she:

    a.  does not hold or represent an interest adverse to the estate, or any professional whose fees are to be reviewed;

    b.  is disinterested with respect to the estate and as to any professional whose fees are to be reviewed; and

    c.  will update such declaration if there is any change of circumstances which would cause any prior declaration to be misleading or inaccurate in any substantial manner.

For purposes of this paragraph "interest adverse" and "disinterested" take the meaning given to them in Section 327(a) of the Bankruptcy Code.

17. My appointment at Northwestern University is a full time position. Accordingly, my first responsibility is to Northwestern University and to my students. As a consequence, much of my work will be done at odd hours and weekends consistent with my teaching and other duties and responsibilities at Northwestern. I have consulted with other fee examiners, however, and believe that I can fully perform as a fee examiner in this case consistent with full performance of my duties at Northwestern. In this regard, I have disclosed this to my Dean (who is my ultimate supervisor), and she has approved my course of conduct in seeking and performing the fee examiner role in this case.

18. As required by Section 504 of the Bankruptcy Code, I affirm that I have not agreed to share any compensation or reimbursement received in connection with this chapter 11 case with any other person.

Case: 19-30088   Doc# 1370-1   Filed: 04/12/19   Entered: 04/12/19 16:31:48   Page 14 of 43

19.     I understand that any request for payment from the Debtors' estates for compensation and reimbursement of expenses incurred in the performance of my services as the fee examiner will be subject to the approval of this Court and will be made in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules for the United States Bankruptcy Court for the Northern District of California and orders of this Court, and applicable guidelines of the Office of the United States Trustee.  This includes the flat fee request and the payments contained in ¶¶ 12-15 above.

20.     In approving my retention, I ask that the court authorize the Debtors' estates to commence payment of the flat fee provisions of ¶¶ 12-14 above.

21.     The facts set forth herein are true and correct to the best of my knowledge, information, and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Signed April 11, 2019 at Chicago, Illinois.

_Bruce A. Markell_

_____

Bruce A. Markell

14

**Curriculum Vitæ of Bruce A. Markell**

### BRUCE A. MARKELL
*Professor of Bankruptcy Law and Practice*
Northwestern University Pritzker School of Law
375 East Chicago Avenue, Chicago, Illinois 60611-3069
(312) 503-4060 | bmarkell@law.northwestern.edu
*[contact information above not to be used for service purposes]*

---

## POSITIONS HELD

*Professor of Bankruptcy Law and Practice,* Northwestern University Pritzker School of Law, June 2015 to present.

*Jeffrey A. Stoops Professor of Law,* The Florida State University College of Law, July 2013 to May 2015.

*United States Bankruptcy Judge for the District of Nevada*, July 2004 to July 2013; Member, Bankruptcy Appellate Panel for the Ninth Circuit Court of Appeals, August 2007 to July 2013.

*Senior Fellow in Bankruptcy and Commercial Law*, William S. Boyd School of Law, University of Nevada, Las Vegas, January 2005 to July 2013.

*Doris S. and Theodore B. Lee Professor of Law*, William S. Boyd School of Law, University of Nevada, Las Vegas, June 1999 to July 2004.

*Professor of Law*, Indiana University—Bloomington, August 1994 to May 1999, Associate Professor of Law, May 1990 to July 1994.

*Partner*, Sidley & Austin, Los Angeles, California, January 1988 to May 1990, (Associate Attorney, May 1985 to December 1987).

*Associate Attorney,* Sachs & Phelps, Los Angeles, California, May 1983 to April 1985; Morrison & Foerster, Los Angeles, California, October 1981 to April 1983.

*Clerkship*, Law Clerk to the Honorable Anthony M. Kennedy, Judge, United States Court of Appeals for the Ninth Circuit, September 1980 to September 1981.

## EDUCATION

*King Hall School of Law, University of California, Davis.*
  Degree: J.D., May 1980.
  Graduated first in class; School of Law Medal; Order of the Coif.
  Editor-in-Chief, 1979-1980; Member, 1978-1979; U.C. DAVIS LAW REVIEW.
  American Jurisprudence Awards: Civil Procedure; Federal Jurisdiction; Wills and Trusts; Business Corporations I and II.

*Pitzer College, Claremont, California.*
  Degree: B.A., June 1977.
    Concentrations: Philosophy and Economics.

Theses (unpublished):
> *Grice's Recursive Definition of Truth and Wittgenstein's Views on Meaning in the* TRACTATUS LOGICO PHILOSOPHICUS *and in the* PHILOSOPHICAL INVESTIGATIONS (Philosophy).
> *The Proper Measure of Punitive Damages in Tort Cases* (Economics).

College representative, University College exchange program, Oxford University, 1975-1976.

## DISTINCTIONS

Member, American Law Institute (elected 1997).

Conferee, National Bankruptcy Conference (elected as conferee in 1999; member of Executive Committee, 2014-2016).

Fellow, American College of Bankruptcy (elected as fellow in 2000; Scholar-in-Residence, 2013-2016).

Member, International Insolvency Institute (elected as charter member 2000; member, Board of Directors, 2011-2013).

Commissioner, American Bankruptcy Institute's Commission on Consumer Bankruptcy, 2017-present (Chair of Case Administration and the Estate Committee).

Member, Editorial Advisory Board, ANNUAL REVIEW OF INSOLVENCY LAW (2018-present).

Shakespeare-Martineau Lecturer, Insol Academics Forum, October 4, 2017 (Warsaw, Poland).

Contributing Editor, *Bankruptcy Law Letter* (Thomson-Reuters), 2013-present.

Consultant, International Monetary Fund (assisted with review of insolvency laws, or proposed insolvency laws, of Ireland, Bosnia-Herzegovina, Poland, Portugal, Spain, Greece, Montenegro, Serbia, Cyprus, Romania, Belarus, Georgia, and Pakistan), 2011-present.

Consultant, Checchi and Company Consulting, Inc. (USAID Contractor), with respect to: revision and drafting of new bankruptcy law for Kosovo, adopted in June 2016 (2013-2016); and revision and drafting of bankruptcy and secured transactions law for Indonesia (1999-2002).

Member, *Board of Editors*, COLLIER ON BANKRUPTCY, 2000 to present.

Founding Faculty, Advanced Consumer Bankruptcy Practice Institute, 2009-present (NITA-style litigation skills training seminar for consumer bankruptcy attorneys).

Associate Editor, *The American Bankruptcy Law Journal*, 2006 to 2008; member, Editorial Advisory Board, 1998 to 2001; Peer Reviewer, 2009 to present.

Official Representative to UNCITRAL, International Bar Association (Committee J), 1998-2001.

1999 Editors' Prize, by *The American Bankruptcy Law Journal*.

# Law Teaching And Lecturing

### Courses Taught

#### First Year Courses
Contracts (3, 4, 5, and 6 units, and adapted for LL.M. students)

#### Bankruptcy Courses
Basic Bankruptcy (taught as overview course, and as a basic course with emphasis on business bankruptcy)

Advanced Bankruptcy (taught as seminar on advanced topics in chapter 11, and as simulation course for consumer, business and international bankruptcy)

International Bankruptcy (comparative and cross-border)

#### Commercial Law Courses
Sales and Leases (Articles 2 and 2A of Uniform Commercial Code)

Payment Systems (coverage of Articles 3, 4, and 5 of Uniform Commercial Code, and coverage of consumer credit, such as credit cards, debit cards, and electronic funds transfers)

Secured Transactions (Article 9 of Uniform Commercial Code)

Secured Transactions for LL.M. Students (coverage of Article 9 of the Uniform Commercial Code and basic concepts of common law personal property)

Payment Systems and Secured Transactions (survey of Articles 3,4, and 9 of the Uniform Commercial Code along with coverage of consumer credit, such as credit cards, debit cards, ACH payments and cryptocurrencies)

Uniform Commercial Code Survey (Articles 2, 3, 4, and 9)

#### Other Courses
Securitization

Law and Finance (co-taught with Indiana University's School of Business)

Drafting Commercial Legislation in Emerging Economies (Kosovo Bankruptcy Code)

Current Topics in Commercial Law

### Teaching Awards and Distinctions

Recipient, *Law Professor of the Year* award, 2001 (voted on by student body of William S. Boyd School of Law, University of Nevada, Las Vegas).

Recipient, Indiana University School of Law's *Gavel Award*, 1998 (awarded by graduating class to individual who "gave the most" to the class).

TERA Award (Teaching Excellence Recognition Award), 1997.

Louis P. Niezer Faculty Fellow, Indiana University, 1995-1996.

### Visiting Positions

*May 2018,* Visiting Professor of Law, Peking University School of Law, Beijing, China.

*May 2018,* Visiting Professor of Law, KoGuan Law School, Shanghai Jiao Tong University, Shanghai, China.

*September 2014 to December 2014,* Visiting Professor of Law, Northwestern University School of Law, Chicago, Illinois (Adjunct Professor of Law, January 2015 to May 2015).

*May 2014 and May 2012*, Visiting Professor, Queensland University of Technology School of Law, Brisbane, Australia.

*March 2011*, Visiting Lecturer, Tokyo University School of Law/Waseda University Law School.

*February 2011* and *March 2008*, Visiting Professor, University of Illinois College of Law, Champaign-Urbana, Illinois.

*January 1999 to June 1999*, Bruce W. Nichols Visiting Professor of Law, Harvard Law School.

Southeastern Bankruptcy Institute Visiting Professor of Law, 1999, Georgia State University, Atlanta, Georgia.

*July 1996 to December 1996*, Visiting Professor of Law, University of California—Davis.

*August 1993 to December 1993*, Visiting Associate Professor of Law, Emory University School of Law.

## Scholarship and Other Publications

### Books

CONTRACTS: MAKING AND DOING DEALS (5th ed. West Academic Group 2018) (with David G. Epstein and Lawrence Ponoroff).

*Editor*, Bob Wessels and Ilya Kokorin, EUROPEAN UNION REGULATION ON INSOLVENCY PROCEEDINGS: AN INTRODUCTORY ANALYSIS (2018).

BANKRUPTCY: DEALING WITH FINANCIAL FAILURE FOR INDIVIDUALS AND BUSINESSES (4th ed. West Academic Group 2015) (with David G. Epstein, Steve Nickles and Larry Ponoroff).

TRANSNATIONAL COOPERATION IN BANKRUPTCY AND INSOLVENCY MATTERS (Oxford University Press 2009) (with Professors Bob Wessels and Jason Kilborn).

CORE CONCEPTS IN COMMERCIAL LAW: PAST, PRESENT AND FUTURE (West Group 2004) (with John Dolan and Lawrence Ponoroff).

SECURITIZATION, STRUCTURED FINANCE AND CAPITAL MARKETS (LexisNexis 2004) (with Steven L. Schwarcz & Lissa Broome) (translated into Japanese, 2007).

### Articles

*Infinite Jest: The Otiose Quest for Completeness in Validating Insolvency Judgments,* 93 CHI.-KENT LAW REV. 751 (2018).

*Substantive Consolidation In United States Bankruptcy Cases,* INSOL WORLD, Fourth Quarter, 2017, at 20 (with Mark D. Bloom).

*Reining in the Rich: Using Equity to Thwart Offshore Asset Protection Trusts*, in ANNUAL REVIEW OF INSOLVENCY LAW 473 (Janis Sarra & Hon. Barbara Romaine, eds., 2017).

*Fair Equivalents and Market Prices: Bankruptcy Cramdown Interest Rates,* 33 EMORY BANKR. DEV. J. 92 (2016).

*Comity, Chapter 15, and the Enforcement of Foreign Country Money Judgments in the United States*, in ANNUAL REVIEW OF INSOLVENCY LAW 697 (Janis Sarra & Hon. Barbara Romaine, eds., 2016).

*The Sub Rosa Subchapter: Individual Debtors in Chapter 11 After BAPCPA*, 2007 ILL. L. REV. 67.

*Bewitched By Language: Wittgenstein and the Practice of Law*, 32 PEPPERDINE L. REV. 801 (2005).

*Alive at Twenty-Five?: A Short Review of the Supreme Court's Bankruptcy Jurisprudence, 1979-2004*, 78 AM. BANKR. L.J. 373 (2005) (with Lee Dembart).

*White's Wheel*, 12 AM. BANKR. L. INST. L. REV. 193 (2003).

*Uncommercial Transactions and Insider Transactions Under the Uniform Fraudulent Transfer Act: Separated at Birth?*, INSOL WORLD, May 2003, at 13.

*Slouching Towards Fairness: A Reply to the ABCNY's Proposal on Unfair Discrimination*, 58 BUS. LAWYER 109 (2002).

*The Priority Provisions of the UNCITRAL Convention on the Assignment of Receivables in International Trade*, 11 INT'L INSOLVENCY REV. 121 (2002) (with Richard Broude).

*UNCITRAL'S Receivables Convention: The First Step, but Not the Last: A Comment,* 12 DUKE J. OF COMP. & INT'L L. 401 (2002).

*Lawyer-Made Law, Lex Juris and Confusing the Message with the Messenger: A Comment on Frankel*, 12 DUKE J. OF COMP. & INT'L L. 493 (2002).

*Following Zaretsky: Fraudulent Transfers and Unfair Risk*, 75 AM. BANKR. L.J. 317 (2001).

*Sorting and Sifting Fact From Fiction: Empirical Research and The Face of Bankruptcy*, 75 AM. BANKR. L.J. 145 (2001) (reviewing TERESA A. SULLIVAN, ELIZABETH WARREN AND JAY LAWRENCE WESTBROOK, THE FRAGILE MIDDLE CLASS: AMERICANS IN DEBT).

*Report of the Deposit Accounts Task Force to the Article 9 Drafting Committee*, 54 CONSUMER FIN. L. QUARTERLY RPT. 203 (2000) (with John F. Hilson, Stephen L. Sepinuck and William D. Warren).

LaSalle *and the Little Guy: An Examination of the Ultimate Impact of* Bank of America, NT & SA v. 203 North LaSalle Street Partnership, 16 BANKR. DEV. J. 345 (2000).

*From Property to Contract and Back: An Examination of Deposit Accounts and Revised Article 9*, 74 CHICAGO-KENT LAW REVIEW 963 (1999).

*Hope in the Heartland: Chapter 11 Dispositions in Indiana and Southern Illinois, 1990-1996*, 50 S.C.L. REV. 343 (1999) (with Steven Ancel).

*A View From the Field: Some Observations on the Effect of International Commercial Law Reform Efforts on the Rule of Law*, 6 IND. J. GLOBAL L. STUD. 497 (1999).

*Bankruptcy, Impeachment and History*, 15 BANKR. DEV. J. 253 (1999).

Case: 19-30088    Doc# 1370-1    Filed: 04/12/19    Entered: 04/12/19 16:31:48    Page 20 of 43

*A New Perspective on Unfair Discrimination in Chapter 11*, 72 AM. BANKR. L.J. 471 (1998).

*Criminal Counseling: Advising Financially-Distressed Clients in Light of the Crime-Fraud Exception to the Attorney-Client Privilege*, THE PROFESSIONAL LAWYER (Symposium Issue 1998).

*Changes in Attitudes, Changes in Platitudes: A Short Examination of Non-Uniform Approaches to Business Insolvency*, 6 AM. BANKR. INST. L. REV. 35 (1998).

*The Folly of Representing Insolvent Corporations: Examining Lawyer Liability and Ethical Issues Involved in Extending Fiduciary Duties to Creditors*, 6 J. BANKR. L. & PRACTICE 403 (1997).

*Truth?*, 72 IND. L.J. 1115 (1997) (reviewing DENNIS PATTERSON, LAW & TRUTH).

*Digital Demons and Lost Lawyers*, 48 FED. COMM. L.J. 545 (1996) (reviewing ETHAN KATSH, LAW IN A DIGITAL WORLD).

*Introduction: Report of the Debtor-Creditor Committee of the Indiana State Bar Association Reporting on and Recommending Adoption of the Indiana Uniform Fraudulent Transfer Act*, 28 IND. L. REV. 1195 (1995).

*Clueless on Classification: Toward Removing Artificial Limits on Chapter 11 Claim Classification*, 11 BANKR. DEV. J. 1 (1995).

*Bankruptcy Crimes and the Federal Sentencing Guidelines*, 7 FEDERAL SENTENCING REPORTER 49 (July/August 1994) (with Leah Lorber).

*Conspiracy, Literalism, and Ennui at the Supreme Court: An Examination of Bankruptcy Cases Decided From 1990 to 1993*, 41 FEDERAL BAR NEWS & JOURNAL 174 (March/April 1994).

*Bankruptcy, Lenity, and the Statutory Interpretation of Cognate Civil and Criminal Statutes,* 69 IND. L. J. 335 (1994).

*The Case Against Breakup Fees in Bankruptcy*, 66 AM. BANKR. L.J. 349 (1992).

*Owners, Auctions and Absolute Priority in Bankruptcy Reorganizations*, 44 STAN. L. REV. 69 (1991).

*Toward True and Plain Dealing: A Theory of Fraudulent Transfers Involving Unreasonably Small Capital*, 21 IND. L. REV. 469 (1988).

*Children Take Their Lumps—The Sorry State of Children's Tort Recovery*, 12 U.C. DAVIS L. REV. 797 (1979).

### Treatise Chapters

*Overview of Bankruptcy*, Chapter 1 in COLLIER ON BANKRUPTCY (16th ed. 2009).

*Bankruptcy Crimes*, Chapter 7 in COLLIER ON BANKRUPTCY (16th ed. 2011).

*Mediation in Bankruptcy*, Chapter 12 in COLLIER ON BANKRUPTCY (15th ed. rev. 2000).

*History of United States Bankruptcy Legislation*, Chapter 20 in COLLIER ON BANKRUPTCY (16th ed. 2009).

*Power of Court*, Chapter 105 in COLLIER ON BANKRUPTCY (16th ed. 2018).

*Fraudulent Transfers*, Chapter 548 in COLLIER ON BANKRUPTCY (16th ed. 2017).

*Claims and Interests*, Chapter 1111 in COLLIER ON BANKRUPTCY (16th ed. 2017).

*Property of the Estate*, Chapter 1115 in COLLIER ON BANKRUPTCY (16th ed. 2017).

*Confirmation of Plan*, Chapter 1129 in COLLIER ON BANKRUPTCY (16th ed. 2017).

Volume 3, COLLIER BANKRUPTCY MANUAL [Revision Editor, Chapter 11 Bankruptcy Practice] (3d ed. 1997) (first issued December 1997; revised February 2006).

*Cramdown*, Chapter 91, Collier Bankruptcy Practice Guide (2018).

### Teaching Aids

SHORT AND HAPPY GUIDE TO BANKRUPTCY (West Group, Inc., 2016) (with Lawrence Ponoroff).

SHORT AND HAPPY GUIDE TO CONTRACTS (West Group, Inc., 2d ed. 2019) (with David Epstein and Lawrence Ponoroff).

QUESTIONS & ANSWERS: BANKRUPTCY (LexisNexis Publishing, 2010) (with Mary Jo Wiggins).

QUESTIONS & ANSWERS: SECURED TRANSACTIONS (LexisNexis Publishing, 3d ed. 2017) (with Timothy R. Zinnecker).

### Published Decisions

Hasse v. Rainsdon (*In re* Pringle), 495 B.R. 447 (B.A.P. 9th Cir. 2013)

*In re* Henderson, 492 B.R. 537 (Bankr. D. Nev. 2013)

*In re* Phillips, 491 B.R. 255 (Bankr. D. Nev. 2013)

*In re* Seare, 493 B.R. 158 (Bankr. D. Nev. 2013)

*In re* Stanley, 514 B.R. 27 (Bankr. D. Nev. 2012)

Van Zandt v. Mbunda (*In re* Mbunda), 484 B.R. 344 (B.A.P. 9th Cir. 2012)

Heritage Pacific Financial, LLC v. Machuca (*In re* Machuca), 483 B.R. 726 (B.A.P. 9th Cir. 2012)

Hopkins v. Asset Acceptance LLC (*In re* Salgado-Nava), 473 B.R. 911 (B.A.P. 9th Cir. 2012)

*In re* Jack, 471 B.R. 252 (Bankr. D. Nev. 2012)

*In re* Spickelmier, 469 B.R. 903 (Bankr. D. Nev. 2012) (won the Weil Gotshal 2014 March Madness tournament for having best quotation ever in a bankruptcy opinion)

*In re* Renteria, 470 B.R. 838 (B.A.P. 9th Cir. 2012)

California Employment Dev. Dep't v. Hansen (*In re* Hansen), 470 B.R. 535 (B.A.P. 9th Cir. 2012)

Dietz v. Ford (*In re* Dietz), 469 B.R. 11 (B.A.P. 9th Cir. 2012) (concurring opinion)

*In re* Lattin, 461 B.R. 832 (Bankr. D. Nev. 2011)

Barnes v. Belice (*In re* Belice), 461 B.R. 564 (B.A.P. 9th Cir. 2011)

*In re* Las Vegas Monorail Co., 462 B.R. 795 (Bankr. D. Nev. 2011) (feasibility)

*In re* Franklin, 459 B.R. 463 (Bankr. D. Nev. 2011)

*In re* Smith, 462 B.R. 783 (Bankr. D. Nev. 2011)

*In re* Schivo, 462 B.R. 765 (Bankr. D. Nev. 2011)

*In re* Marciano, 459 B.R. 27 (B.A.P. 9th Cir. 2011) (dissent)

*In re* Las Vegas Monorail, 458 B.R.553 (Bankr. D. Nev. 2011) (fees)

*In re* Hotels Nevada, LLC, 458 B.R. 560 (Bankr. D. Nev. 2011)

*In re* Ellsworth, 455 B.R. 904 (B.A.P. 9th Cir. 2011)

*In re* Edwards, 454 B.R. 100 (B.A.P. 9th Cir. 2011)

*In re* Stanton, 457 B.R. 80 (Bankr. D. Nev. 2011)

*In re* Veal, 450 B.R. 897 (B.A.P. 9th Cir. 2011)

*In re* Hill, 450 B.R. 885 (B.A.P. 9th Cir. 2011)

*In re* Okosisi, 451 B.R. 90 (Bankr. D. Nev. 2011)

Meyer v. Scholz (*In re* Scholz), 447 B.R. 887 (B.A.P. 9th Cir. 2011)

*In re* Big3D, Inc., 438 B.R. 214 (B.A.P. 9th Cir. 2011) (concurrence)

*In re* Blue Pine Group, Inc., 448 B.R. 267 (Bankr. D. Nev. 2010)

*In re* Las Vegas Monorail Co., 429 B.R. 770 (Bankr D. Nev. 2010) (chapter 9 eligibility)

*In re* Las Vegas Monorail Co., 429 B.R. 317 (Bankr D. Nev. 2010) (cash collateral)

*In re* Pagaduan, 429 B.R. 752 (Bankr. D. Nev. 2010)

*In re* Shat, 424 B.R. 854 (Bankr. D. Nev. 2010)

*In re* Applebaum, 422 B.R. 68 (B.A.P. 9th Cir. 2009) (dissent)

*In re* Palmdale Hills Property, LLC, 423 B.R. 655 (B.A.P. 9th Cir. 2009) (dissent)

*In re* Sanford, 403 B.R. 831 (Bankr. D. Nev. 2009)

*In re* Betcorp Ltd., 400 B.R. 266 (Bankr. D. Nev. 2009)

Buenting v. Crystal Cascades Civil, LLC (*In re* Crystal Cascades Civil, LLC), 398 B.R. 23 (Bankr. D. Nev. 2008)

Adelson v. Smith (*In re* Smith), 397 B.R. 134 (Bankr. D. Nev. 2008) (stay pending appeal following disclosure of gaming licensee's file)

Adelson v. Smith (*In re* Smith), 397 B.R. 124 (Bankr. D. Nev. 2008) (requiring disclosure of gaming licensee's file)

Americredit Fin. Servs., Inc. v. Penrod (*In re* Penrod), 392 B.R. 835 (B.A.P. 9th Cir. 2008)

Ryan v. United States (*In re* Ryan), 389 B.R. 710 (B.A.P. 9th Cir. 2008) (dissent)

USAA Fed. Sav. Bank v. Thacker (*In re* Taylor), 390 B.R. 654 (B.A.P. 9th Cir. 2008)

Clear Channel Outdoor, Inc. v. Knupfer (*In re* PW, LLC), 391 B.R. 25 (B.A.P. 9th Cir. 2008)

Momot v. Rossana (*In re* Rossana), 395 B.R. 697 (Bankr. D. Nev. 2008)

*In re* Martinez, 393 B.R. 27 (Bankr. D. Nev. 2008)

Adelson v. Smith (*In re* Smith), 389 B.R. 902 (Bankr. D. Nev. 2008)

*In re* Flamingo 55, Inc., 378 B.R. 893 (Bankr. D. Nev. 2007)

Cohen v. Lopez (*In re* Lopez), 372 B.R. 40 (B.A.P. 9th Cir. 2007) (sitting *pro tem*), *aff'd*, 550 F.3d 1202 (9th Cir. 2008) (adopting Bankruptcy Appellate Panel's opinion as published opinion of the Ninth Circuit)

Leonard v. Coolidge (*In re* Nat'l Audit Defense Network), 367 B.R. 207 (Bankr. D. Nev. 2007)

*In re* Slusher, 359 B.R. 290 (Bankr. D. Nev. 2007)

*In re* Aston-Nevada Ltd. P'ship, 391 B.R. 84 (Bankr. D. Nev. 2006)

*In re* Trejos, 352 B.R. 249 (Bankr. D. Nev. 2006)

*In re* 7-Hills Radiology, LLC, 350 B.R. 902 (Bankr. D. Nev. 2006)

*In re* Trans Max Technologies, Inc., 349 B.R. 80 (Bankr. D. Nev. 2006)

*In re* Schwalb, 347 B.R. 726, 60 U.C.C. Rep. Serv. 2d 755 (Bankr. D. Nev. 2006)

Homestead Holdings, Inc. v. Broome & Wellington (*In re* PTI Holding Corp.), 346 B.R. 820 (Bankr. D. Nev. 2006)

*In re* Fernandes, 346 B.R. 521 (Bankr. D. Nev. 2006)

*In re* Kane, 336 B.R. 477 (Bankr. D. Nev. 2006)

North American Deed Co. v. Joseph (*In re* North American Deed Co.), 334 B.R. 443 (Bankr. D. Nev. 2005)

*In re* Walker, 332 B.R. 820 (Bankr. D. Nev. 2005)

Lehtonen v. Time Warner, Inc. (*In re* PurchasePro.com, Inc.), 332 B.R. 417 (Bankr. D. Nev. 2005)

Leonard v. Optimal Payments, Ltd. (*In re* National Audit Defense Network), 332 B.R. 896 (Bankr. D. Nev. 2005)

Acton v. Fullmer (*In re* Fullmer), 323 B.R. 287 (Bankr. D. Nev. 2005)

Darby v. Zimmerman (*In re* Popp), 323 B.R. 260 (B.A.P. 9th Cir. 2005) (sitting *pro tem*)

AE Restaurant Associates, LLC v. Giampietro (*In re* Giampietro), 317 B.R. 841 (Bankr. D. Nev. 2004)


### *Continuing Education and General Service*

*The Clock Strikes Thirteen: The Blight of Horizontal Gifting,* Bankruptcy Law Letter (Thomson Reuters; December 2018).

*Thoughts On The Discharge And Contempt*, Bankruptcy Law Letter (Thomson Reuters; September 2018).

*The Dogs That Didn't Bark:* FTI, Lakeside *and Unaddressed Questions*, Bankruptcy Law Letter (Thomson Reuters; June 2018).

*Thinking Outside the Boundaries:  Extraterritoriality and Avoiding Powers,* Bankruptcy Law Letter (Thomson Reuters; March 2018).

*Comments on Selfishly-Settled Trusts: Fulminations Over Fraud and Asset Protection Trusts,* Bankruptcy Law Letter (Thomson Reuters; November 2017).

*Meoli Madness: Good Faith, Knowledge, and Notice in Ponzi Schemes*, Bankruptcy Law Letter (Thomson Reuters; August 2017).

*Stumbling at the Sixth: A Troubling Test for Transfers in* Meoli v. The Huntington National Bank, Bankruptcy Law Letter (Thomson Reuters; May 2017).

Program Materials, *Substantive Consolidation in United States Bankruptcy Cases*, INSOL São Paulo One Day Seminar, São Paulo, Brazil, May 25, 2017.

Program Materials, *Section 546(e) and Circuit Splits*, 66th Seventh Circuit Bar Association Annual Meeting, Indianapolis, Indiana, May 1, 2017.

Response, *Structured Lingchi: Czyzewski v. Jevic Holding Corp.*, Geo. Wash. L. Rev. On the Docket (Apr. 3, 2017), http://www.gwlr.org/structured-lingchi-czyzewski-v-jevic-holding-corp/.

Husky*, Actual Fraud, and Fraud on the Court,* Bankruptcy Law Letter (Thomson Reuters; February 2017).

*Fair Equivalents and Market Prices: Bankruptcy Cramdown Interest Rates*, Harvard Law School Bankruptcy Roundtable (Feb. 7, 2017), https://blogs.harvard.edu/bankruptcyroundtable/2017/02/07/1276/.

*The Dysfunction of Ponzi Presumptions,* Bankruptcy Law Letter (Thomson Reuters; November 2016).

*Fool's Gold?: Opting Out of Bankruptcy By Manipulating State Entity Law,* Bankruptcy Law Letter (Thomson Reuters; August 2016).

*"Shoot the. . .": Holes in Make Whole Premiums,* Bankruptcy Law Letter (Thomson Reuters; May 2016).

*Ponzi Scum, Avoidable Transfers, and Selfishly Settled Trusts: An Examination of Recent Trends in State and Federal Fraudulent Transfer Law,* Program Materials for 29th Annual Northwestern Bankruptcy Law Institute, Seattle, Washington, April 8, 2016.

*To Market, To Market:* Momentive *and Secured Creditor Cram Down Interest Rates*, Bankruptcy Law Letter (Thomson Reuters; February 2016).

*Three More for the Core:* Wellness, Caulkett*, and* Bullard, Program Materials for 34th Annual Jay L. Westbrook Bankruptcy Conference, Austin, Texas, November 12–13, 2015.

*Equitable Cuteness: Of Mountains and Mice*, Bankruptcy Law Letter (Thomson Reuters; November 2015).

*Loser's Lament:* Caulkett *and* ASARCO, Bankruptcy Law Letter (Thomson Reuters; August 2015).

Program Materials*, Reestructuración de Deudas Personales y Procedimientos de Insolvencia* [Personal Debt Restructuring and Insolvency Proceedings], Semana Del Derecho y Los Negocios [Week of Law and Business], Santo Domingo, Dominican Republic, June 16-18, 2015.

*Et Tu Ralph?: More on* Motors Liquidation*, and a Bonus on Attorney's Fees in Appeals of Involuntary Bankruptcies,* Bankruptcy Law Letter (Thomson Reuters; May 2015).

*Oops:* Official Comm. of Unsecured Creditors of Motors Liquidation Co. v. JPMorgan Chase Bank, N.A. (In re Motors Liquidation Co.), Bankruptcy Law Letter (Thomson Reuters; February 2015).

*Ponzi Scum:* Janvey v. Brown *and the Reluctance to Examine First Principles,* Bankruptcy Law Letter (Thomson Reuters; December 2014).

*Homonym Horrors: De Novo Review and* Executive Benefits Insurance Agency v. Arkison*,* Bankruptcy Law Letter (Thomson Reuters; August 2014).

*Trust Me: Restitution, Constructive Trusts and* Mississippi Valley Livestock, Bankruptcy Law Letter (Thomson Reuters; May 2014).

*Substance Over Form in Fraudulent Transfer Law:* Diebold Foundation, Inc. v. Commissioner, Bankruptcy Law Letter (Thomson Reuters; February 2014).

Program Materials, *Ten Things Every Nonbankruptcy Lawyer Should Know*, Rebel Rendezvous (UNLV Alumni Continuing Education Program), South Lake Tahoe, Nevada, August 13, 2011.

Program Materials, *Aspects of International Bankruptcy* and *Current Issues in Secured Lending*, Financial Lawyers Conference Seminar Weekend, St. Regis Hotel, Dana Point, California, April 15-17, 2011.

Program Materials, *International Cooperation in Bankruptcy and Japan's Failure to Adopt Article 25 of UNCITRAL's Model Law*, Tokyo University, Tokyo, Japan, March 11, 2011.

Program Materials, Bankruptcy *Year in Review*, Nevada State Bar Continuing Legal Education, Reno, August 13, and Las Vegas, August 14, 2009.

Program Materials (with Sally S. Neely), *Individual Chapter 11 Cases*, Federal Judicial Center Bankruptcy Judges' Educational Program, Chicago, Illinois, July 9, 2009.

Program Materials, *Bankruptcy Law Update*, Judge Joe Lee Bankruptcy Institute, University of Kentucky, Lexington, Kentucky, June 4-5, 2009.

Program Materials, *Recent Developments and the Automatic Stay* and *Post-Confirmation Jurisdiction in Chapter 11 Cases*, 35th Annual Seminar on Bankruptcy Law and Rules, Southeastern Bankruptcy Law Institute, Atlanta, Georgia, April 23-24, 2009.

Program Materials, *Small Business, Conversion, and Dismissal in Chapter 11 Cases After the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005,* 33d Annual Alexander Paskay Bankruptcy Seminar, Stetson University College of Law, Tampa, Florida, December 5-6, 2008.

Program Materials, *Current Developments in Bankruptcy,* Nevada State Bar Continuing Legal Education, Reno and Las Vegas, Nevada, August 7-8, 2008.

Program Materials, *Sigmund J. Beck Annual Advanced Bankruptcy Seminar*, Indiana Continuing Legal Education Forum, Culver Cove, Indiana, August 24-25, 2007.

Program Materials, *Sales of Receivables: Concept and Reality*, American Association of Law School Section on Commercial and Related Consumer Law, Washington, D.C., January 4, 2007.

Program Materials, *Individuals in Chapter 11*, 31st Annual Hon. Alexander Paskay Bankruptcy Seminar, Stetson University College of Law, Clearwater Beach, Florida, December 8-9, 2006.

Program Materials, *BAPCPA–One Year Later,* Nevada State Bar Continuing Legal Education, Reno and Las Vegas, Nevada, October 18-19, 2006.

Program Materials, *Sigmund J. Beck Annual Advanced Bankruptcy Seminar*, Indiana Continuing Legal Education Forum, Belterra, Indiana, August 18-19, 2006.

Program Materials, *Update on Revised Article 9 – 2006*, Nevada State Bar Continuing Legal Education, Reno and Las Vegas, Nevada, May 18-19, 2006.

Program Materials, *Sigmund J. Beck Annual Advanced Bankruptcy Seminar*, Indiana Continuing Legal Education Forum, Lafayette, Indiana, August 25-26, 2005.

Program Materials, *ALI-ABA Course of Study on the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005*, Boston, Massachusetts, and San Francisco, Californian, July 21-22 & August 11-12, 2005.

Program Materials, *Fundamentals of Bankruptcy*, ALI/ABA Annual Program, Santa Fe, New Mexico, May 12-14, 2005.

Case: 19-30088    Doc# 1370-1    Filed: 04/12/19    Entered: 04/12/19 16:31:48    Page 26 of 43

Program Materials, *Everything You Ever Wanted to Know About Financial Instruments* and *Even More Than You Wanted to Know About Financial Instruments*, Federal Judicial Center Bankruptcy Judges' Education Committee, Redondo Beach, California, March 14-15, 2005; San Francisco, California, September 14-16, 2005.

Program Materials *A Rose by Any Other Name (Or Not): The Strong Arm Power and Names, Searching and Filing Under Revised Article 9*, 18th Annual Advanced Bankruptcy Seminar, Oklahoma Bar Association, Oklahoma City, December 4, 2003.

Program Materials, *Current Developments in Chapter 11 Practice*, Sigmund J. Beck Advanced Bankruptcy Roundtable, Bloomington, Indiana, August 15-16, 2003.

Program Materials, *Review of 2002 Business Bankruptcy Cases*, Commercial Law League of America Teleconference, June 19, 2003.

Program Materials, *Compliance Issues and Conflicts Issues Raised by Sarbanes-Oxley Act of 2002*, Stutman, Treister & Glatt Annual Retreat, Dana Point, California, June 14, 2003.

Program Materials, *Hot Topics and Current Developments*, American College of Bankruptcy Annual Educational Program, Washington, D.C., March 29, 2003.

Program Materials, *Recent Developments in Settlements and Compromises*, *Recent Developments in Fraudulent Transfers*, and *Recent Developments under Section 362*, Southeastern Bankruptcy Law Institute, March 20-22, 2003.

Program Materials, *Bankruptcy Aspects of Sarbanes-Oxley Act of 2002*, American Bankruptcy Institute's Bankruptcy Battleground West, Los Angeles, California, March 7, 2003.

Program Materials, *Current Developments in Bankruptcy*, Nevada State Bar Continuing Legal Education Program, March 5, 2003 (Reno) and March 6, 2003 (Las Vegas).

Program Materials, *Valuation of Companies in Chapter 11*, Conference on Valuation of Assets in Bankruptcy, Las Vegas, Nevada, February 5-6, 2003.

Program Materials, *Fiduciary Duties, Partnerships, Limited Liability Companies and Bankruptcy: Odd Fits and Rough Starts*, at the University of Texas' 21st Annual Bankruptcy Education Program, The University of Texas, Austin, Texas, November 21-22, 2002.

*A Year With the Judge*, COMMUNIQUE, November 2002, at 22.

Program Materials, *Expedited Reorganization Provisions as a Tool for Assisting Workouts*, given at a symposium on *Corporate Rescue in China: Chinese and Comparative Perspectives*, sponsored by the University of Hong Kong Faculty of Law and the Asian Institute of International Financial Law, Hong Kong, Special Administration Region, Peoples' Republic of China, October 7, 2002.

Program Materials, *Recent Developments in the Characterization in Bankruptcy of Prepetition Transfers of Rights to Payment: True Sales or Disguised Loans?*, Business Transactions Subcommittee, Business Bankruptcy Committee, Business Law Section, American Bar Association, Chicago, Illinois, October 3, 2002.

Program Materials, *Current Developments* and *Small Business Chapter 11s*, American Bankruptcy Law Institute's Southwestern Bankruptcy Law Institute, Las Vegas, Nevada, August 13-15, 2002.

Program Materials, *Current Developments in Chapter 11 Practice*, Sigmund J. Beck Advanced Bankruptcy Roundtable, Bloomington, Indiana, August 16-17, 2002.

Program Materials, *Review of 2001 Business Bankruptcy Cases*, Commercial Law League of America Teleconference, June 24, 2002.

Program Materials, *Expedited Reorganization Procedures in an International Context*, Second Annual Meeting of the International Insolvency Institute, New York City, New York, June 10, 2002.

Program Materials for role as Guest Moderator, Financial Lawyers Conference Seminar Weekend, Champions Grand Hyatt, Indio, California, April 19-21, 2002.

Program Materials, *Securitization*, Federal Judicial Center Video Program, *Bankruptcy Law Updates*, January 31, 2002.

*What If Bankruptcy Reform Is Not Dead? Securitization Exclusions Could Pose Problems*, BCD NEWS AND COMMENT, October 10, 2001.

Program Materials, *Everything You Wanted to Know About Nevada's Revised Article 9, and Then Some . . . .*, continuing education program for the Nevada State Bar, September 27 & 29, 2001.

Program Materials, *The Bankruptcy Reform Act of 2001 (Almost)*, Southwestern Bankruptcy Conference, American Bankruptcy Law Institute, Las Vegas, Nevada, September 7-8, 2001.

*Common Law Restrictions on Workouts in the United States with Some Comments on the Changchun Approach*, paper prepared for seminar by the University of Hong Kong on State Owned Enterprises in Mainland China, August 24, 2001.

Program Materials, *Current Developments in Chapter 11 Law*, Sigmund J. Beck Advanced Bankruptcy Roundtable, Rising Sun, Indiana, August 17-18, 2001.

*Deposit Accounts and Special Consumer Provisions: What's Old is New Again*, program materials for Federal Judicial Center program on Revised Article 9, July 17, 2001.

*Revised Article 9 of the UCC: It's Here*, NEVADA LAWYER, June 2001.

*The Year of Living Foolishly: An Examination of the Odd Decisions of the Initial Year of Indonesia's Commercial Court*, paper delivered at inaugural conference of the International Insolvency Institute, June 11-12, 2001.

*Small Relief for Small Business - and a Huge Catch for the Skipper and Gilligan*, BCD NEWS AND COMMENT, April 25, 2001.

Program Materials, *A Quick Survey of Revised Article 9,* program for lawyers and clients of Beckley, Singleton, Jemison, Cobeaga & List, Chtd., Las Vegas, Nevada, December 1, 2000.

Program Materials, *Revised Article 9: A Survey*, program for the American Bankruptcy Institute's Southwestern Bankruptcy Law Program, Las Vegas, Nevada, September 24, 2000 (with Steven O. Weise).

Program Materials, *Everything You Need to Know About Revised Article 9 . . . And Then Some,* program on Revised Article 9 in Nevada for the Nevada State Bar Association, September 14 (Reno) and 15 (Las Vegas), 2000.

*Review of the Nevada Supreme Court's Non-Criminal Opinions in 1999*, paper delivered to the Nevada State Judicial Conference, Lake Tahoe, Nevada, May 10-11, 2000.

*What Every Superfund Lawyer Should Know About the Dark Side of Finance*, teaching materials for use by various regions of the Environmental Protection Agency (Presentations: Region 3, Philadelphia, Pennsylvania, May 3, 2000; Region 8, Denver, Colorado, January 11, 2000; Region 2, New York, New York, November 3, 1999; and Region 5, Chicago, Illinois, December 2, 1998).

Written Testimony, *Examining Issues Dealing with Protecting Pension Assets in Personal Bankruptcy, the Employee Retirement Income Security Act, and on Certain Provisions of H.R. 833, to Amend Title 11 of the United States Code (Bankruptcy Reform)*: Hearing Before Sen. Comm. on Health, Education, Labor and Pension Committee, 106th Cong., 2d Sess. 36-43 (April 13, 2000).

Program Materials, *International Topics in Bankruptcy*, American College of Bankruptcy Lawyers Annual Meeting, Washington, D.C., March 17-18, 2000.

Program Materials, *Review of 1999 Business Bankruptcy Cases*, Commercial Law League of America Teleconference, February 23, 2000.

Program Materials, Financial Lawyers' Conference Seminar Weekend, Rancho Las Palmas Resort, Rancho Mirage, California, February 24-27, 2000.

Program Materials, *Federal Judicial Center Video Update on Bankruptcy Developments*, Washington, D.C., February 10-11, 2000.

*The Insolvency Provisions of the UNCITRAL Model Law on the Assignment of Receivables*, paper delivered at a program co-sponsored by the International Bar Association and UNCITRAL, Vienna, Austria, December 6, 1999 (with Richard Broude).

*Bankruptcy Reform*, presentation to the Tidewater Bankruptcy Bar Association, Norfolk, Virginia, December 4, 1998.

*Whither New Value:* Bank of America v. 203 North LaSalle Street Partnership, BANKR. STRATEGIST 1 (Nov. 1998).

*Bankruptcy Reform, Circa 1998*, presentation to the Mid-South Commercial Law Institute, Memphis, Tennessee, November 13, 1998.

*The United Nations Receivables Convention: Preview of a Work In Progress*, presentation to the annual meeting of Committee J of the International Bar Association, Vancouver, British Columbia, Canada, September 17, 1998.

*Amicus Curiae* Brief in Favor of Respondent, *Bank of America v. 203 North LaSalle Street Partnership*, No. 97-1498, United States Supreme Court, October Term 1997 (filed August 17, 1998).

*Report and Recommendations on the Adoption of a Secured Transactions Law*, prepared for the Government of Indonesia, August 24, 1998 (with Kenneth Wynn and Harry Davis).

*The Ethics of Counseling Corporate Debtors Outside of Bankruptcy*, presentation to the Annual Meeting of the Kentucky Bar Association, June 18, 1998.

*Criminal Counseling*, presentation to the American Bar Association's Professional Responsibility Conference, Montreal, Quebec, Canada, May 28, 1998.

*An Indiana Lawyer in Indonesia*, THE INDIANA LAWYER 4 (February 4, 1998).

*International Sales Contracts*, materials created for a seminar conducted at the Department of Finance, Republic of Indonesia, Jakarta, Indonesia, December 15, 1997.

*Bankruptcy--A Comparative Examination*, paper presented at Seminar dan Lokakarya, Restrukturisasi Organisasi Bisnis Melalui Hukum Kepalitan, University of Diponegoro, Semarang, Republic of Indonesia, December 11, 1997.

*Equity Abhors . . . .*, program materials for American Bankruptcy Institute's Winter Leadership Conference, Carlsbad, California, December 5, 1997.

*Food for Thought: First Year Literary Competitions*, THE LAW TEACHER 1 (Spring 1997).

*Don't Go Broke Poor: Some Observations on the Ethical Duties of Lawyers Who Represent Insolvent Entities Outside Bankruptcy*, program materials for *15th Annual Bankruptcy Conference*, The University of Texas School of Law, November 21, 1996.

*How Not To Conceal a Ferrari*, NORTON BANKRUPTCY LAW ADVISOR 9 (April 1996).

*Destinations on the Internet*, program materials for Indiana Continuing Legal Education Forum program, *The INTERNET for Legal Professionals*, given December 20, 1995, and March 30, 1996.

*Showdown at the Bankruptcy Corral: Is What You Just Did or Are About To Do a Bankruptcy Crime?*, program materials for presentation to the Indiana State Bar Association Bankruptcy and Creditors' Rights Section Annual Meeting, French Lick, Indiana, October 19, 1995.

*Destinations on the Internet for Indiana Practitioners*, program materials for continuing education program, *The Internet for Lawyers*, sponsored by Clearwater Information Systems, given September 22, 1995.

*Current Topics in Business Bankruptcy*, program materials for *There's Nothing More Certain Than Bankruptcy* and *Taxes*, continuing education program sponsored by Indiana University—Bloomington and the Indiana Continuing Legal Education Forum, given September 8, 1995.

*Destinations on the Internet*, program materials for American Bar Association's 9th Annual *TechShow—95*, given March 31, 1995.

*Electronic "Newsgroups" Keep Discussions Going*, THE LAW TEACHER 12 (Spring 1995).

*Who is the Client?*, program materials for Indiana Continuing Legal Education Forum for program given December 1, 1994.

*A UFTA Primer*, Program materials for Indiana Continuing Legal Education Forum for program given September 27, 1994 (update from materials prepared for Indiana Continuing Legal Education Forum program given June 26, 1991).

*Technology Roundtable: Humanities*, RESEARCH & CREATIVE ACTIVITY 13 (September 1994) (transcript of session on use of technology in the humanities curriculum).

*Avoiding the Inadvertent Release of Guarantors and Accommodation Parties Under Revised Article 3* and *Coming Attractions: Proposed Changes in Article 9 as They Affect Negotiable Instruments*, program materials for Indiana Continuing Legal Education Forum for program given June 17, 1994.

*Clueless on Classification: A Cursory View of Circuit Court Chapter 11 Classification Cases*, Chapter S in materials to accompany a seminar entitled *Critical Issues in Chapter 11 Bankruptcies*, co-sponsored by the American Bar Association and the Chicago Chapter of the Federal Bar Association, May 26-27, 1994.

*Eighth Circuit Ruling "Sad" News for Single Asset Cases*, NORTON BANKRUPTCY LAW ADVISOR 1 (December 1993).

*The Supreme Court Report*, periodic column in BANKRUPTCY BRIEFS, official publication of the Federal Bar Association's Bankruptcy Law Section, 1991-93.

*Recent Developments in Fraudulent Transfers*, Program materials for Indiana Continuing Legal Education Forum for program given February 20, 1992.

*Can Cure Be Worse Than the Malady?:* Entz-White, Southeast *and Post-Default Rates of Interest*, BUSINESS LAW NEWS, Spring, 1990.

*Use, Sale and Reorganization of Real Property in Bankruptcy*, program materials for California Continuing Education of the Bar Program: *Bankruptcies Involving Distressed Real Property*, May/June 1989.

With J.R. Trost, *Equity Participation in Plans of Reorganization Confirmed Under "Cram Down" Powers*, *reprinted as part of* ALI/ABA, *Chapter 11 Business Reorganizations*, September 1988 and May 1989.

## Service Activities

Senior Reviewer, *Chicagoland Junior Scholars Conference*, Northern Illinois University School of Law, Chicago, Illinois, October 5, 2018.

Commentator, *4th Workshop on Relational Contracts*, Coase-Sandor Institute for Law and Economics and Becker Friedman Institute for Economics, The University of Chicago, Chicago, Illinois, September 14, 2018.

Presenter, *Seventh Circuit Case Update*, American College of Bankruptcy Education Program, Chicago, Illinois, September 28, 2018.

Shakespeare-Martineau Lecturer, *Insol Academics Forum*, October 4, 2017 (Warsaw, Poland).

Speaker, *Substantive Consolidation in United States Bankruptcy Cases*, INSOL São Paulo One Day Seminar, São Paulo, Brazil, May 25, 2017.

Speaker, *Current Developments at the Seventh Circuit and Beyond*, Chicago Bar Association, Chicago, Illinois, May 23, 2017.

Speaker, *Getting Paid Hourly Fees vs. No Look Fees*, National Association of Consumer Bankruptcy Attorneys 25th Annual Convention, Orlando, Florida, May 5, 2017.

Speaker, *Section 546(e) and Circuit Splits*, 66th Seventh Circuit Bar Association Annual Meeting, Indianapolis, Indiana, May 1, 2017.

Debater, American Bankruptcy Institutes Great Debates: *Wrongly Decided Cases Like Dewsnup Should Be Overturned By The Supreme Court,* American Bankruptcy Institute Annual Spring Meeting, Washington, D.C., April 21, 2017 (lost debate).

Presenter, *Hot Topics Roundtable: Dewsnup and Interest Rates in Chapter 11 Cases*, American Bankruptcy Institute Annual Spring Meeting, Washington, D.C., April 21, 2017.

Moderator and Panelist, *Mush! Mush! How Far Can* Husky *Carry the Concept of Nondischargeable Fraud?*, American Bankruptcy Institute Winter Leadership Conference, Rancho Palos Verdes, California, December 2, 2016.

Co-Host, *Broken Bench Radio*, Educational Program, National Conference of Bankruptcy Judges, San Francisco, California, October 27, 2016.

Panelist, *Supreme Court Update*, American College of Bankruptcy Education Program, Chicago, Illinois, September 26, 2016.

Presenter, *Sixth Workshop on European Corporate and Household Insolvency, International Monetary Fund,* JVI, Vienna, Austria, May 2-3, 2016.

Presenter, *Momentive, Till and Cram Down Interest Rates*, Federal Judicial Center Federal Bankruptcy Judges' Educational Program, Albuquerque, New Mexico (April 18, 2016) and Philadephia, Pennsylvania (June 29, 2016).

Presenter, *Buy the Ticket, Take the Ride: Getting Paid in Chapter 11* and *Ponzi Scum, Avoidable Transfers, and Selfishly Settled Trusts: An Examination of Recent Trends in State and Federal Fraudulent Transfer Law,* 29th Annual Northwestern Bankruptcy Law Institute, Seattle, Washington, April 7-8, 2016.

Presenter, *Three More for the Core:* Wellness, Caulkett, *and* Bullard, 34th Annual Jay L. Westbrook Bankruptcy Conference, Austin, Texas November 12–13, 2015.

Presenter, *Inicio de la Liquidación: Escogiendo entre Liquidación u "Ongoing Concern Sale"; Beneficios y Retos del "363 Sale"; el Rol del Administrador de Insolvencia* [Commencement of Liquidation. Choosing Between Liquidation and Ongoing Concern Sale; Benefits and Challenges of a 363 Sale; The Role of the Insolvency Administrator], Semana Del Derecho y Los Negocios [Week of Law and Business], Santo Domingo, Dominican Republic, June 16-18, 2015.

Presenter, *El Rol de los Tribunales en los Procedimientos de Insolvencia* [The Role of Courts in Insolvency Proceedings], Semana Del Derecho y Los Negocios [Week of Law and Business], Santo Domingo, Dominican Republic, June 16-18, 2015.

Presenter, *Fifth Workshop on European Corporate and Household Insolvency, International Monetary Fund,* JVI, Vienna, Austria, May 4-6, 2015.

Presenter, *American Chapter 11*, European Conference on Insolvency, Jūramala, Latvia, April 23-24, 2015.

Faculty, *Advanced Consumer Bankruptcy Practice Institute*, Training Session, Nashville, Tennessee, February 15-17, 2015.

Presenter, *Educational Program*, 11th Circuit Retreat, American College of Bankruptcy, Sarasota, Florida, January 22-23, 2015.

Presenter, *Overview of Chapter 13 Bankruptcy in the United States*, European Comm'n Workshop on Longevity, Disruptive Income Life Cycles, and Financial Markets, Directorate General for Financial Stability, Financial Services, and Capital Markets Union, Brussels, Belgium, December 11, 2014.

Presenter, *Overview of Consumer Bankruptcy in the United States*, International Monetary Fund, Washington, D.C., November 14, 2014.

Presenter, *Overview of Chapter 11 Bankruptcy in the United States*, European Comm'n Staff, Brussels, Belgium, July 18, 2014.

Presenter and Moderator, *Fourth Workshop on European Corporate and Household Insolvency, International Monetary Fund,* JVI, Vienna, Austria, May 8-9, 2014 (Chair, Residential Mortgages topic; Panelist, Small and Medium Enterprises topic).

Panelist, *Surviving Individual Business Bankruptcies: Considerations When Choosing Between Chapter 13 and Chapter 11*, 2014 American Bankruptcy Institute 32d Annual Spring Meeting, Washington, D.C., April 24, 2014.

Faculty, *Advanced Consumer Bankruptcy Practice Institute*, Training Session, Austin, Texas, November 10-12, 2013.

Presenter, Secured Creditors Subcommittee of the ABA Business Bankruptcy Committee, *Valuation, Challenging Legal and Factual Issues*, Atlanta, Georgia, November 1, 2013.

Presenter, American Bar Association Real Property and Trust and Estate Section, Professors' Corner, *Real Estate Issues in the Bankruptcy Courts*, telephone seminar, August 14, 2013.

Presenter and Moderator, *Third Workshop on European Corporate and Household Insolvency, International Monetary Fund,* JVI, Vienna, Austria, May 14-15, 2013 (Chair, Residential Mortgages topic).

Planning Co-Chair and Presenter, *Fundamentals of Bankruptcy*, ALI/ABA Annual Program, Philadelphia, Pennsylvania, April 24-26, 2013.

Presenter, *Norton Institute on Bankruptcy (Consumer and Business Issues)*, Las Vegas, Nevada, March 23-24, 2013.

Faculty, *Advanced Consumer Bankruptcy Practice Institute*, Training Session, Kansas City, Missouri, January 20-22, 2013.

Panelist, *Views From the Bench: The Stern Wars,* American Bankruptcy Institute and Georgetown University School of Law, Washington, D.C., October 4-5, 2012.

Panelist, *Complex Chapter 11 Confirmation Issues*, American Bankruptcy Institute Southwest Bankruptcy Conference, Las Vegas, Nevada, September 14, 2012.

Moderator and Panelist, *The Shape of Things to Come: What is the Recipe for Success in Consumer Bankruptcy?,* 48th Annual Meeting of the National Association of Chapter 13 Trustees, New Orleans, Louisiana, July 13, 2012 (plenary session).

Faculty, *Advanced Consumer Bankruptcy Practice Institute*, Training Session, New Orleans, Louisiana, July 9-10, 2012.

Faculty, *What Every Bankruptcy Lawyer (and Judge) Needs to Know about the New Restatement of Restitution and Unjust Enrichment*, American Law Institute/American Bar Association Continuing Legal Education, Philadelphia, Pennsylvania, May 30, 2012.

Debater, American Bankruptcy Institutes Great Debate: *The "Absolute Priority Rule" Is Applicable to a Chapter 11 Plan of Reorganization/Liquidation for an Individual*, American Bankruptcy Institute Spring Annual Meeting, Washington, D.C., April 20, 2012 (lost debate).

Panelist, *Stern v. Marshall Update*; *Surcharge Issues*; and *Security Issues for Trustees,* National Association of Bankruptcy Trustee's Seminar, Las Vegas, Nevada, March 31, 2012.

Presenter, *Norton Institute on Bankruptcy (Consumer Issues)*, Las Vegas, Nevada, March 24, 2012.

Panelist, *Does Chapter 11 Still Provide a Viable Option for Preserving Real Estate Companies as a Going Concern? If Not, What Next?*, USC Law: Real Estate 12, USC Gould School of Law 2012 Real Estate Law and Business Forum, Jonathan Club, Los Angeles, California, March 8, 2012.

Panelist, *Extremely Basic Bankruptcy*, William S. Boyd School of Law, Las Vegas, Nevada, February 10, 2012.

Faculty, *Advanced Consumer Bankruptcy Practice Institute*, Training Session, Atlanta, Georgia (John Marshall School of Law), February 20-22, 2012.

Planning Co-Chair and Presenter, *Fundamentals of Bankruptcy*, ALI/ABA Annual Program, Chicago, Illinois, September 22-23, 2011.

Debater, American Bankruptcy Institutes Great Debate: *The "Absolute Priority Rule" Is Applicable to a Chapter 11 Plan of Reorganization/Liquidation for an Individual*, American Bankruptcy Institute Southwest Bankruptcy Conference, Las Vegas, Nevada, September 9, 2011 (won debate).

Presenter, *"Don't Squat on Your Spurs": Lock Ups/Plan Support Agreement/Terminating Exclusivity/Competing Plans*, 29th Annual Advanced Business Bankruptcy Course, Texas State Bar Continuing Legal Education, Houston, Texas, September 8, 2011.

Panelist, *Sigmund J. Beck Annual Advanced Bankruptcy Seminar*, Indiana Continuing Legal Education Forum, Michigan City, Indiana, August 26-27, 2011.

Presenter, *Ten Things Every Nonbankruptcy Lawyer Should Know*, Rebel Rendezvous (UNLV Alumni Continuing Education Program), South Lake Tahoe, Nevada, August 13, 2011.

Panelist, *Bankruptcy Pro Bono Innovations and Challenges Around the Country*, American Bar Association Equal Access to Justice Conference, Las Vegas, Nevada, May 21, 2011.

Guest Moderator, *Financial Lawyers Conference Seminar Weekend*, St. Regis Hotel, Dana Point, California, April 15-17, 2011.

Panelist, *Current Issues in Chapter 11* and *Judges' Panel*, Northwest Bankruptcy Institute, Oregon State Bar Continuing Legal Education, Portland, Oregon, April 7-8, 2011.

Guest Speaker, *Clerking in the Bankruptcy Court* and *Humor in Judicial Opinions*, University of Texas Judicial Clerkship Conference, Austin, Texas, March 31-April 2, 2011.

Panelist, *Individual Chapter 11 Cases*, Financial Lawyers' Conference, Los Angeles, California, March 3, 2011.

Panelist, *Judicial Perspectives on Valuation*, VALCON2011, American Bankruptcy Institute and The University of Texas, Las Vegas, Nevada, February 25, 2011.

Panelist, *Views From the Bench: Asset Sales Issues*, American Bankruptcy Institute and Georgetown University School of Law, Washington, D.C., October 1, 2010.

Moderator and Panelist, *Review of the October, 2009 Session of the United States Supreme Court,* 46th Annual Meeting of the National Association of Chapter 13 Trustees, Grapevine, Texas, July 17, 2010 (plenary session).

Faculty, *Tenth Annual Advanced Consumer Bankruptcy Practice Institute*, 46th Annual Meeting of the National Association of Chapter 13 Trustees, Grapevine, Texas, July 12-14, 2010.

Panelist, *The Top Ten Bankruptcy Decisions In the Past Twelve Months*, Nevada State Bar and the William S. Boyd School of Law Program, Las Vegas, Nevada, July 8, 2010.

Presenter, *Apocalypse Now or Never: Clear Channel,* Board of Judges of the Central District of California, Encino, California, June 4, 2010.

Panelist, *Current Topics in Adversary Proceedings,* National Association of Consumer Bankruptcy Attorneys, San Francisco, May 1, 2010.

Planning Co-Chair and Presenter, *Fundamentals of Bankruptcy*, ALI/ABA Annual Program, San Francisco, California, April15-17, 2010.

Panelist, *Alternate Dispute Resolution in Bankruptcy,* Saltman Dispute Resolution Center Conference on Alternate Dispute Resolution, University of Nevada, Las Vegas, Las Vegas, February 13, 2010.

Panelist, *(Almost) Everything You Need to Know About Getting Retained*, American Bar Association Webinar, February 4, 2010.

Panelist, *Ethics in Practice, Class of 2004 Continuing Legal Education Program*, William S. Boyd School of Law, University of Nevada, Las Vegas, Las Vegas, October 16, 2009.

Panelist, *Bankruptcy Year in Review*, Nevada State Bar Continuing Legal Education, Reno, August 13, and Las Vegas, August 14, 2009.

Presenter (with Sally S. Neely), *Individual Chapter 11 Cases*, Federal Judicial Center Bankruptcy Judges' Educational Program, Chicago, Illinois, July 9, 2009.

Moderator, *Chapter 13 Claims Process and Problems*, National Association of Chapter 13 Trustees Annual Meeting, Boston, Massachusetts, July 3, 2009.

Presenter, *Bankruptcy Law Update*, Judge Joe Lee Bankruptcy Institute, University of Kentucky, Lexington, Kentucky, June 4-5, 2009.

Presenter, *International Cooperation in Transnational Insolvency Matters*, American College of Bankruptcy Annual Program Meeting, May 28, 2009.

Planning Co-Chair and Presenter, *Fundamentals of Bankruptcy*, ALI/ABA Annual Program, Chicago, Illinois, May 7-9, 2009.

Presenter, *Recent Developments and the Automatic Stay* and *Post-Confirmation Jurisdiction in Chapter 11 Cases*, 35th Annual Seminar on Bankruptcy Law and Rules, Southeastern Bankruptcy Law Institute, Atlanta, Georgia, April 23-24, 2009.

Panelist, *33d Annual Alexander Paskay Bankruptcy Seminar*, Stetson University College of Law, Tampa, Florida, December 5-6, 2008.

Panelist, *Bankruptcy Year in Review*, Nevada State Bar Continuing Legal Education, Las Vegas, August 7, and Reno, August 8, 2008.

Commentator, *The Middle Class on the Brink of Disaster* (Elizabeth Warren), A Debtor World: An Interdisciplinary Academic Symposium on Debt, University of Illinois, Champaign, IL, May 2-3, 2008.

Panelist and Moderator, Northwest Bankruptcy Institute, Seattle, WA, April 18-20, 2008.

Panelist, *Fundamentals of Bankruptcy*, ALI/ABA Annual Program, Las Vegas, NV, March 6-8, 2008.

Panelist, *The Future of Bankruptcy*, ABI Rocky Mountain Institute, Denver, Colorado, February 15, 2008.

Panelist, *Bankruptcy Year in Review*, Nevada State Bar Continuing Legal Education, Las Vegas, August 29, and Reno, August 30, 2007.

Panelist, *Hot Topics in Chapter 13 Practice*, and *Statutory Interpretation*, 42d Annual Meeting of the National Association of Chapter 13 Trustees, Baltimore, Maryland, August 5-7, 2007

Panelist, *Sigmund J. Beck Annual Advanced Bankruptcy Seminar*, Indiana Continuing Legal Education Forum, Culver Cove, Indiana, August 24-25, 2007.

Faculty, *Sixth Annual Advanced Consumer Bankruptcy Practice Institute*, 42d Annual Meeting of the National Association of Chapter 13 Trustees, Baltimore, Maryland, August 4-5, 2007.

Convocation Speaker, William S. Boyd School of Law, University of Nevada, Las Vegas, Las Vegas, NV, May 11, 2007.

Chair, *Nevada District Conference*, Las Vegas, NV, May 3, 2007.

Panelist, *Fundamentals of Bankruptcy*, ALI/ABA Annual Program, Philadelphia, PA, April 26-28, 2007.

Speaker, *M. Matthew Byrne, Jr. Clerkship Institute*, Pepperdine University School of Law, Malibu, California, March 16, 2007.

Panelist, *Caribbean Insolvency Symposium*, San Juan, Puerto Rico, February 9-10, 2007.

Panelist, *Sales of Receivables: Concept and Reality*, American Association of Law School Section on Commercial and Related Consumer Law, Washington, D.C., January 4, 2007.

Panelist, *31st Annual Hon. Alexander Paskay Bankruptcy Seminar*, Stetson University College of Law, Clearwater Beach, Florida, December 8-9, 2006.

Panelist, Fibermark, *New Duties and Beyond: Ethical Problems of Committee Membership and Representation in a "Hedge-Fund World"*, American Bankruptcy Institute's Winter Leadership Meeting, Scottsdale, Arizona, December 1, 2006.

Moderator, *Wall St. Comes to Main St.: The Effects of the Code's Capital Markets Protections on Your Cases*, and Panelist, *Principal Principles of Principled Decisions: Statutory Construction and BAPCPA*, National Conference of Bankruptcy Judges, San Francisco, California, November 2, 2006.

Panelist, *Bankruptcy State Court Connection*, National Association of Women Judges' Educational Program, Las Vegas, Nevada, October 8, 2006.

Panelist, *Views From the Bench: Confirmation Issues*, American Bankruptcy Institute and Georgetown University School of Law, Washington, D.C., October 6, 2006.

Panelist, *Small Business Bankruptcies*, American Bankruptcy Institute's Southwest Bankruptcy Institute, Las Vegas, Nevada, September 8-9, 2006.

Panelist, *Sigmund J. Beck Annual Advanced Bankruptcy Seminar*, Indiana Continuing Legal Education Forum, Belterra, Indiana, August 18-19, 2006.

Panelist, *Bankruptcy Judges' Educational Program*, Ninth Circuit Court of Appeals Annual Conference, Huntington Beach, California, July 10, 2006.

Scholar in Residence, *Annual Meeting of the Bankruptcy Law Section of the Arizona State Bar*, Phoenix, Arizona, June 16, 2006.

Panelist, *Fundamentals of Bankruptcy*, ALI/ABA Annual Program, Chicago, Illinois, May 4-6, 2006.

Panelist, *Consumer Bankruptcy and Credit in the Wake of the 2005 Act*, University of Illinois, Chicago, Illinois, April 7, 2006.

Panelist, *Effective Use of Demonstrative Evidence: Examples and Pointers from an Attorney, Valuation Expert and Judge*, VALCON: Legal and Financial Perspectives on Business Valuations and Restructurings, Las Vegas, Nevada, March 2, 2006.

Panelist, *Statutory Interpretation* and *Judges' Panel*, Sacramento Valley Bankruptcy Forum Annual Conference, Sacramento, California, February 10-11, 2006.

Panelist, *Everything You Ever Wanted to Know About Financial Instruments* and *Even More Than You Wanted to Know About Financial Instruments*, Federal Judicial Center Bankruptcy Judges' Education Committee, Redondo Beach, California, March 14-15, 2005; San Francisco, California, September 14-16, 2005.

Panelist, *Sigmund J. Beck Annual Advanced Bankruptcy Seminar*, Indiana Continuing Legal Education Forum, Lafayette, Indiana, August 25-26, 2005.

Panelist, *State Bar Program on BAPCPA*, Las Vegas, Nevada, August 4, 2005; Reno, Nevada, August 5, 2005.

Case: 19-30088   Doc# 1370-1   Filed: 04/12/19   Entered: 04/12/19 16:31:48   Page 36 of 43

Panelist, *Ninth Circuit Educational Program on New Bankruptcy Act*, Ninth Circuit Judicial Conference, Spokane, Washington, July 18, 2005.

Panelist, American Bar Association's Teleconference on *Business Issues: Part 3 of The Bankruptcy Abuse and Consumer Protection Act (BACPA) Series*, June 8, 2005.

Panelist, Commercial Law League of America's Teleconference on *Understanding the Radical Bankruptcy Code Changes, Business Issues*, May 25, 2005.

Panelist, *Fundamentals of Bankruptcy*, ALI/ABA Annual Program, Santa Fe, New Mexico, May 12-14, 2005.

Speaker, *Objections to Claims Panel*, National Association of Consumer Bankruptcy Attorneys, San Diego, California, May 1, 2005.

Speaker, *Everything You Ever Wanted to Know About Financial Instruments* and *Even More Than You Wanted to Know About Financial Instruments*, Federal Judicial Center Bankruptcy Judges' Education Committee, Redondo Beach, California, March 14-15, 2005; San Francisco, California, September 14-16, 2005.

Speaker, *Advising the Board in the Zone of Insolvency*, VALCON: Legal and Financial Perspectives on Business Valuations and Restructurings, Las Vegas, Nevada, March 3, 2005.

Panelist, *Ethics: A View From The Bench*, seminar sponsored by the J. Rueben Clark Law Society in conjunction with the Clark County Bar Association, Las Vegas, Nevada, February 25, 2005.

Moderator, *Roundtable on the Intersection of Religion and Bankruptcy*, Annual Meeting of the American Association of Law Schools, Debtor-Creditor Section, San Francisco, California, January 7, 2005.

Panelist, *Till Survey*, American Bankruptcy Institute's Winter Leadership Conference, Tucson, Arizona, December 3, 2004.

Moderator, *Panacea or Placebo? Is Sarbanes-Oxley Act Good Medicine for Enronitis?*, Annual Meeting of the National Conference of Bankruptcy Judges, Nashville, Tennessee, October 13, 2004.

Panelist, *Current Developments in Bankruptcy Crimes*, American Bar Association's Business Law Section's Mid-Year Meeting, Nashville, Tennessee, October 12, 2004.

Panelist, *Section 363 and the Path to World Domination*, American Bankruptcy Law Institute's Southwestern Bankruptcy Law Institute, Las Vegas, Nevada, September 11-12, 2004.

Panelist, *New York University Basic Bankruptcy Workshop*, New York, New York, September 13-14, 2004.

Panelist, *Current Developments in Chapter 11 and Commercial Law Practice*, Sigmund J. Beck Advanced Bankruptcy Roundtable, Rising Sun, Indiana, August 20-21, 2004.

Faculty, *Third Annual Advanced Consumer Bankruptcy Practice Institute*, 39th Annual Meeting of the National Association of Chapter 13 Trustees, Las Vegas, Nevada, June 26-28, 2004.

Presenter, *Norton Institute on Bankruptcy*, Las Vegas, Nevada, April 2-4, 2004.

Presenter, *Workshop on Bankruptcy Pretrial Practice & Procedure*, University of Texas Continuing Legal Education, Austin, Texas, January 29-30, 2004.

Presenter, Insolvency Issues Potentially Involving the Federal Rules of Civil Procedure, Semi-Annual Meeting of the Advisory Committee on Federal Rules of Civil Procedure, Phoenix, Arizona, January 16, 2004.

Presenter, *A Rose by Any Other Name (Or Not): The Strong Arm Power and Names, Searching and Filing Under Revised Article 9*, 18th Annual Advanced Bankruptcy Seminar, Oklahoma Bar Association, Oklahoma City, Oklahoma, December 4, 2003.

Presenter, *Does Bankruptcy Law Matter?*, INSOL Regional Meeting, Las Vegas, Nevada, September 20-21, 2003.

Panelist, *New York University Basic Bankruptcy Workshop*, New York, New York, September 3-5, 2003.

Panelist, *Current Developments in Chapter 11 Practice*, Sigmund J. Beck Advanced Bankruptcy Roundtable, Plymouth, Indiana, August 15-16, 2003.

Presenter, *Preliminary Results on the Self-Employed in Bankruptcy*, Northern Nevada Bankruptcy Bar Association, Reno, Nevada, August 5, 2003.

Faculty, Second Annual Advanced Consumer Bankruptcy Practice Institute, given at the 38th Annual Meeting of the National Association of Chapter 13 Trustees, Chicago, Illinois, July 15-17, 2003.

Presenter, *Review of 2002 Business Bankruptcy Cases*, Commercial Law League of America Teleconference, June 19, 2003.

Co-Moderator, *Compliance Issues and Conflicts Issues Raised by Sarbanes-Oxley Act of 2002*, Stutman, Treister & Glatt Annual Retreat, Dana Point, California, June 14, 2003.

Moderator, *Hot Topics and Current Developments*, American College of Bankruptcy Annual Educational Program, Washington, D.C., March 29, 2003.

Presenter, *Recent Developments in Settlements and Compromises*, *Recent Developments in Fraudulent Transfers*, and *Recent Developments Under Section 362*, Southeastern Bankruptcy Law Institute, Las Vegas, Nevada, March 20-22, 2003.

Panelist, *Legislative Update*, 7th Annual National Collections and Credit Risk Conference, Las Vegas, Nevada, March 10, 2003.

Panelist, *Bankruptcy Aspects of Sarbanes-Oxley Act of 2002*, American Bankruptcy Institute's Bankruptcy Battleground West, Los Angeles, California, March 7, 2003.

Panelists, *Current Developments in Bankruptcy*, Nevada State Bar Continuing Legal Education Program, March 5, 2003 (Reno, Nevada) and March 6, 2003 (Las Vegas, Nevada).

Moderator, *Valuation of Companies in Chapter 11*, Conference on Valuation of Assets in Bankruptcy, Las Vegas, Nevada, February 5-6, 2003.

Speaker, *Current Developments in Secured Transactions and Bankruptcy*, Last-Minute Continuing Legal Education Course, Southern Nevada Women's Attorneys' Association, Las Vegas, Nevada, January 31, 2003.

Speaker, *Current Update on Legislative Reform and Key Judicial Developments: Dogs That Barked and Some That Didn't*, Northern Nevada Association of Bankruptcy Attorneys, Reno, Nevada, January 7, 2003.

Panelist, *International Secured Transactions, A Race to the ....?*, Commercial Law Section, American Association of Law Schools Annual Meeting, Washington, D.C., January 5, 2003.

Speaker, *Current Update on Recent Business Bankruptcy and Consumer Bankruptcy Cases*, Tidewater Bankruptcy Bar Association, Norfolk, Virginia, December 6, 2002.

Panelist, *Late Breaking News*, Distressed Investing Conference, sponsored by Renaissance American Management Group and by Beard Group, New York City, New York, December 2, 2002.

Speaker, *Fiduciary Duties, Partnerships, Limited Liability Companies and Bankruptcy: Odd Fits and Rough Starts*, The University of Texas' 21st Annual Bankruptcy Education Program, The University of Texas, Austin, Texas, November 21-22, 2002.

Panelist, *Advanced Chapter 11 Issues* and *Current Developments in Business Bankruptcy*, Annual Meeting of the Commercial Law League, Northeastern Division, New York City, New York, November 15-16, 2002.

Presenter, *The Priority Provisions of the UNCITRAL Convention on the Assignment of Receivables in International Trade*, Academics' Meeting of INSOL International, Beijing, Peoples' Republic of China, October 9, 2002.

Presenter, *Expedited Reorganization Provisions as a Tool for Assisting Workouts*, symposium on *Corporate Rescue in China: Chinese and Comparative Perspectives*, sponsored by the University of Hong Kong Faculty of Law and the Asian Institute of International Financial Law, Hong Kong, Special Administration Region, Peoples' Republic of China, October 7, 2002.

Presenter, *Recent Developments in the Characterization in Bankruptcy of Prepetition Transfers of Rights to Payment: True Sales or Disguised Loans?*, Business Transactions Subcommittee, Business Bankruptcy Committee, Business Law Section, American Bar Association, Chicago, Illinois, October 3, 2002.

Presenter, *The Rule of Necessity: Its Origins and Applications*, National Conference of Bankruptcy Judges, Chicago, Illinois, October 2, 2002.

Panelist, *Current Developments in Chapter 11 Practice*, Sigmund J. Beck Advanced Bankruptcy Roundtable, Bloomington, Indiana, August 16-17, 2002.

Panelist, *Current Developments* and *Small Business Chapter 11s*, American Bankruptcy Law Institute's Southwestern Bankruptcy Law Institute, Las Vegas, Nevada, August 13-15, 2002.

Presenter, *Review of 2001 Business Bankruptcy Cases*, Commercial Law League of America Teleconference, June 24, 2002.

Panelist, *Expedited Reorganization Procedures in an International Context*, Second Annual Meeting of the International Insolvency Institute, New York City, New York, June 10, 2002.

Panelist, *Current Developments in Consumer Bankruptcy Law*, National Association of Consumer Bankruptcy Attorneys, Las Vegas, Nevada, April 27, 2002.

Guest Moderator, Financial Lawyers Conference Seminar Weekend, Champions Grand Hyatt, Indio, California, April 19-21, 2002.

Organizer and Panelist, Distance Learning Conference, William S. Boyd School of Law, University of Nevada, Las Vegas, Las Vegas, Nevada, February 22-24, 2002.

Panelist, Federal Judicial Center Video Program, *Bankruptcy Law Updates*, January 31, 2002.

Presenter, *Everything You Wanted to Know About Nevada's Revised Article 9 . . . and Then Some*, continuing education program for the Nevada State Bar, September 27 (Las Vegas, Nevada) & 29 (Reno, Nevada), 2001.

Panelist and Presenter, *The Bankruptcy Reform Act of 2001 (Almost)*, Southwestern Bankruptcy Conference, American Bankruptcy Law Institute, Las Vegas, Nevada, September 7-8, 2001.

Panelist, *Current Developments in Chapter 11 Law*, Sigmund J. Beck Advanced Bankruptcy Roundtable, Rising Sun, Indiana, August 17-18, 2001.

Panelist, Federal Judicial Center video program on Revised Article 9, July 17, 2001.

Chair, *International Law Reform*, inaugural conference of the International Insolvency Institute, New York City, New York, June 11-12, 2001.

Presenter, *A Quick Survey of Revised Article 9*, program for lawyers and clients of  Beckley, Singleton, Jemison, Cobeaga & List, Chtd., Las Vegas, Nevada, December 1, 2000.

Speaker, *The Undersecured Creditor: Back Seat, Rumble Seat or Driver's Seat?*, Financial Lawyers' Conference, Los Angeles, California, October 5, 2000.

Speaker, *Revised Article 9: A Survey*, American Bankruptcy Institute's Southwestern Bankruptcy Law Program, Las Vegas, Nevada, September 24, 2000.

Speaker, *Current Update on Bankruptcy Reform*, Northern Nevada Association of Bankruptcy Attorneys, Reno, Nevada, September 14, 2000.

Speaker, *Everything You Need to Know About Revised Article 9 . . . . and Then Some*, continuing education program for the Nevada State Bar Association, September 14 (Reno) and 15 (Las Vegas), 2000.

Speaker, *What Every Superfund Lawyer Should Know About the Dark Side of Finance*, Environmental Protection Agency (Presentations: Region 3, Philadelphia, Pennsylvania, May 3, 2000; Region 8, Denver, Colorado, January 11, 2000; Region 2, New York, New York, November 3, 1999; and Region 5, Chicago, Illinois, December 2, 1998).

Speaker, *Champerty and the Bankruptcy Code*, Northern Nevada Association of Bankruptcy Attorneys, Reno, Nevada, July 13, 2000.

Speaker, *The New Casebook: A Preview,* Annual Meeting, CALI, Chicago, Illinois, June 22, 2000.

Speaker, *Review of the Nevada Supreme Court's Non-Criminal Opinions in 1999*, State Judicial Conference, Lake Tahoe, Nevada, May 10-11, 2000.

Witness, *Examining Issues Dealing with Protecting Pension Assets in Personal Bankruptcy, the Employee Retirement Income Security Act, and on Certain Provisions of H.R. 833, to Amend Title 11 of the United States Code (Bankruptcy Reform)*: Hearing Before Sen. Comm. on Health, Education, Labor and Pension Committee, 106th Cong., 2d Sess. 13-21 (April 13, 2000).

Speaker, *The Ups and Downs of Insider Guaranties*, Business Law Section Mid-Year Meeting, Columbus, Ohio, March 24, 2000.

Panelist, *International Topics in Bankruptcy*, American College of Bankruptcy Lawyers Annual Meeting, Washington, D.C., March 17-18, 2000.

Guest Moderator, Financial Lawyers Conference Seminar Weekend, Rancho Las Palmas Resort, Rancho Mirage, California, February 24-27, 2000.

Presenter, *Review of 1999 Business Bankruptcy Cases*, Commercial Law League of America Teleconference, February 23, 2000.

Panelist, *Federal Judicial Center Video Update on Bankruptcy Developments,* Washington, D.C., February 10-11, 2000.

Official Observer, International Bar Association (Committee J), UNCITRAL's working group on insolvency practices, Vienna, Austria, December 7-17, 1999.

Presenter, *The Insolvency Provisions of the UNCITRAL Model Law on the Assignment of Receivables*, program co-sponsored by the International Bar Association and UNCITRAL, Vienna, Austria, December 6, 1999.

Speaker, *Current Legislative Developments*, Tidewater Bankruptcy Bar Association, Norfolk, Virginia, December 2, 1999.

Panelist, *The Impact of LaSalle*, The University of Texas' 18th Annual Bankruptcy Education Program, The University of Texas, Austin, Texas, November 18-19, 1999.

Panelist, *Securitization in Bankruptcy*, National Conference of Bankruptcy Judges, San Francisco, California, October 7, 1999.

Presenter, *LaSalle and the Little Guy*, Emory University School of Law Speakers' Series, Atlanta, Georgia, September 25, 1999.

Co-Discussion Leader, Sigmund J. Beck Bankruptcy Roundtable, Culver Cove, Indiana, August 19-21, 1999.

Advisor, Bankruptcy and Secured Transactions Law, Economic Law and Improved Procurement Systems (ELIPS Project), Republic of Indonesia, December 7-17, 1997, July 24-August 2, 1998, and July 23-August 2, 1999.

Representative, International Bar Association and its Committee J to UNCITRAL's international assignment in receivables financing project, January 1997 to 2001. Attended working sessions of International Contract Practices Group on October 20-31, 1997 (Vienna, Austria); March 2-13, 1998 (New York, New York); October 5-16, 1998 (Vienna, Austria); and March 1-12, 1999 (New York, New York).

Moderator, *Ethical Issues Representing Insolvent Businesses Outside of Bankruptcy: Nightmare, Folly or What?*, Financial Lawyers Conference, Los Angeles, California, February 4, 1999.

Presenter, *The Rule of Law and International Commercial Law Reform*, Georgia State University, Atlanta, Georgia, January 27, 1999.

Chair, American Association of Law Schools Debtor-Creditor Committee, 1998.

Reporter, Task Force on Revision of Indiana Exemption Laws, Indiana State Bar Creditor and Bankruptcy Law Committee, 1998 to 1999.

Moderator, *Annual Bankruptcy Institute*, Indiana Continuing Legal Education Forum, December 10-11, 1998.

Presenter, *The Cost of Contracting: Using Finance Theory and Fraudulent Transfer to Calculate Real Consideration,* paper presented at Vanderbilt University School of Law, Memphis, Tennessee, November 11, 1998.

Invited Scholar, *72nd Annual Convention of the National Association of Bankruptcy Judges*, Dallas, Texas, October 22-25, 1998.

Panelist, *Conflicts of Interest Issues and Bankruptcy*, American Bar Association's Business Law Section Professional Responsibility Section, Dallas, Texas, October 23, 1998.

Case: 19-30088    Doc# 1370-1    Filed: 04/12/19    Entered: 04/12/19 16:31:48    Page 41 of 43

Co-Discussion Leader, *Sigmund J. Beck Advanced Bankruptcy Roundtable*, Indiana Continuing Legal Education Forum, Columbus, Indiana, August 21-22, 1998.

Evaluator and Instructor, *Trial Practice Seminar*, Indiana Attorney General's Office Training, Spring Mill State Park, Mitchell, Indiana, August 18-19, 1998.

Co-Moderator, UCC/Commercial Finance Discussion Group, *Counsel Connect*, August, 1995 to 1998.

Co-Discussion Leader, *Sigmund J. Beck Advanced Bankruptcy Roundtable*, Indiana Continuing Legal Education Forum, August 15-16, 1997.

Witness, National Bankruptcy Review Commission, on subject of Section 105 and Section 362(b), Detroit, Michigan, June 20, 1997.

Presenter, *Ethical Issues in Non-Bankruptcy Insolvency Practice*, and Panelist, *Asset Sales in Bankruptcy*, 15th Annual Bankruptcy Conference, The University of Texas School of Law, Austin, Texas, November 21-22, 1996.

Panelist, *Regulatory and Reporting Roadblocks to Problem Loan Workouts*, Bar Association of San Francisco Continuing Education Program, San Francisco, California, August 13, 1996.

Panelist, *The Internet for Legal Professionals*, Indiana Continuing Legal Education Program, Indianapolis, Indiana, December 20, 1995 and March 30, 1996.

Invited Scholar, *69th Annual Convention of the National Association of Bankruptcy Judges*, New Orleans, Louisiana, October 29-November 1, 1995.

Coordinator, *Indiana University School of Law—Bloomington Home Page*. URL: http://www.law.indiana.edu. Responsible for look and content of law school's Internet presence. Maintained the entry for "Law" in the WWW Virtual Library. In conjunction with the Indiana Supreme Court, designed, developed and implemented publication, in hypertext form, of all Indiana Supreme Court and Appellate Court opinions on the Internet. January 1995 to November 1995.

Panelist, *The Internet for Lawyers*, Clearwater Information Systems, Indianapolis, Indiana, September 22, 1995.

Speaker, *Showdown at the Bankruptcy Corral: Is What You Just Did or Are About To Do a Bankruptcy Crime?*, Indiana State Bar Association Bankruptcy and Creditors' Rights Section Annual Meeting, French Lick, Indiana, October 19,1995.

Co-Moderator and Panelist, *There's Nothing More Certain Than Bankruptcy and Taxes*, continuing education program sponsored by Indiana University—Bloomington and the Indiana Continuing Legal Education Forum, Bloomington, Indiana, September 8, 1995.

Co-Discussion Leader, *Sixth Annual Sigmund J. Beck Bankruptcy Roundtable*, Indiana Continuing Legal Education Forum program, Culver Cove, Indiana, August 18-19, 1995.

Speaker, *Unasked Questions: Convergence and Clash with Computers in Legal Education*, Fifth Annual Conference for Law School Computing Professionals, Chicago, Illinois, June 10, 1995.

Speaker, *American Bar Association's Ninth Annual TechShow—95*, Chicago, Illinois, March 31, 1995.

Invited Moderator, *The Bankruptcy Reform Act of 1994: An Electronic Roundtable*, *Lexis Counsel Connect*, January, 1995.

Case: 19-30088    Doc# 1370-1    Filed: 04/12/19    Entered: 04/12/19 16:31:48    Page 42 of 43

Invited Moderator, *The Orange County Disaster: A Electronic Roundtable, Lexis Counsel Connect*, December 1994.

Panelist, *Representing a Business 101*, Indiana Continuing Legal Education Forum, Indianapolis, Indiana, December 1, 1994.

Invited Participant, *Law in a Digital World: A Conference in Cyberspace*, sponsored by West Publishing and moderated by Ethan Katsh, October 3-21, 1994 .

Co-Discussion Leader, *Fifth Annual Sigmund J. Beck Bankruptcy Roundtable*, Indiana Continuing Legal Education Forum, Bloomington, Indiana, August 19-20, 1994.

Co-Chair, *Indiana's New Uniform Fraudulent Transfer Act*, Indiana Continuing Legal Education Forum, Indianapolis, Indiana, September 29, 1994.

Invited Participant, Legal Information Institute Hypertext Workshop, Cornell University School of Law, Ithaca, New York, June 20-24, 1994.

Panelist, *The Nuts and Bolts of Checks, Notes and Bank Deposits*, Indiana Continuing Legal Education Forum, Indianapolis, Indiana, June, 1994.

Panelist, *Critical Issues in Chapter 11*, American Bar Association and the Chicago Chapter of the Federal Bar Association, Chicago, Illinois, May, 1994.

Invited Participant, *Interdisciplinary Conference on Bankruptcy and Insolvency Theory*, Washington University, St. Louis, Missouri, February 1994.

Invited Participant, *UCC Article 9 Invitational Conference*, American Law Institute—American Bar Association, New York, New York, May, 1993.

Panelist, Domestic Law Reforms, *The Globalization of Law, Politics and Markets: Implications for Domestic Law Reform*, Indiana University School of Law—Bloomington, Indiana, March, 1993.

Reporter for the Debtor-Creditor Committee of the Indiana State Bar for its recommendation that Indiana adopt the Uniform Fraudulent Transfer Act, 1991-1993.

Panelist, *The Evolving Commercial Law in Indiana*, Indiana Continuing Legal Education Forum, Indianapolis, Indiana, February, 1992.

Panelist, *Fraudulent Conveyances in Indiana*, Indiana Continuing Legal Education Forum, Indianapolis, Indiana, June, 1991.

Panelist, California Continuing Education of the Bar Advanced Real Property Program: *Bankruptcies Involving Distressed Real Property*, San Francisco, Los Angeles & San Diego, California, May/June 1989.

Speaker, Beverly Hills Bar Association, *Fraudulent Transfers and California Real Property Law*, Beverly Hills, California, July, 1989.

Panelist, California Continuing Education of the Bar Basic Bankruptcy Program: *Fundamentals of Bankruptcy Practice*, San Francisco, Los Angeles & San Diego, California, August/September 1989.

April 11, 2019