TIMOTHY S. LAFFREDI (WI SBN 1055133)
Assistant United States Trustee
MARTA E. VILLACORTA (NY SBN 4918280)
Trial Attorney
United States Department of Justice
Office of the U.S. Trustee
450 Golden Gate Avenue, Suite 05-0153
San Francisco, CA 94102
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: timothy.s.laffredi@usdoj.gov;
        marta.villacorta@usdoj.gov

Attorneys for Andrew R. Vara,
Acting United States Trustee for Region 3[1]

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case Nos. 19-30088 DM (Lead Case) |
| PG&E CORPORATION | 19-30089 DM |
| and | Chapter 11 |
| PACIFIC GAS AND ELECTRIC COMPANY, | Jointly Administered |
| Debtors. | |
| ☐   Affects PG&E Corporation<br>☐   Affects Pacific Gas and Electric Company<br>☒   Affects both Debtors<br><br>* All papers shall be filed in the Lead Case No. 19-30088 DM. | Date: May 22, 2019<br>Time: 9:30 a.m.<br>Place: Hon. Dennis Montali<br>      450 Golden Gate Avenue<br>      16th Floor, Courtroom 17<br>      San Francisco, CA 94102 |

### NOTICE OF HEARING ON MOTION OF THE UNITED STATES TRUSTEE FOR ORDER APPOINTING FEE EXAMINER AND ESTABLISHING PROCEDURES FOR CONSIDERATION OF REQUESTED COMPENSATION AND REIMBURSEMENT OF EXPENSES

---

[1]   Andrew R. Vara, Acting United States Trustee for Region 3, is acting in this appointment for Tracy Hope Davis, United States Trustee for Region 17, who is recused from the above-captioned cases.

**PLEASE TAKE NOTICE** that a hearing will be held on **May 22, 2019 at 9:30 a.m.**, before the **Honorable Dennis Montali, 450 Golden Gate Avenue, 16th Floor, Courtroom 17, San Francisco, CA 94102**, on Motion of the United States Trustee for Order Appointment Fee Examiner and Establishing Procedures for Consideration of Requested Compensation and Reimbursement of Expenses.

The Motion is based upon the notice of hearing and declaration filed concurrently herewith, the pleadings, orders, and other documents on file in this case, and upon such evidence as may be presented to the Court at the hearing on the Motion. You may obtain a copy of the Motion, the memorandum in support, and accompanying declaration from the Court's docket on the PACER system or by contacting the undersigned.

A RESPONSE, IF ANY, TO THE MOTION SHALL BE MADE IN WRITING AND SERVED UPON THE UNITED STATES TRUSTEE, AND FILED WITH THE BANKRUPTCY COURT, AT LEAST FOURTEEN (14) DAYS PRIOR TO THE HEARING DATE PURSUANT TO B.L.R. 9014-1(C)(1).

Andrew R. Vara
Acting United States Trustee, Region 17

Dated: April 12, 2019

By: /s/ Timothy S. Laffredi
Timothy S. Laffredi
Assistant United States Trustee