TIMOTHY S. LAFFREDI (WI SBN 1055133)
Assistant United States Trustee
MARTA E. VILLACORTA (NY SBN 4918280)
Trial Attorney
United States Department of Justice
Office of the U.S. Trustee
450 Golden Gate Avenue, Suite 05-0153
San Francisco, CA 94102
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: timothy.s.laffredi@usdoj.gov;
 marta.villacorta@usdoj.gov

Attorneys for Andrew R. Vara,
Acting United States Trustee for Region 3[1]

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>  and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>   Debtors.<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☒  Affects both Debtors<br><br>* All papers shall be filed in the Lead Case No. 19-30088 DM. | Case Nos. 19-30088 DM (Lead Case)<br><br>    19-30089 DM<br><br>Chapter 11<br><br>Jointly Administered |

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the City of San Francisco, County of San Francisco, State of California, in the Office of the United States Trustee, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 450 Golden Gate Avenue, Suite 05-0153, San Francisco, California 94102,

---

[1] Andrew R. Vara, Acting United States Trustee for Region 3, is acting in this appointment for Tracy Hope Davis, United States Trustee for Region 17, who is recused from the above-captioned cases.

that on the date set out below, I served a copy of the following documents upon each party listed on **Exhibit A – First Class Mail List** by placing such a copy, enclosed in a sealed envelope, with prepaid postage thereon, in the United States mail at San Francisco, California, addressed to each party listed on the list:

**NOTICE OF HEARING ON MOTION OF THE UNITED STATES TRUSTEE FOR ORDER APPOINTING FEE EXAMINER AND ESTABLISHING PROCEDURES FOR CONSIDERATION OF REQUESTED COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**MOTION OF THE UNITED STATES TRUSTEE FOR ORDER APPOINTING FEE EXAMINER AND ESTABLISHING PROCEDURES FOR CONSIDERATION OF REQUESTED COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Service of the documents listed above was also accomplished through the Notice of Electronic Filing for parties who are currently on the list attached hereto as **Exhibit B – Electronic Mail Notice List** to receive email notice/service for this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on April 12, 2019.

By: /s/ Ianthe V. del Rosario
 Ianthe V. del Rosario

| |
|---|
| Federal Energy Regulatory Commission<br>Attn: General Counsel<br>888 First St NE<br>Washington, DC 20426 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104-5016 |
| John A. Vos<br>1430 Lincoln Avenue<br>San Rafael, CA 94901 |
| Office of the United States Attorney for the Northern District of California<br>Attn: Bankruptcy Unit<br>Federal Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
| PG&E Corporation<br>Attn: President or General Counsel<br>77 Beale Street<br>P.O. Box 77000<br>San Francisco, CA 94177 |
| PLACER COUNTY OFFICE OF THE TREASURER-TAX COLLECTOR<br>Attn: Robert Kanngiesser<br>2976 Richardson Drive<br>Auburn, CA 95603 |
| U.S. Nuclear Regulatory Commission<br>Attn: General Counsel<br>U.S. NRC Region IV<br>1600 E. Lamar Blvd.<br>Arlington, TX 76011 |
| U.S. Nuclear Regulatory Commission<br>Attn: General Counsel<br>Washington, DC 20555-0001 |

# In re: PG&E Corporation, et al.

Case No. 19-30088-DM

Exhibit B – Electronic Mail Notice List

April 12, 2019

- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Monique D. Almy    malmy@crowell.com
- Dana M. Andreoli    dandreoli@steyerlaw.com, pspencer@steyerlaw.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Lauren T. Attard    lattard@bakerlaw.com, abalian@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Todd M. Bailey    Todd.Bailey@ftb.ca.gov
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti    pbenvenutti@kellerbenvenutti.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder    heinz@bindermalter.com
- Frank Bloksberg    frank@bloksberglaw.com, frank@joinaikido.com
- Jason Blumberg    jason.blumberg@usdoj.gov, Tina.L.Spyksma@UST.DOJ.GOV
- Erin N. Brady    enbrady@jonesday.com
- Stephan M. Brown    eric@thebklawoffice.com, Ellen@thebklawoffice.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Peter C. Califano    pcalifano@cwclaw.com
- Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta    leah.capritta@hklaw.com, lori.labash@hklaw.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Shawn M. Christianson    schristianson@buchalter.com
- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alicia Clough    aclough@loeb.com
- Marc Cohen    mscohen@loeb.com
- Kevin G. Collins    kevin.collins@btlaw.com
- Donald H. Cram    dhc@severson.com
- Ashley Vinson Crawford    avcrawford@akingump.com, tsouthwell@akingump.com
- John Cumming    jcumming@dir.ca.gov
- J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham    , rkelley@pierceatwood.com
- Keith J. Cunningham    kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com

- Tambra Curtis   tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- Jonathan S. Dabbieri   dabbieri@sullivanhill.com, bkstaff@sullivanhill.com
- Nicolas De Lancie   ndelancie@jmbm.com
- Shounak S. Dharap   ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer   kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com
- John P. Dillman   houston_bankruptcy@publicans.com
- Jonathan R. Doolittle   jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- Jennifer V. Doran   jdoran@hinckleyallen.com
- Jamie P. Dreher   jdreher@downeybrand.com
- Cecily A. Dumas   cdumas@bakerlaw.com
- Dennis F. Dunne   cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne   ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong   annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Kevin M. Eckhardt   keckhardt@hunton.com, candonian@huntonak.com
- Joseph A. Eisenberg   JAE1900@yahoo.com
- Sally J. Elkington   sally@elkshep.com, ecf@elkshep.com
- David Emerzian   david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com
- G. Larry Engel   larry@engeladvice.com
- Krista M. Enns   kenns@beneschlaw.com
- Michael P. Esser   michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- Richard W. Esterkin   richard.esterkin@morganlewis.com
- Michael S. Etkin   metkin@lowenstein.com
- Jacob M. Faircloth   jacob.faircloth@smolsonlaw.com
- Joseph Kyle Feist   jfeistesq@gmail.com, info@norcallawgroup.net
- Matthew A. Feldman   mfeldman@willkie.com
- James J. Ficenec   James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero   jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman   kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone   sfinestone@fhlawllp.com
- Daniel I. Forman   dforman@willkie.com
- Jonathan Forstot   jonathan.forstot@troutman.com, john.murphy@troutman.com
- Jonathan Forstot   , john.murphy@troutman.com
- Matthew Hampton Foushee   hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick   cfrederick@prklaw.com
- Roger F. Friedman   rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu   jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Larry W. Gabriel   lgabriel@bg.law, nfields@bg.law
- Gregg M. Galardi   gregg.galardi@ropesgray.com
- Richard L. Gallagher   richard.gallagher@ropesgray.com
- Duane M. Geck   dmg@severson.com
- Evelina Gentry   evelina.gentry@akerman.com, rob.diwa@akerman.com

- Janet D. Gertz    jgertz@btlaw.com, amattingly@btlaw.com
- Barry S. Glaser    bglaser@swesq.com
- Gabriel I. Glazer    gglazer@pszjlaw.com
- Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Matthew A. Gold    courts@argopartners.net
- Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Amy L. Goldman    goldman@lbbslaw.com
- Eric S. Goldstein    egoldstein@goodwin.com
- Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com
- Michael W. Goodin    mgoodin@clausen.com, mgenova@clausen.com
- Eric R. Goodman    egoodman@bakerlaw.com
- Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutininc.com
- Michael I. Gottfried    mgottfried@lgbfirm.com, srichmond@lgbfirm.com
- Louis Gottlieb    Lgottlieb@labaton.com, mpenrhyn@labaton.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Daniel J. Griffin    eric@thebklawoffice.com, christina@thebklawoffice.com
- Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com
- Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com
- Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com
- Robert G. Harris    rob@bindermalter.com
- Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Christopher V. Hawkins    hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com
- Jan M Hayden    jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes    jhayes@fhlawllp.com
- Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com
- Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com
- Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- Terry L. Higham    t.higham@bkolaw.com, achavez@bkolaw.com
- James P. Hill    hill@sullivanhill.com, bkstaff@sullivanhill.com
- Michael R. Hogue    hoguem@gtlaw.com, frazierl@gtlaw.com
- David Holtzman    david.holtzman@hklaw.com
- Alexandra S. Horwitz    allie.horwitz@dinsmore.com
- Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com
- Shane Huang    shane.huang@usdoj.gov
- Brian D. Huben    hubenb@ballardspahr.com
- Jonathan Hughes    jonathan.hughes@aporter.com, jane.rustice@aporter.com
- Michael A. Isaacs    Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- Mark V. Isola    mvi@sbj-law.com
- J. Eric Ivester    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester    , Andrea.Bates@skadden.com
- Ivan C. Jen    ivan@icjenlaw.com
- Monique Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com

- Chris Johnstone    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Gregory K. Jones    GJones@dykema.com, cacossano@dykema.com
- Robert A. Julian    rjulian@bakerlaw.com
- Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com
- Robert B. Kaplan    rbk@jmbm.com
- Eve H. Karasik    ehk@lnbyb.com
- Tobias S. Keller    tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly    lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Gerald P. Kennedy    gerald.kennedy@procopio.com, laj@procopio.com
- Samuel A. Khalil    skhalil@milbank.com, jbrewster@milbank.com
- Samuel M. Kidder    skidder@ktbslaw.com
- Marc Kieselstein    , carrie.oppenheim@kirkland.com
- Jane Kim    jkim@kellerbenvenutti.com
- Thomas F. Koegel    tkoegel@crowell.com
- Andy S. Kong    kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Alan W. Kornberg    , akornberg@paulweiss.com
- Bernard Kornberg    bjk@severson.com
- David I. Kornbluh    dik@millermorton.com, mhr@millermorton.com
- Jeffrey C. Krause    jkrause@gibsondunn.com, psantos@gibsondunn.com
- Thomas R. Kreller    tkreller@milbank.com, dmuhrez@milbank.com
- Lindsey E. Kress    lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser    hkreuser@porterlaw.com, ooberg@porterlaw.com
- Michael Thomas Krueger    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Boris Kukso    boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping    rich@trodellalapping.com
- Michael Lauter    mlauter@sheppardmullin.com
- Francis J. Lawall    lawallf@pepperlaw.com, henrys@pepperlaw.com
- Scott Lee    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- Edward J. Leen    eleen@mkbllp.com
- Matthew A. Lesnick    matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch    bletsch@braytonlaw.com
- David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin    alevin@wcghlaw.com, vcorbin@wcghlaw.com
- Marc A. Levinson    Malevinson@orrick.com, BOrozco@orrick.com
- Alexander James Demitro Lewicki    kdiemer@diemerwei.com, alewicki@diemerwei.com
- William S. Lisa    , jcaruso@nixonpeabody.com
- William S. Lisa    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb    jon.loeb@bingham.com
- John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Jane Luciano    jane-luciano@comcast.net
- Kerri Lyman    klyman@irell.com, lgauthier@irell.com
- John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald    iain@macfern.com, ecf@macfern.com

- Tracy L. Mainguy  tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Samuel R. Maizel  samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta  adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Michael W. Malter  michael@bindermalter.com
- Craig Margulies  cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr  gemarr59@hotmail.com
- David P. Matthews  jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy  patrick.maxcy@snrdenton.com
- Thomas E. McCurnin  tmccurnin@bkolaw.com, kescano@bkolaw.com
- Hugh M. McDonald  hugh.mcdonald@troutman.com, john.murphy@troutman.com
- Hugh M. McDonald  , john.murphy@troutman.com
- C. Luckey McDowell  luckey.mcdowell@bakerbotts.com
- Thomas Melone  Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo  peter@pmrklaw.com
- Frank A. Merola  lacalendar@stroock.com, mmagzamen@stroock.com
- Matthew D. Metzger  belvederelegalecf@gmail.com
- Randy Michelson  randy.michelson@michelsonlawgroup.com
- Joseph G. Minias  jminias@willkie.com
- M. David Minnick  dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Thomas C. Mitchell  tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe  john.moe@dentons.com, glenda.spratt@dentons.com
- Kevin Montee  kmontee@monteeassociates.com
- David W. Moon  lacalendar@stroock.com, mmagzamen@stroock.com
- Erika L. Morabito  emorabito@foley.com, hsiagiandraughn@foley.com
- Courtney L. Morgan  morgan.courtney@pbgc.gov
- Joshua D. Morse  Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Thomas G. Mouzes  tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz  pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Michael S. Myers  myersms@ballardspahr.com, hartt@ballardspahr.com
- Alan I. Nahmias  anahmias@mbnlawyers.com
- David L. Neale  dln@lnbrb.com
- David L. Neale  dln@lnbyb.com
- David Neier  dneier@winston.com
- Brittany J. Nelson  bnelson@foley.com, hsiagiandraughn@foley.com
- Melissa T. Ngo  ngo.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas  mario.nicholas@stoel.com, cherie.clark@stoel.com
- Gregory C. Nuti  gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient  aobrient@mintz.com, docketing@mintz.com
- Julie E. Oelsner  joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF  USTPRegion17.SF.ECF@usdoj.gov
- Steven M. Olson  smo@smolsonlaw.com
- Aram Ordubegian  Ordubegian.Aram@ArentFox.com
- Richard A. Oshinski  Rick@Oshinskiforsberg.com, linda@oshinskiforsberg.com

- Shai Oved     ssoesq@aol.com, Ovedlaw@hotmail.com
- Gabriel Ozel     Gabriel.Ozel@troutman.com, tsinger@houser-law.com
- Margarita Padilla     Margarita.Padilla@doj.ca.gov
- Amy S. Park     amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson     donna@parkinsonphinney.com
- Peter S. Partee     , candonian@huntonak.com
- Paul J. Pascuzzi     ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- Kenneth Pasquale     , mlaskowski@stroock.com
- Charles Scott Penner     penner@carneylaw.com, caragol@carneylaw.com
- Valerie Bantner Peo     vbantnerpeo@buchalter.com
- Danielle A. Pham     danielle.pham@usdoj.gov
- Thomas R. Phinney     tom@parkinsonphinney.com
- R. Alexander Pilmer     alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston     rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino     epino@epinolaw.com, staff@epinolaw.com
- Mark D. Plevin     mplevin@crowell.com
- Mark D. Poniatowski     ponlaw@ponlaw.com
- William L. Porter     bporter@porterlaw.com, Ooberg@porterlaw.com
- Christopher E. Prince     cprince@lesnickprince.com
- Douglas B. Provencher     dbp@provlaw.com
- Amy C. Quartarolo     amy.quartarolo@lw.com
- Lary Alan Rappaport     lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins     jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- Hugh M. Ray     hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready     smeyer@farmerandready.com
- Caroline A. Reckler     caroline.reckler@lw.com
- Jeffrey M. Reisner     jreisner@irell.com
- Jack A. Reitman     , srichmond@lgbfirm.com
- Emily P. Rich     erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Christopher O. Rivas     crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Daniel Robertson     robertson.daniel@pbgc.gov, efile@pbgc.gov
- Lacey E. Rochester     lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Allan Robert Rosin     arrosin@alr-law.com
- Jay M. Ross     jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau     grougeau@brlawsf.com
- Nathan Q. Rugg     nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp     trupp@kellerbenvenutti.com
- Eric E. Sagerman     esagerman@bakerlaw.com, pgedocket@bakerlaw.com
- Nanette D. Sanders     nanette@ringstadlaw.com, becky@ringstadlaw.com
- Lovee Sarenas     Lovee.sarenas@lewisbrisbois.com
- Sunny S. Sarkis     sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- Sblend A. Sblendorio     sas@hogefenton.com
- Daren M Schlecter     daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider     bradley.schneider@mto.com
- Lisa Schweitzer     lschweitzer@cgsh.com
- David B. Shemano     dshemano@pwkllp.com

- James A. Shepherd    jim@elkshep.com, ecf@elkshep.com
- Leonard M. Shulman    lshulman@shbllp.com
- Andrew I. Silfen    andrew.silfen@arentfox.com
- Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Craig S. Simon    csimon@bergerkahn.com, aketcher@bergerkahn.com
- Michael K. Slattery    mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum    jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith    asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol    jdsokol@lawssl.com, dwright@lawssl.com
- Randye B. Soref    rsoref@polsinelli.com
- Bennett L. Spiegel    blspiegel@jonesday.com
- Michael St. James    ecf@stjames-law.com
- Howard J. Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- David M. Stern    dstern@ktbslaw.com
- Rebecca Suarez    rsuarez@crowell.com
- Brad T. Summers    summerst@lanepowell.com, docketing-pdx@lanepowell.com
- Kesha Tanabe    kesha@tanabelaw.com
- Elizabeth Lee Thompson    ethompson@stites.com, docketclerk@stites.com
- John C. Thornton    jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Meagan S. Tom    Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward Tredinnick    etredinnick@grmslaw.com
- Matthew Jordan Troy    matthew.troy@usdoj.gov
- Andrew Van Ornum    avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta    marta.villacorta@usdoj.gov
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Riley C. Walter    ecf@W2LG.com
- Phillip K. Wang    phillip.wang@rimonlaw.com
- Philip S. Warden    philip.warden@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- Lindsi M. Weber    lweber@polsinelli.com, yderac@polsinelli.com
- Genevieve G. Weiner    gweiner@gibsondunn.com
- Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com
- David Walter Wessel    DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Drew M. Widders    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans    rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- Risa Lynn Wolf-Smith    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com

- Douglas Wolfe    dwolfe@asmcapital.com
- Catherine E. Woltering    cwoltering@bakerlaw.com
- Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher Kwan Shek Wong    christopher.wong@arentfox.com
- Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com
- Andrew Yaphe    andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com
- Tacie H. Yoon    tyoon@crowell.com
- Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com
- Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com