Jane G. Kearl (CA 156560)
Colin C. Holley (CA 191999)
**WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.**
2040 Main Street, Suite 300
Irvine, CA 92614
Telephone: 949-852-6700
Facsimile: 949-261-0771
Email:      jkearl@watttieder.com
               cholley@watttieder.com

*Attorneys for Creditor*
*Barnard Pipeline, Inc.*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors. | Bankruptcy Case<br>Case No.  19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |
| ☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | **NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN PURSUANT TO 11 U.S.C. § 546(b)(2)**<br><br>San Bernardino County (Lien 2019-0024395) |

Barnard Pipeline, Inc. ("Barnard"), by and through its undersigned counsel, hereby gives notice of continued perfection of its mechanics lien under 11 U.S.C. § 546(b)(2), as follows:

1.        Barnard has provided and delivered labor, services, equipment, and/or materials for the construction and improvements of projects located in the County of San Bernardino, State of California (the "Property"), the legal description for which is set forth in the Claim of Mechanics Lien, a true copy of which is attached hereto as **Exhibit A** (the "Mechanics Lien").

2.        The Property is owned by PG&E Corporation and/or Pacific Gas and Electric Company (collectively, the "Debtors"), which filed voluntary petitions for relief under Chapter 11

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW
IRVINE

NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN
PURSUANT TO 11 U.S.C. § 546(b)(2)

Case: 19-30088      Doc# 1415      Filed: 04/15/19      Entered: 04/15/19 12:22:32      Page 1 of 28

of Title 11 of the United States Code (the "Bankruptcy Code") on January 29, 2019 (the "Petition Date").

3. On January 24, 2019, before the Petition Date, Barnard properly and timely recorded its Mechanics Lien under California Civil Code § 8400, *et seq.* in the Official Records of San Bernardino County, State of California.

4. Through January 24, 2019, the amount owing to Barnard subject to its Mechanics Lien is at least $806,454.65, exclusive of accruing interest and other charges, and additional amounts which have continued and are continuing, to accrue after the Petition Date.

5. California Civil Code § 8460(a) provides that:

> The claimant shall commence an action to enforce a lien within 90 days after recordation of the claim of lien. If the claimant does not commence an action to enforce the lien within that time, the claim of lien expires and is unenforceable[.]

6. Pursuant to California Civil Code § 8460, an action to enforce a lien must be commenced within 90 days after recordation of the claim of lien. However, section 362 of the Bankruptcy Code automatically stays Barnard from filing a state court action to enforce its mechanics lien. *See* 11 U.S.C. § 362.

7. Section 546(b)(2) of the Bankruptcy Code provides that when applicable law

> … requires seizure of such property or commencement of an action to accomplish such perfection, or maintenance or continuation of perfection of an interest in property; and … such property has not been seized or such an action has not been commenced before the date of the filing of the petition; such interest in such property shall be perfected, or perfection of such interest shall be maintained or continued, by giving notice within the time fixed by such law for such seizure or such commencement.

*See* 11 U.S.C. § 362; *see also Village Nurseries v. Gould (In re Baldwin Builders)*, 232 B.R. 406, 410-11 (9th Cir. 1999); *Village Nurseries v. Greenbaum*, 101 Cal.App.4th 26, 41 (Cal. Ct. App. 2002).

8. Accordingly, Barnard hereby provides notice of its rights as a lienholder in the Property pursuant to California's mechanics lien law. Barnard is filing and serving this notice to perfect, preserve, maintain, and continue the perfection of its lien and its rights in the Property to

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW
IRVINE

Case: 19-30088    Doc# 1415    Filed: 04/15/19    Entered: 04/15/19 12:22:32    Page 2 of 28

comply with the requirements of California state law, 11 U.S.C. §§ 362(a), 362(b)(3), and 546(b)(2), and any other applicable law. This notice constitutes the legal equivalent of having recorded a mechanics lien in the recorder's office for the county where the Property is located and then having commenced an action to foreclose the lien in the proper court. By this notice, the Debtors and other parties in interest are estopped from claiming that the lawsuit to enforce Barnard's mechanics lien was not timely commenced pursuant to applicable state law. Barnard intends to enforce its lien rights to the fullest extent permitted by applicable law. The interests, perfected, maintained, or continued by 11 U.S.C. § 546(b)(2) extend in and to the proceeds, products, offspring, rents, or profits of the Property.

9.    The filing of this notice shall not be construed as an admission that such filing is required under the Bankruptcy Code, the California mechanics lien law, or any other applicable law. In addition, Barnard does not make any admission of fact or law, and Barnard asserts that its lien is senior to and effective against entities that may have acquired rights or interests in the Property previously.

10.    The filing of this notice shall not be deemed to be a waiver of Barnard's right to seek relief from the automatic stay to foreclose its mechanics lien and/or a waiver of any other rights or defenses.

11.    Barnard reserves all rights, including the right to amend or supplement this notice.

Dated: April //, 2019

WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.

By: _____
Jane G. Kearl (CA 156560)
Colin C. Holley (CA 191999)
2040 Main Street, Suite 300
Irvine, CA 92614
Telephone: 949-852-6700
Facsimile: 949-261-0771
Email:    jkearl@watttieder.com
         cholley@watttieder.com

*Attorneys for Creditor
Barnard Pipeline, Inc.*

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW
IRVINE

3

NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN PURSUANT TO 11 U.S.C. §

Case: 19-30088    Doc# 1415    Filed: 04/15/19    Entered: 04/15/19 18:12:38    Page 3 of 28

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2019, I caused a copy of the foregoing Notice of Continued Perfection of Mechanics Lien Pursuant to 11 U.S.C. § 546(b)(2) to be sent via e-mail and/or first-class mail to the parties identified in the Master Core/2002 Service List attached hereto as **Exhibit B.**

Jane G. Kearl

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW
IRVINE

NOTICE OF CONTINUED PERFECTION OF
MECHANICS LIEN PURSUANT TO 11 U.S.C. §

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

# EXHIBIT A

28

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW
IRVINE

NOTICE OF CONTINUED PERFECTION OF
MECHANICS LIEN PURSUANT TO 11 U.S.C. §

John Dorgan.
Recording requested by:
Barnard Pipeline, Inc.

And when recorded mail this document to:

Jane G. Kearl, Esq.
Robert C. Shaia, Esq.
Watt, Tieder, Hoffar & Fitzgerald, LLP
2040 Main Street, Suite 300
Irvine, CA 92614



Recorded in Official Records, County of San Bernardino    1/24/2019
**BOB DUTTON**    1:23 PM
ASSESSOR – RECORDER – CLERK    KE
    SAN

P  Counter

Doc#    **2019 – 0024395**

| Titles | 1 | Pages | 12 |
|--------|---|-------|-----|
| Fees | | | 57.00 |
| Taxes | | | 0.00 |
| CA SB2 Fee | | | 75.00 |
| Others | | | 6.00 |
| Paid | | | $138.00 |

For recorder's use

# MECHANICS' LIEN
## (Cal. Civ. Code § 8416, et seq.)

1.    BARNARD PIPELINE, INC. ("Claimant") claims a mechanics lien for the labor, services, equipment, and/or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of San Bernardino, State of California, and more particularly described as:

> (1) 35863 Fairview Rd., Hinkley, CA 92347 (Hinkley Compressor Station), and all appurtenances and easements related thereto, including specifically, without limitation, all improvements, structures, and pipelines in or on which Claimant provided labor, services, equipment, and/or materials as set forth in paragraph 2, as more specifically described in Exhibit A attached hereto; and

> (2) All right, title and interest of Pacific Gas and Electric Company ("PG&E") in all easements and all improvements, structures, and pipelines therein, in or on which Claimant provided labor, services, equipment, and/or materials as set forth in paragraph 2, including, specifically, without limitation, as more specifically described in Exhibit A attached hereto, including along Dixie Road to the intersection of Agate Road and Walnut Road; the valve lot on Pipeline Road east of the intersection of Pipeline Road and Mayor Katy Parkway; and at the end of Soapmine Road; and as generally depicted in the maps attached hereto as Exhibit B.

2.    After deducting all just credits and offsets, the sum of $806,454.65, together with interest at the rate of 10% per annum from January 22, 2019, is due Claimant for the following: labor, services, equipment, and/or materials for pipeline replacement, pipeline fitting replacements, valve replacements and hydrostatic pipeline testing, and related construction work performed under the Alliance Agreement Contract between Claimant and PG&E and Contract Work Authorization No. C5694, or as otherwise requested by PG&E.

3.    Claimant furnished the labor, services, equipment, and/or materials, at the request of:  PG&E.

4.    The name and address of the owner(s) or reputed owner(s) of the real property is/are:  PG&E, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

///

5.  Claimant's address is: 701 Gold Avenue, Bozeman, MT 59715.

Dated _January 22_, 2019

BARNARD PIPELINE, INC.

By: _____
Zach Bowler, Vice President

## VERIFICATION

I, Zach Bowler, am the Vice President of Claimant on the foregoing Mechanics Lien and am authorized to make this verification for and on its behalf. I have read the foregoing Mechanics Lien and know the contents of the Mechanics Lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated _January 22_, 2019

By: _____
Zach Bowler, Vice President

## NOTICE OF MECHANICS LIEN

## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

**PROOF OF SERVICE**

I, Julie Benton, declare:

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 2040 Main Street, Suite 300, Irvine, California 92614-6232.

On January 23, 2019, I served ☐ the originals ☒ true copies of the following document(s) described as MECHANICS LIEN and NOTICE OF MECHANICS' LIEN on the interested parties in this action, by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Irvine, California addressed as set forth below:

Pacific Gas & Electric Company (PG&E)
77 Beale Street, 32nd Floor
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 23, 2019, at Irvine, California.

Julie Benton

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW
IRVINE

PROOF OF SERVICE

Case: 19-30088    Doc# 1415    Filed: 04/15/19    Entered: 04/15/19 12:22:32    Page 8 of 28

# EXHIBIT A

## 731-604 17A ILI Locations

| KMZ Locations | GPS Coordinates DD (Decimal Degrees) |
|---|---|
| I-202E Receiver MP159.17A | 34.900516944, -117.158201929 |
| I-218E Receiver MP159.17B | 34.9006877999, -117.158147996 |
| I-202D Deactivation MP157.86A | 34.8970627291, -117.136052152 |
| I-202D Deactivation MP156.40A | 34.8924895503, -117.1109965 |
| I-202D Valve Lot MLV 156.36A | 34.8923992441, -117.110277605 |
| I-202F PLS 2XA Tee Replacements MP149.65A | 34.8684629079, -116.997260267 |
| I-218D Tee Replacements MP 148.90B | 34.8909048765, -116.962503433 |

# EXHIBIT B



Existing 50' Wide
PG&E Pipeline Easement

15' Wide Access Road

Replace 34" x 20"
Reducing Tee

V-149.65A

Replace 34" x 20"
Reducing Tee

35' x 35'
Sloped Bell Hole
for Sniff Hole #2

Access Road

L-300A

50

63'

65'

343'

35' x 35'
Sloped Bell Hole
for Sniff Hole #1

L-300A

50'

68'

215'

Existing Blowdown Stack

75' x 100' Existing Fence

Temporary Workspace
Area: 31,738 Sq.Ft.

⊗ Valve - Existing
--- Pipeline - Existing
— Tee Replacement
   Access Road
[_] Pipeline Easement - Existing
×ₓ⁻ˣ Fence - Existing
   Bell Hole
[Ζ] Temporary Workspace Area

I:\Projects\PG&E16\2023.024 - Survey and GIS Data\4.03 - Workspace Maps\Workspace Maps\Workspace-MP149.65A_v4.mxd



0    30   60              120
                          Feet

PG&E - ILI PROJECT
I-202F - 2017 ILI PROGRAM
SAN BERNARDINO COUNTY, CA
TEE REPLACEMENT MP 149.65A L-300A SITE LAYOUT

Revision No.9

10/28/2017




N
W     E
S



75' x 105'
Existing Fence

Temporary Workspace
Aea: 34,243 Sq.Ft.

35' x 35'
Sloped Bell Hole
for Sniff Hole #1

200'

42'

L-300B
Soapmine Road

50'

85'

100'

40'

102'

48'

35' x 35'
Sloped Bell Hole
for Sniff Hole #2

L-300B

50'

137'

100'

Replace 34" x 20"
Reducing Tee

V-148.91B

Replace 34" x 20"
Reducing Tee

Existing 50' Wide
PG&E Pipeline Easement

⊗ Valve - Existing
▬ Tee Replacement
- - - Pipeline - Existing
✗✗ Fence - Existing
Access Road
Bell Hole
Temporary Workspace Area

 bing

© 2017 DigitalGlobe ©CNES
Copérnicus

0          60          120
Feet

PG&E - ILI UPGRADE PROGRAM
I-218D - 2017 ILI PROGRAM
SAN BERNARDINO COUNTY, CA
TEE REPLACEMENT MP 148.91B L-300B SITE LAYOUT

 Revision No.9

 PG&E

10/28/2017

N
W ✦ E
S

Case: 19-30088     Doc# 1415     Filed: 04/15/19     Entered: 04/15/19 12:22:32     Page 12 of 28



## Legend

- Proposed 34" Trenched Pipe
- Proposed 34" Bored Pipeline
- Transmission Lines - Existing
- Permanent/Exclusive Area - Existing PG&E Property
- Proposed PG&E Easement
- Temporary Workspace Area
- Interie Station
- Bell Hole
- H.D.D. Drill Area

**ENengineering**

PG&E I-202-D PROJECT - ILI UPGRADE PROGRAM
MOJAVE RIVER CROSSING WORKSPACE - H.D.D. OPTION
BARSTOW, SAN BERNARDINO COUNTY, CALIFORNIA
L-300A & 300A1, MP 156.40 TO MP 157.86 - KEY PLAN

**PG&E**

9/26/2017

0    375    750    1,500

Feet

### Map labels

- Temporary Workspace 2,700' x 125' Approximate Area: 337,500 Sq. Ft.
- Proposed 34" Trenched Pipe (1,600 Ft.)
- Interie Station MP 157.86
- Drill Exit Point
- 12' x 10' Bell Hole Slurry Fill Excavation
- Existing Line 300A and Line 300A1
- Temporary Workspace Approximate Area: 450,000 Sq. Ft.
- 25' PG&E Easement
- Proposed 34" Bored Pipe (Approximate Length: 4,280 ft)
- 25' Wide PG&E Easement
- 12' x 10' Bell Hole Slurry Fill Excavation
- Drill Entry Point
- Proposed 34" Trenched Pipe (2,000 Ft.)
- Interie Station MP 156.40
- Permanent/Exclusive Area Existing PG&E Property
- 12' x 10' Bell Hole Slurry Fill Excavation
- Temporary Workspace 2,400' x 125' Approximate Area: 300,000 Sq. Ft.
- Temporary Workspace 200' x 125' Area: 25,000 Sq. Ft.
- 25' PG&E Easement
- Mojave River



PG&E I-202-0 PROJECT - ILI UPGRADE PROGRAM
MOJAVE RIVER CROSSING WORKSPACE - H.D.D. OPTION
BARSTOW, SAN BERNARDINO COUNTY, CALIFORNIA
L-300A & 300A1 - WORKSPACE - SITE 1

EN engineering



ENgineering

PG&E L-202.0 PROJECT - L1 UPGRADE PROGRAM
MOJAVE RIVER CROSSING WORKSPACE - H.D.D. OPTION
BARSTOW, SAN BERNARDINO COUNTY, CALIFORNIA
L-300A & 300A1 - WORKSPACE - SITE 2

PG&E

9/27/2017

Proposed 34" Trenched Pipe
Proposed 34" Bored Pipeline
Transmission Lines - Existing
Proposed PG&E Easement
Temporary Workspace Area
Intertie Station
Bell Hole
H.D.D.-Drill Area

0   87.5   175   350   Feet

Mojave Desert

Proposed 34" Bored Pipe
(Approximate Length: 4,280 ft.)

Drill Exit Point

125' Wide PG&E Easement

12' x 10' Bell Hole
Slurry Fill Excavation

Existing Line 300A and Line 300A1

Mojave River

Temporary Workspace
Approximate Area: 450,000 Sq. Ft.

Proposed 34" Trenched Pipe
(1,600 Ft.)

Intertie Station
MP 157.86

PROPOSED 34"

L-300A1
L-300A

Dale Rd.
Dale Rd.
Riverview Rd.



PG&E I-202-D PROJECT - ILI UPGRADE PROGRAM
MOJAVE RIVER CROSSING WORKSPACE - H.D.D. OPTION
BARSTOW, SAN BERNARDINO COUNTY, CALIFORNIA
L-300A & 300A1 - WORKSPACE - SITE 3

ENengineering

Legend:
— Proposed 34" Trenched Pipe
—— Transmission Lines - Existing
☐ Proposed PG&E Easement
▨ Temporary Workspace Area
■ Intertie Station



PG&E ILI PROJECT
I-202E/218E - 2017 ILI PROGRAM
HINKLEY, SAN BERNARDINO COUNTY, CA
HINKLEY COMPRESSOR STATION - RECEIVERS L-300A & B - SITE LAYOUT

10/25/2017

Existing Gate

35' X 35' Sloped
Bell Hole
for Sniff Hole #1

35' X 35' Sloped
Bell Hole
for Sniff Hole #2

Temporary Workspace
Area: 173,012 Sq. Ft.

Valve - Existing
Valve - Proposed
Piping - Proposed
Pipeline - Existing
Fence - Existing
Fence - Proposed
Temporary Workspace Area

0    80    160
Feet

# EXHIBIT B

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for Mirsa Trettevik, including other Fire Victim Tort Claimants | ADLER LAW GROUP, APLC | Attn: E. Elliot Adler, Geoffrey E. Marr, Brittany D. Weiner | 402 West Broadway | Suite 860 | San Diego | CA | 92101 | | 619-531-8700 | 619-342-9600 | EAdler@TheAdlerFirm.com gemarr5@hotmail.com bummer@TheAdlerFirm.com |
| Counsel for Aera Energy LLC, Midway Sunset Cogeneration Company | Aera Energy LLC | Attn: Ron A. Symm | 10000 Ming Avenue | | Bakersfield | CA | 93311 | | 661-665-5791 | | RASymm@aeraenergy.com |
| Counsel for TRANSWESTERN PIPELINE COMPANY, LLC | AKERMAN LLP | Attn: EVELINA GENTRY | 601 West Fifth Street, Suite 300 | | Los Angeles | CA | 90071 | | 213-688-9500 | 213-627-6342 | evelina.gentry@akerman.com |
| Counsel for TRANSWESTERN PIPELINE COMPANY, LLC | AKERMAN LLP | Attn: JOHN E. MITCHELL and YELENA ARCHIYAN | 2001 Ross Avenue, Suite 3600 | | Dallas | TX | 75201 | | 214-720-4300 | 214-981-9339 | yelena.archiyan@akerman.com john.mitchell@akerman.com |
| Counsel for Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Ashley Vinson Crawford | 580 California Street | Suite 1500 | San Francisco | CA | 94104 | | 415-765-9500 | 415-765-9501 | avcrawford@akingump.com |
| Counsel for Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: David P. Simonds | 1999 Avenue of the Stars | Suite 600 | Los Angeles | CA | 90067 | | 310-229-1000 | 310-229-1001 | dsimonds@akingump.com mstarner@akingump.com |
| Counsel for Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter | One Bryant Park | | New York | NY | 10036 | | 212-872-1000 | 212-872-1002 | idizengoff@akingump.com dbotter@akingump.com |
| Counsel for Calpine, Inc. | ANDREWS & THORNTON | Attn: Anne Andrews, Sean T. Higgins, and John C. Thornton | 4701 Von Karman Ave | Suite 300 | Newport Beach | CA | 92660 | | 949-748-1000 | 949-315-3540 | aa@andrewsthornton.com jct@andrewsthornton.com sth@andrewsthornton.com |
| Counsel for NDH, MA, solely in its capacity as Indenture Trustee | ARENT FOX LLP | Attn: Andrew J. Silfen, Beth M. Brownstein, Jordana L. Renert | 1301 Avenue of the Americas | 42nd Floor | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Andrew.Silfen@arentfox.com Beth.Brownstein@arentfox.com Jordana.Renert@arentfox.com |
| Counsel for Genesys Telecommunications Laboratories Inc. | Arent Fox LLP | Attn: Andy S. Kong and Christopher K.S. Wong | 555 West Fifth Street | 48th Floor | Los Angeles | CA | 90013-1065 | | 213-629-7400 | 213-629-7401 | andy.kong@arentfox.com christopher.weng@arentfox.com |
| Counsel for NDH, MA, solely in its capacity as Indenture Trustee | ARENT FOX LLP | Attn: Aram Ordubegian, Brian Lohan, Esq., Steven Fruchter, Esq. | 555 West Fifth Street | 48th Floor | Los Angeles | CA | 90013-1065 | | 213-629-7400 | 213-629-7401 | Aram.Ordubegian@arentfox.com brian.lohan@arentfox.com steven.fruchter@arentfox.com |
| Counsel for AT&T | Arnold & Porter Kaye Scholer LLP | Attn: Brian Lohan, Esq., Steven Fruchter, Esq. | 250 West 55th Street | One AT&T Way, Room | New York | NY | 10019 | | 212-836-8000 | 212-836-8689 | |
| Counsel for AT&T | AT&T | Attn: James W. Grudus, Esq. | One AT&T Way, Room 3A218 | | Bedminster | NJ | 07921 | | 908-234-3318 | 908-234-0157 | jg7286@att.com |
| Counsel for California State Agencies | Attorney General of California | Attn: XAVIER BECERRA, DANETTE VALDEZ, and ANNADEL ALMENDRAS | 455 Golden Gate Avenue | Suite 11000 | San Francisco | CA | 94102-7004 | | 415-510-3367 | 415-703-5480 | Annadel.Almendras@doj.ca.gov Danette.Valdez@doj.ca.gov |
| Counsel for California State Agencies | Attorney General of California | Attn: XAVIER BECERRA, MARGARITA PADILLA, and JAMES POTTER | 1515 Clay Street, 20th Floor | P.O. Box 70550 | Oakland | CA | 94612-0550 | | 510-879-0815 | 510-622-2270 | James.Potter@doj.ca.gov Margarita.Padilla@doj.ca.gov |
| Counsel for California State Agencies | Attorney General of California | Attn: XAVIER BECERRA, MARGARITA PADILLA, and JAMES POTTER | 300 South Spring Street | Suite 1702 | Los Angeles | CA | 90013 | | 213-269-6326 | 213-897-2802 | James.Potter@doj.ca.gov |
| Special Bankruptcy Counsel for Certain Fire Damage Plaintiffs Claimants | BAILEY AND ROMERO LAW FIRM | Attn: MARTHA E. ROMERO | 12518 Beverly Boulevard | | Whittier | CA | 90601 | | 562-889-0182 | | marthasomerohlaw@gmail.com |
| Proposed Counsel for Official Committee of Tort Claimants | BAKER & HOSTETLER, LLP | Attn: Eric E. Sagerman, Lauren T. Attard | 11601 Wilshire Blvd. | Suite 1400 | Los Angeles | CA | 90025-0509 | | 310-442-8875 | 310-820-8859 | esagerman@bakerlaw.com lattard@bakerlaw.com |
| Proposed Counsel for Official Committee of Tort Claimants | BAKER & HOSTETLER, LLP | Attn: Robert A. Julian, Cecily A. Dumas | 1160 Battery Street | Suite 100 | San Francisco | CA | 94111 | | 415-542-8730 | | rjulian@bakerlaw.com cdumas@bakerlaw.com |
| Counsel for NRG Energy Inc., Clearway Energy, Inc., and Clearway Energy Group LLC | Baker Botts L.L.P. | Attn: C. Luckey McDowell, Ian E. Roberts | 2001 Ross Avenue | Suite 1000 | Dallas | TX | 75201 | | 214-953-6500 | | luckey.McDowell@BakerBotts.com Ian.Roberts@BakerBotts.com Kevin.Chiu@BakerBotts.com |
| Counsel for NRG Energy Inc., Clearway Energy, Inc., and Clearway Energy Group LLC | Baker Botts L.L.P. | Attn: Kevin Chiu | 101 California Street | Suite 3600 | San Francisco | CA | 94111 | | 415-291-6200 | | Nava.Dhillon@BakerBotts.com |
| Counsel for Phillips and Jordan, Inc., Counsel for APTIM, Counsel for TTR Substations, Inc., Counsel for Subsidiaries | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: John M. Rowland | 211 Commerce Street | Suite 800 | Nashville | TN | 37201 | | 615-726-5544 | 615-744-5544 | jrowland@bakerdonelson.com |
| Counsel for TTR Substations, Inc., Counsel for Subsidiaries | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: Leslie E. Rochester, Jan M. Hayden | 201 St. Charles Avenue, Suite 3600 | | New Orleans | LA | 70170 | | 504-566-5292; 504-566-5200 | 504-636-4000 | lrochester@bakerdonelson.com jhayden@bakerdonelson.com |
| USENCO Refined and Louisiana Energy Services, LLC | Ballard Spahr LLP | Attn: Brian D. Huben | 2029 Century Park East | Suite 800 | Los Angeles | CA | 90067-2909 | | 424-204-4353 | 424-204-4350 | hubenb@ballardspahr.com |
| Counsel Realty Income Corp, Counsel for Disconnected | BALLARD SPAHR LLP | Attn: Craig Solomon Ganz, Michael S. Myers | 1 East Washington Street | Suite 2300 | Phoenix | AZ | 85004-2555 | | 302-252-4428 | 410-361-8930 | ganzc@ballardspahr.com myersms@ballardspahr.com |
| USENCO Refined and Louisiana Energy Services, LLC | Ballard Spahr LLP | Attn: Matthew G. Summers | 919 North Market Street | 11th Floor | Wilmington | DE | 19801 | | 302-252-4428 | 410-361-8930 | summersm@ballardspahr.com |
| Counsel Bank of America, N.A. | Bank of America | Attn: John McCusker | Mail Code: NY1-100-21-01 | One Bryant Park | New York | NY | 10036 | | 646-855-2464 | | john.mccusker@bam.com |
| Counsel to Creditors; Public Entities Impacted by the Wildfires | Baron & Budd, P.C. | Attn: Scott Summy, John Fiske | 3102 Oak Lawn Avenue #1100 | | Dallas | TX | 75219 | | 214-521-3605 | | ssummy@baronbudd.com jfiske@baronbudd.com |
| Counsel for City of Morgan Hill | Barton, Klugman & Oetting LLP | Attn: Terry L. Higham, Thomas E. McCurnin, Christopher D. Hagelid | 350 South Grand Avenue, Suite 2200 | | Los Angeles | CA | 90071-3485 | | 213-621-4000 | 213-625-1832 | thigham@bkllaw.com |
| Counsel Gloria Clarke | BELVEDERE LEGAL, PC | Attn: Matthew D. Metzger | 1777 Borel Place | Suite 314 | San Mateo | CA | 94402 | | 415-513-5980 | 415-513-5985 | belvederelegalecf@gmail.com |
| Counsel for Infosys Limited, Counsel for ACRT, Inc. | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | Attn: Kevin M. Capuzzi, Michael J. Barrie | 222 Delaware Avenue | Suite 801 | Wilmington | DE | 19801 | | 302-442-7010 | 302-442-7012 | kcapuzzi@beneschlaw.com mbarrie@beneschlaw.com |
| Counsels for Nationwide Entities | Berger Kahn a Law Corporation | Attn: Kista M. Enns | 555 California Street | Suite 4925 | San Francisco | CA | 94104 | | 415-696-7924 | 415-391-5929 | kenns@bergerkahn.com |
| Counsels for Nationwide Entities | Berger Kahn a Law Corporation | Attn: Craig S. Simon | 1 Park Plaza, Suite 340 | | Irvine | CA | 92614 | | 949-474-1880 | 949-313-5029 | csimon@bergerkahn.com |
| Counsel for Subrogation Insurers | Berger Kahn a Law Corporation | Attn: Craig S. Simon | 1 Park Plaza, Suite 340 | | Irvine | CA | 92614 | | 949-474-1880 | 949-313-5029 | csimon@bergerkahn.com |
| Counsel Valley Clean Energy Alliance | BEST BEST & KRIEGER LLP | Attn: Harriet Steiner | 500 Capitol Mall | Suite 1700 | Sacramento | CA | 95814 | | 916-325-4000 | 916-325-4010 | harriet.steiner@bbklaw.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for RidgePoint, Inc., Counsel to Almendaria Consulting | BINDER & MALTER, LLP | Attn: Michael W. Malter, Robert G. Harris, Heinz Binder | 2775 Park Avenue | | Santa Clara | CA | 95050 | | 408-295-1700 | 408-295-1531 | Michael@bindermalter.com Rob@bindermalter.com Heinz@bindermalter.com |
| Counsel for Boulton Jones Authority | Boulin Jones Inc. | Attn: Mark Gorton | 555 Capital Mall | Suite 1500 | Sacramento | CA | 95814 | | | | mgorton@boultonjones.com |
| Counsel to uninsured asbestos personal injury creditor | BRAYTON-PURCELL LLP | Attn: Alan R. Brayton, Esq. and Bryn G. Letsch, Esq. | 222 Rush Landing Road | P.O. Box 6169 | Novato | CA | 94948-6169 | | 415-898-1555 | 415-898-1247 | bletsch@braytonlaw.com |
| Counsel to MUFG Union Bank, dba Arco Directional Drilling, Van Power, Inc. | Brothers Smith LLP | Attn: Mark V. Isola | 2033 N. Main Street | Suite 720 | Walnut Creek | CA | 94596 | | 925-944-9700 | 925-944-9701 | misola@brothersmithlaw.com |
| Counsel to Enge Enterprises, Inc. dba Korick Marketing Company | Brunetti Rougeau LLP | Attn: Gregory A. Rougeau | 235 Montgomery Street | Suite 410 | San Francisco | CA | 94104 | | 415-962-8940 | 415-962-8915 | grougeau@brlawsf.com |
| Counsel to California Community Choice Association, Counsel for Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Valerie Bantner Pec, Shawn M. Christianson | 55 Second Street | 17th Floor | San Francisco | CA | 94105-3493 | | 415-227-0900 | 415-227-0770 | sbuchanson@buchalter.com schristianson@buchalter.com |
| California Public Utilities Commission | California PUC-Utilities Commission | Attn: Arodes Aguilar | 505 Van Ness Avenue | | San Francisco | CA | 94102 | | 415-703-2015 | 415-703-2262 | arodes.aguilar@cpuc.ca.gov |
| Counsel to Chevron Products Company, a division of Chevron U.S.A. Inc. | CHEVRON PRODUCTS COMPANY, A DIVISION OF CHEVRON U.S.A., INC. | Attn: Melanie Cruz, M. Armstrong | 6001 Bollinger Canyon Road | T2110 | San Ramon | CA | 94583 | | | | melaniecruz@chevron.com marmstrong@chevron.com |
| Interested Party California Community Choice Association | Clark & Trevithick | Attn: Kimberly S. Winick | 800 Wilshire Boulevard | 12th Floor | Los Angeles | CA | 90017 | | 213-629-5700 | 213-624-9441 | kwinick@clarktrev.com |
| Counsel to Insurance America, Inc., Albertsons Companies... Safeway Inc., Catlin Specialty Insurance Company, David W. Maefi, Rhonda J. Maefi, Starbus Lines Insurance Company, Chubb Custom Insurance Company, General Security Indemnity Company of Arizona (GSINDA), Marfel Bermuda Limited, Ashford Inc., Ashford Hospitality Association | Classen Miller P.C. | Attn: Michael W. Goodin | 17901 Von Karman Avenue | Suite 650 | Irvine | CA | 92614 | | 949-260-3100 | 949-260-3190 | mgoodin@clausen.com ludiweitzer@clausen.com |
| Counsel for Industrial Capital Management, LLC | Cleary Gottlieb Steen & Hamilton LLP | Attn: Lisa Schweitzer, Margaret Schueltel | One Liberty Plaza | | New York | NY | 10006 | | 212-225-3000 | 212-225-3999 | mschueltel@cgsgh.com |
| Counsel to Commonwealth of Pennsylvania | Commonwealth of Pennsylvania | Department of Labor and Industry | Collections Support Unit | 651 Boas Street, Room 702 | Harrisburg | PA | 17121 | | 717-787-7627 | 717-787-7671 | ra-li-ucts-bankrupt@state.pa.us |
| Counsel for Telesat Network Services, Inc., Sierra Telephone Company, Inc., Verizon Wireless Company and TDS Telecom | Cooper, White & Cooper LLP | Attn: Peter C. Califano | 201 California Street, 17th Floor | | San Francisco | CA | 94111 | | 415-433-1900 | 415-433-5530 | pcalifano@cwclaw.com |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Joint Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | COREY, LUZAICH, DE GHETALDI & RIDDLE LLP | Attn: Dario de Ghetaldi, Amanda L. Riddle, Steven M. Berki, Sumble Manzoor | 700 El Camino Real | PO Box 669 | Millbrae | CA | 94030-0669 | | 650-871-5666 | 850-871-4144 | deg@coreylaw.com alr@coreylaw.com smb@coreylaw.com sm@coreylaw.com |
| Counsel to Clariant Corporation | Cozhett, Pirie & Mccarthy, LLP | Attn: Frank M. Pirre, Alison E. Cordova, Abigail D. Blodgett | San Francisco Airport Office Center | 840 Malcolm Road, Suite 200 | Burlingame | CA | 94010 | | 650-697-6000 | 650-697-0577 | fpirre@cgmlegal.com acordova@cgmlegal.com ablodgett@cgmlegal.com |
| Attorneys for County of Sonoma | County of Sonoma | Attn: Tambry Curtis | County Administration Center | 575 Administration Drive, Room 105A | Santa Rosa | CA | 95403 | | 707-565-2421 | | Tambra.curtis@sonoma-county.org |
| Attorneys for County of Yolo | COUNTY OF YOLO | Attn: Eric May | 625 Court Street | Room 201 | Woodland | CA | 95695 | | 530-666-8278 | 530-666-8279 | eric.may@yolocounty.org |
| Counsel to Pacific Energy Alliance | Crowell & Moring LLP | Attn: Mark D. Plevin, Brendan V. Mullan | Three Embarcadero Center, 26th Floor | | San Francisco | CA | 94111 | | 415-986-2800 | 415-986-2827 | mplevin@crowell.com bmullan@crowell.com |
| Counsel to Canassurance Reinsurance LTD. | Crowell & Moring LLP | Attn: Eric May | 1001 Pennsylvania Avenue, N.W. | | Washington | DC | 20004 | | 415-986-2827 | 202-628-5116 | emay@crowell.com |
| Counsel to Creditors and Parties-in-Interest NEXANT | Crowell & Moring LTD | Attn: Monique D. Almy | 1001 Pennsylvania Ave., N.W. | | Washington | DC | 20004 | | 202-624-2500 | 202-628-5116 | malmy@crowell.com |
| Counsel to Creditors and Parties-in-Interest NEXANT | Crowell & Moring LLP | Attn: Tacie H. Yoon | 26th Floor | | San Francisco | CA | 94111 | | 415-986-2800 | 202-624-2935 | tyoon@crowell.com |
| Counsel for Fire Victim Creditors | DANKO MEREDITH | Attn: Michael S. Danko, Kristine K. Meredith, Shawn R. Miller | 333 Twin Dolphin Drive | Suite 145 | Redwood Shores | CA | 94065 | | 650-453-3600 | 650-394-8672 | mdanko@dankolaw.com kmeredith@dankolaw.com smiller@dankolaw.com |
| Counsel as agent under the Debtors' proposed debtor-in-possession financing facilities, Counsel for Citibank N.A. as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | Attn: Andrew D. Yaphe | 1600 El Camino Real | | Menlo Park | CA | 94025 | | 650-752-2000 | 650-752-2111 | andrew.yaphe@davispolk.com |
| Counsel as agent under the Debtors' proposed debtor-in-possession financing facilities, Counsel for Citibank N.A. as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | 450 Lexington Avenue | | New York | NY | 10017 | | 212-450-4331 | 212-701-5831 | eli.vonnegut@davispolk.com david.schiff@davispolk.com timothy.graulich@davispolk.com |
| Creditor and Counsel to Debra Grassgreen | Debra Grassgreen | Attn: Karl Knight | 1359 Pearl Street | | Napa | CA | 94558 | | | | dgrassgreen@gmail.com |
| Counsel to Chevron Company LLC | Dentons US LLP | Attn: Bryan E. Bates, Esq. | 303 Peachtree St., NE, Suite 5300 | | Atlanta | GA | 30308 | | 404-527-4073 | 404-527-4198 | bryan.bates@dentons.com |
| Counsel to Capital Power Corporation and Halkirk I Wind Project LP | Dentons US LLP | Attn: John A. Moe, II | 601 S. Figueroa Street, 1221 Avenue of the Americas | | Los Angeles | CA | 90017-5704 | | 213-623-9300 | 213-623-9924 | john.moe@dentons.com |
| Counsel to Capital Power Corporation and Halkirk I Project LP | Dentons US LLP | Attn: Lauren Macksoud | 1221 Avenue of the Americas | | New York | NY | 10020-1089 | | 212-768-5347 | | Lauren.macksoud@dentons.com |
| Counsel to Aedifica Travelers Insurance | Dentons US LLP | Attn: Michael A. Isaacs, Esq. | One Market Plaza, Spear Tower, 24th Floor | | San Francisco | CA | 94105 | | 415-356-4614 | 415-267-4198 | michael.isaacs@dentons.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for Capital Avenue of the Hallet's and Project LP | Dentons US LLP | Attn: Oscar N. Pinkas | 1221 Avenue of the Americas | | New York | NY | 10020-1089 | | 212-768-6700 | 212-768-6800 | oscar.pinkas@dentons.com |
| Counsel for Travelers Insurance | Dentons US LLP | Attn: Peter R. Wolfson | 1221 Avenue of the Americas | | New York | NY | 10020 | | 212-768-6800 | | peter.wolfson@dentons.com |
| Counsel to Southwire Company LLC | Dentons US LLP | Attn: Samuel R. Maizel, Esq. | 601 S. Figueroa Street | Suite 2500 | Los Angeles | CA | 90017-5704 | | 213-623-9300 | 213-623-9924 | samuel.maizel@dentons.com |
| Counsel to Ad Hoc Group of Subrogation Claim | Diemer & Wei, LLP | Attn: Kathryn S. Diemer | 100 West San Fernando | Suite 555 | San Jose | CA | 95113 | | 408-971-6270 | 408-971-6271 | david.riley@dlapiper.com |
| Counsel for Ad Hoc Committee of Unsecured Tort Claimant Creditors | DLA PIPER LLP (US) | Attn: Eric Goldberg, David Riley | 2000 Avenue of the Stars | Suite 400 North Tower | Los Angeles | CA | 90067-4704 | | 310-595-3000 | 310-595-3300 | eric.goldberg@dlapiper.com |
| Counsel for Ad Hoc Committee of Unsecured Tort Claimant Creditors | DLA Piper LLP (US) | Attn: Joshua D. Morse | 555 Mission Street | | San Francisco | CA | 94105-2933 | | 415-836-2500 | 415-836-2501 | joshua.morse@dlapiper.com |
| Counsel to Delaine Allain, Thomas Atkinson, Chippewa... Control, Inc., Lara Blakey Baugh, Brian Bolton, Sharon Britt and Heather Blowers | DREYER BABICH BUCCOLA WOOD CAMPORA, LLP | Attn: Steven M. Campora | 20 Bicentennial Circle | | Sacramento | CA | 95826 | | 916-379-3500 | 916-379-3599 | scampora@dbbwc.com |
| Counsel for Honeywell International Inc., and Elster American Meter Company, LLC | Dykema Gossett LLP | Attn: Gregory K. Jones | 333 South Grand Avenue, Suite 2100 | | Los Angeles | CA | 90071 | | 213-457-1800 | 213-457-1850 | gjones@dykema.com |
| Counsel for East Bay Community Energy Authority | East Bay Community Energy Authority | Attn: Leah S. Goldberg | 1111 Broadway | 3rd Floor | Oakland | CA | 94607 | | 510-838-5266 | | lgoldberg@ebce.org |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | EDP Renewables North America LLC | Attn: Leslie A. Freiman, Randy Sawyer | 808 Travis | Suite 700 | Houston | TX | 77002 | | 713-265-0350 | 713-265-0985 | Leslie.Freiman@edpr.com; Randy.Sawyer@edpr.com |
| Counsel for ... Breaker | Elkington Shepherd LLP | Attn: Sally J. Elkington, James A. Shepherd | 409 - 13th Street | 10th Floor | Oakland | CA | 94612 | | 510-465-0404 | 510-465-0302 | sally@elkshep.com; jim@elkshep.com |
| Counsel for ... Bradley Electric, Inc. | Engel Law, P.C. | Attn: G. Larry Engel | 12116 Horseshoe Lane | | Nevada City | CA | 94123 | | 510-465-0404 | 510-465-0302 | larry@engelslawoffice.com |
| Federal Energy Regulatory Commission | Federal Energy Regulatory Commission | Attn: General Counsel | 888 First St NE | | Washington | DC | 20426 | | | | |
| Federal Energy Regulatory Commission | FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP | Attn: STEVEN H. FELDERSTEIN and PAUL J. PASCUZZI | 400 Capitol Mall | Suite 1750 | Sacramento | CA | 95814 | | 916-329-7400 | 916-329-7435 | sfelderstein@ffwplaw.com; ppascuzzi@ffwplaw.com |
| Counsel for The Okonite Company | Finestone Hayes LLP | Attn: Stephen D. Finestone | 456 Montgomery St. | 20th FL | San Francisco | CA | 94104 | | 415-421-2624 | 415-421-2608 | sfinestone@fhlawllp.com |
| Aggreko, LLC Corporation, Nor-Cal Pipeline Services, and Rockzen Contracting, Inc. | Finestone Hayes LLP | Attn: Stephen D. Finestone, Jennifer C. Hayes | 456 Montgomery St. | 20th Floor | San Francisco | CA | 94104 | | 415-421-2624 | 415-616-0466; 415-481-5481 | jhayes@fhlawllp.com; nwithoun@fhlawllp.com |
| Counsel to Michels Corporation | FOLEY & LARDNER LLP | Attn: Erika L. Morabito, Brittany J. Nelson | 3000 K Street, NW, Suite 600 | | Washington | DC | 20007-5109 | | 202-672-5300 | 202-672-5399 | emorabito@foley.com; bnelson@foley.com |
| Counsel to Michels Corporation | FOLEY & LARDNER LLP | Attn: Victor A. Vilaplana | 3579 Valley Centre Drive, Suite 300 | | San Diego | CA | 92130 | | 858-847-6759 | 858-792-6773 | vavilaplana@foley.com |
| Counsel for IBEW, NA, solely in its capacity as Trustee | FREDERIC DORWART, LAWYERS PLLC | Attn: Samuel S. Ory | 124 East Fourth Street | | Tulsa | OK | 74103-5010 | | 918-583-9922 | 918-583-8251 | sory@fdlaw.com |
| Counsel of Mitsubishi Hitachi Power... | GELLERT SCALI BUSENKELL & BROWN, LLC | Attn: Michael Busenkell | 1201 N. Orange St. | Suite 300 | Wilmington | DE | 19801 | | 302-425-5800 | 302-425-5814 | mbusenkell@gsbblaw.com |
| Counsel for Fire Victim Creditors | GIBBS LAW GROUP | Attn: Eric Gibbs, Dylan Hughes | 505 14th Street, Suite 1110 | | Oakland | CA | 94612 | | 510-350-9700 | 510-350-9701 | ehg@classlawgroup.com; dsh@classlawgroup.com |
| Counsel to ... | Gibson, Dunn & Crutcher LLP | Attn: Michael A. Rosenthal, Alan Moskowitz | 200 Park Avenue | | New York | NY | 10166-0193 | | 212-351-4000 | 212-351-4035 | MRosenthal@gibsondunn.com; AMoskowitz@gibsondunn.com |
| Counsel to Topaz Solar Farms LLC | Gibson, Dunn & Crutcher LLP | Attn: Diana M. Feinstein, Genevieve G. Weiner | 333 South Grand Avenue | | Los Angeles | CA | 90071-3197 | | 213-229-7000 | 213-229-7520 | dfeinstein@gibsondunn.com; gweiner@gibsondunn.com |
| Greenberg Traurig LLP | Greenberg Traurig LLP | Attn: David Vacarro | 1717 Arch Street | Suite 400 | Philadelphia | PA | 19103 | | 215-988-7803 | 215-717-5230 | vacarrod@gtlaw.com |
| Attorneys for HardRentals | GREENBERG TRAURIG, LLP | Attn: Howard J. Steinberg | 1840 Century Park East | Suite 1900 | Los Angeles | CA | 90067-2121 | | 310-586-7700 | 310-586-7800 | steinbergh@gtlaw.com |
| Counsel to Ruby Pipeline, L.L.C., Cardno, Inc. | GREENBERG TRAURIG, LLP | Attn: Michael Hogue | 4 Embarcadero Center | Suite 3000 | San Francisco | CA | 94111 | | 415-655-1300 | 415-707-2010 | hoguem@gtlaw.com |
| Counsel to the City and County of San Francisco, including the SF agencies, departments, or instrumentalities | Greene Radovsky Maloney Share & Hennigh LLP | Attn: Edward J. Tredinnick | Four Embarcadero Center | Suite 4000 | San Francisco | CA | 94111-4106 | | 415-981-1400 | 415-777-4961 | etredinnick@greeneradovsky.com |
| Counsel to San Francisco Herring Association, Counsel for Far Bar Dunes, Counsel for Ada and Patricia Badogliacco, Counsel for Todd and Adelina McKinLove, Counsel for Dennis Casell, Counsel for Sam and Cathy Dorrance, Counsel for Laura Hart, Counsel for Mish and Guild | GROSS & KLEIN LLP | Attn: Stuart G. Gross | The Embarcadero | Pier 9 Suite 100 | San Francisco | CA | 94111 | | 415-671-4628 | 415-480-6688 | sgross@grosskleinlaw.com; mgrossfeld@grosskleinlaw.com |
| | Grotefeld Hoffmann | Attn: Mark S. Grotefeld, Maura Walsh Ochoa, Waylon J. Pickett | 700 Larkspur Landing Circle, Suite 280 | | Larkspur | CA | 94939 | | 415-344-9670 | 415-689-2802 | mgrotefeld@ghlaw-llp.com; mochoa@ghlaw-llp.com; wpickett@ghlaw-llp.com |
| Counsel for Nationwide Entities | HercRentals | Attn: Sharon Petrosino, Esq. | 27500 Riverview Center | Boulevard | Bonita Springs | FL | 34134 | | 239-301-1126 | 239-301-1109 | Sharon.petrosino@hercrentals.com |
| Counsel to Solvent USA, LLC | Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | 28 State Street | | Boston | MA | 02109 | | 617-345-9000 | 617-345-9020 | jdoran@hinckleyallen.com |
| COUNSEL FOR PARTIES-IN-INTEREST EXVOLTA, LP AND HUMMINGBIRD ENERGY STORAGE, LLC | HOGAN LOVELLS US LLP | Attn: Erin N Brady | 1999 Avenue of the Stars | Suite 1400 | Los Angeles | CA | 90067 | | 310-785-4600 | 310-785-4601 | erin.brady@hoganlovells.com |
| COUNSEL FOR PARTIES-IN-INTEREST EXVOLTA, LP AND HUMMINGBIRD ENERGY STORAGE, LLC | HOGAN LOVELLS US LLP | Attn: Ann M Hampton Foushee | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | 212-918-3100 | hampton.foushee@hoganlovells.com |
| Counsel to McKinstry & Company, Inc. U.S. | HOGAN LOVELLS US LLP | Attn: Bennett L. Spiegel | 1999 Avenue of the Stars | Suite 1400 | Los Angeles | CA | 90067 | | 310-785-4600 | 310-785-4601 | bennett.spiegel@hoganlovells.com |
| Counsel to McKinstry & Company, Inc. U.S. | HOGAN LOVELLS US LLP | Attn: Peter A. Ivanick, Alex M. Sher | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | 212-918-3100 | peter.ivanick@hoganlovells.com; alex.sher@hoganlovells.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Pablo Winds, LLC | HOLLAND & HART LLP | Attn: Risa Lynn Wolf-Smith | 555 Seventeenth Street, Suite 3200 | | Denver | CO | 80201-8749 | | 303-295-8011 | 303-295-8261 | rwolf@hollandhart.com |
| Counsel for Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company as Indenture Trustees for certain bondholders | Holland & Knight LLP | Attn: Robert J. Labate, David L. Holtzman | 50 California Street | | San Francisco | CA | 94111 | | 415-743-6900 | 415-743-6910 | robert.labate@hklaw.com; david.holtzman@hklaw.com |
| Counsel to Interested Party The City of Oakland | Hopkins & Carley, a Law Corporation | Attn: Jay M. Ross, Monique D. Jewett-Brewster | 70 South First Street | | San Jose | CA | 95113 | | 408-286-9800 | 408-998-4790 | mjb@hopkinscarley.com; jross@hopkinscarley.com |
| Counsel for Stockton, LLC, Mt. Poso Cogeneration Company, GWF/a Mt. Poso Cogeneration Company, LP, Aspen Grass Energy Producers, LLC, Sunshine Gas Producers, LLC, Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, LLC | HUNTON ANDREWS KURTH LLP | Attn: Kevin M. Eckhardt | 50 California Street | Suite 1700 | San Francisco | CA | 94111 | | 415-975-3700 | 415-975-3701 | keckhardt@huntonak.com |
| Counsel for Stockton, LLC, Mt. Poso Cogeneration Company, GWF/a Mt. Poso Cogeneration Company, LP, Aspen Grass Energy Producers, LLC, Sunshine Gas Producers, LLC, Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, LLC | HUNTON ANDREWS KURTH LLP | Attn: Peter S. Partee, Sr. | 200 Park Avenue | 53rd Floor | New York | NY | 10166 | | 212-309-1000 | 212-309-1100 | ppartee@huntonak.com |
| IBM Corporation | IBM Corporation | Attn: Marie-Josee Dube | 275 Viger East | | Montreal | QC | H2X 3R7 | Canada | 514-964-0694 | 845-491-5922 | mjdube@ca.ibm.com |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | 19104-5016 | | 800-973-0424 | 855-235-6787 | |
| Counsel for BlueMountain Capital Management, LLC | Irell & Manella LLP | Attn: Craig Varnen, Andrew J. Strabone | 1800 Avenue of the Stars | Suite 900 | Los Angeles | CA | 90067-4276 | | 310-277-1010 | 310-203-7199 | cvarnen@irell.com; astrabone@irell.com |
| Counsel for Dairy Trees Expert Company | Irell & Manella LLP | Attn: Jeffrey M. Reisner, Kerri A. Lyman | 840 Newport Center Drive | Suite 400 | Newport Beach | CA | 92660 | | 949-760-5242 | 949-760-5200 | jlyman@irell.com |
| Counsel for BlueMountain Capital Management, LLC | Irell & Manella LLP | Attn: Michael H. Strub, Jr. | 840 Newport Center Drive | Suite 400 | Newport Beach | CA | 92660-6324 | | 949-760-0991 | 949-760-5200 | mstrub@irell.com |
| Counsel for Mountain Information Management, LLC | Iron Mountain Information Management, LLC | Attn: Joseph Corrigan | One Federal Street | | Boston | MA | 02110 | | 617-535-4744 | 617-451-0409 | Bankruptcy2@ironmountain.com |
| Interested by CKDM Hill Engineers, Inc. | Jacobs Engineering | Attn: Robert Albury | Associate General Counsel | 9301 South Jamaica Street | Englewood | CO | 80112 | | 720-286-2242 | | robert.albury@jacobs.com |
| Interested by Jane Luciano | Jane Luciano | | 9000 Crow Canyon Road, Suite 5 #168 | | Danville | CA | 94506 | | 925-216-6030 | | jane.luciano@comcast.net; ajane@insight.com |
| Counsel for Renewable Entities | Jang & Associates, LLP | Attn: Alan J. Jang, Sally Noma | 1766 Lacassie Ave., Suite 200 | | Walnut Creek | CA | 94596 | | 925-937-1400 | 925-937-1414 | snoma@janglit.com; jjang@janglit.com |
| Counsel for Juniness, Inc. | JD Thompson Law | Attn: Judy D. Thompson, Esq. | P.O. Box 33127 | | Charlotte | NC | 28233 | | 828-749-1865 | | jdt@jdthompsonlaw.com |
| Co-Advisor Oakure, Mizuho Bank, Ltd. | Jeffer Mangels Butler & Mitchell LLP | Attn: Robert B. Kaplan, Bennett G. Young | Two Embarcadero Center | 5th Floor | San Francisco | CA | 94111 | | 818-827-9347 | 818-827-9099 | kaplan@jmbm.com; byoung@jmbm.com |
| Counsel for John A. Vos | JENKINS MULLIGAN & GABRIEL LLP | Attn: Larry W. Gabriel | 2160 Oxnard Street | | Woodland Hills | CA | 91367 | | | | lgabriel@bg.law |
| Interested Party John A. Vos A | John A. Vos | | 1430 Lincoln Avenue | | San Rafael | CA | 94901 | | 415-485-5330 | | ajvos@sbcglobal.net |
| Counsel for PM&L Electric Cable Corporation | JORDAN, HOLZER & ORTIZ, P.C. | Attn: Antonio Ortiz, Shelby A. Jordan | 500 N. Shoreline | Suite 900 | Corpus Christi | TX | 78401 | | 361-884-5678 | 361-888-5555 | aortiz@jhwclaw.com; sjordan@jhwclaw.com |
| Counsel for Ag at 1 Group, Inc. | Joseph A. Eisenberg P.C. | | 2976 E. State Street | Suite 120 - No. 111 | Eagle | ID | 83616 | | | | 14E1900@yahoo.com |
| Counsel for Roebber | Keller & Benvenutti LLP | Attn: Tobias S. Keller, Jane Kim | 650 California Street | Suite 1900 | San Francisco | CA | 94108 | | 415-496-6723 | 650-636-9251 | tkeller@kellerbenvenutti.com; jkim@kellerbenvenutti.com |
| Counsel for Chemopage SLO LLC and Tata Consultancy Services | Kelley Drye & Warren LLP | Attn: Benjamin D. Feder | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | 212-808-7897 | bfeder@kelleydrye.com; KDWBankruptcyDepartment@kelleydrye.com |
| Counsel for Ruby Pipeline, L.L.C. | Kinder Morgan, Inc. | Attn: Mark A. Minich | Two North Nevada | | Colorado Springs | CO | 80903 | | 719-520-4416 | | Mark_Minich@kindermorgan.com |
| Counsel for Interested Monitor | Kinder Morgan, Inc. | Attn: Moshy Partew | 1001 Louisiana | | Houston | TX | 77002 | | 713-420-6547 | | mosby_aerrow@kindermorgan.com |
| Counsel Anpime Corporation | Kirkland & Ellis LLP | Attn: Aparna Yenamandra | 601 Lexington Avenue | | New York | NY | 10022 | | 212-446-4800 | 212-446-4900 | aparna.yenamandra@kirkland.com |
| Counsel Anpime Corporation | Kirkland & Ellis LLP | Attn: David R. Seligman, P.C. | 300 North LaSalle | | Chicago | IL | 60654 | | 312-862-2000 | 312-862-2200 | david.seligman@kirkland.com; marc.kieselstein@kirkland.com |
| Counsel for Federal Monitor | Kirkland & Ellis LLP | Attn: Marc Kieselstein, P.C. | 300 North LaSalle | | Chicago | IL | 60654 | | 312-862-2000 | 312-862-2200 | marc.kieselstein@kirkland.com |
| Counsel for Federal Monitor | Kirkland & Ellis LLP | Attn: Mark McKane, P.C., Michael P. Esser | 555 California Street | | San Francisco | CA | 94104 | | 415-439-1400 | 415-439-1500 | mark.mckane@kirkland.com; michael.esser@kirkland.com; alexander.pilmer@kirkland.com |
| Counsel for Federal Monitor | Kirkland & Ellis LLP | Attn: Stephen E. Hessler, P.C. | 601 Lexington Avenue | | New York | NY | 10022 | | 212-446-4800 | 212-446-4900 | stephen.hessler@kirkland.com |
| Counsel for Electrica Energia Inc. et al. | Klee, Tuchin, Bogdanoff & Stern LLP | Attn: Kenneth N. Klee, David M. Stern, Samuel M. Kidder | 1999 Avenue of the Stars | Thirty-Ninth Floor | Los Angeles | CA | 90067 | | 310-407-4000 | 310-407-9090 | kklee@ktbslaw.com; dstern@ktbslaw.com; skidder@ktbslaw.com |
| Counsel for Kings River Water Association | Klein, Denatale, Goldner, Cooper, Rosenlieb & Kimball LLP | Attn: Hagop T. Bedoyan | 5260 N. Palm Avenue, Suite 201 | | Fresno | CA | 93704 | | 559-438-4374 | 661-336-0418 | hbedoyan@kleinlaw.com; lgottlieb@kleinlaw.com |
| Counsel Public Employees Retirement Association of New Mexico | LABATON SUCHAROW LLP | Attn: Thomas A. Dubbs, Louis Gottlieb, Carol C. Villegas & Jeffrey A. Dubbin | 140 Broadway | | New York | NY | 10005 | | 212-907-0700 | 212-818-0477 | tdubbs@labaton.com; lgottlieb@labaton.com; cvillegas@labaton.com; jdubbin@labaton.com |

In re: PG&E Corporation, et al.
Master Service List
Case No. 19-30088

Page 5 of 10

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for County of San Luis Obispo | LAMB & KAWAKAMI LLP | Attn: Kevin J. Lamb, Michael K. Slattery, Thomas G. Kelch | 333 South Grand Avenue | Suite 4200 | Los Angeles | CA | 90071 | | 213-630-5500 | 213-630-5555 | klamb@lkfirm.com; mslattery@lkfirm.com; tkelch@lkfirm.com |
| Counsel for Pacific Mobile Structures, Inc. | LANE POWELL PC | Attn: Brad T. Summers | 601 SW Second Avenue | Suite 2100 | Portland | OR | 97204 | | 503-778-2100 | 503-778-2200 | summerst@lanepowell.com |
| Counsel for Shugg Marketing and Trade, LLC | Latham & Watkins LLP | Attn: Adam E. Malatesta | 355 S. Grand Avenue, Suite 100 | | Los Angeles | CA | 90071-1560 | | 213-485-1234 | 213-891-8763 | adam.malatesta@lw.com |
| Counsel for Crockett Cogeneration, Middle River Power, LLC and MRP San Joaquin Energy, LLC | Latham & Watkins LLP | Attn: Amy C. Quartarolo | 355 South Grand Avenue | Suite 100 | Los Angeles | CA | 90071-1560 | | 213-906-1200 | 213-891-8763 | amy.quartarolo@lw.com |
| Counsel for Shugg Marketing and Trade, LLC | Latham & Watkins LLP | Attn: Caroline A. Reckler, Andrew M. Parlen | 885 Third Avenue | | New York | NY | 10022-4834 | | 212-906-1200 | 212-751-4864 | caroline.reckler@lw.com; andrew.parlen@lw.com; christopher.harris@lw.com |
| Counsel for Crockett Cogeneration, Middle River Power, LLC and MRP San Joaquin Energy, LLC | Latham & Watkins LLP | Attn: Christopher Harris, Andrew M. Parlen | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | andrew.parlen@lw.com |
| Counsel for Ruby Pipeline, L.L.C. | LAW OFFICE OF PATRICIA WILLIAMS PREWITT | Attn: Patricia Williams Prewitt | 10953 Vista Lake Ct. | | Navasota | TX | 77868 | | 936-825-2705 | | pwp@patprewittlaw.com |
| Interested Party | Law Office of Richard L. Antognini | Attn: Richard L. Antognini | 2036 Nevada City Highway | Suite 636 | Grass Valley | CA | 95945-7700 | | 916-295-4896 | | rlawyer@pacbell.net |
| Counsel for Earth Constructio Corporation | Law Offices of Steven M. Olson | Attn: Steven M. Olson, Esq. | 100 E Street, Suite 104 | | Santa Rosa | CA | 95404 | | 707-575-1800 | 707-575-1867 | smo@smolsonlaw.com |
| Counsel for DAVIS & TIBBITTS, INC. | LAW OFFICE OF WAYNE A. SILVER | Attn: Wayne A. Silver | 643 Bair Island Road | Suite 403 | Redwood City | CA | 94063 | | 650-282-5970 | 650-282-5980 | ws@waynesilverlaw.com |
| Creditor | Law Offices of Thomas J. Brandi | Attn: Thomas J. Brandi | 345 Pine Street | 3rd Floor | San Francisco | CA | 94104 | | 415-989-1800 | | tjb@brandilaw.com |
| Counsel to Debra Grassgreen | Leaniuk Prince & Pappas LLP | Attn: Matthew A. Lesnick, Christopher E. Prince | 315 Pier Avenue | Suite 103 | Santa Monica | CA | 90405 | | 310-396-0964 | 310-396-0963 | matt@lesnickprince.com; cprince@lesnickprince.com |
| Interstate/Inty CH2M Hill Engineers, Inc. | Leverink Prince & Pappas LLP | Attn: David L. Neale | 10250 Constellation Blvd, Suite 1700 | | Los Angeles | CA | 90067 | | 310-229-1234 | 310-229-1244 | DLN@LNBYB.COM |
| Counsel for California Independent System Operator | Levene, Neale, Bender, Yoo & Brill L.L.P. | Attn: Eve H. Karasik | 10250 Constellation Blvd, Suite 1700 | | Los Angeles | CA | 90067 | | 310-229-1234 | 310-229-1244 | EHK@LNBYB.COM; Lewee.Savrenel@lewisbrisbois.com; Amy.Goldman@lewisbrisbois.com; Scott.Lee@lewisbrisbois.com |
| Counsel to Global Diving & Salvage, Inc. | LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. | Attn: Eve H. Karasik | 633 West 5th Street, Suite 4000 | | Los Angeles | CA | 90071 | | 213-250-1800 | 213-250-7900 | Jasmin.Yang@lewisbrisbois.com |
| Counsel to Foco California LLC, RE Astoria LLC | Lewis Brisbois Bisgaard & Smith LLP | Attn: L. Goodman, Jasmin Yang | PO Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3400 | 713-844-3503 | houston_bankruptcy@publicans.com |
| Counsel to Harris County | Linebarger Goggan Blair & Sampson, LLP | Attn: John D. Dillman | 1113 South Wacker Drive, Suite 4100 | | Chicago | IL | 60606 | | 312-443-0700 | 312-443-0336 | aaron@lockelord.com |
| Counsel for California Insurance Guarantee Association | Locke Lord LLP | Attn: Aaron Smith | | | | | | | | | |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | Attn: Bradley C. Knapp | 601 Poydras Street | Suite 2660 | New Orleans | LA | 70130 | | 504-558-5210 | 504-910-6847 | bknapp@lockelord.com |
| Counsel for California Insurance Guarantee Association | Locke Lord LLP | Attn: Elizabeth M. Guffy | JPMorgan Chase Tower | 600 Travis, Suite 2800 | Houston | TX | 77002 | | 713-226-1200 | 713-223-3717 | eguffy@lockelord.com |
| Counsel for California Insurance Guarantee Association | Locke Lord LLP | Attn: Lindsey E. Kress | 101 Montgomery Street | Suite 1950 | San Francisco | CA | 94104 | | 415-318-8810 | 415-676-5816 | lkress@lockelord.com |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | Attn: Meagan S. Tom | 101 Montgomery Street | Suite 1950 | San Francisco | CA | 94104 | | 415-318-8810 | 415-676-5816 | meagan.tom@lockelord.com |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | Attn: W. Steven Bryant | 600 Congress Street | Suite 2200 | Austin | TX | 78701 | | 512-305-4700 | 512-305-4800 | sbryant@lockelord.com |
| Counsel for Sequana Energy Services LLC | Locke Lord LLP | Attn: Xiyi Fu | 101 Montgomery Street, Suite 1950 | | San Francisco | CA | 94104 | | 415-318-8810 | 415-676-5816 | jackie.fu@lockelord.com |
| Counsel to California Power Exchange Corporation | LOEB & LOEB LLP | Attn: Marc S. Cohen, Alicia Clough | 10100 Santa Monica Blvd | Suite 2200 | Los Angeles | CA | 90067 | | 310-282-2000 | | mcohen@loeb.com; aclough@loeb.com; metinis@lowenstein.com |
| Counsel for Public Employees Retirement Association of New Mexico | LOWENSTEIN SANDLER LLP | Attn: Michael S. Etkin, Andrew Behlmann & Gabriel I. Olivera | One Lowenstein Drive | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2333 | abehlmann@lowenstein.com; golivera@lowenstein.com |
| Interested Party | Macdonald | Fernandez LLP | Attn: Iain A. Macdonald | 221 Sansome Street | Third Floor | San Francisco | CA | 94104-2323 | | 415-362-0449 | 415-394-5544 | imac@macfern.com |
| Counsel to Region Corporation and its subsidiary entities: Impervo Companies, Inc., Industrial Technologies, LLC and Thermalto Industries, Inc. | MARGULIES FAITH, LLP | ATTN: CRAIG G. MARGULIES | 16030 VENTURA BOULEVARD | SUITE 470 | ENCINO | CA | 91436 | | 818-705-2777 | 818-705-3777 | Craig@MarguliesFaithLaw.com |
| Counsel to Blood Systems, Inc. | MARY ALEXANDER & ASSOCIATES, P.C. | Attn: Mary E. Alexander | 44 Montgomery Street, Suite 1303 | | San Francisco | CA | 94104 | | 415-433-4440 | 415-433-5440 | malexander@maryalexanderlaw.com; Annie.Duong@mccormickbarstow.com |
| Counsel for Robust Ship Warehouse Plaintiffs' Executive Committee | McCormick Barstow LLP | Attn: Annie Dumit, L. Emerzian, H. Annie Duong | 7647 North Fresno Street | | Fresno | CA | 93720 | | 559-433-1300 | 559-433-2300 | demerzian@mccormickbarstow.com |
| Counsel for J. J. Excavation Inc. | McCormick Barstow LLP | Attn: H. Annie Duong | 7647 North Fresno Street | | Fresno | CA | 93720 | | 559-433-1300 | 559-433-2300 | Annie.Duong@mccormickbarstow.com |
| Counsel for Philip Verwey d/b/a Philip Verwey Farms | MICHELSON LAW GROUP | Attn: Randy Michelson | 220 Montgomery Street | | San Francisco | CA | 94104 | | 415-512-8600 | 415-512-8601 | randy.michelson@michelsonlawgroup.com |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil | 55 Hudson Yards | | New York | NY | 10001-2163 | | 212-530-5000 | 212-530-5219 | ddunne@milbank.com; skhalil@milbank.com; Parannathan@milbank.com |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | 2029 Century Park East, 33rd Floor | | Los Angeles | CA | 90067 | | 424-386-4000 | 213-629-5063 | GBray@milbank.com; TKreller@milbank.com; avadrant@mintz.com |
| Counsel for Adventist Health System | Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. | Attn: Abigail V. O'Brient, Andrew B. Levin | 2029 Century Park East, Suite 3100 | | Los Angeles | CA | 90067 | | 310-586-3200 | 818-451-4425 | ablevin@mintz.com |
| Counsel for Adventist Clean Energy | Minman, Buhrman & Nakmias, LLP | Attn: Alan J. Nakmias | 21860 Burbank Boulevard, Suite 360 | | Woodland Hills | CA | 91367 | | 818-995-2955 | 925-855-1648 | kmontes@montesteaslecutes.com |
| Counsel for RE Nakmias, LLP | MONTEE & ASSOCIATES | Attn: Kevin P. Mantee | 12504 Howell Ave. | Suite 145 | Walnut Creek | CA | 94596 | | 925-979-5579 | 925-855-1648 | kmontes@montesteaslecutes.com |

Case: 19-30088  Doc# 1415  Filed 04/15/19  Entered 04/15/19 12:22:32  Page 24 of 28

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for Appboost, Inc. | Newmeyer & Dillion LLP | Attn: James J. Ficenec, Joshua B. Bevitz | 1333 N. California Blvd | Suite 600 | Walnut Creek | CA | 94596 | | 925-988-3200 | 925-988-3290 | James.Ficenec@ndlf.com; Joshua.Bevitz@ndlf.com |
| Counsel for CALIFORNIA SELF-INSURERS' SECURITY | NIXON PEABODY LLP | Attn: MAXIMILIAN A. FERULLO | 55 West 46th Street | | New York | NY | 10036 | | 212-940-3000 | 212-940-3111 | mferullo@nixonpeabody.com |
| Counsel for CALIFORNIA SELF-INSURERS' SECURITY | NIXON PEABODY LLP | Attn: RICHARD C. PEDONE | 53 State Street, Exchange Place | | Boston | MA | 02109 | | 617-345-1000 | 617-345-1300 | rpedone@nixonpeabody.com |
| Counsel for CALIFORNIA SELF-INSURERS' SECURITY | NIXON PEABODY LLP | Attn: WILLIAM S. USA | One Embarcadero Center | 32nd Floor | San Francisco | CA | 94111 | | 415-984-8200 | 415-984-8300 | wilco@nixonpeabody.com |
| Counsel for Individual Fire Claimants (Fireman Barnes, Robert Bleecier, Catherine McClure, Teri L. Hansen, Deirdre Cockerha, Denise Stookalson, John Stookaberry, Bryan Sullivan, Sara Hill, Isaiah B., Mitchell Williams, Joel Batts, Annelicia Vick, Claudia Bipko, Andriés Bipko, Roger Coleman, Cecil Morris, Linda Schooling, Jennifer Marinez, Joyce Soda, Gretchen Franklin, Christopher Conklin, Paul Bowen, Kelly Jones, Tami Coleman, Cecil Morris, Linda Schooling, Jennifer Marin, Bay Cruise, Benjamin Hernandez, Irma Enriquez, Catalina Howard, Lucy Howard, Edward Delonghfield, Brenda Howell, Lynda Howell, Angela Coker, Salem, Paradise Moose Lodge, Nancy Seals) | Northern California Law Group, PC | Attn: Joseph Feist | 2611 Esplanade | | Chico | CA | 95973 | | 530-433-0233 | 530-345-2103 | info@norcallawgroup.net; jefffeist@norcallawgroup.net |
| Counsel for NextEra Energy Inc., NextEra Energy Partners, LP | NORTON ROSE FULBRIGHT US LLP | Attn: Howard Seife, Andrew Rosenblatt, Christy Rivera | 1301 Avenue of the Americas | | New York | NY | 10019-6022 | | 212-408-5100 | 212-541-5369 | howard.seife@nortonrosefulbright.com; andrew.rosenblatt@nortonrosefulbright.com; christy.rivera@nortonrosefulbright.com |
| Counsel for Creditors Public Entities Impacted by the Wildfires | Null Hart LLP | Attn: Gregory C. Null, Christopher H. Hart, Kimberly S. Freeman | 411 30th Street | Suite 408 | Oakland | CA | 94609-3311 | | 510-506-7152 | | ghull@nullhart.com; chart@nullhart.com |
| Counsel to Department of Finance for the State of California | O'MELVENY & MYERS LLP | Attn: Jacob T. Beiswenger | 400 South Hope Street | | Los Angeles | CA | 90071-2899 | | 213-430-6000 | 213-430-6407 | jbeiswenger@omm.com; jrapisardi@omm.com |
| Counsel of Department of Finance for the State of California | O'MELVENY & MYERS LLP | Attn: John J. Rapisardi, Nancy A. Mitchell and Daniel S. Shamah | 7 Times Square | | New York | NY | 10036 | | 212-326-2000 | 212-326-2061 | nmitchell@omm.com; dshamah@omm.com |
| Counsel to Department of Finance for the State of California | O'MELVENY & MYERS LLP | Attn: Peter Friedman | 1625 Eye Street, NW | | Washington | DC | 20006 | | 202-383-5300 | 202-383-5414 | pfriedman@omm.com |
| California Attorney General | Office of the California Attorney General | Attn: Bankruptcy Dept | P.O. Box 944255 | | Sacramento | CA | 94244-2550 | | 916-445-9555 | 916-323-5341 | bankruptcy@doaj.gov |
| Office of the United States Attorney for the Northern District of California | Office of the United States Attorney for the Northern District of California | Attn: Bankruptcy Unit | Federal Courthouse | 450 Golden Gate Avenue | San Francisco | CA | 94102 | | 415-436-7200 | 415-436-7234 | |
| Office of the United States Trustee | Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafredi, Esq., Marta E. Villacorta | 450 Golden Gate Ave | Suite 05-0153 | San Francisco | CA | 94102 | | 415-705-3333 | 415-705-3367 | James.L.Snyder@usdoj.gov; timothy.s.laffredi@usdoj.gov; Marta.Villacorta@usdoj.gov |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | Attn: Debra Felder | 1152 15th Street, NW | Columbia Center | Washington | DC | 20005 | | 202-339-8567 | 202-339-8500 | dfelder@orrick.com |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | Attn: Douglas S. Mintz | 1152 15th Street | | Washington | DC | 20005-1706 | | 202-339-8518 | 202-339-8500 | dmintz@orrick.com |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | Attn: Lorraine McGowen | 51 West 52nd Street | | New York | NY | 10019 | | 212-506-5114 | 212-506-5151 | lmcgowen@orrick.com |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | Attn: Marc A. Levinson | 400 Capitol Mall, Suite 3000 | | Sacramento | CA | 95814-4497 | | 916-329-4910 | 916-329-4900 | malevinson@orrick.com |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | Attn: Thomas C. Mitchell | The Orrick Building | 405 Howard Street | San Francisco | CA | 94105 | | 415-773-5732 | 415-773-5759 | tcmitchell@orrick.com |
| Counsel for file Baupost Group, L.L.C., as the general agent and investment manager for certain entities | Pachulski Stang Ziehl & Jones LLP | Attn: Isaac M. Pachulski, Debra I. Grassgreen, Gabriel I. Glazer, John W. Lucas | 150 California Street | 15th Floor | San Francisco | CA | 94111 | | 415-263-7000 | 415-263-7010 | ipachulski@pszjlaw.com; dgrassgreen@pszjlaw.com; gglazer@pszjlaw.com; jlucas@pszjlaw.com |
| Counsel for CSC Companies, Inc. | Pachulski Stang Ziehl & Jones LLP | Attn: John D. Fiero | 150 California Street | 15th Floor | San Francisco | CA | 94111 | | 415-263-7000 | 415-263-7010 | jfiero@pszjlaw.com |
| Counsel for Alaska County Water Agency | Parkinson Phinney | Attn: Thomas R. Phinney | 3600 American River Drive | Suite 145 | Sacramento | CA | 95864 | | | | tom@parkinsonphinney.com |
| Counsel for California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3209 / 212-373-3000 | 212-492-0209 / 212-757-3990 | akornberg@paulweiss.com; bhermann@paulweiss.com; wrieman@paulweiss.com; smitchell@paulweiss.com; ndonnelly@paulweiss.com |
| Counsel to Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Andrea Wong | Office of the General Counsel | 1200 K Street, N.W. | Washington | DC | 20005-4026 | | 202-326-4020-3448 | 202-326-4112 | wong.andrea@pbgc.gov; efile@pbgc.gov |
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Courtney L. Morgan | Office of the General Counsel | 1200 K Street, N.W. | Washington | DC | 20005-4026 | | 202-326-4020 ext. 3738 | 202-326-4112 | morgan.courtney@pbgc.gov; efile@pbgc.gov |
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Daniel Robertson | Office of the General Counsel | 1200 K Street, N.W. | Washington | DC | 20005-4026 | | 202-326-4020 | 202-326-4112 | robertson.daniel@pbgc.gov; efile@pbgc.gov |
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Melissa T. Ngo | Office of the General Counsel | 1200 K Street, N.W. | Washington | DC | 20005-4026 | | 202-326-4020, ext. 3019 | 202-326-4112 | ngo.melissa@pbgc.gov; efile@pbgc.gov |
| Counsel for Puget Sound Energy, Inc. | Perkins Coie, LLP | Attn: Alan D. Smith | 1201 Third Avenue, Suite 4900 | | Seattle | WA | 98101-3099 | | 206-359-8000 | 206-359-9000 | ADSmith@perkinscoie.com |
| Debtors | PG&E Corporation | Attn: President or General Counsel | 77 Beale Street | P.O. Box 77000 | San Francisco | CA | 94177 | | | | |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for California Independent System Operator | Pierce Atwood LLP | Attn: Keith J. Cunningham | Merrill's Wharf | 254 Commercial Street | Portland | ME | 04101 | | 207-791-1187 | 207-791-1350 | kcunningham@pierceatwood.com |
| Counsel for Bank of America, N.A. | Pillsbury Winthrop Shaw Pittman LLP | Attn: Dania Slim | 324 Royal Palm Way | Suite 2200 | Palm Beach | FL | 33480 | | 561-253-5500 | | dania.slim@pillsburylaw.com |
| Counsel for Chevron Products Company, a division of Chevron U.S.A. Inc. | Pillsbury Winthrop Shaw Pittman LLP | Attn: Hugh M. Ray, III | 909 Fannin | Suite 2000 | Houston | TX | 77010 | | 713-276-7600 | 713-276-7673 | hugh.ray@pillsburylaw.com |
| Counsel for Bank of America, N.A. | Pillsbury Winthrop Shaw Pittman LLP | Attn: Leo T. Crowley | 1540 Broadway | | New York | NY | 10036 | | 212-858-1000 | | leo.crowley@pillsburylaw.com |
| Counsel for Bank of America, N.A. | Pillsbury Winthrop Shaw Pittman LLP | Attn: M. David Minnick | Four Embarcadero Center | 22nd Floor | San Francisco | CA | 94126-5998 | | 415-983-1000 | | dminnick@pillsburylaw.com |
| Counsel for Chevron Products Company, a division of Chevron U.S.A. Inc. | PILLSBURY WINTHROP SHAW PITTMAN LLP | Attn: Philip S. Warden | Four Embarcadero Center | 22nd Floor | San Francisco | CA | 94111-5998 | | 415-983-1000 | 415-983-1200 | philip.warden@pillsburylaw.com |
| Counsel for Pinot Ship Warehouse Plaintiffs' Executive Committee | PINO & ASSOCIATES | Attn: Estela O. Pino | 20 Bicentennial Circle, Suite 200 | | Sacramento | CA | 95826 | | 916-641-2288 | 916-641-1898 | epino@pinolaw.com |
| Interested Party Placer County Office of the Treasurer-Tax Collector | PLACER COUNTY OFFICE OF THE TREASURER-TAX COLLECTOR | Attn: Robert Kanngiesser | 2976 Richardson Drive | | Auburn | CA | 95603 | | 530-889-4129 | 530-889-4123 | |
| Counsel for Mark Pulido, Counsel for Donna Walker, Mt. Veeder Springs LLC, Counsel for Mount Veeder Springs LLC | PMRK LAW | Attn: Peter P. Meringolo | 201 Spear Street | Suite 1100 | San Francisco | CA | 94105 | | 415-496-3045 | 415-496-3091 | peter@pmrklaw.com |
| COUNSEL FOR DIGNITY HEALTH AND ITS AFFILIATES | Polsinelli LLP | Attn: Lindsi M. Weber | One East Washington St., Suite 1200 | | Phoenix | AZ | 85004-2568 | | 602-650-2064 | | lweber@polsinelli.com |
| COUNSEL FOR DIGNITY HEALTH AND ITS AFFILIATES | Polsinelli LLP | Attn: Randye B. Soref | 2049 Century Park East, Suite 2900 | | Los Angeles | CA | 90067 | | 310-556-1801 | 310-556-1802 | rsoref@polsinelli.com |
| Claims Agent | Prime Clerk LLC | Attn: Herb Baer | 830 3rd Ave Fl. 9 | | New York | NY | 10022 | | 212-257-5450 | 212-257-5452 | serviceqa@primeclerk.com |
| Counsel for Agile Sourcing Partners, Inc. | Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P. Kennedy, Esq. | 525 B Street, Suite 2200 | | San Diego | CA | 92101 | | 619-238-1900 | 619-235-0398 | gerald.kennedy@procopio.com |
| Counsel for Ad Hoc Group of Institutional Par Bondholders | Proskauer Rose LLP | Attn: Martin J. Bienenstock, Brian S. Rosen, Maja Zerjal | Eleven Times Square | | New York | NY | 10036-8299 | | 212-969-3000 | 212-969-2900 | mbienenstock@proskauer.com; brosen@proskauer.com; mzerjal@proskauer.com |
| Counsel for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co. | Proskauer Rose LLP | Attn: Michael A. Firestein, Lary Alan Rappaport, Steve Y. Ma | 2029 Century Park East | | Los Angeles | CA | 90067-3010 | | 310-557-2900 | 310-557-2193 | mfirestein@proskauer.com; lrappaport@proskauer.com; sma@proskauer.com |
| Interested Party Provencher & Flatt LLP | Provencher & Flatt LLP | Attn: Douglas B. Provencher | 823 Sonoma Avenue | | Santa Rosa | CA | 95404 | | 707-284-2380 | 707-284-2387 | dbp@provlaw.com |
| Interested Party Pryor Cashman LLP | Pryor Cashman LLP | Attn: Ronald S. Beacher | 7 Times Square | | New York | NY | 10036 | | 212-421-4100 | 212-326-0806 | rbeacher@pryorcashman.com |
| Counsel for AECOM Technical Services, Inc., Kliefner and Associates, Inc., JAN X-Ray Services, Inc., Counsel for and Associates, Inc. and JAN X-Ray Services, Inc | Reed Smith LLP | Attn: Christopher O. Rivas, Marsha A. Houston | 355 South Grand Avenue, Suite 2900 | | Los Angeles | CA | 90071-1514 | | 213-457-8000 | 213-457-8080 | crivas@reedsmith.com; mhouston@reedsmith.com |
| Counsel for Creditors Nevada Irrigation District, Counsel for Attorneys for Creditors Lodi Gas Storage, L.L.P. Wild Goose, LLC | Reed Smith LLP | Attn: Jonathan R. Doolittle | 101 Second Street, Suite 1800 | | San Francisco | CA | 94105 | | 415-543-8400 | 415-391-8269 | jdoolittle@reedsmith.com |
| Counsel for Parsons Environment & Infrastructure, Inc. | Reed Smith LLP | Attn: Marsha A. Houston | 355 South Grand Avenue, Suite 2900 | | Los Angeles | CA | 90071-1514 | | 213-457-8000 | 213-457-8080 | mhouston@reedsmith.com |
| Counsel for Creditors Nevada Irrigation District, L.L.P. Wild Goose, LLC | Reed Smith LLP | Attn: Monique B. Howery | 10 S. Wacker Drive | 40th Floor | Chicago | IL | 60606 | | 312-207-2417 | 312-207-6400 | mhowery@reedsmith.com |
| Counsel for Attorneys for Creditors Lodi Gas Storage, L.L.P. Wild Goose, LLC | Reed Smith LLP | Attn: Peter Munoz | 101 Second Street | Suite 1800 | San Francisco | CA | 94105-3659 | | 415-543-8700 | 415-391-8269 | pmunoz@reedsmith.com |
| Counsel for Lodi Gas Storage, L.L.P. Wild Goose, LLC | Reed Smith LLP | Attn: Robert P. Simons | 225 Fifth Avenue | Suite 1200 | Pittsburgh | PA | 15222 | | 412-288-3131 | 412-288-3063 | rsimons@reedsmith.com |
| Counsel for Robert Michaud | RIMON, P.C. | Attn: Lillian U. Stenfeldt | One Embarcadero Center | Suite 400 | San Francisco | CA | 94111 | | 415-915-5192 | 415-915-5110 | lillian.stenfeldt@rimonlaw.com |
| Counsel for Robert Michaud | RIMON, P.C. | Attn: Phillip K. Wang | One Embarcadero Center | Suite 400 | San Francisco | CA | 94111 | | 415-848-2002 | 415-683-5472 | phillip.wang@rimonlaw.com |
| Special Matter Bankruptcy Counsel for Certain Fire Damage Plaintiffs Relating to the North Bay Fire Litigation | Ringstad & Sanders LLP | Attn: Nanette O. Sanders | 4343 Von Karman Avenue | Suite 300 | Newport Beach | CA | 92660 | | 949-851-7450 | 949-851-6926 | nanette@ringstadlaw.com |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, JCCP Case Management Order No. 1, Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Robins Cloud LLP | Attn: Bill Robins, III, Robert Bryson | 808 Wilshire Boulevard | Site 450 | Santa Monica | CA | 90401 | | 310-929-4200 | 310-566-5900 | robins@robinscloud.com; rbryson@robinscloud.com |
| Counsel for ELLIOTT MANAGEMENT CORPORATION, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it | Ropes & Gray LLP | Attn: Gregg M. Galardi, Keith H. Wofford, Daniel G. Egan | 1211 Avenue of the Americas | | New York | NY | 10036-8704 | | 212-596-9000 | 212-596-9090 | gregg.galardi@ropesgray.com; keith.wofford@ropesgray.com; daniel.egan@ropesgray.com |
| Counsel for The Baupost Group L.L.C, as the managing general partner and/or investment manager for certain entities | Ropes & Gray LLP | Attn: Matthew M. Rossie, Mark I. Bane | 1211 Avenue of the Americas | | New York | NY | 10036-8704 | | 212-596-9000 | 212-596-9090 | mark.bane@ropesgray.com; matthew.rossie@ropesgray.com |
| Counsel for The Baupost Group L.L.C, as the managing general partner and/or investment manager for certain entities | Ropes & Gray LLP | Attn: Peter L. Welsh, Joshua Y. Sturm, & Patricia I. Chen | Prudential Tower | 800 Boylston Street | Boston | MA | 02199-3600 | | 617-951-7000 | 617-951-7777 | peter.welsh@ropesgray.com; joshua.sturm@ropesgray.com; patricia.chen@ropesgray.com |
| Counsel for ELLIOTT MANAGEMENT CORPORATION, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it | ROPES & GRAY LLP | Attn: Stephen Moeller-Sally, Matthew L. McGinnis | Prudential Tower, 800 Boylston Street | | Boston | MA | 02199-3600 | | 617-951-7000 | 617-951-7777 | ssally@ropesgray.com; matthew.mcginnis@ropesgray.com |
| Counsel for Creditor ABB, INC | RUTAN & TUCKER, LLP | Attn: Roger F. Friedman, Philip J. Blanchard | 611 Anton Boulevard | Suite 1400 | Costa Mesa | CA | 92626-1931 | | 714-641-5100 | 714-546-9035 | rfriedman@rutan.com; pblanchard@rutan.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for City and County of San Francisco, including all its agencies, departments, or instrumentalities | San Francisco City Attorney's Office | Attn: Owen Clements | 1390 Market Street | 7th Floor | San Francisco | CA | 94102 | | 415-554-3844 | 415-437-4644 | Owen.Clements@sfcityatty.org; Catherine.Daly@sfcityatty.org |
| | Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Esq., Pamela A. Bosswick, Esq. | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | cbelmonte@ssbb.com; pbosswick@ssbb.com |
| Counsel for International Business Machines Corp. | SEVERSON & WERSON | Attn: Duane M. Geck, Donald H. Cram, Bernard J. Kornberg | One Embarcadero Center, Suite 2600 | | San Francisco | CA | 94111 | | 415-398-3344 | 415-956-0439 | dmg@severson.com; dhc@severson.com; bjk@severson.com |
| Counsel for Global Specialty SE, Munich Re, and Chubb Specialty Markets | Seyfarth Shaw LLP | Attn: M. Ryan Pinkston, Christopher J. Harney | 560 Mission Street | Suite 3100 | San Francisco | CA | 94105 | | 415-397-2823 | 415-397-8549 | rpinkston@seyfarth.com; charney@seyfarth.com |
| Counsel for Turner Construction Company | ShermanLaw | Attn: David B. Shemano | 1801 Century Park East | Suite 3600 | Los Angeles | CA | 90067 | | 310-492-5033 | | dshemano@shermanlaw.com |
| Counsel for East Bay Community Energy Authority | Sheppard, Mullin, Richter & Hampton LLP | Attn: Michael M. Lauter, Esq. | Four Embarcadero Center | 17th Floor | San Francisco | CA | 94111 | | 415-434-9100 | 415-434-3947 | mlauter@sheppardmullin.com |
| Counsel for Threat Technologies Inc. | SHIPMAN & GOODWIN LLP | Attn: ERIC GOLDSTEIN | One Constitution Plaza | | Hartford | CT | 06103- | | 860-251-5000 | 860-251-5218 | egoldstein@goodwin.com |
| Counsel for Gartner, Inc. | Shulman Hodges & Bastian LLP | Attn: Leonard M. Shulman, Melissa Davis Lowe | 100 Spectrum Center Drive | Suite 600 | Irvine | CA | 92618 | | 949-340-3400 | | lshulman@shbllp.com; mlowe@shbllp.com |
| Attorney, Cushman & Wakefield, Inc. | Silicon Valley Law Group | Attn: David V. Duperrault, Kathryn E. Barrett | One North Market Street | Suite 600 | San Jose | CA | 95113 | | 408-573-5700 | 408-573-5701 | dvd@svlg.com; keb@svlg.com |
| Counsel for TURN – The Utility Reform Network | SKADDEN, ARPS, SLATE, MEAGHER & FLOM | Attn: Amy S. Park | 525 University Avenue | | Palo Alto | CA | 94301 | | 650-470-4500 | 650-470-4570 | Amy.Park@skadden.com |
| Counsel for Atlantica Yield plc and Mojave Solar LLC | SKADDEN, ARPS, SLATE, MEAGHER & FLOM | Attn: J. Eric Ivester | Four Times Square | | New York | NY | 10036 | | 212-735-3882 | 917-777-3882 | Eric.Ivester@skadden.com |
| Counsel for Creditor and Party-in-Interest Sonoma Clean Power Authority | Sonoma Clean Power Authority | Attn: Jessica Mullan, General Counsel | 50 Santa Rosa Avenue | Fifth Floor | Santa Rosa | CA | 95404 | | | | jmullan@sonomacleanpower.org; Julia.Mecca@sonomacleanpower.org |
| Counsel for Southern California Edison Company | Southern California Edison Company | Attn: Julia A. Mosel, Patricia A. Cirucci | 2244 Walnut Grove Avenue | 3rd Floor | Rosemead | CA | 91770 | | 626-302-6789 | 626-302-6873 | patricia.cirucci@sce.com; Julia.Mosel@sce.com |
| Counsel for Garcia and Associates | St. James Law, P.C. | Attn: Michael St. James | 22 Battery Street | Suite 888 | San Francisco | CA | 94111 | | 415-391-7566 | 415-391-7568 | ecf@stjames-law.com |
| Counsel for California Franchise Tax Board | State of California Franchise Tax Board | Attn: Todd M. Bailey | Mail Stop A-260 | P.O. Box 1720 | Rancho Cordova | CA | 95741-1720 | | 916-845-6340 | 916-845-0241 | todd.bailey@ftb.ca.gov |
| Interested the Director of Industrial Relations and Officer of California Department of Industrial Relations | State of California, Department of Industrial Relations | Attn: John Cumming | 455 Golden Gate Avenue, Suite 9516 | | San Francisco | CA | 94102 | | 415-486-3818 | 510-622-3265 | jcumming@dir.ca.gov |
| Sonoma County Treasurer & Tax Collector | Steckbauer Weinhart, LLP | Attn: Barry S. Glaser | 333 S. Hope Street | 36th Floor | Los Angeles | CA | 90071 | | 213-229-2868 | 213-229-2870 | bglaser@swesq.com |
| Counsel for Calpine Corporate & Specialty | Stevens & Lee, P.C. | Attn: Leonard P. Goldberger | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-537-0409 | 610-371-1237 | lpg@stevenslee.com |
| Counsel for Calpine Corporate & Specialty | Stevens & Lee, P.C. | Attn: Leonard P. Goldberger | 620 Freedom Business | Suite 200 | King of Prussia | PA | 19406 | | 610-205-6046 | 610-371-7376 | lpg@stevenslee.com |
| | Stewart Sokol & Larkin LLC | Attn: Jan D. Sokol, Esq., Kevin M. Coles, Esq. | 2300 SW First Avenue, Suite 200 | | Portland | OR | 97201 | | 503-221-0699 | 503-223-5706 | jsokol@lawssl.com; kcoles@lawssl.com |
| Mulberry Mutual Life Insurance Company | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | Attn: Dana M. Andreoli | One California Street | Third Floor | San Francisco | CA | 94111 | | 415-421-3400 | 415-421-2234 | dandreoli@steyerlaw.com |
| Counsel for Tanforan Industrial Park, LLC | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | Attn: Jeffrey H. Lowenthal | One California Street | Third Floor | San Francisco | CA | 94111 | | 415-421-3400 | 415-421-2234 | jlowenthal@steyerlaw.com |
| Counsel for Tanforan Industrial Park, LLC | STITES & HARBISON PLLC | Attn: Elizabeth Lee Thompson | 250 West Main Street | Suite 2300 | Lexington | KY | 40507-1758 | | 859-226-2300 | 859-253-8144 | ethompson@stites.com |
| Counsel for Dynegy Marketing and Trade, LLC, Counsel for FTP Power LLC, et al., Counsel for Shiloh I Wind Project LLC, End Green Power North America, Inc., et al. and Enel X North America, Inc., et al. | STOEL RIVES LLP | Attn: David B. Levant | 101 S. Capitol Boulevard | Suite 1900 | Boise | ID | 83702 | | 208-389-9000 | 208-389-9040 | david.levant@stoel.com |
| Counsel for Dynegy Marketing and Trade, LLC, Counsel for FTP Power LLC, et al., Counsel for Shiloh I Wind Project LLC, End Green Power North America, Inc., et al. and Enel X North America, Inc., et al. | Stoel Rives LLP | Attn: Oren Buchanan Haker | 760 SW Ninth, Suite 3000 | | Portland | OR | 97205 | | 503-294-9333 | 503-220-2480 | oren.haker@stoel.com |
| Counsel for Dynegy Marketing and Trade, LLC, Counsel for FTP Power LLC, et al., Counsel for Shiloh I Wind Project LLC, End Green Power North America, Inc., et al. and Enel X North America, Inc., et al. | Stoel Rives LLP | Attn: Gabrielle Glemann | 600 University Street, Suite 3600 | | Seattle | WA | 98101 | | 206-624-0900 | 206-386-7500 | gabrielle.glemann@stoel.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | STROOCK & STROOCK & LAVAN LLP | Attn: Sunny S. Sarkis | 500 Capitol Mall, Suite 1600 | | Sacramento | CA | 98514 | | 916-447-0700 | 916-447-4781 | sunny.sarkis@stoel.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | STROOCK & STROOCK & LAVAN LLP | Attn: Frank A. Merola | 2029 Century Park East | | Los Angeles | CA | 90067-3086 | | 310-556-5800 | 310-556-5959 | fmerola@stroock.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo | 180 Maiden Lane | | New York | NY | 10038-4982 | | 212-806-5400 | 212-806-6006 | khansen@stroock.com; egilad@stroock.com; mgarofalo@stroock.com |
| | Stroock & Stroock & Lavan LLP | Attn: Mark A. Speiser, Kenneth Pasquale, Sherry J. Millman, Harold A. Olsen | 180 Maiden Lane | | New York | NY | 10038-4982 | | 212-806-5400 | 212-806-6006 | mspeiser@stroock.com; kpasquale@stroock.com; smillman@stroock.com; holsen@stroock.com |
| Creditors | Stutzman, Bromberg, Esserman & Plifka, P.C. | Attn: Sander L. Esserman, Cliff I. Taylor | 2323 Bryan Street, Suite 2200 | | Dallas | TX | 75201-2689 | | 214-969-4900 | 214-969-4999 | esserman@sbep-law.com; taylor@sbep-law.com |
| Public Entities Impacted by the Wildfires | Sullivan Hill Rez & Engel | Attn: James P. Hill, Christopher V. Hawkins | 600 B Street, Suite 1700 | | San Diego | CA | 92101 | | 619-233-4100 | 619-231-4372 | hill@sullivanhill.com; hawkins@sullivanhill.com |
| Counsel for Project Management, Inc. | Synergy Project Management, Inc. | c/o Law Office of Ivan C. Jen | 1017 Alvin Circle | | Sacramento | CA | 95838 | | 415-684-7706 | | ivan@jenlawoffice.com |

Case: 19-30088   Doc# 1415   Entered: 04/15/19 12:22:32   Page 26 of 28

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | COUNTRY | ZIP | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for Brightview Enterprise Solutions, Counsel for Granite Construction Incorporated, Brightview Landscape Services, Inc. | Taylor English Duma LLP | Attn: John W. Mills, III | 1600 Parkwood Circle | Suite 200 | Atlanta | GA | | 30339 | 770-434-6868 | 770-434-7376 | jmills@taylorenglish.com |
| Counsel to Roof Safety, Inc. | The Bankruptcy Group, P.C. | Attn: Stephan Brown and Daniel Griffin | 3300 Douglas Blvd. | Ste. 100 | Roseville | CA | | 95661 | 800-920-5351 | 916-242-8588 | daniel@theblawoffice.com |
| Counsel for M Davey Tree Expert Company | The Davey Tree Expert Company | Attn: Erika J. Schoenberger, General Counsel | 1500 N. Mantua Street | | Kent | OH | | 44240 | 330-673-9511 Ext 8549 | | Erika.Schoenberger@davey.com |
| Counsel for Franchise Company, Inc. | Tredolla & Lapping LLP | Attn: Richard A. Lapping | 540 Pacific Avenue | | San Francisco | CA | | 94133 | 415-399-1015 | 415-651-9004 | Rich@TredollaLapping.com |
| Counsel to Consolidated Edison Development Inc., Southern Power Company | TROUTMAN SANDERS LLP | Attn: Gabriel Opel | 11682 El Camino Real, Suite 400 | | San Diego | CA | | 92130-2092 | 858-509-6000 | 858-509-6040 | gabriel.opel@troutman.com |
| Counsel for Northern Power Company | TROUTMAN SANDERS LLP | Attn: Harris B. Winsberg, Esq., Matthew G. Roberts, Esq. | 600 Peachtree St. NE | Suite 3000 | Atlanta | GA | | 30308 | 404-885-3348 | 404-885-3900 | harris.winsberg@troutman.com matthew.roberts2@troutman.com |
| Counsel for Consolidated Edison Development Company, Inc. | Troutman Sanders LLP | Attn: Hugh M. McDonald | 875 Third Avenue | | New York | NY | | 10022 | 212-704-6000 | 212-704-6288 | hugh.mcdonald@troutman.com |
| Counsel for TURN – The Utility Reform Network | TURN—The Utility Reform Network | Attn: Mark Toney, Thomas Long | 785 Market St | | San Francisco | CA | | 94103 | | | tlong@turn.org |
| U.S. Bankruptcy Court Northern District of CA | U.S. Bankruptcy Court Northern District of CA | Attn: Honorable Dennis Montali | PG&E Corp. Chambers Copy | 450 Golden Gate Ave, 18th Floor | San Francisco | CA | | 94102 | | | |
| Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. Department of Justice | Attn: Danielle A. Pham | 1100 L Street, NW | Room 7106 | Washington | DC | | 20005 | 202-514-7451 | 202-514-9163 | danielle.pham@usdoj.gov |
| Counsel for Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. Department of Justice | Attn: Danielle A. Pham | P.O. Box 875 | Ben Franklin Station | Washington | DC | | 20044-0875 | 202-514-7451 | 202-514-9163 | danielle.pham@usdoj.gov |
| Counsel to Federal Energy Regulatory Commission | U.S. Department of Justice, Civil Division | Attn: Joseph H. Hunt, Ruth A. Harvey, Ruth A. Harvey, Kirk Manhardt, Matthew Troy, Marc S. Sacks, Danielle A. Pham, and Shane Huang | 1100 L Street, NW | Room 7030 | Washington | DC | | 20005 | 202-616-0341 | 202-514-9163 | shane.huang@usdoj.gov |
| Counsel to Federal Energy Regulatory Commission | U.S. Department of Justice, Civil Division | Attn: Joseph H. Hunt, Ruth A. Harvey, Ruth A. Harvey, Kirk Manhardt, Matthew Troy, Marc S. Sacks, Danielle A. Pham, and Shane Huang | P.O. Box 875 | Ben Franklin Station | Washington | DC | | 20044-0875 | 202-616-0341 | 202-514-9163 | shane.huang@usdoj.gov |
| Counsel of Federal Energy Regulatory Commission | U.S. Department of Justice, Civil Division | Attn: General Counsel | U.S. NRC, Region IV | 16001 E. Lamar Blvd. | Arlington | TX | | 76011 | 817-860-8100 | | |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel | | | Washington | DC | | 20555-0001 | 301-415-7000 | | |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel | | STOP 1350 | Omaha | NE | | 68179 | 402-544-3015 | | bankruptcynotices@up.com |
| Interested Party | Union Pacific Railroad Company | Attn: Tonya W. Conley, Lila L. Howe | 1400 Douglas Street | | | | | | | | |
| Counsel for United States of America, Department of Labor | United States Department of Justice Civil Division | Attn: Matthew L. Troy | 1100 L Street, N.W. | Room 10030 | Washington | DC | | 20530 | | | matthew.troy@usdoj.gov |
| Counsel for United States of America, Department of Labor | United States Department of Justice Civil Division | Attn: Matthew L. Troy | P.O. Box 875 | Ben Franklin Station | Washington | DC | | 20044-0875 | 202-514-9038 | | matthew.troy@usdoj.gov |
| U.S. Securities and Exchange Commission | US Securities and Exchange Commission | Attn: Jina Choi, Regional Director | San Francisco Regional Office | 44 Montgomery Street, Suite 2800 | San Francisco | CA | | 94104 | 415-705-2500 | | sanfrancisco@sec.gov |
| U.S. Securities and Exchange Commission | US Securities and Exchange Commission | Attn: Office of General Counsel | 100 F St., NE MS 6041B | | Washington | DC | | 20549 | 202-551-5100 | | secbankruptcy@sec.gov |
| Counsel to Public Employees Retirement Association of New Mexico | WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK, LLP | Attn: James M. Wagstaffe & Frank Busch | 100 Pine Street | Suite 725 | San Francisco | CA | | 94111 | 415-357-8900 | 415-371-0500 | busch@wvbrlaw.com |
| Counsel to Plaintiffs Executive Committee appointed by the Califonia Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, pursuant to the terms of the Court's Case Management Order No. 1 | Walkup Melodia Kelly & Schoenberger | Attn: Michael A. Kelly, Khaldoun A. Baghdadi, Max Schuver | 650 California Street | 26th Floor | San Francisco | CA | | 94108 | 415-981-7210 | 415-391-6965 | mkelly@walkuplawoffice.com kbaghdadi@walkuplawoffice.com mschuver@walkuplawoffice.com |
| Counsel to Atlas Power Group | Walter Wilhelm Law Group a Professional Corporation | Attn: Riley C. Walter, Michael L. Wilhelm | 205 E. River Park Circle | Suite 410 | Fresno | CA | | 93720 | 305-371-2700 | 559-435-9868 | rileywalter@W2LG.com stephen.karotkin@weil.com |
| Counsel to Debtor | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | 767 Fifth Avenue | | New York | NY | | 10153-0119 | 212-310-8000 | 212-310-8007 | Matthew.goren@weil.com jessica.liou@weil.com bankruptcyourt.notices@unioncounsel.net |
| Counsel to Engineers and Scientists of California IFPA 20, IFPTE, Counsel for SEIU United Service Workers – West | Weinberg Roger & Rosenfeld | Attn: Emily P. Rich | 1001 Marina Village Parkway | Suite 200 | Alameda | CA | | 94501-1091 | 510-337-1001 | 510-337-1023 | erich@unioncounsel.net tmsalter@unioncounsel.net cgray@unioncounsel.net |
| Counsel to Sempra Energy, San Diego Gas & Electric Company and Southern California Gas Company | White & Case LLP | Attn: J.Christopher Shore | 1221 Avenue of the Americas | | New York | NY | | 10020-1095 | 212-819-8200 | 212-354-8113 | cshore@whitecase.com |
| Counsel to Sempra Energy, San Diego Gas & Electric Company and Southern California Gas Company | White & Case LLP | Attn: Roberto J. Kampfner | 555 South Flower Street | Suite 2700 | Los Angeles | CA | | 90071 | 213-620-7700 | 213-452-2329 | rkampfner@whitecase.com |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: Thomas E Lauria, Matthew C. Brown | 200 South Biscayne Boulevard, Suite 4900 | Southeast Financial Center | Miami | FL | | 33131-2352 | 305-371-2700 | 305-385-5744 | tlauria@whitecase.com mbrown@whitecase.com |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: Todd W. Blischke | 601 Union Street | Suite 4100 | Seattle | WA | | 98101-2380 | 206-628-6623 | | TBlischke@williamskastner.com |
| Counsel to Mallard Marine Construction, Inc. | Williams Kastner | Attn: Matthew A. Feldman, Joseph G. Matise, David J. Forman | 787 Seventh Avenue | | New York | NY | | 10019-6099 | 212-728-8000 | 212-728-8111 | mfeldman@willkie.com jforman@willkie.com |
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Willkie Farr & Gallagher LLP | Attn: Christi Johnstone | 950 PAGE MILL ROAD | | PALO ALTO | CA | | 94304 | | | CHRIS.JOHNSTONE@WILMERHALE.COM |
| | WILMER CUTLER PICKERING HALE & DORR LLP | Attn: Chris Johnstone | | | | | | | | | |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for Macquarie Energy LLC, Counsel for California Efficiency + Demand Management Council, Counsel for Cypress Energy Partners, L.P., Tulsa Inspection Resources – PUC, LLC, Tulsa Inspection Resources, CF Inspection Management, LLC, and Cypress Energy Management – TIR, LLC, Counsel for Peninsula Clean Energy Authority | Winston & Strawn LLP | Attn: David Neier | 200 Park Avenue | | New York | NY | 10166-4193 | | 212-294-6700 | 212-294-4700 | dneier@winston.com |
| Counsel for California Efficiency + Demand Management Council, Counsel for Cypress Energy Partners, Tulsa Inspection Resources – PUC, LLC, Tulsa Inspection Resources, LLC, CF Inspection Management, LLC, and Cypress Energy Management – TIR, LLC, Counsel for Peninsula Clean Energy Authority | WINSTON & STRAWN LLP | Attn: Justin E. Rawlins | 333 S. Grand Avenue | 38th Floor | Los Angeles | CA | 90071-1543 | | 213-615-1700 | 213-615-1750 | jrawlins@winston.com |
| | Winston & Strawn LLP | Attn: Michael A. Yuffee | 1700 K Street, N.W. | | Washington | DC | 20006-3817 | | 202-282-5000 | 202-282-5100 | myuffee@winston.com |
| Counsel for Cypress Energy LLC | WINTHROP COUCHOT GOLUBOW HOLLANDER, LLP | Attn: Richard H. Golubow | 1301 Dove Street | Suite 500 | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | rgolubow@wcghlaw.com |
| Counsel for Westman Southwest Corp. dba Preferred Pipeline Services | Wolkin Curran, LLP | Attn: James D. Curran, Esq. | 111 Maiden Lane, 6th Floor | | San Francisco | CA | 94108 | | 415-982-9390 | 415-982-4328 | jcurran@wolkincurran.com |
| Counsel for Westward Marine Construction, Inc. | Worley Law, P.C. | Attn: Kirsten A. Worley | 1572 Second Avenue | | San Diego | CA | 92101 | | 619-550-1004 | | kw@worleycorp.com |