1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**

Watt, Tieder,
Hoffar &
Fitzgerald, L.L.P.
Attorneys At Law
Irvine

NOTICE OF CONTINUED PERFECTION OF
MECHANICS LIEN PURSUANT TO 11 U.S.C. §

John Norena
<u>Recording requested by:</u>
Barnard Pipeline, Inc.

<u>And when recorded mail this document to:</u>

Jane G. Kearl, Esq.
Robert C. Shaia, Esq.
Watt, Tieder, Hoffar & Fitzgerald, LLP
2040 Main Street, Suite 300
Irvine, CA 92614



Recorded In Official Records, County of San Bernardino   1/24/2019
                                                          1:23 PM
**BOB DUTTON**                                            KE
ASSESSOR — RECORDER — CLERK                               SAN

**P Counter**

Doc# **2019 — 0024396**

| Titles | 1 | Pages | 30 |
|---|---|---|---|
| Fees | | | 111.00 |
| Taxes | | | 0.00 |
| CA SB2 Fee | | | 75.00 |
| Others | | | 6.00 |
| **Paid** | | | **$192.00** |

For recorder's use

# MECHANICS' LIEN
## (Cal. Civ. Code § 8416, et seq.)

1.      BARNARD PIPELINE, INC. ("Claimant") claims a mechanics lien for the labor, services, equipment, and/or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of San Bernardino, State of California, and more particularly described as:

> (1) 35863 Fairview Rd., Hinkley, CA 92347 (Hinkley Compressor Station), and all appurtenances and easements related thereto, including specifically, without limitation, all improvements, structures, and pipelines in or on which Claimant provided labor, services, equipment, and/or materials as set forth in paragraph 2, as more specifically described in Exhibit A attached hereto; and

> (2) All right, title and interest of PG&E in all easements and all improvements, structures, and pipelines therein, in or on which Claimant provided labor, services, equipment and/or materials as set forth in paragraph 2, including, specifically, without limitation, as more specifically described in Exhibit A attached hereto, and generally depicted in the map attached hereto as Exhibit B.

2.      After deducting all just credits and offsets, the sum of $18,345,566.47, together with interest at the rate of 10% per annum from January 22, 2019, is due Claimant for the following: labor, services, equipment, and/or materials for pipeline replacement, pipeline fitting replacements, valve replacements and hydrostatic pipeline testing, and related construction work performed under the Alliance Agreement Contract between Claimant and PG&E and Contract Work Authorization No. C8638, or as otherwise requested by PG&E.

3.      Claimant furnished the labor, services, equipment, and/or materials, at the request of:  PG&E.

4.      The name and address of the owner(s) or reputed owner(s) of the real property is/are:  PG&E, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

///

///

5. Claimant's address is: 701 Gold Avenue, Bozeman, MT 59715.

Dated _January 22_ 2019

BARNARD PIPELINE, INC.

By: _____
Zach Bowler, Vice President

## VERIFICATION

I, Zach Bowler, am the Vice President of Claimant on the foregoing Mechanics Lien and am authorized to make this verification for and on its behalf. I have read the foregoing Mechanics Lien and know the contents of the Mechanics Lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated _January 22_, 2019

By: _____
Zach Bowler, Vice President

## NOTICE OF MECHANICS LIEN

## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

1 **PROOF OF SERVICE**

2

3  I, Julie Benton, declare:

   I am employed in the County of Orange, State of California. I am over the age of 18 years

4  and not a party to the within action. My business address is 2040 Main Street, Suite 300, Irvine,

5  California 92614-6232.

6  On January 23, 2019, I served ☐ the originals ☒ true copies of the following document(s)

7  described as MECHANICS LIEN and NOTICE OF MECHANICS' LIEN on the interested parties

8  in this action, by placing the document(s) listed above in a sealed envelope with postage thereon

9  fully prepaid, the United States mail at Irvine, California addressed as set forth below:

10
   Pacific Gas & Electric Company (PG&E)
11 77 Beale Street, 32nd Floor
   San Francisco, CA 94105
12

13 I declare under penalty of perjury under the laws of the State of California that the foregoing

14 is true and correct.

15 Executed on January 23, 2019, at Irvine, California.

16

17                                    Julie Benton

18

19

20

21

22

23

24

25

26

27

28

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW
IRVINE                                           PROOF OF SERVICE

# EXHIBIT A

# L-300 A Locations

| KMZ Locations | Barnard Job Location # | GPS Coordinates DD (Decimal Degrees) | |
|---|---|---|---|
| T-1225 Loc. N Test Head | 1A | 34.8262572793, | -116.66207388 |
| T-1225 Loc. Q Tap Isolation | 2A | 34.8248518389, | -116.654217777 |
| T-1225 Loc. L Blowdown Retrofit | 3A | 34.8109583333, | -116.576616667 |
| T-1225 Loc. K Test Head | 4A | 34.802012902, | -116.526776518 |
| T-1225 Loc. J Test Head | 5A | 34.8006730983, | -116.519300117 |
| T-1225 Loc. I (MLV) Cutout | 6A | 34.7997410929, | -116.514126635 |
| T-1225 Loc. H Test Head | 7A | 34.7915527778, | -116.449475 |
| T-1225 Loc. G Blowdown Retrofit | 8A | 34.7874259366, | -116.431161104 |
| T-1225 Loc. F Tap Isolation | 9A | 34.7855982928, | -116.423045547 |
| T-1225 Loc. P IM Cut out | 10A | 34.78438821, | -116.41766292 |
| T-1225 Loc. E Test Head | 11A | 34.7837988586, | -116.41499935 |
| T-1225 Loc. O IM Cut Out | 12A | 34.78140129, | -116.40435916 |
| T-1225 Loc. D Test Head | 13A | 34.776267147, | -116.381533869 |
| T-1225 Loc. C (MLV) Cutout | 14A | 34.7720111111, | -116.364655556 |
| T-1225 Loc. B Test Head | 15A | 34.7653677311, | -116.349661291 |
| T-1225 Loc. A Test Head | 16A | 34.7516555556, | -116.318708333 |
| T-1224 Loc. N Test Head | 17A | 34.7516555556, | -116.318708333 |
| T-1224 Loc. M Blowdown Retrofit/TestHead | 18A | 34.7405949642, | -116.293739469 |
| T-1224 Loc. L Test Head | 19A | 34.7234945865, | -116.25850776 |
| T-1224 Loc. K Tap Isolation | 20A | 34.7071861111, | -116.227536111 |
| T-1224 Loc. J Test Head | 21A | 34.7055743391, | -116.224477612 |
| T-1224 Loc. I Test Head | 22A | 34.6948741234, | -116.197157511 |
| T-1224 Loc. H Test Head/Blowdown Retrofit | 23A | 34.6656527778, | -116.136933333 |
| T-1224 Loc. G Test Head | 24A | 34.6576459557, | -116.122232509 |
| T-1224 Loc. F Test Head | 25A | 34.64965, | -116.107566667 |
| T-1224 Loc. E Test Head | 26A | 34.64165, | -116.0929 |
| T-1224 Loc. D Test Head | 27A | 34.636175, | -116.076908333 |
| T-1224 Loc. C (MLV) Cutout | 28A | 34.6281305556, | -116.0481 |
| T-1224 Loc. B Test Head | 29A | 34.6270636769, | -116.044261115 |
| T-1224 Loc. A Test Head | 30A | 34.6175805556, | -116.010372222 |
| T-1223 Loc. M Test Head | 31A | 34.6175805556, | -116.010372222 |
| T-1223 Loc. L Blowdown Retrofit | 32A | 34.603805361, | -115.962314362 |
| T-1223 Loc. K Test Head | 33A | 34.6000305556, | -115.944333333 |
| T-1223 Loc. J Monitor Drip | 34A | 34.5948840421, | -115.911181914 |
| T-1223 Loc. L Test Head | 35A | 34.5911001789, | -115.875700273 |
| T-1223 Loc. H (MLV) Cutout | 36A | 34.5895103958, | -115.863377727 |
| T-1223 Loc. F Blowdown Retrofit | 37A | 34.5783718626, | -115.777367062 |
| T-1223 Loc. E Tap Isolation | 38A | 34.573793134, | -115.74323095 |
| T-1223 Loc. B (MLF) Cutout/Tap Isolation | 39A | 34.5685980251, | -115.702140764 |
| T-1223 Loc. A Test Head | 40A | 34.5641303604, | -115.667787732 |
| T-1222 Loc. N Test Head | 41A | 34.5641303604, | -115.667787732 |
| T-1222 Loc. M Blowdown Retrofit | 42A | 34.5643851817, | -115.60243393 |
| T-1222 Loc. L Test Head | 43A | 34.5644867993, | -115.598031721 |
| T-1222 Loc. K Tap Isolation | 44A | 34.565625, | -115.551763889 |
| T-1222 Loc. J Drip Removal | 45A | 34.5656922951, | -115.548632298 |
| T-1222 Loc. I Tap Isolation | 46A | 34.5657194444, | -115.544930556 |
| T-1222 Loc. H Test Head | 47A | 34.5660132284, | -115.527717257 |

| | | | |
|---|---|---|---|
| T-1222 Loc. G Stub Removal | 48A | 34.5662244854, | -115.522463799 |
| T-1222 Loc. F Test Head/(MLV) Cutout | 49A | 34.5666743272, | -115.508964006 |
| T-1222 Loc. E Test Head | 50A | 34.5671623796, | -115.501544022 |
| T-1222 Loc. D Test Head | 51A | 34.5788188566, | -115.460333237 |
| T-1222 Loc. C Blowdown Retrofit | 52A | 34.5900842207, | -115.425943415 |
| T-1222 Loc. B Test Head | 53A | 34.6001615776, | -115.395124044 |
| T-1222 Loc. A Test Head/MLV Replacement | 54A | 34.6160917559, | -115.346357791 |

# L-300 B Locations

| KMZ Locations | Barnard Job Location # | GPS Coordinates DD (Decimal Degrees) | |
|---|---|---|---|
| T-1229 Loc. N Test Head | 1B | 34.8263157071, | -116.661886144 |
| T-1229 Loc. M Tap Isolation | 2B | 34.8250869716, | -116.654147728 |
| T-1229 Loc. K Blowdown Retrofit | 3B | 34.811585158, | -116.57698715 |
| T-1229 Loc. J Test Head | 4B | 34.8092194392, | -116.520048088 |
| T-1229 Loc. I (MLV) Cutout | 5B | 34.8069467988, | -116.511153058 |
| T-1229 Loc. H Test Head | 6B | 34.7933498364, | -116.454910093 |
| T-1229 Loc. G Blowdown Retrofit | 7B | 34.7879926974, | -116.431158836 |
| T-1229 Loc. F Test Head | 8B | 34.7870709778, | -116.427051504 |
| T-1229 Loc. E Tap Isolation | 9B | 34.7861302975, | -116.422868308 |
| T-1229 Loc. D Test Head | 10B | 34.777388468, | -116.383958782 |
| T-1229 Loc. C (MLV) Cutout | 11B | 34.7723782049, | -116.364087459 |
| T-1229 Loc. B Test Head | 12B | 34.7656822721, | -116.348946209 |
| T-1229 Loc. A Test Head | 13B | 34.7536008333, | -116.32167 |
| T-1228 Loc. S Test Head | 14B | 34.7536008333, | -116.32167 |
| T-1228 Loc. R Test Head | 15B | 34.7432935229, | -116.298449289 |
| T-1228 Loc. Q Blowdown Retrofit | 16B | 34.7416111985, | -116.294637805 |
| T-1228 Loc. P Test Head | 17B | 34.7365305577, | -116.282845776 |
| T-1228 Loc. O Test Head | 18B | 34.7255675717, | -116.260386698 |
| T-1228 Loc. N Test Head | 19B | 34.7075040926, | -116.222918297 |
| T-1228 Loc. M Test Head | 20B | 34.7036249878, | -116.214894457 |
| T-1228 Loc. L Test Head | 21B | 34.701973749, | -116.211254926 |
| T-1228 Loc. K Test Head | 22B | 34.6978960542, | -116.199665405 |
| T-1228 Loc. J Test Head | 23B | 34.6688963889, | -116.138413889 |
| T-1228 Loc. I Blowdown Retrofit | 24B | 34.6678553837, | -116.136135196 |
| T-1228 Loc. H Test Head | 25B | 34.6619477778, | -116.123120556 |
| T-1228 Loc. G Test Head | 26B | 34.6549586111, | -116.107744167 |
| T-1228 Loc. F Test Head | 27B | 34.6480897222, | -116.092197778 |
| T-1228 Loc. E Test Head | 28B | 34.6423085775, | -116.074935263 |
| T-1228 Loc. D Test Head | 29B | 34.6376872222, | -116.059546389 |
| T-1228 Loc. C (MLV) Cutout | 30B | 34.6341294444, | -116.047651944 |
| T-1228 Loc. B Test Head | 31B | 34.6330346035, | -116.044004706 |
| T-1228 Loc. A Test Head | 32B | 34.6226900522, | -116.00955488 |
| T-1227 Loc. K Test Head | 33B | 34.6226900522, | -116.00955488 |
| T-1227 Loc. J Blowdown Retrofit | 34B | 34.6085672277, | -115.96028976 |
| T-1227 Loc. I Test Head | 35B | 34.6050407666, | -115.943851208 |
| T-1227 Loc. H Test Head | 36B | 34.5976405556, | -115.910457778 |
| T-1227 Loc. G Test Head | 37B | 34.5917535245, | -115.876439893 |
| T-1227 Loc. F (MLV) Cutout | 38B | 34.5900583333, | -115.863280556 |
| T-1227 Loc. E Test Head | 39B | 34.5828105295, | -115.807297157 |
| T-1227 Loc. D Blowdown Retrofit | 40B | 34.578918466, | -115.777288889 |
| T-1227 Loc. B (MLV) Cutout | 41B | 34.5691452778, | -115.702043056 |
| T-1227 Loc. A Test Head | 42B | 34.5658521648, | -115.667763983 |
| T-1226 Loc. L Test Head | 43B | 34.5658521648, | -115.667763983 |
| T-1226 Loc. K Blowdown Retrofit | 44B | 34.5660730256, | -115.60250028 |
| T-1226 Loc. J Test Head | 45B | 34.56608, | -115.598016389 |
| T-1226 Loc. I Monitor Drip | 46B | 34.5664184941, | -115.548924466 |

| | | | |
|---|---|---|---|
| T-1226 Loc. H Test Head | 47B | 34.5669902778, | -115.527953056 |
| T-1226 Loc. G (MLV) Cutout/ Test Head | 48B | 34.5674688838, | -115.509664831 |
| T-1226 Loc. F Test Head | 49B | 34.5682872222, | -115.5018025 |
| T-1226 Loc. E Test Head | 50B | 34.569801921, | -115.493709458 |
| T-1226 Loc. D Test Head | 51B | 34.5793963889, | -115.460414444 |
| T-1226 Loc. C Blowdown Retrofit | 52B | 34.5904525, | -115.426117222 |
| T-1226 Loc. B Test Head | 53B | 34.5999702563, | -115.397536853 |
| T-1226 Loc. A Test Head/ MLV Replacement | 54B | 34.6166013225, | -115.346621639 |

# EXHIBIT B



Case: 19-30088    Doc# 1420-1    Filed: 04/15/19    Entered: 04/15/19 12:47:21    Page 11 of 31



T-1222 LOCATIONS C-D
T-1226 LOCATIONS C-E
(SCALE 1" = 2000')



SEE SHEET 2

SEE SHEET 4

T-1222 LOCATIONS F-K
T-1226 LOCATIONS F-I
SCALE: 1" = 2000'

T-1222 LOCATIONS F-K
T-1226 LOCATIONS F-I
PIPELINE ACCESS ROADS FOR TESTS T-1222, T-1226, T-1229

PACIFIC GAS AND ELECTRIC COMPANY
SAN FRANCISCO, CALIFORNIA

FOR REFERENCE ONLY

LEGEND

ROUTE 66
LAYDOWN ZATE (TWO)
LAYDOWN & STAGING
ACCESS ROADS
BNSF RAILROAD
BELL HOLE

PG&E PROPERTY

T-1226 LOC. I
8' X 8' X 8' SLOPED BELL HOLE

56,400 SQ. FT.
LAYDOWN & STAGING

110' X 150' LAYDOWN & STAGING
8' X 8' SLOPED BELL HOLE

T-1222 LOCATION K

T-1222 LOC. J
15' X 60' SHORED BELL HOLE

ROUTE 66
ACCESS POINT A8
ROUTE 66 ACCESS POINT A7
ROUTE 66 ACCESS POINT A9
ROUTE 66 ACCESS POINT A6

T-1222 LOC. I
100' X 140' LAYDOWN & STAGING
8' X 10' SHORED BELL HOLE

T-1226 LOC. H
40' X 80' SLOPED BELL HOLE

290' X 440'
LAYDOWN & STAGING

T-1222 LOC. H
40' X 80' SLOPED BELL HOLE

T-1222 LOC. G
390' X 330' LAYDOWN & STAGING
8' X 16 SLOPED BELL HOLE

ROUTE 66 ACCESS POINT A5

LAYDOWN & STAGING AREA
40' X 80' SLOPED BELL HOLE

50' X 100' LAYDOWN & STAGING
8' X 8' SLOPED BELL HOLE

T-1226 LOC. G
40' X 115' SLOPED BELL HOLE
10' X 46' SLOPED BELL HOLE

380' X 480'
LAYDOWN & STAGING AREA

T-1222 LOC. F
40' X 115' SLOPED BELL HOLE
10' X 46' SLOPED BELL HOLE
8' X 8' SLOPED BELL HOLE
COUNTY BRIDGE 089

ROUTE 66 ACCESS POINT A4
ROUTE 66 ACCESS POINT A3.1

T-1229
500' X
LAYDOWN
40' X 80'







T-1223 LOCATIONS F-H
T-1227 LOCATIONS D-F
(SCALE 1" = 2000')

SEE SHEET 5

SEE SHEET 7

8' X 8' SLOPED BELL HOLE
T-1227 LOC. D
35' X 42' SLOPED BELL HOLE
310' X 280' LAYDOWN & STAGING

8' X 8' SLOPED BELL HOLE

T-1223 LOC. F
35' X 42' SLOPED BELL HOLE

ROUTE 66 ACCESS POINT B3.1

ROUTE 66 ACCESS POINT B3.2
COUNTY BRIDGE 064

T-1227 LOC. E
40' X 80' SLOPED BELL HOLE

ROUTE 66 ACCESS POINT B3.4

310' X 340'
LAYDOWN & STAGING

ROUTE 66 ACCESS POINT B3.5

BNSF RR

ROUTE 66 ACCESS POINT B3.3
COUNTY BRIDGE 063

ROUTE 66

VENT LOCATION
50' X 50' LAYDOWN & STAGING
8' X 8' SLOPED BELL HOLE

480' X 280' LAYDOWN & STAGING

T-1227 LOC. F
10' X 46' SLOPED BELL HOLE
35' X 90' SLOPED BELL HOLE

8' X 8' SLOPED BELL HOLE

8' X 8' SLOPED BELL HOLE
T-1223 LOC. H
10' X 46' SLOPED BELL HOLE
35' X 90' SLOPED BELL HOLE

COUNTY BRIDGE 057

ROUTE 66 ACCESS POINT B4

LEGEND
ROUTE 66
14d (PASSABLE TYPE)
LAYDOWN & STAGING
ACCESS ROADS
BNSF RAILROAD
BELL HOLE

T-1223 LOCATIONS F-H
T-1227 LOCATIONS D-F
PIPELINE ACCESS ROADS FOR TESTS T-1222, T-1223, T-1226

GAS TRANSMISSION & DISTRIBUTION
PACIFIC GAS AND ELECTRIC COMPANY
SAN FRANCISCO, CALIFORNIA

FOR
REFERENCE
ONLY





T-1223 LOCATIONS L-M / T-1224 LOCATION A
T-1227 LOCATIONS J-K / T-1228 LOCATION A
(SCALE: 1" = 2000')

SEE SHEET 7

ROUTE 66 ACCESS POINT B9
ROUTE 66 ACCESS POINT C1

ROUTE 66
ACCESS
POINT B8

T-1223 LOC. L
620' X 320' LAYDOWN & STAGING
42' X 35' SLOPED BELL HOLE
8' X 8' SLOPED BELL HOLE

T-1227 LOC. J
20,000 SQ. FT. (170' X 350') LAYDOWN &
STAGING
35' X 42' SLOPED BELL HOLE
8' X 8' SLOPED BELL HOLE

ROUTE 66

BNSF RR

ROUTE 66 ACCESS POINT C1.3

ROUTE 66 ACCESS POINT C1.2

COUNTY BRIDGE 040

T-1228 LOC. A/T-1227 LOC. K
310' X 300' LAYDOWN & STAGING
40' X 80' SLOPED BELL HOLE

T-1224 LOC. A/T-1223 LOC. M
510' X 320' LAYDOWN & STAGING
40' X 80' SLOPED BELL HOLE

LEGEND

ROUTE 66
I-40 (HISTORIC HWY)
LAYDOWN & STAGING
ACCESS ROADS
BNSF RAILROAD
BELL HOLE

SCALE: 1" = 2000'

FOR
REFERENCE
ONLY

T-1223 LOCATIONS L-M / T-1224 LOCATION A
T-1227 LOCATIONS J-K / T-1228 LOCATION A
PIPELINE ACCESS ROADS FOR TESTS T-1222 - T-1229

PACIFIC GAS AND ELECTRIC COMPANY
SAN FRANCISCO, CALIFORNIA

SEE SHEET 9



SEE SHEET 8

SEE SHEET 10

T-1224 LOCATIONS B-F
T-1228 LOCATIONS B-G
[SCALE: 1" = 2000']

T-1228 LOC. B
200' X 300' LAYDOWN & STAGING
40' X 80' SLOPED BELL HOLE

8' X 8' SLOPED BELL HOLE

T-1228 LOC. C
200' X 300' LAYDOWN & STAGING
35' X 90' SLOPED BELL HOLE

T-1228 LOC. D
200' X 300' LAYDOWN & STAGING
40' X 80' SLOPED BELL HOLE

8' X 8' SLOPED BELL HOLE

T-1224 LOC. C
350' X 270' LAYDOWN & STAGING
10' X 46' SLOPED BELL HOLE
35' X 90' SLOPED BELL HOLE

T-1224 LOC. B
550' X 250' LAYDOWN & STAGING
40' X 80' SLOPED BELL HOLE

T-1228 LOC. E
80' X 270' LAYDOWN & STAGING
10' X 46' SLOPED BELL HOLE

SPAN 150
100' X 50'
LAYDOWN
& STAGING

SPAN 530
100' X 50' LAYDOWN & STAGING

T-1224 LOC. D
490' X 260' LAYDOWN & STAGING
40' X 80' SLOPED BELL HOLE

SPAN 593
100' X 50' LAYDOWN & STAGING

SPAN 420
100' X 50'

T-1224 LOC. E
540' X 190' LAYDOWN & STAGING
40' X 80' SLOPED BELL HOLE

SPAN 155
100' X 50' LAYDOWN & STAGING

SPAN 400
100' X 50' LAYDOWN & STAGING

T-1228 LOC. F
40' X 80' SHORED BELL HOLE

T-1224 LOC. F
430' X 230' LAYDOWN & STAGING
40' X 80' SLOPED BELL HOLE

T-1228 LOC. G
59,200 SQ. FT. (200' X 275') LAYDOWN & STAGING
40' X 80' SHORED BELL HOLE

LEGEND

ROUTE 66

(+/-) (NEEDLES HWY)

LAYDOWN & STAGING

ACCESS ROADS

BNSF RAILROAD

BELL HOLE

SCALE 1" = 2000'

2000    1000    0    2000

T-1224 LOCATIONS B-F
T-1228 LOCATIONS B-G
PIPELINE ACCESS ROADS FOR TESTS T-1222, T-1228

GAS TRANSMISSION & DISTRIBUTION
PACIFIC GAS AND ELECTRIC COMPANY
SAN FRANCISCO, CALIFORNIA

FOR
REFERENCE
ONLY



Case: 19-30088   Doc# 1420-1   Filed: 04/15/19   Entered: 04/15/19 12:47:21   Page 20 of 31





T-1224 LOCATIONS M-N / T-1225 LOCATIONS A-B
T-1228 LOCATIONS P-S / T-1229 LOCATIONS A-B
[SCALE: 1" = 2000']

SEE SHEET 11

SEE SHEET 13

650' X 250' LAYDOWN & STAGING

T-1229 LOC. B
40' X 80' SLOPED BELL HOLE

T-1229 LOC. A / T-1228 LOC. S
650' X 250' LAYDOWN & STAGING
40' X 80' SLOPED BELL HOLE

T-1225 LOC. B
40' X 80' SLOPED BELL HOLE

NEEDLES FWY'

T-1228 LOC. Q
36' X 42' SLOPED BELL HOLE
620' X 460' LAYDOWN & STAGING

520' X 250' LAYDOWN & STAGING
40' X 80' SLOPED BELL HOLE

T-1228 LOC. R
580' X 130' LAYDOWN & STAGING
40' X 80' SLOPED BELL HOLE

TWO (2) 8' X 8' SLOPED BELL HOLES

ROUTE 66

T-1228 LOC. P

T-1224 LOC. M
40' X 90'
SLOPED BELL HOLE

BNSF RR

ROUTE 66
ACCESS POINT C8

T-1225 LOC. A / T-1224 LOC. N
350' X 370' LAYDOWN & STAGING
40' X 80' SLOPED BELL HOLE

ROUTE 66
ACCESS POINT C9

LEGEND

ROUTE 66
HAZMAT/DIG UTILITY

ACCESS ROADS
BELL HOLE

LAYDOWN & STAGING

FOR REFERENCE ONLY

T-1224 LOCATIONS M-N / T-1225 LOCATIONS A-B
T-1228 LOCATIONS P-S / T-1229 LOCATIONS A-B
PIPELINE ACCESS ROADS FOR TESTS T-1222 - T-1229

PACIFIC GAS AND ELECTRIC COMPANY
SAN FRANCISCO, CALIFORNIA



T-1225 LOCATIONS C-G
T-1229 LOCATIONS C-G
[SCALE: 1" = 2000']



T-1225 LOCATIONS H-K
T-1229 LOCATIONS H-J
(SCALE: 1" = 2000')

SEE SHEET 13

SEE SHEET 15

HECTOR ROAD ACCESS POINT D4 & D5

T-1225 LOC. H
230' X 500' LAYDOWN & STAGING
40' X 80' SLOPED BELLHOLE

T-1229 LOC. H:
190' X 670' LAYDOWN & STAGING
40' X 80' SLOPED BELL HOLE

PG&E PROPERTY

BNSF RR

T-1229 LOC. I
660' X 100' LAYDOWN & STAGING
48' X 10' SLOPED BELL HOLE
90 X 35' SLOPED BELL HOLE

T-1229 LOC. I
82,910 SQ. FT. (330' X 250') LAYDOWN &
STAGING
40' X 80' SLOPED BELL HOLE

8' X 8' SLOPED BELL HOLE

ROUTE 66

NEEDLES HIGHWAY LAYDOWN & STAGING

8' X 8' SLOPED BELL

LAYDOWN & STAGING

TO MEMORIAL DRIVE ACCESS POINT D7

NEEDLES HIGHWAY ACCESS POINT D6

T-1225 LOC. J
88,000 SQ FT. (220' X 400') LAYDOWN & STAGING
10 X 48' SLOPED BELL HOLE

T-1225 LOC. K
450' X 220' LAYDOWN & STAGING
10 X 45' SLOPED BELL HOLE
35' X 90' SLOPED BELL HOLE

T-1225 LOC. K
390' X 220'
LAYDOWN
& STAGING
40 X 80
SLOPED
BELL HOLE

LEGEND
ROUTE 66
HIGHWAY (ROAD PART)
LAYDOWN & STAGING

ACCESS ROADS
BNSF RAILROAD
BELL HOLE

FOR REFERENCE ONLY
GTB

T-1225 LOCATIONS H-K
T-1229 LOCATIONS H-J
PIPELINE ACCESS ROADS FOR TESTS T-1225 , T-1229

GAS TRANSMISSION DISTRIBUTION
PACIFIC GAS AND ELECTRIC COMPANY
SAN FRANCISCO, CALIFORNIA

REVISIONS



SEE SHEET 16

SEE SHEET 14

MEMORIAL DRIVE
ACCESS
POINT D7

MEMORIAL DRIVE
ACCESS
POINT D8

MEMORIAL DRIVE
ACCESS
POINT D9

BNSF RR

ROUTE 66

NEEDLES FWY

T-1225 LOCATIONS L
5400' X 300' LAYDOWN & STAGING
35' X 42' SLOPED BELLHOLE

T-1229 LOC K
35' X 42' SLOPED BELL HOLE

8' X 8' SLOPED BELL HOLE

2100' X 850' LAYDOWN & STAGING

FORT CADY RD

T-1225 LOCATIONS L
T-1229 LOCATIONS R
(SCALE: 1" = 20000')

LEGEND

ROUTE 66
(+/-) FACE (43.5 FWY)
LAYDOWN & STAGING
ACCESS ROAD
BNSF RAILROAD

SCALE 1" = 2000'

T-1225 LOCATIONS L
T-1229 LOCATIONS R

P/PIPELINE ACCESS ROADS FOR T-1575 T-1222 / T-1229

PACIFIC GAS AND ELECTRIC COMPANY
SAN FRANCISCO, CALIFORNIA

FOR REFERENCE ONLY

REVISIONS





ROUTE 66
ACCESS POINT C2, C3, C4, & C5
[SCALE: 1" = 2000']

ROUTE 66 ACCESS POINT C2

STATE BRIDGE
54C0150

ROUTE 66 ACCESS POINT C3

ROUTE 66 ACCESS POINT C4

ROUTE 66 ACCESS POINT C5

SEE SHEET 10 & 11

LEGEND

ROUTE 66
1-40 (ACCESS 1'INT)

LAYDOWN & STAGING

ACCESS ROADS
DROP ANGLE/ALU
BILL HOKE

ROUTE 66
ACCESS POINT C2, C3, C4 & C5
PIPELINE ACCESS ROADS FOR STATE 1-1222 - T-1.220

PACIFIC GAS AND ELECTRIC COMPANY
SAN FRANCISCO, CALIFORNIA

FOR
REFERENCE
ONLY



ROUTE 66
ACCESS AROUND DI WASHED
OUT COUNTY BRIDGES
100, 101, 102 & 104
(SCALE: 1" = 1000')

SEE SHEET 1

SEE SHEET 19

BNSF RR

ROUTE 66

COUNTY BRIDGE 100

DANBY ROAD

TO ROUTE 66

COUNTY BRIDGE 102

COUNTY BRIDGE 104

COUNTY BRIDGE 101

ROUTE 66

COUNTY BRIDGE 109

ROUTE 66 ACCESS POINT A0.93

ROUTE 66 ACCESS POINT A0.92

SCALE 1" = 1000'

LEGEND

ROUTE 66
I-40 (MEDULLS HWY)
LIFELINE & STAGING

ACCESS ROADS
BNSF RAILROAD
BELL HOLE

ROUTE 66
ACCESS POINT C2, C3, C4 & C5
PIPELINE ACCESS ROADS FOR TESTS T-1222 - T-1239

PACIFIC GAS AND ELECTRIC COMPANY
SAN FRANCISCO, CALIFORNIA

FOR
REFERENCE
ONLY



ROUTE 66
ACCESS POINT A0.9 & A0.8
(SCALE: 1" = 4000')

SEE SHEET 20

SUNFLOWER SPRINGS ROAD

ROUTE 66
ACCESS POINT A0.9

ROUTE 66

COUNTY SPRING RD

DANBY ROAD

SEE SHEET 18

LEGEND

ROUTE 66

FOR REFERENCE ONLY

GTS

ROUTE 66
ACCESS POINT C3, C4 & C5
PIPELINE ACCESS ROADS FOR TESTS T-1222 - T-1229

PACIFIC GAS AND ELECTRIC COMPANY
SAN FRANCISCO, CALIFORNIA



Case: 19-30088    Doc# 1420-1    Filed: 04/15/19    Entered: 04/15/19 12:47:21    Page 30 of 31

Line 300 A&B Work Areas and Existing Access Roads

SOURCE: National Geographic

Pacific Gas and Electric Hydrostatic Testing and Inline Inspection for Line 300 A and B

**Figure 1**
Regional Overview

ESA