**EXHIBIT A**

NCS[CA885067OW]B0
729 Miner Road
Cleveland OH 44143



USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2442 74

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more
information. If you have any additional questions, please email Carrie Jones
cjones@ncscredit.com.

**Distribution List**

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*1333 ATLANTIC ST.*
*UNION CITY, CA 94587*
*Contact: MS. NICOLE ARENAL*
*Telephone: (239) 301 - 1445*

*File (L885067) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
## IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

**OWNER** or **PUBLIC AGENCY**
(Or Reputed Owner)      **AND DISBURSING OFFICE**
(On Private Work)          (On Public Work)

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$491.63

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$491.63



**YOU ARE HEREBY NOTIFIED THAT…**
HERC RENTALS INC.
1333 ATLANTIC ST.
UNION CITY, CA 94587
(MS. NICOLE ARENAL at (239) 301 - 1445)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - 473 63RD ST
63RD ST AND CANNING ST
OAKLAND, CA 94609

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

### NOTICE TO PROPERTY OWNER
**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL**, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
   This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
   If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 22, 2019

*Colleen Kirk*                                                          Agent
(Signature)
Our Reference:  (L885067) 2636465

REQUEST FOR INFORMATION
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

Re: 1 - 473 63RD ST
   63RD ST AND CANNING ST
   OAKLAND, CA

HERC RENTALS INC., 1333 ATLANTIC ST. , UNION CITY, CA 94587 is furnishing materials and/or labor in connection with the above project. It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

   If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file. Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated: JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH 44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L885067 2636465

NCS[CA884987OW]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2440 07



PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more
information.  If you have any additional questions, please email Carrie Jones
cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

P G & E CO K-2
PO BOX 770000
San Francisco CA 94177



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*27500 RIVERVIEW CENTER BLVD. STE. 100*
*BONITA SPRINGS, FL 34134*
*Contact:  MR. DOUGLAS FORHECZ*
*Telephone:  (239) 301 - 1444*

*File (L884987) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

**OWNER**    **or**    **PUBLIC AGENCY**
(Or Reputed Owner)    **AND DISBURSING OFFICE**
(On Private Work)    (On Public Work)

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

P G & E CO K-2
PO BOX 770000
SAN FRANCISCO, CA 94177

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$3,222.88

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$3,222.88

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - 633 WEBBER ROAD
6330 WEBBER RD AKA 42105 BOYCE RD
FREMONT, CA 94536

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.

This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 22, 2019

*Colleen Kirk* , Agent
(Signature)
Our Reference: (L884987) 2636465

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

P G & E CO K-2
PO BOX 770000
SAN FRANCISCO, CA   94177

Re:     1 - 633 WEBBER ROAD
        6330 WEBER RD AKA 42105 BOYCE RD
        FREMONT, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

        If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 22, 2019

*Colleen Kirk*

Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L884987 2636465

NCS[CA884987S3]B0
729 Miner Road
Cleveland OH 44143



USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2440 14



P G & E CO K-2
PO BOX 770000
San Francisco CA 94177

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

P G & E CO K-2
PO BOX 770000
San Francisco CA 94177



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*27500 RIVERVIEW CENTER BLVD. STE. 100*
*BONITA SPRINGS, FL 34134*
*Contact: MR. DOUGLAS FORHECZ*
*Telephone: (239) 301 - 1444*

*File (L884987) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
### USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

P G & E CO K-2
PO BOX 770000
SAN FRANCISCO, CA  94177

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$3,222.88

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$3,222.88

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - 633 WEBBER ROAD
6330 WEBER RD AKA 42105 BOYCE RD
FREMONT, CA 94536

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.

This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 22, 2019

*Colleen Kirk* , Agent
(Signature)
Our Reference:  (L884987) 2636465

<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

P G & E CO K-2
PO BOX 770000
SAN FRANCISCO, CA  94177

Re:     1 - 633 WEBBER ROAD
         6330 WEBER RD AKA 42105 BOYCE RD
         FREMONT, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

         If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 22, 2019

*Colleen Kirk*

Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L884987 2636465

NCS[CA885073OW]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2443 42



PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

**Distribution List**

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. _This is NOT a Lien_ but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to _HercPreliminaryNotices@HercRentals.com_.

Sincerely,

HERC RENTALS INC.
1333 ALTANTIC ST.
UNION CITY, CA 94587
Contact: MS. NICOLE ARENAL
Telephone: (239) 301 - 1445

File (L885073) 2636465

# PRELIMINARY NOTICE CALIFORNIA
**USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
(PRIVATE AND PUBLIC WORK)
IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE**

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$1,500.00

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$1,500.00

**YOU ARE HEREBY NOTIFIED THAT…**
HERC RENTALS INC.
1333 ALTANTIC ST.
UNION CITY, CA 94587
(MS. NICOLE ARENAL at (239) 301 - 1445)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - AIRPORT SUB
AIRPORT BLVD AND AVIATION BLVD
SANTA ROSA, CA 95401

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL,** if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 22, 2019

*Colleen Kirk* _____ , Agent
(Signature)
Our Reference: (L885073) 2636465

<u>REQUEST FOR INFORMATION</u><br>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

Re:    1 - AIRPORT SUB
          AIRPORT BLVD AND AVIATION BLVD
          SANTA ROSA, CA

HERC RENTALS INC., 1333 ALTANTIC ST. , UNION CITY, CA 94587 is furnishing materials and/or labor in connection with the above project. It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file. Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L885073 2636465

NCS[CA885139OW]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2444 34



PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*6315 SNOW RD.*
*BAKERSFIELD, CA 93308*
*Contact: MS. NICOLE ARENAL*
*Telephone: (239) 301 - 1445*

*File (L885139) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$3,081.36

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$3,081.36

---

YOU ARE HEREBY NOTIFIED THAT…
HERC RENTALS INC.
6315 SNOW RD.
BAKERSFIELD, CA 93308
(MS. NICOLE ARENAL at (239) 301 - 1445)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - ARROW STREET SUB
ARROW STREET
BAKERSFIELD, CA 93306

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
   EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
   This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
   If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 22, 2019

*Colleen Kirk*                                    , Agent
(Signature)
Our Reference:  (L885139) 2636465

<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

Re:     1 - ARROW STREET SUB
        ARROW STREET
        BAKERSFIELD, CA

HERC RENTALS INC., 6315 SNOW RD. , BAKERSFIELD, CA 93308 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax: 440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885139 2636465

NCS[CA885033OW]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2440 69



PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
1 Market Plz #400
San Francisco CA 94105



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*27500 RIVERVIEW CENTER BLVD. STE. 100*
*BONITA SPRINGS, FL 34134*
*Contact:  MR. DOUGLAS FORHECZ*
*Telephone:  (239) 301 - 1444*

*File (L885033) 2636465*

## PRELIMINARY NOTICE CALIFORNIA
### USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
1 MARKET PLZ #400
SAN FRANCISCO, CA   94105

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$38,442.79

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$11,922.32

---

**YOU ARE HEREBY NOTIFIED THAT…**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - AUBURN SUB
4800 AUBURN STREET
BAKERSFIELD, CA 93301

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.

This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 22, 2019

*Colleen Kirk*                                    , Agent
(Signature)
Our Reference:  (L885033) 2636465

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
1 MARKET PLZ #400
SAN FRANCISCO, CA  94105

Re:      1 - AUBURN SUB
         4800 AUBURN STREET
         BAKERSFIELD, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 22, 2019

*Colleen Kirk*

Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885033 2636465

NCS[CA885033S3]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2440 76



PACIFIC GAS AND ELECTRIC COMPANY
1 Market Plz #400
San Francisco CA 94105

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
1 Market Plz #400
San Francisco CA 94105



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. _This is NOT a Lien_ but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to _HercPreliminaryNotices@HercRentals.com_.

Sincerely,

HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
Contact: MR. DOUGLAS FORHECZ
Telephone: (239) 301 - 1444

File (L885033) 2636465

# PRELIMINARY NOTICE CALIFORNIA
### USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
1 MARKET PLZ #400
SAN FRANCISCO, CA   94105

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$38,442.79

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$11,922.32

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - AUBURN SUB
4800 AUBURN STREET
BAKERSFIELD, CA 93301

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.

This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 22, 2019

*Colleen Kirk*                                              , Agent
(Signature)
Our Reference:  (L885033) 2636465

REQUEST FOR INFORMATION
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
1 MARKET PLZ #400
SAN FRANCISCO, CA 94105

Re:     1 - AUBURN SUB
        4800 AUBURN STREET
        BAKERSFIELD, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project. It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

        If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file. Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH 44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L885033 2636465

NCS[CA884988OW]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2440 21



PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
1 Market Plz #400
San Francisco CA 94105



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*27500 RIVERVIEW CENTER BLVD. STE. 100*
*BONITA SPRINGS, FL 34134*
*Contact: MR. DOUGLAS FORHECZ*
*Telephone: (239) 301 - 1444*

*File (L884988) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
## IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
1 MARKET PLZ #400
SAN FRANCISCO, CA  94105

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$12,324.76

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$4,266.94

---

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - BAKERSFIELD GARA
3031 RENFRO ROAD
BAKERSFIELD, CA 93314

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**

EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property.  Foreclosure of the lien may lead to loss of all or part of your property.  You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.

This notice is required by law to be served by the undersigned as a statement of your legal rights.  This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice.  The notice must be sent by registered or certified mail.  Failure to send the notice will extend the deadline to record a claim of lien.  You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)):  The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 22, 2019

*Colleen Kirk*                                                    , Agent
(Signature)
Our Reference:  (L884988) 2636465

REQUEST FOR INFORMATION
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
1 MARKET PLZ #400
SAN FRANCISCO, CA  94105

Re:　　1 - BAKERSFIELD GARA
　　　　3031 RENFRO ROAD
　　　　BAKERSFIELD, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

　　　　If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:　　JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L884988 2636465

NCS[CA884988S3]B0
729 Miner Road
Cleveland OH 44143



**USPS CERTIFIED MAIL**

9214 8901 5273 7200 0007 2440 38



PACIFIC GAS AND ELECTRIC COMPANY
1 Market Plz #400
San Francisco CA 94105

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
1 Market Plz #400
San Francisco CA 94105



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*27500 RIVERVIEW CENTER BLVD. STE. 100*
*BONITA SPRINGS, FL 34134*
*Contact:  MR. DOUGLAS FORHECZ*
*Telephone:  (239) 301 - 1444*

*File (L884988) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
1 MARKET PLZ #400
SAN FRANCISCO, CA 94105

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$12,324.76

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$4,266.94

**YOU ARE HEREBY NOTIFIED THAT…**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - BAKERSFIELD GARA
3031 RENFRO ROAD
BAKERSFIELD, CA 93314

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL**, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.

This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 22, 2019

*Colleen Kirk*                                          , Agent
(Signature)
Our Reference:  (L884988) 2636465

<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
1 MARKET PLZ #400
SAN FRANCISCO, CA  94105

Re:     1 - BAKERSFIELD GARA
        3031 RENFRO ROAD
        BAKERSFIELD, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

        If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 22, 2019


Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L884988 2636465

NCS[CA885150OW]B0
729 Miner Road
Cleveland OH 44143



**USPS CERTIFIED MAIL**

9214 8901 5273 7200 0007 2444 72



PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

P G & E CO A-1
Po Box 770000
San Francisco CA 94177



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. _This is NOT a Lien_ but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to _HercPreliminaryNotices@HercRentals.com_.

Sincerely,

HERC RENTALS INC.
1333 ALTANTIC ST.
UNION CITY, CA 94587
Contact: MS. NICOLE ARENAL
Telephone: (239) 301 - 1445

File (L885150) 2636465

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
#### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

P G & E CO A-1
PO BOX 770000
SAN FRANCISCO, CA  94177

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$4,938.75

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$4,938.75

**YOU ARE HEREBY NOTIFIED THAT…**
HERC RENTALS INC.
1333 ALTANTIC ST.
UNION CITY, CA 94587
(MS. NICOLE ARENAL at (239) 301 - 1445)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - CLAWITER SUB STA
24300 CLAWITER RD
HAYWARD, CA 94545

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.

This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 22, 2019

*Colleen Kirk* , Agent
(Signature)
Our Reference:  (L885150) 2636465

REQUEST FOR INFORMATION
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

P G & E CO A-1
PO BOX 770000
SAN FRANCISCO, CA 94177

Re:     1 - CLAWITER SUB STA
        24300 CLAWITER RD
        HAYWARD, CA

HERC RENTALS INC., 1333 ALTANTIC ST., UNION CITY, CA 94587 is furnishing materials and/or labor in connection with the above project. It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file. Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH 44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L885150 2636465

NCS[CA885150S3]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2444 89



P G & E CO A-1
Po Box 770000
San Francisco CA 94177

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

P G & E CO A-1
Po Box 770000
San Francisco CA 94177



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*1333 ALTANTIC ST.*
*UNION CITY, CA 94587*
*Contact:  MS. NICOLE ARENAL*
*Telephone:  (239) 301 - 1445*

*File (L885150) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
### USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

P G & E CO A-1
PO BOX 770000
SAN FRANCISCO, CA 94177

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$4,938.75

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$4,938.75

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
1333 ALTANTIC ST.
UNION CITY, CA 94587
(MS. NICOLE ARENAL at (239) 301 - 1445)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - CLAWITER SUB STA
24300 CLAWITER RD
HAYWARD, CA 94545

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.

This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 22, 2019

*Colleen Kirk* , Agent
(Signature)
Our Reference: (L885150) 2636465

Case: 19-30088    Doc# 1433-1    Filed: 04/15/19    Entered: 04/15/19 14:08:51    Page 44 of 80

<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

P G & E CO A-1
PO BOX 770000
SAN FRANCISCO, CA  94177

Re:     1 - CLAWITER SUB STA
        24300 CLAWITER RD
        HAYWARD, CA

HERC RENTALS INC., 1333 ALTANTIC ST., UNION CITY, CA 94587 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

        If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885150 2636465

NCS[CA885160OW]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2444 96



PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more
information.  If you have any additional questions, please email Carrie Jones
cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
PO Box 770000
San Francisco CA 94177



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. *This is NOT a Lien* but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to *HercPreliminaryNotices@HercRentals.com*.

Sincerely,

HERC RENTALS INC.
1475 EASTSHORE HWY
BERKELEY, CA 94710
Contact:  MS. NICOLE ARENAL
Telephone:  (239) 301 - 1445

File (L885160) 2636465

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
PO BOX 770000
SAN FRANCISCO, CA 94177

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$1,267.62

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$1,267.62

**YOU ARE HEREBY NOTIFIED THAT…**
HERC RENTALS INC.
1475 EASTSHORE HWY
BERKELEY, CA 94710
(MS. NICOLE ARENAL at (239) 301 - 1445)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - EL CERRITO SUB
7140 SCHMIDT LN
EL CERRITO, CA 94530

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

### NOTICE TO PROPERTY OWNER
**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.**
  This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
  If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 22, 2019

*Colleen Kirk* _____, Agent
(Signature)
Our Reference: (L885160) 2636465

**REQUEST FOR INFORMATION**
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
PO BOX 770000
SAN FRANCISCO, CA  94177

Re:    1 - EL CERRITO SUB
          7140 SCHMIDT LN
          EL CERRITO, CA

HERC RENTALS INC., 1475 EASTSHORE HWY, BERKELEY, CA 94710 is furnishing materials and/or labor in connection with the above project. It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

        If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file. Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L885160 2636465



NCS[CA885160S3]B0
729 Miner Road
Cleveland OH 44143

## USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2445 02



PACIFIC GAS AND ELECTRIC COMPANY
PO Box 770000
San Francisco CA 94177

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

**Distribution List**

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
PO Box 770000
San Francisco CA 94177



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*1475 EASTSHORE HWY*
*BERKELEY, CA 94710*
*Contact: MS. NICOLE ARENAL*
*Telephone: (239) 301 - 1445*

*File (L885160) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
## IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
PO BOX 770000
SAN FRANCISCO, CA   94177

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$1,267.62

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$1,267.62

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
1475 EASTSHORE HWY
BERKELEY, CA 94710
(MS. NICOLE ARENAL at (239) 301 - 1445)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - EL CERRITO SUB
7140 SCHMIDT LN
EL CERRITO, CA 94530

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
    **EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL,** if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property.  Foreclosure of the lien may lead to loss of all or part of your property.   You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
    This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
    If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail.  Failure to send the notice will extend the deadline to record a claim of lien.  You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 22, 2019

*Colleen Kirk*                              , Agent
(Signature)
Our Reference:  (L885160) 2636465

<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
PO BOX 770000
SAN FRANCISCO, CA  94177

Re:     1 - EL CERRITO SUB
          7140 SCHMIDT LN
          EL CERRITO, CA

HERC RENTALS INC., 1475 EASTSHORE HWY, BERKELEY, CA 94710 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

     If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885160 2636465

NCS[CA885001OW]B0
729 Miner Road
Cleveland OH 44143

USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2103 23



Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

Pacific Gas and Electric Company
C\O Linda Y.H. Cheng
77 Beale Street 24th Floor
San Francisco CA 94105



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*27500 RIVERVIEW CENTER BLVD. STE. 100*
*BONITA SPRINGS, FL 34134*
*Contact: MR. DOUGLAS FORHECZ*
*Telephone: (239) 301 - 1444*

*File (L885001) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
## IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y.H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$2,350.00

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$2,350.00

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - FARMINGTON JOB
17982 E HWY 26
LINDEN, CA 95236

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.

This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 16, 2019

*Colleen Kirk*
_____ , Agent
(Signature)
Our Reference: (L885001) 2636465

<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583


PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y.H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA   94105

Re:     1 - FARMINGTON JOB
        17982 E HWY 26
        LINDEN, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

        If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 16, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax: 440-461-6202
Email: cjones@ncscredit.com


Our Ref# L885001 2636465

NCS[CA885001S3]B0
729 Miner Road
Cleveland OH 44143



**USPS CERTIFIED MAIL**



9214 8901 5273 7200 0007 2103 30



Pacific Gas and Electric Company
C\O Linda Y.H. Cheng
77 Beale Street 24th Floor
San Francisco CA 94105

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

Pacific Gas and Electric Company
C\O Linda Y.H. Cheng
77 Beale Street 24th Floor
San Francisco CA 94105



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*27500 RIVERVIEW CENTER BLVD. STE. 100*
*BONITA SPRINGS, FL 34134*
*Contact:  MR. DOUGLAS FORHECZ*
*Telephone:  (239) 301 - 1444*

*File (L885001) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
## IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

**OWNER** or **PUBLIC AGENCY**
(Or Reputed Owner) **AND DISBURSING OFFICE**
(On Private Work) (On Public Work)

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y.H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA  94105

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$2,350.00

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$2,350.00

---

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - FARMINGTON JOB
17982 E HWY 26
LINDEN, CA 95236

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property.  Foreclosure of the lien may lead to loss of all or part of your property.  You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.

This notice is required by law to be served by the undersigned as a statement of your legal rights.  This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice.  The notice must be sent by registered or certified mail.  Failure to send the notice will extend the deadline to record a claim of lien.  You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)):  The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 16, 2019

*Colleen Kirk* , Agent
(Signature)
Our Reference:  (L885001) 2636465

<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y.H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA  94105

Re:     1 - FARMINGTON JOB
        17982 E HWY 26
        LINDEN, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

        If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 16, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885001 2636465

NCS[CA885248OW]B0
729 Miner Road
Cleveland OH 44143



**USPS CERTIFIED MAIL**

9214 8901 5273 7200 0007 2445 64



PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more
information. If you have any additional questions, please email Carrie Jones
cjones@ncscredit.com.

**Distribution List**

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
PO Box 770000
San Francisco CA 94177



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*2030 CROWS LANDING RD.*
*MODESTO, CA 95358*
*Contact:  MS. NICOLE ARENAL*
*Telephone:  (239) 301 - 1445*

*File (L885248) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
#### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
PO BOX 770000
SAN FRANCISCO, CA  94177

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$4,556.70

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$4,556.70

---

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
2030 CROWS LANDING RD.
MODESTO, CA 95358
(MS. NICOLE ARENAL at (239) 301 - 1445)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - GUSTINE
GONZAGA SUBSTATION 16182 JASPER SEARS RD
LOS BANOS, CA 93635

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
   **EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL,** if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property.  Foreclosure of the lien may lead to loss of all or part of your property.  You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
   This notice is required by law to be served by the undersigned as a statement of your legal rights.  This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
   If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice.  The notice must be sent by registered or certified mail.  Failure to send the notice will extend the deadline to record a claim of lien.  You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)):  The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 22, 2019

*Colleen Kirk*                                                    , Agent
(Signature)
Our Reference:  (L885248) 2636465

**REQUEST FOR INFORMATION**
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
PO BOX 770000
SAN FRANCISCO, CA  94177

Re:    1 - GUSTINE
        GONZAGA SUBSTATION 16182 JASPER SEARS RD
        LOS BANOS, CA

HERC RENTALS INC., 2030 CROWS LANDING RD., MODESTO, CA 95358 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

        If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885248 2636465

NCS[CA885248S3]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2445 71



PACIFIC GAS AND ELECTRIC COMPANY
PO Box 770000
San Francisco CA 94177

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
PO Box 770000
San Francisco CA 94177



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*2030 CROWS LANDING RD.*
*MODESTO, CA 95358*
*Contact: MS. NICOLE ARENAL*
*Telephone: (239) 301 - 1445*

*File (L885248) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
### USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
PO BOX 770000
SAN FRANCISCO, CA   94177

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$4,556.70

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$4,556.70

---

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
2030 CROWS LANDING RD.
MODESTO, CA 95358
(MS. NICOLE ARENAL at (239) 301 - 1445)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - GUSTINE
GONZAGA SUBSTATION 16182 JASPER SEARS RD
LOS BANOS, CA 93635

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
    EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
    This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
    If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 22, 2019

*Colleen Kirk*                                    , Agent
(Signature)
Our Reference:  (L885248) 2636465

REQUEST FOR INFORMATION
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
PO BOX 770000
SAN FRANCISCO, CA 94177

Re: 1 - GUSTINE
GONZAGA SUBSTATION 16182 JASPER SEARS RD
LOS BANOS, CA

HERC RENTALS INC., 2030 CROWS LANDING RD., MODESTO, CA 95358 is furnishing materials and/or labor in connection with the above project. It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file. Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated: JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH 44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L885248 2636465

NCS[CA885250OW]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2445 95



PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
PO Box 770000
San Francisco CA 94177



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. _This is NOT a Lien_ but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to _HercPreliminaryNotices@HercRentals.com_.

Sincerely,

HERC RENTALS INC.
5500 COMMERCE BLVD.
ROHNERT PARK, CA 94928
Contact:  MS. NICOLE ARENAL
Telephone:  (239) 301 - 1445

File (L885250) 2636465

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
## (PRIVATE AND PUBLIC WORK)
## IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

**OWNER**   or   **PUBLIC AGENCY**
(Or Reputed Owner)      **AND DISBURSING OFFICE**
(On Private Work)       (On Public Work)

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
PO BOX 770000
SAN FRANCISCO, CA 94177

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$1,738.00

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$1,738.00

---

**YOU ARE HEREBY NOTIFIED THAT…**
HERC RENTALS INC.
5500 COMMERCE BLVD.
ROHNERT PARK, CA 94928
(MS. NICOLE ARENAL at (239) 301 - 1445)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - HARVILLE SUBSTAT
4907 HARVILLE RD
SANTA ROSA, CA 95409

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
  **EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL**, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
  This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
  If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 22, 2019

*Colleen Kirk* _____, Agent
(Signature)
Our Reference: (L885250) 2636465

**REQUEST FOR INFORMATION**
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
PO BOX 770000
SAN FRANCISCO, CA  94177

Re:     1 - HARVILLE SUBSTAT
        4907 HARVILLE RD
        SANTA ROSA, CA

HERC RENTALS INC., 5500 COMMERCE BLVD., ROHNERT PARK, CA 94928 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

      If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885250 2636465

NCS[CA885250S3]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2446 01



PACIFIC GAS AND ELECTRIC COMPANY
PO Box 770000
San Francisco CA 94177

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
PO Box 770000
San Francisco CA 94177



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA.* <u>*This is NOT a Lien*</u> *but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to* <u>*HercPreliminaryNotices@HercRentals.com*</u>*.*

*Sincerely,*

*HERC RENTALS INC.*
*5500 COMMERCE BLVD.*
*ROHNERT PARK, CA 94928*
*Contact: MS. NICOLE ARENAL*
*Telephone: (239) 301 - 1445*

*File (L885250) 2636465*

# PRELIMINARY NOTICE CALIFORNIA

## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
PO BOX 770000
SAN FRANCISCO, CA 94177

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$1,738.00

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$1,738.00

---

**YOU ARE HEREBY NOTIFIED THAT…**
HERC RENTALS INC.
5500 COMMERCE BLVD.
ROHNERT PARK, CA 94928
(MS. NICOLE ARENAL at (239) 301 - 1445)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - HARVILLE SUBSTAT
4907 HARVILLE RD
SANTA ROSA, CA 95409

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL**, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 22, 2019

*Colleen Kirk*                                    , Agent
(Signature)
Our Reference: (L885250) 2636465

<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
PO BOX 770000
SAN FRANCISCO, CA  94177

Re:      1 - HARVILLE SUBSTAT
         4907 HARVILLE RD
         SANTA ROSA, CA

HERC RENTALS INC., 5500 COMMERCE BLVD., ROHNERT PARK, CA 94928 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 22, 2019


Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885250 2636465

NCS[CA885040OW]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2104 91



Pacific Gas and Electric Company
3401 Crow Canyon Rd
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

Pacific Gas and Electric Company
3401 Crow Canyon Rd
San Ramon CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C\O LINDA Y.H. CHENG
77 BEALE STREET 24TH FLOOR
San Francisco CA 94105



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. _This is NOT a Lien_ but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to _HercPreliminaryNotices@HercRentals.com_.

Sincerely,

HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
Contact: MR. DOUGLAS FORHECZ
Telephone: (239) 301 - 1444

File (L885040) 2636465

# PRELIMINARY NOTICE CALIFORNIA
### USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON RD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y.H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA  94105

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$2,600.00

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$2,600.00

---

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - METCALF RD CONST
100 METCALF ROAD
SAN JOSE, CA 95138

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
  EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property.  Foreclosure of the lien may lead to loss of all or part of your property.  You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
  This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
  If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice.  The notice must be sent by registered or certified mail.  Failure to send the notice will extend the deadline to record a claim of lien.  You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)):  The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 16, 2019

*Colleen Kirk*                                                    , Agent
(Signature)
Our Reference:  (L885040) 2636465