<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON RD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y.H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA  94105

Re:    1 - METCALF RD CONST
       100 METCALF ROAD
       SAN JOSE, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

        If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 16, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885040 2636465

NCS[CA885040S3]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2105 07



PACIFIC GAS AND ELECTRIC COMPANY
C\O LINDA Y.H. CHENG
77 BEALE STREET 24TH FLOOR
San Francisco CA 94105

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

Pacific Gas and Electric Company
3401 Crow Canyon Rd
San Ramon CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C\O LINDA Y.H. CHENG
77 BEALE STREET 24TH FLOOR
San Francisco CA 94105



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. *This is NOT a Lien* but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to *HercPreliminaryNotices@HercRentals.com*.

Sincerely,

HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
Contact: MR. DOUGLAS FORHECZ
Telephone: (239) 301 - 1444

File (L885040) 2636465

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
## IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

**OWNER** or **PUBLIC AGENCY**
(Or Reputed Owner) **AND DISBURSING OFFICE**
(On Private Work) (On Public Work)

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON RD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y.H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$2,600.00

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$2,600.00

---

YOU ARE HEREBY NOTIFIED THAT…
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)



has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - METCALF RD CONST
100 METCALF ROAD
SAN JOSE, CA 95138

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL,** if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 16, 2019

*Colleen Kirk* , Agent
(Signature)
Our Reference: (L885040) 2636465

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON RD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y.H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA  94105

Re:     1 - METCALF RD CONST
        100 METCALF ROAD
        SAN JOSE, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

    If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 16, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885040 2636465

NCS[CA885064OW]B0
729 Miner Road
Cleveland OH 44143



USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2442 50



PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
1 Market Plz #400
San Francisco CA 94105



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. *This is NOT a Lien* but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to HercPreliminaryNotices@HercRentals.com.

Sincerely,

HERC RENTALS INC.
6315 SNOW RD.
BAKERSFIELD, CA 93308
Contact: MS. NICOLE ARENAL
Telephone: (239) 301 - 1445

File (L885064) 2636465

# PRELIMINARY NOTICE CALIFORNIA
### USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
1 MARKET PLZ #400
SAN FRANCISCO, CA   94105

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$9,295.03

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$9,295.03

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
6315 SNOW RD.
BAKERSFIELD, CA 93308
(MS. NICOLE ARENAL at (239) 301 - 1445)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - MIDWAY SBUSTATION
2205 WASCO WAY
BUTTONWILLOW, CA 93206

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
  EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property.  Foreclosure of the lien may lead to loss of all or part of your property.  You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
  This notice is required by law to be served by the undersigned as a statement of your legal rights.  This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
  If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice.  The notice must be sent by registered or certified mail.  Failure to send the notice will extend the deadline to record a claim of lien.  You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)):  The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 22, 2019

*Colleen Kirk* _____ , Agent
(Signature)
Our Reference:  (L885064) 2636465

**REQUEST FOR INFORMATION**
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
1 MARKET PLZ #400
SAN FRANCISCO, CA   94105

Re:    1 - MIDWAY SBUSTATION
        2205 WASCO WAY
        BUTTONWILLOW, CA

HERC RENTALS INC., 6315 SNOW RD. , BAKERSFIELD, CA 93308 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

      If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885064 2636465

NCS[CA885064S3]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2442 67



PACIFIC GAS AND ELECTRIC COMPANY
1 Market Plz #400
San Francisco CA 94105

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
1 Market Plz #400
San Francisco CA 94105



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. _This is NOT a Lien_ but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to _HercPreliminaryNotices@HercRentals.com_.

Sincerely,

HERC RENTALS INC.
6315 SNOW RD.
BAKERSFIELD, CA 93308
Contact: MS. NICOLE ARENAL
Telephone: (239) 301 - 1445

File (L885064) 2636465

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
1 MARKET PLZ #400
SAN FRANCISCO, CA  94105

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$9,295.03

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$9,295.03

---

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
6315 SNOW RD.
BAKERSFIELD, CA 93308
(MS. NICOLE ARENAL at (239) 301 - 1445)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - MIDWAY SBUSTATION
2205 WASCO WAY
BUTTONWILLOW, CA 93206

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

### NOTICE TO PROPERTY OWNER

**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL,** if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.

This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 22, 2019

_Colleen Kirk_                                        , Agent
(Signature)
Our Reference:  (L885064) 2636465

**REQUEST FOR INFORMATION**
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
1 MARKET PLZ #400
SAN FRANCISCO, CA 94105

Re:   1 - MIDWAY SBUSTATION
       2205 WASCO WAY
       BUTTONWILLOW, CA

HERC RENTALS INC., 6315 SNOW RD. , BAKERSFIELD, CA 93308 is furnishing materials and/or labor in connection with the above project. It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

      If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file. Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:   JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH 44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L885064 2636465

NCS[CA885043OW]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2243 68



PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

DIGITAL 1350 DUANE LLC
16600 Woodruff Ave #200
Bellflower CA 90706



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*27500 RIVERVIEW CENTER BLVD. STE. 100*
*BONITA SPRINGS, FL 34134*
*Contact: MR. DOUGLAS FORHECZ*
*Telephone: (239) 301 - 1444*

*File (L885043) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
**USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE**
**(PRIVATE AND PUBLIC WORK)**
**IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE**

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

**OWNER** or **PUBLIC AGENCY**
(Or Reputed Owner)   **AND DISBURSING OFFICE**
(On Private Work)   (On Public Work)

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

DIGITAL 1350 DUANE, LLC
16600 WOODRUFF AVE #200
BELLFLOWER, CA  90706

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$5,725.00

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$5,725.00

---

YOU ARE HEREBY NOTIFIED THAT...
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - NRS SCOTT SUBSTA
3150 RAYMOND ST
SANTA CLARA, CA 95054

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property.  Foreclosure of the lien may lead to loss of all or part of your property.  You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
   This notice is required by law to be served by the undersigned as a statement of your legal rights.  This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
   If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice.  The notice must be sent by registered or certified mail.  Failure to send the notice will extend the deadline to record a claim of lien.  You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 17, 2019

*Colleen Kirk* _____, Agent
(Signature)
Our Reference:  (L885043) 2636465

REQUEST FOR INFORMATION
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

DIGITAL 1350 DUANE, LLC
16600 WOODRUFF AVE #200
BELLFLOWER, CA  90706

Re:    1 - NRS SCOTT SUBSTA
       3150 RAYMOND ST
       SANTA CLARA, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

      If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 17, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885043 2636465

NCS[CA885043S3]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2243 75



DIGITAL 1350 DUANE LLC
16600 Woodruff Ave #200
Bellflower CA 90706

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

DIGITAL 1350 DUANE LLC
16600 Woodruff Ave #200
Bellflower CA 90706



To Whom It May Concern:

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. This is NOT a Lien but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to HercPreliminaryNotices@HercRentals.com.*

*Sincerely,*

*HERC RENTALS INC.*
*27500 RIVERVIEW CENTER BLVD. STE. 100*
*BONITA SPRINGS, FL 34134*
*Contact:  MR. DOUGLAS FORHECZ*
*Telephone:  (239) 301 - 1444*

*File (L885043) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
### USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

DIGITAL 1350 DUANE, LLC
16600 WOODRUFF AVE #200
BELLFLOWER, CA  90706

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$5,725.00

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$5,725.00

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - NRS SCOTT SUBSTA
3150 RAYMOND ST
SANTA CLARA, CA 95054

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 17, 2019

*Colleen Kirk*                                    , Agent
(Signature)
Our Reference:  (L885043) 2636465

<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

DIGITAL 1350 DUANE, LLC
16600 WOODRUFF AVE #200
BELLFLOWER, CA 90706

Re:     1 - NRS SCOTT SUBSTA
        3150 RAYMOND ST
        SANTA CLARA, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project. It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

        If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file. Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 17, 2019

*Colleen Kirk*
Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH 44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L885043 2636465

NCS[CA884998OW]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2127 47



Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C\O LINDA Y.H. CHENG
77 BEALE STREET 24TH FLOOR
San Francisco CA 94105

Tesoro Refining and Marketing
PO BOX 592809
San Antonio TX 78259



To Whom It May Concern:

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*27500 RIVERVIEW CENTER BLVD. STE. 100*
*BONITA SPRINGS, FL 34134*
*Contact:  MR. DOUGLAS FORHECZ*
*Telephone:  (239) 301 - 1444*

*File (L884998) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
### USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y.H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105

TESORO REFINING AND MARKETING
PO BOX 592809
SAN ANTONIO, TX 78259

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$4,767.94

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$4,767.94

---

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

3 - EMERGENCY/STORM
5734 CLARK ROAD
PARADISE, CA 95969

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 16, 2019

*Colleen Kirk* , Agent
(Signature)
Our Reference: (L884998) 2636465

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

TESORO REFINING AND MARKETING
PO BOX 592809
SAN ANTONIO, TX  78259

Re:   3 - EMERGENCY/STORM
        5734 CLARK ROAD
        PARADISE, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

    If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 16, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L884998 2636465

NCS[CA884998S2]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2127 54



PACIFIC GAS AND ELECTRIC COMPANY
C\O LINDA Y.H. CHENG
77 BEALE STREET 24TH FLOOR
San Francisco CA 94105

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

### Distribution List

Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C\O LINDA Y.H. CHENG
77 BEALE STREET 24TH FLOOR
San Francisco CA 94105

Tesoro Refining and Marketing
PO BOX 592809
San Antonio TX 78259



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. *This is NOT a Lien* but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to *HercPreliminaryNotices@HercRentals.com*.

Sincerely,

HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
Contact: MR. DOUGLAS FORHECZ
Telephone: (239) 301 - 1444

File (L884998) 2636465

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

**OWNER** or **PUBLIC AGENCY**
(Or Reputed Owner) **AND DISBURSING OFFICE**
(On Private Work) (On Public Work)

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y.H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105

TESORO REFINING AND MARKETING
PO BOX 592809
SAN ANTONIO, TX 78259

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$4,767.94

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$4,767.94

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

3 - EMERGENCY/STORM
5734 CLARK ROAD
PARADISE, CA 95969

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 16, 2019

*Colleen Kirk*                    , Agent
(Signature)
Our Reference: (L884998) 2636465

<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

TESORO REFINING AND MARKETING
PO BOX 592809
SAN ANTONIO, TX  78259

Re:     3 - EMERGENCY/STORM
        5734 CLARK ROAD
        PARADISE, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

        If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 16, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L884998 2636465

NCS[CA884998S3]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2127 61



Tesoro Refining and Marketing
PO BOX 592809
San Antonio TX 78259

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C\O LINDA Y.H. CHENG
77 BEALE STREET 24TH FLOOR
San Francisco CA 94105

Tesoro Refining and Marketing
PO BOX 592809
San Antonio TX 78259



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*27500 RIVERVIEW CENTER BLVD. STE. 100*
*BONITA SPRINGS, FL 34134*
*Contact:  MR. DOUGLAS FORHECZ*
*Telephone:  (239) 301 - 1444*

*File (L884998) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
## IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y.H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105

TESORO REFINING AND MARKETING
PO BOX 592809
SAN ANTONIO, TX 78259

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$4,767.94

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$4,767.94

---

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm -- sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

3 - EMERGENCY/STORM
5734 CLARK ROAD
PARADISE, CA 95969

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 16, 2019

*Colleen Kirk* , Agent
(Signature)
Our Reference: (L884998) 2636465

REQUEST FOR INFORMATION
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

TESORO REFINING AND MARKETING
PO BOX 592809
SAN ANTONIO, TX 78259

Re:    3 - EMERGENCY/STORM
       5734 CLARK ROAD
       PARADISE, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project. It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file. Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 16, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH 44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L884998 2636465

NCS[CA885050OW]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2441 68



PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

P G & E Co F-Por 1
PO BOX 770000
San Francisco CA 94177

P G & E Co (135-1-39) F-Por1 & (135-1-39) F-2
Po Box 770000
San Francisco CA 94177



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. _This is NOT a Lien_ but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to _HercPreliminaryNotices@HercRentals.com_.

Sincerely,

HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
Contact:  MR. DOUGLAS FORHECZ
Telephone:  (239) 301 - 1444

File (L885050) 2636465

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
## IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

P G & E CO (135-1-39) F-POR1 & (135-1-39) F-2
PO BOX 770000
SAN FRANCISCO, CA  94177

P G & E CO F-POR 1
PO BOX 770000
SAN FRANCISCO, CA  94177

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$3,709.05

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$3,709.05

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm -- sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - OAKLAND PGE SERV
4801 OAKPORT STREET
OAKLAND, CA 94601

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
   **EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL,** if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property.  Foreclosure of the lien may lead to loss of all or part of your property.  You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
   This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
   If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail.  Failure to send the notice will extend the deadline to record a claim of lien.  You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)):  The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 22, 2019

*Colleen Kirk*                                      , Agent
(Signature)
Our Reference:  (L885050) 2636465

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

P G & E CO F-POR 1
PO BOX 770000
SAN FRANCISCO, CA  94177

P G & E CO (135-1-39) F-POR1 & (135-1-39) F-2
PO BOX 770000
SAN FRANCISCO, CA  94177

Re:     1 - OAKLAND PGE SERV
        4801 OAKPORT STREET
        OAKLAND, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

   If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 22, 2019

*Colleen Kirk*

Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885050 2636465

NCS[CA885050S2]B0
729 Miner Road
Cleveland OH 44143



USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2441 75



P G & E Co F-Por 1
PO BOX 770000
San Francisco CA 94177

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

P G & E Co F-Por 1
PO BOX 770000
San Francisco CA 94177

P G & E Co (135-1-39) F-Por1 & (135-1-39) F-2
Po Box 770000
San Francisco CA 94177



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. *This is NOT a Lien* but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to *HercPreliminaryNotices@HercRentals.com*.

Sincerely,

HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
Contact: MR. DOUGLAS FORHECZ
Telephone: (239) 301 - 1444

File (L885050) 2636465

# PRELIMINARY NOTICE CALIFORNIA
### USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

P G & E CO (135-1-39) F-POR1 & (135-1-39) F-2
PO BOX 770000
SAN FRANCISCO, CA   94177

P G & E CO F-POR 1
PO BOX 770000
SAN FRANCISCO, CA   94177

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$3,709.05

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$3,709.05

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - OAKLAND PGE SERV
4801 OAKPORT STREET
OAKLAND, CA 94601

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.

This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 22, 2019

*Colleen Kirk*                                    , Agent
(Signature)
Our Reference:  (L885050) 2636465

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

P G & E CO F-POR 1
PO BOX 770000
SAN FRANCISCO, CA  94177

P G & E CO (135-1-39) F-POR1 & (135-1-39) F-2
PO BOX 770000
SAN FRANCISCO, CA  94177

Re:     1 - OAKLAND PGE SERV
        4801 OAKPORT STREET
        OAKLAND, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 22, 2019

*Colleen Kirk*

Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L885050 2636465

NCS[CA885050S3]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2441 82



P G & E Co (135-1-39) F-Por1 & (135-1-39) F-2
Po Box 770000
San Francisco CA 94177

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

P G & E Co F-Por 1
PO BOX 770000
San Francisco CA 94177

P G & E Co (135-1-39) F-Por1 & (135-1-39) F-2
Po Box 770000
San Francisco CA 94177



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*27500 RIVERVIEW CENTER BLVD. STE. 100*
*BONITA SPRINGS, FL 34134*
*Contact:  MR. DOUGLAS FORHECZ*
*Telephone:  (239) 301 - 1444*

*File (L885050) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
### USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

P G & E CO (135-1-39) F-POR1 & (135-1-39) F-2
PO BOX 770000
SAN FRANCISCO, CA  94177

P G & E CO F-POR 1
PO BOX 770000
SAN FRANCISCO, CA  94177

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$3,709.05

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$3,709.05

**YOU ARE HEREBY NOTIFIED THAT…**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - OAKLAND PGE SERV
4801 OAKPORT STREET
OAKLAND, CA 94601

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
   **EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL**, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
   This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
   If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 22, 2019

*Colleen Kirk*                                          , Agent
(Signature)
Our Reference:  (L885050) 2636465

REQUEST FOR INFORMATION
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

P G & E CO F-POR 1
PO BOX 770000
SAN FRANCISCO, CA 94177

P G & E CO (135-1-39) F-POR1 & (135-1-39) F-2
PO BOX 770000
SAN FRANCISCO, CA 94177

Re:    1 - OAKLAND PGE SERV
       4801 OAKPORT STREET
       OAKLAND, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project. It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file. Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:   JANUARY 22, 2019

*Colleen Kirk*

Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH 44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L885050 2636465

NCS[CA885051OW]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2128 08



Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C\O LINDA Y.H. CHENG
77 BEALE STREET 24TH FLOOR
San Francisco CA 94105

Pacific Gas & Electric Co
PO BOX 7054
San Francisco CA 94120



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. *This is NOT a Lien* but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to *HercPreliminaryNotices@HercRentals.com*.

Sincerely,

HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
Contact:  MR. DOUGLAS FORHECZ
Telephone:  (239) 301 - 1444

File (L885051) 2636465

# PRELIMINARY NOTICE CALIFORNIA
### USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y.H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA  94105

PACIFIC GAS & ELECTRIC CO
PO BOX 7054
SAN FRANCISCO, CA  94120

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$3,375.00

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$3,375.00

---

**YOU ARE HEREBY NOTIFIED THAT…**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - OCEANO SUBSTATIO
1004 VALLEY ROAD AKA 1025 VALLEY ROAD
ARROYO GRANDE, CA 93420

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
   EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property.  Foreclosure of the lien may lead to loss of all or part of your property.  You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
   This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
   If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail.  Failure to send the notice will extend the deadline to record a claim of lien.  You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)):  The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 16, 2019

*Colleen Kirk*                                      , Agent
(Signature)
Our Reference:  (L885051) 2636465

REQUEST FOR INFORMATION
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS & ELECTRIC CO
PO BOX 7054
SAN FRANCISCO, CA  94120

Re:     1 - OCEANO SUBSTATIO
        1004 VALLEY ROAD AKA 1025 VALLEY ROAD
        ARROYO GRANDE, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 16, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax: 440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885051 2636465

NCS[CA885051S2]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2128 15



PACIFIC GAS AND ELECTRIC COMPANY
C\O LINDA Y.H. CHENG
77 BEALE STREET 24TH FLOOR
San Francisco CA 94105

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

Pacific Gas & Electric Co
PO BOX 7054
San Francisco CA 94120

PACIFIC GAS AND ELECTRIC COMPANY
C\O LINDA Y.H. CHENG
77 BEALE STREET 24TH FLOOR
San Francisco CA 94105



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. *This is NOT a Lien* but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to HercPreliminaryNotices@HercRentals.com.

Sincerely,

HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
Contact: MR. DOUGLAS FORHECZ
Telephone: (239) 301 - 1444

File (L885051) 2636465

# PRELIMINARY NOTICE CALIFORNIA
**USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE**
**(PRIVATE AND PUBLIC WORK)**
**IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE**

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

**OWNER**   **or**   **PUBLIC AGENCY**
(Or Reputed Owner)     **AND DISBURSING OFFICE**
(On Private Work)       (On Public Work)

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y.H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA  94105

PACIFIC GAS & ELECTRIC CO
PO BOX 7054
SAN FRANCISCO, CA  94120

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$3,375.00

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$3,375.00

**YOU ARE HEREBY NOTIFIED THAT…**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - OCEANO SUBSTATIO
1004 VALLEY ROAD AKA 1025 VALLEY ROAD
ARROYO GRANDE, CA 93420

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
    EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
    This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
    If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 16, 2019

*Colleen Kirk* _____, Agent
(Signature)
Our Reference:  (L885051) 2636465

<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS & ELECTRIC CO
PO BOX 7054
SAN FRANCISCO, CA 94120

Re:    1 - OCEANO SUBSTATIO
       1004 VALLEY ROAD AKA 1025 VALLEY ROAD
       ARROYO GRANDE, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project. It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file. Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 16, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH 44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L885051 2636465

NCS[CA885051S3]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2128 22



Pacific Gas & Electric Co
PO BOX 7054
San Francisco CA 94120

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C\O LINDA Y.H. CHENG
77 BEALE STREET 24TH FLOOR
San Francisco CA 94105

Pacific Gas & Electric Co
PO BOX 7054
San Francisco CA 94120



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. _This is NOT a Lien_ but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to _HercPreliminaryNotices@HercRentals.com_.

Sincerely,

HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
Contact: MR. DOUGLAS FORHECZ
Telephone: (239) 301 - 1444

File (L885051) 2636465

# PRELIMINARY NOTICE CALIFORNIA
### USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

**OWNER** or **PUBLIC AGENCY**
(Or Reputed Owner)     **AND DISBURSING OFFICE**
(On Private Work)        (On Public Work)

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y.H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA  94105

PACIFIC GAS & ELECTRIC CO
PO BOX 7054
SAN FRANCISCO, CA  94120

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$3,375.00

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$3,375.00

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - OCEANO SUBSTATIO
1004 VALLEY ROAD AKA 1025 VALLEY ROAD
ARROYO GRANDE, CA 93420

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 16, 2019

_Colleen Kirk_____, Agent
(Signature)
Our Reference:  (L885051) 2636465

REQUEST FOR INFORMATION
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583


PACIFIC GAS & ELECTRIC CO
PO BOX 7054
SAN FRANCISCO, CA  94120

Re:     1 - OCEANO SUBSTATIO
        1004 VALLEY ROAD AKA 1025 VALLEY ROAD
        ARROYO GRANDE, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 16, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885051 2636465

NCS[CA884993OW]B0
729 Miner Road
Cleveland OH 44143



USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2127 23



Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

PAcific Gas and Electric Company
C\O Linda Y H. Cheng
77 Beale Street 24th Floor
San Francisco CA 94105



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*27500 RIVERVIEW CENTER BLVD. STE. 100*
*BONITA SPRINGS, FL 34134*
*Contact: MR. DOUGLAS FORHECZ*
*Telephone: (239) 301 - 1444*

*File (L884993) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
#### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

**OWNER** or **PUBLIC AGENCY**
(Or Reputed Owner) **AND DISBURSING OFFICE**
(On Private Work) (On Public Work)

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y. H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$16,263.76

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$16,263.76

---

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - ORO LOMA SUBSTAT
10501 NORTH RUSSEL RD
FIREBAUGH, CA 93622

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.

This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 16, 2019

*Colleen Kirk* _____, Agent
(Signature)
Our Reference: (L884993) 2636465

<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583


PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y. H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA  94105

Re:    1 - ORO LOMA SUBSTAT
       10501 NORTH RUSSEL RD
       FIREBAUGH, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:



Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

      If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 16, 2019

*Colleen Kirk*
Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax: 440-461-6202
Email: cjones@ncscredit.com


Our Ref# L884993 2636465

NCS[CA884993S3]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2127 30



PAcific Gas and Electric Company
C\O Linda Y. H. Cheng
77 Beale Street 24th Floor
San Francisco CA 94105

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

PAcific Gas and Electric Company
C\O Linda Y. H. Cheng
77 Beale Street 24th Floor
San Francisco CA 94105



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*27500 RIVERVIEW CENTER BLVD. STE. 100*
*BONITA SPRINGS, FL 34134*
*Contact: MR. DOUGLAS FORHECZ*
*Telephone: (239) 301 - 1444*

*File (L884993) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
## IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y. H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA  94105

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$16,263.76

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$16,263.76

**YOU ARE HEREBY NOTIFIED THAT…**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - ORO LOMA SUBSTAT
10501 NORTH RUSSEL RD
FIREBAUGH, CA 93622

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL,** if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
    This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
    If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 16, 2019

_Colleen Kirk_____, Agent
(Signature)
Our Reference:  (L884993) 2636465

<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y. H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105

Re:  1 - ORO LOMA SUBSTAT
     10501 NORTH RUSSEL RD
     FIREBAUGH, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:



Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

      If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 16, 2019

*Colleen Kirk*

Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L884993 2636465

NCS[CA885055OW]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2441 99



PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more
information.  If you have any additional questions, please email Carrie Jones
cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

P G & E CO E-I
4560 Horton St
Emeryville CA 94608



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*27500 RIVERVIEW CENTER BLVD. STE. 100*
*BONITA SPRINGS, FL 34134*
*Contact:  MR. DOUGLAS FORHECZ*
*Telephone:  (239) 301 - 1444*

*File (L885055) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
### USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

P G & E CO E-1
4560 HORTON ST
EMERYVILLE, CA 94608

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$1,082.69

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$1,082.69

---

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - PGE EMERYVILLE
4525 HOLLIS STREET
EMERYVILLE, CA 94608

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

### NOTICE TO PROPERTY OWNER
**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL,** if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.

This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 22, 2019

*Colleen Kirk*                                          , Agent
(Signature)
Our Reference: (L885055) 2636465

<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

P G & E CO E-1
4560 HORTON ST
EMERYVILLE, CA  94608

Re:     1 - PGE EMERYVILLE
        4525 HOLLIS STREET
        EMERYVILLE, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

        If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 22, 2019

*Colleen Kirk*
Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L885055 2636465

NCS[CA885055S3]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2442 05



P G & E CO E-1
4560 Horton St
Emeryville CA 94608

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

P G & E CO E-1
4560 Horton St
Emeryville CA 94608



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. *This is NOT a Lien* but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to HercPreliminaryNotices@HercRentals.com.

Sincerely,

HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
Contact: MR. DOUGLAS FORHECZ
Telephone: (239) 301 - 1444

File (L885055) 2636465

# PRELIMINARY NOTICE CALIFORNIA

**USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE**
**(PRIVATE AND PUBLIC WORK)**
**IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE**

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

**OWNER** or **PUBLIC AGENCY**
(Or Reputed Owner) **AND DISBURSING OFFICE**
(On Private Work) (On Public Work)

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

P G & E CO E-1
4560 HORTON ST
EMERYVILLE, CA 94608

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$1,082.69

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$1,082.69

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - PGE EMERYVILLE
4525 HOLLIS STREET
EMERYVILLE, CA 94608

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**

EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.

This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 22, 2019

*Colleen Kirk* , Agent
(Signature)
Our Reference: (L885055) 2636465

<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

P G & E CO E-1
4560 HORTON ST
EMERYVILLE, CA  94608

Re:     1 - PGE EMERYVILLE
         4525 HOLLIS STREET
         EMERYVILLE, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

        If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L885055 2636465

NCS[CA885070OW]B0
729 Miner Road
Cleveland OH 44143



USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2442 98



PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more
information. If you have any additional questions, please email Carrie Jones
cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
PO BOX 7054
San Francisco CA 94120



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. *This is NOT a Lien* but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to *HercPreliminaryNotices@HercRentals.com*.

Sincerely,

HERC RENTALS INC.
1333 ALTANTIC ST.
UNION CITY, CA 94587
Contact:  MS. NICOLE ARENAL
Telephone:  (239) 301 - 1445

File (L885070) 2636465

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| | | |
|---|---|---|
| **OWNER** | **or** | **PUBLIC AGENCY** |
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
PO BOX 7054
SAN FRANCISCO, CA   94120

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$103.08

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$103.08

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
1333 ALTANTIC ST.
UNION CITY, CA 94587
(MS. NICOLE ARENAL at (239) 301 - 1445)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - PROTRERO
1201 ILLINOIS ST
SAN FRANCISCO, CA 94107

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
    **EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL**, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property.  Foreclosure of the lien may lead to loss of all or part of your property.  You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
    This notice is required by law to be served by the undersigned as a statement of your legal rights.  This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
    If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice.  The notice must be sent by registered or certified mail.  Failure to send the notice will extend the deadline to record a claim of lien.  You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)):  The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 22, 2019

*Colleen Kirk*                                    , Agent
(Signature)
Our Reference:  (L885070) 2636465

REQUEST FOR INFORMATION
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
PO BOX 7054
SAN FRANCISCO, CA  94120

Re:     1 - PROTRERO
        1201 ILLINOIS ST
        SAN FRANCISCO, CA



HERC RENTALS INC., 1333 ALTANTIC ST., UNION CITY, CA 94587 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

    If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885070 2636465

NCS[CA885070S3]B0
729 Miner Road
Cleveland OH 44143


## USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2443 04



PACIFIC GAS AND ELECTRIC COMPANY
PO BOX 7054
San Francisco CA 94120

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
PO BOX 7054
San Francisco CA 94120



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. *This is NOT a Lien* but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to *HercPreliminaryNotices@HercRentals.com*.

Sincerely,

HERC RENTALS INC.
1333 ALTANTIC ST.
UNION CITY, CA 94587
Contact:  MS. NICOLE ARENAL
Telephone:  (239) 301 - 1445

File (L885070) 2636465

# PRELIMINARY NOTICE CALIFORNIA

**USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
(PRIVATE AND PUBLIC WORK)
IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE**

### CONSTRUCTION LENDER
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

### OWNER or PUBLIC AGENCY
(Or Reputed Owner)    **AND DISBURSING OFFICE**
(On Private Work)    (On Public Work)

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
PO BOX 7054
SAN FRANCISCO, CA 94120

### DIRECT CONTRACTOR
(Or Reputed Direct Contractor)

### SUBCONTRACTOR
(Or Reputed Subcontractor)

### SUB-SUBCONTRACTOR
(Or Reputed Sub-Subcontractor)

### BOND COMPANY

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$103.08

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$103.08

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
1333 ALTANTIC ST.
UNION CITY, CA 94587
(MS. NICOLE ARENAL at (239) 301 - 1445)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - PROTRERO
1201 ILLINOIS ST
SAN FRANCISCO, CA 94107

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

### NOTICE TO PROPERTY OWNER
**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL,** if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
  This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
  If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 22, 2019

*Colleen Kirk* , Agent
(Signature)
Our Reference: (L885070) 2636465