REQUEST FOR INFORMATION
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
PO BOX 7054
SAN FRANCISCO, CA   94120

Re:     1 - PROTRERO
        1201 ILLINOIS ST
        SAN FRANCISCO, CA

HERC RENTALS INC., 1333 ALTANTIC ST., UNION CITY, CA 94587 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885070 2636465

NCS[CA885060OW]B0
729 Miner Road
Cleveland OH 44143





9214 8901 5273 7200 0007 2177 97



Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

Pacific Gas and Electric Company
C\O Linda Y. H. Cheng
77 Beale Street 24th Floor
San Francisco CA 94105

Pacific Gas & Electric Co
PO BOX 7054
San Francisco CA 94120

# PRELIMINARY NOTICE CALIFORNIA
### USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$721.62

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$721.62

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
2140 TRACTOR ST.
PASO ROBLES, CA 93446
(MS. NICOLE ARENAL at (239) 301 - 1445)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

AVILA BEACH
9 MI N/W OF AVILA BEACH
AVILA BEACH, CA 93424

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
 EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
 This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
 If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 22, 2019

*Colleen Kirk*                                    , Agent
(Signature)
Our Reference: (L885138) 2636465

**REQUEST FOR INFORMATION**
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

Re:     AVILA BEACH
        9 MI N/W OF AVILA BEACH
        AVILA BEACH, CA

HERC RENTALS INC., 2140 TRACTOR ST. , PASO ROBLES, CA 93446 is furnishing materials and/or labor in connection with the above project. It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file. Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885138 2636465

NCS[CA885142OW]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2444 58



PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*10680 INDUSTRIAL AVE.*
*ROSEVILLE, CA 95678*
*Contact: MS. NICOLE ARENAL*
*Telephone: (239) 301 - 1445*

*File (L885142) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

**OWNER** or **PUBLIC AGENCY**
(Or Reputed Owner) **AND DISBURSING OFFICE**
(On Private Work) (On Public Work)

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$5,277.73

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$5,277.73

**YOU ARE HEREBY NOTIFIED THAT…**
HERC RENTALS INC.
10680 INDUSTRIAL AVE.
ROSEVILLE, CA 95678
(MS. NICOLE ARENAL at (239) 301 - 1445)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

BIDWELL SUB
E BIDWELL ST AND OAK AVE PKWY
FOLSOM, CA 95630

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

### NOTICE TO PROPERTY OWNER
**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL**, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 22, 2019

*Colleen Kirk* , Agent
(Signature)
Our Reference: (L885142) 2636465

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

Re:    BIDWELL SUB
       E BIDWELL ST AND OAK AVE PKWY
       FOLSOM, CA

HERC RENTALS INC., 10680 INDUSTRIAL AVE., ROSEVILLE, CA 95678 is furnishing materials and/or labor in connection with the above project. It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

      If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file. Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH 44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L885142 2636465

NCS[CA885164OW]B0
729 Miner Road
Cleveland OH 44143



USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2445 26



PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
333 SACRAMENTO ST
Auburn CA 95603



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. *This is NOT a Lien* but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to *HercPreliminaryNotices@HercRentals.com*.

Sincerely,

HERC RENTALS INC.
10680 INDUSTRIAL AVE.
ROSEVILLE, CA 95678
Contact: MS. NICOLE ARENAL
Telephone: (239) 301 - 1445

File (L885164) 2636465

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

**OWNER**   **or**   **PUBLIC AGENCY**
(Or Reputed Owner)       **AND DISBURSING OFFICE**
(On Private Work)       (On Public Work)

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
333 SACRAMENTO ST
AUBURN, CA 95603

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$6,980.63

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$6,980.63

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
10680 INDUSTRIAL AVE.
ROSEVILLE, CA 95678
(MS. NICOLE ARENAL at (239) 301 - 1445)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

FLINT SUBSTATION
EAST OF PACIFIC AVE SOUTH OF AUBURN DAM
OVERLOOK
AUBURN, CA 95603

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
   **EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL**, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
   This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
   If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 22, 2019

*Colleen Kirk* _____, Agent
(Signature)
Our Reference: (L885164) 2636465

REQUEST FOR INFORMATION
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
333 SACRAMENTO ST
AUBURN, CA 95603

Re:    FLINT SUBSTATION
       EAST OF PACIFIC AVE SOUTH OF AUBURN DAM OVERLOOK
       AUBURN, CA

HERC RENTALS INC., 10680 INDUSTRIAL AVE., ROSEVILLE, CA 95678 is furnishing materials and/or labor in connection with the above project. It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

      If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file. Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH 44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L885164 2636465

NCS[CA885164S3]B0
729 Miner Road
Cleveland OH 44143



USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2445 33



PACIFIC GAS AND ELECTRIC COMPANY
333 SACRAMENTO ST
Auburn CA 95603

# **ATTENTION**

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

### **Distribution List**

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
333 SACRAMENTO ST
Auburn CA 95603



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. _This is NOT a Lien_ but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to _HercPreliminaryNotices@HercRentals.com._

Sincerely,

HERC RENTALS INC.
10680 INDUSTRIAL AVE.
ROSEVILLE, CA 95678
Contact:  MS. NICOLE ARENAL
Telephone:  (239) 301 - 1445

File (L885164) 2636465

# PRELIMINARY NOTICE CALIFORNIA
### USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
333 SACRAMENTO ST
AUBURN, CA 95603

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$6,980.63

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$6,980.63

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
10680 INDUSTRIAL AVE.
ROSEVILLE, CA 95678
(MS. NICOLE ARENAL at (239) 301 - 1445)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

FLINT SUBSTATION
EAST OF PACIFIC AVE SOUTH OF AUBURN DAM OVERLOOK
AUBURN, CA 95603

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
   **EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL,** if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
   This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
   If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 22, 2019

*Colleen Kirk* _____ , Agent
(Signature)
Our Reference:  (L885164) 2636465

REQUEST FOR INFORMATION
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
333 SACRAMENTO ST
AUBURN, CA  95603

Re:     FLINT SUBSTATION
        EAST OF PACIFIC AVE SOUTH OF AUBURN DAM OVERLOOK
        AUBURN, CA

HERC RENTALS INC., 10680 INDUSTRIAL AVE., ROSEVILLE, CA 95678 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

     If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885164 2636465

NCS[CA885034OW]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2440 83



PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

**Distribution List**

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
1 Market Spear Tower S
San Francisco CA 94105



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. _This is NOT a Lien_ but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to _HercPreliminaryNotices@HercRentals.com_.

Sincerely,

HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
Contact: MR. DOUGLAS FORHECZ
Telephone: (239) 301 - 1444

File (L885034) 2636465

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
1 MARKET SPEAR TOWER S
SAN FRANCISCO, CA 94105

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$3,238.34

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$3,238.34

**YOU ARE HEREBY NOTIFIED THAT…**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

FULTON SUB
605 RIVER RD
WINDSOR, CA 95492

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
    **EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.**
    This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
    If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 22, 2019

*Colleen Kirk* , Agent
(Signature)
Our Reference: (L885034) 2636465

**REQUEST FOR INFORMATION**
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
1 MARKET SPEAR TOWER S
SAN FRANCISCO, CA 94105

Re:     FULTON SUB
        605 RIVER RD
        WINDSOR, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project. It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file. Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH 44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L885034 2636465

NCS[CA885034S3]B0
729 Miner Road
Cleveland OH 44143

USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2440 90



PACIFIC GAS AND ELECTRIC COMPANY
1 Market Spear Tower S
San Francisco CA 94105

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

**Distribution List**

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
1 Market Spear Tower S
San Francisco CA 94105



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. This is NOT a Lien but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to HercPreliminaryNotices@HercRentals.com.*

*Sincerely,*

*HERC RENTALS INC.*
*27500 RIVERVIEW CENTER BLVD. STE. 100*
*BONITA SPRINGS, FL 34134*
*Contact:  MR. DOUGLAS FORHECZ*
*Telephone:  (239) 301 - 1444*

*File (L885034) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
## IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
1 MARKET SPEAR TOWER S
SAN FRANCISCO, CA 94105

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$3,238.34

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$3,238.34

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

FULTON SUB
605 RIVER RD
WINDSOR, CA 95492

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.

This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 22, 2019

_Colleen Kirk_ _____, Agent
(Signature)
Our Reference: (L885034) 2636465

<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
1 MARKET SPEAR TOWER S
SAN FRANCISCO, CA  94105

Re:     FULTON SUB
          605 RIVER RD
          WINDSOR, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885034 2636465

NCS[CA885265OW]B0
729 Miner Road
Cleveland OH 44143



USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2446 32



PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

**Distribution List**

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*435 S VAN NESS AVE.*
*SAN FRANCISCO, CA 94103*
*Contact:  MS. NICOLE ARENAL*
*Telephone:  (239) 301 - 1445*

*File (L885265) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
## IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$1,522.50

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$1,522.50

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
435 S VAN NESS AVE.
SAN FRANCISCO, CA 94103
(MS. NICOLE ARENAL at (239) 301 - 1445)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

GENEVA SUB STATION
MARTIN SUBSTATION 3150 GENEVA AVE
DALY CITY, CA 94014

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
  EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property.  Foreclosure of the lien may lead to loss of all or part of your property.  You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
  This notice is required by law to be served by the undersigned as a statement of your legal rights.  This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
  If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice.  The notice must be sent by registered or certified mail.  Failure to send the notice will extend the deadline to record a claim of lien.  You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)):  The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 22, 2019

*Colleen Kirk* _____ , Agent
(Signature)
Our Reference:  (L885265) 2636465

REQUEST FOR INFORMATION
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

Re:    GENEVA SUB STATION
      MARTIN SUBSTATION 3150 GENEVA AVE
      DALY CITY, CA

HERC RENTALS INC., 435 S VAN NESS AVE., SAN FRANCISCO, CA 94103 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

      If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885265 2636465

NCS[CA885045OW]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2441 44



PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

P G & E CO K-1
PO BOX 770000
San Francisco CA 94177



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. _This is NOT a Lien_ but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to _HercPreliminaryNotices@HercRentals.com_.

Sincerely,

HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
Contact: MR. DOUGLAS FORHECZ
Telephone: (239) 301 - 1444

File (L885045) 2636465

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

P G & E CO K-1
PO BOX 770000
SAN FRANCISCO, CA  94177

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$431.53

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$431.53

---

**YOU ARE HEREBY NOTIFIED THAT…**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

OAKLAND J SUB
646 50TH AVE
OAKLAND, CA 94601

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
   **EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL,** if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
   This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
   If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 22, 2019

*Colleen Kirk*                                        , Agent
(Signature)
Our Reference:  (L885045) 2636465

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

P G & E CO K-1
PO BOX 770000
SAN FRANCISCO, CA  94177

Re:     OAKLAND J SUB
        646 50TH AVE
        OAKLAND, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 22, 2019

*Colleen Kirk*

Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885045 2636465

NCS[CA885045S3]B0
729 Miner Road
Cleveland OH 44143





USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2441 51

P G & E CO K-1
PO BOX 770000
San Francisco CA 94177

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

**Distribution List**

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

P G & E CO K-1
PO BOX 770000
San Francisco CA 94177



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. *This is NOT a Lien* but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to HercPreliminaryNotices@HercRentals.com.

Sincerely,

HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
Contact: MR. DOUGLAS FORHECZ
Telephone: (239) 301 - 1444

File (L885045) 2636465

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

P G & E CO K-1
PO BOX 770000
SAN FRANCISCO, CA 94177

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$431.53

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$431.53

---

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

OAKLAND J SUB
646 50TH AVE
OAKLAND, CA 94601

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
  EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
  This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
  If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 22, 2019

_Colleen Kirk_ , Agent
(Signature)
Our Reference: (L885045) 2636465

REQUEST FOR INFORMATION
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

P G & E CO K-1
PO BOX 770000
SAN FRANCISCO, CA  94177

Re:    OAKLAND J SUB
       646 50TH AVE
       OAKLAND, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

      If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885045 2636465

NCS[CA885039OW]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2441 13



PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

**Distribution List**

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*27500 RIVERVIEW CENTER BLVD. STE. 100*
*BONITA SPRINGS, FL 34134*
*Contact: MR. DOUGLAS FORHECZ*
*Telephone: (239) 301 - 1444*

*File (L885039) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
### USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

**OWNER**   **or**   **PUBLIC AGENCY**
(Or Reputed Owner)   **AND DISBURSING OFFICE**
(On Private Work)    (On Public Work)

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$1,862.90

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$1,862.90

---

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

SCHWERIN SUB
731 SCHWERIN STREET
DALY CITY, CA 94014

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 22, 2019

*Colleen Kirk* , Agent
(Signature)
Our Reference:  (L885039) 2636465

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

Re:     SCHWERIN SUB
        731 SCHWERIN STREET
        DALY CITY, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project. It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file. Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L885039 2636465

NCS[CA885061OW]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2442 12



PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more
information.  If you have any additional questions, please email Carrie Jones
cjones@ncscredit.com.

**Distribution List**

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

TREASURY WINE ESTATES AMERICAS COMPANY
555 Gateway Dr
Napa CA 94558



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. _This is NOT a Lien_ but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to _HercPreliminaryNotices@HercRentals.com_.

Sincerely,

HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
Contact: MR. DOUGLAS FORHECZ
Telephone: (239) 301 - 1444

File (L885061) 2636465

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

**OWNER** or **PUBLIC AGENCY**
(Or Reputed Owner)   **AND DISBURSING OFFICE**
(On Private Work)   (On Public Work)

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

TREASURY WINE ESTATES AMERICAS COMPANY
555 GATEWAY DR
NAPA, CA 94558

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$1,718.62

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$1,718.62

**YOU ARE HEREBY NOTIFIED THAT…**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

VINEYARD WORK
3091 BIG RANCH ROAD
NAPA, CA 94558

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
  EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
  This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
  If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 22, 2019

_Colleen Kirk_____ , Agent
(Signature)
Our Reference: (L885061) 2636465

<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

TREASURY WINE ESTATES AMERICAS COMPANY
555 GATEWAY DR
NAPA, CA  94558

Re:     VINEYARD WORK
        3091 BIG RANCH ROAD
        NAPA, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

    If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885061 2636465

NCS[CA885061S3]B0
729 Miner Road
Cleveland OH 44143



USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2442 29



TREASURY WINE ESTATES AMERICAS COMPANY
555 Gateway Dr
Napa CA 94558

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

TREASURY WINE ESTATES AMERICAS COMPANY
555 Gateway Dr
Napa CA 94558



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*27500 RIVERVIEW CENTER BLVD. STE. 100*
*BONITA SPRINGS, FL 34134*
*Contact: MR. DOUGLAS FORHECZ*
*Telephone: (239) 301 - 1444*

*File (L885061) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
### USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

TREASURY WINE ESTATES AMERICAS COMPANY
555 GATEWAY DR
NAPA, CA  94558

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$1,718.62

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$1,718.62

---

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

VINEYARD WORK
3091 BIG RANCH ROAD
NAPA, CA 94558

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.

This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 22, 2019

*Colleen Kirk* _____, Agent
(Signature)
Our Reference: (L885061) 2636465

<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

TREASURY WINE ESTATES AMERICAS COMPANY
555 GATEWAY DR
NAPA, CA  94558

Re:     VINEYARD WORK
        3091 BIG RANCH ROAD
        NAPA, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

      If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885061 2636465



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. _This is NOT a Lien_ but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to _HercPreliminaryNotices@HercRentals.com_.

Sincerely,

HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
Contact:  MR. DOUGLAS FORHECZ
Telephone:  (239) 301 - 1444

File (L885060) 2636465

# PRELIMINARY NOTICE CALIFORNIA
**USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE**
**(PRIVATE AND PUBLIC WORK)**
**IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE**

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y. H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105

PACIFIC GAS & ELECTRIC CO
PO BOX 7054
SAN FRANCISCO, CA 94120

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$1,850.00

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$1,850.00

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - TEMPLETON JOB
865 EL POMAR DR
TEMPLETON, CA 93465

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
    EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
    This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
    If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 17, 2019

*Colleen Kirk* , Agent
(Signature)
Our Reference: (L885060) 2636465

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS & ELECTRIC CO
PO BOX 7054
SAN FRANCISCO, CA  94120

Re:    1 - TEMPLETON JOB
       865 EL POMAR DR
       TEMPLETON, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 17, 2019

*Colleen Kirk*

Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885060 2636465

NCS[CA885060S2]B0
729 Miner Road
Cleveland OH 44143



USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2178 03



Pacific Gas and Electric Company
C\O Linda Y. H. Cheng
77 Beale Street 24th Floor
San Francisco CA 94105

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

Pacific Gas and Electric Company
C\O Linda Y. H. Cheng
77 Beale Street 24th Floor
San Francisco CA 94105

Pacific Gas & Electric Co
PO BOX 7054
San Francisco CA 94120



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*27500 RIVERVIEW CENTER BLVD. STE. 100*
*BONITA SPRINGS, FL 34134*
*Contact: MR. DOUGLAS FORHECZ*
*Telephone: (239) 301 - 1444*

*File (L885060) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
### USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y. H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA  94105

PACIFIC GAS & ELECTRIC CO
PO BOX 7054
SAN FRANCISCO, CA  94120

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$1,850.00

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$1,850.00

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - TEMPLETON JOB
865 EL POMAR DR
TEMPLETON, CA 93465

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 17, 2019

*Colleen Kirk*                                    , Agent
(Signature)
Our Reference:  (L885060) 2636465

<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS & ELECTRIC CO
PO BOX 7054
SAN FRANCISCO, CA  94120

Re:     1 - TEMPLETON JOB
        865 EL POMAR DR
        TEMPLETON, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

       If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 17, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885060 2636465

NCS[CA885060S3]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2178 10



Pacific Gas & Electric Co
PO BOX 7054
San Francisco CA 94120

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

### Distribution List

Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

Pacific Gas and Electric Company
C\O Linda Y. H. Cheng
77 Beale Street 24th Floor
San Francisco CA 94105

Pacific Gas & Electric Co
PO BOX 7054
San Francisco CA 94120



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*27500 RIVERVIEW CENTER BLVD. STE. 100*
*BONITA SPRINGS, FL 34134*
*Contact:  MR. DOUGLAS FORHECZ*
*Telephone:  (239) 301 - 1444*

*File (L885060) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
### USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y. H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA  94105

PACIFIC GAS & ELECTRIC CO
PO BOX 7054
SAN FRANCISCO, CA  94120

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$1,850.00

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$1,850.00

---

**YOU ARE HEREBY NOTIFIED THAT…**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - TEMPLETON JOB
865 EL POMAR DR
TEMPLETON, CA 93465

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property.  Foreclosure of the lien may lead to loss of all or part of your property.  You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.

This notice is required by law to be served by the undersigned as a statement of your legal rights.  This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice.  The notice must be sent by registered or certified mail.  Failure to send the notice will extend the deadline to record a claim of lien.  You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)):  The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 17, 2019

*Colleen Kirk*                                          , Agent
(Signature)
Our Reference:  (L885060) 2636465

REQUEST FOR INFORMATION
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS & ELECTRIC CO
PO BOX 7054
SAN FRANCISCO, CA  94120

Re:    1 - TEMPLETON JOB
        865 EL POMAR DR
        TEMPLETON, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

        If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 17, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885060 2636465

NCS[CA885063OW]B0
729 Miner Road
Cleveland OH 44143



USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2178 27



Pacific Gas and Electric Company
3401 Crow and Canyon Road
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

Pacific Gas and Electric Company
3401 Crow and Canyon Road
San Ramon CA 94583

Pacific Gas and Electric Company
C\O Linda Y.H. Cheng
C\O 77 Beale Street 24th Floor
San Francisco CA 94105

Pacific Gas and Electric Company
6111 Bollinger Canyon Road
San Ramon CA 94583



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. _This is NOT a Lien_ but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to _HercPreliminaryNotices@HercRentals.com_.

Sincerely,

HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
Contact:  MR. DOUGLAS FORHECZ
Telephone:  (239) 301 - 1444

File (L885063) 2636465

# PRELIMINARY NOTICE CALIFORNIA
### USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW AND CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y.H. CHENG
C/O 77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105

PACIFIC GAS AND ELECTRIC COMPANY
6111 BOLLINGER CANYON ROAD
SAN RAMON, CA 94583

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$2,295.00

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$2,295.00

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - UNION AND MONTER
243 W MONTEREY ST
BAKERSFIELD, CA 93305

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 17, 2019

*Colleen Kirk* , Agent
(Signature)
Our Reference: (L885063) 2636465

REQUEST FOR INFORMATION
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW AND CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
6111 BOLLINGER CANYON ROAD
SAN RAMON, CA  94583

Re:    1 - UNION AND MONTER
       243 W MONTEREY ST
       BAKERSFIELD, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

      If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 17, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885063 2636465

NCS[CA885063S2]B0
729 Miner Road
Cleveland OH 44143



9214 8901 5273 7200 0007 2178 34



Pacific Gas and Electric Company
C\O Linda Y.H. Cheng
C\O 77 Beale Street 24th Floor
San Francisco CA 94105

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

Pacific Gas and Electric Company
3401 Crow and Canyon Road
San Ramon CA 94583

Pacific Gas and Electric Company
C\O Linda Y.H. Cheng
C\O 77 Beale Street 24th Floor
San Francisco CA 94105

Pacific Gas and Electric Company
6111 Bollinger Canyon Road
San Ramon CA 94583



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*27500 RIVERVIEW CENTER BLVD. STE. 100*
*BONITA SPRINGS, FL 34134*
*Contact:  MR. DOUGLAS FORHECZ*
*Telephone:  (239) 301 - 1444*

*File (L885063) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
### USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW AND CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y.H. CHENG
C/O 77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105

PACIFIC GAS AND ELECTRIC COMPANY
6111 BOLLINGER CANYON ROAD
SAN RAMON, CA 94583

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$2,295.00

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$2,295.00

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - UNION AND MONTER
243 W MONTEREY ST
BAKERSFIELD, CA 93305

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
 EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
 This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
 If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 17, 2019

*Colleen Kirk* _____ , Agent
(Signature)
Our Reference: (L885063) 2636465

<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW AND CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
6111 BOLLINGER CANYON ROAD
SAN RAMON, CA  94583

Re:      1 - UNION AND MONTER
         243 W MONTEREY ST
         BAKERSFIELD, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

         If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 17, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885063 2636465

NCS[CA885063S3]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2178 41



Pacific Gas and Electric Company
6111 Bollinger Canyon Road
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

Pacific Gas and Electric Company
3401 Crow and Canyon Road
San Ramon CA 94583

Pacific Gas and Electric Company
C\O Linda Y.H. Cheng
C\O 77 Beale Street 24th Floor
San Francisco CA 94105

Pacific Gas and Electric Company
6111 Bollinger Canyon Road
San Ramon CA 94583



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. *This is NOT a Lien* but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to *HercPreliminaryNotices@HercRentals.com*.

Sincerely,

HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
Contact: MR. DOUGLAS FORHECZ
Telephone: (239) 301 - 1444

File (L885063) 2636465

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
## IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW AND CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y.H. CHENG
C/O 77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105

PACIFIC GAS AND ELECTRIC COMPANY
6111 BOLLINGER CANYON ROAD
SAN RAMON, CA 94583

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$2,295.00

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets.

$2,295.00

---

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

1 - UNION AND MONTER
243 W MONTEREY ST
BAKERSFIELD, CA 93305

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL**, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 17, 2019

*Colleen Kirk*                                        , Agent
(Signature)
Our Reference: (L885063) 2636465

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW AND CANYON ROAD
SAN RAMON, CA 94583


PACIFIC GAS AND ELECTRIC COMPANY
6111 BOLLINGER CANYON ROAD
SAN RAMON, CA   94583

Re:     1 - UNION AND MONTER
        243 W MONTEREY ST
        BAKERSFIELD, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 17, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885063 2636465

NCS[CA885144OW]B0
729 Miner Road
Cleveland OH 44143

USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2444 65



PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

**Distribution List**

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.

Sincerely,

HERC RENTALS INC.
1333 ALTANTIC ST.
UNION CITY, CA 94587
Contact:  MS. NICOLE ARENAL
Telephone:  (239) 301 - 1445

File (L885144) 2636465

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$6,304.38

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$6,304.38

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
1333 ALTANTIC ST.
UNION CITY, CA 94587
(MS. NICOLE ARENAL at (239) 301 - 1445)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

2 - CINNABAR SUBSTATION
308 STOCKTON AVE
SAN JOSE, CA 95126

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 22, 2019

*Colleen Kirk* _____, Agent
(Signature)
Our Reference: (L885144) 2636465

<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

Re:    2 - CINNABAR SUBSTATION
       308 STOCKTON AVE
       SAN JOSE, CA

HERC RENTALS INC., 1333 ALTANTIC ST., UNION CITY, CA 94587 is furnishing materials and/or labor in connection with the above project. It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file. Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L885144 2636465

NCS[CA885253OW]B0
729 Miner Road
Cleveland OH 44143



USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2446 25



PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

**Distribution List**

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*1333 ALTANTIC ST.*
*UNION CITY, CA 94587*
*Contact:  MS. NICOLE ARENAL*
*Telephone:  (239) 301 - 1445*

*File (L885253) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
### USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

**OWNER**   **or**   **PUBLIC AGENCY**
(Or Reputed Owner)     **AND DISBURSING OFFICE**
(On Private Work)     (On Public Work)

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$104.26

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$104.26

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
1333 ALTANTIC ST.
UNION CITY, CA 94587
(MS. NICOLE ARENAL at (239) 301 - 1445)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

2 - HAYWARD JOB
INVESTMENT BLVD AND EDEN LANDING RD
HAYWARD, CA 94540

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
    **EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL,** if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
    This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
    If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 22, 2019

*Colleen Kirk* _____, Agent
(Signature)
Our Reference: (L885253) 2636465

<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

Re:     2 - HAYWARD JOB
        INVESTMENT BLVD AND EDEN LANDING RD
        HAYWARD, CA

HERC RENTALS INC., 1333 ALTANTIC ST., UNION CITY, CA 94587 is furnishing materials and/or labor in connection with the above
project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly
identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

        If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an
        ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper
file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L885253 2636465

NCS[CA885052OW]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2129 21



Pacific Gas and Electric Company
3401 Crow Canyon RD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

Pacific Gas and Electric Company
3401 Crow Canyon RD
San Ramon CA 94583

Pacific Gas and Electric Company
C\O Linda Y. H. Cheng
77 Beale Street 24th Floor
San Francisco CA 94105