

To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.

Sincerely,

HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
Contact:  MR. DOUGLAS FORHECZ
Telephone:  (239) 301 - 1444

File (L885052) 2636465

# PRELIMINARY NOTICE CALIFORNIA
### USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON RD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y. H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA   94105

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$3,260.00

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$3,260.00

---

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm -- sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

2 - PARADISE - PARAD
5630 CLARK ROAD
PARADISE, CA 95969

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
    **EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL**, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property.  Foreclosure of the lien may lead to loss of all or part of your property.  You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
    This notice is required by law to be served by the undersigned as a statement of your legal rights.  This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
    If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice.  The notice must be sent by registered or certified mail.  Failure to send the notice will extend the deadline to record a claim of lien.  You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 16, 2019

*Colleen Kirk*                                    , Agent
(Signature)
Our Reference:  (L885052) 2636465

<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON RD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y. H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA  94105

Re:    2 - PARADISE - PARAD
       5630 CLARK ROAD
       PARADISE, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:



Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

      If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 16, 2019

*Colleen Kirk*

Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L885052 2636465

NCS[CA885052S3]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2129 38



Pacific Gas and Electric Company
C\O Linda Y. H. Cheng
77 Beale Street 24th Floor
San Francisco CA 94105

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

Pacific Gas and Electric Company
3401 Crow Canyon RD
San Ramon CA 94583

Pacific Gas and Electric Company
C\O Linda Y. H. Cheng
77 Beale Street 24th Floor
San Francisco CA 94105



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. _This is NOT a Lien_ but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to _HercPreliminaryNotices@HercRentals.com_.

Sincerely,

HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
Contact:  MR. DOUGLAS FORHECZ
Telephone:  (239) 301 - 1444

File (L885052) 2636465

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
## IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON RD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y. H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA  94105

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$3,260.00

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$3,260.00

---

**YOU ARE HEREBY NOTIFIED THAT…**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

2 - PARADISE - PARAD
5630 CLARK ROAD
PARADISE, CA 95969

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.

This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 16, 2019

*Colleen Kirk*                                    , Agent
(Signature)
Our Reference:  (L885052) 2636465

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON RD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y. H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA  94105

Re:     2 - PARADISE - PARAD
        5630 CLARK ROAD
        PARADISE, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:



Owner name:
Owner address:
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name:
Lender address:
Lender City _____ State _____ Zip _____

If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 16, 2019

*Colleen Kirk*

Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L885052 2636465

NCS[CA885037OW]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2104 60



Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C\O LINDA Y H. CHENG
77 BEALE STREET 24TH FLOOR
San Francisco CA 94105

Pacific Gas & Electric Co
1 Market Plz # 400
San Francisco CA 94105



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*27500 RIVERVIEW CENTER BLVD. STE. 100*
*BONITA SPRINGS, FL 34134*
*Contact: MR. DOUGLAS FORHECZ*
*Telephone: (239) 301 - 1444*

*File (L885037) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
**USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE**
**(PRIVATE AND PUBLIC WORK)**
**IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE**

### CONSTRUCTION LENDER
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| | | |
|---|---|---|
| **OWNER** | **or** | **PUBLIC AGENCY** |
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS & ELECTRIC CO
1 MARKET PLZ # 400
SAN FRANCISCO, CA  94105

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y.H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105

### DIRECT CONTRACTOR
(Or Reputed Direct Contractor)

### SUBCONTRACTOR
(Or Reputed Subcontractor)

### SUB-SUBCONTRACTOR
(Or Reputed Sub-Subcontractor)

### BOND COMPANY

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$6,620.99

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$6,620.99

---

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

2 - SHAFTER SUB - SH
FRESNO AVE & SCARONI AVE
AKA 29555 FRESNO AVE
SHAFTER, CA 93263

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL,** if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.

This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 16, 2019

*Colleen Kirk* _____, Agent
(Signature)
Our Reference:  (L885037) 2636465

<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583


PACIFIC GAS & ELECTRIC CO
1 MARKET PLZ # 400
SAN FRANCISCO, CA  94105

Re:    2 - SHAFTER SUB - SH
        FRESNO AVE & SCARONI AVE AKA 29555 FRESNO AVE
        SHAFTER, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

    If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 16, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885037 2636465

NCS[CA885037S2]B0
729 Miner Road
Cleveland OH 44143



**USPS CERTIFIED MAIL**



9214 8901 5273 7200 0007 2104 77



PACIFIC GAS AND ELECTRIC COMPANY
C\O LINDA Y.H. CHENG
77 BEALE STREET 24TH FLOOR
San Francisco CA 94105

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

**Distribution List**

Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C\O LINDA Y.H. CHENG
77 BEALE STREET 24TH FLOOR
San Francisco CA 94105

Pacific Gas & Electric Co
1 Market Plz # 400
San Francisco CA 94105



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*27500 RIVERVIEW CENTER BLVD. STE. 100*
*BONITA SPRINGS, FL 34134*
*Contact: MR. DOUGLAS FORHECZ*
*Telephone: (239) 301 - 1444*

*File (L885037) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
### USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS & ELECTRIC CO
1 MARKET PLZ # 400
SAN FRANCISCO, CA 94105

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y.H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$6,620.99

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$6,620.99

---

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

2 - SHAFTER SUB - SH
FRESNO AVE & SCARONI AVE
AKA 29555 FRESNO AVE
SHAFTER, CA 93263

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
 **EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL,** if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
 This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
 If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 16, 2019

*Colleen Kirk*
_____ , Agent
(Signature)
Our Reference: (L885037) 2636465

<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS & ELECTRIC CO
1 MARKET PLZ # 400
SAN FRANCISCO, CA  94105

Re:      2 - SHAFTER SUB - SH
         FRESNO AVE & SCARONI AVE AKA 29555 FRESNO AVE
         SHAFTER, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project. It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

       If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file. Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 16, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885037 2636465

NCS[CA885037S3]B0
729 Miner Road
Cleveland OH 44143



**USPS CERTIFIED MAIL**

9214 8901 5273 7200 0007 2104 84



Pacific Gas & Electric Co
1 Market Plz # 400
San Francisco CA 94105

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C\O LINDA Y.H. CHENG
77 BEALE STREET 24TH FLOOR
San Francisco CA 94105

Pacific Gas & Electric Co
1 Market Plz # 400
San Francisco CA 94105



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*27500 RIVERVIEW CENTER BLVD. STE. 100*
*BONITA SPRINGS, FL 34134*
*Contact: MR. DOUGLAS FORHECZ*
*Telephone: (239) 301 - 1444*

*File (L885037) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

**OWNER**   **or**   **PUBLIC AGENCY**
(Or Reputed Owner)     **AND DISBURSING OFFICE**
(On Private Work)     (On Public Work)

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS & ELECTRIC CO
1 MARKET PLZ # 400
SAN FRANCISCO, CA 94105

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y.H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$6,620.99

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$6,620.99

**YOU ARE HEREBY NOTIFIED THAT…**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

2 - SHAFTER SUB - SH
FRESNO AVE & SCARONI AVE
AKA 29555 FRESNO AVE
SHAFTER, CA 93263

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
    **EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL,** if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
    This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
    If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 16, 2019

*Colleen Kirk* _____, Agent
(Signature)
Our Reference: (L885037) 2636465

**REQUEST FOR INFORMATION**
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583


PACIFIC GAS & ELECTRIC CO
1 MARKET PLZ # 400
SAN FRANCISCO, CA   94105

Re:    2 - SHAFTER SUB - SH
       FRESNO AVE & SCARONI AVE AKA 29555 FRESNO AVE
       SHAFTER, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

    If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 16, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885037 2636465

NCS[CA885074OW]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2443 59



PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

**Distribution List**

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. _This is NOT a Lien_ but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to _HercPreliminaryNotices@HercRentals.com_.

Sincerely,

HERC RENTALS INC.
1333 ALTANTIC ST.
UNION CITY, CA 94587
Contact: MS. NICOLE ARENAL
Telephone: (239) 301 - 1445

File (L885074) 2636465

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

**OWNER** or **PUBLIC AGENCY**
(Or Reputed Owner) **AND DISBURSING OFFICE**
(On Private Work) (On Public Work)

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$305.20

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$305.20

**YOU ARE HEREBY NOTIFIED THAT…**
HERC RENTALS INC.
1333 ALTANTIC ST.
UNION CITY, CA 94587
(MS. NICOLE ARENAL at (239) 301 - 1445)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

3 - AMES SUBSTATION
MOFFETT BLVD
MOUNTAIN VIEW, CA 94035

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 22, 2019

*Colleen Kirk*                                    , Agent
(Signature)
Our Reference: (L885074) 2636465

<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

Re:   3 - AMES SUBSTATION
      MOFFETT BLVD
      MOUNTAIN VIEW, CA

HERC RENTALS INC., 1333 ALTANTIC ST. , UNION CITY, CA 94587 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

     If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885074 2636465

NCS[CA884998OW]B0
729 Miner Road
Cleveland OH 44143



USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2127 47



Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C\O LINDA Y.H. CHENG
77 BEALE STREET 24TH FLOOR
San Francisco CA 94105

Tesoro Refining and Marketing
PO BOX 592809
San Antonio TX 78259



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. *This is NOT a Lien* but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to *HercPreliminaryNotices@HercRentals.com*.

Sincerely,

HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
Contact: MR. DOUGLAS FORHECZ
Telephone: (239) 301 - 1444

File (L884998) 2636465

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
## IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y.H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA  94105

TESORO REFINING AND MARKETING
PO BOX 592809
SAN ANTONIO, TX  78259

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$4,767.94

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$4,767.94

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

3 - EMERGENCY/STORM
5734 CLARK ROAD
PARADISE, CA 95969

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
    EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
    This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
    If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 16, 2019

*Colleen Kirk*                                    , Agent
(Signature)
Our Reference:  (L884998) 2636465

## REQUEST FOR INFORMATION
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

TESORO REFINING AND MARKETING
PO BOX 592809
SAN ANTONIO, TX  78259

Re:     3 - EMERGENCY/STORM
        5734 CLARK ROAD
        PARADISE, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 16, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax: 440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L884998 2636465

NCS[CA884998S2]B0
729 Miner Road
Cleveland OH 44143



**USPS CERTIFIED MAIL**

9214 8901 5273 7200 0007 2127 54



PACIFIC GAS AND ELECTRIC COMPANY
C\O LINDA Y.H. CHENG
77 BEALE STREET 24TH FLOOR
San Francisco CA 94105

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C\O LINDA Y.H. CHENG
77 BEALE STREET 24TH FLOOR
San Francisco CA 94105

Tesoro Refining and Marketing
PO BOX 592809
San Antonio TX 78259



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*27500 RIVERVIEW CENTER BLVD. STE. 100*
*BONITA SPRINGS, FL 34134*
*Contact:  MR. DOUGLAS FORHECZ*
*Telephone:  (239) 301 - 1444*

*File (L884998) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
**USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE**
**(PRIVATE AND PUBLIC WORK)**
**IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE**

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

**OWNER    or    PUBLIC AGENCY**
(Or Reputed Owner)        **AND DISBURSING OFFICE**
(On Private Work)        (On Public Work)

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y.H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA   94105

TESORO REFINING AND MARKETING
PO BOX 592809
SAN ANTONIO, TX   78259

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$4,767.94

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$4,767.94

**YOU ARE HEREBY NOTIFIED THAT…**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

3 - EMERGENCY/STORM
5734 CLARK ROAD
PARADISE, CA 95969

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL**, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 16, 2019

*Colleen Kirk*                                    , Agent
(Signature)
Our Reference:  (L884998) 2636465

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

TESORO REFINING AND MARKETING
PO BOX 592809
SAN ANTONIO, TX  78259

Re:     3 - EMERGENCY/STORM
        5734 CLARK ROAD
        PARADISE, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

    If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 16, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L884998 2636465

NCS[CA884998S3]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2127 61



Tesoro Refining and Marketing
PO BOX 592809
San Antonio TX 78259

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C\O LINDA Y.H. CHENG
77 BEALE STREET 24TH FLOOR
San Francisco CA 94105

Tesoro Refining and Marketing
PO BOX 592809
San Antonio TX 78259



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*27500 RIVERVIEW CENTER BLVD. STE. 100*
*BONITA SPRINGS, FL 34134*
*Contact:  MR. DOUGLAS FORHECZ*
*Telephone:  (239) 301 - 1444*

*File (L884998) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
**USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE**
**(PRIVATE AND PUBLIC WORK)**
**IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE**

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

**OWNER or PUBLIC AGENCY**
(Or Reputed Owner)   **AND DISBURSING OFFICE**
(On Private Work)   (On Public Work)

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y.H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105

TESORO REFINING AND MARKETING
PO BOX 592809
SAN ANTONIO, TX 78259

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$4,767.94

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$4,767.94

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

3 - EMERGENCY/STORM
5734 CLARK ROAD
PARADISE, CA 95969

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL,** if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 16, 2019

*Colleen Kirk* , Agent
(Signature)
Our Reference: (L884998) 2636465

## REQUEST FOR INFORMATION
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

TESORO REFINING AND MARKETING
PO BOX 592809
SAN ANTONIO, TX 78259

Re:     3 - EMERGENCY/STORM
        5734 CLARK ROAD
        PARADISE, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project. It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

    If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file. Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 16, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH 44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L884998 2636465

NCS[CA885249OW]B0
729 Miner Road
Cleveland OH 44143

USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2445 88



PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*1695 N 4TH ST.*
*SAN JOSE, CA 95112*
*Contact:  MS. NICOLE ARENAL*
*Telephone:  (239) 301 - 1445*

*File (L885249) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

**OWNER   or   PUBLIC AGENCY**
(Or Reputed Owner)      **AND DISBURSING OFFICE**
(On Private Work)        (On Public Work)

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$835.77

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$835.77

**YOU ARE HEREBY NOTIFIED THAT…**
HERC RENTALS INC.
1695 N 4TH ST.
SAN JOSE, CA 95112
(MS. NICOLE ARENAL at (239) 301 - 1445)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

3 - HOUSE
1417 VINCI PARK WAY
SAN JOSE, CA 95131

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 22, 2019

*Colleen Kirk* , Agent
(Signature)
Our Reference:  (L885249) 2636465

<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

Re:    3 - HOUSE
       1417 VINCI PARK WAY
       SAN JOSE, CA

HERC RENTALS INC., 1695 N 4TH ST., SAN JOSE, CA 95112 is furnishing materials and/or labor in connection with the above project. It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

    If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file. Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH 44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L885249 2636465

NCS[CA885141OW]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2444 41



PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

**Distribution List**

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*6315 SNOW RD.*
*BAKERSFIELD, CA 93308*
*Contact:  MS. NICOLE ARENAL*
*Telephone:  (239) 301 - 1445*

*File (L885141) 2636465*

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$412.92

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$412.92

**YOU ARE HEREBY NOTIFIED THAT…**
HERC RENTALS INC.
6315 SNOW RD.
BAKERSFIELD, CA 93308
(MS. NICOLE ARENAL at (239) 301 - 1445)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

4 - BAKERSFIELD - BA
4101 WIBLE RD
BAKERSFIELD, CA 93313

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
  EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
  This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
  If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 22, 2019

*Colleen Kirk* , Agent
(Signature)
Our Reference: (L885141) 2636465

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

Re:     4 - BAKERSFIELD - BA
        4101 WIBLE RD
        BAKERSFIELD, CA

HERC RENTALS INC., 6315 SNOW RD., BAKERSFIELD, CA 93308 is furnishing materials and/or labor in connection with the above project. It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

    If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file. Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 22, 2019

_____
Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885141 2636465

NCS[CA885246OW]B0
729 Miner Road
Cleveland OH 44143



USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2445 40



PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

**Distribution List**

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*3057 S GOLDEN STATE FRONTAGE RD*
*FRESNO, CA 93725*
*Contact:  MS. NICOLE ARENAL*
*Telephone:  (239) 301 - 1445*

*File (L885246) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

**OWNER** or **PUBLIC AGENCY**
(Or Reputed Owner) **AND DISBURSING OFFICE**
(On Private Work) (On Public Work)

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$1,695.21

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$1,695.21

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
3057 S GOLDEN STATE FRONTAGE RD
FRESNO, CA 93725
(MS. NICOLE ARENAL at (239) 301 - 1445)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

4 - FRESNO
MALAGA SUB WILLOW AND NORTH AVE
FRESNO, CA 93650

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
   **EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL,** if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
   This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
   If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 22, 2019

*Colleen Kirk* , Agent
(Signature)
Our Reference: (L885246) 2636465

REQUEST FOR INFORMATION
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

Re:      4 - FRESNO
         MALAGA SUB WILLOW AND NORTH AVE
         FRESNO, CA

HERC RENTALS INC., 3057 S GOLDEN STATE FRONTAGE RD, FRESNO, CA 93725 is furnishing materials and/or labor in connection with the above project. It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

     If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file. Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885246 2636465

NCS[CA885247OW]B0
729 Miner Road
Cleveland OH 44143



USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2445 57



PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*901 STILLWATER RD.*
*WEST SACRAMENTO, CA 95605*
*Contact:  MS. NICOLE ARENAL*
*Telephone:  (239) 301 - 1445*

*File (L885247) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** or | **PUBLIC AGENCY** |
|---|---|
| (Or Reputed Owner) | **AND DISBURSING OFFICE** |
| (On Private Work) | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$1,662.38

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$1,662.38

**YOU ARE HEREBY NOTIFIED THAT…**
HERC RENTALS INC.
901 STILLWATER RD.
WEST SACRAMENTO, CA 95605
(MS. NICOLE ARENAL at (239) 301 - 1445)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

4 - KNIGHTS LANDING SUBSTATION
KNIGHTS LANDING SUBSTATION
KNIGHTS LANDING, CA 95645

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL**, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 22, 2019

*Colleen Kirk*                                    , Agent
(Signature)
Our Reference: (L885247) 2636465

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

Re:    4 - KNIGHTS LANDING SUBSTATION
        KNIGHTS LANDING SUBSTATION
        KNIGHTS LANDING, CA

HERC RENTALS INC., 901 STILLWATER RD., WEST SACRAMENTO, CA 95605 is furnishing materials and/or labor in connection with the above project. It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file. Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH 44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L885247 2636465

NCS[CA885042OW]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2441 20



PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
Po Box 7054
San Francisco CA 94120



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*27500 RIVERVIEW CENTER BLVD. STE. 100*
*BONITA SPRINGS, FL 34134*
*Contact: MR. DOUGLAS FORHECZ*
*Telephone: (239) 301 - 1444*

*File (L885042) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

**OWNER** or **PUBLIC AGENCY**
(Or Reputed Owner) **AND DISBURSING OFFICE**
(On Private Work) (On Public Work)

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
PO BOX 7054
SAN FRANCISCO, CA 94120

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$1,079.59

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$1,079.59

---

**YOU ARE HEREBY NOTIFIED THAT…**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

4 - MISSION STREET S
66 8TH STREET
SAN FRANCISCO, CA 94103

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.

This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 22, 2019

_Colleen Kirk_ , Agent
(Signature)
Our Reference: (L885042) 2636465

<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
PO BOX 7054
SAN FRANCISCO, CA  94120

Re:      4 - MISSION STREET S
         66 8TH STREET
         SAN FRANCISCO, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

     If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L885042 2636465

NCS[CA885042S3]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2441 37



PACIFIC GAS AND ELECTRIC COMPANY
Po Box 7054
San Francisco CA 94120

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
Po Box 7054
San Francisco CA 94120



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. _This is NOT a Lien_ but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to HercPreliminaryNotices@HercRentals.com.

Sincerely,

HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
Contact: MR. DOUGLAS FORHECZ
Telephone: (239) 301 - 1444

File (L885042) 2636465

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

**OWNER   or   PUBLIC AGENCY**
(Or Reputed Owner)        **AND DISBURSING OFFICE**
(On Private Work)         (On Public Work)

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
PO BOX 7054
SAN FRANCISCO, CA  94120

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$1,079.59

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$1,079.59

**YOU ARE HEREBY NOTIFIED THAT…**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

4 - MISSION STREET S
66 8TH STREET
SAN FRANCISCO, CA 94103

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
   EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property.  Foreclosure of the lien may lead to loss of all or part of your property.  You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
   This notice is required by law to be served by the undersigned as a statement of your legal rights.  This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
   If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice.  The notice must be sent by registered or certified mail.  Failure to send the notice will extend the deadline to record a claim of lien.  You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)):  The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 22, 2019

*Colleen Kirk*                                          , Agent
(Signature)
Our Reference:  (L885042) 2636465

<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
PO BOX 7054
SAN FRANCISCO, CA 94120

Re:     4 - MISSION STREET S
        66 8TH STREET
        SAN FRANCISCO, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project. It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

       If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file. Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH 44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L885042 2636465

NCS[CA885066OW]B0
729 Miner Road
Cleveland OH 44143



USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2178 58



Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

**Distribution List**

Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

Pacific Gas and Electric Company
C\O Linda Y.H. Cheng
77 Beale Street 24th Floor
San Francisco CA 94105



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. _This is NOT a Lien_ but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to _HercPreliminaryNotices@HercRentals.com_.

Sincerely,

HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
Contact: MR. DOUGLAS FORHECZ
Telephone: (239) 301 - 1444

File (L885066) 2636465

# PRELIMINARY NOTICE CALIFORNIA
### USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y.H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$5,050.00

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$5,050.00

---

**YOU ARE HEREBY NOTIFIED THAT…**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

4 - WEST POINT POWER
25406 HAGERMAN ROAD
PIONEER, CA 95666

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.

This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 17, 2019

*Colleen Kirk* , Agent
(Signature)
Our Reference: (L885066) 2636465

<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y.H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA  94105

Re:     4 - WEST POINT POWER
        25406 HAGERMAN ROAD
        PIONEER, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

        If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 17, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885066 2636465

NCS[CA885066S3]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2178 65



Pacific Gas and Electric Company
C\O Linda Y.H. Cheng
77 Beale Street 24th Floor
San Francisco CA 94105

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

Pacific Gas and Electric Company
C\O Linda Y.H  Cheng
77 Beale Street 24th Floor
San Francisco CA 94105



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*27500 RIVERVIEW CENTER BLVD. STE. 100*
*BONITA SPRINGS, FL 34134*
*Contact: MR. DOUGLAS FORHECZ*
*Telephone: (239) 301 - 1444*

*File (L885066) 2636465*

# PRELIMINARY NOTICE CALIFORNIA

### USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y.H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$5,050.00

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$5,050.00

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

4 - WEST POINT POWER
25406 HAGERMAN ROAD
PIONEER, CA 95666

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.

This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 17, 2019

_Colleen Kirk_ , Agent
(Signature)
Our Reference: (L885066) 2636465

<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y.H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105

Re:     4 - WEST POINT POWER
          25406 HAGERMAN ROAD
          PIONEER, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:



Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 17, 2019

*Colleen Kirk*
Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH 44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L885066 2636465

NCS[CA885057OW]B0
729 Miner Road
Cleveland OH 44143



USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2177 66



Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

Pacific Gas and Electric Company
C\O Linda Y. H. Cheng
77 Beale Street 24th Floor
San Francisco CA 94105

Pacific Gas & Electric Co
1 Market Plz
#400
San Francisco CA 94105



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*27500 RIVERVIEW CENTER BLVD. STE. 100*
*BONITA SPRINGS, FL 34134*
*Contact: MR. DOUGLAS FORHECZ*
*Telephone: (239) 301 - 1444*

*File (L885057) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
### USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y. H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA  94105

PACIFIC GAS & ELECTRIC CO
1 MARKET PLZ
#400
SAN FRANCISCO, CA  94105

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$2,945.00

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$2,945.00

---

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

6 - RIO BRAVO SUBSTA
19430 BEECH AVE
SHAFTER, CA 93263

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 17, 2019

_Colleen Kirk_ _____, Agent
(Signature)
Our Reference:  (L885057) 2636465

<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS & ELECTRIC CO
1 MARKET PLZ
#400
SAN FRANCISCO, CA  94105

Re:     6 - RIO BRAVO SUBSTA
          19430 BEECH AVE
          SHAFTER, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

          If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 17, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885057 2636465

NCS[CA885057S2]B0
729 Miner Road
Cleveland OH 44143



**USPS CERTIFIED MAIL**



9214 8901 5273 7200 0007 2177 73



Pacific Gas and Electric Company
C\O Linda Y. H. Cheng
77 Beale Street 24th Floor
San Francisco CA 94105

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

Pacific Gas and Electric Company
C\O Linda Y. H. Cheng
77 Beale Street 24th Floor
San Francisco CA 94105

Pacific Gas & Electric Co
1 Market Plz
#400
San Francisco CA 94105



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. *This is NOT a Lien* but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to *HercPreliminaryNotices@HercRentals.com*.

Sincerely,

HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
Contact: MR. DOUGLAS FORHECZ
Telephone: (239) 301 - 1444

File (L885057) 2636465

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

**OWNER** or **PUBLIC AGENCY**
(Or Reputed Owner) **AND DISBURSING OFFICE**
(On Private Work) (On Public Work)

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y. H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105

PACIFIC GAS & ELECTRIC CO
1 MARKET PLZ
#400
SAN FRANCISCO, CA 94105

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$2,945.00

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$2,945.00

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

6 - RIO BRAVO SUBSTA
19430 BEECH AVE
SHAFTER, CA 93263

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL**, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 17, 2019

*Colleen Kirk*
_____, Agent
(Signature)
Our Reference: (L885057) 2636465

REQUEST FOR INFORMATION

Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS & ELECTRIC CO
1 MARKET PLZ
#400
SAN FRANCISCO, CA  94105

Re:    6 - RIO BRAVO SUBSTA
       19430 BEECH AVE
       SHAFTER, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 17, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax: 440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885057 2636465



NCS[CA885057S3]B0
729 Miner Road
Cleveland OH 44143

9214 8901 5273 7200 0007 2177 80



Pacific Gas & Electric Co
1 Market Plz
#400
San Francisco CA 94105

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

Pacific Gas and Electric Company
C\O Linda Y. H. Cheng
77 Beale Street 24th Floor
San Francisco CA 94105

Pacific Gas & Electric Co
1 Market Plz
#400
San Francisco CA 94105



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. *This is NOT a Lien* but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to *HercPreliminaryNotices@HercRentals.com*.

Sincerely,

HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
Contact:  MR. DOUGLAS FORHECZ
Telephone:  (239) 301 - 1444

File (L885057) 2636465

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
## IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

**OWNER** or **PUBLIC AGENCY**
(Or Reputed Owner)      **AND DISBURSING OFFICE**
(On Private Work)      (On Public Work)

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y. H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA  94105

PACIFIC GAS & ELECTRIC CO
1 MARKET PLZ
#400
SAN FRANCISCO, CA  94105

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$2,945.00

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$2,945.00

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

6 - RIO BRAVO SUBSTA
19430 BEECH AVE
SHAFTER, CA 93263

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 17, 2019

_Colleen Kirk_ _____, Agent
(Signature)
Our Reference:  (L885057) 2636465

<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583


PACIFIC GAS & ELECTRIC CO
1 MARKET PLZ
#400
SAN FRANCISCO, CA 94105

Re:     6 - RIO BRAVO SUBSTA
        19430 BEECH AVE
        SHAFTER, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project. It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

     If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file. Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 17, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH 44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L885057 2636465

NCS[CA885162OW]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2445 19



PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

**Distribution List**

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583