

*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*435 S VAN NESS AVE.*
*SAN FRANCISCO, CA 94103*
*Contact: MS. NICOLE ARENAL*
*Telephone: (239) 301 - 1445*

*File (L885162) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
## IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$379.75

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$379.75

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
435 S VAN NESS AVE.
SAN FRANCISCO, CA 94103
(MS. NICOLE ARENAL at (239) 301 - 1445)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

12- EMBARCADERO SUBS
405 FOLSOM ST
SAN FRANCISCO, CA 94105

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 22, 2019

*Colleen Kirk* , Agent
(Signature)
Our Reference: (L885162) 2636465

<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

Re:  12- EMBARCADERO SUBS
     405 FOLSOM ST
     SAN FRANCISCO, CA

HERC RENTALS INC., 435 S VAN NESS AVE., SAN FRANCISCO, CA 94103 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

     If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L885162 2636465

NCS[CA884995OW]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2440 45



PACIFIC GAS AND ELECTRIC COMPANY
3401 Crow Canyon Road
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more
information.  If you have any additional questions, please email Carrie Jones
cjones@ncscredit.com.

**Distribution List**

PACIFIC GAS AND ELECTRIC COMPANY
3401 Crow Canyon Road
San Ramon CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
Po Box 770000
San Francisco CA 94177



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*27500 RIVERVIEW CENTER BLVD. STE. 100*
*BONITA SPRINGS, FL 34134*
*Contact: MR. DOUGLAS FORHECZ*
*Telephone: (239) 301 - 1444*

*File (L884995) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
### USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
PO BOX 770000
SAN FRANCISCO, CA 94177

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$2,681.25

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$2,681.25

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

13- TABLE MOUNTAIN S
945 COTTONWOOD RD
OROVILLE, CA 95965

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

### NOTICE TO PROPERTY OWNER
**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.**
     This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
     If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 22, 2019

*Colleen Kirk*                                            , Agent
(Signature)
Our Reference: (L884995) 2636465

**REQUEST FOR INFORMATION**
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
PO BOX 770000
SAN FRANCISCO, CA  94177

Re:    13- TABLE MOUNTAIN S
       945 COTTONWOOD RD
       OROVILLE, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

   If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 22, 2019

*Colleen Kirk*

Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L884995 2636465

NCS[CA884995S3]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2440 52



PACIFIC GAS AND ELECTRIC COMPANY
Po Box 770000
San Francisco CA 94177

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 Crow Canyon Road
San Ramon CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
Po Box 770000
San Francisco CA 94177



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. *This is NOT a Lien* but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to HercPreliminaryNotices@HercRentals.com.

Sincerely,

HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
Contact: MR. DOUGLAS FORHECZ
Telephone: (239) 301 - 1444

File (L884995) 2636465

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
## IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
PO BOX 770000
SAN FRANCISCO, CA  94177

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$2,681.25

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$2,681.25

**YOU ARE HEREBY NOTIFIED THAT…**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

13- TABLE MOUNTAIN S
945 COTTONWOOD RD
OROVILLE, CA 95965

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

### NOTICE TO PROPERTY OWNER
**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL,** if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.

This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 22, 2019

_Colleen Kirk_____, Agent
(Signature)
Our Reference:  (L884995) 2636465

**REQUEST FOR INFORMATION**
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
PO BOX 770000
SAN FRANCISCO, CA 94177

Re:     13- TABLE MOUNTAIN S
         945 COTTONWOOD RD
         OROVILLE, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project. It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:



Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

        If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file. Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 22, 2019

*Colleen Kik*
Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH 44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L884995 2636465

NCS[CA884986OW]B0
729 Miner Road
Cleveland OH 44143



USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2126 93



Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

Pacific Gas and Electric Company
C\O Linda Y. H. Cheng
77 Beale Street 24th Floor
San Francisco CA 94105

Pacific Gas & Electric
1 Market Spear Tower S
San Francisco CA 94105



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. *This is NOT a Lien* but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to HercPreliminaryNotices@HercRentals.com.

Sincerely,

HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
Contact: MR. DOUGLAS FORHECZ
Telephone: (239) 301 - 1444

File (L884986) 2636465

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
## IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y. H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA  94105

PACIFIC GAS & ELECTRIC
1 MARKET SPEAR TOWER S
SAN FRANCISCO, CA  94105

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$415.00

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$415.00

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

16- SUBSTATION - SUB
200 ANDERSON ROAD
NAPA, CA 94558

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

### NOTICE TO PROPERTY OWNER
**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL**, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.

This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 16, 2019

*Colleen Kirk* _____ , Agent
(Signature)
Our Reference:  (L884986) 2636465

REQUEST FOR INFORMATION
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583


PACIFIC GAS & ELECTRIC
1 MARKET SPEAR TOWER S
SAN FRANCISCO, CA  94105

Re:    16- SUBSTATION - SUB
        200 ANDERSON ROAD
        NAPA, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

        If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 16, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com


Our Ref# L884986 2636465

NCS[CA884986S2]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2127 09



Pacific Gas and Electric Company
C\O Linda Y. H. Cheng
77 Beale Street 24th Floor
San Francisco CA 94105

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

### Distribution List

Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

Pacific Gas and Electric Company
C\O Linda Y. H. Cheng
77 Beale Street 24th Floor
San Francisco CA 94105

Pacific Gas & Electric
1 Market Spear Tower S
San Francisco CA 94105



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. *This is NOT a Lien* but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to HercPreliminaryNotices@HercRentals.com.

Sincerely,

HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
Contact: MR. DOUGLAS FORHECZ
Telephone: (239) 301 - 1444

File (L884986) 2636465

# PRELIMINARY NOTICE CALIFORNIA
### USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | or | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y. H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105

PACIFIC GAS & ELECTRIC
1 MARKET SPEAR TOWER S
SAN FRANCISCO, CA 94105

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$415.00

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$415.00

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

16- SUBSTATION - SUB
200 ANDERSON ROAD
NAPA, CA 94558

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL**, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 16, 2019

*Colleen Kirk* , Agent
(Signature)
Our Reference: (L884986) 2636465

**REQUEST FOR INFORMATION**
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS & ELECTRIC
1 MARKET SPEAR TOWER S
SAN FRANCISCO, CA  94105

Re:     16- SUBSTATION - SUB
        200 ANDERSON ROAD
        NAPA, CA



HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 16, 2019

*Colleen Kirk*
Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L884986 2636465

NCS[CA884986S3]B0
729 Miner Road
Cleveland OH 44143



USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2127 16



Pacific Gas & Electric
1 Market Spear Tower S
San Francisco CA 94105

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

Pacific Gas and Electric Company
C\O Linda Y. H. Cheng
77 Beale Street 24th Floor
San Francisco CA 94105

Pacific Gas & Electric
1 Market Spear Tower S
San Francisco CA 94105



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. *This is NOT a Lien* but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to *HercPreliminaryNotices@HercRentals.com*.

Sincerely,

HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
Contact: MR. DOUGLAS FORHECZ
Telephone: (239) 301 - 1444

File (L884986) 2636465

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y. H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105

PACIFIC GAS & ELECTRIC
1 MARKET SPEAR TOWER S
SAN FRANCISCO, CA 94105

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$415.00

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$415.00

**YOU ARE HEREBY NOTIFIED THAT…**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

16- SUBSTATION - SUB
200 ANDERSON ROAD
NAPA, CA 94558

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL,** if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 16, 2019

*Colleen Kirk* _____, Agent
(Signature)
Our Reference: (L884986) 2636465

REQUEST FOR INFORMATION
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583


PACIFIC GAS & ELECTRIC
1 MARKET SPEAR TOWER S
SAN FRANCISCO, CA  94105

Re:     16- SUBSTATION - SUB
        200 ANDERSON ROAD
        NAPA, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

> If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 16, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax: 440-461-6202
Email: cjones@ncscredit.com


Our Ref# L884986 2636465

NCS[CA885071OW]B0
729 Miner Road
Cleveland OH 44143



USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2443 11



PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

COUNTY OF SAN MATEO
455 County Ctr
Redwood City CA 94063



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. *This is NOT a Lien* but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to *HercPreliminaryNotices@HercRentals.com*.

Sincerely,

HERC RENTALS INC.
1333 ALTANTIC ST.
UNION CITY, CA 94587
Contact: MS. NICOLE ARENAL
Telephone: (239) 301 - 1445

File (L885071) 2636465

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

COUNTY OF SAN MATEO
455 COUNTY CTR
REDWOOD CITY, CA   94063

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$139.52

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$139.52

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
1333 ALTANTIC ST.
UNION CITY, CA 94587
(MS. NICOLE ARENAL at (239) 301 - 1445)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

22- SAN MATEO SUBSTATION
1600 E POPLAR AVE
SAN MATEO, CA 94401

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
    **EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL,** if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property.  Foreclosure of the lien may lead to loss of all or part of your property.  You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
    This notice is required by law to be served by the undersigned as a statement of your legal rights.  This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
    If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice.  The notice must be sent by registered or certified mail.  Failure to send the notice will extend the deadline to record a claim of lien.  You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)):  The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 22, 2019

_Colleen Kirk_                                        , Agent
(Signature)
Our Reference:  (L885071) 2636465

<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

COUNTY OF SAN MATEO
455 COUNTY CTR
REDWOOD CITY, CA  94063

Re:    22- SAN MATEO SUBSTATION
       1600 E POPLAR AVE
       SAN MATEO, CA

HERC RENTALS INC., 1333 ALTANTIC ST., UNION CITY, CA 94587 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885071 2636465

NCS[CA885071S3]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2443 28



COUNTY OF SAN MATEO
455 County Ctr
Redwood City CA 94063

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

COUNTY OF SAN MATEO
455 County Ctr
Redwood City CA 94063



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. _This is NOT a Lien_ but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to _HercPreliminaryNotices@HercRentals.com_.

Sincerely,

HERC RENTALS INC.
1333 ALTANTIC ST.
UNION CITY, CA 94587
Contact: MS. NICOLE ARENAL
Telephone: (239) 301 - 1445

File (L885071) 2636465

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

**OWNER    or    PUBLIC AGENCY**
(Or Reputed Owner)          **AND DISBURSING OFFICE**
(On Private Work)          (On Public Work)

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

COUNTY OF SAN MATEO
455 COUNTY CTR
REDWOOD CITY, CA   94063

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$139.52

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$139.52

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
1333 ATLANTIC ST.
UNION CITY, CA 94587
(MS. NICOLE ARENAL at (239) 301 - 1445)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

22- SAN MATEO SUBSTATION
1600 E POPLAR AVE
SAN MATEO, CA 94401

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
   **EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL,** if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
   This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
   If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 22, 2019

*Colleen Kirk*                                      , Agent
(Signature)
Our Reference:  (L885071) 2636465

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

COUNTY OF SAN MATEO
455 COUNTY CTR
REDWOOD CITY, CA 94063

Re:     22- SAN MATEO SUBSTATION
        1600 E POPLAR AVE
        SAN MATEO, CA

HERC RENTALS INC., 1333 ALTANTIC ST., UNION CITY, CA 94587 is furnishing materials and/or labor in connection with the above project. It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

        If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file. Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH 44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L885071 2636465

NCS[CA885038OW]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2441 06



PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. _This is NOT a Lien_ but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to _HercPreliminaryNotices@HercRentals.com_.

Sincerely,

HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
Contact:  MR. DOUGLAS FORHECZ
Telephone:  (239) 301 - 1444

File (L885038) 2636465

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** or | **PUBLIC AGENCY** |
|---|---|
| (Or Reputed Owner) | **AND DISBURSING OFFICE** |
| (On Private Work) | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$1,685.63

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$1,685.63

---

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

29- MARTIN SUBSTATION
3150 GENEVA AVENUE
BRISBANE, CA 94005

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.

This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 22, 2019

*Colleen Kirk* , Agent
(Signature)
Our Reference: (L885038) 2636465

<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

Re:     29- MARTIN SUBSTATION
        3150 GENEVA AVENUE
        BRISBANE, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

        If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L885038 2636465

NCS[CA885035OW]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2103 47



Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

Pacific Gas and Electric Company
C\O Linda Y.H. Cheng
77 Beale Street 24th Floor
San Francisco CA 94105

City of Auburn
1225 Lincoln Way
Auburn CA 95603



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. _This is NOT a Lien_ but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to _HercPreliminaryNotices@HercRentals.com_.

Sincerely,

HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
Contact: MR. DOUGLAS FORHECZ
Telephone: (239) 301 - 1444

File (L885035) 2636465

# PRELIMINARY NOTICE CALIFORNIA
### USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y.H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA   94105

CITY OF AUBURN
1225 LINCOLN WAY
AUBURN, CA   95603

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$3,029.82

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$3,029.82

---

**YOU ARE HEREBY NOTIFIED THAT…**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

42- LINE WORK - LINE
12840 BILL CLARK WAY
AUBURN, CA 95602

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 16, 2019

_Colleen Kirk_                                        , Agent
(Signature)
Our Reference:  (L885035) 2636465

REQUEST FOR INFORMATION
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y.H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA   94105

Re:    42- LINE WORK - LINE
       12840 BILL CLARK WAY
       AUBURN, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 16, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L885035 2636465

NCS[CA885035S2]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2103 54



City of Auburn
1225 Lincoln Way
Auburn CA 95603

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

City of Auburn
1225 Lincoln Way
Auburn CA 95603

Pacific Gas and Electric Company
C\O Linda Y.H. Cheng
77 Beale Street 24th Floor
San Francisco CA 94105



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. *This is NOT a Lien* but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to HercPreliminaryNotices@HercRentals.com.

Sincerely,

HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
Contact: MR. DOUGLAS FORHECZ
Telephone: (239) 301 - 1444

File (L885035) 2636465

# PRELIMINARY NOTICE CALIFORNIA
### USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y.H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA  94105

CITY OF AUBURN
1225 LINCOLN WAY
AUBURN, CA  95603

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$3,029.82

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$3,029.82

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

42- LINE WORK - LINE
12840 BILL CLARK WAY
AUBURN, CA 95602

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
**EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL,** if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 16, 2019

*Colleen Kirk*                                    , Agent
(Signature)
Our Reference:  (L885035) 2636465

<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y.H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA  94105

Re:    42- LINE WORK - LINE
       12840 BILL CLARK WAY
       AUBURN, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

    If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 16, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L885035 2636465

NCS[CA885035S3]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2103 61



Pacific Gas and Electric Company
C\O Linda Y.H. Cheng
77 Beale Street 24th Floor
San Francisco CA 94105

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

City of Auburn
1225 Lincoln Way
Auburn CA 95603

Pacific Gas and Electric Company
C\O Linda Y.H. Cheng
77 Beale Street 24th Floor
San Francisco CA 94105



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. *This is NOT a Lien* but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to HercPreliminaryNotices@HercRentals.com.

Sincerely,

HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
Contact: MR. DOUGLAS FORHECZ
Telephone: (239) 301 - 1444

File (L885035) 2636465

# PRELIMINARY NOTICE CALIFORNIA
### USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y.H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105

CITY OF AUBURN
1225 LINCOLN WAY
AUBURN, CA 95603

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$3,029.82

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$3,029.82

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm — sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

42- LINE WORK - LINE
12840 BILL CLARK WAY
AUBURN, CA 95602

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
   **EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL,** if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
   This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
   If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 16, 2019

_Colleen Kirk_ , Agent
(Signature)
Our Reference: (L885035) 2636465

**REQUEST FOR INFORMATION**
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y.H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105

Re:   42- LINE WORK - LINE
      12840 BILL CLARK WAY
      AUBURN, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project. It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file. Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:   JANUARY 16, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH 44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L885035 2636465

NCS[CA885069OW]B0
729 Miner Road
Cleveland OH 44143


## USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2442 81



PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. _This is NOT a Lien_ but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to _HercPreliminaryNotices@HercRentals.com_.

Sincerely,

HERC RENTALS INC.
1475 EASTSHORE HWY
BERKELEY, CA 94710
Contact: MS. NICOLE ARENAL
Telephone: (239) 301 - 1445

File (L885069) 2636465

# PRELIMINARY NOTICE CALIFORNIA
### USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$582.08

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$582.08

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
1475 EASTSHORE HWY
BERKELEY, CA 94710
(MS. NICOLE ARENAL at (239) 301 - 1445)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

51ST
51ST AND TELEGRAPH AVE
OAKLAND, CA 94609

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
    EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
    This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
    If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 22, 2019

*Colleen Kirk*                                    , Agent
(Signature)
Our Reference: (L885069) 2636465

REQUEST FOR INFORMATION
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

Re:     51ST
        51ST AND TELEGRAPH AVE
        OAKLAND, CA

HERC RENTALS INC., 1475 EASTSHORE HWY, BERKELEY, CA 94710 is furnishing materials and/or labor in connection with the above project. It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

> If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file. Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH 44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L885069 2636465

NCS[CA885251OW]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2446 18



PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

**Distribution List**

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. _This is NOT a Lien_ but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to _HercPreliminaryNotices@HercRentals.com_.

Sincerely,

HERC RENTALS INC.
1475 EASTSHORE HWY
BERKELEY, CA 94710
Contact:  MS. NICOLE ARENAL
Telephone:  (239) 301 - 1445

File (L885251) 2636465

## PRELIMINARY NOTICE CALIFORNIA
### USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
#### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$813.91

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$813.91

---

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
1475 EASTSHORE HWY
BERKELEY, CA 94710
(MS. NICOLE ARENAL at (239) 301 - 1445)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

77- LINE WORK
ATLAS RD AND GIANT HWY
RICHMOND, CA 94806

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.

This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 22, 2019

*Colleen Kirk* _____, Agent
(Signature)
Our Reference: (L885251) 2636465

REQUEST FOR INFORMATION
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

Re:    77- LINE WORK
       ATLAS RD AND GIANT HWY
       RICHMOND, CA

HERC RENTALS INC., 1475 EASTSHORE HWY, BERKELEY, CA 94710 is furnishing materials and/or labor in connection with the above project. It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

      If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file. Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH 44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L885251 2636465

NCS[CA885072OW]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2443 35



PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

### Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.

Sincerely,

HERC RENTALS INC.
1333 ALTANTIC ST.
UNION CITY, CA 94587
Contact:  MS. NICOLE ARENAL
Telephone:  (239) 301 - 1445

File (L885072) 2636465

## PRELIMINARY NOTICE CALIFORNIA
### USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
#### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$312.78

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$312.78

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
1333 ALTANTIC ST.
UNION CITY, CA 94587
(MS. NICOLE ARENAL at (239) 301 - 1445)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

96- PACIFIC GAS & ELECTRIC (ELECTRA POWER STATION)
19202 ELECTRA RD
JACKSON, CA 95642

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
  EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
  This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
  If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 22, 2019

*Colleen Kirk*                                      , Agent
(Signature)
Our Reference: (L885072) 2636465

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

Re:  96- PACIFIC GAS & ELECTRIC (ELECTRA POWER STATION)
     19202 ELECTRA RD
     JACKSON, CA

HERC RENTALS INC., 1333 ALTANTIC ST. , UNION CITY, CA 94587 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

     If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:  JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885072 2636465

NCS[CA885054OW]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2137 68



Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C\O LINDA Y.H. CHENG
77 BEALE STREET 24TH FLOOR
San Francisco CA 94105

Pacific Gas & Electric Co
PO BOX 770000
San Francisco CA 94177



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*27500 RIVERVIEW CENTER BLVD. STE. 100*
*BONITA SPRINGS, FL 34134*
*Contact:  MR. DOUGLAS FORHECZ*
*Telephone:  (239) 301 - 1444*

*File (L885054) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
## IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

**OWNER**   or   **PUBLIC AGENCY**
(Or Reputed Owner)      **AND DISBURSING OFFICE**
(On Private Work)       (On Public Work)

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y.H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105

PACIFIC GAS & ELECTRIC CO
PO BOX 770000
SAN FRANCISCO, CA 94177

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$3,651.87

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$3,651.87

**YOU ARE HEREBY NOTIFIED THAT…**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

294 PG&E YARD - PG&E
2226 VEATCH ST
OROVILLE, CA 95965

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.

This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 16, 2019

*Colleen Kirk* _____ , Agent
(Signature)
Our Reference: (L885054) 2636465

**REQUEST FOR INFORMATION**
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS & ELECTRIC CO
PO BOX 770000
SAN FRANCISCO, CA  94177

Re:     294 PG&E YARD - PG&E
        2226 VEATCH ST
        OROVILLE, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

        If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 16, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax:  440-461-6202
Email:  cjones@ncscredit.com

Our Ref# L885054 2636465

NCS[CA885054S2]B0
729 Miner Road
Cleveland OH 44143

USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2137 75



PACIFIC GAS AND ELECTRIC COMPANY
C\O LINDA Y.H. CHENG
77 BEALE STREET 24TH FLOOR
San Francisco CA 94105

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C\O LINDA Y.H. CHENG
77 BEALE STREET 24TH FLOOR
San Francisco CA 94105

Pacific Gas & Electric Co
PO BOX 770000
San Francisco CA 94177



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*27500 RIVERVIEW CENTER BLVD. STE. 100*
*BONITA SPRINGS, FL 34134*
*Contact:  MR. DOUGLAS FORHECZ*
*Telephone:  (239) 301 - 1444*

*File (L885054) 2636465*

# PRELIMINARY NOTICE CALIFORNIA
### USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y.H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA  94105

PACIFIC GAS & ELECTRIC CO
PO BOX 770000
SAN FRANCISCO, CA  94177

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$3,651.87

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$3,651.87

---

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

294 PG&E YARD - PG&E
2226 VEATCH ST
OROVILLE, CA 95965

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
  EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
  This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
  If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 16, 2019

*Colleen Kirk*                              , Agent
(Signature)
Our Reference:  (L885054) 2636465

## REQUEST FOR INFORMATION
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS & ELECTRIC CO
PO BOX 770000
SAN FRANCISCO, CA 94177

Re:    294 PG&E YARD - PG&E
       2226 VEATCH ST
       OROVILLE, CA



HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project. It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file. Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:    JANUARY 16, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH 44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L885054 2636465

NCS[CA885054S3]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL



9214 8901 5273 7200 0007 2137 82



Pacific Gas & Electric Co
PO BOX 770000
San Francisco CA 94177

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C\O LINDA Y.H. CHENG
77 BEALE STREET 24TH FLOOR
San Francisco CA 94105

Pacific Gas & Electric Co
PO BOX 770000
San Francisco CA 94177



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. *This is NOT a Lien* but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to HercPreliminaryNotices@HercRentals.com.

Sincerely,

HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
Contact: MR. DOUGLAS FORHECZ
Telephone: (239) 301 - 1444

File (L885054) 2636465

# PRELIMINARY NOTICE CALIFORNIA
### USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

| **OWNER** | **or** | **PUBLIC AGENCY** |
|---|---|---|
| (Or Reputed Owner) | | **AND DISBURSING OFFICE** |
| (On Private Work) | | (On Public Work) |

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

PACIFIC GAS AND ELECTRIC COMPANY
C/O LINDA Y.H. CHENG
77 BEALE STREET, 24TH FLOOR
SAN FRANCISCO, CA  94105

PACIFIC GAS & ELECTRIC CO
PO BOX 770000
SAN FRANCISCO, CA  94177

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

**An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:**

$3,651.87

**Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:**

$3,651.87

---

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD. STE. 100
BONITA SPRINGS, FL 34134
(MR. DOUGLAS FORHECZ at (239) 301 - 1444)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

294 PG&E YARD - PG&E
2226 VEATCH ST
OROVILLE, CA 95965

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
   **EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL**, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.
   This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.
   If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date:  JANUARY 16, 2019

*Colleen Kirk* _____, Agent
(Signature)
Our Reference:  (L885054) 2636465

REQUEST FOR INFORMATION
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583


PACIFIC GAS & ELECTRIC CO
PO BOX 770000
SAN FRANCISCO, CA  94177

Re:     294 PG&E YARD - PG&E
        2226 VEATCH ST
        OROVILLE, CA

HERC RENTALS INC., 27500 RIVERVIEW CENTER BLVD. STE. 100, BONITA SPRINGS, FL 34134 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 16, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax: 440-461-6202
Email:  cjones@ncscredit.com


Our Ref# L885054 2636465

NCS[CA885078OW]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2443 66



PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583



To Whom It May Concern:

The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. _This is NOT a Lien_ but a statutory requirement and needs to be done as a matter of law.

The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.

If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to _HercPreliminaryNotices@HercRentals.com_.

Sincerely,

HERC RENTALS INC.
11285 VALLEJO CT.
FRENCH CAMP, CA 95231
Contact: MS. NICOLE ARENAL
Telephone: (239) 301 - 1445

File (L885078) 2636465

# PRELIMINARY NOTICE CALIFORNIA
## USE PROOF OF SERVICE AFFIDAVIT OF CALIFORNIA 20-DAY PRELIMINARY NOTICE
### (PRIVATE AND PUBLIC WORK)
### IN ACCORDANCE WITH SECTIONS 8102, 8200-8202 and 9300-9303, CALIFORNIA CIVIL CODE

**CONSTRUCTION LENDER**
(Or Reputed Construction Lender, If Any)

Construction loan no. _____ (if known)

**OWNER** or **PUBLIC AGENCY**
(Or Reputed Owner)    **AND DISBURSING OFFICE**
(On Private Work)    (On Public Work)

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

**DIRECT CONTRACTOR**
(Or Reputed Direct Contractor)

**SUBCONTRACTOR**
(Or Reputed Subcontractor)

**SUB-SUBCONTRACTOR**
(Or Reputed Sub-Subcontractor)

**BOND COMPANY**

An estimate of the total price of the labor, services, equipment or materials furnished or to be furnished is:

$20,316.70

Statement or estimate of the Claimant's demand for sums currently due after deducting all just credits and offsets:

$20,316.70

**YOU ARE HEREBY NOTIFIED THAT...**
HERC RENTALS INC.
11285 VALLEJO CT.
FRENCH CAMP, CA 95231
(MS. NICOLE ARENAL at (239) 301 - 1445)
(name and address of person or firm – sender)

has furnished or will furnish MATERIALS of the following general description:

RENTAL EQUIPMENT

for the building, structure or other work of improvement located at:

ARCH RD-YARD
ARCH RD AND FRONTIER WAY
STOCKTON, CA 95201

The name of the person or firm who contracted for the purchase of such labor, services, equipment or materials:

PACIFIC GAS AND ELECTRIC COMPANY

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances.

This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project.

If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

Claimant's Notice of unpaid compensation & employer payments owing to laborers & entities (described in Civil Code §8202(b)): The names and addresses of the laborer(s) and the Trust Fund to whom compensation and employer payments is/are due and payable are:
(Names) _____
(Addresses) _____

Mailed this date: JANUARY 22, 2019

_Colleen Kirk_ _____, Agent
(Signature)
Our Reference: (L885078) 2636465

<u>REQUEST FOR INFORMATION</u>
Pursuant to California Civil Code §8208 and §8210

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
SAN RAMON, CA 94583

Re:     ARCH RD-YARD
        ARCH RD AND FRONTIER WAY
        STOCKTON, CA

HERC RENTALS INC., 11285 VALLEJO CT., FRENCH CAMP, CA 95231 is furnishing materials and/or labor in connection with the above project.  It is our understanding that you are the owner, part owner, or lessee and/or the direct contractor on that project.

In accordance with §8208 and §8210 of the California Civil Code, please provide the following information if not already correctly identified within the attached notice:

Owner name: _____
Owner address: _____
Owner City _____ State _____ Zip _____

For privately owned projects:
Lender name: _____
Lender address: _____
Lender City _____ State _____ Zip _____

        If a Construction Loan has not been obtained for this project at the time of the receipt of this request, please consider this an ongoing request and provide the name and address of the construction lender once the loan has been obtained.

Please return this information to the undersigned, including a copy of this Request for Information to permit us to reference the proper file.  Please also provide a copy of any payment bonds, not already provided to HERC RENTALS INC., for this project,

Dated:     JANUARY 22, 2019



Agent for HERC RENTALS INC.
c/o NCS
P. O. Box 24101
Cleveland, OH  44124
Fax: 440-461-6202
Email: cjones@ncscredit.com

Our Ref# L885078 2636465

NCS[CA885138OW]B0
729 Miner Road
Cleveland OH 44143



USPS CERTIFIED MAIL

9214 8901 5273 7200 0007 2444 27



PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583

# ATTENTION

Why are you receiving this notice? Please visit http://www.ncscredit.com/notice for more information. If you have any additional questions, please email Carrie Jones cjones@ncscredit.com.

## Distribution List

PACIFIC GAS AND ELECTRIC COMPANY
3401 CROW CANYON ROAD
San Ramon CA 94583



*To Whom It May Concern:*

*The sending of the following Preliminary Notice is prescribed by the construction lien laws of CALIFORNIA. <u>This is NOT a Lien</u> but a statutory requirement and needs to be done as a matter of law.*

*The sending of this notice should not reflect on the creditworthiness of HERC RENTALS INC.'s customer or any other party to the project nor does it indicate any expected problem in the payment of HERC RENTALS INC.'s invoices.*

*If you have any questions, or concerns regarding this Notice, please send your correspondence with a copy of the Notice to <u>HercPreliminaryNotices@HercRentals.com</u>.*

*Sincerely,*

*HERC RENTALS INC.*
*2140 TRACTOR ST.*
*PASO ROBLES, CA 93446*
*Contact:  MS. NICOLE ARENAL*
*Telephone:  (239) 301 - 1445*

*File (L885138) 2636465*