Cheryl L. Stengel, CLS-B (CA #179460)
LAW OFFICE OF CHERYL L. STENGEL
110 West A Street, Suite 750
San Diego, CA 92101
Telephone:  (619) 269-2126
Facsimile:  (619) 452-3660
E-mail: clstengel@outlook.com

Counsel for Creditor
US Air Conditioning Distributors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | ) Case No. 19-30088 (DM) |
| PG&E CORPORATION | ) Chapter 11 |
| and | ) (Lead Case-Jointly Administered |
| PACIFIC GAS & ELECTRIC COMPANY, | ) With Case No. 19-30089 DM) |
| (Affects Pacific Gas & Electric Company) | ) NOTICE OF PERFECTION OF MECHANICS' LIEN PURSUANT TO 11 U.S.C. §§362(b)(3) AND 546(b)(2) |
| Debtors. | ) |

US Air Conditioning Distributors ("US Air"), creditor herein, by and through its counsel, hereby submits this Notice of Perfection of its Mechanics' Lien against the Debtor, Pacific Gas & Electric Company ("Debtor"), its corresponding secured claim, and the enforcement rights it holds against property of the Debtor.  This Notice is submitted in accordance with 11 U.S.C. §362(b)(3) and §546(b)(2).  In support of this Notice, US Air represents as follows:

    1.  US Air is a residential and commercial HVAC equipment

-1-

distributor with its principal place of business located in City of Industry, California.

2. The Debtor is the owner of real property located at 1495 Enterprise Drive, Lemoore, California 93245, in the County of Kings, APN 024-051-040-000 ("Property").

3. Prior to the Debtor's Chapter 11 petition filing, US Air provided labor, services, equipment, and/or materials pursuant to a contract with Air Systems Service & Construction, Inc., which were incorporated in and constituted improvements to the Property. These are more specifically described as HVAC equipment, parts, and supplies.

4. After deducting all just credits and offsets, the sum of $14,670.16 remains due and owing to US Air for its services, equipment, and materials, in addition to accruing interest.

5. 11 U.S.C. §362(b)(3) provides that:

> The filing of a petition under section 301, 302, or 303 of this title ... does not operate a stay ... under subsection (a) of this section, of any act to perfect, or to maintain or continue the perfection of, an interest in property to the extent that the trustee's rights and powers are subject to perfection under Section 546(b) of this title or to the extent that such act is accomplished within the period provided under section 547(e)(2)(A) of this title.

6. 11 U.S.C. §546(b) provides that:

> (1) The rights and powers of a trustee under sections 544, 545, and 549 of this title are subject to any generally applicable law that–
>
> (A) permits perfection of an interest in property to be effective against an entity that acquires rights in such property before the date of perfection; or
>
> (B) provides for the maintenance or continuation of perfection of an interest in property to be effective against an entity that acquire rights in such property before the date on which action is taken to effect such

```
1                         maintenance or continuation.
2              (2)  If:
3                    (A)  a law described in paragraph (1) requires
                          seizure of such property or commencement of
4                         an action to accomplish such perfection, or
                          maintenance or continuation of perfection of
5                         an interest in property; and
                     (B)  such property has not been seized or such an
6                         action has not been commenced before the date
                          of the filing of the petition;
7
                     such interest in such property shall be perfected,
8                    or perfection of such interest shall be maintained
                     or continued, by giving notice within the time
9                    fixed by such law for such seizure or such
                     commencement.
10
```

11      7.    Pursuant to California Mechanics Lien law, a claimant must commence an action to enforce a lien within 90 days after recordation of the claim of lien. *See,* Cal. Civ. Code §8460(a). The Debtor's Chapter 11 petition was filed on January 29, 2019, imposing an automatic stay of all actions, including US Air's action to enforce a lien.

      8.    On March 13, 2019, US Air timely filed and recorded a verified mechanics' lien claim in the official records of the County of Kings, as Document No. 201903625 ("Mechanics Lien Claim"), through which US Air holds a properly perfected security interest in the Property. A true and correct copy of the recorded Mechanics Lien Claim and Affidavit for Service is attached as Exhibit "A" and incorporated by reference.

      9.    California mechanics lien law is a generally applicable law that is encompassed within 11 U.S.C. §546(b)(2)(A) and (B), and provides for the rights and remedies set forth in §546(b)(2)(A) and (B).

\\\

10. Accordingly, US Air hereby gives notice in lieu of commencement of such action to perfect, maintain and continue perfection of the interest of its Mechanics Lien Claim in the Property pursuant to 11 U.S.C. §546(b), including, but not limited to, the filing of a lawsuit to enforce and/or foreclose on the Mechanics Lien Claim, the filing of any Lis Pendens or the service of notice on purchasers of production from the Property. US Air further gives notice it intends to enforce its rights under the Mechanics Lien Claim to the fullest extent allowed under the law.

11. This Notice shall preserve and continue to preserve any and all of US Air's rights under the Mechanics Lien Claim and the Bankruptcy Code. US Air reserves the right to amend, supplement or otherwise modify this Notice and reserves any and all rights entitled to it under applicable law.

Dated: April 15, 2019    LAW OFFICE OF CHERYL L. STENGEL

By: /s/ Cheryl L. Stengel
    Cheryl L. Stengel
    Attorney for Creditor
    US Air Conditioning Distributors

# EXHIBIT A

RECORDING REQUESTED BY
US AIR CONDITIONING DISTRIBUTORS
WHEN RECORDED MAIL TO

US AIR CONDITIONING DISTRIBUTORS
PO BOX 1111
CITY OF INDUSTRY, CA 91749
Attn: Bernie Faller (626) 854-6847



DOC NBR: 1903625    03/13/2019   08:15:57 AM
OFFICIAL RECORDS OF Kings County
Clerk-Recorder, Kristine Lee
RECORDING FEE: $98.95
COUNTY TAX: $0.00
CITY TAX: $0.00

DOC TYPE: 13
2 PGS
R057



JASON HITCHMAN

APN# 024 051 040 000

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# Mechanics' Lien
## (Claim of Lien)

(To be recorded in the county recorder's office in the county in which the property is located.)

NOTICE IS HEREBY GIVEN: That **US Air Conditioning Distributors** as claimant claims a lien for labor, service, equipment, or materials under Section 8000 et Seq. of the Civil Code of the State of California, upon the premises hereinafter described, and upon every estate or interest in such structures, improvements and premises held by any party holding any estate therein.

Said labor, service, equipment or materials were furnished for the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the County of **Kings** State of California, said land described as follows:

STREET ADDRESS: 1495 Enterprise Dr, Lemoore, CA 93245
LEGAL DESCRIPTION: N/A

Said lien is claimed for the following labor, services, equipment or materials: (describe labor, services, equipment, or materials in detail) **HVAC Equipment, parts and supplies**

Amount due after deducting all just credits and offsets... $ **14,670.16**

The name of the person or company by whom claimant was employed or to whom claimant furnished labor, services, equipment, or materials is: **Air Systems Service & Construction Inc**
10381 Old Placerville Rd #100 Sacramento, CA 95827-2558

That **Pacific Gas & Electric 245 Market Street San Francisco, CA 94105**
**Pacific Gas & Electric Co PO Box 7054 San Francisco, CA 94120**
is/are the reputed owner(s) of said building and/or premises, or some interest therein.

DATED: **3-8-19**    Name of Claimant: US Air Conditioning Distributors
                                                        *(Firm Name)*
By: _____
                                            *(Signature)*
Bernard J. Faller Jr., Director of Credit
                                                        *(Authorized Capacity)*

## VERIFICATION

I, the undersigned, certify that I am the **Director of Credit** of the claimant named in the foregoing Mechanics' Lien, and that I am informed and believe the facts herein to be true, and, on that ground, allege that the facts stated in the foregoing Mechanics' Lien are true.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on **3-8-19**, in the City of **Industry**, State of **California**.
US Air Conditioning Distributors

*Its Agent*

Case: 19-30088    Doc# 1435    Filed: 04/15/19    Entered: 04/15/19 14:16:04    Page 6 of 9

# NOTICE OF MECHANICS LIEN
# ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
California Civil Code section 8416(a)(7) and (c)

## AFFIDAVIT FOR SERVICE ON THE OWNER
California Civil Code Section 8416 (a)(7) and (c)(1)

I, Bernard J. Faller Jr. _____ (name), declare that I served a copy of this Mechanics' Lien and Notice of Mechanics' Lien by registered mail, certified mail, or first-class mail, evidenced by a certificate of mailing, postage prepaid, addressed to the owner(s) or reputed owner(s) of the property:

Name and title of person or entity served: Pacific Gas & Electric Co
Service Address: PO Box 7054 San Francisco, CA 94120

Said service address is the owner's residence, place of business, or address shown by the building permit on file with the permitting authority for the work.

Executed on 3-8-19, at City of Industry, California.

By: [signature]

Case: 19-30088    Doc# 1435    Filed: 04/15/19    Entered: 04/15/19 14:16:04    Page 7 of 9

```
PD008                    COUNTY OF KINGS                        03/12/19
                         PROPERTY SYSTEM                        15:55:32.1
                         ASSESSOR INQUIRY

            FEE PARCEL
PARCEL:   024 051 040 000   STAT: A 11/01/2017  CREATED: 2018ILLAL17 02 11/01/2017
SEC TRA:  003017                                KILLED:
DESC:     P-1 & PTN E 640'OF P-2 OF PM 20-68   SEC 16/19/20      ZONING:

ASSMT:    024 051 040 000   STAT: A 11/01/2017  CREATED: 2018ILLAL17 02 11/01/2017
TRA:      003017   TAX CD: 040  BASE: 00 0000   KILLED:
                                                CUR DOC: 2018ILLAL17 02
DESC:     P-1 & PTN E 640'OF P-2 OF PM 20-68   SEC 16/19/20
          PACIFIC GAS & ELECTRIC CO
          TAX DEPARTMENT                        ROLL ASSESSEE:      N
          P O BOX 7054  MAIL CODE B12G          RETAINED OWNER:
          SAN FRANCISCO CA 94120-7054           ACRES:              17.22
                                                ET AL OWNERS:       N
COMMENT:  FORMERLY 024-051-036 & 038            SUPL CNT:           4
SITUS:    1495    ENTERPRISE           DR   LEM

OPTION:  ___     NXT   OWN   PCL   SIT   EXP   TAX   PRE   RET   MEN   PHY
          VHS    SC2   ATT   USE   APR   HON   VAL   HOX   HLP   NOT   SAL
```

98.95

<u>CERTIFICATE OF SERVICE</u>

I, Cheryl L. Stengel, hereby declare that I am over 18 years of age, a resident of the County of San Diego, State of California, and am not a party to the within proceeding, <u>In re PG&E Corporation and Pacific Gas & Electric Company</u>; U.S.B.C. Case No. 19-30088 DM11 and Case No. 19-30089 DM11 (as Jointly Administered);

On April 15, 2019, I filed via CM/ECF and caused to be served by the U.S. Bankruptcy Court via the CM/ECF System's Notice of Electronic Filing ("NEF") on the Debtors and their Counsel of Record and on all CM/ECF participants, a copy of:

1. NOTICE OF PERFECTION OF MECHANICS' LIEN PURSUANT TO 11 U.S.C. §§362(b)(3) AND 546(b)(2) BY US AIR CONDITIONING DISTRIBUTORS

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed on April 15, 2019, at San Diego, California.

/s/ Cheryl L. Stengel
Cheryl L. Stengel
110 West A Street, Suite 750
San Diego, CA 92101