

| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin (*pro hac vice*)<br>(stephen.karotkin@weil.com)<br>Ray C. Schrock, P.C. (*pro hac vice*)<br>(ray.schrock@weil)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007<br><br>KELLER & BENVENUTTI LLP<br>Tobias S. Keller (#151445)<br>(tkeller@kellerbenvenutti.com)<br>Jane Kim (#298192)<br>(jkim@kellerbenvenutti.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251<br><br>*Attorneys for Debtors<br>and Debtors in Possession* | Signed and Filed: April 15, 2019<br><br>_____<br>**DENNIS MONTALI**<br>**U.S. Bankruptcy Judge** |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>     - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>     **Debtors.**<br><br>☐   Affects PG&E Corporation<br>☒   Affects Pacific Gas and Electric Company<br>☐   Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br>Related Docket No. 1367<br><br>**ORDER GRANTING STIPULATION BETWEEN THE DEBTORS AND ESVOLTA, LP TO PERMIT TERMINATION OF ENERGY STORAGE RESOURCE ADEQUACY AGREEMENT**<br><br>[No Hearing Date Requested] |

The Court having considered the *Stipulation Between the Debtors and esVolta, LP to Permit Termination of Energy Storage Resource Adequacy Agreement* (the "**Stipulation**"),[1] entered into by Pacific Gas and Electric Company (the "**Utility**") and esVolta, LP ("**esVolta**" and, together with Hummingbird Energy Storage, LLC, the "**esVolta Parties**"), filed on April 12, 2019; and, pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED:

1. The Stipulation is hereby approved.

2. The automatic stay under section 362 of the Bankruptcy Code is modified solely to the extent necessary to authorize (but not direct) the esVolta Parties to take any action permitted under the Stipulation.

3. The Bankruptcy Court retains jurisdiction to resolve any disputes or controversies arising from the Stipulation.

APPROVED AS TO FORM AND CONTENT:

Dated: April 12, 2019

HOGAN LOVELLS US LLP

    */s/ Erin N. Brady*
Erin N. Brady (CA 215038)

*Attorneys for Party in Interest esVolta, LP*

** END OF ORDER **

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Stipulation.