

```
 1  Scott E. Jenny, Esq. – State Bar No. 166111
    JENNY & JENNY, LLP                              Signed and Filed: April 15, 2019
 2  736 Ferry Street
    Martinez, California 94553
 3  Telephone:   (925) 228-1265
 4  Facsimile:   (925) 228-2841                     _____
                                                    DENNIS MONTALI
 5                                                  U.S. Bankruptcy Judge

 6  Attorney for Andrew M. Kleiber,
    Marisa T. Mulladi-Kleiber, John L. Hansen,
 7  Adam J. McNulty, Lucille J. McNulty,
    Mario Oliveros, Jr. and Phoebe Wong-Oliveros
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | ) Bankruptcy Case Nos.: 19-30088 DM |
| | ) Chapter 11 |
| PG&E CORPORATION, INC., | ) Hon. Dennis Montali |
| | ) (Lead Case) (Jointly Administered) |
| Debtor in Possession | ) |
| | ) ORDER ON REQUEST OF CERTAIN |
| Defendants. | ) DEFENDANTS PURSUANT TO 11 U.S.C. |
| | ) §4001 SEEKING ORDER GRANTING |
| | )) RELIEF FROM STAY AS TO ALAMEDA |
| | ) COUNTY SUPERIOR COURT CASES |
| | ) RG17887102, RG17887206, RG17887443, |
| | ) AND RG17887360 |

Upon the Joinder to Motion of Debtors filed March 27, 2019, filed by Andrew M. Kleiber, Marisa T. Mulladi-Kleiber, John L. Hansen, Adam J. McNulty, Lucille J. McNulty, Mario Oliveros, Jr. and Phoebe Wong-Oliveros (Docket No. 1075) (the "Joinder"), which Joinder referenced the Motion, dated March 20, 2019 (Docket No. 1004) (the "Motion")[1] of PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

in the above-captioned chapter 11 cases, and which Joinder sought relief from this Court to lift the automatic stay with respect to certain eminent domain actions pending as of the Petition Date in Alameda County Superior Court, and upon the Declaration of Adam McNulty, Declaration of Mario Oliveros, Declaration of Andy Kleiber and Declaration of John Hansen, each submitted in support of the Joinder, and this Court having determined that the legal and factual bases set forth in the Joinder establish just cause for the relief granted herein;, and upon all of the proceedings before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

The automatic stay is hereby lifted as to the four Alameda County Superior Court eminent domain cases described as:

A. PACIFIC GAS AND ELECTRIC COMPANY, Plaintiff, vs. ANDREW M. KLEIBER AND MARISA T. MULLADI-KLEIBER, et al., Defendants, Alameda County Superior Court No. RG17887102.

B. PACIFIC GAS AND ELECTRIC COMPANY, Plaintiff, vs. JOHN L. HANSEN, TRUSTEE OF THE JOHN L. HANSEN REVOCABLE TRUST DATED JULY 24, 2000, et al., Defendants, Alameda County Superior Court No. RG17887206.

C. PACIFIC GAS AND ELECTRIC COMPANY, Plaintiff, vs. ADAM J. McNULTY AND LUCILLE J. McNULTY, TRUSTEES OF THE McNULTY FAMILY LIVING TRUST, et al., Defendants, Alameda County Superior Court No. RG17887443.

D. PACIFIC GAS AND ELECTRIC COMPANY, Plaintiff, vs. MARIO OLIVEROS JR., PHOEBE WONG-OLIVEROS, et al., Defendants Alameda County Superior Court No. RG17887360.

////
////
////
////
////
////
////

APPROVED AS TO FORM AND CONTENT:

Dated: April 11, 2019

JENNY & JENNY LLP

/s/ *Richard K. Jenny*
Richard K. Jenny, Esq.

*Attorneys for Andrew M. Kleiber, Marisa T. Mulladi-Kleiber, John L. Hansen, Adam J. McNulty, Lucille J. McNulty, Mario Oliveros, Jr. and Phoebe Wong-Oliveros*

** END OF ORDER **