HOGAN LOVELLS US LLP
Erin N. Brady (CA 215038)
erin.brady@hoganlovells.com
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601

– and –

M. Hampton Foushee (*pro hac vice*)
hampton.foushee@hoganlovells.com
875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000
Fax: (212) 918-3100

*Counsel for Party in Interest
esVolta, LP.*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case |
| **PG&E CORPORATION - and -** | No. 19 - 30088 (DM) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | Chapter 11 |
| **Debtors.** | (Lead Case)<br>(Jointly Administered) |
| | **NOTICE OF WITHDRAWAL OF SAFE HARBOR MOTION AND MOTION TO FILE UNDER SEAL** |
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | (as previously scheduled)<br><br>Hearing Date: **April 24, 2019**<br>Time: **9:30 a.m.**<br>Courtroom: Hon. Dennis Montali<br>450 Golden Gate Avenue<br>16th Floor, Courtroom 17<br>San Francisco, CA 94102 |

- 1 -

**PLEASE TAKE NOTICE** that esVolta, LP ("esVolta") hereby withdraws its Motion and Memorandum for Entry of an Order Confirming Safe Harbor Protection Under 11 U.S.C. §§ 362(b)(6) and 556 [Dkt. 977], and Motion to File Certain Contracts and Related Filings Under Seal [Dkt. 974],

Dated: April 16, 2019                HOGAN LOVELLS US LLP

By: */s/ Erin N. Brady*_____

    Erin N. Brady (CA 215038)
    erin.brady@hoganlovells.com
    1999 Avenue of the Stars, Suite 1400
    Los Angeles, California 90067
    Telephone: (310) 785-4600
    Facsimile: (310) 785-4601

    – and –

    M. Hampton Foushee (*pro hac vice*)
    hampton.foushee@hoganlovells.com
    875 Third Avenue
    New York, New York 10022
    Telephone: (212) 918-3000
    Facsimile: (212) 918-3100

**COUNSEL FOR PARTY IN INTEREST ESVOLTA, LP**