# COMPLAINT EXHIBIT B

# Fleming, Timothy

**From:** Burbage, James
**Sent:** Monday, April 15, 2019 5:18 PM
**To:** Hanrahan, Andrew; Fleming, Timothy
**Subject:** Fwd: More Evidence re Ex Parte Camp

**James H. Burbage**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8526 | Fax: +1 212 728 9526
jburbage@willkie.com | vCard | www.willkie.com bio

Begin forwarded message:

> **From:** "Feldman, Matthew" <mfeldman@willkie.com>
> **Date:** April 15, 2019 at 5:14:37 PM EDT
> **To:** "Burbage, James" <JBurbage@willkie.com>, "McCallen, Benjamin" <BMcCallen@willkie.com>
> **Subject: FW: More Evidence re Ex Parte Camp**
>
> **Matthew A. Feldman**
> **Willkie Farr & Gallagher LLP**
> 787 Seventh Avenue | New York, NY 10019-6099
> Direct: +1 212 728 8651 | Fax: +1 212 728 9651
> mfeldman@willkie.com | vCard | www.willkie.com bio
>
> **From:** Craig Simon [mailto:csimon@bergerkahn.com]
> **Sent:** Monday, April 15, 2019 5:14 PM
> **To:** Feldman, Matthew <mfeldman@willkie.com>; Minias, Joseph <jminias@willkie.com>; Forman, Daniel <DForman@willkie.com>; Kathryn Diemer <kdiemer@diemerwei.com>
> **Cc:** Pickett, Waylon <wpickett@ghlaw-llp.com>; Mark Grotefeld <mgrotefeld@ghlaw-llp.com>; Shawn Caine <scaine@cainelaw.com>; Regan, Tom <TRegan@cozen.com>; Kevin Bush <kbush@cozen.com>; Ochoa, Maura <mochoa@ghlaw-llp.com>; Howard Maycon <hmaycon@cozen.com>
> **Subject:** More Evidence re Ex Parte Camp
>
> **From:** "Noel, Marc" <MNoel@buttecounty.net>
> **Date:** April 15, 2019 at 1:34:35 PM PDT
> **To:** 'Steve Campora' <scampora@dbbwc.com>
> **Cc:** "Ramsey, Mike" <MRamsey@buttecounty.net>
> **Subject: RE: Camp Fire**
>
> I haven't consulted PG&E.
> I was surprised that PG&E attorneys notified you.

We cannot accommodate your request because we do not have the time or the resources to set it up. You have to remember that ours is a criminal investigation. The evidence that you want to view was seized as evidence in a criminal investigation. In order to maintain the integrity of the evidence and the chain of custody we must follow established protocols, including security. We do not have the additional security manpower available.

**From:** Steve Campora <scampora@dbbwc.com>
**Sent:** Monday, April 15, 2019 12:53 PM
**To:** Noel, Marc <MNoel@buttecounty.net>
**Cc:** Frank Pitre <FPitre@cpmlegal.com>; Ramsey, Mike <MRamsey@buttecounty.net>
**Subject:** Re: Camp Fire

We got 2 days notice of this. The civil case is stayed by the bankruptcy.

Who is saying we cannot attend, PG&E?

Sent from my iPhone

On Apr 15, 2019, at 12:46 PM, Noel, Marc <MNoel@buttecounty.net> wrote:

> I know very little about civil discovery. I was under the impression that there was some type of info sharing order.
> I apologize that we cannot accommodate your request. After the evidence is returned from the lab we will try to set up and evidence view for you and your experts.
>
> **From:** Steve Campora <scampora@dbbwc.com>
> **Sent:** Monday, April 15, 2019 12:36 PM
> **To:** Noel, Marc <MNoel@buttecounty.net>
> **Cc:** Frank Pitre <FPitre@cpmlegal.com>; Ramsey, Mike <MRamsey@buttecounty.net>
> **Subject:** Re: Camp Fire
>
> There are no such orders. We are stayed. They will claim work product.
>
> Sent from my iPhone
>
> On Apr 15, 2019, at 12:20 PM, Noel, Marc <MNoel@buttecounty.net> wrote:
>
>> Steve –
>> After speaking w/ our people it is not going to be possible for you and your experts to attend.
>> It is my understanding that PG&E will be laser scanning the collected transposition hardware. I believe PG&E will be sharing the laser scan data with you pursuant to the civil discovery orders.
>> Sorry, Marc
>>
>> **From:** Steve Campora <scampora@dbbwc.com>
>> **Sent:** Monday, April 15, 2019 11:51 AM
>> **To:** Noel, Marc <MNoel@buttecounty.net>
>> **Cc:** Frank Pitre <FPitre@cpmlegal.com>
>> **Subject:** Re: Camp Fire

I would like to have 3 people. Myself and two experts.

Sent from my iPhone

On Apr 15, 2019, at 11:12 AM, Noel, Marc <MNoel@buttecounty.net> wrote:

> When you say "we" who do you mean? Let me know how many people and who they are and I will discuss w/ the security people.
>
> **From:** Steve Campora <scampora@dbbwc.com>
> **Sent:** Monday, April 15, 2019 10:04 AM
> **To:** Noel, Marc <MNoel@buttecounty.net>
> **Cc:** Frank Pitre <FPitre@cpmlegal.com>
> **Subject:** Re: Camp Fire
>
> So are we able or unable to attend?
>
> Sent from my iPhone
>
> On Apr 15, 2019, at 9:34 AM, Noel, Marc <MNoel@buttecounty.net> wrote:
>
>> PG&E attorneys requested to view and laser scan all of the transposition hardware that we have collected prior to transport to Washington D.C. That viewing will take place on Wed.
>> PG&E have already photographed and extensively documented all of the transposition hardware we have collected. One of the most frustrating areas of this investigation is that we have to rely upon PG&E to assist w/ the removal and collection of evidence. We have been unable to find any other company that has the training, experience and equipment necessary to remove parts off of transmission towers that is willing to do the job.
>> The evidence view on Wed was negotiated by PG&E's attorneys as part of the removal agreement.
>>
>> **From:** Steve Campora <scampora@dbbwc.com>
>> **Sent:** Monday, April 15, 2019 9:20 AM

3

Case: 19-30088    Doc# 1469-2    Filed: 04/16/19    Entered: 04/16/19 12:35:04    Page 4 of 8

**To:** Noel, Marc <MNoel@buttecounty.net>
**Subject:** Re: Camp Fire

PG&E has advised that they will be there to observe removal and will be allowed to view the hook in question. Is that correct? If so, will Plaintiffs be allowed to observe?

Sent from my iPhone

On Apr 15, 2019, at 9:18 AM, Noel, Marc <MNoel@buttecounty.net> wrote:

> Not for any of the testing or analysis.
>
> ---
>
> **From:** Steve Campora <scampora@dbbwc.com>
> **Sent:** Monday, April 15, 2019 9:10 AM
> **To:** Noel, Marc <MNoel@buttecounty.net>
> **Cc:** Frank Pitre <FPitre@cpmlegal.com>
> **Subject:** Re: Camp Fire
>
> Is it correct that PG&E will be present?
>
> Sent from my iPhone
>
> On Apr 15, 2019, at 8:39 AM, Noel, Marc <MNoel@buttecounty.net> wrote:
>
>> Steve –
>> All of our forensic work is being done by the FBI

4

Nat'l Lab. You definitely will not be able to send your experts to observe. When the case is over we might release the results but the experts will not be available for consultation or testimony. Marc

**From:** Steve Campora <scampora@dbbwc.com>
**Sent:** Monday, April 15, 2019 8:11 AM
**To:** Noe

l, Marc <MNoel@buttecounty.net>
**Cc:** Frank Pitre <FPitre@cpmlegal.com>
**Subject:** Re: Camp Fire

Marc,

I received a lengthy email from Kevin Orsini regarding testing on the transmission line hardware, including the failed C hook. Email was a little vague on timing of testing results and release of equipm

ent after testing.

After your investigation is complete, will we have access to results?

Can we send our own experts to observe?

Please let me know.

Steve Campora

Sent from my iPhone

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.