# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## JANUARY 29, 2019 THROUGH FEBRUARY 28, 2019

The attorneys who rendered professional services in these chapter 11 cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | DEPARTMENT[1] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Karotkin, Stephen | BFR | 1977 | $1,600.00 | 293.00 | $409,840.00 |
| Bond, W. Michael | Corporate | 1980 | $1,600.00 | 54.90 | $87,840.00 |
| Goldring, Stuart J. | Tax | 1984 | $1,600.00 | 90.40 | $123,680.00 |
| Wessel, Paul J. | Tax | 1988 | $1,600.00 | 21.20 | $33,920.00 |
| Pari, Joseph M. | Tax | 1988 | $1,600.00 | 33.30 | $53,280.00 |
| Connolly, Annemargaret | Corporate | 1988 (Massachusetts) | $1,350.00 | 31.20 | $42,120.00 |
| Adams, Frank R. | Corporate | 1993 | $1,425.00 | 22.80 | $32,490.00 |
| Tsekerides, Theodore E. | Litigation | 1994 | $1,150.00 | 90.80 | $102,982.50 |
| Singh, David R. | Litigation | 2004 | $1,125.00 | 53.60 | $60,300.00 |
| Liou, Jessica | BFR | 2009 | $1,075.00 | 172.20 | $172,215.00 |
| Shulzhenko, Oleksandr (Counsel) | Corporate | 2000 | $1,050.00 | 15.90 | $16,695.00 |
| Morton, Matthew D. (Counsel) | Litigation | 2001 | $1,050.00 | 18.30 | $19,215.00 |
| Kim, Dawn (Counsel) | Corporate | 2003 | $1,050.00 | 3.90 | $4,095.00 |
| Goslin, Thomas (Counsel) | Corporate | 2003 | $1,050.00 | 64.50 | $67,725.00 |
| Goren, Matthew (Counsel) | BFR | 2007 | $1,075.00 | 310.10 | $319,140.50 |
| **Total Partners and Counsel:** | | | | **1,276.10** | **$1,545,538.00** |

---

[1] BFR – Business Finance & Restructuring

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT[2] | YEAR ADMITTED[*] | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Friedman, Julie T. | BFR | 2003 | $600.00 | 6.30 | $3,780.00 |
| Byrne, Peter M. | Corporate | 2007 | $995.00 | 55.50 | $55,222.50 |
| Zubkis, David | BFR | 2008 | $950.00 | 41.50 | $39,425.00 |
| Seales, Jannelle Marie | Corporate | 2009 | $995.00 | 42.20 | $41,989.00 |
| Tran, Hong-An Nguyen | Litigation | 2009 | $995.00 | 108.20 | $107,659.00 |
| Kramer, Kevin | Litigation | 2010 | $995.00 | 202.30 | $201,288.50 |
| Silber, Gary | Tax | 2011 | $995.00 | 26.60 | $26,467.00 |
| Bostel, Kevin | BFR | 2012 | $995.00 | 67.20 | $66,864.00 |
| Cunningham, Nathan | Litigation | 2012 | $950.00 | 8.00 | $7,600.00 |
| Minga, Jay | Litigation | 2013 | $950.00 | 93.30 | $88,635.00 |
| Nikic, Nicholas G. | Corporate | 2013 | $790.00 | 5.00 | $3,950.00 |
| Georgallas, Andriana | BFR | 2014 | $980.00 | 41.90 | $35,182.00 |
| Fink, Moshe A. | BFR | 2014 | $950.00 | 88.40 | $83,980.00 |
| Jones, Hannah L. | Litigation | 2014 | $920.00 | 30.50 | $28,060.00 |
| Nolan, John J. | Litigation | 2015 | $920.00 | 198.90 | $181,608.00 |
| Africk, Max M. | Litigation | 2015 (Louisiana) | $875.00 | 109.30 | $95,637.50 |
| Brookstone, Benjamin | Tax | 2015 | $875.00 | 64.90 | $56,787.50 |
| Pfleger, Kelsey Ann | Corporate | 2016 | $790.00 | 24.30 | $21,262.50 |
| Pitcher, Justin R. | BFR | 2016 (Utah) | $790.00 | 24.30 | $19,197.00 |
| Kleinjan, John M. | Tax | 2017 | $790.00 | 16.20 | $12,798.00 |
| Foust, Rachel L. | BFR | 2018 | $690.00 | 63.80 | $44,022.00 |
| Neuhauser, David | Corporate | 2018 | $690.00 | 22.10 | $15,249.00 |
| Shaddy, Aaron | Litigation | 2018 | $690.00 | 194.90 | $134,481.00 |
| Zangrillo, Anthony | Corporate | 2018 | $690.00 | 6.40 | $4,416.00 |
| Carens, Elizabeth Anne | BFR | 2018 | $560.00 | 214.60 | $120,176.00 |
| Evans, Steven | Litigation | * | $560.00 | 121.40 | $67,984.00 |
| **Total Associates:** | | | | 1,878.00 | $1,563,720.50 |

---

[2] BFR – Business Finance & Restructuring

[*] - Not yet admitted.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| NAME OF PARAPROFESSIONALS: | DEPARTMENT[3] | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Lee, Kathleen | BFR | $420.00 | 23.30 | $9,786.00 |
| Biratu, Sirak D. | Litigation | $330.00 | 20.20 | $6,666.00 |
| Peene, Travis J. | BFR | $240.00 | 34.30 | $8,232.00 |
| **Total Paraprofessionals:** | | | **77.80** | **$24,684.00** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,211.14 | 1,276.10 | $1,545,538.00 |
| Associates | $832.65 | 1,878.00 | $1,563,720.50 |
| Paraprofessionals: | $317.28 | 77.80 | $24,684.00 |
| **Blended Attorney Rate** | **$985.78** | | |
| **Total Fees Incurred** | | **3,231.90** | **$3,133,942.50** |

---

[3] BFR – Business Finance & Restructuring

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119