**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED BY WEIL, GOTSHAL & MANGES LLP
FOR THE PERIOD JANUARY 28, 2019 THROUGH FEBRUARY 28, 2019**

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 002 | Asset Sales/363 Sales | 2.40 | $2,560.00 |
| 003 | Automatic Stay | 363.90 | $340,737.00 |
| 004 | Bankruptcy Litigation | 3.30 | $3,109.00 |
| 005 | Bar Date Motion/Claims Reconciliation/Claim Reconciliation Issue | 4.80 | $5,703.00 |
| 006 | Case Administration (docket updates, WIP and calendar) | 83.60 | $43,311.00 |
| 009 | Communications with Client | 46.90 | $53,245.00 |
| 010 | Corporate Governance and Board Issues | 115.30 | $133,852.50 |
| 011 | Customer, Supplier and Vendor Issues | 79.70 | $81,980.50 |
| 012 | DIP Financing/Cash Mgmt./Hedging Transactions | 49.50 | $52,037.00 |
| 014 | Employee Issues | 161.00 | $181,541.00 |
| 015 | Equity Committee | 2.70 | $4,215.00 |
| 017 | Executory Contracts/Lease Issues | 29.30 | $32,770.00 |
| 018 | General Case Strategy(includes calls with client and team calls) | 293.90 | $314,035.00 |
| 019 | Hearings and Court Matters | 219.30 | $235,353.00 |
| 021 | Non-Bankruptcy Litigation | 126.20 | $99,357.50 |
| 022 | Non-Working Travel | 168.10 | $116,003.00 |
| 023 | FERC Adversary Proceeding | 659.50 | $572,269.50 |
| 024 | FERC Adversary Proceeding | 12.30 | $8,175.50 |
| 025 | Regulatory Issues including CPUC and FERC | 137.10 | $156,041.50 |
| 026 | Retention/Billing/Fee Applications: WGM | 25.50 | $19,179.00 |
| 027 | Retention/Fee Application: Ordinary Course Professionals | 14.10 | $11,741.50 |
| 028 | Retention/Fee Application: Other Professionals | 171.20 | $121,275.00 |
| 029 | Schedules/Statement of Financial Affairs | 6.80 | $5,837.50 |
| 030 | Tax Issues | 179.70 | $224,230.50 |
| 031 | U.S. Trustee issues/ meetings/ communications/monthly operating | 23.20 | $25,536.00 |
| 032 | Unsecured Creditor Issues/ Communications/Meetings | 65.40 | $68,986.00 |
| 033 | Utility Issues/Adequate Assurance | 3.80 | $4,085.00 |
| 035 | Real Estate and Real Property Issues | 157.00 | $182,419.00 |
| 036 | Tort Claimants Committee, including Wildfire Claimants | 26.40 | $34,357.00 |
| **TOTAL** | | **3,231.90** | **$3,133,942.50** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119