**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

**EXHIBIT C**

**EXPENSE SUMMARY
FOR THE PERIOD JANUARY 29, 2019 THROUGH FEBRUARY 28, 2019**

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | $29,760.43 |
| Meals | $1,859.54 |
| Travel | $67,759.64 |
| Transportation | $6,264.06 |
| Duplicating | $7,622.80 |
| Messenger | $166.98 |
| **Total Expenses Requested:** | **$113,433.45** |