| 1 | KAREN NORENE MILLS, SBN 109363 |
| - | - |
| 2 | CALIFORNIA FARM BUREAU FEDERATION<br>2300 River Plaza Drive |
| 3 | Sacramento, CA  95833<br>(916) 561-5655 (T) |
| 4 | (916) 561-5691 (F)<br>Email:  kmills@cfbf.com |
| 5 | |
| 6 | Attorney for<br>CALIFORNIA FARM BUREAU FEDERATION |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| In re | Case Nos. 19-30088 DM (Lead Case)<br>            19-30089 DM |
| - | - |
| PG&E CORPORATION | Chapter 11<br>*Jointly Administered* |
| and | |
| PACIFIC GAS AND ELECTRIC COMPANY,<br>                    Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* All papers shall be filed in the Lead Case No. 19-30088 DM. | Date:  May 8, 2019<br>Time:  9:30 a.m.<br>Place:  Courtroom 17<br>            450 Golden Gate Avenue<br>            San Francisco, California<br><br>DKT # 1324<br><br>OBJECTION DEADLINE: April 24, 2019 |

**JOINDER IN MOTION BY TURN FOR APPOINTMENT OF OFFICIAL COMMITTEE OF RATEPAYERS PURSUANT TO 11 U.S.C. §§ 1102(a)(2), 105(a)**

California Farm Bureau Federation hereby joins in the Motion by Turn for Appointment of Official Committee of Ratepayers Pursuant To 11 U.S.C. §§ 1102(a)(2), 105(a) and requests that the Court order the appointment of a committee of ratepayer claimants on the grounds that (1) the current official committees do not provide adequate representation of ratepayers, and (2) ratepayer participation through an official committee is essential to the successful reorganization of the debtors herein.

Karen Norene Mills is willing to serve as a member of any official committee of ratepayer claimants.

Dated: April 16, 2019　　　　　　　　　　CALIFORNIA FARM BUREAU FEDERATION

By: _/s/*Karen Norene Mills*_
　　 KAREN NORENE MILLS
　　 CALIFORNIA FARM BUREAU FEDERATION
　　 2300 River Plaza Drive
　　 Sacramento, CA  95833

　　 Attorney for CALIFORNIA FARM BUREAU FEDERATION