```
 1  Darwin E. Farrar (SBN 152735)
    Chief Counsel, The Public Advocates Office
 2  455 Van Ness Avenue
    San Francisco, CA  94102
 3  Tel: (415) 703-1599
 4  EDF@cpuc.ca.gov

 5  Attorney for The Public Advocates Office
    at the California Public Utilities Commission
 6
```

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>            Debtors. | Case Nos. 19-30088 DM (Lead Case)<br>                19-30089 DM<br><br>Chapter 11<br>*Jointly Administered* |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* All papers shall be filed in the Lead Case No. 19-30088 DM. | Date:   May 8, 2019<br>Time:   9:30 a.m.<br>Place:  Courtroom 17<br>        450 Golden Gate Avenue<br>        San Francisco, California<br><br>DKT # 1324<br><br>OBJECTION DEADLINE: April 24, 2019 |

**JOINDER IN MOTION BY TURN FOR
APPOINTMENT OF OFFICIAL COMMITTEE OF RATEPAYERS
PURSUANT TO 11 U.S.C. §§ 1102(a)(2), 105(a)**

The Public Advocates Office hereby joins in the Motion by Turn for Appointment of Official Committee of Ratepayers Pursuant To 11 U.S.C. §§ 1102(a)(2), 105(a) and requests that the Court order the appointment of a committee of ratepayer claimants on the grounds that (1) the current official committees do not provide adequate representation of ratepayers, and (2) ratepayer participation through an official committee is essential to the successful reorganization of the debtors herein.

Elizabeth Echols, Director of the Public Advocates Office is willing to serve as a member of any official committee of ratepayer claimants.

Dated: April 16, 2019

By: /s/ *Darwin E. Farrar*
    Darwin E. Farrar

Chief Counsel for the Public Advocates Office at the California Public Utilities Commission