**Exhibit A**

Case: 19-30088    Doc# 1478-2    Filed: 04/16/19    Entered: 04/16/19 18:54:24    Page 1 of 4

## COMPENSATION BY PROFESSIONAL
## FEBRUARY 15, 2019 THROUGH FEBRUARY 28, 2019

The attorneys who rendered professional services in these Chapter 11 Cases from February 15, 2019 through February 28, 2019 are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | PRIMARY† DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION‡ |
|---|---|---|---|---|---|
| Dettelbach, Steven M. | LIT | 1991 | $1,015.00 | 16.30 | $16,544.50 |
| Dumas, Cecily A. | BRCR | 1984 | $950.00 | 139.80 | $120,460.00 |
| Esmont, Joseph M. | BRCR | 2008 | $600.00 | 106.10 | $63,660.00 |
| Goodman, Eric R. | BRCR | 2003 | $800.00 | 84.40 | $63,920.00 |
| Green, Elizabeth A. | BRCR | 1986 | $720.00 | 56.70 | $14,688.00 |
| Jehl, Laura E. | IP | 1991 | $850.00 | 3.50 | $2,975.00 |
| Julian, Robert | BRCR | 1979 | $1,175.00 | 80.00 | $77,197.50 |
| Lehrer, John R., II | T | 1999 | $725.00 | 1.20 | $870.00 |
| Paravano, Jeffrey H. | T | 1991 | $1,080.00 | 11.50 | $12,420.00 |
| Parrish, Jimmy D. | BRCR | 2000 | $590.00 | 2.90 | $1,711.00 |
| Payne Geyer, Tiffany | BRCR | 2000 | $455.00 | 23.50 | $7,962.50 |
| Petenko, Jaime B. | IP | 2009 | $605.00 | 2.50 | $1,512.50 |
| Resnick, Lauren J. | LIT | 1991 | $1,145.00 | 34.90 | $18,778.00 |
| Rose, Jorian E. | BRCR | 1998 | $1,010.00 | 66.20 | $53,732.00 |
| Sagerman, Eric T. | BRCR | 1991 | $1,145.00 | 65.90 | $74,768.50 |
| Weible, Robert A. | CORP | 1978 | $830.00 | 35.70 | $28,054.00 |
| Woltering, Catherine E. | LIT | 2008 | $750.00 | 52.90 | $39,675.00 |
| Workman, Donald A. | BRCR | 1992 | $930.00 | 175.00 | $155,124.00 |
| **Total Partners and Counsel:** | | | | **959.00** | **$754,052.50** |

† BRCR – Bankruptcy, Restructuring and Creditors' Rights; LIT – Litigation; IP – Intellectual Property; T – Tax; CORP – Corporate

‡ The Total Compensation amount reflects Baker's reduction of $114,133.00 in fees that Baker earned performing services during the Fee Period.

Baker & Hostetler LLP
Attorneys at Law
San Francisco, CA

Case: 19-30088   Doc# 1478-2   Filed: 04/16/19   Entered: 04/16/19 18:54:24   Page 2 of 4

| NAME OF PROFESSIONAL ASSOCIATES: | PRIMARY DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Attard, Lauren T. | BRCR | 2008 | $600.00 | 60.70 | $32,100.00 |
| Baker, Amanda K. | BRCR | 2016 | $300.00 | 7.05 | $1,875.00 |
| Blanchard, Jason I. | LIT | 2011 | $650.00 | 13.10 | $8,515.00 |
| Kates, Elyssa S. | BRCR | 2000 | $760.00 | 55.10 | $41,496.00 |
| Layden, Andrew V. | BRCR | 2010 | $550.00 | 6.30 | $2,420.00 |
| McNee, Bonnie C. | CORP | 2017 | $285.00 | 4.70 | $1,339.50 |
| Mowbray, Nicholas C. | T | 2010 | $630.00 | 4.50 | $2,835.00 |
| **Total Associates:** | | | | 151.45 | $90,580.50 |

| NAME OF PARAPROFESSIONALS: | PRIMARY DEPARTMENT | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Bekier, James M. | Administration | $495.00 | 4.00 | $1,980.00 |
| Bookout, Kimberly M. | Administration | $250.00 | 8.40 | $2,100.00 |
| Kinne, Tanya M. | BRCR | $365.00 | 19.70 | $5,438.50 |
| Lane, Deanna L. | BRCR | $280.00 | 11.60 | $3,248.00 |
| Ravick, Jacob H. | BRCR | $250.00 | 6.90 | $1,150.00 |
| Szalay, Sarah M. | BRCR | $225.00 | 1.20 | $270.00 |
| **Total Paraprofessionals and other non-legal staff:** | | | 51.80 | $14,186.50 |

| PROFESSIONALS TOTALS: | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $786.29 | 959.00 | $754,052.50 |
| Associates | $598.09 | 151.45 | $90,580.50 |
| **Blended Attorney Rate** | **$760.62** | **1,110.45** | **$844,633.00** |
| Paraprofessionals and other non-legal staff | $273.87 | 51.80 | $14,186.50 |
| **Total Fees Incurred** | **$738.93** | **1,162.25** | **$858,819.50** |