**Exhibit B**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

- 8 -

**COMPENSATION BY WORK TASK CODE FOR**
**SERVICES RENDERED BY BAKER & HOSTETLER LLP**
**FOR THE PERIOD FEBRUARY 15, 2019 THROUGH FEBRUARY 28, 2019**

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Administrative Expense Claims | 0.00 | $0.00 |
| 002 | Asset Sales/363 Sales | 2.30 | $0.00 |
| 003 | Automatic Stay | 0.00 | $0.00 |
| 004 | Bankruptcy Litigation | 6.00 | $5,297.50 |
| 005 | Bar Date Motion/Claims Reconciliation/Claim Reconciliation Issue | 6.70 | $7,860.50 |
| 006 | Case Administration (docket updates, WIP and calendar) | 127.05 | $73,387.25 |
| 007 | CCA and other Aggregator Issues | 0.00 | $0.00 |
| 008 | Chapter 11 Plan/Plan Confirmation | 0.40 | $470.00 |
| 009 | Committee Meetings and Preparation | 237.00 | $189,445.00 |
| 010 | Corporate Governance and Board Issues | 0.00 | $0.00 |
| 011 | Customer, Supplier and Vendor Issues | 2.50 | $1,123.00 |
| 012 | DIP Financing/Cash Mgmt./Hedging Transactions | 83.30 | $61,001.50 |
| 013 | Disclosure Statement | 0.00 | $0.00 |
| 014 | Employee Issues | 0.40 | $458.00 |
| 015 | Equity Committee | 0.00 | $0.00 |
| 016 | Exclusivity | 0.00 | $0.00 |
| 017 | Executory Contracts/Lease Issues | 0.00 | $0.00 |
| 018 | General Case Strategy (includes calls with client and team calls) | 166.15 | $123,746.25 |
| 019 | Hearings and Court Matters | 0.00 | $0.00 |
| 020 | Legislative Issues/Inverse Reform | 0.00 | $0.00 |
| 021 | Non-Bankruptcy Litigation | 0.00 | $0.00 |
| 022 | Non-Working Travel | 70.20 | $47,174.00 |
| 023 | FERC Adversary Proceeding | 0.00 | $0.00 |
| 024 | District Court Litigation | 4.50 | $4,567.50 |
| 025 | Regulatory Issues including CPUC and FERC | 19.10 | $16,893.00 |
| 026 | Retention/Billing/Fee Applications: WGM | 79.90 | $33,969.50 |
| 027 | Retention/Fee Application: Ordinary Course Professionals | 4.20 | $2,361.50 |
| 028 | Retention/Fee Application: Other Professionals | 0.00 | $0.00 |
| 029 | Schedules/Statement of Financial Affairs | 0.00 | $0.00 |
| 030 | Tax Issues | 22.60 | $21,147.00 |
| 031 | U.S. Trustee issues/meetings/communications/monthly operating | 1.70 | $1,449.00 |
| 032 | Unsecured Creditor Issues/Communications/Meetings | 0.00 | $0.00 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

| 033 | Utility Issues/Adequate Assurance | 0.00 | $0.00 |
|------|-----------------------------------|------|-------|
| 034 | Withdraw Reference | 5.00 | $3,165.00 |
| 035 | Real Estate and Real Property Issues | 0.00 | $0.00 |
| 036 | Tort Claimants Committee, including Wildfire Claimants | 0.00 | $0.00 |
| 037 | Investigations | 10.40 | $7,056.00 |
| 038 | Financial Advisors | 104.60 | $92,396.00 |
| 039 | Other Contested Matters | 98.40 | $75,198.50 |
| 040 | Operations Contested Matters | 109.85 | $90,653.50 |
| **TOTAL** | | **1,162.25** | **$858,819.50** |

Case: 19-30088   Doc# 1478-3   Filed: 04/16/19   Entered: 04/16/19 18:54:24   Page 3 of 3