**Exhibit C**

- 11 -

Case: 19-30088    Doc# 1478-4    Filed: 04/16/19    Entered: 04/16/19 18:54:24    Page 1 of 2

## EXPENSE SUMMARY
## FOR THE PERIOD FEBRUARY 15, 2019 THROUGH FEBRUARY 28, 2019

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | $750.08 |
| Document Specialists | $1,122.89 |
| Duplicating | $0.00 |
| Filing Fees | $0.00 |
| Lodging | $8,847.10 |
| Meals | $1878.10 |
| Messenger/Delivery Services | $476.21 |
| Mileage Reimbursement | $30.74 |
| Miscellaneous | $15.00 |
| Teleconference Charges | $57.50 |
| Transcripts | $146.40 |
| Transportation | $1,622.30 |
| Travel | $21,791.97 |
| WiFi | $46.99 |
| **Total Expenses Requested:** | **$36,785.28** |