**Exhibit D**

-13-

# BakerHostetler

Official Committee of Tort Claimants of PG&E Corp.
and Pacific Gas and Electric Company
Baker & Hostetler
11601 Wilshire Blvd Suite 1400
Los Angeles, CA 90025

Invoice Date: 03/27/19
Invoice Number: 50610885
B&H File Number: 13291/114959/000001
Taxpayer ID Number: 34-0082025
Page 1

**Regarding:**     **PG&E Chapter 11 Case**

For professional services rendered through February 28, 2019

**BALANCE FOR THIS INVOICE DUE BY 04/26/19**     $     **895,604.78**

# Remittance Copy

**Please include this page with payment**

**Invoice No: 50610885**

**Firm Contact Information**

Bernadette O'Neill
(310) 979-8470
Boneill@bakerlaw.com

| | |
|---|---|
| **Please Remit To:**<br>**Baker & Hostetler LLP**<br>**P.O. Box 70189**<br>**Cleveland, OH 44190-0189** | **FOR WIRE REMITTANCES:**<br>**Baker & Hostetler LLP**<br>**KeyBank, N.A., Cleveland, OH**<br>**Account No: 1001516552 / ABA 041001039**<br>**SWIFT Code: KEYBUS33** |
| **Reference Invoice No:**<br>**50610885** | **Email the "Remittance Copy" to**<br>**bakerlockbox@bakerlaw.com** |

# BakerHostetler

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company
Baker & Hostetler
11601 Wilshire Blvd Suite 1400
Los Angeles, CA 90025

Invoice Date:          03/27/19
Invoice Number:      50610885
B&H File Number:  13291/114959/000001
Taxpayer ID Number:     34-0082025
Page 2

**Regarding:**      **PG&E Chapter 11 Case**

For professional services rendered through February 28, 2019

| | | |
|---|---|---|
| **Fees** | $ | 858,819.50 |
| **Expenses** | $ | 36,785.28 |

**BALANCE FOR THIS INVOICE DUE BY 04/26/19**      $   895,604.78

# Baker&Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 03/27/19
Invoice Number: 50610885
Matter Number: 114959.000001
Page 3

**Regarding:** **PG&E Chapter 11 Case**

**Matter Number:** 114959.000001

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Dettelbach Steven M | 16.30 | $1,015.00 | $ 16,544.50 |
| Dumas, Cecily A | 13.00 | 0.00 | 0.00 |
| Dumas, Cecily A | 126.80 | 950.00 | 120,460.00 |
| Goodman Eric R | 4.50 | 0.00 | 0.00 |
| Goodman Eric R | 79.90 | 800.00 | 63,920.00 |
| Green Elizabeth A. | 20.40 | 720.00 | 14,688.00 |
| Green Elizabeth A. | 36.30 | 0.00 | 0.00 |
| Jehl, Laura E. | 3.50 | 850.00 | 2,975.00 |
| Julian, Robert | 65.70 | 1,175.00 | 77,197.50 |
| Julian, Robert | 14.30 | 0.00 | 0.00 |
| Lehrer  II John R. | 1.20 | 725.00 | 870.00 |
| Paravano Jeffrey H | 11.50 | 1,080.00 | 12,420.00 |
| Parrish Jimmy D. | 2.90 | 590.00 | 1,711.00 |
| Payne Geyer, Tiffany | 17.50 | 455.00 | 7,962.50 |
| Payne Geyer, Tiffany | 6.00 | 0.00 | 0.00 |
| Resnick Lauren J | 18.50 | 0.00 | 0.00 |
| Resnick Lauren J | 16.40 | 1,145.00 | 18,778.00 |
| Rose Jorian L. | 53.20 | 1,010.00 | 53,732.00 |
| Rose Jorian L. | 13.00 | 0.00 | 0.00 |
| Sagerman, Eric E. | 65.30 | 1,145.00 | 74,768.50 |
| Sagerman, Eric E. | 0.60 | 0.00 | 0.00 |
| Woltering Catherine E. | 52.90 | 750.00 | 39,675.00 |
| Attard, Lauren T. | 53.50 | 600.00 | 32,100.00 |
| Attard, Lauren T. | 7.20 | 0.00 | 0.00 |
| Baker, Amanda K | 0.80 | 0.00 | 0.00 |
| Baker, Amanda K | 6.25 | 300.00 | 1,875.00 |
| Blanchard, Jason I. | 13.10 | 650.00 | 8,515.00 |
| Kates Elyssa S. | 0.50 | 0.00 | 0.00 |
| Kates Elyssa S. | 54.60 | 760.00 | 41,496.00 |

**Baker & Hostetler LLP**

Atlanta        Chicago      Cincinnati    Cleveland     Columbus       Costa Mesa    Denver
Houston        Los Angeles  New York      Orlando       Philadelphia   Seattle       Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

| | Invoice Date: | 03/27/19 |
|---|---|---|
| | Invoice Number: | 50610885 |
| | Matter Number: | 114959.000001 |
| | | Page 4 |

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Layden Andrew V. | 4.40 | 550.00 | 2,420.00 |
| Layden Andrew V. | 1.90 | 0.00 | 0.00 |
| McNee, Bonnie C. | 4.70 | 285.00 | 1,339.50 |
| Mowbray, Nicholas C. | 4.50 | 630.00 | 2,835.00 |
| Esmont Joseph M. | 106.10 | 600.00 | 63,660.00 |
| Petenko, Jaime B. | 2.50 | 605.00 | 1,512.50 |
| Weible Robert A | 33.80 | 830.00 | 28,054.00 |
| Weible Robert A | 1.90 | 0.00 | 0.00 |
| Workman Donald A | 8.20 | 0.00 | 0.00 |
| Workman Donald A | 166.80 | 930.00 | 155,124.00 |
| Kinne Tanya M | 4.80 | 0.00 | 0.00 |
| Kinne Tanya M | 14.90 | 365.00 | 5,438.50 |
| Lane Deanna L | 11.60 | 280.00 | 3,248.00 |
| Ravick Jacob H. | 4.60 | 250.00 | 1,150.00 |
| Ravick Jacob H. | 2.30 | 0.00 | 0.00 |
| Szalay, Sarah M | 1.20 | 225.00 | 270.00 |
| Bekier James M. | 4.00 | 495.00 | 1,980.00 |
| Bookout, Kimberly M. | 8.40 | 250.00 | 2,100.00 |
| **Total** | **1,162.25** | | **$ 858,819.50** |

| Date | Name | Hours | Activity |
|---|---|---|---|
| 02/28/19 | Julian, Robert | 0.40 | |

Review new 8k and analyze.

| 02/28/19 | Weible Robert A | 1.90 | |

Review PG&E 2017 Form 10-K for understanding of context of tort claims.

| **002** | **Asset Sales/363 Sales** | **2.30** | |

| 02/16/19 | Workman Donald A | 1.30 | |

Review motion for injunction in new litigation and review docket regarding same.

| 02/20/19 | Green Elizabeth A. | 0.40 | |

Conference with John Letchinger regarding litigation issues.

# BAKER & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 03/27/19
Invoice Number: 50610885
Matter Number: 114959.000001
Page 5

02/20/19    Green Elizabeth A.                          0.30
Telephone conference with Robert Mr. Julian regarding Channeling injunction issues.

02/20/19    Green Elizabeth A.                          0.30
Telephone conference with Matt Mr. Goodman and Mike VanNiel regarding issues related to injunction.

02/21/19    Julian, Robert                              1.10
Review adversary complaint

02/26/19    Goodman Eric R                              1.90
Review memorandum on channeling injunction.

02/26/19    Goodman Eric R                              0.60
Conference with Ms. Dumas regarding channeling injunction.

02/26/19    Kates Elyssa S.                             0.10
Correspondence with Mr. Workman and Mr. Goodman regarding the unsecured creditors committee's
motion to intervene in an adversary proceeding.

**004    Bankruptcy Litigation**                      _____
                                                        **6.00**

02/19/19    Julian, Robert                              4.50
Draft outline of select plan terms for resolution of claims and related disputes.

02/19/19    Julian, Robert                              1.80
Revise working structure.

02/22/19    Sagerman, Eric E.                           0.40
Communications re claim purchasers

**005    Bar Date Motion/Claims Reconciliation/Claim**  _____
**Reconciliation Issue**                                **6.70**

02/15/19    Dumas, Cecily A                             1.20
Review overview of first day motions.

02/15/19    Lane Deanna L                               0.10
Review and forwarding of PrimeClerk Daily Docketing Report to PG&E Team and Distribution List.

02/15/19    Ravick Jacob H.                             1.70
Work on obtaining case filings and status for northern district of California PG&E cases for attorney review.

02/16/19    Dumas, Cecily A                             9.10
Organize preparation of staffing tasks and assignment, creation of bylaws, NDA, employment application,
2014 search, engagement letter, financial advisor selection, meeting agenda.

**Baker&Hostetler LLP**

Atlanta        Chicago        Cincinnati      Cleveland      Columbus       Costa Mesa     Denver
Houston        Los Angeles    New York        Orlando        Philadelphia   Seattle        Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date:        03/27/19
Invoice Number:        50610885
Matter Number:    114959.000001
Page 6

02/16/19     Julian, Robert                                    0.40
Telephone conference with Mr. Sagerman regarding staffing.

02/16/19     Julian, Robert                                    3.10
Review public documents and evidence in support of developing case strategy.

02/16/19     Julian, Robert                                    3.50
Draft Baker staffing and assignment plan for tort committee representation.

02/16/19     Lane Deanna L                                    0.10
Review and forwarding of PrimeClerk Daily Docketing Report to PG&E Team and Distribution List.

02/17/19     Dumas, Cecily A                                    2.00
Revise chapter 11 executive summary.

02/17/19     Dumas, Cecily A                                    3.00
Further work on staffing plan, committee communications, case management plan.

02/17/19     Green Elizabeth A.                                6.50
Continue to gather information related to various areas practice areas for the case.

02/17/19     Julian, Robert                                    3.10
Work on case staffing matrix and assignments and e-mail assignments to Baker team.

02/17/19     Resnick Lauren J                                3.00
Speak to various partners to identify and pull materials for PGE submission on capabilities.

02/18/19     Dumas, Cecily A                                    2.40
Work on staffing requirements for bankruptcy case and litigation with Mr. Julian .

02/18/19     Green Elizabeth A.                                0.80
Review case summary of first day motions.

02/18/19     Green Elizabeth A.                                0.50
Telephone conference with Mr. Goodman regarding First Day Motions and DIP objection (.5).

02/18/19     Green Elizabeth A.          `                    0.90
Review staffing plan.

02/18/19     Green Elizabeth A.                                0.90
Gather information in response to committee requests for information on case staffing (.9).

02/18/19     Julian, Robert                                    4.80
Revise staffing plans.

02/18/19     Lane Deanna L                                    0.20
Editing and circulating the PG&E Bankruptcy - Weekly Critical Dates Memorandum.

02/18/19     Lane Deanna L                                    0.10
Review and forwarding of PrimeClerk Daily Docketing Report to PG&E Team and Distribution List.

# Baker&Hostetler LLP

Atlanta        Chicago        Cincinnati        Cleveland        Columbus        Costa Mesa        Denver
Houston        Los Angeles        New York        Orlando        Philadelphia        Seattle        Washington, DC

| 02/18/19 | Lane Deanna L | 0.10 |

Replying to Mr. Workman with requested pleadings.

| 02/18/19 | Lane Deanna L | 0.50 |

Review and summarizing of recent significant PG&E Bankruptcy Pleadings.

| 02/18/19 | Ravick Jacob H. | 0.50 |

Work on obtaining case filings and status for northern district of California PG&E cases for attorney review.

| 02/18/19 | Resnick Lauren J | 5.00 |

Conference with Mr. Sagerman, Ms. Green, Mr. Julian and others regarding preparation for committee meeting and staffing plan.

| 02/19/19 | Dumas, Cecily A | 4.50 |

Development case plan; communicate with team on staffing assignments.

| 02/19/19 | Dumas, Cecily A | 0.30 |

Telephone conference Mr. Julian re staffing.

| 02/19/19 | Green Elizabeth A. | 1.50 |

Review staffing issues and plan.

| 02/19/19 | Green Elizabeth A. | 0.50 |

Telephone conference with Rick Johnson regarding billing protocols.

| 02/19/19 | Green Elizabeth A. | 0.60 |

Telephone conference with Mr. Julian regarding staffing plan.

| 02/19/19 | Green Elizabeth A. | 1.20 |

Review issues related to billing protocols.

| 02/19/19 | Green Elizabeth A. | 1.20 |

Review staffing plan and analysis of work categories.

| 02/19/19 | Green Elizabeth A. | 0.80 |

Conference with Don Mr. Workman regarding general committee administration.

| 02/19/19 | Green Elizabeth A. | 1.50 |

Review issues related to application for employment and disclosures.

| 02/19/19 | Lane Deanna L | 1.40 |

Review and summarizing of recent significant PG&E Bankruptcy Pleadings.

| 02/19/19 | Lane Deanna L | 0.10 |

Review and forwarding of PrimeClerk Daily Docketing Report to PG&E Team and Distribution List.

| 02/19/19 | Ravick Jacob H. | 1.50 |

Work on obtaining case filings and status for northern district of California PG&E cases for attorney review; perform related research for attorney review.

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date:          03/27/19
Invoice Number:        50610885
Matter Number:    114959.000001
Page 8

02/19/19    Resnick Lauren J                    4.00
Conference with Ms. Green, Mr. Julian and other lawyers and prepare staffing.

02/19/19    Resnick Lauren J                    0.50
Conference with Ms. Greene regarding staffing.

02/19/19    Sagerman, Eric E.                   1.10
Draft billing protocols to ensure UST and Court compliance (.6); assist Mr. Julian in developing strategy to
respond to initial matters (.5).

02/20/19    Dumas, Cecily A                     0.20
Call with Korotkin, Mr. Keller re case.

02/20/19    Dumas, Cecily A                     1.50
Case planning.

02/20/19    Green Elizabeth A.                  0.50
Review task codes.

02/20/19    Green Elizabeth A.                  1.20
Review issues related to staffing matters.

02/20/19    Lane Deanna L                       0.10
Review and forwarding of PrimeClerk Daily Docketing Report to PG&E Team and Distribution List.

02/20/19    Lane Deanna L                       0.20
Updating information for the upcoming PG&E Weekly Critical Dates Memo 4.docx.

02/20/19    Lane Deanna L                       0.50
Compose email to pg&ebankruptcyteam@bakerlaw.com: PG&E Bankruptcy - Summary of Pleadings filed
2/20/2019.

02/20/19    Resnick Lauren J                    2.50
Conference with additional firm lawyers regarding experience and capabilities and expand staffing plan for
circulation to lead counsel.

02/21/19    Dumas, Cecily A                     2.00
Plan case teams and work streams with Mr. Workman.

02/21/19    Green Elizabeth A.                  0.90
Telephone conference with Irving Picard regarding Manville issues.

02/21/19    Green Elizabeth A.                  0.60
Review staffing with Ms. Resnick.

02/21/19    Green Elizabeth A.                  0.50
Telephone conference with Paul Schmidt regarding issues related to representation.

# Baker&Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

| | |
|---|---|
| Invoice Date: | 03/27/19 |
| Invoice Number: | 50610885 |
| Matter Number: | 114959.000001 |
| | Page 9 |

02/21/19    Green Elizabeth A.                                           0.50
Telephone conference with David Sheehan regarding issues regarding case management.

02/21/19    Lane Deanna L.                                               0.10
Review and forwarding of PrimeClerk Daily Docketing Report to PG&E Team and Distribution List.

02/21/19    Ravick Jacob H.                                             0.50
Work on obtaining case filings and status for northern district of California PG&E cases for attorney review.

02/21/19    Resnick Lauren J                                           6.50
Participate in core team meeting and multiple meetings to prepare additional submissions to committee and related research.

02/21/19    Rose Jorian L.                                             0.50
Review task list prepared by Mr. Workman for various tasks.

02/22/19    Dumas, Cecily A                                            0.40
Telephone conference Mr. Riddle re their firm's communications to UST re committee composition.

02/22/19    Green Elizabeth A.                                         0.50
Review docket related to expert matter.

02/22/19    Lane Deanna L.                                             0.10
Review and forwarding of PrimeClerk Daily Docketing Report to PG&E Team and Distribution List.

02/22/19    Lane Deanna L.                                             1.90
Initial drafting of chart of multiple objections to 16 first day motions.

02/22/19    Resnick Lauren J                                           3.75
Multiple calls and planning to prepare submissions to committee for March 1 meeting.

02/22/19    Rose Jorian L.                                             0.40
Telephone conference with Ms. Attard regarding status of first days.

02/23/19    Resnick Lauren J                                           1.00
Confer with co-counsel to revise slide deck presentation for committee meeting.

02/24/19    Lane Deanna L.                                             1.00
Update Objections Chart; compose email to pg&ebankruptcyteam@bakerlaw.com: PG&E Bankruptcy - Objections to First Day (and other) Motions (as of the end of objection period 2/22 4pm PST)

02/25/19    Dumas, Cecily A                                            0.50
Review letter from Mr. de Ghetaldi to US Trustee

02/25/19    Dumas, Cecily A                                            1.00
Meeting with Mr. Workman, Mr. Rose, Mr. Sagerman, Mr. Julian, Mr. Goodman, Esmont, Ms. Attard re case management

**Baker & Hostetler LLP**

Atlanta        Chicago        Cincinnati    Cleveland    Columbus        Costa Mesa    Denver
Houston        Los Angeles    New York      Orlando      Philadelphia    Seattle       Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date:       03/27/19
Invoice Number:     50610885
Matter Number:  114959.000001
Page 10

| Date | Name | Hours |
|---|---|---|
| 02/25/19 | Green Elizabeth A. | 0.40 |

Conference with Don Mr. Workman regarding PG&E staffing.

| 02/25/19 | Lane Deanna L | 0.10 |

Review and forwarding of PrimeClerk Daily Docketing Report to PG&E Team and Distribution List

| 02/25/19 | Lane Deanna L | 0.20 |

Researching cost of PACER account for Karen Ms. Lockhart for Mr. Esmont and Ms. Dumas

| 02/25/19 | Lane Deanna L | 2.00 |

Review of First Day Motions and Objections and continuing to summarize those not yet summarized

| 02/25/19 | Lane Deanna L | 0.30 |

Review, edit and finalize PG&E Weekly Critical Dates Memo; sending same to B&H Team and Distribution List

| 02/25/19 | Rose Jorian L. | 1.30 |

Review and revise task lists for items to be completed.

| 02/25/19 | Sagerman, Eric E. | 0.20 |

Review court calendar and critical dates memo

| 02/25/19 | Sagerman, Eric E. | 2.00 |

Prepare agenda for team meeting regarding first day motions and status, upcoming committee meeting and related (1.0); lead meeting re same (1.0)

| 02/25/19 | Woltering Catherine E. | 1.10 |

Review and analysis of strategy for staffing and managing case.

| 02/26/19 | Kinne Tanya M | 1.30 |

Prepare for and participate in conference call with Mr. Workman, Mr. Sagerman and Ms. Landrio to case administration protocols (1.0); draft list of action items to be completed (.30).

| 02/26/19 | Lane Deanna L | 0.10 |

Review and forwarding of PrimeClerk Daily Docketing Report to PG&E Team and Distribution List

| 02/26/19 | Lane Deanna L | 0.70 |

Preparing Summary of PG&E's Omnibus Reply in Support of First Day Motions

| 02/26/19 | Ravick Jacob H. | 0.40 |

Work on obtaining case filings and status for northern district of California PG&E cases for attorney review.

| 02/26/19 | Resnick Lauren J | 0.30 |

Confer with Mr. Julian regarding committee meeting.

| 02/27/19 | Dumas, Cecily A | 1.50 |

Prepare open items list for assignment

# Baker & Hostetler LLP

Case: 19-30088   Doc# 1478-5   Filed: 04/16/19   Entered: 04/16/19 18:54:24   Page 11

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

| Invoice Date: | 03/27/19 |
| Invoice Number: | 50610885 |
| Matter Number: | 114959.000001 |
| | Page 11 |

| 02/27/19 | Lane Deanna L | 0.10 |

Review and forwarding of PrimeClerk Daily Docketing Report to PG&E Team and Distribution List

| 02/27/19 | Ravick Jacob H. | 0.50 |

Work on obtaining case filings and status for northern district of California PG&E cases for attorney review.

| 02/27/19 | Rose Jorian L. | 0.80 |

Telephone conferences with Messrs. Mr. Workman and Esmont regarding status of various projects including bylaws and memos.

| 02/28/19 | Dumas, Cecily A | 0.30 |

Telephone conference Korotkin, Mr. Keller, Mr. Julian re SOFA and Schedules, case items.

| 02/28/19 | Dumas, Cecily A | 0.50 |

Conference call Mr. Workman, Mr. Rose, Mr. Goodman re open case management items

| 02/28/19 | Lane Deanna L | 0.10 |

Review and forwarding of PrimeClerk Daily Docketing Report to PG&E Team and Distribution List

| 02/28/19 | Lane Deanna L | 1.50 |

Review of 11 Orders entered today and sending same to PG&E Bankruptcy Team

| 02/28/19 | McNee, Bonnie C. | 4.70 |

Review member comments to committee bylaws and consolidate comments into a single document.

| 02/28/19 | Rose Jorian L. | 2.30 |

Review extensive markup from multiple Committee members' counsel of committee bylaws.

| 02/28/19 | Rose Jorian L. | 0.80 |

Conference calls with Messrs. Mr. Workman, Mr. Goodman and Ms. Dumas regarding various tasks and objections.

**006  Case Administration (docket updates, WIP and calendar)**                    **127.05**

| 02/19/19 | Julian, Robert | 0.40 |

Telephone conference with Karen Ms. Lockhart re committee meetings.

**008  Chapter 11 Plan/Plan Confirmation**                    **0.40**

| 02/15/19 | Dumas, Cecily A | 6.00 |

Attend committee formation meeting.

| 02/15/19 | Julian, Robert | 10.00 |

Prepare for and attend tort committee meetings all day.

Baker & Hostetler LLP

Case: 19-30088    Doc# 1478-5    Filed: 04/16/19    Entered: 04/16/19 18:54:24    Page 12

Atlanta       Chicago      Cincinnati    Cleveland     Columbus      Costa Mesa    Denver
Houston      Los Angeles   New York      Orlando       Philadelphia   Seattle       Washington, DC

| Date | Name | Hours |
|------|------|-------|
| 02/16/19 | Esmont Joseph M. | 2.40 |

Gather information requested by committee for presentation at upcoming committee meeting.

| 02/16/19 | Sagerman, Eric E. | 2.40 |

Work on materials for committee meeting, including committee welcome letter, executive summary, bylaws, non-disclosure agreement, NOA and supplemental Baker materials requested by committee.

| 02/16/19 | Workman Donald A | 3.90 |

Review action needed on tasks for Committee (.6); review information on Committee meeting and prepare agenda (1.2); prepare for first Committee meeting (1.4); review action needed on Bylaws (.4); review agenda for First Day Motions and follow up hearing (.3).

| 02/17/19 | Esmont Joseph M. | 11.50 |

Gather information requested by committee for use in presentation at upcoming meeting (4.2); Organize materials requested by committee (3.2); draft materials for circulation to committee at upcoming meeting (4.3).

| 02/17/19 | Sagerman, Eric E. | 0.80 |

Prepare materials for first meeting of committee.

| 02/17/19 | Sagerman, Eric E. | 0.60 |

Communications with chair's counsel regarding first day motions (.1); call with Mr. Baghdadi, Ms. Dumas and Mr. Julian re first committee meeting next week and related matters (.5).

| 02/17/19 | Sagerman, Eric E. | 0.60 |

Prepare NOA for committee to appear in case.

| 02/17/19 | Workman Donald A | 2.00 |

Provide update to counsel on preparation for Committee meeting (.3); analyze information for Committee Chair (.8); prepare for Committee meeting (.9).

| 02/18/19 | Esmont Joseph M. | 5.80 |

Gather supplemental materials for circulation to committee at upcoming meeting (3.0); Revise materials for circulation to committee at upcoming meeting (2.8).

| 02/18/19 | Sagerman, Eric E. | 0.80 |

Review communications from Ms. Lockhart re first meeting of committee on Wednesday (.2); review communications from Bagdhadi re same (.1); review agenda and materials (.5).

| 02/18/19 | Sagerman, Eric E. | 0.60 |

Work on meeting materials for first meeting of committee.

| 02/18/19 | Workman Donald A | 6.00 |

Attention to administrative functions for Committee (1.2); analyze need to object to First Day Motions (.6); review current filings (.5); analyze and update task list (.6); revise Committee Bylaws (.6); assemble information on various matters for Committee (.7); attention to NOA (.2); obtain lender presentation and review (.8); review summaries for pricing matters (.8).

**Baker & Hostetler LLP**

Atlanta        Chicago       Cincinnati    Cleveland     Columbus       Costa Mesa    Denver
Houston        Los Angeles   New York      Orlando       Philadelphia   Seattle       Washington, DC

| 02/19/19 | Sagerman, Eric E. | 0.50 |

Review materials for next day creditors' committee meeting.

| 02/19/19 | Sagerman, Eric E. | 0.60 |

Communications Ms. Dumas re preparation for Committee meeting.

| 02/19/19 | Workman Donald A | 1.70 |

Prepare Committee materials for meeting (.9); telephone conference with Mr. Sagerman on Committee meetings (.3); conference call with counsel on Committee meeting preparation (.5).

| 02/20/19 | Dumas, Cecily A | 8.50 |

Attend first meeting of tort claimants committee.

| 02/20/19 | Esmont Joseph M. | 7.90 |

Prepare for, telephonically attend, and take minutes of Committee meeting (4.7 hours); Telephone call with Mr. Sagerman regarding Committee meeting (.5); Legal research regarding authority of chair (2.7).

| 02/20/19 | Julian, Robert | 7.20 |

Attend committee meeting all day.

| 02/20/19 | Julian, Robert | 2.20 |

Prepare for committee meeting.

| 02/20/19 | Sagerman, Eric E. | 6.30 |

Communications with Mr. Julian and Mr. Workman, separately, regarding preparation for today's committee meeting (1.0); attend committee meeting by telephone (4.0); follow up calls with Mr. Julian, Mr. Workman and Esmont re executive session (1.3).

| 02/20/19 | Workman Donald A | 0.70 |

Emails with Mr. Sagerman on Committee meeting (x5) (.7).

| 02/20/19 | Workman Donald A | 7.70 |

Review status of analysis of case parties (.4); emails with Ms. Dumas on case matters (x4) (.5); telephone conference with Mr. Sagerman after Committee call regarding action needed (.2); follow up telephone conference with Mr. Sagerman on Committee meeting (.3); review prep. for Committee meeting (.4); telephone conference with Ms. Resnick regarding same (.2); prepare for and attend Committee meeting conference call (5.2); follow up call with counsel regarding same (.5).

| 02/20/19 | Workman Donald A | 0.50 |

Review update on final hearing (.2); telephone conference with Mr. Sagerman on case matters (.2); telephone conference with Mr. Julian regarding same (.1).

| 02/21/19 | Esmont Joseph M. | 0.30 |

Confer with Mr. Workman and Mr. Sagerman regarding meeting minutes (.3).

| 02/21/19 | Sagerman, Eric E. | 1.60 |

All hands call including Schmidt, Mr. Julian, Ms. Dumas, Ms. Resnick et al regarding preparation for March 1 meeting (1.0), follow up email to all with task items (.4), and draft preliminary meeting roster (.2)

**Baker&Hostetler** LLP

Case: 19-30088    Doc# 1478-5    Filed: 04/16/19    Entered: 04/16/19 18:54:24    Page 14

Atlanta      Chicago        Cincinnati    Cleveland     Columbus       Costa Mesa    Denver
Houston      Los Angeles    New York      Orlando       Philadelphia   Seattle       Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 03/27/19
Invoice Number: 50610885
Matter Number: 114959.000001
Page 14

02/21/19     Sagerman, Eric E.                          1.50
Work on March 1 Committee meeting, including materials

02/21/19     Workman Donald A                           7.90
Review information from Committee meeting and action needed (.6); telephone conference with Mr.
Sagerman regarding Committee meeting (.2); review background materials for next Committee meeting
(.8); prepare for and participate on conference call with team regarding preparation for Committee meeting
(1.7); analyze information from Committee and work on minutes (.4); prepare for meeting with members
(.8); review information on case parties (.4); analyze Bylaws and discussion with Mr. Weible regarding same
(1.1); telephone conference with Mr. Julian on case matters (.1); review information from Debtors on
proposed Orders (.3); update Bylaws (.4); analyze filings needed for 1102 and Committee reimbursement
(.9); receive and review Amended Appointment of Tort Claimants Committee (.2).

02/22/19     Esmont Joseph M.                           9.10
Review information regarding potential financial advisors to be selected at upcoming committee meeting
(2.9); research regarding authority of chair at meetings (1.9); identify items to be uploaded to data room for
committee member access prior to next meeting (1.1); analysis of committee members' right to expense
reimbursement for attending meetings (3.2)

02/22/19     Julian, Robert                             4.70
Prepare for working session with team on committee tasks and meetings

02/22/19     Sagerman, Eric E.                          0.30
Communications with BH team re preparation meeting for March 1 committee meeting

02/22/19     Sagerman, Eric E.                          2.30
Prepare meeting materials for March 1 meeting (1.3); communications Mr. Julian, Ms. Resnick and Mr.
Workman re same (.4); communications Ms. Dumas re same (.6)

02/22/19     Workman Donald A                           7.00
Telephone conference with Ms. Resnick on case matters (.3); review action needed on Committee meeting
preparation (.6); analyze parties in cases (.7); telephone conferences with Mr. Sagerman on Committee
meeting and other matters (x3) (.5); telephone conference with Mr. Julian on Committee issues (.1); prepare
for Committee meeting (1.7); telephone conference with Mr. Weible regarding Chair's request on Committee
meetings (.2); provide Chair with certain provisions for Bylaws (.5); consider action needed on parties list
from Debtors (.4); exchange emails with Ms. Dumas on First Day Motions (.2); meet with Ms. Jackson on
support for Committee meeting (.4); receive and review Committee resignation information (.2); consider
actions for Committee reimbursement and review documents (.8); review preparation for March 1
Committee meeting (.4).

02/24/19     Esmont Joseph M.                           1.00
Draft minutes of prior committee meeting.

02/24/19     Workman Donald A                           0.20
Receive and review email from Chair regarding meeting.

02/25/19     Dumas, Cecily A                            0.40
Telephone conference Mr. Riddle re their position on committee composition

**Baker&Hostetler** LLP

Case: 19-30088     Doc# 1478-5     Filed: 04/16/19     Entered: 04/16/19 18:54:24     Page 15

Atlanta        Chicago       Cincinnati    Cleveland     Columbus       Costa Mesa    Denver
Houston        Los Angeles   New York      Orlando       Philadelphia   Seattle       Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 03/27/19
Invoice Number: 50610885
Matter Number: 114959.000001
Page 15

02/25/19    Esmont Joseph M.    3.80

Telephone call with Ms. Lockhart, Committee Chair, regarding committee meeting (.2); Telephone call with Mr. Schuver, counsel to Ms. Lockhart, regarding organizing committee meeting (.2); Telephone call with Ms. Dumas regarding communications to committee (.3); confer with Mr. Workman and Mr. Weible regarding committee governance issues (.5); identify items for review before committee meeting to select financial advisors and upload to data room (.3); Legal research on fiduciary duties of committee members and confer with Mr. Weible regarding the same (2.3).

02/25/19    Julian, Robert    2.20

Outline working team tasks and coordination procedures.

02/25/19    Kates Elyssa S.    0.10

Call with Mr. Workman and Ms. Attard regarding the meeting with the committee members.

02/25/19    Kates Elyssa S.    4.80

Preparation of analysis of pending motions and objections, including motions to maintain insurance, pay employees, pay prepetition claims of operational integrity suppliers, and establish procedures to compensate and reimburse professionals, in order to prepare for meeting with the Tort Committee.

02/25/19    Resnick Lauren J    0.80

Participate in videoconference regarding PGE staffing and bankruptcy work experience in Madoff.

02/25/19    Rose Jorian L.    1.60

Review and revise presentation for Committee meeting.

02/25/19    Rose Jorian L.    0.70

Review and revise agenda for Committee meeting.

02/25/19    Rose Jorian L.    1.80

Attend meeting in preparation for Committee meetings with Messrs. Mr. Julian, Mr. Workman and Mr. Goodman.

02/25/19    Sagerman, Eric E.    2.10

Prepare materials for March 1 committee meeting (1.5); meetings with Mr. Julian re same (.6)

02/25/19    Woltering Catherine E.    2.60

Review and analysis of issues identified for discussion at upcoming committee meeting, and discuss strategy for addressing same with Mr. Julian, Mr. Workman, Mr. Sagerman, and others.

02/25/19    Woltering Catherine E.    1.60

Review and analysis of proposed committee co-counsel's representation of lenders implicated in PG&E's prior regulatory and litigation actions, and discuss same with Mr. Julian.

02/25/19    Woltering Catherine E.    3.20

Review and analysis of recent cases involving PG&E to determine prior representation and potential conflicts involving proposed committee co-counsel, and discuss same with Mr. Julian.

# Baker & Hostetler LLP

Atlanta        Chicago        Cincinnati    Cleveland    Columbus        Costa Mesa    Denver
Houston        Los Angeles    New York      Orlando      Philadelphia    Seattle       Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 03/27/19
Invoice Number: 50610885
Matter Number: 114959.000001
Page 16

02/25/19    Workman Donald A                        1.30

Review status of Committee minutes (.2); review information needed for Chair for Committee meeting (.4); follow up on meeting requirements for Committee (.7).

02/25/19    Workman Donald A                        6.50

Analyze Bylaws and action needed regarding same (1.4); prepare strategy plan for Committee (.2); attend planning meeting with counsel regarding same (2.6); analyze and comment on presentation for Committee on action needed in case (1.4); analyze Bylaw revisions and comment regarding same (.9).

02/26/19    Dettelbach Steven M                      2.00

Review documents to prepare for Committee meeting (1.5); telephone call with Mr. Julian on same (.5).

02/26/19    Esmont Joseph M.                         1.70

Draft minutes of committee meeting (.7); draft form of agenda for upcoming committee meeting (.5); confer with Ms. Lockhart regarding process for interviewing financial advisors at next meeting (.5)

02/26/19    Kates Elyssa S.                          9.30

Preparation of analysis of pleadings for use in committee meeting, including pleadings filed in related matters, including the debtor-in-possession finance motion, motion to retain professionals, case management motion, and motion to restrict stock transfers.

02/26/19    Kinne Tanya M                            0.20

Telephone conference with Ms. Landrio regarding preparation for March 1, 2019 meeting in Sacramento, California with Official Committee of Tort Claimants.

02/26/19    Kinne Tanya M                            0.30

Telephone conference with Mr. Bekier regarding preparation for March 1, 2019 meeting in Sacramento, California with Official Committee of Tort Claimants.

02/26/19    Kinne Tanya M                            1.00

Participate in team conference call concerning March 1, 2019 meeting in Sacramento, California with Official Committee of Tort Claimants.

02/26/19    Sagerman, Eric E.                        0.10

Review agenda sent by Chair Lockhard for next day meeting

02/26/19    Sagerman, Eric E.                        2.80

Prepare agenda for meeting in preparation for March 1 committee meeting in Sacramento (.5); lead meeting re same (.5); prepare presentation materials for March 1 meeting (1.4); communications Mr. Julian re meeting preparation (.4)

02/26/19    Woltering Catherine E.                   1.50

Participate in PG&E core team meeting to prepare for the March 1, 2019 meeting of the Official Committee of Tort Claimants.

02/26/19    Woltering Catherine E.                   1.20

Confer with Mr. Julian regarding strategy for addressing committee members' concerns and issues they have requested the firm address at the March 1, 2019 meeting of the Official Committee of Tort Claimants.

# Baker & Hostetler LLP

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver*
*Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC*

| 02/26/19 | Woltering Catherine E. | 4.30 |

Prepare materials for use at upcoming committee meeting, circulate same for review by court team, review and revise same to incorporate comments from Mr. Julian, Ms. Dumas, and Mr. Sagerman, and others.

| 02/26/19 | Workman Donald A | 2.30 |

Review status of pending matters in preparation for review (.6); prepare agenda for meeting (.2); prepare for and attend preparation meeting for Committee meeting (1.5).

| 02/26/19 | Workman Donald A | 1.00 |

Follow up on agenda items (.4); review preparations for Committee meeting in Sacramento (.6).

| 02/27/19 | Dettelbach Steven M | 1.00 |

Attention to preparation of materials for Committee meeting.

| 02/27/19 | Esmont Joseph M. | 5.90 |

Multiple telephone calls with Mr. Rose regarding materials requested by committee for meeting (.5); Telephone call with Mr. Sagerman regarding materials requested by committee (.1); prepare for, attend and take minutes of committee meeting telephonic committee meeting (5.3).

| 02/27/19 | Kinne Tanya M | 0.10 |

Telephone conference with Mr. Bekier regarding preparation for February 27, 2019 pitch conferences.

| 02/27/19 | Rose Jorian L. | 0.60 |

Meeting with Chairperson regarding status of various administrative tasks.

| 02/27/19 | Rose Jorian L. | 6.30 |

Attend Committee meeting on numerous financial advisors including pitches and Committee discussions.

| 02/27/19 | Sagerman, Eric E. | 5.30 |

Attend committee meeting regarding interviews of financial advisors

| 02/28/19 | Bekier James M. | 1.00 |

Participate in team meeting in preparation for meeting of Committee of Tort Claimants to discuss agenda and assignments.

| 02/28/19 | Dumas, Cecily A | 3.50 |

Further preparation for committee meeting.

| 02/28/19 | Dumas, Cecily A | 2.20 |

Review Agenda and prepare for committee meeting.

| 02/28/19 | Julian, Robert | 0.50 |

Attend team meeting regarding committee meeting.

| 02/28/19 | Julian, Robert | 2.20 |

Prepare for Committee meeting in FAS.

| 02/28/19 | Rose Jorian L. | 0.70 |

Meeting with team regarding Committee meeting preparation.

**Baker&Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

| | |
|---|---|
| Invoice Date: | 03/27/19 |
| Invoice Number: | 50610885 |
| Matter Number: | 114959.000001 |
| | Page 18 |

| | | |
|---|---|---|
| 02/28/19 | Rose Jorian L. | 0.70 |

Call with Mr. Bekier and set up room for Committee meeting.

| | | |
|---|---|---|
| 02/28/19 | Woltering Catherine E. | 1.20 |

Review materials submitted by financial advisors and proposed co-counsel in advance of committee meeting, and discuss same with Mr. Julian.

| | | |
|---|---|---|
| 02/28/19 | Woltering Catherine E. | 4.10 |

Finalize materials in preparation for committee meeting regarding selection of financial advisors, approval of by laws, and vote regarding addition of co-counsel and discuss same with Mr. Julian.

| | | |
|---|---|---|
| 02/28/19 | Woltering Catherine E. | 0.70 |

Confer with PG&E core team regarding final preparations for committee meetings regarding selection of financial advisors, addition of co-counsel, and approval of by-laws.

| | | |
|---|---|---|
| 02/28/19 | Woltering Catherine E. | 0.20 |

Review email correspondence from Mr. Julian regarding the committee's request for additional information on Baker Hostetler's role in the Tokata case.

| | | |
|---|---|---|
| 02/28/19 | Woltering Catherine E. | 0.10 |

Review email correspondence from Mr. Julian regarding the inclusion of a public utility commission expert at upcoming committee meeting.

| | | |
|---|---|---|
| 02/28/19 | Woltering Catherine E. | 1.50 |

Review and analysis of SEC form 8K filed by PG&E and circulate same to team for review and discussion in advance of committee meeting.

| | | |
|---|---|---|
| 02/28/19 | Woltering Catherine E. | 0.40 |

Review email correspondence from Mr. Julian regarding conflict waivers in connection with preparing for discussion of same at upcoming committee meeting.

| | | |
|---|---|---|
| 02/28/19 | Woltering Catherine E. | 0.90 |

Participate in telephone conference of the core PG&E team regarding preparations for upcoming meeting with the official committee of tort claimants, and follow up discussion with Mr. Julian regarding same.

| | | |
|---|---|---|
| 02/28/19 | Workman Donald A | 3.60 |

Review and revise proposed agenda (.6); conference call with counsel on Committee meeting (.7); status update with counsel on pending matters and action for Committee meeting (.8); review action needed for Committee briefing on recommended action and review materials in support of same (1.3); receive and review email from Committee chair regarding meeting (.2).

| | | |
|---|---|---|
| 009 | Committee Meetings and Preparation | 237.00 |

| | | |
|---|---|---|
| 02/16/19 | Workman Donald A | 0.70 |

Prepare appearance and revise.

| | | |
|---|---|---|
| 02/17/19 | Dumas, Cecily A | 0.40 |

Conference call Mr. Baghdadi, atty for chair, re CPUC, govt affairs expertise.

**Baker & Hostetler LLP**

Atlanta        Chicago        Cincinnati        Cleveland        Columbus        Costa Mesa        Denver
Houston        Los Angeles        New York        Orlando        Philadelphia        Seattle        Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 03/27/19
Invoice Number: 50610885
Matter Number: 114959.000001
Page 19

02/18/19    Sagerman, Eric E.                                  0.20
Communications with Mr. Bray for GUC Committee re start of case (.1); communications Ms. Dumas and
Mr. Julian re same (.1).

02/26/19    Sagerman, Eric E.                                  0.20
Communications with Mr. Keller for OCUC regarding handling of first day motion

02/28/19    Dumas, Cecily A                                    0.30
Telephone conference Ms. Lockhart re revisions to same

02/28/19    Dumas, Cecily A                                    0.70
Telephone conference Mr. Workman, Mr. Rose, Mr. Goodman, Mr. Julian, Ms. Resnick re committee
meeting.

**011   Cusotomer, Supplier and Vendor Issues**                    **2.50**

02/15/19    Rose Jorian L.                                     0.90
Review first day affidavit for DIP objection.

02/16/19    Attard, Lauren T.                                  0.60
Read DIP motion.

02/16/19    Dumas, Cecily A                                    2.00
Review DIP motion and credit agreement.

02/16/19    Sagerman, Eric E.                                  0.30
Communications with Ms. Dumas and Schuver re background for DIP Objection.

02/17/19    Attard, Lauren T.                                  3.60
Draft additions to DIP objection pursuant to email from Ms. Dumas.

02/17/19    Dumas, Cecily A                                    1.50
Further work on DIP response and confer with Ms. Attard re same.

02/17/19    Dumas, Cecily A                                    2.00
Work on evaluation of and response to DIP motion.

02/17/19    Julian, Robert                                     2.50
Review background documents and draft background section for DIP financing motion response.

02/18/19    Attard, Lauren T.                                  0.40
Draft additions to DIP objection pursuant to email from Ms. Dumas.

02/18/19    Attard, Lauren T.                                  2.30
Research the DIP Motion and the Credit Agreement in preparation for the objection.

02/18/19    Attard, Lauren T.                                  1.50
Draft DIP objection.

# Baker&Hostetler LLP

Case: 19-30088    Doc# 1478-5    Filed: 04/16/19    Entered: 04/16/19 18:54:24    Page 20

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 03/27/19
Invoice Number: 50610885
Matter Number: 114959.000001
Page 20

| 02/18/19 | Attard, Lauren T. | 0.70 |

Telephone conference with Ms. Dumas and Mr. Goodman regarding DIP objection.

| 02/18/19 | Attard, Lauren T. | 0.30 |

Telephone conference with Mr. Goodman regarding objection regarding drafting DIP objection.

| 02/18/19 | Goodman Eric R | 1.00 |

Begin review of DIP Credit Agreement.

| 02/19/19 | Attard, Lauren T. | 0.80 |

Telephone conference with Mr. Goodman regarding objection to DIP motion.

| 02/19/19 | Attard, Lauren T. | 9.60 |

Draft DIP objection.

| 02/19/19 | Attard, Lauren T. | 0.70 |

Telephone conference with Mr. Goodman and Ms. Dumas regarding objection to DIP motion.

| 02/19/19 | Goodman Eric R | 8.10 |

Review DIP Credit Agreement, review Interim DIP Order, analyze potential arguments regarding DIP liens and enforcement rights (3.6); conference call with Ms. Dumas and Ms. Attard regarding objection to DIP Motion (.7); further discussions with Ms. Attard regarding objection to DIP Motion (.7); revise outline for DIP objection and draft email to Ms. Attard regarding the same (1.0); edit and revise DIP Objection and draft email to Ms. Attard regarding such revisions (1.5); further review and edits to DIP Objection and draft email to Ms. Attard regarding such revisions (.6).

| 02/19/19 | Sagerman, Eric E. | 0.40 |

Telephone call with Ms. Dumas regarding DIP Objection.

| 02/20/19 | Attard, Lauren T. | 6.60 |

Draft DIP objection.

| 02/20/19 | Attard, Lauren T. | 1.40 |

Telephone conferences with Mr. Goodman regarding drafting DIP objection.

| 02/20/19 | Goodman Eric R | 6.70 |

Edit and revise DIP Objection (5.5); communications with Ms. Attard regarding revisions to DIP Objection (.2); review revised proposed first day orders (.3); further communications with Mr. Ms. Attard regarding revisions to DIP Objection (.7).

| 02/21/19 | Attard, Lauren T. | 3.90 |

Draft DIP objection.

| 02/21/19 | Attard, Lauren T. | 0.70 |

Telephone conferences with Mr. Goodman regarding objection.

| 02/21/19 | Attard, Lauren T. | 1.80 |

Telephone conferences with Mr. Goodman and Ms. Dumas regarding drafting DIP objection.

**Baker&Hostetler LLP**

Atlanta        Chicago        Cincinnati        Cleveland        Columbus        Costa Mesa        Denver
Houston        Los Angeles        New York        Orlando        Philadelphia        Seattle        Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 03/27/19
Invoice Number: 50610885
Matter Number: 114959.000001
Page 21

| 02/21/19 | Dumas, Cecily A | 1.50 |

Tel conference Mr. Goodman, Ms. Attard re DIP motion and work on same.

| 02/21/19 | Goodman Eric R | 6.00 |

Edit and revise DIP Objection (3.4); telephone call with Ms. Dumas and Ms. Attard regarding DIP Objection (.8); telephone call with Ms. Attard regarding revisions to DIP Objection (.6); review and respond to email regarding objections to first day motions and UCC's extension request (.2); conference call with Ms. Dumas and Ms. Attard regarding DIP Objection and related matters (1.0).

| 02/21/19 | Payne Geyer, Tiffany | 0.40 |

Multiple correspondence to Liz Ms. Green and Don Mr. Workman summarizing findings with respect to DIP lenders.

| 02/21/19 | Payne Geyer, Tiffany | 0.30 |

Review PG&E 8-K filings.

| 02/21/19 | Payne Geyer, Tiffany | 0.60 |

Analyze issues relating to lending syndicate in DIP Financing motion.

| 02/21/19 | Payne Geyer, Tiffany | 0.50 |

Review DIP Credit Agreement as necessary to confirm US Bank NA not among lenders.

| 02/21/19 | Rose Jorian L. | 1.40 |

Review DIP motions and issues and potential objection.

| 02/22/19 | Attard, Lauren T. | 0.50 |

Research for objection.

| 02/22/19 | Goodman Eric R | 1.90 |

Review and edit DIP Objection (1.5); communications with Ms. Dumas regarding DIP Objection and related matters (.4).

| 02/22/19 | Sagerman, Eric E. | 0.40 |

Communications Ms. Attard re DIP Objection (.1); brief review of same (.3)

| 02/22/19 | Workman Donald A | 0.30 |

Review status of DIP objection.

| 02/23/19 | Dumas, Cecily A | 2.00 |

Work on objection to DIP motion.

| 02/25/19 | Goodman Eric R | 2.50 |

Further review of DIP Motion and Credit Agreement.

| 02/26/19 | Workman Donald A | 0.50 |

Analyze and comment on DIP revised objection.

| 02/26/19 | Workman Donald A | 0.40 |

Analyze potential impact of certain lien issues.

**Baker & Hostetler** LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

| | |
|---|---|
| Invoice Date: | 03/27/19 |
| Invoice Number: | 50610885 |
| Matter Number: | 114959.000001 |
| | Page 22 |

02/27/19    Rose Jorian L.           1.00
Review and revise DIP Objection.

02/28/19    Attard, Lauren T.       1.10
Revise objection to DIP Financing.

02/28/19    Rose Jorian L.           0.90
Review and revise DIP objection.

02/28/19    Workman Donald A    0.80
Analyze and comment on DIP motion objection.

**012   DIP Financing/Cash Mgmt./Hedging Transactions     83.30**

02/22/19    Sagerman, Eric E.      0.20
Communications with Mr. Karotkin regarding employee plan and withdrawal of request (.1); communications with Ms. Dumas re same (.1)

02/26/19    Sagerman, Eric E.      0.20
Communications Esmont regarding employee benefits motion

**014   Employee Issues           0.40**

02/15/19    Sagerman, Eric E.      6.40
Receive and review Notice of Committee formation (.2); review updated filings affecting Committee (.4); consider action needed in light of hiring by Committee (.5); telephone conference with Mr. Workman regarding same (.3); analyze filings/documents needed including Bylaws, First Day Motions , executive summary for Committee (1.5); consider options on Financial Advisors selection (.3); review action needed on confidentiality (.3); attention to memorandum to Committee on first day filings and actions needed (.9); review action required on retention and employment application (.8); telephone conferences with Mr. Workman regarding documents, filing and action needed (x3) (.7); meet with Committee members and counsel regarding case action (.5).

02/15/19    Workman Donald A    0.40
Review update on filings.

02/16/19    Julian, Robert         0.70
Telephone conference with Ms. Dumas regarding committee meetings.

02/17/19    Dumas, Cecily A       1.50
Communications with attorneys for committee members re meeting agenda, FAs.

02/17/19    Green Elizabeth A.     0.30
Telephone conference with Ms. Dumas regarding committee information.

02/17/19    Green Elizabeth A.     2.60
Review and revise materials and information for committee.

**Baker&Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 03/27/19
Invoice Number: 50610885
Matter Number: 114959.000001
Page 23

02/17/19     Green Elizabeth A.                                    0.40
Telephone conference with Mr. Sagerman regarding information for committee.

02/17/19     Green Elizabeth A.                                    5.50
Prepare, outline, organize information requested by committee related to various areas of case.

02/17/19     Kates Elyssa S.                                       5.10
Analysis of deadlines under the bankruptcy code and withdrawal of the reference issues (2.1); preparation
of executive summary memo (3).

02/17/19     Workman Donald A                                      7.90
Follow up with Mr. Sagerman on NOA (.3); prepare and revise Executive Summary on Bankruptcy for
Committee (4.6); work on first day package for Committee (2.3); review summary of qualifications for
committee (.7).

02/18/19     Dumas, Cecily A                                       0.30
Communications with chair re materials for first meeting.

02/18/19     Green Elizabeth A.                                    1.20
Review and revise materials requested by committee.

02/18/19     Green Elizabeth A.                                    0.40
Telephone conference with Irving Picard related to materials requested by the committee.

02/18/19     Green Elizabeth A.                                    0.80
Review and revise materials requested by the committee.

02/18/19     Green Elizabeth A.                                    0.30
Telephone conference with Mr. Julian in response ot committee requests for information on case staffing
(.3).

02/18/19     Sagerman, Eric E.                                     0.50
Communications with Mr. Julian regarding committee press release.

02/18/19     Workman Donald A                                      2.10
Comment on supplement for Committee (.4); analyze information for Committee on First Days (.9); review
information on Committee members (.8).

02/19/19     Dumas, Cecily A                                       0.80
Review agenda for TCC meeting and confer with Ms. Lockhart re same.

02/19/19     Kates Elyssa S.                                       0.20
Call with Mr. Workman regarding pleadings filed in the cases.

02/19/19     Kates Elyssa S.                                       0.10
Analysis of docket entries.

# BAKER & HOSTETLER LLP

Atlanta          Chicago       Cincinnati     Cleveland     Columbus        Costa Mesa     Denver
Houston          Los Angeles   New York       Orlando       Philadelphia    Seattle        Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 03/27/19
Invoice Number: 50610885
Matter Number: 114959.000001
Page 24

| 02/20/19 | Kates Elyssa S. | 4.80 |

Analysis of pleadings, proposed requests for relief, and proposed orders to prepare committee counsel for court appearance.

| 02/21/19 | Julian, Robert | 3.60 |

Draft outline of responses to committee questions

| 02/21/19 | Kates Elyssa S. | 4.00 |

Preparation of application to retain and employ Baker & Hostetler, including preparation of information relating to potential conflicts.

| 02/21/19 | Workman Donald A | 2.50 |

Analyze Committee communication issue to update for Committee (.7); review information on collaborative nature of site for Committee (.4); consider inquiries from Committee (.4); review proposed emails for Chair to disseminate to Committee (.5); consider options for additional Committee requests (.5).

| 02/22/19 | Dumas, Cecily A | 0.60 |

Telephone conference Ms. Lockhart re case issues.

| 02/22/19 | Dumas, Cecily A | 0.50 |

Telephone conferences with committee chair re committee composition, Mr. Heffernan resignation and replacement with Mr. Wehe.

| 02/22/19 | Esmont Joseph M. | 2.00 |

Prepare communications to Ms. Lockhart regarding financial advisor options.

| 02/22/19 | Kates Elyssa S. | 1.40 |

Analysis of pleadings to determine status of the case and potential actions to be taken by the committee.

| 02/22/19 | Kates Elyssa S. | 0.00 |

Analysis of representation of certain creditors for use in representing the tort claimants committee.

| 02/22/19 | Kates Elyssa S. | 0.00 |

Analysis of conflict issues.

| 02/22/19 | Woltering Catherine E. | 2.10 |

Review and analysis of first day motions and orders filed by PG&E.

| 02/22/19 | Workman Donald A | 0.50 |

Respond to Chair request on communicating with members on matters and work on same (.3); telephone conference with Chair on Committee matters (.2).

| 02/23/19 | Blanchard, Jason I. | 0.30 |

Review proposed case management order in connection with providing comments to the same; email with Mr. Workman regarding the same.

| 02/23/19 | Kates Elyssa S. | 3.60 |

Analysis of pleadings, including first day motions, such as the motion to establish case management procedures, to determine the status of the case and advise the committee members.

**Baker&Hostetler LLP**

Atlanta       Chicago       Cincinnati    Cleveland    Columbus      Costa Mesa    Denver
Houston       Los Angeles   New York      Orlando      Philadelphia  Seattle       Washington, DC

02/23/19    Workman Donald A                         0.50
Review Committee communications on documents.

02/23/19    Workman Donald A                         0.60
Communicate with Chair about power of Chair, and review action needed regarding same.

02/24/19    Esmont Joseph M.                         1.70
Confer with committee members and their counsel regarding financial advisor interviews (Messrs. Agajanian and Kaupp; Ms. Whitaker) (.3); Confer with litigation support team regarding data room and other forms of communication to committee members (.7); draft proposed email for committee chair to send regarding data rooms, financial advisor interviews and upcoming hearing dates (.7).

02/24/19    Kates Elyssa S.                          2.10
Analysis of pleadings, including first day motions, such as the motion to establish case management procedures, to determine the status of the case and advise the committee members.

02/25/19    Attard, Lauren T.                        1.00
Drafting summaries and recommendations for all pending motions in preparation for presentation to the Committee for approval of recommendations.

02/25/19    Baker, Amanda K                          3.00
Review and revise binders of financial advisor materials and compile for meeting (3.0).

02/25/19    Baker, Amanda K                          0.80
Compile cases for review by Mr. Esmont and Mr. Weible (.8).

02/25/19    Dumas, Cecily A                          0.60
Telephone conference Ms. Lockhart re committee issues.

02/25/19    Dumas, Cecily A                          0.40
Telephone conference Mr. Campora re same.

02/25/19    Esmont Joseph M.                         3.20
Prepare for and participate in strategy conference with Mr. Sagerman, Robert Mr. Julian, Ms. Dumas, Cat Woltering, Mr. Rose, Mr. Goodman, Lauren Ms. Attard and Donald Mr. Workman.

02/25/19    Esmont Joseph M.                         1.10
Confer with Ms. Lockhart regarding providing information on ongoing filings (.4); confer with individual committee members and their counsel (Tom Mr. Wehe, Francis Scarpulla, Anne Whitaker), regarding data room and access thereto (.7)

02/25/19    Green Elizabeth A.                       0.50
Review draft deck for presentation to committee.

02/25/19    Resnick Lauren J                        4.25
Review and revise slides and content for presentation deck of information for committee meeting on March 1.

**Baker&Hostetler LLP**

Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver
Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 03/27/19
Invoice Number: 50610885
Matter Number: 114959.000001
Page 26

02/25/19    Rose Jorian L.        1.10

Telephone call with Ms. Dumas and Messrs. Mr. Workman and Mr. Goodman regarding status of Committee deliverables.

02/25/19    Workman Donald A        1.30

Analyze capabilities for providing information to Committee (.6); review summaries for Committee presentation (.7).

02/25/19    Workman Donald A        0.50

Communicate with Chair on Committee meeting, Bylaws, agenda.

02/26/19    Attard, Lauren T.        4.80

Drafting summaries and recommendations for all pending motions in preparation for presentation to the Committee for approval of recommendations.

02/26/19    Attard, Lauren T.        2.00

Office conference with Mr. Workman, Ms. Dumas, Mr. Sagerman, Mr. Rose, Mr. Esmont, Ms. Woltering, and Mr. Goodman regarding preparation for Committee meetings and communications.

02/26/19    Attard, Lauren T.        0.40

Office conference with Mr. Goodman and Ms. Kates regarding summaries (.3); office conference with Mr. Rose, Mr. Esmont and Mr. Workman regarding the same (.1).

02/26/19    Attard, Lauren T.        1.20

Office conferences with Mr. Goodman and Mr. Esmont regarding summaries and preparations for committee meeting.

02/26/19    Dumas, Cecily A        8.50

All hands PGE team meeting with Mr. Julian, Mr. Sagerman, Mr. Workman, Mr. Rose, Mr. Goodman, Esmont, Ms. Attard, Ms. Woltering.

02/26/19    Esmont Joseph M.        4.40

Draft materials to submit to committee members regarding first day motions (3.6); Review revised agenda for hearing and union objection to PG&E's employee wage motion (.4); revise draft communications with respect to the same (.4)

02/26/19    Esmont Joseph M.        1.50

Telephone call with Ms. Lockhart regarding financial advisors / committee meeting (.1); Telephone call with Mr. Rose regarding financial advisors (.1); Telephone call with Mr. Schuver regarding committee meeting (.4); Communications with internal team regarding matters to be discussed at committee meeting (.9)

02/26/19    Esmont Joseph M.        3.20

Legal research on fiduciary duties of committee members.

02/26/19    Resnick Lauren J        2.00

Participate in planning meeting and confer with co-counsel to finalize deck presentation for committee meeting.

**Baker & Hostetler LLP**

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 03/27/19
Invoice Number: 50610885
Matter Number: 114959.000001
Page 27

| 02/26/19 | Rose Jorian L. | 0.80 |
| --- | --- | --- |

Conference call with Committee chair regarding agenda and interview meetings.

| 02/26/19 | Weible Robert A | 9.00 |
| --- | --- | --- |

Research for memo to committee regarding members' fiduciary duties (3.9); participate in call with Baker team regarding preparation for 3-1-19 committee meeting (.7); prepare and revise fiduciary duty memo (4.2); communications with Mr. Rose regarding changes to memo (.2)

| 02/26/19 | Workman Donald A | 1.50 |
| --- | --- | --- |

Update Committee Chair on date, time and related information on Committee meeting to interview financial advisers (.6); review action needed on shared drive for Committee communication and work on same (.9).

| 02/27/19 | Attard, Lauren T. | 0.90 |
| --- | --- | --- |

Drafting summaries and recommendations for all pending motions in preparation for presentation to the Committee for approval of recommendations.

| 02/27/19 | Attard, Lauren T. | 1.10 |
| --- | --- | --- |

Research objections to first day motions.

| 02/27/19 | Dumas, Cecily A | 0.50 |
| --- | --- | --- |

Telephone conference(s) Ms. Lockhart re case status and developments

| 02/27/19 | Esmont Joseph M. | 3.70 |
| --- | --- | --- |

Gather information requested by chair of Committee (2.3); prepare draft response to chair of Committee (1.4).

| 02/27/19 | Julian, Robert | 1.20 |
| --- | --- | --- |

Attend meeting with Committee chair.

| 02/27/19 | Kates Elyssa S. | 2.70 |
| --- | --- | --- |

Preparation of analysis of pending motions and objections, including motions to maintain insurance, pay employees, pay prepetition claims of operational integrity suppliers, and establish procedures to compensate and reimburse professionals, in order to prepare for meeting with the Tort Committee.

| 02/27/19 | Resnick Lauren J | 0.50 |
| --- | --- | --- |

Finalize committee presentation deck.

| 02/27/19 | Sagerman, Eric E. | 0.90 |
| --- | --- | --- |

Respond to letter by Ms. Lockhart regarding 12 questions on law firm connections to case and creditors

| 02/27/19 | Workman Donald A | 6.40 |
| --- | --- | --- |

Receive and review email from Committee member on various matters (.4); analyze pending matters and update status regarding same (.9); telephone conference with Mr. Julian on pending matters (.1); emails with Mr. Sagerman on case matters (.6); analyze and comment on open items and determine status (1.2); review information requested by Committee (1.2); evaluate first day motions and provide input for Committee (1.1); review procedures to obtain payment for Committee members' expenses (.6); communication from Chair on Committee matters (.3).

**Baker&Hostetler LLP**

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 03/27/19
Invoice Number: 50610885
Matter Number: 114959.000001
Page 28

02/28/19    Attard, Lauren T.                                    1.00
Revise summaries and recommendations for all pending motions in preparation for presentation to the
Committee for approval of recommendations.

02/28/19    Dumas, Cecily A                                      1.00
Prepare email to committee re fiduciary duties.

02/28/19    Esmont Joseph M.                                     1.70
Telephone calls with Ms. Lockhart regarding committee meeting (.7); Telephone calls with Mr. Rose and Mr.
Workman regarding preparations for committee meeting (.8); Telephone call with Ms. Paul regarding
committee meeting (.2)

02/28/19    Esmont Joseph M.                                     3.90
Gather information requested by Ms. Lockhart regarding potential retention of professionals (2.6); revise
responsive letter to Ms. Lockhart (1.3).

02/28/19    Julian, Robert                                       0.80
Draft updates requested by committee members.

02/28/19    Julian, Robert                                       0.50
Update calls with Ms. Dumas regarding Committee matters.

02/28/19    Julian, Robert                                       0.60
Update calls with Mr. Sagerman re Committee matters.

02/28/19    Julian, Robert                                       0.60
Telephone conference with team regarding committee meeting.

02/28/19    Kates Elyssa S.                                      0.10
Correspondence with Mr. Workman, Ms. Attard, Mr. Goodman and others regarding the joint administration
order.

02/28/19    Resnick Lauren J                                     0.50
Participate in call with co-counsel regarding agenda and presentation to committee.

02/28/19    Resnick Lauren J                                     0.30
Review deck and talking points for presentation to Committee.

02/28/19    Rose Jorian L.                                       0.60
Review Committee communications regarding upcoming meeting and professional questions.

02/28/19    Rose Jorian L.                                       0.50
Review letters from Mr. Maxwell.

02/28/19    Rose Jorian L.                                       0.50
Review letter from Committee members to Chair.

**Baker & Hostetler LLP**

Atlanta      Chicago       Cincinnati    Cleveland     Columbus       Costa Mesa    Denver
Houston      Los Angeles   New York      Orlando       Philadelphia   Seattle       Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 03/27/19
Invoice Number: 50610885
Matter Number: 114959.000001
Page 29

02/28/19     Sagerman, Eric E.                                      1.20
Communications with Ms. Dumas and committee members regarding various disclosure issues and
committee business (.8); review Sidley responses to disclosure questions (.4)

02/28/19     Weible Robert A                                        0.30
Attend meeting with Ms. Dumas, Ms. Resnick and Messrs. Mr. Julian, Dettelbach, Esmont and Mr. Rose to
prepare for March 1 committee meeting.

02/28/19     Weible Robert A                                        5.90
Annotate compiled draft for discussion with committee chair.

02/28/19     Workman Donald A                                       2.00
Revise task coordination for Committee matters (.8); receive Committee action on first day motions and
revise proposed orders (1.2).

02/28/19     Workman Donald A                                       0.90
Review requests from Committee Chair on Committee meeting, response to request for information,
fiduciary duty memo, and respond to same (.9).

**018   General Case Strategy (includes communications                166.15**
**with Committee)**

02/20/19     Jehl, Laura E.                                         1.50
Review and revise draft data security language for Tort Committee Bylaws (1.5).

02/22/19     Jehl, Laura E.                                         0.50
Address questions regarding data security 0.5

02/23/19     Woltering Catherine E.                                 3.40
Travel to Los Angeles California for meetings with the core PG&E team to discuss strategy for the matter,
and preparations for upcoming committee meetings and financial advisor interviews.

02/24/19     Rose Jorian L.                                         5.60
Travel from New York to California for team meeting.

02/25/19     Dumas, Cecily A                                        2.00
Net travel time San Francisco/Los Angeles

02/25/19     Esmont Joseph M.                                       4.20
Non-working portion of travel from Cleveland, Ohio to Los Angeles, California for team and committee
meetings

02/25/19     Goodman Eric R                                         4.00
Travel from Cleveland, Ohio to Los Angeles, California.

02/26/19     Dumas, Cecily A                                        3.40
Net travel time LAX to SFO

**Baker&Hostetler LLP**

Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver
Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 03/27/19
Invoice Number: 50610885
Matter Number: 114959.000001
Page 30

| 02/26/19 | Woltering Catherine E. | 3.30 |

Travel from Los Angeles to San Francisco (including weather related delays) in connection with participation in financial advisor interviews for the Official Committee of Tort Claimants for the PG&E bankruptcy being hosted by Chairwoman Ms. Karen Ms. Lockhart in Sacramento.

| 02/27/19 | Goodman Eric R | 4.00 |

Travel from Los Angeles, California to Cleveland, Ohio.

| 02/28/19 | Bekier James M. | 3.00 |

Travel from Sacramento, California to Los Angeles following Official Committee of Tort Claimants meeting.

| 02/28/19 | Dettelbach Steven M | 8.00 |

Travel from Cleveland to Sacramento for Committee meeting.

| 02/28/19 | Dumas, Cecily A | 2.00 |

Net travel to SF to Sacto

| 02/28/19 | Esmont Joseph M. | 3.00 |

Non-working portion of travel from Los Angeles, California to Sacramento, California to attend Creditors' Committee Meeting on March 1, 2019.

| 02/28/19 | Goodman Eric R | 6.00 |

Travel from Cleveland, Ohio to Sacramento, California for Committee meeting.

| 02/28/19 | Kinne Tanya M | 11.00 |

Travel from New York, New York to Sacramento, California to attend March 1, 2019 Official Committee of Tort Claimants meeting.

| 02/28/19 | Weible Robert A | 3.80 |

Travel from Cleveland to Sacramento for 3-1-19 committee meeting.

| 02/28/19 | Woltering Catherine E. | 1.50 |

Travel to Sacramento for committee meeting.

**022  Non-Working Travel**                    **70.20**

| 02/21/19 | Dettelbach Steven M | 1.00 |

Attention to matters regarding white collar aspects of representation, including pending probation and federal oversight of company's compliance with same.

| 02/28/19 | Dettelbach Steven M | 3.50 |

Prepare for upcoming Committee meeting and review of various filings in criminal case against PG&E to prepare for same.

**024  District Court Litigation**                    **4.50**

# Baker&Hostetler LLP

Case: 19-30088   Doc# 1478-5   Filed: 04/16/19   Entered: 04/16/19 18:54:24   Page 31

| Atlanta | Chicago | Cincinnati | Cleveland | Columbus | Costa Mesa | Denver |
| Houston | Los Angeles | New York | Orlando | Philadelphia | Seattle | Washington, DC |

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 03/27/19
Invoice Number: 50610885
Matter Number: 114959.000001
Page 31

| | | |
|---|---|---|
| 02/16/19 | Attard, Lauren T. | 2.00 |
| Draft email to Ms. Dumas regarding CPUC regulations regarding liens. | | |
| 02/16/19 | Sagerman, Eric E. | 0.70 |
| Communications Bloom re PUC aspects of bankruptcy case. | | |
| 02/17/19 | Attard, Lauren T. | 1.00 |
| Draft email to Ms. Dumas regarding CPUC requirements for sale of assets. | | |
| 02/17/19 | Dumas, Cecily A | 0.10 |
| Email Mr. Keller re refusal to grant extension. | | |
| 02/17/19 | Dumas, Cecily A | 2.00 |
| Review CPUC proceedings. | | |
| 02/17/19 | Sagerman, Eric E. | 1.80 |
| Work on expert PUC (1.2); communications Bloom re same (.6). | | |
| 02/18/19 | Sagerman, Eric E. | 0.90 |
| Review and revise scope of work on PUC (.5); communications Bloom re same (.3); communciations Schmidt re same (.1). | | |
| 02/19/19 | Dumas, Cecily A | 2.10 |
| Attend CPUC hearing on de-energization planning (telephonic, partial. | | |
| 02/19/19 | Sagerman, Eric E. | 2.00 |
| Review and revise scope of PUC work (1.0); communications Bloom re same (.5); communications Schmidt and Parker re same (.5). | | |
| 02/20/19 | Attard, Lauren T. | 1.90 |
| Draft objection regarding CPUC. | | |
| 02/26/19 | Goodman Eric R | 1.00 |
| Begin reviewing pleadings regarding FERC dispute (1.0). | | |
| 02/26/19 | Layden Andrew V. | 1.10 |
| Review issues regarding UCC's attempt to intervene in FERC adversary proceeding and draft status memorandum regarding same to Don Mr. Workman and others. | | |
| 02/27/19 | Dumas, Cecily A | 2.50 |
| Attend hearing on PG&E v. FERC | | |

**025   Regulatory Issues including CPUC and FERC**              **19.10**

| | | |
|---|---|---|
| 02/15/19 | Dumas, Cecily A | 1.00 |
| Presentation to committee and follow up with Mr. Baghdadi re selection. | | |

**Baker&Hostetler LLP**

Atlanta        Chicago       Cincinnati     Cleveland      Columbus       Costa Mesa     Denver
Houston        Los Angeles   New York       Orlando        Philadelphia   Seattle        Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 03/27/19
Invoice Number: 50610885
Matter Number: 114959.000001
Page 32

| 02/16/19 | Sagerman, Eric E. | 0.40 |

Communications Mr. Keller regarding 2014 affidavit (.1); communications Ms. Green et al regarding preparation of same (.3).

| 02/17/19 | Goodman Eric R | 2.90 |

Communications with Ms. Green and Mr. Esmont regarding supplemental materials reflecting BakerHostetler capabilities (.4); review and edit supplemental materials for mass tort and tax capabilities (3.5).

| 02/17/19 | Sagerman, Eric E. | 0.90 |

Work on engagement letter for committee.

| 02/17/19 | Workman Donald A | 1.70 |

Prepare engagement letter for Committee.

| 02/18/19 | Dumas, Cecily A | 0.50 |

Revise engagement letter.

| 02/18/19 | Sagerman, Eric E. | 0.60 |

Work on 2014 affidavit in support of employment application.

| 02/19/19 | Green Elizabeth A. | 0.20 |

Telephone conference with Cynthia Bagnell regarding status of conflict check for disclosures.

| 02/19/19 | Green Elizabeth A. | 0.50 |

Conference with Don Mr. Workman regarding disclosures.

| 02/19/19 | Green Elizabeth A. | 0.60 |

Conference with Lauren Ms. Resnick regarding staffing plan.

| 02/19/19 | Kates Elyssa S. | 0.60 |

Preparation of application to employ BakerHostetler (.5); correspondence with Mr. Workman regarding the retention application (.1).

| 02/19/19 | Workman Donald A | 2.90 |

Prepare application to employ (1.7); prepare disclosure form for application (1.2).

| 02/20/19 | Green Elizabeth A. | 0.90 |

Review conflict and disclosure issues related to prior representations.

| 02/20/19 | Green Elizabeth A. | 0.50 |

Review issues related to first day orders.

| 02/20/19 | Green Elizabeth A. | 0.70 |

Conference with Lauren Ms. Resnick regarding staffing matters.

| 02/20/19 | Kates Elyssa S. | 0.60 |

Preparation of retention application.

**Baker & Hostetler LLP**

Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver
Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 03/27/19
Invoice Number: 50610885
Matter Number: 114959.000001
Page 33

02/20/19     Workman Donald A                              1.80
Analyze and comment on employment application and related documents (.5); review and comment on
Committee task codes (.6); review strategy regarding action arising from Committee meeting (.5); discuss
same with Mr. Sagerman (.2).

02/21/19     Green Elizabeth A.                            0.40
Telephone conference with Mr. Julian regarding various disclosure issues.

02/21/19     Green Elizabeth A.                            0.70
Review emails regarding disclosure issues from Mr. Julian and Don Mr. Workman.

02/21/19     Green Elizabeth A.                            0.40
Review issues regarding 2014 list.

02/21/19     Green Elizabeth A.                            0.40
Update on conflicts process from Cynthia Bagnell.

02/21/19     Kates Elyssa S.                               0.10
Call with Mr. Workman regarding the retention application.

02/21/19     Payne Geyer, Tiffany                         0.60
Work on disclosures for 2014.

02/21/19     Ravick Jacob H.                               1.80
Perform research related to legal representation of bank institutions for attorney review.

02/21/19     Sagerman, Eric E.                            0.50
Work on 2014 statement

02/21/19     Workman Donald A                              1.80
Prepare declaration for application (1.4); review information on application (.4).

02/22/19     Dumas, Cecily A                              0.30
Email US Trustee's office re discussion of fee examiner.

02/22/19     Green Elizabeth A.                            0.70
Review additional issues regarding expert disclosures.

02/22/19     Green Elizabeth A.                            0.40
Telephone conference with John Parker regarding expert witness disclosure.

02/22/19     Green Elizabeth A.                            0.90
Review issues regarding expert witness disclosures.

02/22/19     Green Elizabeth A.                            1.20
Review conflicts issues and reports related to DIP lenders.

02/22/19     Green Elizabeth A.                            0.80
Review conflicts systematic check and process.

**Baker&Hostetler LLP**

*Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver*
*Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC*