Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 03/27/19
Invoice Number: 50610885
Matter Number: 114959.000001
Page 34

| 02/22/19 | Green Elizabeth A. | 0.40 |
|---|---|---|

Telephone conference with John Parker regarding issues regarding conflict disclosure.

| 02/22/19 | Green Elizabeth A. | 0.80 |
|---|---|---|

Review conflicts process with Cynthia Bagnell.

| 02/22/19 | Kates Elyssa S. | 0.40 |
|---|---|---|

Calls with Ms. Payne-Geyer regarding the retention application and conflict checks.

| 02/22/19 | Kates Elyssa S. | 0.10 |
|---|---|---|

Correspondence with Ms. Payne-Geyer and Ms. Bagnell regarding conflict check issues (.1).

| 02/22/19 | Kates Elyssa S. | 0.10 |
|---|---|---|

Correspondence with Mr. Workman, Ms. Payne Geyer and others regarding conflict search information.

| 02/22/19 | Layden Andrew V. | 1.90 |
|---|---|---|

Work on 2014 statement.

| 02/22/19 | Parrish Jimmy D. | 2.50 |
|---|---|---|

Work on 2014 statement.

| 02/22/19 | Sagerman, Eric E. | 0.60 |
|---|---|---|

Work on 2014 statement

| 02/22/19 | Workman Donald A | 0.70 |
|---|---|---|

Revise declaration of Ms. Dumas in support of Application.

| 02/23/19 | Kates Elyssa S. | 0.30 |
|---|---|---|

Correspondence with Mr. Workman, Ms. Green, Ms. Payne Geyer, Mr. Layden, Mr. Parrish and Ms. Bagnell regarding the retention application.

| 02/23/19 | Kates Elyssa S. | 0.90 |
|---|---|---|

Preparation of retention application.

| 02/23/19 | Payne Geyer, Tiffany | 5.50 |
|---|---|---|

Evaluate Debtors' disclosures with respect to Contract Counterparties and compare against firm Client Database as relevant to drafting disclosures of representation necessary for application as counsel for tort victims committee (.7); Evaluate Debtors' disclosures with respect to Vendors and Suppliers and compare against firm Client Database as relevant to drafting disclosures of representation necessary for application as counsel for tort victims committee (1.4); Evaluate Debtors' disclosures with respect to Interested Parties/Notice of Appearance Parties and compare against firm Client Database as relevant to drafting disclosures of representation necessary for application as counsel for tort victims committee (.4); Evaluate Debtors' disclosures with respect to Litigation Parties and compare against firm Client Database as relevant to drafting disclosures of representation necessary for application as counsel for tort victims committee (.3); Evaluate Debtors' disclosures with respect to Ad Hoc Committee and compare against firm Client Database as relevant to drafting disclosures of representation necessary for application as counsel for tort victims committee (.2); attention to issues requiring disclosure in application as counsel for tort victims committee (.6); draft disclosure concerning officer of the Debtors', John Simon, regarding firm representation of Teletech (.3); draft disclosures of firm representation of Contract Counterparties as necessary for

Baker&Hostetler LLP

Case: 19-30088    Doc# 1478-6    Filed: 04/16/19    Entered: 04/16/19 18:54:24    Page 1

Atlanta      Chicago       Cincinnati    Cleveland    Columbus       Costa Mesa    Denver
Houston      Los Angeles   New York      Orlando      Philadelphia   Seattle       Washington, DC

application as counsel for tort victims committee (1.0); review and revise disclosures of firm representation of Contract Counterparties as necessary for application as counsel for tort victims committee (.6).

02/24/19  Kates Elyssa S.  0.20

Correspondence with Mr. Workman, Ms. Payne Geyer and others regarding the retention application and pending motions.

02/24/19  Kates Elyssa S.  2.20

Preparation of retention application (1.4), including review of local rules to ensure compliance of pleadings (.8).

02/24/19  Layden Andrew V.  1.90

Research regarding other Tort Committee cases and scope of conflict disclosures in those cases, and draft email to Ms. Payne-Geyer regarding same.

02/24/19  Payne Geyer, Tiffany  4.90

Analyze working draft of Verified Statement of Ms. Dumas (.2); review and revise working draft of disclosures with respect to contract counter parties, interested parties/notice of appearance parties, and disclosure of representation (.7); telephone conference with Andrew Layden regarding research considerations for disclosures of representation in connection with application for employment as committee counsel (.2); draft summaries disclosing firm representation as necessary for application as counsel for tort victims committee (2.0); correspondence to Don Mr. Workman detailing progress on disclosures required for application as counsel for tort victims committee (.6); review and revise summaries disclosing firm representation as necessary for application as counsel for tort victims committee (.6); attention to confirming no outstanding issues exist regarding adversity to estate in unrelated matters as necessary for firm's role as counsel for tort victims committee (.6).

02/24/19  Workman Donald A  0.70

Work on application to employ.

02/25/19  Dumas, Cecily A  0.50

Communications with creditors re Rule 2014 connections for Financial Advisors professionals.

02/25/19  Green Elizabeth A.  0.50

Review of 2014 and revise.

02/25/19  Green Elizabeth A.  0.20

Conference with Cynthia Bagnell regarding conflict reports.

02/25/19  Green Elizabeth A.  4.50

Continue to review conflict reports.

02/25/19  Layden Andrew V.  1.10

Work on 2014 statement.

02/25/19  Layden Andrew V.  0.30

Work on 2014 statement.

02/25/19  Parrish Jimmy D.  0.40

Review issues regarding ordinary course professionals retention request.

**Baker&Hostetler LLP**

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 03/27/19
Invoice Number: 50610885
Matter Number: 114959.000001
Page 36

| 02/25/19 | Payne Geyer, Tiffany | 4.90 |

Review correspondence from Andrew Layden summarizing 2014 application for employment as committee counsel (.2); correspondence to Elizabeth Ms. Green and Don Mr. Workman regarding language issues and methodology for 2014 application (.3); continue reviewing representation reports prepared by Cynthia Bagnell as necessary to provide disclosures of representation for 2014 application for employment as committee counsel (1.4); drafting disclosures of current representation and work on exhibit to Cecily declaration disclosing same (1.9); review drafts of Cecily declaration and application for employment (.3); perform research regarding professional disclosure requirements (.6); review N.D. B. Ct. local rules for provisions relevant to employment application (.2).

| 02/25/19 | Rose Jorian L. | 0.80 |

Review interim compensation motion with Ms. Attard regarding Committee members.

| 02/25/19 | Sagerman, Eric E. | 1.20 |

Work on 2014 statement.

| 02/25/19 | Workman Donald A | 1.30 |

Review process for analyzing parties and revise application.

| 02/25/19 | Workman Donald A | 0.90 |

Prepare and revise verified statement.

| 02/26/19 | Green Elizabeth A. | 1.30 |

Review family tree searches for all lenders.

| 02/26/19 | Payne Geyer, Tiffany | 2.90 |

Work on Exhibit C to declaration of Ms. Dumas disclosing firm representation of interested parties/notice of appearance parties and vendors/suppliers and matters unrelated to Chapter 11 case (.5); work on Exhibit C to declaration of Ms. Dumas confirming no current firm representation of any litigation parties in adversary number 19-03003 or of the ad hoc committee of unsecured tort claimants and vendors/suppliers (.2); analyze firm's client database as necessary to disclosure of representation of Pricewaterhouse Coopers on Exhibit C to declaration of Ms. Dumas and update exhibit (.2); analyze Firm's Client Database as necessary to disclosure of representation of Affiliations of former officers and directors of the Debtors and draft update to Exhibit C to declaration of Ms. Dumas with necessary disclosures (.2); analyze Firm's Client Database as necessary to disclosure of representation of Insurance Companies/Providers disclosed by Debtors and draft update to Exhibit C to declaration of Ms. Dumas with necessary disclosures (.7); correspondence to Cynthia Bagnell requesting reports on former clients of the firm dating back two years as necessary for disclosures Exhibit C to declaration of Ms. Dumas (.1); review and respond to correspondence from Don Mr. Workman regarding Debtors' retention checklist (.1); analyze Firm's Client Database as necessary to disclosure of representation of Landlords and parties to leases as disclosed by Debtors and draft update to Exhibit C to declaration of Ms. Dumas with necessary disclosures (.4); review and revise working draft to Exhibit C to Ms. Dumas declaration (.5).

| 02/27/19 | Green Elizabeth A. | 0.80 |

Review conflicts issues insurance companies.

| 02/27/19 | Green Elizabeth A. | 0.30 |

Telephone conference with Mr. Sagerman regarding PG&E conflicts.

**Baker&Hostetler LLP**

Case: 19-30088    Doc# 1478-6    Filed: 04/16/19    Entered: 04/16/19 18:54:24    Page 3

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 03/27/19
Invoice Number: 50610885
Matter Number: 114959.000001
Page 37

| 02/27/19 | Green Elizabeth A. | 0.60 |

Review Deutsche Bank securities conflict check.

| 02/27/19 | Green Elizabeth A. | 0.80 |

Review PG&E and affiliate family tree for conflicts.

| 02/27/19 | Kates Elyssa S. | 0.10 |

Correspondence with Mr. Workman and Ms. Payne Geyer regarding the retention application.

| 02/28/19 | Dumas, Cecily A | 0.50 |

Tel conference Mr. Vara, Mr. Leffredi, Korotkin, Mr. Keller, Mr. Goodman, Mr. Keller re appointment of fee examiner

| 02/28/19 | Green Elizabeth A. | 0.50 |

Telephone conference with Don Mr. Workman regarding committee issues related to Financial Advisors.

| 02/28/19 | Green Elizabeth A. | 0.90 |

Review 2014 disclosure chart.

| 02/28/19 | Payne Geyer, Tiffany | 2.20 |

Work on 2014 statement.

**026   Retention Applications** — **79.90**

| 02/19/19 | Workman Donald A | 0.60 |

Adopt billing task codes and billing protocol.

| 02/25/19 | Kates Elyssa S. | 2.60 |

Preparation of retention application (1.9), including review of comparable templates (.3), and review of trustee guidelines (.4).

| 02/25/19 | Kates Elyssa S. | 0.30 |

Correspondence with Ms. Green, Mr. Workman, Ms. Payne Geyer and others regarding the retention application and matters to be heard by the Bankruptcy Court

| 02/28/19 | Szalay, Sarah M | 0.70 |

Prepare template of committee expense monthly fee statement and forward to Mr. Esmont for review and comment.

**027   Fee Application: Baker** — **4.20**

| 02/17/19 | Workman Donald A | 0.70 |

Review NOL motion and action needed.

**Baker & Hostetler LLP**

Atlanta     Chicago      Cincinnati   Cleveland    Columbus      Costa Mesa   Denver
Houston     Los Angeles  New York     Orlando      Philadelphia  Seattle      Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 03/27/19
Invoice Number: 50610885
Matter Number: 114959.000001
Page 38

| 02/18/19 | Mowbray, Nicholas C. | 4.50 |

Discussion of PG&E matter with Mr. Paravano; drafted summary of section 382 and why net operating losses matter for bankruptcy lawyers; review of debtor's motion of notification and provided comments; researched section 382 and points made in motion.

| 02/18/19 | Paravano Jeffrey H | 5.50 |

Further attention to NOL and tax attribute preservation motion and related documents filed by Debtors (.5); attention to Committee issues relating to same (.5); draft memorandum for Mr. Workman regarding same (4.5).

| 02/18/19 | Workman Donald A | 3.40 |

Review NOL filings (.7); telephone conference with Mr. Paravano regarding same (.2); review action needed on NOL objection (.4); emails with Mr. Lehrer on NOL (.3); review action on NOL objection and emails with Mr. Paravano regarding same (.6); consider applicability of tax attributes (.4); review memo on tax attributes (.5); review action needed on NOL motion (.3).

| 02/19/19 | Lehrer  II John R. | 1.20 |

Review of draft motion of debtors restricting stock transfers and update draft memorandum to Mr. Workman regarding the same.

| 02/19/19 | Workman Donald A | 0.70 |

Review memo on tax attributes and NOL motion.

| 02/20/19 | Paravano Jeffrey H | 2.50 |

Analysis of revised tax attribute proposed Orders filed by Debtors (.5); consideration of proposed needed changes and objections to same (2.0).

| 02/20/19 | Workman Donald A | 0.60 |

Analyze memo on NOL motion and objection based on revisions from Debtor.

| 02/21/19 | Paravano Jeffrey H | 3.50 |

Further analysis of revised tax attribute proposed Orders filed by Debtors (.5); prepare updated memorandum regarding proposed changes and objections to same (3.0).

| **030** | **Tax Issues** | **22.60** |

| 02/27/19 | Workman Donald A | 0.60 |

Prepare for fee examiner meeting with UST.

| 02/28/19 | Attard, Lauren T. | 0.40 |

Telephone conference with US Trustee, Debtors' counsel, and committee counsel regarding fee examiner (.3); draft email summary regarding the same (.1).

| 02/28/19 | Workman Donald A | 0.70 |

Review information from US Trustee meeting (.4); review action needed regarding same (.3).

# Baker&Hostetler LLP

*Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver*
*Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC*

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 03/27/19
Invoice Number: 50610885
Matter Number: 114959.000001
Page 39

**031   U.S. Trustee issues/ meetings/ communications/ monthly operating**                                     1.70

| | | |
|---|---|---|
| 02/15/19 | Esmont Joseph M. | 4.50 |

Legal research regarding withdrawal of reference and estimation (2.1); review authorities regarding same (1); draft memorandum regarding the same (1.4).

| | | |
|---|---|---|
| 02/26/19 | Workman Donald A | 0.50 |

Consider options regarding intervention by UCC.

**034   Withdraw Reference**                                     5.00

| | | |
|---|---|---|
| 02/16/19 | Workman Donald A | 1.20 |

Review legal criteria on Bankruptcy Code section 345 and ability by Debtor to avoid compliance.

| | | |
|---|---|---|
| 02/17/19 | Blanchard, Jason I. | 0.30 |

Review and analyze materials regarding the California wildfires for background in connection with the representation of the client.

| | | |
|---|---|---|
| 02/17/19 | Workman Donald A | 0.40 |

Review docket entries.

| | | |
|---|---|---|
| 02/18/19 | Blanchard, Jason I. | 0.20 |

Call with Mr. Rose regarding drafting summary of the wildfires that have injured the tort claimants.

| | | |
|---|---|---|
| 02/18/19 | Blanchard, Jason I. | 1.30 |

Research and draft summary of the wildfires in connection with gathering background information for the representation.

| | | |
|---|---|---|
| 02/19/19 | Blanchard, Jason I. | 0.20 |

Conference with Mr. Rose regarding research on the wildfires that injured the tort claimants.

| | | |
|---|---|---|
| 02/21/19 | Blanchard, Jason I. | 0.10 |

Call with Mr. Esmont to discuss background on the universe of tort claimants and related causes for the purpose of gathering information for the representation.

| | | |
|---|---|---|
| 02/23/19 | Woltering Catherine E. | 2.20 |

Review complaint filed against PG&E for tort claims associated with wildfires.

| | | |
|---|---|---|
| 02/23/19 | Woltering Catherine E. | 2.40 |

Review docket and first aid pleadings for purposes of identifying issues, facts, and statements pertinent to determining strategy for maximizing value to tort claimants.

| | | |
|---|---|---|
| 02/23/19 | Workman Donald A | 0.60 |

Review information on contract counter parties and action needed.

Baker&Hostetler LLP

Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver
Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC

Case: 19-30088     Doc# 1478-6     Filed: 04/16/19     Entered: 04/16/19 18:54:24     Page 6

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 03/27/19
Invoice Number: 50610885
Matter Number: 114959.000001
Page 40

02/24/19   Woltering Catherine E.                    1.50
Confer with Mr. Julian regarding the status of the PG&E case and strategy for maximizing value to tort
claimants in same.

**037   Investigations**                             **10.40**

02/15/19   Dumas, Cecily A                          1.00
Telephone conference with Mr. Julian, Mr. Sagerman re financial advisors, bankruptcy.

02/16/19   Sagerman, Eric E.                        0.40
Communications Ms. Dumas and Bagdhadi regarding selection of financial advisors.

02/16/19   Workman Donald A                         1.50
Review financial advisor matters (.3); review action needed on financial advisors (.7); numerous emails with
Mr. Sagerman and Ms. Dumas regarding same (x8) (.5).

02/16/19   Workman Donald A                         0.20
Emails with UCC financial advisor regarding case.

02/18/19   Rose Jorian L.                           1.40
Review first day declaration from Wells for background on case.

02/18/19   Sagerman, Eric E.                        0.40
Communications with chair counsel regarding financial advisor interest and creating list of same in
preparation for interviews (.2); review financial advisor submissions received (.2).

02/18/19   Sagerman, Eric E.                        0.90
Multiple emails from financial advisors wishing to interview with committee (.4); telephone call with Jansen
re same (.5).

02/18/19   Workman Donald A                         0.70
Analyze financial adviser status.

02/19/19   Sagerman, Eric E.                        1.10
Prepare outline regarding Financial Advisor interviews for next day committee meeting (.8); communications
Ms. Dumas and Mr. Julian re same (.3).

02/19/19   Sagerman, Eric E.                        0.80
Review multiple communications regarding interest of various firms in providing advisory services to
committee.

02/19/19   Workman Donald A                         0.60
Review action needed on financial advisors for Committee.

02/21/19   Esmont Joseph M.                         3.80
Review and analyze records for potential upload into data room (1.6); analyze materials provided by
Financial Advisors (2.2).

**Baker&Hostetler LLP**

Atlanta       Chicago       Cincinnati    Cleveland     Columbus      Costa Mesa    Denver
Houston       Los Angeles   New York      Orlando       Philadelphia  Seattle       Washington, DC

02/21/19    Rose Jorian L.    0.30
Telephone conference with Don Mr. Workman and Mr. Sagerman regarding financial advisors.

02/21/19    Sagerman, Eric E.    1.80
Work on financial advisor selection, including review list of same (.5), communications Mr. Rose and Mr. Workman re candidates (.5), email to Ms. Lockhart re same (.5), an communications with Mr. Julian and Ms. Dumas re same (.3)

02/21/19    Workman Donald A    2.80
Review financial adviser materials and action needed (2.3); conference call with Messrs. Mr. Sagerman and Mr. Rose on financial advisors (.5).

02/22/19    Dumas, Cecily A    2.50
Plan for interviews of and selection of financial advisors to committee.

02/22/19    Rose Jorian L.    1.30
Review Financial Advisors proposals for Committee representation.

02/22/19    Sagerman, Eric E.    1.70
Prepare draft interview questions for Financial Advisors interviews (.8); communications from Ms. Lockhart re timing of Financial Advisors interviews (.1); communications Mr. Julian re conducting same (.3); field inquiries from FAs (.4); communications re preparing information for Chair (.1)

02/22/19    Szalay, Sarah M    0.50
Update financial advisor roster and upload to Magnum at the request of Mr. Esmont (.2); prepare committee member expense form and forward to Mr. Esmont for review and comment (.3).

02/22/19    Workman Donald A    1.70
Review action needed on financial advisers and email counsel regarding same (.6); analyze additional financial and action needed (.9); receive and review email from Chair on financial adviser (.2).

02/23/19    Dumas, Cecily A    2.60
Overall review of financial advisor submissions and evaluate

02/23/19    Esmont Joseph M.    2.20
Confer with Mr. Workman regarding interview timing (.3); respond to inquires from members and their counsel (Messrs. Carlson, Skikos, Tosdal, Scarpulla, Kaupp) regarding financial advisor interviews and materials (1); Confer with Ms. Lockhart regarding potential additions to interview list (.9)

02/23/19    Workman Donald A    0.80
Prepare questions for financial advisors.

02/24/19    Dumas, Cecily A    2.80
Further review and selection of Financial Advisors candidates

02/24/19    Workman Donald A    0.90
Prepare for financial advisor interviews.

# Baker&Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 03/27/19
Invoice Number: 50610885
Matter Number: 114959.000001
Page 42

| 02/25/19 | Dumas, Cecily A | 2.80 |

Prepare for Financial Advisors interviews

| 02/25/19 | Julian, Robert | 3.20 |

Prepare for Committee meeting on FAs and related matters.

| 02/25/19 | Rose Jorian L. | 1.80 |

Review and revise questions for financial advisor interviews for the Committee.

| 02/25/19 | Sagerman, Eric E. | 1.20 |

Revise draft questions for Financial Advisors interviews (.5); communications Mr. Rose re same (.4); field inquiries from various FAs (.3)

| 02/25/19 | Workman Donald A | 2.90 |

Work on preparations for financial adviser meeting and plan accordingly, including review of materials (1.7); prepare questions for financial advisers (1.2).

| 02/26/19 | Julian, Robert | 3.50 |

Travel Los Angeles to San Francisco after meetings and prepare for Financial Advisor interviews en route (1.7); draft outline of select plan terms for resolution of claims and related disputes (1.8).

| 02/26/19 | Kinne Tanya M | 1.00 |

Multiple telephone conferences with Mr. Bekier regarding February 27, 2019 telephone conference concerning Financial Advisor presentations to Official Committee of Tort Claimants.

| 02/26/19 | Rose Jorian L. | 1.70 |

Telephone conferences with 6 sets financial advisor interviews for Committee.

| 02/26/19 | Rose Jorian L. | 2.20 |

Review financial material in preparation for financial advisor pitches.

| 02/26/19 | Rose Jorian L. | 2.10 |

Review additional advisor materials and prepare for meeting.

| 02/26/19 | Rose Jorian L. | 0.60 |

Meeting with Mr. Bekier to set up calls for all 6 financial advisors to allow for Committee to remain on conference call.

| 02/26/19 | Rose Jorian L. | 2.40 |

Conference calls with financial advisors regarding questions and details of pitch.

| 02/26/19 | Sagerman, Eric E. | 0.60 |

Work on next day financial advisor interviews

| 02/26/19 | Woltering Catherine E. | 0.50 |

Prepare for upcoming committee meeting to interview potential financial advisors, including review of pitch materials provided by the six firms giving presentations.

**Baker&Hostetler LLP**

Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver
Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 03/27/19
Invoice Number: 50610885
Matter Number: 114959.000001
Page 43

| 02/26/19 | Workman Donald A | 1.40 |
|---|---|---|

Review information and prepare for financial advisers.

| 02/26/19 | Workman Donald A | 3.00 |
|---|---|---|

Take action on financial adviser meetings (.7); review remaining materials on financial advisers (2.3).

| 02/27/19 | Julian, Robert | 6.50 |
|---|---|---|

Attend Committee meeting on Financial Advisors.

| 02/27/19 | Kinne Tanya M | 4.80 |
|---|---|---|

Facilitate multiple telephone conferences concerning Financial Advisor presentations to Official Tort Claimant Committee.

| 02/27/19 | Rose Jorian L. | 1.20 |
|---|---|---|

Emails and telephone conferences with prospective financial advisors coordinating time slots and call in information.

| 02/27/19 | Rose Jorian L. | 1.30 |
|---|---|---|

Review and revise draft questions for financial advisors.

| 02/27/19 | Woltering Catherine E. | 0.30 |
|---|---|---|

Confer with Mr. Rose regarding the status of financial advisor interviews by the committee, and next steps related to same in advance of upcoming committee meeting to vote on selection of financial advisor.

| 02/27/19 | Woltering Catherine E. | 0.60 |
|---|---|---|

Review billing and rate sheets provided by the six financial advisors interviewed by the committee.

| 02/27/19 | Woltering Catherine E. | 10.50 |
|---|---|---|

Prepare for and participate in financial advisor pitches and interviews for the Official Committee of Tort Claimants for the PG&E bankruptcy.

| 02/27/19 | Workman Donald A | 9.00 |
|---|---|---|

Analyze and comment on six sets of financial adviser materials (1.8); review confidential questions for conflicts and disinterestedness (.7); prepare for and participate on financial adviser committee meeting (6.5).

| 02/28/19 | Dumas, Cecily A | 1.50 |
|---|---|---|

Telephone conference Mr. Julian re financial advisor selection and review presentations and connections

| 02/28/19 | Rose Jorian L. | 0.80 |
|---|---|---|

Emails with potential financial advisors and review summary of connections issues and rates with financial advisors prepared by Mr. Esmont.

| 02/28/19 | Rose Jorian L. | 0.80 |
|---|---|---|

Review expert for testimony in other cases.

| 02/28/19 | Workman Donald A | 1.70 |
|---|---|---|

Review and follow up on financial adviser selection and review information on applications (.9); review updates from financial advisers on potential representation and consider options for Committee (.8).

# Baker&Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 03/27/19
Invoice Number: 50610885
Matter Number: 114959.000001
Page 44

**038   Financial Advisors**       **104.60**

| | | |
|---|---|---|
| 02/15/19 | Dumas, Cecily A | 0.20 |

Email Mr. Karotkin, Mr. Keller re extension of time to respond.

| 02/15/19 | Workman Donald A | 2.20 |
|---|---|---|

Review cash management motion for objectionable matters (1.4); review Wells Declaration in support of same (.8).

| 02/16/19 | Sagerman, Eric E. | 0.60 |
|---|---|---|

Brief review of complaint for injunctive relief regarding D&Os (.5); communications with Mr. Julian re same (.1).

| 02/16/19 | Workman Donald A | 0.40 |
|---|---|---|

Review action needed on cash management objection.

| 02/16/19 | Workman Donald A | 0.40 |
|---|---|---|

Telephone conferences with Ms. Dumas on responses to First Day Motions and other matters.

| 02/17/19 | Goodman Eric R | 2.20 |
|---|---|---|

Review and analyze first day motions and proposed orders filed in the PG&E bankruptcy (1.5); begin preparing summary of first day motions and proposed orders (.5); communications with Ms. Green regarding review of first day motions (.2).

| 02/17/19 | Workman Donald A | 1.60 |
|---|---|---|

Telephone conferences with counsel on various flings (x3) (.5); review action needed for objections to first day motions (.4); analyze first day declaration on cash management (.7).

| 02/18/19 | Blanchard, Jason I. | 4.50 |
|---|---|---|

Draft objection to the Debtors' cash management motion.

| 02/18/19 | Blanchard, Jason I. | 1.80 |
|---|---|---|

Research relevant case law in connection with drafting objection to the Debtors' cash management motion.

| 02/18/19 | Blanchard, Jason I. | 2.20 |
|---|---|---|

Review and analyze cash management motion, Wells declaration and other relevant filings in preparation for drafting objection the Debtors' cash management motion.

| 02/18/19 | Dumas, Cecily A | 2.10 |
|---|---|---|

Review draft first day motion summary and revert with questions.

| 02/18/19 | Dumas, Cecily A | 1.20 |
|---|---|---|

Work on evaluation of first days with Ms. Attard, Mr. Goodman.

| 02/18/19 | Dumas, Cecily A | 0.20 |
|---|---|---|

Telephone conference Mr. Baghdadi re chapter 11 summary, summary of first day motions.

**Baker&Hostetler LLP**

Case: 19-30088   Doc# 1478-6   Filed: 04/16/19   Entered: 04/16/19 18:54:24   Page 11

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 03/27/19
Invoice Number: 50610885
Matter Number: 114959.000001
Page 45

| 02/18/19 | Dumas, Cecily A | 0.30 |

Telephone conference Mr. Campora re first day motions.

| 02/18/19 | Dumas, Cecily A | 2.50 |

Further evaluation of first day motions and need for more time.

| 02/18/19 | Goodman Eric R | 4.20 |

Review and edit summaries of first day motions and proposed orders (3.9); communications with Ms. Green and Ms. Dumas regarding summary of first day motions and need for objections to relief sought by the Debtors (.3).

| 02/19/19 | Blanchard, Jason I. | 2.00 |

Revise Objection to the Debtors' cash management motion to address Mr. Workman's comments to the same.

| 02/19/19 | Dumas, Cecily A | 1.00 |

Work with Mr. Goodman, Ms. Attard re first day motion evaluation and response.

| 02/19/19 | Dumas, Cecily A | 0.20 |

Communicate with Mr. Keller re first days.

| 02/19/19 | Dumas, Cecily A | 0.60 |

Email Mr. Campora re prepetition bonuses to insiders.

| 02/19/19 | Workman Donald A | 0.80 |

Review objection to cash management and consider options for Committee.

| 02/20/19 | Blanchard, Jason I. | 0.20 |

Review proposed final cash management order (.1); confer with Mr. Workman regarding the same (.1).

| 02/20/19 | Workman Donald A | 0.50 |

Review information on Trustee's objection to cash management motion.

| 02/20/19 | Workman Donald A | 0.40 |

Consider action needed on first day motions.

| 02/20/19 | Workman Donald A | 0.30 |

Receive and review draft proposed orders from Debtors.

| 02/21/19 | Dumas, Cecily A | 0.30 |

Telephone conference Korotkin, Mr. Goodman re committee's position on first day motions and adjournment of matters as requested by Committee.

| 02/21/19 | Dumas, Cecily A | 1.50 |

Revise outline on first day motions.

| 02/21/19 | Dumas, Cecily A | 0.50 |

Tel conference Mr. Keller, Mr. Goodman re UCC's position on first day motions.

# Baker&Hostetler LLP

Atlanta      Chicago      Cincinnati    Cleveland    Columbus      Costa Mesa    Denver
Houston      Los Angeles  New York      Orlando      Philadelphia  Seattle       Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 03/27/19
Invoice Number: 50610885
Matter Number: 114959.000001
Page 46

02/22/19     Dumas, Cecily A                              2.30

Research authorities for expense reimbursement motion in response to UST request.

02/22/19     Dumas, Cecily A                              0.40

Communicate with US Trustee re committee member expense reimbursement procedures, authority.

02/22/19     Goodman Eric R                               2.90

Conference call with counsel for the Debtors regarding proposed orders on first day motions (.2); continue review of first day motions and proposed orders (1.7); draft and edit email to Committee Chair regarding adjournment of final hearing on Motion to Pay Prepetition Obligations Owed to Certain Safety and Reliability Outage, and Nuclear Facility Suppliers (1.0).

02/22/19     Kates Elyssa S.                              0.10

Correspondence with Ms. Payne-Geyer, Ms. Lane and Mr. Blanchard regarding the objection to the cash collateral motion.

02/23/19     Workman Donald A                             1.00

Review Cash Management action needed regarding motion (.4); review UST's objection to Motion for Ordinary Course professionals and review strategy regarding same (.6).

02/24/19     Goodman Eric R                               0.10

Communications with Debtors' counsel regarding stipulation on new response date for objections to certain first day motions.

02/25/19     Attard, Lauren T.                            0.80

Research interim compensation motion regarding member expenses.

02/25/19     Attard, Lauren T.                            0.70

Office conference with Mr. Rose, Mr. Workman, Mr. Goodman, and Mr. Esmont regarding case administration and tasks moving forward.

02/25/19     Attard, Lauren T.                            2.20

Office conference with Mr. Sagerman, Mr. Julian, Ms. Dumas, Mr. Rose, Mr. Workman, Mr. Goodman, Mr. Esmont and Ms. Woltering regarding case administration and tasks moving forward.

02/25/19     Dumas, Cecily A                              3.00

Further review and analysis of all first day motions

02/25/19     Dumas, Cecily A                              1.20

Discussion with Mr. Goodman re committee's position on administrative first day motions, email to Tosdal

02/25/19     Goodman Eric R                               5.00

Further review of Cash Management Motion and proposed order (1.5); further review of Customer Programs Motion and proposed order (1.0); further review of Operational Integrity Motion and proposed order (1.0); communications regarding Takata channeling injunction and related matters (1.5).

02/25/19     Goodman Eric R                               2.50

Conference with PG&E Team regarding case strategy and related matters.

**Baker&Hostetler LLP**

Atlanta      Chicago       Cincinnati    Cleveland     Columbus      Costa Mesa    Denver
Houston      Los Angeles   New York      Orlando       Philadelphia  Seattle       Washington, DC

| 02/25/19 | Kates Elyssa S. | 1.10 |

Analysis of proposed orders granting second day motions.

| 02/25/19 | Sagerman, Eric E. | 0.30 |

Communications Mr. Julian and committee lawyers regarding complaint for injunctive relief

| 02/25/19 | Workman Donald A | 0.40 |

Review UST Limited Objection to Cash Management.

| 02/25/19 | Workman Donald A | 0.60 |

Review UST objection to ordinary course professionals and consider impact.

| 02/25/19 | Workman Donald A | 1.20 |

Review Debtors' interim compensation motion and proposed order to determine what action is needed for Tort Committee (1.2).

| 02/26/19 | Attard, Lauren T. | 0.50 |

Draft objection regarding compensation procedures.

| 02/26/19 | Goodman Eric R | 5.20 |

Conferences with Mr. Workman and Mr. Rose regarding work streams and related matters (.5); review and edit memorandum on first day motions and recommendations to the Committee (3.4); communications with Ms. Attard and Ms. Kates regarding review of first day motions (.3); preparation for March 1st meeting with the Committee (1.0).

| 02/26/19 | Goodman Eric R | 2.00 |

Team meetings regarding case strategy.

| 02/27/19 | Attard, Lauren T. | 2.30 |

Draft motion on expense reimbursement for Committee members.

| 02/27/19 | Dumas, Cecily A | 1.00 |

Meetings with creditor constituents

| 02/27/19 | Dumas, Cecily A | 4.00 |

Prepare for and attend hearings on Debtors' first day motions

| 02/27/19 | Goodman Eric R | 6.00 |

Review and analyze memorandum on channeling injunctions (1.7); review and analyze FES decision on FERC injunction (1.4); review presentation materials of potential financial advisors (2.5); conference call with Mr. Workman and Mr. Rose regarding selection of financial advisor and objections to first day motions (.4).

| 02/27/19 | Kates Elyssa S. | 2.10 |

Preparation of objection to operational integrity motion.

| 02/28/19 | Goodman Eric R | 7.70 |

Draft email to Mr. Julian and Ms. Dumas regarding channeling injunction (.5); conference call with core team regarding March 1, 2019 meeting with the Committee (.5); edit and revise memorandum on first day

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 03/27/19
Invoice Number: 50610885
Matter Number: 114959.000001
Page 48

motions and communications with Mr. Workman regarding the same (1.0); conference with Mr. Dettelbach regarding March 1, 2019 meeting with the Committee (.3); conference call with the US Trustee regarding appointment of fee examiner (.5); edit and revise objection to Cash Management Motion (2.5); telephone call with Mr. Julian regarding channeling injunction (.1); conference call with Mr. Workman and Mr. Rose regarding case assignments (.8); further review of channeling injunction memorandum (1.0); attend team meeting in Sacramento on preparation for March 1st Committee meeting (.5).

| 02/28/19 | Green Elizabeth A. | 0.50 |

Telephone conference with Don Mr. Workman regarding claims trading.

| 02/28/19 | Green Elizabeth A. | 0.30 |

Review issues regarding claims trading.

| 02/28/19 | Kates Elyssa S. | 0.60 |

Analyzing objections filed to operational integrity suppliers motion to facilitate preparation of tort committee objections.

| 02/28/19 | Kates Elyssa S. | 4.30 |

Preparation of objection to Operational Integrity Motion.

| 02/28/19 | Workman Donald A | 0.40 |

Comment on objection to cash management option (.4).

| 02/28/19 | Workman Donald A | 0.80 |

Consider action needed on Debtor's Customer Programs Motion and proposed response (.8).

**039  Other Contested Matters**                                    **98.40**

| 02/15/19 | Payne Geyer, Tiffany | 0.70 |

Perform legal research and review issues regarding tort committee formation.

| 02/15/19 | Workman Donald A | 4.10 |

Receive and review Notice of Committee Formation (.2); attention to action needed because of hiring by Committee (.6); review strategy regarding Tort Committee action for hearing (.5); draft Bylaws for Committee (2.8).

| 02/16/19 | Workman Donald A | 4.40 |

Prepare Bylaws and numerous versions (.4); prepare and update task list (1.1); numerous emails with Mr. Sagerman and Ms. Dumas on Bylaws (x4) (.7); prepare nondisclosure agreement (2.2).

| 02/17/19 | Sagerman, Eric E. | 0.70 |

Work on strategic plan, including issues to be addressed at start of case.

| 02/18/19 | Sagerman, Eric E. | 0.20 |

Communications re first day motions with committee chair counsel.

| 02/18/19 | Sagerman, Eric E. | 0.30 |

Communications Mr. Workman et al regarding first day motions.

# Baker&Hostetler LLP

Case: 19-30088    Doc# 1478-6    Filed: 04/16/19    Entered: 04/16/19 18:54:34    Page 15

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date:              03/27/19
Invoice Number:            50610885
Matter Number:        114959.000001
Page 49

| 02/19/19 | Sagerman, Eric E. | 0.60 |

Communications with Mr. Workman and Ms. Dumas regarding first day pleadings and potential objections.

| 02/19/19 | Sagerman, Eric E. | 0.10 |

Review proposed revisions to draft bylaws.

| 02/19/19 | Workman Donald A | 3.70 |

Receive and review comment from Committee member counsel on Bylaws (.3); telephone conference with Mr. Sagerman on Bylaws (.2); review information on report of various parties in case and action needed (1.3); telephone conference with Mr. Sagerman on case strategy (.2); telephone conference with Mr. Julian regarding same (.1); review and revise case management materials (1.1); emails with Mr. Sagerman on Committee administrative items (x3) (.5).

| 02/20/19 | Dettelbach Steven M | 0.80 |

Attention to matters involving composition of committee including resignation of member and inquiry by UST regarding same.

| 02/20/19 | Petenko, Jaime B. | 1.50 |

Draft digital security provision for Committee bylaws.

| 02/20/19 | Workman Donald A | 1.80 |

Consider issues affecting Committee (.6); consider options on electronic access by Committee (.7); telephone conference with Mr. Craig regarding same (.2); follow up emails with team regarding same (x3) (.3).

| 02/20/19 | Workman Donald A | 1.20 |

Review Committee reimbursement procedures to see if included in Debtors motion (.3); review action needed regarding same (.3); revise Bylaws on security based on request by Committee (.6).

| 02/21/19 | Bookout, Kimberly M. | 0.90 |

Prepare for and attend goto meeting to preview Magnum database with Mr. Workman, Mr. Esmont and Mr. Bekier.

| 02/21/19 | Dumas, Cecily A | 1.40 |

Email Mr. Workman re research assignments on current committee issues.

| 02/21/19 | Dumas, Cecily A | 0.40 |

Telephone conference Ms. Lockhart re case issues and update, committee governance.

| 02/21/19 | Esmont Joseph M. | 2.40 |

Confer with counsel for Ms. Lockhart regarding use of dataroom for Committee members (.6); draft email to Committee chair regarding the same (.6); call with Mr. Workman regarding the same (.2); Confer with litigation support team regarding Committee data room options (1.0).

| 02/21/19 | Esmont Joseph M. | 2.70 |

Research regarding authority of chair (2.7).

| 02/21/19 | Sagerman, Eric E. | 0.40 |

Communications with Mr. Keller with Ms. Dumas re OCUC position on first day motions

**Baker&Hostetler LLP**

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 03/27/19
Invoice Number: 50610885
Matter Number: 114959.000001
Page 50

| 02/22/19 | Bookout, Kimberly M. | 2.20 |

Add committee members and their counsel to Magnum database (.7); update Magnum database with updated pitch materials, draft bylaws and contact lists (.8); prepare case specific training videos for Magnum users (.9)

| 02/22/19 | Dumas, Cecily A | 1.00 |

Review questions on use and access to cloud system for committee chair.

| 02/22/19 | Dumas, Cecily A | 2.50 |

Analysis of committee communication confidentiality and compliance with security measures in Bylaws.

| 02/22/19 | Sagerman, Eric E. | 0.30 |

Communications Mr. Workman re bylaws

| 02/22/19 | Weible Robert A | 3.50 |

Review draft of committee bylaws and note points to raise or clarify with Mr. Workman for presentation to committee

| 02/23/19 | Dumas, Cecily A | 0.80 |

Directions to Esmont on committee document access in cloud

| 02/23/19 | Dumas, Cecily A | 0.50 |

Review and revise draft minutes

| 02/23/19 | Esmont Joseph M. | 4.30 |

Draft memorandum regarding expense reimbursement for members (1.9); draft revised bylaws (2.4).

| 02/23/19 | Weible Robert A | 3.50 |

Continue review of committee bylaws for clarification and revision (.3); telephone conference with Mr. Workman regarding issues pertaining to committee function and bylaws (.3); prepare and send email to Mr. Workman regarding bylaws issues (2.0); further telephone conference with Mr. Workman regarding changes to make to bylaws (.9)

| 02/23/19 | Workman Donald A | 2.70 |

Analyze Bylaws in context of corporate governance and duties of Chair, and review law regarding same.

| 02/23/19 | Workman Donald A | 1.30 |

Discuss with Mr. Weible Bylaws and action needed, and emails with Chair regarding same (1.3).

| 02/23/19 | Workman Donald A | 1.70 |

Consider options for Committee members on reimbursement and action needed (.7); review information on reimbursement for members (.5); consider options on portal access for members (.5).

| 02/24/19 | Bookout, Kimberly M. | 1.50 |

Add committee members and their counsel to Magnum database (.6); update Magnum database with updated pitch materials, draft bylaws and contact lists (.9)

| 02/24/19 | Dumas, Cecily A | 1.50 |

Prepare analysis of committee member duties re trading claims and other use of inside information

**Baker&Hostetler LLP**

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date:            03/27/19
Invoice Number:          50610885
Matter Number:    114959.000001
Page 51

02/24/19     Dumas, Cecily A                                   3.00
Organize processes for committee access to information, participation.

02/24/19     Jehl, Laura E.                                    1.50
Address data security strategy and options; draft email to Mr. Workman re. same; revise draft data security
provision for Bylaws.

02/24/19     Petenko, Jaime B.                                 1.00
Draft revised digital security provision in committee bylaws.

02/24/19     Rose Jorian L.                                    7.70
Review most recent 10Q along with other related securities documents.

02/24/19     Weible Robert A                                   3.00
Revise bylaws draft (2.1); prepare for and participate in call with Ms. Mr. Workman regarding proposed
bylaw changes and conduct of committee meetings (.6)

02/24/19     Workman Donald A                                  1.00
Analyze suggested revisions to Bylaws (.7); prepare for and participate on conference call with Chair and
Mr. Weible regarding Committee governance (.3).

02/24/19     Workman Donald A                                  3.30
Follow up on action needed regarding expense reimbursement for Committee members (.3); analyze
additional provisions for Bylaws and work on same (.9); review action needed on communicating with
Committee members (.4); review information on portal for Committee communications and emails with
Committee members regarding same (.8); consider issues with expense applications (.3); revise Bylaws to
reflect data security and considerations (.6).

02/25/19     Bookout, Kimberly M.                              1.10
Add committee members and their counsel to Magnum database (.3); update Magnum database with
updated pitch materials, draft bylaws and contact lists (.6); assist committee member and their counsel with
reviewing documents in Magnum database (.2)

02/25/19     Rose Jorian L.                                    1.20
Review bankruptcy fiduciary duty information to assist Mr. Weible in memo.

02/25/19     Rose Jorian L.                                    0.40
Telephone conference with Mr. Weible regarding Committee duty memo.

02/25/19     Rose Jorian L.                                    0.80
Review summaries of first day motions from Mr. Esmont.

02/25/19     Sagerman, Eric E.                                 0.10
Communications Ms. Dumas re approval of minutes

02/25/19     Weible Robert A                                   4.30
Review bankruptcy code provisions relating to committee authority (.1); attention to revision of committee
bylaws (.4); prepare memorandum to Ms. Lockhart (committee chair) regarding powers and duties of

**Baker&Hostetler LLP**

Case: 19-30088    Doc# 1478-6    Filed: 04/16/19    Entered: 04/16/19 18:54:24    Page 18
of 21

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 03/27/19
Invoice Number: 50610885
Matter Number: 114959.000001
Page 52

committee and chair (3.7); review email from Mr. Ms. Dumas regarding committee fiduciary duty issues and email to Mr. Workman regarding same (.1).

| 02/26/19 | Baker, Amanda K | 3.25 |

Compile sections of Collier Handbook on Creditor's Committees (.3); research case law regarding duties of counsel to committee members (2.0); keycite several cases regarding fiduciary duties of members for research memo (.7).

| 02/26/19 | Bookout, Kimberly M. | 1.30 |

Add committee members and their counsel to Magnum database (.3); update Magnum database with updated pitch materials, draft bylaws and contact lists (.5); assist committee member and their counsel with reviewing documents in Magnum database (.5)

| 02/26/19 | Julian, Robert | 4.20 |

Attend Baker team meetings on advising committee on governance, FAs, pending motions, related week matters, and draft outline of select plan terms for resolution of claims and related disputes.

| 02/26/19 | Rose Jorian L. | 1.20 |

Review omnibus reply in support of first day motions filed by Debtors.

| 02/26/19 | Rose Jorian L. | 1.80 |

Review and revise fiduciary duty memo for review and distribution.

| 02/26/19 | Workman Donald A | 0.60 |

Analyze and comment on fiduciary duties information for Committee.

| 02/27/19 | Bookout, Kimberly M. | 0.90 |

Add committee members and their counsel to Magnum database (.1); update Magnum database with updated pitch materials, draft bylaws and contact lists (.5); assist committee member and their counsel with reviewing documents in Magnum database (.4)

| 02/27/19 | Rose Jorian L. | 0.90 |

Review customer motion with Ms. Attard, review summary and discuss potential issues.

| 02/27/19 | Weible Robert A | 0.30 |

Emails with Mr. Esmont regarding management of proposed changes to bylaws.

| 02/27/19 | Workman Donald A | 2.10 |

Analyze and comment on Bylaws (.8); develop revised procedures motion (.9); review and comment on fiduciary duty memo (.4).

| 02/27/19 | Workman Donald A | 0.50 |

Consider options on Committee reimbursements.

| 02/28/19 | Bookout, Kimberly M. | 0.50 |

Review magnum annotations to bylaws and prepare report for Mr. Esmont reflecting same.

| 02/28/19 | Esmont Joseph M. | 3.20 |

Review and analyze consolidated proposed edits to bylaws received from Committee members and their counsel.

# Baker&Hostetler LLP

Case: 19-30088   Doc# 1478-6   Filed: 04/16/19   Entered: 04/16/19 18:54:24   Page 19

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 03/27/19
Invoice Number: 50610885
Matter Number: 114959.000001
Page 53

| 02/28/19 | Rose Jorian L. | 0.60 |
|---|---|---|

Review February 28 PG&E press release.

| 02/28/19 | Rose Jorian L. | 1.10 |
|---|---|---|

Conference call with Mr. Weible coordinating comments for Committee of bylaw comments.

| 02/28/19 | Weible Robert A | 0.20 |
|---|---|---|

Analyze committee members' and counsels' comments on bylaws draft, telephone conference with Messrs. Mr. Rose, Mr. Workman and Esmont regarding issues.

| 02/28/19 | Workman Donald A | 0.60 |
|---|---|---|

Local Rules review and determine procedures for Committee on reimbursement (.6).

| 02/28/19 | Workman Donald A | 2.60 |
|---|---|---|

Analyze and comment on Bylaws suggested revisions.

**040  Operations Contested Matters**                                  **109.85**

**Baker&Hostetler** LLP

Atlanta          Chicago          Cincinnati          Cleveland          Columbus          Costa Mesa          Denver
Houston          Los Angeles          New York          Orlando          Philadelphia          Seattle          Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 03/27/19
Invoice Number: 50610885
Matter Number: 114959.000001
Page 54

## TASK CODE MATTER SUMMARY

### CURRENT INVOICE

| Task Code | Description | Hours Billed | Amount Billed |
|---|---|---|---|
| 002 | Asset Sales/363 Sales | 2.30 | 0.00 |
| 004 | Bankruptcy Litigation | 6.00 | 5,297.50 |
| 005 | Bar Date Motion/Claims Reconciliation/Claim Reconciliation Issue | 6.70 | 7,860.50 |
| 006 | Case Administration (docket updates, WIP and calendar) | 127.05 | 73,387.25 |
| 008 | Chapter 11 Plan/Plan Confirmation | 0.40 | 470.00 |
| 009 | Committee Meetings and Preparation | 237.00 | 189,445.00 |
| 011 | Cusotomer, Supplier and Vendor Issues | 2.50 | 1,123.00 |
| 012 | DIP Financing/Cash Mgmt./Hedging Transactions | 83.30 | 61,001.50 |
| 014 | Employee Issues | 0.40 | 458.00 |
| 018 | General Case Strategy (includes communications with Committee) | 166.15 | 123,746.25 |
| 022 | Non-Working Travel | 70.20 | 47,174.00 |
| 024 | District Court Litigation | 4.50 | 4,567.50 |
| 025 | Regulatory Issues including CPUC and FERC | 19.10 | 16,893.00 |
| 026 | Retention Applications | 79.90 | 33,969.50 |
| 027 | Fee Application: Baker | 4.20 | 2,361.50 |
| 030 | Tax Issues | 22.60 | 21,147.00 |
| 031 | U.S. Trustee issues/ meetings/ communications/ monthly operating | 1.70 | 1,449.00 |
| 034 | Withdraw Reference | 5.00 | 3,165.00 |
| 037 | Investigations | 10.40 | 7,056.00 |
| 038 | Financial Advisors | 104.60 | 92,396.00 |
| 039 | Other Contested Matters | 98.40 | 75,198.50 |
| 040 | Operations Contested Matters | 109.85 | 90,653.50 |
| | **Total** | 1,162.25 | 858,819.50 |

Baker & Hostetler LLP