**Exhibit E**

## Expenses and Other Charges

| | |
|---|---:|
| Meals while Traveling (E110) | 276.20 |
| Miscellaneous (E124) | 15.00 |
| Mileage Reimbursement (E110) | 30.74 |
| Airfare/Trainfare (E110) | 21,791.97 |
| Ground Transportation Out of Town (E110) | 1,288.81 |
| Document Specialist (E119) | 1,122.89 |
| Business Meals, etc. (E111) | 1,601.90 |
| Lodging (E110) | 8,847.10 |
| Wi-Fi/Telephone Charges (E105) | 46.99 |
| Ground Transportation Local (E109) | 333.49 |
| Delivery Services (E107) | 476.21 |
| Transcripts (E116) | 146.40 |
| Automated Research (E106) | 750.08 |
| Teleconference Charges (E105) | 57.50 |
| **Total Expenses** | **$ 36,785.28** |

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

| Date | Description | Amount |
|---|---|---|
| 02/19/19 | Airfare/Trainfare (E110) Airfare; Jorian Rose; AMERICAN AIRLINES 800-433-7300 TX; Flight expense to/from Los Angeles, CA for team meeting (Dates of travel are February 24 - March 2, 2019).; | 4,681.60 |
| 02/19/19 | Airfare/Trainfare (E110) Airfare; Eric Goodman; travel to Los Angeles, CA for meetings with Baker team (2/25/19 to 2/27/19); | 1,064.48 |
| 02/21/19 | Airfare/Trainfare (E110) Airfare; Joseph Esmont; 2/25/2019 and 2/28/2019 United Airlines fare for Non-working Travel [B195] from Cleveland, OH to Los Angeles, CA and Los Angeles, CA to Sacramento, CA for the purpose of participating in Bankruptcy-Related Advice [B400] strategy sessions with the BakerHostetler Team on 2/25/2019 and 2/26/2019 in Los Angeles, CA and in Sacramento, CA on 2/28/2019.; | 1,830.84 |
| 02/22/19 | Airfare/Trainfare (E110) Airfare; Catherine Woltering; Travel from Columbus, OH to the Los Angeles, CA office to assist in the PG&E bankruptcy matter, 2/24/19 - 3/5/19.; | 2,314.80 |
| 02/22/19 | Airfare/Trainfare (E110) Airfare; Eric Goodman; travel to Sacramento, CA for meeting of Tort Committee (2/28/19 to 3/2/19); | 1,700.47 |
| 02/24/19 | Airfare/Trainfare (E110) Airfare; Donald Workman; Air fare from D.C. to Los Angeles (Travel to Los Angeles, February 24-27, 2019, to attending meetings re PG&E Committee); | 664.30 |
| 02/24/19 | Airfare/Trainfare (E110) Airfare; Joseph Esmont; 3/1/2019 United Airlines return fare for Non-Working Travel [B195] from Sacramento, CA to Cleveland, OH after preparing for and participating in Creditors' Committee Meeting [B158] held in Sacramento, CA on March 1, 2019 at the Hilton Arden West Hotel.; | 539.75 |
| 02/26/19 | Airfare/Trainfare (E110) Airfare; Jorian Rose; AMERICAN AIRLINES 800-433-7300 TX; Flight expense to Sacramento, California to attend meetings (Dates of travel are February 24, 2019 to March 2, 2019).; | 198.30 |
| 02/26/19 | Airfare/Trainfare (E110) Airfare; Catherine Woltering; Travel from Columbus, OH to the Los Angeles, CA office to assist in the PG&E bankruptcy matter, 2/24/19 - 3/5/19.; | 178.30 |
| 02/27/19 | Airfare/Trainfare (E110) Airfare; Donald Workman; Merchant: Jetblue Flights; Air fare from Los Angeles to Boston (Travel to Los Angeles, February 24-27, 2019, to attending meetings re PG&E Committee); | 618.30 |
| 02/28/19 | Airfare/Trainfare (E110) Airfare; James Bekier; Airfare - 2/28/19 thru 3/1/19 Creditors Meetings in SAC; | 489.96 |
| 02/28/19 | Airfare/Trainfare (E110) Airfare; Lauren Resnick; American flight #3 from JFK t LAX on 2/28/19 en route to PG&E client meeting in Sacramento on 3/1/19.; | 2,832.14 |
| 02/28/19 | Airfare; Lauren Resnick; United flight 5583 from LA to Sacramento on 2/28/19 en route to PG&E client meeting in Sacramento on 3/1/19.; | 961.75 |
| 02/28/19 | Airfare; Robert Weible; seat assignment charge travel to Sacramento, Ca, meeting w/client PG&E for a committee meeting 2/28/19-3/2/19; | 49.00 |

Baker&Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 19-30088    Doc# 1478-7    Filed: 04/16/19    Entered: 04/16/19 18:54:24    Page 3 of 13

| Date | Description | Amount |
|---|---|---|
| 02/28/19 | Airfare/Trainfare (E110) Airfare; Tanya Kinne; Merchant: Southwest Airlines; Attend client meeting; | 394.01 |
| 02/28/19 | Airfare/Trainfare (E110) Airfare; Robert Weible; seat assignment fee travel to Sacramento, Ca, meeting w/client PG&E for a committee meeting 2/28/19-3/2/19; | 1,036.87 |
| 02/28/19 | Airfare/Trainfare (E110) Airfare; Steven Dettelbach; DELTA AIR LINES CLEVELAND OH; 02/28/19-03/01/19 (Sacramento) PG&E Client Development; | 1,462.99 |
| 02/28/19 | Airfare; Steven Dettelbach; UNITED AIRLINES CLEVELAND OH; 02/28/19-03/01/19 (Sacramento) PG&E Client Development; | 774.11 |
| | **Subtotal - Airfare/Trainfare (E110)** | **21,791.97** |
| 02/22/19 | Ground Transportation Local (E109) to continue and complete emergency due diligence work on PG&E business develoment proposal | 62.49 |
| 02/24/19 | Ground Transportation Local (E109) BONITA J PAUL Car Service for Robert Julian; Inv. 10013-02242019A | 92.00 |
| 02/24/19 | Ground Transportation Local (E109) BONITA J PAUL Limousine Service- LAX to Fairmont Miramar Hotel - Bob Julian; Inv. 10013-02242019.3 | 92.00 |
| 02/26/19 | Ground Transportation Local (E109) BONITA J PAUL Limousine Service for Robert Julian and Catherine Woltering from LA Office to LAX; Inv. 10013-02262019.3 | 87.00 |
| | **Subtotal - Ground Transportation Local (E109)** | **333.49** |
| 02/22/19 | Business Meals, etc. (E111) CALIFORNIA CHICKEN CAFE PG&E Meeting; Inv. CALIF-02222019 | 256.25 |
| 02/24/19 | Business Meals, etc. (E111) Meals Other; Jorian Rose; HUDSONNEWS ST1298 12 JAMAICA NY; Other meal expense during trip to Los Angeles, California for team meeting (Dates of travel are February 24, 2019 to March 2, 2019).; Feb 24, 2019; | 8.97 |
| 02/24/19 | Business Meals, etc. (E111) Meals Other; Donald Workman; Beverage/snack at airport (Travel to Los Angeles, February 24-27, 2019, to attending meetings re PG&E Committee); Feb 24, 2019; | 6.00 |
| 02/25/19 | Business Meals, etc. (E111) Dinner; Donald Workman; Merchant: Trip Record; Dinner in Los Angeles (Travel to Los Angeles, February 24-27, 2019, to attending meetings re PG&E Committee); Feb 25, 2019; | 695.54 |
| 02/25/19 | Business Meals, etc. (E111) Breakfast; Joseph Esmont; Merchant: Starbucks; 2/25/2019 Breakfast meal in Cleveland, OH before traveling to Los Angeles, CA for the purpose of participating in | 5.70 |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 19-30088    Doc# 1478-7    Filed: 04/16/19    Entered: 04/16/19 18:54:24    Page 4 of 13

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 03/27/19
Invoice Number: 50610885
Matter Number: 114959.000001
Page 58

| Date | Description | Amount |
|---|---|---|
| | Bankruptcy-Related Advice [B400] strategy sessions with the BakerHostetler Team on 2/25/2019 in Los Angeles, CA.; Feb 25, 2019; | |
| 02/26/19 | Business Meals, etc. (E111) Breakfast; Cecily Dumas; Traveled to Los Angeles to attend PG&E Meeting February 25th and 26th, 2019; Feb 26, 2019; | 17.33 |
| 02/26/19 | Business Meals, etc. (E111) BONITA J PAUL Breakfast Platter; Inv. 10013-02262019 | 99.23 |
| 02/27/19 | Lunch; Jorian Rose; Lunch meal expense during trip to California for team meeting (Dates of travel are February 24, 2019 to March 2, 2019).; Feb 27, 2019; | 38.47 |
| 02/27/19 | Dinner; Jorian Rose; ROCK BREWS 00000000 LOS ANGELES CA; Dinner meal expense during trip to Los Angeles, California for team meeting (Dates of travel are February 24, 2019 to March 2, 2019).; Feb 27, 2019; | 26.79 |
| 02/27/19 | Breakfast; Jorian Rose; Breakfast meal expense during trip to California for team meeting (Dates of travel are February 24, 2019 to March 2, 2019).; Feb 27, 2019; | 14.25 |
| 02/27/19 | Business Meals, etc. (E111) BONITA J PAUL Working Lunch; Inv. 10013-02272019 | 61.79 |
| 02/27/19 | Business Meals, etc. (E111) Dinner; Donald Workman; Dinner at airport (Travel to Los Angeles, February 24-27, 2019, to attending meetings re PG&E Committee); Feb 27, 2019; | 15.50 |
| 02/27/19 | Business Meals, etc. (E111) Breakfast; Joseph Esmont; Merchant: Path; 2/27/2019 Breakfast meal in Los Angeles, CA for the purpose of providing support at Creditors' Committee Meetings [B158] on 2/27/2019 in Los Angeles, CA.; Feb 27, 2019; | 17.10 |
| 02/27/19 | Dinner; Joseph Esmont; Merchant: Double; 2/27/2019 Dinner meal in Los Angeles, CA after participating in Creditors' Committee Meetings [B158] on 2/27/2019 in Los Angeles, CA.; Feb 27, 2019; | 58.00 |
| 02/28/19 | Breakfast; Jorian Rose; Breakfast meal expense during trip to California for team meeting (Dates of travel are February 24, 2019 to March 2, 2019).; Feb 28, 2019; | 19.34 |
| 02/28/19 | Business Meals, etc. (E111) Meals Other; Bonita Paul; 2/28/19 - 3/2/19 Sacramento, CA for PG&E Case for Laruen Attard, James Bekier, Steve Dettelbach, Cecily Dumas, Joseph Esmont, Eric Goodman, Robert Julian, Tanya Kinne, Lauren Resnick, Jorian Rose, Robert Weible, Catherine Woltering; Feb 28, 2019; | 234.34 |
| 02/28/19 | Business Meals, etc. (E111) Lunch; Joseph Esmont; Merchant: Hilton; 2/28/2019 Lunch meal in Sacramento, CA while preparing for participation in the March 1, 2019 Creditors' Committee Meeting [B158] to be held in Sacramento, CA at the Hiton Arden West Hotel.; Feb 28, 2019; | 14.00 |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 19-30088   Doc# 1478-7   Filed: 04/16/19   Entered: 04/16/19 18:54:24   Page 5 of 13

| Date | Description | Amount |
|---|---|---|
| 02/28/19 | Breakfast; Joseph Esmont; 2/28/2019 Breakfast meal in Los Angeles, CA before Non-Working Travel [B195] to Sacramento, California to participate in Bankruptcy-Related Advice [B400] strategy sessions with the BakerHostetler Team on 2/28/2019 in Sacramento, CA.; Feb 28, 2019; | 13.30 |
| | **Subtotal - Business Meals, etc. (E111)** | **1,601.90** |
| 02/24/19 | Lodging (E110) Lodging; Jorian Rose; Hotel expense during trip to Los Angeles, California for team meeting (Dates of travel are February 24, 2019 to March 2, 2019).; Feb 24, 2019 | 1,056.60 |
| 02/25/19 | Lodging (E110) Lodging; Eric Goodman; travel to Los Angeles, CA for meetings with Baker team (2/25/19 to 2/27/19); Feb 25, 2019 | 1,861.16 |
| 02/26/19 | Lodging (E110) Lodging; Cecily Dumas; Traveled to Los Angeles to attend PG&E Meeting February 25th to February 26th, 2019; Feb 26, 2019 | 475.00 |
| 02/26/19 | Lodging; Jorian Rose; Hotel expense during trip to California for team meeting (Dates of travel are February 24, 2019 to March 2, 2019).; Feb 26, 2019 | 838.72 |
| 02/26/19 | Lodging; Catherine Woltering; Travel from Columbus, OH to the Los Angeles, CA office to assist in the PG&E bankruptcy matter, 2/24/19 - 3/5/19.; Feb 26, 2019 | 1,478.40 |
| 02/26/19 | Lodging; Joseph Esmont; 2/25/2019 Lodging in Los Angeles, CA for the purpose of participating in Bankruptcy-Related Advice [B400] strategy sessions with the BakerHostetler Team on 2/25/2019 in Los Angeles, CA.; Feb 26, 2019 | 528.30 |
| 02/27/19 | Lodging (E110) Lodging; Donald Workman; Lodging at hotel in Los Angeles (Travel to Los Angeles, February 24-27, 2019, to attending meetings re PG&E Committee); Feb 27, 2019 | 1,655.20 |
| 02/28/19 | Lodging (E110) Lodging; Catherine Woltering; Travel from Columbus, OH to the Los Angeles, CA office to assist in the PG&E bankruptcy matter, 2/24/19 - 3/5/19.; Feb 28, 2019 | 354.40 |
| 02/28/19 | Lodging; Joseph Esmont; 2/26-28/2019 Lodging in Los Angeles, CA for the purpose of participating in Bankruptcy-Related Advice [B400] strategy sessions with the BakerHostetler Team on 2/26/2019 in Los Angeles, CA and in 2/28/2019 in Sacramento, CA.; Feb 28, 2019 | 599.32 |
| | **Subtotal - Lodging (E110)** | **8,847.10** |

Baker&Hostetler LLP

Atlanta Chicago Cincinnati Cleveland Columbus Costa Mesa Denver
Houston Los Angeles New York Orlando Philadelphia Seattle Washington, DC

Case: 19-30088    Doc# 1478-7    Filed: 04/16/19    Entered: 04/16/19 18:54:24    Page 6 of 13

| Date | Description | Amount |
|---|---|---|
| 02/25/19 | Meals while Traveling (E110) Breakfast; Eric Goodman; Merchant: Starbucks; travel to Los Angeles, CA for meetings with Baker team (2/25/19 to 2/27/19); Feb 25, 2019; | 10.02 |
| 02/26/19 | Dinner; Catherine Woltering; Travel from Columbus, OH to the Los Angeles, CA office to assist in the PG&E bankruptcy matter, 2/24/19 - 3/5/19.; Feb 26, 2019; | 17.23 |
| 02/26/19 | Dinner; Eric Goodman; travel to Los Angeles, CA for meetings with Baker team (2/25/19 to 2/27/19); Feb 26, 2019; | 10.61 |
| 02/26/19 | Meals while Traveling (E110) Breakfast; Eric Goodman; travel to Los Angeles, CA for meetings with Baker team (2/25/19 to 2/27/19); Feb 26, 2019; | 18.44 |
| 02/27/19 | Meals while Traveling (E110) Breakfast; Catherine Woltering; Travel from Columbus, OH to the Los Angeles, CA office to assist in the PG&E bankruptcy matter, 2/24/19 - 3/5/19.; Feb 27, 2019; | 13.50 |
| 02/27/19 | Meals while Traveling (E110) Breakfast; Eric Goodman; Merchant: Areas Usa Lax; travel to Los Angeles, CA for meetings with Baker team (2/25/19 to 2/27/19); Feb 27, 2019; | 23.58 |
| 02/28/19 | Meals while Traveling (E110) Dinner; Catherine Woltering; Travel from Columbus, OH to the Los Angeles, CA office to assist in the PG&E bankruptcy matter, 2/24/19 - 3/5/19.; Feb 28, 2019; | 50.76 |
| 02/28/19 | Meals while Traveling (E110) Dinner; James Bekier; Dinner - 2/28/19 thru 3/1/19 Creditors Meetings in SAC; Feb 28, 2019; | 46.00 |
| 02/28/19 | Breakfast; Catherine Woltering; Travel from Columbus, OH to the Los Angeles, CA office to assist in the PG&E bankruptcy matter, 2/24/19 - 3/5/19.; Feb 28, 2019; | 54.58 |
| 02/28/19 | Dinner; Tanya Kinne; Merchant: R; Attend client meeting; Feb 28, 2019; | 31.48 |
| | **Subtotal - Meals while Traveling (E110)** | **276.20** |
| 02/23/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Catherine Woltering; Travel from Columbus, OH to the Los Angeles, CA office to assist in the PG&E bankruptcy matter, 2/24/19 - 3/5/19.; Feb 23, 2019; | 40.26 |
| 02/24/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Catherine Woltering; Travel from Columbus, OH to the Los Angeles, CA office to assist in the PG&E bankruptcy matter, 2/24/19 - 3/5/19.; Feb 24, 2019; | 29.73 |
| 02/24/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Donald Workman; Taxi from LAX to hotel (Travel to Los Angeles, February 24-27, 2019, to attending meetings re PG&E Committee); Feb 24, 2019; | 50.00 |

**Baker&Hostetler LLP**

Atlanta Chicago Cincinnati Cleveland Columbus Costa Mesa Denver
Houston Los Angeles New York Orlando Philadelphia Seattle Washington, DC

Case: 19-30088    Doc# 1478-7    Filed: 04/16/19    Entered: 04/16/19 18:54:24    Page 7 of 13

| Date | Description | Amount |
|---|---|---|
| 02/24/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Donald Workman; Merchant: Uber Technologies Inc; Uber car from home to airport (Travel to Los Angeles, February 24-27, 2019, to attending meetings re PG&E Committee); Feb 24, 2019; | 36.47 |
| 02/24/19 | Taxi/Car Service; Jorian Rose; Taxi expense during trip to Los Angeles, CA for team meeting (Dates of travel are February 24 - March 2, 2019).; Feb 24, 2019; | 10.80 |
| 02/24/19 | Taxi/Car Service; Jorian Rose; Taxi expense from airport during trip to Los Angeles, CA for team meeting (Dates of travel are February 24 - March 2, 2019).; Feb 24, 2019; | 36.88 |
| 02/24/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Jorian Rose; Taxi expense to airport for flight to Los Angeles, CA for team meeting (Dates of travel are February 24 - March 2, 2019).; Feb 24, 2019; | 66.89 |
| 02/25/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Cecily Dumas; Merchant: Mydriver; Traveled to Los Angeles to attend PG&E Meeting February 25th and 26th, 2019 Taxi to Hotel; Feb 25, 2019; | 66.69 |
| 02/25/19 | Taxi/Car Service; Jorian Rose; TAXITAXI TAXITAXI\24 SANTA MONICA CA; Taxi expense during trip to Los Angeles, California for team meeting (Dates of travel are February 24, 2019 to March 2, 2019).; Feb 25, 2019; | 32.94 |
| 02/25/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Donald Workman; Merchant: Uber Technologies Inc; Uber car from office to hotel (Travel to Los Angeles, February 24-27, 2019, to attending meetings re PG&E Committee); Feb 25, 2019; | 35.57 |
| 02/25/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Joseph Esmont; Merchant: Uber Technologies Inc; 2/25/2019 Taxi service from residence in Broadview Hts., OH to Cleveland Hopkins Airport for air travel to Los Angeles, CA for the purpose of participating in Bankruptcy-Related Advice [B400] strategy sessions with the BakerHostetler Team on 2/25/2019; and providing support at Creditors' Committee Meetings [B158] on 2/27/2019 and 3/1/2019 in Sacramento, CA.; Feb 25, 2019; | 33.48 |
| 02/25/19 | Taxi/Car Service; Donald Workman; Taxi in Los Angeles (Travel to Los Angeles, February 24-27, 2019, to attending meetings re PG&E Committee); Feb 25, 2019; | 20.00 |
| 02/25/19 | Taxi/Car Service; Eric Goodman; Merchant: Uber Technologies Inc; travel to Los Angeles, CA for meetings with Baker team (2/25/19 to 2/27/19) (meeting to hotel); Feb 25, 2019; | 10.76 |
| 02/25/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Eric Goodman; Merchant: Uber Technologies Inc; travel to Los Angeles, CA for meetings with Baker team (2/25/19 to 2/27/19) (airport to hotel); Feb 25, 2019; | 23.52 |
| 02/25/19 | Ground Transportation Out of Town (E110) Parking; Jorian Rose; | 4.00 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 19-30088   Doc# 1478-7   Filed: 04/16/19   Entered: 04/16/19 18:54:24   Page 8 of 13

| Date | Description | Amount |
|---|---|---|
| | CITYOFSM-PARKINGPA L SANTA MONICA CA; Parking expense during trip to Los Angeles, CA for team meeting (Dates of travel are February 24, 2019 to March 2, 2019).; Feb 25, 2019; | |
| 02/25/19 | Taxi/Car Service; Eric Goodman; Merchant: Uber Technologies Inc; travel to Los Angeles, CA for meetings with Baker team (2/25/19 to 2/27/19) (hotel to meeting); Feb 25, 2019; | 10.05 |
| 02/26/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Catherine Woltering; Travel from Columbus, OH to the Los Angeles, CA office to assist in the PG&E bankruptcy matter, 2/24/19 - 3/5/19.; Feb 26, 2019; | 20.67 |
| 02/26/19 | Taxi/Car Service; Cecily Dumas; Merchant: Lyft; Travel to Los Angeles to attend PG&E Meeting February 25th and 26th, 2019 Office to Burbank; Feb 26, 2019; | 31.83 |
| 02/26/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Donald Workman; Taxi in Los Angeles (Travel to Los Angeles, February 24-27, 2019, to attending meetings re PG&E Committee); Feb 26, 2019; | 24.00 |
| 02/26/19 | Taxi/Car Service; Donald Workman; Merchant: Uber Technologies Inc; Uber car from office to hotel (Travel to Los Angeles, February 24-27, 2019, to attending meetings re PG&E Committee); Feb 26, 2019; | 45.27 |
| 02/26/19 | Taxi/Car Service; Donald Workman; Taxi from hotel to office to hotel (Travel to Los Angeles, February 24-27, 2019, to attending meetings re PG&E Committee); Feb 26, 2019; | 30.00 |
| 02/26/19 | Taxi/Car Service; Eric Goodman; Merchant: Uber Technologies Inc; travel to Los Angeles, CA for meetings with Baker team (2/25/19 to 2/27/19) (meeting to hotel); Feb 26, 2019; | 11.85 |
| 02/26/19 | Taxi/Car Service; Eric Goodman; Merchant: Uber Technologies Inc; travel to Los Angeles, CA for meetings with Baker team (2/25/19 to 2/27/19) (hotel to meeting); Feb 26, 2019; | 11.23 |
| 02/26/19 | Taxi/Car Service; Jorian Rose; Taxi expense during trip to Los Angeles, CA for team meeting (Dates of travel are February 24 - March 2, 2019).; Feb 26, 2019; | 17.18 |
| 02/26/19 | Taxi/Car Service; Jorian Rose; Taxi expense during trip to Los Angeles, CA for team meeting (Dates of travel are February 24 - March 2, 2019).; Feb 26, 2019; | 31.49 |
| 02/26/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Jorian Rose; UBER TRIP HELP.UBER.COM CA; Taxi expense during trip to Los Angeles, CA for team meeting (Dates of travel are February 24, 2019 to March 2, 2019).; Feb 26, 2019; | 5.80 |
| 02/27/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Jorian Rose; Merchant: Uber Technologies Inc; Taxi expense during trip to Los Angeles, California for team meeting (Dates of travel are February 24, 2019 to March 2, 2019).; Feb 27, 2019; | 26.47 |
| 02/27/19 | Taxi/Car Service; Catherine Woltering; Travel from Columbus, OH to | 41.69 |

Baker&Hostetler LLP

Case: 19-30088   Doc# 1478-7   Filed: 04/16/19   Entered: 04/16/19 18:54:24   Page 9 of 13

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

| Date | Description | Amount |
|---|---|---|
| | the Los Angeles, CA office to assist in the PG&E bankruptcy matter, 2/24/19 - 3/5/19.; Feb 27, 2019; | |
| 02/27/19 | Taxi/Car Service; Donald Workman; Taxi to LAX Airport (Travel to Los Angeles, February 24-27, 2019, to attending meetings re PG&E Committee); Feb 27, 2019; | 80.00 |
| 02/27/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Jorian Rose; Merchant: Uber Technologies Inc; Taxi expense during trip to Los Angeles, for team meeting (Dates of travel are February 24, 2019 to March 2, 2019).; Feb 27, 2019; | 18.00 |
| 02/27/19 | Ground Transportation Out of Town (E110) Parking; Eric Goodman; Merchant: Cleveland Hopkins Airport; travel to Los Angeles, CA for meetings with Baker team (2/25/19 to 2/27/19) (airport parking); Feb 27, 2019; | 60.00 |
| 02/27/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Eric Goodman; Merchant: Uber Technologies Inc; travel to Los Angeles, CA for meetings with Baker team (2/25/19 to 2/27/19) (hotel to airport); Feb 27, 2019; | 20.15 |
| 02/27/19 | Taxi/Car Service; Jorian Rose; Taxi expense during trip to Sacramento, CA for team meeting (Dates of travel are February 24 - March 2, 2019).; Feb 27, 2019; | 17.32 |
| 02/27/19 | Taxi/Car Service; Joseph Esmont; Merchant: Uber Technologies Inc; 2/27/2019 Taxi service from BakerHostetler office in Los Angeles, CA to hotel lodging in Los Angeles after participating in Bankruptcy-Related Advice [B400] strategy sessions with the BakerHostetler Team on 2/27/2019.; Feb 27, 2019; | 12.19 |
| 02/28/19 | Taxi/Car Service; James Bekier; Merchant: Uber Technologies Inc; Uber - 2/28/19 thru 3/1/19 Creditors Meetings in SAC; Feb 28, 2019; | 26.20 |
| 02/28/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; James Bekier; Merchant: Uber Technologies Inc; Uber - 2/28/19 thru 3/1/19 Creditors Meetings in SAC; Feb 28, 2019; | 21.08 |
| 02/28/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Catherine Woltering; Travel from Columbus, OH to the Los Angeles, CA office to assist in the PG&E bankruptcy matter, 2/24/19 - 3/5/19.; Feb 28, 2019; | 16.32 |
| 02/28/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Robert Weible; Merchant: United Airlines; cab from airport to hotel travel to Sacramento, Ca, meeting w/client PG&E for a committee meeting 2/28/19-3/2/19; Feb 28, 2019; | 63.95 |
| 02/28/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Steven Dettelbach; CMT SACRAMENTO680016 SACRAMENTO CA; 02/28/19-03/01/19 (Sacramento) PG&E Client Development; Feb 28, 2019; | 59.50 |
| 02/28/19 | Taxi/Car Service; Jorian Rose; Taxi expense during trip to | 11.35 |

Baker&Hostetler LLP

Atlanta Chicago Cincinnati Cleveland Columbus Costa Mesa Denver
Houston Los Angeles New York Orlando Philadelphia Seattle Washington, DC

Case: 19-30088 Doc# 1478-7 Filed: 04/16/19 Entered: 04/16/19 18:54:34 Page 10

| Date | Description | Amount |
|---|---|---|
| | Sacramento, CA for team meeting (Dates of travel are February 24 - March 2, 2019).; Feb 28, 2019; | |
| 02/28/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Eric Goodman; Merchant: Uber Technologies Inc; travel to Sacramento, CA for meeting of Tort Committee (2/28/19 to 3/2/19) (airport to hotel); Feb 28, 2019; | 21.56 |
| 02/28/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Joseph Esmont; Merchant: Uber Technologies Inc; 2/28/2019 Taxi service fare from Los Angeles, CA lodging to Los Angeles, CA airport for Non-Working Travel [B195] to Sacramento, CA for the purpose of preparing for and participating in the March 1, 2019 Creditors' Committee Meeting [B158] to be held in Sacramento, CA at the Hilton Arden West Hotel.; Feb 28, 2019; | 28.97 |
| 02/28/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Joseph Esmont; Merchant: Uber Technologies Inc; 2/28/2019 Taxi service fare from Sacramento, CA airport to lodging in Sacramento, CA in order to prepare for and participate in the March 1, 2019 Creditors' Committee Meeting [B158] to be held in Sacramento, CA at the Hilton Arden West Hotel.; Feb 28, 2019; | 26.70 |
| | **Subtotal - Ground Transportation Out of Town (E110)** | **1,288.81** |
| 02/24/19 | Wi-Fi/Telephone Charges (E105) Jorian Rose; VIASAT IN-FLIGHT WI- CARLSBAD US; WiFi expense during flight to Los Angeles, CA for team meeting (Dates of travel are February 24 - March 2, 2019).; Feb 24, 2019; | 16.00 |
| 02/24/19 | Wi-Fi/Telephone Charges (E105) Donald Workman; Merchant: American Airlines; WiFi n flight from D.C. to Los Angeles (Travel to Los Angeles, February 24-27, 2019, to attending meetings re PG&E Committee); Feb 24, 2019; | 16.00 |
| 02/25/19 | Wi-Fi/Telephone Charges (E105) Joseph Esmont; Merchant: United Airlines; 2/25/2019 United Airlines Wi-Fi service during Non-Working travel [B195] from Cleveland, OH to Los Angeles, CA for the purpose of participating in Bankruptcy-Related Advice [B400] strategy sessions with the BakerHostetler Team on 2/25/2019; and providing support at Creditors' Committee Meetings [B158] on 2/27/2019 and 3/1/2019 in Sacramento, CA.; Feb 25, 2019; | 14.99 |
| | **Subtotal - Wi-Fi/Telephone Charges (E105)** | **46.99** |
| 02/22/19 | FedEx Donald Workman c o Baker & Hostetler LLP 11601 W ILSHIRE BLVD LOS ANGELES CA 785648270490 PG& E Documents | 62.03 |
| 02/25/19 | FedEx Karen Lockhart INFORMATION NOT SUPPLIED 1760 PAC | 177.77 |

Baker & Hostetler LLP

Case: 19-30088   Doc# 1478-7   Filed: 04/16/19   Entered: 04/16/19 18:54:24   Page 11 of 13

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

|            |                                                                                                                                                                                                                                      |          |
|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------:|
|            | IFICA DR YUBA CITY CA 785689374948 Two Binders                                                                                                                                                                                       |          |
| 02/25/19   | FedEx Baker & Hostetler Los Angeles Mailroom 11601 Wil shire Boulevard LOS ANGELES CA 785689231302 INT OFFICE                                                                                                                         | 236.41   |
|            | **Subtotal - Delivery Services (E107)**                                                                                                                                                                                              | **476.21** |
| 02/22/19   | Transcripts (E116) Jo Ann Bryce REQUEST FOR TRANSCRIPT IN PGE CASE -- USA V. PGE GAS AND ELECTRIC COMPANY, CASE NO. 3-14-CR-00175; Inv. BRYCE-022219                                                                                  | 146.40   |
|            | **Subtotal - Transcripts (E116)**                                                                                                                                                                                                    | **146.40** |
| 02/25/19   | Document Specialist (E119) MARCUS UPPE INC DBA CLICKS DOCUMENT MANAGEMENT Customer ID 7014 - 2/25/2019 Document Printing, Custom Tabs & Assembly of 6 Binders for PG&E Financial Advisers Pitch Book; Inv. 7019032                    | 1,122.89 |
|            | **Subtotal - Document Specialist (E119)**                                                                                                                                                                                            | **1,122.89** |
| 02/27/19   | Miscellaneous (E124) Tips; Donald Workman; Tips throughout travel (3 @ $5); Tips (Travel to Los Angeles, February 24-27, 2019, to attending meetings re PG&E Committee); Tips throughout travel (3 @ $5); Feb 27, 2019;              | 15.00    |
|            | **Subtotal - Miscellaneous (E124)**                                                                                                                                                                                                  | **15.00** |
| 02/01/19   | Westlaw Research - 02/01/19 by TATEAMANDA                                                                                                                                                                                            | 146.32   |
| 02/03/19   | Westlaw Research - 02/03/19 by TATEAMANDA                                                                                                                                                                                            | 45.76    |
| 02/04/19   | Westlaw Research - 02/04/19 by TATEAMANDA                                                                                                                                                                                            | 169.84   |
| 02/04/19   | Lexis Research - 02/04/19 by 'TATE AMANDA                                                                                                                                                                                            | 0.32     |
| 02/05/19   | Westlaw Research - 02/05/19 by TATEAMANDA                                                                                                                                                                                            | 34.32    |
| 02/07/19   | Westlaw Research - 02/07/19 by TATEAMANDA                                                                                                                                                                                            | 57.20    |
| 02/12/19   | Westlaw Research - 02/12/19 by TATEAMANDA                                                                                                                                                                                            | 31.04    |
| 02/16/19   | Westlaw Research - 02/16/19 by ATTARDLAUREN                                                                                                                                                                                          | 8.16     |
| 02/19/19   | Westlaw Research - 02/19/19 by GOODMANERIC                                                                                                                                                                                           | 22.88    |
| 02/20/19   | Westlaw Research - 02/20/19 by ATTARDLAUREN                                                                                                                                                                                          | 53.92    |
| 02/21/19   | Westlaw Research - 02/21/19 by ATTARDLAUREN                                                                                                                                                                                          | 58.80    |
| 02/26/19   | Lexis Research - 02/26/19 by 'TATE AMANDA                                                                                                                                                                                            | 0.64     |
| 02/26/19   | Westlaw Research - 02/26/19 by TATEAMANDA                                                                                                                                                                                            | 98.00    |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 19-30088   Doc# 1478-7   Filed: 04/16/19   Entered: 04/16/19 18:54:24   Page 12 of 13

| Date | Description | Amount |
|---|---|---|
| 02/28/19 | Westlaw Research - 02/28/19 by KATESELYSSA | 22.88 |
| | **Subtotal - Automated Research (E106)** | **750.08** |
| 02/27/19 | Mileage Reimbursement (E110) Mileage; Eric Goodman; to/from airport; travel to Los Angeles, CA for meetings with Baker team (2/25/19 to 2/27/19); 53.00 Miles @ Rate .58; Feb 27, 2019; | 30.74 |
| | **Subtotal - Mileage Reimbursement (E110)** | **30.74** |
| 01/30/19 | Teleconference Charges (E105) COURTCALL, LLC [PGE] PG&E Corporation 1/29/2019; Inv. 9576958 | 57.50 |
| | **Subtotal - Teleconference Charges (E105)** | **57.50** |
| | **Total** | **$ 36,785.28** |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

Case: 19-30088    Doc# 1478-7    Filed: 04/16/19    Entered: 04/16/19 18:54:24    Page 13 of 13