**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>　　　　　　　　　**Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**STIPULATION BETWEEN DEBTORS AND OFFICIAL COMMITTEE OF TORT CLAIMANTS EXTENDING TIME TO RESPOND TO QUANTA ASSUMPTION MOTION**<br>Re: Dkt. No. 1218<br><br>[No Hearing Requested] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

This stipulation and agreement for order ("**Stipulation and Agreement for Order**") is entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), on the one hand, and the Official Committee of Tort Claimants (the "Tort Committee"), on the other. The Debtors and the Tort Committee are referred to in this Stipulation and Agreement for Order collectively as the "**Parties**," and each as a "**Party**." The Parties hereby stipulate and agree as follows:

## RECITALS

A. On April 3, 2019, the Debtors filed the *Motion of Debtors Pursuant to 11 U.S.C. § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 Approving the Utility's Assumption of Certain Agreements with Quanta Energy Services, LLC*, filed by the Debtors on April 3, 2019 [Dkt. No. 1218] (the "**Quanta Assumption Motion**"), which is set for a hearing before the Court at 9:30 a.m. on April 24, 2019. Any response or opposition to the Quanta Assumption Motion is due by 4:00 p.m. (Pacific Time) on April 17, 2019.

B. Counsel for the Tort Committee has requested, and counsel for the Debtors has agreed, that the time for the Tort Committee to respond to the Quanta Assumption Motion be extended.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. The time for the Tort Committee to file and serve any response or opposition to the Quanta Assumption Motion is extended through 4:00 p.m. (Pacific Time) on April 19, 2019.

[*Signatures on next page*]

| Dated: April 17, 2019 | Dated: April 17, 2019 |
|---|---|
| KELLER & BENVENUTTI LLP | BAKER & HOSTETLER LLP |
| /s/ *Jane Kim* | /s/ *Cecily A. Dumas* |
| Jane Kim | Cecily A. Dumas |
| *Attorneys for Debtors and Debtors in Possession* | *Attorneys for Official Committee of Tort Claimants* |

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119