Rick Oshinski, Esq.
California State Bar 155837
OSHINSKI & FORSBERG, LTD.
504 E. Musser Street, Suite 302
Carson City, NV 89701
T 775-301-4250 | F 775-301-4251
Rick@oshinskiforsberg.com

Attorney for Creditor
TCB INDUSTRIAL, INC.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

In Re

PG&E CORPORATION

and

PACIFIC GAS AND ELECTRIC COMPANY,

　　　　　　　　　Debtors.

Affects:
☐ PG&E Corporation
☐ Pacific Gas & Electric Company
☒ Both Debtors
*All papers shall be filed in the Lead Case
Case No. 19-30088DM

Case No. 19-30088-DM (Lead Case)

Jointly Administered with
Case No. 19-30089-DM

**TCB INDUSTRIAL, INC.'S
NOTICE OF WITHDRAWAL OF NOTICE OF PERFECTION OF LIEN PURSUANT TO
11 U.S.C. § § 362, 546(b)**

**[Job No. 18-212 Shasta County]**

Creditor TCB INDUSTRIAL, INC. ("TCB"), by and through its undersigned counsel, hereby files this Notice of Withdrawal of Notice of Perfection of Lien against the Debtors, PG&E Corporation and Pacific Gas & Electric Company ("Debtors") pursuant to 11 U.S.C. §§ 362(b)(3) and 546(b) ("Notice"). Said Notice was filed with the Court on March 27, 2019 at docket 1070, and concerned TCB's claim for $20,406.80 against the real property commonly known as the Pit 4 Powerhouse, Buker Road, Big Bend, California, APN 221-000-080-00.

Dated: April 17, 2019.

OSHINSKI & FORSBERG, LTD.


By      /s/ Rick Oshinski, Esq.
        Rick Oshinski, Esq., CSB 155837
        *Attorney for Creditor*
        *TCB INDUSTRIAL, INC.*

# CERTIFICATE OF SERVICE

I, the undersigned, declare and certify as follows:

I am over 18 years of age, not a party to this action and employed in Carson City, Nevada. My business address is 504 E. Musser Street, Suite 202, Carson City, Nevada 89701.

On April 17, 2019, I served true and correct copies of **TCB Industrial Inc.'s Notice of Withdrawal of Notice of Perfection of Lien [Job No. 18-212 Shasta County]** on the interested parties in this action pursuant to the Order Implementing Certain Notice and Case Management Procedures issued March 6, 2019.

☒ BY CM/ECF ELECTRONIC FILING : I electronically filed the document with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF System. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by court rules.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed on this 17th day of April, 2019, in Carson City, Nevada.

      /s/ Linda Gilbertson
      Linda Gilbertson