# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
|     **- and -** | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
|           **Debtors.** | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1.      I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2.      On April 12, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Transcript Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, attached hereto as **Exhibit B**.

3.      I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 17th day of April 2019, at New York, NY.

_____

Alain B. Francoeur

# Exhibit A

Case: 19-30088    Doc# 1497    Filed: 04/17/19    Entered: 04/17/19 12:08:40    Page 2 of 5

| Name | Address1 | Address2 | Address3 | City | State | PostalCode |
|------|----------|----------|----------|------|-------|------------|
| Brian S. Hermann | Law Offices of Brian S. Hermann | 1285 Avenue of the Americas | | New York | NY | 10019–6064 |
| Harris B. Winsberg | Troutman Sanders LLP | Bank of America Plaza | 600 Peachtree St., NE, #3000 | Atlanta | GA | 30308 |
| Jessica Liou | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | | New York | NY | 10153 |
| Kelly L. Pope | Downey Brand LLP | 621 Capitol Mall 18th Floor | | Sacramento | CA | 95814 |
| KRISTEN DITLEVSEN RENFRO | Desmond, Nolan, Livaich & Cunningham | 15th & S Building | 1830 15th Street | Sacramento | CA | 95811 |
| Scott E. Jenny | Jenny & Jenny, LLP | 736 Ferry St. | | Martinez | CA | 94553 |
| Steven H. Felderstein | Felderstein, Fitzgerald et al | 400 Capitol Mall #1450 | | Sacramento | CA | 95814–4434 |

# **Exhibit B**

Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| **In re Debtor(s):** | Case No.: 19–30088 DM 11 |
| | Chapter: 11 |
| PG&E Corporation | |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on April 10, 2019 was filed on April 11, 2019. The following deadlines apply:

The parties have until Thursday, April 18, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Thursday, May 2, 2019.

If a request for redaction is filed, the redacted transcript is due Monday, May 13, 2019.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Wednesday, July 10, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 4/15/19      For the Court:

           Edward J. Emmons
           Clerk of Court
           United States Bankruptcy Court