**Entered on Docket**
**April 17, 2019**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: April 17, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

**DIEMER & WEI, LLP**
Kathryn S. Diemer (#133977)
100 West San Fernando Street, Suite 555
San Jose, CA 95113
Telephone: 408-971-6270
Facsimile: 408-971-6271
Email: kdiemer@diemerwei.com

**WILLKIE FARR & GALLAGHER LLP**
Matthew A. Feldman (admitted *pro hac vice*)
Joseph G. Minias (admitted *pro hac vice*)
Benjamin P. McCallen (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mfeldman@willkie.com
       jminias@willkie.com
       bmccallen@willkie.com

*Counsel for Ad Hoc Group of Subrogation Claim Holders*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088 DM<br>Chapter 11 |
| **PG&E CORPORATION,** | |
| -and- | (Lead Case)<br>(Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **ORDER GRANTING APPLICATION FOR ADMISSION OF BENJAMIN P. MCCALLEN *PRO HAC VICE*** |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | |

Benjamin P. McCallen, whose business address and telephone number is

**WILLKIE FARR & GALLAGHER LLP**
Benjamin P. McCallen

| | |
|---|---|
| 1 | 787 Seventh Avenue |
| 2 | New York, NY 10019-6099<br>Telephone: (212) 728-8000 |
| 3 | Facsimile: (212) 728-8111<br>Email: bmccallen@willkie.com |
| 4 | |

Is an active member in good standing of the bar of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Ad Hoc Group of Subrogation Claim Holders.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

** END OF ORDER **