# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On April 12, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Transcript Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, attached hereto as **Exhibit B**.

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 17th day of April 2019, at New York, NY.

_____
Alain B. Francoeur

# **Exhibit A**

| Name | Address1 | Address2 | Address3 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| Brian S. Hermann | Law Offices of Brian S. Hermann | 1285 Avenue of the Americas | | New York | NY | 10019-6031 |
| Caitlin Gray | Weinberg, Roger & Rosenfeld | 1001 Marian Village Parkway #200 | | Alameda | CA | 94501-6480 |
| David H. Botter | Akin Gump Strauss Hauer & Feld LLP | One Bryant Park | | New York | NY | 10036-6742 |
| Gregory A. Bray | Milbank LLP | 2029 Century Park East, 33rd Fl. | | Los Angeles | CA | 90067-2901 |
| Harris B. Winsberg | Troutman Sanders LLP | Bank of America Plaza | 600 Peachtree St., NE, #3000 | Atlanta | GA | 30308-2305 |
| Joran Rosa | Baker & Hostetler LLP | 1160 Battery St. East #100 | | San Francisco | CA | 94111-1233 |
| Michael G. Busenkell | Morris, Nichols, Arsht and Tunnell | 1201 N Market St. | P.O. Box 1347 | Wilmington | DE | 19899-1347 |
| Nicholas JP. Wagner | Wagner, Jones, Kopfman & Artenian LLP | 1111 East Herndon Ave., #317 | | Fresno | CA | 93720-3100 |
| Sean A. Mitchell | Paul, Weiss, Rifkind, Wharton & Garrison | 1285 Avenue of the Americas | | New York | NY | 10019-6031 |
| Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | | New York | NY | 10153-0119 |
| Thomas Tosdal | Tosdal Law Firm | 777 South Highway 101, #215 | | Solana Beach | CA | 92075-2624 |

# **Exhibit B**

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| **In re Debtor(s):**<br><br>PG&E Corporation | Case No.: 19–30088 DM 11<br>Chapter: 11 |
|---|---|

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on April 9, 2019 was filed on April 10, 2019. The following deadlines apply:

The parties have until Thursday, April 18, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Thursday, May 2, 2019.

If a request for redaction is filed, the redacted transcript is due Monday, May 13, 2019.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Wednesday, July 10, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 4/15/19

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court