Robert A. Julian (SBN 99469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:    628.208.6434
Facsimile:    310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:   310.442.8875
Facsimile:   310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for the Official Committee
of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors**.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**STIPULATION BETWEEN OFFICIAL COMMITTEE OF TORT CLAIMANTS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO RESPOND TO APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AUTHORITY TO RETAIN AND EMPLOY CENTERVIEW PARTNERS LLC AS INVESTMENT BANKER, EFFECTIVE AS OF FEBRUARY 15, 2019**<br>Re: Dkt. No. 1213<br>[No Hearing Requested] |

*Baker & Hostetler LLP*
*Attorneys At Law*
*San Francisco, CA*

**Baker & Hostetler LLP**
Attorneys At Law
San Francisco, CA

1   This stipulation and agreement for order ("**Stipulation and Agreement for Order**") is

2   entered into by the Official Committee of Unsecured Creditors (the "**UCC**") of PG&E Corporation

3   and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the

4   "**Debtors**"), on the one hand, and the Official Committee of Tort Claimants (the "**TCC**"), on the

5   other.  The UCC and the TCC are referred to in this Stipulation and Agreement for Order

6   collectively as the "**Parties**," and each as a "**Party**."  The Parties hereby stipulate and agree as

7   follows:

8   **RECITALS**

9   A.  On April 3, 2019, the UCC filed the *Application of the Official Committee of*

10  *Unsecured Creditors for Authority to Retain and Employ Centerview Partners LLC as Investment*

11  *Banker, Effective as of February 15, 2019* [Dkt. No. 1213] (the "**Centerview Retention Motion**"),

12  which is set for a hearing before the Court at 9:30 a.m. on April 24, 2019.  Any response or

13  opposition to the Centerview Retention Motion is due by 4:00 p.m. (Pacific Time) on April 17,

14  2019.

15  B.  Counsel for the TCC has requested, and counsel for the UCC has agreed, that the

16  time for the TCC to respond to the Centerview Retention Motion be extended.

17  **NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

18

19

20  1.  The time for the TCC to file and serve any response or opposition to the

21  Centerview Retention Motion is extended through 4:00 p.m. (Pacific Time) on April 19, 2019.

22

23  [*Signatures on next page*]

24

25

26

27

28

Dated: April 17, 2019

BAKER & HOSTETLER LLP

*/s/ Cecily A. Dumas*
Cecily A. Dumas

*Counsel for Official Committee of Tort Claimants*

Dated: April 17, 2019

MILBANK LLP

*/s/ Paul S. Aronzon*
Paul S. Aronzon

*Proposed Counsel for Official Committee of Unsecured Creditors*

**Baker & Hostetler LLP**
Attorneys At Law
San Francisco, CA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28