HEFNER, STARK & MAROIS, LLP
Howard S. Nevins (CA BAR ASSN No. 119366)
Aaron A. Avery (CA BAR ASSN No. 245448)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-4136
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: hnevins@hsmlaw.com

Attorneys for Creditor
Performance Contracting, Inc.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA
### (San Francisco Division)

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtor,<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case No. 19-30088 DM. | Case No. 19-30088 DM (Lead Case)<br><br>(Jointly Administered with Case No. 19-30089 DM)<br><br>Chapter 11<br><br>**NOTICE OF PERFECTION OF MECHANICS LIEN PURSUANT TO 11 U.S.C. § 546(b)(2)**<br><br>[Contra Costa County, Document No. 2019-0050134-00] |

Performance Contracting, Inc. ("PCI"), by and through its undersigned counsel, hereby gives notice of perfection of its mechanics lien under 11 U.S.C. § 546(b)(2), as follows:

1. PCI is a corporation that has provided and delivered labor, services, equipment, and materials for the construction and improvement of projects on real property located in the County of Contra Costa, State of California (the "Property") and owned by

PG&E Corporation and/or Pacific Gas and Electric Company (collectively, the "Debtors")

2. Through January 29, 2019 (the "Petition Date"), the amount owing to PCI is at least $3,795.00, exclusive of accruing interest and other charges, with additional amounts owed and accrued after the Petition Date.

3. On April 11, 2019, after the Petition Date, PCI properly perfected its mechanics lien under California Civil Code §§ 8400, et seq. by timely recording its Mechanics Lien (Claim of Lien) in the Official Records of Contra Costa County, State of California, as more fully described in its Mechanics Lien, a true copy of which is attached hereto as Exhibit A.

4. Pursuant to California Civil Code § 8460, an action to enforce a lien must be commenced within 90 days after recordation of the claim of lien. However, due to the automatic stay set forth in 11 U.S.C. § 362, PCI is precluded from filing a state court action to enforce its mechanics lien. 11 U.S.C. § 546(b)(2) provides that when applicable law requires seizure of property or commencement of an action to perfect, maintain, or continue the perfection of an interest in property, and the property has not been seized or an action has not been commenced before the bankruptcy petition date, then the claimant shall instead give notice within the time fixed by law for seizing the property or commencing an action. (See 11 U.S.C. § 546(b)(2); see also In re Baldwin Builders (Village Nurseries v. Gould), 232 B.R. 406, 410-411 (9th Cir. 1999); Village Nurseries v. Greenbaum, 101 Cal.App 4th 26, 41 (Cal. Ct. App. 2002).)

5. Accordingly, PCI hereby provides notice of its rights as a perfected lienholder in the Property pursuant to California's mechanics lien law. PCI is filing and serving this notice to preserve, perfect and maintain the perfection of its lien and its rights in the Property to comply with the requirements of California state law, 11 U.S.C. §§ 362(a), 362(b)(3), and 546(b)(2), and any other applicable law. This notice constitutes the legal equivalent of having recorded a mechanics lien in the recorder's office for the county where the Property is located and then having commenced an action to foreclose the lien in the proper court. By this notice, the Debtors and other parties in interest are estopped

Case: 19-30088    Doc# 1520    Filed: 04/17/19    Entered: 04/17/19 15:26:45    Page 2 of 9

Arnts7ientsyPerformance Contracting Group Inc/PGE Contract Disputes (7570-0006)\Pleadings\pldg ntc of perfection of mechanics lien (contra costa -$3795).docx

from claiming that the lawsuit to enforce PCI's mechanics lien was not timely commenced pursuant to applicable state law. PCI intends to enforce its lien rights to the fullest extent permitted by applicable law. The interests perfected, maintained, or continued by 11 U.S.C. § 546(b)(2) extend in and to the proceeds, products, offspring, rents, or profits of the Property.

6. The filing of this notice shall not be construed as an admission that such filing is required under the Bankruptcy Code, the California mechanics lien law, or any other applicable law. In addition, PCI does not make any admission of fact or law, and PCI asserts that its lien is senior to and effective against entities that may have acquired rights or interests in the Property previously.

7. The filing of this notice shall not be deemed to be a waiver of PCI's right to seek relief from the automatic stay to foreclose its mechanics lien and/or a waiver of any other rights or defenses.

8. PCI reserves all rights, including the right to amend or supplement this notice.

Dated: April 17, 2019

HEFNER, STARK & MAROIS, LLP

By *Howard S. Nevins*
Howard S. Nevins, Attorneys for
PERFORMANCE CONTRACTING, INC.,
Creditor

# EXHIBIT "A"

RECORDING REQUESTED BY AND RETURN TO:

Performance Contracting, Inc (PCI)
3030 Orange Grove Avenue
North Highlands, CA 95660
Phone: 916-576-3905
Fax: 916-484-1875

CONTRA COSTA Co Recorder Office
JOSEPH CANCIAMILLA, Clerk-Recorder
DOC- 2019-0050134-00
Check Number
Thursday, APR 11, 2019 12:03:11
CPY $5.00 | LIE $0.00 | MOD $5.00
REC $15.00 | FTC $4.00 | DAF $2.70
REF $0.30 | RED $1.00 | ERD $1.00
SB2 $75.00
Ttl Pd $109.00  Nbr-0003442548



## MECHANICS LIEN

The undersigned claimant, PERFORMANCE CONTRACTING, INC. ("Claimant"), hereby claims a mechanic's lien upon the following described real property:

    1030 Detroit Avenue
    Concord, CA 94518
    See Exhibit A which is attached and hereby incorporated for further description of real property.

The Claimant's demand, after deducting all just credits and offsets, is the sum of $3,795.00.

The name of the Owner or Reputed Owner is: Pacific Gas and Electric Company, A California Corporation, 245 Market Street, N10A, Room 1015, P.O. Box 770000, San Francisco, CA 94177 and Pacific Gas and Electric Company, A California Corporation, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

The Claimant furnished the following kinds of labor, services, equipment, materials, skills, supplies, appliances, power, and surveying: Insulation of refrigerant pipe outlined in purchase order 180857.101.

The name of the person by whom Claimant was employed or to whom Claimant furnished the work was Airco Mechanical, 8210 Demetre Ave, Sacramento, CA 95828.

The Claimant's address is: Performance Contracting, Inc (PCI), 3030 Orange Grove Avenue North Highlands, CA 95660

## PROOF OF SERVICE AFFIDAVIT (Check A or B)

I declare that on April 11, 2019, I served a copy of this Mechanics Lien, and any related documents, from the above address, by registered mail, certified mail, or first class mail, postage prepaid, evidenced by a Certificate of Mailing, A. [_X_] addressed to Pacific Gas and Electric Company, A California Corporation, (name and title) the Owner or Reputed Owner, at 245 Market Street, N10A, Room 1015, P.O. Box 770000, San Francisco, CA 94177 and 77 Beale Street, 32nd Floor, San Francisco, CA 94105 (address), which is the Owner's or Reputed Owner's residence or place of business address, or the address shown by the building permit on file with the authority issuing a building permit for this work, or B. [__] failing service to the Owner or Reputed Owner in the manner described above, addressed alternatively to _____ (name and title) the construction lender or the original contractor, at the following address

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at North Highlands, CA 95660 on April 10, 2019.

Signed by: _____
Print Name/Title: David Texdahl, General Manager

# EXHIBIT "A"

SITUATED IN CONTRA COSTA, IN THE STATE OF CALIFORNIA:

PARCEL 1:
BEING A PORTION OF THE LANDS DESCRIBED IN THAT CERTAIN DEED TO PACIFIC GAS AND ELECTRIC COMPANY, RECORDED JUNE 20, 1966, IN BOOK 5144 AT PAGE 611 (5144 O.R. 611), CONTRA COSTA COUNTY RECORDS, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:
BEGINNING AT THE POINT OF INTERSECTION OF THE NORTHWESTERLY LINE OF THAT CERTAIN PARCEL OF LAND CONVEYED BY L. S. DUTTON TO SACRAMENTO NORTHERN RAILWAY AS RECORDED OCTOBER 22, 1956, IN VOLUME 2867, OFFICIAL RECORDS OF CONTRA COSTA COUNTY, AT PAGE 203, WITH THE WESTERLY LINE OF THAT CERTAIN 60.0-FOOT STRIP OF LAND CONVEYED BY F. AND M. FARIA TO OAKLAND AND ANTIOCH RAILWAY AS RECORDED NOVEMBER 7, 1910, IN VOLUME 159 OF DEEDS, RECORDS OF CONTRA COSTA COUNTY, AT PAGE 417, THENCE FROM SAID POINT OF BEGINNING SOUTH 17°55'13" EAST ALONG THE WESTERLY LINE OF SAID 60.0-FOOT STRIP OF LAND, A DISTANCE OF 1624.09 FEET TO A POINT ON A LINE, PARALLEL WITH, AND DISTANT 114.00 FEET NORTHERLY, WHEN MEASURED AT RIGHT ANGLES, FROM THE SOUTHERLY LINE OF SAID LANDS (5144 O.R. 611); THENCE WESTERLY ALONG SAID PARALLEL LINE SOUTH 72°04'47" WEST, A DISTANCE OF 386.00 FEET A POINT ON THE EASTERLY LINE OF THE 84.0-FOOT EASEMENT FROM SACRAMENTO NORTHERN RAILWAY TO THE CITY OF CONCORD AS RECORDED FEBRUARY 14, 1963, IN VOLUME 4303, OFFICIAL RECORDS OF CONTRA COSTA COUNTY, AT PAGE 124, SAID EASEMENT ALSO BEING KNOWN AS DETROIT AVENUE; THENCE ALONG SAID EASTERLY LINE THE FOLLOWING THREE (3) COURSES AND DISTANCES: NORTH 17°55'13" WEST, A DISTANCE OF 382.53 FEET; THENCE ON THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 1484.00 FEET (THE CENTER OF SAID CURVE BEARS SOUTH 72°04'47" WEST), THROUGH A CENTRAL ANGLE OF 20°56'20", AN ARC DISTANCE OF 542.33 FEET; THENCE NORTH 38°51'33" WEST, A DISTANCE OF 377.66 FEET, TO A POINT ON THE NORTHWESTERLY LINE OF SAID PARCEL OF LAND CONVEYED BY L.S. DUTTON TO THE SACRAMENTO NORTHERN RAILWAY; THENCE NORTH 42°00'00" EAST ALONG SAID NORTHWESTERLY LINE A DISTANCE OF 715.29 FEET, TO THE POINT OF BEGINNING.

CONTAINING AN AREA OF 15.494 ACRES, MORE OR LESS.

PARCEL 2:
BEING A PORTION OF PARCEL TWO AS SAID PARCEL IS DESCRIBED IN THAT CERTAIN QUITCLAIM DEED TO PACIFIC GAS AND ELECTRIC COMPANY, RECORDED DECEMBER 26, 1975, IN BOOK 7722 AT PAGE 672, CONTRA COSTA COUNTY RECORDS, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:
BEGINNING AT THE POINT OF INTERSECTION OF THE NORTHWESTERLY LINE OF THAT CERTAIN PARCEL OF LAND CONVEYED BY SACRAMENTO NORTHERN RAILWAY TO BERNARD B. SANBURG AND GLORIA SANDBURG, AS RECORDED JUNE 20, 1966, IN VOLUME 5144, PAGE 604, OFFICIAL RECORDS OF CONTRA COSTA COUNTY, WITH THE WESTERLY LINE OF THAT CERTAIN 60.0-FOOT STRIP OF LAND CONVEYED BY FRANK AND MARY FARIA TO OAKLAND & ANTIOCH RAILWAY, AS RECORDED NOVEMBER 7, 1910, IN VOLUME 159 OF DEEDS, PAGE 417, RECORDS OF CONTRA COSTA COUNTY, THENCE FROM SAID POINT OF BEGINNING SOUTH 17°55'13" EAST ALONG THE WESTERLY RIGHT OF WAY LINE OF SACRAMENTO NORTHERN RAILWAY, A DISTANCE OF 1624.09 FEET TO A POINT DISTANT NORTH 17°55'13" WEST 288.54 FEET FROM THE MOST SOUTHERLY CORNER OF SAID PARCEL TWO; THENCE LEAVING SAID WESTERLY LINE NORTH 72°04'47" EAST 45.00 FEET TO A POINT ON THE SOUTHWESTERLY LINE OF THAT CERTAIN PARCEL OF LAND AS QUITCLAIMED BY SACRAMENTO NORTHERN RAILWAY TO SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, RECORDED DECEMBER 15, 1964, IN BOOK 4763, AT PAGE 377, SERIAL NO. 112910, OFFICIAL RECORDS OF CONTRA COSTA COUNTY; THENCE NORTH 17°55'13" WEST ALONG SAID SOUTHWESTERLY LINE, A DISTANCE OF 310.41 FEET, TO THE MOST SOUTHERLY CORNER OF THAT CERTAIN PARCEL CONVEYED TO SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, RECORDED MAY 29, 1975, IN BOOK 7519, AT PAGE 481, OFFICIAL RECORDS OF CONTRA COSTA COUNTY, SERIES NO. 45529; THENCE ALONG THE SOUTHWESTERLY LINE OF LAST SAID PARCEL

CONVEYED TO SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT THE FOLLOWING TWO (2) COURSES AND DISTANCES: NORTH 24°18'38" WEST, 125.78 FEET, AND NORTH 17°55'13" WEST, 1206.64 FEET, MORE OR LESS, TO A POINT ON THE NORTHERLY LINE OF AFORESAID 60.0-FOOT STRIP OF LAND CONVEYED TO OAKLAND & ANTIOCH RAILWAY; THENCE SOUTH 42°00'00" WEST ALONG SAID NORTHERLY LINE, 35.82 FEET, TO THE POINT OF BEGINNING.

CONTAINING AN AREA OF 1.282 ACRES, MORE OR LESS.

TAX ID NO: 129-050-013

ADDRESS: 1030 DETROIT AVENUE, CONCORD, CA, 94518

# CALIFORNIA ALL-PURPOSE CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California }

County of SACRAMENTO }

On 4-10-2019 before me, LISA HARRIS,
(Here insert name and title of the officer)

personally appeared DAVID TEXDAHL,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*Lisa Harris*
Notary Public Signature          (Notary Public Seal)

LISA HARRIS
Commission # 2145567
Notary Public - California
Sacramento County
My Comm. Expires Mar 7, 2020

---

**ADDITIONAL OPTIONAL INFORMATION**

DESCRIPTION OF THE ATTACHED DOCUMENT

MECHANICS LIEN
(Title or description of attached document)

PG&E
(Title or description of attached document continued)

Number of Pages 5   Document Date 4-10-19

**CAPACITY CLAIMED BY THE SIGNER**
☐ Individual(s)
☐ Corporate Officer
_____
(Title)
☐ Partner(s)
☐ Attorney-in-Fact
☐ Trustee(s)
☐ Other _____

2015 Version www.NotaryClasses.com 800-873-9865

**INSTRUCTIONS FOR COMPLETING THIS FORM**

*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they,- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.