# EXHIBIT 1

## Bank Accounts

Bank of America
Bank of New York Mellon
Deutsche Bank Trust Company Americas
Fidelity Management Trust Company
Royal Bank of Canada
U.S. Bank N.A. Global Corporate Trust Services
U.S. Bank, N.A
JP Morgan Chase Bank, N.A.
Morgan Stanley / ISG Operations
RBC Capital Markets
Wells Fargo Bank, N.A.
Wells Fargo Securities, LLC
Bank of America Merrill Lynch
Barclays Capital Inc.
Union Bank of California
Goldman, Sachs & Co.
Merrill Lynch
Royal Bank of Scotland

## Debtors Professionals (law firms, accountants and other professionals)

PricewaterhouseCoopers LLP
Weil, Gotshal & Manges LL
Willis Towers Watson
Cravath, Swaine & Moore LLP
Lazard Frères & Co. LLC

## Term and Revolving Loan Lenders and Administrative Agents

Bank of America, N.A. (Admin Agent - $300M)
JPMorgan Chase Bank, N.A.
Morgan Stanley Bank, N.A.
Morgan Stanley Senior Funding, Inc.
MUFG Union Bank, N.A.
Royal Bank of Canada
The Bank of New York Mellon
Wells Fargo Bank, National Association
Barclays Bank PLC
Canadian Imperial Bank of Commerce, New York Branch
Goldman Sachs Bank USA
US Bank, National Association

## Contract Counterparties (includes, PPAs, patents and IP)

    Bank of Montreal
    Cargill Inc.
    Chevron USA, Inc.
    Conoco Phillips Company
    Conocophillips Co.
    Google Inc.
    J.P. Morgan Ventures
    Koch Energy Svc
    Morgan Stanley Capital Group Inc.
    National Fuel
    Portland General Electric
    Royal Bank of Canada
    UBS AG (Switzerland)
    Wells Fargo LLC
    Anadarko
    Barclays Bank PLC
    Canadian Imperial Bank of Commerce
    First Reserve
    Lehman Brothers Commodity Services
    Merrill Lynch
    Merrill Lynch Commodities Inc.
    NextEra
    NextEra Energy, Inc.
    Royal Bank of Scotland, PLC
    Sierra Pacific Ind. (Susanville)
    Sierra Pacific Industries
    Southern California Edison Company
    United Airlines (Cogen)

## Insurance/Insurance Provider/Surety Bonds

    AETNA
    Aetna International
    Allianz Global Corporate & Specialty SE (PDW)
    Allianz Global Risks
    Allianz Global Risks US Insurance Company
    Blue Cross of California, Inc. d/b/a Anthem Blue Cross ("Anthem")
    Beacon Health Options, Inc.
    Chubb Bermuda
    Chubb Bermuda Insurance Ltd
    CIGNA Group Insurance
    Express Scripts Holding Company
    Kaiser Foundation Health Plan, Inc.

Life Insurance Company of North America (CIGNA)
Willis Towers Watson
Beazley Insurance Company
Liberty Mutual Insurance Company
Neff
The Marine Insurance Company Ltd. (Royal Sun Alliance - RSA)

## Surety Bonds

Liberty Mutual Insurance Company
Liberty Mutual Fire Insurance Company

## Landlords and parties to leases

Google, Inc.
Ingersoll
Sears

## Lenders (Prepetition and Proposed Postpetition to the extent not already listed)

Bank of America, N.A.,
JPMorgan Chase Bank, N.A.,
Barclays Bank PLC

## Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation

Benjamin Moore
Damniel Gallagher

## Litigation Parties (in adversary 19-03003)

Consolidated Edison Development, Inc.
NextEra Energy, Inc.

## Ad Hoc Committee of Unsecured Tort Claimant Creditors

DLA Piper LLP (US)

## Other Secured Parties (Letters of Credit/ Issuers of Letters of Credit)

City of Oakland

## Secured Creditors

Bank of America, N.A.
Deutsche
J.P. Morgan Securities LLC
JPMorgan Chase Bank, N.A.
Morgan Stanley Bank/ Morgan Stanley Senior Funding
MUFG Union Bank, N.A.
Royal Bank of Canada
The Bank of New York Mellon, N.A.
UBS
UBS Securities
Wells Fargo Bank, N.A.
Wells Fargo Bank, National Association
Wells Fargo Securities LLC
Bank of America Merrill Lynch
Barclays Bank PLC
Barclays Capital Inc.
Barclays Global
Canadian Imperial Bank of Commerce, NY Agency
Goldman Sachs Bank USA
Lehman Brothers
Merrill Lynch, Pierce, Fenner & Smith Incorporated
RBS
U.S. Bank National Association
Williams Capital

## Significant Shareholders (more than 5% of equity)

BlackRock, Inc.
T. Rowe Price Associates, Inc.
The Vanguard Group, Inc.

## Significant holder of voting securities

BlackRock Fund Advisors
T. Rowe Price Associates, Inc.
The Vanguard Group, Inc.

## Top Unsecured Creditors

Bank of America
Bank of New York Mellon
Chevron Power Holding Inc.
Deutsche Bank
McKinsey & Company Inc. - U S

MUFG
Siemens Industry Inc.
The Bank of New York Mellon
Wells Fargo
Turner Construction Company

## **Unsecured Notes**

Bank of America, N.A.
Bank of New York Mellon
JPMorgan Chase Bank, N.A.
Morgan Stanley
Morgan Stanley Bank
Morgan Stanley Senior Funding
MUFG Union Bank, N.A.
Royal Bank of Canada
UBS Investment Bank
Wells Fargo
Wells Fargo Bank, N.A.
Barclays Bank PLC
Canadian Imperial Bank of Commerce
Goldman Sachs Bank USA
Lehman Brothers
U.S. Bank National Association
US Bank

## **UCC Lien Holders**

Great West Life and Annuity Insurance Company
MassMutual Asset Finance LLC
Wells Fargo Bank
Wells Fargo Bank Northwest, National Association, as Trustee Mac: U1228-051
U.S Bank Equipment Finance, a division of U.S. Bank National Association

## **Unions**

International Brotherhood of Electrical Workers
Service Employees International

## **Utility Providers**

AT&T
AT&T Corp.
Comcast
Level 3 Communications
Verizon Business Network Services

**Vendors/Suppliers (critical, foreign, common carrier, shippers, warehousemen, customs duties, brokers charges, facilities provider and third party)**

    Brock Services, LLC
    ChemTreat, Inc.
    Praxair
    Praxair Services, Inc.
    ADP, Inc.
    Turner Construction Company

**Interested Parties / Notice of Appearance Parties**

    Deutsche Bank National Trust Company
    Deutsche Bank Trust Company Americas
    Honeywell International Inc.
    McKinsey & Company, Inc. U.S.
    Liberty Mutual Insurance Company
    NextEra Energy Inc., et al.
    NextEra Energy Montezuma II Wind, LLC
    NextEra Energy Partners, L.P.
    NextEra Energy, Inc.