```
                    UNITED STATES BANKRUPTCY COURT

                    NORTHERN DISTRICT OF CALIFORNIA

                              -oOo-

 In Re:                          ) Case No. 19-30088
                                 ) Chapter 11
 PG&E CORPORATION AND PACIFIC    )
 GAS AND ELECTRIC COMPANY        ) San Francisco, California
                                 ) Wednesday, April 17, 2019
                       Debtors.  ) 10:30 AM
 _____  )
                                   [1] TELEPHONE CONFERENCE RE
                                   DISCOVERY DISPUTE

                     TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE DENNIS MONTALI
                   UNITED STATES BANKRUPTCY JUDGE


APPEARANCES:
For the Debtors:            OMID H. NASAB, ESQ.
                            (Telephonically)
                            DAVID A. HERMAN, ESQ.
                            (Telephonically)
                            Cravath, Swaine & Moore LLP
                            Worldwide Plaza
                            825 Eighth Avenue
                            New York, NY 10019
                            (212)474-1972

                            STEPHEN KAROTKIN, ESQ.
                            (Telephonically)
                            Weil, Gotshal & Manges LLP
                            767 Fifth Avenue
                            New York, NY 10153
                            (212)310-8350

For Official Creditors'     GREGORY A. BRAY, ESQ.
Committee:                  (Telephonically)
                            Milbank LLP
                            2029 Century Park East
                            33rd Floor
                            Los Angeles, CA 90067
                            (424)386-4470
```

```
 1   For Official Creditors'      ANDREW M. LEBLANC, ESQ.
     Committee:                   (Telephonically)
 2                                Milbank LLP
                                  1850 K Street, NW
 3                                Suite 1100
                                  Washington, DC 20006
 4                                (202)835-7574

 5   For Official Committee of    ROBERT A. JULIAN, ESQ.
     Tort Claimants:              (Telephonically)
 6                                KIMBERLY S. MORRIS, ESQ.
                                  (Telephonically)
 7                                Baker & Hostetler LLP
                                  11601 Wilshire Boulevard
 8                                Suite 1400
                                  Los Angeles, CA 90025
 9                                (310)442-8887

10   For CPUC:                    BRIAN S. HERMANN, ESQ.
                                  (Telephonically)
11                                ALAN KORNBERG, ESQ.
                                  (Telephonically)
12                                Paul, Weiss, Rifkind, Wharton &
                                  Garrison LLP
13                                1285 Avenue of the Americas
                                  New York, NY 10019
14                                (212)373-3000

15   For Subrogating Carriers:    WAYLON J. PICKETT, ESQ.
                                  (Telephonically)
16                                Grotefeld Hoffmann
                                  0324 SW Abernethy Street
17                                Portland, OR 97239
                                  (503)384-2772

18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Court Recorder: | JANE GALVANI |
|   |                 | United States Bankruptcy Court |
| 4 |                 | 450 Golden Gate Avenue |
|   |                 | 16th Floor |
| 5 |                 | San Francisco, CA 94102 |
| 6 | Transcriber: | PENINA WOLICKI |
|   |              | eScribers, LLC |
| 7 |              | 7227 N. 16th Street |
|   |              | Suite #207 |
| 8 |              | Phoenix, AZ 85020 |
|   |              | (973)406-2250 |
| 9 | | |
| 10 | Proceedings recorded by electronic sound recording; transcript provided by transcription service. | |

4

PG&E Corporation; Pacific Gas And Electric Company

1  SAN FRANCISCO, CALIFORNIA, WEDNESDAY, APRIL 17, 2019, 10:54 AM
2                              -oOo-
3         (Call to order of the Court.)
4              THE CLERK:  Matter of PG&E Corporation.
5              THE COURT:  All right, again, I won't ask for the
6  appearances.  I'll ask for specific appearances.  Mr. Julian,
7  are you on the phone?
8              MR. JULIAN:  Yes, Your Honor, from Baker, for the tort
9  committee.  Thank you.
10             THE COURT:  And who from the debtor is going to be
11 heard today on this one?
12             MR. NASAB:  Good morning, again, Your Honor.  This is
13 Omid Nasab from Cravath, Swaine & Moore.  I'll also be
14 addressing this issue --
15             THE COURT:  You got --
16             MR. NASAB:  -- this issue on behalf of the debtor.
17             THE COURT:  -- you got double duty.
18             Okay.  Mr. Julian, I appreciate that you notified my
19 clerk that there'd been some resolution of this.  There was
20 some confusion on my part, and I want to -- I want to just
21 explain myself to all counsel, not really to go back and
22 revisit what you've been working on.  And for that I compliment
23 both sides for coming to at least, perhaps, some progress in
24 terms of the dispute.
25             But this was the first discovery dispute that I tried

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation; Pacific Gas And Electric Company

1  to tee up in kind of an informal way, that proved to be a
2  little more complicated. So your request that came in the form
3  of an email to my courtroom deputy was very, very broad, and I
4  didn't take offense at it, I just responded, in my own mind,
5  like that's a very broad request. I wonder what the other side
6  is going to be saying?
7  And I anticipated getting something by way of a brief
8  response from the debtors. Now, what I got instead, obviously,
9  from both of you is that you've made some progress. So I want
10 to say that's fine; I'm glad you did.
11 But in the future, if there's another dispute -- and
12 Mr. Julian, I'm not suggesting that your committee and the
13 debtor are going to be disagreeing about everything, but it
14 might happen -- you've got to more specific about what it is
15 you want and why and what I should be doing on an expedited
16 basis.
17 And then Mr. Nasab, for you and all the lawyers in
18 your firm, the same is true on the other side. If I'm going to
19 do these discovery disputes for this massive case in a way that
20 is sort of the way I do it in simpler cases, I've just got to
21 have a snapshot of what the issue on one side and what the
22 issue on the other side is and be prepared to act on it
23 quickly.
24 Somebody doesn't want to produce a document; somebody
25 doesn't want to answer question; somebody thinks this is

PG&E Corporation; Pacific Gas And Electric Company

1   relevant or this isn't relevant.

2              So I was kind of hindered in the sense that I had,
3   from the one side, a broad request, and I had nothing from the
4   other side.  And I'm thinking, what in the world am I going to
5   do in this phone conference?  Happily, you've made my job
6   easier by saying you've made some resolution; so I don't --
7   neither side needs to explain yourselves.

8              I'm just asking, if it happens again, we need to be
9   more -- sort of zero in on the nature of the issue.  And if
10  it's broad, perhaps the purpose of a conference might be to say
11  we have huge differences and we have to have a more formal way
12  to decide how we're going to deal with them.

13             With that by way of introduction, Mr. Julian, I will
14  invite you to tell me, if you want me just to put this over to
15  a follow-up separate hearing or add it on to the calendar next
16  week or a calendar after that sometime.  Tell me what you want,
17  and then I'll see if Mr. Nasab's in agreement and figure out
18  what's the best thing to do.

19             MR. JULIAN:  Thank you, Your Honor.  It turns out Mr.
20  Nasab's partner, Kevin Orsini is on his honeymoon.  Good for
21  him.  And so when he gets back, I think it might be easier for
22  us to go through some of this, given what I've learned last
23  night.  So let's take it off calendar and if we cannot work out
24  our differences over the scope of the 2004, then I will bring
25  it back on to your telephonic calendar with a more complete

PG&E Corporation; Pacific Gas And Electric Company

1 briefing of the whys and the wherefores.

2     THE COURT: Okay. That's okay. And I also don't mind

3 putting this on to one of our regular calendars. I like to

4 have discovery disputes to be quick and informal because

5 they're efficient. But they're not efficient if I have to --

6 or if twenty or thirty people want to follow it and so we get

7 much more organized about it.

8     But I'll let you decide how you want to do it. I

9 don't mind putting a telephonic notice on to the tail end of a

10 regular calendar or separately; either way.

11     MR. JULIAN: Your Honor, may I ask when that would be,

12 what date that would be?

13     THE COURT: Well, we scheduled and published

14 broadly --

15     MR. JULIAN: You mean the 24th?

16     THE COURT: Well, I mean, we set aside, going forward,

17 for several months. And I think we've posted them on the

18 website. There are posted on the court's portion of the --

19 well, not the Prime Clerk information, but if you go to our

20 court website, there should be a link specific for PG&E, and

21 there should be a listing of all the calendars going out about

22 six months. I mean, with some exceptions, Mr. Julian, there

23 are two days, twice a month, for the next several months. So

24 with some exceptions they are Tuesday and Wednesday every other

25 week. But because of my own schedule and some conflicts, it's

1  not exactly that way for every month.  So it's there.

2  And if you and Mr. Orsini say well, why don't we go

3  back and take this up with Judge Montali on such and such a

4  date, we've got dates already there.  And if it can't be done

5  on those dates, I don't mind accommodating you all again, as

6  long as I don't have one of these shotgun approaches with about

7  fifty categories of things you want and without any clue as to

8  what the other side's position is.

9  So I'm glad Mr. Orsini is on his honeymoon.  I hope he

10 enjoys himself.  I hope he comes back and works out a deal with

11 you.  And I'll look forward to hearing from both of you if

12 necessary.  Okay?

13 MR. JULIAN:  Thank you, Your Honor.  Sure.

14 THE COURT:  Anyone else want to be heard, before we

15 close?  Anyone want to be heard?

16 Okay, thank you everyone.

17 IN UNISON:  Thank you, Your Honor.

18 THE COURT:  All right.

19 (Whereupon these proceedings were concluded at 11:00 AM)

20

21

22

23

24

25

# C E R T I F I C A T I O N

I, Penina Wolicki, certify that the foregoing transcript is a true and accurate record of the proceedings.



_____

/s/ PENINA WOLICKI, CET-569

eScribers

7227 N. 16th Street, Suite #207

Phoenix, AZ 85020

Date: April 18, 2019

Case: 19-30088   Doc# 1532   Filed: 04/18/19   Entered: 04/18/19 06:35:08   Page 9 of 11

### A

**accommodating (1)**
  8:5
**act (1)**
  5:22
**add (1)**
  6:15
**addressing (1)**
  4:14
**again (4)**
  4:5,12;6:8;8:5
**agreement (1)**
  6:17
**anticipated (1)**
  5:7
**appearances (2)**
  4:6,6
**appreciate (1)**
  4:18
**approaches (1)**
  8:6
**APRIL (1)**
  4:1
**aside (1)**
  7:16

### B

**back (5)**
  4:21;6:21,25;8:3,10
**Baker (1)**
  4:8
**basis (1)**
  5:16
**behalf (1)**
  4:16
**best (1)**
  6:18
**both (3)**
  4:23;5:9;8:11
**brief (1)**
  5:7
**briefing (1)**
  7:1
**bring (1)**
  6:24
**broad (4)**
  5:3,5;6:3,10
**broadly (1)**
  7:14

### C

**calendar (5)**
  6:15,16,23,25;7:10
**calendars (2)**
  7:3,21
**CALIFORNIA (1)**
  4:1
**Call (1)**
  4:3

**came (1)**
  5:2
**case (1)**
  5:19
**cases (1)**
  5:20
**categories (1)**
  8:7
**CLERK (3)**
  4:4,19;7:19
**close (1)**
  8:15
**clue (1)**
  8:7
**coming (1)**
  4:23
**committee (2)**
  4:9;5:12
**complete (1)**
  6:25
**complicated (1)**
  5:2
**compliment (1)**
  4:22
**concluded (1)**
  8:19
**conference (2)**
  6:5,10
**conflicts (1)**
  7:25
**confusion (1)**
  4:20
**Corporation (1)**
  4:4
**counsel (1)**
  4:21
**Court (11)**
  4:3,5,10,15,17;7:2,
  13,16,20;8:14,18
**courtroom (1)**
  5:3
**court's (1)**
  7:18
**Cravath (1)**
  4:13

### D

**date (2)**
  7:12;8:4
**dates (2)**
  8:4,5
**days (1)**
  7:23
**deal (2)**
  6:12;8:10
**debtor (3)**
  4:10,16;5:13
**debtors (1)**
  5:8
**decide (2)**
  6:12;7:8
**deputy (1)**

  5:3
**differences (2)**
  6:11,24
**disagreeing (1)**
  5:13
**discovery (3)**
  4:25;5:19;7:4
**dispute (3)**
  4:24,25;5:11
**disputes (2)**
  5:19;7:4
**document (1)**
  5:24
**done (1)**
  8:4
**double (1)**
  4:17
**duty (1)**
  4:17

### E

**easier (2)**
  6:6,21
**efficient (2)**
  7:5,5
**either (1)**
  7:10
**else (1)**
  8:14
**email (1)**
  5:3
**end (1)**
  7:9
**enjoys (1)**
  8:10
**everyone (1)**
  8:16
**exactly (1)**
  8:1
**exceptions (2)**
  7:22,24
**expedited (1)**
  5:15
**explain (2)**
  4:21;6:7

### F

**fifty (1)**
  8:7
**figure (1)**
  6:17
**fine (1)**
  5:10
**firm (1)**
  5:18
**first (1)**
  4:25
**follow (1)**
  7:6
**follow-up (1)**
  6:15

**form (1)**
  5:2
**formal (1)**
  6:11
**forward (2)**
  7:16;8:11
**FRANCISCO (1)**
  4:1
**future (1)**
  5:11

### G

**gets (1)**
  6:21
**given (1)**
  6:22
**glad (2)**
  5:10;8:9
**Good (2)**
  4:12;6:20

### H

**happen (1)**
  5:14
**happens (1)**
  6:8
**Happily (1)**
  6:5
**heard (3)**
  4:11;8:14,15
**hearing (2)**
  6:15;8:11
**himself (1)**
  8:10
**hindered (1)**
  6:2
**honeymoon (2)**
  6:20;8:9
**Honor (6)**
  4:8,12;6:19;7:11;
  8:13,17
**hope (2)**
  8:9,10
**huge (1)**
  6:11

### I

**informal (2)**
  5:1;7:4
**information (1)**
  7:19
**instead (1)**
  5:8
**introduction (1)**
  6:13
**invite (1)**
  6:14
**issue (5)**
  4:14,16;5:21,22;6:9

### J

**job (1)**
  6:5
**Judge (1)**
  8:3
**Julian (10)**
  4:6,8,18;5:12;6:13,
  19;7:11,15,22;8:13

### K

**Kevin (1)**
  6:20
**kind (2)**
  5:1;6:2

### L

**last (1)**
  6:22
**lawyers (1)**
  5:17
**learned (1)**
  6:22
**least (1)**
  4:23
**link (1)**
  7:20
**listing (1)**
  7:21
**little (1)**
  5:2
**long (1)**
  8:6
**look (1)**
  8:11

### M

**massive (1)**
  5:19
**Matter (1)**
  4:4
**may (1)**
  7:11
**mean (3)**
  7:15,16,22
**might (3)**
  5:14;6:10,21
**mind (4)**
  5:4;7:2,9;8:5
**Montali (1)**
  8:3
**month (2)**
  7:23;8:1
**months (3)**
  7:17,22,23
**Moore (1)**
  4:13
**more (6)**
  5:2,14;6:9,11,25;7:7

Case: 19-30088    Doc# 1532    Filed: 04/18/19    Entered: 04/18/19 06:35:08    Page 10 of 11

**morning (1)**
  4:12
**much (1)**
  7:7
**myself (1)**
  4:21

### N

**NASAB (4)**
  4:12,13,16;5:17
**Nasab's (2)**
  6:17,20
**nature (1)**
  6:9
**necessary (1)**
  8:12
**need (1)**
  6:8
**needs (1)**
  6:7
**neither (1)**
  6:7
**next (2)**
  6:15;7:23
**night (1)**
  6:23
**notice (1)**
  7:9
**notified (1)**
  4:18

### O

**obviously (1)**
  5:8
**off (1)**
  6:23
**offense (1)**
  5:4
**Omid (1)**
  4:13
**one (5)**
  4:11;5:21;6:3;7:3;
  8:6
**oOo- (1)**
  4:2
**order (1)**
  4:3
**organized (1)**
  7:7
**Orsini (3)**
  6:20;8:2,9
**out (5)**
  6:17,19,23;7:21;8:10
**over (2)**
  6:14,24
**own (2)**
  5:4;7:25

### P

**part (1)**
  4:20
**partner (1)**
  6:20
**people (1)**
  7:6
**perhaps (2)**
  4:23;6:10
**PG&E (2)**
  4:4;7:20
**phone (2)**
  4:7;6:5
**portion (1)**
  7:18
**position (1)**
  8:8
**posted (2)**
  7:17,18
**prepared (1)**
  5:22
**Prime (1)**
  7:19
**proceedings (1)**
  8:19
**produce (1)**
  5:24
**progress (2)**
  4:23;5:9
**proved (1)**
  5:1
**published (1)**
  7:13
**purpose (1)**
  6:10
**put (1)**
  6:14
**putting (2)**
  7:3,9

### Q

**quick (1)**
  7:4
**quickly (1)**
  5:23

### R

**really (1)**
  4:21
**regular (2)**
  7:3,10
**relevant (2)**
  6:1,1
**request (3)**
  5:2,5;6:3
**resolution (2)**
  4:19;6:6
**responded (1)**
  5:4
**response (1)**
  5:8
**revisit (1)**
  4:22
**right (2)**
  4:5;8:18

### S

**same (1)**
  5:18
**SAN (1)**
  4:1
**saying (2)**
  5:6;6:6
**schedule (1)**
  7:25
**scheduled (1)**
  7:13
**scope (1)**
  6:24
**sense (1)**
  6:2
**separate (1)**
  6:15
**separately (1)**
  7:10
**set (1)**
  7:16
**several (2)**
  7:17,23
**shotgun (1)**
  8:6
**side (7)**
  5:5,18,21,22;6:3,4,7
**sides (1)**
  4:23
**side's (1)**
  8:8
**simpler (1)**
  5:20
**six (1)**
  7:22
**snapshot (1)**
  5:21
**somebody (3)**
  5:24,24,25
**sometime (1)**
  6:16
**sort (2)**
  5:20;6:9
**specific (3)**
  4:6;5:14;7:20
**suggesting (1)**
  5:12
**Sure (1)**
  8:13
**Swaine (1)**
  4:13

### T

**tail (1)**
  7:9
**tee (1)**
  5:1
**telephonic (2)**
  6:25;7:9
**terms (1)**
  4:24
**there'd (1)**
  4:19
**thinking (1)**
  6:4
**thirty (1)**
  7:6
**today (1)**
  4:11
**tort (1)**
  4:8
**tried (1)**
  4:25
**true (1)**
  5:18
**Tuesday (1)**
  7:24
**turns (1)**
  6:19
**twenty (1)**
  7:6
**twice (1)**
  7:23
**two (1)**
  7:23

### U

**UNISON (1)**
  8:17
**up (2)**
  5:1;8:3

### W

**way (8)**
  5:1,7,19,20;6:11,13;
  7:10;8:1
**website (2)**
  7:18,20
**WEDNESDAY (2)**
  4:1;7:24
**week (2)**
  6:16;7:25
**what's (1)**
  6:18
**wherefores (1)**
  7:1
**Whereupon (1)**
  8:19
**whys (1)**
  7:1
**without (1)**
  8:7
**wonder (1)**
  5:5
**work (1)**
  6:23
**working (1)**
  4:22
**works (1)**
  8:10
**world (1)**
  6:4

### Z

**zero (1)**
  6:9

### 1

**11:00 (1)**
  8:19
**17 (1)**
  4:1

### 2

**2004 (1)**
  6:24
**2019 (1)**
  4:1
**24th (1)**
  7:15

Case: 19-30088    Doc# 1532    Filed: 04/18/19    Entered: 04/18/19 06:35:08    Page 11 of 11