# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: dchambers | Date Created: 4/23/2019 |
| Case: 19−30088 | Form ID: TRANSC | Total: 9 |

**Recipients submitted to the Claims Agent (Prime Clerk):**

aty    Omid H. Nasab    Cravath, Swaine & Moore LLP    825 Eighth Avenue    New York, NY 10019
    DAVID A. HERMAN, ESQ.    Cravath, Swaine & Moore LLP    Worldwide Plaza    825 Eighth Avenue    New York, NY 10019
    STEPHEN KAROTKIN, ESQ.    Weil, Gotshal & Manges LLP    767 Fifth Avenue    New York, NY 10153
    GREGORY A. BRAY, ESQ.    Milbank LLP    2029 Century Park East 33rd Floor    Los Angeles, CA 90067
    ANDREW M. LEBLANC, ESQ.    Milbank LLP    1850 K Street, NW Suite 1100    Washington, DC 20006
    ROBERT A. JULIAN, ESQ.    KIMBERLY S. MORRIS, ESQ.    Baker & Hostetler LLP    11601 Wilshire Boulevard Suite 1400    Los Angeles, CA 90025
    BRIAN S. HERMANN, ESQ.    Paul, Weiss, Rifkind, Wharton & Garrison    1285 Avenue of the Americas    New York, NY 10019
    ALAN KORNBERG, ESQ.    Paul, Weiss, Rifkind, Wharton & Garrison    1285 Avenue of the Americas    New York, Ny 10019
    WAYLON J. PICKETT, ESQ.    Grotefeld Hoffmann    0324 SW Abernethy Street    Portland, OR 97239

TOTAL: 9