B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re Pacific Gas and Electric Company, Case No. 19-30089

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Cedar Glade LP | The Training Associates Corporation |
|---|---|
| Name of Transferee | Name of Transferor Court Claim |

Name and Address where notices to transferee should be sent:
660 Madison Avenue, Suite 1700
New York, NY 10065

# (if known): 2194
Amount of Claim: $259,112.86
Date Claim Filed: 04/09/2019

Phone: 646-979-4083
Last Four Digits of Acct #: _____

Phone: 508-791-8500
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Kesha L. Tanabe        Date: 04/11/2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.