EDWARD J. TREDINNICK (#84033)
GREENE RADOVSKY MALONEY
   SHARE & HENNIGH LLP
Four Embarcadero Center, Suite 4000
San Francisco, California 94111-4106
Telephone: (415) 981-1400
Facsimile: (415) 777-4961
E-mail: etredinnick@greeneradovsky.com

Attorneys for Creditor,
City and County of San Francisco

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    -and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors,<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No.: 19-30088-DM<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION BY THE CITY AND COUNTY OF SAN FRANCISCO FOR DETERMINATION THAT AUTOMATIC STAY DOES NOT APPLY UNDER §362(b)(4) OR IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY UNDER §362(d)(1)**<br><br>DATE: May 9, 2019<br>TIME: 9:30 a.m.<br>PLACE: Courtroom 17<br>           450 Golden Gate Avenue<br>           16th Floor<br>           San Francisco, California<br>JUDGE: Hon. Dennis Montali |

**PLEASE TAKE NOTICE** that on May 9, 2019, at 9:30 a.m. at the United States Bankruptcy Court for the Northern District of California, located at 450 Golden Gate Avenue, 16th Floor, San Francisco, California, in Courtroom 17 of the Honorable Dennis Montali, the City and County of San Francisco ("San Francisco") will bring on for hearing its motion for determination that

1

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
FOUR EMBARCADERO
CTR, SUITE 4000
SAN FRANCISCO, CA
94111

546262.1

Case: 19-30088   Doc# 1536   Filed: 04/18/19   Entered: 04/18/19 08:02:20   Page 1 of 2

the automatic stay does not apply to certain actions under 11 USC § 362(b)(4), or in the alternative, shall bring its motion for relief from the automatic stay under 11 USC § 362(d)(1) (the "Motion"). San Francisco brings this Motion to allow it to continue with certain pending proceedings before the Federal Energy Regulatory Commission ("FERC") relating to PG&E's application of its Wholesale Distribution Tariff ("WDT") to San Francisco.

The Motion is based on this Notice of Hearing, the Motion and Point and Authorities therein, the Declaration of Barbara Hale and the Declaration of Katharine M. Mapes in Support thereof, and on such other and further evidence and matters that the Court may consider at the hearing on the Motion.

**PLEASE TAKE FURTHER NOTICE that as provided in Local Rule 4001-1(a), the debtor, Pacific Gas & Electric Company, is advised to appear personally or by counsel at the preliminary hearing; and that failure to so appear may result in the Court granting the relief requested without further hearing, including determining that the automatic stay does not apply to the actions by San Francisco pending before the FERC relating to PG&E's application of the WDT or in the alternative, lifting of the automatic stay to allow San Francisco to continue to pursue the pending proceedings before FERC relating to PG&E's application of the WDT to San Francisco.**

Dated: April 18, 2019       GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP

By: __/s/Edward Tredinnick_____
Edward J. Tredinnick
Attorneys for Attorneys for Creditor,
City and County of San Francisco

GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP
FOUR EMBARCADERO CTR, SUITE 4000
SAN FRANCISCO, CA 94111