# EXHIBIT "A"



San Francisco
**Water Power Sewer**
Services of the San Francisco Public Utilities Commission

525 Golden Gate Avenue, 13th Floor
San Francisco, CA 94102
T 415.554.3155
F 415.554.3161
TTY 415.554.3488

January 25, 2019

Ms. Angela Calvillo
Clerk of the Board of Supervisors
City Hall, Room 244
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102-4689

**RE: San Francisco Public Utilities Commission's Quarterly Report to the Board of Supervisors on the Status of Applications to PG&E for Electric Service.**

Dear Ms. Calvillo:

The attached quarterly report has been prepared for the Board of Supervisors in accordance with Resolution No. 227-18, approved by the Board on July 10, 2018 (File No. 180693) and enacted on July 20, 2018.

Pursuant to the terms of Resolution No. 227-18, the San Francisco Public Utilities Commission (SFPUC) shall "provide the Board a quarterly report for the next two years that identifies the following: status of all City projects with applications to SFPUC for electric service, including project schedules and financing and other deadlines; project sponsor and SFPUC concerns in securing temporary and permanent power, including obstacles that could increase costs or delay service to City customers; and the status of disputes with PG&E before the Federal Energy Regulatory Commission (FERC) or in other forums."

## BACKGROUND:

On June 13, 2018, a Public Safety and Neighborhood Services Committee hearing was held to discuss Pacific Gas and Electric's (PG&E) role in delaying and obstructing service provision by making unnecessary and/or untimely requests for information, such as requiring system impact studies for very small loads. In accordance with Resolution No. 227-18 enacted subsequent to the hearing, the SFPUC submitted the first quarterly report to the Board of Supervisors on November 7, 2018.

The first quarterly report details denied requests for secondary (low-voltage) service for City projects. In many of these cases, PG&E contends that the City should provide primary (high-voltage) service for facilities with small electric loads that are typically served with secondary service. PG&E's requirement for City projects to use primary

**London N. Breed**
Mayor

**Vince Courtney**
President

**Ann Moller Caen**
Vice President

**Francesca Vietor**
Commissioner

**Anson Moran**
Commissioner

**Ike Kwon**
Commissioner

**Harlan L. Kelly, Jr.**
General Manager

**OUR MISSION:** To provide our customers with high-quality, efficient and reliable water, power and sewer services in a manner that values environmental and community interests and sustains the resources entrusted to our care.



(high-voltage) power service has caused months of delay in meeting project timelines; and in some cases, PG&E has eventually granted secondary power service after the SFPUC has already applied for primary service at additional cost. The City believes it has a right to secondary service but has compromised with PG&E on a number of projects, which will receive primary service with low-side metering and high-side protection (sometimes referred to as secondary metering).

**REPORT SUMMARY:**

For the reporting period of November 2018 through January 2019, the SFPUC has identified 53 projects that have experienced interconnection issues due to delays, arbitrary requests or increased project costs, as listed in **Attachment A**. Since the previous quarterly report on status of projects through October 2018, 8 new projects have been added, and 2 additional projects energized.

Any updates and changes to projects since the previous quarterly report are detailed in Column P of Attachment A. **Attachment B** contains a map providing the location of each project.

*Affordable Housing*: On November 2, the SFPUC and PG&E came to an agreement regarding 6 affordable housing projects. These 6 projects have been identified to receive primary service with low-side metering and high-side protection from the SFPUC. In the event that the utilities do not reach a long-term alternative arrangement, the SFPUC will continue to serve the load for affordable housing units, with PG&E to serve the non-housing and commercial load as retail customers unless FERC orders otherwise. However, these projects are at risk of experiencing further delays as PG&E is now requesting detailed load information for the commercial load portion, potentially impacting 686 new units of affordable housing.

*Cost Impacts*: **Attachment C** contains a detailed report of each category of additional incurred costs and impacts to the City per project, such as redesign costs, construction and equipment costs, and additional staff time (also included in the 'Impacts' column of Attachment A). The total cost impacts to the City are still estimated to be more than $8 million. Total costs do not include estimated costs for the recently added 8 projects.

*SFPUC-PG&E Working Group*: SFPUC staff has been committed to working with PG&E in a joint biweekly working group to discuss a sub-set of 12 projects identified by PG&E (indicated in Column N of Attachment A). During this reporting period, the working group has met 4 times, however none of the identified projects have yet reached energization.

## STATUS OF DISPUTES WITH PG&E BEFORE FERC:

Confidential settlement discussions are underway in 10 FERC cases related to disputes in 2017 and 2018. FERC has not yet issued a decision on the City's 2014 complaint and related cases that were litigated in 2016. The City will file a complaint against PG&E with FERC in late January 2019 to address PG&E's demand for primary service for small facilities.

Please find attached copies of the following documents related to this report:

- **Attachment A**: List of projects with active interconnection applications to PG&E for electric service as of January 2019
- **Attachment B**: Map of projects with PG&E power connection delays as of January 2019
- **Attachment C**: Cost impacts

Should you have any questions, please contact Barbara Hale, SFPUC Assistant General Manager for Power, at BHale@sfwater.org and 415-554-2483.

Sincerely,

*[signature]*

Harlan L. Kelly, Jr.
General Manager

**Attachment A: BOS Quarterly Report for January 2019**

| PG&E NN# | Project Location | District # | Client Organization | Project Description | Project Status | | Initial Application Submittal Date | App Deemed Complete Date | Initial Service Need Date | Did PG&E require Primary? | Load Size/Can Be Served at Secondary | PG&E committed to work w/ SF to energize in 2018 | Impacts | Updates/Changes since Last Report (Oct. 2018) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 114248007 | 1950 Mission Street - Affordable Housing (157 units) | 9 | BRIDGE & Mission Housing | New secondary service | Delays caused by dispute over primary vs. secondary. Project moving forward at low-side metering. | PG&E reviewing application. | 1/18/2018 | | 9/2/19 | Yes | 1661 kW/Yes | | Project delayed - project was in dispute from Jan. 2018 - Sept. 2018 (8-9 months) Construction power is delayed as the project is waiting for PG&E retail service to commence. Costs for primary redesign (and then low-side metering)- $45k Temp. construction power service by PG&E at retail - $294k in lost gross revenue to SFPUC. $81k in additional power costs to the project due to PG&E's higher rates. Additional project costs - $75k (interrupter, #7 box, & installation) 623,000 lbs. of $CO_2$ emissions (construction period of 18 months) | PG&E has approved low-side metering. (See Note 1) The loss of the community space no longer an issue and additional project costs are now $75k instead of $500k. PG&E is requesting detailed load information for commercial loads (potentially causing more delays). Construction has been delayed. To avoid further delays, project will use generators if PG&E retail power is not ready by Feb. 2019. |
| 114232705 | 490 South Van Ness Avenue - Affordable Housing (81 units) | 9 | BRIDGE & Mission Housing | New secondary service | Delays caused by dispute over primary vs. secondary. Project moving forward at low-side metering. | PG&E reviewing application. | 1/16/2018 | | 10/1/19 | Yes | 867 kW/Yes | | Project delayed - project was in dispute from Feb. 2018 - Nov. 2018. (8-9 months) Costs for redesign (primary service with low-side metering) - $15k Temp. construction power service by PG&E at retail - $145k in lost gross revenue to SFPUC. $43k in additional power costs to project due to PG&E's higher rates. 294,000 lbs. of $CO_2$ emissions (construction period of 16 months) 740,000 lbs of $CO_2$ emissions from four months of generator use. Generator costs - $230k for fuel for first four months (if continues will be another $50k/month) | PG&E has approved low-side metering. (See Note 1) PG&E is requesting detailed load information for commercial loads (potentially causing more delays). Construction power is currently being served by generators. An additional $230k is being spent on fuel and $CO_2$ emissions have increased. |
| 114345033 | 1990 Folsom Street - Affordable Housing (143 units) | 9 | MEDA | New secondary service | Delays caused by dispute over primary vs. secondary. Project moving forward at low-side metering. | SFPUC reviewing redesigns in advance to send to PG&E for low-side metering. | 2/26/2018 | | 9/1/20 | Yes | 920 kW/Yes | | Project delayed - project was in dispute from Mar. 2018 - Nov. 2018. (7-8 months) Costs for redesign (primary service with low-side metering) - $2-3k Temp. construction power service by PG&E at retail - $563k in lost gross revenue to SFPUC. $29k in additional power costs to project due to PG&E's higher rates. 927,000 lbs. of CO2 emissions (construction period of 20 months) | PG&E has approved low-side metering. (See Note 1) |
| 114671141 | 2060 Folsom Street - Affordable Housing (127 units) | 9 | MEDA | New secondary service | Delays caused by dispute over primary vs. secondary. Project moving forward at low-side metering. | Project team redesigning for low-side metering. | 5/18/2018 | | 1/15/20 | Yes | 1387 kW/Yes | | Project delayed - project was been in dispute from Jun. 2018 - Nov. 2018 (4-5 months) Costs for redesign (primary service with low-side metering) - $2-3k Temp. construction power service by PG&E at retail - $581k in lost gross revenue to SFPUC. $8k in additional power costs to project due to PG&E's higher rates. 922,000 lbs. of CO2 emissions (construction period of 22 months) | PG&E has approved low-side metering. (See Note 1) |
| 112828717 | 2 Rankin Street - Central Bayside Pump Station | 10 | SFPUC-Wastewater | New primary service | Delays caused by PG&E failing to provide Service Agreement on time. | Service Agreement issued by PG&E without full scope of work. SFPUC waiting to review the full scope. | 5/1/2017 | 8/17/2017 | 6/1/19 | N/A | 7000 kW/No | | Project delayed - SFPUC granted a time extension to PG&E of one extra month to provide Service Agreement. PG&E took an extra 4 months. Project is incurring more delays as SF continues to wait for a facility study draft agreement from PG&E. Service need date is jeopardized. | Further delays as SF is waiting for PG&E to provide a Facility Study draft agreement (has already passed the WDT timeline). |
| 114546573 | 2401 Keith Street - Southeast Health Center | 10 | SFPW for SFDPH | New secondary service | Delays caused by dispute over primary vs. secondary. Project is still in dispute. | Project is at a standstill. | 4/27/2018 | | 7/26/20 | Yes | 200 kW/Yes | | Project delayed - project has been in dispute since May 2018 (8-9 months) The opening of a new wing at the health center will be delayed, pushing back plans to integrate a more family-oriented primary care model. If required, primary switchgear will take the place of several parking spaces in an already constrained lot and cost the project an additional $500k. | Delay continues. PG&E has not responded to SF's request for low-side metering sent on 8/24/18. |
| 114713666 | 2110 Greenwich Street - Tule Elk Elementary | 2 | SFUSD | Upgrading and relocating existing secondary service | Delays caused by dispute over primary vs. secondary. Project is still in dispute. | Project is at a standstill. | 6/15/2018 | | 6/1/19 | Yes | 300 kW/Yes | | Project delayed - project has been in dispute since Jun. 2018 (4-5 months) The timeline is very constrained as the school needs to remain open. Delays will push back much needed health and safety improvements to the facility. If required, primary switchgear will take the place of outdoor education space that is required by the state and cost the project an additional $500k. Further design delays will impact the project construction budget and timeline. | Delay continues. PG&E has not responded to SF's request for low-side metering sent on 8/8/18. |
| 113752930 | 51 Havelock Street - Balboa Pool | 11 | SFRPD | Replace and relocate existing secondary service | Delays caused by dispute over primary vs. secondary. Project moving forward at low-side metering. | Energized | 7/5/2016 | 3/14/2018 | 8/2/17 | Yes | 75 kW/Yes | | Project delayed - project was in dispute from Jan. 2017 - Jun. 2018 (18-19 months) Electrical Redesign (to include interrupter): $20k Additional Construction Cost: $670k Additional Construction and Project Management Cost due to schedule delay: $500k Lost gross revenue to SFPUC due to delays: $14k Many swim programs were cancelled due to the project delay. The delay had a domino effect on RPD's plans to renovate a group of community pools. | Project energized. |
| 114671200 | 1995 Evans - Traffic Controls and Forensics | 10 | SFPW for SFPD | New secondary service | Delays caused by dispute over primary vs. secondary. Project is still in dispute. | Project is at a standstill. | 5/18/2018 | | 3/1/20 | Yes | 2100 kW/Yes | | Project delayed - project has been in dispute since Jun. 2018 (6-7 months). There are also pending issues regarding the franchise. Delays will affect the timeline of moving SFPD's Traffic Company and Forensic Services Division. If required, primary switchgear will take the space of parking spaces for SFPD vehicles. | Delay continues. PG&E has not responded to SF's request for low-side metering sent on 8/24/18. |
| | Stockton btwn Ellis & O'Farrell - Central Subway Streetlight Reinstallation | 3 | SFMTA | Streetlight re-installation | Franchise Agreement dispute | Some issues remain, but SF and PG&E are working together to ensure proper streetlight installation. | N/A | N/A | N/A | N/A | N/A | | PG&E and the City are in disagreement on who is responsible for re-installing the foundations for the historic streetlights. The City believes this scope of work falls under the franchise agreement. | No impacts update. |
| 113167478 | 1909 16th Street - Streetlights | 10 | SFPUC - Power | Streetlight attachment on traffic signal | Delays caused by dispute over the "Okay to Serve" process. PG&E has recently indicated that this streetlight attachment can be connected without issues. | Dispute is still ongoing, but project is able to move forward. | 8/17/2017 | | 1/12/18 | N/A | N/A | | PG&E is requiring an "Okay to Serve" process which can cause delays to getting streetlights installed. The streetlight attachment load is really small (less than 1 kW) and remains significantly lower than what SF has paid for at that service point. | No impacts update. |
| | Transbay Transit Center - Transbay Joint Powers Authority | 6 | SFPUC - Power | Two new primary services (5 MW each) | Potential dispute over reserved capacity. | Energized - PG&E reviewing SF's request. | N/A | N/A | N/A | N/A | 10 MW/No | | PG&E is currently reviewing SF's request to use 10 MW of reserved capacity that SF applied and paid for. If PG&E denies request, SF may incur additional costs or have to limit the tenants. | No impacts update. PG&E has not responded to SF's request sent on 9/12/18. |

| # | PG&E NN# | Project Location | District # | Client Organization | Project Description | Project Status | | Initial Application Submittal Date | App Deemed Complete Date | Initial Service Need Date | Did PG&E require Primary? | Load Size/Can Be Served at Secondary | PG&E committed to work w/ SF to energize in 2018 | Impacts | Updates/Changes since Last Report (Oct. 2018) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | | Multiple Locations - Guy Wires (Franchise Issue) | 9 & 10 | SFMTA, SFPW, & SFPUC | PG&E's guy wires are impeding on SF projects. | Franchise dispute | Project is at a standstill. | N/A | N/A | N/A | N/A | N/A | | PG&E's unresponsiveness in removing guy wires is an obstruction to SF projects. 1) SFMTA cannot install a pole replacement to promote safety. 2) SFPW cannot construct a new ADA curb ramp. 3) SFPUC cannot finish parts of construction at the Southeast Water Treatment Plant. | Delay continues. PG&E has not provided any guidance on how to move these requests forward since SF's original request sent on 8/24/18. |
| 14 | 114088011 | Lake Merced Blvd & Sunset Blvd - Restroom | 4 | SFRPD | New secondary service | Delays caused by dispute over primary vs. secondary. | PG&E sent options for service, SF is reviewing options. | 12/8/2017 | | 1/15/19 | Yes | 10 kW/Yes | | Project delayed - project has been in dispute since late Aug. 2018. (4-5 months) Bathroom will not be available for public use at Lake Merced. Primary switchgear will cost the project an additional $500k in equipment costs and take the space of parking spots. | No impacts update. SF is reviewing and discussing new options with PG&E. |
| 15 | 114571079 | 50 Bowling Green Drive - GGP Tennis Center | 5 | SFRPD | New secondary service | Delays caused by dispute over primary vs. secondary. Project moving forward at low-side metering. | SF reviewing Service Agreement. | 5/3/2018 | 10/3/2018 | 2/1/19 | Yes | 160 kW/Yes | X | Project delayed - project was in dispute from May-July. 2018. (2-3 months) Additional project costs - $75k (interrupter, #7 box, & installation) Lost gross revenue to SFPUC due to delays: $1k | No impacts update. SF reviewing Service Agreement received on 1/11/19. |
| 16 | 114713787 | 1001 22nd Street - Bus Electrification Pilot | 10 | SFMTA | New primary service | Project is moving forward. | PG&E reviewing application. | 6/18/2018 | | 5/1/19 | N/A | 2000 kW/Yes | | Initially, PG&E was unresponsive in scheduling a pre-application meeting which has caused some delays. More delays have been caused as PG&E has not deemed the application complete yet (way past 15-day deadline). | Further delays as SF is waiting for PG&E to deem the application complete. The WDT timeline allows PG&E 15 days after the application submission to deem the application complete or provide a list of deficiencies. SF should have received either by 7/3/18. |
| 17 | 113135002 | 49 South Van Ness Avenue - Building Inspection Office | 5 | SFPW for SFDBI | New primary service | Delays caused by PG&E failing to provide Service Agreement on time. | In construction | 8/7/2017 | 11/10/2017 | 1/1/19 | N/A | 5848 kW/No | | Project delayed - SFPUC granted a time extension to PG&E of one extra month to provide Service Agreement. PG&E took an extra 4 months but committed to have the project energized on time (Jan. 2019). | No impacts update. Project is in construction. |
| 18 | 113161547 | 1296 Shotwell Street - Affordable Senior Housing (94 units) | 9 | MEDA | New secondary service | Delays caused by dispute over primary vs. secondary. Project moving forward at low-side metering. | In construction | 7/26/2017 | 11/9/2017 | 2/1/18 | Yes | 340 kW/Yes | | Project delayed - project was in dispute from August 2017-Oct 2017 (2-3 months). Additional project costs - $75k (interrupter, #7 box, & installation) | No impacts update. Project is in construction. |
| 19 | 115020677 | 88 Broadway - Affordable Housing (125 units) | 3 | BRIDGE Housing | New secondary service | Delays caused by dispute over primary vs. secondary. Project moving forward at low-side metering. | PG&E reviewing application. | 10/1/2018 | | 12/2/19 | N/A | 1674 kW/Yes | | Temp. construction power service by PG&E at retail - $618k in lost gross revenue to SFPUC. $79k in additional power costs to PG&E's higher rates. 1,090,000 lbs. of $CO_2$ emissions (construction period of 18 months) | PG&E has approved low-side metering. (See Note 1) PG&E requesting detailed load information for commercial loads (potentially causing more delays). |
| 20 | 115019804 | 735 Davis - Affordable Housing (53 units) | 3 | BRIDGE Housing | New secondary service | Delays caused by dispute over primary vs. secondary. Project moving forward at low-side metering. | PG&E reviewing application. | 10/1/2018 | | 12/2/19 | N/A | 683 kW/Yes | | Temp. construction power service by PG&E at retail - $335k in lost gross revenue to SFPUC. $18k in additional power costs to the project due to PG&E's higher rates. 554,000 lbs of $CO_2$ emissions (construction period of 19 months) | PG&E has approved low-side metering. (See Note 1) PG&E requesting detailed load information for commercial loads (potentially causing more delays). |
| 21 | 110833085 | 838 Pacific Avenue - Ping Yuen North Affordable Housing (200 units) | 3 | CCDC | Replacing and relocating existing service | Delays caused by dispute over primary vs. secondary. Project moving forward at low-side metering. | In construction | 11/3/2015 | 6/20/2018 | 6/1/16 | Yes | 500 kW/Yes | | Project delayed - project was in dispute from Sept. 2016 - May 2018 (20 months). Structural, safety, security, and aesthetic upgrades to the development have been delayed as a result. Lost gross revenue to SFPUC due to delays: $186k Project/construction costs related to redesign and delay: $240k | No impacts update. Project is in construction. |
| 22 | 111904415 | 350 Ellis Street - Affordable Housing (192 units) | 6 | TNDC | Relocating service & adding fire pump | Delays caused by dispute over "grandfathering" and design requirements for secondary service. | Energized | 7/21/2016 | 1/5/2017 | 7/1/17 | Yes | 200 kW/Yes | | Project delayed - project was in dispute from Sept. 2016 - June 2017 (10 months). Renovations that included spaces for community space, supportive services, and building management offices have been delayed as a result. Lost gross revenue to SFPUC due to delays: $110k | Project energized. |
| 23 | 111912344 | 2451 Sacramento Street - JFK Towers Affordable Housing (98 units) | 2 | Mercy Housing | Replacing existing service | Delays caused by dispute over primary vs. secondary. Project moving forward at low-side metering. | Energized - PG&E and SF discussing issues regarding the transformer. | 8/1/2016 | | 1/1/17 | Yes | 432 kW/Yes | | Project delayed - project was in dispute from July 2017 - Feb. 2018. (7 months). Seismic retrofits and the addition of a community room have been delayed as a result. Lost gross revenue to SFPUC due to delays: $15k | No impacts update. Parties are still discussing transformer issues. |
| 24 | 114088015 | 16th & Terry Francois Blvd. - Mission Bay Ferry Landing | 6 | SFPORT | New secondary service | PG&E would not provide the requested service. | Cancelled | 12/8/2017 | | 6/14/19 | Yes | 70 kW/Yes | | Project delayed - PG&E will not provide 3-phase secondary service. Additional project costs - $75k (interrupter, #7 box, & installation) Additional staff time for Port - $70k Costs of redesign - $30k | No impacts update. See #53 for new application submitted for this project. |
| 25 | 111772188 | Ferry Terminal | 3 | SFPORT for WETA | New secondary service | Delays caused by dispute over primary vs. secondary. Project moving forward at low-side metering. (See Note 1) | PG&E put project on hold. | 7/5/2016 | 6/8/2018 | 6/18/17 | Yes | 150 kW/Yes | X | The Downtown Ferry Terminal is currently using power from the Agriculture Building. Delays of this service request could delay the redevelopment of the Agriculture Building. This would cause a delay to a build out of a new shorepower connection which would result in significant air pollution from up to 6 ferries idling in the berth. Additional project costs - $75k (interrupter, #7 box, & installation) Additional staff time for Port - $32k Additional staff time for WETA - $64k Costs of redesign - $32k | Further delays as SF is still waiting for Service Agreement from PG&E. PG&E has indicated that the project is put on hold and has not provided a reason. |
| 26 | 113934715 | 2241 Jerrold Avenue - Ambulance Deployment Facility | 10 | SFPW for SFFD | New secondary service | Delays caused by dispute over primary vs. secondary. Project moving forward at low-side metering. (See Note 1) | In construction | 3/9/2017 | 2/8/2018 | 1/1/18 | Yes | 300 kW/Yes | | Project delayed- project was in dispute from May 2017 - Nov 2017 (6 months). Construction plans for the new ambulance deployment facility have been delayed as a result. Additional project costs - $75k (interrupter, #7 box, & installation) Costs of redesign - $100k Costs of construction delays - $250k Additional Staff Time for SFPW - $100k Lost gross revenue to SFPUC due to delays: $110k | No impacts update. Project in construction. |

Case: 19-30088    Doc# 1537-1    Filed: 04/18/19    Entered: 04/18/19 08:12:56    Page 6 of 12

Page 2

| # | PG&E NN# | Project Location | District # | Client Organization | Project Description | Project Status | | Initial Application Submittal Date | App Deemed Complete Date | Initial Service Need Date | Did PG&E require Primary? | Load Size/Can Be Served at Secondary | PG&E committed to work w/ SF to energize in 2018 | Impacts | Updates/Changes since Last Report (Oct. 2018) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | 112173182 | Pier 26 - Fire Boat Berthing | 6 | SFPW for SFFD | New secondary service | PG&E initially required primary. Project is moving forward at secondary service. | In construction | 10/28/2016 | 3/2/2017 | 2/20/17 | Yes | 216 kW/Yes | | The dispute with PG&E lasted a month and had no material impact on project. The project has been delayed due to non-PGE factors. | No impacts update. Project in construction. |
| 28 | 111975801 | 800 Amador Street - Pier 94 - Backlands | 10 | SFPORT | New secondary service | PG&E required primary. Project is moving forward with primary service. | Engineering estimation by PG&E | 8/19/2016 | 8/28/2018 | 2/1/17 | Yes | 166 kW/Yes | X | Added costs for primary equipment (overhead) - $500k<br>The Port is investing over $8M in upgrading the 16-acre parcel in the Backlands project site.<br>The Port is expected to generate approximately $250k in monthly rent revenue from this site.<br>Significant delays to this project can cause the Port to lose $3M in revenue annually.<br>Additional staff time for Port - $50k<br>Costs of redesign - $50k | Further delays as SF is waiting for PG&E to provide the Service Agreement. The WDT timeline allows PG&E 90 days after the deemed complete to provide the Service Agreement. SF should have received the Service Agreement by 11/26/18. |
| 29 | 112847828 | 801 Illinois Street - Crane Cove Park Building | 10 | SFPORT | New secondary service | PG&E initially required primary. The project team found a way to internally provide service for the near future. | Cancelled | 5/5/2017 | | 1/1/18 | Yes | 50 kW/Yes | X | The project team found an alternative solution for the short term to avoid delays.<br>Staff time for the Port - $50k<br>Costs of redesign - $75k<br>Depending on how the future service is finalized, there may be additional impacts. | Application has been cancelled. |
| 30 | 113764870 | 2301 San Jose Avenue - Geneva Car Barn | 11 | SFRPD | New secondary service | Delays caused by dispute over primary vs. secondary. Project moving forward at low-side metering. (See Note 1) | In construction | 8/24/2016 | 5/23/2018 | 9/20/17 | Yes | 1330 kW/Yes | | Project delayed- project was in dispute from Oct 2016 - Oct 2017 (1 year). Construction plans for the new community arts center have been delayed as a result.<br>Costs of redesign: $5k<br>Additional project costs - $75k (interrupter, #7 box, & installation)<br>Lost gross revenue to SFPUC due to delays: $13k<br>Additional Staff Time for SFRPD: $15k | No impacts update. Project in construction. |
| 31 | 112129708 | 45th & Lincoln - Restroom for Golden Gate Boat Park | 1 | SFRPD | New secondary service | Delays caused by PG&E error in estimating. | Energized | 10/20/2016 | 12/9/2016 | 3/1/17 | No | 24 kW/Yes | | PG&E caused a 3-month delay due to an estimating error. No monetary impact. | No impacts update. |
| 32 | 111729695 | 6 Berry Street - Substation | 6 | SFMTA | Upgrade existing primary service | Delays caused by PG&E being unresponsive, changing requirements, and being non-transparent with costs and design changes. | Pre-construction meeting held. However, PG&E now wants to make design changes to contract. | 6/17/2016 | 12/12/2016 | 5/1/17 | N/A | 3000 kW/Yes | | Parties disagree on costs and design requirements.<br>SFMTA is incurring delay claims costs from contractor due to PG&E's failure to approve design and equipment submittals. (actual costs are to be determined but have been estimated to be approximately $5,000/day for over 100+ days) | No movement. Project continues to incur delay costs. |
| 33 | 112434942 | 3455 Van Ness Avenue - AWSS Pump Station No. 2 | 2 | SFPUC - Water | Remove two existing services and replace with one secondary service | Delays caused by dispute over primary vs. secondary. Project moving forward at low-side metering. (See Note 1) | PG&E reviewing application. | 12/9/2016 | | 8/1/17 | Yes | 144 kW/Yes | X | Seismic improvements and architectural upgrades to increase reliability of the pumping station have been delayed.<br>Delays caused by PG&E requiring a System Impact Study (SIS) - unusual for such a small load.<br>SIS processes add another 90 days to application timeline. | Further delays caused by PG&E requiring a System Impact Study. |
| 34 | 113826990 | 750 Brannan - Main Library Repository | 6 | SFPW for SFPL | Increase load request (237 kW to 500 kW) | Dispute over how to process increase in load request. | Service Agreement returned with payment by SFPUC. | 11/14/2017 | 1/18/2018 | 1/1/18 | No | 500 kW/Yes | | Plans for a new HVAC system at the library repository have been delayed.<br>No monetary impact - however, SF believes that PG&E's requirements for approving load increase for muni loads is extensive and will cause delays to projects. | No impacts update. |
| 35 | 112774763 | Illinois St. & Terry Francois - Mariposa Pump Station | 10 | SFPUC - Wastewater | Relocate existing secondary service (for construction) | Delays caused by PG&E requiring primary. PG&E has recently indicated that this project can move forward at low-side metering | Due to the delays, the project is going to take PG&E retail service. | 4/13/2017 | | 6/1/18 | Yes | 169 kW/Yes | X | Temp. construction power service by PG&E at retail - $588k in lost gross revenue to SFPUC.<br>$22k in additional power costs to the project due to PG&E's higher rates.<br>554,000 lbs of $CO_2$ emissions (construction period of 36 months) | No impacts update. Project still going to PG&E retail for construction. |
| 36 | 113135782 | 350 Amber Drive - Police Academy | 8 | SFPW for SFPD | Upgrading existing secondary service | Delays caused by dispute over primary vs. secondary. Project moving forward at low-side metering. (See Note 1) | Service Agreement returned with payment by SFPUC. | 8/8/2017 | 5/22/2018 | 6/15/18 | Yes | 160 kW/Yes | X | Project delayed - project was in dispute from Dec 2017-May 2018. (6 months). Health and safety upgrades to the Police Academy building have been delayed as a result.<br>Additional project costs - $75k (interrupter, #7 box, & installation)<br>Lost gross revenue to SFPUC due to delays: $18k | No impacts update. |
| 37 | 113826565 | 3630 Divisadero - Claire Lilenthal School | 2 | SFUSD | Upgrading existing secondary service | Delays caused by dispute over primary vs. secondary. Project moving forward at low-side metering. (See Note 1) | Pre-construction meeting held. | 11/14/2017 | 5/24/2018 | 5/1/18 | Yes | 461 kW/Yes | X | Project delayed - project was in dispute from Nov. 2017 - Apr. 2018. (5-6 months). The construction of a new building on campus has been delayed as a result.<br>Additional project costs - $75k (interrupter, #7 box, & installation)<br>Lost gross revenue to SFPUC due to delays: $3k<br>Further design delays will impact the project construction budget and timeline. | No impacts update. |
| 38 | 114315107 | 4235 19th Street - Harvey Milk Civil Rights Academy | 8 | SFUSD | Upgrading and relocating existing secondary service | Delays caused by dispute over primary vs. secondary. Project moving forward at low-side metering. (See Note 1) | SF working on redesign required by PG&E. | 2/12/2018 | | 9/1/19 | Yes | 300 kW/Yes | X | Project delayed - project was in dispute from Feb. 2018 - Jun. 2018. (3-4 months). Safety improvements and the construction of a new building have been delayed as a result.<br>Additional project costs - $75k (interrupter, #7 box, & installation)<br>Lost gross revenue to SFPUC due to delays: $6k<br>Further design delays will impact the project construction budget and timeline. | No impacts update. |
| 39 | 114449998 | 600 32nd Avenue - George Washington High School | 1 | SFUSD | Upgrading and relocating existing secondary service | Delays caused by dispute over primary vs. secondary. Project moving forward at low-side metering. (See Note 1) | SF working on redesign required by PG&E. | 3/27/2018 | | 9/1/18 | Yes | 500 kW/Yes | X | Project delayed - project was in dispute from Feb. 2018 - Jun. 2018. (3-4 months). Safety improvements and the construction of a new building have been delayed as a result.<br>Additional project costs - $75k (interrupter, #7 box, & installation)<br>Lost gross revenue to SFPUC due to delays: $6k<br>Further design delays will impact the project construction budget and timeline. | No impacts update. |

# Attachment A: BOS Quarterly Report for January 2019

| PG&E NN# | Project Location | District # | Client Organization | Project Description | Project Status | | Initial Application Submittal Date | App Deemed Complete Date | Initial Service Need Date | Did PG&E require Primary? | Load Size/Can Be Served at Secondary | PG&E committed to work w/ SF to energize in 2018 | Impacts | Updates/Changes since Last Report (Oct. 2018) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 114149145 | 1271 Treat Avenue - Garfield Pool | 9 | SFRPD | Relocating existing secondary service | Delays caused by dispute over primary vs. secondary. Project moving forward at low-side metering. (See Note 1) | In construction | 12/28/2017 | 8/17/2018 | 5/1/18 | Yes | 200 kW/Yes | X | Project delayed - project was in dispute from Jan. 2018 - May 2018. (3-4 months) Additional project costs - $250k (interrupter, #7 box, transformer, main switchboard, installation, & trenching) This project is affected by 51 Havelock's delayed timeline as RPD does not want to have more than one pool closed at a time. | No impacts update. Project in construction. |
| 114427596 | 950 Golden Gate Avenue - Margaret Hayward Park | 3 | SFRPD | Remove existing secondary services and replace with single secondary service | Delays caused by dispute over primary vs. secondary. Project moving forward at low-side metering. (See Note 1) | In construction | 3/15/2018 | 6/5/2018 | 8/1/18 | Yes | 100 kW/Yes | X | Project slightly delayed - project was in dispute from Mar. 2018 - May 2018. (2-3 months) Additional project costs - $75k (interrupter, #7 box, & installation) | No impacts update. Project in construction. |
| | 199 Museum Way/122 State Street - Corona Heights Restroom | 5 | SFRPD | Return service to a bathroom that was de-energized unknowingly | PG&E accidentally cut the cable to a restroom during construction of Randall Museum. | In construction | N/A | N/A | N/A | N/A | N/A | | The bathroom has been out of power for over a year. Re-energization of the bathroom is still TBD. | No impacts update. Issue is being resolved. |
| 110162018 | 750 Phelps - Southeast Plant | 10 | SFPUC-Wastewater | New primary service | Potential delay as PG&E is late in providing SIS agreement. | Application deemed complete. PG&E is drafting the System Impact Study Agreement. | IN FLIGHT (Prior to July 2015) | 7/14/2018 | 5/20/2020 | N/A | 12000 kW/no | | Potential risk of delay - no impacts to report. | Further delays as SF is still waiting for PG&E to send draft SIS agreement (WDT timelines allow PG&E 30 days to provide draft SIS after application is deemed complete - draft SIS should have been received by 8/13/18). |
| 114727202 | 1595 Davidson - Bruce Flynn Pump Station | 10 | SFPUC-Wastewater | New primary service | Potential delay as PG&E was late in providing Work Performance Agreement. | Service Agreement returned with payment by SFPUC. | 6/14/2018 | 7/16/2018 | 5/1/2019 | N/A | 2813 kW/Yes | | Potential risk of delay - no impacts to report. | No impacts update. |
| 112434155 | 3133 Van Ness Ave. - SFMTA Restroom | 2 | SFMTA | New secondary service | Delays caused by dispute over primary vs. secondary. Project moving forward at low-side metering. (See Note 1) | Energized | 12/2/2016 | 4/14/2017 | 6/1/17 | Yes | 24 kW/Yes | | Project delayed - project was in dispute from Jan. 2017 - Mar. 2017. (2-3 months). The opening of a single-use bathroom for SFMTA drivers was delayed as a result. | No impacts update. |
| 115148446 | 3001-3021 24th St. - Affordable Housing (44 units) | 9 | Mercy Housing | New secondary service | Delays caused by dispute over primary vs. secondary. Project is still in dispute. | Project is at a standstill. | 11/1/2018 | | 9/1/20 | Yes | 362 kW/Yes | | Project delayed - project has been in dispute since Nov. 2018 (2-3 months). If required, primary switchgear would take the space of either on-site supportive services or a community room and cost the project an additional $500k. | Project added. |
| 115047431/115322749 | 4545 Anza - Lafayette Elementary | 1 | SFUSD | New temporary service for interim trailers and upgrading existing secondary service | Delays caused by dispute over primary vs. secondary. Project is still in dispute. | Project is at a standstill. | 10/9/2018 | | 7/1/19 | Yes | 110 kW(temp) & 150 kW (perm)/Yes | | Project delayed - project has been in dispute since Oct. 2018 (3-4 months). If required, primary switchgear will take the place of outdoor education space that is required by the state and cost the project an additional $500k. | Project added. PG&E requiring primary for both temporary and permanent power. |
| 115415116 | 1550 Evans Ave. - Southeast Community Center | 10 | SFPUC | Relocation and upgrade of existing secondary service | Delays caused by dispute over primary vs. secondary. Project is still in dispute. | Project is at a standstill. | 11/26/2018 | | 1/4/21 | Yes | 800 kW/Yes | | Project delayed - project has been in dispute since Dec. 2018 (1-2 months). If required, primary switchgear would cost the project an additional $500k. | Project added. |
| | 102 Marina Blvd. - Fort Mason (EVGo) | 2 | EVGo | New secondary service | Delays caused by dispute over primary vs. secondary. Project is still in dispute. | Project is at a standstill. | 12/13/2018 | | 7/15/19 | Yes | 600 kW/Yes | | Project delayed - project has been in dispute since Dec. 2018 (1-2 months). If required, primary switchgear would cost the project an additional $500k. | Project added. |
| | 10501 Warnerville Road - Substation Rehabilitation Project | N/A - Oakdale | SFPUC | Remove two existing services and replace with one secondary service | Delays caused by dispute over primary vs. secondary. Project is still in dispute. | Project is at a standstill. | 12/26/2018 | | 3/1/19 | Yes | 160 kW/Yes | | Project delayed - project has been in dispute since Jan. 2019 (1 month). If required, primary switchgear would cost the project an additional $500k. | Project added. |
| 114408260 | 684 23rd Street - Potrero North | 10 | SFPUC | New primary service | Delays caused by PG&E cancelling the application. | Project is at a standstill. | 3/12/2018 | | | N/A | 12,000 kW/No | | Project delayed - PG&E denied this service request citing inadequate capacity and cancelled the application. | Project added. |
| 114408263 | 638 23rd Street - Potrero South | 10 | SFPUC | New primary service | Delays caused by PG&E cancelling the application. | Project is at a standstill. | 3/12/2018 | | | N/A | 12,000 kW/No | | Project delayed - PG&E denied this service request citing inadequate capacity and cancelled the application. | Project added. |
| | 16th & Terry Francois Blvd. - Mission Bay Ferry Landing | 6 | SFPORT | New secondary service | Delays caused by dispute over primary vs. secondary. Project is still in dispute. | Project is at a standstill. | 6/30/2019 | | 1/3/20 | Yes | 100 kW/Yes | | Project delayed - project has been in dispute since Jan. 2019 (1 month). If required, primary switchgear would cost the project an additional $500k. | Project added. See #24 for prior application submitted for this project. |

Notes:
1. Low-side metering is not the same as secondary service. Low-side metering requires extra equipment costs (i.e. an interrupter, approx $75k). The SFPUC believes that many of these loads should be served with secondary service, but has compromised with PG&E to move projects forward.
2. Cost impacts related to lost revenue are estimates calculated off of projected load values.
3. Not all cost impacts are reflected here as increased facility and construction costs are still to be determined.
4. $CO_2$ emissions are calculated using estimated loads with PG&E's 2016 emissions factor.
5. Delay impacts are only calculated off of the time in which PG&E and SF were in dispute. (Other delays are not included)
6. Primary switchgear is estimated to cost an additional $500k.

Page 4

**Attachment A: BOS Quarterly Report for January 2019**

| A | B | C | D | E | F | G H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PG&E NN# | Project Location | District # | Client Organization | Project Description | Project Status | Initial Application Submittal Date | App Deemed Complete Date | Initial Service Need Date | Did PG&E require Primary? | Load Size/Can Be Served at Secondary | PG&E committed to work w/ SF to energize in 2018 | Impacts | Updates/Changes since Last Report (Oct. 2018) |

Key

🟥 Project is currently being disputed or has been delayed due to a dispute/issue and is past the Initial Service Need Date (Column K).
🟧 Energized, but still facing issues.
🟨 Project is moving forward, but not yet energized. Some are still facing major delays. Please review the impact column for further descriptions.
🟩 Project has been energized - no outstanding issues.

Case: 19-30088    Doc# 1537-1    Filed: 04/18/19    Entered: 04/18/19 08:12:56    Page 9

# ATTACHMENT B – MAP OF INTERCONNECTION ISSUES

AS OF OCTOBER 2018



Renovations or upgrades to any of these service points could trigger service disputes and delays.

Legend: HOUSING, INFRASTRUCTURE, HEALTH, INSTITUTION, RECREATION, SFPUC METERED SERVICE POINT

# Attachment C: Cost Impacts

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| | | \multicolumn{7}{c}{Additional Costs to Project} | | \multicolumn{2}{c}{Other Impacts to SF} |
| | Project Location | Redesign Costs | Primary or Secondary Metering Equipment Costs | Additonal Construction Costs | Additional Costs to Project for PG&E retail service | Additional Const./Project Mgmt Costs Due to Delay | Additional Staff Time Costs | Total Additional Project Costs (B+C+D+E+F+G) | Lost gross revenue to SFPUC | $CO_2$ Emissions (lbs) from PG&E retail service |
| 1 | 1950 Mission Street - Affordable Housing | $ 45,000 | $ 75,000 | | $ 81,000 | | | $ 201,000 | $ 294,000 | 623,000 |
| 2 | 490 South Van Ness Avenue - Affordable Housing | $ 15,000 | | | $ 43,000 | $ 230,000 | | $ 288,000 | $ 145,000 | 1,034,000 |
| 3 | 1990 Folsom Street - Affordable Housing | $ 2,000 | | | $ 29,000 | | | $ 31,000 | $ 563,000 | 926,652 |
| 4 | 2060 Folsom Street - Affordable Housing | $ 2,000 | | | $ 8,000 | | | $ 10,000 | $ 581,000 | 922,000 |
| 5 | 2 Rankin Street - Central Bayside Pump Station | | | | | | | $ - | | |
| 6 | 2401 Keith Street - Southeast Health Center | | | | | | | $ - | | |
| 7 | 2110 Greenwich Street - Tule Elk Elementary | | | | | | | $ - | | |
| 8 | 51 Havelock Street - Balboa Pool | $ 20,000 | | $ 670,000 | | $ 500,000 | | $ 1,190,000 | $ 14,000 | |
| 9 | 1995 Evans - Traffic Controls and Forensics | | | | | | | $ - | | |
| 10 | Stockton btwn Ellis & O'Farrell - Central Subway Streetlight Reinstallation | | | | | | | $ - | | |
| 11 | 1909 16th Street - Streetlights | | | | | | | $ - | | |
| 12 | Transbay Transit Center - Transbay Joint Powers Authority | | | | | | | $ - | | |
| 13 | Multiple Locations - Guy Wires (Franchise Issue) | | | | | | | $ - | | |
| 14 | Lake Merced Blvd & Sunset Blvd - Restroom | | | | | | | $ - | | |
| 15 | 50 Bowling Green Drive - GGP Tennis Center | | $ 75,000 | | | | | $ 75,000 | $ 1,000 | |
| 16 | 1001 22nd Street - Bus Electrification Pilot | | | | | | | $ - | | |
| 17 | 49 South Van Ness Avenue - Building Inspection Office | | | | | | | $ - | | |
| 18 | 1296 Shotwell Street - Affordable Senior Housing | | $ 75,000 | | | | | $ 75,000 | | |
| 19 | 88 Broadway - Affordable Housing | | | | $ 79,000 | | | $ 79,000 | $ 618,000 | 1,090,000 |
| 20 | 735 Davis - Affordable Housing | | | | $ 18,000 | | | $ 18,000 | $ 335,000 | 554,000 |
| 21 | 838 Pacific Avenue - Ping Yuen North Affordable Housing | | | | | $ 240,000 | | $ 240,000 | $ 186,000 | |
| 22 | 350 Ellis Street - Affordable Housing | | | | | | | $ - | $ 110,000 | |
| 23 | 2451 Sacramento Street - JFK Towers Affordable Housing | | | | | | | $ - | $ 15,000 | |
| 24 | 16th & Terry Francois Blvd. - Mission Bay Ferry Landing | $ 30,000 | $ 75,000 | | | | $ 70,000 | $ 175,000 | | |
| 25 | Ferry Terminal | $ 32,000 | $ 75,000 | | | | $ 96,000 | $ 203,000 | | |
| 26 | 2241 Jerrold Avenue - Ambulance Deployment Facility | $ 100,000 | $ 75,000 | | | $ 250,000 | $ 100,000 | $ 525,000 | $ 110,000 | |
| 27 | Pier 26 - Fire Boat Berthing | | | | | | | $ - | | |
| 28 | 800 Amador Street - Pier 94 - Backlands | $ 50,000 | $ 500,000 | | | | $ 50,000 | $ 600,000 | | |
| 29 | 801 Illinois Street - Crane Cove Park Building | $ 75,000 | | | | | $ 50,000 | $ 125,000 | | |
| 30 | 2301 San Jose Avenue - Geneva Car Barn | $ 5,000 | $ 75,000 | | | | $ 15,000 | $ 95,000 | $ 13,000 | |
| 31 | 45th & Lincoln - Restroom for Golden Gate Boat Park | | | | | | | $ - | | |
| 32 | 6 Berry Street - Substation | | | | | $ 5,000 | | $ 5,000 | | |
| 33 | 3455 Van Ness Avenue - AWSS Pump Station No. 2 | | | | | | | $ - | | |
| 34 | 750 Brannan - Main Library Repository | | | | | | | $ - | | |
| 35 | Illinois St. & Terry Francois - Mariposa Pump Station | | | | $ 22,000 | | | $ 22,000 | $ 588,000 | 554,000 |
| 36 | 350 Amber Drive - Police Academy | | $ 75,000 | | | | | $ 75,000 | $ 18,000 | |
| 37 | 3630 Divisadero - Claire Lilenthal School | | $ 75,000 | | | | | $ 75,000 | $ 3,000 | |
| 38 | 4235 19th Street - Harvey Milk Civil Rights Academy | | $ 75,000 | | | | | $ 75,000 | $ 6,000 | |
| 39 | 600 32nd Avenue - George Washington High School | | $ 75,000 | | | | | $ 75,000 | $ 6,000 | |
| 40 | 1271 Treat Avenue - Garfield Pool | | $ 250,000 | | | | | $ 250,000 | | |
| 41 | 950 Golden Gate Avenue - Margaret Hayward Park | | $ 75,000 | | | | | $ 75,000 | | |
| 42 | 199 Museum Way/122 State Street - Corona Heights Restroom | | | | | | | $ - | | |
| 43 | 750 Phelps - Southeast Plant | | | | | | | $ - | | |
| 44 | 1595 Davidson - Bruce Flynn Pump Station | | | | | | | $ - | | |

## Attachment C: Cost Impacts

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| | | \multicolumn{7}{c}{Additional Costs to Project} | | Other Impacts to SF | |
| | Project Location | Redesign Costs | Primary or Secondary Metering Equipment Costs | Additonal Construction Costs | Additional Costs to Project for PG&E retail service | Additional Const./Project Mgmt Costs Due to Delay | Additional Staff Time Costs | Total Additional Project Costs (B+C+D+E+F+G) | Lost gross revenue to SFPUC | $CO_2$ Emissions (lbs) from PG&E retail service |
| 45 | 3133 Van Ness Ave. - SFMTA Restroom | | | | | | | $ - | | |
| 46 | 3001-3021 24th Street - Affordable Housing | | | | | | | $ - | | |
| 47 | 4545 Anza - Lafayette Elementary | | | | | | | $ - | | |
| 48 | 1550 Evans Ave - Southeast Community Center | | | | | | | $ - | | |
| 49 | 102 Marina Boulevard - For Mason (EVGo) | | | | | | | $ - | | |
| 50 | 10501 Warnerville Road - Substation Rehabilitation Project | | | | | | | $ - | | |
| 51 | 684 23rd Street - Potrero North | | | | | | | $ - | | |
| 52 | 638 23rd Street - Potrero South | | | | | | | $ - | | |
| 53 | 16th & Terry Francois Blvd. - Mission Bay Ferry Landing | | | | | | | $ - | | |
| | **TOTAL** | $ 376,000 | $ 1,650,000 | $ 670,000 | $ 280,000 | $ 1,225,000 | $ 381,000 | **$ 4,582,000** | $ 3,606,000 | 5,703,652 |

| | |
|---|---|
| Total Additional Project Costs | $ 4,582,000.00 |
| Total Lost Gross Revenue to SFPUC | $ 3,606,000.00 |
| **Total Cost Impact to SF (Project Costs + Lost Revenue)** | **$ 8,188,000.00** |
| **Total C02 Emissions (lbs.)** | **5,703,652** |

**Note:** These represent estimates of the costs that the City is aware of at at the moment. The projects may incur additional costs going forward.
The projects in RED are projects that are currently at a standstill and will face financial impacts that are TBD depending on how long they will be delayed and how they will move forward.