# Exhibit "B"



525 Golden Gate Avenue, 7th Floor
San Francisco, CA 94102
T 415.554.0725
F 415.554.1854
TTY 415.554.3488

July 25, 2018

Yilma Hailemichael
Manager, Electric Transmission Contracts Management
Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105

Subject: Electrical Service for 50 Bowling Green Dr. – Golden Gate Park Tennis Courts and Clubhouse

Dear Mr. Hailemichael:

The City and County of San Francisco ("City"), acting by and through its Public Utilities Commission, is writing regarding the City's application submitted under the Pacific Gas & Electric Company ("PG&E") Wholesale Distribution Tariff ("WDT") for the Golden Gate Park Tennis Center at 50 Bowling Green Drive, San Francisco. The City submitted a WDT application for this site on May 3, 2018 for a new secondary service. PG&E advised the SFPUC on May 18, 2018 that this location requires primary service.

PG&E continues to deny the City's requests for secondary service. Many of these requests are for municipal public purpose loads such as the request here and the Southeast Health Center. The history of these locations, and the purpose of these facilities, qualify these sites as grandfathered load. Pursuant to the Federal Power Act and the WDT, PG&E should provide service to the City's grandfathered loads without the need for intervening facilities.

The City's WDT application meets the intervening facilities requirements in Section 14.2.1 of the WDT. PG&E is refusing to approve the City's application for secondary service. PG&E's requirement to take primary service at this location is not justified by any technical, safety, or reliability reasons. PG&E's unwillingness to serve this customer at secondary service is a denial of service.

The Recreation and Parks Department ("RPD") has owned and operated this tennis center since 1894. The purpose and the location of the facility has remained the same since its opening. The SFPUC has provided electric service to the tennis center prior to June 30, 2015 through a service at the adjacent RPD Structural Maintenance Yard. The planned renovation of the tennis center is estimated to cost a little over $25 million. The existing tennis courts will be replaced and lighting and accessibility upgrades will be added. The new clubhouse will host expanded program offerings (including youth programming) as well as amenities found in other tennis clubhouses (locker rooms, pro shop, and reservations desk). New landscaping will include patios and gardens for socializing and watching matches. For these reasons, the newly upgraded tennis center will require its own electric service.

In its May 18, 2018 e-mail, PG&E advised the City that it would require the City to proceed with a primary service level connection and primary service level switchgear. The WDT provides no justification for such a requirement. The

**London Breed**
Mayor

**Ike Kwon**
President

**Vince Courtney**
Vice President

**Ann Moller Caen**
Commissioner

**Francesca Vietor**
Commissioner

**Anson Moran**
Commissioner

**Harlan L. Kelly, Jr.**
General Manager

**OUR MISSION:** To provide our customers with high-quality, efficient and reliable water, power and sewer services in a manner that values environmental and community interests and sustains the resources entrusted to our care.



requested reserved capacity for this site is 100 kW. For retail customers, PG&E only requires primary service for loads with a reserved capacity of at least 3MW, which is thirty times larger than the project at issue here. There are no technical, reliability, or safety reasons to require primary service. The City continues to believe that under the WDT, secondary service is the appropriate service type for this point of delivery. Furthermore, Appendix F of PG&E's WDT Interconnection Agreement discusses and illustrates acceptable, common primary and secondary service scenarios. Scenario 2 – Primary Plus matches the configuration the City requested.

We inspected the site and determined there is insufficient space on the property to install primary switchgear. The tennis courts and clubhouse are within Golden Gate Park and expanding the site to accommodate primary switchgear would trigger an Environmental Impact Report that would cost around $1 million and at least a year delay to the project. The San Francisco Planning Department has identified the area adjacent to the tennis courts as having historical significance. Any changes to this part of Golden Gate Park would violate the City's General Plan.

Due to the importance of the planned renovations to the community, the City proposes the configuration described below and as shown in the attached Figure 1. The City has agreed to install an interrupter. While we do not agree that an interrupter is necessary for intervening facility requirements under the WDT, San Francisco is willing to install one to move this project forward in a timely manner.

**PG&E Owned:**
- Conductor from PG&E Service Point to Interrupter
- Secondary Meter

**City Owned:**
- Interrupter
- Conductor from Interrupter to Transformer
- Transformer
- Conductor from Transformer to Main Switchgear
- Switchgear
- Substructures

The City requests PG&E's cooperation to ensure timely progress on this important project.

If you have any questions concerning this letter, you can contact me at kapearson@sfwater.org or (415) 551-4378.

Sincerely,

Karen Pearson

Karen Pearson, P.E.
Senior Electrical Engineer

Attachment: Figure 1

cc: Pam Husing, Ruth Huang, & Grace Tang (SFPUC)



FIGURE 1 - PROPOSED SECONDARY METERING CONFIGURATION