# Exhibit "C"

# HETCH HETCHY POWER AND YOUR PROJECT
# TYPICAL PRIMARY SWITCHGEAR LAYOUT



**TYPICAL SPACE REQUIRED:**
30' x 24' x 15'
(720 square feet)

## Where can switchgear be sited?

**NO:**
- In a below-grade vault
- On a roof

**YES:**
- In a dedicated electrical room
- In a basement or parking garage
- In an open space on the property

**REQUIREMENTS**
- Within the property
- As close as possible to the property line
- Easily accessible by utility personel

San Francisco
Water Power Sewer
Services of the San Francisco Public Utilities Commission

Case: 19-30088    Doc# 1537-3    Filed: 04/18/19    Entered: 04/18/19 08:12:56    Page 2 of 2