# Exhibit "E"

SFGATE  https://www.sfgate.com/bayarea/article/SF-s-newest-Navigation-Center-open-in-Dogpatch-11171369.php

# SF's newest Navigation Center opens in Dogpatch neighborhood

By **Kevin Fagan**   Updated 4:30 pm PDT, Wednesday, May 24, 2017



**IMAGE 1 OF 3**                                                                                                           Buy Photo

Russell Bradford, Providence Foundation driver, looks into different rooms as he tours the Dogpatch Navigation Center on Wednesday, May 23, 2017 in San Francisco, Calif. "This is nice. It's a good incentive to ... more

      **Anita Robertson** says she's long wanted to move in off the street, but she had no idea how to get there. On Wednesday, as she sat under the blue tarp she was using as a shelter just off Third Street south of AT&T Park, she felt a glimmer of hope.

The city's third **Navigation Center** one-stop homeless shelter opened that morning just down the waterfront from where she sat, and Robertson, 32, wants in. She said she's camped along the city's eastern edge "for a long time" and always reckoned her Labrador-mix dog, Bad Boy, made it impossible for her to get a shelter bed — but that's where the Navigation Center is different.

RECOMMENDED VIDEO

Like its two counterparts, the new center at the east end of 25th Street in the rapidly growing Dogpatch neighborhood takes in chronically homeless people with their dogs, partners, giant piles of duffel bags and whatever else they want to bring along. That's a radical difference from typical shelters, where those things have to be left behind.



Photo: Lea Suzuki, The Chronicle

Mayor Ed Lee listens as Jeff Kositsky, Department of Homelessness & Supportive Housing director, speaks during the opening of the Dogpatch Navigation Center on Wednesday, May 23, 2017 in San Francisco, Calif.

"I heard this thing was opening up near here, and I've been hoping someone would come by and talk to me about how to get in," Robertson said. "It's always been like, 'If my dog can't go, I can't go,' but this sounds different.

"I just want to be inside again. I hope they can help."

The new Navigation Center's opening day was really just a chance for Mayor **Ed Lee** and his homelessness advisers to get a good look at the finished product before its 64 beds are filled. When the center starts taking in residents Tuesday for stays of a month or more, Robertson is the kind of person officials will be aiming for.

The center sits on the bay waterfront, and with its snappy blue, green and gray color scheme, it looks more like a summer camp than a homeless shelter. It required a year and $3 million to plan and build, and will cost $1.5 million a year to run. It is made of movable wooden platforms and modular housing blocks, so it can be moved after three years — the city's goal is to minimize the long-term effects on any one neighborhood.

"I was just going to say one word, and that was 'finally' — then drop the mike and walk off," Lee told those gathered for the opening, referring to the political tussles among city leaders and residents over the past two years about when, how and whether to open new Navigation Centers.

The **Dogpatch center** is overseen by the **Department of Homelessness and Supportive Housing**, and its staff — 10 case managers and support workers, aided by other city employees — but will be run by the nonprofits Providence Foundation and **Episcopal Community Services**. Part of selling the concept of having a homeless shelter in the neighborhood was allaying local trepidations, and a resident who got on board early and enthusiastically was among the first to tour the site Tuesday.

## MORE


**SF mayor ups money for homeless as new Navigation Center opens**


**Dogpatch residents celebrate their changing SF neighborhood**


**Brighter days ahead for SF museum, shelter after power dispute**

"No neighborhood should claim special exemption from our community responsibility to help our homeless neighbors," said **Mc Allen**, 32, who helped organize fellow residents to support the center. "What you hear so often is that we can't make this kind of thing happen — but that didn't happen with this project. We need it."

City outreach counselors select who gets into a Navigation Center, and they'll look for long-term homeless people who want to trade street life for a permanent roof, whether that's moving into supportive housing or being reunited with family. The first Navigation Center opened at 16th and Mission streets two years ago, and the second opened at Market and 12th streets in June.

Case: 19-30088    Doc# 1537-5    Filed: 04/18/19    Entered: 04/18/19 08:12:56    Page 4 of 5

Three more Navigation Centers are planned over the coming year, on South Van Ness Avenue, Jessie Street and at **San Francisco General Hospital**. That will bring to 416 the total number of center beds. Combined with conventional shelters, the city will then have 2,105 temporary beds to offer street people — the first time the total will top 2,000.

San Francisco's last official street count, taken in 2015, listed 3,500 people who had no temporary beds, jail cells or other shelter among the total of 6,700 people in various forms of homelessness. Among those without shelter, 1,700 were chronically homeless, meaning they'd been on the street a year or more and struggled with substance abuse or other difficulties.

*Kevin Fagan is a San Francisco Chronicle staff writer. Email: kfagan@sfchronicle.com*

© 2019 Hearst Communications, Inc.

HEARST