# Exhibit "J"



**Jess Brown**
*Director, San Francisco Division*

77 Beale Street
San Francisco, CA 94105

Mailing Address:
2180 Harrison Street
Room 321
San Francisco, CA 94110

February 14, 2019

San Francisco Board of Supervisors
Attn: Public Safety and Neighborhood Services Committee
1 Dr. Carlton B. Goodlett Place, Room 263
San Francisco, CA 94102-4689

Dear Supervisors:

Thank you for your invitation to participate at the Hearing on City Project Access to City-Owned Clean, Affordable Power scheduled for February 14. We write to advise you that PG&E will not be able to participate because the subject matter of the scheduled hearing is the subject of pending litigation recently initiated by San Francisco against PG&E.

As you are aware, on January 28, 2019, the San Francisco City Attorney filed a complaint against PG&E at the Federal Energy Regulatory Commission (FERC) challenging PG&E's interconnection practices under PG&E's Wholesale Distribution Tariff. In support of its complaint, the City Attorney attached a declaration from Barbara Hale that cites, relies upon and attaches the November 2018 San Francisco Public Utilities Commission's Quarterly Report to the Board of Supervisors on the Status of Applications to PG&E for Electric Service. It is our understanding that the November 2018 report will be presented to your committee by the SFPUC and will be a primary subject of the scheduled hearing on February 14.

As a result, we hope you can appreciate the fact that this committee hearing is not the proper forum for PG&E to respond substantively to deny the City's allegations. Instead, PG&E will respond to the concerns raised by the City's complaint at FERC, where the dispute will ultimately be adjudicated.

In the meantime, we assure you that PG&E takes the concerns raised by the City's complaint seriously and we are committed to continue working closely with the City and the SFPUC to find common ground and to work through our disputes. We both share the common goal of continuing to serve the citizens of San Francisco, clean, affordable, and reliable energy.

Sincerely,

Jess Brown
Director, San Francisco Division
Pacific Gas and Electric Company