# Mapes Declaration

# Exhibit "B" – Part 5




# ATTACHMENT B – MAP OF INTERCONNECTION ISSUES

San Francisco Water Power Sewer

Services of the San Francisco Public Utilities Commission

AS OF OCTOBER 2018

Renovations or upgrades to any of these service points could trigger service disputes and delays.

HOUSING | INFRASTRUCTURE | HEALTH | INSTITUTION | RECREATION | SFPUC METERED SERVICE POINT

Case: 19-30088 Doc# 1538-6 Filed: 04/18/19 Entered: 04/18/19 08:20:57 Page 2 of 2