# Exhibit "C"

UNITED STATES OF AMERICA
BEFORE THE
FEDERAL ENERGY REGULATORY COMMISSION


| | | |
|---|---|---|
| City and County of San Francisco | ) | Docket No. EL19-38-000 |
| | ) | |
| v. | ) | |
| | ) | |
| Pacific Gas and Electric Company | ) | |

## NOTICE OF BANKRUPTCY FILING AND IMPOSITION OF AUTOMATIC STAY

**PLEASE TAKE NOTICE** that on January 29, 2019, (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company ("**PG&E**"), as debtors and debtors in possession (collectively, the "**Debtors**"), each commenced a voluntary case (the "**Chapter 11 Cases**") under chapter 11 of title 11 of the United States Code (11 U.S.C. § 101 *et seq.*) (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**"). The Chapter 11 Cases are being jointly administered under Case No. 19-30088 (DM).

**PLEASE BE ADVISED** that pursuant to section 362(a) of the Bankruptcy Code (the "**Automatic Stay**"), the filing of a bankruptcy petition "operates as a stay, applicable to all entities," of, among other things "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [the Bankruptcy Code], or to recover a claim against the debtor that arose before the commencement of the [bankruptcy] case" and "any act to obtain possession of property of the estate or of

property from the estate or to exercise control over property of the estate."  11 U.S.C. § 362(a)(1), (3).  Accordingly, the above-captioned matter, which was filed with the Federal Energy Regulatory Commission ("Commission") on January 28, 2019 by the City and County of San Francisco ("CCSF") has been automatically stayed pursuant to section 362(a) of the Bankruptcy Code.  As a result, PG&E is not submitting its Answer to the CCSF Complaint at this time.

**PLEASE BE FURTHER ADVISED** that any action taken against the Debtors without obtaining, from the Bankruptcy Court, relief from the Automatic Stay is void *ab initio* and may result in a finding of contempt for violation of the Automatic Stay.  In the event the Automatic Stay is lifted, PG&E reserves its right, to respond formally to deny the allegations of the Complaint filed by CCSF and to deny that it has been administering its Wholesale Distribution Tariff in a manner that is unjust, unreasonable, or unduly discriminatory; and the Debtors further reserve and retain their statutory right to seek relief in the Bankruptcy Court from any action by CCSF or any judgment, order, or ruling entered by the Commission in violation of the Automatic Stay.

In the event the Commission or CCSF has questions regarding the Chapter 11 Cases, please contact counsel for the Debtors:

> WEIL, GOTSHAL & MANGES LLP
> Stephen Karotkin (stephen.karotkin@weil.com)
> Jessica Liou (jessica.liou@weil.com)
> Matthew Goren (matthew.goren@weil.com)
> Kevin Bostel (kevin.bostel@weil.com)
> 767 Fifth Avenue
> New York, NY 10153-0119
> Tel: 212 310 8000
>
> -and-

-2-

Case: 19-30088    Doc# 1538-9    Filed: 04/18/19    Entered: 04/18/19 08:20:57    Page 3 of 5

KELLER & BENVENUTTI LLP
Tobias S. Keller (tkeller@kellerbenvenutti.com)
Jane Kim (jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723

Dated: February 19, 2019

By: */s/ Joshua S Levenberg*
Joshua S Levenberg
Mark Patrizio

Pacific Gas and Electric Company
77 Beale Street, Mail Code B30A
San Francisco, CA 94105
(415) 973-5970
Joshua.Levenberg@pge.com
Mark.Patrizio@pge.com

Attorneys for
Pacific Gas and Electric Company

# CERTIFICATE OF SERVICE

I hereby certify that I have on this day caused a copy of the foregoing document to be served upon all parties designated on the official service list in this proceeding in accordance with the requirements of Rule 2010 of the Commission's Rules of Practice and Procedure.

Dated at San Francisco, California, this 19th day of February, 2019.

/s/ Joanne M. Myers

Joanne M. Myers
Joanne.Myers@pge.com

Pacific Gas and Electric Company
77 Beale Street, Room 2393, B23A
San Francisco, CA 94105
(415) 973–3397