UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: PG&E CORPORATION, and
PACIFIC GAS & ELECTRIC COMPANY

Debtor(s)

Bankruptcy No.: 19-30088-DM
R.S. No.:
Hearing Date: 05/09/2019
Time: 9:30 am

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 01/29/2019    Chapter: 11
    Prior hearings on this obligation: None    Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

    Secured Creditor [ ] or lessor [ ]
    Fair market value:      $_____        Source of value: _____
    Contract Balance:       $_____        Pre-Petition Default:   $_____
    Monthly Payment:        $_____        No. of months: _____
    Insurance Advance:      $_____        Post-Petition Default:  $_____
                                           No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

    Fair market value: $_____    Source of value: _____    If appraisal, date: _____

    Moving Party's position (first trust deed, second, abstract, etc.):

    Approx. Bal.            $_____        Pre-Petition Default:   $_____
    As of (date): _____                   No. of months: _____
    Mo. payment:            $_____        Post-Petition Default:  $_____
    Notice of Default (date): _____       No. of months: _____
    Notice of Trustee's Sale: _____       Advances Senior Liens:  $_____

    Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: _____ | $_____ | $_____ | $_____ |
| 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
| _____ : | | | |
| _____ : | | | |
| _____ : | | | |
| (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information: The City and County of San Francisco seeks determination that the automatic stay does not apply to Federal Energy Regulatory Commission ("FERC") proceedings currently pending or in the alternative that the stay should be lifted to allow the FERC regulatory proceedings to continue.

04/18/2019

_Signature_
Edward Tredinnick
Print or Type Name

Attorney for City and County of San Francisco

CANB Documents Northern District of California