UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>- and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Robert J. Rubel, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On April 15, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and of Deadlines Related to Restriction and Redaction, attached hereto as **Exhibit B**

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 18th day of April 2019, at New York, NY.

_Robert J. Rubel_
Robert J. Rubel

SRF 32313

# **Exhibit A**

Exhibit A
Notice Parties Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| DLA Piper LLP | Attn: ERIC D. GOLDBERG, ESQ. | 2000 Avenue of the Stars | Suite 400 North Tower | Los Angeles | CA | 90067-4735 |
| Kelley Drye & Warren LLP | Attn: BENJAMIN D. FEDER, ESQ. | 101 Park Avenue | | New York | NY | 10178-0062 |
| Milbank LLP | Attn: ANDREW LEBLANC, ESQ. | 1850 K Street Northwest, Suite 1100 | | Washington | DC | 20006-2236 |
| Nixon Peabody LLP | Attn: RICHARD PEDONE, ESQ. | 53 State Street | | Boston | MA | 02109-2820 |
| Paul, Weiss, Rifkind, Wharton & Garrison | Attn: BRIAN S. HERMANN, ESQ. | 1285 Avenue of the Americas | | New York | NY | 10019-6031 |
| Paul, Weiss, Rifkind, Wharton & Garrison | Attn: ALAN KORNBERG, ESQ. | 1285 Avenue of the Americas | | New York | NY | 10019-6031 |
| Stroock & Stroock & Lavan, LLP | Attn: FRANK MEROLA, ESQ. | 2029 Century Park East | | Los Angeles | CA | 90067-3086 |
| Troutman Sanders LLP | Attn: Harris B. Winsberg | 600 Peachtree St., NE, #3000 | | Atlanta | GA | 30308-2216 |
| U.S. Department of Justice | Attn: Matthew Troy | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 |
| Wagner, Jones, Kopfman & Artenian LLP | Attn: NICHOLAS JP. WAGNER, ESQ. | 1111 East Herndon Avenue Suite 317 | | Fresno | CA | 93720-3100 |
| Weil, Gotshal & Manges LLP | Attn: THEODORE TSEKARIDES, ESQ. | 757 Fifth Avenue | | New York | NY | 10153-0002 |

In re: PG&E Corporation, *et al.*
Case No. 19-30088 (DM)

Page 1 of 1

# Exhibit B

Form TRANSAP

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re:<br>PG&E Corporation<br>Debtor(s) | Case No.: 19–30088<br>Chapter: 11 |
| Plaintiff(s)<br>PG&E Corporation<br><br>vs.<br><br>Federal Energy Regulatory Commission<br>Defendant(s) | Adversary Proceeding No. 19–03003 |

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on April 10, 2019 was filed on Thursday, April 11, 2019. The following deadlines apply:

The parties have Thursday, April 18, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Thursday, May 2, 2019.

If a request for redaction is filed, the redacted transcript is due Monday, May 13, 2019.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Wednesday, July 10, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 4/17/19

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court