Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, NY 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

*and*

Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Proposed Counsel for the Official Committee*
*of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and – | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **CORRECTED** NOTICE OF HEARING ON APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AUTHORITY TO RETAIN AND EMPLOY AXIOM ADVISORS AS GOVERNMENT AFFAIRS CONSULTANT, EFFECTIVE AS OF MARCH 15, 2019 |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Date:  May 8, 2019<br>Time:  9:30 a.m. (Pacific Time)<br>Place:  United States Bankruptcy Court<br>  Courtroom 17, 16th Floor<br>  450 Golden Gate Avenue<br>  San Francisco, CA 94102<br>**Objection Deadline:**  May 1, 2019<br>  4:00 p.m. (Pacific Time) |

**Milbank LLP**
55 Hudson Yards
New York, NY 10001-2163

**PLEASE TAKE NOTICE** that on April 17, 2019, the Official Committee of Unsecured Creditors (the "**Committee**") appointed in the jointly administered chapter 11 cases (the "**Chapter 11 Cases**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**" and, together with PG&E Corp., the "**Debtors**") filed a Motion seeking the entry of an order authorizing the Committee to retain and employ Axiom Advisors ("**Axiom**") to serve as its government affairs consultant pursuant to sections 328(a) and 1103(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "**Bankruptcy Code**") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and other related relief as the Court may deem appropriate.

**PLEASE TAKE FURTHER NOTICE** that any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party by **May 1, 2019, at 4:00 p.m. (Pacific Time)**; any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position; if there is no timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default.

**PLEASE TAKE FURTHER NOTICE** that in the event of a timely objection or request for hearing, the hearing date, location and time are **<u>Wednesday, May 8, 2019, at 9:30 a.m. (Pacific Time)</u>**, at the United States Bankruptcy Court, Courtroom 17, 16th Floor, San Francisco, CA 94102.

DATED: April 18, 2019                                        MILBANK LLP

                                                                          */s/ Thomas R. Kreller*
                                                                         DENNIS F. DUNNE
                                                                         SAMUEL A. KHALIL
                                                                         GREGORY A. BRAY
                                                                         THOMAS R. KRELLER

                                                                         *Proposed Counsel for the Official Committee of Unsecured Creditors*