Robert A. Julian (SBN 99469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:     628.208.6434
Facsimile:     310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:     310.442.8875
Facsimile:     310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for the Official Committee of Tort Claimants*

Signed and Filed: April 18, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING STIPULATION BETWEEN OFFICIAL COMMITTEE OF TORT CLAIMANTS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO RESPOND TO APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AUTHORITY TO RETAIN AND EMPLOY CENTERVIEW PARTNERS LLC AS INVESTMENT BANKER, EFFECTIVE AS OF FEBRUARY 15, 2019**<br>Re: Dkt. No. 1213<br><br>[No Hearing Requested] |

The Court having considered the *Stipulation Between Official Committee of Tort Claimants and Official Committee of Unsecured Creditors to Respond to Application of the Official Committee of Unsecured Creditors for Authority to Retain and Employ Centerview Partners LLC as Investment Banker, Effective as of February 15, 2019* ("Stipulation"), entered into by the Official Committee of Unsecured Creditors on the one hand, and the Official Committee of Tort Claimants (the "TCC"), on the other hand, filed on April 17, 2019; and, pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED:

1. The time for the TCC to file and serve any response or opposition to the Application of the Official Committee of Unsecured Creditors for Authority to Retain and Employ Centerview Partners LLC as Investment Banker, Effective as of February 15, 2019 is extended through 4:00 p.m. (Pacific Time) on April 19, 2019.

APPROVED AS TO FORM AND CONTENT:

Dated: April 17, 2019

MILBANK LLP

*/s/ Paul S. Aronzon*
Paul S. Aronzon

*Proposed Counsel for the Official Committee of Unsecured Creditors*

**END OF ORDER**