1 | Nora Sheriff (SBN 208956)
Buchalter
2 | 55 Second Street, Suite 1700
San Francisco, CA 94105-3493
3 | Tel: 415-227-0900
Fax: 415-227-0770
4 | Email: nsheriff@buchalter.com

5

Attorneys for the California Large Energy Consumers Association
6

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case Nos. 19-30088 DM (Lead Case) |
| | 19-30089 DM |
| PG&E CORPORATION | |
| | Chapter 11 |
| and | *Jointly Administered* |
| | |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Debtors. | |

☐ Affects PG&E Corporation

☐ Affects Pacific Gas and Electric Company

☒ Affects both Debtors

\* All papers shall be filed in the Lead Case No. 19-30088 DM.

Date:  May 8, 2019
Time:  9:30 a.m.
Place:  Courtroom 17
450 Golden Gate Avenue
San Francisco, California

DKT # 1324

OBJECTION DEADLINE: April 24, 2019

**JOINDER IN MOTION BY TURN FOR APPOINTMENT OF OFFICIAL
COMMITTEE OF RATEPAYERS PURSUANT TO 11 U.S.C. §§ 1102(a)(2), 105(a)**

1      The California Large Energy Consumers Association hereby joins in the Motion by Turn for

2 Appointment of Official Committee of Ratepayers Pursuant To 11 U.S.C. §§ 1102(a)(2), 105(a) and

3 requests that the Court order the appointment of a committee of ratepayer claimants on the grounds

4 that (1) the current official committees do not provide adequate representation of ratepayers, and (2)

5 ratepayer participation through an official committee is essential to the successful reorganization of

6 the debtors herein.

7      Nora Sheriff is/~~is not~~ willing to serve as a member of any official committee of ratepayer

8 claimants.

9 Dated: April 18, 2019                BUCHALTER, A PROFESSIONAL CORPORATION

10

11                         By: /s/ *Nora Sheriff*

12                            Nora Sheriff

13                         Attorneys for the California Large Energy
Consumers Association

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1