EDWARD J. TREDINNICK (#84033)
GREENE RADOVSKY MALONEY
    SHARE & HENNIGH LLP
Four Embarcadero Center, Suite 4000
San Francisco, California 94111-4106
Telephone:  (415) 981-1400
Facsimile:  (415) 777-4961
E-mail:  etredinnick@greeneradovsky.com

Attorneys for Creditor,
City and County of San Francisco

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case Nos.: 19-30088 DM (Lead Case) |
| PG&E CORPORATION, | |
|      -and- | Chapter 11 |
| PACIFIC GAS & ELECTRIC COMPANY, | **CERTIFICATE OF SERVICE** |
|      Debtors, | |
| ☐Affects PG&E Corporation | DATE:    May 9, 2019 |
| ☒Affects Pacific Gas and Electric Company | TIME:    9:30 am |
| ☐Affects both Debtors | PLACE:  Courtroom 17 |
| *All papers shall be filed in the Lead Case,* |          450 Golden Gate Avenue, 16th Fl. |
| *No. 19-30088 (DM)* |          San Francisco, California |
| | JUDGE:  Hon. Dennis Montali |
| | RELATED DOCKET NO: 1535 |

///

///

///

///

///

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
FOUR EMBARCADERO
CTR, SUITE 4000
SAN FRANCISCO, CA
94111

48503/0814

I, Violet Rajkumar, do declare and state as follows:

I am employed in San Francisco in the State of California. I am more than eighteen years old and not a party to this action. My business address is Greene Radovsky Maloney Share & Hennigh LLP, Four Embarcadero Center, Suite 4000, San Francisco, California 94111-4106.

1. I certify that on April 18, 2019, I caused a true and correct copy of each of the following documents to be served via e-mail on the Standard Party Email Service List attached hereto as **Exhibit A.**

**RELIEF FROM STAY COVER SHEET;**

**NOTICE OF HEARING ON MOTION BY THE CITY AND COUNTY OF SAN FRANCISCO FOR DETERMINATION THAT AUTOMATIC STAY DOES NOT APPLY UNDER §362(b)(4) OR IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY UNDER §362(d)(1);**

**MOTION BY THE CITY AND COUNTY OF SAN FRANCISCO FOR DETERMINATION THAT AUTOMATIC STAY DOES NOT APPLY UNDER §362(b)(4) OR IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY UNDER §362(d)(1) AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT;**

**DECLARATION OF BARBARA HALE IN SUPPORT OF MOTION BY THE CITY AND COUNTY OF SAN FRANCISCO FOR DETERMINATION THAT AUTOMATIC STAY DOES NOT APPLY UNDER §362(b)(4) OR IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY UNDER §362(d)(1) BY THE CITY AND COUNTY OF SAN FRANCISCO (Exhibits A-K attached)**

**DECLARATION OF KATHARINE M. MAPES IN SUPPORT OF MOTION BY THE CITY AND COUNTY OF SAN FRANCISCO FOR DETERMINATION THAT AUTOMATIC STAY DOES NOT APPLY UNDER §362(b)(4) OR IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY UNDER §362(d)(1) BY THE CITY AND COUNTY OF SAN FRANCISCO (Exhibits A-C attached)**

2. I certify that on April 18, 2019, I caused a true and correct copy of the each of the above documents to be served via First Class Mail to the parties on the Standard Parties Service List attached hereto as **Exhibit B.**

**3.** I certify that on April 18, 2019, I caused a true and correct copy of each of the above documents to be served via Email to the parties on the Core/2002 Email Service List attached hereto as **Exhibit C.**

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
FOUR EMBARCADERO
CTR, SUITE 4000
SAN FRANCISCO, CA
94111

48503/0814

1    4.    I certify that on April 18, 2019, I caused a true and correct copy of each of the above

2  documents to be served via First-Class Mail to the parties on the Core/2002 First-Class Mail Service

3  List attached hereto as **Exhibit D.**

4    I declare under penalty of perjury under the laws of the United States of America, that

5  the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

6    Executed this 18th day of April, 2019, at San Francisco, California.

7

8    _____/s/ Violet Rajkumar_____
     Violet Rajkumar

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
FOUR EMBARCADERO
CTR, SUITE 4000
SAN FRANCISCO, CA
94111

48503/0814

Case: 19-30088    Doc# 1551    Filed: 04/18/19    Entered: 04/18/19 16:38:15    Page 3 of
3