**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**STIPULATION BETWEEN DEBTORS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS EXTENDING TIME TO RESPOND TO APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 328(A) AND 1103 AND FED. R. BANKR. P. 2014(A) FOR AUTHORIZATION TO RETAIN AND EMPLOY FTI CONSULTING, INC AS FINANCIAL ADVISOR NUNC PRO TUNC TO FEBRUARY 12, 2019**<br>Re: Dkt. No. 1212<br><br>[No Hearing Requested] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

This stipulation and agreement for order ("**Stipulation and Agreement for Order**") is entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), on the one hand, and the Official Committee of Unsecured Creditors (the "**Creditors Committee**"), on the other. The Debtors and the Creditors Committee are referred to in this Stipulation and Agreement for Order collectively as the "**Parties**," and each as a "**Party**." The Parties hereby stipulate and agree as follows:

**RECITALS**

A. On April 3, 2019, the Creditors Committee filed the *Application of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 and Fed. R. Bankr. P. 2014(a) for Authorization to Retain and Employ FTI Consulting, Inc as Financial Advisor Nunc Pro Tunc to February 12, 2019* [Dkt. No. 1212] (the "**UCC's FTI Retention Application**"), which is set for a hearing before the Court at 9:30 a.m. on April 24, 2019. Any response or opposition to the UCC's FTI Retention Application is due by 4:00 p.m. (Pacific Time) on April 17, 2019.

B. Counsel for the Debtors has requested, and proposed counsel for the Creditors Committee has agreed, that the time for the Debtors to respond to the UCC's FTI Retention Application be extended.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. The time for the Debtors to file and serve any response or opposition to the UCC's FTI Retention Application is extended through 4:00 p.m. (Pacific Time) on April 19, 2019.

[*Signatures on next page*]

Dated: April 17, 2019

KELLER & BENVENUTTI LLP

/s/ *Jane Kim*
Jane Kim

*Attorneys for Debtors
and Debtors in Possession*

Dated: April 17, 2019

MILBANK LLP

/s/ *Thomas R. Kreller*
Thomas R. Kreller

*Proposed Attorneys for Official Committee
of Unsecured Creditors*