LEONIDOU & ROSIN
Professional Corporation
A. Robert Rosin (SBN 115245)
arrosin@alr-law.com
Gregory S. Gerson (SBN 318795)
ggerson@alr-law.com
777 Cuesta Drive, Suite 200
Mountain View, CA 94040
Telephone: (650) 691-2888

Attorneys for Creditor
GOODFELLOW BROS. CALIFORNIA, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>          Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |

**GOODFELLOW BROS. CALIFORNIA, LLC'S
NOTICE OF PERFECTION OF LIEN
(11 USC §§ 546 and 362)**

TO THE CLERK OF THE BANKRUPTCY COURT, THE DEBTORS, AND ALL OTHER INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:

You are hereby notified that Goodfellow Bros. California, LLC (hereinafter "Goodfellow") hereby perfects and continues to perfect, under 11 United States Code Sections 546(b) and 362(b)(3), its mechanic's lien in the principal amount, after deducting all credits and offsets, of $23,833.84, for labor, equipment, material, and services provided by Goodfellow, generally described as earthwork, demolition, utilities, and site concrete incorporated in and constituting improvements to the real property commonly known as 4940 Allison Parkway,

1

Vacaville, California 95688 (aka PG&E VCOC – Building 4), APN #0133-330-300. The purported owner of the property in question is Pacific Gas and Electric Company, 77 Beale Street, San Francisco, California 94105 and P.O. Box 997300, Sacramento, California 95899. Goodfellow furnished the above-described labor, equipment, materials and services at the special instance and request of, and pursuant to a contract with, Turner Construction Company, 1211 H Street, Sacramento, California 95814. This Notice constitutes the legal equivalent of having recorded a mechanic's lien and then having commenced a suit to foreclose upon the mechanic's lien. A true and correct copy of Goodfellow's mechanic's lien is attached hereto as **Exhibit A**.

You are further notified that Goodfellow intends to enforce the lien to the fullest extent allowed by bankruptcy law and California law. This pleading does not constitute an admission as to the necessity of any such seizure or commencement.

Dated: April 19, 2019
LEONIDOU & ROSIN
Professional Corporation


By_____/s/ A. Robert Rosin_____
A. Robert Rosin
Attorneys for Goodfellow Bros. California, LLC

2
**GOODFELLOW BROS. CALIFORNIA, LLC'S NOTICE OF PERFECTION OF LIEN**
U.S. Dist. Bankr. N.D. Cal. Case Nos. 19-30088 and 19-30089 (DM)
S:\ALRDOCS\30526\1\00228039.DOCX

Case: 19-30088    Doc# 1554    Filed: 04/19/19    Entered: 04/19/19 09:39:58    Page 2 of 6

# EXHIBIT A

Recording requested by:

Amy Hunger, Attorney-in-Fact
GOODFELLOW BROS. CALIFORNIA, LLC FKA
GOODFELLOW TOP GRADE CONSTRUCTION, LLC
50 CONTRACTORS ST.
LIVERMORE, CA 94551

201900009361     2/21/2019

When recorded, mail to:

Amy Hunger, Attorney-in-Fact
GOODFELLOW BROS. CALIFORNIA, LLC FKA
GOODFELLOW TOP GRADE CONSTRUCTION, LLC
c/o P. O. Box 241566
Cleveland, OH 44124

## MECHANIC'S LIEN
(Pursuant to California Civil Code §8400 et. sec.)

The undersigned, GOODFELLOW BROS. CALIFORNIA, LLC FKA GOODFELLOW TOP GRADE CONSTRUCTION, LLC, referred to in this Claim of Lien as the Claimant, whose address is 50 CONTRACTORS ST., LIVERMORE, CA 94551, claims a Mechanic's Lien for the labor, services, equipment, and/or materials described below, furnished for a work of improvement upon that certain property located in SOLANO County, California, and commonly referred to as: PG&E VCOC - BUILDING 4 CONSTRUCTION, 4940 ALLISON PARKWAY, VACAVILLE, CA 95688, APN#: 0133-330-300.

After deducting all just credits and offsets, the sum of $23,833.84, together with interest thereon at the legal rate from 02/08/2018, is due Claimant for the following labor, services, equipment and/or materials furnished by Claimant: EARTHWORK, DEMO, UTILITIES, SITE CONCRETE.

The name of the entity by whom Claimant was employed, or to whom Claimant furnished the labor, services, equipment and/or materials is TURNER CONSTRUCTION COMPANY. The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are: PACIFIC GAS AND ELECTRIC COMPANY, PO BOX 997300, SACRAMENTO, CA 95899 and C/O LINDA Y.H. CHENG 77 BEALE STREET, 24TH FLOOR, SAN FRANCISCO, CA 94105 and PO BOX 770000, SAN FRANCISCO, CA 94177.

Dated: 2-8-19

Name of Claimant: GOODFELLOW BROS. CALIFORNIA, LLC FKA GOODFELLOW TOP GRADE CONSTRUCTION, LLC

*Amy Hunger*

Amy Hunger, Attorney-in-Fact
GOODFELLOW BROS. CALIFORNIA, LLC FKA
GOODFELLOW TOP GRADE CONSTRUCTION, LLC
UNDER POA DATED 2-5-2019

## VERIFICATION

I, the undersigned, declare: I am the claimant or authorized agent of the claimant, of the foregoing Mechanic's Lien; I have read said claim of mechanic's lien and know the contents thereof to be true of my own knowledge. I declare under penalty of perjury under the Laws of the State of Ohio that the foregoing is true and correct.

Executed at Highland Heights, Ohio this 8th day of February, 2019.

_____
Amy Hunger, Attorney-in-Fact
GOODFELLOW BROS. CALIFORNIA, LLC FKA
GOODFELLOW TOP GRADE CONSTRUCTION, LLC
UNDER POA DATED 2-5-2019

## NOTICE OF MECHANIC'S LIEN
## ATTENTION!

Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.

The party identified in the enclosed mechanic's lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanic's lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.**

## PROOF OF SERVICE AFFIDAVIT
California Civil Code section 8416(a)(7) and (c)(1)

### AFFIDAVIT FOR SERVICE ON THE OWNER:
California Civil Code Section 8416(a)(7) and (c)(1)

I, BECKY KROFCHECK, declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by certified mail, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Name and title of the person served: PACIFIC GAS AND ELECTRIC COMPANY
Service address: PO BOX 997300, SACRAMENTO, CA 95899

Name and title of the person served: PACIFIC GAS AND ELECTRIC COMPANY
Service address: C/O LINDA Y.H. CHENG 77 BEALE STREET, 24TH FLOOR, SAN FRANCISCO, CA 94105

Name and title of the person served: PACIFIC GAS AND ELECTRIC COMPANY
Service address: PO BOX 770000, SAN FRANCISCO, CA 94177

Said service address is the owner's residence, place of business or address shown by the building permit on file with the permitting authority for the work.

Executed on 2/11/19 at Highland Heights, Ohio.

By: _____
BECKY KROFCHECK

(Ref. Our file L893613)