# EXHIBIT A

# EXHIBIT A

| EXHIBIT NO. | APN# /ADDRESS | LIEN AMOUNT | DATE LIEN RECORDED / DOCUMENT NO. | REVISED LIEN RECORDED / DOCUMENT NO. (IF APPLICABLE) |
|---|---|---|---|---|
| 1 | WEST SIDE OF COFFEE ROAD FROM NORRIS ROAD TO ROSEDALE HWY 58 | $37,917.71 | 1/28/2019 219009203 | |
| 2 | 9105 CA-12 KENWOOD, CA 95452 | $96,657.69 | 1/22/2019 2019004221 | |
| 3 | CA-12 & OAKMONT DR SANTA ROSA, CA 95409 | $370,142.71 | 1/28/2019 2019007353 | Michels is in the process of filing a partial release and a revised lien in the amount of $360,142.71 |
| 4 | 5000 COMMERCE BLVD ROHNERT PARK, CA 94928 | $387,690.71 | 1/28/2019 2019007352 | |
| 5 | 3900 HESSEL RD SEBASTOPOL, CA 95472 | $45,073.97 | 1/28/2019 2019007351 | |
| 6 | 2200 PEABODY ROAD VACAVILLE, CA 95687 | $13,961.54 | 1/28/2019 #201900004837 | |
| 7 | 508 ELMIRA ROAD VACAVILLE, CA 95687 | $37,307.25 | 1/28/2019 #201900004840 | Michels is in the process of filing a partial release and a revised lien in the amount of $37,305.25 |
| 8 | 3059 CATTEY LN RIO VISTA, CA 94571 | $1,235,000.00 | 1/28/2019 #201900004838 | |
| 9 | 6718 BYRNES ROAD VACAVILLE, CA 95687 | $13,961.54 | 1/28/2019 #201900004839 | |
| 10 | 4601 BERNICE AVE MARYSVILLE, CA 95901 (SUTTER COUNTY) | $190,741.12 | 1/28/2019 2019-0001019 | 3/7/2019 2019-002701 |
| 11 | CA-36 & WHITE ROCK PLATINA, CA 96076 | $599,837.10 | 1/28/2019 #2019-0002360 | |
| 12 | PG&E WAVERLY STATION 2300 WAVERLY AVE REDDING, CA 96001 | $1,222,760.21 | 1/28/2019 2019-0002358 | |
| 13 | APN# 129-170-05-06-07 4 MILES ALONG W BACON STOCKTON, CA | $74,183.17 | 1/28/2019 #2019-009250 | |
| 14 | 1827 E. 8 MILE RD LODI, CA 95242 | $427,794.86 | 1/28/2019 2019-009252 | |
| 15 | APN# 011-140-11 20200 THORNTON ROAD, LODI, CA 95242 | $120,457.20 | 1/28/2019 2019-009253 | |
| 16 | AGNEW ROAD, 2nd Street LAKESHORE & ALCADE, GIANERA STREET, BURTON AVE., MONTAGUE EXPRESSWAY WYATT DRIVE CA HWY. 101 SANTA CLARA, CA | $789,100.53 | 1/28/2019 #24104213 | |
| 17 | APN# 119-0230-042-0000 9431 RIVER ROAD SACRAMENTO, CA 95832 | $53,985.89 | 1/28/2019 #201901280791 | |
| 18 | 209-059-003-000 7937 LICHEN DR CITRUS HEIGHTS, CA 95621 | $438,635.97 | 1/28/2019 201901280794 | |
| 19 | 500 S/O MADISON AVE & ROSEVILLE RD. NORTH HIGHLANDS, CA 95660 | $43,093.89 | 1/28/2019 #201901280806 | |
| 20 | 050-0274-010-0000 6160 FLORIN ROAD SACRAMENTO, CA 95823 | $44,999.40 | 1/28/2019 #201901280801 | |
| 21 | 114 U ST SACRAMENTO, CA 95811 | $680,571.57 | 1/28/2019 201901280810 | |

# EXHIBIT A

| EXHIBIT NO. | APN# /ADDRESS | LIEN AMOUNT | DATE LIEN RECORDED / DOCUMENT NO. | REVISED LIEN RECORDED / DOCUMENT NO. (IF APPLICABLE) |
|---|---|---|---|---|
| 22 | 220-0370-037-0000<br>4141 PALM AVE<br>SACRAMENTO, CA 95842 | $381,747.58 | 1/28/2019<br>201901280823 | |
| 23 | 17444 PENN VALLEY DR<br>PENN VALLEY, CA 95946 | $619,743.18 | 1/28/2019<br>20190001739 | |
| 24 | 15000 MOUNTAIN HOUSE RD<br>HOPLAND, CA 95449 | $77,534.72 | $423,196.11<br>(Orig. amt)<br>1/28/2019<br>2019-01124 | 3/7/2019<br>2019-02497 |
| 25 | 9100 FOOTHILLS BLVD<br>ROSEVILLE, CA 95747 | $98,837.80 | 1/28/2019<br>2019-0004786 | |
| 26 | AGUILAR RD & ROCKLIN RD<br>ROCKLIN, CA 95677 | $151,229.74 | 1/28/2019<br>2019-0004784 | |
| 27 | NEAR 765 ELVEE DR<br>NORTH AND SOUTH SIDE OF BRIDGE<br>SALINAS, CA | $300,013.16 | 1/28/2019<br>2019003258 | |
| 28 | 7506 COUNTY ROAD 46<br>WILLOWS, CA 95988 | $25,488.83 | 1/23/2019<br>2019-0302 | |
| 29 | 1323 FERNBRIDGE DR<br>FORTUNA, CA 95540 | $85,282.26 | $98,583.75<br>(Orig. amt.)<br>1/28/2019<br>2019-001429 | 3/7/2019<br>2019-004106 |
| 30 | GRIMES-ARBUCKLE ROAD<br>ARBUCKLE STATION<br>ARBUCKLE, CA 95912 | $13,961.54 | 1/28/2019<br>2019-0000254 | |
| 31 | 037-050-005<br>361 SANDY LANE<br>OAKLEY, CA 94561 | $13,961.54 | 1/28/2019<br>20190011421 | |
| 32 | 021-050-020-000<br>913 FRENZEN ROAD<br>ARBUCKLE, CA 95912 | $69,125.58 | 1/28/2019<br>2019-0000253 | |
| 33 | ALONG PG&E'S SMYRNA-SEMITROPIC-MIDWAY 115KV ELECTRIC | $2,294,021.83 | 3/7/2019<br>219025529 | Michels is in the process of filing a partial release and a revised lien in the amount of $1,755,347.40 |
| 34 | SEMITROPIC SUBSTATION | $146,711.52 | 3/7/2019<br>219025528 | |
| 35 | 1800 MARSH CREEK ROAD BRENTWOOD, CA 94513 | $516,790.37 | 3/1/2019<br>20190028363 | |
| 36 | MCDONALD ISLAND<br>STOCKTON, CA | $880,071.74 | 3/1/2019<br>2019-021480 | Michels is in the process of filing a partial release and a revised line in the amount of $860,357.13 |
| 37 | HWY 46 SOUTHWEST CORNER | $414,004.61 | 1/28/2019<br>219009205 | |