# EXHIBIT B

Exhibit B Page 7

# EXHIBIT 1

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address):
Christopher Dombrowick)

Michels Corporation

817 Main Street

Brownsville, WI 53006

**Jon Lifquist, Assessor – Recorder**
**Kern County Official Records**

RODRIGUS
1/28/2019
9:41 AM

Recorded at the request of
**Public**

DOC#:  **219009203**

| Stat Types: 1 | Pages: **3** |
| --- | --- |

| Fees | 29.00 |
| Taxes | 0.00 |
| Others | 78.00 |
| PAID | $107.00 |

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1.    Michels Power, a Division of Michels Corporation          ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Kern          , State of California, and more particularly described as (address and/or sufficient description): along west side of Coffee Road from Norris Rd to Rosedale Hwy 58 in Bakersfield, CA

2.    After deducting all just credits and offsets, the sum of  $37,917.71          , together with interest at the rate of 10%    per annum from 11/18/2018          (date when balance became due), is due claimant for the following labor, materials, services, or equipment: installing poles, replacing insulators, reinforcing structures, installing top cage extension, installing matting and replacing conductor for PG&E's Project 74011222, CWA 10173

3.    Claimant furnished the labor or services or equipment or materials, at the request of _____ Pacific Gas and Electric Company (PG&E)                    (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.    The name and address of the owner or reputed owner of the real property is/are: Pacific Gas and Electric Company (PG&E), 77 Beale Street, San Francisco, CA 94105

5.    Claimant's address is: Michels Corporation, 817 Main Street, Brownsville, WI 53006          .

Dated 01/23/2019

Michels Power, a Division of Michels Corporation          (Signature)

## VERIFICATION

   I, Jerrod Henschel          am the  Senior Group Vice President          ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Dated 01/23/19          

(Signature)

**NOTICE OF MECHANICS LIEN CLAIM**
**ATTENTION!**

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

**PROOF OF SERVICE AFFIDAVIT**
**California Civil Code section 8416**

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

**PROOF OF SERVICE AFFIDAVIT (ON OWNER)**
**California Civil Code section 8416(a)(7) and (c)(1)**

I, Crystal McCarey _____ (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed to the owner(s) or reputed owner(s) of the property:

Company/Person Served: Pacific Gas and Electric Company (PG&E) _____

Title or capacity of person served (if appropriate): _____

Service address: 77 Beale Street, San Francisco, CA 94105 _____

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on January 25, 20 19 (date) at Los Angeles (city), Los Angeles (county), California.

By: _____ (Signature of person making service)

**ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)**

**California Civil Code Section 8416(a)(7) and (c)(2)**

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c)(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on _____, 20 _____ (date) at _____ (city), _____ (county), California.

By: _____ (Signature of person making service)

# EXHIBIT 2

Exhibit B Page 12

**2019004221**

Official Records Of Sonoma County
Deva Marie Proto

01/22/2019 12:50 PM
Fee: $ 95.00 3 Pages

**CONFORMED COPY**
Not Compared with Original

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address):
Christopher Dombrowicki

Michels Corporation

817 Main Street

Brownsville WI 53006

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2)
   ☐ recorded concurrently "in connection with" transfer subject to DTT
☐ recorded concurrently "in connection with" a transfer of
   residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
   ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1.    Michels Pipeline, a division of Michels Corporation    ("claimant") claims a mechanics lien for the labor

or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real

property located in the County of Sonoma    , State of California, and more particularly described

as (address and/or sufficient description): 9105 CA-12, Kenwood, CA 95452

2.    After deducting all just credits and offsets, the sum of $96,657.69    , together with interest at the

rate of 10%   per annum from 10/22/2018   (date when balance became due), is due claimant for the

following labor, materials, services, or equipment: Installation of 2" plastic gas pipeline, removal of existing

High Pressure Regulators, and installation of service pipelines to provide gas products to PG&E's

customer(s) for PG&E's Project ID: DI-HPR-01089

3.    Claimant furnished the labor or services or equipment or materials, at the request of

Pacific Gas and Electric Company (PG&E)    (employer, person, or entity to whom

labor, materials, services, or equipment were furnished).

4.    The name and address of the owner or reputed owner of the real property is/are:

Pacific Gas and Electric Company (PG&E), 77 Beale Street, San Francisco CA 94105

5.    Claimant's address is: Michels Corporation, 817 Main Street, Brownsville, WI 53006

Dated 01/18/2019

(Signature)

## VERIFICATION

I, Ben Nelson    , am the Vice President    ("owner,"

"president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to

make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the

claim of mechanics lien to be true of my own knowledge.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1/18/19

(Signature)

Exhibit B Page 13

# EXHIBIT 3

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address):
Christopher Dombrowicki

Michels Corporation

817 Main Street

Brownsville, WI 53006

**2019007353**

Official Records Of Sonoma County
Deva Marie Proto

01/28/2019 01:27 PM
Fee: $ 95.00 3 Pages

**CONFORMED COPY**
Not Compared with Original

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached    ☐ Not related to real property

1.    Michels Pipeline a division of Michels Corporation        ("claimant") claims a mechanics lien for the labor
or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real
property located in the County of Sonoma                       , State of California, and more particularly described
as (address and/or sufficient description) CA-12 & Oakmont Dr Santa Rosa, CA 95409

2.     After deducting all just credits and offsets, the sum of $370,142.71              , together with interest at the
rate of 10%     per annum from 12/21/18           (date when balance became due), is due claimant for the
following labor, materials, services, or equipment: Mobilize, Excavate, Remove Coating, Perform Assessment,
Repair Pipeline per Asset Owner's (PLE) repair decision, recoat pipeline, backfill, restore, and demobilize.
PG&E Gas Trans Pipeline Integrity Maintenance. PG&E Job# (CC-318 | D-79 | | 84008504 | Santa Rosa)

3.     Claimant furnished the labor or services or equipment or materials, at the request of _____
Pacific Gas and Electric Company ("PG&E")                        (employer, person, or entity to whom
labor, materials, services, or equipment were furnished).

4.     The name and address of the owner or reputed owner of the real property is/are: _____
Pacific Gas and Electric Company ("PG&E"), 77 Beale Street, San Francisco, California 94105

5.     Claimant's address is: Michels Corporation, 817 Main Street, Brownsville, WI 53006

Dated 01/23/19

(Signature) Ben Nelson

**VERIFICATION**

I, Ben Nelson                        , am the: Vice President                        ("owner,"
"president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to
make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the
claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Dated 1/23/19

(Signature) Ben Nelson

Exhibit B Page 15



**EXHIBIT 4**

**2019007352**

Official Records Of Sonoma County
Deva Marie Proto

01/28/2019 01:27 PM
Fee: $ 95.00 3 Pages

**CONFORMED COPY**
Not Compared with Original

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address):
Christopher Dombrowicki

Michels Corporation

817 Main Street

Brownsville, WI 53006

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of
   residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1.    Michels Pipeline a division of Michels Corporation    ("claimant") claims a mechanics lien for the labor
or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real
property located in the County of Sonoma    , State of California, and more particularly described
as (address and/or sufficient description): 5000 Commerce Blvd, Rohnert Park, CA 94928

2.    After deducting all just credits and offsets, the sum of $387,690.71    , together with interest at the
rate of 10%    per annum from 12/20/18    (date when balance became due), is due claimant for the
following labor, materials, services, or equipment: Mobilize, Excavate, Remove Coating, Perform Assessment,
Repair Pipeline per Asset Owner's (PLE) repair decision, recoat pipeline, backfill, restore, and demobilize.
PG&E Gas Trans Pipeline Integrity Maintenance  PG&E Job# (CC-325 D-820 74015448)

3.    Claimant furnished the labor or services or equipment or materials, at the request of
Pacific Gas and Electric Company ("PG&E")    (employer, person, or entity to whom
labor, materials, services, or equipment were furnished).

4.    The name and address of the owner or reputed owner of the real property is/are:
Pacific Gas and Electric Company ("PG&E")  77 Beale Street, San Francisco, California 94105

5.    Claimant's address is: Michels Corporation, 817 Main Street, Brownsville, WI 53006    .

Dated 01/23/19

(Signature) Ben Nelson

**VERIFICATION**

I, Ben Nelson    am the: Vice President    ("owner,"
"president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to
make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the
claim of mechanics lien to be true of my own knowledge.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Dated 1/23/19

(Signature) Ben Nelson

Exhibit B Page 17

# EXHIBIT 5

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address):
Christopher Dombrowicki

Michels Corporation

817 Main Street

Brownsville WI 53006

**2019007351**

Official Records Of Sonoma County
Deva Marie Proto

01/28/2019 01:27 PM
Fee: $ 95.00 3 Pages

**CONFORMED COPY**
Not Compared with Original

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2).
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of
    residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1.    Michels Pipeline a division of Michels Corporation_____ ("claimant") claims a mechanics lien for the labor
or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real
property located in the County of Sonoma_____, State of California, and more particularly described
as (address and/or sufficient description): 3900 Hessel Rd Sebastopol, CA 95472

2.    After deducting all just credits and offsets, the sum of $45,073.97_____, together with interest at the
rate of 10%____ per annum from 11/03/18_____ (date when balance became due), is due claimant for the
following labor, materials, services, or equipment: Mobilize, Excavate, Remove Coating, Perform Assessment,
Repair Pipeline per Asset Owner's (PI E) repair decision, recoat pipeline, backfill, restore, and demobilize
PG&E Gas Trans. Pipeline Integrity Maintenance, PG&E Job# (TL)18-I/8 D-939 84007020 Sebastopol)

3.    Claimant furnished the labor or services or equipment or materials, at the request of _____
Pacific Gas and Electric Company ("PG&E")_____ (employer, person, or entity to whom
labor, materials, services, or equipment were furnished).

4.    The name and address of the owner or reputed owner of the real property is/are: _____
Pacific Gas and Electric Company ("PG&E"), 77 Beale Street, San Francisco, California 94105

5.    Claimant's address is: Michels Corporation, 817 Main Street, Brownsville, WI 53006_____.

Dated 01/23/19

(Signature) Ben Nelson

**VERIFICATION**

I, Ben Nelson_____ am the: Vice President_____ ("owner,"
"president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to
make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the
claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1/23/19

(Signature) Ben Nelson

# EXHIBIT 6

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address):
Christopher Dombrowicki

Michels Corporation

817 Main Street

Brownsville, WI 53006

Recorded in Official Records,
Solano County
Date: 2019/02/06/ST
1/20/2019                10:15:00 AM

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1)
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1.    Michels Pipeline, a division of Michels Corporation     ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of _Solano_____, State of California, and more particularly described as (address and/or sufficient description): 2200 Peabody Road, Vacaville, CA 95687

2.    After deducting all just credits and offsets, the sum of _$13,961.54_____, together with interest at the rate of _10%___ per annum from _11/26/2018_____ (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Removal of High Pressure Regulators and equipment from customer on PG&E's Project ID: DI-HPR-00996.

3.    Claimant furnished the labor or services or equipment or materials, at the request of _____ Pacific Gas and Electric Company (PG&E)_____ (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.    The name and address of the owner or reputed owner of the real property is/are: _____ Pacific Gas and Electric Company (PG&E), 77 Beale Street, San Francisco, CA 94105

5.    Claimant's address is: _Michels Corporation, 817 Main Street, Brownsville, WI 53006_____.

Dated 01/23/2019_____                         _____
                                                  (Signature)

## VERIFICATION

I, _Ben Nelson_____ am the: _Vice President_____ ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1/23/19_____                            _____
                                                  (Signature)

Scanned by CamScanner

# NATIONWIDE LEGAL LLC

**COURT • PROCESS • MESSENGER**

www.nationwideasap.com
legal@nationwideasap.com

| DATE 01/24/19 | | CONTROL # 1168186 |
|---|---|---|

| | | |
|---|---|---|
| Los Angeles | CA | (213) 249-9990 (213) 249-9990 |
| Santa Ana | CA | (714) 558-2400 (714) 558-2401 |
| San Francisco | CA | (415) 351-0400 (415) 351-0407 |
| San Diego | CA | (619) 232-7500 (619) 232-7000 |
| Riverside | CA | (951) 275-0071 (951) 275-0074 |
| Sacramento | CA | (916) 443-4400 (916) 443-4401 |
| Phoenix | AZ | (602) 256-9700 (602) 256-9725 |
| Tucson | AZ | (520) 624-9700 (520) 624-9701 |
| Las Vegas | NV | (702) 385-5444 (702) 385-1444 |

**Firm:** PECKAR & ABRAMSON

**Telephone:** 310 228-1075 **Acct. #** 367

**Attorney:** 
**Secretary:** CRYSTAL MCCAREY
**Email:**

**Ref./Billing # :** MICHELS CORPORATION.

---

**SERVICE TYPE:** SPECIAL FILE-IMMEDIATE

---

## MESSENGER SERVICES

**From:**
PECKAR & ABRAMSON
1875 CENTURY PARK EAST
550
LOS ANGELES,    CA    90067

**Sender:**

**To:**
CR/SOLANO COUNTY RECORDER
701 TEXAS STREET

FAIRFIELD    CA    94533

**Attention:**

---

## COURT SERVICES

**Case Number:** RECORD:

**Case Name:** MICHELS CORPORATION

| | |
|---|---|
| ☐ Court Filing | **ADVANCE** ☐ |
| ☐ Research/Copy | Fees Attached $_____ |
| ☐ Courtesy Copy | Advance Fees $ ₩/12 00 |
| ☐ Recording | Check Number : 1020118 |

## DRIVER NOTES

**NOTES:**

| | |
|---|---|
| ☐ Office Service | **ADVANCE** ☐ |
| ☐ Business | Fees Attached $_____ |
| ☐ Residence | Advance Fees $_____ |
| ☐ Substituted OK | Check Number :_____ |

**Service Deadline**

---

**DOCUMENTS / SPECIAL INSTRUCTIONS:**

☐ **DO NOT ADVANCE**

2200 PEABODY ROAD
PDF TO ZULMA ONCE RE CORDED

---

**Received By:** **Date:** **Time:**

Rev. Jul '10

# Marc C. Tonnesen

Solano County
Assessor/Recorder
675 Texas Street, Suite 2700
Fairfield, CA 94533
(707) 784-6290 / Vitals: (707) 784-6294

MICHELS CORP.
AR16
Receipt #: 00806411   1/28/2019 10:15:03 AM
Order #:                    20190128000090
Status                             Paid

| Description | Amount |
|---|---|
| Official Documents | $112.00 |
| Document 201900004837 | |
| MECHANICS LIEN | |
| DA Fraud Fund | $10.00 |
| Recording Fee | $2.00 |
| SB 21 Funds | $2.00 |
| Micrographics | $1.00 |
| Modernization | $1.00 |
| Modernization | $2.00 |
| ERDS | $1.00 |
| Recording Fee | $10.00 |
| SB2 | $75.00 |
| Lien Notification | $8.00 |

| Total Amount Due | $112.00 |
|---|---|

Tender Breakdown
Check# 758                      $112.00

Enjoy the Rest of Your Day

PLEASE KEEP FOR YOUR REFERENCE

Scanned by CamScanner

# EXHIBIT 7

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address):
Christopher Dominowski

Michels Corporation

817 Main Street

Brownsville, WI 53006

Recorded in Official Records,
Solano County
Deed: 201900406410
1/28/2019          10:23:00 AM

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2)
   ☐ recorded concurrently "in connection with" transfer subject to DTT
   ☐ recorded concurrently "in connection with" a transfer of
   residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1)
   ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1.   Michels Pipeline, a division of Michels Corporation ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Solano State of California, and more particularly described as (address and/or sufficient description) 506 Elmira Road, Vacaville, CA 95687

2.   After deducting all just credits and offsets, the sum of $37,307.25 , together with interest at the rate of 10% per annum from 12/04/2018 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Removal of High Pressure Regulator and equipment from customer on PG&E's Project ID: DI-HPR-00197

3.   Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas and Electric Company (PG&E) (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.   The name and address of the owner or reputed owner of the real property is/are:
Pacific Gas and Electric Company (PG&E), 77 Beale Street, San Francisco, CA 94105

5.   Claimant's address is: Michels Corporation, 817 Main Street, Brownsville, WI 53006

Dated 01/23/2019

(Signature)

## VERIFICATION

I, Ben Nelson , am the: Vice President ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1/23/19

(Signature)

Exhibit B

# Marc C. Tonnesen

Solano County
Assessor/Recorder
675 Texas Street, Suite 2700
Fairfield, CA 94533
(707) 784-6290 / Vitals: (707) 784-6294

MICHELS CORP.
AR16
Receipt #: 00806415   1/28/2019 10:23:55 AM
Order #:                        20190128000096
Status                                    Paid

| Description | Amount |
|---|---|
| Official Documents | $112.00 |
| Document 201900004840 | |
| MECHANICS LIEN | |
| SB2 | $75.00 |
| Lien Notification | $8.00 |
| DA Fraud Fund | $10.00 |
| Modernization | $2.00 |
| Recording Fee | $2.00 |
| SB 21 Funds | $2.00 |
| Recording Fee | $10.00 |
| ERDS | $1.00 |
| Modernization | $1.00 |
| Micrographics | $1.00 |

| Total Amount Due | $112.00 |
|---|---|

| Tender Breakdown | |
|---|---|
| Check# 153 | $112.00 |

Enjoy the Rest of Your Day

PLEASE KEEP FOR YOUR REFERENCE

# EXHIBIT 8

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address):
Christopher Dombrowicki

Michels Corporation

817 Main Street

Brownsville, WI 53006

Recorded in Official Records
Solano County
Date: 2019000040X9
1/28/2019          10:17:25 AM

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1.    Michels Pipeline, a division of Michels Corporation        ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Solano                    , State of California, and more particularly described as (address and/or sufficient description) 3059 Cattey Ln, Rio Vista, CA 94571

2.    After deducting all just credits and offsets, the sum of $1,235,000.00        , together with interest at the rate of 10%    per annum from 01/11/19        (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Mobilize, Excavate, Remove Coating, Perform Assessment, Repair Pipeline per Asset Owner's (PLE) repair decision, recoat pipeline, backfill, restore, and demobilize. PG&E Integrity Maintenance. PG&E Job#(CC-327, D-822, 84004983 | RT-081, 41890180

3.    Claimant furnished the labor or services or equipment or materials, at the request of _____ Pacific Gas and Electric Company ("PG&E")                        (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.    The name and address of the owner or reputed owner of the real property is/are: _____ Pacific Gas and Electric Company ("PG&E"), 77 Beale Street, San Francisco, California 94105

5.    Claimant's address is: Michels Corporation, 817 Main Street, Brownsville, WI 53006

Dated 01/23/19

(Signature)

## VERIFICATION

I, Ben Nelson                    , am the: Vice President                    ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Dated 1/23/19

(Signature)

Exhibit B Page 28

## NOTICE OF MECHANICS LIEN CLAIM
## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

**PROOF OF SERVICE AFFIDAVIT**
**California Civil Code section 8416**

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

**PROOF OF SERVICE AFFIDAVIT (ON OWNER)**
**California Civil Code section 8416(a)(7) and (c)(1)**

I, Crystal McCrary (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: Pacific Gas and Electric Company (PG&E)

Title or capacity of person served (if appropriate)

Service address: 77 Beale Street, San Francisco, CA 94105

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on January 25, 20 19 (date) at Los Angeles (city), Los Angeles (county), California.

By: _(Signature of person making service)_

**ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)**

**California Civil Code Section 8416(a)(7) and (c)(2)**

I, _____ (name) declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c)(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served

Title or capacity of person served (if appropriate)

Service address:

Executed on _____, 20_____ (date) at _____ (city), _____ (county), California.

By: _____
(Signature of person making service)



**EXHIBIT 9**

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address):
Christopher Dombrowicki

Michels Corporation

817 Main Street

Brownsville, WI 53006

Recorded in Official Records,
Solano County
Date: 2019000039
1/28/2019          10:19:35 AM

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

Declaration of Exemption From Gov't Code § 27388.1 Fee

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of
    residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1.  Michels Pipeline, a division of Michels Corporation ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Solano, State of California, and more particularly described as (address and/or sufficient description): 6718 Byrnes Road, Vacaville, CA 95687

2.  After deducting all just credits and offsets, the sum of $13,961.54, together with interest at the rate of 10% per annum from 11/26/2018 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Removal of High Pressure Regulators and equipment from customer on PG&E's Project ID: DI-HPR-00998.

3.  Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas and Electric Company (PG&E) (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.  The name and address of the owner or reputed owner of the real property is/are: Pacific Gas and Electric Company (PG&E), 77 Beale Street, San Francisco, CA 94105

5.  Claimant's address is: Michels Corporation, 817 Main Street, Brownsville, WI 53006

Dated 01/23/2019

(Signature)

## VERIFICATION

I, Ben Nelson, am the: Vice President ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1/23/19

(Signature)

# Marc C. Tonnesen

Solano County
Assessor/Recorder
675 Texas Street, Suite 2700
Fairfield, CA 94533
(707) 784-6290 / Vitals: (707) 784-6294

---

MICHELS CORP
AR16
Receipt #: 00806414   1/28/2019 10:19:35 AM
Order #:                    20190128000094
Status                              Paid

---

| Description | Amount |
|---|---|

---

| | |
|---|---|
| Official Documents | $112.00 |
| Document 201900004839 | |
| MECHANICS LIEN | |
| Recording Fee | $2.00 |
| Micrographics | $1.00 |
| Modernization | $1.00 |
| Recording Fee | $10.00 |
| ERDS | $1.00 |
| SB2 | $75.00 |
| Lien Notification | $8.00 |
| Modernization | $2.00 |
| DA Fraud Fund | $10.00 |
| SB 21 Funds | $2.00 |

---

| Total Amount Due | $112.00 |
|---|---|

| Tender Breakdown | |
|---|---|
| Check# 760 | $112.00 |

---

Enjoy the Rest of Your Day

PLEASE KEEP FOR YOUR REFERENCE

Exhibit B Page 33
Scanned by CamScanner

# NATIONWIDE LEGAL LLC

**COURT • PROCESS • MESSENGER**

www.nationwideasap.com

legal@nationwideasap.com

| DATE | 01/24/19 | CONTROL # | 1168188 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Los Angeles | CA | (213) 349-9999 | (213) 249-9990 |
| Santa Ana | CA | (714) 558-2400 | (711) 558-2401 |
| San Francisco | CA | (415) 351-0400 | (419) 351-0407 |
| San Diego | CA | (619) 232-7560 | (619) 232-7600 |
| Riverside | CA | (951) 275-0071 | (951) 275-0074 |
| Sacramento | CA | (916) 443-4400 | (916) 443-4401 |
| Phoenix | AZ | (602) 256-9700 | (602) 256-9720 |
| Tucson | AZ | (520) 624-1700 | (520) 624-1701 |
| Las Vegas | NV | (702) 385-1444 | (702) 385-1444 |

Firm: PECKAR & ABRAMSON

Telephone: 310 228-1075  Acct. # 367

Attorney:

Secretary: CRYSTAL MCCAREY

Email:

Ref./Billing #: MICHELS CORPORATION.

**SERVICE TYPE:** SPECIAL FILE-IMMEDIATE

**MESSENGER SERVICES**

From:
PECKAR & ABRAMSON
1875 CENTURY PARK EAST
550
LOS ANGELES,    CA    90067

Sender:

To:
CR/SOLANO COUNTY RECORDER
701 TEXAS STREET

FAIRFIELD       CA    94533

Attention:

**COURT SERVICES**

Case Number:      RECORD:

Case Name:

MICHELS CORPORATION .

| | | ADVANCE |
|---|---|---|
| ☐ Court Filing | | |
| ☐ Research/Copy | Fees Attached $_____ | |
| ☐ Courtesy Copy | Advance Fees $112.00 | |
| ☐ Recording | Check Number: 1028?LC | |

**DRIVER NOTES**

NOTES:

| | ADVANCE |
|---|---|
| ☐ Office Service | Fees Attached $_____ |
| ☐ Business | Advance Fees $_____ |
| ☐ Residence | Check Number: _____ |
| ☐ Substituted OK | |
| Service Deadline | |

**DOCUMENTS / SPECIAL INSTRUCTIONS:**

☐ **DO NOT ADVANCE**

6718 BYRNES ROAD
PDF TO ZULMA ONCE RE CORDED

Received by:                 Date:          Time:

Nationwide 9.406 Rev.

Case: 19-30088   Doc# 1558-2   Filed: 04/19/19   Entered: 04/19/19 14:56:04   Page 28 of 145

# EXHIBIT 10

CONFORMED COPY

COPY of Document Recorded
28 Jan 2019 2019-0001019
Has not been compared with
original
SUTTER COUNTY RECORDER

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address):
Christopher Dombrowicki

Michels Corporation

817 Main Street

Brownsville, WI 53006

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of
    residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1.   Michels Pipeline a division of Michels Corporation          ("claimant") claims a mechanics lien for the labor
or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real
property located in the County of Sutter                          , State of California, and more  particularly described
as (address and/or sufficient description): 4601 Bernice Ave, Marysville, CA 95901

2.   After deducting all just credits and offsets, the sum of $204,094.70          , together with interest at the
rate of 10%    per annum from 11/06/18          (date when balance became due), is due claimant for the
following labor, materials, services, or equipment: Mobilize, Excavate, Remove Coating, Perform Assessment
Repair Pipeline per Asset Owner's (PLE) repair decision, recoat pipeline, backfill, restore, and demobilize.
PG&E Gas Trans. Pipeline Integrity Maintenance. PG&E Job#: (ID-100_D-926_84006271)

3.   Claimant furnished the labor or services or equipment or materials, at the request of
Pacific Gas and Electric Company ("PG&E")                          (employer, person, or entity to whom
labor, materials, services, or equipment were furnished).

4.   The name and address of the owner or reputed owner of the real property is/are:
Pacific Gas and Electric Company ("PG&E"), 77 Beale Street, San Francisco, California 94105

5.   Claimant's address is: Michels Corporation, 817 Main Street, Brownsville, WI 53006

Dated 01/23/19

(Signature) Ben Nelson Vice President
Michels Corporation

## VERIFICATION

I, Ben Nelson                          am the: Vice President                          ("owner,"
"president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to
make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the
claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1/23/19

(Signature) Ben Nelson

## NOTICE OF MECHANICS LIEN CLAIM
## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
### California Civil Code section 8416

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

### PROOF OF SERVICE AFFIDAVIT (ON OWNER)
#### California Civil Code section 8416(a)(7) and (c)(1)

I, Crystal McCarey _____ (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: Pacific Gas and Electric Company (PG&E)

Title or capacity of person served (if appropriate): _____

Service address: 77 Beale Street, San Francisco, CA 94105

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on January 25, 20 19 (date) at Los Angeles (city), Los Angeles (county), California.

By: _____
(Signature of person making service)

### ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)

#### California Civil Code Section 8416(a)(7) and (c)(2)

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c )(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on _____, 20____ (date) at _____ (city), _____ (county), California.

By _____
(Signature of person making service)



Clerk Recorder
County of Sutter
Donna M. Johnston
Clerk Recorder

---

2019-0001019          1/28/2019 11:50:00 AM

| | |
|---|---|
| REC FEE | 22.00 |
| CC1 - CONFORMED COPY | 0.00 |
| HOUSING FEE | 75.00 |
| INVOLUNTARY LIEN NOTIFICATION | 4.75 |

---

| | |
|---|---|
| Total Charges | 101.75 |
| CHECK 137530 | 101.75 |

| | |
|---|---|
| Total Tendered | 101.75 |
| Change | .00 |

---

| | |
|---|---|
| 1/28/2019 11:52:18 AM | 2019012800055 |
| LS | CR008109 |

Have a nice day!

Thank You



Exhibit B Page 39

# EXHIBIT 11

COPY of Document Recorded
3:48PM 28-Jan-2019 2019-0002360
Has not been compared with
original
SHASTA COUNTY RECORDER

CC

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address):
Christopher Dombrowski

Michels Corporation

817 Main Street

Brownsville, WI 53006

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1.   Michels Pipeline a division of Michels Corporation   ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Shasta , State of California, and more particularly described as (address and/or sufficient description): CA-36 & White Rock Rd, Platina, CA 96076

2.   After deducting all just credits and offsets, the sum of $599,837.10 , together with interest at the rate of 10% per annum from 12/13/18 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Mobilize, Excavate, Remove Coating, Perform Assessment, Repair Pipeline per Asset Owner's (PLE) repair decision, recoat pipeline, backfill, restore, and demobilize PG&E Gas Trans. Pipeline Integrity Maintenance. PG&E Job# (ID-97_D-929_84006274_L-177A_Hayfork)

3.   Claimant furnished the labor or services or equipment or materials, at the request of _____ Pacific Gas and Electric Company ("PG&E") (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.   The name and address of the owner or reputed owner of the real property is/are: _____ Pacific Gas and Electric Company ("PG&E") 77 Beale Street, San Francisco, California 94105

5.   Claimant's address is: Michels Corporation, 817 Main Street, Brownsville, WI 53006

Dated 01/23/19

_____
(Signature)

## VERIFICATION

I, Ben Nelson _____ am the: Vice President ("owner,"
"president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1/23/19

_____
(Signature)   Ben Nelson

Exhibit B Page 41

# EXHIBIT 12

COPY of Document Recorded
3:48PM 28-Jan-2019 2019-0002358
Has not been compared with
original
SHASTA COUNTY RECORDER

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address):
Christopher Dombrowski

Michels Corporation

817 Main Street

Brownsville, WI 53006

C C.

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
☐ recorded concurrently "in connection with" transfer subject to DTT
☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
☐ Fee cap of $225.00 reached ☐ Not related to real property

1.    Michels Pipeline a division of Michels Corporation _____ ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Shasta _____, State of California, and more particularly described as (address and/or sufficient description): PG&E Waverly Station, 2300 Waverly Ave Redding, CA 96001

2.    After deducting all just credits and offsets, the sum of $1,222,760.21 _____, together with interest at the rate of 10% per annum from 12/01/18 _____ (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Mobilize, Excavate, Remove Coating, Perform Assessment, ILI fabrication/filter separators/inspection/breakdown, recoat pipeline, backfill, restore, and demobilize. PG&E Gas Transmission Pipeline Integrity Maintenance. PG&E Job#: (I-357) (I-044G) (I-104L )

3.    Claimant furnished the labor or services or equipment or materials, at the request of _____ Pacific Gas and Electric Company ("PG&E") _____ (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.    The name and address of the owner or reputed owner of the real property is/are: _____ Pacific Gas and Electric Company ("PG&E"), 77 Beale Street, San Francisco, California 94105

5.    Claimant's address is: Michels Corporation, 817 Main Street, Brownsville, WI 53006

Dated 01/23/19

_____
(Signature)

## VERIFICATION

I, Ben Nelson _____, am the: Vice President _____ ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1/23/19

_____
(Signature)          Ben Nelson

# EXHIBIT 13

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address):
Christopher Dombrowiokl

Michels Corporation

817 Main Street

Brownsville, WI 53006

Doc #: 2019-009250
1/28/19 11:16 AM
Steve J. Bestolarides
San Joaquin County Recorders

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1.    Michels Power, a Division of Michels Corporation _____ ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of San Joaquin _____, State of California, and more particularly described as (address and/or sufficient description) 4 miles along West Bacon Island Road which turns into Lower Jones Road Stockton CA (APN # 129-170-05-06-07)

2.    After deducting all just credits and offsets, the sum of $74,183.17 _____, together with interest at the rate of 10% _____ per annum from 11/16/2018 _____ (date when balance became due), is due claimant for the following labor, materials, services, or equipment: pole replacements for PG&E's Project 74009290. CWA 11391

3.    Claimant furnished the labor or services or equipment or materials, at the request of _____ Pacific Gas and Electric Company (PG&E) _____ (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.    The name and address of the owner or reputed owner of the real property is/are: _____ Pacific Gas and Electric Company (PG&E) 77 Beale Street San Francisco CA 94105

5.    Claimant's address is: Michels Corporation, 817 Main Street, Brownsville WI 53006

Dated 01/23/2019

(Signature) Senior Group Vice President

Michels Corporation

## VERIFICATION

I, Jerrod Henschel _____, am the Senior Group Vice President Michels Corporation "owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 01/23/19

(Signature) Jerrod Henschel

## NOTICE OF MECHANICS LIEN CLAIM
## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

**PROOF OF SERVICE AFFIDAVIT**
**California Civil Code section 8416**

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

**PROOF OF SERVICE AFFIDAVIT (ON OWNER)**
**California Civil Code section 8416(a)(7) and (c)(1)**

I, Crystal McCharey _____ (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: Pacific Gas and Electric Company (PG&E)

Title or capacity of person served (if appropriate): _____

Service address: 77 Beale Street, San Francisco, CA 94105

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on January 25 , 20 19 (date) at Los Angeles (city), Los Angeles (county), California.

By: _Crystal McCharey_ (Signature of person making service)

**ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)**

**California Civil Code Section 8416(a)(7) and (c)(2)**

I _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c)(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on _____ , 20 ____ (date) at _____ (city), _____ (county), California.

By: _____ (Signature of person making service)

Case: 19-30088    Doc# 1558-2    Filed: 04/19/19    Entered: 04/19/19 14:56:04    Page 41 of 145

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address)
Christopher Dombrowicki

Michels Corporation

817 Main Street

Brownsville, WI 53006

Doc #: 2019-009252
1/28/19 11:19 AM
Steve J. Bestolarides
San Joaquin County Recorders

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

| Declaration of Exemption From Gov't Code § 27388.1 Fee |
|---|
| ☐ Transfer is exempt from fee per GC § 27388.1(a)(2): |
| ☐ recorded concurrently "in connection with" transfer subject to DTT |
| ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier |
| ☐ Transfer is exempt from fee per GC 27388.1(a)(1): |
| ☐ Fee cap of $225.00 reached     ☐ Not related to real property |

1      Michels Pipeline a division of Michels Corporation_____ ("claimant") claims a mechanics lien for the labor

or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real

property located in the County of San Joaquin_____, State of California, and more particularly described

as (address and/or sufficient description): 1827 E 8 Mile Rd, Lodi, CA 95242

2.      After deducting all just credits and offsets, the sum of $427,794.86_____, together with interest at the

rate of 10%____ per annum from 11/16/18_____ (date when balance became due), is due claimant for the

following labor, materials, services, or equipment: Mobilize, Excavate, Remove Coating, Perform Assessment,

Repair Pipeline per Asset Owner's (PLE) repair decision, recoat pipeline, backfill, restore, and demobilze.

PG&E Gas Trans. Pipeline Integrity Maintenance  PG&E Job# (EC18-1613 D-857 B4005055 Lodi)

3.      Claimant furnished the labor or services or equipment or materials, at the request of _____

Pacific Gas and Electric Company ("PG&E")_____ (employer, person, or entity to whom

labor, materials, services, or equipment were furnished).

4.      The name and address of the owner or reputed owner of the real property is/are: _____

Pacific Gas and Electric Company ("PG&E"), 77 Beale Street, San Francisco, California 94105

5.      Claimant's address is: Michels Corporation, 817 Main Street, Brownsville, WI 53006

Dated 01/23/19

Michels Corporation

(Signature) Vice President

## VERIFICATION

I, Ben Nelson_____ am the: Vice President of Michels Corporation ("owner,"

"president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to

make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the

claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1/23/19

(Signature) Ben Nelson

Exhibit B Page 48

## NOTICE OF MECHANICS LIEN CLAIM
## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
### California Civil Code section 8416

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

### PROOF OF SERVICE AFFIDAVIT (ON OWNER)
### California Civil Code section 8416(a)(7) and (c)(1)

I, Crystal McCarey _____ (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: Pacific Gas and Electric Company (PG&E) _____

Title or capacity of person served (if appropriate): _____

Service address: 77 Beale Street, San Francisco, CA 94105 _____

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on January 25, ____ 20 19 ____ (date) at Los Angeles _____ (city), Los Angeles _____ (county), California.

By: _____
(Signature of person making service)

### ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)

### California Civil Code Section 8416(a)(7) and (c)(2)

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c )(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate) _____

Service address: _____

Executed on _____ 20 ____ (date) at _____ (city), _____ (county), California.

By _____
(Signature of person making service)

# EXHIBIT 14

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address):
Christopher Dombrowicki

Michels Corporation

817 Main Street

Brownsville, WI 53006

Doc #: 2019-009252
1/25/19 11:19 AM
Steve J. Bestolarides
San Joaquin County Recorders

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
    ☐ recorded concurrently "in connection with" transfer subject to DTT
    ☐ recorded concurrently "in connection with" a transfer of
    residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
    ☐ Fee cap of $225.00 reached    ☐ Not related to real property

1    Michels Pipeline a division of Michels Corporation    ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of San Joaquin    , State of California, and more particularly described as (address and/or sufficient description) 1827 E 8 Mile Rd, Lodi, CA 95242

2.    After deducting all just credits and offsets, the sum of $427,794.66    , together with interest at the rate of 10%  per annum from 11/16/18    (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Mobilize, Excavate, Remove Coating, Perform Assessment, Repair Pipeline per Asset Owner's (PLE) repair decision, recoat pipeline, backfill, restore, and demobilize. PG&E Gas Trans. Pipeline Integrity Maintenance, PG&E Job#: (EC18-1513, D-857, 84005055 Lodi)

3.    Claimant furnished the labor or services or equipment or materials, at the request of
Pacific Gas and Electric Company ("PG&E")    (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.    The name and address of the owner or reputed owner of the real property is/are:
Pacific Gas and Electric Company ("PG&E"), 77 Beale Street, San Francisco, California 94105

5.    Claimant's address is: Michels Corporation, 817 Main Street, Brownsville, WI 53006

Michels Corporation

Dated 01/23/19

(Signature) Vice President

## VERIFICATION

I, Ben Nelson    am the: Vice President of Michels Corporation,
"president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Dated 1/23/19

(Signature) Ben Nelson

Case: 19-30088   Doc# 1558-2   Filed: 04/19/19   Entered: 04/19/19 14:56:04   Page 46 of 145

### NOTICE OF MECHANICS LIEN CLAIM
### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
### California Civil Code section 8416

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

### PROOF OF SERVICE AFFIDAVIT (ON OWNER)
### California Civil Code section 8416(a)(7) and (c)(1)

I, Crystal McCarey _____ (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: Pacific Gas and Electric Company (PG&E)

Title or capacity of person served (if appropriate): _____

Service address: 77 Beale Street, San Francisco, CA 94105

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on January 25 , 20 19 (date) at Los Angeles (city), Los Angeles (county), California.

By: _____
(Signature of person making service)

### ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)
### California Civil Code Section 8416(a)(7) and (c)(2)

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c)(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on _____ , 20_____ (date) at _____ (city), _____ (county), California.

By: _____
(Signature of person making service)

Exhibit B Page 54

# EXHIBIT 15

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address):
Christopher Dombrowicki

Michels Corporation

817 Main Street

Brownsville WI 53006

Doc #: 2019-009253
1/28/19 11:21 AM

Steve J. Bestolarides
San Joaquin County Recorders

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1.    Michels Pipeline, a division of Michels Corporation_____ ("claimant") claims a mechanics lien for the labor
or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real
property located in the County of San Joaquin_____, State of California, and more particularly described
as (address and/or sufficient description): 20200 Thornton Road, Lodi, CA 95242   01-140-11

2.    After deducting all just credits and offsets, the sum of $120,457.20_____, together with interest at the
rate of 10%____ per annum from 12/22/2018_____ (date when balance became due), is due claimant for the
following labor, materials, services, or equipment: Installation of High Pressure Regulators, removal of High
Pressure Regulators, and/or installation of service pipelines for customers on PG&E's Project ID:
DI-HPR-01317.

3.    Claimant furnished the labor or services or equipment or materials, at the request of_____
Pacific Gas and Electric Company (PG&E)_____ (employer, person, or entity to whom
labor, materials, services, or equipment were furnished).

4.    The name and address of the owner or reputed owner of the real property is/are:_____
Pacific Gas and Electric Company (PG&E), 77 Beale Street, San Francisco, CA 94105

5.    Claimant's address is: Michels Corporation, 817 Main Street, Brownsville, WI 53006_____.

Dated 01/23/2019

Michels Corporation

(Signature) VICE President

## VERIFICATION

I, Ben Nelson_____ am the: Vice President of Michels Corporation "owner,"
"president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to
make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the
claim of mechanics lien to be true of my own knowledge.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Dated 1/23/19

(Signature) BEN NELSON

## NOTICE OF MECHANICS LIEN CLAIM
## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
### California Civil Code section 8416

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

### PROOF OF SERVICE AFFIDAVIT (ON OWNER)
### California Civil Code section 8416(a)(7) and (c)(1)

I, Crystal McCorey _____ (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: Pacific Gas and Electric Company (PG&E) _____

Title or capacity of person served (if appropriate) _____

Service address: 77 Beale Street, San Francisco, CA 94105 _____

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on January 25, 20 19 (date) at Los Angeles (city), Los Angeles (county), California.

By: _____
(Signature of person making service)

### ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)

### California Civil Code Section 8416(a)(7) and (c)(2)

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c )(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate) _____

Service address: _____

Executed on _____ 20 _____ (date) at _____ (city), _____ (county), California.

By: _____
(Signature of person making service)

Case: 19-30088    Doc# 1558-2    Filed: 04/19/19    Entered: 04/19/19 14:56:04    Page 52 of 145

# EXHIBIT 16

**24104213**

Regina Alcumudras
Santa Clara County - Clerk-Recorder
01/28/2019 09:44 AM

**CONFORMED COPY**

Copy of document recorded.
Has not been compared with original.

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address)
Christopher Dombrowicki

Michels Corporation

817 Main Street

Brownsville, WI 53006

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

| Declaration of Exemption From Gov't Code § 27388.1 Fee |
|---|
| ☐ Transfer is exempt from fee per GC § 27388.1(a)(2): |
| ☐ recorded concurrently "in connection with" transfer subject to DTT |
| ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier |
| ☐ Transfer is exempt from fee per GC 27388.1 (a)(1): |
| ☐ Fee cap of $225.00 reached    ☐ Not related to real property |

1. _Michels Power, a Division of Michels Corporation_ ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of _Santa Clara_, State of California, and more particularly described as (address and/or sufficient description): Agnew Road, 2nd Street, Lakeshore & Alcade, Glonera Street, Burton Avenue, Montague Expressway, Wyatt Drive, CA Hwy. 101, Santa Clara, CA

2. After deducting all just credits and offsets, the sum of _$789,700.53_, together with interest at the rate of _10%_ per annum from _01/13/2019_ (date when balance became due), is due claimant for the following labor, materials, services, or equipment: installing poles and netting for PG&E's Project 7-00711 CWA C12272

3. Claimant furnished the labor or services or equipment or materials, at the request of _Pacific Gas and Electric Company (PG&E)_ (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are: Pacific Gas and Electric Company (PG&E), 77 Beale Street, San Francisco, CA 94105

5. Claimant's address is: Michels Corporation, 817 Main Street, Brownsville, WI 53006

Dated _01/23/2019_

(Signature)

**VERIFICATION**

I, _Jerred Henschel_, am the _Senior Group Vice President_ ("owner "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated _01/23/19_

(Signature)

Exhibit B Page 60

**NOTICE OF MECHANICS LIEN CLAIM**
**ATTENTION!**

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

**PROOF OF SERVICE AFFIDAVIT**
**California Civil Code section 8416**

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

**PROOF OF SERVICE AFFIDAVIT (ON OWNER)**
**California Civil Code section 8416(a)(7) and (c)(1)**

I, Crystal McCarey _____ (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: Pacific Gas and Electric Company (PG+E)

Title or capacity of person served (if appropriate) _____

Service address: 77 Beale Street, San Francisco, CA 94105

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on January 25, 20 19 (date) at Los Angeles (city), Los Angeles (county), California

By _Crystal McCarey_____
(Signature of person making service)

**ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)**

**California Civil Code Section 8416(a)(7) and (c)(2)**

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c )(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on _____, 20_____ (date) at _____ (city) _____
(county), California.

By _____
(Signature of person making service)

Exhibit B Page 62

Case: 19-30088   Doc# 1558-2   Filed: 04/19/19   Entered: 04/19/19 14:56:04   Page 56 of 145

# EXHIBIT 17

Cop y

ORIGINAL
Accepted for Recording
COPY-NOT CERTIFIED

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address):
Christopher Dombrowicki

Michels Corporation

817 Main Street

Brownsville, WI 53006

JAN 2 8 2019

Sacramento County
Clerk-Recorder

**201901280791**

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2)
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of
    residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1    Michels Pipeline, a division of Michels Corporation    ("claimant") claims a mechanics lien for the labor
or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real
property located in the County of Sacramento    , State of California, and more particularly described
as (address and/or sufficient description) 9431 River Road, Sacramento, CA 95832

APN: 119-0230-042-0000

2.    After deducting all just credits and offsets, the sum of $53,985.89    , together with interest at the
rate of 10%    per annum from 12/06/2018    (date when balance became due), is due claimant for the
following labor, materials, services, or equipment: Installation of High Pressure Regulators, removal of High
Pressure Regulators, and/or installation of service pipelines for customer on PG&E's Project ID:
DL-HPR-00990.

3.    Claimant furnished the labor or services or equipment or materials, at the request of _____
Pacific Gas and Electric Company (PG&E)    (employer, person, or entity to whom
labor, materials, services, or equipment were furnished).

4.    The name and address of the owner or reputed owner of the real property is/are: _____
Pacific Gas and Electric Company (PG&E), 77 Beale Street, San Francisco, CA 94105

5.    Claimant's address is: Michels Corporation, 817 Main Street, Brownsville, WI 53006

Dated 01/23/2019

(Signature) Ben Nelson - Vice President
of Michels Pipeline, division of
Michels Corporation

## VERIFICATION

I, Ben Nelson    am the: Vice President of Michels Corporation ("owner,"
"president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to
make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the
claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1/23/19

(Signature) Ben Nelson

Exhibit B Page 64

## NOTICE OF MECHANICS LIEN CLAIM
## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
### California Civil Code section 8416

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

### PROOF OF SERVICE AFFIDAVIT (ON OWNER)
### California Civil Code section 8416(a)(7) and (c)(1)

I, Crystal McCaney _____ (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: Pacific Gas and Electric Company (PG&E)

Title or capacity of person served (if appropriate): _____

Service address: 77 Beale Street, San Francisco, CA 94105

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on January 25, , 20 19 (date) at Los Angeles (city), Los Angeles (county), California.

By: _____
(Signature of person making service)

### ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)

### California Civil Code Section 8416(a)(7) and (c)(2)

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c )(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on _____, 20_____ (date) at _____ (city), _____ (county), California.

By: _____
(Signature of person making service)

# Sacramento County
## Donna Allred, Clerk/Recorder
## (916) 874-6334

| | |
|---|---|
| Receipt#: | 000317325 |
| 1/28/2019 | 11:44:26 AM |
| Order#: 20190012428 | RI |

| Description | Amount |
|---|---|
| Official Recording | $101.00 |
|   Document 201901280791 | |
|   1 Title | |
|     Recording Fees-Title | $14.00 |
|     Recording Fees-Page | $6.00 |
|     DA Fraud | $6.00 |
|     SB2-Bldg Homes & Jobs Fee | $75.00 |

| | |
|---|---|
| Total Amount Due | $101.00 |

| Payments: | |
|---|---|
| Check# 137601 | $101.00 |

## We Appreciate Your Business
## Have a Nice Day!
Exhibit B Page 67
## Please keep for your reference

# EXHIBIT 18

Copy

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address):
Christopher Dombrowicki

Michels Corporation

817 Main Street

Brownsville, WI 53006

ORIGINAL
Accepted for Recording
COPY-NOT CERTIFIED

20190128079A

JAN 2 8 2019

Sacramento County
Clerk-Recorder

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

## Declaration of Exemption From Gov't Code § 27388.1 Fee

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
   ☐ recorded concurrently "in connection with" transfer subject to DTT
   ☐ recorded concurrently "in connection with" a transfer of
   residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
   ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1.   Michels Pipeline a division of Michels Corporation   ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Sacramento   , State of California, and more particularly described as (address and/or sufficient description): 7937 Lichen Dr Citrus Heights, CA 95621

APN: 2090591003 0000

2.   After deducting all just credits and offsets, the sum of $450,635.97   , together with interest at the rate of 10%   per annum from 12/15/18   (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Mobilize, Excavate, Remove Coating, Perform Assessment, Repair Pipeline per Asset Owner's (PLE) repair decision, recoat pipeline, backfill, restore, and demobilize. PG&E Gas Trans.Pipeline Integrity Maintenance, PG&E Job#: (CC-036 | D-217 | 31104827 | Sacramento)

3.   Claimant furnished the labor or services or equipment or materials, at the request of   
Pacific Gas and Electric Company ("PG&E")   (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.   The name and address of the owner or reputed owner of the real property is/are:   
Pacific Gas and Electric Company ("PG&E"), 77 Beale Street, San Francisco, California 94105

5.   Claimant's address is: Michels Corporation, 817 Main Street, Brownsville, WI 53006

Dated 01/23/19

(Signature) Ben Nelson - Vice President
of Michels Pipeline a division
of Michels Corporation

## VERIFICATION

I, Ben Nelson   am the: Vice President of Michels Corporation ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1/23/19

(Signature) Ben Nelson

Case: 19-30088   Doc# 1558-2   Filed: 04/19/19   Entered: 04/19/19 14:56:04   Page 63 of 145

## NOTICE OF MECHANICS LIEN CLAIM
## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
### California Civil Code section 8416

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

### PROOF OF SERVICE AFFIDAVIT (ON OWNER)
### California Civil Code section 0416(a)(7) and (c)(1)

I, Crystal McCarey _____ (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: Pacific Gas and Electric Company (PG&E) _____

Title or capacity of person served (if appropriate): _____

Service address: 77 Beale Street, San Francisco, CA 94105 _____

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on January 25, , 20 19 (date) at Los Angeles (city), Los Angeles (county), California.

By: _____
(Signature of person making service)

### ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)

### California Civil Code Section 8416(a)(7) and (c)(2)

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c )(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on _____ , 20_____ (date) at _____ (city), _____ (county), California.

By: _____
(Signature of person making service)

Case: 19-30088    Doc# 1558-2    Filed: 04/19/19    Entered: 04/19/19 14:56:04    Page 65 of 145

# Sacramento County
## Donna Allred, Clerk/Recorder
## (916) 874-6334

| | |
|---|---|
| Receipt#: | 000317328 |
| 1/28/2019 | 11:47:12 AM |
| Order#: 20190012433 | RI |

---

| Description | Amount |
|---|---|

---

| | |
|---|---|
| Official Recording | $101.00 |
|   Document 201901280794 | |
|   1 Title | |
|     Recording Fees-Title | $14.00 |
|     Recording Fees-Page | $6.00 |
|     DA Fraud | $6.00 |
|     SB2-Bldg Homes & Jobs Fee | $75.00 |

---

| Total Amount Due | $101.00 |
|---|---|

---

| Payments: | |
|---|---|
|   Check# 137608 | $101.00 |

---

## We Appreciate Your Business
## Have a Nice Day!
## Please keep for your reference

Case: 19-30088   Doc# 1558-2   Filed: 04/19/19   Entered: 04/19/19 14:56:04   Page 66 of 145

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address):
Christopher Dombrowicki

Michels Corporation

817 Main Street

Brownsville. WI 53006

ORIGINAL
Accepted for Recording
COPY-NOT CERTIFIED

JAN 2 8 2019

Sacramento County
Clerk-Recorder

201901280806

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
   ☐ recorded concurrently "in connection with" transfer subject to DTT
   ☐ recorded concurrently "in connection with" a transfer of
   residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
   ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1.    Michels Pipeline a division of Michels Corporation _____ ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Sacramento _____, State of California, and more particularly described as (address and/or sufficient description): 500' S/O Madison Ave & Roseville Rd North Highlands, CA 95660

2.    After deducting all just credits and offsets, the sum of $43,083.69 _____, together with interest at the rate of 10% per annum from 11/28/18 _____ (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Mobilize, Excavate, Remove Coating, Perform Assessment, Repair Pipeline per Asset Owner's (PLE) repair decision, recoat pipeline, backfill, restore, and demobilize, PG&E Gas Trans. Pipeline Integrity Maintenance. PG&E Job#: (ID-109 I D-930 I 84006300)

3.    Claimant furnished the labor or services or equipment or materials, at the request of _____ Pacific Gas and Electric Company ("PG&E") _____ (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.    The name and address of the owner or reputed owner of the real property is/are: _____ Pacific Gas and Electric Company ("PG&E"). 77 Beale Street, San Francisco. California 94105

5.    Claimant's address is: Michels Corporation. 817 Main Street. Brownsville. WI 53006

Dated 01/23/19 _____

(Signature) Ben Nelson - Vice President of Michels Pipeline a division of Michels Corporation.

## VERIFICATION

I, Ben Nelson _____ am the: Vice President of Michels Corporation ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1/23/19 _____

(Signature) Ben Nelson

Exhibit B Page 73

## NOTICE OF MECHANICS LIEN CLAIM
## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
### California Civil Code section 8416

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

### PROOF OF SERVICE AFFIDAVIT (ON OWNER)
#### California Civil Code section 8416(a)(7) and (c)(1)

I, Crystal McCarey _____ (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: Pacific Gas and Electric Company (PG&E)

Title or capacity of person served (if appropriate): _____

Service address: 77 Beale Street, San Francisco, CA 94105

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on January 25, 20 19 (date) at Los Angeles (city), Los Angeles (county), California.

By: _____
(Signature of person making service)

### ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)

#### California Civil Code Section 8416(a)(7) and (c)(2)

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c)(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on _____, 20_____ (date) at _____ (city), _____ (county), California.

By: _____
(Signature of person making service)

# Sacramento County
## Donna Allred, Clerk/Recorder
### (916) 874-6334

| | |
|---|---|
| Receipt#: | 000317339 |
| 1/28/2019 | 11:52:23 AM |
| Order#: 20190012440 | RI |

| Description | Amount |
|---|---|
| Official Recording | $101.00 |
| Document 2019012B0806 | |
| 1 Title | |
| Recording Fees-Title | $14.00 |
| Recording Fees-Page | $6.00 |
| DA Fraud | $6.00 |
| SB2-Bldg Homes & Jobs Fee | $75.00 |

| Total Amount Due | $101.00 |
|---|---|

| Payments: | |
|---|---|
| Check# 137606 | $101.00 |

## We Appreciate Your Business
### Have a Nice Day!
### Please keep for your reference

Exhibit D Page 76

# EXHIBIT 19

Exhibit B Page 77

Copy

ORIGINAL
Accepted for Recording
COPY-NOT CERTIFIED

JAN 28 2019

Sacramento County
Clerk-Recorder

201901280806

Recorder's Use Only

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address):
Christopher Dombrowicki

Michels Corporation

817 Main Street

Brownsville, WI 53006

# CLAIM OF
# MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
   ☐ recorded concurrently "in connection with" transfer subject to DTT
   ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
   ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1.   Michels Pipeline a division of Michels Corporation ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Sacramento , State of California, and more particularly described as (address and/or sufficient description): 500' S/O Madison Ave & Roseville Rd North Highlands, CA 95660

2.   After deducting all just credits and offsets, the sum of 343,093.89 , together with interest at the rate of 10% per annum from 11/28/18 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Mobilize, Excavate, Remove Coating, Perform Assessment. Repair Pipeline per Asset Owner's (PI E) repair decision, recoat pipeline, backfill, restore and demobilize. PG&E Gas Trans. Pipeline Integrity Maintenance. PG&E Job#: (ID-109 | D-930 | 64006300)

3.   Claimant furnished the labor or services or equipment or materials, at the request of _____ Pacific Gas and Electric Company ("PG&E") (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.   The name and address of the owner or reputed owner of the real property is/are: _____ Pacific Gas and Electric Company ("PG&E") 77 Beale Street, San Francisco, California 94105

5.   Claimant's address is: Michels Corporation, 817 Main Street, Brownsville, WI 53006

Dated 01/23/19

(Signature) Ben Nelson - Vice President of Michels Pipeline a division of Michels Corporation

**VERIFICATION**

I, Ben Nelson , am the: Vice President of Michels Corporation ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1/23/19

(Signature) Ben Nelson

## NOTICE OF MECHANICS LIEN CLAIM
## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
### California Civil Code section 8416

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

### PROOF OF SERVICE AFFIDAVIT (ON OWNER)
### California Civil Code section 8416(a)(7) and (c)(1)

I, Crystal McCarey _____ (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served:  Pacific Gas and Electric Company (PG&E) _____

Title or capacity of person served (if appropriate): _____

Service address: 77 Beale Street, San Francisco, CA 94105 _____

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on January 25, 20 19 (date) at Los Angeles (city), Los Angeles (county), California.

By: _____
(Signature of person making service)

### ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)

### California Civil Code Section 8416(a)(7) and (c)(2)

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c )(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on _____, 20_____ (date) at _____ (city), _____ (county), California.

By: _____
(Signature of person making service)

# Sacramento County
## Donna Allred, Clerk/Recorder
### (916) 874-6334

| | |
|---|---|
| Receipt#: | 000317339 |
| 1/28/2019 | 11:52:23 AM |
| Order#: 20190012440 | RI |

---

| Description | Amount |
|---|---|

---

| | |
|---|---|
| Official Recording | $101.00 |
| Document 201901280806 | |
| 1 Title | |
| Recording Fees-Title | $14.00 |
| Recording Fees-Page | $6.00 |
| DA Fraud | $6.00 |
| SB2-Bldg Homes & Jobs Fee | $75.00 |

---

| Total Amount Due | $101.00 |
|---|---|

---

| Payments: | |
|---|---|
| Check# 137605 | $101.00 |

---

**We Appreciate Your Business**
**Have a Nice Day!**
**Please keep for your reference**

Exhibit B Page 81

# EXHIBIT 20

Copy

ORIGINAL
Accepted for Recording
COPY-NOT CERTIFIED

JAN 28 2019

Sacramento County
Clerk-Recorder

2019012808801
Recorder's Use Only

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address):
Christopher Domhrowicki

Michels Corporation

817 Main Street

Brownsville, WI 53006

# CLAIM OF
# MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached  ☐ Not related to real property

1.   Michels Pipeline, a division of Michels Corporation ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Sacramento State of California, and more particularly described as (address and/or sufficient description) 6160 Florin Road, Sacramento CA 95823

APN: 050-0274-010-0000

2.   After deducting all just credits and offsets, the sum of $44,999.40, together with interest at the rate of 10% per annum from 11/15/2018 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Installation of High Pressure Regulators, removal of High Pressure Regulators, and/or installation of service pipelines for customer on PG&E's Project ID: DI-HPR-01001.

3.   Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas and Electric Company (PG&E) (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.   The name and address of the owner or reputed owner of the real property is/are: Pacific Gas and Electric Company (PG&E), 77 Beale Street, San Francisco, CA 94105

5.   Claimant's address is: Michels Corporation, 817 Main Street, Brownsville, WI 53006

Dated 01/23/2019

(Signature) Ben Nelson - Vice President of Michels Pipeline, a division of Michels Corporation

**VERIFICATION**

I, Ben Nelson, am the: Vice President of Michels Corporation "owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Dated 1/23/19

(Signature) Ben Nelson

**NOTICE OF MECHANICS LIEN CLAIM**
**ATTENTION!**

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
### California Civil Code section 8416

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

### PROOF OF SERVICE AFFIDAVIT (ON OWNER)
### California Civil Code section 8416(a)(7) and (c)(1)

I, Crystal McCarey _____ (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: Pacific Gas and Electric Company (PG&E)

Title or capacity of person served (if appropriate): _____

Service address: 77 Beale Street, San Francisco, CA 94105

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on January 15, 20 19 (date) at Los Angeles (city), Los Angeles (county), California.

By _____ (Signature of person making service)

### ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)

### California Civil Code Section 8416(a)(7) and (c)(2)

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c)(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on _____, 20 _____ (date) at _____ (city), _____ (county), California.

By: _____ (Signature of person making service)

# Sacramento County
## Donna Allred, Clerk/Recorder
### (916) 874-6334

Receipt#:                                      000317335
1/28/2019                                   11:50:19 AM
Order#: 20190012437                                RI

---

| Description | Amount |
|---|---|

---

| Official Recording | $101.00 |
| Document 201901280801 | |
| 1 Title | |
| Recording Fees-Title | $14.00 |
| Recording Fees-Page | $6.00 |
| DA Fraud | $6.00 |
| SB2-Bldg Homes & Jobs Fee | $75.00 |

---

| Total Amount Due | $101.00 |

---

| Payments: | |
| Check# 137607 | $101.00 |

---

## We Appreciate Your Business
### Have a Nice Day!
### Please keep for your reference

# EXHIBIT 21

Copy

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address):
Christopher Dombrowicki

Michels Corporation

817 Main Street

Brownsville, WI 53006

ORIGINAL
Accepted for Recording
COPY-NOT CERTIFIED

JAN 28 2019

Sacramento County
Clerk-Recorder

**201901280810**
Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
　☐ recorded concurrently "in connection with" transfer subject to DTT
　☐ recorded concurrently "in connection with" a transfer of
　residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
　☐ Fee cap of $225.00 reached　　☐ Not related to real property

1.　　Michels Pipeline a division of Michels Corporation　　　("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Sacramento　　　, State of California, and more particularly described as (address and/or sufficient description): 114 U St Sacramento, CA 95811

2.　　After deducting all just credits and offsets, the sum of $680,571.57　　together with interest at the rate of 10%　per annum from 11/10/18　　(date when balance became due), is due claimant for the following labor, materials, services, or equipment: Mobilize, Excavate, Remove Coating, Perform Assessment, Repair Pipeline per Asset Owner's (PLE) repair decision, recoat pipeline, backfill, restore, and demobilize. PG&E Gas Trans.Pipeline Integrity Maintenance. PG&E Job#: (CC-335 D-829 74015463 Sacramento)

3.　　Claimant furnished the labor or services or equipment or materials, at the request of _____
Pacific Gas and Electric Company ("PG&E")　　　　(employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.　　The name and address of the owner or reputed owner of the real property is/are: _____
Pacific Gas and Electric Company ("PG&E"), 77 Beale Street, San Francisco, California 94105

5.　　Claimant's address is: Michels Corporation, 817 Main Street, Brownsville, WI 53006　　　.

Dated 01/23/19

(Signature) Ben Nelson = Vice President
of Michels Pipeline a division
of Michels Corporation

**VERIFICATION**

I, Ben Nelson　　　　am the: Vice President of Michels Corporation ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

　　I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Dated 1/23/19

(Signature) Ben Nelson

Exhibit B Page 88

## NOTICE OF MECHANICS LIEN CLAIM
## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
### California Civil Code section 8416

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

### PROOF OF SERVICE AFFIDAVIT (ON OWNER)
### California Civil Code section 8416(a)(7) and (c)(1)

I, Crystal McCarey _____ (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: Pacific Gas and Electric Company (PG&E) _____

Title or capacity of person served (if appropriate): _____

Service address: 77 Beale Street, San Francisco, CA 94105 _____

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on January 25 , 20 19 (date) at Los Angeles (city), Los Angeles (county), California.

By: _____
(Signature of person making service)

## ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)

### California Civil Code Section 8416(a)(7) and (c)(2)

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c)(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on _____ , 20_____ (date) at _____ (city), _____ (county), California.

By: _____
(Signature of person making service)

# EXHIBIT 22

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address):
Christopher Dombrowicki

Michels Corporation

817 Main Street

Brownsville, WI 53006

ORIGINAL
Accepted for Recording
COPY-NOT CERTIFIED

JAN 28 2019

Sacramento County
Clerk-Recorder

201901280023
Recorder's Office only

# CLAIM OF
# MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

| Declaration of Exemption From Gov't Code § 27388.1 Fee |
| --- |
| ☐ Transfer is exempt from fee per GC § 27388.1(a)(2) |
| ☐ recorded concurrently "in connection with" transfer subject to DTT |
| ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier |
| ☐ Transfer is exempt from fee per GC 27388.1(a)(1): |
| ☐ Fee cap of $225.00 reached    ☐ Not related to real property |

1. Michels Pipeline a division of Michels Corporation ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Sacramento, State of California, and more particularly described as (address and/or sufficient description): 3141 Palm Ave, Sacramento, CA 05842

APN: 220-0370-037-0000

2. After deducting all just credits and offsets, the sum of $381,747.58, together with interest at the rate of 10% per annum from 11/12/18 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Mobilize, Excavate, Remove Coating, Perform Assessment, Repair Pipeline per Asset Owner's (PLE) repair decision, recoat pipeline, backfill, restore, and demobilize. PG&E Gas Trans. Pipeline Integrity Maintenance PG&E Job#: (IT-99 | D-909 | 64006241 (North Highlands)

3. Claimant furnished the labor or services or equipment or materials, at the request of _____ Pacific Gas and Electric Company ("PG&E") (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are: _____ Pacific Gas and Electric Company ("PG&E"), 77 Beale Street, San Francisco, California 94105

5. Claimant's address is: Michels Corporation, 817 Main Street, Brownsville, WI 53006

Dated 01/23/19

(Signature) Ben Nelson – Vice President of Michels Pipeline a division of Michels Corporation

## VERIFICATION

I, Ben Nelson, am the: Vice President of Michels Corporation ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1/23/19

(Signature) Ben Nelson

## NOTICE OF MECHANICS LIEN CLAIM
## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
### California Civil Code section 8416

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

### PROOF OF SERVICE AFFIDAVIT (ON OWNER)
### California Civil Code section 8416(a)(7) and (c)(1)

I, Crystal McCarey _____ (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: Pacific Gas and Electric Company (PG&E)

Title or capacity of person served (if appropriate): _____

Service address: 77 Beale Street, San Francisco, CA 94105

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on January 25, 20 19 (date) at Los Angeles (city), Los Angeles (county), California.

By: _____
(Signature of person making service)

### ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)

### California Civil Code Section 8416(a)(7) and (c)(2)

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c)(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on _____, 20____ (date) at _____ (city), _____ (county), California.

By _____
(Signature of person making service)

Case: 19-30088   Doc# 1558-2   Filed: 04/19/19   Entered: 04/19/19 14:56:04   Page 88 of 145

# EXHIBIT 23

Case: 19-30088    Doc# 1558-2    Filed: 04/19/19    Entered: 04/19/19 14:56:04    Page 89 of 145

COPY

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address):
Christopher Dymkowski

Michels Corporation

817 Main Street

Brownsville WI 53006

Nevada County Recorder
Gregory J. Diaz
Document#: 20190001739
Monday January 28 2019, at 11:49:57 AM
Rec Fee: $20.00    CCF:$1.00 CC:$75.00
Paid: $96.00    KP

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1. _Michels Pipeline a division of Michels Corporation_ ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of _Nevada_, State of California, and more particularly described as (address and/or sufficient description): _17444 Penn Valley Dr, Penn Valley, CA 95946_

2. After deducting all just credits and offsets, the sum of _$619,743.18_, together with interest at the rate of _10%_ per annum from _12/19/18_ (date when balance became due), is due claimant for the following labor, materials, services, or equipment: _Mobilize, Excavate, Remove Coating, Perform Assessment, Repair Pipeline per Asset Owner's (PLE) repair decision, recoat pipeline, backfill, restore, and demobilize. PG&E Gas Trans. Pipeline Integrity Maintenance. PG&E Job# (EC15-202 | D-860 | 84005125)_

3. Claimant furnished the labor or services or equipment or materials, at the request of _Pacific Gas and Electric Company ("PG&E")_ (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4. The name and address of the owner or reputed owner of the real property is/are: _Pacific Gas and Electric Company ("PG&E") 77 Beale Street, San Francisco, California 94105_

5. Claimant's address is: _Michels Corporation, 817 Main Street, Brownsville, WI 53006_

Dated _01/23/19_

(Signature) Ben Nelson

**VERIFICATION**

I, _Ben Nelson_, am the: Vice President of Michels Corp ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Dated _1/23/19_

(Signature) Ben Nelson

Exhibit B Page 96

**NOTICE OF MECHANICS LIEN CLAIM**

**ATTENTION!**

**Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.**

**The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.**

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.**

## PROOF OF SERVICE AFFIDAVIT
### California Civil Code section 8416

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

### PROOF OF SERVICE AFFIDAVIT (ON OWNER)
### California Civil Code section 8416(a)(7) and (c)(1)

I, Crystal McCarey _____ (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: Pacific Gas and Electric Company (PG&E)

Title or capacity of person served (if appropriate): _____

Service address: 77 Beale Street, San Francisco, CA 94105

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on January 25, 20 19 (date) at Los Angeles (city), Los Angeles (county), California.

By: _____
(Signature of person making service)

### ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)
### California Civil Code Section 8416(a)(7) and (c)(2)

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c)(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on _____ 20____ (date) at _____ (city), _____ (county), California.

By: _____
(Signature of person making service)



**Nevada County Clerk-Recorder**

Transaction #: 209613

Receipt #: 184457

Scan the QR Code to search our services
or go to www.mynevadacounty.com/nc/recorder



GREGORY J. DIAZ

950 Maidu Avenue Suite 210

Nevada City, CA 95959

530-265-1221

NC.RECORDER@CO.NEVADA.CA.US

(NWL) NATIONWIDE LEGAL
1301 H STREET
SACRAMENTO, CA 95814

Cashier Date: 01/28/2019 11:49:53 AM (KP)

Print Date: 01/28/2019 11:49:55 AM

**Payment Summary**

| | |
|---|---|
| Total Fees | $96.00 |
| Total Payments | $96.00 |
| Balance Due: | $0.00 |

**1 Payments**

| | |
|---|---|
| **Check #137579** | $96.00 |

**1 Recorded Items**

**Mechanics Lien**    CFN: **20190001739** Date: **01/28/2019 11:49:52 AM**

| From To | | |
|---|---|---|
| SB2 | 1 | $75.00 |
| Conformed Copies | 1 | $1.00 |
| Recording Fees @ $14 First Page, $3 each additional page | 3 | $20.00 |

Case: 19-30088   Doc# 1558-2   Filed: 04/19/19   Entered: 04/19/19 14:56:04   Page 93 of 145

# EXHIBIT 24

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address):
Christopher Dombrowicki

Michels Corporation

817 Main Street

Brownsville, WI 53006

CONFORMED COPY
Copy of Document Recorded on
01/28/2019 11:42:46 AM
as 2019-01124
Mendocino County Clerk-Recorder

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of
  residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached  ☐ Not related to real property

1.   Michels Pipeline a division of Michels Corporation ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Mendocino, State of California, and more particularly described as (address and/or sufficient description) 15000 Mountain House Rd Hopland, CA 95449

2.   After deducting all just credits and offsets, the sum of $423,196.11, together with interest at the rate of 10% per annum from 01/11/19 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Mobilize, Excavate, Remove Coating, Perform Assessment, Repair Pipeline per Asset Owner's (PLE) repair decision, recoat pipeline, backfill, restore, and demobilize. PG&E Gas Trans. Pipeline Integrity Maintenance. PG&E Job#: (ID-95 I D-903 I B4006215)

3.   Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas and Electric Company ("PG&E") (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.   The name and address of the owner or reputed owner of the real property is/are: Pacific Gas and Electric Company ("PG&E") 77 Beale Street, San Francisco, California 94105

5.   Claimant's address is: Michels Corporation, 817 Main Street, Brownsville, WI 53006.

Dated 01/23/19

(Signature) Ben Nelson

## VERIFICATION

I, Ben Nelson am the: Vice President ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1/23/19

(Signature) Ben Nelson

# NATIONWIDE

**LEGAL** LLC

COURT · PROCESS · MESSENGER

www.nationwideasap.com

legal@nationwideasap.com

| DATE | 01/24/19 | | CONTROL # | 1168170 |
|---|---|---|---|---|

| Los Angeles | CA | (213) 249-9999 | (213) 249-9990 |
|---|---|---|---|
| Santa Ana | CA | (714) 558-2400 | (714) 558-2401 |
| San Francisco | CA | (415) 351-0400 | (415) 351-0407 |
| San Diego | CA | (619) 232-7500 | (619) 232-7600 |
| Riverside | CA | (951) 275-0071 | (951) 275-0074 |
| Sacramento | CA | (916) 443-4400 | (916) 443-4401 |
| Phoenix | AZ | (602) 256-9700 | (602) 256-9720 |
| Tucson | AZ | (520) 624-9700 | (520) 624-9701 |
| Las Vegas | NV | (702) 385-5444 | (702) 385-1444 |

**Firm:** PECKAR & ABRAMSON

**Attorney:**
**Secretary:** CRYSTAL MCCAREY
**Email:**

**Telephone:** 310 228-1075 **Acct. #** 367

**Ref./Billing # :** MICHELS CORPORATION.

| SERVICE TYPE: | SPECIAL FILE-IMMEDIATE |
|---|---|

## MESSENGER SERVICES

**From:**
PECKAR & ABRAMSON
1875 CENTURY PARK EAST
550
LOS ANGELES, CA 90067

**Sender:**

**To:**
CR/MENDOCINO COUNTY RECORDER
501 LOW GAP ROAD

UKIAH CA 95482

**Attention:**

## COURT SERVICES

**Case Number:** RECORD:
**Case Name:**
MICHELS CORPORATION

| | ADVANCE | |
|---|---|---|
| ☐ Court Filing | | |
| ☐ Research/Copy | Fees Attached $_____ | |
| ☐ Courtesy Copy | Advance Fees $_____ | |
| ☐ Recording | Check Number :_____ | |

## DRIVER NOTES

**NOTES:**

| | ADVANCE | |
|---|---|---|
| ☐ Office Service | | |
| ☐ Business | Fees Attached $_____ | |
| ☐ Residence | Advance Fees $_____ | |
| ☐ Simulized OK | Check Number :_____ | |
| Service Deadline | | |

**DOCUMENTS / SPECIAL INSTRUCTIONS:**

☐ **DO NOT ADVANCE**

15000 MOUNTAIN HOUSE RD
PDF TO ZULMA ONCE RE CORDED

**Received By:** **Date:** **Time:**

Exhibit B 102   9.406 Rev. Jul '10

Case: 19-30088   Doc# 1558-2   Filed: 04/19/19   Entered: 04/19/19 14:56:04   Page 96 of 145

Katrina Bartolomie  Clerk-Recorder
Mendocino County, CA
501 Low Gap Rd , Room 1020
Ukiah, Ca 95482

**Receipt: 19-1266**

| Product | Name | Extended |
|---------|------|----------|
| MECH | Mechanics Lien (R) | $84.00 |
| | #Pages | |
| | Document # | |
| | Non-Standard Page | |
| | Additional Names (groups of 10) | 0 |
| | Additional References | 0 |
| | #Penalty Print | 0 |
| | #Debtors | 0 |
| | #Conformed Copy(s) | 1 |
| | | $1.00 |
| | | $3.00 |
| | | $2.00 |
| | | $13.00 |
| | | $7.50 |
| | | $87.50 |

| Total | $94.00 |
|-------|--------|

| Tender (Check) | $94.00 |
|----------------|--------|

Check#   5026540
Paid By   NATIONWIDE LEGAL

Thank You!

Mon Jan 28 11:42:46 PST 2019 deena4

Exhibit B Page 103

Recording Requested By:

Michels Corporation

CONFORMED COPY

Copy of Document Recorded on
03/07/2019 03:30:27 PM
as 2019-02497
Mendocino County Clerk-Recorder

When Recorded Mail To:

Name    Christopher Dombrowicki

Street
Address  817 Main Street

City &   Brownsville, WI 53006
State

SPACE ABOVE THIS LINE FOR RECORDERS USE

# PARTIAL RELEASE OF MECHANICS LIEN
### (CA Civil Code §§ 8120-8130, 8400 et seq.)

THE UNDERSIGNED, Michels Pipeline, a Division of Michels Corporation _____ (use correct full name as printed
on _____ or records of Secretary of State), HEREBY PARTIALLY RELEASES AND DISCHARGES THE MECHANICS LIEN CLAIMED BY:

Claimant: Michels Pipeline, a Division of Michels Corporation _____
**AGAINST:**

Owner: Pacific Gas and Electric Company (PG&E) _____
**AFFECTING PROPERTY COMMONLY KNOWN AS:**

Address: 15000 Mountain House Road Hopland, CA 95449 _____
**WHOSE LEGAL DESCRIPTION (IF AVAILABLE) IS:**

_____

**WHICH LIEN WAS RECORDED ON** 1/25/19 _____, (date), AT THE OFFICE OF THE COUNTY RECORDER OF
Mendocino _____ **COUNTY, IN BOOK** _____ **OF OFFICIAL RECORDS, PAGE** _____
**AND/OR AS INSTRUMENT NUMBER** 2019-01124 _____

**SAID LIEN CONTINUES IN FULL FORCE AND EFFECT AS TO THE REMAINING UNPAID BALANCE OF $** 77,534.72 _____.

DATE: 8-1-19 _____

Michels Pipeline, a Division of Michels Corporation
(Name of Individual or Company Claimant)

(Signature of Claimant or Authorized Agent of Claimant)

Benjamin Nelson    VP Utility Ops
(Print Name and Title)    Pipeline Div.

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or validity of that document.

**STATE OF CALIFORNIA**

**COUNTY OF** ORANGE

On MARCH 4 _____ (date), before me KAREN M. NOTZON
notary public (name and title of officer) personally appeared BENJAMIN NELSON , who
proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the
within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of
which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

Witness my hand and official seal.

Karen M. Notzon

KAREN M. NOTZON
Notary Public - California
Orange County
Commission # 2257111
My Comm. Expires Dec. 5, 2021

# EXHIBIT 25

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address):
Christopher Dombrowicki

Michels Corporation

817 Main Street

Brownsville, WI 53006

01/28/2019, 2019-0004786

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of
  residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached  ☐ Not related to real property

1.   Michels Pipeline, a division of Michels Corporation ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Placer, State of California, and more particularly described as (address and/or sufficient description): 9100 Foothills Blvd, Roseville, CA 95747

2.   After deducting all just credits and offsets, the sum of $98,837.80, together with interest at the rate of 10% per annum from 10/15/2018 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Installation of High Pressure Regulators, removal of High Pressure Regulators, and/or installation of service pipelines for customer on PG&E's Project ID: DI-HPR-01090

3.   Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas and Electric Company (PG&E) (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.   The name and address of the owner or reputed owner of the real property is/are: Pacific Gas and Electric Company (PG&E) 77 Beale Street, San Francisco, CA 94105

5.   Claimant's address is: Michels Corporation, 817 Main Street, Brownsville, WI 53006

Dated 01/23/2019

(Signature) Ben Nelson Michels Pipeline a
division of Michels Corporation

## VERIFICATION

I, Ben Nelson, am the: Vice President of Michels Corporation ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1/23/19

(Signature)

## NOTICE OF MECHANICS LIEN CLAIM
## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
### California Civil Code section 8416

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

### PROOF OF SERVICE AFFIDAVIT (ON OWNER)
### California Civil Code section 8416(a)(7) and (c)(1)

I, Crystal McCarey _____ (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: Pacific Gas and Electric Company (PG&E)

Title or capacity of person served (if appropriate): _____

Service address: 77 Beale Street, San Francisco, CA 94105

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on January 25, 20 19 (date) at Los Angeles (city), Los Angeles (county), California.

By: _____ (Signature of person making service)

### ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)

### California Civil Code Section 8416(a)(7) and (c)(2)

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c )(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on _____, 20_____ (date) at _____ (city) _____ (county), California.

By: _____ (Signature of person making service)

# EXHIBIT 26

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address):
Christopher Dombrowicki

Michels Corporation

817 Main Street

Brownsville, WI 53006

01/28/2019, 2019-0004784

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
   ☐ recorded concurrently "in connection with" transfer subject to DTT
   ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
   ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1.   Michels Pipeline a division of Michels Corporation ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Placer State of California, and more particularly described as (address and/or sufficient description): Aguilar Rd & Rocklin Rd, Rocklin, CA 95677

2.   After deducting all just credits and offsets, the sum of $151,229.74 , together with interest at the rate of 10% per annum from 12/18/18 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Mobilize, Excavate, Remove Coating, Perform Assessment, Repair Pipeline per Asset Owner's (PLE) repair decision, recoat pipeline, backfill, restore, and demobilize. PG&E Gas Trans.Pipeline Integrity Maintenance, PG&E Job#. (CC-336 | D-830 | 84004964 | Rocklin)

3.   Claimant furnished the labor or services or equipment or materials, at the request of _____ Pacific Gas and Electric Company ("PG&E") (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.   The name and address of the owner or reputed owner of the real property is/are: _____ Pacific Gas and Electric Company ("PG&E"), 77 Beale Street, San Francisco, California 94105

5.   Claimant's address is Michels Corporation, 817 Main Street, Brownsville, WI 53006

Dated 01/23/19

(Signature) Ben Nelson Michels Pipeline - division of Michels Corporation

## VERIFICATION

I, Ben Nelson , am the: Vice President of Michels Corporation ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1/23/19

(Signature)

Exhibit B Page 110

## NOTICE OF MECHANICS LIEN CLAIM
## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

**PROOF OF SERVICE AFFIDAVIT**
**California Civil Code section 8416**

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

**PROOF OF SERVICE AFFIDAVIT (ON OWNER)**
**California Civil Code section 8416(a)(7) and (c)(1)**

I, Crystal McCaPoy _____ (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: Pacific Gas and Electric Company (PG&E)

Title or capacity of person served (if appropriate): _____

Service address: 77 Beale Street, San Francisco, CA 94105

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on January 25, 20 19 (date) at Los Angeles (city), Los Angeles (county), California.

By: _____
(Signature of person making service)

**ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)**

**California Civil Code Section 8416(a)(7) and (c)(2)**

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c)(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on _____, 20_____ (date) at _____ (city), _____ (county), California.

By: _____
(Signature of person making service)

Receipt #:    02751245
01/28/2019 11:24 AM


PLACER, County Recorder
RYAN RONCO

Submitted By: ALEJANDRO RUBIO

Doc #: 2019-0004784
MECHANICS LIEN
01/28/2019 11:24:50 AM


| | |
|---|---|
| AUTOMATION TRUST: | $3.00 |
| ELEC RECORDING TRUST: | $1.00 |
| FEES - RECORDER: | $11.00 |
| # DEBTORS FEE: | $6.00 |
| MICROGRAPHICS TRUST: | $3.00 |
| SB 21 SURCHARGE: | $2.00 |
| SB2 Fee: | $75.00 |
| | -------- |
| Total Document Fees: | $101.00 |
| | |
| Total Fees: | $101.00 |
| Check  - 7561 | $101.00 |
| | -------- |
| Change: | $0.00 |

Exhibit B Page 113

CLK98BT282, MD

# EXHIBIT 27

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address):
Christopher Dombrowicki

Michels Corporation

817 Main Street

Brownsville, WI 53006

Stephen L. Vagnini
Monterey County Clerk-Recorder
01/28/2019 11:10 AM
Recorded at the request of:
MICHELS CORPORATION

Titles: 1          Pages: 3
Fees: $101.00
Taxes: $0.00
AMT PAID: $101.00

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in-connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached    ☐ Not related to real property

1.    Michels Power, a Division of Michels Corporation ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Monterey State of California, and more particularly described as (address and/or sufficient description): Working in right of way at the bridge near 765 Elvee Drive north and south side of bridge, Salinas, CA

2.    After deducting all just credits and offsets, the sum of $300,013.16, together with interest at the rate of 10% per annum from 12/18/2018 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: pole replacements, hand dig anchors and raise arm bottom phase for PG&E's Project 74011863, CWA C11547

3.    Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas and Electric Company (PG&E) (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.    The name and address of the owner or reputed owner of the real property is/are Pacific Gas and Electric Company (PG&E), 77 Beale Street, San Francisco, CA 94105

5.    Claimant's address is: Michels Corporation, 817 Main Street, Brownsville, WI 53006 .

Dated 01/23/2019

(Signature) JERROD HENSCHEL
Senior Group Vice President
Michels Corporation

**VERIFICATION**

I, Jarrod Henschel, am the: Senior Group Vice President ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 01/23/19

(Signature) JERROD HENSCHEL

Exhibit B Page 115

**Monterey County Clerk-Recorder**

Stephen L. Vagnini, County Clerk-Recorder

168 West Alisal Street, First Floor

P.O. Box 29

Salinas, CA 93902

**Receipt: 19-4320**

| Product | Name | Extended |
|---------|------|----------|
| 011 | MECHANIC'S LIEN | $101.00 |
| | Document # | 2019003258 |
| | # Pages | 3 |
| | RECCOPYOFFICIAL | $2.00 |
| | RECORDS COPIES | |
| | # of Pages | 1 |
| | # of Copies | 1 |

| **Total** | **$103.00** |
|-----------|-------------|
| Tender (Check) | $103.00 |
| Check Number 5023938 | |
| Name MICHELS CORPORATION | |

PLEASE KEEP THIS RECEIPT FOR
REFERENCE

**1/28/19 11:10 AM counter3**

**EXHIBIT 28**

Conformed Copy
2019-0302
01/23/2019 03:51:46 PM
OFFICIAL RECORDS
Sandy Perez, Clerk-Recorder
Glenn County, CA

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address):
Ch Inlother Dombrowicki

Michels Corporation

817 Main Street

Brownsville, WI 53006

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

(Cal. Civ. Code § 8416)

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
 ☐ recorded concurrently "in connection with" transfer subject to DTT
 ☐ recorded concurrently "in connection with" a transfer of
 residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC § 27388.1(a)(1):
 ☐ Fee cap of $225.00 reached ☐ Not related to real property

1.   Michels Pipeline, a division of Michels Corporation   ("claimant") claims a mechanics lien for the labor
or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real
property located in the County of Glenn   State of California, and more particularly described
as (address and/or sufficient description): 7505 County Road 48, Willows CA 95988

2.   After deducting all just credits and offsets, the sum of $25,488.93   , together with interest at the
rate of 10%   per annum from 10/22/18   (date when balance became due), is due claimant for the
following labor, materials, services, or equipment: Installation of High Pressure Regulators, removal of High
Pressure Regulators, and installation of service pipeline to provide gas products to PG&E's customer for
PG&E's Project ID: DI-HPR-00988

3.   Claimant furnished the labor or services or equipment or materials, at the request of _____
Pacific Gas and Electric Company (PG&E)   (employer, person, or entity to whom
labor, materials, services, or equipment were furnished).

4.   The name and address of the owner or reputed owner of the real property is/are: _____
Pacific Gas and Electric Company (PG&E), 77 Beale Street, San Francisco CA 94105

5.   Claimant's address is: Michels Corporation, 817 Main Street, Brownsville, WI 53006   .

Dated 01/18/2019

_____
(Signature)

## VERIFICATION

I, Ben Nelson   , am the: Vice President   ("owner,"
"president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to
make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the
claim of mechanics lien to be true of my own knowledge.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 01/18/2019

_____
(Signature)

# EXHIBIT 29

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address):
Christopher Dombrowicki

Michels Corporation

817 Main Street

Brownsville, WI 53006

**2019-001429**

Recorded – Official Records
Humboldt County, California
Kelly E. Sanders, Recorder
Recorded by: MICHELS CORPORATION

Pages:  3

Recording Fee: $  94.00
Tax Fee:  $0
Clerk: kt  Total: $94.00
Jan 28, 2019 at 09:58:38

\*\*\* CONFORMED COPY \*\*\*

# CLAIM OF
# MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
   ☐ recorded concurrently "in connection with" transfer subject to DTT
   ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
   ☐ Fee cap of $225.00 reached  ☐ Not related to real property

1.    Michels Pipeline a division of Michels Corporation   ("claimant") claims a mechanics lien for the labor
or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real
property located in the County of Humboldt   , State of California, and more  particularly described
as (address and/or sufficient description): 1323 Ferndring Dr. Fortuna, CA 95540

2.    After deducting all just credits and offsets, the sum of 398,583.75   , together with interest at the
rate of 10%    per annum from 11/30/18   (date when balance became due), is due claimant for the
following labor, materials, services, or equipment: Mobilize, Excavate, Remove Coating, Perform Assessment,
Repair Pipeline per Asset Owner's (PLE) repair decision, recoat pipeline, backfill, restore  and demobilize
PG&E Gas Trans  Pipeline Integrity Maint., PG&E Job#: (CC-356  D-505 New-74020973  Fortune)

3.    Claimant furnished the labor or services or equipment or materials, at the request of _____
Pacific Gas and Electric Company ("PG&E")   (employer, person, or entity to whom
labor, materials, services, or equipment were furnished).

4.    The name and address of the owner or reputed owner of the real property is/are: _____
Pacific Gas and Electric Company ("PG&E"), 77 Beale Street, San Francisco  California 94105

5.    Claimant's address is: Michels Corporation, 817 Main Street, Brownsville, WI 53006

Dated 01/23/19

(Signature) Ben Nelson V.P. Michels Corporation

**VERIFICATION**

I, Ben Nelson   , am the: Vice President   ("owner,"
"president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to
make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the
claim of mechanics lien to be true of my own knowledge.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Dated 1/23/19

(Signature) Ben Nelson V.P. Michels Corporation

## NOTICE OF MECHANICS LIEN CLAIM
## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

## PROOF OF SERVICE AFFIDAVIT (ON OWNER)
### California Civil Code section 8416(a)(7) and (c)(1)

I, Crystal McCarny (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: Pacific Gas and Electric Company (PG&E)

Title or capacity of person served (if appropriate): _____

Service address: 77 Beale Street, San Francisco, CA 94105

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on January 25, 20 19 (date) at Los Angeles (city), Los Angeles (county), California.

By: _____
(Signature of person making service)

## ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)
### California Civil Code Section 8416(a)(7) and (c)(2)

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c )(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on _____, 20____ (date) at _____ (city), _____ (county), California.

By _____
(Signature of person making service)

Case: 19-30088    Doc# 1558-2    Filed: 04/19/19    Entered: 04/19/19 14:56:04    Page
116 of 145

2019-004106

Recorded - Official Records
Humboldt County California
Kelly E. Sanders, Recorder
Recorded by: MICHELS CORPORATION

Pages:    1

Recording Fee: $  88.00
Tax Fee:  $0
Clerk: sc   Total: $88.00
Mar 07, 2019 at 11:09:23

*** CONFORMED COPY ***

When Recorded Mail To:

Name    Christopher Dombrowicki

Street
Address    817 Main Street

City &
State    B_____, WI 53006

[SPACE ABOVE THIS LINE FOR RECORDERS USE]

# PARTIAL RELEASE OF MECHANICS LIEN
### (CA Civil Code §§ 8120-8138, 8460 et seq.)

THE UNDERSIGNED, Michels Pipeline, a Division of Michels Corporation _____ as correct full name as printed on contractor's license or records of Secretary of State), HEREBY PARTIALLY RELEASES AND DISCHARGES THE MECHANICS LIEN CLAIMED BY:

Claimant: Michels Pipeline, a Division of Michels Corporation
**AGAINST:**

Owner: Pacific Gas and Electric Company (PG&E)
**AFFECTING PROPERTY COMMONLY KNOWN AS:**

Address: 1323 Fembrin00 Dr., Fortuna, CA 95540
**WHOSE LEGAL DESCRIPTION (IF AVAILABLE) IS:**

**WHICH LIEN WAS RECORDED ON** _1/28/19_ , _____ (date), **AT THE OFFICE OF THE COUNTY RECORDER OF** _Humboldt_ **COUNTY, IN BOOK** _____ **OF OFFICIAL RECORDS, PAGE** _____
**AND/OR AS INSTRUMENT NUMBER** 2019-001420

**SAID LIEN CONTINUES IN FULL FORCE AND EFFECT AS TO THE REMAINING UNPAID BALANCE OF $** 85,202.28

DATE: 3-1-19

Michels Pipeline, a Division of Michels Corporation
(name of Individual or Company Claimant)

(Signature of Claimant or Authorized Agent of Claimant)

Benjamin  Nelson        VP Western Ops
(Print Name and Title)        Pipeline Division

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**STATE OF CALIFORNIA**

**COUNTY OF** ORANGE

On MARCH 1, 2019 (date), before me, KAREN M. NOTEON notary public (name and title of officer) personally appeared BENJAMIN NELSON who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_Karen m. Noton_
(Signature)

KAREN M. NOTEON
Notary Public - California
Orange County
Commission # 2257111
My Comm. Expires Feb 2, 2022

# EXHIBIT 30

Exhibit B Page 124

COPY of Document Recorded
28-Jan-2019 2019-0000254
Has not been compared with
original
COLUSA COUNTY RECORDER

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address):
Christopher Dombrowicki

Michels Corporation

817 Main Street

Brownsville. WI 53006

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of
    residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC § 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1.    Michels Pipeline. a division of Michels Corporation    ("claimant") claims a mechanics lien for the labor
or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real
property located in the County of Colusa    , State of California, and more particularly described
as (address and/or sufficient description): Grimes-Arbuckle Road, Arbuckle. CA 95912 (Arbuckle Station)

2.    After deducting all just credits and offsets, the sum of $13,961.54    , together with interest at the
rate of 10%   per annum from 12/20/2019    (date when balance became due), is due claimant for the
following labor, materials, services, or equipment: Removal of High Pressure Regulator and equipment on
PG&E's project ID: DI-HPR-01068

3.    Claimant furnished the labor or services or equipment or materials, at the request of _____
Pacific Gas and Electric Company (PG&E)    (employer, person, or entity to whom
labor, materials, services, or equipment were furnished).

4.    The name and address of the owner or reputed owner of the real property is/are: _____
Pacific Gas and Electric Company (PG&E) 77 Beale Street. San Francisco. CA 94105

5.    Claimant's address is: Michels Corporation. 817 Main Street. Brownsville. WI 53006

Dated 01/23/2019

(Signature) Ben Nelson

## VERIFICATION

I, Ben Nelson    am the: Vice President    ("owner,"
"president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to
make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the
claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1/23/19

(Signature)

Ben Nelson

## NOTICE OF MECHANICS LIEN CLAIM
## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

**PROOF OF SERVICE AFFIDAVIT**
**California Civil Code section 8416**

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

**PROOF OF SERVICE AFFIDAVIT (ON OWNER)**
**California Civil Code section 8416(a)(7) and (c)(1)**

I, Crystal McCarey _____ (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: Pacific Gas and Electric Company (PG&E)

Title or capacity of person served (if appropriate): _____

Service address: 77 Beale Street, San Francisco, CA 94105

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on January 25, 20 19 (date) at Los Angeles (city), Los Angeles (county), California.

By: _____
(Signature of person making service)

**ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)**

**California Civil Code Section 8416(a)(7) and (c)(2)**

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c)(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on _____, 20_____ (date) at _____ (city) _____ (county), California.

By: _____
(Signature of person making service)

Exhibit B Page 127

## Clerk Recorder's Office
## County of Colusa
## Rose Gallo-Vasquez
## Clerk-Recorder

---

2019-0000254          1/28/2019 2:15:00 PM

  REC FEE                                                14.00

  $75 Bldg Homes & Jobs Act fee                          75.00

  CONFORMED COPY                                          1.00

---

Total Charges                                           90.00

CHECK 137591                                            90.00

---

Total Tendered                                          90.00

Change                                                   .00

---

1/28/2019 2:16:13 PM                        2019012800020

YM                                            2KCZB42-CR

Thank You



Requested By NATIONWIDE LEGAL LLC

# EXHIBIT 31

01/28/2019 2019001142I

copy/duplicate has not been compared to original document

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address):
Christopher Dombrowicki

Michels Corporation

817 Main Street

Brownsville, WI 53006

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1.    Michels Pipeline, a division of Michels Corporation     ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Contra Costa , State of California, and more particularly described as (address and/or sufficient description) 381 Sandy Lane, Oakley, CA 94561  (APN # 037050 005)

2.    After deducting all just credits and offsets, the sum of $13,961.54 , together with interest at the rate of 10% per annum from 12/13/2018 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Removal of High Pressure Regulators and equipment from customer on PG&E's project ID: DI-HPR-00902

3.    Claimant furnished the labor or services or equipment or materials, at the request of
Pacific Gas and Electric Company (PG&E)                (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.    The name and address of the owner or reputed owner of the real property is/are:
Pacific Gas and Electric Company (PG&E), 77 Beale Street, San Francisco, CA 94105

5.    Claimant's address is: Michels Corporation 817 Main Street, Brownsville, WI 53006

Dated 01/23/2019

(Signature)

**VERIFICATION**

I, Ben Molsen , am the: Vice President ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1/23/19

(Signature)

Scanned with CamScanner

# EXHIBIT 32

COPY of Document Recorded
28-Jan-2019 2019-0000253
Has not been compared with
original
COLUSA COUNTY RECORDER

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address):
Christopher Dombrowicki

Michels Corporation

817 Main Street

Brownsville. WI 53006

Recorder's Use Only

## CLAIM OF
## MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**
☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached    ☐ Not related to real property

1.    Michels Pipeline, a division of Michels Corporation    ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Colusa, State of California, and more particularly described as (address and/or sufficient description): 913 Frenzen Road, Arbuckle, CA 95912

APN: 021-050-020-000

2.    After deducting all just credits and offsets, the sum of $69,125.58    together with interest at the rate of 10%    per annum from 12/22/2018    (date when balance became due), is due claimant for the following labor, materials, services, or equipment: Installation of High Pressure Regulators, removal of High Pressure Regulators, and/or installation of service pipelines for customer on PG&E's Project ID: DI-HPR-01069.

3.    Claimant furnished the labor or services or equipment or materials, at the request of _____
Pacific Gas and Electric Company (PG&E)    (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.    The name and address of the owner or reputed owner of the real property is/are: _____
Pacific Gas and Electric Company (PG&E), 77 Beale Street, San Francisco, CA 94105

5.    Claimant's address is: Michels Corporation, 817 Main Street, Brownsville, WI 53006

Dated 01/23/2019

(Signature)

## VERIFICATION

I, Ben Nelson    , am the: Vice President    ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Dated 1/23/19

(Signature)

Exhibit B Page 132

## NOTICE OF MECHANICS LIEN CLAIM
## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
## California Civil Code section 8416

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

### PROOF OF SERVICE AFFIDAVIT (ON OWNER)
### California Civil Code section 8416(a)(7) and (c)(1)

I, Crystal McCarey _____ (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property.

Company/Person Served: Pacific Gas and Electric Company (PG&E)

Title or capacity of person served (if appropriate): _____

Service address: 77 Beale Street, San Francisco, CA 94105

Said service address is the owner's residence, place of business, or address showed by the building permit

on file with the permitting authority for the work.

Executed on January 25, 20 19 (date) at Los Angeles (city), Los Angeles (county), California.

By: _____
(Signature of person making service)

### ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)

### California Civil Code Section 8416(a)(7) and (c)(2)

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil code section 8416(c )(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on _____, 20 _____ (date) at _____ (city), _____ (county), California.

By: _____
(Signature of person making service)

# Clerk Recorder's Office
## County of Colusa
## Rose Gallo-Vasquez
## Clerk-Recorder

---

| 2019-0000253 | 1/28/2019 1:55:00 PM | |
|---|---|---|
| REC FEE | | 14.00 |
| $75 Bldg Homes & Jobs Act fee | | 75.00 |
| CONFORMED COPY | | 1.00 |

---

| Total Charges | 90.00 |
|---|---|
| CHECK 137594 | 90.00 |
| Total Tendered | 90.00 |
| Change | ".00 |

---

1/28/2019 1:56:48 PM          2019012800019
YM                                      2KCZH42-CR

### Thank You



129 of 145

# EXHIBIT 33

**Jon Lifquist, Assessor — Recorder**
Kern County Official Records

Recorded at the request of
**Public**

**BOLDENL**
3/07/2019
11:41 AM

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address):
Christopher Dombrowicki

Michels Corporation

817 Main Street

Brownsville, WI 53006

**DOC#:  219025529**

| | | |
|---|---|---|
| Stat Types: 1 | Pages: | **3** |
| Fees | | 29.00 |
| Taxes | | 0.00 |
| Others | | 79.00 |
| PAID | | $108.00 |

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2)
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of
    residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached  ☐ Not related to real property

1 _____Michels Power, a Division of Michels Corporation_____ ("claimant") claims a mechanics lien for the labor
or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real
property located in the County of _Kern_____, State of California, and more particularly described
as (address and/or sufficient description): _along PG&E's Smyrna-Semitropic-Midway 115kV electric_
_transmission line_

2.      After deducting all just credits and offsets, the sum of _$2,294,021.83_____; together with interest at the
rate of _10%____ per annum from _11/30/2018_____ (date when balance became due), is due claimant for the
following labor, materials, services, or equipment: _install TSPs, LSPs, snub poles and reconductor work_
_for PG&E's Project 74001389, CWA C12516_____

3.      Claimant furnished the labor or services or equipment or materials, at the request of _____
_Pacific Gas and Electric Company (PG&E)_____ (employer, person, or entity to whom
labor, materials, services, or equipment were furnished).

4.      The name and address of the owner or reputed owner of the real property is/are: _____
_Pacific Gas and Electric Company (PG&E), 77 Beale Street, San Francisco, CA 94105_

5.      Claimant's address is: _Michels Corporation, 817 Main Street, Brownsville, WI 53006_

Dated _02/20/2019_

(Signature)  Michels Power, a Division of Michels
Corporation
Mark Harasha, Senior Vice President

**VERIFICATION**

I, _Mark Harasha_____, am the: _Senior Vice President_____ ("owner,"
"president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to
make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the
claim of mechanics lien to be true of my own knowledge.

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated _02/26/19_____

(Signature)

Exhibit B Page 137

## NOTICE OF MECHANICS LIEN CLAIM
## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
### California Civil Code section 8416

     Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

### PROOF OF SERVICE AFFIDAVIT (ON OWNER)
### California Civil Code section 8416(a)(7) and (c)(1)

I, Crystal McCarey _____ (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: Pacific Gas and Electric Company (PG&E) _____

Title or capacity of person served (if appropriate): _____

Service address: 77 Beale Street, San Francisco, CA 94105 _____

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on March 8, 20 19 (date) at Los Angeles (city), Los Angeles (county), California.

By: _Crystal McCarey_____
(Signature of person making service)

### ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)
### California Civil Code Section 8416(a)(7) and (c)(2)

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c)(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on _____, 20_____ (date) at _____ (city), _____ (county), California.

By: _____
(Signature of person making service)

Exhibit B Page 139

# EXHIBIT 34

Exhibit B Page 140

Case: 19-30088    Doc# 1558-2    Filed: 04/19/19    Entered: 04/19/19 14:56:04    Page
134 of 145

**Jon Lifquist, Assessor – Recorder**
Kern County Official Records

Recorded at the request of
**Public**

BOLDENL
3/07/2019
11:41 AM

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address):
Christopher Dombrowicki

Michels Corporation

817 Main Street

Brownsville, WI 53006

| DOC#: 219025528 | Stat Types: 1 | Pages: 3 |
| --- | --- | --- |
| | Fees | 29.00 |
| | Taxes | 0.00 |
| | Others | 79.00 |
| | PAID | $108.00 |

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1)
☐ Fee cap of $225.00 reached ☐ Not related to real property

1.   Michels Power, a Division of Michels Corporation    ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of Kern , State of California, and more particularly described as (address and/or sufficient description): Semitropic Substation

2.   After deducting all just credits and offsets, the sum of $146,711.52 , together with interest at the rate of 10% per annum from 12/03/2018 (date when balance became due), is due claimant for the following labor, materials, services, or equipment: install one tubular steel pole with manual operable switch preparation for PG&E's Project 74014442. CWA C12404

3.   Claimant furnished the labor or services or equipment or materials, at the request of Pacific Gas and Electric Company (PG&E) (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.   The name and address of the owner or reputed owner of the real property is/are: Pacific Gas and Electric Company (PG&E), 77 Beale Street, San Francisco, CA 94105

5.   Claimant's address is: Michels Corporation, 817 Main Street, Brownsville, WI 53006

Dated 02/20/2019

(Signature) Michels Power, a Division of Michels Corporation

Mark Hitashia, a Senior Vice President

**VERIFICATION**

I, Mark Hitashia am the: Senior Vice President ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 02/20/19

(Signature)

Exhibit B Page 141

### NOTICE OF MECHANICS LIEN CLAIM
### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
### California Civil Code section 8416

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

### PROOF OF SERVICE AFFIDAVIT (ON OWNER)
### California Civil Code section 8416(a)(7) and (c)(1)

I, Crystal McCarey _____ (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: Pacific Gas and Electric Company (PG&E) _____

Title or capacity of person served (if appropriate): _____

Service address: 77 Beale Street, San Francisco, CA 94105 _____

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on March 5, 20 19 (date) at Los Angeles (city), Los Angeles (county), California.

By: _____
(Signature of person making service)

### ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)

### California Civil Code Section 8416(a)(7) and (c)(2)

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c.)(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate): _____

Service address: _____

Executed on _____, 20 ____ (date) at _____ (city), _____ (county), California.

By: _____
(Signature of person making service)

Exhibit B Page 143

# EXHIBIT 35

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address):
Christopher Dombrowicki

Michels Corporation

817 Main Street

Brownsville, WI 53006

copy/duplicate has not been
compared to original document

03/01/2019,20190028363

*ORIGINAL*

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

Declaration of Exemption From Gov't Code § 27388.1 Fee

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of
     residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1.   Michels Pipeline a division of Michels Corporation                    ("claimant") claims a mechanics lien for the labor

or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real

property located in the County of _Contra Costa_____, State of California, and more particularly described

as (address and/or sufficient description): 1800 Marsh Creek Road, Brentwood, CA 94513_____


2.   After deducting all just credits and offsets, the sum of _$516,790.37_____, together with interest at the

rate of _10%____ per annum from _10/24/18_____ (date when balance became due), is due claimant for the

following labor, materials, services, or equipment: Installation of High Pressure Regulators, removal of High

Pressure Regulators, and/or installation of service pipelines for customers on PG&E's project ID:

DI-HPR-00905

3.   Claimant furnished the labor or services or equipment or materials, at the request of _____

Pacific Gas and Electric Company ("PG&E")_____ (employer, person, or entity to whom

labor, materials, services, or equipment were furnished).

4.   The name and address of the owner or reputed owner of the real property is/are: _____

Pacific Gas and Electric Company ("PG&E"), 77 Beale Street, San Francisco, California 94105_____

5.   Claimant's address is: Michels Corporation, 817 Main Street, Brownsville, WI 53006_____

Dated _2/22/2019_____

_____
(Signature)


## VERIFICATION

  I, Donald Bailey_____, am the: _Regional Manager_____ ("owner,"

"president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to

make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the

claim of mechanics lien to be true of my own knowledge.

  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated _2/22/2019_____

_____
(Signature)

# EXHIBIT 36

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address):
Christopher Dombrowicki

Michels Corporation

817 Main Street

Brownsville, WI 53006

Doc #: 2019-021480
3/1/19 2:50 PM

Steve J. Bestolarides
San Joaquin County Recorders

Recorder's Use Only

# CLAIM OF MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached   ☐ Not related to real property

1.   Michels Pipeline a division of Michels Corporation    ("claimant") claims a mechanics lien for the labor or services, or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of San Joaquin   , State of California, and more particularly described as (address and/or sufficient description): McDonald Island Stockton, CA 95206

2.   After deducting all just credits and offsets, the sum of $880,071.74    together with interest at the rate of 10%   per annum from 01/17/18    (date when balance became due), is due claimant for the following labor, materials, services, or equipment: PG&E - S-766 Eliminate Bristol 624 Controllers Build and install 14 concrete pads at various PG&E facilities S-810, S-811, and S-779

3.   Claimant furnished the labor or services or equipment or materials, at the request of _____ Pacific Gas and Electric Company ("PG&E")    (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.   The name and address of the owner or reputed owner of the real property is/are: _____ Pacific Gas and Electric Company ("PG&E"), 77 Beale Street, San Francisco, California 94105

5.   Claimant's address is Michels Corporation, 817 Main Street, Brownsville, WI 53006

Dated 2/22/2019

_____
(Signature)

## VERIFICATION

I, Donald Bailey _____ am the Regional Manager _____ ("owner," "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 2/22/2019

_____
(Signature)

Exhibit B Page 147

# EXHIBIT 37

Recording requested by (name):
Michels Corporation

When recorded, mail to (name and address)
Christopher Dombrowicki

Michels Corporation

817 Main Street

Brownsville, WI 53006

Recorder's Use Only

# CLAIM OF
# MECHANICS LIEN

**(Cal. Civ. Code § 8416)**

**Declaration of Exemption From Gov't Code § 27388.1 Fee**

☐ Transfer is exempt from fee per GC § 27388.1(a)(2):
  ☐ recorded concurrently "in connection with" transfer subject to DTT
  ☐ recorded concurrently "in connection with" a transfer of residential dwelling to an owner-occupier
☐ Transfer is exempt from fee per GC 27388.1(a)(1):
  ☐ Fee cap of $225.00 reached  ☐ Not related to real property

1    Michels Power, a Division of Michels Corporation    ("claimant") claims a mechanics lien for the labor or services or equipment or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the County of _Kern_, State of California, and more particularly described as (address and/or sufficient description): Southwest corner of the intersection of Hwy 46 and Wildwood Road

2.    After deducting all just credits and offsets, the sum of _$414,004.61_, together with interest at the rate of _10%_ per annum from _01/23/2019_ (date when balance became due), is due claimant for the following labor, materials, services, or equipment: mobilization for training and material pick up, and pole preparation for PG&E's Project 74001389, CWA C12034

3.    Claimant furnished the labor or services or equipment or materials, at the request of _____ Pacific Gas and Electric Company (PG&E)_ (employer, person, or entity to whom labor, materials, services, or equipment were furnished).

4.    The name and address of the owner or reputed owner of the real property is/are: _____ Pacific Gas and Electric Company (PG&E), 77 Beale Street, San Francisco, CA 94105

5.    Claimant's address is: Michels Corporation, 817 Main Street, Brownsville, WI 53006

Dated _01/23/2019_

_(Signature)_

## VERIFICATION

I, _Jarrod Henschel_ am the: _Senior Group Vice President_ ("owner, "president," "authorized agent," "partner," etc.) of claimant on the foregoing claim of mechanics lien, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Dated _01/23/19_

_(Signature)_

## NOTICE OF MECHANICS LIEN CLAIM
## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is release.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

**PROOF OF SERVICE AFFIDAVIT**
California Civil Code section 8416

Failure to serve the Mechanic's Lien and Notice of Mechanic's Lien on the owner, or alternatively if the owner cannot be served on the lender or direct contractor, shall cause the Mechanic's Lien to be unenforceable as a matter of law (Civil Code Section 8024(d)). Service of the Mechanic's Lien and Notice of Mechanic's Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanic's Lien and Notice of Mechanic's Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanic's Lien and Notice of Mechanic's Lien.

### PROOF OF SERVICE AFFIDAVIT (ON OWNER)
California Civil Code section 8416(a)(7) and (c)(1)

I, Crystal McCarey _____ (name), declare that I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company/Person Served: Pacific Gas and Electric Company (PG&E) _____

Title or capacity of person served (if appropriate) _____

Service address: 77 Beale Street, San Francisco, CA 94105 _____

Said service address is the owner's residence, place of business, or address showed by the building permit on file with the permitting authority for the work.

Executed on January 25, 20 19 (date) at Los Angeles (city), Los Angeles (county), California.

By: _____
(Signature of person making service)

### ALTERNATE PROOF OF SERVICE AFFIDAVIT (ON LENDER OR DIRECT CONTRACTOR)

**California Civil Code Section 8416(a)(7) and (c)(2)**

I, _____ (name), declare that the owner or reputed owner cannot be served with a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail. Pursuant to California civil Code section 8416(c )(2), I served a copy of this Mechanic's Lien and Notice of Mechanic's Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or direct contractor as follows:

Company/Person Served: _____

Title or capacity of person served (if appropriate) _____

Service address: _____

Executed on _____, 20_____ (date) at _____ (city), _____ (county), California.

By: _____
(Signature of person making service)