# PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to this action; my current business address is 3579 Valley Centre Drive, Suite 300, San Diego, CA 92130.

On April 19, 2019, I served the foregoing document(s) described as: **Notice of Continued Perfection of Mechanics Lien Pursuant to 11 U.S.C. § 546(b)(2)** on the interested parties in this action as follows:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 19, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED LIST**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 19, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**(Via Federal Express)**
Hon. Dennis Montali - "Chambers Copies"
U.S. Bankruptcy Judge
Mail Box 36099
450 Golden Gate Avenue
San Francisco, CA 94102

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 4/19/19 | Raechelle Hurst | /s/ Raechelle Hurst |
| *Date* | *Printed Name* | *Signature* |

**Mailing Information for Case 19-30088**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Annadel A. Almendras**  annadel.almendras@doj.ca.gov
- **Monique D. Almy**  malmy@crowell.com
- **Dana M. Andreoli**  dandreoli@steyerlaw.com, pspencer@steyerlaw.com
- **Anne Andrews**  aa@andrewsthornton.com, aandrews@andrewsthornton.com
- **Richard L. Antognini**  rlalawyer@yahoo.com, hallonaegis@gmail.com
- **Lauren T. Attard**  lattard@bakerlaw.com, abalian@bakerlaw.com
- **Herb Baer**  hbaer@primeclerk.com, ecf@primeclerk.com
- **Todd M. Bailey**  Todd.Bailey@ftb.ca.gov
- **Kathryn E. Barrett**  keb@svlg.com, amt@svlg.com
- **Ronald S. Beacher**  rbeacher@pryorcashman.com
- **Hagop T. Bedoyan**  hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- **James C. Behrens**  jbehrens@milbank.com, mkoch@milbank.com
- **Jacob Taylor Beiswenger**  jbeiswenger@omm.com, llattin@omm.com
- **Peter J. Benvenutti**  pbenvenutti@kellerbenvenutti.com
- **Robert Berens**  rberens@smtdlaw.com, sr@smtdlaw.com
- **Heinz Binder**  heinz@bindermalter.com
- **Frank Bloksberg**  frank@bloksberglaw.com, frank@joinaikido.com
- **Neil Jon Bloomfield**  njbloomfield@njblaw.com, gklump@njblaw.com
- **Jason Blumberg**  jason.blumberg@usdoj.gov, Tina.L.Spyksma@UST.DOJ.GOV
- **Erin N. Brady**  enbrady@jonesday.com
- **Ronald K. Brown**  rkbgwhw@aol.com, lesleysich1@aol.com
- **Stephan M. Brown**  eric@thebklawoffice.com, Ellen@thebklawoffice.com
- **W. Steven Bryant**  , molly.batiste-debose@lockelord.com
- **Peter C. Califano**  pcalifano@cwclaw.com
- **Steven M. Campora**  scampora@dbbwc.com, nlechuga@dbbwc.com
- **Leah E. Capritta**  leah.capritta@hklaw.com, lori.labash@hklaw.com
- **Christina Lin Chen**  christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- **Shawn M. Christianson**  schristianson@buchalter.com
- **Robert N.H. Christmas**  rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- **Alicia Clough**  aclough@loeb.com
- **Kevin G. Collins**  kevin.collins@btlaw.com

- **Donald H. Cram**     dhc@severson.com
- **Ashley Vinson Crawford**     avcrawford@akingump.com, tsouthwell@akingump.com
- **John Cumming**     jcumming@dir.ca.gov
- **J. Russell Cunningham**     rcunningham@dnlc.net, emehr@dnlc.net
- **Keith J. Cunningham**     , rkelley@pierceatwood.com
- **Keith J. Cunningham**     kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- **James D. Curran**     jcurran@wolkincurran.com, dstorms@wolkincurran.com
- **Tambra Curtis**     tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- **Jonathan S. Dabbieri**     dabbieri@sullivanhill.com, bkstaff@sullivanhill.com
- **Nicolas De Lancie**     ndelancie@jmbm.com
- **Shounak S. Dharap**     ssd@arnslaw.com, mec@arnslaw.com
- **Kathryn S. Diemer**     kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com
- **John P. Dillman**     houston_bankruptcy@publicans.com
- **Jonathan R. Doolittle**     jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- **Jennifer V. Doran**     jdoran@hinckleyallen.com
- **Jamie P. Dreher**     jdreher@downeybrand.com
- **Cecily A. Dumas**     cdumas@bakerlaw.com
- **Dennis F. Dunne**     cprice@milbank.com, jbrewster@milbank.com
- **Dennis F. Dunne**     ddunne@milbank.com, jbrewster@milbank.com
- **Huonganh Annie Duong**     annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- **Kevin M. Eckhardt**     keckhardt@hunton.com, candonian@huntonak.com
- **Joseph A. Eisenberg**     JAE1900@yahoo.com
- **Sally J. Elkington**     sally@elkshep.com, ecf@elkshep.com
- **David Emerzian**     david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com
- **G. Larry Engel**     larry@engeladvice.com
- **Krista M. Enns**     kenns@beneschlaw.com
- **Michael P. Esser**     michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- **Richard W. Esterkin**     richard.esterkin@morganlewis.com
- **Michael S. Etkin**     metkin@lowenstein.com
- **Jacob M. Faircloth**     jacob.faircloth@smolsonlaw.com
- **Joseph Kyle Feist**     jfeistesq@gmail.com, info@norcallawgroup.net
- **Matthew A. Feldman**     mfeldman@willkie.com
- **James J. Ficenec**     James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- **John D. Fiero**     jfiero@pszjlaw.com, ocarpio@pszjlaw.com

4811-1556-3924.1

- **Kimberly S. Fineman**  kfineman@nutihart.com, nwhite@nutihart.com
- **Stephen D. Finestone**  sfinestone@fhlawllp.com
- **Daniel I. Forman**  dforman@willkie.com
- **Jonathan Forstot**  jonathan.forstot@troutman.com, john.murphy@troutman.com
- **Jonathan Forstot**  , john.murphy@troutman.com
- **Matthew Hampton Foushee**  hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- **Carolyn Frederick**  cfrederick@prklaw.com
- **Roger F. Friedman**  rfriedman@rutan.com, csolorzano@rutan.com
- **Xiyi Fu**  jackie.fu@lockelord.com, taylor.warren@lockelord.com
- **Larry W. Gabriel**  lgabriel@bg.law, nfields@bg.law
- **Gregg M. Galardi**  gregg.galardi@ropesgray.com
- **Richard L. Gallagher**  richard.gallagher@ropesgray.com
- **Duane M. Geck**  dmg@severson.com
- **Evelina Gentry**  evelina.gentry@akerman.com, rob.diwa@akerman.com
- **Janet D. Gertz**  jgertz@btlaw.com, amattingly@btlaw.com
- **Barry S. Glaser**  bglaser@swesq.com
- **Gabriel I. Glazer**  gglazer@pszjlaw.com
- **Gabrielle Glemann**  gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- **Matthew A. Gold**  courts@argopartners.net
- **Eric D. Goldberg**  eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Amy L. Goldman**  goldman@lbbslaw.com
- **Eric S. Goldstein**  egoldstein@goodwin.com
- **Richard H. Golubow**  rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- **Michael J. Gomez**  mgomez@frandzel.com, dmoore@frandzel.com
- **Michael W. Goodin**  mgoodin@clausen.com, mgenova@clausen.com
- **Eric R. Goodman**  egoodman@bakerlaw.com
- **Mark A. Gorton**  mgorton@boutinjones.com, cdomingo@boutininc.com
- **Mark A. Gorton**  mgorton@boutininc.com, cdomingo@boutininc.com
- **Michael I. Gottfried**  mgottfried@lgbfirm.com, srichmond@lgbfirm.com
- **Louis Gottlieb**  Lgottlieb@labaton.com, mpenrhyn@labaton.com
- **Debra I. Grassgreen**  dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- **Daniel J. Griffin**  eric@thebklawoffice.com, christina@thebklawoffice.com
- **Stuart G. Gross**  sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- **Elizabeth M. Guffy**  eguffy@lockelord.com, autodocket@lockelord.com
- **Cameron Gulden**  cameron.m.gulden@usdoj.gov
- **Oren Buchanan Haker**  oren.haker@stoel.com, rene.alvin@stoel.com
- **Kristopher M. Hansen**  dmohamed@stroock.com, mmagzamen@stroock.com
- **Robert G. Harris**  rob@bindermalter.com

4811-1556-3924.1

- **Christopher H. Hart**     chart@nutihart.com, nwhite@nutihart.com
- **Bryan L. Hawkins**     bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- **Christopher V. Hawkins**     hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com
- **Jan M Hayden**     jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- **Jennifer C. Hayes**     jhayes@fhlawllp.com
- **Alaina R. Heine**     alaina.heine@dechert.com, brett.stone@dechert.com
- **Stephen E. Hessler, P.C.**     , jozette.chong@kirkland.com
- **Sean T. Higgins**     aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- **Terry L. Higham**     t.higham@bkolaw.com, achavez@bkolaw.com
- **James P. Hill**     hill@sullivanhill.com, bkstaff@sullivanhill.com
- **Michael R. Hogue**     hoguem@gtlaw.com, frazierl@gtlaw.com
- **David Holtzman**     david.holtzman@hklaw.com
- **Alexandra S. Horwitz**     allie.horwitz@dinsmore.com
- **Marsha Houston**     mhouston@reedsmith.com, hvalencia@reedsmith.com
- **Shane Huang**     shane.huang@usdoj.gov
- **Brian D. Huben**     hubenb@ballardspahr.com
- **Jonathan Hughes**     , jane.rustice@aporter.com
- **Michael A. Isaacs**     Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- **Mark V. Isola**     mvi@sbj-law.com
- **J. Eric Ivester**     Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- **J. Eric Ivester**     , Andrea.Bates@skadden.com
- **Ivan C. Jen**     ivan@icjenlaw.com
- **Monique Jewett-Brewster**     mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- **Chris Johnstone**     chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- **Gregory K. Jones**     GJones@dykema.com, cacossano@dykema.com
- **Robert A. Julian**     rjulian@bakerlaw.com
- **Roberto J. Kampfner**     rkampfner@whitecase.com, mco@whitecase.com
- **Robert B. Kaplan**     rbk@jmbm.com
- **Eve H. Karasik**     ehk@lnbyb.com
- **William M. Kaufman**     wkaufman@smwb.com
- **Jane G. Kearl**     jkearl@watttieder.com, jbenton@watttieder.com
- **Tobias S. Keller**     tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- **Lynette C. Kelly**     lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- **Gerald P. Kennedy**     gerald.kennedy@procopio.com, laj@procopio.com
- **Samuel A. Khalil**     skhalil@milbank.com, jbrewster@milbank.com
- **Samuel M. Kidder**     skidder@ktbslaw.com

4811-1556-3924.1

- **Marc Kieselstein** , carrie.oppenheim@kirkland.com
- **Jane Kim** jkim@kellerbenvenutti.com
- **Thomas F. Koegel** tkoegel@crowell.com
- **Andy S. Kong** kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- **Alan W. Kornberg** , akornberg@paulweiss.com
- **Bernard Kornberg** bjk@severson.com
- **David I. Kornbluh** dik@millermorton.com, mhr@millermorton.com
- **Jeffrey C. Krause** jkrause@gibsondunn.com, psantos@gibsondunn.com
- **Thomas R. Kreller** tkreller@milbank.com, dmuhrez@milbank.com
- **Lindsey E. Kress** lkress@lockelord.com, autodocket@lockelord.com
- **Hannah C. Kreuser** hkreuser@porterlaw.com, ooberg@porterlaw.com
- **Michael Thomas Krueger** michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- **Boris Kukso** boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- **Timothy S. Laffredi** timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- **Richard A. Lapping** rich@trodellalapping.com
- **Michael Lauter** mlauter@sheppardmullin.com
- **Francis J. Lawall** lawallf@pepperlaw.com, henrys@pepperlaw.com
- **Scott Lee** scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- **Edward J. Leen** eleen@mkbllp.com
- **Matthew A. Lesnick** matt@lesnickprince.com, jmack@lesnickprince.com
- **Bryn G. Letsch** bletsch@braytonlaw.com
- **David B. Levant** david.levant@stoel.com, rene.alvin@stoel.com
- **Andrew H. Levin** alevin@wcghlaw.com, vcorbin@wcghlaw.com
- **Marc A. Levinson** Malevinson@orrick.com, BOrozco@orrick.com
- **Alexander James Demitro Lewicki** kdiemer@diemerwei.com, alewicki@diemerwei.com
- **William S. Lisa** , jcaruso@nixonpeabody.com
- **William S. Lisa** wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- **Jonathan A. Loeb** jon.loeb@bingham.com
- **John William Lucas** jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Jane Luciano** jane-luciano@comcast.net
- **Kerri Lyman** klyman@irell.com, lgauthier@irell.com
- **John H. MacConaghy** macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- **Iain A. Macdonald** iain@macfern.com, ecf@macfern.com
- **Tracy L. Mainguy** tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Samuel R. Maizel** samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- **Adam Malatesta** adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- **Michael W. Malter** michael@bindermalter.com

4811-1556-3924.1

- **Craig Margulies**  cmargulies@margulies-law.com, lsalazar@margulies-law.com
- **Geoffrey E. Marr**  gemarr59@hotmail.com
- **David P. Matthews**  jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- **Patrick C. Maxcy**  patrick.maxcy@snrdenton.com
- **Thomas E. McCurnin**  tmccurnin@bkolaw.com, kescano@bkolaw.com
- **Hugh M. McDonald**  hugh.mcdonald@troutman.com, john.murphy@troutman.com
- **Hugh M. McDonald**  , john.murphy@troutman.com
- **C. Luckey McDowell**  luckey.mcdowell@bakerbotts.com
- **Thomas Melone**  Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- **Peter Meringolo**  peter@pmrklaw.com
- **Frank A. Merola**  lacalendar@stroock.com, mmagzamen@stroock.com
- **Matthew D. Metzger**  belvederelegalecf@gmail.com
- **Randy Michelson**  randy.michelson@michelsonlawgroup.com
- **Joseph G. Minias**  jminias@willkie.com
- **M. David Minnick**  dminnick@pillsburylaw.com, docket@pillsburylaw.com
- **Thomas C. Mitchell**  tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- **John A. Moe**  john.moe@dentons.com, glenda.spratt@dentons.com
- **Kevin Montee**  kmontee@monteeassociates.com
- **David W. Moon**  lacalendar@stroock.com, mmagzamen@stroock.com
- **Erika L. Morabito**  emorabito@foley.com, hsiagiandraughn@foley.com
- **Courtney L. Morgan**  morgan.courtney@pbgc.gov
- **Joshua D. Morse**  Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- **Thomas G. Mouzes**  tmouzes@boutinjones.com, cdomingo@boutininc.com
- **Peter S. Munoz**  pmunoz@reedsmith.com, gsandoval@reedsmith.com
- **Michael S. Myers**  myersms@ballardspahr.com, hartt@ballardspahr.com
- **Alan I. Nahmias**  anahmias@mbnlawyers.com
- **David L. Neale**  dln@lnbrb.com
- **David L. Neale**  dln@lnbyb.com
- **David Neier**  dneier@winston.com
- **Brittany J. Nelson**  bnelson@foley.com, hsiagiandraughn@foley.com
- **Howard S. Nevins**  hnevins@hsmlaw.com, lsamosa@hsmlaw.com
- **Melissa T. Ngo**  ngo.melissa@pbgc.gov, efile@pbgc.gov
- **Mario R. Nicholas**  mario.nicholas@stoel.com, cherie.clark@stoel.com
- **Gregory C. Nuti**  gnuti@nutihart.com, nwhite@nutihart.com
- **Abigail O'Brient**  aobrient@mintz.com, docketing@mintz.com
- **Julie E. Oelsner**  joelsner@weintraub.com, bjennings@weintraub.com
- **Office of the U.S. Trustee / SF**  USTPRegion17.SF.ECF@usdoj.gov

4811-1556-3924.1

- **Steven M. Olson**  smo@smolsonlaw.com
- **Aram Ordubegian**  Ordubegian.Aram@ArentFox.com
- **Richard A. Oshinski**  Rick@Oshinskiforsberg.com, linda@oshinskiforsberg.com
- **Shai Oved**  ssoesq@aol.com, Ovedlaw@hotmail.com
- **Gabriel Ozel**  Gabriel.Ozel@troutman.com, tsinger@houser-law.com
- **Margarita Padilla**  Margarita.Padilla@doj.ca.gov
- **Amy S. Park**  amy.park@skadden.com, alissa.turnipseed@skadden.com
- **Donna Taylor Parkinson**  donna@parkinsonphinney.com
- **Peter S. Partee**  , candonian@huntonak.com
- **Paul J. Pascuzzi**  ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- **Kenneth Pasquale**  , mlaskowski@stroock.com
- **Charles Scott Penner**  penner@carneylaw.com, caragol@carneylaw.com
- **Valerie Bantner Peo**  vbantnerpeo@buchalter.com
- **Danielle A. Pham**  danielle.pham@usdoj.gov
- **Thomas R. Phinney**  tom@parkinsonphinney.com
- **R. Alexander Pilmer**  alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- **M. Ryan Pinkston**  rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- **Estela O. Pino**  epino@epinolaw.com, staff@epinolaw.com
- **Mark D. Plevin**  mplevin@crowell.com
- **Mark D. Poniatowski**  ponlaw@ponlaw.com
- **William L. Porter**  bporter@porterlaw.com, Ooberg@porterlaw.com
- **Christopher E. Prince**  cprince@lesnickprince.com
- **Douglas B. Provencher**  dbp@provlaw.com
- **Amy C. Quartarolo**  amy.quartarolo@lw.com
- **Lary Alan Rappaport**  lrappaport@proskauer.com, PHays@proskauer.com
- **Justin E. Rawlins**  jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- **Hugh M. Ray**  hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- **Paul F. Ready**  smeyer@farmerandready.com
- **Caroline A. Reckler**  caroline.reckler@lw.com
- **Jeffrey M. Reisner**  jreisner@irell.com
- **Jack A. Reitman**  , srichmond@lgbfirm.com
- **Emily P. Rich**  erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Christopher O. Rivas**  crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Daniel Robertson**  robertson.daniel@pbgc.gov, efile@pbgc.gov
- **Lacey E. Rochester**  lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- **Jorian L. Rose**  jrose@bakerlaw.com

- **Allan Robert Rosin**     arrosin@alr-law.com
- **Jay M. Ross**     jross@hopkinscarley.com, eamaro@hopkinscarley.com
- **Gregory A. Rougeau**     grougeau@brlawsf.com
- **Nathan Q. Rugg**     nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- **Thomas B. Rupp**     trupp@kellerbenvenutti.com
- **Eric E. Sagerman**     esagerman@bakerlaw.com, pgedocket@bakerlaw.com
- **Nanette D. Sanders**     nanette@ringstadlaw.com, becky@ringstadlaw.com
- **Lovee Sarenas**     Lovee.sarenas@lewisbrisbois.com
- **Sunny S. Sarkis**     sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- **Sblend A. Sblendorio**     sas@hogefenton.com
- **Daren M Schlecter**     daren@schlecterlaw.com, info@schlecterlaw.com
- **Bradley R. Schneider**     bradley.schneider@mto.com
- **Lisa Schweitzer**     lschweitzer@cgsh.com
- **David B. Shemano**     dshemano@pwkllp.com
- **James A. Shepherd**     jim@elkshep.com, ecf@elkshep.com
- **Leonard M. Shulman**     lshulman@shbllp.com
- **Andrew I. Silfen**     andrew.silfen@arentfox.com
- **Wayne A. Silver**     w_silver@sbcglobal.net, ws@waynesilverlaw.com
- **Craig S. Simon**     csimon@bergerkahn.com, aketcher@bergerkahn.com
- **Michael K. Slattery**     mslattery@lkfirm.com, rramirez@lkfirm.com
- **Dania Slim**     dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- **Jennifer N. Slocum**     jennifer.slocum@stoel.com, docketclerk@stoel.com
- **Aaron C. Smith**     asmith@lockelord.com, autodocket@lockelord.com
- **Alan D. Smith**     adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- **Jan D. Sokol**     jdsokol@lawssl.com, dwright@lawssl.com
- **Randye B. Soref**     rsoref@polsinelli.com
- **Bennett L. Spiegel**     blspiegel@jonesday.com
- **Michael St. James**     ecf@stjames-law.com
- **Howard J. Steinberg**     steinbergh@gtlaw.com, pearsallt@gtlaw.com
- **Harriet A. Steiner**     harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- **Lillian G. Stenfeldt**     lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- **Cheryl L. Stengel**     clstengel@outlook.com, stengelcheryl40@gmail.com
- **David M. Stern**     dstern@ktbslaw.com
- **Rebecca Suarez**     rsuarez@crowell.com
- **Brad T. Summers**     summerst@lanepowell.com, docketing-pdx@lanepowell.com
- **Kesha Tanabe**     kesha@tanabelaw.com
- **Elizabeth Lee Thompson**     ethompson@stites.com, docketclerk@stites.com
- **John C. Thornton**     jct@andrewsthornton.com, aandrews@andrewsthornton.com

4811-1556-3924.1

- **Meagan S. Tom**  Meagan.tom@lockelord.com, autodocket@lockelord.com
- **Edward Tredinnick**  etredinnick@grmslaw.com
- **Matthew Jordan Troy**  matthew.troy@usdoj.gov
- **Andrew Van Ornum**  avanornum@vlmglaw.com, hchea@vlmglaw.com
- **Shmuel Vasser**  shmuel.vasser@dechert.com, brett.stone@dechert.com
- **Victor A. Vilaplana**  vavilaplana@foley.com, rhurst@foley.com
- **Marta Villacorta**  marta.villacorta@usdoj.gov
- **John A. Vos**  InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- **Riley C. Walter**  ecf@W2LG.com
- **Phillip K. Wang**  phillip.wang@rimonlaw.com
- **Philip S. Warden**  philip.warden@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- **Lindsi M. Weber**  lweber@polsinelli.com, yderac@polsinelli.com
- **Genevieve G. Weiner**  gweiner@gibsondunn.com
- **Joseph M. Welch**  jwelch@buchalter.com, dcyrankowski@buchalter.com
- **David Walter Wessel**  DWessel@efronlawfirm.com, hporter@chdlawyers.com
- **Drew M. Widders**  dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- **Eric R. Wilson**  kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- **Kimberly S. Winick**  kwinick@clarktrev.com, knielsen@clarktrev.com
- **Rebecca J. Winthrop**  rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- **David Wirt**  david.wirt@hklaw.com, denise.harmon@hklaw.com
- **Ryan A. Witthans**  rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- **Risa Lynn Wolf-Smith**  rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- **Douglas Wolfe**  dwolfe@asmcapital.com
- **Catherine E. Woltering**  cwoltering@bakerlaw.com
- **Andrea Wong**  wong.andrea@pbgc.gov, efile@pbgc.gov
- **Christopher Kwan Shek Wong**  christopher.wong@arentfox.com
- **Kirsten A. Worley**  kw@wlawcorp.com, admin@wlawcorp.com
- **Andrew Yaphe**  andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com
- **Tacie H. Yoon**  tyoon@crowell.com
- **Bennett G. Young**  byoung@jmbm.com, jb8@jmbm.com
- **Brittany Zummer**  bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- **Dario de Ghetaldi**  deg@coreylaw.com, lf@coreylaw.com