UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Bankruptcy Case |
|---|---|
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Robert J. Rubel, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On April 16, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via Overnight Mail on the Office of the US Trustee, J Snyder T Lafreddi M Villacorta, 450 Golden Gate Ave, Suite 05-0153, San Francisco, CA, 94102:

- Statement of Financial Affairs for PG&E Corporation [Docket No. 1459]

- Statement of Financial Affairs for Pacific Gas and Electric Company [Docket No. 1460]

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

| | |
|---|---|
| 1 | Executed this 19th day of April 2019, at New York, NY. |
| 2 | |
| 3 | _____ |
| 4 | Robert J. Rubel |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Executed this 19th day of April 2019, at New York, NY.

_____
Robert J. Rubel

2

SRF 32318