WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**STATEMENT OF DEBTORS WITH RESPECT TO APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 328(a) AND 1103 AND FED. R. BANKR. P. 2014(a) FOR AUTHORIZATION TO RETAIN AND EMPLOY FTI CONSULTING, INC. AS FINANCIAL ADVISOR *NUNC PRO TUNC* TO FEBRUARY 12, 2019**<br>**(Re: Dkt. No. 1212)**<br><br>Date: April 24, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), hereby submit this Statement (the "**Statement**"), with respect to the *Application of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to 11 U.S.C. §§328(a) and 1103 and Fed. R. Bankr. P. 2014(a) for Authorization to Retain and Employ FTI Consulting, Inc. as Financial Advisor Nunc Pro Tunc to February 12, 2019* (the "**FTI Retention Application**").

As noted in the Declaration of Samuel E. Star filed in support of the FTI Retention Application, prior to the commencement of the Chapter 11 Cases, Compass Lexecon, LLC ("**Compass**") was retained by the Debtors, through their counsel, to provide, among other things, consulting services in connection with the evaluation of potential damages relating to the 2017 and 2018 northern California wildfires. The Debtors continue to use the services of Compass and intend to do so during the pendency of these Chapter 11 Cases.

At the time the Committee decided to seek to retain FTI Consulting Inc. ("**FTI**"), the Debtors made it clear to the Committee that the Debtors had no objection to the Committee's retention of FTI based on representations to the Debtors made by the Committee and FTI that Compass operates entirely separately and independently from FTI, as an entirely separate corporate entity with separate management and employees, and that FTI will not be privy to, or have access to, in any way, the work undertaken by Compass Lexecon for or on behalf of Debtors, and subject to the condition that the Committee's retention of FTI would in no way prejudice or preclude, in any way, the Debtors' ongoing ability to utilize Compass's services, in any capacity, in these Chapter 11 Cases or any other context and would not present any conflicts for Compass or for the Debtors' continuing retention and use of the services of Compass.

Accordingly, and on that basis, the Debtors have no objection to the relief requested in the FTI Retention Application as long as the order approving the same includes the following paragraph:

> ORDERED that the employment and retention of FTI by the Committee as authorized herein shall in no way impact, restrict or preclude in any way the Debtors from employing and retaining Compass Lexecon, in any capacity, in connection with these Chapter 11 Cases or in any other context and FTI's retention by the Committee may not be

used as a basis to disqualify or limit in any way Compass Lexecon from providing services of any kind to the Debtors, or otherwise participating in these Chapter 11 Cases or in any other litigation, or the use of any materials prepared previously or in the future by Compass Lexecon for or on behalf of Debtors.

Dated: April 19, 2019

**WEIL, GOTSHAL & MANGES LLP**

**KELLER & BENVENUTTI LLP**

By:  /s/ Jane Kim
       Jane Kim

*Attorneys for Debtors
and Debtors in Possession*