GIBSON, DUNN & CRUTCHER LLP
OSCAR GARZA, SBN 149790
  ogarza@gibsondunn.com
SAMUEL A. NEWMAN, SBN 217042
  snewman@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

*Counsel for Centerview Partners LLC*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | CASE NO. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| **-and-** | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **ORDER AUTHORIZING CENTERVIEW PARTNERS LLC TO FILE CERTAIN CONFIDENTIAL INFORMATION UNDER SEAL IN CONNECTION WITH THE APPLICATIONS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AUTHORITY TO RETAIN AND EMPLOY CENTERVIEW AS INVESTMENT BANKER** |
| ☐ Affects PG&E Corporation ☐ Affects Pacific Gas and Electric Company ☒ Affects both Debtors | |
| *\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | |

Upon the Motion, dated April 19, 2019 (the "Motion to File Under Seal"), of Centerview

Partners LLC ("Centerview"), for entry of an order pursuant to Sections 105(a) and 107(b) of the

Bankruptcy Code and Rule 9018 of the Bankruptcy Rules, authorizing Centerview to redact and file

under seal certain Confidential Information in connection with the Application of the Official

Committee of Unsecured Creditors for Authority to Retain and Employ Centerview as Investment

Banker and granting related relief, all as more fully set forth in the Motion; and this Court having

jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and

Gibson, Dunn & Crutcher LLP

1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28

U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§1408 and 1409;

and this Court having reviewed the Motion; and all objections, if any, to the Motion having been

withdrawn, resolved, or overruled; and this Court having determined that the legal and factual bases

set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief

requested in the Motion is in the best interests of the Debtors and their respective estates and

creditors; and upon all of the proceedings had before this Court; and after due deliberation and

sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.  The Motion is granted to the extent set forth herein.

2.  Centerview is authorized to file the unredacted version of Schedule 1 of the

Chopra Declaration under seal pursuant to section 105(a) and 107(b) of the Bankruptcy Code,

Bankruptcy Rule 9018, Bankruptcy Local Rule 1001-2(a), and the *New District Wide Procedures for*

*Electronically Filing Sealed and Redacted Documents adopted by the United States Bankruptcy*

*Court for the Northern District of California.*

3.  The Confidential Information shall remain confidential, shall remain under

seal, and shall not be made available to anyone except (i) this Court, (ii) the U.S. Trustee, (iii)

attorneys for the PG&E Corporation and Pacific Gas and Electric Company (the "Debtors"), (iv)

attorneys for the Official Committee of Unsecured Creditors and the Official Committee of Tort

Claimants, and (v) such other parties as ordered by this Court or as agreed to in writing by

Centerview.

4.  Except as ordered by this Court or as agreed to in writing by the Debtors and

Centerview, any pleadings that disclose any of the Confidential Information shall be filed under seal

in accordance with this Order and served only on those parties authorized in paragraph 3 above.

5.  Any party who receives the Confidential Information in accordance with this

Order shall not disclose or otherwise disseminate such Confidential Information to any other person

or entity, including in response to a request under the Freedom of Information Act.

6.  Within a reasonable time after the need for confidential treatment no longer

Gibson, Dunn &
Crutcher LLP

2

applies, Centerview will publicly file supplemental disclosures.

7. Notwithstanding the provisions of Bankruptcy Rule 6004(h), this Order shall be immediately effective and enforceable upon its entry.

8. The Debtors are authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

9. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**\*\*END OF ORDER\*\***

Gibson, Dunn &
Crutcher LLP

COURT SERVICE LIST

Federal Energy Regulatory Commission
Attn: General Counsel
888 First St NE
Washington, DC 20426

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104-5016

John A. Vos
1430 Lincoln Avenue
San Rafael, CA 94901

Office of the United States Attorney for the Northern District of California
Attn: Bankruptcy Unit
Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

PG&E Corporation
Attn: President or General Counsel
77 Beale Street
P.O. Box 77000
San Francisco, CA 94177

Placer County Office Of The Treasurer-Tax Collector
Attn: Robert Kanngiesser
2976 Richardson Drive
Auburn, CO 95603

U.S. Nuclear Regulatory Commission
Attn: General Counsel
U.S. NRC Region IV
1600 E. Lamar Blvd.
Arlington, TX 76011

Gibson, Dunn &
Crutcher LLP