

**FILED**

APR 19 2019

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

April 17, 2019

Honorable Judge Dennis Montali
450 Golden Gate Avenue
Mailbox 36099
San Francisco, CA 94102

**19-30088**

Your Honor,

I'm writing to request (beg) that you rule against PG&E in its bid to pay some $235 million in incentive bonuses to thousands of employees. This money would be much better spent repaying the victims of the 2018 wildfires, whose lives have been changed forever. It's appalling and beyond comprehension that PG&E would even consider issuing incentive bonuses in light of the devastation and suffering caused by the fires.

If I, as an individual, were to cause significant damage to my neighbor's house, I would be held completely responsible, both financially and legally. Like so many other Californians, I see no reason why PG&E shouldn't be held to the same standard. I understand that there is a new normal on the horizon, but to assist PG&E in avoiding the responsibilities of the here and now would pour bitter salt into unhealed wounds.

PG&E is the epitome of an arrogant corporate giant – they know full well they provide a product the public cannot live without and they exploit that fact to the fullest. Allowing them to provide financial incentives to keep business as usual would send a terrible message to the fire victims: You don't matter.

Corporations like PG&E have forgotten that average citizens, like me, are the backbone of California, and the truth is we're tired of carrying their gilded litters at our expense.

I know you've heard this type of plea many times over but I feel compelled to add my voice as well. I greatly appreciate your taking the time to read this letter and I thank you for considering my request.

Sincerely,

*Wendy Hopkins*

Wendy Hopkins
2733 16th Street
Sacramento, CA 95818
wlhopkins64@gmail.com