**Frank Bloksberg, SBN 150809**
**142 East McKnight Way**
**Grass Valley, CA 95949**
**Tel: (530) 478-0170**
**Fax: (530) 478-0170**
**email: frank@bloksberglaw.com**

**Attorney for Kevin Thompson and Mia Nash**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    -and-<br><br>PACIFIC GAS & ELECTRIC COMPANY<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas & Electric Company<br>■ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | CASE NO: 19-30088-DM<br><br>Chapter 11<br><br>NOTICE OF CONTINUED HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY KEVIN THOMPSON AND MIA NASH<br><br>New Hearing Date: June 25, 2019<br>Time:  9:30 am<br>Place:  450 Golden Gate Avenue, 16th Floor<br>        San Francisco, California<br>Judge:  Honorable Dennis Montali<br><br>**Objection Deadline: Not Applicable** |

    **PLEASE TAKE NOTICE** that the hearing on Mr. Thompson and Ms. Nash's Motion for Relief from the Automatic Stay previously scheduled for April 24, at 9:30 a.m. has been continued to **June 25, 2019 at 9:30 am (Pacific Time)** and will be held before the Honorable Dennis Montali at the United States Bankruptcy Court for the Northern District of California, located at 450 Golden Gate Avenue, 16th Floor, San Francisco, California, in Courtroom 17. At that time Kevin Thompson and Mia Nash will bring on for a preliminary hearing their motion for relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) (the "Motion"), to allow the completion of the State Court Action in KEVIN THOMPSON and MIA NASH v. PG&E CORPORATION, Case No. CU19-083433, in Nevada County Superior Court.

(The "State Court Action.")

The Motion is based on this Notice of Hearing, the Motion and points and authorities therein, the Declaration and Request for Judicial Notice of Kevin Thompson, and on such other and further evidence and matters that the Court may consider at the hearing of the Motion.

**PLEASE TAKE FURTHER NOTICE that as provided in Local Rule 4001-1(a), the Debtor, Pacific Gas & Electric Company, is advised to appear personally or by counsel at the preliminary hearing; and that failure to so appear may result in the Court granting the relief requested without further hearing, including the lifting of the automatic stay to allow Mr. Thompson and Ms. Nash to pursue completion of litigation, pretrial proceedings, trial, post-trial motions and any appellate proceedings in or in connection with the State Court Action.**

DATED: April 21, 2019              FRANK BLOKSBERG

                          BY:      /s/ Frank Bloksberg
                                   Frank Bloksberg
                                   Attorney for Kevin Thompson and Mia Nash

2