**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**,<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors**.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br>**NOTICE OF AGENDA FOR APRIL 23, 2019 1:30 P.M. OMNIBUS HEARING**<br>Date: April 23, 2019<br>Time: 1:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR
APRIL 23, 2019 1:30 P.M. (PACIFIC TIME)
<u>OMNIBUS HEARING</u>**

I.     <u>**MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**</u>

*CONTESTED MATTERS GOING FORWARD*

    1.     **STIP Motion**: Corrected Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief [**Dkt. 806**].

Response Deadline: March 20, 2019, at 4:00 p.m. (Pacific Time), except for the following parties, for whom the response deadline was extended by order or by stipulation and order to March 28, 2019, at 4:00 p.m. (Pacific Time):

- Official Tort Claimants Committee
- Official Creditors Committee
- Ad Hoc Committee of Senior Unsecured Noteholders
- ESC Local 20
- The Office of the United States Trustee
- SLF Wildfire Claimants

Responses Filed:

A.     Initial Objection of the Official Committee of Tort Claimants to Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief [**Dkt. 847**].

B.     Letter to the Court from James M. Eaneman, Sr. [**Dkt. 886**].

C.     Joinder of the City and County of San Francisco to Initial Objection of the Official Committee of Tort Claimants to Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief (filed by SLF Fire Victim Claimants) [**Dkt. 968**].

D.     Objection of SLF Fire Victim Claimants to Corrected Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief [**Dkt. 1040**].

E.     United States Trustee's Objection to Motion of Debtors for Entry of an Order Approving Short-Term Incentive Plan [**Dkt. 1044**].

F.     Joinder in the Initial Objection of the Official Committee of Tort Claimants to Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief (filed by Interested Party Plaintiffs Executive Committee appointed by the Superior Court of the State of California, in

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

and for the County of Alameda, in Case No. RG16843631 and related cases) [**Dkt. 1054**].

G. ESC Local 20's Response to the Debtors' Motion for Entry of an Order Approving Short-Term Incentive Plan and Granting Related Relief [**Dkt. 1107**].

H. Limited Objection of the Official Committee of Unsecured Creditors to Corrected Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief [**Dkt. 1110**].

I. Joinder in Objection of SLF Fire Victim Claimants to Corrected Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief (filed by Creditors Ponderosa Pest & Weed Control, Chico Rent-A-Fence, Gabriella's Eatery, Estafania Miranda, Jedidiah Herndon, Gabriella Herndon, Julia Herndon, David Herndon) [**Dkt. 1111**].

J. Opposition of the Official Committee of Tort Claimants to Corrected Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief [**Dkt. 1109**].

   a. Declaration of Catherine E. Woltering in Support of Opposition to Corrected Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief [**Dkt. 1112**].

   b. Declaration of Steven M. Campora in Support of Opposition to Corrected Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief [**Dkt. 1113**].

K. Letter Objection from Wendy Hopkins [**Dkt. 1563**].

<u>Related Documents</u>:

L. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief [**Dkt. 782**].

M. Declaration of Douglas J. Friske in Support of Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief [**Dkt. 783**].

N. Declaration of Dinyar Mistry in Support of Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief [**Dkt. 784**].

O. Corrected Declaration of Douglas J. Friske in Support of Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an

Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief [**Dkt. 807**].

P. Corrected Declaration of Dinyar Mistry in Support of Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief [**Dkt. 808**].

Q. Order Authorizing Oversize Briefing Pursuant to B.L.R. 9013-1(c) for Opposition of the Official Committee of Tort Claimants to Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief [**Dkt. 1106**].

R. Reply Memorandum of Points and Authorities in Further Support of Corrected Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief [**Dkt. 1226**].

S. Reply Declaration of Dinyar Mistry in Further Support of Corrected Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief [**Dkt. 1227**].

T. *Ex Parte* Application for Entry of an Order Supplementing the Record on the Corrected Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief [**Dkt. 1272**].

U. Declaration of Robert A. Julian in Support of *Ex Parte* Application for Entry of an Order Supplementing the Record on the Corrected Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief [**Dkt. 1273**].

V. Order Authorizing Oversize Briefing for Reply in Support of Corrected Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief [**Dkt. 1281**].

W. Order Supplementing the Record on the Corrected Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief [**Dkt. 1282**].

X. Notice of Resolution of Limited Objection of Official Committee of Unsecured Creditors to Corrected Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 503(c) for Entry of an Order (I) Approving Short-Term Incentive Plan and (II) Granting Related Relief [**Dkt. 1284**].

Status: This matter is going forward on a contested basis.

**PLEASE TAKE NOTICE** that copies of any pleadings and other documents filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: April 22, 2019

**WEIL, GOTSHAL & MANGES LLP**

**KELLER & BENVENUTTI LLP**

By: */s/ Jane Kim*
　　　Jane Kim

*Attorneys for Debtors and Debtors in Possession*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119