Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

and

Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Proposed Counsel for the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                                    **Debtors.** | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |
| ☐   Affects PG&E Corporation<br>☐   Affects Pacific Gas and Electric Company<br>☒   Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **REQUEST FOR ENTRY OF ORDER BY DEFAULT ON RETENTION APPLICATIONS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**<br><br>Date:      April 24, 2019<br>Time:     9:30 a.m. (Pacific Time)<br>Place:    United States Bankruptcy Court<br>           Courtroom 17, 16th Floor<br>           San Francisco, CA 94102<br>Re:       Docket No. 1212<br><br>**Objection Deadline:** April 17, 2019 at 4:00 pm (PT) |

## REQUEST FOR ENTRY OF ORDER BY DEFAULT

The Official Committee of Unsecured Creditors (the "Committee") of PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, "PG&E" or the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), hereby request, pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Amended Order Implementing Certain Notice and Case Management Procedures* entered on March 27, 2019 [Docket No. 1093] (the "Case Management Order"), that the Court enter an order by default on the following two (2) applications to retain and employ professionals (together, the "Retention Applications"):

1. Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 328(a) and 1102(a) and Fed. R. Bank. P. 2014 and 2016 for Authority to Retain and Employ Milbank LLP as Counsel, Effective as of February 12, 2019 [Docket No. 1208] (the "Milbank Application"); and

2. Application of the Official Committee of Unsecured Creditors for Entry of Order Approving Retention and Employment of Epiq Corporate Restructuring, LLC as Information Agent for the Committee, *Nunc Pro Tunc* to February 12, 2019 [Docket No. 1214] (the "Epiq Application").

## RELIEF REQUESTED IN THE RETENTION APPLICATONS

Each Retention Application seeks authority for the Debtor to employ a professional to perform certain tasks stated therein which are necessary in these Chapter 11 Cases. A proposed order was attached as an exhibit to each of the Retention Applications.

## NOTICE AND SERVICE

A Notice of Filing and Hearing on Retention Applications for Debtors' Professionals was filed concurrently with the Milbank Application and the Epiq Application [Docket No. 1216] (the "Notice"). The Milbank Application and the Epiq Application, each of their supporting declarations, and the Notice were served as described in the Certificate of Service of David McCracken filed on April 4, 2019 [Docket No. 1234].

The deadline to file responses or oppositions to any of the Retention Applications has passed, and no oppositions or responses have been filed with the Court or received by proposed counsel for the Committee. Additionally, each of the Retention Applications was shared with the Office of the United States Trustee (the "U.S. Trustee") prior to filing and the U.S. Trustee has indicated that they have no objection to the approval thereof.

## DECLARATION OF NO RESPONSE RECEIVED

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am a partner of the firm of Milbank LLP, proposed co-counsel for the Committee.

2. I have not received any response or opposition to any of the Retention Applications.

3. I have reviewed the Court's docket in the Chapter 11 Cases and have determined that no response or opposition has been filed with respect to any of the Retention Applications.

4. This declaration was executed in Los Angeles, California.

WHEREFORE, the Committee hereby request entry of orders, substantially in the form attached to each of the Retention Applications as Exhibit A, granting (i) the relief requested in each Retention Application, and (ii) such other and further relief as the Court may deem just and appropriate.

Dated: April 22, 2019

**MILBANK LLP**

*/s/ Thomas R. Kreller*
DENNIS F. DUNNE
SAMUEL A. KHALIL
GREGORY A. BRAY
THOMAS R. KRELLER

*Proposed Counsel for the Official Committee of Unsecured Creditors*