1  Richard A. Chesley (*pro hac vice* forthcoming)
   DLA PIPER LLP (US)
2  444 West Lake Street, Suite 900
   Chicago, Illinois 60606-0089
3  Telephone: (312) 368-4000
   Facsimile: (312) 236-7516
4  Email: richard.chesley@dlapiper.com

5  Joshua D. Morse (SBN 211050)
   DLA PIPER LLP (US)
6  555 Mission Street, Suite 2400
   San Francisco, California 94105-2933
7  Telephone: (415) 836-2500
   Facsimile: (415) 836-2501
8  Email: joshua.morse@dlapiper.com

9  *Counsel to FTI Consulting, Inc.*

10              **UNITED STATES BANKRUPTCY COURT**

11              **NORTHERN DISTRICT OF CALIFORNIA**

12                 **SAN FRANCISCO DIVISION**

13  **In re:**                              | Case No. 19-30088 (DM)

14  **PG&E CORPORATION,**                    | Chapter 11

15            **-and-**                      | (Lead Case)

16  **PACIFIC GAS AND ELECTRIC**             | (Jointly Administered)
    **COMPANY,**

17            **Debtors.**                   | **CERTIFICATE OF SERVICE**
                                             | **(Re: Dkt. No. 1571)**
18  _____

19  □ Affects PG&E Corporation
    □ Affects Pacific Gas and Electric Company
20  ■ Affects both Debtors

21  *All papers shall be filed in the Lead Case,*
    *No. 19-30088(DM)*

22

23        I, William L. Countryman, Jr., am employed in the county of Baltimore, State of Maryland.

24  I hereby certify that on April 22, 2019, true and correct copies of the *Reply in Support of*

25  *Application of the Official Committee of Unsecured Creditors for Entry of an order Pursuant to*

26  *11 U.S.C. §§ 328(a) and 1103 and Fed. R. Bankr. P. 2014(a) for Authorization to Retain and*

27  *Employ FTI Consulting, Inc. as Financial Advisor Nunc Pro Tunc to February 12, 2019* were

28  served via electronic mail on the parties listed on the attached Service List.

1    I declare under penalty of perjury that the foregoing is true and correct.  Executed at

2    Baltimore, Maryland on April 22, 2019.

3    By:      /s/  William L. Countryman, Jr.
         William L. Countryman, Jr.
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## SERVICE LIST

Office of the United States Trustee
Attn.:   James L. Snyder, Esq.
            Timothy Lafreddi, Esq.
            Lynette C. Kelly
            Marta E. Villacorta
450 Golden Gate Avenue
5th Floor, Suite #05-0153
San Francisco, CA 94102
Email: james.l.snyder@usdoj.gov
            timothy.s.laffredi@usdoj.gov
            lynette.c.kelly@usdoj.gov
            marta.villacorta@usdoj.gov

EAST\166140901.2