**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>PG&E CORPORATION,<br><br>   - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                                    **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF FILING OF PROPOSED AMENDED ORDER ON REAL PROPERTY TRANSACTIONS MOTION**<br>**[Re: Dkt Nos. 1004, 1341]**<br><br>Date:  April 24, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>          Courtroom 17, 16th Floor<br>          450 Golden Gate Avenue<br>          San Francisco, CA 94102 |

Case: 19-30088    Doc# 1589    Filed: 04/22/19    Entered: 04/22/19 14:31:42    Page 1 of 3

**PLEASE TAKE NOTICE** that on March 20, 2019, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases, filed the *Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 362, and 363 and Fed. R. Bankr. P. 2002, 4001, and 6004 for an Order (I) Authorizing Debtors to (a) Sell, Transfer, Lease or Otherwise Encumber Real Property, (b) Lease, License, and Permit Agreements Relating to Third-Party Property, and (c) Pursue and Bring Eminent Domain Proceedings to Judgment or Enter into Settlements in Lieu Thereof, Subject to Certain Procedures and Parameters, and (II) Granting Related Relief* [Dkt No. 1004] (the "**Real Property Transactions Motion**").

**PLEASE TAKE FURTHER NOTICE** that on April 2, 2019, DF Properties, KV Sierra Vista, LLC, Baseline 80 Investors, LLC, Baseline P&R, LLC, John J. Guerra Jr., Successor Trustee of the Cyril G. Barbaccia Irrevocable Trust dated December 15, 1976, Joiner Limited Partnership, Brian T. Howe, and Stephen J. Norman (collectively, the "**Desmond Defendants**") filed a Limited Opposition to the Real Property Transactions Motion [Dkt. 1177] (the "**Real Property Owners Limited Opposition**").

**PLEASE TAKE FURTHER NOTICE** that on April 2, 2019, the Desmond Defendants filed the *Motion of Real Property Owners for an Order Confirming the Automatic Stay Does Not Bar Continuation of Eminent Domain Actions Filed by the Debtor Pre-Petition and Granting Relief from Stay for Cause to the Extent It Might Otherwise Bar Acts Related to the Proceedings, Including the Payment of Just Compensation* [Dkt. 1174] (the "**Real Property Owners' Motion to Lift Stay**").

**PLEASE TAKE FURTHER NOTICE** that on April 10, 2019, the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**") held a hearing at which the Bankruptcy Court considered the relief requested in the Real Property Transactions Motion.

**PLEASE TAKE FURTHER NOTICE** that following the hearing, the Court entered an order granting the Real Property Transactions Motion, except to the extent applicable to the eminent domain actions pending as of the Petition Date to which the Desmond Defendants and Andrew M. Kleiber, Marisa T. Mulladi-Kleiber, John L. Hansen, Adam J. McNulty, Lucille J. McNulty, Mario Oliveros, Jr., and Phoebe Wong-Oliveros (collectively, the "**Jenny Defendants**") are defendants [Dkt. 1341] (the "**Original Entered Order**").

**PLEASE TAKE FURTHER NOTICE** that on April 15, 2019, the Court entered an order granting relief from stay with respect to the Jenny Defendants [**Dkt. 1458**], which order resolved and mooted the Jenny Defendants' opposition to the Real Property Transactions Motion.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1-1** and **Exhibit 1-2**, respectively, are a proposed amended order on the Real Property Transactions Motion (the "**Proposed Amended Order**") and a redline comparison of the Proposed Amended Order against the Original Entered Order. The Proposed Amended Order reflects the consensual resolution of the Real Property Owners' Limited Opposition, which has been agreed to by the Debtors and the Desmond Defendants, and to which the Jenny Defendants, the Official Committee of Unsecured Creditors, and the Official Committee of Tort Claimants have consented.

**PLEASE TAKE FURTHER NOTICE** that in connection with the consensual resolution of the Real Property Owners' Limited Opposition reflected in the Proposed Amended Order, the Desmond Defendants have agreed to withdraw the Real Property Owners' Motion to Lift Stay.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will hold a hearing on **April 24, 2019, at 9:30 a.m. (Pacific Time)** (the "**Omnibus Hearing**") in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. At the Omnibus Hearing, the Bankruptcy Court will, among other things, consider entry of the Proposed Amended Order.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to further amend, modify, or supplement the proposed amended order on the Real Property Transactions Motion at any time up to and during the Omnibus Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of each pleading and other document identified herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC ("**Prime Clerk**"), at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: April 22, 2019

        **WEIL, GOTSHAL & MANGES LLP**
        **KELLER & BENVENUTTI LLP**

        /s/ *Jane Kim*
            Jane Kim

        *Attorneys for Debtors and Debtors in Possession*