```
GREGORY PLASKETT
111 WEST C STREET, SUITE E
BENICIA, CALIFORNIA 94510
TELEPHONE: (707) 643-3140
FACSIMILE: (707) 643-3140
SBN: 87592
Gregory.Plaskett@gmail.com
Attorney for Creditor,
MURGA, STRANGE & CHALMERS, INC.
```

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| PG&E CORPORATION, | ) | CASE No:19-30088 DM (Lead Case) |
| | ) | |
| and | ) | (Jointly Administered with Case |
| | ) | No. 19-30089) |
| PACIFIC GAS AND ELECTRIC | ) | |
| COMPANY, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | **MURGA, STRANGE & CHALMERS. INC.** |
| Affects: | ) | **NOTICE OF PERFECTION OF LIEN** |
| PG&E Corporation | ) | (11 U.S.C. § § 362, 546(b)) |
| And Pacific Gas & Electric | ) | |
| Company | ) | |
| ☒ Both Debtors | ) | [job No. 15154 – SOLANO COUNTY] |
| | ) | |
| *All papers are to be | ) | |
| Filed in the lead case | ) | |
| No. 19-30088 DM | ) | |
| _____ | ) | |

    NOW COMES the creditor, Murga, Strange & Chalmers, Inc., who thru its undersigned counsel, hereby files this notice of perfection, maintenance, and continuation of perfection of its mechanics lien against the Debtors, PG&E Corporation, and Pacific Gas & Electric Company ("Debtors")pursuant to 11 U.S.C.

sections 362(b)(3) and 546(b)("Notice"). In support of this Notice, Murga, Strange & Chalmers, Inc. represents the following:

1. Murga, Strange & Chalmers, Inc. is a California corporation and a concrete contractor duly licensed in the state of California with its principal place of business at 942 Lemon street in Vallejo, CA. 94590

2. Murga, Strange & Chalmers, Inc. installed concrete flatwork, sidewalk, curbs, gutters, pads, inlets, stairs, ramps and similar concrete works at the **PG&E project number 15154 located at 4940c Allison Parkway in Vacaville, CA.**

3. Prior to the bankruptcy petition Murga, Strange & Chalmers, Inc. furnished the above described labor, material and supervision according to the scope of work contained in that contract as amended by applicable change orders between Turner Construction and PG&E as a subcontractor to Goodfellows Top Grade Construction.

4. The principal sum of **$12,868.08** is currently due and owing to Murga, Strange & Chalmers, Inc. exclusive of interest and other charges for the labor and material set forth in the mechanics lien of Murga, Strange & Chalmers, Inc. duly recorded in Solano County.

5. A true and correct copy of the lien recorded by Murga, Strange & Chalmers, Inc. is attached as **exhibit A** hereto.

**6.** You are further notified that Murga, Strange & Chalmers, Inc. intends to enforce the lien to the fullest extent allowed by bankruptcy law and California law. This is authorized by 11 U.S.C. section 362(b)(3) and 546(b) because actions to foreclose a mechanics lien in California must be brought within 90 after recording the lien, but such an action is stayed because of the filing of the bankruptcy petition. This pleading does not constitute an admission as to the necessity of any such seizure or commencement.

Dated: April 3, 2019            /s/ Gregory Plaskett
`                               Gregory Plaskett,(bar # 87592)
                                Attorney for
                                Creditor, Murga, Strange &
                                Chalmers, Inc.