# EXHIBIT A

EXHIBIT A

Recording Requested By:

MURGA, STRANGE & CHALMERS, INC.

When Recorded Mail To Claimant at:
Name: GREGORY PLASKETT
Street Address: 111 WEST C STREET, SUITE E
City & State, Zip: Benicia, CA. 94510

Recorded in Official Records,
Solano County
Doc#: 201900007439
2/8/2019   1:01:40 PM

SPACE ABOVE THIS LINE FOR RECORDERS USE

# CLAIM OF MECHANICS LIEN
(CA Civil Code § 8400 et seq)

THE UNDERSIGNED CLAIMANT, MURGA, STRANGE & CHALMERS, INC. (correct full name as on contractor's license, if applicable or records of Secretary of State), CLAIMS A LIEN FOR LABOR, SERVICES, EQUIPMENT, AND/OR MATERIALS UNDER CALIFORNIA CIVIL CODE SECTION 8416 ET SEQ., UPON THE PREMISES HEREINAFTER DESCRIBED, AND UPON EVERY ESTATE OR INTEREST IN SUCH STRUCTURES, IMPROVEMENTS AND PREMISES HELD BY ANY PARTY HOLDING ANY ESTATE THEREIN.

THE LABOR, SERVICES, EQUIPMENT, AND/OR MATERIALS, WERE FURNISHED FOR THE CONSTRUCTION OF THOSE CERTAIN BUILDINGS, IMPROVEMENTS, OR STRUCTURES, NOW UPON THAT CERTAIN PARCEL OF LAND SITUATED IN THE COUNTY OF SOLANO STATE OF CALIFORNIA, SAID LAND DESCRIBED AS FOLLOWS:

Address: 4940 C ALLISON PARKWAY IN VACAVILLE, CA. 95688

and/or Sufficient Description: _____

THE MECHANICS LIEN IS CLAIMED FOR THE FOLLOWING GENERALLY DESCRIBED WORK, LABOR, SERVICES, EQUIPMENT OR MATERIALS:

Description: CONCRETE WORK INCLUDING SIDEWALKS, CURBS, RAMPS, PADS, INLETS, STAIRS AND OTHER TYPES OF CONCRETE FOR PROJECT

THE SUM OF $12,868.09, TOGETHER WITH INTEREST THEREON AT THE RATE OF 10% PERCENT PER YEAR FROM 2/1/18 OR TBD (date when balance became due), IS DUE CLAIMANT, AFTER DEDUCTING ALL JUST CREDITS AND OFFSETS, FOR THE LABOR, SERVICES, EQUIPMENT, AND/OR MATERIALS FURNISHED BY CLAIMANT.

CLAIMANT FURNISHED THE LABOR, SERVICES, EQUIPMENT, AND/OR MATERIALS, AT THE REQUEST OF, OR UNDER CONTRACT WITH:

Name: GOODFELLOW TOP GRADE CONSTRUCTION, LLC
Address: 50 CONTRACTOR'S STREET IN LIVERMORE, CA. 94551

THE OWNER(S) OR REPUTED OWNER(S) OF SAID PREMISES IS/ARE:

Name: PG&E
Address: P O BOX 997300 SACRAMENTO, CA. 94899

DATE: 2/8/19

NAME OF CLAIMANT: MURGA, STRANGE & CHALMERS, INC.
(Claimant Name)

7018 1830 0001 0317 7829

BY: _____ (Signature of Claimant or Authorized Agent)

## VERIFICATION

I, GREGORY PLASKETT, state: I am the ATTORNEY IN FACT ("Owner of", "President of", Authorized Agent of", "Partner of", etc.) the claimant named in the foregoing Mechanics Lien. I have read said Mechanics Lien and know the contents thereof; the same is true of my own knowledge.
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on FEB. 8, 2019 (date), at VALLEJO (City), CA. (State).

_____ (Signature of Claimant or Authorized Agent)

Porter Law Group, Inc. © 2015              Page 1 of 3

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Please complete and sign <u>at least one</u> (1) of the following proofs of service and record it along with this 3-page Mechanics Lien: Always attempt to serve the owner or reputed owner. Per California Civil Code § 8416 (c)(2) you must use the "ALTERNATIVE PROOF OF SERVICE AFFIDAVIT" if the owner or reputed owner cannot be served under Civil Code Section 8416(c)(1). Note: There is no prohibition from using both proof of service affidavits and serving both the owner/reputed owner as well as the construction lender and/or original contractor.

## PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(1)

I, **GREGORY PLASKETT**, declare that I served a copy of the enclosed MECHANICS LIEN and NOTICE OF MECHANICS LIEN by Registered Mail, Certified Mail, or First Class Mail, evidenced by a certificate of mailing, postage prepaid, addressed to the following owner or reputed owner of the property **PG&E CORPORATE REAL ESTATE DIVISION** (Name and title or capacity of person or entity served) at the following address: **1850 GATEWAY BLVD., SUITE 950, IN CONCORD, CA. 94520** (Owner's residence or place of business or owner's address on building permit or otherwise as per California Civil Code Section 8174)

on this date: **2/8/19** (Month/Day/Year). Signed at **VALLEJO, CA.** (City, County of person making service)

on this date: **2/8/19** (Month/Day/Year).

_(Signature of person making service)_

## ALTERNATIVE PROOF OF SERVICE AFFIDAVIT
California Civil Code Section 8416 (a)(7), (c)(2)

Use this Alternative Proof of Service Affidavit if the owner or reputed owner cannot be served per California Civil Code § 8416 (c)(1), as specified above. Note: You may also use this Alternative Proof of Service if you have served the owner or reputed owner as specified above and also want to serve the construction lender and/or original contractor as an additional measure.

I, _____, declare that the owner or reputed owner of the property specified in the enclosed MECHANICS LIEN and NOTICE OF MECHANICS LIEN could not be served by Registered Mail, Certified Mail, or First Class Mail, evidenced by a certificate of mailing, postage prepaid as specified in California Civil Code § 8416 (c)(1) [or that I am also serving the Construction Lender and/or Original Contractor as an additional measure]. Therefore, pursuant to California Civil Code §8416 (c)(2), I served a copy of the enclosed MECHANICS LIEN and NOTICE OF MECHANICS LIEN by Registered Mail, Certified Mail or First Class Mail, evidenced by a certificate of mailing, postage prepaid, addressed to the

construction lender _____ (Name of construction lender) at the following address:

_____ (Construction lender address) and/or to the

original contractor _____ (Name of original contractor) at the following address:

_____ (Original contractor address).

on this date: _____ (Month/Day/Year). Signed at _____ (City, County of person making service)

on this date: _____ (Month/Day/Year).

_____ (Signature of person making service)