CERTIFICATE OF SEVICE

I, the undersigned, declare and certify as follows:

1. I am over 18 and not a party to this action.

2. I am employed at the law firm of Gregory Plaskett located at 111 west c street in Benicia, CA. 94510

3. I served true and correct copies on the interested parties in this action pursuant to the order implementing certain notice and case management procedures issued on 3/6/19 by: ☐ BY CM/ECF electronic filing. In as much as I electronically filed the document:

   **Murga, Strange & Chalmers, Inc. notice of perfection of lien**

   by filing this document with the clerk of court and by using the CM/ECF electronic filing system. Participants who are not registered with the system will be served by mail or other means permitted by the rules of court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the service was made on April 22, 2019 which is the same day that this declaration was executed in Vallejo, CA.

_/s/Gregory Plaskett____
Gregory Plaskett