SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
  James P. Hill, SBN 90478
  Christopher V. Hawkins, SBN 222961
600 B Street, Suite 1700
San Diego, California 92101
Tel:    (619) 233-4100
Email: hill@sullivanhill.com
          hawkins@sullivanhill.com

Gerald Singleton, SBN 208783
Amanda W. LoCurto, SBN 265420
SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
San Diego, CA 92101
Tel:    (619) 771-3473
Email: gerald@slffirm.com
          amanda@slffirm.com

Attorneys for SLF Fire Victim Claimants

**Electronically Filed 4/22/2019**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re

PG&E CORPORATION,

    and

PACIFIC GAS AND ELECTRIC COMPANY

            Debtors

Affects:
☐ PG&E Corporation
☐ Pacific Gas & Electric Company
☒ Both Debtors

*All papers shall be filed in the Lead Case, No. 19-3008 (DM)

Case No. 19-30088 (DM)

Chapter 11

(Lead Case–Jointly Administered)

**NOTICE OF WITHDRAWAL OF DOCUMENT [ECF 1523] OBJECTION TO MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER (I) CLARIFYING CERTAIN BANKRUPTCY CODE REQUIREMENTS AND (II) APPROVING PROTOCOL FOR PROVIDING ACCESS TO INFORMATION TO UNSECURED CREDITORS, *NUNC PRO TUNC* TO FEBRUARY 12, 2019 [ECF 1215]**

Date:  April 24, 2019
Time: 9:30 a.m. (Pacific Time)
Place: United States Bankruptcy Court
          Courtroom 17, 16th Floor
          450 Golden Gate Avenue
          San Francisco, CA 94102

          Hon. Dennis Montali

**Opposition Deadline: April 17, 2019, 4 p.m.**

403568-v1

1

Case: 19-30088    Doc# 1595    Filed: 04/22/19    Entered: 04/22/19 17:25:14    Page 1 of 2

The Singleton Law Firm Fire Victim Claimants ("SLF Claimants") hereby withdraw their opposition (ECF No. 1523) to the Motion for Entry of an Order (i) Clarifying Certain Bankruptcy Code Requirements and (ii) Approving Protocol for Providing Access to Information to Unsecured Creditors, *Nunc Pro Tunc* to February 12, 2019 (ECF No. 1215) filed by the Official Committee of Unsecured Creditors ("OCC"). After reviewing the OCC's reply (ECF No. 1567) to the opposition, and conferring with counsel for the Official Tort Claimants Committee, the SLF Claimants intend to address the issues raised in their opposition in the context of a similar motion which counsel for the Official Tort Claimants Committee has informed the undersigned it will be filing shortly.

Respectfully submitted,

Dated: April 22, 2019

SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation

By: */s/ Christopher V. Hawkins*
    James P. Hill
    Christopher V. Hawkins

Attorneys for the Singleton Law Firm
Fire Victim Claimants