SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
  James P. Hill, SBN 90478
  Christopher V. Hawkins, SBN 222961
600 B Street, Suite 1700
San Diego, California 92101
Tel:    (619) 233-4100
Email: hill@sullivanhill.com
         hawkins@sullivanhill.com

Gerald Singleton, SBN 208783
Amanda W. LoCurto, SBN 265420
SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
San Diego, CA 92101
Tel:    (619) 771-3473
Email: gerald@slffirm.com
         amanda@slffirm.com

Attorneys for SLF Fire Victim Claimants

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>    and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>                    Debtors<br>_____<br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-3008 (DM) | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case–Jointly Administered)<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:  April 24, 2019<br>Time: 9:30 a.m. (Pacific)<br>Place: United States Bankruptcy Court<br>          Courtroom 17, 16th Floor<br>          San Francisco, CA 94102<br>**Opposition Deadline: 4/17/2019, 4 p.m.** |

    I am employed in San Diego County.  I am over the age of 18 and not a party to this action.

My business address is 600 B Street, Suite 1700, San Diego, California 92101.

/ / /

/ / /

403570-v1

1

On April 22, 2019, I served the foregoing document(s), described as:

1. **NOTICE OF WITHDRAWAL OF DOCUMENT [ ECF 1523] OBJECTION TO MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER (I) CLARIFYING CERTAIN BANKRUPTCY CODE REQUIREMENTS AND (II) APPROVING PROTOCOL FOR PROVIDING ACCESS TO INFORMATION TO UNSECURED CREDITORS, NUNC PRO TUNC TO FEBRUARY 12, 2019 [ECF 1215]]; and**

2. **CERTIFICATE OF SERVICE**

☒ by placing ☐ the original ☒ a true copy thereof, by the following means to the persons as listed below:

☒ **ECF SYSTEM** On April 22, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

- Annadel A. Almendras   annadel.almendras@doj.ca.gov
- Monique D. Almy   malmy@crowell.com
- Dana M. Andreoli   dandreoli@steyerlaw.com, pspencer@steyerlaw.com
- Anne Andrews   aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini   rlalawyer@yahoo.com, hallonaegis@gmail.com
- Lauren T. Attard   lattard@bakerlaw.com, abalian@bakerlaw.com
- Herb Baer   hbaer@primeclerk.com, ecf@primeclerk.com
- Todd M. Bailey   Todd.Bailey@ftb.ca.gov
- Kathryn E. Barrett   keb@svlg.com, amt@svlg.com
- Ronald S. Beacher   rbeacher@pryorcashman.com
- Hagop T. Bedoyan   hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- James C. Behrens   jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger   jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti   pbenvenutti@kellerbenvenutti.com
- Robert Berens   rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder   heinz@bindermalter.com
- Frank Bloksberg   frank@bloksberglaw.com, frank@joinaikido.com
- Neil Jon Bloomfield   njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg   jason.blumberg@usdoj.gov, Tina.L.Spyksma@UST.DOJ.GOV
- Erin N. Brady   enbrady@jonesday.com
- Ronald K. Brown   rkbgwhw@aol.com, lesleysich1@aol.com
- Stephan M. Brown   eric@thebklawoffice.com, Ellen@thebklawoffice.com
- W. Steven Bryant   , molly.batiste-debose@lockelord.com
- Peter C. Califano   pcalifano@cwclaw.com
- Steven M. Campora   scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta   leah.capritta@hklaw.com, lori.labash@hklaw.com
- Christina Lin Chen   christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Shawn M. Christianson   schristianson@buchalter.com
- Robert N.H. Christmas   rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alicia Clough   aclough@loeb.com
- Kevin G. Collins   kevin.collins@btlaw.com
- Donald H. Cram   dhc@severson.com

- Ashley Vinson Crawford    avcrawford@akingump.com, tsouthwell@akingump.com
- John Cumming    jcumming@dir.ca.gov
- J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham    , rkelley@pierceatwood.com
- Keith J. Cunningham    kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis    tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- Jonathan S. Dabbieri    dabbieri@sullivanhill.com, bkstaff@sullivanhill.com
- Nicolas De Lancie    ndelancie@jmbm.com
- Shounak S. Dharap    ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer    kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Jonathan R. Doolittle    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- Jennifer V. Doran    jdoran@hinckleyallen.com
- Jamie P. Dreher    jdreher@downeybrand.com
- Cecily A. Dumas    cdumas@bakerlaw.com
- Dennis F. Dunne    cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne    ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong    annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Kevin M. Eckhardt    keckhardt@hunton.com, candonian@huntonak.com
- Joseph A. Eisenberg    JAE1900@yahoo.com
- Sally J. Elkington    sally@elkshep.com, ecf@elkshep.com
- David Emerzian    david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com
- G. Larry Engel    larry@engeladvice.com
- Krista M. Enns    kenns@beneschlaw.com
- Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- Richard W. Esterkin    richard.esterkin@morganlewis.com
- Michael S. Etkin    metkin@lowenstein.com
- Jacob M. Faircloth    jacob.faircloth@smolsonlaw.com
- Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
- Matthew A. Feldman    mfeldman@willkie.com
- James J. Ficenec    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman    kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Daniel I. Forman    dforman@willkie.com
- Jonathan Forstot    jonathan.forstot@troutman.com, john.murphy@troutman.com
- Jonathan Forstot    , john.murphy@troutman.com
- Matthew Hampton Foushee    hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick    cfrederick@prklaw.com
- Roger F. Friedman    rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Larry W. Gabriel    lgabriel@bg.law, nfields@bg.law
- Gregg M. Galardi    gregg.galardi@ropesgray.com
- Richard L. Gallagher    richard.gallagher@ropesgray.com
- Oscar Garza    ogarza@gibsondunn.com

403570-v1

3

| | |
|---|---|
| 1 | • Duane M. Geck     dmg@severson.com |
| 2 | • Evelina Gentry     evelina.gentry@akerman.com, rob.diwa@akerman.com |
|   | • Janet D. Gertz     jgertz@btlaw.com, amattingly@btlaw.com |
| 3 | • Barry S. Glaser     bglaser@swesq.com |
|   | • Gabriel I. Glazer     gglazer@pszjlaw.com |
| 4 | • Gabrielle Glemann     gabrielle.glemann@stoel.com, rene.alvin@stoel.com |
|   | • Matthew A. Gold     courts@argopartners.net |
| 5 | • Eric D. Goldberg     eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
|   | • Amy L. Goldman     goldman@lbbslaw.com |
| 6 | • Eric S. Goldstein     egoldstein@goodwin.com |
| 7 | • Richard H. Golubow     rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com |
|   | • Michael J. Gomez     mgomez@frandzel.com, dmoore@frandzel.com |
| 8 | • Michael W. Goodin     mgoodin@clausen.com, mgenova@clausen.com |
|   | • Eric R. Goodman     egoodman@bakerlaw.com |
| 9 | • Mark A. Gorton     mgorton@boutinjones.com, cdomingo@boutininc.com |
|   | • Mark A. Gorton     mgorton@boutininc.com, cdomingo@boutininc.com |
| 10 | • Michael I. Gottfried     mgottfried@lgbfirm.com, srichmond@lgbfirm.com |
| 11 | • Louis Gottlieb     Lgottlieb@labaton.com, mpenrhyn@labaton.com |
|   | • Debra I. Grassgreen     dgrassgreen@pszjlaw.com, hphan@pszjlaw.com |
| 12 | • Daniel J. Griffin     eric@thebklawoffice.com, christina@thebklawoffice.com |
|   | • Stuart G. Gross     sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com |
| 13 | • Elizabeth M. Guffy     eguffy@lockelord.com, autodocket@lockelord.com |
| 14 | • Cameron Gulden     cameron.m.gulden@usdoj.gov |
|   | • Oren Buchanan Haker     oren.haker@stoel.com, rene.alvin@stoel.com |
| 15 | • Kristopher M. Hansen     dmohamed@stroock.com, mmagzamen@stroock.com |
|   | • Robert G. Harris     rob@bindermalter.com |
| 16 | • Christopher H. Hart     chart@nutihart.com, nwhite@nutihart.com |
|   | • Bryan L. Hawkins     bryan.hawkins@stoel.com, Sharon.witkin@stoel.com |
| 17 | • Christopher V. Hawkins     hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com |
| 18 | • Jan M Hayden     jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com |
|   | • Jennifer C. Hayes     jhayes@fhlawllp.com |
| 19 | • Alaina R. Heine     alaina.heine@dechert.com, brett.stone@dechert.com |
|   | • Stephen E. Hessler, P.C.     , jozette.chong@kirkland.com |
| 20 | • Sean T. Higgins     aandrews@andrewsthornton.com, shiggins@andrewsthornton.com |
| 21 | • Terry L. Higham     t.higham@bkolaw.com, achavez@bkolaw.com |
|   | • James P. Hill     hill@sullivanhill.com, bkstaff@sullivanhill.com |
| 22 | • Michael R. Hogue     hoguem@gtlaw.com, frazierl@gtlaw.com |
|   | • David Holtzman     david.holtzman@hklaw.com |
| 23 | • Alexandra S. Horwitz     allie.horwitz@dinsmore.com |
|   | • Marsha Houston     mhouston@reedsmith.com, hvalencia@reedsmith.com |
| 24 | • Shane Huang     shane.huang@usdoj.gov |
|   | • Brian D. Huben     hubenb@ballardspahr.com |
| 25 | • Jonathan Hughes     , jane.rustice@aporter.com |
| 26 | • Michael A. Isaacs     Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com |
|   | • Mark V. Isola     mvi@sbj-law.com |
| 27 | • J. Eric Ivester     Eric.Ivester@skadden.com, Andrea.Bates@skadden.com |
|   | • J. Eric Ivester     , Andrea.Bates@skadden.com |
| 28 | • Ivan C. Jen     ivan@icjenlaw.com |

403570-v1                                          4

- Monique Jewett-Brewster   mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- Chris Johnstone   chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Gregory K. Jones   GJones@dykema.com, cacossano@dykema.com
- Robert A. Julian   rjulian@bakerlaw.com
- Roberto J. Kampfner   rkampfner@whitecase.com, mco@whitecase.com
- Robert B. Kaplan   rbk@jmbm.com
- Eve H. Karasik   ehk@lnbyb.com
- William M. Kaufman   wkaufman@smwb.com
- Jane G. Kearl   jkearl@watttieder.com, jbenton@watttieder.com
- Tobias S. Keller   tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly   lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Gerald P. Kennedy   gerald.kennedy@procopio.com, laj@procopio.com
- Samuel A. Khalil   skhalil@milbank.com, jbrewster@milbank.com
- Samuel M. Kidder   skidder@ktbslaw.com
- Marc Kieselstein   , carrie.oppenheim@kirkland.com
- Jane Kim   jkim@kellerbenvenutti.com
- Thomas F. Koegel   tkoegel@crowell.com
- Andy S. Kong   kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Alan W. Kornberg   , akornberg@paulweiss.com
- Bernard Kornberg   bjk@severson.com
- David I. Kornbluh   dik@millermorton.com, mhr@millermorton.com
- Jeffrey C. Krause   jkrause@gibsondunn.com, psantos@gibsondunn.com
- Thomas R. Kreller   tkreller@milbank.com, dmuhrez@milbank.com
- Lindsey E. Kress   lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser   hkreuser@porterlaw.com, ooberg@porterlaw.com
- Michael Thomas Krueger   michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Boris Kukso   boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- Timothy S. Laffredi   timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping   rich@trodellalapping.com
- Michael Lauter   mlauter@sheppardmullin.com
- Francis J. Lawall   lawallf@pepperlaw.com, henrys@pepperlaw.com
- Scott Lee   scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- Edward J. Leen   eleen@mkbllp.com
- Matthew A. Lesnick   matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch   bletsch@braytonlaw.com
- David B. Levant   david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin   alevin@wcghlaw.com, vcorbin@wcghlaw.com
- Marc A. Levinson   Malevinson@orrick.com, BOrozco@orrick.com
- Alexander James Demitro Lewicki   kdiemer@diemerwei.com, alewicki@diemerwei.com
- William S. Lisa   , jcaruso@nixonpeabody.com
- William S. Lisa   wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb   jon.loeb@bingham.com
- John William Lucas   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Jane Luciano   jane-luciano@comcast.net
- Kerri Lyman   klyman@irell.com, lgauthier@irell.com
- John H. MacConaghy   macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald   iain@macfern.com, ecf@macfern.com

403570-v1

5

- Tracy L. Mainguy   tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Samuel R. Maizel   samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta   adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Michael W. Malter   michael@bindermalter.com
- Craig Margulies   cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr   gemarr59@hotmail.com
- David P. Matthews   jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy   patrick.maxcy@snrdenton.com
- Benjamin P. McCallen   bmccallen@willkie.com
- Thomas E. McCurnin   tmccurnin@bkolaw.com, kescano@bkolaw.com
- Hugh M. McDonald   hugh.mcdonald@troutman.com, john.murphy@troutman.com
- Hugh M. McDonald   , john.murphy@troutman.com
- C. Luckey McDowell   luckey.mcdowell@bakerbotts.com
- Thomas Melone   Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo   peter@pmrklaw.com
- Frank A. Merola   lacalendar@stroock.com, mmagzamen@stroock.com
- Matthew D. Metzger   belvederelegalecf@gmail.com
- Randy Michelson   randy.michelson@michelsonlawgroup.com
- Joseph G. Minias   jminias@willkie.com
- M. David Minnick   dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Thomas C. Mitchell   tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe   john.moe@dentons.com, glenda.spratt@dentons.com
- Kevin Montee   kmontee@monteeassociates.com
- David W. Moon   lacalendar@stroock.com, mmagzamen@stroock.com
- Erika L. Morabito   emorabito@foley.com, hsiagiandraughn@foley.com
- Courtney L. Morgan   morgan.courtney@pbgc.gov
- Joshua D. Morse   Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Thomas G. Mouzes   tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz   pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Michael S. Myers   myersms@ballardspahr.com, hartt@ballardspahr.com
- Alan I. Nahmias   anahmias@mbnlawyers.com
- David L. Neale   dln@lnbrb.com
- David L. Neale   dln@lnbyb.com
- David Neier   dneier@winston.com
- Brittany J. Nelson   bnelson@foley.com, hsiagiandraughn@foley.com
- Howard S. Nevins   hnevins@hsmlaw.com, lsamosa@hsmlaw.com
- Melissa T. Ngo   ngo.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas   mario.nicholas@stoel.com, cherie.clark@stoel.com
- Gregory C. Nuti   gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient   aobrient@mintz.com, docketing@mintz.com
- Julie E. Oelsner   joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF   USTPRegion17.SF.ECF@usdoj.gov
- Steven M. Olson   smo@smolsonlaw.com
- Aram Ordubegian   Ordubegian.Aram@ArentFox.com
- Richard A. Oshinski   Rick@Oshinskiforsberg.com, linda@oshinskiforsberg.com
- Shai Oved   ssoesq@aol.com, Ovedlaw@hotmail.com

403570-v1

6

- Gabriel Ozel     Gabriel.Ozel@troutman.com, tsinger@houser-law.com
- Margarita Padilla     Margarita.Padilla@doj.ca.gov
- Amy S. Park     amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson     donna@parkinsonphinney.com
- Peter S. Partee     , candonian@huntonak.com
- Paul J. Pascuzzi     ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- Kenneth Pasquale     , mlaskowski@stroock.com
- Charles Scott Penner     penner@carneylaw.com, caragol@carneylaw.com
- Valerie Bantner Peo     vbantnerpeo@buchalter.com
- Danielle A. Pham     danielle.pham@usdoj.gov
- Thomas R. Phinney     tom@parkinsonphinney.com
- R. Alexander Pilmer     alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston     rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino     epino@epinolaw.com, staff@epinolaw.com
- Gregory Plaskett     GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- Mark D. Plevin     mplevin@crowell.com
- Mark D. Poniatowski     ponlaw@ponlaw.com
- William L. Porter     bporter@porterlaw.com, Ooberg@porterlaw.com
- Christopher E. Prince     cprince@lesnickprince.com
- Douglas B. Provencher     dbp@provlaw.com
- Amy C. Quartarolo     amy.quartarolo@lw.com
- Lary Alan Rappaport     lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins     jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- Hugh M. Ray     hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready     smeyer@farmerandready.com
- Caroline A. Reckler     caroline.reckler@lw.com
- Jeffrey M. Reisner     jreisner@irell.com
- Jack A. Reitman     , srichmond@lgbfirm.com
- Emily P. Rich     erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Christopher O. Rivas     crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Daniel Robertson     robertson.daniel@pbgc.gov, efile@pbgc.gov
- Lacey E. Rochester     lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jorian L. Rose     jrose@bakerlaw.com
- Allan Robert Rosin     arrosin@alr-law.com
- Jay M. Ross     jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau     grougeau@brlawsf.com
- Nathan Q. Rugg     nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp     trupp@kellerbenvenutti.com
- Eric E. Sagerman     esagerman@bakerlaw.com, pgedocket@bakerlaw.com
- Nanette D. Sanders     nanette@ringstadlaw.com, becky@ringstadlaw.com
- Lovee Sarenas     Lovee.sarenas@lewisbrisbois.com
- Sunny S. Sarkis     sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- Sblend A. Sblendorio     sas@hogefenton.com
- Daren M Schlecter     daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider     bradley.schneider@mto.com
- Lisa Schweitzer     lschweitzer@cgsh.com
- David B. Shemano     dshemano@pwkllp.com

403570-v1                                               7

- James A. Shepherd   jim@elkshep.com, ecf@elkshep.com
- Leonard M. Shulman   lshulman@shbllp.com
- Andrew I. Silfen   andrew.silfen@arentfox.com
- Wayne A. Silver   w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Craig S. Simon   csimon@bergerkahn.com, aketcher@bergerkahn.com
- Michael K. Slattery   mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim   dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum   jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith   asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith   adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol   jdsokol@lawssl.com, dwright@lawssl.com
- Randye B. Soref   rsoref@polsinelli.com
- Bennett L. Spiegel   blspiegel@jonesday.com
- Michael St. James   ecf@stjames-law.com
- Howard J. Steinberg   steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner   harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt   lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- Cheryl L. Stengel   clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern   dstern@ktbslaw.com
- Rebecca Suarez   rsuarez@crowell.com
- Brad T. Summers   summerst@lanepowell.com, docketing-pdx@lanepowell.com
- Kesha Tanabe   kesha@tanabelaw.com
- Elizabeth Lee Thompson   ethompson@stites.com, docketclerk@stites.com
- John C. Thornton   jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Meagan S. Tom   Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward Tredinnick   etredinnick@grmslaw.com
- Matthew Jordan Troy   matthew.troy@usdoj.gov
- Andrew Van Ornum   avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser   shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana   vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta   marta.villacorta@usdoj.gov
- John A. Vos   InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Riley C. Walter   ecf@W2LG.com
- Phillip K. Wang   phillip.wang@rimonlaw.com
- Philip S. Warden   philip.warden@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- Lindsi M. Weber   lweber@polsinelli.com, yderac@polsinelli.com
- Genevieve G. Weiner   gweiner@gibsondunn.com
- Joseph M. Welch   jwelch@buchalter.com, dcyrankowski@buchalter.com
- David Walter Wessel   DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Drew M. Widders   dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Eric R. Wilson   kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick   kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop   rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- David Wirt   david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans   rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- Risa Lynn Wolf-Smith   rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Douglas Wolfe   dwolfe@asmcapital.com

403570-v1

8

- Catherine E. Woltering  cwoltering@bakerlaw.com
- Andrea Wong  wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher Kwan Shek Wong  christopher.wong@arentfox.com
- Kirsten A. Worley  kw@wlawcorp.com, admin@wlawcorp.com
- Andrew Yaphe  andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com
- Tacie H. Yoon  tyoon@crowell.com
- Bennett G. Young  byoung@jmbm.com, jb8@jmbm.com
- Brittany Zummer  bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi  deg@coreylaw.com, lf@coreylaw.com

☒ **UNITED STATES MAIL, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

| | |
|---|---|
| Debtors<br>c/o PG&E Corporation and<br>Pacific Gas and Electric Company<br>Attn: Janet Loduca, Esq.<br>PO Box 770000<br>77 Beale Street,<br>San Francisco, CA 94105 | Weil, Gotshal & Manges LLP<br>Attn: Stephen Karotkin, Esq., Jessica Liou, Esq., and Matthew Goren, Esq.<br>767 Fifth Avenue<br>New York, New York 10153 |
| Keller & Benvenutti LLP<br>Attn: Tobias Keller, Esq. and Jane Kim, Esq.<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>***Served via CM/ECF Only*** | Stroock & Stroock & Lavan LLP<br>Attn: Kristopher M. Hansen, Esq., Erez E. Gilad, Esq., & Matthew G. Garofalo, Esq.<br>180 Maiden Lane<br>New York, NY 10038-4982 |
| Stroock & Stroock & Lavan LLP<br>Attn: Frank A. Merola, Esq<br>2029 Century Park East<br>Los Angeles, CA 90067-3086<br>***Served via CM/ECF Only*** | Davis Polk & Wardwell LLP<br>Attn: Eli J. Vonnegut, Esq., David Schiff, Esq., and Timothy Graulich, Esq.<br>450 Lexington Avenue<br>New York, NY 10017 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Attn: Alan W. Kornberg, Esq., Brian S. Hermann, Esq., Walter R. Rieman, Esq., Sean A. Mitchell, Esq., and Neal P. Donnelly, Esq.<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | Office of the United States Trustee for Region 17<br>Attn: James L. Snyder, Esq.<br>and Timothy Laffredi, Esq.<br>450 Golden Gate Avenue, 5th Floor, Suite #05-0153<br>San Francisco, CA 94102 |
| U.S. Nuclear Regulatory Commission<br>Attn: General Counsel<br>Washington, DC 20555-0001 | U.S. Department of Justice<br>Attn: Danielle A. Pham, Esq.<br>1100 L Street, NW, Room 7106,<br>Washington DC 20005<br>***Served via CM/ECF Only*** |

403570-v1

9

| | |
|---|---|
| Milbank LLP<br>Attn: Dennis F. Dunne, Esq. and Sam A. Khalil, Esq.<br>55 Hudson Yards<br>New York, NY 10001-2163<br>*Served via CM/ECF Only* | Milbank LLP<br>Attn: Paul S. Aronzon, Esq., Gregory A. Bray, Esq., and Thomas R. Kreller, Esq.<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 |
| Baker & Hostetler LLP<br>Attn: Eric Sagerman, Esq. and Cecily Dumas, Esq.<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025-0509<br>*Served via CM/ECF Only* | STEPHEN MOELLER-SALLY<br>MATTHEW L. McGINNIS<br>ROPES & GRAY LLP<br>800 Boylston Street<br>Boston, MA 02199-3600<br>*Request for Special Notice* |
| GREGG M. GALARDI<br>KEITH H. WOFFORD/DANIEL G. EGAN<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>*Request for Special Notice* | Leonard P. Goldberger, Esq.<br>STEVENS & LEE, P.C.<br>620 Freedom Business Center, Suite 200<br>King of Prussia, PA 19406<br>*Request for Special Notice* |
| Constantine D. Pourakis, Esq.<br>STEVENS & LEE, P.C.<br>485 Madison Avenue, 20th Floor<br>New York, NY 10022<br>*Request for Special Notice* | Central Valley Associate, L.P.<br>c/o Ronald K. Brown Jr.<br>Law Offices of Ronald K. Brown, Jr.<br>901 Dove Street, Suite 120<br>Newport Beach, CA 92660<br>*Request for Special Notice* |

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on April 22, 2019, at San Diego, California.

                                          */s/ Linda Gubba-Reiner*
                                          Linda Gubba-Reiner