**EXHIBIT A**

**Proposed Order**

Thomas C. Mitchell (CA State Bar No. 124438)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5732
Facsimile: (415) 773-5759
Email: tcmitchell@orrick.com

Debra L. Felder (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8567
Facsimile: (202) 339-8500
Email: dfelder@orrick.com

*Counsel for mNOC AERS LLC*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>-and-<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>[X] Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM.* | Bankruptcy Case<br>Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING mNOC AERS LLC'S MOTION UNDER 11 §§ 105(A) AND 107(B) AND FRBP 9018 FOR ENTRY OF AN ORDER AUTHORIZING THE FILING OF CERTAIN DOCUMENTS AND RELATED FILINGS UNDER SEAL**<br><br>Related Docket Nos. _____ |

Upon *mNOC AERS LLC's* ("mNOC") *Motion and Memorandum of Points and Authorities Under 11 U.S.C. §§ 105(a) and 107(b) and FRCP 9018 for Entry of An Order Authorizing the Filing of Certain Documents and Related Filings Under Seal*, dated April 22, 2019 (the "Motion to File Under Seal") (Dkt. _____);[1] and this Court having jurisdiction to consider the Motion to File Under Seal and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24, and Bankruptcy Local Rule 5011-1(a); and consideration of the Motion to File Under Seal and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Motion to File Under Seal as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion to File Under Seal establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion to File Under Seal is in the best interests of mNOC, the Debtors, their estates, creditors, shareholders, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to File Under Seal is granted.

2. mNOC is authorized to file the CSA and unredacted copies of the Motion Papers under seal pursuant to Section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018.

3. The CSA and the unredacted Motion Papers are confidential, shall remain under seal, and shall not be made available to anyone without the consent of mNOC and the parties thereto, except that copies shall be provided to the Court on a strictly confidential basis.

4. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. mNOC is authorized to take all steps necessary or appropriate to carry out this Order.

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to them in the Motion to File Under Seal.

2

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**\*\*END OF ORDER\*\***