**EXHIBIT A**

**Proposed Order**

Thomas C. Mitchell (CA State Bar No. 124438)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5732
Facsimile: (415) 773-5759
Email: tcmitchell@orrick.com

Debra L. Felder (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8567
Facsimile: (202) 339-8500
Email: dfelder@orrick.com

*Counsel for mNOC AERS LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                Debtors.<br><br>☐  Affects PG&E Corporation<br>☒  Affects Pacific Gas and Electric Company<br>☐  Affects both Debtors<br><br>*All papers shall be filed in the Lead Case,<br> No. 19-30088-DM.* | Bankruptcy Case<br>Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER CONFIRMING SAFE HARBOR PROTECTION UNDER 11 U.S.C. §§ 362(b)(6) AND 556**<br><br>**Related Docket Nos.____** |

Upon the motion, dated April 22, 2019, of mNoc AERS LLC ("mNoc"), for Entry of an Order Confirming Safe Harbor Protection Under 11 U.S.C. §§ 362(b)(6) and 556 (the "Motion," Dkt. _____);[1] and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24, and Bankruptcy Local Rule 5011-1(a); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Motion as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion and the Chang Declaration; and this Court having determined that each of mNOC and PG&E is a forward contract merchant and the CSA is a forward contract, as required under 11 U.S.C. §§ 362(b)(6) and 556, and that the forward contract safe harbor protection applies to except the CSA and mNOC as counterparty thereto from the imposition of the automatic stay; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. mNOC is hereby authorized (but not directed) to exercise its contractual rights pursuant to, in connection with and in accordance with the CSA and 11 U.S.C. § 556, including its contractual right to cause the liquidation, termination or acceleration of the CSA or to offset or net out any termination value, payment amount or other transfer obligation arising under or in connection with the CSA.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**\*\*END OF ORDER\*\***

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to them in the Motion.