Thomas C. Mitchell (CA State Bar No. 124438)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5732
Facsimile: (415) 773-5759
Email: tcmitchell@orrick.com

Debra L. Felder (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8567
Facsimile: (202) 339-8500
Email: dfelder@orrick.com

Counsel for mNOC AERS LLC

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case<br>Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11<br>(Lead Case)<br>(Jointly Administered) |
| - **and** -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM.* | **NOTICE OF HEARING ON mNOC AERS LLC'S (I) MOTION FOR ENTRY OF AN ORDER CONFIRMING SAFE HARBOR PROTECTION AND (II) MOTION UNDER 11 U.S.C. §§ 105(a) AND 107(b) AND FRBP 9018 TO FILE CONTRACT AND RELATED FILINGS UNDER SEAL**<br><br>**Date:** May 21, 2019<br>**Time:** 9:30 a.m. (Pacific Time)<br>**Place:** United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br>**Related Docket Nos.** 1596, 1597, 1598, 1599, 1600<br>**Objection Deadline:** May 7, 2019, 4:00 pm PDT |

**PLEASE TAKE NOTICE** that mNOC AERS LLC ("mNOC") has filed the *Motion and Memorandum of Points and Authorities of mNOC AERS LLC for Entry of an Order Confirming Safe Harbor Protection Under 11 U.S.C. §§ 362(b)(6) and 556* (redacted version) (Dkt. No. 1599) (the "Safe Harbor Motion"), and *mNOC AERS LLC's Motion and Memorandum of Points and Authorities Under 11 U.S.C. §§ 105(A) and 107(B) and FRBP 9018 for Entry of an Order Authorizing the Filing of Certain Documents and Related Filings Under Seal* (Dkt. No. 1596) (the "Motion to File Under Seal", and together with the Safe Harbor Motion, the "Motions").

**PLEASE TAKE FURTHER NOTICE** that the Motions are each based on the Memorandum of Points and Authorities annexed thereto, respectively, the Declaration of Ting Chang filed in support of the Motions (redacted version) (Dkt. No. 1600), the complete files and records in these cases, the arguments of counsel, and such other and further matters as this Court may consider.

**PLEASE TAKE FURTHER NOTICE** that the Motions are set for hearing on **May 21, 2019 at 9:30 a.m. (PDT)** before the Honorable Dennis Montali at the United States Bankruptcy Court for the Northern District of California, San Francisco Division, located at 450 Golden Gate Avenue, 16th Floor, Courtroom 17, San Francisco, CA 94102.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motions shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Northern District of California, shall be filed with the Bankruptcy Court in accordance with the customary practices of the Bankruptcy Court, and shall be served on (i) Chambers of the Honorable Judge Dennis Montali, United States Bankruptcy Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, Courtroom 17, San Francisco, CA 94102; (ii) the Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company, PO Box 770000, 77 Beale Street, San Francisco, CA 94105 (Attn: Janet Loduca, Esq.); (iii) counsel for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Stephen Karotkin, Esq., Jessica Liou, Esq., and Matthew Goren, Esq.), and Keller & Benvenutti LLP, 650 California Street, Suite 1900, San Francisco, CA 94108 (Attn: Tobias Keller, Esq. and Jan Kim, Esq.); (iv) counsel for the administrative agent under the Debtors'

debtor-in-possession financing facility, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (Attn: Kristopher M. Hansen, Esq., Erez E. Gilad, Esq., and Matthew G. Garofalo, Esq.) and 2029 Century Park East, Los Angeles, CA 90067-3086 (Attn: Frank A. Merola, Esq.); (v) counsel for the collateral agent under the Debtors' debtor-in-possession financing facility, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Eli J. Vonnegut, Esq., David Schiff, Esq., and Timothy Graulich, Esq.); (vi) counsel to the California Public Utilities Commission, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064 (Attn: Alan W. Kornberg, Esq., Brian S. Hermann, Esq., Walter R. Rieman, Esq., Sean A. Mitchell, Esq., and Neal P. Donnelly, Esq.); (vii) the Office of the United States Trustee for Region 17, 450 Golden Gate Avenue, 5th Floor, Suite #05-0153, San Francisco, CA 94102 (Attn: James L. Snyder, Esq. and Timothy Laffredi, Esq.); (viii) the U.S. Nuclear Regulatory Commission, Washington, DC 20555-0001 (Attn: General Counsel); (ix) counsel for the United States on behalf of the Federal Energy Regulatory Commission, U.S. Department of Justice, 1100 L Street, NW, Room 7106, Washington, DC 20005 (Attn: Danielle A. Pham, Esq.); (x) counsel for the Official Committee of Unsecured Creditors, Milbank LLP, 55 Hudson Yards, New York, NY 10001-2163 (Attn: Dennis F. Dunn, Esq. and Sam A. Khalil, Esq.) and 2029 Century Park East, 33rd Floor, Los Angeles, CA 90067 (Attn: Paul S. Aronzon, Esq., Gregory A. Bray, Esq., and Thomas R. Kreller, Esq.); (xi) counsel for the Official Committee of Tort Claimants, Baker & Hostetler LLP, 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509 (Attn: Eric Sagerman, Esq. and Cecily Dumas, Esq.); and (xii) all parties requesting notice in these chapter 11 cases pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, so as to be so filed or received no later than **May 7, 2019, at 4:00 p.m. (PDT)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that reply papers in further support of the Motions must be filed and served no later than **12:00 p.m. (PDT) on May 14, 2019**.

**PLEASE TAKE FURTHER NOTICE** that failure to properly file and serve an opposition may be deemed consent to the relief requested in the Motions or a waiver of any right to oppose it.

**PLEASE TAKE FURTHER NOTICE** that if there is no timely objection to the relief requested in the Motions, the Court may enter an order granting the relief by default.

DATED: April 22, 2019

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Thomas C. Mitchell*
Thomas C. Mitchell (CA State Bar No. 124438)
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5732
Facsimile: (415) 773-5759
Email: tcmitchell@orrick.com

and

Debra L. Felder (admitted *pro hac vice*)
1152 15th Street, N.W.
Washington, DC 20005
Telephone: (202) 339-8567
Facsimile: (202) 339-8500
Email: dfelder@orrick.com

*Counsel for mNOC AERS LLC*