UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: In re PG&E Corporation
and
Pacific Gas and Electric Company
Debtor(s)

Bankruptcy No.: 19-30088 (DM)
R.S. No.:
Hearing Date: 05/21/2019
Time: 9:30 am

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 01/29/2019    Chapter: 11
    Prior hearings on this obligation: None    Last Day to File §523/§727 Complaints: N/A

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

Secured Creditor [ ] or lessor [ ]
Fair market value:        $_____        Source of value: _____
Contract Balance:         $_____        Pre-Petition Default:    $_____
Monthly Payment:          $_____        No. of months: _____
Insurance Advance:        $_____        Post-Petition Default:   $_____
                                           No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

Fair market value: $_____    Source of value: _____    If appraisal, date: _____

Moving Party's position (first trust deed, second, abstract, etc.):

Approx. Bal.              $_____        Pre-Petition Default:    $_____
As of (date): _____                     No. of months: _____
Mo. payment:              $_____        Post-Petition Default:   $_____
Notice of Default (date): _____         No. of months: _____
Notice of Trustee's Sale: _____         Advances Senior Liens:   $_____

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: _____ | $_____ | $_____ | $_____ |
| 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
| _____ : | | | |
| _____ : | | | |
| _____ : | | | |
| (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information: mNOC AERS LLC respectfully requests confirmation from the Court that the safe harbor provisions of Sections 362(b)(6) and 556 of the Bankruptcy Code apply to allow mNOC to enforce its contractual obligations under a capacity storage agreement with Pacific Gas and Electric Co.

Dated: 04/22/2019

/s/ Thomas C. Mitchell
Signature
Thomas C. Mitchell
Print or Type Name

Attorney for mNOC AERS LLC