GARY LIVAICH, SBN 084186
J. RUSSELL CUNNINGHAM, SBN 130578
BRIAN MANNING, SBN 241512
KRISTEN RENFRO, SBN 259162
DESMOND, NOLAN, LIVAICH & CUNNINGHAM
1830 15th Street
Sacramento, California 95811
Telephone: (916) 443-2051
Facsimile: (916) 443-2651

Attorneys for DF Properties, KV Sierra Vista, LLC, Baseline 80 Investors, LLC, Baseline P&R, LLC, John J. Guerra Jr., Successor Trustee of the Cyril G. Barbaccia Irrevocable Trust dated December 15, 1976, Joiner Limited Partnership, Brian T. Howe and Stephen J. Norman

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors.<br><br>[ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas & Electric Company<br>[X] Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088(DM) | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**WITHDRAWAL OF MOTION OF REAL PROPERTY OWNERS FOR AN ORDER CONFIRMING THE AUTOMATIC STAY DOES NOT BAR CONTINUATION OF EMINENT DOMAIN ACTIONS FILED BY THE DEBTOR PRE-PETITION AND GRANTING RELIEF FROM STAY FOR CAUSE TO THE EXTENT IT MIGHT OTHERWISE BAR ACTS RELATED TO THE PROCEEDINGS, INCLUDING THE PAYMENT OF JUST COMPENSATION**<br><br>Date: April 24, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United State Bankruptcy Court<br>      Courtroom 17, 16th Floor<br>      San Francisco, CA 94102 |

TO: ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD.

1

**PLEASE TAKE NOTICE** that DF Properties, KV Sierra Vista, LLC, Baseline 80 Investors, LLC, Baseline P&R, LLC, John J. Guerra Jr., Successor Trustee of the Cyril G. Barbaccia Irrevocable Trust dated December 15, 1976, Joiner Limited Partnership, Brian T. Howe and Stephen J. Norman by and through their attorneys of record hereby withdraw the above-captioned motion for relief from automatic stay. The motion has been resolved by consensual resolution of the property owners and the Debtors, with the consent of the Official Committee of Unsecured Creditors and Official Committee of Tort Claims, by agreed amendment of the Court's prior order granting the Debtor's Real Property Transactions Motion on April 10, 2019. Please see the NOTICE OF FILING OF PROPOSED AMENDED ORDER ON REAL PROPERTY TRANSACTIONS MOTION [Re: Dkt Nos. 1004, 1341], filed by the Debtors on April 22, 2019, at Docket No. 1589 and the Proposed Amended Order attached thereto.

Dated: April 23, 2019    DESMOND, NOLAN, LIVAICH & CUNNINGHAM

By: _____
**KRISTEN RENFRO**
Attorneys for DF Properties, KV Sierra Vista, LLC, Baseline 80 Investors, LLC, Baseline P&R, LLC, John J. Guerra Jr., Successor Trustee of the Cyril G. Barbaccia Irrevocable Trust dated December 15, 1976, Joiner Limited Partnership, Brian T. Howe and Stephen J. Norman