McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
H Annie Duong, #319953
*annie.duong@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Attorneys for Creditor
PHILIP VERWEY d/b/a
PHILIP VERWEY FARMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In Re**<br><br>**PG&E CORPORATION**<br><br>**and**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Corporation<br>☒ Affects both Debtors<br><br>\*\*All papers shall be filed in the Lead Case No. 19-30088 DM | Bankruptcy Cases<br>19-30088-DM (Lead Case)<br>19-30089-DM<br><br>(Jointly Administered)<br><br>**NOTICE OF CONTINUED HEARING ON PHILIP VERWEY FARMS' MOTION FOR RELIEF FROM AUTOMATIC STAY TO EXERCISE SETOFF PURSUANT TO 11 U.S.C. §§ 362 AND 553**<br><br>(11 U.S.C. §§ 362(d), 553(a), 562) |

**PLEASE TAKE NOTICE**, that Creditor Philip Verwey d/b/a Philip Verwey Farms ("PVF") filed a motion for relief from automatic stay pursuant to 11 U.S.C. § 362(d)(1) on April 1, 2019, to exercise a setoff against Debtor Pacific Gas and Electric Corporation (hereinafter "Motion").

**PLEASE TAKE NOTICE**, that the Motion originally set for a hearing on April 24, 2019, at 9:30 a.m., before the Honorable Dennis Montali at the United States Bankruptcy Court for the Northern District of California, San Francisco Division, located at 450 Golden Gate Avenue, 16th Floor, Courtroom 17, San Francisco, CA 94102 is now continued to May 9, 2019 at 9:30 a.m. PST, at

the same location.

**PLEASE TAKE NOTICE**, that the Motion is based on the Memorandum of Points and Authorities filed concurrently, the Declaration of Philip Verwey In Support Of Motion For Relief From Automatic Stay To Exercise Setoff and the attachments and exhibits thereto, and on other and further evidence the Court may consider at or before any hearing on the Motion.

**PLEASE TAKE NOTICE**, that a the relief requested may be granted without a hearing if no objection or response to Motion ("Opposition") is timely filed and served in accordance with the Amended Order Implementing Certain Notice and Case Management Procedures issued March 27, 2019, that is in writing and conforms to the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and the Local Bankruptcy Rules for the Northern District of California ("Local Rules"). This Notice of Continued Hearing shall not prejudice PVF's right to object to an Opposition or move the Court to request relief under any and all Bankruptcy Rules and/or Local Rules applicable to this Motion.

**PLEASE TAKE NOTICE**, that as provided by Local Rule 4001-1(a), the Debtor, Pacific Gas & Electric Company, is advised to appear personally or by counsel at the preliminary hearing; and that failure to appear may result in the Court granting relief requested by this Motion without further hearing, including the lifting of the automatic stay for PVF to effectuate a setoff against its prepetition claims against the Debtor.

Dated: April 23, 2019

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: */s/ H. Annie Duong*
H Annie Duong
Attorneys for Creditor
PHILIP VERWEY d/b/a
PHILIP VERWEY FARMS

090109-000001 599905