| | |
|---|---|
| PIERCE BAINBRIDGE BECK PRICE & HECHT LLP<br>John M. Pierce (SBN 250443)<br>jpierce@piercebainbridge.com<br>Thomas D. Warren (SBN 160921)<br>twarren@piercebainbridge.com<br>Carolynn K. Beck (SBN 264703)<br>cbeck@piercebainbridge.com<br>Janine Cohen (SBN 203881)<br>jcohen@piercebainbridge.com<br>355 South Grand Avenue, Suite 4400<br>Los Angeles, California 90071<br>(213) 262-9333 | LANDAU GOTTFRIED & BERGER LLP<br>MICHAEL I. GOTTFRIED (SBN 146689)<br>mgottfried@lgbfirm.com<br>ROYE ZUR (SBN 273875)<br>rzur@lgbfirm.com<br>1880 Century Park East, Suite 1101<br>Los Angeles, California 90067<br>Tel: (310) 557-0050<br>Fax: (310) 557-0056 |

Attorneys for Camp Fire Victims

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors.<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors | Case No. 19-30088 (Jointly Administered)<br><br>Chapter 11<br><br>**JOINDER IN OBJECTION TO MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER (I) CLARIFYING CERTAIN BANKRUPTCY CODE REQUIREMENTS AND (II) APPROVING PROTOCOL FOR PROVIDING ACCESS TO INFORMATION TO UNSECURED CREDITORS, NUNC PRO TUNC TO FEBRUARY 12, 2019 [ECF 1215]**<br>**Hearing Date and Time:**<br>Date: April 24, 2019<br>Time: 9:30 a.m. (Pacific)<br>Place: Courtroom 17<br>450 Golden Gate Ave., 16th Floor<br>San Francisco, CA |

| 1  | David Herndon, Julia Herndon, Gabriella Herndon, Jedidiah Herndon, Estefania Miranda, |
|----|
| 2  | Steven Jones, Gabriella's Eatery, Chico Rent-A-Fence, and Ponderosa Pest & Weed Control, |
| 3  | victims of the 2018 Camp Fire and plaintiffs in the pending adversary proceeding known as |
| 4  | *Herndon, et al. v. PG&E Corporation, et al.*, Adv. No. 19-03005, hereby join in, and incorporate |
| 5  | by this reference, the *Objection to Motion of Official Committee of Unsecured Creditors for Entry* |
| 6  | *of an order (I) Clarifying Certain Bankruptcy Code Requirements and (II) Approving Protocol for* |
| 7  | *Providing Access to Information to Unsecured Creditors, Nunc Pro Tunc to February 12, 2019* |
| 8  | *[ECF 1215]* [Docket No. 1523] filed by the Singleton Law Firm Fire Victim Claimants. |

Dated: April 23, 2019

PIERCE BAINBRIDGE BECK PRICE & HECHT LLP
John M. Pierce
Thomas D. Warren
Carolynn K. Beck
Janine Cohen

-and-

LANDAU GOTTFRIED & BERGER LLP
Michael I. Gottfried
Roye Zur


By: /s/ Michael Gottfried
　　　　　Michael I. Gottfried

Attorneys for Camp Fire Victims