PIERCE BAINBRIDGE BECK PRICE &
HECHT LLP
John M. Pierce (SBN 250443)
jpierce@piercebainbridge.com
Thomas D. Warren (SBN 160921)
twarren@piercebainbridge.com
Carolynn K. Beck (SBN 264703)
cbeck@piercebainbridge.com
Janine Cohen (SBN 203881)
jcohen@piercebainbridge.com
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071
(213) 262-9333

LANDAU GOTTFRIED & BERGER LLP
MICHAEL I. GOTTFRIED (SBN 146689)
mgottfried@lgbfirm.com
ROYE ZUR (SBN 273875)
rzur@lgbfirm.com
1880 Century Park East, Suite 1101
Los Angeles, California 90067
Tel: (310) 557-0050
Fax: (310) 557-0056

Attorneys for Camp Fire Victims

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088 (Jointly Administered) |
| PG&E CORPORATION, | Chapter 11 |
| and | **CERTIFICATE OF SERVICE** |
| PACIFIC GAS & ELECTRIC COMPANY, | |
| Debtors. | |

Affects:
☐ PG&E Corporation
☐ Pacific Gas & Electric Company
☒ Both Debtors

1    I am a resident of the State of California, over the age of eighteen years, and not a party to

2    the within action. My business address is 1880 Century Park East, Suite 1101, Los Angeles, CA

3    90067. On April 23, 2019, I served the document listed below:

4    **JOINDER IN OBJECTION TO MOTION OF OFFICIAL COMMITTEE OF UNSECURED**
     **CREDITORS FOR ENTRY OF AN ORDER (I) CLARIFYING CERTAIN BANKRUPTCY**
5    **CODE REQUIREMENTS AND (II) APPROVING PROTOCOL FOR PROVIDING ACCESS**
     **TO INFORMATION TO UNSECURED CREDITORS, NUNC PRO TUNC TO FEBRUARY**
6    **12, 2019 [ECF 1215]**

7    in the following manners:

8    ☒    **BY U.S. MAIL** by placing the document(s) listed above in a sealed envelope with
           postage thereon fully prepaid, in the United States mail at Los Angeles, California
9          addressed as set forth below. I am readily familiar with the firm's practice of collection
           and processing correspondence for mailing. Under that practice it would be deposited
10         with the U.S. Postal Service on the same day with postage thereon fully prepaid in the
           ordinary course of business. I am aware that on motion of the party served, service is
11         presumed invalid if postal cancellation date or postage meter date is more than one day
12         after date of deposit for mailing an affidavit.

13         **See Attached List for All Service Recipients**

14   ☒    **BY CM/ECF NOTICE OF ELECTRONIC FILING** by causing such
           document(s) listed above to be served through this Court's electronic transmission
15         facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or
           counsel who are determined this date to be registered CM/ECF Users set forth in the
16         service list obtained from this Court on the Electronic Mail Notice List.
17

18         **See Attached List for All Service Recipients**

19         I declare under penalty of perjury that the foregoing is true and correct. Executed at Los
     Angeles, California on April 23, 2019.
20

21   By:/s/ *Sarah Richmond*
                Sarah Richmond

22

23

24

25

26

27

28

VIA ECF NOTICE LIST

- Richard L. Antognini     rlalawyer@yahoo.com, hallonaegis@gmail.com
- Herb Baer     hbaer@primeclerk.com, ecf@primeclerk.com
- Todd M. Bailey     Todd.Bailey@ftb.ca.gov
- Kathryn E. Barrett     keb@svlg.com, amt@svlg.com
- Ronald S. Beacher     rbeacher@pryorcashman.com
- Hagop T. Bedoyan     hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- Peter J. Benvenutti     pbenvenutti@kellerbenvenutti.com
- Robert Berens     rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder     heinz@bindermalter.com
- W. Steven Bryant     , molly.batiste-debose@lockelord.com
- Christina Lin Chen     christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Shawn M. Christianson     schristianson@buchalter.com
- Robert N.H. Christmas     rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alicia Clough     aclough@loeb.com
- Marc Cohen     mscohen@loeb.com
- Keith J. Cunningham     , rkelley@pierceatwood.com
- James D. Curran     jcurran@wolkincurran.com, vsimmons@wolkincurran.com
- Jonathan R. Doolittle     jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- Jennifer V. Doran     jdoran@hinckleyallen.com
- David V. Duperrault     dvd@svlg.com, edn@svlg.com
- Kevin M. Eckhardt     keckhardt@hunton.com, candonian@huntonak.com
- Joseph A. Eisenberg     JAE1900@yahoo.com
- Sally J. Elkington     sally@elkshep.com, ecf@elkshep.com
- G. Larry Engel     larry@engeladvice.com
- Krista M. Enns     kenns@beneschlaw.com
- Michael P. Esser     michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- Richard W. Esterkin     richard.esterkin@morganlewis.com, sue.reimers@morganlewis.com
- Joseph Kyle Feist     jfeistesq@gmail.com, info@norcallawgroup.net
- James J. Ficenec     James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero     jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman     kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone     sfinestone@fhlawllp.com
- Jonathan Forstot     , john.murphy@troutman.com
- Gregg M. Galardi     gregg.galardi@ropesgray.com
- Richard L. Gallagher     richard.gallagher@ropesgray.com
- Barry S. Glaser     bglaser@swesq.com
- Gabriel I. Glazer     gglazer@pszjlaw.com
- Gabrielle Glemann     gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Eric D. Goldberg     eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Richard H. Golubow     rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Mark A. Gorton     mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton     mgorton@boutininc.com, cdomingo@boutininc.com
- Debra I. Grassgreen     dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Oren Buchanan Haker     oren.haker@stoel.com, rene.alvin@stoel.com
- Robert G. Harris     rob@bindermalter.com
- Christopher H. Hart     chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins     bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Jan M Hayden     jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes     jhayes@fhlawllp.com
- Stephen E. Hessler, P.C.     , jozette.chong@kirkland.com

2

1 - Michael R. Hogue          hoguem@gtlaw.com, frazierl@gtlaw.com
- David Holtzman          david.holtzman@hklaw.com
2 - Marsha Houston          mhouston@reedsmith.com, hvalencia@reedsmith.com
- Mark V. Isola          mvi@sbj-law.com
3 - J. Eric Ivester          , Andrea.Bates@skadden.com
- Ivan C. Jen          ivan@icjenlaw.com
4 - Gregory K. Jones          GJones@dykema.com, cacossano@dykema.com
- Roberto J. Kampfner          rkampfner@whitecase.com, mco@whitecase.com
5 - Robert B. Kaplan          rbk@jmbm.com
- Tobias S. Keller          tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
6 - Lynette C. Kelly          lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Gerald P. Kennedy          gerald.kennedy@procopio.com, laj@procopio.com
7 - Samuel M. Kidder          skidder@ktbslaw.com
- Marc Kieselstein          , carrie.oppenheim@kirkland.com
8 - Jane Kim          jkim@kellerbenvenutti.com
- Thomas F. Koegel          tkoegel@crowell.com
9 - Andy S. Kong          kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Alan W. Kornberg          , akornberg@paulweiss.com
10 - Jeffrey C. Krause          jkrause@gibsondunn.com, psantos@gibsondunn.com
- Michael Thomas Krueger          michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
11 - Richard A. Lapping          rich@trodellalapping.com
- Matthew A. Lesnick          matt@lesnickprince.com, jmack@lesnickprince.com
12 - David B. Levant          david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin          alevin@wcghlaw.com, vcorbin@wcghlaw.com
13 - John William Lucas          jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Jane Luciano          jane-luciano@comcast.net
14 - Kerri Lyman          klyman@irell.com, lgauthier@irell.com
15 - John H. MacConaghy          macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald          iain@macfern.com, ecf@macfern.com
16 - Michael W. Malter          michael@bindermalter.com
- David P. Matthews          jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
17 - Hugh M. McDonald          , john.murphy@troutman.com
- C. Luckey McDowell          luckey.mcdowell@bakerbotts.com
18 - Frank A. Merola          lacalendar@stroock.com, mmagzamen@stroock.com
- Matthew D. Metzger          belvederelegalecf@gmail.com
19 - M. David Minnick          dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Thomas C. Mitchell          tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
20 - John A. Moe          john.moe@dentons.com, glenda.spratt@dentons.com
- David W. Moon          lacalendar@stroock.com, mmagzamen@stroock.com
21 - Courtney L. Morgan          morgan.courtney@pbgc.gov
- Joshua D. Morse          Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
22 - Thomas G. Mouzes          tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz          pmunoz@reedsmith.com, gsandoval@reedsmith.com
23 - Michael S. Myers          myersms@ballardspahr.com, hartt@ballardspahr.com
- David L. Neale          dln@lnbrb.com
24 - David L. Neale          dln@lnbyb.com
- David Neier          dneier@winston.com
25 - Melissa T. Ngo          ngo.melissa@pbgc.gov, efile@pbgc.gov
- Gregory C. Nuti          gnuti@nutihart.com, nwhite@nutihart.com
26 - Abigail O'Brient          aobrient@mintz.com, docketing@mintz.com
- Office of the U.S. Trustee / SF          USTPRegion17.SF.ECF@usdoj.gov
27 - Aram Ordubegian          Ordubegian.Aram@ArentFox.com
- Gabriel Ozel          Gabriel.Ozel@troutman.com, tsinger@houser-law.com
28 - Amy S. Park          amy.park@skadden.com, alissa.turnipseed@skadden.com

3

| | |
|---|---|
| 1 | - Donna Taylor Parkinson     donna@parkinsonphinney.com |
| | - Paul J. Pascuzzi     ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com |
| 2 | - Valerie Bantner Peo     vbantnerpeo@buchalter.com |
| | - Danielle A. Pham     danielle.pham@usdoj.gov |
| 3 | - Thomas R. Phinney     tom@parkinsonphinney.com |
| | - R. Alexander Pilmer     alexander.pilmer@kirkland.com, keith.catuara@kirkland.com |
| 4 | - M. Ryan Pinkston     rpinkston@seyfarth.com, jmcdermott@seyfarth.com |
| | - Estela O. Pino     epino@epinolaw.com, staff@epinolaw.com |
| 5 | - Mark D. Poniatowski     ponlaw@ponlaw.com |
| | - Christopher E. Prince     cprince@lesnickprince.com |
| 6 | - Douglas B. Provencher     dbp@provlaw.com |
| | - Lary Alan Rappaport     lrappaport@proskauer.com, PHays@proskauer.com |
| 7 | - Justin E. Rawlins     jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com |
| | - Emily P. Rich     erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net |
| 8 | - Christopher O. Rivas     crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| | - Lacey Rochester     lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com |
| 9 | - Gregory A. Rougeau     grougeau@brlawsf.com |
| | - Nanette D. Sanders     nanette@ringstadlaw.com, becky@ringstadlaw.com |
| 10 | - Sunny S. Sarkis     , dawn.forgeur@stoel.com |
| | - David B. Shemano     dshemano@pwkllp.com |
| 11 | - James A. Shepherd     jim@elkshep.com, ecf@elkshep.com |
| | - Wayne A. Silver     w_silver@sbcglobal.net, ws@waynesilverlaw.com |
| 12 | - Dania Slim     dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com |
| | - Alan D. Smith     adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com |
| 13 | - Jan D. Sokol     jdsokol@lawssl.com, dwright@lawssl.com |
| | - Bennett L. Spiegel     blspiegel@jonesday.com |
| 14 | - Michael St. James     ecf@stjames-law.com |
| | - David M. Stern     dstern@ktbslaw.com |
| 15 | - Meagan S. Tom     Meagan.tom@lockelord.com, autodocket@lockelord.com |
| | - Edward Tredinnick     etredinnick@grmslaw.com |
| 16 | - Victor A. Vilaplana     vavilaplana@foley.com, rhurst@foley.com |
| | - Marta Villacorta     marta.villacorta@usdoj.gov |
| 17 | - John A. Vos     InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com |
| | - Riley C. Walter     ecf@W2LG.com |
| 18 | - Philip S. Warden     philip.warden@pillsburylaw.com, candy.kleiner@pillsburylaw.com |
| | - Genevieve G. Weiner     gweiner@gibsondunn.com |
| 19 | - Joseph M. Welch     jwelch@buchalter.com, dcyrankowski@buchalter.com |
| | - Eric R. Wilson     kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com |
| 20 | - Kimberly S. Winick     kwinick@clarktrev.com, knielsen@clarktrev.com |
| | - Rebecca J. Winthrop     rebecca.winthrop@nortonrosefulbright.com, |
| 21 | -      evette.rodriguez@nortonrosefulbright.com |
| | - David Wirt     david.wirt@hklaw.com, denise.harmon@hklaw.com |
| 22 | - Ryan A. Witthans     rwitthans@fhlawllp.com, rwitthans@fhlawllp.com |
| | - Christopher Kwan Shek Wong     christopher.wong@arentfox.com |
| 23 | - Kirsten A. Worley     kw@wlawcorp.com, admin@wlawcorp.com |
| | - Andrew Yaphe     andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com |

4

**ATTACHED SERVICE LIST**

VIA US MAIL

| | |
|---|---|
| Max Africk<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Kevin Bostel<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Matthew Goren<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Andriana Georgallas<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Stuart J. Goldring<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Kevin Kramer<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Jessica Liou<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Stephen Karotkin<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| John Nolan<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Theodore Tsekerides<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Ray C. Sharock<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Matthew Goren<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 |
| Kevin J. Orsini<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | Omid H. Nasab<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 |
| Paul H. Zumbro<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | U.S. Trustee<br>Office of the U.S. Trustee / SF<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102 |

5