**Pierce Bainbridge Beck Price & Hecht LLP**
John M. Pierce (SBN 250443)
jpierce@piercebainbridge.com
Thomas D. Warren (SBN 160921)
twarren@piercebainbridge.com
Carolynn K. Beck (SBN 264703)
cbeck@piercebainbridge.com
Janine Cohen (SBN 203881)
jcohen@piercebainbridge.com
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071
(213) 262-9333

**Landau Gottfried & Berger LLP**
Michael I. Gottfried (SBN 146689)
mgottfried@lgbfirm.com
Roye Zur (SBN 273875)
rzur@lgbfirm.com
1880 Century Park East, Suite 1101
Los Angeles, California 90067
Tel: (310) 557-0050
Fax: (310) 557-0056

Attorneys for Camp Fire Victims

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors.<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors | Case No. 19-30088 (Jointly Administered)<br><br>Chapter 11<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that as of April 22, 2019, Michael I. Gottfried and Roye Zur of the law offices of Landau Gottfried & Berger LLP, attorneys for Certain Camp Fire Victims have changed their mailing address as follows:

Old Address: 1801 Century Park East
　　　　　　　Suite 700
　　　　　　　Los Angeles, CA 90067

New Address: 1880 Century Park East
　　　　　　　Suite 1101
　　　　　　　Los Angeles, CA 90067

For purposes of service of notices and documents in the above-captioned case, please amend your service list accordingly. Telephone, facsimile and email addresses remain the same.

Dated: April 23, 2019　　　　　　　LANDAU GOTTFRIED & BERGER LLP
　　　　　　　　　　　　　　　　　Michael I. Gottfried
　　　　　　　　　　　　　　　　　Roye Zur


　　　　　　　　　　　　　　　　　By:　/s/ Michael I. Gottfried　　　　　
　　　　　　　　　　　　　　　　　　　Michael I. Gottfried
　　　　　　　　　　　　　　　　　　Attorneys for Camp Fire Victims

**CERTIFICATE OF SERVICE [eservice]**

I hereby certify that on April 23, 2019, I electronically filed the foregoing NOTICE OF CHANGE OF ADDRESS with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record registered for electronic filing.

/s/ Sarah Richmond
Sarah Richmond