**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR APRIL 24, 2019 9:30 A.M. OMNIBUS HEARING**<br><br>Date: April 24, 2019<br>Time: 9:30 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

**PROPOSED AGENDA FOR
APRIL 24, 2019 9:30 A.M. (PACIFIC TIME)
OMNIBUS HEARING**

I.    **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*UNCONTESTED MATTERS*

*Quanta Assumption Motion*

1.    **Quanta Assumption Motion**: Motion of Debtors Pursuant to 11 U.S.C. § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 for an Order Approving the Utility's Assumption of Certain Agreements with Quanta Energy Services, LLC [**Dkt. 1218**].

Response Deadline: April 17, 2019, at 4:00 p.m. (Pacific Time), except for the Official Committee of Unsecured Creditors, the Official Committee of Tort Claimants, and the Ad Hoc Committee of Senior Unsecured Noteholders, for whom the response deadline was extended by stipulation and order to April 19, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A.    Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors in respect of Motion of Debtors Pursuant to 11 U.S.C. § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 for an Order Approving the Utility's Assumption of Certain Agreements with Quanta Energy Services, LLC [**Dkt. 1555**].

Related Documents:

B.    Declaration of Steve Coleman in Support of Motion of Debtors Pursuant to 11 U.S.C. § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 for an Order Approving the Utility's Assumption of Certain Agreements with Quanta Energy Services, LLC [**Dkt. 1219**].

C.    Motion to Redact Documents Filed in Support of Motion of Debtors Pursuant to 11 U.S.C. § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 for an Order Approving the Utility's Assumption of Certain Agreements with Quanta Energy Services, LLC [**Dkt. 1220,** with documents filed as **Dkts. 1221, 1222**].

D.    Order Granting Motion to Redact Documents Filed in Support of Motion of Debtors Pursuant to 11 U.S.C. § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 for an Order Approving the Utility's Assumption of Certain Agreements with Quanta Energy Services, LLC [**Dkt. 1241**].

E.    Notice of Filing of Revised Proposed Order Pursuant to 11 U.S.C. § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 Approving the Utility's Assumption of Certain Agreements with Quanta Energy Services, LLC [**Dkt. 1590**].

Status: The Debtors filed a revised proposed order, which resolves the Limited Objection and Reservation of Rights of the Official Committee of Unsecured

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Creditors to the Quanta Assumption Motion. At the hearing, the Debtors will present such revised proposed order for the Court's consideration.

*Real Property Transactions Motion*

2. **Real Property Transactions Motion**: Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 362, and 363 and Fed. R. Bankr. P. 2002, 4001, and 6004 for an Order (I) Authorizing Debtors to (a) Sell, Transfer, Lease or Otherwise Encumber Real Property, (b) Lease, License, and Permit Agreements Relating to Third-Party Property, and (c) Pursue and Bring Eminent Domain Proceedings to Judgment or Enter into Settlements in Lieu Thereof, Subject to Certain Procedures and Parameters, and (II) Granting Related Relief [**Dkt. 1004**].

Response Deadline: April 3, 2019, at 4:00 p.m. (Pacific Time), except for the California State Agencies and the California Department of Justice, for whom the response deadline was extended by agreement to April 4, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Joinder to Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 362, and 363 and Fed. R. Bankr. P. 2002, 4001, and 6004 (filed by Interested Parties Phoebe Wong-Oliveros, Mario Oliveros Jr., Lucille J. McNulty, Adam J. McNulty, John L. Hansen, Marisa T. Mulladi-Kleiber, Andrew M. Kleiber [**Dkt. 1075**].

B. [DF Properties et al.] Limited Opposition to Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 362, and 363 and Fed. R. Bankr. P. 2002, 4001, and 6004 for an Order (I) Authorizing Debtors to (a) Sell, Transfer, Lease or Otherwise Encumber Real Property, (b) Lease, License, and Permit Agreements Relating to Third-Party Property, and (c) Pursue and Bring Eminent Domain Proceedings to Judgment or Enter into Settlements in Lieu Thereof, Subject to Certain Procedures and Parameters, and (II) Granting Related Relief [**Dkt. 1177**].

C. Limited Objection and Reservation of Rights of the City of Oakland in Response to Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 362, and 363 and Fed. R. Bankr. P. 2002, 4001, and 6004 for an Order (I) Authorizing Debtors to (a) Sell, Transfer, Lease or Otherwise Encumber Real Property, (b) Lease, License, and Permit Agreements Relating to Third-Party Property, and (c) Pursue and Bring Eminent Domain Proceedings to Judgment or Enter into Settlements in Lieu Thereof, Subject to Certain Procedures and Parameters, and (II) Granting Related Relief [**Dkt. 1206**].

D. Statement of the California State Agencies on Motion for Order Authorizing Debtors to (a) Sell, Transfer, Lease or Otherwise Encumber Real Property, (b) Lease, License, and Permit Agreements Relating to Third-Party Property, and (c) Pursue and Bring Eminent Domain Proceedings to Judgment or Enter into Settlements in Lieu Thereof, Subject to Certain Procedures and Parameters, and (II) Granting Related Relief [**Dkt. 1238**].

E. [City of Morgan Hill's] Notice of Non-Opposition to Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 362, and 363 and Fed. R. Bankr. P. 2002,

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

4001, and 6004 for an Order (I) Authorizing Debtors to (a) Sell, Transfer, Lease or Otherwise Encumber Real Property, (b) Lease, License, and Permit Agreements Relating to Third-Party Property, and (c) Pursue and Bring Eminent Domain Proceedings to Judgment or Enter into Settlements in Lieu Thereof, Subject to Certain Procedures and Parameters, and (II) Granting Related Relief [**Dkt. 1255**].

Related Documents:

F.  Declaration of Andrew Williams in Support of Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 362, and 363 and Fed. R. Bankr. P. 2002, 4001, and 6004 for an Order (I) Authorizing Debtors to (a) Sell, Transfer, Lease or Otherwise Encumber Real Property, (b) Lease, License, and Permit Agreements Relating to Third-Party Property, and (c) Pursue and Bring Eminent Domain Proceedings to Judgment or Enter into Settlements in Lieu Thereof, Subject to Certain Procedures and Parameters, and (II) Granting Related Relief [**Dkt. 1005**].

G.  Notice of Filing of Revised Proposed Order on Real Property Transactions Motion [**Dkt. 1286**].

H.  Order Pursuant to 11 U.S.C. §§ 105(a), 362, and 363 and Fed. R. Bankr. P. 2002, 4001, and 6004 for an Order (I) Authorizing Debtors to (a) Sell, Transfer, Lease or Otherwise Encumber Real Property, (b) Lease, License, and Permit Agreements Relating to Third-Party Property, and (c) Pursue and Bring Eminent Domain Proceedings to Judgment or Enter into Settlements in Lieu Thereof, Subject to Certain Procedures and Parameters, and (II) Granting Related Relief [**Dkt. 1341**].

I.  Order on Request of Certain Defendants Pursuant to 11 U.S.C. § 4001 Seeking Order Granting Relief from Stay as to Alameda County Superior Court Cases RG 17887102, RG17887206, RG17887443, and RG17887360 [**Dkt. 1458**].

J.  Notice of Filing of Proposed Amended Order on Real Property Transactions Motion [**Dkt. 1589**].

Status: Following a hearing on this matter on April 10, 2019, the Court entered an order granting the Real Property Transactions Motion except to the extent applicable to the eminent domain actions pending as of the Petition Date to which DF Properties, KV Sierra Vista, LLC, Baseline 80 Investors, LLC, Baseline P&R, LLC, John J. Guerra Jr., Successor Trustee of the Cyril G. Barbaccia Irrevocable Trust dated December 15, 1976, Joiner Limited Partnership, Brian T. Howe, and Stephen J. Norman (collectively, the "**Desmond Defendants**"), and Andrew M. Kleiber, Marisa T. Mulladi-Kleiber, John L. Hansen, Adam J. McNulty, Lucille J. McNulty, Mario Oliveros, Jr., and Phoebe Wong-Oliveros (collectively, the "**Jenny Defendants**") are defendants.

On April 15, 2019, the Court entered an order granting relief from stay with respect to the Jenny Defendants.

The parties have resolved the limited oppositions of the Desmond Defendants and of the Jenny Defendants consensually and have filed a notice of proposed

amended order reflecting such resolution. At the hearing, the parties will present such proposed order for the Court's consideration.

*UCC Information Protocol Motion*

3. **UCC's 1102 Information Protocol Motion**: Motion of Official Committee of Unsecured Creditors for Entry of an Order (I) Clarifying Certain Bankruptcy Code Requirements and (II) Approving Protocol for Providing Access to Information to Unsecured Creditors, Nunc Pro Tunc to February 12, 2019 [**Dkt. 1215**].

Response Deadline: April 17, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Objection to Motion of Official Committee of Unsecured Creditors for Entry of an Order (I) Clarifying Certain Bankruptcy Code Requirements and (II) Approving Protocol for Providing Access to Information to Unsecured Creditors, Nunc Pro Tunc to February 12, 2019. Filed by Creditors SLF Wildfire Claimants [**Dkt. 1523**].

B. Notice of Withdrawal of Document [ECF 1523] filed by Creditors SLF Wildfire Claimants [**Dkt. 1955**].

Related Documents:

C. Reply of Official Committee of Unsecured Creditors in Support of Motion for Entry of an Order (I) Clarifying Certain Bankruptcy Code Requirements and (II) Approving Protocol for Providing Access to Information to Unsecured Creditors, Nunc Pro Tunc to February 12, 2019 [**Dkt. 1567**].

Status: The Objection of the SLF Wildfire Claimants to the UCC's 1102 Information Protocol Motion was withdrawn, and this matter is going forward on an uncontested basis.

*CONTESTED MATTERS GOING FORWARD*

*Retention Applications*

4. **Jenner & Block Retention Application**: Application Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Order Authorizing the Debtors to Retain Jenner & Block LLP as Special Corporate Defense Counsel Nunc Pro Tunc to the Petition Date [**Dkt. 911**].

Response Deadline: April 17, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Letter Objection from William McCann [**Dkt. 1454**].

Related Documents:

B. Declaration of Randall E. Mehrberg in Support of Application Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Order

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

      Authorizing the Debtors to Retain Jenner & Block LLP as Special Corporate Defense Counsel Nunc Pro Tunc to the Petition Date [**Dkt. 912**].

  C. Declaration of Janet Loduca in Support of Application Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Order Authorizing the Debtors to Retain Jenner & Block LLP as Special Corporate Defense Counsel Nunc Pro Tunc to the Petition Date [**Dkt. 913**].

  D. Court Order regarding Issues to Be Addressed at the April 24 Hearing on Retention Applications [**Dkt. 1587**].

  <u>Status</u>: This matter is going forward on a contested basis.

5. **Cravath, Swaine & Moore Retention Application**: Application of Debtors Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Cravath, Swaine, & Moore LLP as Corporate and Litigation Counsel for the Debtors Effective as of the Petition Date [**Dkt. 1024**].

  <u>Response Deadline</u>: April 16, 2019, at 4:00 p.m. (Pacific Time).

  <u>Responses Filed</u>:

  A. Letter Objection from William McCann [**Dkt. 1454**].

  <u>Related Documents</u>:

  B. Declaration of Paul H. Zumbro in Support of Application of Debtors Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Cravath, Swaine, & Moore LLP as Corporate and Litigation Counsel for the Debtors Effective as of the Petition Date [**Dkt. 1025**].

  C. Declaration of Janet Loduca in Support of Application of Debtors Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Cravath, Swaine, & Moore LLP as Corporate and Litigation Counsel for the Debtors Effective as of the Petition Date [**Dkt. 1026**].

  D. Court Order regarding Issues to Be Addressed at the April 24 Hearing on Retention Applications [**Dkt. 1587**].

  <u>Status</u>: This matter is going forward on a contested basis.

6. **Munger Tolles Retention Application**: Application of Debtors Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Munger, Tolles & Olson LLP as Attorneys for Certain Matters for the Debtors Effective as of the Petition Date [**Dkt. 1167**].

  <u>Response Deadline</u>: April 17, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A.   Letter Objection from William McCann [**Dkt. 1454**].

Related Documents:

B.   Supplemental Declaration of Henry Weissmann in Support of Application of Debtors Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Munger, Tolles & Olson LLP as Attorneys for Certain Matters for the Debtors Effective as of the Petition Date [**Dkt. 1301**].

C.   Court Order regarding Issues to Be Addressed at the April 24 Hearing on Retention Applications [**Dkt. 1587**].

Status: This matter is going forward on a contested basis.

7.   **TCC's Lincoln Partners Retention Application**: Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Lincoln Partners Advisors LLC, as a Financial Advisor Effective as of March 1, 2019 [**Dkt. 1134**].

Response Deadline: April 17, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A.   Letter Objection from William McCann [**Dkt. 1454**].

Related Documents: No responses have been filed to this date.

B.   Court Order regarding Issues to Be Addressed at the April 24 Hearing on Retention Applications [**Dkt. 1587**].

Status: This matter is going forward on a contested basis.

8.   **UCC's Milbank Retention Application**: Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 328(a) and 1103(a) and Fed. R. Bankr. P. 2014 and 2016 for Authority to Retain and Employ Milbank LLP as Counsel, Effective as of February 12, 2019 [**Dkt. 1208**].

Response Deadline: April 17, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A.   Letter Objection from William McCann [**Dkt. 1454**].

Related Documents:

B.   Declaration of Thomas R. Kreller in Support of the Motion Pursuant to 11 U.S.C. §§ 328(a) and 1103(a) and Fed. R. Bankr. P. 2014 and 2016 for Authority to Retain and Employ Milbank LLP as Counsel, Effective as of February 12, 2019 [**Dkt. 1210**].

C. Declaration of Cynthia Wong in Support of the Motion Pursuant to 11 U.S.C. §§ 328(a) and 1103(a) and Fed. R. Bankr. P. 2014 and 2016 for Authority to Retain and Employ Milbank LLP as Counsel, Effective as of February 12, 2019 [**Dkt. 1211**].

D. Court Order regarding Issues to Be Addressed at the April 24 Hearing on Retention Applications [**Dkt. 1587**].

Status: This matter is going forward on a contested basis.

9. **UCC's Epiq Retention Application**: Application of the Official Committee of Unsecured Creditors for Authority to Retain and Employ Epiq Corporate Restructuring, LLC as Information Agent for the Committee, Nunc Pro Tunc to February 15, 2019 [**Dkt. 1214**].

Response Deadline: April 17, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Letter Objection from William McCann [**Dkt. 1454**].

Related Documents: No related documents have been filed to this date.

B. Court Order regarding Issues to Be Addressed at the April 24 Hearing on Retention Applications [**Dkt. 1587**].

Status: This matter is going forward on a contested basis.

10. **UCC's FTI Retention Application**: Application of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 and Fed. R. Bankr. P. 2014(a) for Authorization to Retain and Employ FTI Consulting, Inc as Financial Advisor Nunc Pro Tunc to February 12, 2019 [**Dkt. 1212**].

Response Deadline: April 17, 2019, at 4:00 p.m. (Pacific Time), except for the Debtors, for whom the response deadline was extended by stipulation and order to April 19, 2019, at 4:00 p.m.

Responses Filed:

A. United States Trustee's Objection to Application of the Official Committee of Unsecured Creditors to Employ FTI Consulting, Inc. [**Dkt. 1505**].

B. Letter Objection from William McCann [**Dkt. 1454**].

C. Statement of Debtors with Respect to Application of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 and Fed. R. Bankr. P. 2014(a) for Authorization to Retain and Employ FTI Consulting, Inc as Financial Advisor Nunc Pro Tunc to February 12, 2019 [**Dkt. 1560**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Related Documents:

D. Statement of the Official Committee of Unsecured Creditors in Support of Its Application for Authority to Retain and Employ FTI Consulting, Inc. as Financial Advisor Effective as of February 15, 2019 [**Dkt. 1568**].

E. Reply in Support of Application of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 and Fed. R. Bankr. P. 2014(a) for Authorization to Retain and Employ FTI Consulting, Inc as Financial Advisor Nunc Pro Tunc to February 12, 2019 [**Dkt. 1571**].

F. Court Order regarding Issues to Be Addressed at the April 24 Hearing on Retention Applications [**Dkt. 1587**].

Status: This matter is going forward on a contested basis.

11. **UCC's Centerview Retention Application**: Application of the Official Committee of Unsecured Creditors for Authority to Retain and Employ Centerview Partners LLC as Investment Banker, Effective as of February 15, 2019 [**Dkt. 1213**].

Response Deadline: April 17, 2019, at 4:00 p.m. (Pacific Time), except for the Official Committee of Tort Claimants, for whom the response deadline was extended by stipulation and order to April 19, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. United States Trustee's Objection to Application of the Official Committee of Unsecured Creditors for Authority to Retain and Employ Centerview Partners LLC as Investment Banker [**Dkt. 1376**].

B. Letter Objection from William McCann [**Dkt. 1454**].

Related Documents:

C. Statement of the Official Committee of Unsecured Creditors in Support of Its Application for Authority to Retain and Employ Centerview Partners LLC as Investment Banker Effective as of February 15, 2019 [**Dkt. 1569**].

D. Centerview Partners LLC's Ex Parte Motion for Entry of an Order Authorizing Certain Confidential Information to be Filed Under Seal in Connection with the Applications of the Official Committee of Unsecured Creditors for Authority to Retain and Employ Centerview as Investment Banker [**Dkt. 1561**].

   a. Declaration of Karn Chopra in Support of Centerview Partners LLC's Ex Parte Motion for Entry of an Order Authorizing Certain Confidential Information to be Filed Under Seal in Connection with the Applications of the Official Committee of Unsecured Creditors for Authority to Retain and Employ Centerview as Investment Banker [**Dkt. 1561-1**].

   b. Order Authorizing Centerview Partners LLC to File Certain Confidential Information Under Seal in Connection with the

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Applications of the Official Committee of Unsecured Creditors for Authority to Retain and Employ Centerview as Investment Banker [**Dkt. 1561-2**].

E. Court Order regarding Issues to Be Addressed at the April 24 Hearing on Retention Applications [**Dkt. 1587**].

F. Centerview Partner LLC's Reply to the United States Trustee's Objection to Application of the Official Committee of Unsecured Creditors for Authority to Retain and Employ Centerview Partners LLC as Investment Banker [**Dkt. 1603**].

Status: This matter is going forward on a contested basis.

### *Lift Stay Motions*

12. **Valero Motion to Lift Stay**: Motion for Relief from Stay by Valero Refining Company – California [**Dkt. 315**].

Response Deadline: None. This is a preliminary hearing on the Valero Motion to Lift Stay.

Responses Filed:

A. Preliminary Response of Pacific Gas and Electric Company in Opposition to Valero Refining Company – California's Motion for Relief from Stay [**Dkt. 601**].

Related Documents:

B. Declaration of Richard A. Lapping and Request for Judicial Notice in Support of Motion for Relief from Stay by Valero Refining Company – California [**Dkt. 617**].

C. Docket Text Order with tentative ruling dated February 23, 2019.

Status: A continued preliminary hearing (from February 27, 2019) will go forward on this matter.

### CONTINUED, WITHDRAWN, AND OTHER MATTERS:

13. **Lazard Retention Application**: Application of Debtors Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Lazard Frères & Co. LLC as Investment Banker to the Debtors Effective as of the Petition Date [**Dkt. 891**].

Response Deadline: May 2, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Letter Objection from William McCann [**Dkt. 1454**].

Related Documents:

B. Declaration of Kenneth S. Ziman in Support of Application of Debtors Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Lazard Frères & Co. LLC as Investment Banker to the Debtors Effective as of the Petition Date [**Dkt. 892**].

C. Notice of Continued Hearing on Application of Debtors Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Lazard Frères & Co. LLC as Investment Banker to the Debtors Effective as of the Petition Date [**Dkt. 1470**].

Status: This matter has been continued to the omnibus hearing to be held on May 9, 2019, at 9:30 a.m. (Pacific Time).

14. **Simpson Thacher Retention Application**: Motion Pursuant to 11 U.S.C. §363(b) Authorizing Debtors to Pay the Fees and Expenses of Simpson Thacher and Bartlett LLP as Counsel to the Independent Directors of PG&E Corp. [**Dkt. 1182**].

Response Deadline: May 2, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Reservation of Rights of the Public Employees Retirement Association of New Mexico with respect to Debtors' Motion to Pay the Fees and Expenses of Simpson Thacher and Bartlett LLP as Counsel to the Independent Directors [**Dkt. 1479**].

B. Letter Objection from William McCann [**Dkt. 1454**].

Related Documents:

C. Declaration of Michael H. Torkin in Support of the Motion Pursuant to 11 U.S.C. §363(b) Authorizing Debtors to Pay the Fees and Expenses of Simpson Thacher and Bartlett LLP as Counsel to the Independent Directors of PG&E Corp. [**Dkt. 1183**].

D. Notice of Continued Hearing on Motion Pursuant to 11 U.S.C. §363(b) Authorizing Debtors to Pay the Fees and Expenses of Simpson Thacher and Bartlett LLP as Counsel to the Independent Directors of PG&E Corp. [**Dkt. 1485**].

Status: This matter has been continued to omnibus hearing to be held on May 9, 2019, at 9:30 a.m. (Pacific Time).

15. **esVolta's Motion to File Contracts Under Seal**: esVolta, LP's Motion under 11 U.S.C. §§ 105(a) and 107(b) and FRBP 9018 for Entry of an Order Authorizing the Filing of Certain Contracts and Related Filings Under Seal [**Dkt. 974**].

Response Deadline: April 17, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed: No responses were filed.

Related Documents:

A. Declaration of Randolph Mann in Support of esVolta LP's (I) Motion for Entry of an Order Confirming Safe Harbor Protection under 11 U.S.C. §§ 362(b)(6) and 556; and (II) Motion to File under Seal [**Dkt. 979**].

B. Notice of Continued Hearing on esVolta, LP's Safe Harbor Motion and Motion to File Under Seal Originally Set for Hearing on April 10, 2019 at 1:30 p.m. [**Dkt. No. 1186**].

C. Stipulation between the Debtors and esVolta, LP to Permit Termination of Energy Storage Resource Adequacy Agreement [**Dkt. 1367**].

D. Notice of Withdrawal of Safe Harbor Motion and Motion to File Under Seal [**Dkt. 1466**].

Status: This matter has been withdrawn.

16. **esVolta's Motion for Order Confirming Safe Harbor Protection**: Motion and Memorandum of esVolta, LP for Entry of an Order Confirming Safe Harbor Protection under 11 U.S.C. §§ 362(b)(6) and 556 [**Dkt. 977**].

Response Deadline: April 17, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed: No responses were filed.

Related Documents:

A. Declaration of Randolph Mann in Support of esVolta LP's (I) Motion for Entry of an Order Confirming Safe Harbor Protection under 11 U.S.C. §§ 362(b)(6) and 556; and (II) Motion to File under Seal [**Dkt. 979**].

B. Notice of Continued Hearing on esVolta, LP's Safe Harbor Motion and Motion to File Under Seal Originally Set for Hearing on April 10, 2019 at 1:30 p.m. [**Dkt. No. 1186**].

C. Stipulation between the Debtors and esVolta, LP to Permit Termination of Energy Storage Resource Adequacy Agreement [**Dkt. 1367**].

D. Order Granting Stipulation Between the Debtors and esVolta, LP to Permit Termination of Energy Storage Resource Adequacy Agreement [**Dkt. 1457**].

E. Notice of Withdrawal of Safe Harbor Motion and Motion to File Under Seal [**Dkt. 1466**].

Status: This matter has been withdrawn.

17. **Thompson & Nash Motion to Lift Stay**: Motion for Relief from the Automatic Stay Kevin Thompson and Mia Nash [**Dkt. 876**].

Response Deadline: None. This is a preliminary hearing on the Thompson & Nash Motion to Lift Stay.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Responses Filed: No responses have been filed to this date.

Related Documents:

A. Relief from Stay Cover Sheet [**Dkt. 878**].

B. Declaration of Kevin Thompson and Request for Judicial Notice in Support of His Motion for Relief from the Automatic Stay [**Dkt. 879**].

C. Notice of Continued Hearing on Motion for Relief from the Automatic Stay Kevin Thompson and Mia Nash [**Dkt. 1236**].

D. Docket Text Order with tentative ruling dated April 18, 2019.

E. Notice of Continued Hearing on Motion for Relief from the Automatic Stay Kevin Thompson and Mia Nash [**Dkt. 1564**].

Status: This matter has been continued to the omnibus hearing to be held on June 25, 2019, at 9:30 a.m. (Pacific Time).

18. **Debtors' Motion to Enforce the Automatic Stay against Rick Bowlinger and Bottini & Bottini, Inc.**: Motion to Enforce the Automatic Stay against Rick Bowlinger and Bottini & Bottini, Inc., Pursuant to 11 U.S.C. § 362(a)(3) [**Dkt. 893**].

Response Deadline: April 17, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Plaintiff Rick Bowlinger and Bottini & Bottini, Inc.'s Memorandum of Points and Authorities in Opposition to the Debtors' Motion to Enforce the Automatic Stay Pursuant to 11 U.S.C. § 362(a)(3) [**Dkt. 1321**].

Related Documents:

B. Declaration of Kevin W. Kramer in Support of Motion to enforce the Automatic Stay against Rick Bowlinger and Bottini & Bottini, Inc., Pursuant to 11 U.S.C. § 362(a)(3) [**Dkt. 894**].

C. Declaration of Francis A. Bottini, Jr. in Support of Rick Bowlinger and Bottini & Bottini, Inc's Memorandum of Points and Authorities in Opposition to Debtors' Motion to Enforce the Automatic Stay Pursuant to 11 U.S.C. § 362(a)(3) [**Dkt. 1320**].

D. Reply Memorandum of Points and Authorities in Further Support of Debtors' Motion to Enforce the Automatic Stay against Rick Bowlinger and Bottini & Bottini, Inc. [**Dkt. 1531**].

E. Docket Text Order with tentative ruling dated April 18, 2019.

F. Docket Text Order dated April 22, 2019.

Status: Counsel for Respondents informed the Court that Respondents do not contest the Court's tentative ruling dated April 18, 2019, and the Debtors will

upload an order granting the Motion. Accordingly, this matter has been dropped from the April 24 calendar.

19. **Verwey Motion to Lift Stay**: Motion for Relief from Automatic Stay to Exercise Setoff Pursuant to 11 U.S.C. §§ 362 and 553; Memorandum of Points and Authorities [**Dkt. 1143**].

Response Deadline: None. This is a preliminary hearing on the Verwey Motion to Lift Stay.

Responses Filed:

A. Debtors' Preliminary Response in Opposition to Philip Verwey Farms' ("PVF") Motion for Relief from Automatic Stay to Exercise Setoff Pursuant to 11 U.S.C. §§ 362 and 553 [**Dkt. XXXX**].

Related Documents:

A. Relief from Stay Cover Sheet [**Dkt. 1141**].

B. Declaration of Philip Verwey in Support of Motion for Relief from Automatic Stay to Exercise Setoff Pursuant to 11 U.S.C. §§ 362 and 553; Memorandum of Points and Authorities [**Dkt. 1145**, with exhibits filed at **Dkts. 1146-1148, 1150-1152**].

C. Docket Text Order with tentative ruling dated April 19, 2019.

Status: This matter has been continued to the omnibus hearing to be held on May 9, 2019, at 9:30 a.m. (Pacific Time).

20. **Real Property Owners' Motion to Lift Stay**: Motion of Real Property Owners for an Order Confirming the Automatic Stay Does Not Bar Continuation of Eminent Domain Actions Filed by the Debtor Pre-Petition and Granting Relief from Stay for Cause to the Extent It Might Otherwise Bar Acts Related to the Proceedings, Including the Payment of Just Compensation [**Dkt. 1174**].

Response Deadline: None. This is a preliminary hearing on the Real Property Owners' Motion to Lift Stay.

Responses Filed: No responses were filed.

Related Documents:

A. Declaration of Kristen Renfro in Support of Motion of Real Property Owners for an Order Confirming the Automatic Stay Does Not Bar Continuation of Eminent Domain Actions Filed by the Debtor Pre-Petition and Granting Relief from Stay for Cause to the Extent It Might Otherwise Bar Acts Related to the Proceedings, Including the Payment of Just Compensation [**Dkt. 1174-1**].

B. Withdrawal of Motion of Real Property Owners for an Order Confirming the Automatic Stay Does Not Bar Continuation of Eminent Domain Actions Filed by the Debtor Pre-Petition and Granting Relief from Stay

for Cause to the Extent It Might Otherwise Bar Acts Related to the Proceedings, Including the Payment of Just Compensation [**Dkt. 1605**].

<u>Status</u>:  The parties have resolved consensually the Movants' limited opposition to the Real Property Transactions Motion (**Item #2** on this Notice of Agenda) and have filed a notice of proposed amended order reflecting such resolution, which they will present to the Court for consideration at the hearing.  The Real Property Owners' Motion to Lift Stay has been withdrawn in connection with such resolution.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com.  Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: April 23, 2019

**WEIL, GOTSHAL & MANGES LLP**

**KELLER & BENVENUTTI LLP**

By:  /s/ *Jane Kim*
      Jane Kim

*Attorneys for Debtors and Debtors in Possession*