# NOTICE OF CLAIMS PURCHASE AGREEMENT

**3D – Forensic**, a <u>California</u> limited liability company, its successors and assigns ("Transferor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto **Corre Horizon Fund, LP** its successors and assigns ("Transferee") all rights, title and interest in and to a portion equal to $19,818.99 (the "Transferred Portion") of the claim of Transferor in the principal amount of $134,275.00 (the "Claim") against **PACIFIC GAS AND ELECTRIC COMPANY** (the "Debtor") together with interest, if any, as scheduled by the Debtor (Reference no. 3.61) and as asserted by Transferor in its Proof of Claim filed or to be filed in the United States Bankruptcy Court, Northern District of California in the Debtor's Chapter 11 Case (Case No. 19-30089, jointly administered under Case No. 19-30088).

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Agreement as an unconditional sale and the Transferee herein as the valid owner of the Transferred Portion of the Claim.

**IN WITNESS WHEREOF**, each of the undersigned has duly executed this Agreement by its duly authorized representative dated the <u>10th</u> day of April, 2019.

**TRANSFEROR – 3D - Forensic**

WITNESS _____  _____
(Signature)                                  (Signature of Corporate Officer)

Julie Keates, VP                             Jason C Fries, CEO
(Print Name and Title of Witness)            (Print Name and Title of Corporate Officer)

**TRANSFEREE – Corre Horizon Fund, LP**

WITNESS  Ryan Quinn  _____
                                             (Signature of Fund Representative)

## Exhibit "B"