| 1 | Justin E. Rawlins (S.B. No. 209915) |
|---|---|
|   | jrawlins@winston.com |
| 2 | WINSTON & STRAWN LLP |
|   | 333 S. Grand Avenue, 38th Floor |
| 3 | Los Angeles, CA 90071-1543 |
|   | Telephone:  (213) 615-1700 |
| 4 | Facsimile:  (213) 615-1750 |
| 5 | David Neier (*admitted pro hac vice*) |
|   | dneier@winston.com |
| 6 | WINSTON & STRAWN LLP |
|   | 200 Park Avenue, 40th Floor |
| 7 | New York, NY 10166-4193 |
|   | Telephone:  (212) 294-6700 |
| 8 | Facsimile:  (212) 294-4700 |
| 9 | *Attorneys for Creditor* |
|   | *Tulsa Inspection Resources – PUC, LLC* |

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19 - 30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | |
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors | **NOTICE OF LIENS UNDER 11 U.S.C. § 546(b) BY TULSA INSPECTION RESOURCES – PUC, LLC** |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

PLEASE TAKE NOTICE that Tulsa Inspection Resources – PUC, LLC ("Tulsa") is the prime contractor under a certain pre-petition Contract (Long Form), dated as of March 27, 2012, by and between Pacific Gas and Electric Company ("PG&E") and Tulsa Inspection Resources, Inc. (Tulsa's predecessor in interest), which contract is further referred to as PG&E Contract No. 4400006534, as

such contract has been amended, amended and restated or otherwise modified or supplemented from time to time (the "Contract"). Tulsa was hired to provide inspection services related to gas and pipelines, connections, compression stations and related projects critical for safety and required by the United States Department of Transportation Pipeline and Hazardous Materials Administration and California law to ensure explosions leading to loss of life and property damage do not occur, including services related to maintenance and repair (collectively, the "Work").

Prior to the filing of the Debtors' bankruptcy case, Tulsa provided labor, equipment, services and supplies to PG&E under the Contract along PG&E's pipeline in Tehama County, California (the "Properties"). The Work under the Contract is a "work of improvement" as defined under California Civ. Code § 8050(a). Under California Civ. Code § 8412,

> A direct contractor may not enforce a lien unless the contractor records a claim of lien after the contractor completes the direct contract, and before the earlier of the following times:
>
> (a) Ninety days after the completion of the work of improvement.
>
> (b) Sixty days after the owner records a notice of completion or cessation.

Likewise, California Civ. Code § 8460(a) provides that,

> (a) The claimant shall commence an action to enforce a lien within 90 days after recordation of the claim of lien. If the claimant does not commence an action to enforce the lien within that time, the claim of lien expires and is unenforceable

Pursuant to 11 U.S.C. § 546(b), Tulsa hereby gives notice in lieu of the commencement of any such action to perfect, maintain, or continue Tulsa's liens. Accordingly, Tulsa requests adequate protection of its liens. A true and correct copy of Tulsa's lien filed in Tehama County is attached hereto as Exhibit A.

///
///
///
///
///
///
///

Tulsa asserts secured interests in the Properties to the fullest extent allowed by applicable law, including interest and attorneys' fees.  Further, Tulsa reserves the right to supplement and/or amend this Notice, and reserves any and all other rights under applicable law.

Dated:  April 23, 2019                              Respectfully submitted,

                                                WINSTON & STRAWN LLP

By:  /s/ Justin E. Rawlins
      Attorneys for Creditor
      Tulsa Inspection Resources – PUC, LLC