# United States Bankruptcy Court
## Northern District of California

In re: **Pacific Gas And Electric Company (Debtor)**
Case Number 19-30089
Jointly Administered Under Case Number 19-30088

Court ID (Court use only)_____

## NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee<br>**Corre Opportunities II Master Fund, LP**<br>Name and Address where notices to transferee should be sent:<br>Court Record Address of Transferor<br>(Court Use Only)<br><br>**Corre Opportunities II Master Fund, LP**<br>**12 East 49th Street, Suite 4003**<br>**New York, NY 10017**<br>**Attn: Claims Processing (Bankruptcy)**<br><br>Phone:<br>646.863.7151 | Name of Transferor<br>**Berry Petroleum Company LLC** |
| Last Four Digits of Account #:_____ | Last Four Digits of Account #:_____ |
| Name and Address where transferee payments should be sent (if different from above)<br><br><br><br><br><br>Phone: *Same as Above* | Name and Current Address of Transferor<br><br>**Berry Petroleum Company LLC**<br>**5210 Truxtun Avenue**<br>**Bakersfield, CA 93309**<br><br>**Total Claim Amount: $1,046,337.00**<br>**Partial Transfer Claim Amount: $217,010.29**<br>Phone: |
| Last Four Digits of Account #:_____ | Last Four Digits of Account #:_____<br><br>Court Claim # (if known):<br>Date Claim Filed: |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/Ryan Quinn_____     Date:    **04/23/2019**
Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|:---:|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____          _____
                                                                                                     **CLERK OF THE COURT**