# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>   **- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                   **Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos. 1555 and 1561 |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                              ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the:

   a. "Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors in Respect of Motion of Debtors Pursuant to 11 U.S.C. § 365(a) 11 U.S.C. § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 for an Order Approving the Utility's Assumption of Certain Agreements with Quanta Energy Services, LLC," dated April 19, 2019 [Docket No. 1555], (the "Objection"), and

   b. "Centerview Partners LLC's *Ex Parte* Motion for Entry of an Order Authorizing Certain Confidential Information to be Filed Under Seal in Connection with the Application of the Official Committee of Unsecured Creditors for Authority to Retain and Employ Centerview as Investment Banker," dated April 19, 2019 [Docket No. 1561], (the "Motion"),

by causing true and correct copies of the:

    i.    Objection and Motion, to be enclosed securely in separate postage prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>, on April 19, 2019,

    ii.    Objection and Motion, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>, on April 19, 2019,

    iii.    Objection, to be delivered via messenger to the following party: *U.S. Bankruptcy Court Northern District of CA, Attn: Honorable Dennis Montali, Chambers Copy, 450 Golden Gate Ave, 18th Floor, San Francisco, CA 94102*, on April 19, 2019, and

    iv.    Motion, to be delivered via messenger to the following party: *U.S. Bankruptcy Court Northern District of CA, Attn: Honorable Dennis Montali, Chambers Copy, 450 Golden Gate Ave, 18th Floor, San Francisco, CA 94102*, on April 22, 2019.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
22nd day of April, 2019
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION | ATTN: GENERAL COUNSEL 888 FIRST ST NE WASHINGTON DC 20426 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST PHILADELPHIA PA 19104-5016 |
| JOHN A. VOS | 1430 LINCOLN AVENUE SAN RAFAEL CA 94901 |
| OFFICE OF THE UNITED STATES ATTORNEY FOR | THE NORTHERN DISTRICT OF CALIFORNIA ATTN: BANKRUPTCY UNIT FEDERAL COURTHOUSE 450 GOLDEN GATE AVENUE SAN FRANCISCO CA 94102 |
| PG&E CORPORATION | ATTN: PRESIDENT OR GENERAL COUNSEL 77 BEALE STREET P.O. BOX 77000 SAN FRANCISCO CA 94177 |
| PLACER COUNTY OFFICE OF THE TREASURER | TAX COLLECTOR ATTN: ROBERT KANNGIESSER 2976 RICHARDSON DRIVE AUBURN CA 95603 |
| U.S. NUCLEAR REGULATORY COMMISSION | ATTN: GENERAL COUNSEL 11555 ROCKVILLE PIKE ROCKVILLE MD 20852 |
| U.S. NUCLEAR REGULATORY COMMISSION | ATTN: GENERAL COUNSEL U.S. NRC REGION IV 1600 E. LAMAR BLVD. ARLINGTON TX 76011 |

**Total Creditor count  8**

**EXHIBIT B**

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| ADLER LAW GROUP, APLC | Attn: E. Elliot Adler, Geoffrey E. Marr, Brittany S. Zummer | eadler@theadlerfirm.com gemarr59@hotmail.com bzummer@theadlerfirm.com |
| Aera Energy LLC | Attn: Ron A. Symm | rasymm@aeraenergy.com |
| AKERMAN LLP | Attn: EVELINA GENTRY | evelina.gentry@akerman.com |
| AKERMAN LLP | Attn: JOHN E. MITCHELL and YELENA ARCHIYAN | yelena.archiyan@akerman.com john.mitchell@akerman.com |
| Akin Gump Strauss Hauer & Feld LLP | Attn: Ashley Vinson Crawford | avcrawford@akingump.com |
| Akin Gump Strauss Hauer & Feld LLP | Attn: David P. Simonds | dsimonds@akingump.com |
| Akin Gump Strauss Hauer & Feld LLP | Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter | mstamer@akingump.com idizengoff@akingump.com dbotter@akingump.com |
| ANDREWS & THORNTON | Attn: Anne Andrews, Sean T. Higgins, and John C. Thornton | shiggins@andrewsthornton.com jct@andrewsthornton.com aa@andrewsthornton.com |
| ARENT FOX LLP | Attn: Andrew I. Silfen, Beth M. Brownstein, Jordana L. Renert | andrew.silfen@arentfox.com beth.brownstein@arentfox.com jordana.renert@arentfox.com |
| Arent Fox LLP | Attn: Andy S. Kong and Christopher K.S. Wong | andy.kong@arentfox.com christopher.wong@arentfox.com |
| ARENT FOX LLP | Attn: Aram Ordubegian | aram.ordubegian@arentfox.com |
| Arnold & Porter Kaye Scholer LLP | Attn: Brian Lohan, Esq., Steven Fruchter, Esq. | brian.lohan@arnoldporter.com steven.fruchter@arnoldporter.com |
| AT&T | Attn: James W. Grudus, Esq. | jg5786@att.com |
| Attorney General of California | Attn: XAVIER BECERRA, DANETTE VALDEZ, and ANNADEL ALMENDRAS | danette.valdez@doj.ca.gov annadel.almendras@doj.ca.gov |
| Attorney General of California | Attn: XAVIER BECERRA, MARGARITA PADILLA, and JAMES POTTER | james.potter@doj.ca.gov margarita.padilla@doj.ca.gov |

| | | |
|---|---|---|
| Attorney General of California | Attn: XAVIER BECERRA, MARGARITA PADILLA, and JAMES POTTER | james.potter@doj.ca.gov |
| BAILEY AND ROMERO LAW FIRM | Attn: MARTHA E. ROMERO | marthaeromerolaw@gmail.com |
| BAKER & HOSTETLER, LLP | Attn: Eric E. Sagerman, Lauren T. Attard | esagerman@bakerlaw.com lattard@bakerlaw.com |
| BAKER & HOSTETLER, LLP | Attn: Robert A. Julian, Cecily A. Dumas | rjulian@bakerlaw.com cdumas@bakerlaw.com |
| Baker Botts L.L.P. | Attn: C. Luckey McDowell, Ian E. Roberts, Kevin Chiu | luckey.mcdowell@bakerbotts.com ian.roberts@bakerbotts.com kevin.chiu@bakerbotts.com |
| Baker Botts L.L.P. | Attn: Navi S. Dhillon | navi.dhillon@bakerbotts.com |
| Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: John H. Rowland | jrowland@bakerdonelson.com |
| Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: Lacey E. Rochester, Jan M. Hayden | lrochester@bakerdonelson.com jhayden@bakerdonelson.com |
| Ballard Spahr LLP | Attn: Brian D. Huben | hubenb@ballardspahr.com |
| BALLARD SPAHR LLP | Attn: Brian D. Huben, Esq. | hubenb@ballardspahr.com |
| BALLARD SPAHR LLP | Attn: Craig Solomon Ganz, Michael S. Myers | ganzc@ballardspahr.com myersms@ballardspahr.com |
| Ballard Spahr LLP | Attn: Matthew G. Summers | summersm@ballardspahr.com |
| BALLARD SPAHR LLP | Attn: Theodore J. Hartl, Esq. | hartlt@ballardspahr.com |
| Bank of America | Attn: John McCusker | john.mccusker@bami.com |
| Baron & Budd, P.C. | Attn: Scott Summy, John Fiske | ssummy@baronbudd.com jfiske@baronbudd.com |
| Barton, Klugman & Oetting LLP | Attn: Terry L. Higham, Thomas E. McCurnin, Christopher D. Higashi | tmccurnin@bkolaw.com chigashi@bkolaw.com thigham@bkolaw.com |
| BELVEDERE LEGAL, PC | Attn: Matthew D. Metzger | belvederelegalcf@gmail.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | Attn: Kevin M. Capuzzi, Michael J. Barrie | kcapuzzi@beneschlaw.com mbarrie@beneschlaw.com |

| | | |
|---|---|---|
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | Attn: Krista M. Enns | kenns@beneschlaw.com |
| Berger Kahn, a Law Corporation | Attn: Craig S. Simon | csimon@bergerkahn.com |
| Berger Kahn, a Law Corporation | Attn: Craig S. Simon | csimon@bergerkahn.com |
| BEST BEST & KRIEGER LLP | Attn: Harriet Steiner | harriet.steiner@bbklaw.com |
| BINDER & MALTER, LLP | Attn: Michael W. Malter, Robert G. Harris, Heinz Binder | michael@bindermalter.com rob@bindermalter.com heinz@bindermalter.com |
| BLOOMFIELD LAW GROUP, INC., P.C. | Attn: Neil J. Bloomfield | njbloomfield@njblaw.com |
| Boutin Jones Inc. | Attn: Mark Gorton | mgorton@boutinjones.com |
| BRAYTON-PURCELL LLP | Attn: Alan R. Brayton, Esq. and Bryn G. Letsch, Esq. | bletsch@braytonlaw.com |
| Brothers Smith LLP | Attn: Mark V. Isola | misola@brotherssmithlaw.com |
| Brunetti Rougeau LLP | Attn: Gregory A. Rougeau | grougeau@brlawsf.com |
| Buchalter, A Professional Corporation | Attn: Valerie Bantner Peo, Shawn M. Christianson | schristianson@buchalter.com vbantnerpeo@buchalter.com |
| California Public Utilities Commission | Attn: Arocles Aguilar | arocles.aguilar@cpuc.ca.gov |
| CHEVRON PRODUCTS COMPANY, A DIVISION OF CHEVRON U.S.A. INC. | Attn: Melanie Cruz, M. Armstrong | melaniecruz@chevron.com marmstrong@chevron.com |
| Clark & Trevithick | Attn: Kimberly S. Winick | kwinick@clarktrev.com |
| Clausen Miller P.C. | Attn: Michael W. Goodin | mgoodin@clausen.com |
| Cleary Gottlieb Sheen & Hamilton LLP | Attn: Lisa Schweitzer, Margaret Schierberl | lschweitzer@cgsh.com mschierberl@cggsh.com |
| COHNE KINGHORN, P.C. | Attn: George Hofmann | ghofmann@cohnekinghorn.com |
| Commonwealth of Pennsylvania | Department of Labor and Industry | ra-li-ucts-bankrupt@state.pa.us |
| Cooper, White & Cooper LLP | Attn: Peter C. Califano | pcalifano@cwclaw.com |
| COREY, LUZAICH, DE GHETALDI & RIDDLE LLP | Attn: Dario de Ghetaldi, Amanda L. Riddle, Steven M. Berki, Sumble Manzoor | deg@coreylaw.com alr@coreylaw.com smb@coreylaw.com sm@coreylaw.com |

| | | |
|---|---|---|
| Cotchett, Pitre & Mccarthy, LLP | Attn: Frank M. Pitre, Alison E. Cordova, Abigail D. Blodgett | fpitre@cpmlegal.com<br>acordova@cpmlegal.com<br>ablodgett@cpmlegal.com |
| County of Sonoma | Attn: Tambra Curtis | tambra.curtis@sonoma-county.org |
| COUNTY OF YOLO | Attn: Eric May | eric.may@yolocounty.org |
| Crowell & Moring LLP | Attn: Mark D. Plevin, Brendan V. Mullan | mplevin@crowell.com<br>bmullan@crowell.com |
| Crowell & Moring LLP | Attn: Monique D. Almy | malmy@crowell.com |
| Crowell & Moring LLP | Attn: Tacie H. Yoon | tyoon@crowell.com |
| Crowell & Moring LLP | Attn: Thomas F. Koegel | tkoegel@crowell.com |
| DANKO MEREDITH | Attn: Michael S. Danko, Kristine K. Meredith, Shawn R. Miller | mdanko@dankolaw.com<br>kmeredith@dankolaw.com<br>smiller@dankolaw.com |
| Davis Polk & Wardwell LLP | Attn: Andrew D. Yaphe | andrew.yaphe@davispolk.com |
| Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |
| Debra Grassgreen | Attn: Karl Knight | dgrassgreen@gmail.com |
| Dentons US LLP | Attn: Bryan E. Bates, Esq. | bryan.bates@dentons.com |
| Dentons US LLP | Attn: John A. Moe, II | john.moe@dentons.com |
| Dentons US LLP | Attn: Lauren Macksoud | lauren.macksoud@dentons.com |
| Dentons US LLP | Attn: Michael A. Isaacs, Esq. | michael.isaacs@dentons.com |
| Dentons US LLP | Attn: Oscar N. Pinkas | oscar.pinkas@dentons.com |
| Dentons US LLP | Attn: Peter D. Wolfson | peter.wolfson@dentons.com |
| Dentons US LLP | Attn: Samuel R. Maizel, Esq. | samuel.maizel@dentons.com |
| Diemer & Wei, LLP | Attn: Kathryn S. Diemer | kdiemer@diemerwei.com |
| DLA PIPER LLP (US) | Attn: Eric Goldberg, David Riley | david.riley@dlapiper.com<br>eric.goldberg@dlapiper.com |
| DLA PIPER LLP (US) | Attn: Joshua D. Morse | joshua.morse@dlapiper.com |
| DREYER BABICH BUCCOLA WOOD CAMPORA, LLP | Attn: Steven M. Campora | scampora@dbbwc.com |
| Dykema Gossett LLP | Attn: Gregory K. Jones | gjones@dykema.com |

| | | |
|---|---|---|
| East Bay Community Energy Authority | Attn: Leah S. Goldberg | lgoldberg@ebce.org |
| EDP Renewables North America LLC | Attn: Leslie A. Freiman, Randy Sawyer | leslie.freiman@edpr.com <br> randy.sawyer@edpr.com |
| Elkington Shepherd LLP | Attn: Sally J. Elkington, James A. Shepherd | sally@elkshep.com <br> jim@elkshep.com |
| Engel Law, P.C. | Attn: G. Larry Engel | larry@engeladvice.com |
| FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP | Attn: STEVEN H. FELDERSTEIN and PAUL J. PASCUZZI | sfelderstein@ffwplaw.com <br> ppascuzzi@ffwplaw.com |
| Finestone Hayes LLP | Attn: Stephen D. Finestone | sfinestone@fhlawllp.com |
| Finestone Hayes LLP | Attn: Stephen D. Finestone, Jennifer C. Hayes | sfinestone@fhlawllp.com <br> jhayes@fhlawllp.com <br> rwitthans@fhlawllp.com |
| FOLEY & LARDNER LLP | Attn: Erika L. Morabito, Brittany J. Nelson | emorabito@foley.com <br> bnelson@foley.com |
| FOLEY & LARDNER LLP | Attn: Victor A. Vilaplana | vavilaplana@foley.com |
| FREDERIC DORWART, LAWYERS PLLC | Attn: Samuel S. Ory | sory@fdlaw.com |
| GELLERT SCALI BUSENKELL & BROWN, LLC | Attn: Michael Busenkell | mbusenkell@gsbblaw.com |
| GIBBS LAW GROUP | Attn: Eric Gibbs, Dylan Hughes | ehg@classlawgroup.com <br> dsh@classlawgroup.com |
| Gibson, Dunn & Crutcher LLP | Attn: Jeffrey C. Krause, Genevieve G. Weiner | gweiner@gibsondunn.com <br> jkrause@gibsondunn.com |
| Gibson, Dunn & Crutcher LLP | Attn: Michael A. Rosenthal, Alan Moskowitz | mrosenthal@gibsondunn.com <br> amoskowitz@gibsondunn.com |
| Greenberg Traurig, LLP | Attn: Diane Vuocolo | vuocolod@gtlaw.com |
| GREENBERG TRAURIG, LLP | Attn: Howard J. Steinberg | steinbergh@gtlaw.com |
| GREENBERG TRAURIG, LLP | Attn: Michael Hogue | hoguem@gtlaw.com |
| Greene Radovsky Maloney Share & Hennigh LLP | Attn: Edward J. Tredinnick | etredinnick@greeneradovsky.com |
| GROSS & KLEIN LLP | Attn: Stuart G. Gross | sgross@grosskleinlaw.com |

| | | |
|---|---|---|
| Grotefeld Hoffmann | Attn: Mark S. Grotefeld, Maura Walsh Ochoa, Waylon J. Pickett | mgrotefeld@ghlaw-llp.com<br>mochoa@ghlaw-llp.com<br>wpickett@ghlaw-llp.com |
| HercRentals | Attn: Sharon Petrosino, Esq. | sharon.petrosino@hercrentals.com |
| Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | jdoran@hinckleyallen.com |
| HOGAN LOVELLS US LLP | Attn Erin N Brady | erin.brady@hoganlovells.com |
| HOGAN LOVELLS US LLP | Attn M Hampton Foushee | hampton.foushee@hoganlovells.com |
| HOGAN LOVELLS US LLP | Attn: Bennett L. Spiegel | bennett.spiegel@hoganlovells.com |
| HOGAN LOVELLS US LLP | Attn: Peter A. Ivanick, Alex M. Sher | alex.sher@hoganlovells.com<br>peter.ivanick@hoganlovells.com |
| HOLLAND & HART LLP | Attn: Risa Lynn Wolf-Smith | rwolf@hollandhart.com |
| Holland & Knight LLP | Attn: Robert J. Labate, David I. Holtzman | robert.labate@hklaw.com<br>david.holtzman@hklaw.com |
| Hopkins & Carley, a Law Corporation | Attn: Jay M. Ross, Monique D. Jewett-Brewster | mjb@hopkinscarley.com<br>jross@hopkinscarley.com |
| HUNTON ANDREWS KURTH LLP | Attn: Kevin M. Eckhardt | keckhardt@huntonak.com |
| HUNTON ANDREWS KURTH LLP | Attn: Peter S. Partee, Sr. | ppartee@huntonak.com |
| IBM Corporation | Attn: Marie-Jose Dube | mjdube@ca.ibm.com |
| Irell & Manella LLP | Attn: Craig Varnen, Andrew J. Strabone | cvarnen@irell.com<br>astrabone@irell.com |
| Irell & Manella LLP | Attn: Jeffrey M. Reisner, Kerri A. Lyman | jreisner@irell.com<br>klyman@irell.com |
| Irell & Manella LLP | Attn: Michael H. Strub, Jr. | mstrub@irell.com |
| Iron Mountain Information Management, LLC | Attn: Joseph Corrigan | bankruptcy2@ironmountain.com |
| Jacobs Engineering | Attn: Robert Albery | robert.albery@jacobs.com |
| Jane Luciano | | jane-luciano@comcast.net |
| Jang & Associates, LLP | Attn: Alan J. Jang, Sally Noma | ajang@janglit.com<br>snoma@janglit.com |
| JD Thompson Law | Attn: Judy D. Thompson, Esq. | jdt@jdthompsonlaw.com |
| Jeffer Mangles Butler & Mitchell LLP | Attn: Robert B. Kaplan, Bennett G. Young | rbk@jmbm.com<br>byoung@jmbm.com |

| | | |
|---|---|---|
| JENKINS MULLIGAN & GABRIEL LLP | Attn: Larry W. Gabriel | lgabriel@bg.law |
| JORDAN, HOLZER & ORTIZ, PC | Attn: Antonio Ortiz, Shelby A Jordan | aortiz@jhwclaw.com<br>sjordan@jhwclaw.com<br>ecf@jhwclaw.com |
| Joseph A. Eisenberg P.C. | | jae1900@yahoo.com |
| Keller & Benvenutti LLP | Attn: Tobias S. Keller, Jane Kim | tkeller@kellerbenvenutti.com<br>jkim@kellerbenvenutti.com |
| Kelley Drye & Warren LLP | Attn: Benjamin D. Feder | kdwbankruptcydepartment@kelleydrye.com<br>bfeder@kelleydrye.com |
| Kinder Morgan, Inc. | Attn: Mark A. Minich | mark_minich@kindermorgan.com |
| Kinder Morgan, Inc. | Attn: Mosby Perrow | mosby_perrow@kindermorgan.com |
| Kirkland & Ellis LLP | Attn: Aparna Yenamandra | aparna.yenamandra@kirkland.com |
| Kirkland & Ellis LLP | Attn: David R. Seligman, P.C. | david.seligman@kirkland.com |
| Kirkland & Ellis LLP | Attn: Marc Kieselstein, P.C. | marc.kieselstein@kirkland.com |
| Kirkland & Ellis LLP | Attn: Mark McKane, P.C., Michael P. Esser | mark.mckane@kirkland.com<br>michael.esser@kirkland.com |
| Kirkland & Ellis LLP | Attn: R. Alexander Pilmer | alexander.pilmer@kirkland.com |
| Kirkland & Ellis LLP | Attn: Stephen E. Hessler, P.C. | stephen.hessler@kirkland.com |
| Klee, Tuchin, Bogdanoff & Stern LLP | Attn: Kenneth N. Klee, David M. Stern, Samuel M. Kidder | kklee@ktbslaw.com<br>dstern@ktbslaw.com<br>skidder@ktbslaw.com |
| Klein, Denatale, Goldner, Cooper, Rosenlieb & Kimball, LLP | Attn: Hagop T. Bedoyan | hbedoyan@kleinlaw.com<br>ecf@kleinlaw.com |
| LABATON SUCHAROW LLP | Attn: Thomas A. Dubbs, Louis Gottlieb, Carol C. Villegas & Jeffrey A. Dubbin | tdubbs@labaton.com<br>lgottlieb@labaton.com<br>cvillegas@labaton.com<br>jdubbin@labaton.com |
| LAMB & KAWAKAMI LLP | Attn: Kevin J. Lamb, Michael K. Slattery, Thomas G. Kelch | klamb@lkfirm.com<br>mslattery@lkfirm.com<br>tkelch@lkfirm.com |
| LANE POWELL PC | Attn: Brad T. Summers | summerst@lanepowell.com |

| | | |
|---|---|---|
| Latham & Watkins LLP | Attn: Adam E. Malatesta | adam.malatesta@lw.com |
| Latham & Watkins LLP | Attn: Amy C. Quartarolo | amy.quartarolo@lw.com |
| Latham & Watkins LLP | Attn: Caroline A. Reckler, Andrew M. Parlen | caroline.reckler@lw.com<br>andrew.parlen@lw.com |
| Latham & Watkins LLP | Attn: Christopher Harris, Andrew M. Parlen | christopher.harris@lw.com<br>andrew.parlen@lw.com |
| Law Office of Daren M. Schlecter | Attn: Daren M. Schlecter, Esq. | daren@schlecterlaw.com |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | Attn: Patricia Williams Prewitt | pwp@pattiprewittlaw.com |
| Law Office of Richard L. Antognini | Attn: Richard L. Antognini | rlalawyer@yahoo.com |
| Law Office of Steven M. Olson | Attn: Steven M. Olson, Esq. & Jacob M. Faircloth, Esq. | smo@smolsonlaw.com |
| LAW OFFICE OF WAYNE A. SILVER | Attn: Wayne A. Silver | ws@waynesilverlaw.com |
| Law Offices of Thomas J. Brandi | Attn: Thomas J. Brandi | tjb@brandilaw.com |
| Lesnick Prince & Pappas LLP | Attn: Matthew A. Lesnick, Christopher E. Prince | matt@lesnickprince.com<br>cprince@lesnickprince.com |
| Levene, Neale, Bender, Yoo & Brill L.L.P. | Attn: David L. Neale | dln@lnbyb.com |
| LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. | Attn: Eve H. Karasik | ehk@lnbyb.com |
| Lewis Brisbois Bisgaard & Smith LLP | Attn: Lovee D. Sarenas, Scott Lee, Amy L. Goldman, Jasmin Yang | lovee.sarenas@lewisbrisbois.com<br>amy.goldman@lewisbrisbois.com<br>scott.lee@lewisbrisbois.com<br>jasmin.yang@lewisbrisbois.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John D. Dillman | houston_bankruptcy@publicans.com |
| Locke Lord LLP | Attn: Aaron Smith | asmith@lockelord.com |
| Locke Lord LLP | Attn: Bradley C. Knapp | bknapp@lockelord.com |
| Locke Lord LLP | Attn: Elizabeth M. Guffy | eguffy@lockelord.com |
| Locke Lord LLP | Attn: Lindsey E. Kress | lkress@lockelord.com |
| Locke Lord LLP | Attn: Meagan S. Tom | meagan.tom@lockelord.com |
| Locke Lord LLP | Attn: W. Steven Bryant | sbryant@lockelord.com |

| Locke Lord LLP | Attn: Xiyi Fu | jackie.fu@lockelord.com |
|---|---|---|
| LOEB & LOEB LLP | Attn: Marc S. Cohen, Alicia Clough | mscohen@loeb.com<br>aclough@loeb.com |
| LOWENSTEIN SANDLER LLP | Attn: Michael S. Etkin, Andrew Behlmann & Gabriel L. Olivera | metkin@lowenstein.com<br>abehlmann@lowenstein.com<br>golivera@lowenstein.com |
| Macdonald \| Fernandez LLP | Attn: Iain A. Macdonald | imac@macfern.com |
| MARGULIES FAITH, LLP | ATTN: CRAIG G. MARGULIES | craig@marguliesfaithlaw.com |
| MARY ALEXANDER & ASSOCIATES, P.C. | Attn: Mary E. Alexander | malexander@maryalexander.com |
| McCormick Barstow LLP | Attn: David L. Emerzian, H. Annie Duong | annie.duong@mccormickbarstow.com<br>demerzian@mccormickbarstow.com |
| McCormick Barstow LLP | Attn: H. Annie Duong | annie.duong@mccormickbarstow.com |
| McKool Smith, P.C. | Attn: James H. Smith | jsmith@mckoolsmith.com |
| MICHELSON LAW GROUP | Attn: Randy Michelson | randy.michelson@michelsonlawgroup.com |
| Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil | ddunne@milbank.com<br>skhalil@milbank.com |
| Milbank LLP | Attn: Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | paronzon@milbank.com<br>gbray@milbank.com<br>tkreller@milbank.com |
| Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. | Attn: Abigail V. O'Brient, Andrew B. Levin | avobrient@mintz.com<br>ablevin@mintz.com |
| Mirman, Bubman & Nahmias, LLP | Attn: Alan I. Nahmias | anahmias@mbnlawyers.com |
| MONTEE & ASSOCIATES | Attn: Kevin P. Montee | kmontee@monteeassociates.com |
| Newmeyer & Dillion LLP | Attn: James J. Ficenec, Joshua B. Bevitz | james.ficenec@ndlf.com<br>joshua.bevitz@ndlf.com |
| NIXON PEABODY LLP | Attn: MAXIMILIAN A. FERULLO | mferullo@nixonpeabody.com |
| NIXON PEABODY LLP | Attn: RICHARD C. PEDONE | rpedone@nixonpeabody.com |
| NIXON PEABODY LLP | Attn: WILLIAM S. LISA | wlisa@nixonpeabody.com |
| Northern California Law Group, PC | Attn: Joseph Feist | info@norcallawgroup.net<br>joe@norcallawgroup.net |

| | | |
|---|---|---|
| NORTON ROSE FULBRIGHT US LLP | Attn: Howard Seife, Andrew Rosenblatt, Christy Rivera | howard.seife@nortonrosefulbright.com<br>andrew.rosenblatt@nortonrosefulbright.com<br>christy.rivera@nortonrosefulbright.com |
| Nuti Hart LLP | Attn: Gregory C. Nuti, Christopher H. Hart, Kimberly S. Fineman | kfineman@nutihart.com<br>gnuti@nutihart.com<br>chart@nutihart.com |
| O'MELVENY & MYERS LLP | Attn: Jacob T. Beiswenger | jbeiswenger@omm.com |
| O'MELVENY & MYERS LLP | Attn: John J. Rapisardi, Nancy A. Mitchell and Daniel S. Shamah | jrapisardi@omm.com<br>nmitchell@omm.com<br>dshamah@omm.com |
| O'MELVENY & MYERS LLP | Attn: Peter Friedman | pfriedman@omm.com |
| Office of the California Attorney General | Attn: Bankruptcy Dept | bankruptcy@coag.gov |
| Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | james.l.snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>marta.villacorta@usdoj.gov |
| Orrick, Herrington & Sutcliffe LLP | Attn: Debra Felder | dfelder@orrick.com |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Attn: Douglas S. Mintz | dmintz@orrick.com |
| Orrick, Herrington & Sutcliffe LLP | Attn: Lorraine McGowen | lmcgowen@orrick.com |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Attn: Marc A. Levinson | malevinson@orrick.com |
| Orrick, Herrington & Sutcliffe LLP | Attn: Thomas C. Mitchell | tcmitchell@orrick.com |
| Pachulski Stang Ziehl & Jones LLP | Attn: Isaac M. Pachulski, Debra I. Grassgreen, Gabriel I. Glazer, John W. Lucas | jlucas@pszjlaw.com<br>gglazer@pszjlaw.com<br>dgrassgreen@pszjlaw.com<br>ipachulski@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP | Attn: John D. Fiero | jfiero@pszjlaw.com |
| Parkinson Phinney | Attn: Thomas R. Phinney | tom@parkinsonphinney.com |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com |

| | | |
|---|---|---|
| | | smitchell@paulweiss.com<br>ndonnelly@paulweiss.com |
| Pension Benefit Guaranty Corporation | Attn: Andrea Wong | wong.andrea@pbgc.gov<br>efile@pbgc.gov |
| Pension Benefit Guaranty Corporation | Attn: Courtney L. Morgan | morgan.courtney@pbgc.gov<br>efile@pbgc.gov |
| Pension Benefit Guaranty Corporation | Attn: Daniel Robertson | efile@pbgc.gov<br>robertson.daniel@pbgc.gov |
| Pension Benefit Guaranty Corporation | Attn: Melissa T. Ngo | ngo.melissa@pbgc.gov<br>efile@pbgc.gov |
| Perkins Coie, LLP | Attn: Alan D. Smith | adsmith@perkinscoie.com |
| Pierce Atwood LLP | Attn: Keith J. Cunningham | kcunningham@pierceatwood.com |
| Pillsbury Winthrop Shaw Pittman LLP | Attn: Dania Slim | dania.slim@pillsburylaw.com |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | Attn: Hugh M. Ray, III | hugh.ray@pillsburylaw.com |
| Pillsbury Winthrop Shaw Pittman LLP | Attn: Leo T. Crowley | leo.crowley@pillsburylaw.com |
| Pillsbury Winthrop Shaw Pittman LLP | Attn: M. David Minnick | dminnick@pillsburylaw.com |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | Attn: Philip S. Warden | philip.warden@pillsburylaw.com |
| PINO & ASSOCIATES | Attn: Estela O. Pino | epino@epinolaw.com |
| PMRK LAW | Attn: Peter P. Meringolo | peter@pmrklaw.com |
| Polsinelli LLP | Attn: Lindsi M. Weber | lweber@polsinelli.com |
| Polsinelli LLP | Attn: Randye B. Soref | rsoref@polsinelli.com |
| Prime Clerk LLC | Attn: Herb Baer | pgeteam@primeclerk.com<br>serviceqa@primeclerk.com |
| Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P. Kennedy, Esq. | gerald.kennedy@procopio.com |
| Proskauer Rose LLP | Attn: Martin J. Bienenstock, Brian S. Rosen, Maja Zerjal | mbienenstock@proskauer.com<br>brosen@proskauer.com<br>mzerjal@proskauer.com |

| Proskauer Rose LLP | Attn: Michael A. Firestein, Lary Alan Rappaport, Steve Y. Ma | mfirestein@proskauer.com<br>lrappaport@proskauer.com<br>sma@proskauer.com |
|---|---|---|
| Provencher & Flatt, LLP | Attn: Douglas b. Provencher | dbp@provlaw.com |
| Pryor Cashman LLP | Attn: Ronald S. Beacher | rbeacher@pryorcashman.com |
| Reed Smith LLP | Attn: Christopher O. Rivas, Marsha A. Houston | crivas@reedsmith.com<br>mhouston@reedsmith.com |
| Reed Smith LLP | Attn: Jonathan R. Doolittle | jdoolittle@reedsmith.com |
| Reed Smith LLP | Attn: Marsha A. Houston | mhouston@reedsmith.com |
| Reed Smith LLP | Attn: Monique B. Howery | mhowery@reedsmith.com |
| Reed Smith LLP | Attn: Peter Munoz | pmunoz@reedsmith.com |
| Reed Smith LLP | Attn: Robert P. Simons | rsimons@reedsmith.com |
| RIMON, P.C. | Attn: Lillian G. Stenfeldt | lillian.stenfeldt@rimonlaw.com |
| RIMON, P.C. | Attn: Phillip K. Wang | phillip.wang@rimonlaw.com |
| Ringstad & Sanders LLP | Attn: Nanette D. Sanders | nanette@ringstadlaw.com |
| Robins Cloud LLP | Attn: Bill Robins, III, Robert Bryson | robins@robinscloud.com<br>rbryson@robinscloud.com |
| ROPES & GRAY LLP | Attn: Gregg M. Galardi, Keith H. Wofford, Daniel G. Egan | gregg.galardi@ropesgray.com<br>keith.wofford@ropesgray.com<br>daniel.egan@ropesgray.com |
| Ropes & Gray LLP | Attn: Matthew M. Roose, Mark I. Bane | mark.bane@ropesgray.com<br>matthew.roose@ropesgray.com |
| Ropes & Gray LLP | Attn: Peter L. Welsh, Joshua Y. Sturm, & Patricia I. Chen | peter.welsh@ropesgray.com<br>joshua.sturm@ropesgray.com<br>patricia.chen@ropesgray.com |
| ROPES & GRAY LLP | Attn: Stephen Moeller-Sally, Matthew L. McGinnis | ssally@ropesgray.com<br>matthew.mcginnis@ropesgray.com |
| RUTAN & TUCKER, LLP | Attn: Roger F. Friedman, Philip J. Blanchard | rfriedman@rutan.com<br>pblanchard@rutan.com |
| San Francisco City Attorney's Office | Attn: Owen Clements | owen.clements@sfcityatty.org<br>catheryn.daly@sfcityatty.org |

| | | |
|---|---|---|
| Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Esq., Pamela A. Bosswick, Esq. | cbelmonte@ssbb.com pbosswick@ssbb.com |
| SEVERSON & WERSON | Attn: Duane M. Geck, Donald H. Cram, Bernard J. Kornberg | dmg@severson.com dhc@severson.com bjk@severson.com |
| Seyfarth Shaw LLP | Attn: M. Ryan Pinkston, Christopher J. Harney | rpinkston@seyfarth.com charney@seyfarth.com |
| Shemanolaw | Attn: David B. Shemano | dshemano@shemanolaw.com |
| Sheppard, Mullin, Richter & Hampton LLP | Attn: Michael M. Lauter, Esq. | mlauter@sheppardmullin.com |
| SHIPMAN & GOODWIN LLP | Attn: ERIC GOLDSTEIN | egoldstein@goodwin.com |
| Shulman Hodges & Bastian LLP | Attn: Leonard M. Shulman, Melissa Davis Lowe | lshulman@shbllp.com mlowe@shbllp.com |
| Silicon Valley Law Group | Attn: David V. Duperrault, Kathryn E. Barrett | dvd@svlg.com keb@svlg.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Attn: Amy S. Park | amy.park@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Attn: J. Eric Ivester | eric.ivester@skadden.com |
| Sonoma Clean Power Authority | Attn: Jessica Mullan, General Counsel | jmullan@sonomacleanpower.org |
| Southern California Edison Company | Attn: Julia A. Mosel, Patricia A. Cirucci | julia.mosel@sce.com patricia.cirucci@sce.com |
| St. James Law, P.C. | Attn: Michael St. James | ecf@stjames-law.com |
| State of California Franchise Tax Board | Attn: Todd M. Bailey | todd.bailey@ftb.ca.gov |
| State of California, Department of Industrial Relations | Attn: John Cumming | jcumming@dir.ca.gov |
| Steckbauer Weinhart, LLP | Attn: Barry S. Glaser | bglaser@swesq.com |
| Stevens & Lee, P.C. | Attn: Constantine D. Pourakis | cp@stevenslee.com |
| Stevens & Lee, P.C. | Attn: Leonard P. Goldberger | lpg@stevenslee.com |
| Stewart Sokol & Larkin LLC | Attn: Jan D. Sokol, Esq., Kevin M. Coles, Esq. | jdsokol@lawssl.com kcoles@lawssl.com |

| | | |
|---|---|---|
| STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | Attn: Dana M. Andreoli | dandreoli@steyerlaw.com |
| STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | Attn: Jeffrey H. Lowenthal | jlowenthal@steyerlaw.com |
| STITES & HARBISON PLLC | Attn: Elizabeth Lee Thompson | ethompson@stites.com |
| STOEL RIVES LLP | Attn: David B. Levant | david.levant@stoel.com |
| Stoel Rives LLP | Attn: Gabrielle Glemann | gabrielle.glemann@stoel.com |
| Stoel Rives LLP | Attn: Oren Buchanan Haker | oren.haker@stoel.com |
| STOEL RIVES LLP | Attn: Sunny S. Sarkis | sunny.sarkis@stoel.com |
| STROOCK & STROOCK & LAVAN LLP | Attn: David W. Moon | dmoon@stroock.com |
| Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola | fmerola@stroock.com |
| Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com |
| STROOCK & STROOCK & LAVAN LLP | Attn: Mark A. Speiser, Kenneth Pasquale, Sherry J. Millman, Harold A. Olsen | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>holsen@stroock.com<br>mspeiser@stroock.com<br>kpasquale@stroock.com<br>smillman@stroock.com |
| Stutzman, Bromberg, Esserman & Plifka, P.C. | Attn: Sander L. Esserman, Cliff I. Taylor | esserman@sbep-law.com<br>taylor@sbep-law.com |
| Sullivan Hill Rez & Engel | Attn: James P. Hill, Christopher V. Hawkins, Jonathan S. Dabbieri | hill@sullivanhill.com<br>hawkins@sullivanhill.com<br>dabbieri@sullivanhill.com |
| Synergy Project Management, Inc. | c/o Law Office of Ivan C. Jen | ivan@icjenlaw.com |
| Taylor English Duma LLP | Attn: John W. Mills, III | jmills@taylorenglish.com |
| The Bankruptcy Group, P.C. | Attn: Stephan Brown and Daniel Griffin | daniel@thebklawoffice.com |

| | | |
|---|---|---|
| The Davey Tree Expert Company | Attn: Erika J. Schoenberger, General Counel | erika.schoenberger@davey.com |
| Trodella & Lapping LLP | Attn: Richard A. Lapping | rich@trodellalapping.com |
| TROUTMAN SANDERS LLP | Attn: Gabriel Ozel | gabriel.ozel@troutman.com |
| TROUTMAN SANDERS LLP | Attn: Harris B. Winsberg, Esq., Matthew G. Roberts, Esq. | harris.winsberg@troutman.com<br>matthew.roberts2@troutman.com |
| Troutman Sanders LLP | Attn: Hugh M. McDonald | hugh.mcdonald@troutman.com |
| TURN—The Utility Reform Network | Attn: Mark Toney, Thomas Long | mtoney@turn.org<br>tlong@turn.org |
| U.S. Department of Justice | Attn: Danielle A. Pham | danielle.pham@usdoj.gov |
| U.S. Department of Justice | Attn: Danielle A. Pham | danielle.pham@usdoj.gov |
| U.S. Department of Justice, Civil Division | Attn: Joseph H. Hunt, Ruth A. Harvey, Ruth A. Harvey, Kirk Manhardt, Matthew Troy, Marc S. Sacks, Danielle A. Pham, and Shane Huang | shane.huang@usdoj.gov |
| U.S. Department of Justice, Civil Division | Attn: Joseph H. Hunt, Ruth A. Harvey, Ruth A. Harvey, Kirk Manhardt, Matthew Troy, Marc S. Sacks, Danielle A. Pham, and Shane Huang | shane.huang@usdoj.gov |
| Union Pacific Railroad Company | Attn: Tonya W. Conley, Lila L. Howe | bankruptcynotices@up.com |
| United States Department of Justice Civil Division | Attn: Matthew J. Troy | matthew.troy@usdoj.gov |
| United States Department of Justice Civil Division | Attn: Matthew J. Troy | matthew.troy@usdoj.gov |
| US Securities and Exchange Commission | Attn:  Jina Choi, Regional Director | sanfrancisco@sec.gov |
| US Securities and Exchange Commission | Attn:  Office of General Counsel | secbankruptcy@sec.gov |
| WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK, LLP | Attn: James M. Wagstaffe & Frank Busch | wagstaffe@wvbrlaw.com<br>busch@wvbrlaw.com |

| | | |
|---|---|---|
| Walkup Melodia Kelly & Schoenberger | Attn: Michael A. Kelly, Khaldoun A. Baghdadi, Max Schuver | mkelly@walkuplawoffice.com<br>kbaghdadi@walkuplawoffice.com<br>mschuver@walkuplawoffice.com |
| Walter Wilhelm Law Group a Professional Corporation | Attn:  Riiley C. Walter, Michael L. Wilhelm | rileywalter@w2lg.com<br>mwilhelm@w2lg.com |
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | stephen.karotkin@weil.com<br>matthew.goren@weil.com<br>jessica.liou@weil.com |
| Weinberg Roger & Rosenfeld | Attn: Emily P. Rich | bankruptcycourtnotices@unioncounsel.net<br>erich@unioncounsel.net<br>tmainguy@unioncounsel.net<br>cgray@unioncounsel.net |
| White & Case LLP | Attn: J.Christopher Shore | cshore@whitecase.com |
| White & Case LLP | Attn: Roberto J. Kampfner | rkampfner@whitecase.com |
| White & Case LLP | Attn: Thomas E Lauria, Matthew C. Brown | tlauria@whitecase.com<br>mbrown@whitecase.com |
| Williams Kastner | Attn: Todd W. Blischke | tblischke@williamskastner.com |
| Willkie Farr & Gallagher LLP | Attn: Matthew A. Feldman, Joseph G. Minias, Daniel I. Forman | mfeldman@willkie.com<br>jminias@willkie.com<br>dforman@willkie.com |
| WILMER CUTLER PICKERING HALE & DORR LLP | Attn: Chris Johnstone | chris.johnstone@wilmerhale.com |
| Winston & Strawn LLP | Attn: David Neier | dneier@winston.com |
| WINSTON & STRAWN LLP | Attn: Justin E. Rawlins | jrawlins@winston.com |
| Winston & Strawn LLP | Attn: Michael A. Yuffee | myuffee@winston.com |
| WINTHROP COUCHOT GOLUBOW HOLLANDER, LLP | Attn: Richard H. Golubow | rgolubow@wcghlaw.com |
| Wolkin Curran, LLP | Attn: James D. Curran, Esq. | jcurran@wolkincurran.com |
| Worley Law, P.C. | Attn: Kirsten A. Worley | kw@wlawcorp.com |