WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>      **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**STIPULATION FOR ORDER APPROVING STIPULATED PROTECTIVE ORDER AND AUTHORIZING FILING UNDER SEAL (VALERO MOTION FOR RELIEF FROM AUTOMATIC STAY)**<br><br>**[Related to Docket No. 315 – 316]**<br><br>[No Hearing Requested] |

This Stipulation is entered into between Valero Refining Company–California ("Valero") and Pacific Gas and Electric Company (the "Utility"), through their undersigned counsel of record, with reference to the following facts and circumstances:

**<u>Recitals</u>**

A. Utility and its parent, PG&E Corporation ("PG&E Corp."; collectively with Utility, "PG&E" or the "Debtors") are debtors and debtors in possession in above-captioned chapter 11 cases (the "Chapter 11 Cases").

B. Valero and the Utility are parties to pre-petition litigation in the U. S. District Court for the Eastern District of California, entitled "Valero Refining Company – California v. Pacific Gas and Electric Company," Case No. 2:17-CV-01350-TLN-EFB (the "Valero Litigation").

C. Valero has filed a motion in this bankruptcy case for relief from the automatic stay [Docket No. 315] (the "Valero Motion") to permit Valero to continue prosecuting the Valero Litigation. The Utility opposes the Valero Motion.

D. The court in the Valero Litigation issued an Amended Stipulated Protective Order, entered February 8, 2018 as Document No. 31 (the "ED CA Protective Order"), a copy of which is attached as **Exhibit A**.

E. Pursuant to the ED CA Protective Order, the Utility produced to Valero two liability insurance policies issued by insurers Associated Electric & Gas Insurance Services ("AEGIS") and Energy Insurance Mutual ("EIM"), respectively (the "PG&E Policies"), to and for the benefit of the Debtors. As produced, the Policies were designated under the terms of the ED CA Protective Order as "Confidential" because they comprise confidential commercial information of the Debtors.

H. The Debtors are preparing a standard form of protective order that they will ask the Court to approve for use on a uniform basis on all matters involving confidential information in these cases ("Proposed Standard Protective Order"), but they are not yet in a position to present the Proposed Standard Protective Order to the Court or other parties.

I. The Parties wish to establish by this Stipulation a confidentiality regimen for the Valero Motion that will apply to confidential information of either Party, or of any third party,

that is produced through formal or informal discovery, or that either Party seeks to make part of the record.

Based on the foregoing Recitals, which are expressly incorporated into and made a part of their agreement herein, the Parties through their undersigned counsel of record herby enter into this Stipulation, and agree as follows:

### Terms of Stipulation

1. The terms of the ED CA Protective Order shall apply to discovery produced in connection with the Valero Motion, as though adopted and entered in this Court in the first instance, except that any references therein to the Court shall be deemed to refer to this Court, the United States Bankruptcy Court for the Northern District of California presiding over the Chapter 11 Cases.

2. The Parties agree to, and jointly request the Court to enter, its Order in the form attached hereto as **Exhibit B**, approving and implementing the terms hereof.

3. The Utility expressly agrees that the filing under seal of the PG&E Policies in the Valero Motion is not a breach of the ED CA Protective Order.

Dated: April 23, 2019

**WEIL, GOTSHAL & MANGES LLP**
**KELLER & BENVENUTTI LLP**

By: ___/s/ *Peter J. Benvenutti*___
　　　Peter J. Benvenutti

*Attorneys for Debtors and Debtors in Possession*

**TRODELLA & LAPPING LLP**

By: ___/s/ *Richard A. Lapping*___
　　　Richard A. Lapping

*Attorneys for Valero Refining Company-California*