# EXHIBIT B

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** Debtors. | **[Proposed] ORDER APPROVING STIPULATED PROTECTIVE ORDER AND AUTHORIZING FILING UNDER SEAL (VALERO MOTION FOR RELIEF FROM AUTOMATIC STAY)** |
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors | **[Relates to Dkt. No. 315 – 316]** |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | [No Hearing Requested] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

On consideration of the Stipulation for Order Approving Stipulated Protective Order and Authorizing Filing Under Seal (Valero Motion for Relief From Automatic Stay), between debtor and debtor in possession Pacific Gas and Electric Company (the "Utility") and Valero Refining Company – California ("Valero"), filed April 23, 2019 as Dkt. No. [ ] (the "Stipulation"), and good cause appearing,

IT IS HEREBY ORDERED:

1. Capitalized terms defined in the Stipulation have the same meaning when used in this Order.

2. The Stipulation is approved.

3. The ED CA Protective Order, attached as Exhibit A to the Stipulation, shall apply to proceedings in the Valero Motion, and this Court shall have authority to enforce its terms in such proceedings.

4. Valero is authorized to file the PG&E Policies, in the form Valero obtained them in discovery in the Valero Litigation, under seal pursuant to section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018.

5. The PG&E Policies are confidential, shall remain under seal, and shall not be made available to anyone without the consent of Utility, except that copies of the PG&E Policies (i) shall be provided to the Court and (ii) subject to the provisions of the ED CA Protective Order, may be provided to counsel and advisors to Valero.

6. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of this Order.

Approved:

TRODELLA & LAPPING LLP

By: /s/ Richard A. Lapping

Richard A. Lapping
*Attorneys for Valero Refining Company – California*

* * END OF ORDER * *