John B. Coffman (Missouri Bar No.: 36591)
John B Coffman, LLC
871 Tuxedo Blvd.
St. Louis, MO 63119-2044
Phone: (573) 424-6779
Email: john@johncoffman.net

Attorney for AARP

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>              Debtors. | Case Nos. 19-30088 DM (Lead Case)<br>              19-30089 DM<br><br>Chapter 11<br>*Jointly Administered* |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* All papers shall be filed in the Lead Case No. 19-30088 DM. | Date:   May 8, 2019<br>Time:  9:30 a.m.<br>Place:  Courtroom 17<br>          450 Golden Gate Avenue<br>          San Francisco, California<br><br>DKT # 1324<br><br>OBJECTION DEADLINE: April 24, 2019 |

**JOINDER IN MOTION BY TURN FOR APPOINTMENT OF OFFICIAL COMMITTEE OF RATEPAYERS PURSUANT TO 11 U.S.C. §§ 1102(a)(2), 105(a)**

AARP[1] hereby joins in the Motion by TURN for Appointment of Official Committee of Ratepayers Pursuant To 11 U.S.C. §§ 1102(a)(2), 105(a) and requests that the Court order the appointment of a committee of utility ratepayer claimants on the grounds that (1) the current official committees do not provide adequate representation of ratepayers, and (2) ratepayer participation through an official committee is essential to the successful reorganization of the debtors herein.

AARP is a nonpartisan, nonprofit, nationwide organization that, among other goals, advocates for affordable utility services, including consumer protections for captive energy consumers. AARP represents 3.3 million members living in the state of California, many of whom are residential electric customers of Pacific Gas & Electric Corporation. They advocate for affordable utility bills for seniors at the CPUC, the legislature, and other policy makers.

On behalf of AARP, the undersigned is willing to serve as a representative of AARP as a member of any official committee of ratepayer claimants.

Dated: April 23, 2019   John B. Coffman (*pro hac vice* filed simultaneously)
Missouri Bar License #36591
John B Coffman, LLC
871 Tuxedo Blvd.
St. Louis, MO 63119-2044


By: /s/ *John B. Coffman*
    John B. Coffman

Attorney for AARP

---

[1] In 1999, the "American Association of Retired Persons" changed its name to simply "AARP", in recognition of the fact that people do not have to be retired to become members.

1