Heinz Binder (SBN 87908)
Robert G. Harris (SBN 124678)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: Heinz@bindermalter.com
Email: Rob@bindermalter.com

Attorneys for The Utility Reform Network - TURN

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* All papers shall be filed in the Lead Case No. 19-30088 DM. | Case Nos. 19-30088 DM (Lead Case)<br>            19-30089 DM<br><br>Chapter 11<br>*Jointly Administered*<br><br><br>Date:   May 8, 2019<br>Time:  9:30 a.m.<br>Place:  Courtroom 17<br>           450 Golden Gate Avenue<br>           San Francisco, California<br><br>DKT # 1324<br><br>OBJECTION DEADLINE: April 24, 2019 |

## CERTIFICATE OF SERVICE

I, Natalie D. Gonzalez, do declare and state as follows:

1. I am employed in Santa Clara County in the State of California. I am more than eighteen years old and not a party to this action. My business address is Binder & Malter, LLP, 2775 Park Ave., Santa Clara, California, 95050.

2. I certify that on April 23, 2019, I caused a true and correct copy of each of the following documents to be served via e-mail on the Standard Party Email Service List attached hereto as **Exhibit A**:

**JOINDER IN MOTION BY TURN FOR APPOINTMENT OF OFFICIAL COMMITTEE OF RATEPAYERS PURSUANT TO 11 U.S.C. §§ 1102(a)(2), 105(a) (AARP)**

3. I certify that on April 23, 2019, I caused a true and correct copy of each of the above documents to be served via First-Class Mail to the parties on the Standard Parties Service List attached hereto as **Exhibit B**.

4. I certify that on April 23, 2019, I caused a true and correct copy of each of the above documents to be served via Email to the parties on the Core/2002 Email Service List attached hereto as **Exhibit C**.

5. I certify that on April 23, 2019, I caused a true and correct copy of each of the above documents to be served via First-Class Mail to the parties on the Core/2002 First-Class Mail Service List attached hereto as **Exhibit D**.

6. I certify that on April 23, 2019, I caused a true and correct copy of each of the above documents to be served via Email to the parties on the Ratepayer Joinder Service List attached hereto as **Exhibit E**.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed this 23th day of April, 2019, at Santa Clara, California.

/s/ *Natalie D. Gonzalez*
Natalie D. Gonzalez