| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Attorneys for the California Large Energy Consumers Association | Buchalter | Atten: Nora Sheriff | nsheriff@buchalter.com |
| Attorney for The Public Advocates Office at the California Public Utilities Commission | The Public Advocates Office | Atten: Darwin E. Farrar | EDF@cpuc.ca.gov |
| Attorney for CALIFORNIA FARM BUREAU FEDERATION | CALIFORNIA FARM BUREAU FEDERATION | Atten: Karen Norene Mills | kmill@cfbf.com |
| Attorney for the Federal Executive Agencies | United States Navy | Atten: Rita M. Liotta | rita.liotta@navy.mil |

Case: 19-30088    Doc# 1631-6    Filed: 04/23/19    Entered: 04/23/19 15:42:29    Page 1 of 1