# EXHIBIT A

# 2019 SHORT-TERM INCENTIVE PLAN METRICS TUTORIAL

April 23, 2019

# 2019 Short-Term Incentive Plan (STIP) Overview

- Debtors' annual STIP is an important component of compensation for nearly 10,000 rank-and-file employees

- Debtors have had a STIP for decades

- STIP aligns employee's performance and motivation with important Company objectives

- STIP is only available as compensation if Debtors meet certain company performance goals

**STIP COMPANY PERFORMANCE METRICS**



SAFETY 65%
FINANCIAL 25%
CUSTOMER 10%

Case: 19-30088    Doc# 1634-1    Filed: 04/23/19    Entered: 04/23/19 16:39:53    Page 3 of 17

1

# 2019 STIP Company Metric Descriptions

| | 2019 STIP METRICS | Weight | DESCRIPTIONS |
|---|---|---|---|
| **SAFTEY (65%) — Public** | *Nuclear Operations*<br>Diablo Canyon Power Plant (DCPP) Reliability and Safety Indicator | 5% | • Measures nuclear power generation and safety based on performance indicators for nuclear power generation developed by nuclear industry and applied to ALL U.S. nuclear power plants |
| | *Electric Operations*<br>Public Safety Index (PSI)<br>    *Enhanced Vegetation Management – 50%*<br>    *System Hardening – 50%* | 25% | • New measure for 2019 and subject to change per CPUC approval of *Wildfire Safety Program*<br>• Enhanced vegetation management (EVM) measures how many circuit miles of vegetation have been cleared within high-fire risk areas<br>• System hardening measures completed circuit miles within high-fire risk areas such as the updating or undergrounding of overhead circuitry |
| | *Electric and Gas Operations*<br>Asset Records Duration Index<br>    *Electric: Transmission Line – 12.5%*<br>    *Electric: Sub Station – 12.5%*<br>    *Electric: Distribution – 25%*<br>    *Gas: Transmission – 30%*<br>    *Gas: Station – 5%*<br>    *Gas: Distribution – 15%* | 10% | • Tracks the average number of days required to complete appropriate documentation of electric and gas construction projects |
| | *Gas Operations*<br>First-Time In-Line Inspection (ILI) Miles | 10% | • Measures the number of miles of natural gas transmission pipelines that were successfully inspected for the first following the introduction of inspection tools (sensors) within the pipelines |
| **— Employee** | Serious Injuries and Fatalities (SIF) Corrective Actions Index<br>    *SIF: Timely Completion of Corrective Actions – 50%*<br>    *SIF: Quality of Corrective Actions – 50%* | 15% | • Measures the quality (as determined by independent safety expert) and timeliness of corrective actions implemented in response to employee and contractor serious injuries and fatalities events |
| **CUSTOMER (10%)** | Escalated Customer Complaints | 10% | • Measures the number of customer complaints escalated to the California Public Utilities Commission (CUPC) per 100,000 customers |
| **FINANCIALS (25%)** | Earnings from Operations (EFO) ($M) | 25% | • Measures financial performance from ongoing core operations, calculated as net income adjusted for income or expenses associated with events or circumstances outside of ongoing core operations |

Case: 19-30088    Doc# 1634-1    Filed: 04/23/19    Entered: 04/23/19 16:39:53    Page 4 of 17

# Step 1: Calculating the Company Score

Case: 19-30088    Doc# 1634-1    Filed: 04/23/19    Entered: 04/23/19 16:39:53    Page 5 of 17

# 2019 STIP Quarterly Performance Metrics

| 2019 STIP METRICS | | | Weight | Q1 YTD | | | Q2 YTD | | | Q3 YTD | | | Year End | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Threshold | Target | Max | Threshold | Target | Max | Threshold | Target | Max | Threshold | Target | Max |
| **SAFETY (65%)** | **Public** | *Nuclear Operations* <br> Diablo Canyon Power Plant (DCPP) Reliability and Safety Indicator | 5% | 93 | **96.2 score** | 99.4 | 92.9 | **96.1 score** | 99.3 | 93 | **96.2 score** | 99.4 | 90.5 | **93.7 score** | 96.9 |
| | | *Electric Operations* <br> Public Safety Index (PSI) | 25% | 0.5 | **1.0** | 1.5 | 0.5 | **1.0** | 1.5 | 0.5 | **1.0** | 1.5 | 0.5 | **1.0** | 1.5 |
| | | Enhanced Vegetation Management - 50% | | 198.3 | **237.9 miles** | 248.4 | 854.3 | **1025 miles** | 1,084.7 | 1,473.8 | **1768.5 miles** | 1,896.1 | 2,045.7 | **2454.8 miles** | 2,645.1 |
| | | System Hardening - 50% | | 13 | **15 miles** | 18 | 38 | **45 miles** | 53 | 78 | **100 miles** | 113 | 120 | **150 miles** | 180 |
| | | *Electric and Gas Operations* <br> Asset Records Duration Index | 10% | 0.5 | **1.0** | 1.5 | 0.5 | **1.0** | 1.5 | 0.5 | **1.0** | 1.5 | 0.5 | **1.0** | 1.5 |
| | | Electric: Transmission Line - 12.5% | | 75 | **65 days** | 60 | 95 | **75 days** | 65 | 120 | **75 days** | 70 | 120 | **60 days** | 55 |
| | | Electric: Substation - 12.5% | | 70 | **65 days** | 60 | 70 | **65 days** | 60 | 70 | **65 days** | 60 | 70 | **65 days** | 60 |
| | | Electric: Distribution - 25% | | 37 | **32 days** | 28 | 60 | **45 days** | 28 | 60 | **45 days** | 28 | 60 | **45 days** | 28 |
| | | Gas: Transmission - 30% | | 120 | **105 days** | 90 | 120 | **105 days** | 90 | 120 | **105 days** | 90 | 120 | **105 days** | 90 |
| | | Gas: Station - 5% | | 205 | **175 days** | 160 | 205 | **175 days** | 160 | 205 | **175 days** | 160 | 205 | **175 days** | 160 |
| | | Gas: Distribution - 15% | | 60 | **50 days** | 40 | 60 | **50 days** | 40 | 60 | **50 days** | 40 | 60 | **50 days** | 40 |
| | | *Gas Operations* <br> First-Time In-Line Inspection (ILI) Miles | 10% | 0.2 | **0.3 miles** | 0.5 | 30.3 | **44.8 miles** | 70.1 | 121.9 | **181.4 miles** | 283.8 | 123.0 | **183 miles** | 286.3 |
| | **Employee** | Serious Injuries and Fatalities (SIF) Corrective Actions Index | 15% | 0.5 | **1.0** | 1.5 | 0.5 | **1.0** | 1.5 | 0.5 | **1.0** | 1.5 | 0.5 | **1.0** | 1.5 |
| | | SIF: Timely Completion of Corrective Actions - 50% | | 88% | **90% timeliness** | 92% | 88% | **90% timeliness** | 92% | 88% | **90% timeliness** | 92% | 88% | **90% timeliness** | 92% |
| | | SIF: Quality of Corrective Actions - 50% | | 11.5 | **12.0 score** | 13.0 | 11.5 | **12.0 score** | 13.0 | 11.5 | **12.0 score** | 13.0 | 11.5 | **12.0 score** | 13.0 |
| **CUSTOMER (10%)** | **Customer** | Escalated Customer Complaints | 10% | 15.7 | **12.2 complaint rate** | 10.0 | 15.7 | **12.2 complaint rate** | 10.0 | 15.7 | **12.2 complaint rate** | 10.0 | 15.7 | **12.2 complaint rate** | 10.0 |
| **FINANCIAL (25%)** | **Financial** | Earnings from Operations (EFO) ($M) | 25% | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |

Case: 19-30088    Doc# 1634-1    Filed: 04/23/19    Entered: 04/23/19 16:39:53    Page 6 of 17

4

# 2018 Performance & 2019 STIP Annual Targets Summary

| 2019 STIP Measure<br>Revisions from 2018 highlighted in red | Weight | 2018[1]<br>Performance | 2019<br>Year End Target | Improvement at Target over 2018 Actual |
|---|---|---|---|---|
| **Safety** | **65%** | | | |
| *Public Safety* | | | | |
| *Nuclear Operations*<br>Diablo Canyon Power Plant (DCPP) Reliability and Safety Indicator | 5% | 95.0 score | 93.7 Score | -1.4% |
| *Electric Operations*<br>Public Safety Index (PSI) – *revised definition*<br>    *Enhanced Vegetation Management – 50%*<br>    *System Hardening – 50%* | 25% | <br><br>n/a<br>n/a | 1.0<br><br>2454.8 miles<br>150 miles | -<br><br>n/a<br>n/a |
| *Electric and Gas Operations*<br>Asset Records Duration Index[2]<br>    *Electric: Transmission Line – 12.5%*<br>    *Electric: Substation – 12.5%*<br>    *Electric: Distribution – 25%*<br>    *Gas: Transmission – 30%*<br>    *Gas: Station – 5%*<br>    *Gas: Distribution – 15%* | 10% | <br><br>81 days<br>69 days<br>52 days<br>121 days<br>242 days<br>72 day | 1.0<br>60 days<br>65 days<br>45 days<br>105 days<br>175 days<br>50 days | -<br>25.9%<br>5.8%<br>13.5%<br>13.2%<br>27.7%<br>30.6% |
| Gas Operations<br>First-Time In-Line Inspection (ILI) Miles[2] – *revised definition* | 10% | 166.9 miles | 183 miles | 9.6% |
| *Employee Safety* | | | | |
| Serious Injuries and Fatalities (SIF) Corrective Actions Index – *revised definition*<br>    SIF: Timely Completion of Corrective Actions – 50%<br>    SIF: Quality of Corrective Actions – 50% | 15% | 1.6<br><br>93% timeliness<br>12.7 score | 1.0<br><br>90% timeliness<br>12.0 score | -<br><br>-3.1%<br>-5.5% |
| *Customer* | **10%** | | | |
| **Escalated Customer Complaints** - *new metric* | 10% | 10.7 complaint rate | 12.2 complaint rate | -14.0% |
| *Financial* | **25%** | | | |
| Earnings from Operations (EFO) ($M) | 25% | --- | --- | --- |

[1] Year-end performance
[2] 2018 results are adjusted to reflect comparable measurement to 2019 methodology

Case: 19-30088    Doc# 1634-1    Filed: 04/23/19    Entered: 04/23/19 16:39:53    Page 7 of 17

# 2018 Performance & 2019 STIP Annual Targets Summary

| 2019 STIP Measure<br>Revisions from 2018 highlighted in red | Weight | 2018[1]<br>Performance | 2019<br>Year End Target | Improvement at Target over 2018 Actual |
|---|---|---|---|---|
| **Safety** | **65%** | | | |
| *Public Safety* | | | | |
| *Nuclear Operations*<br>Diablo Canyon Power Plant (DCPP) Reliability and Safety Indicator | 5% | 95.0 score | 93.7 Score | -1.4% |
| *Electric Operations*<br>Public Safety Index (PSI) – *revised definition*<br>  Enhanced Vegetation Management – 50%<br>  System Hardening – 50% | 25% | n/a<br>n/a<br>n/a | 1.0<br>2454.8 miles<br>150 miles | -<br>n/a<br>n/a |
| *Electric and Gas Operations* | | | | |
| Gas Operations<br>First-Time In-Line Inspection (ILI) Miles[2] – *revised definition* | 10% | 166.9 miles | 183 miles | 9.6% |
| *Employee Safety* | | | | |
| Serious Injuries and Fatalities (SIF) Corrective Actions Index – *revised definition*<br>  SIF: Timely Completion of Corrective Actions – 50%<br>  SIF: Quality of Corrective Actions – 50% | 15% | 1.6<br>93% timeliness<br>12.7 score | 1.0<br>90% timeliness<br>12.0 score | -<br>-3.1%<br>-5.5% |
| *Customer* | **10%** | | | |
| **Escalated Customer Complaints** - *new metric* | 10% | 10.7 complaint rate | 12.2 complaint rate | -14.0% |
| *Financial* | **25%** | | | |
| Earnings from Operations (EFO) ($M) | 25% | --- | --- | --- |

| Public Safety | | | | |
|---|---|---|---|---|
| *Nuclear Operations*<br>Diablo Canyon Power Plant (DCPP) Reliability and Safety Indicator | 5% | 95.0 score | 93.7 Score | -1.4% |

# 2018 Performance & 2019 STIP Annual Targets Summary

| 2019 STIP Measure<br>Revisions from 2018 highlighted in red | Weight | 2018[1]<br>Performance | 2019<br>Year End Target | Improvement at Target over 2018 Actual |
|---|---|---|---|---|
| **Safety** | **65%** | | | |
| *Public Safety* | | | | |
| *Nuclear Operations*<br>Diablo Canyon Power Plant (DCPP) Reliability and Safety Indicator | 5% | 95.0 score | 93.7 Score | -1.4% |
| *Electric Operations*<br>Public Safety Index (PSI) – *revised definition*<br>  *Enhanced Vegetation Management – 50%*<br>  *System Hardening – 50%* | 25% | n/a<br>n/a | 1.0<br>2454.8 miles<br>150 miles | -<br>n/a<br>n/a |
| *Electric and Gas Operations*<br>Asset Records Duration Index[2]<br>  *Electric: Transmission Line – 12.5%*<br>  *Electric: Substation – 12.5%* | 10% | 81 days<br>60 days | 1.0<br>60 days<br>65 days | -<br>25.9%<br>-5.8% |
| *Employee Safety* | | | | |
| Serious Injuries and Fatalities (SIF) Corrective Actions Index – *revised definition*<br>  SIF: Timely Completion of Corrective Actions – 50%<br>  SIF: Quality of Corrective Actions – 50% | 15% | 1.6<br>93% timeliness<br>12.7 score | 1.0<br>90% timeliness<br>12.0 score | -<br>-3.1%<br>-5.5% |
| **Customer** | **10%** | | | |
| Escalated Customer Complaints - *new metric* | 10% | 10.7<br>complaint rate | 12.2<br>complaint rate | -14.0% |
| **Financial** | **25%** | | | |
| Earnings from Operations (EFO) ($M) | 25% | --- | --- | --- |

Callout (enlarged):

| *Electric Operations*<br>Public Safety Index (PSI) – *revised definition*<br>  *Enhanced Vegetation Management – 50%*<br>  *System Hardening – 50%* | 25% | n/a<br>n/a | 1.0<br>2454.8 miles<br>150 miles | -<br>n/a<br>n/a |

Case: 19-30088    Doc# 1634-1    Filed: 04/23/19    Entered: 04/23/19 16:39:53    Page 9 of 17

7

# 2018 Performance & 2019 STIP Annual Targets Summary

| 2019 STIP Measure<br>Revisions from 2018 highlighted in red | Weight | 2018[1]<br>Performance | 2019<br>Year End Target | Improvement at Target<br>over 2018 Actual |
|---|---|---|---|---|
| **Safety** | **65%** | | | |
| *Public Safety* | | | | |
| *Nuclear Operations*<br>Diablo Canyon Power Plant (DCPP) Reliability and Safety Indicator | 5% | 95.0 score | 93.7 Score | -1.4% |
| *Electric Operations*<br>Public Safety Index (PSI) – *revised definition*<br>   Enhanced Vegetation Management – 50%<br>   System Hardening – 50% | 25% | <br><br>n/a<br>n/a | 1.0<br><br>2454.8 miles<br>150 miles | -<br><br>n/a<br>n/a |
| *Electric and Gas Operations*<br>Asset Records Duration Index[2]<br>   Electric: Transmission Line – 12.5%<br>   Electric: Substation – 12.5%<br>   Electric: Distribution – 25%<br>   Gas: Transmission – 30%<br>   Gas: Station – 5% | 10% | <br><br>81 days<br>69 days<br>52 days<br>121 days<br>242 days | 1.0<br><br>60 days<br>65 days<br>45 days<br>105 days<br>175 days | -<br><br>25.9%<br>5.8%<br>13.5%<br>13.2%<br>27.7% |
| Serious Injuries and Fatalities (SIF) Corrective Actions Index – *revised definition*<br>   SIF: Timely Completion of Corrective Actions – 50%<br>   SIF: Quality of Corrective Actions – 50% | 15% | 1.6<br><br>93% timeliness<br><br>12.7 score | 1.0<br><br>90% timeliness<br><br>12.0 score | -<br><br>-3.1%<br><br>-5.5% |
| **Customer** | **10%** | | | |
| **Escalated Customer Complaints** - *new metric* | 10% | 10.7<br>complaint rate | 12.2<br>complaint rate | -14.0% |
| *Financial* | **25%** | | | |
| Earnings from Operations (EFO) ($M) | 25% | --- | --- | --- |

Callout (enlarged detail):

| | | | | |
|---|---|---|---|---|
| *Electric and Gas Operations*<br>Asset Records Duration Index[2]<br>   Electric: Transmission Line – 12.5% | 10% | <br><br>81 days | 1.0<br><br>60 days | -<br><br>25.9% |

Case: 19-30088    Doc# 1634-1    Filed: 04/23/19    Entered: 04/23/19 16:39:53    Page 10 of 17

8

# 2018 Performance & 2019 STIP Annual Targets Summary

| 2019 STIP Measure<br>Revisions from 2018 highlighted in red | Weight | 2018[1] Performance | 2019 Year End Target | Improvement at Target over 2018 Actual |
|---|---|---|---|---|
| **Safety** | **65%** | | | |
| *Public Safety* | | | | |
| *Nuclear Operations*<br>Diablo Canyon Power Plant (DCPP) Reliability and Safety Indicator | 5% | 95.0 score | 93.7 Score | -1.4% |
| *Electric Operations*<br>Public Safety Index (PSI) – *revised definition*<br>  *Enhanced Vegetation Management – 50%*<br>  *System Hardening – 50%* | 25% | <br><br>n/a<br>n/a | 1.0<br><br>2454.8 miles<br>150 miles | -<br><br>n/a<br>n/a |
| *Electric and Gas Operations*<br>Asset Records Duration Index[2]<br>  *Electric: Transmission Line – 12.5%*<br>  *Electric: Substation – 12.5%*<br>  *Electric: Distribution – 25%*<br>  *Gas: Transmission – 30%* | 10% | <br><br>81 days<br>69 days<br>52 days<br>121 days | 1.0<br><br>60 days<br>65 days<br>45 days<br>105 days | -<br><br>25.9%<br>5.8%<br>13.5%<br>13.2% |
| Actions Index – *revised definition*<br>  SIF: Timely Completion of Corrective Actions – 50%<br>  SIF: Quality of Corrective Actions – 50% | | <br>93% timeliness<br>12.7 score | <br>90% timeliness<br>12.0 score | <br>-3.1%<br>-5.5% |
| *Customer* | 10% | | | |
| **Escalated Customer Complaints** - *new metric* | 10% | 10.7 complaint rate | 12.2 complaint rate | -14.0% |
| *Financial* | 25% | | | |
| Earnings from Operations (EFO) ($M) | 25% | --- | --- | --- |

# Historical STIP Payout

## Payout

| Performance Year | Payout Year | Overall Company Score | Compensation Committee Discretion |
|---|---|---|---|
| *2010* | *2011* | 0.900 | 0.00 Officers |
| *2011* | *2012* | 0.607 | |
| *2012* | *2013* | 1.372 | |
| *2013* | *2014* | 1.116 | |
| *2014* | *2015* | 1.352 | |
| *2015* | *2016* | 1.252 | 1.217 All employees |
| *2016* | *2017* | 0.936 | 0.900 SVPs |
| *2017* | *2018* | 0.959 | 0.00 CEO & CFO |
| *2018* | *2019* | 1.601 | 0.00 All employees |

# Step 2: Calculating STIP Payment to Employees

# First Quarter Sample STIP Payment Calculation



Case: 19-30088    Doc# 1634-1    Filed: 04/23/19    Entered: 04/23/19 16:39:53    Page 14 of 17

12

# First Quarter Sample STIP Payment Calculation

**Calculation example for employee with annual salary of $80,000**



| Individual Annual Salary **$80,000** | ✕ | Individual Participation Rate **12.5%** | ✕ | Company Score **1.0** | ✕ | 1/4 | = | Q1 INDIVIDUAL STIP PAYMENT **$2,500** |

Case: 19-30088    Doc# 1634-1    Filed: 04/23/19    Entered: 04/23/19 16:39:53    Page 15 of 17

13

# Individual Performance Modifier

| IPM range | 2017 STIP | | 2016 STIP | |
|---|---|---|---|---|
| | Employees | % | Employees | % |
| 0 | 66 | 0.6% | 60 | 0.5% |
| 50 - 90 | 725 | 6.8% | 863 | 7.8% |
| 90 – 110 | 8,154 | 76.5% | 8,620 | 77.7% |
| 110 – 120 | 1,436 | 13.5% | 1,247 | 11.2% |
| 120 – 149 | 261 | 2.4% | 278 | 2.5% |
| 150 | 12 | 0.1% | 20 | 0.2% |
| Total | 10,654 | 100% | 11,088 | 100% |

**IPM is historically managed to not materially increase the cost of the STIP**

14

Case: 19-30088    Doc# 1634-1    Filed: 04/23/19    Entered: 04/23/19 16:39:53    Page 17 of 17