
**Entered on Docket**
**April 23, 2019**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1 | Richard A. Chesley (*pro hac vice*) |
| | **DLA PIPER LLP (US)** |
| 2 | 444 West Lake Street, Suite 900 |
| | Chicago, Illinois 60606 |
| 3 | Tel: (312) 368-4000 |
| | Fax: (312) 236-7516 |
| 4 | Email: richard.chesley@dlapiper.com |

Signed and Filed: April 23, 2019

_/s/ Dennis Montali_
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Joshua D. Morse (SBN 211050)
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, California 94105-2933
Tel: (415) 836-2500
Fax: (415) 836-2501
Email: joshua.morse@dlapiper.com

*Attorneys for FTI Consulting, Inc.*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| PG&E CORPORATION | Chapter 11 |
| - and - | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | **ORDER GRANTING APPLICATION FOR ADMISSION OF A RICHARD A. CHESLEY PRO HAC VICE** |

| | |
|---|---|
| 1 | Richard A. Chesley, whose business address and telephone number are as follows: |
| 2 | **DLA PIPER LLP (US)** |

1       Richard A. Chesley, whose business address and telephone number are as follows:

**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Tel: (312) 368-4000
Fax: (312) 236-7516
Email: richard.chesley@dlapiper.com

Is an active member in good standing of the bar of Illinois, having applied for admission to practice in the Northern District of California on a *pro hac vice* basis representing FTI Consulting, Inc., in the above-entitled action.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

** END OF ORDER **