Robert A. Julian (SBN 99469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:     628.208.6434
Facsimile:     310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:     310.442.8875
Facsimile:     310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

Counsel for Official Committee of Tort Claimants

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>-and-<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors**<br>☐ Affects PG& E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO THE CORRECTED MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a), 363, AND 503(c) FOR ENTRY OF AN ORDER (I) APPROVING SHORT-TERM INCENTIVE PLAN AND (II) GRANTING RELATED RELIEF (Dkt. No. 806)**<br><br>Date:     April 23, 2019<br>Time:    1:30 p.m. (Pacific Time)<br>Place:   United States Bankruptcy Court<br>         Courtroom 17, 16 Floor<br>         San Francisco, CA  94102 |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Official Committee of Tort Claimants (hereafter, the "**TCC**"), by and through its counsel of record, respectfully requests that the Court take judicial notice of the following documents pursuant to Federal Rule of Evidence 201:

1. The webpage from PG&E, entitled "Learn about our vegetation safety work in high fire-threat areas" located from the following website: https://www.pge.com/en_US/safety/emergency-preparedness/natural-disaster/wildfires/vegetation-management.page (last visited April 23, 2019), a true and correct copy of which is attached hereto as **Exhibit A** and incorporated herein by reference.

2. The Supplemental Response of the California Department of Forestry and Fire Protection Following January 30, 2019, Hearing on Order to Show Cause filed on February 6, 2019 in *U.S. v. Pacific Gas and Electric Co.*, Case No. 3:14-cr-00175 (WHA) (N.D. Cal.), Dkt. No. 1012, a true and correct copy of which is attached hereto as **Exhibit B** and incorporated herein by reference.

It is appropriate for the Court to take judicial notice of the foregoing documents. A court may take judicial notice upon the request of a party. Fed. R. Evid. 201. A court may take judicial notice of a fact that "can be accurately and readily determine from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). The authenticity or source of the document the TCC requests the Court take judicial notice of cannot be reasonably questioned—Exhibit A is a page from the Debtors' own website (s*ee Pollstar v. Gigmania Ltd.*, 170 F. Supp. 2d 974, 978 (E.D. Cal. 2000) (judicial notice of information obtained from a website is proper when neither party questions the authenticity of the site)), and Exhibit B is a publically available filing in *U.S. v. Pacific Gas and Electric Co.*, Case No. 3:14-cr-00175 (WHA) (N.D. Cal.), Dkt. No. 1012 that Judge Alsup incorporated by reference in his Order Adopting New Conditions of Probation, Apr. 3, 2019), Dkt. No. 1040, ¶ 1. This Court previously granted the TCC's Application to Supplement the Record to include this Order. *See* Dkt. No. 1282.

Accordingly, the TCC respectfully requests that the Court take judicial notice of the document identified above and attached hereto as Exhibits A and B.

Dated:	April 23, 2019	Respectfully submitted,

BAKER & HOSTETLER LLP

By:	*/s/ Robert A. Julian*
Robert A. Julian

*Attorneys for Official Committee of Tort Claimants*