**EXHIBIT A**



# We'll be in your neighborhood

You may see ground crews, helicopters or drones in your area—all in readiness for wildfire season. Find out how you can prepare, too.

**VISIT WILDFIRE SAFETY**

**CLOSE**


MENU



**EMERGENCIES** 

NATURAL DISASTERS      WILDFIRE SAFETY      VEGETATION MANAGEMENT


Enhanced vegetation work to reduce wildfire risks

# Learn about our vegetation safety work in high fire-threat areas

In response to the growing risk of wildfire in our state, we are enhancing our vegetation and safety work. Our focus will be on addressing vegetation that

poses a high wildfire risk in areas designated by the California Public Utilities Commission (CPUC) as facing the greatest wildfire threat.

## Increasing our efforts for safety

Enhanced vegetation and fire-safety efforts are critical to reducing the risk of trees and brush coming into contact with lines.

To maximize the safety of our customers, their neighborhoods and the surrounding community, we will:



**A.** Enhance our routine vegetation management work to meet and exceed state vegetation and fire safety standards, which require clearances of 4 feet around power lines in high fire-threat areas with recommended minimum clearances of 12 feet or more at time of trim to ensure compliance year-round.

**B.** Respond to the dramatically increasing wildfire threat our state faces by addressing overhanging limbs and branches directly above and around the lines. We will also conduct targeted removal of dead and dying trees as well as certain species that are at increased risk of falling into power lines.

# Frequently asked questions

| |
|---|
| **WHERE AND WHEN WILL THIS WORK TAKE PLACE?** |
| **HOW IS THIS WORK DIFFERENT THAN WORK ALREADY UNDERWAY?** |
| **WHICH TREE SPECIES ARE AT HIGHEST RISK OF FAILING AND FALLING INTO LINES?** |
| **WHAT CAN CUSTOMERS DO TO ENHANCE DEFENSIBLE SPACE?** |
| **WHO CAN I CONTACT FOR MORE INFORMATION?** |



**Enhanced pole, tower and substation inspections**

Our enhanced inspections of electric towers, poles and substations involves using PG&E and contractor ground crews, helicopters and drones to inspect the electric system from top to bottom.

**LEARN ABOUT OUR WILDFIRE SAFETY INSPECTIONS**



## Community Wildfire Safety Program

PG&E has precautionary measures in place to help reduce the risk of wildfires. Our goal is to help customers prepare for and stay safe during extreme weather events, including sending notifications when and where possible when power may be turned off for safety.

**LEARN MORE ABOUT THE PROGRAM**



## Keep contact information up to date

For public safety, it may be necessary for us to temporarily turn off electricity in high fire-threat areas when extreme fire conditions occur. We will attempt to contact customers in advance to ensure there's enough time to prepare.

**UPDATE YOUR CONTACT INFORMATION**

About PG&E

Company Information

Reorganization Information

Workshops & Events

Sitemap

PG&E Newsroom

For Our Business Partners

Environment

Careers

First Responder Resources

Accessibility

Regulation

Privacy

Terms & Conditions

Site Feedback

**HELP**

**CONTACT PG&E**

**CONNECT WITH PG&E**

©2019 Pacific Gas and Electric Company