## 14.1 Heart Rot

Heart rot/butt rot is a problem in mature and over-mature trees and frequently is an underlying cause of failure. In hardwoods, failures occur often in branches or in crotches rather than in the bole, but potential bole failures should not be overlooked

Basal fire scars and mechanical injury to the bole are a major entry point for butt and heart rot. Species especially susceptible to this kind of defect are non-resinous conifers such as white fir. When examining these species, it is very important that fire scars are checked for the presence and amount of decay.

### 14.1 Recognizing Heart Rot

A. Open wounds showing visible rot.
B. Old wounds that have partially or fully healed over.
C. Conks anywhere on the bole of the tree
D. Hollow trunks detected by rapping on the tree trunk or by use of an increment borer.
E. Decreasing crown vigor.
F. Cracks or splits not caused by lightning; and
G. Swelling or cankers on the bole.

### 14.2 Degree of Hazard from Heart Rot or Butt Rot

A. Amount of radial wood remaining.
B. Basic form of the tree relative to weight distribution.
C. Rate of growth vs. the loss of strength due to decay.
D. Orientation to the prevailing winds and the amount of canopy the tree has.
E. Other contributing factors (cracks, sap rot, leaning, root rot).

## 15. Trunk Deformities

Deformities can weaken the bole and increase the chance of breakage at the point of deformity. Deformations are caused by the following:

### 15.1 Dwarf Mistletoe Cankers

Swellings of the bole resulting from infection by dwarf-mistletoe are quite prevalent on both white and red firs. When these swellings first begin there is minimal weakening of the trunk. As the cambium in the oldest part of the swelling dies, structural weakening becomes more prevalent. Breakage at the canker location is likely to occur when the width of the dead face approaches half the circumference of these swellings. Trees in this condition should be abated.  Cankers or otherwise flattened areas oriented to the windward or to the leeward side of the bole are more likely to fail than similar areas oriented parallel to the direction of strong winds.

Open dwarf-mistletoe cankers are sometimes found on the lower trunks of Ponderosa and Jeffrey pines, but resin infiltration prevents the wood from decaying. Therefore, such mistletoe cankers on these species have a lower likelihood of being hazardous, but should still be closely evaluated since some structural weakness might be possible.

Cankers, thought to result from infection by rust fungi, occur in pines. The wood around these cankers may remain sound for years, but trees with such cankers could eventually develop structural weaknesses, particularly when the depression is deep and located sixteen feet or more above the base of the tree.

## 15.2 Man Caused Deformities

Flattening of the tree trunk may be caused by the attachment of pieces of wood or steel members to trees to serve as cross arms for utility lines or for use as building supports. Fastening wires and cables around the trunk for various purposes deforms and weakens the tree. The guidelines for cankers and rusts can be used for evaluating risk.

## 15.3 Forked Trees

Forked trees with tight v-shaped crotches are susceptible to splitting and breaking off at the crotch. This problem is prevalent mostly in mature trees in which the members of the fork have grown long and heavy. Hardwoods are more susceptible to this type of failure than conifers because of their wide, spreading crown which results in strong leverage at the crotch and other points of potential weakness.

The inspector should scrutinize forked trees carefully for signs of visible open cracks and splits, included bark, or for callus ridges outlining and closing older cracks. He should also look closely for signs of rot which follow such splits. Even in the absence of splits, rot is sometimes present in crotches to a degree sufficient to render the tree hazardous.

## 15.4 Combination Defects

When more than one defect or condition influencing the degree of hazard is present in a tree, it is said to have a combination or multiple defects. Although single defects can be severe enough to require abatement, usually a combination of factors or a heightened level of severity of a particular defect or set of defects is more likely to trigger a decision to abate the condition. Therefore, the inspector must always look at the overall situation.

# 16. Defective Limbs

Limb failure can occur when the combined forces exerted on the limb exceed the strength of the limb at its weakest point. These forces include the weight of the limb itself, as well as the forces imposed by wind, snow, ice and rain such that when the tree is re-examined following winter conditions, limb configuration and relative strength could be altered. Limb failures also occur as a result of the presence of defects such as: decay, cracks, splits and breaks, holes from animals, birds (mostly woodpeckers) or insect activities and compression defect.

Hardwoods as a group are more susceptible to limb failures than are conifers because of basic differences in crown form, which in the hardwoods give rise to narrow, structurally weak crotches and also to long branches which become heavily weighted at the extremities. There is a tendency in hardwoods for trunk rot to extend into major limbs and increase the potential for limb failures. In this regard true oaks, eucalyptus and sycamore merit special attention.

## 16.1 Size of Limbs

A degree of hazard control can be achieved by removal of defective limbs larger than a specified diameter and length. The detailed guidelines which follow are based on this concept.

## 16.2 Location of Limbs

A basic principle in tree hazard control is that a potential hazard exists only if there is a likelihood of injury or damage should a tree, or part of a tree, fail. Before a situation can be said to be potentially hazardous from tree limbs, two basic elements must be present: (a) defective limbs larger than a specified diameter and length (see 16.5), and (b) limbs located so that in falling they have a likelihood of striking power lines.

## 16.3  Relative Durability of Wood

Dead limbs of most conifers will remain attached for a relatively long time in a safe condition because of their resinous character which renders the limbs resistant to decay. The exception to this exists with the dead wood of the true firs which, due to its non-resinous character, can be expected to decay faster than the dead limbs of other coniferous species. Consequently, the true firs and other conifers should be inspected with these facts in mind.

Dead limbs of hardwoods generally decay faster than do similar limbs in conifers. This faster rate of decay in turn means more rapid development of defective limbs in hardwoods than in conifers.

## 16.4  Weather Conditions

Weather conditions have an important influence on the number of dead and defective limbs in a tree. Limbs which have withstood snow and ice loads the previous winter are less likely to break and fall later during the milder weather. Many weak and defective limbs are eliminated under snow and ice conditions. This natural testing and elimination of defective and weak limbs does not occur in trees below the snowline: consequently, the limb hazard potential can be greater in such areas.

## 16.5  Guidelines for Dead Limb Hazard Control

A. Conifers - Remove dead tops and limbs when:
  1. Defects and weakness exist as a result of decay, breaking, cracking, splitting, wood pecker holes or insect activity.
  2. Limb size exceeds 3 inches in diameter and 6 feet in length.

B. Hardwood - [Except true oak and madrone]
  1. Remove all dead tops and limbs the same as for conifers.

C. True oak and madrone
  1. Remove all dead tops and limbs, when limb size exceeds 2 inches in diameter and 4 feet in length.

## 17.  Top Defects

### 17.1  Dead Tops

Dead tops on living conifers, sometimes called "spike tops", may be hazardous in some cases. Experience indicates that spike tops in Sierra redwood, incense cedar, coast redwood, pines and Douglas fir can be considered non hazardous if not structurally weakened by defects such as bad cracks, splits or woodpecker holes, and also, if without bark, which could loosen and fall.

Dead tops in both White and California red firs must be considered hazardous, and such tops should be removed as soon as possible. Because of the non-resinous nature of the wood of these species, it is relatively non-durable and quite susceptible to attack and consequent weakening by decay fungi.

*Power Line Fire Prevention Field Guide*

## 17.2 Broken Out Tops and Volunteer Tops

Conifers with tops that have broken out are not considered to be hazardous, even though there may be rot present below the break and a short length of decayed trunk still remains. Volunteer tops that form following the loss of tops in conifers are not considered hazardous so long as such tops remain live. This is true whether such tops are single or multiple. When dead, such tops should be considered a hazard and should be removed.

## 18. Other Considerations

### 18.1 Thick CrownGrowth

Crowns with a heavy, thick growth of live limbs and branches may be susceptible to limb failure (as well as bole and root failure) from winds. Corrective pruning may be justified to prevent such failures

### 18.2 Structure

The overall structure of many hardwoods, as well as some conifers, frequently includes a combination of potentially weak crotches and heavy limbs which render the limbs susceptible to failure at the crotches. Sometimes open cracks or callus ridges may be present as evidence of partial failure, but frequently no such evidence is visible. Through observation and experience, the inspector should come to recognize such potentially hazardous conditions. General pruning to reduce limb and crown weight should be considered for control.

## 19. Techniques and Aids

The inspector should develop certain habits when checking for hazardous trees. Few defects are located at eye-level; therefore, he/she must quickly scan the entire tree from the soil surrounding it to the top and the branches. Many conifers are over 100 feet tall, making naked eye inspection of the top and upper branches somewhat difficult, thus binoculars should be part of his or her equipment.

If any indication is noted of butt, heart or sapwood rot in the lower trunk, the extent of damage should be estimated. A quick, rough estimate can be made by tapping the trunk with an ax handle, night stick, or other similar instrument to determine whether or not it sounds hollow. An increment borer may also be used.

He/she should check the orientation of conks, flat areas, splits, crotches and other deformities in relation to the direction of the power line from the tree and to the prevailing wind direction. If the tree, or a part thereof, does not require abatement the inspector should go on to the next tree.

When a tree is found which needs treatment, it must be properly identified for those who will do the work and for follow-up inspection. The tree should be marked with flagging, timber-marking paint or other means. It should be located by map, sketch, or bearing and distance from an identifiable object. In some cases, one or more photographs would be helpful.

An inspector should develop the habit of looking to both sides and to the rear as well as ahead. Many defective trees will be hidden from one direction but not from other directions. Similarly, many defects can only be seen from one or two sides of the tree.

Finally, in particularly in dense stands, the inspector should make occasional side trips outside the cleared right-of-way. This is particularly true in dense conifer stands. The screening vegetation along the edges of the right-of-way will often hide evidence of defects in trees.