UNITED STATES DEPARTMENT OF JUSTICE
JOSEPH H. HUNT
Assistant Attorney General
RUTH A. HARVEY
Director
KIRK MANHARDT
Deputy Director
MATTHEW J. TROY (GABN 717258)
Senior Trial Counsel
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875
Telephone: (202) 514-9038
E-mail: matthew.troy@usdoj.gov

DAVID L. ANDERSON (CABN 149604)
United States Attorney
ROBIN M. WALL (CABN 235690)
Assistant United States Attorney

Attorneys for the United States of America

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF WITHDRAWAL OF JOINDER**<br><br>**Docket Nos. 1324 and 1368**<br><br>Date: May 8, 2019<br>Time: 9:30 a.m.<br>Place: Courtroom 17<br>450 Golden Gate Avenue<br>San Francisco, CA |

The United States of America, on behalf of the Federal Executive Agencies, hereby withdraws the *Joinder in Motion by TURN for Appointment of Official Committee of Ratepayers Pursuant to 11 U.S.C. §§ 1102(a)(2), 105(a)* (Docket No. 1368), filed April 12, 2019. The United States is taking no

position on the referenced motion and does not wish to serve on an official committee of ratepayers, if any.

Dated: April 24, 2019

Respectfully submitted,

/s/ Matthew J. Troy
MATTHEW J. TROY
Senior Trial Counsel
Attorney for United States

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2019, I electronically filed the foregoing NOTICE OF WITHDRAWAL OF JOINDER with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ Matthew J. Troy
Matthew J. Troy
Senior Trial Counsel
Attorney for United States