1  Francis J. Lawall (admitted pro hac vice)
2  Pepper Hamilton LLP
   3000 Two Logan Square
3  18th and Arch Streets
   Philadelphia, PA 19103-2799
4  Telephone:    (215) 981-4481
   Fax:          (215) 981-4750
5  E-mail: lawallf@pepperlaw.com

6  *Counsel for HydroChemPSC*

7

8              **UNITED STATES BANKRUPTCY COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
9                  **SAN FRANCISCO DIVISION**

10 In re:                                    Bankruptcy Case No. 19-30088 (DM)

11 PG&E CORPORATION and                      Chapter 11 (Lead Case) (Jointly
12 PACIFIC GAS AND ELECTRIC                   Administered)
   COMPANY,
13                                           **NOTICE PURSUANT TO 11 U.S.C.**
          Debtors.                           **§ 546(b)(2) RELATED TO PERFECTION,**
14                                           **MAINTENANCE AND ENFORCEMENT**
                                             **OF MECHANICS LIEN CLAIMS**
15 □ Affects PG& E Corporation

16 □ Affects Pacific Gas and Electric Company

17 ■ Affects both Debtors

18 *All papers shall be filed in the Lead Case,
19 No. 19-30088 (DM)

20 **HYDROCHEM'S NOTICE OF PERFECTION, MAINTENANCE AND ENFORCEMENT**
           **OF MECHANICS LIEN CLAIMS PURSUANT TO**
21              **BANKRUPTCY CODE SECTION 546(b)(2)**

22

23         **PLEASE TAKE NOTICE THAT** pursuant to section 546(b)(2) of title 11 of the United

24 States Code (11 U.S.C. §§ 101 *et seq.*, the "Bankruptcy Code"), HydroChemPSC, Hydrochem,

25 LLC and other affiliated entities (collectively  the "HydroChem Entities") hereby provide notice

26 of mechanics liens, corresponding secured claims, and enforcement rights held one or more of the

27 HydroChem Entities against property of one or both of the above-referenced debtors (the

28

1  "Debtors") and (ii) reserve all related and other rights, claims and interests they may have in the

2  subject Chapter 11 cases.

3      **PLEASE TAKE FURTHER NOTICE THAT** one or more of the HydroChem Entities

4  filed certain lien statements (the "Lien Statements") reflecting properly recorded and perfected

5  mechanics liens against certain property owned by one or both of the Debtors.  True and correct

6  copies of the Lien Statements are attached hereto as **<u>Exhibit A</u>**.

7      **PLEASE TAKE FURTHER NOTICE THAT** pursuant to and consistent with

8  Bankruptcy Code sections 362(b)(3) and 546(b)(1), one or more of the HydroChem Entities filed

9  the Lien Statements and hereby give notice of their lien interest in all of the property that is

10 subject to the liens, its corresponding secured claims, and its enforcement rights against the

11 property, within the time fixed by California law for the commencement of an action to enforce

12 its mechanics lien rights. The HydroChem Entities have filed this single Notice in the above-

13 captioned Chapter 11 cases intending it to apply or pertain separately and individually to (a) the

14 continued perfection of each and every one of the subject liens set forth in the Lien Statements,

15 (b) the actions that otherwise would have been commenced by one or more of the HydroChem

16 Entities in accordance with California state law to maintain, enforce and realize upon their

17 corresponding secured claims and (c) the HydroChem Entities' exercise of any other rights under

18 or satisfaction of any other requirements of Bankruptcy Code section 546(b)(2) in the

19 circumstances.  The HydroChem Entities reserve all of their rights under applicable state and

20 federal law.

21 Dated: April 24, 2019              **Pepper Hamilton LLP**

22                        /s/ Francis J. Lawall

23                        Francis J. Lawall, Esquire
                          Pepper Hamilton, LLP

24                        3000 Two Logan Square
                          18th & Arch Streets

25                        Philadelphia, PA 19103-2799

26                        Telephone:    (215) 981-4451
                          Facsimile:    (215) 981-4750

27                        Email:        lawallf@pepperlaw.com

28                        *Counsel for the HydroChem Entities*