# EXHIBIT A-1

# #L888693

RECORDING REQUESTED BY:

Dennis G. Cosso,
LAW OFFICES OF DENNIS G. COSSO
414 South First Avenue
Arcadia, CA 91006-



2019016569      01/31/2019 03:13 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE:        108.00

WHEN RECORDED MAIL TO
AND MAIL TAX STATEMENTS TO



4      PGS

NAME         Law offices of Dennis G. Cosso
ADDRESS      414 S. First Avenue
CITY         Arcadia,
STATE & ZIP  California 91006

COPY of document to be recorded
Has not been compared with Original

## MECHANIC'S LIEN

RECORDING REQUESTED BY:
Hydrochem, LLC, by,
The Law Offices of Dennis G. Cosso
414 South First Avenue
Arcadia, CA 91006

AND WHEN RECORDED, MAIL TO:
The Law Offices of Dennis G. Cosso
414 South First Avenue
Arcadia, CA 91006

## MECHANIC'S LIEN
### (Pursuant to California Civil Code §8400 et. sec.)

The undersigned, Hydrochem, LLC, referred to in this Claim of Lien as the Claimant, whose address is 900 Georgia Avenue, Deer Park, TX 77536, by and through its' attorney, Dennis G. Cosso, claims a Mechanic's Lien for the labor, services, equipment and/or materials described below, furnished for a work of improvement upon that certain property located in Alameda County, California and commonly referred to as: 205 Brush Street, Oakland, CA 94607-3009. APN# 001-0111-005-02

After deducting all just credits and offsets, the sum of $53,098.76, together with interest thereon at the legal rate from February 2, 2019, is due Claimant for the following labor, services and/or materials furnished by Claimant: Material and services in re soil and environmental compliance work.

The name of the entity by whom Claimant was employed, or to whom Claimant furnished the labor, services, equipment and/or materials is Pacific Gas & Electric. The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are: Pacific Gas & Electric, 3401 Crow Canyon Rd., San Ramon, CA 94583, 77 Beale Street, 32nd Floor, San Francisco, CA 94105 and 245 Market Street, #1015, San Francisco, CA 94105-1702.

Hydrochem, LLC, By:

Dated: January 30, 2019

_____
Dennis G. Cosso, Esq., it's Attorney in Fact

I, the undersigned, declare: I am the claimant, or authorized agent of the claimant, of the foregoing Mechanic's Lien; I have read said claim of Mechanic's Lien and know the contents thereof to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Arcadia, California, this 30 day of January, 2019.

_____
Dennis G. Cosso, Attorney for Hydrochem, LLC

# NOTICE OF MECHANIC'S LIEN

## ATTENTION!

Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.

The party identified in the mechanic's lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

IF YOU HAVE ANY QUESTIONS CONCERNING THE SUMS CLAIMED DUE BY CLAIMANT, PLEASE CONTACT THE CLAIMANT DIRECTLY.

## PROOF OF SERVICE AFFIDAVIT

I, Dennis G. Cosso, declare that I served a copy of the Notice of Mechanic's Lien and Mechanic's Lien by registered mail, certified mail, or first-class mail, evidenced by a certificate of mailing, postage prepaid, addressed to the following owner or reputed owner of the property: Pacific Gas & Electric, 3401 Crow Canyon Rd., San Ramon, CA 94583, 77 Beale Street, 32nd Floor, San Francisco, CA 94105 and 245 Market Street, #1015, San Francisco, CA 94105-1702. The service was made in accordance with Civil Code Section 8416.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed at Arcadia, California on this 30 day of January, 2019

Dennis G. Cosso, Esq.
414 South First Avenue,
Arcadia, California, 91006
(626) 574-8000