Pillsbury Winthrop Shaw Pittman LLP
Hugh M. Ray, III (pro hac vice pending)
hugh.ray@pillsburylaw.com
909 Fannin Street, Suite 2000
Houston, Texas 77010
Tel: (713) 276-7600
Fax: (713) 276-7673
Attorneys for Chevron Products Company, a
division of Chevron U.S.A. Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

PG&E Corporation,
-and-
Pacific Gas and Electric Company,

Debtor(s).

Case No. 19-30088
Chapter 11

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, __Hugh M. Ray, III__, an active member in good standing of the bar of __Texas__, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing __Chevron Products Company, a division of Chevron U.S.A. Inc.__ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Philip S. Warden; Pillsbury Winthrop Shaw Pittman LLP; Four Embarcadero Center, 22nd Floor; San Francisco, California 94111-5998; Tel: 415-983-1000.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/24/19

Hugh M. Ray, III

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

April 17, 2019

Re: Mr. Hugh Massey Ray III, State Bar Number 24004246

To Whom It May Concern:

This is to certify that Mr. Hugh Massey Ray III was licensed to practice law in Texas on March 12, 1998, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

