| | |
|---|---|
| 1 | WEIL, GOTSHAL & MANGES LLP |
| 2 | Stephen Karotkin (*pro hac vice*) |
| | (stephen.karotkin@weil.com) |
| 3 | Ray C. Schrock, P.C. (*pro hac vice*) |
| | (ray.schrock@weil.com) |
| 4 | Jessica Liou (*pro hac vice*) |
| | (jessica.liou@weil.com) |
| 5 | Matthew Goren (*pro hac vice*) |
| 6 | (matthew.goren@weil.com) |
| | 767 Fifth Avenue |
| 7 | New York, NY 10153-0119 |
| | Tel: 212 310 8000 |
| 8 | Fax: 212 310 8007 |
| 9 | KELLER & BENVENUTTI LLP |
| | Tobias S. Keller (#151445) |
| 10 | (tkeller@kellerbenvenutti.com) |
| | Jane Kim (#298192) |
| 11 | (jkim@kellerbenvenutti.com) |
| | 650 California Street, Suite 1900 |
| 12 | San Francisco, CA 94108 |
| | Tel: 415 496 6723 |
| 13 | Fax: 650 636 9251 |

*Attorneys for Debtors and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| - and - | (Lead Case) |
| | (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY, | **DECLARATION OF BRUCE T. SMITH IN SUPPORT OF DEBTORS' OBJECTION TO MOTION BY TURN FOR APPOINTMENT OF OFFICIAL COMMITTEE OF RATEPAYER CLAIMANTS** |
| Debtors. | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | Hearing Date: May 8, 2019 |
| | Time: 9:30 a.m. (Pacific Time) |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Place: United States Bankruptcy Court |
| | Courtroom 17, 16th Floor |
| | San Francisco, CA 94102 |
| | Judge: Hon. Dennis Montali |

Pursuant to 28 U.S.C. § 1746, I, Bruce T. Smith, hereby declare as follows under penalty of perjury:

I am the Chief Regulatory Analyst in the Regulatory Affairs Department of Pacific Gas and Electric Company (the "**Utility**"). I have over forty years' experience analyzing and applying the Utility's rates, tariffs, and ratemaking policies, and have testified in numerous rate proceedings before the California Public Utilities Commission (the "CPUC") on behalf of the Utility over that period of time. Prior to joining the Utility, I received a Bachelor of Science degree in Mechanical Engineering from the Massachusetts Institute of Technology in 1971 and a Master's degree in Mechanical Engineering from Stanford University in 1972. I received a Master's degree in Business Administration from Harvard University in 1976. I am registered by the state of California as a professional engineer in mechanical engineering. I was employed by Bechtel Power Corporation from 1972-1974 as a design engineer and by Detroit Edison from 1976-1979 in the Rates and Revenue Requirements departments.

I submit this declaration (the "**Declaration**") in support of the *Debtors' Objection to Motion by TURN for Appointment of Official Committee of Ratepayer Claimants* filed with the Court by PG&E Corporation and the Utility, as debtors and debtors in possession (collectively, the "**Debtors**"), on the date hereof (together with any exhibits and schedules thereto, the "**Objection**").[1]

Except as otherwise indicated herein, the facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, and information provided to me by the Debtors' other employees or the Debtors' legal, restructuring, and financial advisors, or from other members of the Utility's Regulatory Affairs department with whom I work. If called upon to testify, I would testify competently to the facts set forth in this Declaration. I am authorized to submit this Declaration on behalf of the Debtors.

In its Motion, TURN asserts that individual and small business ratepayers are prepetition creditors of the Utility because "the Debtor electric utility is required by law to distribute

---
[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

WEIL:\97007230\4\67615.0013

Case: 19-30088    Doc# 1648    Filed: 04/24/19    Entered: 04/24/19 12:51:35    Page 2 of 4

to them the proceeds of a pre-petition greenhouse gas allowances auction[.]" Motion, at ¶ 11. Pursuant to the electricity and natural gas rate schedules and tariffs approved by the CPUC for the Utility and continuously in effect both prior and subsequent to the commencement of the Chapter 11 Cases, the greenhouse gas ("**GHG**") allowance credits referenced by TURN in its Motion have been and continue to be credited directly to the residential, small business, and emissions-intensive trade-exposed retail customers of the electrical corporation."

Pursuant to these rate schedules and tariffs, the GHG credits are distributed to customers in the form of rate adjustments. The amounts cited by TURN in its Motion as being "owed" to ratepayers have been continuously credited and continue to be credited by the Utility to the rates of ratepayers as reflected in the applicable Utility tariffs and rate schedules which are attached and/or referenced hereto in **Exhibit A** and otherwise available for viewing at https://www.pge.com/tariffs/index.page. Each rate schedule describes, among other things, the applicability of the schedule and rates for both electricity and natural gas customers of the Utility. Each also lists the applicable credit rate adjustment for those customers on that schedule. These credits and rate adjustments represent funds that are collected and credited to the Utility's rates under California's GHG emissions reduction programs and rules and, therefore, are mandated by state law.

Accordingly, any additional amounts that have been or in the future are determined by the Utility's regulatory authorities to be credited to the ratepayers in the form of rate adjustments will be issued or applied by the Utility in accordance with its applicable tariffs and rate schedules as required under CPUC rulings and regulations and as previously authorized by the Court on a final basis in connection with the Debtors' Public Purpose and Customer Programs Motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: April 23, 2019

*[signature: Bruce T. Smith]*

By: Bruce T. Smith
Title: Chief Regulatory Analyst,
Pacific Gas and Electric Company