Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1

# Exhibit A

2

## PG&E Tariffs and Rate Schedules

3

4

5

Copies of the following representative PG&E Tariffs and Rate Schedules are attached hereto. Due to their voluminous nature, the additional PG&E tariffs and rate schedules referenced below have not been attached hereto but they are available for viewing at https://www.pge.com/tariffs/index.page.

6

**Attached hereto:**

7

8

ELECTRIC SCHEDULE E-1
RESIDENTIAL SERVICES

9

10

ELECTRIC SCHEDULE EL-1
RESIDENTIAL CARE PROGRAM SERVICE

11

12

ELECTRIC SCHEDULE EITE
EMISSIONS-INTENSIVE AND TRADE-EXPOSED CUSTOMER
GREENHOUSE GAS ALLOWANCE REVENUE PROVISIONS

13

14

GAS SCHEDULE G-1
RESIDENTIAL SERVICE

15

GAS SCHEDULE GL-1
RESIDENTIAL CARE PROGRAM SERVICE

16

17

**Available for viewing at https://www.pge.com/tariffs/index.page:**

18

ELECTRIC SCHEDULE E-6
RESIDENTIAL TIME-OF-USE SERVICE

19

20

ELECTRIC SCHEDULE E-19
MEDIUM GENERAL DEMAND-METERED TOU SERVICE

21

22

ELECTRIC SCHEDULE EL-6
RESIDENTIAL CARE PROGRAM TIME-OF-USE SERVICE

23

24

ELECTRIC SCHEDULE EL-TOU
RESIDENTIAL CARE PROGRAM TIME-OF-USE SERVICE

25

26

ELECTRIC SCHEDULE EL-TOU-C3
RESIDENTIAL CARE PROGRAM TIME-OF-USE
(PEAK PRICING 4 - 9 p.m. EVERY DAY)

27

28

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

ELECTRIC SCHEDULE EML-TOU
RESIDENTIAL CARE PROGRAM TIME OF USE SERVICE

ELECTRIC SCHEDULE EM-TOU
RESIDENTIAL TIME OF USE SERVICE

ELECTRIC SCHEDULE ES
MULTIFAMILY SERVICE

ELECTRIC SCHEDULE ESL
MULTIFAMILY CARE PROGRAM SERVICE

ELECTRIC SCHEDULE ESR
RESIDENTIAL RV PARK AND RESIDENTIAL MARINA SERVICE

ELECTRIC SCHEDULE ET
MOBILEHOME PARK SERVICE

ELECTRIC SCHEDULE ETL
MOBILEHOME PARK CARE PROGRAM SERVICE

ELECTRIC SCHEDULE E-TOU
RESIDENTIAL TIME-OF-USE SERVICE

ELECTRIC SCHEDULE E-TOU-C3
RESIDENTIAL TIME-OF-USE (PEAK PRICING 4 - 9 p.m. EVERY DAY)

ELECTRIC SCHEDULE EV
RESIDENTIAL TIME-OF-USE
SERVICE FOR PLUG-IN ELECTRIC VEHICLE CUSTOMERS

ELECTRIC RULE NO. 1
DEFINITIONS

SMALL BUSINESS CUSTOMER – CALIFORNIA CLIMATE CREDIT: For purposes of receiving the California Climate Credit from the State of California, pursuant to Decision (D.) 12-12-033 and D.13-12-002, customers are designated as Small Business Customers and are eligible to receive the California Climate Credit if they are a non-residential customer receiving service under a General Service or Agricultural Pumping rate schedule with an electric billing demand that does not exceed 20 kW in more than three months in the previous twelve-month period. For customers that lack twelve months of billing history. Small Business Customer eligibility is based on the customer's available historic usage. Customers who meet the eligibility criteria for Small Business Customers but who are designated as Emissions-Intensive and Trade-Exposed (EITE) receive the EITE credit only.

2

ELECTRIC SCHEDULE AG-1
AGRICULTURAL POWER

ELECTRIC SCHEDULE AG-4
TIME-OF-USE AGRICULTURAL POWER

ELECTRIC SCHEDULE AG-R
SPLIT-WEEK TIME-OF-USE AGRICULTURAL POWER

ELECTRIC SCHEDULE AG-V
SHORT-PEAK TIME-OF-USE AGRICULTURAL POWER

GAS SCHEDULE G1-NGV
RESIDENTIAL NATURAL GAS SERVICE
FOR COMPRESSION ON CUSTOMERS' PREMISES

GAS SCHEDULE GL1-NGV
RESIDENTIAL CARE PROGRAM NATURAL GAS SERVICE FOR COMPRESSION ON
CUSTOMERS'
PREMISES

GAS SCHEDULE GS
MULTIFAMILY SERVICE

GAS SCHEDULE GSL
MULTIFAMILY CARE PROGRAM SERVICE

GAS SCHEDULE GT
MOBILEHOME PARK SERVICE

GAS SCHEDULE GTL
MOBILEHOME PARK CARE PROGRAM SERVICE

3

**Pacific Gas and Electric Company®**
U 39  San Francisco, California

**ELECTRIC SCHEDULE E-1**                    Sheet 1
RESIDENTIAL SERVICES

**APPLICABILITY:**  This schedule is applicable to single-phase and polyphase residential service in single-family dwellings and in flats and apartments separately metered by PG&E; to single-phase and polyphase service in common areas in a multifamily complex (see Special Condition 8); and to all single-phase and polyphase farm service on the premises operated by the person whose residence is supplied through the same meter.

The provisions of Schedule S—Standby Service Special Conditions 1 through 6 shall also apply to customers whose premises are regularly supplied in part (but not in whole) by electric energy from a nonutility source of supply. These customers will pay monthly reservation charges as specified under Section 1 of Schedule S, in addition to all applicable Schedule E-1 charges. See Special Conditions 11 and 12 of this rate schedule for exemptions to standby charges.

**TERRITORY:**  This rate schedule applies everywhere PG&E provides electric service.

**RATES:**  Total bundled service charges are calculated using the total rates below. Customers on this schedule are subject to the delivery minimum bill amount shown below applied to the delivery portion of the bill (i.e. to all rate components other than the generation rate). In addition, total bundled charges will include applicable generation charges per kWh for all kWh usage.

Customers receiving a medical baseline allowance shall pay for all usage in excess of 200 percent of baseline at a rate $0.04000 per kWh less than the applicable rate for usage in excess of 200 percent of baseline. No portion of the rates paid by customers that receive a Medical Baseline allowance shall be used to pay the DWR Bond charge. For these customers, the Conservation Incentive Adjustment is calculated residually based on the total rate less the sum of: Transmission, Transmission Rate Adjustments, Reliability Services, Distribution, Generation, Public Purpose Programs, Nuclear Decommissioning, Competition Transition Charges (CTC), New System Generation Charges, and Energy Cost Recovery Amount. Customers receiving a medical baseline allowance shall also receive a 50 percent discount on the delivery minimum bill amount shown below.

Direct Access (DA) and Community Choice Aggregation (CCA) charges shall be calculated in accordance with the paragraph in this rate schedule titled Billing.

**TOTAL RATES**

| | |
|---|---|
| Total Energy Rates ($ per kWh) | |
| Baseline Usage | $0.21775 |
| 101% - 400% of Baseline | $0.27402 |
| High Usage Over 400% of Baseline | $0.48009 |
| | |
| Delivery Minimum Bill Amount ($ per meter per day) | $0.32854 |
| | |
| California Climate Credit (per household, per semi-annual payment occurring in the April and October bill cycles) | ($27.70)   (I) |

(Continued)

| *Advice* | 5503-E | *Issued by* | *Submitted* | March 26, 2019 |
|---|---|---|---|---|
| *Decision* | 19-02-023 | **Robert S. Kenney** | *Effective* | April 1, 2019 |
| | | *Vice President, Regulatory Affairs* | *Resolution* | |

Case: 19-30088    Doc# 1648-1    Filed: 04/24/19    Entered: 04/24/19 12:51:35    Page 4 of 21

**Pacific Gas and Electric Company®**
U 39 · *San Francisco, California*

**ELECTRIC SCHEDULE E-1**          Sheet 2
RESIDENTIAL SERVICES

RATES:
(Cont'd.)

Total bundled service charges shown on customers' bills are unbundled according to the component rates shown below. Where the delivery minimum bill amount applies, the customer's bill will equal the sum of (1) the delivery minimum bill amount plus (2) for bundled service, the generation rate times the number of kWh used. For revenue accounting purposes, the revenues from the delivery minimum bill amount will be assigned to the Transmission, Transmission Rate Adjustments, Reliability Services, Public Purpose Programs, Nuclear Decommissioning, Competition Transition Charges, Energy Cost Recovery Amount, DWR Bond, and New System Generation charges based on kWh usage times the corresponding unbundled rate component per kWh, with any residual revenue assigned to Distribution.***

**UNBUNDLING OF TOTAL RATES**

Energy Rates by Component ($ per kWh)

| | | |
|---|---|---|
| **Generation:** | $0.11194 | (I) |
| **Distribution**\*\*: | $0.08927 | (I) |
| **Conservation Incentive Adjustment:** | | |
| Baseline Usage | ($0.03388) | (I) |
| 101% - 400% of Baseline | $0.02239 | (R) |
| High Usage Over 400% of Baseline | $0.22846 | (I) |
| **Transmission**\* (all usage) | $0.02469 | |
| **Transmission Rate Adjustments**\* (all usage) | $0.00325 | (I) |
| **Reliability Services**\* (all usage) | ($0.00084) | (R) |
| **Public Purpose Programs** (all usage) | $0.01473 | (I) |
| **Nuclear Decommissioning** (all usage) | $0.00053 | (I) |
| **Competition Transition Charges** (all usage) | $0.00132 | |
| **Energy Cost Recovery Amount** (all usage) | ($0.00057) | (R) |
| **DWR Bond** (all usage) | $0.00503 | |
| **New System Generation Charge** (all usage)\*\* | $0.00228 | |

---

\*    Transmission, Transmission Rate Adjustments, and Reliability Service charges are combined for presentation on customer bills.
\*\*   Distribution and New System Generation Charges are combined for presentation on customer bills.
\*\*\*  This same assignment of revenues applies to direct access and community choice aggregation customers.

(Continued)

| *Advice* | 5376-E-B | *Issued by* | *Submitted* | February 26, 2019 |
|---|---|---|---|---|
| *Decision* | | **Robert S. Kenney** | *Effective* | March 1, 2019 |
| | | *Vice President, Regulatory Affairs* | *Resolution* | |

Case: 19-30088    Doc# 1648-1    Filed: 04/24/19    Entered: 04/24/19 12:51:35    Page 5 of 21

### ELECTRIC SCHEDULE E-1                    Sheet 3
RESIDENTIAL SERVICES

SPECIAL
CONDITIONS:

1.  BASELINE RATES:  PG&E may require the customer to complete and file with it a Declaration of Eligibility for Baseline Quantities for Residential Rates.

2.  BASELINE (TIER 1):  The following quantities of electricity are to be billed at the rates for baseline use:

BASELINE QUANTITIES (kWh PER DAY)

| Baseline Territory* | Code B - Basic Quantities | | | | | | | | Code H - All-Electric Quantities | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Summer | | | | Winter | | | | Summer | | | | Winter | | | |
| | Tier I | | | | Tier I | | | | Tier I | | | | Tier I | | | |
| P | 13.0 | (R) | | | 12.5 | (I) | | | 15.2 | (R) | | | 29.2 | (R) | | |
| Q | 9.9 | (I) | | | 12.5 | (I) | | | 8.7 | (I) | | | 29.2 | (R) | | |
| R | 16.5 | (I) | | | 11.1 | (I) | | | 19.2 | (I) | | | 29.4 | (R) | | |
| S | 14.3 | (I) | | | 11.1 | (R) | | | 17.3 | (I) | | | 26.3 | (R) | | |
| T | 6.8 | (R) | | | 8.4 | (R) | | | 7.7 | (R) | | | 14.4 | (R) | | |
| V | 7.6 | (R) | | | 9.2 | (R) | | | 11.2 | (R) | | | 18.5 | (R) | | |
| W | 17.8 | (I) | | | 10.1 | | | | 21.1 | (I) | | | 19.9 | (R) | | |
| X | 9.9 | (R) | | | 10.7 | (R) | | | 8.8 | (R) | | | 16.2 | (R) | | |
| Y | 10.7 | (I) | | | 12.7 | (I) | | | 12.6 | (R) | | | 26.8 | (R) | | |
| Z | 6.1 | (R) | | | 8.9 | (R) | | | 7.0 | (R) | | | 18.0 | (R) | | |

_____

\*   The applicable baseline territory is described in Part A of the Preliminary Statement.

(Continued)

| | | | | |
|---|---|---|---|---|
| *Advice* | 5429-E | *Issued by* | *Submitted* | November 19, 2018 |
| *Decision* | 18-08-013 | **Robert S. Kenney** | *Effective* | January 1, 2019 |
| | | *Vice President, Regulatory Affairs* | *Resolution* | |

Case: 19-30088    Doc# 1648-1    Filed: 04/24/19    Entered: 04/24/19 12:51:35    Page 6 of 21

**ELECTRIC SCHEDULE E-1**                    Sheet 4
RESIDENTIAL SERVICES

SPECIAL
CONDITIONS:
(Cont'd.)

3.  ANNUAL CONTRACT:  For customers who use service for only part of the year, this schedule is applicable only on an annual contract.  (L)

4.  ALL-ELECTRIC QUANTITIES (Code H):  All-electric quantities are applicable to service to customers with permanently installed electric heating as the primary heat source.  All-electric quantities are also applicable to service to customers of record as of November 15, 1984, to whom the former Code W (Basic plus Water Heating) lifeline allowance was applicable on May 15, 1984, and who thereafter maintain continuous service at the same location under this schedule.

   If more than one electric meter serves a residential dwelling unit, the all-electric quantities, if applicable, will be allocated only to the primary meter.

5.  ADDITIONAL METERS:  If a residential dwelling unit is served by more than one electric meter, the customer must designate which meter is the primary meter and which is (are) the additional meter(s).  Only the basic baseline quantities will be applicable to the additional meter(s).  (L)

6.  SEASONAL CHANGES:  The summer season is May 1 through October 31 and the winter season is November 1 through April 30.  Bills that include  May 1 and November 1 seasonal changeover dates will be calculated by multiplying the applicable daily baseline quantity for each season by the number of days in each season for the billing period.

7.  STANDARD MEDICAL QUANTITIES (Code M - Basic Plus Medical Quantities, Code S - All-Electric Plus Medical Quantities):  Additional medical quantities are available as provided in Rule 19, for both the primary and additional meters.

8.  COMMON-AREA ACCOUNTS:  Common-area accounts that are separately metered by PG&E have a one-time option of switching to an applicable general service rate schedule by notifying PG&E in writing.  Common-area accounts are those accounts that provide electric service to Common Use Areas as defined in Rule 1.

   Accounts that switch to a general service tariff will have one, and possibly two, opportunities to return to a residential rate schedule.  Please see Common-Area Accounts Section of General Service Schedules A-1, A-6, A-10, and E-19 for more details.

(L)

(Continued)

| *Advice* | 2364-E | *Issued by* | *Date Filed* | April 1, 2003 |
|---|---|---|---|---|
| *Decision* | 02-12-082 | **Robert S. Kenney** | *Effective* | April 1, 2003 |
| | | *Vice President, Regulatory Affairs* | *Resolution* | |

Case: 19-30088    Doc# 1648-1    Filed: 04/24/19    Entered: 04/24/19 12:51:35    Page 7 of 21

| | | Revised | *Cal. P.U.C. Sheet No.* | 43757-E |
|---|---|---|---|---|
| | *Cancelling* Revised | | *Cal. P.U.C. Sheet No.* | 43507-E |

**PACIFIC GAS AND Electric Company®**
U 39  *San Francisco, California*

**ELECTRIC SCHEDULE E-1**　　　　Sheet 5
RESIDENTIAL SERVICES

SPECIAL
CONDITIONS:
(Cont'd.)

9.　BILLING:  A customer's bill is calculated based on the option applicable to the customer.

**Bundled Service Customers** receive supply and delivery services solely from PG&E.  The customer's bill is based on the total rates and conditions set forth in this schedule.

**Transitional Bundled Service Customers** take transitional bundled service as prescribed in Rules 22.1 and 23.1, or take bundled service prior to the end of the six (6) month advance notice period required to elect bundled portfolio service as prescribed in Rules 22.1 and 23.1.  These customers shall pay charges for transmission, transmission rate adjustments, reliability services, distribution, conservation incentive adjustment, nuclear decommissioning, public purpose programs, New System Generation Charges, the applicable Cost Responsibility Surcharge (CRS) pursuant to Schedule DA CRS or Schedule CCA CRS, and short-term commodity prices as set forth in Schedule TBCC.

**Direct Access (DA) and Community Choice Aggregation (CCA) Customers** purchase energy from their non-utility provider and continue receiving delivery services from PG&E.  Bills are equal to the sum of charges for transmission, transmission rate adjustments, reliability services, distribution, conservation incentive adjustment, public purpose programs, nuclear decommissioning, the franchise fee surcharge, New System Generation Charges, and the applicable CRS.  The CRS is equal to the sum of the individual charges set forth below.  Exemptions to the CRS, including exemptions for Medical Baseline and continuous DA service, are set forth in Schedules DA CRS and CCA CRS.

| | DA /CCA CRS | |
|---|---|---|
| Energy Cost Recovery Amount Charge (per kWh) | ($0.00057) | (R) |
| DWR Bond Charge (per kWh) | $0.00503 | |
| CTC Charge (per kWh) | $0.00132 | |
| Power Charge Indifference Adjustment (per kWh) | | |
| 2009 Vintage | $0.02785 | |
| 2010 Vintage | $0.03167 | |
| 2011 Vintage | $0.03286 | |
| 2012 Vintage | $0.03379 | |
| 2013 Vintage | $0.03388 | |
| 2014 Vintage | $0.03354 | |
| 2015 Vintage | $0.03338 | |
| 2016 Vintage | $0.03345 | |
| 2017 Vintage | $0.03346 | |
| 2018 Vintage | $0.03346 | |

10.　SOLAR GENERATION FACILITIES EXEMPTION:  Customers who utilize solar generating facilities which are less than or equal to one megawatt to serve load and who do not sell power or make more than incidental export of power into PG&E's power grid and who have not elected service under Schedule NEM, will be exempt from paying the otherwise applicable standby reservation charges.

(Continued)

| *Advice* | 5376-E-B | *Issued by* | *Submitted* | February 26, 2019 |
|---|---|---|---|---|
| *Decision* | | **Robert S. Kenney** | *Effective* | March 1, 2019 |
| | | *Vice President, Regulatory Affairs* | *Resolution* | |

Case: 19-30088　　Doc# 1648-1　　Filed: 04/24/19　　Entered: 04/24/19 12:51:35　　Page 8 of 21

**PACIFIC GAS AND**
**Electric Company®**

U 39  *San Francisco, California*

**ELECTRIC SCHEDULE E-1**                    Sheet 6
RESIDENTIAL SERVICES

SPECIAL
CONDITIONS:
(Cont'd.)

11.  DISTRIBUTED ENERGY RESOURCES EXEMPTION:  Any customer under a          (T)
     time-of-use rate schedule using electric generation technology that meets the
     criteria as defined in Electric Rule 1 for Distributed Energy Resources is exempt
     from the otherwise applicable standby reservation charges.  Customers qualifying
     for this exemption shall be subject to the following requirements.  Customers
     qualifying for an exemption from standby charges under Public Utilities (PU) Code
     Sections 353.1 and 353.3, as described above, must transfer to a time-of-use rate,
     to receive this exemption until a real-time pricing program, as described in PU
     Code 353.3, is made available.  Once available, customers qualifying for the
     standby charge exemption must participate in the real-time program referred to
     above.  Qualification for and receipt of this distributed energy resources exemption
     does not exempt the customer from metering charges applicable to time-of-use
     (TOU) and real-time pricing, or exempt the customer from reasonable
     interconnection charges, non-bypassable charges as required in Preliminary
     Statement BB - *Competition Transition Charge Responsibility for All Customers
     and CTC Procurement*, or obligations determined by the Commission to result from
     participation in the purchase of power through the California Department of Water
     Resources, as provided in PU Code Section 353.7.

12.  DWR BOND CHARGE:  The Department of Water Resources (DWR) Bond Charge          (T)
     was imposed by California Public Utilities Commission Decision 02-10-063, as
     modified by Decision 02-12-082, and is property of DWR for all purposes under
     California law.  The Bond Charge applies to all retail sales, excluding CARE and
     Medical Baseline sales.  The DWR Bond Charge (where applicable) is included in
     customers' total billed amounts.

| *Advice* | 3518-E-A | *Issued by* | *Date Filed* | December 30, 2009 |
|---|---|---|---|---|
| *Decision* | Resolution E-4289 | **Brian K. Cherry** | *Effective* | January 1, 2010 |
| | | *Vice President* | *Resolution* | E-4289 |
| | | *Regulatory Relations* | | |

Case: 19-30088    Doc# 1648-1    Filed: 04/24/19    Entered: 04/24/19 12:51:35    Page 9
of 21

| | Revised | Cal. P.U.C. Sheet No. | 43994-E |
|---|---|---|---|
| Cancelling Revised | | Cal. P.U.C. Sheet No. | 43796-E |

**Pacific Gas and Electric Company®**
San Francisco, California
U 39

### ELECTRIC SCHEDULE EL-1
Sheet 1
RESIDENTIAL CARE PROGRAM SERVICE

APPLICABILITY:  This schedule is applicable to single-phase and polyphase residential service in single-family dwellings and in flats and apartments separately metered by PG&E (see Special Condition 3) and to all single-phase and polyphase farm service on the premises operated by the person whose residence is supplied through the same meter where the applicant qualifies for California Alternate Rates for Energy (CARE) under the eligibility and certification criteria set forth in Rule 19.1, 19.2, or 19.3.*

The provisions of Schedule S—Standby Service Special Conditions 1 through 6 shall also apply to customers whose premises are regularly supplied in part (but not in whole) by electric energy from a nonutility source of supply. These customers will pay monthly reservation charges as specified under Section 1 of Schedule S, in addition to all applicable Schedule EL-1 charges. See Special Conditions 11 and 12 of this rate schedule for exemptions to standby charges.

TERRITORY:  The entire territory served.

RATES:  Total bundled service charges are calculated using the total rates below. Customers on this schedule are subject to the delivery minimum bill amount shown below applied to the delivery portion of the bill (i.e. to all rate components other than the generation rate). In addition, total bundled charges will include applicable generation charges per kWh for all kWh usage.

Direct Access (DA) and Community Choice Aggregation (CCA) charges shall be calculated in accordance with the paragraph in this rate schedule titled Billing.

#### TOTAL RATES

| | |
|---|---|
| Total Energy Rates ($ per kWh) | |
| Baseline Usage | $0.13947 |
| 101% - 400% of Baseline | $0.17528 |
| High Usage Over 400% of Baseline | $0.30709 |
| | |
| Delivery Minimum Bill Amount ($ per meter per day) | $0.16427 |
| | |
| California Climate Credit (per household, per semi-annual payment occurring in the April and October bill cycles) | ($27.70)  (I) |

---

\*  The Rules referred to in this schedule are part of PG&E's electric tariffs. Copies are available at PG&E's local offices and website at http://www.pge.com/tariffs

(Continued)

| | | | | |
|---|---|---|---|---|
| Advice | 5503-E | Issued by | Submitted | March 26, 2019 |
| Decision | 19-02-023 | **Robert S. Kenney** | Effective | April 1, 2019 |
| | | Vice President, Regulatory Affairs | Resolution | |

Case: 19-30088    Doc# 1648-1    Filed: 04/24/19    Entered: 04/24/19 12:51:35    Page 10 of 21

| | | Revised | Cal. P.U.C. Sheet No. | 43797-E |
|---|---|---|---|---|
| | Cancelling | Revised | Cal. P.U.C. Sheet No. | 43544-E |

**Pacific Gas and Electric Company**
U 39    San Francisco, California

**ELECTRIC SCHEDULE EL-1**                    Sheet 2
RESIDENTIAL CARE PROGRAM SERVICE

RATES:
(Cont'd.)    Total bundled service charges shown on customers' bills are unbundled according to the component rates shown below. Where the delivery minimum bill amount applies, the customer's bill will equal the sum of (1) the delivery minimum bill amount plus (2) for bundled service, the generation rate times the number of kWh used. For revenue accounting purposes, the revenues from the delivery minimum bill amount will be assigned to the Transmission, Transmission Rate Adjustments, Reliability Services, Public Purpose Programs, Nuclear Decommissioning, Competition Transition Charges, Energy Cost Recovery Amount, and New System Generation Charges based on kWh usage times the corresponding unbundled rate component per kWh, with any residual revenue assigned to Distribution.***

**UNBUNDLING OF TOTAL RATES**
Energy Rates by Component ($ per kWh)

| | | |
|---|---|---|
| **Generation:** | $0.11194 | (I) |
| **Distribution**\*\***: | $0.01536 | (I) |
| **Conservation Incentive Adjustment:** | | |
| Baseline Usage | ($0.02623) | (I) |
| 101% - 400% of Baseline | $0.00958 | (R) |
| High Usage Over 400% of Baseline | $0.14139 | (I) |
| **Transmission**\* (all usage) | $0.02469 | |
| **Transmission Rate Adjustments**\* (all usage) | $0.00325 | (I) |
| **Reliability Services**\* (all usage) | ($0.00084) | (R) |
| **Public Purpose Programs** (all usage) | $0.00774 | (I) |
| **Nuclear Decommissioning** (all usage) | $0.00053 | (I) |
| **Competition Transition Charges** (all usage) | $0.00132 | |
| **Energy Cost Recovery Amount** (all usage) | ($0.00057) | (R) |
| **New System Generation Charge** (all usage)\*\* | $0.00228 | |

––––––––––––––

\*    Transmission, Transmission Rate Adjustments and Reliability Service charges are combined for presentation on customer bills.
\*\*    Distribution and New System Generation Charges are combined for presentation on customer bills.
\*\*\*    This same assignment of revenues applies to direct access and community choice aggregation customers.

(Continued)

| Advice | 5376-E-B | Issued by | Submitted | February 26, 2019 |
|---|---|---|---|---|
| Decision | | **Robert S. Kenney** | Effective | March 1, 2019 |
| | | *Vice President, Regulatory Affairs* | Resolution | |

Case: 19-30088    Doc# 1648-1    Filed: 04/24/19    Entered: 04/24/19 12:51:35    Page 11 of 21

| | | Revised | Cal. P.U.C. Sheet No. | 43416-E |
|---|---|---|---|---|
| | *Cancelling* Revised | | Cal. P.U.C. Sheet No. | 34233-E |

**PG&E**
**Pacific Gas and Electric Company**®
U 39   San Francisco, California

**ELECTRIC SCHEDULE EL-1**          Sheet 3
RESIDENTIAL CARE PROGRAM SERVICE

SPECIAL CONDITIONS:

1. **BASELINE RATES:** PG&E may require the customer to complete and file with it a Declaration of Eligibility for Baseline Quantities for Residential Rates.

2. **BASELINE (TIER 1):** The following quantities of electricity are to be billed at the rate for baseline use:

BASELINE QUANTITIES (kWh PER DAY)

| Baseline Territory* | Code B - Basic Quantities | | | | Code H - All-Electric Quantities | | | |
|---|---|---|---|---|---|---|---|---|
| | Summer Tier I | | Winter Tier I | | Summer Tier I | | Winter Tier I | |
| P | 13.0 | (R) | 12.5 | (I) | 15.2 | (R) | 29.2 | (R) |
| Q | 9.9 | (I) | 12.5 | (I) | 8.7 | (I) | 29.2 | (R) |
| R | 16.5 | (I) | 11.1 | (I) | 19.2 | (I) | 29.4 | (R) |
| S | 14.3 | (I) | 11.1 | (R) | 17.3 | (I) | 26.3 | (R) |
| T | 6.8 | (R) | 8.4 | (R) | 7.7 | (R) | 14.4 | (R) |
| V | 7.6 | (R) | 9.2 | (R) | 11.2 | (R) | 18.5 | (R) |
| W | 17.8 | (I) | 10.1 | | 21.1 | (I) | 19.9 | (R) |
| X | 9.9 | (R) | 10.7 | (R) | 8.8 | (R) | 16.2 | (R) |
| Y | 10.7 | (I) | 12.7 | (I) | 12.6 | (R) | 26.8 | (R) |
| Z | 6.1 | (R) | 8.9 | (R) | 7.0 | (R) | 18.0 | (R) |

3. **ANNUAL CONTRACT:** For customers who use service for only part of the year, this schedule is applicable only on an annual contract.

4. **ALL-ELECTRIC QUANTITIES (Code H):** All-electric quantities are applicable to service to customers with permanently installed electric heating as the primary heat source. All-electric quantities are also applicable to service to customers of record as of November 15, 1984, to whom the former Code W (Basic plus Water Heating) lifeline allowance was applicable on May 15, 1984, and who thereafter maintain continuous service at the same location under this schedule.

If more than one electric meter serves a residential dwelling unit, the all-electric quantities, if applicable, will be allocated only to the primary meter.

\* The applicable baseline territory is described in Part A of the Preliminary Statement.

(Continued)

| Advice | 5429-E | *Issued by* | Submitted | November 19, 2018 |
|---|---|---|---|---|
| Decision | 18-08-013 | **Robert S. Kenney** | Effective | January 1, 2019 |
| | | *Vice President, Regulatory Affairs* | Resolution | |

Case: 19-30088   Doc# 1648-1   Filed: 04/24/19   Entered: 04/24/19 12:51:35   Page 12 of 21

**PACIFIC GAS AND ELECTRIC COMPANY®**
U 39  San Francisco, California

**ELECTRIC SCHEDULE EL-1**                Sheet 4
RESIDENTIAL CARE PROGRAM SERVICE

SPECIAL
CONDITIONS:
(Cont'd.)

5.  ADDITIONAL METERS:  If a residential dwelling unit is served by more than one electric meter, the customer must designate which meter is the primary meter and which is (are) the additional meter(s).  Only the basic baseline quantities will be applicable to the additional meter(s).

6.  SEASONAL CHANGES:  The summer season is May 1 through October 31 and the winter season is November 1 through April 30.  Bills that include multiplying the applicable daily baseline quantity for each season by the number of days in each season for the billing period.

7.  STANDARD MEDICAL QUANTITIES (Code M - Basic Plus Medical Quantities, Code S - All-Electric Plus Medical Quantities):  Additional medical quantities are available as provided in Rule 19, for both the primary and additional meters.

8.  COMMON-AREA ACCOUNTS:  Common-area accounts that are separately metered by PG&E have a one-time option of switching to an applicable general service rate schedule by notifying PG&E in writing.  Common-area accounts are those accounts that provide electric service to Common Use Areas as defined in Rule 1.

    Accounts that switch to a general service tariff will have one, and possibly two, opportunities to return to a residential rate schedule.  Please see Common-Area Accounts Section of General Service Schedules A-1, A-6, A-10, and E-19 for more details.

9.  BILLING:  A customer's bill is calculated based on the option applicable to the customers:

    **Bundled Service Customers** receive supply and delivery services solely from PG&E.  The customer's bill is based on the Total Rates and Conditions set forth in this schedule.

    **Transitional Bundled Service Customers** take transitional bundled service as prescribed in Rules 22.1 and 23, or take bundled service prior to the end of the six (6) month advance notice period required to elect bundled portfolio service as prescribed in Rules 22.1 and 23.  These customers shall pay charges for transmission, transmission rate adjustments, reliability services, distribution, conservation incentive adjustment, nuclear decommissioning, public purpose programs, New System Generation Charges, the applicable Cost Responsibility Surcharge (CRS) pursuant to Schedule DA CRS or Schedule CCA CRS, and short-term commodity prices as set forth in Schedule TBCC.                (T)

    **Direct Access (DA) and Community Choice Aggregation Service (CCA Service) Customers** purchase energy from their non-utility provider and continue receiving delivery services from PG&E.  Bills are equal to the sum of charges for transmission, transmission rate adjustments, reliability services, distribution, conservation incentive adjustment, public purpose programs, nuclear decommissioning, New System Generation Charges, the franchise fee surcharge, and the applicable CRS.  The CRS is equal to the sum of the individual charges set forth below.  Exemptions to the CRS, including exemptions for Medical Baseline and continuous DA service, are set forth in Schedules DA CRS and CCA CRS.     (T)

(D)

(Continued)

Case: 19-30088    Doc# 1648-1    Filed: 04/24/19    Entered: 04/24/19 12:51:35    Page 13 of 21

| | Revised | *Cal. P.U.C. Sheet No.* | 43798-E |
|---|---|---|---|
| *Cancelling* Revised | | *Cal. P.U.C. Sheet No.* | 41886-E |

**PACIFIC GAS AND Electric Company®**
U 39  *San Francisco, California*

**ELECTRIC SCHEDULE EL-1**          Sheet 5
RESIDENTIAL CARE PROGRAM SERVICE

SPECIAL
CONDITIONS:
(Cont'd.)

9.   BILLING (Cont'd.):

|  | DA / CCA CRS |  |
|---|---|---|
| Energy Cost Recovery Amount Charge (per kWh) | ($0.00057) | (R) |
| DWR Bond Charge (per kWh) | $0.00000 | |
| CTC Charge (per kWh) | $0.00132 | |
| Power Charge Indifference Adjustment (per kWh) | | |
| 2009 Vintage | $0.02785 | |
| 2010 Vintage | $0.03167 | |
| 2011 Vintage | $0.03286 | |
| 2012 Vintage | $0.03379 | |
| 2013 Vintage | $0.03388 | |
| 2014 Vintage | $0.03354 | |
| 2015 Vintage | $0.03338 | |
| 2016 Vintage | $0.03345 | |
| 2017 Vintage | $0.03346 | |
| 2018 Vintage | $0.03346 | |

10.   SOLAR GENERATION FACILITIES EXEMPTION:  Customers who utilize solar generating facilities which are less than or equal to one megawatt to serve load and who do not sell power or make more than incidental export of power into PG&E's power grid and who have not elected service under Schedule NEM, will be exempt from paying the otherwise applicable standby reservation charges.

11.   DISTRIBUTED ENERGY RESOURCES EXEMPTION:  Any customer under a time-of-use rate schedule using electric generation technology that meets the criteria as defined in Electric Rule 1 for Distributed Energy Resources is exempt from the otherwise applicable standby reservation charges.  Customers qualifying for this exemption shall be subject to the following requirements.  Customers qualifying for an exemption from standby charges under Public Utilities (PU) Code Sections 353.1 and 353.3, as described above, must transfer to a time-of-use rate, to receive this exemption until a real-time pricing program, as described in PU Code 353.3, is made available.  Once available, customers qualifying for the standby charge exemption must participate in the real-time program referred to above.  Qualification for and receipt of this distributed energy resources exemption does not exempt the customer from metering charges applicable to time-of-use (TOU) and real-time pricing, or exempt the customer from reasonable interconnection charges, non-bypassable charges as required in Preliminary Statement BB – *Competition Transition Charge Responsibility for All Customers and CTC Procurement*, or obligations determined by the Commission to result from participation in the purchase of power through the California Department of Water Resources, as provided in PU Code Section 353.7.

12.   DWR BOND CHARGE:  The Department of Water Resources (DWR) Bond Charge was imposed by California Public Utilities Commission Decision 02-10-063, as modified by Decision 02-12-082, and is property of DWR for all purposes under California law.  The Bond Charge applies to all retail sales, excluding CARE and Medical Baseline sales.  The DWR Bond Charge (where applicable) is included in customers' total billed amounts.

| *Advice* | 5376-E-B | *Issued by* | *Submitted* | February 26, 2019 |
|---|---|---|---|---|
| *Decision* | | **Robert S. Kenney** | *Effective* | March 1, 2019 |
| | | *Vice President, Regulatory Affairs* | *Resolution* | |

Case: 19-30088   Doc# 1648-1   Filed: 04/24/19   Entered: 04/24/19 12:51:35   Page 14 of 21

**Pacific Gas and Electric Company**
San Francisco, California
U 39

Original    Cal. P.U.C. Sheet No.    35091-E
Cancelling    Cal. P.U.C. Sheet No.

# ELECTRIC SCHEDULE EITE    Sheet 1   (N)
## EMISSIONS-INTENSIVE AND TRADE-EXPOSED CUSTOMER (N)
## GREENHOUSE GAS ALLOWANCE REVENUE PROVISIONS (N)

| | |
|---|---|
| APPLICABILITY: | This Schedule is applicable to customers designated as Emissions-Intensive and Trade-Exposed (EITE) for the purposes of receiving greenhouse gas (GHG) allowance revenue from the State of California. |
| TERRITORY: | This schedule is available to customers located within PG&E's service territory. |
| RATES: | All charges and provisions of the Customer's otherwise applicable tariff (OAT) apply, except that EITE customers receive an annual GHG allowance revenue credit (CA Industry Assistance) from the State of California. |
| SPECIAL CONDITIONS: | 1. EITE Customer Designation: Pursuant to California Public Utility Commission (CPUC or Commission) Decisions (D.)12-12-033 and 14-12-037, an EITE Customer is defined as any entity in an industrial sector that qualifies for industry assistance under the California Air Resources Board's (CARB's) cap-and-trade regulation, including new market entrants as defined in D.14-12-037, regardless of the amount of emissions produced. Such entities are explicitly listed by North American Industry Classification System (NAICS) code. For the purposes of receiving CA Industry Assistance, the EITE Customer designation also includes (1) Small EITE Entities, which are defined as any facility that operates in a sector eligible for industry assistance that has annual direct emissions less than 25,000 MTCO2e (refer to Special Condition 4 below) and (2) Non-Covered Subsector Entities (refer to Special Condition 5 below) provided these Customers successfully attest to their EITE eligibility, if required. Bundled Service Customers, Direct Access Customers, Community Choice Aggregation Service Customers, Customers receiving Standby Service, and Customers that pay only Departing Load charges to PG&E are all eligible to be designated as EITE for the purposes of receiving CA Industry Assistance. Customers previously designated as EITE with facilities that cease operations or that are no longer primarily dedicated to EITE-eligible industrial activities, as determined by the Commission's Energy Division, are not eligible to receive CA Industry Assistance for those facilities on a going-forward basis. |
| | 2. EITE Credit Amount Determination: An EITE Customer's annual CA Industry Assistance amount is determined by the Commission's Energy Division on a prospective basis pursuant to D.14-12-037, and the specific dollar amount of CA Industry Assistance calculated by the Energy Division for each EITE Customer is provided by the Energy Division to PG&E. For EITE Customers that operate in multiple utility service territories, the amount of CA Industry Assistance is distributed in proportion to the Customer's purchases from each utility on an annual basis. |

(Continued)

| | | | |
|---|---|---|---|
| Advice Letter No: | 4588-E | Issued by | Date Filed   February 17, 2015 |
| Decision No. | 14-12-037 | **Steven Malnight** | Effective   March 19, 2015 |
| | | Senior Vice President | Resolution No. |
| | | Regulatory Affairs | |

Case: 19-30088    Doc# 1648-1    Filed: 04/24/19    Entered: 04/24/19 12:51:35    Page 15 of 21

**ELECTRIC SCHEDULE EITE**    Sheet 2    (N)
EMISSIONS-INTENSIVE AND TRADE-EXPOSED CUSTOMER    (N)
GREENHOUSE GAS ALLOWANCE REVENUE PROVISIONS    (N)

SPECIAL
CONDITIONS:
(Cont'd.)

3. EITE Credit Disbursement: The annual GHG allowance revenue amount is disbursed as a bill credit identified as "CA Industry Assistance" on the EITE Customer's April billing statement[1]. However, EITE Customers with direct emissions of 25,000 MTCO2e and higher may request to receive an annual check in lieu of the annual on-bill credit. Any EITE Customer that receives CA Industry Assistance via an on-bill credit may request a check for any remaining credit balance on the account.

4. Attestation Process for Customers with Direct Emissions less than 10,000 MTCO2e: Customers with direct emissions less than 10,000 MTCO2e are required to attest to the Commission that their facility (or facilities) is primarily engaged in activities described by an EITE-eligible NAICS code in order to be designated as EITE for the purposes of receiving CA Industry Assistance. Customers who successfully attest will begin receiving GHG allowance revenue as an EITE Customer for the next calendar year[2], and their eligibility will persist for the duration of the cap-and-trade compliance period[3]. Customers will have an opportunity to make an attestation to the Commission on an annual basis. The attestation provisions outlined herein are subject to modification by the Commission.

5. Special Provisions for Non-Covered Subsector Entities: For the purposes of receiving CA Industry Assistance, Customers that operate a facility primarily in an industry that matches a six-digit NAICS code included in Table 8-1 of CARB's cap-and-trade regulation but that are not designated as covered entities are eligible to be designated as EITE, even if the industry's activity does not match one of the subsector activities included in Table 8-1 of CARB's cap-and-trade regulation (Non-Covered Subsector Entities). In order to receive CA Industry Assistance, Non-Covered Subsector Entities must attest to the Commission that they operate in a sector or subsector that has the same six-digit NAICS code as other sectors eligible to receive industry assistance under CARB's cap-and-trade regulation. Customers who successfully attest will begin receiving CA Industry Assistance for the next calendar year, and their eligibility will persist for the duration of the cap-and-trade compliance period.

(N)

---

[1] The first disbursement of CA Industry Assistance to EITE Customers will take place in 2015, but may not occur with the April billing statement. This disbursement will include GHG allowance revenues, with interest as applicable, from 2013, 2014 and 2015.

[2] Customers that successfully demonstrate eligibility in 2015, or the first year when the attestation process is available, will receive CA Industry Assistance to address GHG costs associated with 2013, 2014 and 2015, with interest if applicable. For 2013-2015, the amount of CA Industry Assistance received by an EITE Customer will reflect a deduction of the amount of Small Business Customer California Climate Credit received for any of the electricity meters (i.e., service accounts) associated with the EITE-eligible facility.

[3] The cap-and-trade program is divided into three compliance periods: 2013-2014, 2015-2017, and 2018-2020.

(N)

(Continued)

| | | | |
|---|---|---|---|
| *Advice Letter No:* | 4588-E | *Issued by* | *Date Filed*   February 17, 2015 |
| *Decision No.* | 14-12-037 | **Steven Malnight** | *Effective*   March 19, 2015 |
| | | Senior Vice President | *Resolution No.* |
| | | *Regulatory Affairs* | |

**Pacific Gas and Electric Company**
San Francisco, California
U 39

Original        Cal. P.U.C. Sheet No.        35093-E
Cancelling        Cal. P.U.C. Sheet No.

**ELECTRIC SCHEDULE EITE**                Sheet 3    (N)
EMISSIONS-INTENSIVE AND TRADE-EXPOSED CUSTOMER        (N)
GREENHOUSE GAS ALLOWANCE REVENUE PROVISIONS        (N)

SPECIAL
CONDITIONS:
(Cont'd.)

5.    Special Provisions for Non-Covered Subsector Entities: (Cont'd.)        (N)

Customers that successfully demonstrate eligibility in 2015, or the first year when the attestation process is available, will receive CA Industry Assistance to address GHG costs associated with 2013, 2014 and 2015[4] Customers will have an opportunity to make an attestation to the Commission on an annual basis. The attestation provisions outlined herein are subject to modification by the Commission.

Further, upon completion of a future Commission study designed to assess the leakage risk associated with Non-Covered Subsector Entities, if any such subsector activities are found to not pose a leakage risk, then the Non-Covered Subsector Entities participating in those industrial subsector activities that may have previously received CA Industry Assistance will no longer receive CA Industry Assistance on a going-forward basis beginning with the next calendar year after the study is completed.

6.    Special Provisions for Customers that are Both Small Business and EITE: If a Customer is designated as EITE, pursuant to Special Condition 1 above, none of the Customer's electricity usage for any of the electricity meters (i.e., service accounts) associated with the EITE-eligible facility are eligible to receive Small Business Customer California Climate Credits, as defined in Rule 1[5]. However, any Customer with direct emissions less than 10,000 MTCO2e that is eligible to receive GHG allowance revenue as both a Small Business Customer and an EITE Customer will only receive the Small Business Customer California Climate Credit unless and until the Customer attests to the Commission that it is EITE-eligible, pursuant to Special Condition 4 above.

---

[4] For 2013-2015, the amount of CA Industry Assistance received by an EITE Customer will reflect a deduction of the amount of Small Business Customer California Climate Credit received for any of the electricity meters (i.e., service accounts) associated with the EITE-eligible facility.
[5] See Footnote 2        (N)

(Continued)

Case: 19-30088    Doc# 1648-1    Filed: 04/24/19    Entered: 04/24/19 12:51:35    Page 17 of 21

**PACIFIC GAS AND ELECTRIC COMPANY®**
U 39    *San Francisco, California*

## GAS SCHEDULE G-1                                    Sheet 1
### RESIDENTIAL SERVICE

APPLICABILITY:      This rate schedule[1] applies to natural gas service to Core End-Use Customers on PG&E's Transmission and/or Distribution Systems. To qualify, service must be to individually-metered single family premises for residential use, including those in a multifamily complex, and to separately-metered common areas in a multifamily complex where Schedules GM, GS, or GT are not applicable. Common area accounts that are separately metered by PG&E have an option of switching to a core commercial rate schedule. Common area accounts are those accounts that provide gas service to common use areas as defined in Rule 1.

Per D.15-10-032 and D.18-03-017, transportation rates include GHG Compliance Cost for non-covered entities. Customers who are directly billed by the Air Resources Board (ARB), i.e., covered entities, are exempt from paying AB 32 GHG Compliance Costs through PG&E's rates.[2] A "Cap-and-Trade Cost Exemption" credit for these costs will be shown as a line item on exempt customers' bills.[3, 4]

TERRITORY:          Schedule G-1 applies everywhere within PG&E's natural gas Service Territory.

RATES:              Customers on this schedule pay a Procurement Charge and a Transportation Charge, per meter, as shown below. The Transportation Charge will be no less than the Minimum Transportation Charge, as follows:

Minimum Transportation Charge:[5]

| | Per Day |
|---|---|
| | $0.09863 |

| | Per Therm | | |
|---|---|---|---|
| | Baseline | | Excess |
| Procurement: | $0.31238 (R) | | $0.31238 (R) |
| Transportation Charge: | $0.99933 (I) | | $1.59892 (I) |
| Total: | $1.31171 (R) | | $1.91130 (R) |
| California Natural Gas Climate Credit (per Household, annual payment occurring in the April bill cycle) | ($25.45) | | (T) (T) |

Public Purpose Program Surcharge:
Customers served under this schedule are subject to a gas Public Purpose Program (PPP) Surcharge under Schedule G-PPPS.

See Preliminary Statement, Part B for the Default Tariff Rate Components.

The Procurement Charge on this schedule is equivalent to the rate shown on informational Schedule G-CP—Gas Procurement Service to Core End-Use Customers.

---

[1]  PG&E's gas tariffs are available online at www.pge.com.

[2]  Covered entities are not exempt from paying costs associated with LUAF Gas and Gas used by Company Facilities.

[3]  The exemption credit will be equal to the effective non-exempt AB 32 GHG Compliance Cost Rate ($ per therm) included in Preliminary Statement – Part B, multiplied by the customer's billed volumes (therms) for each billing period.

[4]  PG&E will update its billing system annually to reflect newly exempt or newly excluded customers to conform with lists of Directly Billed Customers provided annually by the ARB.

[5]  The Minimum Transportation charge does not apply to submetered tenants of master-metered customers served under gas rate Schedules GS and GT.

(Continued)

| *Advice* | 4079-G | *Issued by* | *Submitted* | March 25, 2019 |
|---|---|---|---|---|
| *Decision* | | **Robert S. Kenney** | *Effective* | April 1, 2019 |
| | | *Vice President, Regulatory Affairs* | *Resolution* | |

Case: 19-30088    Doc# 1648-1    Filed: 04/24/19    Entered: 04/24/19 12:51:35    Page 18 of 21

**Pacific Gas and Electric Company®**
U 39    San Francisco, California

## GAS SCHEDULE G-1
### RESIDENTIAL SERVICE

Sheet 2

**BASELINE QUANTITIES:** The delivered quantities of gas shown below are billed at the rates for baseline use. (L)

BASELINE QUANTITIES (Therms Per Day Per Dwelling Unit)

| Baseline Territories*** | Summer Effective Apr. 1, 2016 | Winter Effective Nov. 1, 2015 |
|---|---|---|
| P | 0.46 | 2.15 |
| Q | 0.69 | 1.98 |
| R | 0.46 | 1.79 |
| S | 0.46 | 1.92 |
| T | 0.69 | 1.79 |
| V | 0.69 | 1.79 |
| W | 0.46 | 1.69 |
| X | 0.59 | 1.98 |
| Y | 0.85 | 2.55 |

**SEASONAL CHANGES:** The summer season is April 1 through October 31, and the winter season is November 1 through March 31. Baseline quantities for bills that include the April 1 and November 1 seasonal changeover dates will be calculated by multiplying the applicable daily baseline quantity for each season by the number of days in each season for the billing period.

**STANDARD MEDICAL QUANTITIES:** Additional medical quantities (Code M) are available as provided in Rule 19.

**SURCHARGES:** Customers served under this schedule in conjunction with Schedule G-CT, or in conjunction with noncore service, are subject to a franchise fee surcharge under Schedule G-SUR for gas volumes purchased from parties other than PG&E and transported by PG&E.

Customers served under this schedule are subject to a gas Public Purpose Program (PPP) Surcharge under Schedule G-PPPS.

**ALTERNATIVE PROCUREMENT OPTIONS:** Customers may procure gas supply from a party other than PG&E by taking this schedule in conjunction with Schedule G-CT—Core Gas Aggregation Service. Customers who procure their own gas supply will not pay the Procurement Charge component of this rate schedule shown above and will be subject to the applicable rates specified in Schedule G-CT.

_____

*** The applicable baseline territory is described in Preliminary Statement, Part A. (L)

Case: 19-30088    Doc# 1648-1    Filed: 04/24/19    Entered: 04/24/19 12:51:35    Page 19 of 21

**Pacific Gas and Electric Company**[®]

U 39   San Francisco, California

| | Revised | *Cal. P.U.C. Sheet No.* | 34903-G |
|---|---|---|---|
| *Cancelling* Revised | | *Cal. P.U.C. Sheet No.* | 34853-G |

**GAS SCHEDULE GL-1**                              Sheet 1

RESIDENTIAL CARE PROGRAM SERVICE

APPLICABILITY:   This rate schedule[1] applies to natural gas service to Core End-Use Customers on PG&E's Transmission and Distribution Systems.  To qualify, service must be to individually-metered single family premises for residential use, including those in a multifamily complex, where the applicant qualifies for California Alternate Rates for Energy (CARE) under the eligibility and certification criteria set forth in Rules 19.1, 19.2, or 19.3.  Common area accounts that are separately metered by PG&E have an option of switching to a core commercial rate schedule. Common area accounts are those accounts that provide gas service to common use areas as defined in Rule 1.

Per D.15-10-032 and D.18-03-017, transportation rates include GHG Compliance Cost for non-covered entities. Customers who are directly billed by the Air Resources Board (ARB), i.e., covered entities, are exempt from paying AB 32 GHG Compliance Costs through PG&E's rates.[2] A "Cap-and-Trade Cost Exemption" credit for these costs will be shown as a line item on exempt customers' bills.[3, 4]

TERRITORY:   Schedule GL-1 applies everywhere within PG&E's natural gas Service Territory.

RATES:   Customers on this schedule pay a Procurement Charge and a Transportation Charge, per meter. Qualifying CARE Core End-Use Customers receive a CARE Discount, which applies to both procurement and transportation charges.

|  | Per Therm | | | |
|---|---|---|---|---|
|  | Baseline | | Excess | |
| Procurement Charge: | $0.31238 | (R) | $0.31238 | (R) |
| Transportation Charge: | $0.99933 | (I) | $1.59892 | (I) |
| CSI- Solar Thermal Exemption | ($0.00178) | | ($0.00178) | |
| CARE Discount: | ($0.26199) | (I) | ($0.38190) | (I) |
| Total: | $1.04794 | (R) | $1.52762 | (R) |
| California Natural Gas Climate Credit (per Household, annual payment occurring in the April bill cycle) | ($25.45) | | | (T)  (T) |

Public Purpose Program Surcharge:

Customers served under this schedule are subject to a gas Public Purpose Program (PPP) Surcharge under Schedule G-PPPS.

See Preliminary Statement, Part B for the Default Tariff Rate Components.

The Procurement Charge on this schedule is equivalent to the rate shown on informational Schedule G-CP—Gas Procurement Service to Core End-Use Customers.

---

[1]   PG&E's gas tariffs are available online at www.pge.com.

[2]   Covered entities are not exempt from paying costs associated with LUAF Gas and Gas used by Company Facilities.

[3]   The exemption credit will be equal to the effective non-exempt AB 32 GHG Compliance Cost Rate ($ per therm) included in Preliminary Statement – Part B, multiplied by the customer's billed volumes (therms) for each billing period.

[4]   PG&E will update its billing system annually to reflect newly exempt or newly excluded customers to conform with lists of Directly Billed Customers provided annually by the ARB.

(Continued)

| *Advice* | 4079-G | *Issued by* | *Submitted* | March 25, 2019 |
|---|---|---|---|---|
| *Decision* | | **Robert S. Kenney** | *Effective* | April 1, 2019 |
| | | *Vice President, Regulatory Affairs* | *Resolution* | |

Case: 19-30088   Doc# 1648-1   Filed: 04/24/19   Entered: 04/24/19 12:51:35   Page 20 of 21

**Pacific Gas and Electric Company®**
San Francisco, California

U 39

**GAS SCHEDULE GL-1**  Sheet 2
RESIDENTIAL CARE PROGRAM SERVICE

**BASELINE QUANTITIES:**
The delivered quantities of gas shown below are billed at the rates for baseline use.

BASELINE QUANTITIES (Therms Per Day Per Dwelling Unit)

| Baseline Territories*** | Summer Effective Apr. 1, 2016 | | Winter Effective Nov. 1, 2015 | | (T) |
|---|---|---|---|---|---|
| P | 0.46 | | 2.15 | (R) | |
| Q | 0.69 | (I) | 1.98 | (R) | |
| R | 0.46 | (I) | 1.79 | (R) | |
| S | 0.46 | | 1.92 | | |
| T | 0.69 | (I) | 1.79 | | |
| V | 0.69 | | 1.79 | | |
| W | 0.46 | | 1.69 | | |
| X | 0.59 | | 1.98 | (R) | |
| Y | 0.85 | (I) | 2.55 | (R) | |

**SEASONAL CHANGES:**
The summer season is April 1 through October 31, and the winter season is November 1 through March 31. Baseline quantities for bills that include the April 1 and November 1 seasonal changeover dates will be calculated by multiplying the applicable daily baseline quantity for each season by the number of days in each season for the billing period.

**STANDARD MEDICAL QUANTITIES:**
Additional medical quantities (Code M) are available as provided in Rule 19.

**SURCHARGES:**
Customers served under this schedule in conjunction with Schedule G-CT, or in conjunction with noncore service, are subject to a franchise fee surcharge under Schedule G-SUR for gas volumes purchased from parties other than PG&E and transported by PG&E.

Customers served under this schedule are subject to a gas Public Purpose Program (PPP) Surcharge under Schedule G-PPPS.

**ALTERNATIVE PROCUREMENT OPTION:**
Customers may procure gas supply from a party other than PG&E by taking this schedule in conjunction with Schedule G-CT—Core Gas Aggregation Service. Customers who procure their own gas supply will not pay the Procurement Charge component of this rate schedule shown above and will be subject to the applicable rates specified in Schedule G-CT.

_____

** The applicable baseline territory is described in Preliminary Statement, Part A.

| *Advice* | 3644-G | *Issued by* | *Date Filed* | October 26, 2015 |
| *Decision* | 97-10-065 & 98-07-025 | **Steven Malnight** | *Effective* | November 1, 2015 |
| | | *Senior Vice President* | *Resolution* | |
| | | *Regulatory Affairs* | | |

Case: 19-30088   Doc# 1648-1   Filed: 04/24/19   Entered: 04/24/19 12:51:35   Page 21 of 21