EDWARD J. TREDINNICK (#84033)
GREENE RADOVSKY MALONEY
  SHARE & HENNIGH LLP
Four Embarcadero Center, Suite 4000
San Francisco, California 94111-4106
Telephone: (415) 981-1400
Facsimile: (415) 777-4961
E-mail: etredinnick@greeneradovsky.com

Attorneys for Creditor,
City and County of San Francisco

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors,<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No.: 19-30088-DM<br><br>Chapter 11<br><br>**STATEMENT OF CITY AND COUNTY OF SAN FRANCISCO IN SUPPORT OF MOTION BY TURN FOR APPOINTMENT OF OFFICIAL COMMITTEE OF RATEPAYER CLAIMANTS PURSUANT TO 11 U.S.C. §§ 1102(a)(2), 105(a)**<br><br>DATE: May 8, 2019<br>TIME: 9:30 am<br>PLACE: Courtroom 17<br>    450 Golden Gate Avenue, 16th Fl.<br>    San Francisco, California<br>JUDGE: Hon. Dennis Montali<br><br>RELATED DOCKET NOS: 1324 |

///

    The City and County of San Francisco (**"San Francisco"**) in the above-captioned chapter 11 cases of Pacific Gas and Electric Company (the **"Utility"**) and PG&E Corporation (**"PG&E Corp."**

and, together with the Utility, the **"Debtors"**), hereby submits this statement in support of the Motion by TURN for Appointment of Official Committee of Ratepayer Claimants Pursuant to 11 U.S.C. §§ 1102(a)(2), 105(a) (the "**TURN Motion**") [Docket No. 1324].

Pacific Gas and Electric Company is the investor-owned utility that serves San Francisco. The citizens of San Francisco are impacted by the Utility's rates regardless of whether they take gas and electric service solely from the Utility, or are customers of San Francisco's publicly-owned utility or San Francisco's community choice aggregation program ("**CCA**"), CleanPowerSF. Therefore, San Francisco strongly supports an official committee to advocate on behalf of ratepayers.

San Francisco agrees with TURN that ratepayers represent unique interests in these proceedings. Indeed, while San Francisco in no way intends to minimize the critical interests of fire victims and their communities (and San Francisco is pleased that a committee has been formed to represent their interests), ratepayers likely represent one of the largest interests in terms of the long-term monetary impacts of the Utility's bankruptcy. That is because of the Utility's ability to potentially recover its costs, including claims paid to other creditors, by passing them on to ratepayers – this is a very different posture than other creditors in these bankruptcy cases. Given these unique interests, the two current official committees representing general unsecured creditors and fire victims/tort claimants, as presently constituted, do not adequately represent ratepayers.

In support of the TURN Motion, San Francisco notes the extraordinary nature of these bankruptcy cases. This is the second time in the past 18 years that the Utility has declared bankruptcy. As a result of the Utility's prior bankruptcy, ratepayers paid costs in the ***billions of dollars*** through increased rates. The Utility's customers already pay some of the highest rates in the country and the current bankruptcy cases will likely result in even higher rates. The Utility has already requested an increase in revenue for 2020 of $1.2 billion. The possible effects on ratepayers are substantial, long-term financial burdens that the Utility's customers could bear for many years to come.

San Francisco also agrees with TURN that a ratepayer committee should represent a broad diversity of ratepayer interests. In that regard, San Francisco suggests that, if formed, the committee includes ratepayers from communities that have been, or are in danger of being, affected by catastrophic wildfires. The looming threat of wildfires gives such ratepayers a perspective that is

2

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
FOUR EMBARCADERO
CTR, SUITE 4000
SAN FRANCISCO, CA
94111

545522.1

Case: 19-30088   Doc# 1650   Filed: 04/24/19   Entered: 04/24/19 13:28:07   Page 2 of 3

markedly different from that of consumer groups that regularly represent ratepayers before the California Public Utilities Commission.  The committee should also include CCA ratepayers, who are uniquely situated among the Utility's other ratepayers.  Although they receive competitive electric generation supply from their local communities, they also pay for the Utility's recovery of above-market procurement costs and receive other services, such as transmission and distribution, from the Utility.

      To be clear San Francisco does not intend to participate on a ratepayers committee should the Court direct the U.S. Trustee to appoint one, due to San Francisco's serious interest in negotiating with the Utility to acquire electric infrastructure assets in the City and County, subject ultimately to approval of this Court.  San Francisco is currently undertaking a due diligence and feasibility analysis to inform its decision about making an offer.  But San Francisco urges the appointment of an official ratepayers committee to ensure that ratepayers' distinct interests have a formal avenue to be effectively and efficiently represented in these bankruptcy cases.

Respectfully submitted,

Dated: April 24, 2019        GREENE RADOVSKY MALONEY
      SHARE & HENNIGH LLP


By: _____/s/ Edward Tredinnick_____
      Edward J. Tredinnick
Attorneys for Creditor,
City and County of San Francisco

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
FOUR EMBARCADERO
CTR, SUITE 4000
SAN FRANCISCO, CA
94111

3

Case: 19-30088   Doc# 1650   Filed: 04/24/19   Entered: 04/24/19 13:28:07   Page 3 of 3

545522.1