

1  Thomas C. Mitchell (CA State Bar No. 124438)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
3  San Francisco, CA 94105
   Telephone: (415) 773-5732
4  Facsimile: (415) 773-5759
   Email: tcmitchell@orrick.com
5

The following is a signature block overlaid on the address:

Signed and Filed: April 24, 2019

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

6  Debra L. Felder (admitted *pro hac vice*)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
7  1152 15th Street, NW
   Washington, DC 20005
8  Telephone: (202) 339-8567
   Facsimile: (202) 339-8500
9  Email: dfelder@orrick.com

10  *Counsel for mNOC AERS LLC*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case<br>Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11<br>(Lead Case)<br>(Jointly Administered) |
| -and-<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.** | **ORDER GRANTING mNOC AERS LLC'S MOTION UNDER 11 §§ 105(A) AND 107(B) AND FRBP 9018 FOR ENTRY OF AN ORDER AUTHORIZING THE FILING OF CERTAIN DOCUMENTS AND RELATED FILINGS UNDER SEAL** |
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM.* | Related Docket Nos. 1596 and 1599 |

Upon *mNOC AERS LLC's* ("mNOC") *Motion and Memorandum of Points and Authorities Under 11 U.S.C. §§ 105(a) and 107(b) and FRCP 9018 for Entry of An Order Authorizing the Filing of Certain Documents and Related Filings Under Seal*, dated April 22, 2019 (the "Motion to File Under Seal") (Dkt. 1596),[1]

**IT IS HEREBY ORDERED THAT:**

1. The Motion to File Under Seal is granted.

2. mNOC is authorized to file the CSA and unredacted copies of the Motion Papers under seal pursuant to Section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018.

3. The CSA and the unredacted Motion Papers are confidential, shall remain under seal, and shall not be made available to anyone without the consent of mNOC and the parties thereto, except that copies shall be provided to the Court on a strictly confidential basis.

4. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. mNOC is authorized to take all steps necessary or appropriate to carry out this Order.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**\*\*END OF ORDER\*\***

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to them in the Motion to File Under Seal.