JEFFREY C. KRAUSE, SBN 94053
  jkrause@gibsondunn.com
GENEVIEVE G. WEINER, SBN 254272
  gweiner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

MICHAEL A. ROSENTHAL, NY SBN 4697561
  mrosenthal@gibsondunn.com
  *(pro hac vice application pending)*
ALAN MOSKOWITZ, NY SBN 4760476
  amoskowitz@gibsondunn.com
  *(pro hac vice application pending)*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Telephone: 212.351.4000
Facsimile:  212.351.4035

Attorneys for Topaz Solar Farms LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E Corporation,<br><br>         Debtor.<br><br>Tax I.D. No. 94-3234914 | CASE NO. 3:19-bk-30088<br>*Joint Administration Pending*<br><br>Chapter 11<br><br>Assigned to the Hon. Dennis Montali<br><br>**ALAN MOSKOWITZ'S AMENDED APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| In re:<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>         Debtor.<br><br>Tax I.D. No. 94-0742640 | |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, ALAN MOSKOWITZ, an active member in good standing of the bar of NEW YORK, hereby submits this amended application for admission to practice in the Northern District of California on a *pro hac vice* basis representing TOPAZ SOLAR FARMS LLC in the above-entitled action.

In support of this application, I certify under oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Genevieve G. Weiner
> Gibson, Dunn & Crutcher LLP
> 333 South Grand Avenue
> Los Angeles, CA 90071-3197
> Email: Gweiner@gibsondunn.com
> Telephone: 213.229.7000
> Facsimile: 213.229.7520

In addition, attached hereto is a certificate of good standing from the State of New York. I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 22, 2019

By: /s/ Alan Moskowitz
Alan Moskowitz

103182052.1



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Alan Moskowitz** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 24th day of March 2010, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on March 14, 2019.



*Aprilanne Agostino*
Clerk of the Court