EDWARD J. TREDINNICK (#84033)
GREENE RADOVSKY MALONEY
  SHARE & HENNIGH LLP
Four Embarcadero Center, Suite 4000
San Francisco, California 94111-4106
Telephone: (415) 981-1400
Facsimile: (415) 777-4961
E-mail: etredinnick@greeneradovsky.com

Attorneys for Creditor,
City and County of San Francisco

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: <br><br> PG&E CORPORATION, <br><br> -and- <br><br> PACIFIC GAS & ELECTRIC COMPANY, <br><br> Debtors, <br><br> ☐ Affects PG&E Corporation <br> ☒ Affects Pacific Gas and Electric Company <br> ☐ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case Nos.: 19-30088 DM (Lead Case) <br><br> Chapter 11 <br><br> **CERTIFICATE OF SERVICE** <br><br> DATE: May 9, 2019 <br> TIME: 9:30 am <br> PLACE: Courtroom 17 <br>             450 Golden Gate Avenue, 16th Fl. <br>             San Francisco, California <br> JUDGE: Hon. Dennis Montali <br><br> RELATED DOCKET NO: 1650 |

///

///

///

///

///

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
FOUR EMBARCADERO
CTR, SUITE 4000
SAN FRANCISCO, CA
94111

48503/0814
5175829.1

I, Violet Rajkumar, do declare and state as follows:

I am employed in San Francisco in the State of California. I am more than eighteen years old and not a party to this action. My business address is Greene Radovsky Maloney Share & Hennigh LLP, Four Embarcadero Center, Suite 4000, San Francisco, California 94111-4106.

1. I certify that on April 24, 2019, I caused a true and correct copy of each of the following documents to be served via e-mail on the Standard Party Email Service List attached hereto as **Exhibit A.**

   **STATEMENT OF CITY AND COUNTY OF SAN FRANCISCO IN SUPPORT OF MOTION BY TURN FOR APPOINTMENT OF OFFICIAL COMMITTEE OF RATEPAYER CLAIMANTS PURSUANT TO 11 U.S.C. §§ 1102(a)(2), 105(a)**

2. I certify that on April 24, 2019, I caused a true and correct copy of the each of the above documents to be served via First Class Mail to the parties on the Standard Parties Service List attached hereto as **Exhibit B.**

3. I certify that on April 24, 2019, I caused a true and correct copy of each of the above documents to be served via Email to the parties on the Core/2002 Email Service List attached hereto as **Exhibit C.**

I certify that on April 24, 2019, I caused a true and correct copy of each of the above documents to be served via First-Class Mail to the parties on the Core/2002 First-Class Mail Service List attached hereto as **Exhibit D.**

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto. Executed this 24th day of April, 2019, at San Francisco, California.

                                                       /s/ Violet Rajkumar
                                                       Violet Rajkumar

GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP
FOUR EMBARCADERO CTR, SUITE 4000
SAN FRANCISCO, CA 94111

48503/0814
5475829.1