EXHIBIT B

**EXHIBIT B**
Standard Parties Service List
Served via First-Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Debtors | PG&E Corporation & Pacific Pacific Gas and Electric Company | Attn: Janet Loduca, Esq.<br>77 Beale Street<br>PO BOX 77000<br>San Francisco CA 94105 |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel<br>Washington DC 20555-0001 |

Page 1 of 1