JEFFREY C. KRAUSE, SBN 94053
   jkrause@gibsondunn.com
GENEVIEVE G. WEINER, SBN 254272
   gweiner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

MICHAEL A. ROSENTHAL, NY SBN 4697561
   mrosenthal@gibsondunn.com
   *(pro hac vice application pending)*
ALAN MOSKOWITZ, NY SBN 4760476
   amoskowitz@gibsondunn.com
   *(pro hac vice application pending)*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Attorneys for Topaz Solar Farms LLC

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E Corporation,<br><br>        Debtor.<br><br>Tax I.D. No. 94-3234914<br><br>In re:<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>        Debtor.<br><br>Tax I.D. No. 94-0742640 | CASE NO. 3:19-bk-30088<br>*Joint Administration Pending*<br><br>Chapter 11<br><br>Assigned to the Hon. Dennis Montali<br><br>**MICHAEL A. ROSENTHAL'S AMENDED APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

      Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, MICHAEL A. ROSENTHAL, an active member in good standing of the bar of NEW YORK, hereby submits this amended application for admission to practice in the Northern District of California on a *pro hac vice* basis representing TOPAZ SOLAR FARMS LLC in the above-entitled action.

In support of this application, I certify under oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Genevieve G. Weiner
> Gibson, Dunn & Crutcher LLP
> 333 South Grand Avenue
> Los Angeles, CA 90071-3197
> Email: Gweiner@gibsondunn.com
> Telephone: 213.229.7000
> Facsimile: 213.229.7520

In addition, attached hereto is a certificate of good standing from the State of New York. I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 22, 2019

By: _____
Michael A. Rosenthal

103182050.2

2

Case: 19-30088    Doc# 1658    Filed: 04/24/19    Entered: 04/24/19 16:20:39    Page 2 of 3

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

---

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## MICHAEL A. ROSENTHAL

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on March 19, 2009, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**February 22, 2019**

2833

_____

Clerk of the Court