

**Signed and Filed: April 24, 2019**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re
PG&E Corporation
-and-
Pacific Gas and Electric Company,

Debtor(s). )

Case No. **19-30088 (DM)**

Chapter **11**

## ORDER GRANTING APPLICATION FOR ADMISSION OF
## ATTORNEY *PRO HAC VICE*

**Hugh M. Ray, III**                     , whose business address and telephone number is

**909 Fannin Street, Suite 2000, Houston, Texas 77010, (713) 276-7600**

and who is an active member in good standing of the bar of   **Texas**

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing **Chevron Products Company, a division of**

**Chevron U.S.A. Inc.**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the represented party.  All future filings in this action are subject to the

Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States

Bankruptcy Court for the Northern District of California.

**END OF ORDER**