1  MARK GORTON (SBN 099312)
   THOMAS G. MOUZES (SBN 099446)
2  **BOUTIN JONES INC.**
   555 Capitol Mall, Suite 1500
3  Sacramento, CA 95814
   Phone: 916.321.4444
4  Fax:    916.441.7597
   Email: mgorton@boutinjones.com
5
   JANE LUCKHARDT (SBN 141919)
6  General Counsel
   **NORTHERN CALIFORNIA POWER AGENCY**
7  651 Commerce Drive
   Roseville, CA 95678-6411
8  Phone: 916.781.3636
   Email: Jane.Luckhardt@ncpa.com
9
   *Attorneys for Creditor and Party-in-Interest*
10 *NORTHERN CALIFORNIA POWER AGENCY*

11

12                UNITED STATES BANKRUPTCY COURT

13       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

14 In re                                  ) Case Nos. 19-30088 DM (Lead Case)
                                          )            19-30089 DM
15 PG&E CORPORATION                       )
                                          ) Chapter 11
16 -and-                                  ) Jointly Administered
                                          )
17 PACIFIC GAS AND ELECTRIC               ) **NORTHERN CALIFORNIA POWER**
   COMPANY                                ) **AGENCY'S STATEMENT OF SUPPORT FOR**
18                                        ) **TURN'S MOTION FOR APPOINTMENT OF**
                                          ) **OFFICIAL COMMITTEE OF RATEPAYER**
19              Debtors.                  ) **CLAIMANTS; STATEMENT OF**
                                          ) **WILLINGNESS TO SERVE ON SUCH**
20                                        ) **COMMITTEE AND RESERVATION OF**
   ☐ Affects PG&E Corporation            ) **RIGHTS [DOCKET NO. 1324]**
21                                        )
   ☐ Affects Pacific Gas and Electric Company ) Date:       May 8, 2019
22                                        ) Time:       9:30 a.m.
   ☒ Affects both Debtors.               ) Courtroom:  17
23                                        ) Place:      450 Golden Gate Ave., 16th Floor
   * All papers shall be filed in the Lead Case ) San Francisco, CA 94102
24 No. 19-30088 DM                        ) Judge:      Honorable Dennis Montali

25

26

27

28

Case: 19-30088    Doc# 1660    Filed: 04/24/19    Entered: 04/24/19 16:45:35    Page 1 of 31

Northern California Power Agency ("NCPA") submits this Statement in Support of TURN's Motion for Appointment of an Official Committee of Ratepayer Claimants (Docket No. 1324, the "Motion"), Statement of Willingness to Serve on Such Committee and Reservation of Rights. This Statement is supported by the accompanying declaration of Anthony Zimmer, and the pleadings, orders and reports in these cases and in PG&E I referred to herein, of which judicial notice is requested.

### Summary of Position

1.    NCPA supports the need for a ratepayer claimants committee. The ratepayer claimants will be the parties most responsible for paying the increased rates that will inevitably be required to confirm a plan in these cases. In PG&E I, the interests of the ratepayer claimants were represented by NCPA's member the City of Palo Alto, which was appointed and served on the Official Committee of Unsecured Creditors. The ratepayer claimants' interests are not represented by membership on either the Unsecured Committee or the Tort Committee.

2.    NCPA is willing to serve on a ratepayer claimants committee. NCPA is a not-for-profit joint powers authority, a ratepayer of FERC regulated rates and a ratepayer claimant for TO18 and TO19 rebate claims, among other claims. Unlike the other members proposed by TURN for the ratepayer claimants committee, NCPA pays FERC regulated rates. As a FERC regulated ratepayer, NCPA would provide a different and relevant perspective to the committee. Because NCPA is a "governmental unit," it would serve as an *ex officio* non-voting member and abstain from any matter, such as an asset sale where it would be a stalking horse, a bidder or a buyer.

### Statement of Support for Ratepayer Claimants Committee

3.    NCPA is a nonprofit California joint powers agency established in 1968 to construct and operate renewable and low-emitting generating facilities and assist in meeting the wholesale energy needs of its 16 members – the Cities of Alameda, Biggs, Gridley, Healdsburg, Lodi, Lompoc, Palo Alto, Redding, Roseville, Santa Clara, Shasta Lake, and Ukiah, Plumas-Sierra Rural Electric Cooperative, Port of Oakland, San Francisco Bay Area Rapid Transit (BART), and Truckee Donner Public Utility District. Collectively these members serve nearly 700,000 electric consumers in Central and Northern California. These members represent the geographic breadth and diversity of

the state of California – from the Silicon, Sonoma and Central Valleys to the Sierras, some are urban and some are rural, and the size of utilities represented by NCPA varies greatly as well.

4. NCPA purchases transmission services on behalf of itself and its pool members (Alameda, Biggs, Gridley, Healdsburg, Lodi, Lompoc, Palo Alto, Ukiah, the Plumas-Sierra Rural Electric Cooperative, and the Port of Oakland), all of whom are signatories to the Third Amended and Restated Metered Subsystem Aggregator ("MSSA") Agreement with the California Independent System Operator ("CAISO"). The MSSA Agreement establishes the relationship between NCPA and its pool members and the CAISO.

5. In order to get compensation for use of its transmission facilities, PG&E files a transmission revenue requirement ("TRR") with the Federal Energy Regulatory Commission ("FERC" or "the Commission"). A portion of that TRR is collected by CAISO through operation of the CAISO's Transmission Access Charge and Wheeling Access Charge rate mechanisms. As a participant in CAISO's markets that pays CAISO's transmission rates, NCPA ultimately pays PG&E's transmission rates. Indeed, due to the large amount of load served by NCPA's members, accounting for about 2% of of load in the CAISO, NCPA pays for a portion of PG&E's TRR amounting to many millions of dollars each year.

6. PG&E's transmission rates – like the transmission rates of other public utilities – are FERC jurisdictional, meaning they must be filed with FERC and the Commission must find that they are just, reasonable, and not unduly discriminatory. Over the last two decades, PG&E has filed a transmission rate case at FERC almost every year. These rate cases are referred to as chronologically numbered "TO" cases—i.e., beginning with TO1 and continuing, most recently, with TO20. After PG&E files each rate case, FERC issues a preliminary order on it, finding that the rates may be unjust and unreasonable, putting them in effect subject to refund if they are ultimately found to be too high, and then setting them for hearing procedures (held in abeyance while settlement negotiations under the auspices of a Commission Administrative Law Judge ("ALJ") take place). NCPA, as well as other wholesale customers (and the California Public Utilities Commission ("CPUC") on behalf of retail customers), frequently intervene and participate in those proceedings.[1]

---

[1] In PG&E I, Case No. 01-30923 DM, the court authorized payment of the refunds approved by

7.     In most cases, PG&E and ratepayers have reached settlements as to the appropriate level of PG&E's transmission rates. Those settlements are filed with the Commission, the Commission orders refunds of the excess amounts collected, and the CAISO's invoices are adjusted to ensure customers receive refunds. However, in TO18, filed in July, 2016 in FERC Docket No. ER16-2320, PG&E and its customers did not reach a settlement. Accordingly, a hearing was held before a Commission ALJ, who issued an initial decision suggesting ratepayers were due refunds of $288 million, of which NCPA would be entitled to approximately 2% or $6.0 million.[2] The ALJ decision is now pending before the Commission, which reviews its ALJ's decisions *de novo*. The Commission's decision could be issued at any time; when it is, it is likely that substantial refunds will be due customers.

8.     In the subsequent case, TO19, filed in July, 2017 in FERC Docket No. ER17-2154, PG&E and its customers did reach a settlement. However, that settlement linked PG&E's rates to the Commission's final decision in TO18. Accordingly, the amount of the refunds due under that settlement is yet to be determined. NCPA estimates that if the ALJ's initial decision is upheld, it will be due approximately $7.3 million under the TO19 settlement.

9.     Finally, on October 1, 2018, PG&E filed TO20 in FERC Docket No. ER19-13. That case is currently in settlement negotiations before a Commission ALJ and NCPA is a participant in those settlement negotiations. Whether the case settles or is ultimately decided at hearing, it is likely refunds will be due to customers.[3]

10.     NCPA is by no means the only wholesale customer that participates in PG&E's rate cases at FERC and who will likely be due substantial refunds at the conclusion of TO18, TO19, and TO20. Other wholesale customers include California cities who operate their own utilities and

---

FERC in TO1 and TO2. See Motion for Order Authorizing Debtor to Pay Certain Refund Obligations, filed April 24, 2003, Docket No. 12634 and Order Granting Motion of Pacific Gas and Electric Company for Order Authorizing Debtor to Pay Certain Refund Obligations, entered May 29, 2003, Docket No. 12860.

[2] This is a loose estimate based on information available at this time; however, NCPA believes it is likely that under any scenario, the amount of refunds due will be substantial.

[3] As a result of PG&E's chapter 11 filing, the Commission suspended TO20 for five months so the TO20 rates will not go into effect until a future date.

1   purchase transmission service from PG&E (e.g., the City of Anaheim and the City of Riverside) and

2   the California Department of Water Resources, which uses PG&E transmission to operate its State

3   Water Project. All of these entities will therefore be affected by how PG&E handles refunds

4   resulting from ongoing rate cases.

5       11.    Any plan in these jointly administered cases will require funding. That funding must

6   come from sale, leasing or encumbering of assets or from income. The utility's income is from

7   operating revenues, which for February, 2019, were reported at $1.285 billion.[4] Those operating

8   revenues come from ratepayers who are paying for the transmission, sale and delivery of electricity

9   and natural gas. Historically, FERC regulated rate payments accounted for approximately 10% of

10  these operating revenues for the Utility.

11      12.    There is no ratepayer claimant representation on either of the two existing Official

12  Committees – the duties of those committees and their members are to maximize recovery for

13  unsecured creditors and tort claimants.  In PG&E's first chapter 11 case, NCPA's member the City

14  of Palo Alto served on the only Official Committee in the case[5] and was able to provide that

15  committee with the insights of ratepayer claimants and municipal utility creditors. Ratepayer

16  claimants share the interest of general creditors in wanting to know when and how much they will

17  get paid, and NCPA supports the earliest possible resolution and payment to the wildfire victims.

18  But such ratepayer claimants also have a long term interest in durable, sustainable solutions because

19  they will be ratepayers not only until their claims are paid, but for as long as they continue to take

20  service from PG&E.

21      13.    The ratepayer claimants, as explained in the Motion and above, would be concerned

22  not only with maximizing recovery of ratepayer claimants but also with assuring that the ratepayer

23  claimants are not burdened with more than their fair share of the pain attendant to confirmation of a

24  plan.

25  ///

26  _____

27  [4] See Monthly Operating Report, Month Ended February 28, 2019, Docket No. 1137 at p. 3.

28  [5] See Appointment of Committee of Unsecured Creditors in In re Pacific Gas and Electric Co., Case
No. 01-30923 DM, entered April 13, 2001, Docket No. 102.

**Statement of Willingness to Serve on Official Committee of Ratepayer Claimants**

14.    NCPA is a ratepayer claimant. It holds claims for refunds from PG&E of approximately $13.3 million as a wholesale Transmission Owner Tariff customer arising out of FERC proceedings referred to as TO18 and TO19. Those claims are contingent and unliquidated but in the process of resolution at FERC. An initial ALJ decision in TO18, which is waiting review by FERC, suggested ratepayers were due $288 million refunds, of which NCPA would be entitled to approximately 2% or $6.0 million. In TO19, the outcome is contingent on the TO18 outcome, but those refunds could total nearly $374 million and NCPA's share would be approximately $7.3 million, depending on the Commission's action.

15.    NCPA is unlike the ratepayer claimants identified in TURN's motion who are all ratepayers of CPUC regulated rates. NCPA is a ratepayer claimant of FERC regulated rates. Because any plan will almost certain require an increase in rates, subject to approval by the CPUC and FERC as required under 1129(a)(6), any ratepayer claimants committee needs to include FERC ratepayer claimant representation.

16.    NCPA, as a "governmental unit" (as defined in Bankruptcy Code section 101(27)), would serve as an *ex officio* non-voting member. NCPA would excuse itself from participating in any Committee matter on which NCPA may have an interest, such as an asset sale where it would be a stalking horse, a bidder or a buyer.

**Reservation of Rights**

17.    Except as provided above, nothing herein nor in any other appearance, pleading, claim, proof of claim, suit, motion or any other writing or conduct shall constitute a waiver by NCPA of any procedural or substantive rights, remedies, claims, or defenses including, without limitation: (a) the right to have all matters, except monetary "damages claims," probation violations, and criminal complaints, heard and resolved by the CPUC or FERC; (b) the right to have any and all final orders in any and all matters entered only after *de novo* review by a United States District Court Judge; (c) the right to have any matter heard and tried before an Article III court or, in the event of any applicable Chapter 9 case, such other bankruptcy court; (d) the right to trial by jury in any proceeding as to any and all matters so triable therein, whether or not the same be designated legal or

private rights, or in any case, controversy or proceeding related hereto, whether or not such jury trial right is pursuant to statute or the United States Constitution, as well as the rights of State governmental units as such for sovereign immunity or under applicable laws, including the Fifth and Tenth Amendments; (e) the right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; (f) other rights, claims, actions, remedies, defenses, setoffs, recoupments or other matters to which NCPA is entitled under any agreements or at law or in equity or under the United States Constitution, including those protecting public funds or which may be enforced as police or regulatory powers under Section 362(b)(4) or under 28 U.S.C. § 959; and (g) the right to be served directly with pleadings commencing an adversary proceeding, contested matter or other proceeding or action.

18.     All of the above rights, claims, defenses, and remedies are hereby expressly reserved. The filing of this Statement and participating in these bankruptcy cases, or any of them, shall <u>not</u> be deemed to constitute a concession or admission of jurisdiction in the case or cases or before this court or any other court. NCPA does <u>not</u> consent to the bankruptcy court's jurisdiction or the jurisdiction of any other court. NCPA does <u>not</u> consent to the entry of final judgments, orders and/or decrees by the bankruptcy judge/bankruptcy court. At all times, NCPA demands a jury trial. NCPA does <u>not</u> consent to the bankruptcy court/bankruptcy judge conducting any jury trial.

### Conclusion

For the foregoing reasons, NCPA supports TURN's request that the court appoint an Official Committee of Ratepayer Claimants and expresses its willingness to serve as an *ex officio* non-voting member on such a committee.

DATED: April 24, 2019.

RESPECTFULLY SUBMITTED,

BOUTIN JONES INC.

By:_____/s/ *Mark Gorton*_____
            Mark Gorton

-and-

NORTHERN CALIFORNIA POWER AGENCY

Jane Luckhardt, General Counsel (SBN 141919)

*Attorneys for Creditor and Party-in-Interest,*
*NORTHERN CALIFORNIA POWER AGENCY*

1008991.6

**PROOF OF SERVICE**

I am employed in the County of Sacramento; my business address is 555 Capitol Mall, Suite 1500, Sacramento, California 95814. I am over the age of eighteen years and not a party to the foregoing action.

On April 24, 2019, I served the within:

    **(1) NORTHERN CALIFORNIA POWER AGENCY'S STATEMENT OF SUPPORT FOR TURN'S MOTION FOR APPOINTMENT OF OFFICIAL COMMITTEE OF RATEPAYER CLAIMANTS; STATEMENT OF WILLINGNESS TO SERVE ON SUCH COMMITTEE AND RESERVATION OF RIGHTS [DOCKET NO. 1324]**

    **(2) DECLARATION OF ANTHONY ZIMMER IN SUPPORT OF NORTHERN CALIFORNIA POWER AGENCY'S STATEMENT OF SUPPORT FOR TURN'S MOTION FOR APPOINTMENT OF OFFICIAL COMMITTEE OF RATEPAYER CLAIMANTS; STATEMENT OF WILLINGNESS TO SERVE ON SUCH COMMITTEE AND RESERVATION OF RIGHTS [DOCKET NO. 1324]**

**[ X ]**   **(by mail)** on all parties in said action by regular, first class United States mail, postage fully pre-paid, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Boutin Jones Inc., mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Sacramento, California.

**[ ]**   **(by personal delivery)** by personally delivering a true copy thereof to the person(s) and at the address(es) set forth below.

**[ ]**   **(by overnight delivery)** on the following party(ies) in said action by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, in a designated area for outgoing overnight mail, addressed as set forth below. In the ordinary course of business at Boutin Jones Inc., mail placed in that designated area is picked up that same day for delivery the following business day.

**[ ]**   **(by facsimile)** by transmitting a true copy thereof to the persons at the following telecopier numbers and obtaining electronic confirmation that the transmissions have been received.

**[ ]**   **(by e-mail transmission)** based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I sent the document(s) to the person(s) at the e-mail address(es) as set forth below, or as stated on the attached service list.

| | |
|---|---|
| E. Elliot Adler<br>Adler Law Group, APLC<br>402 W. Broadway, #860<br>San Diego, CA 92101 | Max Africk<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |

*[x] Service list continued on following page*

1

Case: 19-30088   Doc# 1660   Filed: 04/24/19   Entered: 04/24/19 16:45:35   Page 9 of 31

| | |
|---|---|
| Arocles Aguilar<br>California Public Utilities Commission<br>505 Van Ness Ave.<br>San Francisco, CA 94102 | Robert Albery<br>Associate General Counsel<br>Jacobs Engineering<br>9191 South Jamaica St.<br>Englewood, CO 80112 |
| Mary E. Alexander<br>Mary Alexander & Associates, P.C.<br>44 Montgomery St., #1303<br>San Francisco, CA 94104 | Yelena Archiyan<br>Akerman LLP<br>2001 Ross Ave., #3600<br>Dallas, TX 75201 |
| Paul S. Aronzon<br>Milbank LLP<br>2029 Century Park East, 33rd Fl<br>Los Angeles, CA 90067 | Khaldoun A. Baghdadi<br>Walkup, Melodia, Kelly and Schoenberger<br>650 California St. 26th Fl.<br>San Francisco, CA 94108 |
| Mark I. Bane<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 | Michael J. Barrie<br>Benesch, Friedlander, Coplan et LLP<br>222 Delaware Ave., #801<br>Wilmington, DE 19801 |
| Bryan E. Bates<br>Dentons US LLP<br>303 Peachtree St., NE, #5300<br>Atlanta, GA 30308 | Xavier Becerra<br>Office of the Attorney General<br>1515 Clay St., 20th Fl.<br>P.O. Box 70550<br>Oakland, CA 94612-0550 |
| Carolynn K. Beck<br>Pierce Bainbridge Beck Price & Hecht LLP<br>355 South Grand Ave., 4400<br>Los Angeles, CA 90071 | Andrew S. Behlmann<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068 |
| Christopher R. Belmonte<br>Satterlee Stephens LLP<br>230 Park Ave.<br>New York, NY 10169 | Steven M. Berki<br>Corey, Luzaich, De Ghetaldi & Riddle LLP<br>700 El Camino Real<br>P.O. Box 669<br>Millbrae, CA 94030-0669 |
| Joshua B. Bevitz<br>Newmeyer & Dillion LLP<br>1333 N. California Blvd. #600<br>Walnut Creek, CA 94596 | Martin J. Bienenstock<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036 |
| Philip Blanchard<br>Rutan & Tucker, LLP<br>611 Anton Blvd., #1400<br>Costa Mesa, CA 92626-1931 | Todd Blischke<br>Williams Kastner<br>601 Union St., #4100<br>Seattle, WA 98101 |

*[x] Service list continued on following page*

2

| | |
|---|---|
| Abigail D. Blodgett<br>Cochett, Pitre & McCarthy, LLP<br>San Francisco Airport Office Center<br>840 Malcolm Rd., Suite 200<br>Burlingame, CA 94010 | Pamela A. Bosswick<br>Abigail Snow<br>Satterlee Stephens LLP<br>230 Park Ave.<br>New York, NY 10169 |
| Kevin Bostel<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | David H. Botter<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036 |
| Francis A. Bottini<br>Bottini & Bottini, Inc.<br>7817 Ivanhoe Ave. #102<br>La Jolla, CA 92037 | Thomas J. Brandi<br>Law Offices of Thomas J. Brandi<br>345 Pine St. 3rd Fl<br>San Francisco, CA 94104 |
| Gregory A. Bray<br>Milbank LLP<br>2029 Century Park East, 33rd Fl.<br>Los Angeles, CA 90067 | Alan R. Brayton<br>Law Offices of Brayton and Purcell<br>222 Rush Landing Rd.<br>Novato, CA 94945 |
| Allan S. Brilliant<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY 10036 | Matthew C. Brown<br>White & Case LLP<br>Southeast Financial Center<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131-2352 |
| Beth M. Brownstein<br>Arent Fox LLP<br>1301 Avenue of the Americas, 42nd Fl.<br>New York, NY 10019 | Bob B. Bruner<br>Norton Rose Fulbright US LLP<br>1301 McKinney #5100<br>Houston, TX 77010 |
| Robert Bryson<br>Robins Cloud LLP<br>808 Wilshire Boulevard, #450<br>Santa Monica, CA 90401 | Frank Busch<br>Wagstaffe, Von Loewenfeldt, Busch &<br>Radwick , LLP<br>100 Pine St., #725<br>San Francisco, CA 94111 |
| Michael G. Busenkell<br>Morris, Nichols, Arsht and Tunnell<br>1201 N Market St.<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | William C. Callaham<br>Wilcoxen Callaham, LLP<br>2114 K St.<br>Sacramento, CA 95816 |
| Michael P. Canty<br>Labaton Sucharow LLP<br>140 Broadway<br>New York, NY 10005 | Kevin M. Capuzzi<br>Benesch, Friedlander, Coplan et LLP<br>222 Delaware Ave., #801<br>Wilmington, DE 19801 |

*[x] Service list continued on following page*

3

| | |
|---|---|
| James Carr<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10078 | Patricia I. Chen<br>Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600 |
| Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of Americas, 28th Fl.<br>New York, NY 10019 | Donald Chewning<br>463 Wooster Ave Apt D12<br>San Jose, CA 95116 |
| Louis S. Chiappetta<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 N. Wacker Dr.<br>Chicago, IL 60606-1720 | Kevin Chiu<br>Baker Botts L.L.P.<br>2001 Ross Ave., #1000<br>Dallas, TX 75201 |
| Patricia A. Cirucci<br>Southern California Edison Company<br>2244 Walnut Grove Ave., 3rd Fl.<br>Rosemead, CA 91770 | Owen Clements<br>San Francisco City Attorneys Office<br>1390 Market Street, 7th Floor<br>San Francisco, CA 94102 |
| Alicia Clough<br>Loeb & Loeb LLP<br>10100 Santa Monica Blvd. #2200<br>Los Angeles, CA 90067 | Cohanzick Management LLC<br>427 Bedford Rd<br>#230<br>Pleasantville, NY 10570 |
| Janine Cohen<br>Pierce Bainbridge Beck Price & Hecht LLP<br>355 South Grand Ave., #4400<br>Los Angeles, CA 90071 | Marc Cohen<br>Loeb & Loeb LLP<br>10100 Santa Monica Blvd. #2200<br>Los Angeles, CA 90067 |
| Kevin M. Coles<br>Stewart Sokol and Larkin LLC<br>2300 SW 1st Ave. #200<br>Portland, OR 97201 | Contrarian Funds, LLC<br>411 West Putnam Ave., Ste. 425<br>Greenwich, CT 06830 |
| Alison E. Cordova<br>Cochett, Pitre & McCarthy, LLP<br>San Francisco Airport Office Center<br>840 Malcolm Rd., Suite 200<br>Burlingame, CA 94010 | Corre Horizon Fund, LP<br>12 East 49th Street, Suite 4003<br>New York, NY 10017 |
| Corre Opportunities II Master Fund, LP<br>12 East 49th Street, Suite 4003<br>New York, NY 10017 | Corre Opportunities Qualified Master Fund,<br>LP<br>12 East 49th Street, Suite 4003<br>New York, NY 10017 |
| Joseph Corrigan<br>One Federal Street<br>Boston, MA 02110 | Leo T. Crowley<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY 10036 |

*[x] Service list continued on following page*

4

1010312.1

| | |
|---|---|
| Ivo G. Daniele<br>Newmeyer & Dillion LLP<br>1333 N. California Blvd., #600<br>Walnut Creek, CA 94596 | Michael S. Danko<br>O'Reilly, Collins and Danko<br>2500 Sand Hill Rd. #201<br>Menlo Park, CA 94025 |
| Navi Dhillon<br>Baker Botts L.L.P.<br>101 California St., #3600<br>San Francisco, CA 94111 | Ira S. Dizengoff<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036 |
| Neal P. Donnelly<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019 | Jeffrey A. Dubbin<br>Labaton Sucharow LLP<br>140 Broadway<br>New York, NY 10005 |
| Thomas A. Dubbs<br>Labaton Sucharow LLP<br>140 Broadway<br>New York, NY 10005 | James M. Eaneman<br>11672 East Arabian Park Dr.<br>Scottsdale, AZ 85259 |
| Daniel G. Egan<br>Ropes and Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 | Epiq Corporate Restructuring, LLC<br>777 Third Avenue<br>New York, NY 10017 |
| Sander L. Esserman<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan St. #2200<br>Dallas, TX 75201-2689 | Fair Harbor Capital, LLC<br>PO Box 237037<br>New York, NY 10023 |
| Darwin E. Farrar<br>The Public Advocates Office<br>455 Van Ness Ave.<br>San Francisco, CA 94102 | Benjamin D. Feder<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10078 |
| Debra Felder<br>Orrick, Herrington & Sutcliffe LLP<br>1152 15th St., NW<br>Washington, DC 20005 | Steven H. Felderstein<br>Felderstein, Fitzgerald et al<br>400 Capitol Mall #1450<br>Sacramento, CA 95814-4434 |
| Maximilian A. Ferullo<br>Nixon Peabody LLP<br>55 West 46th St.<br>New York, NY 10036 | Michael A. Firestein<br>Proskauer Rose LLP<br>29 Century Park East, #2400<br>Los Angeles, CA 90067 |
| John Fiske<br>Baron & Budd P.C.<br>3102 Oak Lawn Avenue #1100<br>Dallas, TX 75219 | Jeffrey S. Flashman<br>McGuinness & Associates<br>3858 Carson St., #301<br>Torrance, CA 90503 |

*[x] Service list continued on following page*

5

| | |
|---|---|
| Leslie A. Freiman, Esq.<br>c/o EDP Renewables North America LLC<br>808 Travis, #700<br>Houston, TX 77002 | Peter Friedman<br>O'Melveny & Myers LLP<br>1625 Eye St., NW<br>Washington, DC 20006 |
| Jared R. Friedmann<br>Weil, Gotshal & Manges LLP<br>767 Fifth Ave.<br>New York, NY 10153 | Steven Fruchter<br>Arnold & Porter Kaye Scholer LLP<br>250 W 55th St.<br>New York, NY 10019 |
| Craig Solomon Ganz<br>Ballard Spahr LLP<br>1 East Washington St., #2300<br>Phoenix, AZ 85004-2555 | Matthew G. Garofalo<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Ln.<br>New York, NY 10038-4982 |
| Andriana Georgallas<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Eric Gibbs<br>Gibbs Law Group<br>505 14th St., #1110<br>Oakland, CA 94612 |
| Erez E. Gilad<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Ln.<br>New York, NY 10038-4982 | Leah S. Goldberg<br>General Counsel<br>1111 Broadway, 3rd Flr.<br>Oakland, CA 94607 |
| Leonard P. Goldberger<br>Stevens & Lee, P.C.<br>620 Freedom Business Center, #200<br>King of Prussia, PA 19406 | Richard A. Golden<br>9437 Wooded Glen Ave.<br>Burke, VA 22015 |
| Stephanie L. Golden<br>9437 Wooded Glen Ave.<br>Burke, VA 22015 | Stuart J. Goldring<br>Weil, Gotshal & Manges LLP<br>767 Fifth Ave.<br>New York, NY 10153 |
| Matthew Goren<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Debra L. Grassgreen<br>Pachulski Stang Ziehl & Jones LLP<br>150 California St., 15th Fl.<br>San Francisco, CA 94111 |
| Timothy Graulich<br>Davis Polk and Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017 | William R. Greendyke<br>Norton Rose Fulbright US LLP<br>1301 McKinney #5100<br>Houston, TX 77010-3095 |
| Mark S. Grotefeld<br>Grotefeld Hoffmann<br>700 Larkspur Landing Circle, #280<br>Larkspur, CA 94939 | James W. Grudus<br>One AT&T Way, Rm 3A115<br>Bedminster, NJ 07921 |

*[x] Service list continued on following page*

6

| | |
|---|---|
| Mirco J. Haag<br>Buchalter, A Professional Corporation<br>18400 Von Karman Ave., #800<br>Irvine, CA 92612 | Hain Capital Group, LLC<br>301 Route 17<br>6th Floor<br>Rutherford, NJ 07070 |
| Christopher J. Harney<br>Seyfarth Shaw LLP<br>560 Mission St., #3100<br>San Francisco, CA 94105 | Christopher Harris<br>Latham & Watkins LLP<br>885 Third Ave.<br>New York, NY 10022 |
| Theodore J. Hartl<br>Ballard Spahr LLP<br>1225 17th St., #2300<br>Denver, CO 80202 | David A. Herman<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 |
| Brian S. Hermann<br>Law Offices of Brian S. Hermann<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | Christopher D. Higashi<br>Barton, Klugman & Oetting LLP<br>350 S Grand Ave., #2200<br>Los Angeles, CA 90071-3485 |
| High Five Capital LLC<br>15 E 67th Street, 6th Floor<br>New York, NY 10065 | George Hofmann<br>Cohne Kinghorn, P.C.<br>111 East Broadway 11th Fl.<br>Salt Lake City, UT 84111 |
| Wendy Hopkins<br>2733 16th st.<br>Sacramento, CA 95818 | Monique B. Howery<br>Reed Smith LLP<br>10 S. Wacker Dr., 40th Flr.<br>Chicago, IL 60606 |
| Dylan Hughes<br>Gibbs Law Group<br>505 14th St., #1110<br>Oakland, CA 94612 | International Business Machines Corp<br>Attn: Marie-Josee Dube<br>IBM Corporation<br>275 Viger East<br>Montreal, QC H2X 3R7<br>Canada, |
| Peter A. Ivanick<br>Hogan Lovells US LLP<br>875 Third<br>San Francisco, CA 94111 | Alan J. Jang<br>Jang & Associates, LLP<br>1766 Lacassie Ave., #200<br>Walnut Creek, CA 94596 |
| Scott E. Jenny<br>Jenny & Jenny, LLP<br>736 Ferry St.<br>Martinez, CA 94553 | Shelby A. Jordan<br>Jordan, Holzer & Ortiz, PC<br>500 N. Shoreline #900<br>Corpus Christi, TX 78401 |
| Andrew Paul Kangas<br>15 Boardman Pl. 2nd Fl.<br>San Francisco, CA 94103 | Stephen Karotkin<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |

7

| | |
|---|---|
| Thomas G. Kelch<br>Lamb & Kawakami LLP<br>333 South Grand Ave., #4200<br>Los Angeles, CA 90071 | Michael A. Kelly<br>Walkup, Melodia, Kelly and Schoenberger<br>650 California St. 26th Fl.<br>San Francisco, CA 94108 |
| Mimi Kennedy<br>6535 Langdon Ave.<br>Van Nuys, CA 91406 | Kenneth N. Klee<br>Klee, Tuchin, Bogdanoff and Stern<br>1999 Avenue of the Stars, 39th Fl.<br>Los Angeles, CA 90067 |
| Marilyn S. Klinger<br>SMTD Law LLP<br>355 S. Grand Ave., #2450<br>Los Angeles, CA 90071 | Bradley C. Knapp<br>Locke Lord LLP<br>601 Poydras Street, Suite 2660<br>New Orleans, LA 70130 |
| Bernard J Kornberg<br>Law Offices of Severson and Werson<br>1 Embarcadero Center #2600<br>San Francisco, CA 94111 | Kevin Kramer<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Robert J. Labate<br>Holland & Knight LLP<br>50 California St., #2800<br>San Francisco, CA 94111 | Kathy Labriola<br>1307 University Ave.<br>Berkeley, CA 94702 |
| Kevin J. Lamb<br>Lamb & Kawakami LLP<br>333 South Grand Ave., #4200<br>Los Angeles, CA 90071 | Donald A. Larkin<br>City of Morgan Hill<br>17575 Peak Ave.<br>Morgan Hill, CA 96037-4128 |
| Thomas E. Lauria<br>Law Offices of White and Case<br>Southeast Financial Center<br>200 South Biscayne Blvd. #4900<br>Miami, FL 33131-2352 | Howard M. Levine<br>Law Offices of Sussman and Shank<br>1000 SW Broadway #1400<br>Portland, OR 97205 |
| Kim Martin Lewis<br>Law Offices of Dinsmore and Shohl<br>1900 Chemed Center<br>255 E 5th St.<br>Cincinnati, OH 45202 | Jessica Liou<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Brian Lohan<br>Arnold & Porter Kaye Scholer LLP<br>250 W 55th St.<br>New York, NY 10019 | Melissa Davis Lowe<br>Shulman Hodges & Bastian LLP<br>100 Spectrum Center Dr., #600<br>Irvine, CA 92618 |
| Jeffrey H. Lowenthal<br>Steyer, Lowenthal, Boodrookas et al<br>235 Pine St., 15th Fl.<br>San Francisco, CA 94104 | Lauren Macksoud<br>Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089 |

| | |
|---|---|
| Sumble Manzoor<br>Corey, Luzaich, De Ghetaldi & Riddle LLP<br>700 El Camino Real<br>P.O. Box 669<br>Millbrae, CA 94030-0669 | Colleen Mast<br>P.O. Box 12734<br>Oakland, CA 94604 |
| Eric May<br>Senior Deputy County Counsel<br>County of Yolo<br>625 Ct. St., #201<br>Woodland, CA 95695 | John McCusker<br>Bank of America Tower<br>Mail code NY1-100-21-01<br>One Bryant Park<br>New York, NY 10036 |
| Matthew L. McGinnis<br>Ropes and Gray LLP<br>Prudential Tower<br>800 Boylston St.<br>Boston, MA 02199-3600 | Lorraine McGowen<br>Orrick, Herrington & Sutcliffe LLP<br>51 West 52nd St.<br>New York, NY 10019 |
| Joseph G. McGuinness<br>McGuinness & Associates<br>3858 Carson St., #301<br>Torrance, CA 90503 | Mark McKane<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104 |
| Kristine K. Meredith<br>Danko Meredith<br>333 Twin Dolphin Dr., #145<br>Redwood Shores, CA 94065 | James Mesterharm<br>Alix Partners<br>909 3rd Ave., 30th Fl.<br>New York, NY 10022 |
| Shawn R. Miller<br>Danko Meredith<br>333 Twin Dolphin Dr., #145<br>Redwood Shores, CA 94065 | Sherry J. Millman<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Ln.<br>New York, NY 10038-4982 |
| John W. Mills<br>Taylor English Duma LLP<br>1600 Parkwood Circle, #200<br>Atlanta, GA 30339 | Karen Norene Mills<br>California Farm Bureau Federation<br>2300 River Plaza Dr.<br>Sacramento, CA 95833 |
| Mark A. Minich<br>Assistant General Counsel<br>Kinder Morgan, Inc.<br>Two North Nevada<br>Colorado Springs, CO 80903 | Douglas Mintz<br>Orrick, Herrington & Sutcliffe LLP<br>1152 15th St., NW<br>Washington, DC 20005-1706 |
| Mission Constructors<br>2235 Palou Ave.<br>San Francisco, CA 94124 | John E. Mitchell<br>Law Offices of Vinson and Elkins<br>3700 Trammell Crow Center<br>2001 Ross Ave.<br>Dallas, TX 75201-2975 |

*[x] Service list continued on following page*

9

| | |
|---|---|
| Nancy A. Mitchell<br>O'Melveny & Myers LLP<br>7 Times Sq.<br>New York, NY 10036 | Sean A. Mitchell<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019 |
| Stephen Moeller-Sally<br>Ropes and Gray LLP<br>Prudential Tower<br>800 Boylston St.<br>Boston, MA 02199-3600 | Richard J. Molin<br>Stewart, Humpherys, Burchett and Molin<br>P.O. Box 720<br>Chico, CA 95927 |
| Julia A. Mosel<br>Southern California Edison Company<br>2244 Walnut Grove Ave., 3rd Fl.<br>Rosemead, CA 91770 | Alan Moskowitz<br>Gibson, Dunn and Crutcher LLP<br>333 S Grand Ave.<br>Los Angeles, CA 90071-3197 |
| Brendan V. Mullan<br>Crowell & Moring LLP<br>Three Embarcadero Center, 26th Fl.<br>San Francisco, CA 94111 | Jessica R. Mullan<br>General Counsel<br>Sonoma Clean Power Authority<br>50 Santa Rosa Ave., 5th Fl.<br>San Rosa, CA 95494 |
| Omid H. Nasab<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | Wendy A. Nathan<br>1033 Fruitvale Rd.<br>Lincoln, CA 95648 |
| John Nolan<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Sally Noma<br>Jang & Associates, LLP<br>1766 Lacassie Ave., #200<br>Walnut Creek, CA 94596 |
| Maura Walsh Ochoa<br>Grotefeld Hoffmann<br>700 Larkspur Landing Circle, #280<br>Larkspur, CA 94939 | Office of Unemployment Compensation Tax Services<br>Department of Labor and Industry<br>Commonwealth of Pennsylvania<br>Collections Support Unit<br>651 Boas St., Room 702<br>Harrisburg, PA 17121 |
| Gabriel L. Olivera<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068 | Harold A. Olsen<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Ln.<br>New York, NY 10038-4982 |
| Kevin J. Orsini<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | Antonio Ortiz<br>Jordan, Holzer & Ortiz, PC<br>500 N. Shoreline #900<br>Corpus Christi, TX 78401 |

| | |
|---|---|
| Samuel S. Ory<br>Frederic Dorwart, Lawyers PLLC<br>124 E 4th St.<br>Tulsa, OK 74103-5010 | Owen Clements, Esq<br>San Francisco City Attorney's Office<br>1390 Market St., 7th Flr.<br>San Francisco, CA 94102 |
| Owl Creek Investments I, LLC<br>640 5th Ave.<br>New York, NY 10019 | Isaac M. Pachulski<br>Pachulski Stang Ziehl & Jones<br>150 California Street, 15th Floor<br>San Francisco, CA 94111 |
| Teresa Paris<br>3132 M L King, Jr Way, #309<br>Berkeley, CA 94703 | Andrew M. Parlen<br>Latham & Watkins LLP<br>885 Third Ave.<br>New York, NY 10022 |
| Joshua Pearson<br>EDF Renewables, Inc.<br>15445 Innovation Dr.<br>San Diego, CA 92128 | Richard C. Pedone<br>Nixon Peabody LLP<br>Exchange Place<br>53 State St.<br>Boston, MA 02109 |
| Charles S. Penner<br>Carney Badley Spellman PS<br>701 5th Ave., #3600<br>Seattle, WA 98104-5017 | Mosby Perrow<br>Vice President & Deputy General Counsel<br>Kinder Morgan, Inc.<br>1001 Louisana #1000<br>Houston, TX 77002 |
| Waylon J. Pickett<br>Grotefeld Hoffmann<br>700 Larkspur Landing Circle, #280<br>Larkspur, CA 94939 | John M. Pierce<br>Pierce Bainbridge Beck Price & Hecht LLP<br>355 South Grand Ave., #4400<br>Los Angeles, CA 90071 |
| Oscar N. Pinkas<br>1221 Avenue of the Americas<br>New York, NY 10020-1089 | Oscar N. Pinkas<br>Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089 |
| Frank Pitre<br>Cochett, Pitre & McCarthy, LLP<br>San Francisco Airport Office Center<br>840 Malcolm Rd., Suite 200<br>Burlingame, CA 94010 | Placer County Office of the Treasurer-Tax<br>Collector<br>Attn: Robert Kanngiesser<br>2976 Richardson Dr.<br>Auburn, CA 95603 |
| James Potter<br>Office of the Attorney General<br>1515 Clay St., 20th Fl.<br>P.O. Box 70550<br>Oakland, CA 94612-0550 | Constantine D. Pourakis<br>Stevens & Lee, P.C.<br>485 Madison Ave., 20th Fl.<br>New York, NY 10022 |

*[x] Service list continued on following page*

11

| | |
|---|---|
| David M. Powlen<br>Barnes and Thornburg LLP<br>1000 N. West St., #1500<br>Wilmington, DE 19801 | Patricia Williams Prewitt<br>Law Offices of Patricia Williams Prewitt<br>10953 Vista Lake Ct.<br>Navasota, TX 77868 |
| Prime Clerk LLC<br>830 Third Avenue<br>3rd Floor<br>New York, NY 10017 | Primeshares<br>261 Fifth Ave. 22nd floor<br>New York, NY 10016 |
| Amy C. Quartarolo<br>Law Offices of Latham and Watkins<br>355 S Grand Ave., #100<br>Los Angeles, CA 90071-1560 | RailPros Field Services, Inc.<br>c/o Stuart P. Hall<br>1705 West Northwest Hwy., #150<br>Grapeview, TX 76051 |
| John J. Rapisardi<br>O'Melveny & Myers LLP<br>7 Times Sq.<br>New York, NY 10036 | Jordana L. Renert<br>Arent Fox LLP<br>1301 Avenue of the Americas, 42nd Fl.<br>New York, NY 10019 |
| Amanda L. Riddle<br>Corey, Luzaich, De Ghetaldi & Riddle LLP<br>700 El Camino Real<br>P.O. Box 669<br>Millbrae, CA 94030-0669 | Walter R. Rieman<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019 |
| David Riley<br>DLA Piper LLP<br>2000 Ave. of the Stars<br>Suite 400 North Tower<br>Los Angeles, CA 90067-4704 | Christy Rivera<br>Norton Rose Fulbright US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 |
| Ian E. Roberts<br>Baker Botts L.L.P.<br>2001 Ross Ave., #1000<br>Dallas, TX 75201 | Matthew G. Roberts<br>Troutman Sanders LLP<br>600 Peachtree St., NE, #3000<br>Atlanta, GA 30308 |
| Bill Robins<br>Robins Cloud LLP<br>808 Wilshire Boulevard, #450<br>Santa Monica, CA 90401 | Martha E. Romero<br>Law Offices of Romero and Associates<br>12518 Beverly Blvd.<br>Whittier, CA 90601 |
| Matthew M. Roose<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 | Brian S. Rosen<br>Proskauer Rose LLP<br>Eleven Times Square<br>P.O. Box 770000<br>New York, NY 10036 |

*[x] Service list continued on following page*

12

| | |
|---|---|
| Andrew Rosenblatt<br>Norton Rose Fulbright US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 | Michael A. Rosenthal<br>Gibson, Dunn and Crutcher LLP<br>200 Park Ave.<br>New York, NY 10166-0193 |
| Michael A. Rosenthal<br>Gibson, Dunn and Crutcher LLP<br>333 S Grand Ave.<br>Los Angeles, CA 90071-3197 | John H. Rowland<br>Baker Donelson Bearman Caldwell &<br>Berkow<br>211 Commerce St<br>Nashville, TN 37201 |
| Marc S. Sacks<br>U.S. Department of Justice<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 | Randy A. Sawyer, Esq.<br>c/o EDP Renewables North America LLC<br>808 Travis, #700<br>Houston, TX 77002 |
| Margaret Schierberl<br>Cleary, Gottlieb, Sheen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 | David Schiff<br>Davis Polk and Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017 |
| Ray C. Schrock<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Max A. Schuver<br>Walkup, Melodia, Kelly and Schoenberger<br>650 California St. 26th Fl.<br>San Francisco, CA 94108 |
| Lisa Schweitzer<br>Cleary, Gottlieb, Sheen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 | Howard Seife<br>Norton Rose Fulbright US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 |
| David R. Seligman<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60654 | Daniel S. Shamah<br>O'Melveny & Myers LLP<br>7 Times Sq.<br>New York, NY 10036 |
| Alex M. Sher<br>Hogan Lovells US LLP<br>875 Third Ave.<br>New York, NY 10022 | Nora Sheriff<br>Buchalter<br>55 Second St., #1700<br>San Francisco, CA 94105-3493 |
| J. Christopher Shore<br>Law Offices of White and Case<br>1221 Avenue of the Americas<br>New York, NY 10020-1095 | George W. Shuster<br>7 World Trade Center<br>New York, NY 10007 |
| Sierra Business Council<br>c/o Kerri L. Timmer<br>P.O. Box 2428<br>Truckee, CA 96160 | David P. Simonds<br>Akin Gump Strauss Hauer & Feld LLP<br>1999 Avenue of the Stars, #600<br>Los Angeles, CA 90067 |

*[x] Service list continued on following page*

13

| | |
|---|---|
| Robert P. Simons<br>Reed Smith LLP<br>225 5th Ave., #1200<br>Pittsburg, PA 15222 | Richard W. Slack<br>Weil Gotshal and Manges, LLP<br>767 Fifth Ave.<br>New York, NY 10153-0119 |
| Edwin E. Smith<br>Morgan, Lewis & Bockius LLP<br>101 Park Ave.<br>New York, NY 10178-0060 | Abigail Snow<br>Satterlee Stephens LLP<br>230 Park Ave.<br>New York, NY 10169 |
| Mark A. Speiser<br>Stroock, Stroock and Lavan<br>180 Maiden Ln.<br>New York, NY 10038 | Michael S. Stamer<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036 |
| Andrew J. Strabone<br>Irell and Manella LLP<br>1800 Avenue of the Stars, #900<br>Los Angeles, CA 90067-4276 | Michael H Strub<br>Irell and Manella LLP<br>840 Newport Center Dr., #400<br>Newport Beach, CA 92660-6324 |
| Joshua Y. Sturm<br>Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600 | Matthew G. Summers<br>Ballard Spahr LLP<br>919 N Market St., 11th Fl.<br>Wilmington, DE 19801 |
| Scott Summy<br>Baron & Budd P.C.<br>3102 Oak Lawn Avenue #1100<br>Dallas, TX 75219 | Ron A. Symm<br>Assistant General Counsel<br>Aera Energy LLC<br>10000 Ming Avenue<br>Bakersfield, CA 93311 |
| Tannor Partners Credit Fund, LP<br>555 Theodore Fremd Ave.<br>Suite C-209<br>Rye, NY 10580 | Cliff I. Taylor<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan St. #2200<br>Dallas, TX 75201-2689 |
| Stanley J. Terry<br>Carney Badley Spellman<br>701 5th Ave., #3600<br>Seattle, WA 98104 | Judy D. Thompson<br>JD Thompson Law<br>P.O. Box 33127<br>Charlotte, NC 28233 |
| Matthew Troy<br>U.S. Department of Justice<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 | Theodore Tsekerides<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| *[x] Service list continued on following page* | |

14

| | |
|---|---|
| Michael M. Turkel<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | Union Pacific Railroad Company<br>Attn: Tonya W. Conley<br>Attn: Lila L. Howe<br>1400 Douglas St. Stop 1580<br>Omaha, NE 68179 |
| Danette E. Valdez<br>Office of the Attorney General<br>455 Golden Gate Ave. #11000<br>San Francisco, CA 94102-7005 | Craig Varnen<br>Irell and Manella LLP<br>1800 Avenue of the Stars, #900<br>Los Angeles, CA 90067-4276 |
| Carol C. Villegas<br>Labaton Sucharow LLP<br>140 Broadway<br>New York, NY 10005 | Eli J. Vonnegut<br>Davis Polk and Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017 |
| Diane Vuocolo<br>Greenberg Traurig, LLP<br>1717 Arch St., #400<br>Philadelphia, PA 19103 | James M. Wagstaffe<br>Wagstaffe, Von Loewenfeldt, Busch &<br>Radwick , LLP<br>100 Pine St., #725<br>San Francisco, CA 94111 |
| Thomas D. Warren<br>Pierce Bainbridge Beck Price & Hecht LLP<br>355 South Grand Ave., #4400<br>Los Angeles, CA 90071 | Jason P. Wells<br>Senior Vice President<br>Chief Financial Officer PG&E Corporation<br>77 Beale St.<br>San Francisco, CA 94177 |
| Peter L. Welsh<br>Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600 | Whitebox Multi-Strategy Partners, LP<br>3033 Excelsior Blvd., #300<br>Minneapolis, MN 55416 |
| Nigel A. Whitehead<br>Ernst Law Group<br>1020 Palm St.<br>San Luis Obispo, CA 93401 | Daniel E. Wilcoxen<br>Law Offices of Wilcoxen and Montgomery<br>2114 K St.<br>Sacramento, CA 95816 |
| Michael L. Wilhelm<br>Walter and Wilhelm Law Group<br>205 E. River Park Circle #410<br>Fresno, CA 93720 | Harris B. Winsberg<br>Troutman Sanders LLP<br>600 Peachtree St., NE, #3000<br>Atlanta, GA 30308 |
| Keith H. Wofford<br>Ropes and Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036 | Peter Wolfson<br>Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089 |

*[x] Service list continued on following page*

15

| | |
|---|---|
| Jasmin Yang<br>Lewis Brisbois Bisgaard & Smith<br>633 West 5th St. #4000<br>Los Angeles, CA 90071 | Aparna Yenamandra<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022 |
| Michael A. Yuffee<br>Winston and Strawn LLP<br>1700 K St., N.W.<br>Washington, DC 20006-3817 | David M. Zensky<br>One Bryant Park<br>New York, NY 10036 |
| Maja Zerjal<br>Proskauer Rose LLP<br>Eleven Times Square<br>P.O. Box 770000<br>New York, NY 10036 | Paul H. Zumbro<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 |

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**
**Pursuant to controlling General Orders and LBR, the foregoing document will be served by**
**the court via NEF and hyperlink to the document. On (date) 4/24/19, I checked the CM/ECF**
**docket for this bankruptcy case or adversary proceeding and determined that the following**
**persons are on the Electronic Mail Notice List to receive NEF transmission at the email**
**addresses stated below:**

Annadel A. Almendras     annadel.almendras@doj.ca.gov
Monique D. Almy     malmy@crowell.com
Dana M. Andreoli     dandreoli@steyerlaw.com, pspencer@steyerlaw.com
Anne Andrews     aa@andrewsthornton.com, aandrews@andrewsthornton.com
Richard L. Antognini     rlalawyer@yahoo.com, hallonaegis@gmail.com
Lauren T. Attard     lattard@bakerlaw.com, abalian@bakerlaw.com
Herb Baer     hbaer@primeclerk.com, ecf@primeclerk.com
Todd M. Bailey     Todd.Bailey@ftb.ca.gov
Kathryn E. Barrett     keb@svlg.com, amt@svlg.com
Ronald S. Beacher     rbeacher@pryorcashman.com
Hagop T. Bedoyan     hbedoyan@kleinlaw.com, ecf@kleinlaw.com
James C. Behrens     jbehrens@milbank.com, mkoch@milbank.com
Jacob Taylor Beiswenger     jbeiswenger@omm.com, llattin@omm.com
Peter J. Benvenutti     pbenvenutti@kellerbenvenutti.com
Robert Berens     rberens@smtdlaw.com, sr@smtdlaw.com
Heinz Binder     heinz@bindermalter.com
Frank Bloksberg     frank@bloksberglaw.com, frank@joinaikido.com
Neil Jon Bloomfield     njbloomfield@njblaw.com, gklump@njblaw.com
Jason Blumberg     jason.blumberg@usdoj.gov, Tina.L.Spyksma@UST.DOJ.GOV
Erin N. Brady     enbrady@jonesday.com
Ronald K. Brown     rkbgwhw@aol.com, lesleysich1@aol.com
Stephan M. Brown     eric@thebklawoffice.com, Ellen@thebklawoffice.com
W. Steven Bryant     , molly.batiste-debose@lockelord.com
Peter C. Califano     pcalifano@cwclaw.com

16

Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com
Leah E. Capritta    leah.capritta@hklaw.com, lori.labash@hklaw.com
Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
Richard A. Chesley    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
Shawn M. Christianson    schristianson@buchalter.com
Robert N.H. Christmas    rchristmas@nixonpeabody.com,
nyc.managing.clerk@nixonpeabody.com
Alicia Clough    aclough@loeb.com
Kevin G. Collins    kevin.collins@btlaw.com
Donald H. Cram    dhc@severson.com
Ashley Vinson Crawford    avcrawford@akingump.com, tsouthwell@akingump.com
John Cumming    jcumming@dir.ca.gov
J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net
Keith J. Cunningham    , rkelley@pierceatwood.com
Keith J. Cunningham    kcunningham@pierceatwood.com, rkelley@pierceatwood.com
James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com
Tambra Curtis    tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
Jonathan S. Dabbieri    dabbieri@sullivanhill.com, bkstaff@sullivanhill.com
Nicolas De Lancie    ndelancie@jmbm.com
Shounak S. Dharap    ssd@arnslaw.com, mec@arnslaw.com
Kathryn S. Diemer    kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com
John P. Dillman    houston_bankruptcy@publicans.com
Jonathan R. Doolittle    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
Jennifer V. Doran    jdoran@hinckleyallen.com
Jamie P. Dreher    jdreher@downeybrand.com
Cecily A. Dumas    cdumas@bakerlaw.com
Dennis F. Dunne    cprice@milbank.com, jbrewster@milbank.com
Dennis F. Dunne    ddunne@milbank.com, jbrewster@milbank.com
Huonganh Annie Duong    annie.duong@mccormickbarstow.com,
dawn.houston@mccormickbarstow.com
Kevin M. Eckhardt    keckhardt@hunton.com, candonian@huntonak.com
Joseph A. Eisenberg    JAE1900@yahoo.com
Sally J. Elkington    sally@elkshep.com, ecf@elkshep.com
David Emerzian    david.emerzian@mccormickbarstow.com,
Melany.Hertel@mccormickbarstow.com
G. Larry Engel    larry@engeladvice.com
Krista M. Enns    kenns@beneschlaw.com
Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
Richard W. Esterkin    richard.esterkin@morganlewis.com
Michael S. Etkin    metkin@lowenstein.com
Jacob M. Faircloth    jacob.faircloth@smolsonlaw.com
Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
Matthew A. Feldman    mfeldman@willkie.com
James J. Ficenec    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
Kimberly S. Fineman    kfineman@nutihart.com, nwhite@nutihart.com

17

| | |
|---|---|
| 1 | Stephen D. Finestone    sfinestone@fhlawllp.com |
| 2 | Daniel I. Forman    dforman@willkie.com |
| | Jonathan Forstot    jonathan.forstot@troutman.com, john.murphy@troutman.com |
| 3 | Jonathan Forstot    , john.murphy@troutman.com |
| | Matthew Hampton Foushee    hampton.foushee@hoganlovells.com, |
| 4 | hfoushee@gmail.com |
| 5 | Carolyn Frederick    cfrederick@prklaw.com |
| | Roger F. Friedman    rfriedman@rutan.com, csolorzano@rutan.com |
| 6 | Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com |
| | Larry W. Gabriel    lgabriel@bg.law, nfields@bg.law |
| 7 | Gregg M. Galardi    gregg.galardi@ropesgray.com |
| | Richard L. Gallagher    richard.gallagher@ropesgray.com |
| 8 | Oscar Garza    ogarza@gibsondunn.com |
| 9 | Duane M. Geck    dmg@severson.com |
| | Evelina Gentry    evelina.gentry@akerman.com, rob.diwa@akerman.com |
| 10 | Janet D. Gertz    jgertz@btlaw.com, amattingly@btlaw.com |
| | Barry S. Glaser    bglaser@swesq.com |
| 11 | Gabriel I. Glazer    gglazer@pszjlaw.com |
| | Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com |
| 12 | Matthew A. Gold    courts@argopartners.net |
| 13 | Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| | Amy L. Goldman    goldman@lbbslaw.com |
| 14 | Eric S. Goldstein    egoldstein@goodwin.com |
| | Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com |
| 15 | Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com |
| | Michael W. Goodin    mgoodin@clausen.com, mgenova@clausen.com |
| 16 | Eric R. Goodman    egoodman@bakerlaw.com |
| 17 | Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutininc.com |
| | Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutininc.com |
| 18 | Michael I. Gottfried    mgottfried@lgbfirm.com, srichmond@lgbfirm.com |
| | Louis Gottlieb    Lgottlieb@labaton.com, mpenrhyn@labaton.com |
| 19 | Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com |
| | Daniel J. Griffin    eric@thebklawoffice.com, christina@thebklawoffice.com |
| 20 | Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com |
| 21 | Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com |
| | Cameron Gulden    cameron.m.gulden@usdoj.gov |
| 22 | Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com |
| | Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com |
| 23 | Robert G. Harris    rob@bindermalter.com |
| 24 | Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com |
| | Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com |
| 25 | Christopher V. Hawkins    hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com |
| | Jan M Hayden    jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com |
| 26 | Jennifer C. Hayes    jhayes@fhlawllp.com |
| | Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com |
| 27 | Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com |
| 28 | |

18

Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
Terry L. Higham    t.higham@bkolaw.com, achavez@bkolaw.com
James P. Hill    hill@sullivanhill.com, bkstaff@sullivanhill.com
Michael R. Hogue    hoguem@gtlaw.com, frazierl@gtlaw.com
David Holtzman    david.holtzman@hklaw.com
Alexandra S. Horwitz    allie.horwitz@dinsmore.com
Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com
Shane Huang    shane.huang@usdoj.gov
Brian D. Huben    hubenb@ballardspahr.com
Jonathan Hughes    , jane.rustice@aporter.com
Michael A. Isaacs    Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
Mark V. Isola    mvi@sbj-law.com
J. Eric Ivester    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
J. Eric Ivester    , Andrea.Bates@skadden.com
Ivan C. Jen    ivan@icjenlaw.com
Monique Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
Chris Johnstone    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
Gregory K. Jones    GJones@dykema.com, cacossano@dykema.com
Robert A. Julian    rjulian@bakerlaw.com
Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com
Robert B. Kaplan    rbk@jmbm.com
Eve H. Karasik    ehk@lnbyb.com
William M. Kaufman    wkaufman@smwb.com
Jane G. Kearl    jkearl@watttieder.com, jbenton@watttieder.com
Tobias S. Keller    tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
Lynette C. Kelly    lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
Gerald P. Kennedy    gerald.kennedy@procopio.com, laj@procopio.com
Samuel A. Khalil    skhalil@milbank.com, jbrewster@milbank.com
Samuel M. Kidder    skidder@ktbslaw.com
Marc Kieselstein    , carrie.oppenheim@kirkland.com
Jane Kim    jkim@kellerbenvenutti.com
Thomas F. Koegel    tkoegel@crowell.com
Andy S. Kong    kong.andy@arentfox.com, Yvonne.Li@arentfox.com
Alan W. Kornberg    , akornberg@paulweiss.com
Bernard Kornberg    bjk@severson.com
David I. Kornbluh    dik@millermorton.com, mhr@millermorton.com
Jeffrey C. Krause    jkrause@gibsondunn.com, psantos@gibsondunn.com
Thomas R. Kreller    tkreller@milbank.com, dmuhrez@milbank.com
Lindsey E. Kress    lkress@lockelord.com, autodocket@lockelord.com
Hannah C. Kreuser    hkreuser@porterlaw.com, ooberg@porterlaw.com
Michael Thomas Krueger    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
Boris Kukso    boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
Richard A. Lapping    rich@trodellalapping.com
Michael Lauter    mlauter@sheppardmullin.com
Francis J. Lawall    lawallf@pepperlaw.com, henrys@pepperlaw.com

19

Scott Lee    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com

Edward J. Leen    eleen@mkbllp.com

Matthew A. Lesnick    matt@lesnickprince.com, jmack@lesnickprince.com

Bryn G. Letsch    bletsch@braytonlaw.com

David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com

Andrew H. Levin    alevin@wcghlaw.com, vcorbin@wcghlaw.com

Marc A. Levinson    Malevinson@orrick.com, BOrozco@orrick.com

Alexander James Demitro Lewicki    kdiemer@diemerwei.com, alewicki@diemerwei.com

William S. Lisa    , jcaruso@nixonpeabody.com

William S. Lisa    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com

Jonathan A. Loeb    jon.loeb@bingham.com

John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com

Jane Luciano    jane-luciano@comcast.net

Kerri Lyman    klyman@irell.com, lgauthier@irell.com

John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com

Iain A. Macdonald    iain@macfern.com, ecf@macfern.com

Tracy L. Mainguy    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com

Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com

Michael W. Malter    michael@bindermalter.com

Craig Margulies    cmargulies@margulies-law.com, lsalazar@margulies-law.com

Geoffrey E. Marr    gemarr59@hotmail.com

David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com

Patrick C. Maxcy    patrick.maxcy@snrdenton.com

Benjamin P. McCallen    bmccallen@willkie.com

Thomas E. McCurnin    tmccurnin@bkolaw.com, kescano@bkolaw.com

Hugh M. McDonald    hugh.mcdonald@troutman.com, john.murphy@troutman.com

Hugh M. McDonald    , john.murphy@troutman.com

C. Luckey McDowell    luckey.mcdowell@bakerbotts.com

Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com

Peter Meringolo    peter@pmrklaw.com

Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com

Matthew D. Metzger    belvederelegalecf@gmail.com

Randy Michelson    randy.michelson@michelsonlawgroup.com

Joseph G. Minias    jminias@willkie.com

M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com

Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com

John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com

Kevin Montee    kmontee@monteeassociates.com

David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com

Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com

20

Courtney L. Morgan    morgan.courtney@pbgc.gov
Joshua D. Morse    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
Thomas G. Mouzes    tmouzes@boutinjones.com, cdomingo@boutininc.com
Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com
Michael S. Myers    myersms@ballardspahr.com, hartt@ballardspahr.com
Alan I. Nahmias    anahmias@mbnlawyers.com
David L. Neale    dln@lnbrb.com
David L. Neale    dln@lnbyb.com
David Neier    dneier@winston.com
Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com
Howard S. Nevins    hnevins@hsmlaw.com, lsamosa@hsmlaw.com
Melissa T. Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
Mario R. Nicholas    mario.nicholas@stoel.com, cherie.clark@stoel.com
Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com
Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com
Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com
Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
Steven M. Olson    smo@smolsonlaw.com
Aram Ordubegian    Ordubegian.Aram@ArentFox.com
Richard A. Oshinski    Rick@Oshinskiforsberg.com, linda@oshinskiforsberg.com
Shai Oved    ssoesq@aol.com, Ovedlaw@hotmail.com
Gabriel Ozel    Gabriel.Ozel@troutman.com, tsinger@houser-law.com
Margarita Padilla    Margarita.Padilla@doj.ca.gov
Amy S. Park    amy.park@skadden.com, alissa.turnipseed@skadden.com
Donna Taylor Parkinson    donna@parkinsonphinney.com
Peter S. Partee    , candonian@huntonak.com
Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
Kenneth Pasquale    , mlaskowski@stroock.com
Charles Scott Penner    penner@carneylaw.com, caragol@carneylaw.com
Valerie Bantner Peo    vbantnerpeo@buchalter.com
Danielle A. Pham    danielle.pham@usdoj.gov
Thomas R. Phinney    tom@parkinsonphinney.com
R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
M. Ryan Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com
Estela O. Pino    epino@epinolaw.com, staff@epinolaw.com
Gregory Plaskett    GREGORY.PLASKETT@GMAIL.COM,
HKHAPPYGRL1@GMAIL.COM
Mark D. Plevin    mplevin@crowell.com
Mark D. Poniatowski    ponlaw@ponlaw.com
William L. Porter    bporter@porterlaw.com, Ooberg@porterlaw.com
Christopher E. Prince    cprince@lesnickprince.com
Douglas B. Provencher    dbp@provlaw.com
Amy C. Quartarolo    amy.quartarolo@lw.com
Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com
Justin E. Rawlins    jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
Hugh M. Ray    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com

21

| | |
|---|---|
| 1 | Paul F. Ready     smeyer@farmerandready.com |
| 2 | Caroline A. Reckler     caroline.reckler@lw.com |
| | Jeffrey M. Reisner     jreisner@irell.com |
| 3 | Jack A. Reitman     , srichmond@lgbfirm.com |
| | Emily P. Rich     erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net |
| 4 | Christopher O. Rivas     crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| | Daniel Robertson     robertson.daniel@pbgc.gov, efile@pbgc.gov |
| 5 | Lacey E. Rochester     lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com |
| 6 | Jorian L. Rose     jrose@bakerlaw.com |
| | Allan Robert Rosin     arrosin@alr-law.com |
| 7 | Jay M. Ross     jross@hopkinscarley.com, eamaro@hopkinscarley.com |
| | Gregory A. Rougeau     grougeau@brlawsf.com |
| 8 | Nathan Q. Rugg     nathan.rugg@bfkn.com, jean.montgomery@bfkn.com |
| | Thomas B. Rupp     trupp@kellerbenvenutti.com |
| 9 | Eric E. Sagerman     esagerman@bakerlaw.com, pgedocket@bakerlaw.com |
| 10 | Nanette D. Sanders     nanette@ringstadlaw.com, becky@ringstadlaw.com |
| | Lovee Sarenas     Lovee.sarenas@lewisbrisbois.com |
| 11 | Sunny S. Sarkis     sunny.sarkis@stoel.com, dawn.forgeur@stoel.com |
| | Sblend A. Sblendorio     sas@hogefenton.com |
| 12 | Daren M Schlecter     daren@schlecterlaw.com, info@schlecterlaw.com |
| 13 | Bradley R. Schneider     bradley.schneider@mto.com |
| | Lisa Schweitzer     lschweitzer@cgsh.com |
| 14 | David B. Shemano     dshemano@pwkllp.com |
| | James A. Shepherd     jim@elkshep.com, ecf@elkshep.com |
| 15 | Leonard M. Shulman     lshulman@shbllp.com |
| | Andrew I. Silfen     andrew.silfen@arentfox.com |
| 16 | Wayne A. Silver     w_silver@sbcglobal.net, ws@waynesilverlaw.com |
| 17 | Craig S. Simon     csimon@bergerkahn.com, aketcher@bergerkahn.com |
| | Michael K. Slattery     mslattery@lkfirm.com, rramirez@lkfirm.com |
| 18 | Dania Slim     dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com |
| | Jennifer N. Slocum     jennifer.slocum@stoel.com, docketclerk@stoel.com |
| 19 | Aaron C. Smith     asmith@lockelord.com, autodocket@lockelord.com |
| | Alan D. Smith     adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com |
| 20 | Jan D. Sokol     jdsokol@lawssl.com, dwright@lawssl.com |
| 21 | Randye B. Soref     rsoref@polsinelli.com |
| | Bennett L. Spiegel     blspiegel@jonesday.com |
| 22 | Michael St. James     ecf@stjames-law.com |
| | Howard J. Steinberg     steinbergh@gtlaw.com, pearsallt@gtlaw.com |
| 23 | Harriet A. Steiner     harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com |
| 24 | Lillian G. Stenfeldt     lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com |
| | Cheryl L. Stengel     clstengel@outlook.com, stengelcheryl40@gmail.com |
| 25 | David M. Stern     dstern@ktbslaw.com |
| | Rebecca Suarez     rsuarez@crowell.com |
| 26 | Brad T. Summers     summerst@lanepowell.com, docketing-pdx@lanepowell.com |
| | Kesha Tanabe     kesha@tanabelaw.com |
| 27 | Elizabeth Lee Thompson     ethompson@stites.com, docketclerk@stites.com |
| 28 | |

John C. Thornton     jct@andrewsthornton.com, aandrews@andrewsthornton.com
Meagan S. Tom     Meagan.tom@lockelord.com, autodocket@lockelord.com
Edward Tredinnick     etredinnick@grmslaw.com
Matthew Jordan Troy     matthew.troy@usdoj.gov
Andrew Van Ornum     avanornum@vlmglaw.com, hchea@vlmglaw.com
Shmuel Vasser     shmuel.vasser@dechert.com, brett.stone@dechert.com
Victor A. Vilaplana     vavilaplana@foley.com, rhurst@foley.com
Marta Villacorta     marta.villacorta@usdoj.gov
John A. Vos     InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
Riley C. Walter     ecf@W2LG.com
Phillip K. Wang     phillip.wang@rimonlaw.com
Philip S. Warden     philip.warden@pillsburylaw.com, candy.kleiner@pillsburylaw.com
Lindsi M. Weber     lweber@polsinelli.com, yderac@polsinelli.com
Genevieve G. Weiner     gweiner@gibsondunn.com
Joseph M. Welch     jwelch@buchalter.com, dcyrankowski@buchalter.com
David Walter Wessel     DWessel@efronlawfirm.com, hporter@chdlawyers.com
Drew M. Widders     dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
Eric R. Wilson     kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
Kimberly S. Winick     kwinick@clarktrev.com, knielsen@clarktrev.com
Rebecca J. Winthrop     rebecca.winthrop@nortonrosefulbright.com,
evette.rodriguez@nortonrosefulbright.com
David Wirt     david.wirt@hklaw.com, denise.harmon@hklaw.com
Ryan A. Witthans     rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
Risa Lynn Wolf-Smith     rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
Douglas Wolfe     dwolfe@asmcapital.com
Catherine E. Woltering     cwoltering@bakerlaw.com
Andrea Wong     wong.andrea@pbgc.gov, efile@pbgc.gov
Christopher Kwan Shek Wong     christopher.wong@arentfox.com
Kirsten A. Worley     kw@wlawcorp.com, admin@wlawcorp.com
Andrew Yaphe     andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com
Tacie H. Yoon     tyoon@crowell.com
Bennett G. Young     byoung@jmbm.com, jb8@jmbm.com
Brittany Zummer     bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
Dario de Ghetaldi     deg@coreylaw.com, lf@coreylaw.com


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 24, 2019, at Sacramento, California.


_____
CARMELIA V. DOMINGO

23