1  RICHARD H. GOLUBOW – State Bar No. 160434
   rgolubow@wcghlaw.com
2  **WINTHROP COUCHOT**
   **GOLUBOW HOLLANDER, LLP**
3  1301 Dove Street, Suite 500
   Newport Beach, CA 92660
4  Telephone: (949) 720-4100
   Facsimile: (949) 720-4111
5
6  Attorneys for Hoffman Southwest Corp.
   dba Professional Pipe Services
7

8                  **UNITED STATES BANKRUPTCY COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10                      **SAN FRANCISCO DIVISION**

11

12 | In re: | Case No. 19-30088 |
13 | PG&E CORPORATION | Chapter 11 Proceeding |
14 | -and- | (Jointly administered with Case No. 19-30089) |
15 | PACIFIC GAS AND ELECTRIC COMPANY, | **NOTICE PURSUANT TO 11 U.S.C. §546(b)(2) RELATED TO PERFECTION, MAINTENANCE AND ENFORCEMENT OF MECHANICS LIEN CLAIMS** |
   | Debtors and |
16 | Debtors-in-Possession. |

17 | ☐ Affects PG&E Corporation |
18 | ☐ Affects Pacific Gas and Electric Company |
19 | ☒ Affects Both Debtors |
20 | *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* |

21

22

23

24

25

26

27

28

Hoffman Southwest Corp. dba Professional Pipe Services ("Hoffman Southwest"), by and through its undersigned counsel, hereby (i) files and provides this notice ("Notice") pursuant to 11 U.S.C. § 546(b)(2) of mechanics liens, corresponding secured claims, and enforcement rights it holds against property of one or both of PG&E Corporation and Pacific Gas and Electric Company (collectively, "Debtors") and (ii) reserves all related and other rights, claims and interests it may have in the Debtors' Chapter 11 cases. In support hereof, Hoffman Southwest asserts as follows:

## Section 546(b)(2) Notice

1. In accordance with Master Service Agreement No. 4400011756, dated June 13, 2017, various Contract Work Authorizations and related change orders, agreements and documents (collectively "Agreements") between Hoffman Southwest and the debtor Pacific Gas and Electric Company, Hoffman Southwest delivered and provided labor, services, equipment and/or materials for the construction and/or improvement (collectively, "Construction Work") of certain projects, structures, systems and/or other real property ("Property") owned by one or both of the Debtors.

2. As of January 29, 2019 ("Petition Date"), the aggregate amount owed to Hoffman Southwest for the Construction Work was at least $1,638,287.64, exclusive of accruing interest and other charges, with additional amounts owing and accruing after the Petition Date (collectively, "Indebtedness")[1]. To the date of filing of this Notice, all of the Indebtedness remains outstanding and owed to Hoffman Southwest.

3. On January 25, 2019, Hoffman Southwest properly recorded and perfected its mechanics liens (collectively, "Liens") against the pertinent Property of the Debtor(s) pursuant to California Civil Code §§ 8400, *et seq.* by filing such Liens with the Recorders Offices for Alameda County, Contra Costa County, Marin County, Mendocino County, Napa County, Sacramento County, San Francisco County, San Joaquin County, San Mateo County, Shasta County, Solano County, Sonoma County, and Yuba County (collectively, "Counties" and each a "County") in the State of California based upon the respective Construction Work completed in

---

[1] The Indebtedness does not include all amounts owed as of the Petition Date by the Debtors to Hoffman Southwest.

each County, and at various locations within each County and for corresponding components of the Indebtedness that are more particularly described in the Liens (collectively, "Secured Claims"). The Liens are summarized on "Exhibit A". Copies of the Liens described in Exhibit A are attached hereto as "Exhibit B"[2].

4.  Under California Civil Code § 8460(a), a claimant is ordinarily required to commence an action to enforce a mechanics lien "within 90 days after recordation of the claim of lien." However, Hoffman Southwest is prevented from commencing appropriate actions to enforce the Liens in each of the Counties ("Actions") as a result of the commencement of the Debtors Chapter 11 cases and the application of the automatic stay of 11 U.S.C. § 362(a) ("Automatic Stay").

5.  11 U.S.C. §546(b)(2) provides, in pertinent part, that when applicable law requires commencement of an action to perfect, or to maintain or continue the perfection of, an interest in property and an action has not been commenced prior to the petition date, then such perfection, maintenance or continuation of perfection, may be accomplished by a claimant instead "giving notice within the time fixed by such law" for commencement of such action. See also, In re Baldwin Builders (Village Nurseries v. Gould), 232 B.R. 406, 410-411 (9th Cir. 1999); Village Nurseries v. Greenbaum, 101 Cal.App.4th 26, 41 (Cal. Ct. App. 2002).

6.  Accordingly, Hoffman Southwest hereby provides notice that (a) it is the holder of the recorded and perfected Liens on and corresponding Secured Claims to the Property under California law, (b) but for the Automatic Stay it would have timely commenced appropriate Actions pursuant to California law in each of the Counties to enforce such Liens and Secured Claims, and (c) it intends in all respects fully to perfect, maintain, preserve and continue the perfection of its Liens on the Property and to enforce and realize upon its corresponding Secured Claims in accordance with the requirements of California state law, 11 U.S.C. §§ 362(a),

---

[2] As Exhibit A is intended to be a summary of the Liens, the contents of Exhibit B shall control in the event of any inconsistency with the information in Exhibit A. While the electronically filed and NEF electronically served version of this Notice contains a complete copy of all Liens attached as Exhibit B, those served with manual copies of this Notice have been provided with a copy of Exhibit A. A copy of Exhibit B will be provided to any person upon written request made to Winthrop Couchot Golubow Hollander, LLP, attorneys for Hoffman Southwest, located at 1301 Dove Street, Suite 500, Newport Beach, CA 92660.

MAINDOCS-#239389-v2-Hoffman_Southwest_Notice_Lien_Perfection.doc

362(b)(3) and 546(b)(2), and any other applicable law.  Without limiting the generality of the foregoing, this Notice constitutes the legal equivalent of having recorded Liens in the Recorders Offices of each of the Counties where the Property is located for the pertinent Construction Work and respective amounts of Indebtedness, and then having timely commenced Actions to enforce and foreclose such Liens in the proper Courts.

### Reservation of Rights

7.     In the interests of economy and efficiency, Hoffman Southwest has filed this single Notice in the Debtors' Chapter 11 cases intending and expecting it to apply or pertain separately and individually to (a) the continued perfection of each and every one of the subject Liens, (b) the Actions that otherwise would have been commenced by Hoffman Southwest in accordance with California state law to maintain, enforce and realize upon its corresponding Secured Claims and (c) Hoffman Southwest's exercise of any other rights under or satisfaction of any other requirements of 11 U.S.C. § 546(b)(2) in the circumstances.

8.     Hoffman Southwest reserves the right to supplement, amend or otherwise alter this Notice from time to time as may be necessary or appropriate to conform to, or to adapt to changes in, facts or law, determinations yet to be made in the Debtors' Chapter 11 cases or in other proceedings, or otherwise to further the purposes of filing this Notice.  Without limiting the generality of the foregoing, Hoffman Southwest reserves the right if deemed necessary or appropriate to subdivide this Notice into several notices under 11 U.S.C. § 546(b)(2) based upon each and every one of the Liens and potential Actions thereon, to include specific or additional pre-petition or post-petition amounts, and to state a total amount of the Indebtedness or any component thereof that would be owed by a Debtor upon the effective date of any plan of reorganization or liquidation, the date of any distribution or payment with respect to Hoffman Southwest's Secured Claims, or any other appropriate date(s).

9.     Hoffman Southwest reserves the right to request modification of the Automatic Stay, determinations with respect to the validity, priority or extent of its Liens and Secured Claims, and adequate protection of or any other relief in relation to its Liens and Secured Claims.

MAINDOCS-#259789-v1-Hoffman_Southwest_Notice_Lien_Perfection.doc

| | |
|---|---|
| 1 |       10.     Hoffman Southwest reserves the right to assert against either of the Debtors any |
| 2 | and all claims and interests that are not encompassed by the Liens and Secured Claims, including |
| 3 | additional secured claims, administrative-priority claims or other claims that may have arisen |
| 4 | before or after the Petition Date, and interests as a party to one or more of the Agreements with |
| 5 | either of the Debtors that may be subject to the provisions of 11 U.S.C. § 365.  Also, Hoffman |
| 6 | Southwest reserves any rights, claims, actions, setoffs, or recoupments to which it is or may be |
| 7 | entitled under contract or otherwise in law or equity with respect to either of the Debtors or their |
| 8 | respective assets.  In addition, Hoffman Southwest reserves any and all rights, claims, actions, and |
| 9 | remedies it has or may have with respect to all entities other than the Debtors, and nothing herein |
| 10 | shall be considered an election not to pursue remedies against such entities. |

DATED: April 24, 2019

**WINTHROP COUCHOT
GOLUBOW HOLLANDER, LLP**

By: */s/ Richard H. Golubow*
        Richard H. Golubow
Attorneys for Hoffman Southwest Corp.
dba Professional Pipeline Services

-5-

Case: 19-30088    Doc# 1662    Filed: 04/24/19    Entered: 04/24/19 17:03:55    Page 5 of
24
MAINDOCS-#29788479-v1-Hoffman_Southwest_Ridge_Lien_Perfection.doc

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1301 Dove Street, Suite 500, Newport Beach, CA 92660.

A true and correct copy of the foregoing document entitled: **NOTICE PURSUANT TO 11 U.S.C. §546(b)(2) RELATED TO PERFECTION, MAINTENANCE AND ENFORCEMENT OF MECHANICS LIEN CLAIMS** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 24, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **April 24, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

## *ALL PARTIES ON THE MANUEL SERVICE LIST SERVED WITHOUT EXHIBIT B. A copy of Exhibit B will be provided to any person upon written request made to Winthrop Couchot Golubow Hollander, LLP, Attorneys for Hoffman Southwest, located at 1301 Dove Street, Suite 500, Newport Beach, CA 92660.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 24, 2019 | Jeannie Martinez | /s/ Jeannie Martinez |
|---|---|---|
| Date | Printed Name | Signature |

-6-

MAINDOCS-#239789-v3-Hoffman_Southwest_Notice_Lien_Perfection.doc

## NEF SERVICE LIST

- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Monique D. Almy    malmy@crowell.com
- Dana M. Andreoli    dandreoli@steyerlaw.com, pspencer@steyerlaw.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Lauren T. Attard    lattard@bakerlaw.com, abalian@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Todd M. Bailey    Todd.Bailey@ftb.ca.gov
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti    pbenvenutti@kellerbenvenutti.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder    heinz@bindermalter.com
- Frank Bloksberg    frank@bloksberglaw.com, frank@joinaikido.com
- Neil Jon Bloomfield    njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg    jason.blumberg@usdoj.gov, Tina.L.Spyksma@UST.DOJ.GOV
- Erin N. Brady    enbrady@jonesday.com
- Ronald K. Brown    rkbgwhw@aol.com, lesleysich1@aol.com
- Stephan M. Brown    eric@thebklawoffice.com, Ellen@thebklawoffice.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Peter C. Califano    pcalifano@cwclaw.com
- Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta    leah.capritta@hklaw.com, lori.labash@hklaw.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Shawn M. Christianson    schristianson@buchalter.com
- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alicia Clough    aclough@loeb.com
- Kevin G. Collins    kevin.collins@btlaw.com
- Donald H. Cram    dhc@severson.com
- Ashley Vinson Crawford    avcrawford@akingump.com, tsouthwell@akingump.com
- John Cumming    jcumming@dir.ca.gov
- J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham    , rkelley@pierceatwood.com
- Keith J. Cunningham    kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis    tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- Jonathan S. Dabbieri    dabbieri@sullivanhill.com, bkstaff@sullivanhill.com
- Nicolas De Lancie    ndelancie@jmbm.com
- Shounak S. Dharap    ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer    kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Jonathan R. Doolittle    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com

- Jennifer V. Doran     jdoran@hinckleyallen.com
- Jamie P. Dreher     jdreher@downeybrand.com
- Cecily A. Dumas     cdumas@bakerlaw.com
- Dennis F. Dunne     cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne     ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong     annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Kevin M. Eckhardt     keckhardt@hunton.com, candonian@huntonak.com
- Joseph A. Eisenberg     JAE1900@yahoo.com
- Sally J. Elkington     sally@elkshep.com, ecf@elkshep.com
- David Emerzian     david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com
- G. Larry Engel     larry@engeladvice.com
- Krista M. Enns     kenns@beneschlaw.com
- Michael P. Esser     michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- Richard W. Esterkin     richard.esterkin@morganlewis.com
- Michael S. Etkin     metkin@lowenstein.com
- Jacob M. Faircloth     jacob.faircloth@smolsonlaw.com
- Joseph Kyle Feist     jfeistesq@gmail.com, info@norcallawgroup.net
- Matthew A. Feldman     mfeldman@willkie.com
- James J. Ficenec     James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero     jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman     kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone     sfinestone@fhlawllp.com
- Daniel I. Forman     dforman@willkie.com
- Jonathan Forstot     jonathan.forstot@troutman.com, john.murphy@troutman.com
- Jonathan Forstot     , john.murphy@troutman.com
- Matthew Hampton Foushee     hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick     cfrederick@prklaw.com
- Roger F. Friedman     rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu     jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Larry W. Gabriel     lgabriel@bg.law, nfields@bg.law
- Gregg M. Galardi     gregg.galardi@ropesgray.com
- Richard L. Gallagher     richard.gallagher@ropesgray.com
- Oscar Garza     ogarza@gibsondunn.com
- Duane M. Geck     dmg@severson.com
- Evelina Gentry     evelina.gentry@akerman.com, rob.diwa@akerman.com
- Janet D. Gertz     jgertz@btlaw.com, amattingly@btlaw.com
- Barry S. Glaser     bglaser@swesq.com
- Gabriel I. Glazer     gglazer@pszjlaw.com
- Gabrielle Glemann     gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Matthew A. Gold     courts@argopartners.net
- Eric D. Goldberg     eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Amy L. Goldman     goldman@lbbslaw.com
- Eric S. Goldstein     egoldstein@goodwin.com
- Richard H. Golubow     rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez     mgomez@frandzel.com, dmoore@frandzel.com
- Michael W. Goodin     mgoodin@clausen.com, mgenova@clausen.com
- Eric R. Goodman     egoodman@bakerlaw.com

MainDocs #299884-3 Hoffman_Southwest_Ridge_Lien_Perfection.doc

- Mark A. Gorton     mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton     mgorton@boutininc.com, cdomingo@boutininc.com
- Michael I. Gottfried     mgottfried@lgbfirm.com, srichmond@lgbfirm.com
- Louis Gottlieb     Lgottlieb@labaton.com, mpenrhyn@labaton.com
- Debra I. Grassgreen     dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Daniel J. Griffin     eric@thebklawoffice.com, christina@thebklawoffice.com
- Stuart G. Gross     sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Elizabeth M. Guffy     eguffy@lockelord.com, autodocket@lockelord.com
- Cameron Gulden     cameron.m.gulden@usdoj.gov
- Oren Buchanan Haker     oren.haker@stoel.com, rene.alvin@stoel.com
- Kristopher M. Hansen     dmohamed@stroock.com, mmagzamen@stroock.com
- Robert G. Harris     rob@bindermalter.com
- Christopher H. Hart     chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins     bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Christopher V. Hawkins     hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com
- Jan M Hayden     jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes     jhayes@fhlawllp.com
- Alaina R. Heine     alaina.heine@dechert.com, brett.stone@dechert.com
- Stephen E. Hessler, P.C.     , jozette.chong@kirkland.com
- Sean T. Higgins     aandrewsthornton.com, shiggins@andrewsthornton.com
- Terry L. Higham     t.higham@bkolaw.com, achavez@bkolaw.com
- James P. Hill     hill@sullivanhill.com, bkstaff@sullivanhill.com
- Michael R. Hogue     hoguem@gtlaw.com, frazierl@gtlaw.com
- David Holtzman     david.holtzman@hklaw.com
- Alexandra S. Horwitz     allie.horwitz@dinsmore.com
- Marsha Houston     mhouston@reedsmith.com, hvalencia@reedsmith.com
- Shane Huang     shane.huang@usdoj.gov
- Brian D. Huben     hubenb@ballardspahr.com
- Jonathan Hughes     , jane.rustice@aporter.com
- Michael A. Isaacs     Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- Mark V. Isola     mvi@sbj-law.com
- J. Eric Ivester     Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester     , Andrea.Bates@skadden.com
- Ivan C. Jen     ivan@icjenlaw.com
- Monique Jewett-Brewster     mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- Chris Johnstone     chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Gregory K. Jones     GJones@dykema.com, cacossano@dykema.com
- Robert A. Julian     rjulian@bakerlaw.com
- Roberto J. Kampfner     rkampfner@whitecase.com, mco@whitecase.com
- Robert B. Kaplan     rbk@jmbm.com
- Eve H. Karasik     ehk@lnbyb.com
- William M. Kaufman     wkaufman@smwb.com
- Jane G. Kearl     jkearl@watttieder.com, jbenton@watttieder.com
- Tobias S. Keller     tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly     lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Gerald P. Kennedy     gerald.kennedy@procopio.com, laj@procopio.com
- Samuel A. Khalil     skhalil@milbank.com, jbrewster@milbank.com
- Samuel M. Kidder     skidder@ktbslaw.com
- Marc Kieselstein     , carrie.oppenheim@kirkland.com

MAINDOCS-#29738473-v3-Hoffman_Southwest_Ridge_Lien_Perfection.doc

- Jane Kim    jkim@kellerbenvenutti.com
- Thomas F. Koegel    tkoegel@crowell.com
- Andy S. Kong    kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Alan W. Kornberg    , akornberg@paulweiss.com
- Bernard Kornberg    bjk@severson.com
- David I. Kornbluh    dik@millermorton.com, mhr@millermorton.com
- Jeffrey C. Krause    jkrause@gibsondunn.com, psantos@gibsondunn.com
- Thomas R. Kreller    tkreller@milbank.com, dmuhrez@milbank.com
- Lindsey E. Kress    lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser    hkreuser@porterlaw.com, ooberg@porterlaw.com
- Michael Thomas Krueger    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Boris Kukso    boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping    rich@trodellalapping.com
- Michael Lauter    mlauter@sheppardmullin.com
- Francis J. Lawall    lawallf@pepperlaw.com, henrys@pepperlaw.com
- Scott Lee    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- Edward J. Leen    eleen@mkbllp.com
- Matthew A. Lesnick    matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch    bletsch@braytonlaw.com
- David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin    alevin@wcghlaw.com, vcorbin@wcghlaw.com
- Marc A. Levinson    Malevinson@orrick.com, BOrozco@orrick.com
- Alexander James Demitro Lewicki    kdiemer@diemerwei.com, alewicki@diemerwei.com
- William S. Lisa    , jcaruso@nixonpeabody.com
- William S. Lisa    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb    jon.loeb@bingham.com
- John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Jane Luciano    jane-luciano@comcast.net
- Kerri Lyman    klyman@irell.com, lgauthier@irell.com
- John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald    iain@macfern.com, ecf@macfern.com
- Tracy L. Mainguy    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Michael W. Malter    michael@bindermalter.com
- Craig Margulies    cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr    gemarr59@hotmail.com
- David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy    patrick.maxcy@snrdenton.com
- Benjamin P. McCallen    bmccallen@willkie.com
- Thomas E. McCurnin    tmccurnin@bkolaw.com, kescano@bkolaw.com
- Hugh M. McDonald    hugh.mcdonald@troutman.com, john.murphy@troutman.com
- Hugh M. McDonald    , john.murphy@troutman.com
- C. Luckey McDowell    luckey.mcdowell@bakerbotts.com

- Thomas Melone     Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo     peter@pmrklaw.com
- Frank A. Merola     lacalendar@stroock.com, mmagzamen@stroock.com
- Matthew D. Metzger     belvederelegalecf@gmail.com
- Randy Michelson     randy.michelson@michelsonlawgroup.com
- Joseph G. Minias     jminias@willkie.com
- M. David Minnick     dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Thomas C. Mitchell     tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe     john.moe@dentons.com, glenda.spratt@dentons.com
- Kevin Montee     kmontee@monteeassociates.com
- David W. Moon     lacalendar@stroock.com, mmagzamen@stroock.com
- Erika L. Morabito     emorabito@foley.com, hsiagiandraughn@foley.com
- Courtney L. Morgan     morgan.courtney@pbgc.gov
- Joshua D. Morse     Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Thomas G. Mouzes     tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz     pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Michael S. Myers     myersms@ballardspahr.com, hartt@ballardspahr.com
- Alan I. Nahmias     anahmias@mbnlawyers.com
- David L. Neale     dln@lnbrb.com
- David L. Neale     dln@lnbyb.com
- David Neier     dneier@winston.com
- Brittany J. Nelson     bnelson@foley.com, hsiagiandraughn@foley.com
- Howard S. Nevins     hnevins@hsmlaw.com, lsamosa@hsmlaw.com
- Melissa T. Ngo     ngo.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas     mario.nicholas@stoel.com, cherie.clark@stoel.com
- Gregory C. Nuti     gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient     aobrient@mintz.com, docketing@mintz.com
- Julie E. Oelsner     joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov
- Steven M. Olson     smo@smolsonlaw.com
- Aram Ordubegian     Ordubegian.Aram@ArentFox.com
- Richard A. Oshinski     Rick@Oshinskiforsberg.com, linda@oshinskiforsberg.com
- Shai Oved     ssoesq@aol.com, Ovedlaw@hotmail.com
- Gabriel Ozel     Gabriel.Ozel@troutman.com, tsinger@houser-law.com
- Margarita Padilla     Margarita.Padilla@doj.ca.gov
- Amy S. Park     amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson     donna@parkinsonphinney.com
- Peter S. Partee     , candonian@huntonak.com
- Paul J. Pascuzzi     ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- Kenneth Pasquale     , mlaskowski@stroock.com
- Charles Scott Penner     penner@carneylaw.com, caragol@carneylaw.com
- Valerie Bantner Peo     vbantnerpeo@buchalter.com
- Danielle A. Pham     danielle.pham@usdoj.gov
- Thomas R. Phinney     tom@parkinsonphinney.com
- R. Alexander Pilmer     alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston     rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino     epino@epinolaw.com, staff@epinolaw.com

Case: 19-30088    Doc# 1662    Filed: 04/24/19    Entered: 04/24/19 17:03:55    Page 11 of 24

MacDocs #299384v Hofmann_Southwest_Ntc_of_Lien_Perfection.doc

| | |
|---|---|
| 1 | • Gregory Plaskett    GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM |
| 2 | • Mark D. Plevin    mplevin@crowell.com |
| | • Mark D. Poniatowski    ponlaw@ponlaw.com |
| 3 | • William L. Porter    bporter@porterlaw.com, Ooberg@porterlaw.com |
| 4 | • Christopher E. Prince    cprince@lesnickprince.com |
| | • Douglas B. Provencher    dbp@provlaw.com |
| 5 | • Amy C. Quartarolo    amy.quartarolo@lw.com |
| 6 | • Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com |
| | • Justin E. Rawlins    jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com |
| 7 | • Hugh M. Ray    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com |
| | • Paul F. Ready    smeyer@farmerandready.com |
| 8 | • Caroline A. Reckler    caroline.reckler@lw.com |
| 9 | • Jeffrey M. Reisner    jreisner@irell.com |
| | • Jack A. Reitman    , srichmond@lgbfirm.com |
| 10 | • Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net |
| | • Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| 11 | • Daniel Robertson    robertson.daniel@pbgc.gov, efile@pbgc.gov |
| | • Lacey E. Rochester    lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com |
| 12 | • Jorian L. Rose    jrose@bakerlaw.com |
| 13 | • Allan Robert Rosin    arrosin@alr-law.com |
| | • Jay M. Ross    jross@hopkinscarley.com, eamaro@hopkinscarley.com |
| 14 | • Gregory A. Rougeau    grougeau@brlawsf.com |
| | • Nathan Q. Rugg    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com |
| 15 | • Thomas B. Rupp    trupp@kellerbenvenutti.com |
| 16 | • Eric E. Sagerman    esagerman@bakerlaw.com, pgedocket@bakerlaw.com |
| | • Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com |
| 17 | • Lovee Sarenas    Lovee.sarenas@lewisbrisbois.com |
| | • Sunny S. Sarkis    sunny.sarkis@stoel.com, dawn.forgeur@stoel.com |
| 18 | • Sblend A. Sblendorio    sas@hogefenton.com |
| | • Daren M Schlecter    daren@schlecterlaw.com, info@schlecterlaw.com |
| 19 | • Bradley R. Schneider    bradley.schneider@mto.com |
| 20 | • Lisa Schweitzer    lschweitzer@cgsh.com |
| | • David B. Shemano    dshemano@pwkllp.com |
| 21 | • James A. Shepherd    jim@elkshep.com, ecf@elkshep.com |
| | • Leonard M. Shulman    lshulman@shbllp.com |
| 22 | • Andrew I. Silfen    andrew.silfen@arentfox.com |
| | • Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com |
| 23 | • Craig S. Simon    csimon@bergerkahn.com, aketcher@bergerkahn.com |
| | • Michael K. Slattery    mslattery@lkfirm.com, rramirez@lkfirm.com |
| 24 | • Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com |
| 25 | • Jennifer N. Slocum    jennifer.slocum@stoel.com, docketclerk@stoel.com |
| | • Aaron C. Smith    asmith@lockelord.com, autodocket@lockelord.com |
| 26 | • Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com |
| 27 | • Jan D. Sokol    jdsokol@lawssl.com, dwright@lawssl.com |
| | • Randye B. Soref    rsoref@polsinelli.com |
| 28 | • Bennett L. Spiegel    blspiegel@jonesday.com |
| | • Michael St. James    ecf@stjames-law.com |
| | • Howard J. Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com |

MAIN DOCS #299364v4 Hofmann_Southwest_Ntc_of_Lien_Perfection.doc

- Harriet A. Steiner    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- Cheryl L. Stengel    clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern    dstern@ktbslaw.com
- Rebecca Suarez    rsuarez@crowell.com
- Brad T. Summers    summerst@lanepowell.com, docketing-pdx@lanepowell.com
- Kesha Tanabe    kesha@tanabelaw.com
- Elizabeth Lee Thompson    ethompson@stites.com, docketclerk@stites.com
- John C. Thornton    jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Meagan S. Tom    Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward Tredinnick    etredinnick@grmslaw.com
- Matthew Jordan Troy    matthew.troy@usdoj.gov
- Andrew Van Ornum    avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta    marta.villacorta@usdoj.gov
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Riley C. Walter    ecf@W2LG.com
- Phillip K. Wang    phillip.wang@rimonlaw.com
- Philip S. Warden    philip.warden@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- Lindsi M. Weber    lweber@polsinelli.com, yderac@polsinelli.com
- Genevieve G. Weiner    gweiner@gibsondunn.com
- Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com
- David Walter Wessel    DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Drew M. Widders    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans    rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- Risa Lynn Wolf-Smith    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Douglas Wolfe    dwolfe@asmcapital.com
- Catherine E. Woltering    cwoltering@bakerlaw.com
- Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher Kwan Shek Wong    christopher.wong@arentfox.com
- Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com
- Andrew Yaphe    andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com
- Tacie H. Yoon    tyoon@crowell.com
- Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com
- Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com

MAIN DOCS - #299784 v1 Hofmann_Southwest_Ntc_Lien_Perfection.doc

# Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**<u>*ALL PARTIES ON THE MANUEL SERVICE LIST SERVED WITHOUT EXHIBIT B.</u>**
**A copy of Exhibit B will be provided to any person upon written request made to Winthrop Couchot Golubow Hollander, LLP, Attorneys for Hoffman Southwest Corp. dba Professional Pipe Services at 1301 Dove Street, Suite 500, Newport Beach, CA 92660**

| | | |
|---|---|---|
| E. Elliot Adler<br>Adler Law Group, APLC<br>402 W. Broadway, #860<br>San Diego, CA 92101 | Paul S. Aronzon<br>Milbank LLP<br>2029 Century Park East, 33rd Fl.<br>Los Angeles, CA 90067 | Andrew S. Behlmann<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068 |
| Max Africk<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Khaldoun A. Baghdadi<br>Walkup, Melodia, Kelly and Schoenberger<br>650 California St. 26th Fl.<br>San Francisco, CA 94108 | Christopher R. Belmonte<br>Satterlee Stephens LLP<br>230 Park Ave.<br>New York, NY 10169 |
| Arocles Aguilar<br>California Public Utilities Commission<br>505 Van Ness Ave.<br>San Francisco, CA 94102 | Mark I. Bane<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 | Steven M. Berki<br>Corey, Luzaich, De Ghetaldi & Riddle LLP<br>700 El Camino Real<br>P.O. Box 669<br>Millbrae, CA 94030-0669 |
| Robert Albery<br>Associate General Counsel<br>Jacobs Engineering<br>9191 South Jamaica St.<br>Englewood, CO 80112 | Michael J. Barrie<br>Benesch, Friedlander, Coplan et LLP<br>222 Delaware Ave., #801<br>Wilmington, DE 19801 | Joshua B. Bevitz<br>Newmeyer & Dillion LLP<br>1333 N. California Blvd. #600<br>Walnut Creek, CA 94596 |
| Mary E. Alexander<br>Mary Alexander & Associates, P.C.<br>44 Montgomery St., #1303<br>San Francisco, CA 94104 | Bryan E. Bates<br>Dentons US LLP<br>303 Peachtree St., NE, #5300<br>Atlanta, GA 30308 | Martin J. Bienenstock<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036 |
| Yelena Archiyan<br>Akerman LLP<br>2001 Ross Ave., #3600<br>Dallas, TX 75201 | Xavier Becerra<br>Office of the Attorney General<br>1515 Clay St., 20th Fl.<br>P.O. Box 70550<br>Oakland, CA 94612-0550 | Philip Blanchard<br>Rutan & Tucker, LLP<br>611 Anton Blvd., #1400<br>Costa Mesa, CA 92626-1931 |
| Paul S. Aronzon<br>Milbank LLP<br>2029 Century Park East, 33rd Fl<br>Los Angeles, CA 90067 | Carolynn K. Beck<br>Pierce Bainbridge Beck Price & Hecht LLP<br>355 South Grand Ave., 4400<br>Los Angeles, CA 90071 | Todd Blischke<br>Williams Kastner<br>601 Union St., #4100<br>Seattle, WA 98101 |

-14-

MAIN DOCS - #269384 v1 Hoffman_Southwest_Ntc_of_Lien_Perfection.doc

| | | | |
|---|---|---|---|
| 1 | David H. Botter<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036 | Kevin Bostel<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Abigail D. Blodgett<br>Cochett, Pitre & McCarthy, LLP<br>San Francisco Airport Office Center<br>840 Malcolm Rd., Suite 200<br>Burlingame, CA 94010 |
| 4 | Francis A. Bottini<br>Bottini & Bottini, Inc.<br>7817 Ivanhoe Ave. #102<br>La Jolla, CA 92037 | Matthew C. Brown<br>White & Case LLP<br>Southeast Financial Center<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131-2352 | Pamela A. Bosswick<br>Abigail Snow<br>Satterlee Stephens LLP<br>230 Park Ave.<br>New York, NY 10169 |
| 7 | Thomas J. Brandi<br>Law Offices of Thomas J. Brandi<br>345 Pine St. 3rd Fl<br>San Francisco, CA 94104 | Beth M. Brownstein<br>Arent Fox LLP<br>1301 Avenue of the Americas, 42nd Fl.<br>New York, NY 10019 | Frank Busch<br>Wagstaffe, Von Loewenfeldt, Busch &<br>Radwick , LLP<br>100 Pine St., #725<br>San Francisco, CA 94111 |
| 10 | Gregory A. Bray<br>Milbank LLP<br>2029 Century Park East, 33rd Fl.<br>Los Angeles, CA 90067 | Bob B. Bruner<br>Norton Rose Fulbright US LLP<br>1301 McKinney #5100<br>Houston, TX 77010 | Michael G. Busenkell<br>Morris, Nichols, Arsht and Tunnell<br>1201 N Market St.<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 |
| 13 | Gregory A. Bray<br>Milbank LLP<br>2029 Century Park East, 33rd Fl.<br>Los Angeles, CA 90067 | Robert Bryson<br>Robins Cloud LLP<br>808 Wilshire Boulevard, #450<br>Santa Monica, CA 90401 | California Power Exchange Corporation<br>, |
| 16 | Alan R. Brayton<br>Law Offices of Brayton and Purcell<br>222 Rush Landing Rd.<br>Novato, CA 94945 | William C. Callaham<br>Wilcoxen Callaham, LLP<br>2114 K St.<br>Sacramento, CA 95816 | James Carr<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10078 |
| 19 | Allan S. Brilliant<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY 10036 | Michael P. Canty<br>Labaton Sucharow LLP<br>140 Broadway<br>New York, NY 10005 | Patricia I. Chen<br>Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600 |
| 22 | Owen Clements<br>San Francisco City Attorneys Office<br>1390 Market Street, 7th Floor<br>San Francisco, CA 94102 | Kevin M. Capuzzi<br>Benesch, Friedlander, Coplan et LLP<br>222 Delaware Ave., #801<br>Wilmington, DE 19801 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of Americas, 28th Fl.<br>New York, NY 10019 |
| 25 | Alicia Clough<br>Loeb & Loeb LLP<br>10100 Santa Monica Blvd. #2200<br>Los Angeles, CA 90067 | Kevin M. Coles<br>Stewart Sokol and Larkin LLC<br>2300 SW 1st Ave. #200<br>Portland, OR 97201 | Donald Chewning<br>463 Wooster Ave Apt D12<br>San Jose, CA 95116 |

-15-

MAHER DOCS #289384 v1 Floriann_Southwest_Ntc_Lien_Perfection.doc

| | | |
|---|---|---|
| Cohanzick Management LLC | Contrarian Funds, LLC | Louis S. Chiappetta |
| 427 Bedford Rd | 411 West Putnam Ave., Ste. 425 | Skadden, Arps, Slate, Meagher & Flom LLP |
| #230 | Greenwich, CT 06830 | 155 N. Wacker Dr. |
| Pleasantville, NY 10570 | | Chicago, IL 60606-1720 |
| | | |
| Janine Cohen | Alison E. Cordova | Kevin Chiu |
| Pierce Bainbridge Beck Price & Hecht LLP | Cochett, Pitre & McCarthy, LLP | Baker Botts L.L.P. |
| 355 South Grand Ave., #4400 | San Francisco Airport Office Center | 2001 Ross Ave., #1000 |
| Los Angeles, CA 90071 | 840 Malcolm Rd., Suite 200 | Dallas, TX 75201 |
| | Burlingame, CA 94010 | |
| | | |
| Marc Cohen | Corre Horizon Fund, LP | Patricia A. Cirucci |
| Loeb & Loeb LLP | 12 East 49th Street, Suite 4003 | Southern California Edison Company |
| 10100 Santa Monica Blvd. #2200 | New York, NY 10017 | 2244 Walnut Grove Ave., 3rd Fl. |
| Los Angeles, CA 90067 | | Rosemead, CA 91770 |
| | | |
| Marc S. Cohen | Corre Opportunities II Master Fund, LP | |
| Loeb & Loeb LLP | 12 East 49th Street, Suite 4003 | |
| 10100 Santa Monica Blvd., #2200 | New York, NY 10017 | |
| Los Angeles, CA 90067 | | |
| | | |
| Corre Opportunities Qualified Master Fund, LP | Neal P. Donnelly | Jasmin Yang |
| 12 East 49th Street, Suite 4003 | Paul, Weiss, Rifkind, Wharton & Garrison | Lewis Brisbois Bisgaard & Smith |
| New York, NY 10017 | 1285 Avenue of the Americas | 633 West 5th St. #4000 |
| | New York, NY 10019 | Los Angeles, CA 90071 |
| | | |
| Joseph Corrigan | Jeffrey A. Dubbin | Aparna Yenamandra |
| One Federal Street | Labaton Sucharow LLP | Kirkland & Ellis LLP |
| Boston, MA 02110 | 140 Broadway | 601 Lexington Avenue |
| | New York, NY 10005 | New York, NY 10022 |
| | | |
| Leo T. Crowley | Nigel A. Whitehead | Michael A. Yuffee |
| Pillsbury Winthrop Shaw Pittman LLP | Ernst Law Group | Winston and Strawn LLP |
| 1540 Broadway | 1020 Palm St. | 1700 K St., N.W. |
| New York, NY 10036 | San Luis Obispo, CA 93401 | Washington, DC 20006-3817 |
| | | |
| Ivo G. Daniele | Daniel E. Wilcoxen | David M. Zensky |
| Newmeyer & Dillion LLP | Law Offices of Wilcoxen and Montgomery | One Bryant Park |
| 1333 N. California Blvd., #600 | 2114 K St. | New York, NY 10036 |
| Walnut Creek, CA 94596 | Sacramento, CA 95816 | |
| | | |
| Michael S. Danko | Michael L. Wilhelm | Maja Zerjal |
| O'Reilly, Collins and Danko | Walter and Wilhelm Law Group | Proskauer Rose LLP |
| 2500 Sand Hill Rd. #201 | 205 E. River Park Circle #410 | Eleven Times Square |
| Menlo Park, CA 94025 | Fresno, CA 93720 | P.O. Box 770000 |
| | | New York, NY 10036 |

MAIN DOCS #269389 v6 Hoffmann_Southwest_Ntc_of_Lien_Perfection.doc

| | | |
|---|---|---|
| Navi Dhillon<br>Baker Botts L.L.P.<br>101 California St., #3600<br>San Francisco, CA 94111 | William McCann, Esq.<br>, | Paul H. Zumbro<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 |
| Ira S. Dizengoff<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036 | Harris B. Winsberg<br>Troutman Sanders LLP<br>600 Peachtree St., NE, #3000<br>Atlanta, GA 30308 | Peter L. Welsh<br>Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600 |
| Carol C. Villegas<br>Labaton Sucharow LLP<br>140 Broadway<br>New York, NY 10005 | Keith H. Wofford<br>Ropes and Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036 | Whitebox Multi-Strategy Partners, LP<br>3033 Excelsior Blvd., #300<br>Minneapolis, MN 55416 |
| Eli J. Vonnegut<br>Davis Polk and Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017 | Peter Wolfson<br>Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089 | Danette E. Valdez<br>Office of the Attorney General<br>455 Golden Gate Ave. #11000<br>San Francisco, CA 94102-7005 |
| Diane Vuocolo<br>Greenberg Traurig, LLP<br>1717 Arch St., #400<br>Philadelphia, PA 19103 | Stanley J. Terry<br>Carney Badley Spellman<br>701 5th Ave., #3600<br>Seattle, WA 98104 | Craig Varnen<br>Irell and Manella LLP<br>1800 Avenue of the Stars, #900<br>Los Angeles, CA 90067-4276 |
| James M. Wagstaffe<br>Wagstaffe, Von Loewenfeldt, Busch &<br>Radwick , LLP<br>100 Pine St., #725<br>San Francisco, CA 94111 | Judy D. Thompson<br>JD Thompson Law<br>P.O. Box 33127<br>Charlotte, NC 28233 | Tannor Partners Credit Fund, LP<br>555 Theodore Fremd Ave.<br>Suite C-209<br>Rye, NY 10580 |
| Thomas D. Warren<br>Pierce Bainbridge Beck Price & Hecht<br>LLP<br>355 South Grand Ave., #4400<br>Los Angeles, CA 90071 | Tim Messer Construction Inc. | Cliff I. Taylor<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan St. #2200<br>Dallas, TX 75201-2689 |
| Jason P. Wells<br>Senior Vice President<br>Chief Financial Officer PG&E Corporation<br>77 Beale St.<br>San Francisco, CA 94177 | Matthew Troy<br>U.S. Department of Justice<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 | Andrew J. Strabone<br>Irell and Manella LLP<br>1800 Avenue of the Stars, #900<br>Los Angeles, CA 90067-4276 |
| Southern California Gas Company<br>, | Theodore Tsekerides<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Michael H Strub<br>Irell and Manella LLP<br>840 Newport Center Dr., #400<br>Newport Beach, CA 92660-6324 |

MAILBOTS_#297884v1_Horlman_Southwest_NtcofLien_Perfection.doc

| | | |
|---|---|---|
| Mark A. Speiser<br>Stroock, Stroock and Lavan<br>180 Maiden Ln.<br>New York, NY 10038 | Michael M. Turkel<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | Joshua Y. Sturm<br>Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600 |
| Michael S. Stamer<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036 | Union Pacific Railroad Company<br>Attn: Tonya W. Conley<br>Attn: Lila L. Howe<br>1400 Douglas St. Stop 1580<br>Omaha, NE 68179 | Matthew G. Summers<br>Ballard Spahr LLP<br>919 N Market St., 11th Fl.<br>Wilmington, DE 19801 |
| George W. Shuster<br>7 World Trade Center<br>New York, NY 10007 | Nora Sheriff<br>Buchalter<br>55 Second St., #1700<br>San Francisco, CA 94105-3493 | Scott Summy<br>Baron & Budd P.C.<br>3102 Oak Lawn Avenue #1100<br>Dallas, TX 75219 |
| Sierra Business Council<br>c/o Kerri L. Timmer<br>P.O. Box 2428<br>Truckee, CA 96160 | J. Christopher Shore<br>Law Offices of White and Case<br>1221 Avenue of the Americas<br>New York, NY 10020-1095 | Ron A. Symm<br>Assistant General Counsel<br>Aera Energy LLC<br>10000 Ming Avenue<br>Bakersfield, CA 93311 |
| David P. Simonds<br>Akin Gump Strauss Hauer & Feld LLP<br>1999 Avenue of the Stars, #600<br>Los Angeles, CA 90067 | Daniel S. Shamah<br>O'Melveny & Myers LLP<br>7 Times Sq.<br>New York, NY 10036 | Howard Seife<br>Norton Rose Fulbright US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 |
| Robert P. Simons<br>Reed Smith LLP<br>225 5th Ave., #1200<br>Pittsburg, PA 15222 | Alex M. Sher<br>Hogan Lovells US LLP<br>875 Third Ave.<br>New York, NY 10022 | David R. Seligman<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60654 |
| Richard W. Slack<br>Weil Gotshal and Manges, LLP<br>767 Fifth Ave.<br>New York, NY 10153-0119 | Michael A. Rosenthal<br>Gibson, Dunn and Crutcher LLP<br>200 Park Ave.<br>New York, NY 10166-0193 | Margaret Schierberl<br>Cleary, Gottlieb, Sheen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 |
| Edwin E. Smith<br>Morgan, Lewis & Bockius LLP<br>101 Park Ave.<br>New York, NY 10178-0060 | Michael A. Rosenthal<br>Gibson, Dunn and Crutcher LLP<br>333 S Grand Ave.<br>Los Angeles, CA 90071-3197 | David Schiff<br>Davis Polk and Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017 |
| Abigail Snow<br>Satterlee Stephens LLP<br>230 Park Ave.<br>New York, NY 10169 | John H. Rowland<br>Baker Donelson Bearman Caldwell & Berkow<br>211 Commerce St<br>Nashville, TN 37201 | Ray C. Schrock<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |

-18-

| | | | |
|---|---|---|---|
| 1 | Matthew M. Roose<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 | Marc S. Sacks<br>U.S. Department of Justice<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 | Max A. Schuver<br>Walkup, Melodia, Kelly and Schoenberger<br>650 California St. 26th Fl.<br>San Francisco, CA 94108 |
| 4 | Brian S. Rosen<br>Proskauer Rose LLP<br>Eleven Times Square<br>P.O. Box 770000<br>New York, NY 10036 | San Diego Gas and Electric Co.<br>, | Lisa Schweitzer<br>Cleary, Gottlieb, Sheen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 |
| 7 | Andrew Rosenblatt<br>Norton Rose Fulbright US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 | Randy A. Sawyer, Esq.<br>c/o EDP Renewables North America LLC<br>808 Travis, #700<br>Houston, TX 77002 | Howard Seife<br>Norton Rose Fulbright US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 |
| 10 | Walter R. Rieman<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019 | Amanda L. Riddle<br>Corey, Luzaich, De Ghetaldi & Riddle LLP<br>700 El Camino Real<br>P.O. Box 669<br>Millbrae, CA 94030-0669 | Patricia Williams Prewitt<br>Law Offices of Patricia Williams Prewitt<br>10953 Vista Lake Ct.<br>Navasota, TX 77868 |
| 13 | David Riley<br>DLA Piper LLP<br>2000 Ave. of the Stars<br>Suite 400 North Tower<br>Los Angeles, CA 90067-4704 | Constantine D. Pourakis<br>Stevens & Lee, P.C.<br>485 Madison Ave., 20th Fl.<br>New York, NY 10022 | Prime Clerk LLC<br>830 Third Avenue<br>3rd Floor<br>New York, NY 10017 |
| 16 | Christy Rivera<br>Norton Rose Fulbright US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 | David M. Powlen<br>Barnes and Thornburg LLP<br>1000 N. West St., #1500<br>Wilmington, DE 19801 | Primeshares<br>261 Fifth Ave. 22nd floor<br>New York, NY 10016 |
| 19 | Ian E. Roberts<br>Baker Botts L.L.P.<br>2001 Ross Ave., #1000<br>Dallas, TX 75201 | Thomas A. Dubbs<br>Labaton Sucharow LLP<br>140 Broadway<br>New York, NY 10005 | Amy C. Quartarolo<br>Law Offices of Latham and Watkins<br>355 S Grand Ave., #100<br>Los Angeles, CA 90071-1560 |
| 22 | Matthew G. Roberts<br>Troutman Sanders LLP<br>600 Peachtree St., NE, #3000<br>Atlanta, GA 30308 | James M. Eaneman<br>11672 East Arabian Park Dr.<br>Scottsdale, AZ 85259 | RailPros Field Services, Inc.<br>c/o Stuart P. Hall<br>1705 West Northwest Hwy., #150<br>Grapeview, TX 76051 |
| 25 | Bill Robins<br>Robins Cloud LLP<br>808 Wilshire Boulevard, #450<br>Santa Monica, CA 90401 | Daniel G. Egan<br>Ropes and Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 | John J. Rapisardi<br>O'Melveny & Myers LLP<br>7 Times Sq.<br>New York, NY 10036 |

-19-

| | | |
|---|---|---|
| Martha E. Romero<br>Law Offices of Romero and Associates<br>12518 Beverly Blvd.<br>Whittier, CA 90601 | Epiq Corporate Restructuring, LLC<br>777 Third Avenue<br>New York, NY 10017 | Jordana L. Renert<br>Arent Fox LLP<br>1301 Avenue of the Americas, 42nd Fl.<br>New York, NY 10019 |
| Maximilian A. Ferullo<br>Nixon Peabody LLP<br>55 West 46th St.<br>New York, NY 10036 | Sander L. Esserman<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan St. #2200<br>Dallas, TX 75201-2689 | Debra Felder<br>Orrick, Herrington & Sutcliffe LLP<br>1152 15th St., NW<br>Washington, DC 20005 |
| Michael A. Firestein<br>Proskauer Rose LLP<br>29 Century Park East, #2400<br>Los Angeles, CA 90067 | Fair Harbor Capital, LLC<br>PO Box 237037<br>New York, NY 10023 | Steven H. Felderstein<br>Felderstein, Fitzgerald et al<br>400 Capitol Mall #1450<br>Sacramento, CA 95814-4434 |
| John Fiske<br>Baron & Budd P.C.<br>3102 Oak Lawn Avenue #1100<br>Dallas, TX 75219 | Darwin E. Farrar<br>The Public Advocates Office<br>455 Van Ness Ave.<br>San Francisco, CA 94102 | Steven Fruchter<br>Arnold & Porter Kaye Scholer LLP<br>250 W 55th St.<br>New York, NY 10019 |
| Jeffrey S. Flashman<br>McGuinness & Associates<br>3858 Carson St., #301<br>Torrance, CA 90503 | Benjamin D. Feder<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10078 | Craig Solomon Ganz<br>Ballard Spahr LLP<br>1 East Washington St., #2300<br>Phoenix, AZ 85004-2555 |
| Leslie A. Freiman, Esq.<br>c/o EDP Renewables North America LLC<br>808 Travis, #700<br>Houston, TX 77002 | Erez E. Gilad<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Ln.<br>New York, NY 10038-4982 | Matthew G. Garofalo<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Ln.<br>New York, NY 10038-4982 |
| Peter Friedman<br>O'Melveny & Myers LLP<br>1625 Eye St., NW<br>Washington, DC 20006 | Leah S. Goldberg<br>General Counsel<br>1111 Broadway, 3rd Flr.<br>Oakland, CA 94607 | Andriana Georgallas<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Jared R. Friedmann<br>Weil, Gotshal & Manges LLP<br>767 Fifth Ave.<br>New York, NY 10153 | Leonard P. Goldberger<br>Stevens & Lee, P.C.<br>620 Freedom Business Center, #200<br>King of Prussia, PA 19406 | Eric Gibbs<br>Gibbs Law Group<br>505 14th St., #1110<br>Oakland, CA 94612 |
| Matthew Goren<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Richard A. Golden<br>9437 Wooded Glen Ave.<br>Burke, VA 22015 | Hain Capital Group, LLC<br>301 Route 17<br>6th Floor<br>Rutherford, NJ 07070 |

MAIN DOCS #296894 v3 Jordann_Southwest_Ntc_Election_Perfection.doc

| | | | |
|---|---|---|---|
| 1 | Debra L. Grassgreen<br>Pachulski Stang Ziehl & Jones LLP<br>150 California St., 15th Fl.<br>San Francisco, CA 94111 | Stephanie L. Golden<br>9437 Wooded Glen Ave.<br>Burke, VA 22015 | Christopher J. Harney<br>Seyfarth Shaw LLP<br>560 Mission St., #3100<br>San Francisco, CA 94105 |
| 2 | | | |
| 3 | | | |
| 4 | Timothy Graulich<br>Davis Polk and Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017 | Stuart J. Goldring<br>Weil, Gotshal & Manges LLP<br>767 Fifth Ave.<br>New York, NY 10153 | Christopher Harris<br>Latham & Watkins LLP<br>885 Third Ave.<br>New York, NY 10022 |
| 5 | | | |
| 6 | | | |
| 7 | William R. Greendyke<br>Norton Rose Fulbright US LLP<br>1301 McKinney #5100<br>Houston, TX 77010-3095 | Brian S. Hermann<br>Law Offices of Brian S. Hermann<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | Theodore J. Hartl<br>Ballard Spahr LLP<br>1225 17th St., #2300<br>Denver, CO 80202 |
| 8 | | | |
| 9 | | | |
| 10 | Mark S. Grotefeld<br>Grotefeld Hoffmann<br>700 Larkspur Landing Circle, #280<br>Larkspur, CA 94939 | Christopher D. Higashi<br>Barton, Klugman & Oetting LLP<br>350 S Grand Ave., #2200<br>Los Angeles, CA 90071-3485 | David A. Herman<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 |
| 11 | | | |
| 12 | | | |
| 13 | James W. Grudus<br>One AT&T Way, Rm 3A115<br>Bedminster, NJ 07921 | High Five Capital LLC<br>15 E 67th Street, 6th Floor<br>New York, NY 10065 | Dylan Hughes<br>Gibbs Law Group<br>505 14th St., #1110<br>Oakland, CA 94612 |
| 14 | | | |
| 15 | | | |
| 16 | Mirco J. Haag<br>Buchalter, A Professional Corporation<br>18400 Von Karman Ave., #800<br>Irvine, CA 92612 | George Hofmann<br>Cohne Kinghorn, P.C.<br>111 East Broadway 11th Fl.<br>Salt Lake City, UT 84111 | International Business Machines Corp<br>Attn: Marie-Josee Dube<br>IBM Corporation<br>275 Viger East<br>Montreal, QC H2X 3R7<br>Canada, |
| 17 | | | |
| 18 | | | |
| 19 | Stephen Karotkin<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Wendy Hopkins<br>2733 16th st.<br>Sacramento, CA 95818 | Peter A. Ivanick<br>Hogan Lovells US LLP<br>875 Third<br>San Francisco, CA 94111 |
| 20 | | | |
| 21 | | | |
| 22 | Thomas G. Kelch<br>Lamb & Kawakami LLP<br>333 South Grand Ave., #4200<br>Los Angeles, CA 90071 | Monique B. Howery<br>Reed Smith LLP<br>10 S. Wacker Dr., 40th Flr.<br>Chicago, IL 60606 | Alan J. Jang<br>Jang & Associates, LLP<br>1766 Lacassie Ave., #200<br>Walnut Creek, CA 94596 |
| 23 | | | |
| 24 | | | |
| 25 | Michael A. Kelly<br>Walkup, Melodia, Kelly and Schoenberger<br>650 California St. 26th Fl.<br>San Francisco, CA 94108 | Marilyn S. Klinger<br>SMTD Law LLP<br>355 S. Grand Ave., #2450<br>Los Angeles, CA 90071 | Scott E. Jenny<br>Jenny & Jenny, LLP<br>736 Ferry St.<br>Martinez, CA 94553 |
| 26 | | | |
| 27 | | | |
| 28 | | | |

MAIN DOCS - #289384 v1 Hofmann-Southwest_Ntce_Lien_Perfection.doc

| | | |
|---|---|---|
| Mimi Kennedy<br>6535 Langdon Ave.<br>Van Nuys, CA 91406 | Bradley C. Knapp<br>Locke Lord LLP<br>601 Poydras Street, Suite 2660<br>New Orleans, LA 70130 | Shelby A. Jordan<br>Jordan, Holzer & Ortiz, PC<br>500 N. Shoreline #900<br>Corpus Christi, TX 78401 |
| Kenneth N. Klee<br>Klee, Tuchin, Bogdanoff and Stern<br>1999 Avenue of the Stars, 39th Fl.<br>Los Angeles, CA 90067 | Bernard J Kornberg<br>Law Offices of Severson and Werson<br>1 Embarcadero Center #2600<br>San Francisco, CA 94111 | Andrew Paul Kangas<br>15 Boardman Pl. 2nd Fl.<br>San Francisco, CA 94103 |
| Kevin J. Lamb<br>Lamb & Kawakami LLP<br>333 South Grand Ave., #4200<br>Los Angeles, CA 90071 | Kevin Kramer<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Melissa Davis Lowe<br>Shulman Hodges & Bastian LLP<br>100 Spectrum Center Dr., #600<br>Irvine, CA 92618 |
| Donald A. Larkin<br>City of Morgan Hill<br>17575 Peak Ave.<br>Morgan Hill, CA 96037-4128 | Robert J. Labate<br>Holland & Knight LLP<br>50 California St., #2800<br>San Francisco, CA 94111 | Jeffrey H. Lowenthal<br>Steyer, Lowenthal, Boodrookas et al<br>235 Pine St., 15th Fl.<br>San Francisco, CA 94104 |
| Thomas E. Lauria<br>Law Offices of White and Case<br>Southeast Financial Center<br>200 South Biscayne Blvd. #4900<br>Miami, FL 33131-2352 | Kathy Labriola<br>1307 University Ave.<br>Berkeley, CA 94702 | Lauren Macksoud<br>Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089 |
| Howard M. Levine<br>Law Offices of Sussman and Shank<br>1000 SW Broadway #1400<br>Portland, OR 97205 | Colleen Mast<br>P.O. Box 12734<br>Oakland, CA 94604 | Sumble Manzoor<br>Corey, Luzaich, De Ghetaldi & Riddle LLP<br>700 El Camino Real<br>P.O. Box 669<br>Millbrae, CA 94030-0669 |
| Kim Martin Lewis<br>Law Offices of Dinsmore and Shohl<br>1900 Chemed Center<br>255 E 5th St.<br>Cincinnati, OH 45202 | Eric May<br>Senior Deputy County Counsel<br>County of Yolo<br>625 Ct. St., #201<br>Woodland, CA 95695 | Lorraine McGowen<br>Orrick, Herrington & Sutcliffe LLP<br>51 West 52nd St.<br>New York, NY 10019 |
| Jessica Liou<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | John McCusker<br>Bank of America Tower<br>Mail code NY1-100-21-01<br>One Bryant Park<br>New York, NY 10036 | Joseph G. McGuinness<br>McGuinness & Associates<br>3858 Carson St., #301<br>Torrance, CA 90503 |
| Brian Lohan<br>Arnold & Porter Kaye Scholer LLP<br>250 W 55th St.<br>New York, NY 10019 | John McCusker<br>Bank of America Tower<br>Mail code: NY1-100-21-01<br>One Bryant Park<br>New York, NY 10036 | Mark McKane<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104 |

-22-

| | | |
|---|---|---|
| John W. Mills<br>Taylor English Duma LLP<br>1600 Parkwood Circle, #200<br>Atlanta, GA 30339 | Matthew L. McGinnis<br>Ropes and Gray LLP<br>Prudential Tower<br>800 Boylston St.<br>Boston, MA 02199-3600 | Kristine K. Meredith<br>Danko Meredith<br>333 Twin Dolphin Dr., #145<br>Redwood Shores, CA 94065 |
| Karen Norene Mills<br>California Farm Bureau Federation<br>2300 River Plaza Dr.<br>Sacramento, CA 95833 | Mission Constructors<br>2235 Palou Ave.<br>San Francisco, CA 94124 | James Mesterharm<br>Alix Partners<br>909 3rd Ave., 30th Fl.<br>New York, NY 10022 |
| Mark A. Minich<br>Assistant General Counsel<br>Kinder Morgan, Inc.<br>Two North Nevada<br>Colorado Springs, CO 80903 | John E. Mitchell<br>Law Offices of Vinson and Elkins<br>3700 Trammell Crow Center<br>2001 Ross Ave.<br>Dallas, TX 75201-2975 | Shawn R. Miller<br>Danko Meredith<br>333 Twin Dolphin Dr., #145<br>Redwood Shores, CA 94065 |
| Mark A. Minich<br>Assistant General Counsel<br>Kinder Morgan, Inc.<br>Two North Nevada<br>Colorado Springs, CO 80903 | Nancy A. Mitchell<br>O'Melveny & Myers LLP<br>7 Times Sq.<br>New York, NY 10036 | Sherry J. Millman<br>Strook & Strook & Lavan LLP<br>180 Maiden Ln.<br>New York, NY 10038-4982 |
| Douglas Mintz<br>Orrick, Herrington & Sutcliffe LLP<br>1152 15th St., NW<br>Washington, DC 20005-1706 | Sean A. Mitchell<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019 | Richard J. Molin<br>Stewart, Humpherys, Burchett and Molin<br>P.O. Box 720<br>Chico, CA 95927 |
| Omid H. Nasab<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | Stephen Moeller-Sally<br>Ropes and Gray LLP<br>Prudential Tower<br>800 Boylston St.<br>Boston, MA 02199-3600 | Julia A. Mosel<br>Southern California Edison Company<br>2244 Walnut Grove Ave., 3rd Fl.<br>Rosemead, CA 91770 |
| Wendy A. Nathan<br>1033 Fruitvale Rd.<br>Lincoln, CA 95648 | Office of Unemployment Compensation Tax<br>Services<br>Department of Labor and Industry<br>Commonwealth of Pennsylvania<br>Collections Support Unit<br>651 Boas St., Room 702<br>Harrisburg, PA 17121 | Alan Moskowitz<br>Gibson, Dunn and Crutcher LLP<br>333 S Grand Ave.<br>Los Angeles, CA 90071-3197 |
| John Nolan<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Gabriel L. Olivera<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068 | Alan A. Moskowitz<br>Gibson, Dunn and Crutcher LLP<br>200 Park Ave.<br>New York, NY 10166-0193 |
| Sally Noma<br>Jang & Associates, LLP<br>1766 Lacassie Ave., #200<br>Walnut Creek, CA 94596 | Harold A. Olsen<br>Strook & Strook & Lavan LLP<br>180 Maiden Ln.<br>New York, NY 10038-4982 | Brendan V. Mullan<br>Crowell & Moring LLP<br>Three Embarcadero Center, 26th Fl.<br>San Francisco, CA 94111 |

| | | | |
|---|---|---|---|
| 1 | Maura Walsh Ochoa<br>Grotefeld Hoffmann<br>700 Larkspur Landing Circle, #280<br>Larkspur, CA 94939 | Kevin J. Orsini<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | Jessica R. Mullan<br>General Counsel<br>Sonoma Clean Power Authority<br>50 Santa Rosa Ave., 5th Fl.<br>San Rosa, CA 95494 |
| 2 | | | |
| 3 | | | |
| 4 | John M. Pierce<br>Pierce Bainbridge Beck Price & Hecht<br>LLP<br>355 South Grand Ave., #4400<br>Los Angeles, CA 90071 | Antonio Ortiz<br>Jordan, Holzer & Ortiz, PC<br>500 N. Shoreline #900<br>Corpus Christi, TX 78401 | Charles S. Penner<br>Carney Badley Spellman PS<br>701 5th Ave., #3600<br>Seattle, WA 98104-5017 |
| 5 | | | |
| 6 | | | |
| 7 | Oscar N. Pinkas<br>1221 Avenue of the Americas<br>New York, NY 10020-1089 | Samuel S. Ory<br>Frederic Dorwart, Lawyers PLLC<br>124 E 4th St.<br>Tulsa, OK 74103-5010 | Mosby Perrow<br>Vice President & Deputy General Counsel<br>Kinder Morgan, Inc.<br>1001 Louisana #1000<br>Houston, TX 77002 |
| 8 | | | |
| 9 | | | |
| 10 | Oscar N. Pinkas<br>Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089 | Owen Clements, Esq<br>San Francisco City Attorney's Office<br>1390 Market St., 7th Flr.<br>San Francisco, CA 94102 | Mosby Perrow<br>Vice President & Deputy General Counsel<br>Kinder Morgan, Inc.<br>1001 Louisiana. #1000<br>Houston, TX 77002 |
| 11 | | | |
| 12 | | | |
| 13 | Frank Pitre<br>Cochett, Pitre & McCarthy, LLP<br>San Francisco Airport Office Center<br>840 Malcolm Rd., Suite 200<br>Burlingame, CA 94010 | Owl Creek Investments I, LLC<br>640 5th Ave.<br>New York, NY 10019 | Waylon J. Pickett<br>Grotefeld Hoffmann<br>700 Larkspur Landing Circle, #280<br>Larkspur, CA 94939 |
| 14 | | | |
| 15 | | | |
| 16 | Placer County Office of the Treasurer-Tax<br>Collector<br>Attn: Robert Kanngiesser<br>2976 Richardson Dr.<br>Auburn, CA 95603 | Isaac M. Pachulski<br>Pachulski Stang Ziehl & Jones<br>150 California Street, 15th Floor<br>San Francisco, CA 94111 | Joshua Pearson<br>EDF Renewables, Inc.<br>15445 Innovation Dr.<br>San Diego, CA 92128 |
| 17 | | | |
| 18 | | | |
| 19 | James Potter<br>Office of the Attorney General<br>1515 Clay St., 20th Fl.<br>P.O. Box 70550<br>Oakland, CA 94612-0550 | Teresa Paris<br>3132 M L King, Jr Way, #309<br>Berkeley, CA 94703 | Richard C. Pedone<br>Nixon Peabody LLP<br>Exchange Place<br>53 State St.<br>Boston, MA 02109 |
| 20 | | | |
| 21 | | | |
| 22 | Andrew M. Parlen<br>Latham & Watkins LLP<br>885 Third Ave.<br>New York, NY 10022 | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |

MAILSERVE #2651804 Hoffmann_Southwest_Nichols_Lien_Perfection.doc