# EXHIBIT A

**EXHIBIT A - SUMMRY OF LIENS**

|       | Job Name/APN        |                               | City          | State | County        | Recorded Document # | Lien Amount |
|-------|---------------------|-------------------------------|---------------|-------|---------------|---------------------|-------------|
| Ex-B1 | PM 30966270 PRE     | 6265 Scarlett Ct              | Dublin        | CA    | Alameda       | 2019012957          | $22,041.45  |
| Ex-B1 | PM 30986341 PRE     | 215 Gloria Circle             | Menlo Park    | CA    | San Mateo     | 2019-005604         | $34,702.22  |
| Ex-B1 | PM 31086682 PRE     | 321 Marin Ave                 | Mill Valley   | CA    | Marin         | 2019-0002380        | $26,717.02  |
| Ex-B1 | PM 31162207 POST    | 193 Laurel Rd                 | Fairfax       | CA    | Marin         | 2019-0002381        | $16,793.80  |
| Ex-B1 | PM 31209334 PRE     | 241 Monte Vista               | Oakland       | CA    | Alameda       | 2019012958          | $18,659.33  |
| Ex-B1 | PM 31211969 POST    | 1770 7Th Ave                  | Olivehurst    | CA    | Yuba          | 2019-000990         | $5,583.20   |
| Ex-B1 | PM 31214884 POST    | 2289 Carmelita                | San Carlos    | CA    | San Mateo     | 2019-005603         | $8,294.25   |
| Ex-B2 | PM 31218876 POST    | 1321 Sussex Way               | Concord       | CA    | Contra Costa  | 20190010904         | $7,877.99   |
| Ex-B2 | PM 31227237 PRE     | 598 Moultrie St               | San Francisco | CA    | San Francisco | 2019K724282         | $15,161.01  |
| Ex-B2 | PM 31227323 PRE     | 1628-1630 Grant Ave           | San Francisco | CA    | San Francisco | 2019K724267         | $7,734.04   |
| Ex-B2 | PM 35050663 PRE     | 1826 E Miner Ave              | Stockton      | CA    | San Joaquin   | 2019-009441         | $5,004.13   |
| Ex-B2 | PM 31242328 POST    | 6407 Valley View              | Oakland       | CA    | Alameda       | 2019012961          | $7,874.35   |
| Ex-B2 | PM 43560088 POST    | 315 Brazil                    | San Francisco | CA    | San Francisco | 2019K724269         | $5,217.50   |
| Ex-B2 | PM 31292992 POST    | 164 Chanticleer Ln            | Alamo         | CA    | Contra Costa  | 20190010903         | $6,681.99   |
| Ex-B3 | PM 74000789 POST    | 252 Oak Street                | Oakland       | CA    | Alameda       | 2019012959          | $9,966.18   |
| Ex-B3 | PM 31296165 POST    | 1181 Blue Lake Way            | Concord       | CA    | Contra Costa  | 20190010902         | $13,540.08  |
| Ex-B3 | PLAT 03 C16         | 872 Sanchez Street            | San Francisco | CA    | San Francisco | 2019K724268         | $23,210.05  |
| Ex-B3 | PLAT 05 C16         | 9 Big Leaf Road               | Orinda        | CA    | Contra Costa  | 20190010900         | $5,972.35   |
| Ex-B3 | PM 31308043 POST    | 8415 Aster Ave                | Oakland       | CA    | Alameda       | 2019012983          | $7,159.64   |
| Ex-B3 | PLAT 1 F10          | 158 11Th Avenue               | San Francisco | CA    | San Francisco | 2019K724270         | $72,044.54  |
| Ex-B4 | PLAT 2525 J2        | 1 Cleat Way Lot 100           | Sacramento    | CA    | Sacramento    | 201901250364        | $19,484.85  |
| Ex-B4 | PM 31311113 PRE     | 1130 Wanda St                 | Crockett      | CA    | Contra Costa  | 20190010899         | $23,956.51  |
| Ex-B4 | PLAT 2527 I6 POST   | 2500 Stoughton Way            | Sacramento    | CA    | Sacramento    | 201901250366        | $10,011.18  |
| Ex-B4 | PM 31311570 PRE     | 2324 Bywood Dr, Oakland       | Oakland       | CA    | Alameda       | 2019012978          | $27,854.61  |
| Ex-B4 | PLAT 2527 J5        | 9205 Caldera Way              | Sacramento    | CA    | Sacramento    | 201901250369        | $100,169.94 |
| Ex-B4 | PM 31312510 POST    | 1000 W Perkins St             | Ukiah         | CA    | Mendocino     | 2019-01064          | $7,475.00   |
| Ex-B4 | PLAT 2527 J7        | 9609 Bradhugh Court           | Sacramento    | CA    | Sacramento    | 201901250370        | $21,143.50  |
| Ex-B5 | PLAT 2528 B4        | 7028 Ara Lane                 | Carmichael    | CA    | Sacramento    | 201901250382        | $15,528.12  |
| Ex-B5 | PM 31320441 POST    | 26 Alder Ave                  | San Anselmo   | CA    | Marin         | 2019-0002382        | $37,033.23  |
| Ex-B5 | PLAT 2528 B5        | 3831 San Juan Avenue          | Fair Oaks     | CA    | Sacramento    | 201901250383        | $5,654.55   |
| Ex-B5 | PLAT 2528 C1        | 6124 Barker Elms Court        | Carmichael    | CA    | Sacramento    | 201901250384        | $21,186.27  |
| Ex-B5 | PLAT 2588 H06       | 9423 Cheverny Way             | Sacramento    | CA    | Sacramento    | 201901250387        | $24,340.81  |
| Ex-B5 | PM 31321292 POST    | 1450 Neotomas Ave             | Santa Rosa    | CA    | Sonoma        | 2019005075          | $16,297.22  |
| Ex-B5 | PLAT 2654 B7        | 8250 Albion River Ct          | Sacramento    | CA    | Sacramento    | 201901250388        | $14,489.33  |
| Ex-B6 | PM 31321564 POST    | 3024 San Jose                 | Sacramento    | CA    | Sacramento    | 201901250389        | $18,229.12  |
| Ex-B6 | PLAT 2654 B8        | 8428 Cassatt Way              | Sacramento    | CA    | Sacramento    | 201901250391        | $5,754.12   |
| Ex-B6 | PM 31323734 PRE     | 7149 Thornhill Dr             | Oakland       | CA    | Alameda       | 2019012977          | $9,625.60   |
| Ex-B6 | PLAT 2654 D4        | 8900 Bear Park Ct             | Elk Grove     | CA    | Sacramento    | 201901250396        | $27,238.71  |
| Ex-B6 | PLAT 2655 A02       | 8000 Benz Ct                  | Sacramento    | CA    | Sacramento    | 201901250397        | $62,716.08  |
| Ex-B6 | PM 31323892 PRE     | 20 Taraval St                 | San Francisco | CA    | San Francisco | 2019K724271         | $20,057.67  |
| Ex-B7 | PLAT 3 C10          | 1534 12Th Ave                 | San Francisco | CA    | San Francisco | 2019K724283         | $6,087.14   |
| Ex-B7 | PM 31323895 PRE     | 505 Cragmont Ave              | Berkeley      | CA    | Alameda       | 2019012985          | $5,250.17   |
| Ex-B7 | PLAT 3 C16          | 872 Sanchez St                | San Francisco | CA    | San Francisco | 2019K724285         | $77,351.52  |
| Ex-B7 | PM 31325750 PRE     | 544 Cherry Street             | San Burno     | CA    | San Mateo     | 2019-005602         | $44,784.97  |
| Ex-B7 | PLAT 3 D11          | 2027 9Th Avenue               | San Francisco | CA    | San Francisco | 2019K724284         | $10,842.35  |
| Ex-B7 | PM 31325755 PRE     | 108 Burbank Ave               | San Mateo     | CA    | San Mateo     | 2019-005601         | $16,592.26  |
| Ex-B7 | PLAT 44 D12         | 2000 Ellington Ter            | Pleasant Hill | CA    | Contra Costa  | 20190010898         | $8,707.44   |
| Ex-B8 | PLAT 45 D15         | 1841 Alvarado Ave             | Walnut Creek  | CA    | Contra Costa  | 20190010897         | $10,342.41  |
| Ex-B8 | PM 31325940 PRE     | 1588 Charles Dr               | Redding       | CA    | Shasta        | 2019-0002332        | $39,920.27  |
| Ex-B8 | PLAT 45 E13         | 1657 Springbrook Road         | Lafayete      | CA    | Contra Costa  | 20190010896         | $6,730.42   |
| Ex-B8 | PM 31390667 PRE     | 57 Paradise Dr                | Corte Madera  | CA    | Marin         | 2019-0002383        | $20,102.07  |
| Ex-B8 | PLAT 45 E14         | 17 Cuesta Way                 | Walnut Creek  | CA    | Contra Costa  | 20190010895         | $9,379.04   |
| Ex-B8 | PM 31417274 PRE     | 2024 Brittan Av               | San Carlos    | CA    | San Mateo     | 2019-005600         | $75,010.35  |
| Ex-B8 | PLAT 45 E15         | 220 Ygnacio Valley Road       | Walnut Creek  | CA    | Contra Costa  | 20190010894         | $9,189.69   |
| Ex-B9 | PLAT 46 A16         | 1831 Del Monte Ct             | Walnut Creek  | CA    | Contra Costa  | 20190010883         | $5,779.66   |
| Ex-B9 | PM 35001088 PRE     | 500 The Glades                | Orinda        | CA    | Contra Costa  | 20190010882         | $8,358.88   |
| Ex-B9 | PLAT 46 B15         | 1924 Tice Valley Boulevard 1934 | Walnut Creek | CA    | Contra Costa  | 20190010881         | $13,148.00  |

| | | | | | | | |
|---|---|---|---|---|---|---|---:|
| Ex-B9 | PLAT 47 F04 | 3667 Hillsborough Dr | Concord | CA | Contra Costa | 20190010880 | $11,071.49 |
| Ex-B9 | PM 35001281 PRE | Enea Circle | Concord | CA | Contra Costa | 20190010879 | $23,313.74 |
| Ex-B9 | PLAT 49 C03 | 423 Augustus Ct | Walnut Creek | CA | Contra Costa | 20190010865 | $8,789.11 |
| Ex-B10 | PM 35001391 PRE | Deer Meadow | Danville | CA | Contra Costa | 20190010864 | $64,129.46 |
| Ex-B10 | PLAT 49 D09 | 3785 Arbolado Drive | Walnut Creek | CA | Contra Costa | 20190010863 | $6,380.77 |
| Ex-B10 | PLAT 49 E01 | 1193 Lincoln Avenue | Walnut Creek | CA | Contra Costa | 20190010862 | $5,223.62 |
| Ex-B10 | PLAT 49 E03 | 1334 Corte De Los Vecinos | Walnut Creek | CA | Contra Costa | 20190010852 | $5,513.50 |
| Ex-B10 | PLAT 50 A01 | 1909 Arbol Grande | Walnut Creek | CA | Contra Costa | 20190010851 | $5,114.42 |
| Ex-B10 | PLAT 50 A03 | 10 Aloyse Ct | Walnut Creek | CA | Contra Costa | 20190010850 | $11,795.32 |
| Ex-B10 | PLAT 50 C04 | 184 Vernal Drive | Alamo | CA | Contra Costa | 20190010849 | $11,597.22 |
| Ex-B11 | PLAT 50 E12 | 102 Lackland Ct | Danville | CA | Contra Costa | 20190010848 | $5,865.08 |
| Ex-B11 | PLAT 50 F10 | 10 Alamo Oaks Lane | Alamo | CA | Contra Costa | 20190010847 | $12,138.51 |
| Ex-B11 | PLAT 50 F11 | 106 Verde Mesa Drive | Danville | CA | Contra Costa | 20190010846 | $8,790.34 |
| Ex-B11 | PLAT 50 F13 | 2709 Caballo Ranchero Drive | Danville | CA | Contra Costa | 20190010845 | $17,474.28 |
| Ex-B11 | PLAT 51 A07 | 120 Briar Pl | Danville | CA | Contra Costa | 20190010844 | $19,392.00 |
| Ex-B11 | PLAT 51 A09 | 605 Adobe Dr | Danville | CA | Contra Costa | 20190010843 | $20,935.51 |
| Ex-B11 | PLAT 51 B09 | 103 Alamatos Drive | Danville | CA | Contra Costa | 20190010842 | $18,186.65 |
| Ex-B12 | PLAT 51 B10 | 102 Alamatos Drive | Danville | CA | Contra Costa | 20190010841 | $10,469.01 |
| Ex-B12 | PLAT 51 B15 | 13 Brightwood Cir | Danville | CA | Contra Costa | 20190010840 | $6,474.90 |
| Ex-B12 | PLAT 51 B16 | 10 Brightwood Cir | Danville | CA | Contra Costa | 20190010839 | $15,323.93 |
| Ex-B12 | PLAT 56 C02 | 201 Fieldcrest Ct | Blackhawk | CA | Contra Costa | 20190010838 | $8,088.04 |
| Ex-B12 | PLAT 56 E08 | 3125 Griffon St W | Danville | CA | Contra Costa | 20190010837 | $5,606.43 |
| Ex-B12 | PLAT 7010384-CAP | 140 Cernon St | Vacaville | CA | Solano | 201900004641 | $6,711.18 |
| Ex-B13 | PLAT BURGUNDY | 4199 Burgundy Way | Napa | CA | Napa | 2019-0001299 | $11,753.05 |
| Ex-B13 | PLAT SF Q4 | 8218 Timber Cove Way | Sacramento | CA | Sacramento | 201901250399 | $53,682.70 |
| Ex-B13 | PLAT SOL2715 I02 | 1006 Almaden Ct | Fairfax | CA | Solano | 201900004642 | $47,562.13 |
| Ex-B13 | PLAT SOL2777 B05 | 101 Ayr Ct | Fairfax | CA | Solano | 201900004643 | $40,847.07 |
| | | | | | | | $1,638,287.64 |