# EXHIBIT B 7



800 226 1

Recording Requested By:
Hoffman Southwest Corp.,
DBA Professional Pipe Services
23311 Madero
Mission Viejo, CA 92691

CONFORMED COPY of document recorded

**01/25/2019, 2019K724283**
on _____ with document no _____
This document has not been compared with the original
SAN FRANCISCO ASSESSOR-RECORDER

## CLAIM OF LIEN
## NOTICE AND CLAIM OF LIEN

This notice is prescribed in California Civil Code section 8416.

$N o \quad A P N$

NOTICE IS HEREBY GIVEN that, The undersigned, **Hoffman Southwest Corp., DBA Professional Pipe Services** the Claimant, claims a lien for labor, service equipment, or materials under Section 3082 et. Seq. of the Civil Code of the State of California, upon the premises hereinafter described and upon every estate or interest in such structures, improvements and premises held by any party holding any estate herein.

Said labor, service, equipment or materials were furnished for the construction of the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the City of **San Francisco** County of **San Francisco** State of California, said land described as follows:

Street Address: **PLAT 3 C10 (PG&E Easement ONLY), Contract #4400011756** located at **12ᵗʰ Avenue and Kirkham Street.**

Said lien is claimed for the following labor, services, equipment or materials: (Described labor, services, equipment or materials): **Sewer Camera Inspection Services.**

After deducting all just credits and offsets, the amount due is **$6,087.14** together with interest at the rate of 10% per annum from **January 10, 2019** is due after deducting all just credits and offsets for the following work and materials furnished by claimant: **Sewer Camera Inspection Services.**

The name of the person or company by whom Claimant was employed or to whom Claimant furnished the labor, services, equipment and/or materials is:/Claimant furnished the work and materials at the request of, or under contract with: **PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San Ramon, CA 94583---PG&E Also known as Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105.**

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are: **PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San Ramon, CA 94583---PG&E Also known as Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105.**

Dated: 1/23/19

Company Name (Name of Claimant): **Hoffman Southwest Corp., DBA Professional Pipe Services**

By: _____ (Signature)

Print Signer Name: Bruce Lux Print Signer Title: CFO
for : **Hoffman Southwest Corp., DBA Professional Pipe Services**

### Verification

I, the undersigned, declare, that I am the CFO (title) for the Claimant named in the foregoing claim of lien (mechanic's lien): I am authorized to make this verification for the Claimant: I have read the foregoing claim of lien (mechanic's lien) and know the contents thereof, and verify the same is true of my knowledge. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 1/23/19 **(Date) at Mission Viejo, California**

By: _____ (Signature)

Print Signer Name: Bruce Lux Print Signer Title: CFO
for : **Hoffman Southwest Corp., DBA Professional Pipe Services**

# DECLARATION OF SERVICE BY MAIL

On _____1/24/2019_____, I served the
following document(s) entitled:

## MECHANIC'S LIEN AND NOTICE OF MECHANIC'S LIEN
## (CLAIM OF LIEN AND NOTICE AND CLAIM OF LIEN)

by placing copy(ies) thereof in a separate envelope for each addressee
named hereafter, addressed to each such addressee respectively as follows:

**PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San
Ramon, CA 94583---PG&E Also known as Pacific Gas and Electric, 245 Market
Street, San Francisco, CA 94105.**

I then sealed each envelope and place it for mailing VIA CERTIFIED
MAIL (certified mail #7007-0220-0001-0105-2230, #7007-0220-0001-
0105-2247) in accordance with our business' practice on _1/24/2019_.
I am readily familiar with our business' practice for collecting, processing
and mailing correspondence and pleadings. Such correspondence and
pleadings are deposited on the same day with the U.S. Postal Service in the
ordinary course of business.

I declare under penalty of perjury under the laws of the State of
California that the foregoing is true and correct and that this Declaration is
executed on _1/24/2019_, at _Mesa, AZ_.

_____, Lindsay Cline, Agent
Signature

## PROOF OF SERVICE BY U.S. MAIL
## (C.C.P. 1013a and 2015.5)

# NOTICE OF MECHANIC'S LIEN
# ATTENTION!

**Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.**

**The party identified in the enclosed mechanic's lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanic's lien is released.**

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.**

80000652

Recording Requested By:
Hoffman Southwest Corp.,
DBA Professional Pipe Services
23311 Madero
Mission Viejo, CA 92691



2019012985    01/25/2019 04:10 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK
RECORDING FEE:    115.00

Recorded
With Original

COPY of document to be recorded
Has not been compared with Original

## CLAIM OF LIEN
## NOTICE AND CLAIM OF LIEN

This notice is prescribed in California Civil Code section 8416.

NOTICE IS HEREBY GIVEN that, The undersigned, **Hoffman Southwest Corp., DBA Professional Pipe Services** the Claimant, claims a lien for labor, service equipment, or materials under Section 3082 et. Seq. of the Civil Code of the State of California, upon the premises hereinafter described and upon every estate or interest in such structures, improvements and premises held by any party holding any estate herein.

Said labor, service, equipment or materials were furnished for the construction of the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the City of **Berkeley** County of **Alameda** State of California, said land described as follows:

Street Address: **PM 31323895 PRE (PG&E Easement ONLY), Contract #4400011756** located at **Cragmont Avenue and Alta Road.**

Said lien is claimed for the following labor, services, equipment or materials: (Described labor, services, equipment or materials): **Sewer Camera Inspection Services.**

After deducting all just credits and offsets, the amount due is **$5,250.17** together with interest at the rate of 10% per annum from **January 16, 2019** is due after deducting all just credits and offsets for the following work and materials furnished by claimant: **Sewer Camera Inspection Services.**

The name of the person or company by whom Claimant was employed or to whom Claimant furnished the labor, services, equipment and/or materials is:/Claimant furnished the work and materials at the request of, or under contract with: **PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San Ramon, CA 94583--- PG&E Also known as Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105.**

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are: **PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San Ramon, CA 94583---PG&E Also known as Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105.**

Dated: __1/23/19__

Company Name (Name of Claimant): **Hoffman Southwest Corp., DBA Professional Pipe Services**

_____ (Signature)

Print Signer Name: Bruce Lux Print Signer Title: CFO
for : **Hoffman Southwest Corp., DBA Professional Pipe Services**

### Verification

I, the undersigned, declare, that I am the CFO (title) for the Claimant named in the foregoing claim of lien (mechanic's lien): I am authorized to make this verification for the Claimant: I have read the foregoing claim of lien (mechanic's lien) and know the contents thereof, and verify the same is true of my knowledge. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __1/23/19__ **(Date) at Mission Viejo, California**

By_____ (Signature)

Print Signer Name: Bruce Lux Print Signer Title: CFO
for : **Hoffman Southwest Corp., DBA Professional Pipe Services**

# DECLARATION OF SERVICE BY MAIL

On _____1/24/2009_____, I served the
following document(s) entitled:

## MECHANIC'S LIEN AND NOTICE OF MECHANIC'S LIEN
## (CLAIM OF LIEN AND NOTICE AND CLAIM OF LIEN)

by placing copy(ies) thereof in a separate envelope for each addressee
named hereafter, addressed to each such addressee respectively as follows:

**PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San
Ramon, CA 94583---PG&E Also known as Pacific Gas and Electric, 245 Market
Street, San Francisco, CA 94105.**

    I then sealed each envelope and place it for mailing VIA CERTIFIED
MAIL (certified mail #7007-0220-0001-0105-1677, #7007-0220-0001-
0105-1684) in accordance with our business' practice on ___1/24/2009___.
I am readily familiar with our business' practice for collecting, processing
and mailing correspondence and pleadings. Such correspondence and
pleadings are deposited on the same day with the U.S. Postal Service in the
ordinary course of business.

    I declare under penalty of perjury under the laws of the State of
California that the foregoing is true and correct and that this Declaration is
executed on ___1/24/2009___, at ___Mesa, AZ___.

_____, Lindsay Cline, Agent
Signature

## PROOF OF SERVICE BY U.S. MAIL
## (C.C.P. 1013a and 2015.5)

# NOTICE OF MECHANIC'S LIEN
# ATTENTION!

**Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.**

**The party identified in the enclosed mechanic's lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanic's lien is released.**

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.**

00022655

Recording Requested By:
Hoffman Southwest Corp.,
DBA Professional Pipe Services
23311 Madero
Mission Viejo, CA 92691

CONFORMED COPY of document recorded

**01/25/2019, 2019K724285**

on _____ with document no. _____
This document has not been compared with the origi.–
SAN FRANCISCO ASSESSOR-RECORDER

## CLAIM OF LIEN
## NOTICE AND CLAIM OF LIEN

This notice is prescribed in California Civil Code section 8416.

$N_0$    $APN$

NOTICE IS HEREBY GIVEN that, The undersigned, **Hoffman Southwest Corp., DBA Professional Pipe Services** the Claimant, claims a lien for labor, service equipment, or materials under Section 3082 et. Seq. of the Civil Code of the State of California, upon the premises hereinafter described and upon every estate or interest in such structures, improvements and premises held by any party holding any estate herein.

Said labor, service, equipment or materials were furnished for the construction of the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the City of **San Francisco** County of **San Francisco** State of California, said land described as follows:

Street Address: **PLAT 3 C16 (PG&E Easement ONLY), Contract #4400011756** located at **Sanchez Street between Hill Street and 22nd Street.**

Said lien is claimed for the following labor, services, equipment or materials: (Described labor, services, equipment or materials): **Sewer Camera Inspection Services.**

After deducting all just credits and offsets, the amount due is **$77,351.52** together with interest at the rate of 10% per annum from **January 16, 2019** is due after deducting all just credits and offsets for the following work and materials furnished by claimant: **Sewer Camera Inspection Services.**

The name of the person or company by whom Claimant was employed or to whom Claimant furnished the labor, services, equipment and/or materials is:/Claimant furnished the work and materials at the request of, or under contract with: **PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San Ramon, CA 94583–– PG&E Also known as Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105.**

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are: **PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San Ramon, CA 94583---PG&E Also known as Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105.**

Dated: 1/23/19

Company Name (Name of Claimant): **Hoffman Southwest Corp., DBA Professional Pipe Services**

By: _____ (Signature)

Print Signer Name: Bruce Lux Print Signer Title: CFO
for : **Hoffman Southwest Corp., DBA Professional Pipe Services**

**Verification**

I, the undersigned, declare, that I am the CFO (title) for the Claimant named in the foregoing claim of lien (mechanic's lien): I am authorized to make this verification for the Claimant: I have read the foregoing claim of lien (mechanic's lien) and know the contents thereof, and verify the same is true of my knowledge. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 1/23/19 **(Date) at Mission Viejo, California**

By _____ (Signature)

Print Signer Name: Bruce Lux Print Signer Title: CFO
for : **Hoffman Southwest Corp., DBA Professional Pipe Services**

# DECLARATION OF SERVICE BY MAIL

On _____ 1/24/2019 _____, I served the
following document(s) entitled:

## MECHANIC'S LIEN AND NOTICE OF MECHANIC'S LIEN
## (CLAIM OF LIEN AND NOTICE AND CLAIM OF LIEN)

by placing copy(ies) thereof in a separate envelope for each addressee
named hereafter, addressed to each such addressee respectively as follows:

**PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San
Ramon, CA 94583---PG&E Also known as Pacific Gas and Electric, 245 Market
Street, San Francisco, CA 94105.**

     I then sealed each envelope and place it for mailing VIA CERTIFIED
MAIL (certified mail #7007-0220-0001-0105-2254, #7007-0220-0001-
0105-2261) in accordance with our business' practice on ____1/24/29____.
I am readily familiar with our business' practice for collecting, processing
and mailing correspondence and pleadings. Such correspondence and
pleadings are deposited on the same day with the U.S. Postal Service in the
ordinary course of business.

     I declare under penalty of perjury under the laws of the State of
California that the foregoing is true and correct and that this Declaration is
executed on ____1/24/2019____, at ____Mesa, AZ____.

_____, Lindsay Cline, Agent
Signature

### PROOF OF SERVICE BY U.S. MAIL
### (C.C.P. 1013a and 2015.5)

# NOTICE OF MECHANIC'S LIEN
## ATTENTION!

**Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.**

**The party identified in the enclosed mechanic's lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanic's lien is released.**

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.**

80022654

**2019-005602 CONF**

3:17 pm 01/25/19 MLL Fee: 101.00
Count of pages 4
Recorded in Official Records
County of San Mateo
Mark Church
Assessor-County Clerk-Recorder

Recording Requested By:
Hoffman Southwest Corp.,
DBA Professional Pipe Services
23311 Madero
Mission Viejo, CA 92691

\* $ R 0 0 0 2 6 5 6 6 3 4 $ \*

## CLAIM OF LIEN
## NOTICE AND CLAIM OF LIEN

This notice is prescribed in California Civil Code section 8416.

NOTICE IS HEREBY GIVEN that, The undersigned, **Hoffman Southwest Corp., DBA Professional Pipe Services** the Claimant, claims a lien for labor, service equipment, or materials under Section 3082 et. Seq. of the Civil Code of the State of California, upon the premises hereinafter described and upon every estate or interest in such structures, improvements and premises held by any party holding any estate herein.

Said labor, service, equipment or materials were furnished for the construction of the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the City of **San Bruno** County of **San Mateo** State of California, said land described as follows:

Street Address: **PM 31325750 PRE (PG&E Easement ONLY), Contract #4400011756** located at **Cherry Avenue and Jenevein Avenue.**

Said lien is claimed for the following labor, services, equipment or materials: (Described labor, services, equipment or materials): **Sewer Camera Inspection Services.**

After deducting all just credits and offsets, the amount due is **$44,784.97** together with interest at the rate of 10% per annum from **January 4, 2019** is due after deducting all just credits and offsets for the following work and materials furnished by claimant: **Sewer Camera Inspection Services.**

The name of the person or company by whom Claimant was employed or to whom Claimant furnished the labor, services, equipment and/or materials is:/Claimant furnished the work and materials at the request of, or under contract with: **PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San Ramon, CA 94583— PG&E Also known as Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105.**

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are: **PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San Ramon, CA 94583—PG&E Also known as Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105.**

Dated: 1/23/19

Company Name (Name of Claimant): **Hoffman Southwest Corp., DBA Professional Pipe Services**

By: _____ (Signature)

Print Signer Name: Bruce Lux Print Signer Title: CFO
for : **Hoffman Southwest Corp., DBA Professional Pipe Services**

## Verification

I, the undersigned, declare, that I am the CFO (title) for the Claimant named in the foregoing claim of lien (mechanic's lien): I am authorized to make this verification for the Claimant: I have read the foregoing claim of lien (mechanic's lien) and know the contents thereof, and verify the same is true of my knowledge. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 4/23/19 **(Date) at Mission Viejo, California**

By: _____ (Signature)

Print Signer Name: Bruce Lux Print Signer Title: CFO
for : **Hoffman Southwest Corp., DBA Professional Pipe Services**

# DECLARATION OF SERVICE BY MAIL

On _____1/24/2009_____, I served the
following document(s) entitled:

### MECHANIC'S LIEN AND NOTICE OF MECHANIC'S LIEN
### (CLAIM OF LIEN AND NOTICE AND CLAIM OF LIEN)

by placing copy(ies) thereof in a separate envelope for each addressee
named hereafter, addressed to each such addressee respectively as follows:

**PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San
Ramon, CA 94583—PG&E Also known as Pacific Gas and Electric, 245 Market
Street, San Francisco, CA 94105.**

I then sealed each envelope and place it for mailing VIA CERTIFIED
MAIL (certified mail #7007-0220-0001-0105-1691, #7007-0220-0001-
0105-1707) in accordance with our business' practice on _____1/24/2009_____.
I am readily familiar with our business' practice for collecting, processing
and mailing correspondence and pleadings. Such correspondence and
pleadings are deposited on the same day with the U.S. Postal Service in the
ordinary course of business.

I declare under penalty of perjury under the laws of the State of
California that the foregoing is true and correct and that this Declaration is
executed on _____1/24/2009_____, at _____Mesa, AZ_____.

_____, Lindsay Cline, Agent
Signature

### PROOF OF SERVICE BY U.S. MAIL
### (C.C.P. 1013a and 2015.5)

# NOTICE OF MECHANIC'S LIEN
# ATTENTION!

Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.

The party identified in the enclosed mechanic's lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.



Recording Requested By:
Hoffman Southwest Corp.,
DBA Professional Pipe Services
23311 Madero
Mission Viejo, CA 92691

UNFORMED COPY of document recorded

**01/25/2019,2019K724284**
on _____ with document no _____
this document has not been compared with the original
IN FRANCISCO ASSESSOR-RECORDER

## CLAIM OF LIEN
## NOTICE AND CLAIM OF LIEN

This notice is prescribed in California Civil Code section 8416.

No APN

NOTICE IS HEREBY GIVEN that, The undersigned, **Hoffman Southwest Corp., DBA Professional Pipe Services** the Claimant, claims a lien for labor, service equipment, or materials under Section 3082 et. Seq. of the Civil Code of the State of California, upon the premises hereinafter described and upon every estate or interest in such structures, improvements and premises held by any party holding any estate herein.

Said labor, service, equipment or materials were furnished for the construction of the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the City of **San Francisco** County of **San Francisco** State of California, said land described as follows:

Street Address: **PLAT 3 D11 (PG&E Easement ONLY), Contract #4400011756** located at **9ᵗʰ Avenue and Alton Avenue.**

Said lien is claimed for the following labor, services, equipment or materials: (Described labor, services, equipment or materials): **Sewer Camera Inspection Services.**

After deducting all just credits and offsets, the amount due is **$10,842.35** together with interest at the rate of 10% per annum from **January 16, 2019** is due after deducting all just credits and offsets for the following work and materials furnished by claimant: **Sewer Camera Inspection Services.**

The name of the person or company by whom Claimant was employed or to whom Claimant furnished the labor, services, equipment and/or materials is:/Claimant furnished the work and materials at the request of, or under contract with: **PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San Ramon, CA 94583--- PG&E Also known as Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105.**

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are: **PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San Ramon, CA 94583---PG&E Also known as Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105.**

Dated: 1/23/19

Company Name (Name of Claimant): **Hoffman Southwest Corp., DBA Professional Pipe Services**

By: _____ (Signature)

Print Signer Name: Bruce Lux Print Signer Title: CFO
for : **Hoffman Southwest Corp., DBA Professional Pipe Services**

### Verification

I, the undersigned, declare, that I am the CFO (title) for the Claimant named in the foregoing claim of lien (mechanic's lien): I am authorized to make this verification for the Claimant: I have read the foregoing claim of lien (mechanic's lien) and know the contents thereof, and verify the same is true of my knowledge. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 1/23/19 **(Date) at Mission Viejo, California**

By _____ (Signature)

Print Signer Name: Bruce Lux Print Signer Title: CFO
for : **Hoffman Southwest Corp., DBA Professional Pipe Services**

# DECLARATION OF SERVICE BY MAIL

On _____1/24/2009_____ , I served the
following document(s) entitled:

## MECHANIC'S LIEN AND NOTICE OF MECHANIC'S LIEN
## (CLAIM OF LIEN AND NOTICE AND CLAIM OF LIEN)

by placing copy(ies) thereof in a separate envelope for each addressee
named hereafter, addressed to each such addressee respectively as follows:

**PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San
Ramon, CA 94583---PG&E Also known as Pacific Gas and Electric, 245 Market
Street, San Francisco, CA 94105.**

I then sealed each envelope and place it for mailing VIA CERTIFIED
MAIL (certified mail #7007-0220-0001-0105-2278, #7007-0220-0001-
0105-2285) in accordance with our business' practice on _1/24/2009_ .
I am readily familiar with our business' practice for collecting, processing
and mailing correspondence and pleadings. Such correspondence and
pleadings are deposited on the same day with the U.S. Postal Service in the
ordinary course of business.

I declare under penalty of perjury under the laws of the State of
California that the foregoing is true and correct and that this Declaration is
executed on _1/24/2009_ , at _Mesa, AZ_ .

_____ , Lindsay Cline, Agent
Signature

## PROOF OF SERVICE BY U.S. MAIL
## (C.C.P. 1013a and 2015.5)

# NOTICE OF MECHANIC'S LIEN
# ATTENTION!

**Upon the recording of the enclosed MECHANIC'S LIEN with the
county recorder's office of the county where the property is located,
your property is subject to the filing of a legal action seeking a court-
ordered foreclosure sale of the real property on which the lien has been
recorded. That legal action must be filed with the court no later than 90
days after the date the mechanic's lien is recorded.**

**The party identified in the enclosed mechanic's lien may have provided
labor or materials for improvements to your property and may not have
been paid for these items. You are receiving this notice because it is a
required step in filing a mechanic's lien foreclosure action against your
property. The foreclosure action will seek a sale of your property in
order to pay for unpaid labor, materials, or improvements provided to
your property. This may affect your ability to borrow against,
refinance, or sell the property until the mechanic's lien is released.**

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY
WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY,
OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION
ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE
LICENSE BOARD WEB SITE AT www.cslb.ca.gov.**



Recording Requested By:
Hoffman Southwest Corp.,
DBA Professional Pipe Services
23311 Madero
Mission Viejo, CA 92691



**2019-005601 CONF**

3:16 pm 01/25/19 MLL Fee: 101.00
Count of pages 4
Recorded in Official Records
County of San Mateo
Mark Church
Assessor-County Clerk-Recorder

\* $ R 0 0 0 2 6 5 6 6 3 3 $ \*

## CLAIM OF LIEN
## NOTICE AND CLAIM OF LIEN

This notice is prescribed in California Civil Code section 8416.

NOTICE IS HEREBY GIVEN that, The undersigned, **Hoffman Southwest Corp., DBA Professional Pipe Services** the Claimant, claims a lien for labor, service equipment, or materials under Section 3082 et. Seq. of the Civil Code of the State of California, upon the premises hereinafter described and upon every estate or interest in such structures, improvements and premises held by any party holding any estate herein.

Said labor, service, equipment or materials were furnished for the construction of the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the City of **San Mateo** County of **San Mateo** State of California, said land described as follows:

Street Address: **PM 31325755 PRE (PG&E Easement ONLY), Contract #4400011756** located at **Burbank Avenue and Colegrove Street.**

Said lien is claimed for the following labor, services, equipment or materials: (Described labor, services, equipment or materials): **Sewer Camera Inspection Services.**

After deducting all just credits and offsets, the amount due is **$16,592.26** together with interest at the rate of 10% per annum from **January 14, 2019** is due after deducting all just credits and offsets for the following work and materials furnished by claimant: **Sewer Camera Inspection Services.**

The name of the person or company by whom Claimant was employed or to whom Claimant furnished the labor, services, equipment and/or materials is:/Claimant furnished the work and materials at the request of, or under contract with: **PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San Ramon, CA 94583— PG&E Also known as Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105.**

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are: **PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San Ramon, CA 94583—PG&E Also known as Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105.**

Dated: 1/23/19

Company Name (Name of Claimant): **Hoffman Southwest Corp., DBA Professional Pipe Services**

By: _____ (Signature)

Print Signer Name: Bruce Lux Print Signer Title: CFO
for : **Hoffman Southwest Corp., DBA Professional Pipe Services**

### Verification

I, the undersigned, declare, that I am the CFO (title) for the Claimant named in the foregoing claim of lien (mechanic's lien): I am authorized to make this verification for the Claimant: I have read the foregoing claim of lien (mechanic's lien) and know the contents thereof, and verify the same is true of my knowledge. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 1/23/19 **(Date) at Mission Viejo, California**

By: _____ (Signature)

Print Signer Name: Bruce Lux Print Signer Title: CFO
for : **Hoffman Southwest Corp., DBA Professional Pipe Services**

# DECLARATION OF SERVICE BY MAIL

On _____ 1/24/2019 _____, I served the
following document(s) entitled:

## MECHANIC'S LIEN AND NOTICE OF MECHANIC'S LIEN
## (CLAIM OF LIEN AND NOTICE AND CLAIM OF LIEN)

by placing copy(ies) thereof in a separate envelope for each addressee
named hereafter, addressed to each such addressee respectively as follows:

**PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San
Ramon, CA 94583—PG&E Also known as Pacific Gas and Electric, 245 Market
Street, San Francisco, CA 94105.**

I then sealed each envelope and place it for mailing VIA CERTIFIED
MAIL (certified mail #7007-0220-0001-0105-1714, #7007-0220-0001-
0105-1721) in accordance with our business' practice on __1/24/2019__.
I am readily familiar with our business' practice for collecting, processing
and mailing correspondence and pleadings. Such correspondence and
pleadings are deposited on the same day with the U.S. Postal Service in the
ordinary course of business.

I declare under penalty of perjury under the laws of the State of
California that the foregoing is true and correct and that this Declaration is
executed on _____ 1/24/2019 _____, at __Mesa, AZ__.

_____, Lindsay Cline, Agent
Signature

## PROOF OF SERVICE BY U.S. MAIL
## (C.C.P. 1013a and 2015.5)

# NOTICE OF MECHANIC'S LIEN
## ATTENTION!

**Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.**

**The party identified in the enclosed mechanic's lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanic's lien is released.**

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.**





copy/duplicate has not been
compared to original document

01/25/2019 201900 10898

Recording Requested By:
Hoffman Southwest Corp.,
DBA Professional Pipe Services
23311 Madero
Mission Viejo, CA 92691

## CLAIM OF LIEN
## NOTICE AND CLAIM OF LIEN

> This notice is prescribed in California Civil Code section 8416.

NOTICE IS HEREBY GIVEN that, The undersigned, **Hoffman Southwest Corp., DBA Professional Pipe Services** the Claimant, claims a lien for labor, service equipment, or materials under Section 3082 et. Seq. of the Civil Code of the State of California, upon the premises hereinafter described and upon every estate or interest in such structures, improvements and premises held by any party holding any estate herein.

Said labor, service, equipment or materials were furnished for the construction of the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the City of **Pleasant Hill** County of **Contra Costa** State of California, said land described as follows:

Street Address: **PLAT 44 D12 (PG&E Easement ONLY), Contract #4400011756** located at **Ellington Terrace and Strayhorn Road.**

Said lien is claimed for the following labor, services, equipment or materials: (Described labor, services, equipment or materials): **Sewer Camera Inspection Services.**

After deducting all just credits and offsets, the amount due is **$8,707.44** together with interest at the rate of 10% per annum from **January 9, 2019** is due after deducting all just credits and offsets for the following work and materials furnished by claimant: **Sewer Camera Inspection Services.**

The name of the person or company by whom Claimant was employed or to whom Claimant furnished the labor, services, equipment and/or materials is:/Claimant furnished the work and materials at the request of, or under contract with: **PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San Ramon, CA 94583--- PG&E Also known as Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105.**

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are: **PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San Ramon, CA 94583---PG&E Also known as Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105.**

Dated: __1/23/19__

Company Name (Name of Claimant): **Hoffman Southwest Corp., DBA Professional Pipe Services**

By: _____ (Signature)

Print Signer Name: Bruce Lux Print Signer Title: CFO
for : **Hoffman Southwest Corp., DBA Professional Pipe Services**

### Verification

I, the undersigned, declare, that I am the CFO (title) for the Claimant named in the foregoing claim of lien (mechanic's lien): I am authorized to make this verification for the Claimant: I have read the foregoing claim of lien (mechanic's lien) and know the contents thereof, and verify the same is true of my knowledge. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __1/23/19__ **(Date) at Mission Viejo, California**

By _____ (Signature)

Print Signer Name: Bruce Lux Print Signer Title: CFO
for : **Hoffman Southwest Corp., DBA Professional Pipe Services**

# DECLARATION OF SERVICE BY MAIL

On _____1/24/2009_____, I served the
following document(s) entitled:

## MECHANIC'S LIEN AND NOTICE OF MECHANIC'S LIEN
## (CLAIM OF LIEN AND NOTICE AND CLAIM OF LIEN)

by placing copy(ies) thereof in a separate envelope for each addressee
named hereafter, addressed to each such addressee respectively as follows:

**PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San
Ramon, CA 94583---PG&E Also known as Pacific Gas and Electric, 245 Market
Street, San Francisco, CA 94105.**

I then sealed each envelope and place it for mailing VIA CERTIFIED
MAIL (certified mail #7007-0220-0001-0105-2292, #7007-0220-0001-
0105-2308) in accordance with our business' practice on _1/24/2009_.
I am readily familiar with our business' practice for collecting, processing
and mailing correspondence and pleadings. Such correspondence and
pleadings are deposited on the same day with the U.S. Postal Service in the
ordinary course of business.

I declare under penalty of perjury under the laws of the State of
California that the foregoing is true and correct and that this Declaration is
executed on _1/24/2009_, at _Mesa, AZ_.

_[signature]_, Lindsay Cline, Agent
Signature

## PROOF OF SERVICE BY U.S. MAIL
## (C.C.P. 1013a and 2015.5)

# NOTICE OF MECHANIC'S LIEN
# ATTENTION!

Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.

The party identified in the enclosed mechanic's lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.