# EXHIBIT B 12



copy/duplicate has not been compared to original document

Recording Requested By:
Hoffman Southwest Corp.,
DBA Professional Pipe Services
23311 Madero
Mission Viejo, CA 92691

01/25/2019, 20190010841

## CLAIM OF LIEN
## NOTICE AND CLAIM OF LIEN

This notice is prescribed in California Civil Code section 8416.

NOTICE IS HEREBY GIVEN that, The undersigned, **Hoffman Southwest Corp., DBA Professional Pipe Services** the Claimant, claims a lien for labor, service equipment, or materials under Section 3082 et. Seq. of the Civil Code of the State of California, upon the premises hereinafter described and upon every estate or interest in such structures, improvements and premises held by any party holding any estate herein.

Said labor, service, equipment or materials were furnished for the construction of the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the City of **Danville** County of **Contra Costa** State of California, said land described as follows:

Street Address: **PLAT 51 B10 (PG&E Easement ONLY), Contract #4400011756** located at **Alamatos Drive and Diablo Road.**

Said lien is claimed for the following labor, services, equipment or materials: (Described labor, services, equipment or materials): **Sewer Camera Inspection Services.**

After deducting all just credits and offsets, the amount due is **$10,469.01** together with interest at the rate of 10% per annum from **October 3, 2018** is due after deducting all just credits and offsets for the following work and materials furnished by claimant: **Sewer Camera Inspection Services.**

The name of the person or company by whom Claimant was employed or to whom Claimant furnished the labor, services, equipment and/or materials is:/Claimant furnished the work and materials at the request of, or under contract with: **PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San Ramon, CA 94583— PG&E Also known as Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105.**

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are: **PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San Ramon, CA 94583—PG&E Also known as Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105.**

Dated: 1/23/19

Company Name (Name of Claimant): **Hoffman Southwest Corp., DBA Professional Pipe Services**

By: _____ (Signature)

Print Signer Name: Bruce Lux Print Signer Title: CFO
for : **Hoffman Southwest Corp., DBA Professional Pipe Services**

### Verification

I, the undersigned, declare, that I am the CFO (title) for the Claimant named in the foregoing claim of lien (mechanic's lien): I am authorized to make this verification for the Claimant: I have read the foregoing claim of lien (mechanic's lien) and know the contents thereof, and verify the same is true of my knowledge. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 1/23/19 **(Date) at Mission Viejo, California**

By: _____ (Signature)

Print Signer Name: Bruce Lux Print Signer Title: CFO
for : **Hoffman Southwest Corp., DBA Professional Pipe Services**

# DECLARATION OF SERVICE BY MAIL

On _____1/24/2019_____, I served the
following document(s) entitled:

## MECHANIC'S LIEN AND NOTICE OF MECHANIC'S LIEN
## (CLAIM OF LIEN AND NOTICE AND CLAIM OF LIEN)

by placing copy(ies) thereof in a separate envelope for each addressee
named hereafter, addressed to each such addressee respectively as follows:

**PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San
Ramon, CA 94583—PG&E Also known as Pacific Gas and Electric, 245 Market
Street, San Francisco, CA 94105.**

     I then sealed each envelope and place it for mailing VIA CERTIFIED
MAIL (certified mail #7013-1090-0001-2082-5241, #7013-1090-0001-
2082-5258) in accordance with our business' practice on ___1/24/2019___.
I am readily familiar with our business' practice for collecting, processing
and mailing correspondence and pleadings. Such correspondence and
pleadings are deposited on the same day with the U.S. Postal Service in the
ordinary course of business.

     I declare under penalty of perjury under the laws of the State of
California that the foregoing is true and correct and that this Declaration is
executed on ___1/24/2019___, at ___Mesa, AZ___.

_____, Lindsay Cline, Agent
Signature

## PROOF OF SERVICE BY U.S. MAIL
## (C.C.P. 1013a and 2015.5)

# NOTICE OF MECHANIC'S LIEN
## ATTENTION!

Upon the recording of the enclosed **MECHANIC'S LIEN** with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.

The party identified in the enclosed mechanic's lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

 80022686

01/25/2019, 20190010840

Recording Requested By:
Hoffman Southwest Corp.,
DBA Professional Pipe Services
23311 Madero
Mission Viejo, CA 92691

copy/duplicate has not been
compared to original document

## CLAIM OF LIEN
## NOTICE AND CLAIM OF LIEN

This notice is prescribed in California Civil Code section 8416.

NOTICE IS HEREBY GIVEN that, The undersigned, **Hoffman Southwest Corp., DBA Professional Pipe Services** the Claimant, claims a lien for labor, service equipment, or materials under Section 3082 et. Seq. of the Civil Code of the State of California, upon the premises hereinafter described and upon every estate or interest in such structures, improvements and premises held by any party holding any estate herein.

Said labor, service, equipment or materials were furnished for the construction of the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the City of **Danville** County of **Contra Costa** State of California, said land described as follows:

Street Address: **PLAT 51 B15 (PG&E Easement ONLY), Contract #4400011756** located at **Brightwood Circle and Leafield Road.**

Said lien is claimed for the following labor, services, equipment or materials: (Described labor, services, equipment or materials): **Sewer Camera Inspection Services.**

After deducting all just credits and offsets, the amount due is **$6,474.90** together with interest at the rate of 10% per annum from **October 6, 2018** is due after deducting all just credits and offsets for the following work and materials furnished by claimant: **Sewer Camera Inspection Services.**

The name of the person or company by whom Claimant was employed or to whom Claimant furnished the labor, services, equipment and/or materials is:/Claimant furnished the work and materials at the request of, or under contract with: **PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San Ramon, CA 94583—PG&E Also known as Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105.**

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are: **PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San Ramon, CA 94583—PG&E Also known as Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105.**

Dated: 1/23/19

Company Name (Name of Claimant): **Hoffman Southwest Corp., DBA Professional Pipe Services**

By: _____ (Signature)

Print Signer Name: Bruce Lux Print Signer Title: CFO
for : **Hoffman Southwest Corp., DBA Professional Pipe Services**

## Verification

I, the undersigned, declare, that I am the CFO (title) for the Claimant named in the foregoing claim of lien (mechanic's lien): I am authorized to make this verification for the Claimant: I have read the foregoing claim of lien (mechanic's lien) and know the contents thereof, and verify the same is true of my knowledge. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 1/23/19 **(Date) at Mission Viejo, California**

By: _____ (Signature)

Print Signer Name: Bruce Lux Print Signer Title: CFO
for : **Hoffman Southwest Corp., DBA Professional Pipe Services**

# DECLARATION OF SERVICE BY MAIL

On ___1/24/209___ , I served the
following document(s) entitled:

### MECHANIC'S LIEN AND NOTICE OF MECHANIC'S LIEN
### (CLAIM OF LIEN AND NOTICE AND CLAIM OF LIEN)

by placing copy(ies) thereof in a separate envelope for each addressee
named hereafter, addressed to each such addressee respectively as follows:

**PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San
Ramon, CA 94583—PG&E Also known as Pacific Gas and Electric, 245 Market
Street, San Francisco, CA 94105.**

I then sealed each envelope and place it for mailing VIA CERTIFIED
MAIL (certified mail #7013-1090-0001-2082-5265, #7013-1090-0001-
2082-5272) in accordance with our business' practice on ___1/24/209___ .
I am readily familiar with our business' practice for collecting, processing
and mailing correspondence and pleadings. Such correspondence and
pleadings are deposited on the same day with the U.S. Postal Service in the
ordinary course of business.

I declare under penalty of perjury under the laws of the State of
California that the foregoing is true and correct and that this Declaration is
executed on ___1/24/209___ , at ___Mesa, AZ___ .

_____ , Lindsay Cline, Agent
Signature

### PROOF OF SERVICE BY U.S. MAIL
### (C.C.P. 1013a and 2015.5)

# NOTICE OF MECHANIC'S LIEN
# ATTENTION!

Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.

The party identified in the enclosed mechanic's lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.



copy/duplicate has not been
compared to original document

Recording Requested By:
Hoffman Southwest Corp.,
DBA Professional Pipe Services
23311 Madero
Mission Viejo, CA 92691

01/25/2019,20190010839

## CLAIM OF LIEN
## NOTICE AND CLAIM OF LIEN

> This notice is prescribed in California Civil Code section 8416.

NOTICE IS HEREBY GIVEN that, The undersigned, **Hoffman Southwest Corp., DBA Professional Pipe Services** the Claimant, claims a lien for labor, service equipment, or materials under Section 3082 et. Seq. of the Civil Code of the State of California, upon the premises hereinafter described and upon every estate or interest in such structures, improvements and premises held by any party holding any estate herein.

Said labor, service, equipment or materials were furnished for the construction of the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the City of **Danville** County of **Contra Costa** State of California, said land described as follows:

Street Address: **PLAT 51 B16 (PG&E Easement ONLY), Contract #4400011756** located at **Brightwood Circle and Leafield Road.**

Said lien is claimed for the following labor, services, equipment or materials: (Described labor, services, equipment or materials): **Sewer Camera Inspection Services.**

After deducting all just credits and offsets, the amount due is **$15,323.93** together with interest at the rate of 10% per annum from **October 26, 2018** is due after deducting all just credits and offsets for the following work and materials furnished by claimant: **Sewer Camera Inspection Services.**

The name of the person or company by whom Claimant was employed or to whom Claimant furnished the labor, services, equipment and/or materials is:/Claimant furnished the work and materials at the request of, or under contract with: **PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San Ramon, CA 94583— PG&E Also known as Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105.**

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are: **PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San Ramon, CA 94583—PG&E Also known as Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105.**

Dated: 1/23/19

Company Name (Name of Claimant): **Hoffman Southwest Corp., DBA Professional Pipe Services**

By: _____ (Signature)

Print Signer Name: Bruce Lux Print Signer Title: CFO
for : **Hoffman Southwest Corp., DBA Professional Pipe Services**

### Verification

I, the undersigned, declare, that I am the CFO (title) for the Claimant named in the foregoing claim of lien (mechanic's lien): I am authorized to make this verification for the Claimant: I have read the foregoing claim of lien (mechanic's lien) and know the contents thereof, and verify the same is true of my knowledge. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 1/23/19 **(Date) at Mission Viejo, California**

By: _____ (Signature)

Print Signer Name: Bruce Lux Print Signer Title: CFO
for : **Hoffman Southwest Corp., DBA Professional Pipe Services**

# DECLARATION OF SERVICE BY MAIL

On _____/24/209_____, I served the
following document(s) entitled:

## MECHANIC'S LIEN AND NOTICE OF MECHANIC'S LIEN
## (CLAIM OF LIEN AND NOTICE AND CLAIM OF LIEN)

by placing copy(ies) thereof in a separate envelope for each addressee
named hereafter, addressed to each such addressee respectively as follows:

**PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San
Ramon, CA 94583---PG&E Also known as Pacific Gas and Electric, 245 Market
Street, San Francisco, CA 94105.**

I then sealed each envelope and place it for mailing VIA CERTIFIED
MAIL (certified mail #7013-1090-0001-2082-5289, #7013-1090-0001-
2082-5296) in accordance with our business' practice on _____/24/209____.
I am readily familiar with our business' practice for collecting, processing
and mailing correspondence and pleadings. Such correspondence and
pleadings are deposited on the same day with the U.S. Postal Service in the
ordinary course of business.

I declare under penalty of perjury under the laws of the State of
California that the foregoing is true and correct and that this Declaration is
executed on _____/24/209____, at ___Mesa, AZ___.

_____, Lindsay Cline, Agent
Signature

## PROOF OF SERVICE BY U.S. MAIL
## (C.C.P. 1013a and 2015.5)

# NOTICE OF MECHANIC'S LIEN
# ATTENTION!

Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.

The party identified in the enclosed mechanic's lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.


800 22 688

Recording Requested By:
Hoffman Southwest Corp.,
DBA Professional Pipe Services
23311 Madero
Mission Viejo, CA 92691

copy/duplicate has not been
compared to original document

01/25/2019,20190010838

## CLAIM OF LIEN
## NOTICE AND CLAIM OF LIEN

> This notice is prescribed in California Civil Code section 8416.

NOTICE IS HEREBY GIVEN that, The undersigned, **Hoffman Southwest Corp., DBA Professional Pipe Services** the Claimant, claims a lien for labor, service equipment, or materials under Section 3082 et. Seq. of the Civil Code of the State of California, upon the premises hereinafter described and upon every estate or interest in such structures, improvements and premises held by any party holding any estate herein.

Said labor, service, equipment or materials were furnished for the construction of the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the City of **Blackhawk/Danville** County of **Contra Costa**
State of California, said land described as follows:

Street Address: **PLAT 56 C02 (PG&E Easement ONLY), Contract #4400011756**
located at **Fieldcrest Court and Laurelwood Drive.**

Said lien is claimed for the following labor, services, equipment or materials: (Described labor, services, equipment or materials): **Sewer Camera Inspection Services.**

After deducting all just credits and offsets, the amount due is **$8,088.04** together with interest at the rate of 10% per annum from **January 4, 2019** is due after deducting all just credits and offsets for the following work and materials furnished by claimant: **Sewer Camera Inspection Services.**

The name of the person or company by whom Claimant was employed or to whom Claimant furnished the labor, services, equipment and/or materials is:/Claimant furnished the work and materials at the request of, or under contract with: **PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San Ramon, CA 94583— PG&E Also known as Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105.**

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are: **PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San Ramon, CA 94583---PG&E Also known as Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105.**

Dated: 1/23/19

Company Name (Name of Claimant): **Hoffman Southwest Corp., DBA Professional Pipe Services**

By: _____ (Signature)

Print Signer Name: Bruce Lux Print Signer Title: CFO
for : **Hoffman Southwest Corp., DBA Professional Pipe Services**

### Verification

I, the undersigned, declare, that I am the CFO (title) for the Claimant named in the foregoing claim of lien (mechanic's lien): I am authorized to make this verification for the Claimant: I have read the foregoing claim of lien (mechanic's lien) and know the contents thereof, and verify the same is true of my knowledge. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 1/23/19 **(Date) at Mission Viejo, California**

By: _____ (Signature)

Print Signer Name: Bruce Lux Print Signer Title: CFO
for : **Hoffman Southwest Corp., DBA Professional Pipe Services**

# DECLARATION OF SERVICE BY MAIL

On _____1/24/200q_____, I served the
following document(s) entitled:

## MECHANIC'S LIEN AND NOTICE OF MECHANIC'S LIEN
## (CLAIM OF LIEN AND NOTICE AND CLAIM OF LIEN)

by placing copy(ies) thereof in a separate envelope for each addressee
named hereafter, addressed to each such addressee respectively as follows:

**PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San
Ramon, CA 94583—PG&E Also known as Pacific Gas and Electric, 245 Market
Street, San Francisco, CA 94105.**

I then sealed each envelope and place it for mailing VIA CERTIFIED
MAIL (certified mail #7013-1090-0001-2082-5302, #7013-1090-0001-
2082-5319) in accordance with our business' practice on _1/24/20q_.
I am readily familiar with our business' practice for collecting, processing
and mailing correspondence and pleadings. Such correspondence and
pleadings are deposited on the same day with the U.S. Postal Service in the
ordinary course of business.

I declare under penalty of perjury under the laws of the State of
California that the foregoing is true and correct and that this Declaration is
executed on _1/24/20q_, at _Mesa, AZ_.

_____, Lindsay Cline, Agent
Signature

## PROOF OF SERVICE BY U.S. MAIL
## (C.C.P. 1013a and 2015.5)

# NOTICE OF MECHANIC'S LIEN
# ATTENTION!

Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.

The party identified in the enclosed mechanic's lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.


80020689

01/25/2019,20190010837

copy/duplicate has not been
compared to original document

Recording Requested By:
Hoffman Southwest Corp.,
DBA Professional Pipe Services
23311 Madero
Mission Viejo, CA 92691

## CLAIM OF LIEN
## NOTICE AND CLAIM OF LIEN

This notice is prescribed in California Civil Code section 8416.

NOTICE IS HEREBY GIVEN that, The undersigned, **Hoffman Southwest Corp., DBA Professional Pipe Services** the Claimant, claims a lien for labor, service equipment, or materials under Section 3082 et. Seq. of the Civil Code of the State of California, upon the premises hereinafter described and upon every estate or interest in such structures, improvements and premises held by any party holding any estate herein.

Said labor, service, equipment or materials were furnished for the construction of the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the City of **Danville** County of **Contra Costa** State of California, said land described as follows:

Street Address: **PLAT 56 E08 (PG&E Easement ONLY), Contract #4400011756** located at **Griffon Street West and Welshland Street.**

Said lien is claimed for the following labor, services, equipment or materials: (Described labor, services, equipment or materials): **Sewer Camera Inspection Services.**

After deducting all just credits and offsets, the amount due is **$5,606.43** together with interest at the rate of 10% per annum from **October 26, 2018** is due after deducting all just credits and offsets for the following work and materials furnished by claimant: **Sewer Camera Inspection Services.**

The name of the person or company by whom Claimant was employed or to whom Claimant furnished the labor, services, equipment and/or materials is:/Claimant furnished the work and materials at the request of, or under contract with: **PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San Ramon, CA 94583---PG&E Also known as Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105.**

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are: **PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San Ramon, CA 94583---PG&E Also known as Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105.**

Dated: 1/23/19

Company Name (Name of Claimant): **Hoffman Southwest Corp., DBA Professional Pipe Services**

By _[signature]_ (Signature)

Print Signer Name: Bruce Lux Print Signer Title: CFO
for : **Hoffman Southwest Corp., DBA Professional Pipe Services**

**Verification**

I, the undersigned, declare, that I am the CFO (title) for the Claimant named in the foregoing claim of lien (mechanic's lien): I am authorized to make this verification for the Claimant: I have read the foregoing claim of lien (mechanic's lien) and know the contents thereof, and verify the same is true of my knowledge. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 1/23/19 **(Date) at Mission Viejo, California**

By: _[signature]_ (Signature)

Print Signer Name: Bruce Lux Print Signer Title: CFO
for : **Hoffman Southwest Corp., DBA Professional Pipe Services**

# DECLARATION OF SERVICE BY MAIL

On ___1/24/209___ , I served the
following document(s) entitled:

## MECHANIC'S LIEN AND NOTICE OF MECHANIC'S LIEN
## (CLAIM OF LIEN AND NOTICE AND CLAIM OF LIEN)

by placing copy(ies) thereof in a separate envelope for each addressee
named hereafter, addressed to each such addressee respectively as follows:

**PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San
Ramon, CA 94583—PG&E Also known as Pacific Gas and Electric, 245 Market
Street, San Francisco, CA 94105.**

I then sealed each envelope and place it for mailing VIA CERTIFIED
MAIL (certified mail #7013-1090-0001-2082-5326, #7013-1090-0001-
2082-5333) in accordance with our business' practice on ___1/24/209___.
I am readily familiar with our business' practice for collecting, processing
and mailing correspondence and pleadings. Such correspondence and
pleadings are deposited on the same day with the U.S. Postal Service in the
ordinary course of business.

I declare under penalty of perjury under the laws of the State of
California that the foregoing is true and correct and that this Declaration is
executed on ___1/24/209___ , at ___Mesa, AZ___.

_____ , Lindsay Cline, Agent
Signature

## PROOF OF SERVICE BY U.S. MAIL
## (C.C.P. 1013a and 2015.5)

# NOTICE OF MECHANIC'S LIEN
# ATTENTION!

Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.

The party identified in the enclosed mechanic's lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.


80022690

Recording Requested By:
Hoffman Southwest Corp.,
DBA Professional Pipe Services
23311 Madero
Mission Viejo, CA 92691

Recorded in Official Records,
Solano County
Doc#: 201900004641
1/25/2019          1:05:38 PM

## CLAIM OF LIEN
## NOTICE AND CLAIM OF LIEN

This notice is prescribed in California Civil Code section 8416.

NOTICE IS HEREBY GIVEN that, The undersigned, **Hoffman Southwest Corp., DBA Professional Pipe Services** the Claimant, claims a lien for labor, service equipment, or materials under Section 3082 et. Seq. of the Civil Code of the State of California, upon the premises hereinafter described and upon every estate or interest in such structures, improvements and premises held by any party holding any estate herein.

Said labor, service, equipment or materials were furnished for the construction of the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the City of **Vacaville** County of **Solano** State of California, said land described as follows:

Street Address: **PLAT 7010384-CAP (PG&E Easement ONLY), Contract #4400011756** located at **Cernon Street and Kendal Street.**

Said lien is claimed for the following labor, services, equipment or materials: (Described labor, services, equipment or materials): **Sewer Camera Inspection Services.**

After deducting all just credits and offsets, the amount due is **$6,711.18** together with interest at the rate of 10% per annum from **December 29, 2018** is due after deducting all just credits and offsets for the following work and materials furnished by claimant: **Sewer Camera Inspection Services.**

The name of the person or company by whom Claimant was employed or to whom Claimant furnished the labor, services, equipment and/or materials is:/Claimant furnished the work and materials at the request of, or under contract with: **PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San Ramon, CA 94583— PG&E Also known as Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105.**

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are: **PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San Ramon, CA 94583---PG&E Also known as Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105.**

Dated: 1/23/19

Company Name (Name of Claimant): **Hoffman Southwest Corp., DBA Professional Pipe Services**

By _____ (Signature)

Print Signer Name: Bruce Lux Print Signer Title: CFO
for : **Hoffman Southwest Corp., DBA Professional Pipe Services**

## Verification

I, the undersigned, declare, that I am the CFO (title) for the Claimant named in the foregoing claim of lien (mechanic's lien): I am authorized to make this verification for the Claimant: I have read the foregoing claim of lien (mechanic's lien) and know the contents thereof, and verify the same is true of my knowledge. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 1/23/19 **(Date) at Mission Viejo, California**

By _____ (Signature)

Print Signer Name: Bruce Lux Print Signer Title: CFO
for : **Hoffman Southwest Corp., DBA Professional Pipe Services**

# DECLARATION OF SERVICE BY MAIL

On _____ 1/24/2019 _____, I served the
following document(s) entitled:

## MECHANIC'S LIEN AND NOTICE OF MECHANIC'S LIEN
## (CLAIM OF LIEN AND NOTICE AND CLAIM OF LIEN)

by placing copy(ies) thereof in a separate envelope for each addressee
named hereafter, addressed to each such addressee respectively as follows:

**PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San
Ramon, CA 94583—PG&E Also known as Pacific Gas and Electric, 245 Market
Street, San Francisco, CA 94105.**

I then sealed each envelope and place it for mailing VIA CERTIFIED
MAIL (certified mail #7013-1090-0001-2082-5340, #7013-1090-0001-
2082-5357) in accordance with our business' practice on ___ 1/24/2019 ___.
I am readily familiar with our business' practice for collecting, processing
and mailing correspondence and pleadings. Such correspondence and
pleadings are deposited on the same day with the U.S. Postal Service in the
ordinary course of business.

I declare under penalty of perjury under the laws of the State of
California that the foregoing is true and correct and that this Declaration is
executed on ___ 1/24/2019 ___, at ___ Mesa, AZ ___.

_____, Lindsay Cline, Agent
Signature

## PROOF OF SERVICE BY U.S. MAIL
## (C.C.P. 1013a and 2015.5)

# NOTICE OF MECHANIC'S LIEN
# ATTENTION!

Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.

The party identified in the enclosed mechanic's lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.