# EXHIBIT B 13


8000691

COPY of Document Recorded
25-Jan-2019 2019-0001299
Has not been compared with
original
NAPA COUNTY RECORDER

Recording Requested By:
Hoffman Southwest Corp.,
DBA Professional Pipe Services
23311 Madero
Mission Viejo, CA 92691

## CLAIM OF LIEN
## NOTICE AND CLAIM OF LIEN

This notice is prescribed in California Civil Code section 8416.

NOTICE IS HEREBY GIVEN that, The undersigned, **Hoffman Southwest Corp., DBA Professional Pipe Services** the Claimant, claims a lien for labor, service equipment, or materials under Section 3082 et. Seq. of the Civil Code of the State of California, upon the premises hereinafter described and upon every estate or interest in such structures, improvements and premises held by any party holding any estate herein.

Said labor, service, equipment or materials were furnished for the construction of the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the City of **Napa** County of **Napa** State of California, said land described as follows:

Street Address: **PLAT BURGUNDY (PG&E Easement ONLY), Contract #4400011756** located at **Burgundy Way and Vine Hill Drive.**

Said lien is claimed for the following labor, services, equipment or materials: (Described labor, services, equipment or materials): **Sewer Camera Inspection Services.**

After deducting all just credits and offsets, the amount due is **$11,753.05** together with interest at the rate of 10% per annum from **January 16, 2019** is due after deducting all just credits and offsets for the following work and materials furnished by claimant: **Sewer Camera Inspection Services.**

The name of the person or company by whom Claimant was employed or to whom Claimant furnished the labor, services, equipment and/or materials is:/Claimant furnished the work and materials at the request of, or under contract with: **PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San Ramon, CA 94583—PG&E Also known as Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105.**

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are: **PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San Ramon, CA 94583—PG&E Also known as Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105.**

Dated: 1/23/19

Company Name (Name of Claimant): **Hoffman Southwest Corp., DBA Professional Pipe Services**

By: _____ (Signature)

Print Signer Name: <u>Bruce Lux</u> Print Signer Title: <u>CFO</u>
for: **Hoffman Southwest Corp., DBA Professional Pipe Services**

### Verification

I, the undersigned, declare, that I am the <u>CFO</u> (title) for the Claimant named in the foregoing claim of lien (mechanic's lien): I am authorized to make this verification for the Claimant: I have read the foregoing claim of lien (mechanic's lien) and know the contents thereof, and verify the same is true of my knowledge. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 1/23/19 (Date) at **Mission Viejo, California**

By: _____ (Signature)

Print Signer Name: <u>Bruce Lux</u> Print Signer Title: <u>CFO</u>
for: **Hoffman Southwest Corp., DBA Professional Pipe Services**

# DECLARATION OF SERVICE BY MAIL

On ____1/24/209____, I served the following document(s) entitled:

## MECHANIC'S LIEN AND NOTICE OF MECHANIC'S LIEN
## (CLAIM OF LIEN AND NOTICE AND CLAIM OF LIEN)

by placing copy(ies) thereof in a separate envelope for each addressee named hereafter, addressed to each such addressee respectively as follows:

<u>PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San Ramon, CA 94583---PG&E Also known as Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105.</u>

I then sealed each envelope and place it for mailing VIA CERTIFIED MAIL (certified mail #<u>7013-1090-0001-2082-5364</u>, #<u>7013-1090-0001-2082-5371</u>) in accordance with our business' practice on ____1/24/209____. I am readily familiar with our business' practice for collecting, processing and mailing correspondence and pleadings. Such correspondence and pleadings are deposited on the same day with the U.S. Postal Service in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration is executed on ____1/24/209____, at ____Mesa, AZ____.

_____, Lindsay Cline, Agent
Signature

## PROOF OF SERVICE BY U.S. MAIL
### (C.C.P. 1013a and 2015.5)

# NOTICE OF MECHANIC'S LIEN
# ATTENTION!

Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.

The party identified in the enclosed mechanic's lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.



Recording Requested By:
Hoffman Southwest Corp.,
DBA Professional Pipe Services
23311 Madero
Mission Viejo, CA 92691

ORIGINAL
Accepted for Recording
COPY – NOT CERTIFIED

**JAN 25 2019**

Sacramento County
Clerk/Recorder

**201901250399**

## CLAIM OF LIEN
## NOTICE AND CLAIM OF LIEN

This notice is prescribed in California Civil Code section 8416.

NOTICE IS HEREBY GIVEN that, The undersigned, **Hoffman Southwest Corp., DBA Professional Pipe Services** the Claimant, claims a lien for labor, service equipment, or materials under Section 3082 et. Seq. of the Civil Code of the State of California, upon the premises hereinafter described and upon every estate or interest in such structures, improvements and premises held by any party holding any estate herein.

Said labor, service, equipment or materials were furnished for the construction of the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the City of **Sacramento** County of **Sacramento** State of California, said land described as follows:

Street Address: **PLAT SF Q4 (PG&E Easement ONLY), Contract #4400011756** located at **Timber Cove Way and Point Arena Court.**

Said lien is claimed for the following labor, services, equipment or materials: (Described labor, services, equipment or materials): **Sewer Camera Inspection Services.**

After deducting all just credits and offsets, the amount due is **$53,682.70** together with interest at the rate of 10% per annum from **January 15, 2019** is due after deducting all just credits and offsets for the following work and materials furnished by claimant: **Sewer Camera Inspection Services.**

The name of the person or company by whom Claimant was employed or to whom Claimant furnished the labor, services, equipment and/or materials is:/Claimant furnished the work and materials at the request of, or under contract with: **PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San Ramon, CA 94583—PG&E Also known as Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105.**

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are: **PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San Ramon, CA 94583—PG&E Also known as Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105.**

Dated: 1/23/19

Company Name (Name of Claimant): **Hoffman Southwest Corp., DBA Professional Pipe Services**

By: _____ (Signature)

Print Signer Name: **Bruce Lux** Print Signer Title: **CFO**
for: **Hoffman Southwest Corp., DBA Professional Pipe Services**

## Verification

I, the undersigned, declare, that I am the **CFO** (title) for the Claimant named in the foregoing claim of lien (mechanic's lien): I am authorized to make this verification for the Claimant: I have read the foregoing claim of lien (mechanic's lien) and know the contents thereof, and verify the same is true of my knowledge. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 1/23/19 (Date) at Mission Viejo, California

By: _____ (Signature)

Print Signer Name: **Bruce Lux** Print Signer Title: **CFO**
for: **Hoffman Southwest Corp., DBA Professional Pipe Services**

# DECLARATION OF SERVICE BY MAIL

On ___1/24/2019___, I served the following document(s) entitled:

## MECHANIC'S LIEN AND NOTICE OF MECHANIC'S LIEN
## (CLAIM OF LIEN AND NOTICE AND CLAIM OF LIEN)

by placing copy(ies) thereof in a separate envelope for each addressee named hereafter, addressed to each such addressee respectively as follows:

<u>PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San Ramon, CA 94583---PG&E Also known as Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105.</u>

I then sealed each envelope and place it for mailing VIA CERTIFIED MAIL (certified mail #7013-1090-0001-2082-5388, #7013-1090-0001-2082-5395) in accordance with our business' practice on ___1/24/2019___. I am readily familiar with our business' practice for collecting, processing and mailing correspondence and pleadings. Such correspondence and pleadings are deposited on the same day with the U.S. Postal Service in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration is executed on ___1/24/2019___, at ___Mesa, AZ___.

_____, Lindsay Cline, Agent
Signature

### PROOF OF SERVICE BY U.S. MAIL
### (C.C.P. 1013a and 2015.5)

# NOTICE OF MECHANIC'S LIEN
# ATTENTION!

Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.

The party identified in the enclosed mechanic's lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.



Recording Requested By:
Hoffman Southwest Corp.,
DBA Professional Pipe Services
23311 Madero
Mission Viejo, CA 92691

Recorded In Official Records,
Solano County
Doc#: 201900004642
1/25/2019 1:08:13 PM

## CLAIM OF LIEN
## NOTICE AND CLAIM OF LIEN

This notice is prescribed in California Civil Code section 8416.

NOTICE IS HEREBY GIVEN that, The undersigned, **Hoffman Southwest Corp., DBA Professional Pipe Services** the Claimant, claims a lien for labor, service equipment, or materials under Section 3082 et. Seq. of the Civil Code of the State of California, upon the premises hereinafter described and upon every estate or interest in such structures, improvements and premises held by any party holding any estate herein.

Said labor, service, equipment or materials were furnished for the construction of the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the City of **Fairfield** County of **Solano** State of California, said land described as follows:

Street Address: **PLAT SOL2715 I02 (PG&E Easement ONLY), Contract #4400011756** located at **Almaden Court and Avondale Circle.**

Said lien is claimed for the following labor, services, equipment or materials: (Described labor, services, equipment or materials): **Sewer Camera Inspection Services.**

After deducting all just credits and offsets, the amount due is **$47,562.13** together with interest at the rate of 10% per annum from **January 16, 2019** is due after deducting all just credits and offsets for the following work and materials furnished by claimant: **Sewer Camera Inspection Services.**

The name of the person or company by whom Claimant was employed or to whom Claimant furnished the labor, services, equipment and/or materials is:/Claimant furnished the work and materials at the request of, or under contract with: **PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San Ramon, CA 94583--PG&E Also known as Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105.**

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are: **PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San Ramon, CA 94583--PG&E Also known as Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105.**

Dated: 1/23/19

Company Name (Name of Claimant): **Hoffman Southwest Corp., DBA Professional Pipe Services**

By: _____ (Signature)

Print Signer Name: Bruce Lux  Print Signer Title: CFO
for: **Hoffman Southwest Corp., DBA Professional Pipe Services**

## Verification

I, the undersigned, declare, that I am the CFO (title) for the Claimant named in the foregoing claim of lien (mechanic's lien): I am authorized to make this verification for the Claimant: I have read the foregoing claim of lien (mechanic's lien) and know the contents thereof, and verify the same is true of my knowledge. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 1/23/19 (Date) at **Mission Viejo, California**

By: _____ (Signature)

Print Signer Name: Bruce Lux  Print Signer Title: CFO
for: **Hoffman Southwest Corp., DBA Professional Pipe Services**

# DECLARATION OF SERVICE BY MAIL

On _____1/24/2019_____, I served the following document(s) entitled:

## MECHANIC'S LIEN AND NOTICE OF MECHANIC'S LIEN
## (CLAIM OF LIEN AND NOTICE AND CLAIM OF LIEN)

by placing copy(ies) thereof in a separate envelope for each addressee named hereafter, addressed to each such addressee respectively as follows:

**PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San Ramon, CA 94583---PG&E Also known as Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105.**

I then sealed each envelope and place it for mailing VIA CERTIFIED MAIL (certified mail #7013-1090-0001-2082-5401, #7013-1090-0001-2082-5418) in accordance with our business' practice on __1/24/2019__. I am readily familiar with our business' practice for collecting, processing and mailing correspondence and pleadings. Such correspondence and pleadings are deposited on the same day with the U.S. Postal Service in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration is executed on __1/24/2019__, at __Mesa, AZ__.

_____, Lindsay Cline, Agent
Signature

### PROOF OF SERVICE BY U.S. MAIL
### (C.C.P. 1013a and 2015.5)

# NOTICE OF MECHANIC'S LIEN
# ATTENTION!

Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.

The party identified in the enclosed mechanic's lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.


*800022694*

Recording Requested By:
Hoffman Southwest Corp.,
DBA Professional Pipe Services
23311 Madero
Mission Viejo, CA 92691

Recorded In Official Records,
Solano County
Doc#: 201900004643
1/25/2019    1:10:30 PM

## CLAIM OF LIEN
## NOTICE AND CLAIM OF LIEN

This notice is prescribed in California Civil Code section 8416.

NOTICE IS HEREBY GIVEN that, The undersigned, **Hoffman Southwest Corp., DBA Professional Pipe Services** the Claimant, claims a lien for labor, service equipment, or materials under Section 3082 et. Seq. of the Civil Code of the State of California, upon the premises hereinafter described and upon every estate or interest in such structures, improvements and premises held by any party holding any estate herein.

Said labor, service, equipment or materials were furnished for the construction of the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the City of **Fairfield** County of **Solano** State of California, said land described as follows:

Street Address: **PLAT SOL2777 B05 (PG&E Easement ONLY), Contract #4400011756** located at **Ayr Court and Bear Creek Drive.**

Said lien is claimed for the following labor, services, equipment or materials: (Described labor, services, equipment or materials): **Sewer Camera Inspection Services.**

After deducting all just credits and offsets, the amount due is **$40,847.07** together with interest at the rate of 10% per annum from **December 18, 2018** is due after deducting all just credits and offsets for the following work and materials furnished by claimant: **Sewer Camera Inspection Services.**

The name of the person or company by whom Claimant was employed or to whom Claimant furnished the labor, services, equipment and/or materials is:/Claimant furnished the work and materials at the request of, or under contract with: **PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San Ramon, CA 94583—PG&E Also known as Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105.**

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are: **PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San Ramon, CA 94583—PG&E Also known as Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105.**

Dated: 1/22/19

Company Name (Name of Claimant): **Hoffman Southwest Corp., DBA Professional Pipe Services**

By: _____(signature)_____ (Signature)

Print Signer Name: Bruce Lux  Print Signer Title: CFO
for: **Hoffman Southwest Corp., DBA Professional Pipe Services**

## Verification

I, the undersigned, declare, that I am the CFO (title) for the Claimant named in the foregoing claim of lien (mechanic's lien): I am authorized to make this verification for the Claimant: I have read the foregoing claim of lien (mechanic's lien) and know the contents thereof, and verify the same is true of my knowledge. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 1/22/19 (Date) at Mission Viejo, California

By: _____(signature)_____ (Signature)

Print Signer Name: Bruce Lux  Print Signer Title: CFO
for: **Hoffman Southwest Corp., DBA Professional Pipe Services**

# DECLARATION OF SERVICE BY MAIL

On ___1/24/2019___, I served the following document(s) entitled:

### MECHANIC'S LIEN AND NOTICE OF MECHANIC'S LIEN
### (CLAIM OF LIEN AND NOTICE AND CLAIM OF LIEN)

by placing copy(ies) thereof in a separate envelope for each addressee named hereafter, addressed to each such addressee respectively as follows:

<u>PG&E also known as Pacific Gas and Electric, 6121 Bollinger Canyon Road, San Ramon, CA 94583---PG&E Also known as Pacific Gas and Electric, 245 Market Street, San Francisco, CA 94105.</u>

I then sealed each envelope and place it for mailing VIA CERTIFIED MAIL (certified mail #<u>7013-1090-0001-2082-5425</u>, #<u>7013-1090-0001-2082-5432</u>) in accordance with our business' practice on ___1/24/2019___. I am readily familiar with our business' practice for collecting, processing and mailing correspondence and pleadings. Such correspondence and pleadings are deposited on the same day with the U.S. Postal Service in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration is executed on ___1/24/2019___, at ___Mesa, AZ___.

___[signature]___, Lindsay Cline, Agent
Signature

### PROOF OF SERVICE BY U.S. MAIL
### (C.C.P. 1013a and 2015.5)

Case: 19-30088    Doc# 1662-14    Filed: 04/24/19    Entered: 04/24/19 17:03:55    Page 16 of 17

# NOTICE OF MECHANIC'S LIEN
# ATTENTION!

Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.

The party identified in the enclosed mechanic's lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.