# EXHIBIT A (info sheet)

| General Contractor | EXHIBIT NO. | GC Contract No. | Job Description | Lien Date | Contract Value | Recorded Lien Amount | Payments Received as of 01/28 | Payments Recevied 01/29-04/24 | Amount Outstanding as of 04/24 |
|---|---|---|---|---|---|---|---|---|---|
| Roebbelen | A-1 | 21-18-307 | SFGO Fire Watch Command Center (FWCC) @ 77 Beale Street, San Francisco. Provide/install cabling on 1st/15th floor. Provide/install speaker cabling. | 1/25/19 | $16,339.00 | $1,633.90 | $0.00 | $0.00 | $1,633.90 |
| Roebbelen | A-2 | 21-17-444-003 | PG&E FAU - Area 4 @ 4325 South Higuera Street, San Luis Obispo. HVAC improvements. | 1/25/19 | $29,986.00 | $2,998.60 | $0.00 | $0.00 | $2,998.60 |
| Roebbelen | A-3 | 21-17-429 | Fairfield Service Center @ 425 Beck Avenue. Fairfield. IOC Hardscape & Gate Improvements site work. | 1/25/19 | $30,715.50 | $3,071.55 | $0.00 | $0.00 | $3,071.55 |
| Roebbelen | A-4 | 21-18-321 | San Ramon Trainng Center @ 3301 Crow Canyon Road, San Ramon. ADA Restroom Upgrades. | 1/25/19 | $38,001.00 | $3,800.10 | $0.00 | $0.00 | $3,800.10 |
| Roebbelen | A-5 | 21-18-380-160 | Pacific Energy Center @ 851 Howard Street, San Francisco. Refresh; provide safe-off as needed. | 1/25/19 | $6,000.00 | $6,000.00 | $0.00 | $0.00 | $6,000.00 |
| Roebbelen | A-6 | 21-18-307 | SFGO Fire Watch Command Center (FWCC) @ 3301 Crow Canyon Road, San Ramon. Electrical survey for WSOC work. | 1/25/19 | $84,266.00 | $8,426.60 | $0.00 | $0.00 | $8,426.60 |
| Roebbelen | A-7 | 21-18-311 | GO - SpaceFinder Elevator @ 77 Beale Street, San Francisco. Provide architectural drawings, elect engineering for conf room scheduler | 1/25/19 | $27,392.34 | $13,892.34 | ($4,560.30) | $0.00 | $9,332.04 |
| Seegert Construction | A-8 | 18-090-002 | Pacific Energy Center @ @ 851 Howard Street, San Francisco. Safe-off for demo. Work in panel to provide power | 1/25/19 | $12,691.00 | $12,691.00 | $0.00 | $0.00 | $12,691.00 |
| Seegert Construction | A-9 | 18-001-002 | Concord hanger @ 1448 Sally Ride Drive, Concord. Provide/install new lighting in offices and hanger. Demo and added power, include new data drops. | 1/25/19 | $84,559.00 | $32,053.00 | $0.00 | ($8,455.90) | $23,597.10 |
| CB2 Builders | A-10 | 18-034-260000 | Rancho Cordova POD 31 @ 3065 Gold Camp Road, Rancho Cordova. Electrical upgrades for Starline Busway. | 1/25/19 | $159,127.06 | $36,063.76 | $0.00 | $0.00 | $36,063.76 |
| Roebbelen | A-11 | 21-17-432-002 | Salinas SC TI - Facility Asset Upgrade - Area 3 @ 74 Work Street, Salinas. Provide/install lighting including power to trailers. | 1/25/19 | $579,685.79 | $52,060.30 | $0.00 | $0.00 | $52,060.30 |
| Roebbelen | A-12 | 21-17-368 | SFGO Conference Room Refresh @ 77 Beale Street, San Francisco. Add Connectrac on 2 floors. | 1/25/19 | $497,213.28 | $272,638.08 | $0.00 | ($112,500.00) | $160,138.08 |
| **Total outstanding jobs liened** | | | | | **$1,565,975.97** | **$445,329.23** | **($4,560.30)** | **($120,955.90)** | **$319,813.03** |