# EXHIBIT A-3

Job 01-148506

Customer: Roebbelen Contracting

Contract #21-17-429

| RECORDING REQUESTED BY: | Recorded In Official Records of Solano County<br>Marc C. Tonnesen<br>Assessor/Recorder | 1/25/2019<br>9:24:23 AM<br>AR21<br>63 |
|---|---|---|
| NAME W. Bradley Electric, Inc. | W. BRADLEY ELECTRIC INC | |
| AND WHEN RECORDED MAIL TO:<br>NAME W. Bradley Electric, Inc.<br>STREET ADDRESS 90 Hill Road<br>CITY, STATE & ZIP CODE Novato, CA 94945 | Doc # 2019000004512 | Titles: 1  Pages: 3<br>Fees $29.00<br>Taxes $0.00<br>Other $75.00<br>Paid $104.00 |

Space above this line for Recorder's use

## STATE OF CALIFORNIA MECHANIC'S LIEN
(Claim of Lien – Civil Code Section § 8416)

The undersigned, W. Bradley Electric, Inc.
(FULL NAME OF PERSON OR FIRM CLAIMING MECHANIC'S LIEN – CONTRACTORS, USE NAME EXACTLY AS IT APPEARS ON CONTRACTOR'S LICENSE)

referred to in this Claim of Lien as the Claimant, claims a mechanic's lien for the labor, services, equipment and/or materials described below, furnished for a work of improvement upon that certain real property located in the City of Fairfield_____, County of Solano_____, State of California and described as follows: 425 Beck Ave. Fairfield, CA 94533    APN # 28-920-080

(DESCRIPTION OF PROPERTY WHERE THE WORK AND/OR MATERIALS WERE FURNISHED.
ALTHOUGH THE STREET ADDRESS ALONE IS SUFFICIENT, IT IS RECOMMENDED TO GIVE BOTH THE STREET ADDRESS AND LEGAL DESCRIPTION.)

After deducting all just credits and offsets, the sum of $ 3,071.55
(AMOUNT OF CLAIM DUE AND UNPAID)

together with interest thereon at the rate of _____ percent per annum from _____ is due
(DATE WHEN AMOUNT OF CLAIM BECAME DUE)

Claimant for the following labor, services, equipment, and/or materials furnished by Claimant:
Gate improvement project
(GENERAL DESCRIPTION OF THE WORK AND/OR MATERIALS FURNISHED)

The name of the person or company by whom Claimant was employed, or to whom Claimant furnished the labor, services, equipment, and/or materials is Roebbelen Contracting, Inc.

*No Lien Notice Sent*

(USUALLY NAME OF PERSON OR FIRM WHO CONTRACTED WITH CLAIMANT OR ORDERED FROM THE CLAIMANT)

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are:
Pacific Gas and Electric 245 Market Street, San Francisco, CA 94105
(THIS INFORMATION CAN BE OBTAINED FROM THE COUNTY ASSESSOR'S OFFICE WHERE THE REAL PROPERTY IS LOCATED)

Claimant's Address: 90 Hill Road, Novato, CA 94945

By Ralph Greenwood, CFO
(PRINT NAME)                                        (SIGNATURE)
W. Bradley Electric, Inc.

### VERIFICATION

I am the CFO of W. Bradley Electric, Inc._____ in this action. I have read the foregoing
(SPECIFY THE PARTY SUCH AS LIEN CLAIMANT)

claim of mechanic's lien_____ and it is true of my own knowledge,
(SPECIFY PLEADING)

except as to those matters stated on information or belief, and as to those matters, I believe it to be true. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 01/18/2019     at 90 Hill Road, Novato, CA 94945
(DATE)                    (I.E STREET ADDRESS, CITY AND STATE WHERE YOU ARE WHILE VERIFYING THIS FORM)

By Ralph Greenwood, CFO
(PRINT CLAIMANT'S NAME)                    (CLAIMANT'S SIGNATURE)
W. Bradley Electric, Inc.

Monk and DBug LLC & www.TheContractorsGroup.com © 2011-2013 mch-mechanics-lien-form-ca.doc (Rev. 6)
CONSULT AN ATTORNEY TO VERIFY THIS FORM'S FITNESS FOR YOUR PURPOSE

# California Mechanic's Lien and Notice of Mechanic's Lien
## Proof of Service Affidavit

As per California Civil Code 8416(a)(7), the undersigned served copies of the California Mechanic's Lien form and Notice of Mechanic's Lien document, by certified, registered, or first-class mail, postage prepaid and evidenced by the attached certificate of mailing.

On: 01/18/2019 at: Certified Mail with Return Receipt
(Date Notice Served) (Where Notice was Served)

### Names and Addresses of Parties Served
(Per California Civil Code 8416(a)(7) when serving a mechanic's lien you are required to serve the Owner. However, if the Owner cannot be served by one of the above methods then you can serve the Construction Lender or the Original/Direct Contractor).

**Owner (or Reputed)**

Pacific Gas & Electric
(Owner, or Reputed, Name)

_____
(Name of Person Served)

_____
(Title of Person Served if appropriate)

245 Market
(Street)

San Francisco, CA 94105
(City, State, Zip)

**Construction Lender (or Reputed), if any**

_____
(Construction Lender, or Reputed, Company Name)

_____
(Name of Person Served)

_____
(Title of Person Served if appropriate)

_____
(Street)

_____
(City, State, Zip)

**Direct Contractor (or Reputed)**

Roebbelen Contracting, Inc.
(Direct Contractor, or Reputed, Name if appropriate)

_____
(Name of Person Served)

_____
(Title of Person Served if appropriate)

1241 Hawks Flight Court
(Street)

El Dorado Hills, CA 95762
(City, State, Zip)

**Other, if any**

_____
(Other Company Name if appropriate)

_____
(Name of Person Served)

_____
(Title of Person Served if appropriate)

_____
(Street)

_____
(City, State, Zip)

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

_[signature]_ Ralph Greenwood
(Signature of person who served notice) (Printed or typed name of signer)

CFO  W. Bradley Electric, Inc.
(Title of signer) (Name of company that signer represents)

Signed at Novato, Marin County , California, on January 18 , 20 19
(City and/or County where signer is located when signing) (Month and Date) (Year)

| Description of the affected property exactly as it is shown on the mechanic's lien form: |
|---|
| 425 Beck Ave, Fairfield, CA 94533 |

## NOTICE OF MECHANIC'S LIEN
## ATTENTION!

Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.

The party identified in the enclosed mechanic's lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action against your property.

The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov



END OF DOCUMENT

Monk and DBug LLC & www.TheContractorsGroup.com © 2011-2012 notice-of-mechanics-lien-ca.doc (Rev 5)
CONSULT AN ATTORNEY TO VERIFY THIS FORM'S FITNESS FOR YOUR PURPOSE.

W. Bradley Electric, Inc.
W. Bradley Electric, Inc.
90 Hill Road
Novato, CA 94945
Phone: (415) 898-1400
Fax: (415) 898-6533

Pacific Gas & Electric, Inc.
245 Market Street
SAN FRANCISCO, CA 94105

05/23/2018

**RE: NOTICE TO OWNER OR PUBLIC ENTITY**

Dear Sir or Madam:

We are required by the laws of this state to notify you that we are furnishing labor, services, equipment or materials of the type described on the enclosed standard form for the work of improvement known as the: **PG&E Fairfield Gate Improvement 01-148506 project, located at 425 Beck Avenue, FAIRFIELD, CA 94533** .

Such labor, services, equipment or materials were contracted for by: **Natane Rogers-Engle, ,       ,** who is one of the owners, general contractors or subcontractors of this project.

We are further required by law to notify you at this time that if bills are not paid in full for labor, services, equipment or materials furnished, or to be furnished, the improved property may be subject to mechanic's liens or stop notices, or a notice to withhold funds may be filed where applicable. The enclosed notice is not intended to reflect in any way on the integrity or credit standing of the contractors involved in this job, but is given merely to comply with the laws of this state. However, to fully protect yourself you may consider (1) requiring your contractor to furnish a signed release from the person or firm giving you this notice before making payment to your contractor, or (2) any other method or device which is appropriate under the circumstances to guarantee payment of this debt. We appreciate the opportunity of furnishing our services for this job and we hope it is progressing to your satisfaction.

Should you have any questions concerning this request, please feel free to call me personally at (415) 898-1400. Thank you.

Sincerely,

Prepared by: *Sheila Kuhl*
Sheila Kuhl, Accounts Receivable   Phone: (415) 898-1400  Fax: (415) 898-6533

```
File #: 3426  [CA][PRIVATE][OWNER]        | Customer: Natane Rogers-Engle
Recording Requested by and Return to:     |   P.O. #: 21-17-429
W. Bradley Electric, Inc.                 |   Project: PG&E Fairfield Gate Improvement
W. Bradley Electric, Inc.                 |   Rec ID: 0230FD06-2A8A-4ACE-BBFA-252331755790
90 Hill Road                              |   Job #: 01-148506
Novato, CA 94945                          | Cert No.: _____
```

## CALIFORNIA PRELIMINARY NOTICE - PRIVATE WORKS

(THIS IS NOT A LIEN. THIS NOTICE IS GIVEN PURSUANT TO CALIFORNIA CIVIL CODE §§ 8034(b), 8102, 8106-8118, 8200 et seq., 8612)

\>\> TO THE OWNER OR REPUTED OWNER
Pacific Gas & Electric, Inc.
245 Market Street
SAN FRANCISCO, CA 94105

1. The following is a general description of the labor, service, equipment or materials furnished or to be furnished by the undersigned:
   See Exhibit C
2. The estimated amount of the work provided or to be provided is $102,385.00
3. The name of the person who furnished that labor, service, equipment or materials is:
   W. Bradley Electric, Inc.
   W. Bradley Electric, Inc.
   90 Hill Road
   Novato, CA 94945
   USA
   Relationship to Parties:

\>\> TO DIRECT OR REPUTED CONTRACTOR
Roebbelen Contracting, Inc.
1241 Hawks Flight Court
EL DORADO HILLS, CA 95762
USA

4. The name of the person who contracted for purchase of that labor, service, equipment or material is:
   Natane Rogers-Engle

\>\> TO LENDER, SURETY OR BONDING CO. OR
\>\>   REPUTED LENDER, SURETY, BONDING CO.
N/A

P.O.: 21-17-429
5. The description of the jobsite is:
   PG&E Fairfield Gate Improvement
   01-148506
   425 Beck Avenue
   FAIRFIELD, CA 94533
   USA

   County of SOLANO

Labor/Materials Information: Exhibit C

### NOTICE TO PROPERTY OWNER

*EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, IF THE PERSON OR FIRM THAT HAS GIVEN YOU THIS NOTICE IS NOT PAID IN FULL FOR LABOR, SERVICE, EQUIPMENT, OR MATERIAL PROVIDED OR TO BE PROVIDED, TO YOUR CONSTRUCTION PROJECT, A LIEN MAY BE PLACED ON YOUR PROPERTY. FORECLOSURE OF THE LIEN MAY LEAD TO LOSS OF ALL OR PART OF YOUR PROPERTY. YOU MAY WISH TO PROTECT YOURSELF AGAINST THIS BY (1) REQUIRING YOUR CONTRACTOR TO PROVIDE A SIGNED RELEASE BY THE PERSON OR FIRM THAT HAS GIVEN YOU THIS NOTICE BEFORE MAKING PAYMENT TO YOUR CONTRACTOR, OR (2) ANY OTHER METHOD APPROPRIATE UNDER THE CIRCUMSTANCES.
*THIS NOTICE IS REQUIRED BY LAW TO BE SERVED BY THE UNDERSIGNED AS A STATEMENT OF YOUR LEGAL RIGHTS. THIS NOTICE IS NOT INTENDED TO REFLECT UPON THE FINANCIAL CONDITION OF THE CONTRACTOR OR PERSON EMPLOYED BY YOU ON THE CONSTRUCTION PROJECT.
*IF YOU RECORD A NOTICE OF CESSATION OR COMPLETION OF YOUR CONSTRUCTION PROJECT, YOU MUST WITHIN 10 DAYS AFTER RECORDING, SEND A COPY OF THE NOTICE OF COMPLETION TO YOUR CONTRACTOR AND THE PERSON OR FIRM THAT HAS GIVEN YOU THIS NOTICE. THE NOTICE MUST BE SENT BY REGISTERED OR CERTIFIED MAIL. FAILURE TO SEND THE NOTICE WILL EXTEND THE DEADLINE TO RECORD A CLAIM OF LIEN. YOU ARE NOT REQUIRED TO SEND THE NOTICE IF YOU ARE A RESIDENTIAL HOMEOWNER OF A DWELLING CONTAINING FOUR OR FEWER UNITS.

I declare that I am authorized to file this claim on behalf of the Claimant. I have read the foregoing document and know the contents thereof; the same is true of my own knowledge. I declare under penalty of perjury that the foregoing is true and correct. Executed at Novato, California on 05/23/2018 for W. BRADLEY ELECTRIC, INC. W. BRADLEY ELECTRIC, INC..

Prepared by: _Sheila Kuhl_
Sheila Kuhl, Accounts Receivable    Phone: (415) 898-1400    Fax: (415) 898-6533

#### PROOF OF SERVICE BY MAIL AFFIDAVIT

I declare that I served the Preliminary Notice, and any related documents, by certified or registered mail, postage prepaid, or other certified delivery, addressed to the above named parties, at the addresses listed above, on 05/23/2018. I declare under penalty of perjury that the foregoing is true and correct. Executed at Novato, California on 05/23/2018.

Prepared by: _Sheila Kuhl_
Sheila Kuhl, Processor

Exhibit C - Complete Description of Materials or Labor Supplied

Owner: Pacific Gas & Electric, Inc.
Project: PG&E Fairfield Gate Improvement 01-148506
Customer: Natane Rogers-Engle
Job Number: 01-148506

The following is a complete list, to the best of our knowledge of all Materials or Labor, which by agreement, were supplied or will be supplied by: **W. Bradley Electric, Inc.W. Bradley Electric, Inc.**.

Gate improvement project.