# EXHBIT A-7

Job 01-149566

Customer: Roebbelen Contracting

Contract #21-18-311

RECORDING REQUESTED BY:

NAME W. Bradley Electric, Inc.

AND WHEN RECORDED MAIL TO:

NAME W. Bradley Electric, Inc.

STREET
ADDRESS 90 Hill Road

CITY, STATE
& ZIP CODE Novato, CA 94945

San Francisco Assessor-Recorder
Carmen Chu, Assessor-Recorder
DOC- 2019-K724238-00
Check Number 3764
Friday, JAN 25, 2019 11:58:40
Ttl Pd $101.00    Rcpt # 0005944351
ofa/FT/1-3

Space above this line for Recorder's use

## STATE OF CALIFORNIA MECHANIC'S LIEN
(Claim of Lien – Civil Code Section § 8416)

The undersigned,W. Bradley Electric, Inc.
(FULL NAME OF PERSON OR FIRM CLAIMING MECHANIC'S LIEN - CONTRACTORS, USE NAME EXACTLY AS IT APPEARS ON CONTRACTOR'S LICENSE)

referred to in this Claim of Lien as the Claimant, claims a mechanic's lien for the labor, services, equipment and/or materials described below, furnished for a work of improvement upon that certain real property located in the City of San Francisco          , County of San Francisco          , State of California and described as follows: 77 Beale Street, San Francisco, CA 94105     APN 3711 10+ 014A

(DESCRIPTION OF PROPERTY WHERE THE WORK AND/OR MATERIALS WERE FURNISHED.
ALTHOUGH THE STREET ADDRESS ALONE IS SUFFICIENT, IT IS RECOMMENDED TO GIVE BOTH THE STREET ADDRESS AND LEGAL DESCRIPTION.)

After deducting all just credits and offsets, the sum of $ 13,892.34
(AMOUNT OF CLAIM DUE AND UNPAID)

together with interest thereon at the rate of _____ percent per annum from _____ is due
(DATE WHEN AMOUNT OF CLAIM BECAME DUE)

Claimant for the following labor, services, equipment, and/or materials furnished by Claimant:

Provide architectural drawings and electrical engineering for spacefinder conference room

(GENERAL DESCRIPTION OF THE WORK AND/OR MATERIALS FURNISHED)

The name of the person or company by whom Claimant was employed, or to whom Claimant furnished the labor, services, equipment, and/or materials is Roebbelen Contracting, Inc.

(USUALLY NAME OF PERSON OR FIRM WHO CONTRACTED WITH CLAIMANT, OR ORDERED FROM THE CLAIMANT)

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are:

Pacific Gas and Electric P.O. Box 7054 San Francisco, CA 94120
(THIS INFORMATION CAN BE OBTAINED FROM THE COUNTY ASSESSOR'S OFFICE WHERE THE REAL PROPERTY IS LOCATED)

Claimant's Address: 90 Hill Road, Novato, CA 94945

By Ralph Greenwood, CFO
(PRINT NAME)
(SIGNATURE)
W. Bradley electric, inc.

## VERIFICATION

I am the CFO of W. Bradley Electric, Inc.                               in this action. I have read the foregoing
(SPECIFY THE PARTY SUCH AS; LIEN CLAIMANT)

claim of mechanic's lien                                    and it is true of my own knowledge,
(SPECIFY PLEADING)

except as to those matters stated on information or belief, and as to those matters, I believe it to be true. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 01/18/2019          at 90 Hill Road, Novato, CA 94945
(DATE)          (I.E. STREET ADDRESS, CITY AND STATE AT WHERE YOU ARE WHILE VERIFYING THIS FORM)

By Ralph Greenwood, CFO
(PRINT CLAIMANT'S NAME)
(CLAIMANT'S SIGNATURE)
W. Bradley electric, inc.

More and BBug I.C.& www.TheContractorsGroup.com © 2011-2012 instructactionalecverconmag.doc (May. 6)
CONSULT AN ATTORNEY TO VERIFY THIS FORM'S FITNESS FOR YOUR PURPOSE

# ·California Mechanic's Lien and Notice of Mechanic's Lien Proof of Service Affidavit

As per California Civil Code 8416(a)(7), the undersigned served copies of the California Mechanic's Lien form and Notice of Mechanic's Lien document, by certified, registered, or first-class mail, postage prepaid and evidenced by the attached certificate of mailing.

On: 01/18/2019      at: Certified Mail with Return Receipt
   (Date Notice Served)                      (Where Notice was Served)

## Names and Addresses of Parties Served

(Per California Civil Code 8416(a)(7) when serving a mechanic's lien you are required to serve the Owner. However, if the Owner cannot be served by one of the above methods then you can serve the Construction Lender or the Original/Direct Contractor).

| **Owner (or Reputed)** | **Construction Lender (or Reputed), if any** |
|---|---|
| Pacific Gas & Electric | |
| (Owner, or Reputed, Name) | (Construction Lender, or Reputed, Company Name) |
| | |
| (Name of Person Served) | (Name of Person Served) |
| | |
| (Title of Person Served if appropriate) | (Title of Person Served if appropriate) |
| P.O. Box 7054 | |
| (Street) | (Street) |
| San Francisco, CA 94120 | |
| (City, State, Zip) | (City, State, Zip) |

| **Direct Contractor (or Reputed)** | **Other, if any** |
|---|---|
| Roebbelen Contracting, Inc. | |
| (Direct Contractor, or Reputed, Name if appropriate) | (Other Company Name if appropriate) |
| | |
| (Name of Person Served) | (Name of Person Served) |
| | |
| (Title of Person Served if appropriate) | (Title of Person Served if appropriate) |
| 1241 Hawks Flight Court | |
| (Street) | (Street) |
| El Dorado Hills, CA 95762 | |
| (City, State, Zip) | (City, State, Zip) |

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

(Signature of person who served notice)    W. Bradley Electric, inc.
Ralph Greenwood
(Printed or typed name of signer)

CFO
(Title of signer)
W. Bradley Electric, Inc.
(Name of company that signer represents)

Signed at Novato, Marin County , California, on January 18 , 20 19
(City and/or County where signer is located when signing)      (Month and Date)    (Year)

Mack and Gillug LLC & www.TheContractorsGroup.com & Diané Dennis © 2011-2012 mechanics-lien-and-notice-proof-of-service-affidavit-ca.doc (Rev. 5)
CONSULT AN ATTORNEY TO VERIFY THIS FORM'S FITNESS FOR YOUR PURPOSE

| Description of the affected property exactly as it is shown on the mechanic's lien form: |
|---|
| 77 Beale Street, San Francisco, CA 94105 |

# NOTICE OF MECHANIC'S LIEN
# ATTENTION!

**Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.**

**The party identified in the enclosed mechanic's lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action against your property.**

**The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanic's lien is released.**

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov**

*W. Bradley Electric, Inc.*
*W. Bradley Electric, Inc.*
*90 Hill Road*
*Novato, CA 94945*
*Phone: (415) 898-1400*
*Fax: (415) 898-6533*

PACIFIC GAS & ELECTRIC CO.
PO BOX 7054
SAN FRANCISCO, CA 94120

09/07/2018

**RE: NOTICE TO OWNER OR PUBLIC ENTITY**

Dear Sir or Madam:

We are required by the laws of this state to notify you that we are furnishing labor, services, equipment or materials of the type described on the enclosed standard form for the work of improvement known as the: **PG&E GO SPACEFINDER 01-149566 project, located at 77 BEALE STREET, SAN FRANCISCO, CA 94105** .

Such labor, services, equipment or materials were contracted for by: **RIGO LUJANO, , ** , who is one of the owners, general contractors or subcontractors of this project.

We are further required by law to notify you at this time that if bills are not paid in full for labor, services, equipment or materials furnished, or to be furnished, the improved property may be subject to mechanic's liens or stop notices, or a notice to withhold funds may be filed where applicable.The enclosed notice is not intended to reflect in any way on the integrity or credit standing of the contractors involved in this job, but is given merely to comply with the laws of this state. However, to fully protect yourself you may consider (1) requiring your contractor to furnish a signed release from the person or firm giving you this notice before making payment to your contractor, or (2) any other method or device which is appropriate under the circumstances to guarantee payment of this debt.We appreciate the opportunity of furnishing our services for this job and we hope it is progressing to your satisfaction.

Should you have any questions concerning this request, please feel free to call me personally at (415) 898-1400. Thank you.

Sincerely,

Prepared by: *Charlene Hall*
Charlene Hall, Accounts Receivable   Phone: (415) 898-1400 Fax: (415) 898-6533

```
File #: 3727  [CA] [PRIVATE] [OWNER]          | Customer: RIGO LUJANO
Recording Requested by and Return to:         | P.O. #:
W. Bradley Electric, Inc.                      | Project: PG&E GO SPACEFINDER
W. Bradley Electric, Inc.                      | Rec ID: 310886C8-E6D6-4BDC-A866-507458049693
90 Hill Road                                   | Job #: 01-149566
Novato, CA 94945                               | Cert No.: _____
```

# CALIFORNIA PRELIMINARY NOTICE - PRIVATE WORKS

(THIS IS NOT A LIEN. THIS NOTICE IS GIVEN PURSUANT TO CALIFORNIA CIVIL CODE §§ 8034(b), 8102, 8106-8118, 8200 et seq., 8612)

>> TO THE OWNER OR REPUTED OWNER
PACIFIC GAS & ELECTRIC CO.
PO BOX 7054
SAN FRANCISCO, CA 94120

>> TO DIRECT OR REPUTED CONTRACTOR
ROEBBELEN CONTRACTING, INC
1241 HAWKS FLIGHT COURT
EL DORADO HILLS, CA 95762
USA

>> TO LENDER, SURETY OR BONDING CO. OR
>>  REPUTED LENDER, SURETY, BONDING CO.
NA

1. The following is a general description of
the labor, service, equipment or materials
furnished or to be furnished by the undersigned:
    See Exhibit C
2. The estimated amount of the work provided or
to be provided is  $20,067.00
3. The name of the person who furnished
that labor, service, equipment or
materials is:
    W. Bradley Electric, Inc.
    W. Bradley Electric, Inc.
    90 Hill Road
    Novato, CA 94945
    USA
    Relationship to Parties:
4. The name of the person who contracted for
purchase of that labor, service, equipment
or material is:
    RIGO LUJANO

Labor/Materials Information: Exhibit C

5. The description of the jobsite is:
    PG&E GO SPACEFINDER
    01-149566
    77 BEALE STREET
    SAN FRANCISCO, CA 94105
    USA

    County of SAN FRANCISCO

## NOTICE TO PROPERTY OWNER

*EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, IF THE PERSON OR FIRM THAT HAS GIVEN YOU THIS  NOTICE
IS NOT PAID IN FULL FOR LABOR, SERVICE, EQUIPMENT, OR MATERIAL PROVIDED OR TO BE PROVIDED,  TO  YOUR
CONSTRUCTION PROJECT, A LIEN MAY BE PLACED ON YOUR PROPERTY.  FORECLOSURE OF THE LIEN MAY LEAD  TO  LOSS
OF ALL OR PART OF YOUR PROPERTY.  YOU MAY WISH TO PROTECT YOURSELF AGAINST THIS  BY  (1)  REQUIRING  YOUR
CONTRACTOR TO PROVIDE A SIGNED RELEASE BY THE PERSON OR FIRM  THAT  HAS  GIVEN  YOU  THIS  NOTICE  BEFORE
MAKING PAYMENT TO YOUR CONTRACTOR, OR (2) ANY OTHER METHOD APPROPRIATE UNDER THE CIRCUMSTANCES.
*THIS NOTICE IS REQUIRED BY LAW TO BE SERVED BY THE UNDERSIGNED AS A  STATEMENT  OF  YOUR  LEGAL  RIGHTS.
THIS NOTICE IS NOT INTENDED TO REFLECT UPON THE FINANCIAL CONDITION OF THE CONTRACTOR OR PERSON  EMPLOYED
BY YOU ON THE CONSTRUCTION PROJECT.
*IF YOU RECORD A NOTICE OF CESSATION OR COMPLETION OF YOUR CONSTRUCTION PROJECT, YOU MUST WITHIN 10  DAYS
AFTER RECORDING, SEND A COPY OF THE NOTICE OF COMPLETION TO YOUR CONTRACTOR AND THE PERSON OR  FIRM  THAT
HAS GIVEN YOU THIS NOTICE. THE NOTICE MUST BE SENT BY REGISTERED OR CERTIFIED MAIL.   FAILURE  TO  SEND
THE NOTICE WILL EXTEND THE DEADLINE TO RECORD A CLAIM OF LIEN.  YOU ARE NOT REQUIRED TO SEND  THE  NOTICE
IF YOU ARE A RESIDENTIAL HOMEOWNER OF A DWELLING CONTAINING FOUR OR FEWER UNITS.

I declare that I am authorized to file this claim on behalf of  the  Claimant.  I  have  read  the
foregoing document and know the contents thereof; the same is true of my own knowledge.  I  declare
under penalty of perjury that the foregoing is true and correct. Executed at Novato,  California  on
09/07/2018 for W. BRADLEY ELECTRIC, INC. W. BRADLEY ELECTRIC, INC..

Prepared by: _Charlene Hall_____
Charlene Hall, Accounts Receivable  Phone: (415) 898-1400 Fax: (415) 898-6533

### PROOF OF SERVICE BY MAIL AFFIDAVIT
I declare that I served  the  Preliminary  Notice,  and  any  related  documents,  by  certified  or
registered mail, postage prepaid,  or  other  certified  delivery,  addressed  to  the  above  named
parties, at the addresses listed above, on 09/07/2018. I declare under penalty of perjury  that  the
foregoing is true and correct. Executed at Novato, California on 09/07/2018.

Prepared by: _Dalfarno_____
Dalia Faria, Processor

Exhibit C - Complete Description of Materials or Labor Supplied

Owner: PACIFIC GAS & ELECTRIC CO.
Project: PG&E GO SPACEFINDER 01-149566
Customer: RIGO LUJANO
Job Number: 01-149566

The following is a complete list, to the best of our knowledge of all Materials or  Labor, which by agreement, were supplied or will be supplied by: W. Bradley  Electric,  Inc.W. Bradley Electric, Inc..

PROVIDE ARCHITECTURAL DRAWINGS AND ELECTRICAL ENGINEERING FOR SPACEFINDER CONFERENCE ROOM SCHEDULER.