

1  JEFFREY C. KRAUSE, SBN 94053
   jkrause@gibsondunn.com
2  GENEVIEVE G. WEINER, SBN 254272
   gweiner@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
4  Los Angeles, CA  90071-3197
   Telephone: 213.229.7000
5  Facsimile:  213.229.7520

6  MICHAEL A. ROSENTHAL, NY SBN 4697561
   mrosenthal@gibsondunn.com
7  (*pro hac vice* pending)
   ALAN MOSKOWITZ, NY SBN 4760476
8  amoskowitz@gibsondunn.com
   (*pro hac vice* pending)
9  GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
10 New York, NY  10166-0193
   Telephone: 212.351.4000
11 Facsimile:  212.351.4035

12 Attorneys for Topaz Solar Farms LLC

Signed and Filed: April 25, 2019

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

13             **UNITED STATES BANKRUPTCY COURT**

14             **NORTHERN DISTRICT OF CALIFORNIA**

15                **SAN FRANCISCO DIVISION**

16  In re:                              CASE NO.   3:19-bk-30088
                                                   3:19-bk-30089
17  PG&E Corporation,                   *Joint Administration Pending*

18                      Debtor.         Chapter 11

19  Tax I.D. No. 94-3234914             Assigned to the Hon. Dennis Montali

20  In re:

21  PACIFIC GAS AND ELECTRIC
    COMPANY,
22
                        Debtor.
23
    Tax I.D. No. 94-0742640
24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

# ORDER GRANTING APPLICATION FOR ADMISSION OF
# ATTORNEY PRO HAC VICE

Alan Moskowitz, whose business address and telephone number is

Gibson, Dunn & Crutcher LLP

200 Park Avenue

New York, NY 10166-0193

212.351.4000

and who is an active member in good standing of the bar of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Topaz Solar Farms LLC.

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro* hac *vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing* Procedures adopted by the United States Bankruptcy Court for the Northern District of California.

**\*\* END OF ORDER \*\***

## COURT SERVICE LIST

Federal Energy Regulatory Commission
Attn: General Counsel
888 First St NE
Washington, DC 20426

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104-5016

John A. Vos
1430 Lincoln Avenue
San Rafael, CA 94901

Office of the United States Attorney for the Northern District of California
Attn: Bankruptcy Unit
Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

PG&E Corporation
Attn: President or General Counsel
77 Beale Street
P.O. Box 77000
San Francisco, CA 94177

Placer County Office Of The Treasurer-Tax Collector
Attn: Robert Kanngiesser
2976 Richardson Drive
Auburn, CO 95603

U.S. Nuclear Regulatory Commission
Attn: General Counsel
U.S. NRC Region IV
1600 E. Lamar Blvd.
Arlington, TX 76011

Gibson, Dunn &
Crutcher LLP