**Entered on Docket**
**April 25, 2019**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



Signed and Filed: April 25, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

JEFFREY C. KRAUSE, SBN 94053
   jkrause@gibsondunn.com
GENEVIEVE G. WEINER, SBN 254272
   gweiner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

MICHAEL A. ROSENTHAL, NY SBN 4697561
   mrosenthal@gibsondunn.com
   (*pro hac vice* pending)
ALAN MOSKOWITZ, NY SBN 4760476
   amoskowitz@gibsondunn.com
   (*pro hac vice* pending)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Attorneys for Topaz Solar Farms LLC

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E Corporation,<br><br>           Debtor.<br><br>Tax I.D. No. 94-3234914 | CASE NO.   3:19-bk-30088<br>                   3:19-bk-30089<br>*Joint Administration Pending*<br><br>Chapter 11<br><br>Assigned to the Hon. Dennis Montali |
| In re:<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>           Debtor.<br><br>Tax I.D. No. 94-0742640 | |

# ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Michael A. Rosenthal, whose business address and telephone number is

Gibson, Dunn & Crutcher LLP

200 Park Avenue

New York, NY 10166-0193

212.351.4000

and who is an active member in good standing of the bar of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Topaz Solar Farms LLC.

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro* hac vice. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing* Procedures adopted by the United States Bankruptcy Court for the Northern District of California.

**\*\* END OF ORDER \*\***

# **COURT SERVICE LIST**

Federal Energy Regulatory Commission
Attn: General Counsel
888 First St NE
Washington, DC 20426

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104-5016

John A. Vos
1430 Lincoln Avenue
San Rafael, CA 94901

Office of the United States Attorney for the
Northern District of California
Attn: Bankruptcy Unit
Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

PG&E Corporation
Attn: President or General Counsel
77 Beale Street
P.O. Box 77000
San Francisco, CA 94177

Placer County Office Of The Treasurer-Tax Collector
Attn: Robert Kanngiesser
2976 Richardson Drive
Auburn, CO 95603

U.S. Nuclear Regulatory Commission
Attn: General Counsel
U.S. NRC Region IV
1600 E. Lamar Blvd.
Arlington, TX 76011