UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>   - and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>                      Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On April 23, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, attached hereto as **Exhibit B**

Executed this 25th day of April 2019, at New York, NY.

_____
Alain B. Francoeur

SRF 32488

# **Exhibit A**

Exhibit A
Notice Parties Service List
Served via First Class Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| Baker & Hostetler LLP | ATTN: ROBERT A. JULIAN, ESQ., KIMBERLY S. MORRIS, ESQ. | 11601 Wilshire Boulevard Suite 1400 | | Los Angeles | CA | 90025-0509 |
| Cravath, Swaine & Moore LLP | ATTN: DAVID A. HERMAN, ESQ. | Worldwide Plaza | 825 Eighth Avenue | New York | NY | 10019-7475 |
| Cravath, Swaine & Moore LLP | ATTN: Omid H. Nasab | 825 Eighth Avenue | | New York | NY | 10019-7475 |
| Grotefeld Hoffmann | ATTN: WAYLON J. PICKETT, ESQ. | 0324 SW Abernethy Street | | Portland | OR | 97239-4356 |
| Milbank LLP | ATTN: ANDREW M. LEBLANC, ESQ. | 1850 K Street, NW Suite 1100 | | Washington | DC | 20006-2236 |
| Milbank LLP | ATTN: GREGORY A. BRAY, ESQ. | 2029 Century Park East 33rd Floor | | Los Angeles | CA | 90067-2901 |
| Paul, Weiss, Rifkind, Wharton & Garrison | ATTN: ALAN KORNBERG, ESQ. | 1285 Avenue of the Americas | | New York | NY | 10019-6031 |
| Paul, Weiss, Rifkind, Wharton & Garrison | ATTN: BRIAN S. HERMANN, ESQ. | 1285 Avenue of the Americas | | New York | NY | 10019-6031 |
| Weil, Gotshal & Manges LLP | ATTN: STEPHEN KAROTKIN, ESQ. | 767 Fifth Avenue | | New York | NY | 10153-0119 |

In re: PG&E Corporation, *et al.*
Case No. 19-30088 (DM)

Page 1 of 1

# Exhibit B

SRF 32488

Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| **In re Debtor(s):**<br><br>PG&E Corporation | Case No.: 19–30088 DM 11<br>Chapter: 11 |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on April 17, 2019 was filed on April 18, 2019. The following deadlines apply:

The parties have until Thursday, April 25, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Thursday, May 9, 2019.

If a request for redaction is filed, the redacted transcript is due Monday, May 20, 2019.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Wednesday, July 17, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 4/25/19

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court