1 DOWNEY BRAND LLP
Jamie P. Dreher (Bar No. 209380)
2 621 Capitol Mall, 18th Floor
Sacramento, CA 95814
3 Telephone: (916) 444-1000
Facsimile: (916) 444-2100
4
Attorneys for
5 Teichert Pipelines, Inc. and A. Teichert & Sons, Inc.
d/b/a Teichert Aggregates
6

7

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 In re:                                          Case Nos.:

13 PG&E CORPORATION                                 19-30088 (DM) – Lead Case
                                                    19-30089 (DM)
14 and

15 PACIFIC GAS AND ELECTRIC COMPANY,                Chapter 11 Case

16        Debtors.

17 ─────────────────────────────────     **NOTICE OF CONTINUED
                                          PERFECTION OF MECHANICS
18 ☐     Affects PG&E Corporation         LIEN PURSUANT TO 11 U.S.C. §
                                          546(b)(2)**
   ☐     Affects Pacific Gas and Electric Company
19
   ☒     Affect both Debtors
20

21

22        TEICHERT PIPELINES, Inc. ("TEICHERT"), by and through its undersigned

23 counsel, hereby gives notice of continued perfection of its mechanics lien under 11 U.S.C.

24 § 546(b)(2), as follows:

25        1.       TEICHERT is a corporation that has provided and delivered labor, services,

26 equipment, and/or materials for a work of improvement located in the County of

27 Mendocino, State of California (the "Property") and owned by PG&E Corporation and/or

28

1558111.1                                    1

NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN PURSUANT TO 11 U.S.C. § 546

1 Pacific Gas and Electric Company (collectively, the "Debtors").

2     2.      Through April 4, 2019, the amount owing to TEICHERT is at least

3 $365,026.51, exclusive of accruing interest and other charges, with additional amounts owed

4 and accrued after April 4, 2019.

5     3.      Teichert properly perfected its mechanics lien under California Civil Code §§

6 8400, *et seq.* by timely recording its Mechanics Lien (Claim of Lien) in the Official Records

7 of Mendocino County, State of California, as more fully described in its Mechanics Lien, a

8 true copy of which is attached hereto as Exhibit A, on or about April 9, 2019.

9     4.      Pursuant to California Civil Code § 8460, an action to enforce a lien must be

10 commenced within 90 days after recordation of the claim of lien. However, due to the

11 automatic stay set forth in 11 U.S.C. § 362, TEICHERT is precluded from filing a state court

12 action to enforce its mechanics lien. 11 U.S.C. § 546(b)(2) provides that when applicable law

13 requires seizure of property or commencement of an action to perfect, maintain, or continue

14 the perfection of an interest in property, and the property has not been seized or an action has

15 not been commenced before the bankruptcy petition date, then the claimant shall instead give

16 notice within the time fixed by law for seizing the property or commencing an action. (See

17 11 U.S.C. § 546(b)(2); see also In re Baldwin Builders (Village Nurseries v. Gould), 232 B.R.

18 406, 410-411 (9th Cir. 1999); Village Nurseries v. Greenbaum, 101 Cal.App.4th 26, 41 (Cal.

19 Ct. App. 2002).)

20     5.      Accordingly, TEICHERT hereby provides notice of its rights as a perfected

21 lienholder in the Property pursuant to California's mechanics lien law. TEICHERT is filing

22 and serving this notice to preserve, perfect, maintain, and continue the perfection of its lien

23 and its rights in the Property to comply with the requirements of California state law, 11

24 U.S.C. §§ 362(a), 362(b)(3), and 546(b)(2), and any other applicable law. This notice

25 constitutes the legal equivalent of having commenced an action to foreclose the lien in the

26 proper court. By this notice, the Debtors and other parties in interest are estopped from

27 claiming that the lawsuit to enforce TEICHERT's mechanics lien was not timely commenced

28 pursuant to applicable state law. TEICHERT intends to enforce its lien rights to the fullest

1558111.1

2

DOWNEY BRAND LLP

DOWNEY BRAND LLP

1   extent permitted by applicable law.  The interests perfected, maintained, or continued by

2   11 U.S.C. § 546(b)(2) extend in and to the proceeds, products, offspring, rents, or profits of

3   the Property.

4       6.      The filing of this notice shall not be construed as an admission that such filing

5   is required under the Bankruptcy Code, the California mechanics lien law, or any other

6   applicable law.  In addition, TEICHERT does not make any admission of fact or law, and

7   TEICHERT asserts that its lien is senior to and effective against entities that may have

8   acquired rights or interests in the Property previously.

9       7.      The filing of this notice shall not be deemed to be a waiver of TEICHERT's

10  right to seek relief from the automatic stay to foreclose its mechanics lien and/or a waiver of

11  any other rights or defenses.

12      8.      TEICHERT reserves all rights, including the right to amend or supplement

13  this notice.

14

15  DATED:  April 26, 2019          DOWNEY BRAND LLP

16

17                          By:_____/s/ Jamie P. Dreher_____
                                    JAMIE P. DREHER
18                                  Attorney for
                            TEICHERT PIPELINES, INC. AND
19                      A. TEICHERT & SONS, INC. D/B/A TEICHERT
                                    AGGREGATES
20

21

22

23

24

25

26

27

28

1558111.1                           3

NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN PURSUANT TO 11 U.S.C. § 546

# EXHIBIT A

RECORDING REQUESTED BY
REQUESTED BY SCOTT MCELHERN
WHEN RECORDED MAIL TO

NAME            DOWNEY BRAND LLP
MAILING         Scott McElhern
ADDRESS         621 Capitol Mall, 18th Floor
                Sacramento, CA 95814

PHONE           (916) 444-1000
NUMBER

**CONFORMED COPY**

Copy of Document Recorded on
04/09/2019 04:40:11 PM
as 2019-03785
Mendocino County Clerk-Recorder

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# CLAIM OF MECHANICS LIEN
## (Cal. Civ. Code § 8416)

1.    Teichert Pipelines, Inc. ("Claimant") claims a mechanics lien for the labor, services, equipment and/or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the City of Redwood Valley, County of Mendocino, State of California, and more particularly described as follows:

Gas main lines, gas service lines and HPR farm taps for the following locations:

16201 Tomki Road, Redwood Valley, California 95470
15950 Tomki Road, Redwood Valley, California 95470
15751 Tomki Road, Redwood Valley, California 95470
15775 Tomki Road, Redwood Valley, California 95470
15701 Tomki Road, Redwood Valley, California 95470

2.    After deducting all just credits and offsets, the sum of $365,026.51, plus interest accrued and accruing thereon at the maximum legal rate, is due Claimant for the following generally described labor, materials, services, and/or equipment: rebuild HPR farm taps, construction and installation of gas mains and gas service lines, deactivate gas mains and gas service lines.

3.    Claimant furnished the work and materials at the request of and under contract with Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

4.    The name and address of the owner or reputed owner of the real property and improvements thereon is Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

5.    Claimant's address is: 3500 American River Drive, Sacramento, CA 95864.

DATED: _4\4\2019_

TEICHERT PIPELINES, INC.

By: _____
      Sean Collins, Credit Manager

# VERIFICATION

I, Sean Collins, am the Credit Manager of Teichert Pipelines, Inc., and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: _____4|4| 2019_____          TEICHERT PIPELINES, INC.

By: _____

Sean Collins, Credit Manager

## NOTICE OF MECHANICS LIEN CLAIM

## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.clb.ca.gov.

# PROOF OF SERVICE AFFIDAVIT

I, Mary Dowd declare:

On April 9, 2019, at Sacramento, California, I served the enclosed:

## CLAIM OF MECHANIC'S LIEN

by enclosing true and correct copies thereof in sealed envelopes, with postage thereon fully prepaid, using one of the following described mailing methods:

- ☐ Registered Mail, Return Receipt Requested;
- ☒ Certified Mail, Return Receipt Requested;
- ☐ Express Mail; or
- ☐ Overnight delivery by an express service carrier.

The envelope was addressed as follows:

Pacific Gas & Electric Company
77 Beale Street, 32nd Floor
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed on April 9, 2019, at Sacramento, California.

_Mary Dowd_
Mary Dowd

1510300.1