| | |
|---|---|
| 1 | DOWNEY BRAND LLP |
| 2 | Jamie P. Dreher (Bar No. 209380)<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814 |
| 3 | Telephone: (916) 444-1000<br>Facsimile: (916) 444-2100 |
| 4 | |
| 5 | Attorneys for<br>Teichert Pipelines, Inc. and A. Teichert & Sons, Inc.<br>d/b/a Teichert Aggregates |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION

and

PACIFIC GAS AND ELECTRIC COMPANY,

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affect both Debtors

Case Nos.:

19-30088 (DM) – Lead Case
19-30089 (DM)

Chapter 11 Case

**NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN PURSUANT TO 11 U.S.C. § 546(b)(2)**

TEICHERT PIPELINES, Inc. ("TEICHERT"), by and through its undersigned counsel, hereby gives notice of continued perfection of its mechanics lien under 11 U.S.C. § 546(b)(2), as follows:

1. TEICHERT is a corporation that has provided and delivered labor, services, equipment, and/or materials for a work of improvement located in the County of Sacramento, State of California (the "Property") and owned by PG&E Corporation and/or

1558112.1

1

Pacific Gas and Electric Company (collectively, the "Debtors").

2. Through April 8, 2019, the amount owing to TEICHERT is at least $74,764.59, exclusive of accruing interest and other charges, with additional amounts owed and accrued after April 8, 2019.

3. Teichert properly perfected its mechanics lien under California Civil Code §§ 8400, *et seq.* by timely recording its Mechanics Lien (Claim of Lien) in the Official Records of Sacramento County, State of California, as more fully described in its Mechanics Lien, a true copy of which is attached hereto as Exhibit A, on or about April 10, 2019.

4. Pursuant to California Civil Code § 8460, an action to enforce a lien must be commenced within 90 days after recordation of the claim of lien. However, due to the automatic stay set forth in 11 U.S.C. § 362, TEICHERT is precluded from filing a state court action to enforce its mechanics lien. 11 U.S.C. § 546(b)(2) provides that when applicable law requires seizure of property or commencement of an action to perfect, maintain, or continue the perfection of an interest in property, and the property has not been seized or an action has not been commenced before the bankruptcy petition date, then the claimant shall instead give notice within the time fixed by law for seizing the property or commencing an action. (See 11 U.S.C. § 546(b)(2); see also In re Baldwin Builders (Village Nurseries v. Gould), 232 B.R. 406, 410-411 (9th Cir. 1999); Village Nurseries v. Greenbaum, 101 Cal.App.4th 26, 41 (Cal. Ct. App. 2002).)

5. Accordingly, TEICHERT hereby provides notice of its rights as a perfected lienholder in the Property pursuant to California's mechanics lien law. TEICHERT is filing and serving this notice to preserve, perfect, maintain, and continue the perfection of its lien and its rights in the Property to comply with the requirements of California state law, 11 U.S.C. §§ 362(a), 362(b)(3), and 546(b)(2), and any other applicable law. This notice constitutes the legal equivalent of having commenced an action to foreclose the lien in the proper court. By this notice, the Debtors and other parties in interest are estopped from claiming that the lawsuit to enforce TEICHERT's mechanics lien was not timely commenced pursuant to applicable state law. TEICHERT intends to enforce its lien rights to the fullest

extent permitted by applicable law. The interests perfected, maintained, or continued by 11 U.S.C. § 546(b)(2) extend in and to the proceeds, products, offspring, rents, or profits of the Property.

6. The filing of this notice shall not be construed as an admission that such filing is required under the Bankruptcy Code, the California mechanics lien law, or any other applicable law. In addition, TEICHERT does not make any admission of fact or law, and TEICHERT asserts that its lien is senior to and effective against entities that may have acquired rights or interests in the Property previously.

7. The filing of this notice shall not be deemed to be a waiver of TEICHERT's right to seek relief from the automatic stay to foreclose its mechanics lien and/or a waiver of any other rights or defenses.

8. TEICHERT reserves all rights, including the right to amend or supplement this notice.

DATED: April 26, 2019

DOWNEY BRAND LLP

By: /s/ Jamie P. Dreher
JAMIE P. DREHER
Attorney for
TEICHERT PIPELINES, INC. AND
A. TEICHERT & SONS, INC. D/B/A TEICHERT AGGREGATES

1558112.1

3

# EXHIBIT A

RECORDING REQUESTED BY
REQUESTED BY SCOTT MCELHERN
WHEN RECORDED MAIL TO

NAME DOWNEY BRAND LLP
MAILING Scott McElhern
ADDRESS 621 Capitol Mall, 18th Floor
Sacramento, CA 95814

PHONE NUMBER (916) 444-1000



Sacramento County
Donna Allred, Clerk/Recorder
Doc # **201904101128**
4/10/2019   11:31:14 AM
BAM
Titles  1
Pages  6

Fees   $110.00
Taxes  $0.00
PCOR   $0.00
Paid   $110.00

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# CLAIM OF MECHANICS LIEN
## (Cal. Civ. Code § 8416)

1. Teichert Pipelines, Inc. ("Claimant") claims a mechanics lien for the labor, services, equipment and/or materials described in paragraph 2, furnished for a work of improvement on that certain real property located in the City of Carmichael, County of Sacramento, State of California, and more particularly described as follows:

Gas main lines and gas service lines for the properties listed on the attached Exhibit A.

2. After deducting all just credits and offsets, the sum of $74,764.59, plus interest accrued and accruing thereon at the maximum legal rate, is due Claimant for the following generally described labor, materials, services, and/or equipment: construction and installation of 2-inch high pressure plastic gas main, gas service replacements, service transfers, and deactivate 2-inch high pressure plastic gas main and 1-1/4-inch high pressure plastic gas main.

3. Claimant furnished the work and materials at the request of and under contract with Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

4. The name and address of the owner or reputed owner of the real property and improvements thereon is Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

5. Claimant's address is: 3500 American River Drive, Sacramento, CA 95864.

DATED: April 8, 2019

TEICHERT PIPELINES, INC.

By: _____
Sean Collins, Credit Manager

1551903.1

## VERIFICATION

I, Sean Collins, am the Credit Manager of Teichert Pipelines, Inc., and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: April 8, 2019     TEICHERT PIPELINES, INC.

By: _____
      Sean Collins, Credit Manager

1551903.1

# EXHIBIT A

| | |
|---|---|
| 4700 Olive Oak Way, Carmichael, CA 95608 | 4921 Puma Way, Carmichael, CA 95608 |
| 4704 Olive Oak Way, Carmichael, CA 95608 | 4736 Olive Oak Way, Carmichael, CA 95608 |
| 4705 Olive Oak Way, Carmichael, CA 95608 | 4740 Olive Oak Way, Carmichael, CA 95608 |
| 4708 Olive Oak Way, Carmichael, CA 95608 | 4744 Olive Oak Way, Carmichael, CA 95608 |
| 4709 Olive Oak Way, Carmichael, CA 95608 | 4748 Olive Oak Way, Carmichael, CA 95608 |
| 4712 Olive Oak Way, Carmichael, CA 95608 | 4752 Olive Oak Way, Carmichael, CA 95608 |
| 4713 Olive Oak Way, Carmichael, CA 95608 | 4756 Olive Oak Way, Carmichael, CA 95608 |
| 4716 Olive Oak Way, Carmichael, CA 95608 | 4749 Olive Oak Way, Carmichael, CA 95608 |
| 4717 Olive Oak Way, Carmichael, CA 95608 | 4753 Olive Oak Way, Carmichael, CA 95608 |
| 4720 Olive Oak Way, Carmichael, CA 95608 | 4757 Olive Oak Way, Carmichael, CA 95608 |
| 4721 Olive Oak Way, Carmichael, CA 95608 | 4760 Olive Oak Way, Carmichael, CA 95608 |
| 4724 Olive Oak Way, Carmichael, CA 95608 | 4768 Olive Oak Way, Carmichael, CA 95608 |
| 4728 Olive Oak Way, Carmichael, CA 95608 | 4804 Olive Oak Way, Carmichael, CA 95608 |
| 4729 Olive Oak Way, Carmichael, CA 95608 | 4805 Olive Oak Way, Carmichael, CA 95608 |
| 4732 Olive Oak Way, Carmichael, CA 95608 | 4808 Olive Oak Way, Carmichael, CA 95608 |
| 4820 Thor Way, Carmichael, CA 95608 | 4809 Olive Oak Way, Carmichael, CA 95608 |
| 1769 Park Place Drive, Carmichael, CA 95608 | 4812 Olive Oak Way, Carmichael, CA 95608 |
| 1765 Park Place Drive, Carmichael, CA 95608 | 4813 Olive Oak Way, Carmichael, CA 95608 |
| 1761 Park Place Drive, Carmichael, CA 95608 | 4817 Olive Oak Way, Carmichael, CA 95608 |
| 1756 Park Place Drive, Carmichael, CA 95608 | 4820 Olive Oak Way, Carmichael, CA 95608 |
| 1757 Park Place Drive, Carmichael, CA 95608 | 4824 Arden Way, Carmichael, CA 95608 |
| 1753 Park Place Drive, Carmichael, CA 95608 | 1737 Park Place Drive, Carmichael, CA 95608 |
| 1749 Park Place Drive, Carmichael, CA 95608 | 1733 Park Place Drive, Carmichael, CA 95608 |
| 1745 Park Place Drive, Carmichael, CA 95608 | 1729 Park Place Drive, Carmichael, CA 95608 |
| 1741 Park Place Drive, Carmichael, CA 95608 | 1725 Park Place Drive, Carmichael, CA 95608 |
| 1752 Park Place Drive, Carmichael, CA 95608 | 1717 Park Place Drive, Carmichael, CA 95608 |
| 1748 Park Place Drive, Carmichael, CA 95608 | 1721 Park Place Drive, Carmichael, CA 95608 |
| 1744 Park Place Drive, Carmichael, CA 95608 | 1713 Park Place Drive, Carmichael, CA 95608 |
| 1740 Park Place Drive, Carmichael, CA 95608 | 1709 Park Place Drive, Carmichael, CA 95608 |
| 1736 Park Place Drive, Carmichael, CA 95608 | 1724 Park Place Drive, Carmichael, CA 95608 |
| | 1720 Park Place Drive, Carmichael, CA 95608 |
| | 4905 Puma Way, Carmichael, CA 95608 |
| | 4900 Puma Way, Carmichael, CA 95608 |
| | 4914 Puma Way, Carmichael, CA 95608 |

| | |
|---|---|
| 4832 Thor Way, Carmichael, CA 95608<br>4836 Thor Way, Carmichael, CA 95608<br>4840 Thor Way, Carmichael, CA 95608<br>4844 Thor Way, Carmichael, CA 95608<br>4848 Thor Way, Carmichael, CA 95608<br>4852 Thor Way, Carmichael, CA 95608<br>4856 Thor Way, Carmichael, CA 95608<br>4857 Thor Way, Carmichael, CA 95608<br>4913 Puma Way, Carmichael, CA 95608<br>4909 Puma Way, Carmichael, CA 95608<br>4917 Puma Way, Carmichael, CA 95608 | 4928 Puma Way, Carmichael, CA 95608<br>4900 Olive Oak Way, Carmichael, CA 95608<br>4904 Olive Oak Way, Carmichael, CA 95608<br>4901 Olive Oak Way, Carmichael, CA 95608<br>4905 Olive Oak Way, Carmichael, CA 95608<br>4925 Puma Way, Carmichael, CA 95608<br>4929 Puma Way, Carmichael, CA 95608 |

## NOTICE OF MECHANICS LIEN CLAIM

## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.clb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT

I, Mary Dowd declare:

On April 10, 2019, at Sacramento, California, I served the enclosed:

### CLAIM OF MECHANIC'S LIEN

by enclosing true and correct copies thereof in sealed envelopes, with postage thereon fully prepaid, using one of the following described mailing methods:

- ☐ Registered Mail, Return Receipt Requested;
- ☒ Certified Mail, Return Receipt Requested;
- ☐ Express Mail; or
- ☐ Overnight delivery by an express service carrier.

The envelope was addressed as follows:

Pacific Gas & Electric Company
77 Beale Street, 32nd Floor
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed on April 10, 2019, at Sacramento, California.

*Mary Dowd*
Mary Dowd

1510300.1