DOWNEY BRAND LLP
Jamie P. Dreher (Bar No. 209380)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for
Teichert Pipelines, Inc. and A. Teichert & Sons, Inc.
d/b/a Teichert Aggregates

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re:<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case Nos.:<br><br>19-30088 (DM) – Lead Case<br>19-30089 (DM)<br><br>Chapter 11 Case |
|---|---|
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affect both Debtors | **NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN PURSUANT TO 11 U.S.C. § 546(b)(2)** |

TEICHERT PIPELINES, Inc. ("TEICHERT"), by and through its undersigned counsel, hereby gives notice of continued perfection of its mechanics lien under 11 U.S.C. § 546(b)(2), as follows:

1. TEICHERT is a corporation that has provided and delivered labor, services, equipment, and/or materials for a work of improvement located in the County of Solano, State of California (the "Property") and owned by PG&E Corporation and/or Pacific Gas

1558115.1

1

and Electric Company (collectively, the "Debtors").

2. Through April 17, 2019, the amount owing to TEICHERT is at least $190,657.63, exclusive of accruing interest and other charges, with additional amounts owed and accrued after April 17, 2019.

3. Teichert properly perfected its mechanics lien under California Civil Code §§ 8400, *et seq.* by timely recording its Mechanics Lien (Claim of Lien) in the Official Records of Solano County, State of California, as more fully described in its Mechanics Lien, a true copy of which is attached hereto as Exhibit A, on or about April 19, 2019.

4. Pursuant to California Civil Code § 8460, an action to enforce a lien must be commenced within 90 days after recordation of the claim of lien. However, due to the automatic stay set forth in 11 U.S.C. § 362, TEICHERT is precluded from filing a state court action to enforce its mechanics lien. 11 U.S.C. § 546(b)(2) provides that when applicable law requires seizure of property or commencement of an action to perfect, maintain, or continue the perfection of an interest in property, and the property has not been seized or an action has not been commenced before the bankruptcy petition date, then the claimant shall instead give notice within the time fixed by law for seizing the property or commencing an action. (See 11 U.S.C. § 546(b)(2); see also In re Baldwin Builders (Village Nurseries v. Gould), 232 B.R. 406, 410-411 (9th Cir. 1999); Village Nurseries v. Greenbaum, 101 Cal.App.4th 26, 41 (Cal. Ct. App. 2002).)

5. Accordingly, TEICHERT hereby provides notice of its rights as a perfected lienholder in the Property pursuant to California's mechanics lien law. TEICHERT is filing and serving this notice to preserve, perfect, maintain, and continue the perfection of its lien and its rights in the Property to comply with the requirements of California state law, 11 U.S.C. §§ 362(a), 362(b)(3), and 546(b)(2), and any other applicable law. This notice constitutes the legal equivalent of having commenced an action to foreclose the lien in the proper court. By this notice, the Debtors and other parties in interest are estopped from claiming that the lawsuit to enforce TEICHERT's mechanics lien was not timely commenced pursuant to applicable state law. TEICHERT intends to enforce its lien rights to the fullest

extent permitted by applicable law. The interests perfected, maintained, or continued by 11 U.S.C. § 546(b)(2) extend in and to the proceeds, products, offspring, rents, or profits of the Property.

6.    The filing of this notice shall not be construed as an admission that such filing is required under the Bankruptcy Code, the California mechanics lien law, or any other applicable law. In addition, TEICHERT does not make any admission of fact or law, and TEICHERT asserts that its lien is senior to and effective against entities that may have acquired rights or interests in the Property previously.

7.    The filing of this notice shall not be deemed to be a waiver of TEICHERT's right to seek relief from the automatic stay to foreclose its mechanics lien and/or a waiver of any other rights or defenses.

8.    TEICHERT reserves all rights, including the right to amend or supplement this notice.

DATED: April 26, 2019

DOWNEY BRAND LLP

By: /s/ Jamie P. Dreher
JAMIE P. DREHER
Attorney for
TEICHERT PIPELINES, INC. AND
A. TEICHERT & SONS, INC. D/B/A TEICHERT AGGREGATES

# EXHIBIT A

RECORDING REQUESTED BY
REQUESTED BY SCOTT MCELHERN
WHEN RECORDED MAIL TO

NAME        DOWNEY BRAND LLP
MAILING     Scott McElhern
ADDRESS    621 Capitol Mall, 18th Floor
                Sacramento, CA 95814

PHONE       (916) 444-1000
NUMBER

Recorded In Official Records,
Solano County
Doc#: 201900022981
4/19/2019    1:04:41 PM

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# CLAIM OF MECHANICS LIEN
## (Cal. Civ. Code § 8416)

1.    Teichert Pipelines, Inc. ("Claimant") claims a mechanics lien for the labor, services, equipment and/or materials described in paragraph 2, furnished for a Pacific Gas & Electric Company work of improvement located in the County of Solano, State of California, and more particularly described as follows:

Gas distribution main lines and service lines for the locations listed on the attached Exhibit A.

2.    After deducting all just credits and offsets, the sum of $190,657.63, plus interest accrued and accruing thereon at the maximum legal rate, is due Claimant for the following generally described labor, materials, services, and/or equipment: repairing or replacing existing gas distribution main and service facilities throughout PG&E's service territory, including prospecting, trenching, shoring, excavating, and off hauling of excess material; hauling import material, backfilling, compacting, compaction testing; hauling and handling of gas pipe, fittings, and appurtenances; placing, aligning, joining, and testing of all gas pipe, fittings, and appurtenances; performing tie-ins and cut-offs to existing PG&E gas facilities; installing and testing cathodic protection facilities.

3.    Claimant furnished the work and materials at the request of and under contract with Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

4.    The name and address of the owner or reputed owner of the improvements is Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

5.    Claimant's address is: 3500 American River Drive, Sacramento, CA 95864.

DATED: 4/17/19            TEICHERT PIPELINES, INC.

By: _____
     Jennifer Jones-Dickens, Credit Analyst

## VERIFICATION

I, Jennifer Jones-Dickens, am the Credit Analyst of Teichert Pipelines, Inc., and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: 4/17/19                    TEICHERT PIPELINES, INC.

By: _____
    Jennifer Jones-Dickens, Credit Analyst

## EXHIBIT A

| Street Location | County |
|---|---|
| 101 Royal Ct. Vallejo, CA | Solano |
| 1028 Sheridan St. Vallejo, CA | Solano |
| 105 Justin Ct. Vallejo, CA | Solano |
| 108 Hilltop Dr. Vallejo, CA | Solano |
| 109 Revere St. Vallejo, CA | Solano |
| 111 Mesa Verde St. Vallejo, CA | Solano |
| 112 Deborah St. Vallejo, CA | Solano |
| 114 Harvard Ave. Vallejo, CA | Solano |
| 115 Cortland Cir. Vallejo, CA | Solano |
| 115 San Ramon Ave. Vallejo, CA | Solano |
| 116 Cortland Cir. Vallejo, CA | Solano |
| 116 Hilltop Dr. Vallejo, CA | Solano |
| 117 Sperry Ave. Vallejo, CA | Solano |
| 118 Deborah St. Vallejo, CA | Solano |
| 120 Douglas Ct. Vallejo, CA | Solano |
| 120 Harvard Ave. Vallejo, CA | Solano |
| 121 Pumice Dr. Vallejo, CA | Solano |
| 1215 Locust Dr. Vallejo, CA | Solano |
| 122 Mar Monte Ct. Vallejo, CA | Solano |
| 123 Olympic Dr. Vallejo, CA | Solano |
| 1231 Severus Dr. Vallejo, CA | Solano |
| 1233 Sereno Dr. Vallejo, CA | Solano |
| 124 Deborah St. Vallejo, CA | Solano |
| 125 Stephanie Ct. Vallejo, CA | Solano |
| 127 Cortland Cir. Vallejo, CA | Solano |
| 130 Lytham Way Vallejo, CA | Solano |
| 1316 Donner Pass Rd. Vallejo, CA | Solano |
| 133 San Ramon Ave. Vallejo, CA | Solano |
| 133 Webster St. Vallejo, CA | Solano |
| 134 Hastings Ave. Vallejo, CA | Solano |
| 134 O'Brien Cir. Vallejo, CA | Solano |
| 140 California St. Vallejo, CA | Solano |
| 140 Hannigan Way Vallejo, CA | Solano |
| 140 Hastings Ave. Vallejo, CA | Solano |
| 140 Sawyer St. Vallejo, CA | Solano |
| 141 Harvard Ave. Vallejo, CA | Solano |
| 147 Harvard Ave. Vallejo, CA | Solano |
| 151 Janice St. Vallejo, CA | Solano |
| 152 Wendy St. Vallejo, CA | Solano |

| Address | County |
|---|---|
| 1522 Valle Vista Ave. Vallejo, CA | Solano |
| 155 California St. Vallejo, CA | Solano |
| 156 Lain Dr. Vallejo, CA | Solano |
| 160 Janice St. Vallejo, CA | Solano |
| 165 Oddstad Dr. Apt 24. Vallejo, CA | Solano |
| 1650 Lewis Brown Dr. Vallejo, CA | Solano |
| 170 Mitchell Ct. Vallejo, CA | Solano |
| 173 Guava Ct. Vallejo, CA | Solano |
| 174 Lain Dr. Vallejo, CA | Solano |
| 1745 Sereno Dr. Vallejo, CA | Solano |
| 175 Opal Dr. Vallejo, CA | Solano |
| 18 Howard Ave. Vallejo, CA | Solano |
| 18 Sereno Pl. Vallejo, CA | Solano |
| 180 Shetland Ct. Vallejo, CA | Solano |
| 1801 Solano Ave. Vallejo, CA | Solano |
| 181 Copper Way Vallejo, CA | Solano |
| 184 Stageline Dr. Vallejo, CA | Solano |
| 1905 Broadway St. Apt A. Vallejo, CA | Solano |
| 1918 Severus Dr. Vallejo, CA | Solano |
| 1919 Florida St. Vallejo, CA | Solano |
| 1930 Sereno Dr. Vallejo, CA | Solano |
| 1942 Sereno Dr. Vallejo, CA | Solano |
| 1971 Broadway St. Vallejo, CA | Solano |
| 201 Skyline Dr. Vallejo, CA | Solano |
| 2017 Severus Dr. Vallejo, CA | Solano |
| 207 Holly St. Vallejo, CA | Solano |
| 211 Nugent Dr. Vallejo, CA | Solano |
| 220 Sage St. Vallejo, CA | Solano |
| 221 Pamela Ct. Vallejo, CA | Solano |
| 231 Inverness Dr. Vallejo, CA | Solano |
| 237 Mcgrue Ave. Vallejo, CA | Solano |
| 241 Howard Ave. Vallejo, CA | Solano |
| 242 Mcgrue Ave. Vallejo, CA | Solano |
| 243 Cortland Cir. Vallejo, CA | Solano |
| 246 Fairmont Ave. Vallejo, CA | Solano |
| 25 Carolina Dr. Benicia, CA | Solano |
| 294 Military E. Benicia, CA | Solano |
| 305 Benicia Rd. Vallejo, CA | Solano |
| 314 Kathy Ellen Dr. Vallejo, CA | Solano |
| 338 El Camino Real. Vallejo, CA | Solano |
| 3403 Edgewater Pl. Vallejo, CA | Solano |
| 344 Washington St. Vallejo, CA | Solano |
| 348 Linfield Dr. Vallejo, CA | Solano |

| Address | County |
|---|---|
| 351 Skyline Dr. Vallejo, CA | Solano |
| 363 El Camino Real. Vallejo, CA | Solano |
| 385 San Marino Ave. Vallejo, CA | Solano |
| 412 Taper Ave. Vallejo, CA | Solano |
| 4245 Andover Dr. Vallejo, CA | Solano |
| 4252 Irene Dr. Vallejo, CA | Solano |
| 44 D St. Vallejo, CA | Solano |
| 448 Corcoran Ave. Apt 1. Vallejo, CA | Solano |
| 448 Evelyn Cir. Vallejo, CA | Solano |
| 463 Buckskin Pl. Vallejo, CA | Solano |
| 466 Holly St. Vallejo, CA | Solano |
| 47 Los Cerritos Dr. Vallejo, CA | Solano |
| 506 Holly St. Vallejo, CA | Solano |
| 508 Temple Way Vallejo, CA | Solano |
| 52 Los Cerritos Dr. Vallejo, CA | Solano |
| 580 Inverness Dr. Vallejo, CA | Solano |
| 621 La Cadena St. Vallejo, CA | Solano |
| 625 Sheldon Ave. Vallejo, CA | Solano |
| 6468 Eagle Ridge Dr. Vallejo, CA | Solano |
| 700 Benicia Rd. Vallejo, CA | Solano |
| 700 Taper Ave. Vallejo, CA | Solano |
| 756 6th St. Vallejo, CA | Solano |
| 784 Admiral Callaghan Ln. Vallejo, CA | Solano |
| 818 Gateway Dr. Vallejo, CA | Solano |
| 835 Benicia Rd. Vallejo, CA | Solano |
| 8444 Bennington Ct. Vallejo, CA | Solano |
| 8456 Bennington Ct. Vallejo, CA | Solano |
| 88 Emerald Cir. Vallejo, CA | Solano |
| 988 Marigold Dr. Vallejo, CA | Solano |
| 47 Los Cerritos Dr. Vallejo, CA | Solano |

## NOTICE OF MECHANICS LIEN CLAIM

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.clb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT

I, Mary Dowd declare:

On April 19, 2019, at Sacramento, California, I served the enclosed:

## CLAIM OF MECHANIC'S LIEN

by enclosing true and correct copies thereof in sealed envelopes, with postage thereon fully prepaid, using one of the following described mailing methods:

- ☐ Registered Mail, Return Receipt Requested;
- ☒ Certified Mail, Return Receipt Requested;
- ☐ Express Mail; or
- ☐ Overnight delivery by an express service carrier.

The envelope was addressed as follows:

Pacific Gas & Electric Company
77 Beale Street, 32nd Floor
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed on April 19, 2019, at Sacramento, California.

*Mary Dowd*
Mary Dowd