DOWNEY BRAND LLP
Jamie P. Dreher (Bar No. 209380)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for
Teichert Pipelines, Inc. and A. Teichert & Sons, Inc.
d/b/a Teichert Aggregates

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Case Nos.: |
|---|---|
| PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | 19-30088 (DM) – Lead Case<br>19-30089 (DM)<br><br>Chapter 11 Case |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affect both Debtors | **NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN PURSUANT TO 11 U.S.C. § 546(b)(2)** |

TEICHERT PIPELINES, Inc. ("TEICHERT"), by and through its undersigned counsel, hereby gives notice of continued perfection of its mechanics lien under 11 U.S.C. § 546(b)(2), as follows:

1. TEICHERT is a corporation that has provided and delivered labor, services, equipment, and/or materials for a work of improvement located in the County of Napa, State of California (the "Property") and owned by PG&E Corporation and/or Pacific Gas

1

and Electric Company (collectively, the "Debtors").

2. Through April 17, 2019, the amount owing to TEICHERT is at least $85,583.06, exclusive of accruing interest and other charges, with additional amounts owed and accrued after April 17, 2019.

3. Teichert properly perfected its mechanics lien under California Civil Code §§ 8400, *et seq.* by timely recording its Mechanics Lien (Claim of Lien) in the Official Records of Napa County, State of California, as more fully described in its Mechanics Lien, a true copy of which is attached hereto as Exhibit A, on or about April 19, 2019.

4. Pursuant to California Civil Code § 8460, an action to enforce a lien must be commenced within 90 days after recordation of the claim of lien. However, due to the automatic stay set forth in 11 U.S.C. § 362, TEICHERT is precluded from filing a state court action to enforce its mechanics lien. 11 U.S.C. § 546(b)(2) provides that when applicable law requires seizure of property or commencement of an action to perfect, maintain, or continue the perfection of an interest in property, and the property has not been seized or an action has not been commenced before the bankruptcy petition date, then the claimant shall instead give notice within the time fixed by law for seizing the property or commencing an action. (See 11 U.S.C. § 546(b)(2); see also In re Baldwin Builders (Village Nurseries v. Gould), 232 B.R. 406, 410-411 (9th Cir. 1999); Village Nurseries v. Greenbaum, 101 Cal.App.4th 26, 41 (Cal. Ct. App. 2002).)

5. Accordingly, TEICHERT hereby provides notice of its rights as a perfected lienholder in the Property pursuant to California's mechanics lien law. TEICHERT is filing and serving this notice to preserve, perfect, maintain, and continue the perfection of its lien and its rights in the Property to comply with the requirements of California state law, 11 U.S.C. §§ 362(a), 362(b)(3), and 546(b)(2), and any other applicable law. This notice constitutes the legal equivalent of having commenced an action to foreclose the lien in the proper court. By this notice, the Debtors and other parties in interest are estopped from claiming that the lawsuit to enforce TEICHERT's mechanics lien was not timely commenced pursuant to applicable state law. TEICHERT intends to enforce its lien rights to the fullest

1558120.1

2

NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN PURSUANT TO 11 U.S.C. § 546

extent permitted by applicable law. The interests perfected, maintained, or continued by 11 U.S.C. § 546(b)(2) extend in and to the proceeds, products, offspring, rents, or profits of the Property.

6. The filing of this notice shall not be construed as an admission that such filing is required under the Bankruptcy Code, the California mechanics lien law, or any other applicable law. In addition, TEICHERT does not make any admission of fact or law, and TEICHERT asserts that its lien is senior to and effective against entities that may have acquired rights or interests in the Property previously.

7. The filing of this notice shall not be deemed to be a waiver of TEICHERT's right to seek relief from the automatic stay to foreclose its mechanics lien and/or a waiver of any other rights or defenses.

8. TEICHERT reserves all rights, including the right to amend or supplement this notice.

DATED: April 26, 2019

DOWNEY BRAND LLP

By: /s/ Jamie P. Dreher
JAMIE P. DREHER
Attorney for
TEICHERT PIPELINES, INC. AND
A. TEICHERT & SONS, INC. D/B/A TEICHERT AGGREGATES

# EXHIBIT A

COPY of Document Recorded
19-Apr-2019 2019-0007096
Has not been compared with
original
NAPA COUNTY RECORDER

RECORDING REQUESTED BY
REQUESTED BY SCOTT MCELHERN
WHEN RECORDED MAIL TO

| | |
|---|---|
| NAME<br>MAILING<br>ADDRESS | DOWNEY BRAND LLP<br>Scott McElhern<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814 |
| PHONE<br>NUMBER | (916) 444-1000 |

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

## CLAIM OF MECHANICS LIEN
### (Cal. Civ. Code § 8416)

1. Teichert Pipelines, Inc. ("Claimant") claims a mechanics lien for the labor, services, equipment and/or materials described in paragraph 2, furnished for a Pacific Gas & Electric Company work of improvement located in the County of Napa, State of California, and more particularly described as follows:

Gas distribution main lines and service lines for the locations listed on the attached Exhibit A.

2. After deducting all just credits and offsets, the sum of $85,583.06, plus interest accrued and accruing thereon at the maximum legal rate, is due Claimant for the following generally described labor, materials, services, and/or equipment: repairing or replacing existing gas distribution main and service facilities throughout PG&E's service territory, including prospecting, trenching, shoring, excavating, and off hauling of excess material; hauling import material, backfilling, compacting, compaction testing; hauling and handling of gas pipe, fittings, and appurtenances; placing, aligning, joining, and testing of all gas pipe, fittings, and appurtenances; performing tie-ins and cut-offs to existing PG&E gas facilities; installing and testing cathodic protection facilities.

3. Claimant furnished the work and materials at the request of and under contract with Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

4. The name and address of the owner or reputed owner of the improvements is Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

5. Claimant's address is: 3500 American River Drive, Sacramento, CA 95864.

DATED: 4/17/19

TEICHERT PIPELINES, INC.

By: _____
Jennifer Jones-Dickens, Credit Analyst

# VERIFICATION

I, Jennifer Jones-Dickens, am a Credit Analyst for Teichert Pipelines, Inc., and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: 4/17/19                TEICHERT PIPELINES, INC.

By: _____
Jennifer Jones-Dickens, Credit Analyst

## EXHIBIT A

| Street Location | County |
|---|---|
| 1 Regatta Way Napa, CA | Napa |
| 10 El Camino Dr. Napa, CA | Napa |
| 1005 Alabama St. Napa, CA | Napa |
| 1008 Robinson Ln. Napa, CA | Napa |
| 1009 Stonedge Dr. Napa, CA | Napa |
| 1014 Birkdale Dr. Napa, CA | Napa |
| 1016 Clark St. Napa, CA | Napa |
| 1022 Clark St. Napa, CA | Napa |
| 1030 Hagen Rd. Napa, CA | Napa |
| 1035 Woodside Dr. Napa, CA | Napa |
| 1050 Woodside Dr. Napa, CA | Napa |
| 1054 Donaldson Way American Canyon, CA | Napa |
| 1055 Terrace Ln. Napa, CA | Napa |
| 1058 Cir. Napa, CA | Napa |
| 1086 La Grande Ave. Napa, CA | Napa |
| 1089 La Grande Ave. Napa, CA | Napa |
| 109 Kimberly Dr. American Canyon, CA | Napa |
| 1090 Cayetano Dr. Napa, CA | Napa |
| 1095 Atlas Peak Rd. Napa, CA | Napa |
| 11 Fairways Dr. Napa, CA | Napa |
| 1108 Clark St. Napa, CA | Napa |
| 111 Fairview Dr. Napa, CA | Napa |
| 1131 Mount George Ave. Napa, CA | Napa |
| 1141 Mount George Ave. Napa, CA | Napa |
| 1145 Olive Hill Ln. Napa, CA | Napa |
| 1164 Hagen Rd. Napa, CA | Napa |
| 1224 Olive Hill Ln. Napa, CA | Napa |
| 1226 Cayetano Dr. Napa, CA | Napa |
| 124 Poe Ct. Napa, CA | Napa |
| 13 Fairways Dr. Napa, CA | Napa |
| 1348 Maxwell Ave. Napa, CA | Napa |
| 140 Foothill Blvd. Napa, CA | Napa |
| 140 Theresa Ave. American Canyon, CA | Napa |
| 146 Ashlar Dr. Napa, CA | Napa |
| 1474 Barbara Rd. Napa, CA | Napa |
| 1481 Center St. Napa, CA | Napa |
| 15 Maui Way Napa, CA | Napa |
| 1511 Estee Ave. Napa, CA | Napa |

| Address | City |
|---|---|
| 1543 Estee Ave. Napa, CA | Napa |
| 1768 Silverado Trl. Napa, CA | Napa |
| 1776 Monticello Rd. Napa, CA | Napa |
| 1789 Silverado Trl. Napa, CA | Napa |
| 1793 Unit 1 Silverado Trl. Napa, CA | Napa |
| 1793 Unit 2 Silverado Trl. Napa, CA | Napa |
| 1793 Unit 4 Silverado Trl. Napa, CA | Napa |
| 1793 Unit 5 Silverado Trl. Napa, CA | Napa |
| 1797 Unit 2 Silverado Trl. Napa, CA | Napa |
| 1803 Unit 2 Silverado Trl. Napa, CA | Napa |
| 1815 Fuller Way Napa, CA | Napa |
| 1821 Hardman Ave. Napa, CA | Napa |
| 1830 Mckinley Rd. Napa, CA | Napa |
| 1837 Monticello Rd. Napa, CA | Napa |
| 19 Rita Ct. American Canyon, CA | Napa |
| 1930 Old Sonoma Rd. Napa, CA | Napa |
| 1983 Lernhart St. Napa, CA | Napa |
| 2 Burning Tree Ct. Napa, CA | Napa |
| 202 Tapestry Ln. Ste 100. American Canyon, CA | Napa |
| 2021 Seville Dr. Napa, CA | Napa |
| 2025 Shurtleff Ave. Napa, CA | Napa |
| 2031 Shurtleff Ave. Napa, CA | Napa |
| 206 Carolyn Dr. American Canyon, CA | Napa |
| 2086 Maria Dr. Napa, CA | Napa |
| 2087 Janette Dr. Napa, CA | Napa |
| 2105 North Ave. Napa, CA | Napa |
| 2106 Imola Ave. Napa, CA | Napa |
| 2108 Seville Dr. Napa, CA | Napa |
| 2125 1st Ave. Napa, CA | Napa |
| 213 Kaali Dr. Napa, CA | Napa |
| 2131 Harding Ave. Napa, CA | Napa |
| 2142 S Terrace Dr. Napa, CA | Napa |
| 2150 Unbridled Ct. Napa, CA | Napa |
| 221 Landana St. American Canyon, CA | Napa |
| 221 Newbury Way American Canyon, CA | Napa |
| 2317 1st Ave. Napa, CA | Napa |
| 2342 Chad Ct. Napa, CA | Napa |
| 24 Highland Dr. Napa, CA | Napa |
| 2461 Claret St. Napa, CA | Napa |
| 26 Andrew Rd. American Canyon, CA | Napa |
| 2635 Main St. Napa, CA | Napa |
| 2735 Beard Rd. Napa, CA | Napa |
| 2840 Pine St. Napa, CA | Napa |

| Address | County |
|---|---|
| 2880 Hilltop Dr. Napa, CA | Napa |
| 300 Saint Andrews Dr. Napa, CA | Napa |
| 3034 Stadium Ave. Napa, CA | Napa |
| 306 Donaldson Way American Canyon, CA | Napa |
| 316 E Berna Ave. Napa, CA | Napa |
| 32 Kimberly Ct. Napa, CA | Napa |
| 3294 Vichy Ave. Napa, CA | Napa |
| 347 Los Altos Pl. American Canyon, CA | Napa |
| 3600 Bel Aire Plz. Napa, CA | Napa |
| 363 Saint Andrews Dr. Napa, CA | Napa |
| 4055 Tokay Dr. Napa, CA | Napa |
| 484 Seymour St. Napa, CA | Napa |
| 5 Silverstone Ct. Napa, CA | Napa |
| 5223 Country Ln. Napa, CA | Napa |
| 5250 Country Ln. Napa, CA | Napa |
| 533 Hoover St. Napa, CA | Napa |
| 536 Westgate Dr. Napa, CA | Napa |
| 6 Laurel Ln. Napa, CA | Napa |
| 656 Chaucer Ln. American Canyon, CA | Napa |
| 66 Via Treviso. American Canyon, CA | Napa |
| 70 Calaveras Ct. Napa, CA | Napa |
| 702 Greenbach St. Napa, CA | Napa |
| 738 Lincoln Ave. Napa, CA | Napa |
| 78 Fairways Dr. Napa, CA | Napa |
| 789 Huntington Way American Canyon, CA | Napa |
| 790 Magellan Way Napa, CA | Napa |
| 793 Huntington Way American Canyon, CA | Napa |
| 797 Huntington Way American Canyon, CA | Napa |
| 845 Needles Ct. Napa, CA | Napa |
| 850 Lincoln Ave. Napa, CA | Napa |
| 942 Hartle Ct. Napa, CA | Napa |
| 986 Augusta Cir. Napa, CA | Napa |
| 990 Augusta Cir. Napa, CA | Napa |

## NOTICE OF MECHANICS LIEN CLAIM

## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.clb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT

I, Mary Dowd declare:

On April 19, 2019, at Sacramento, California, I served the enclosed:

### CLAIM OF MECHANIC'S LIEN

by enclosing true and correct copies thereof in sealed envelopes, with postage thereon fully prepaid, using one of the following described mailing methods:

- ☐ Registered Mail, Return Receipt Requested;
- ☒ Certified Mail, Return Receipt Requested;
- ☐ Express Mail; or
- ☐ Overnight delivery by an express service carrier.

The envelope was addressed as follows:

Pacific Gas & Electric Company
77 Beale Street, 32nd Floor
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed on April 19, 2019, at Sacramento, California.

_____
Mary Dowd

1510300.1