DOWNEY BRAND LLP
Jamie P. Dreher (Bar No. 209380)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for
Teichert Pipelines, Inc. and A. Teichert & Sons, Inc.
d/b/a Teichert Aggregates

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affect both Debtors | Case Nos.:<br><br>19-30088 (DM) – Lead Case<br>19-30089 (DM)<br><br>Chapter 11 Case<br><br>**NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN PURSUANT TO 11 U.S.C. § 546(b)(2)** |

TEICHERT PIPELINES, Inc. ("TEICHERT"), by and through its undersigned counsel, hereby gives notice of continued perfection of its mechanics lien under 11 U.S.C. § 546(b)(2), as follows:

1. TEICHERT is a corporation that has provided and delivered labor, services, equipment, and/or materials for a work of improvement located in the County of Marin, State of California (the "Property") and owned by PG&E Corporation and/or Pacific Gas

1

and Electric Company (collectively, the "Debtors").

2. Through April 17, 2019, the amount owing to TEICHERT is at least $1,247,229.13, exclusive of accruing interest and other charges, with additional amounts owed and accrued after April 17, 2019.

3. Teichert properly perfected its mechanics lien under California Civil Code §§ 8400, *et seq.* by timely recording its Mechanics Lien (Claim of Lien) in the Official Records of Marin County, State of California, as more fully described in its Mechanics Lien, a true copy of which is attached hereto as Exhibit A, on or about April 19, 2019.

4. Pursuant to California Civil Code § 8460, an action to enforce a lien must be commenced within 90 days after recordation of the claim of lien. However, due to the automatic stay set forth in 11 U.S.C. § 362, TEICHERT is precluded from filing a state court action to enforce its mechanics lien. 11 U.S.C. § 546(b)(2) provides that when applicable law requires seizure of property or commencement of an action to perfect, maintain, or continue the perfection of an interest in property, and the property has not been seized or an action has not been commenced before the bankruptcy petition date, then the claimant shall instead give notice within the time fixed by law for seizing the property or commencing an action. (See 11 U.S.C. § 546(b)(2); see also In re Baldwin Builders (Village Nurseries v. Gould), 232 B.R. 406, 410-411 (9th Cir. 1999); Village Nurseries v. Greenbaum, 101 Cal.App.4th 26, 41 (Cal. Ct. App. 2002).)

5. Accordingly, TEICHERT hereby provides notice of its rights as a perfected lienholder in the Property pursuant to California's mechanics lien law. TEICHERT is filing and serving this notice to preserve, perfect, maintain, and continue the perfection of its lien and its rights in the Property to comply with the requirements of California state law, 11 U.S.C. §§ 362(a), 362(b)(3), and 546(b)(2), and any other applicable law. This notice constitutes the legal equivalent of having commenced an action to foreclose the lien in the proper court. By this notice, the Debtors and other parties in interest are estopped from claiming that the lawsuit to enforce TEICHERT's mechanics lien was not timely commenced pursuant to applicable state law. TEICHERT intends to enforce its lien rights to the fullest

extent permitted by applicable law. The interests perfected, maintained, or continued by 11 U.S.C. § 546(b)(2) extend in and to the proceeds, products, offspring, rents, or profits of the Property.

6. The filing of this notice shall not be construed as an admission that such filing is required under the Bankruptcy Code, the California mechanics lien law, or any other applicable law. In addition, TEICHERT does not make any admission of fact or law, and TEICHERT asserts that its lien is senior to and effective against entities that may have acquired rights or interests in the Property previously.

7. The filing of this notice shall not be deemed to be a waiver of TEICHERT's right to seek relief from the automatic stay to foreclose its mechanics lien and/or a waiver of any other rights or defenses.

8. TEICHERT reserves all rights, including the right to amend or supplement this notice.

DATED: April 26, 2019

DOWNEY BRAND LLP


By: /s/ Jamie P. Dreher
JAMIE P. DREHER
Attorney for
TEICHERT PIPELINES, INC. AND
A. TEICHERT & SONS, INC. D/B/A TEICHERT AGGREGATES

# EXHIBIT A

COPY of Document Recorded
11:40AM 19-Apr-2019 2019-0012925
Has not been compared with
original
MARIN COUNTY RECORDER

RECORDING REQUESTED BY
REQUESTED BY SCOTT MCELHERN
WHEN RECORDED MAIL TO

| | |
|---|---|
| NAME | DOWNEY BRAND LLP |
| MAILING ADDRESS | Scott McElhern<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814 |
| PHONE NUMBER | (916) 444-1000 |

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# CLAIM OF MECHANICS LIEN
## (Cal. Civ. Code § 8416)

1. Teichert Pipelines, Inc. ("Claimant") claims a mechanics lien for the labor, services, equipment and/or materials described in paragraph 2, furnished for a Pacific Gas & Electric Company work of improvement located in the County of Marin, State of California, and more particularly described as follows:

Gas distribution main lines and service lines for the locations listed on the attached Exhibit A.

2. After deducting all just credits and offsets, the sum of $1,247,229.13, plus interest accrued and accruing thereon at the maximum legal rate, is due Claimant for the following generally described labor, materials, services, and/or equipment: repairing or replacing existing gas distribution main and service facilities throughout PG&E's service territory, including prospecting, trenching, shoring, excavating, and off hauling of excess material; hauling import material, backfilling, compacting, compaction testing; hauling and handling of gas pipe, fittings, and appurtenances; placing, aligning, joining, and testing of all gas pipe, fittings, and appurtenances; performing tie-ins and cut-offs to existing PG&E gas facilities; installing and testing cathodic protection facilities.

3. Claimant furnished the work and materials at the request of and under contract with Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

4. The name and address of the owner or reputed owner of the improvements is Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

5. Claimant's address is: 3500 American River Drive, Sacramento, CA 95864.

DATED: 4/17/19    TEICHERT PIPELINES, INC.

By: _____
Jennifer Jones-Dickens, Credit Analyst

## VERIFICATION

I, Jennifer Jones-Dickens, am a Credit Analyst for Teichert Pipelines, Inc., and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: 4/17/19                              TEICHERT PIPELINES, INC.

                                            By: _____
                                                Jennifer Jones-Dickens, Credit Analyst

**EXHIBIT A**

| Street Location | County |
|---|---|
| 1 East Blithedale. Mill Valley, CA | Marin |
| 1 Birdsnest Ct. Mill Valley, CA | Marin |
| 10 Arboleda Cir. Fairfax, CA | Marin |
| 10 Madera Blvd.. Corte Madera, CA | Marin |
| 10 Sulphur Spa Rd. San Anselmo, CA | Marin |
| 1011 Machin Ave.. Novato, CA | Marin |
| 103 Kin Dr. San Rafael, CA | Marin |
| 108 Cobblestone Ct. Novato, CA | Marin |
| 11 Luzanne Cir. San Anselmo, CA | Marin |
| 111 Smith Ranch Rd. San Rafael, CA | Marin |
| 1118 1st St. Novato, CA | Marin |
| 1127 Magnolia Ave. Larkspur, CA | Marin |
| 115 Rocca Dr. Fairfax, CA | Marin |
| 115 Hidden Valley Ln. San Anselmo, CA | Marin |
| 115 Highland Ln. Mill Valley, CA | Marin |
| 115 Tarry Rd. San Anselmo, CA | Marin |
| 12 California Condor Way Novato, CA | Marin |
| 12 Dominican Dr. San Rafael, CA | Marin |
| 12 Presidio Ave. Apt 1. Mill Valley, CA | Marin |
| 120 Mountain View Ave. San Rafael, CA | Marin |
| 125 Morning Sun Ave. Mill Valley, CA | Marin |
| 13 California Condor Way Novato, CA | Marin |
| 1314 2nd St. San Rafael, CA | Marin |
| 136 Belvedere Dr. Mill Valley, CA | Marin |
| 14 Glen Dr. Mill Valley, CA | Marin |
| 14 Shemran Ct. Fairfax, CA | Marin |
| 140 Richardson Dr. Mill Valley, CA | Marin |
| 141 Walnut Ave. Mill Valley, CA | Marin |
| 1434-1436 Grand. San Rafael, CA | Marin |
| 15 Oak Springs Dr. San Anselmo, CA | Marin |
| 15 Alhambra Cir. Fairfax, CA | Marin |
| 15 Laurel Ave. San Anselmo, CA | Marin |
| 15 Salvador Way San Rafael, CA | Marin |
| 151 Ridgewood Dr. San Rafael, CA | Marin |
| 158 W Blithedale. Mill Valley, CA | Marin |
| 16 Blackhawk Dr. San Anselmo, CA | Marin |
| 16 Stanton Way Mill Valley, CA | Marin |
| 160 Tioga Ln. Kentfield, CA | Marin |
| 162 Bulkey Ave. Sausalito, CA | Marin |

| Address | County |
|---|---|
| 17 Woodside Way San Rafael, CA | Marin |
| 1704 Lincoln Ave. San Rafael, CA | Marin |
| 1787 Grant St. Novato, CA | Marin |
| 18 Sylvan Lane. Ross, CA | Marin |
| 180 Marguerite Ave. Mill Valley, CA | Marin |
| 189 The Alameda. San Anselmo, CA | Marin |
| 19 Manor Rd. Fairfax, CA | Marin |
| 190 Park St. San Rafael, CA | Marin |
| 1924 4th St. Lowr. San Rafael, CA | Marin |
| 195 Esmeyer Dr. San Rafael, CA | Marin |
| 2 Fifer Ave. Ste 235. Corte Madera, CA | Marin |
| 2 Upper Alcatraz Pl. Mill Valley, CA | Marin |
| 20 Allyn Ave. San Anselmo, CA | Marin |
| 20 California Condor Way Novato, CA | Marin |
| 20 Dorian Way San Rafael, CA | Marin |
| 2004 Novato Blvd. Novato, CA | Marin |
| 202 Solano St. San Rafael, CA | Marin |
| 204 McNear Dr. San Rafael, CA | Marin |
| 21 Ridgewood Dr. San Rafael, CA | Marin |
| 2104 Redwood Hwy. Greenbrae, CA | Marin |
| 215 Main St. Sausalito, CA | Marin |
| 221 Bayview Dr. San Rafael, CA | Marin |
| 223 Molino Ave. Mill Valley, CA | Marin |
| 224 Riviera Dr. San Rafael, CA | Marin |
| 225 Coleman Dr. San Rafael, CA | Marin |
| 23 Olive Ave. San Rafael, CA | Marin |
| 230 Ridgewood Dr. San Rafael, CA | Marin |
| 230 Sequoia Dr. San Anselmo, CA | Marin |
| 234 Tamalpais Rd. Fairfax, CA | Marin |
| 245 Adobestone Ct. San Rafael, CA | Marin |
| 245 Prospect Dr. San Rafael, CA | Marin |
| 25 California Condor Way Novato, CA | Marin |
| 25 Old Landing Rd. Tiburon, CA | Marin |
| 25 Plaza Dr. Mill Valley, CA | Marin |
| 250 Alta Vista Ave. Mill Valley, CA | Marin |
| 255 Vista Grande. Kentfield, CA | Marin |
| 26 Main St. San Quentin, CA | Marin |
| 2626 Sir Francis Drake Blvd. Fairfax, CA | Marin |
| 27 Marquard Ave. San Rafael, CA | Marin |
| 28 Prairie Falcon Dr. Novato, CA | Marin |
| 28 Coast Oak Way San Rafael, CA | Marin |
| 288 Bolinas Rd. Fairfax, CA | Marin |
| 29 Andreas Cir. Novato, CA | Marin |

| Address | County |
|---|---|
| 29 Renz Rd. Mill Valley, CA | Marin |
| 2904 Las Gallinas Ave. San Rafael, CA | Marin |
| 30 Real Dr. Larkspur, CA | Marin |
| 30 Main St. San Quentin Village, CA | Marin |
| 30 Spruce Rd. Fairfax, CA | Marin |
| 300 Vista Grande Kentfield, CA | Marin |
| 32 Bonnie Banks Way San Rafael, CA | Marin |
| 32 Manderly Rd. San Rafael, CA | Marin |
| 32 Manzano Ct. Novato, CA | Marin |
| 32 Peacock Ct. San Rafael, CA | Marin |
| 322 Santa Margarita. San Rafael, CA | Marin |
| 333 Forbes Ave. San Rafael, CA | Marin |
| 340 Woodland Ave. San Rafael, CA | Marin |
| 35 Oak View Dr. San Rafael, CA | Marin |
| 36 Cannyon Rd. San Anselmo, CA | Marin |
| 36 Montevideo Way San Rafael, CA | Marin |
| 36 Woodleaf Ct. Novato, CA | Marin |
| 373 Grandview Ave. Novato, CA | Marin |
| 380 S Morningson Ave. Mill Valley, CA | Marin |
| 388 Orange Blossom Ln. San Rafael, CA | Marin |
| 4 Montevideo Way San Rafael, CA | Marin |
| 40 Glen Dr. Fairfax, CA | Marin |
| 405 Los Cerros Dr. Kentfield, CA | Marin |
| 406 Cascade Dr. Fairfax, CA | Marin |
| 407 Pine St. Mill Valley, CA | Marin |
| 408 Forbes Ave. San Rafael, CA | Marin |
| 419 Laverne Ave. Mill Valley, CA | Marin |
| 42 Rhinestone Ter. San Rafael, CA | Marin |
| 42 Oak Mountain Ct. San Rafael, CA | Marin |
| 42 Summerhill Way San Rafael, CA | Marin |
| 422 Cedar Hill Dr. San Rafael, CA | Marin |
| 433 Estado Way Novato, CA | Marin |
| 433 Oak Manor Dr. Fairfax, CA | Marin |
| 45 Fremont Rd. San Rafael, CA | Marin |
| 45 Tamal Vista Blvd. Corte Madera, CA | Marin |
| 455 Magnolia Ave. Larkspur, CA | Marin |
| 46 Tan Oak Cir. San Rafael, CA | Marin |
| 47 Bolinas Rd. Fairfax, CA | Marin |
| 48 Sea Way San Rafael, CA | Marin |
| 485 Alameda De La Loma Novato, CA | Marin |
| 49 Martling Rd. San Anselmo, CA | Marin |
| 5 Greenfield Ct. San Anselmo, CA | Marin |
| 50 Belvedere Dr. Mill Valley, CA | Marin |

| Address | County |
|---|---|
| 515 Sequoia Dr. San Anselmo, CA | Marin |
| 52 Summit Dr. Corte Madera, CA | Marin |
| 53 Canyon Rd. San Anselmo, CA | Marin |
| 535 Jacoby St. San Rafael, CA | Marin |
| 55 Real Dr. Unit 1. Larkspur, CA | Marin |
| 553 San Rafael Ave. Belvedere, CA | Marin |
| 555 Oak Ave. San Anselmo, CA | Marin |
| 56 Rosemont Ave. San Anselmo, CA | Marin |
| 575 Fairway Dr. Novato, CA | Marin |
| 59 Jordan Ave. San Anselmo, CA | Marin |
| 594 Heather Way San Rafael, CA | Marin |
| 6 Sunny Oaks Dr. San Rafael, CA | Marin |
| 60 Dominican Dr. San Rafael, CA | Marin |
| 62 Inverness Dr. San Rafael, CA | Marin |
| 62 Manderly San Rafael, CA | Marin |
| 65 Shell Rd. Mill Valley, CA | Marin |
| 65 Mitchell Blvd. San Rafael, CA | Marin |
| 60 Real Dr. Larkspur, CA | Marin |
| 65 Shell Rd. Mill Valley, CA | Marin |
| 658 Goodhill Rd. Kentfield, CA | Marin |
| 67 Convent Ct. San Rafael, CA | Marin |
| 678 Las Colindas Dr. San Rafael, CA | Marin |
| 7 Felipa Ct. Tiburon, CA | Marin |
| 7 Cedar Ave. Kentfield, CA | Marin |
| 7 Rocca Dr. Fairfax, CA | Marin |
| 7 Roger Dr. San Rafael, CA | Marin |
| 75 Oakdale Ave. San Rafael, CA | Marin |
| 7586 Redwood Blvd Ste D. Novato, CA | Marin |
| 77 Via La Cumbre Larkspur, CA | Marin |
| 79 Woodland Ave. San Rafael, CA | Marin |
| 8 Bradcliff Ct. San Rafael, CA | Marin |
| 8 Westward Dr. Corte Madera, CA | Marin |
| 82 Marina Blvd. San Rafael, CA | Marin |
| 828 Autumn Lane Mill Valley, CA | Marin |
| 83 Woodland Av. San Rafael, CA | Marin |
| 84 Brentwood Dr. San Rafael, CA | Marin |
| 85 Park Dr. San Anselmo, CA | Marin |
| 85 Sycamore Ave. Mill Valley, CA | Marin |
| 9 Diego Dr. San Rafael, CA | Marin |
| 9 Upper Road West Ross, CA | Marin |
| 90 Gate 5 Rd. Sausalito, CA | Marin |
| 90 Marina Vista Ave. Larkspur, CA | Marin |
| 907 Alturas Way Mill Valley, CA | Marin |

| Address | County |
|---|---|
| 930 Lovell Ave. Mill Valley, CA | Marin |
| 95 Main St. San Quentin, CA | Marin |
| 97 Santa Rosa Ave. Sausalito, CA | Marin |
| 97 Tamalpais Ave. San Anselmo, CA | Marin |
| Bolinas & Shady Lane, Ross, CA | Marin |

## NOTICE OF MECHANICS LIEN CLAIM

## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.clb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT

I, Mary Dowd declare:

On April 19, 2019, at Sacramento, California, I served the enclosed:

### CLAIM OF MECHANIC'S LIEN

by enclosing true and correct copies thereof in sealed envelopes, with postage thereon fully prepaid, using one of the following described mailing methods:

- ☐ Registered Mail, Return Receipt Requested;
- ☒ Certified Mail, Return Receipt Requested;
- ☐ Express Mail; or
- ☐ Overnight delivery by an express service carrier.

The envelope was addressed as follows:

Pacific Gas & Electric Company
77 Beale Street, 32nd Floor
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed on April 19, 2019, at Sacramento, California.

*Mary Dowd*
Mary Dowd

1510300.1