John B. Coffman (Missouri Bar No.: 36591)
John B Coffman, LLC
871 Tuxedo Blvd.
St. Louis, MO 63119-2044
Phone: (573) 424-6779
Email: john@johncoffman.net

Attorney for AARP

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　　Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* All papers shall be filed in the Lead Case No. 19-30088 DM. | Case Nos. 19-30088 DM (Lead Case)<br>　　　　　　19-30089 DM<br><br>Chapter 11<br>*Jointly Administered*<br><br><br>NO HEARING REQUESTED |

**APPLICATION FOR ADMISSION OF ATTORNEY JOHN B. COFFMAN**
*PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a) of the Bankruptcy Local Rules of the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Local Rules") and Rule 11-3 of the Civil Local Rules of the United States District Court for the District of Northern California (the "Local Rules"), John B. Coffman, an active member in good standing of the bar of Missouri, who is therefore a member in good standing of the bar of the highest court in that jurisdiction, hereby applies for admission to practice in the Northern District of California (the "Court") on a *pro hac vice* basis representing AARP in the above-captioned bankruptcy cases.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Robert G. Harris (SBN 124678)
> BINDER & MALTER, LLP
> 2775 Park Avenue
> Santa Clara, CA 95050
> Tel: 408-295-1700
> Email: rob@bindermalter.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 23, 2019

JOHN B. COFFMAN, LLC

By: _____
John B. Coffman

Attorney for AARP

1

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Betsy AuBuchon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 10/13/1989,

## John Bruce Coffman

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.



IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 17th day of April, 2019.

*Betsy AuBuchon*

Clerk of the Supreme Court of Missouri