# Notice Recipients

District/Off: 0971−3        User: dchambers        Date Created: 4/30/2019
Case: 19−30088              Form ID: TRANSC        Total: 9

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Jorian L. Rose | jrose@bakerlaw.com |
| aty | Marta Villacorta | marta.villacorta@usdoj.gov |
| aty | Michael I. Gottfried | mgottfried@lgbfirm.com |

TOTAL: 3

**Recipients submitted to the Claims Agent (Prime Clerk):**

- aty   Stephen Karotkin   Weil, Gotshal & Manges LLP   767 Fifth Avenue   New York, NY 10153
- MICHAEL I. GOTTFRIED, ESQ.   Landau Gottfried & Berger LLP   1801 Century Park East, Suite 700   Los Angeles, Ca 90067
- SAMUEL A. NEWMAN, ESQ.   Gibson, Dunn & Crutcher   333 South Grand Avenue   Los Angeles, CA 90071
- DENNIS F. DUNNE, ESQ.   Milbank LLP   55 Hudson Yards   New York, NY 10001
- ANDREW M. LEBLANC, ESQ.   Milbank LLP   1850 K Street, NW Suite 1100   Washington, DC 20006
- RICHARD A. CHESLEY, ESQ.   DLA Piper LLP (US)   444 West Lake Street, Suite 900   Chicago, IL 60606

TOTAL: 6