Kirsten A. Worley, Bar No. 222513
kw@wlawcorp.com
Worley Law, P.C.
1572 Second Avenue
San Diego, CA 92101
Telephone: 619-550-1004
Facsimile: 619-550-1051

Attorneys for GEI Consultants, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088-DM |
| PG&E Corporation, | Chapter 11 |
| Debtor. | **EXHIBIT 1 TO NOTICE OF PERFECTION OF LIENS OF GEI CONSULTANTS, INC. PURSUANT TO 11 U.S.C. § 546(b)** |
| Tax I.D. No. 94-3234914 | |

///

///

///

///

///

///

///

///

///

///

///

///

EXHIBIT 1 TO NOTICE OF CONT. PERFECTION
– GEI CONSULTANTS, INC.

# EXHIBIT 1

**Fill in this information to identify the case:**

Debtor 1    Pacific Gas & Electric Company

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Northern District of California

Case number    19-30088

---

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

---

## Part 1:    Identify the Claim

| | |
|---|---|
| 1. **Who is the current creditor?** | GEI Consultants, Inc. |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor |
| 2. **Has this claim been acquired from someone else?** | ☑ No ☐ Yes. From whom? |

3. **Where should notices and payments to the creditor be sent?**

   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Worley Law, P.C. | GEI Consultants, Inc. |
| Name | Name |
| 1572 Second Avenue | 400 Unicorn Park Drive |
| Number        Street | Number        Street |
| San Diego        CA        92101 | Woburn        MA        01801 |
| City        State        ZIP Code | City        State        ZIP Code |
| Contact phone  619-550-1004 | Contact phone  781-721-4086 |
| Contact email  kw@wlawcorp.com | Contact email  jmahoney@geiconsultants.com |

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):

   _ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

| | |
|---|---|
| 4. **Does this claim amend one already filed?** | ☑ No ☐ Yes. Claim number on court claims registry (if known) _____   Filed on ___/___/_____  MM / DD / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No ☐ Yes. Who made the earlier filing? _____ |

---

Official Form 410                                   Proof of Claim                                   page 1

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |

7. **How much is the claim?**  $_____357,004.47 . **Does this amount include interest or other charges?**

   ☑ No

   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

   Limit disclosing information that is entitled to privacy, such as health care information.

   Services Performed

9. **Is all or part of the claim secured?**

   ☐ No

   ☑ Yes.  The claim is secured by a lien on property.

   **Nature of property:**

   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

   ☐ Motor vehicle

   ☑ Other. Describe:  See Notice of Continued Perfection of Liens

   **Basis for perfection:**  11 USC §546(b)

   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:**  $ Unknown

   **Amount of the claim that is secured:**  $ 357,004.47

   **Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:**  $ 357,004.47

   **Annual Interest Rate** (when case was filed) _____ %

   ☐ Fixed

   ☐ Variable

10. **Is this claim based on a lease?**

    ☑ No

    ☐ Yes. **Amount necessary to cure any default as of the date of the petition.**  $_____

11. **Is this claim subject to a right of setoff?**

    ☑ No

    ☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  4/25/19
MM / DD / YYYY

Signature _____

Print the name of the person who is completing and signing this claim:

| | |
|---|---|
| Name | Kirsten A. Worley |
| | First name          Middle name          Last name |
| Title | Attorney for Creditor |
| Company | Worley Law, P.C. |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 1572 Second Ave. |
| | Number          Street |
| | San Diego          CA          92101 |
| | City          State          ZIP Code |
| Contact phone | 619-550-1004          Email  kw@wlawcorp.com |

# ATTACHMENT TO PROOF OF CLAIM

Claimant GEI Consultants, Inc. ("Claimant") provided labor, work and materials including construction-related and design/engineering services to the Debtor pre-petition. By virtue of California law, Claimant has, asserts and is entitled to mechanics' lien and design professional's lien rights. (Cal. Civ. Code §§ 8014, 8300, 8310, 8400, 8420). Such lien rights are inchoate and relate back to the original date of the labor, work and materials provided. Claimant's work continued up through the date of the Debtor's petition date. Claimant concurrently hereby perfects such mechanics' lien rights by filing in the Debtor's case a Notice of Perfection of Liens pursuant to 11 U.S.C. § 546(b).

True and correct copies of all of the outstanding invoices representing amounts due to Claimant are attached hereto as Exhibit A. As set forth below, Claimant is owed $ 357,004.47.

True and correct copies of the contracts for the projects for which claim amounts are due are attached hereto as Exhibit B.

Below is a detailed breakdown of the claim amount:

| Project Code | Bill Number | Bill Date | Bill Amount | Balance |
|---|---|---|---|---|
| 1405170 | 3041149 | 8/20/2018 | $ 1,888.48 | $ 1,888.48 |
| 1405170 | 3046124 | 12/14/2018 | $ 8,839.39 | $ 8,839.39 |
| 1405170 | 3048271 | 1/25/2019 | $ 586.00 | $ 586.00 |
| 1800694 | 3047182 | 1/9/2019 | $ 46,558.07 | $ 46,558.07 |
| 1800694 | 3048493 | 2/5/2019 | $ 25,909.48 | $ 25,909.48 |
| 1800792 | 3046054 | 12/13/2018 | $ 2,662.72 | $ 2,662.72 |
| 1800792 | 3047733 | 1/16/2019 | $ 2,009.41 | $ 2,009.41 |
| 1800792 | 3049288 | 2/15/2019 | $ 1,408.83 | $ 1,361.87 |
| 1801011 | 3046058 | 12/13/2018 | $ 25,197.05 | $ 25,197.05 |
| 1801011 | 3049289 | 2/15/2019 | $ 5,241.26 | $ 5,066.55 |
| 1801012 | 3047078 | 1/7/2019 | $ 7,099.11 | $ 7,099.11 |
| 1803031 | 3047236 | 1/10/2019 | $ 27.40 | $ 27.40 |
| 1803729 | 3046252 | 12/17/2018 | $ 24,868.70 | $ 24,868.70 |

| | | | | |
|---|---|---|---|---|
| 1803729 | 3047088 | 1/8/2019 | $ 23,294.33 | $ 23,294.33 |
| 1804270 | 3047108 | 1/8/2019 | $ 67,326.29 | $ 67,326.29 |
| 1804270 | 3048668 | 2/12/2019 | $ 99,757.59 | $ 96,432.34 |
| 1900041 | 3048581 | 2/6/2019 | $ 18,493.74 | $ 17,877.28 |
| | | | | |
| | | | | $ 357,004.47 |

## PROOF OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is Worley Law, P.C., 1572 Second Ave., San Diego, California 92101.

A true and correct copy of the foregoing document entitled **PROOF OF CLAIM** will be served or was served in the manner stated below:

### I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):

Pursuant Local Bankruptcy Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On 4/25/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

| Lynette C. Kelly<br>lynette.c.kelly@usdoj.gov,<br>ustpregion17.oa.ecf@usdoj.gov | Attorneys For Debtor<br>pbenvenutti@kellerbenvenutti.com<br>tkeller@kellerbenvenutti.com<br>jkim@kellerbenvenutti.com |
|---|---|

### II. SERVED BY U.S. MAIL:

On 4/25/2019, I served the following person(s) and/or entity(ies) at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, addressed as follows:

| Attorney for Debtor<br>Max Africk<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>(213) 310-0800 | Attorney for Debtor<br>Robert P. Goe<br>Goe & Forsythe, LLP<br>18101 Von Karman Avenue, Suite 510<br>Irvine, CA 92613<br>(949) 798-2460 |
|---|---|
| Attorney for Debtor<br>David Herman<br>Cravath, Swaine & Moore LLP<br>85 Eighth Avenue<br>New York, NY 10019<br>212-474-1000 | United States Trustee<br>Office of the U.S. Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102<br>(415)705-3333 |

Case: 19-30088   Doc# 1744   Filed: 04/29/19   Entered: 04/29/19 13:43:30   Page 8 of 9

| PG&E Corporation Claims Processing Center<br>c/o Prime Clerk LLC<br>850 3rd Avenue, Suite 412<br>Brooklyn, NY 11232 | Official Committee Of Unsecured Creditors<br>Paul S. Aronzon<br>Milbank LLP<br>2029 Century Park East, 33rd Fl.<br>Los Angeles, CA 90067<br>(424) 386-4000 |
|---|---|

Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

## III. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:

Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:

|  |  |
|---|---|
|  |  |

Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 25, 2019, at San Diego, California.

Jessica Dolan

PROOF OF SERVICE