# EXHIBIT A



**Attention:** MR ANDREW YU
**PACIFIC GAS & ELECTRIC COMPANY**
**ACCOUNTS PAYABLE**
**PO BOX 7760**
**SAN FRANCISCO, CA 94120-7760**
**United States**

**Invoice :** 3041149
**Invoice Date :** 8/20/2018
**Project :** 1405170
**Project Name :** PG&E-DSAB SERVICES

**For Professional Services Rendered Through 7/28/2018**
      **Your Project :** PO# 2501346854

|  |  | Current Billings |
|---|---|---|
| 1 - Default 1 |  | 1,888.48 |
| Preparation of DSAB report. |  |  |
| Rate Labor | 1,823.00 |  |
| Expenses | 65.48 |  |

|  | |
|---|---|
| **Current Billings** | 1,888.48 |
| **Amount Due This Bill** | 1,888.48 |

Stephen W. Verigin

| Outstanding Receivables | Invoice Number | Date | Amount | Balance Due |
|---|---|---|---|---|
|  | 3038585 | 7/5/2018 | 5,274.00 | 5,274.00 |
|  |  |  |  | 5,274.00 |

Case: 19-30088    Doc# 1744-1    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 2 of 46

**1 - 2014 DSAB SERVICES**

**Rate Labor**

| Class / Employee | Hours | Rate | Amount |
|---|---|---|---|
| **SENIOR CONSULTANT-GRADE 9** | | | |
| Stephen W. Verigin | 5.00 | 293.000 | 1,465.00 |
| **SENIOR PROFESSIONAL-GRADE 6** | | | |
| Elizabeth J. Lewis | 2.00 | 179.000 | 358.00 |
| *Total Rate Labor* | | | *1,823.00* |

**Expenses**

| Account / Vendor | Cost | Multiplier | Amount |
|---|---|---|---|
| **Travel** | | | |
| Stephen W. Verigin | 61.20 | 1.0700 | 65.48 |
| *Total Expenses* | | | *65.48* |
| **Total Bill Task: 1 - 2014 DSAB SERVICES** | | | **1,888.48** |

**Total Project:  1405170 - PG&E-DSAB SERVICES**                1,888.48

Case: 19-30088    Doc# 1744-1    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 3 of 46



**GEI** Consultants

PLEASE REMIT TO:
PO Box 843005
Boston, MA  02284-3005

**Attention:** MR ANDREW YU
**PACIFIC GAS & ELECTRIC COMPANY**
**ACCOUNTS PAYABLE**
**PO BOX 7760**
**SAN FRANCISCO, CA 94120-7760**
**United States**

**Invoice :** 3046124
**Invoice Date :** 12/14/2018
**Project :** 1405170
**Project Name :** PG&E-DSAB SERVICES

---

**For Professional Services Rendered Through 12/1/2018**

**Your Project :**  PO# 2501346854

|  |  |  | Current Billings |
|---|---|---|---|
| 1 - Default 1 |  |  | 8,839.39 |
| DSAB meeting |  |  |  |
| *Rate Labor* | 7,121.50 |  |  |
| *Expenses* | 1,717.89 |  |  |
|  |  | **Current Billings** | 8,839.39 |
|  |  | **Amount Due This Bill** | 8,839.39 |

Stephen W. Verigin

| Outstanding Receivables | Invoice Number | Date | Amount | Balance Due |
|---|---|---|---|---|
|  | 3041149 | 8/20/2018 | 1,888.48 | 1,888.48 |
|  |  |  |  | 1,888.48 |

GEI Consultants, Inc. | 400 Unicorn Park Drive | Woburn, MA 01801-3341 | United States
Phone: 781-721-4000 | Website: geiconsultants.com

**1 - 2014 DSAB SERVICES**

**Rate Labor**

| Class / Employee | Hours | | Rate | Amount |
|---|---|---|---|---|
| **SENIOR CONSULTANT-GRADE 9** | | | | |
| Stephen W. Verigin | 24.00 | | 293.000 | 7,032.00 |
| **SENIOR PROFESSIONAL-GRADE 6** | | | | |
| Elizabeth J. Lewis | 0.50 | | 179.000 | 89.50 |
| *Total Rate Labor* | | | | *7,121.50* |

**Expenses**

| Account / Vendor | | Cost | Multiplier | Amount |
|---|---|---|---|---|
| **Meals** | | | | |
| Stephen W. Verigin | | 84.28 | 1.0700 | 90.18 |
| **Travel** | | | | |
| Stephen W. Verigin | | 1,521.22 | 1.0700 | 1,627.71 |
| *Total Expenses* | | | | *1,717.89* |
| **Total Bill Task: 1 - 2014 DSAB SERVICES** | | | | **8,839.39** |

**Total Project:   1405170 - PG&E-DSAB SERVICES**                                    **8,839.39**

Case: 19-30088    Doc# 1744-1    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 5 of 46

 GEI Consultants

**PLEASE REMIT TO:**
**PO Box 843005**
**Boston, MA  02284-3005**

**Attention:** MR ANDREW YU
**PACIFIC GAS & ELECTRIC COMPANY**
**ACCOUNTS PAYABLE**
**PO BOX 7760**
**SAN FRANCISCO, CA 94120-7760**
**United States**

**Invoice :** 3048271
**Invoice Date :** 1/25/2019
**Project :** 1405170
**Project Name :** PG&E-DSAB SERVICES

---

**For Professional Services Rendered Through 12/29/2019**

   **Your Project :**  PO# 2501346854

| | Current Billings |
|---|---|
| | **586.00** |
| 1 – Default 1 | |
| Preparation of DSAB report, OK to process, SWV, 1/4/19. | |
| *Rate Labor*                    586.00 | |

| | |
|---|---|
| **Current Billings** | 586.00 |
| **Amount Due This Bill** | 586.00 |

Stephen W. Verigin

| Outstanding Receivables | Invoice Number | Date | Amount | Balance Due |
|---|---|---|---|---|
| | 3041149 | 8/20/2018 | 1,888.48 | 1,888.48 |
| | 3046124 | 12/14/2018 | 8,839.39 | 8,839.39 |
| | | | | 10,727.87 |

**GEI Consultants, Inc. | 400 Unicorn Park Drive | Woburn, MA 01801-3341 | United States**
**Phone: 781-721-4000 | Website:  geiconsultants.com**

**1 - 2014 DSAB SERVICES**

**Rate Labor**

| Class / Employee | Hours | Rate | Amount |
|---|---|---|---|
| **SENIOR CONSULTANT-GRADE 9** | | | |
| Stephen W. Verigin | 2.00 | 293.000 | 586.00 |
| *Total Rate Labor* | | | *586.00* |

**Total Project:   1405170 - PG&E-DSAB SERVICES** 586.00

Case: 19-30088     Doc# 1744-1     Filed: 04/29/19     Entered: 04/29/19 13:43:30     Page 7
of 46



**GEI** Consultants

PLEASE REMIT TO:
PO Box 843005
Boston, MA  02284-3005

**Attention:** ACCOUNTS PAYABLE
**PACIFIC GAS & ELECTRIC COMPANY**
**ACCOUNTS PAYABLE**
**PO BOX 7760**
**SAN FRANCISCO, CA 94120-7760**
**United States**

| | |
|---|---|
| **Invoice :** | 3046054 |
| **Invoice Date :** | 12/13/2018 |
| **Project :** | 1800792 |
| **Project Name :** | PG&E 2018 FERC Follow-Up |

---

**For Professional Services Rendered For 10/28/2018 Through 12/1/2018**

**Your Project :**  PO 2700070527
**Your Project Name :**  CWA No. C5432

**Contract :**  PG&E
**Contract Name :**  4400006370

UPLOAD TO: https://login.taulia.com/login/
E-MAIL COPY TO: Eng Sew Aw at e1a7@pge.com
CC: mreyna@geiconsultants.com

SEE PROGRESS REPORT FOR DESCRIPTION OF SERVICES

|  | Current Billings |
|---|---|
| **1800792 - PG&E 2018 FERC Follow-Up** | |
| 1 - Follow-Up Services | 2,662.72 |
| *Rate Labor*  2,662.72 | |
| | |
| **Current Billings** | 2,662.72 |
| **Amount Due This Bill** | 2,662.72 |

| | |
|---|---|
| **Total Fee :** | 50,000.00 |
| **To Date Billings :** | 18,583.98 |
| **Total Remaining :** | 31,416.02 |

**William A. Rettberg**

| Outstanding Receivables | Invoice Number | Date | Amount | Balance Due |
|---|---|---|---|---|
| | 3044528 | 11/13/2018 | 960.56 | 960.56 |
| | | | | 960.56 |

GEI Consultants, Inc. | 400 Unicorn Park Drive | Woburn, MA 01801-3341 | United States
Phone: 781-721-4000 | Website:  geiconsultants.com

**1 - Follow-Up Services**

**Rate Labor**

*Class / Employee*

| | Hours | Rate | Amount |
|---|---|---|---|
| **PROJECT PROFESSIONAL-GRADE 4** | | | |
| Elliott D Ticen | 0.50 | 142.070 | 71.04 |
| Christopher B. Kissick | 3.00 | 142.070 | 426.21 |
| **Total PROJECT PROFESSIONAL-GRADE 4** | 3.50 | | 497.25 |
| **SENIOR CONSULTANT-GRADE 8** | | | |
| William A. Rettberg | 4.00 | 256.150 | 1,024.61 |
| **SENIOR PROFESSIONAL-GRADE 7** | | | |
| Michaele R Monaghan | 5.00 | 228.170 | 1,140.86 |
| *Total Rate Labor* | | | *2,662.72* |
| **Total Bill Task: 1 - Follow-Up Services** | | | **2,662.72** |

**Total Project:   1800792 - PG&E 2018 FERC Follow-Up**                                 **2,662.72**

Case: 19-30088    Doc# 1744-1    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 9 of 46



**GEI** Consultants

**Attention:** ACCOUNTS PAYABLE
**PACIFIC GAS & ELECTRIC COMPANY**
**ACCOUNTS PAYABLE**
**PO BOX 7760**
**SAN FRANCISCO, CA 94120-7760**
**United States**

**Invoice :** 3047733
**Invoice Date :** 1/16/2019
**Project :** 1800792
**Project Name :** PG&E 2018 FERC Follow-Up

---

**For Professional Services Rendered For 12/2/2018 Through 12/29/2018**

**Your Project :** PO 2700070527
**Your Project Name :** CWA No. C5432

**Contract :** PG&E
**Contract Name :** 4400006370

UPLOAD TO: https://login.taulia.com/login/
E-MAIL COPY TO: Eng Sew Aw at e1a7@pge.com
CC: mreyna@geiconsultants.com

SEE PROGRESS REPORT FOR DESCRIPTION OF SERVICES

| | | Current Billings |
|---|---|---|
| **1800792 - PG&E 2018 FERC Follow-Up** | | |
| 1 - Follow-Up Services | | 2,009.41 |
| *Rate Labor* | 2,009.41 | |
| | **Current Billings** | 2,009.41 |
| | **Amount Due This Bill** | 2,009.41 |

| | |
|---|---|
| **Total Fee :** | 50,000.00 |
| **To Date Billings :** | 20,593.39 |
| **Total Remaining :** | 29,406.61 |

**William A. Rettberg**

| Outstanding Receivables | Invoice Number | Date | Amount | Balance Due |
|---|---|---|---|---|
| | 3046054 | 12/13/2018 | 2,662.72 | 2,662.72 |
| | | | | 2,662.72 |

Case: 19-30088    Doc# 1744-1    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 10 of 46

**1 - Follow-Up Services**

**Rate Labor**

| Class / Employee | Hours | Rate | Amount |
|---|---|---|---|
| **SENIOR CONSULTANT-GRADE 8** | | | |
| William A. Rettberg | 2.00 | 256.150 | 512.31 |
| Gillian N. Gregory | 0.50 | 256.150 | 128.08 |
| **Total SENIOR CONSULTANT-GRADE 8** | 2.50 | | 640.39 |
| **SENIOR PROFESSIONAL-GRADE 7** | | | |
| Michaele R Monaghan | 6.00 | 228.170 | 1,369.02 |
| | *Total Rate Labor* | | *2,009.41* |
| **Total Bill Task: 1 - Follow-Up Services** | | | **2,009.41** |

**Total Project: 1800792 - PG&E 2018 FERC Follow-Up**   **2,009.41**

Case: 19-30088   Doc# 1744-1   Filed: 04/29/19   Entered: 04/29/19 13:43:30   Page 11 of 46

 **GEI** Consultants

**Attention:** ACCOUNTS PAYABLE
**PACIFIC GAS & ELECTRIC COMPANY**
**ACCOUNTS PAYABLE**
**PO BOX 7760**
**SAN FRANCISCO, CA 94120-7760**
**United States**

**Invoice :** 3049288
**Invoice Date :** 2/15/2019
**Project :** 1800792
**Project Name :** PG&E 2018 FERC Follow-Up

---

**For Professional Services Rendered For 12/30/2018 Through 1/29/2019**

**Your Project :** PO 2700070527
**Your Project Name :** CWA No. C5432

**Contract :** PG&E
**Contract Name :** 4400006370

UPLOAD TO: https://login.taulia.com/login/
E-MAIL COPY TO: Eng Sew Aw at e1a7@pge.com
CC: mreyna@geiconsultants.com

SEE PROGRESS REPORT FOR DESCRIPTION OF SERVICES

|  |  | **Current Billings** |
|---|---|---|
| **1800792 - PG&E 2018 FERC Follow-Up** |  |  |
| 1 - Follow-Up Services |  | 1,408.83 |
| *Rate Labor* | 1,408.83 |  |
|  | **Current Billings** | 1,408.83 |
|  | **Amount Due This Bill** | 1,408.83 |

| **Total Fee :** | 50,000.00 |
|---|---|
| **To Date Billings :** | 22,002.22 |
| **Total Remaining :** | 27,997.78 |

**William A. Rettberg**

| Outstanding Receivables | Invoice Number | Date | Amount | Balance Due |
|---|---|---|---|---|
|  | 3046054 | 12/13/2018 | 2,662.72 | 2,662.72 |
|  | 3047733 | 1/16/2019 | 2,009.41 | 2,009.41 |

GEI Consultants, Inc. | 400 Unicorn Park Drive | Woburn, MA 01801-3341 | United States
Phone: 781-721-4000 | Website: geiconsultants.com

Case: 19-30088    Doc# 1744-1    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 12 of 46

4,672.13

GEI Consultants, Inc. | 400 Unicorn Park Drive | Woburn, MA 01801-3341 | United States
Phone: 781-721-4000 | Website: geiconsultants.com

Case: 19-30088    Doc# 1744-1    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 13
of 46

**1 - Follow-Up Services**

**Rate Labor**

| Class / Employee | Hours | Rate | Amount |
|---|---|---|---|
| **SENIOR CONSULTANT-GRADE 8** | | | |
| William A. Rettberg | 5.50 | 256.150 | 1,408.83 |
| *Total Rate Labor* | | | *1,408.83* |
| **Total Bill Task: 1 - Follow-Up Services** | | | **1,408.83** |

 

**Total Project:** 1800792 - PG&E 2018 FERC Follow-Up      **1,408.83**

Case: 19-30088    Doc# 1744-1    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 14 of 46





**Attention:** ACCOUNTS PAYABLE
**PACIFIC GAS & ELECTRIC COMPANY**
**ACCOUNTS PAYABLE**
**PO BOX 7760**
**SAN FRANCISCO, CA 94120-7760**
**United States**

**Invoice :** 3047108
**Invoice Date :** 1/8/2019
**Project :** 1804270
**Project Name :** PG&E 2018 DSSMP/R

---

**For Professional Services Rendered For 12/2/2018 Through 12/29/2018**

**Your Project :** PO 2700179314

**Contract :** C11056
**Contract Name :** PG&E Master Sevice Agreement

CWA - C11481

Email Copy Invoice:  A1Fi@pge.com; j9c1@pge.com
CC: nreyna@geiconsultants.com

| | Current Billings |
|---|---|
| **1804270 - PG&E 2018 DSSMP/R** | |
| Data collection of documentation is ongoing and Block 1 (composed of 8 dams) has been drafted and ready for submission to PG&E. | |
| 1 - Engineering Services | 67,326.29 |
| *Rate Labor*   67,326.29 | |
| | |
| **Current Billings** | 67,326.29 |
| **Amount Due This Bill** | 67,326.29 |

| | |
|---|---|
| **Total Fee :** | 366,277.00 |
| **To Date Billings :** | 104,742.04 |
| **Total Remaining :** | 261,534.96 |

**Enrico G. Rufini**

Case: 19-30088     Doc# 1744-1     Filed: 04/29/19     Entered: 04/29/19 13:43:30     Page 15
of 46

| Outstanding Receivables | Invoice Number | Date | Amount | Balance Due |
|---|---|---|---|---|
| | 3045643 | 12/7/2018 | 30,297.91 | 30,297.91 |
| | | | | 30,297.91 |

**GEI Consultants, Inc. | 400 Unicorn Park Drive | Woburn, MA 01801-3341 | United States**
**Phone: 781-721-4000 | Website: geiconsultants.com**

## 1 - Data Collection & Review

**Rate Labor**

| Class / Employee | Hours | Rate | Amount |
|---|---|---|---|
| **PROJECT PROFESSIONAL-GRADE 3** | | | |
| Collin M Anderson | 4.50 | 131.280 | 590.76 |
| Autumn M. Eberhardt | 4.00 | 131.280 | 525.12 |
| **Total PROJECT PROFESSIONAL-GRADE 3** | 8.50 | | 1,115.88 |
| **PROJECT PROFESSIONAL-GRADE 4** | | | |
| Isabelle A Rawlings | 2.50 | 145.620 | 364.05 |
| Pradnya S. Khimsara | 1.75 | 145.620 | 254.84 |
| Susan G. Refai | 3.00 | 145.620 | 436.86 |
| Jessica I Mason | 2.60 | 145.620 | 378.61 |
| **Total PROJECT PROFESSIONAL-GRADE 4** | 9.85 | | 1,434.36 |
| **SENIOR PROFESSIONAL-GRADE 5** | | | |
| Gillian M. Williams | 2.75 | 162.950 | 448.11 |
| **SENIOR PROFESSIONAL-GRADE 6** | | | |
| Enrico G. Rufini | 24.00 | 197.470 | 4,739.28 |
| **WORD PROCESSOR** | | | |
| Manuela C. Reyna | 5.50 | 97.760 | 537.68 |
| **Total Rate Labor** | | | 8,275.31 |
| **Total Bill Task: 1 - Data Collection & Review** | | | 8,275.31 |

## 2 - Preparation of DRAFT Reports

**Rate Labor**

| Class / Employee | Hours | Rate | Amount |
|---|---|---|---|
| **PROJECT PROFESSIONAL-GRADE 3** | | | |
| Maydel A Uzcategui Hidalgo | 14.00 | 131.280 | 1,837.92 |
| Collin M Anderson | 17.50 | 131.280 | 2,297.40 |
| Autumn M. Eberhardt | 20.25 | 131.280 | 2,658.42 |
| **Total PROJECT PROFESSIONAL-GRADE 3** | 51.75 | | 6,793.74 |
| **PROJECT PROFESSIONAL-GRADE 4** | | | |
| Pradnya S. Khimsara | 83.75 | 145.620 | 12,195.68 |
| Susan G. Refai | 50.00 | 145.620 | 7,281.00 |
| Jessica I Mason | 4.50 | 145.620 | 655.29 |
| Timothy M. Haynes | 45.00 | 145.620 | 6,552.90 |
| **Total PROJECT PROFESSIONAL-GRADE 4** | 183.25 | | 26,684.87 |
| **SENIOR CONSULTANT-GRADE 8** | | | |
| William A. Rettberg | 1.50 | 256.150 | 384.23 |
| **SENIOR PROFESSIONAL-GRADE 5** | | | |
| Gillian M. Williams | 11.50 | 162.950 | 1,873.94 |
| **SENIOR PROFESSIONAL-GRADE 6** | | | |
| Enrico G. Rufini | 92.00 | 197.470 | 18,167.24 |
| **STAFF PROFESSIONAL-GRADE 2** | | | |
| Faith M Moore | 43.00 | 118.560 | 5,098.08 |
| **WORD PROCESSOR** | | | |
| Manuela C. Reyna | 0.50 | 97.760 | 48.88 |
| **Total Rate Labor** | | | 59,050.98 |
| **Total Bill Task: 2 - Preparation of DRAFT Reports** | | | 59,050.98 |

Case: 19-30088    Doc# 1744-1    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 17 of 46

**Total Project:** 1804270 - PG&E 2018 DSSMP/R

67,326.29



**GEI** Consultants

**PLEASE REMIT TO:**
**PO Box 843005**
**Boston, MA 02284-3005**

**Attention:** ACCOUNTS PAYABLE
**PACIFIC GAS & ELECTRIC COMPANY**
**ACCOUNTS PAYABLE**
**PO BOX 7760**
**SAN FRANCISCO, CA 94120-7760**
**United States**

**Invoice :** 3048668
**Invoice Date :** 2/12/2019
**Project :** 1804270
**Project Name :** PG&E 2018 DSSMP/R

**For Professional Services Rendered For 12/30/2018 Through 1/29/2019**

**Your Project :** PO 2700179314

**Contract :** C11056
**Contract Name :** PG&E Master Sevice Agreement

CWA - C11481

Email Copy Invoice:  A1Fi@pge.com; j9c1@pge.com
CC: nreyna@geiconsultants.com

| | | Current Billings |
|---|---|---:|
| **1804270 - PG&E 2018 DSSMP/R** | | |
| Drafted blocks 2 and 3 of dams. Ongoing drafting of blocks 4 and 5. | | |
| 1 - Engineering Services | | 99,757.59 |
| *Rate Labor* | 99,757.59 | |
| | **Current Billings** | 99,757.59 |
| | **Amount Due This Bill** | 99,757.59 |

| | |
|---|---:|
| **Total Fee :** | 366,277.00 |
| **To Date Billings :** | 204,499.63 |
| **Total Remaining :** | 161,777.37 |

**Enrico G. Rufini**

| | Outstanding Receivables | Invoice Number | Date | Amount | Balance Due |
|---|---|---|---|---:|---:|
| | | 3047108 | 1/8/2019 | 67,326.29 | 67,326.29 |
| | | | | | 67,326.29 |

Case: 19-30088    Doc# 1744-1    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 19 of 46

**2 – Preparation of DRAFT Reports**

**Rate Labor**

| Class / Employee | Hours | Rate | Amount |
|---|---|---|---|
| **PROJECT PROFESSIONAL-GRADE 3** | | | |
| Maydel A Uzcategui Hidalgo | 32.00 | 131.280 | 4,200.96 |
| Collin M Anderson | 52.50 | 131.280 | 6,892.20 |
| Autumn M. Eberhardt | 42.75 | 131.280 | 5,612.22 |
| **Total PROJECT PROFESSIONAL-GRADE 3** | 127.25 | | 16,705.38 |
| **PROJECT PROFESSIONAL-GRADE 4** | | | |
| Isabelle A Rawlings | 8.50 | 145.620 | 1,237.77 |
| Pradnya S. Khimsara | 67.00 | 145.620 | 9,756.54 |
| Susan G. Refai | 23.00 | 145.620 | 3,349.26 |
| Jessica I Mason | 9.00 | 145.620 | 1,310.58 |
| Timothy M. Haynes | 68.00 | 145.620 | 9,902.16 |
| **Total PROJECT PROFESSIONAL-GRADE 4** | 175.50 | | 25,556.31 |
| **SENIOR CONSULTANT-GRADE 8** | | | |
| William A. Rettberg | 17.50 | 256.150 | 4,482.65 |
| **SENIOR PROFESSIONAL-GRADE 5** | | | |
| Gillian M. Williams | 36.50 | 162.950 | 5,947.70 |
| **SENIOR PROFESSIONAL-GRADE 6** | | | |
| Enrico G. Rufini | 157.00 | 197.470 | 31,002.79 |
| **SENIOR PROFESSIONAL-GRADE 7** | | | |
| Leonard J. Sansone | 38.50 | 228.170 | 8,784.60 |
| **STAFF PROFESSIONAL-GRADE 2** | | | |
| Faith M Moore | 32.50 | 118.560 | 3,853.20 |
| **WORD PROCESSOR** | | | |
| Manuela C. Reyna | 1.00 | 97.760 | 97.76 |
| **Total Rate Labor** | | | **96,430.39** |
| **Total Bill Task: 2 - Preparation of DRAFT Reports** | | | **96,430.39** |

**4 - Executive Briefing**

**Rate Labor**

| Class / Employee | Hours | Rate | Amount |
|---|---|---|---|
| **PROJECT PROFESSIONAL-GRADE 4** | | | |
| Pradnya S. Khimsara | 12.00 | 145.620 | 1,747.44 |
| **SENIOR PROFESSIONAL-GRADE 6** | | | |
| Enrico G. Rufini | 8.00 | 197.470 | 1,579.76 |
| **Total Rate Labor** | | | **3,327.20** |
| **Total Bill Task: 4 - Executive Briefing** | | | **3,327.20** |

**Total Project:   1804270 - PG&E 2018 DSSMP/R**                                      **99,757.59**

Case: 19-30088    Doc# 1744-1    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 20 of 46





**Attention:** ACCOUNTS PAYABLE
**PACIFIC GAS & ELECTRIC COMPANY**
**ACCOUNTS PAYABLE**
**PO BOX 7760**
**SAN FRANCISCO, CA 94120-7760**
**United States**

**Invoice :** 3046058
**Invoice Date :** 12/13/2018
**Project :** 1801011
**Project Name :** PG&E 2018 FERC Part 12D
Inspections

---

**For Professional Services Rendered For 10/28/2018 Through 12/1/2018**

**Your Project :** PO# 2700076080
**Your Project Name :** CWA No. C5723

**Contract :** PG&E
**Contract Name :** 4400006370

UPLOAD TO: https://login.taulia.com/login/
E-MAIL COPY TO: Eng Sew Aw at e1a7@pge.com
CC: mreyna@geiconsultants.com

SEE PROGRESS REPORT FOR DESCRIPTION OF SERVICES

**1801011 - PG&E 2018 FERC Part 12D**
**Inspections**

| | | | Billings | | |
|---|---|---|---|---|---|
| | | | **To Date** | **Previous** | **Current** |
| 1 - 2018 Part12D Dam Safety Inspections | | | 244,650.45 | 219,453.40 | 25,197.05 |
| *Rate Labor* | 25,090.08 | | | | |
| *Expenses* | 106.97 | | | | |

| | | |
|---|---|---|
| **Current Billings** | | 25,197.05 |
| **Amount Due This Bill** | | 25,197.05 |

| | |
|---|---|
| **Total Fee :** | 279,337.00 |
| **To Date Billings :** | 244,650.45 |
| **Total Remaining :** | 34,686.55 |

**William A. Rettberg**

Case: 19-30088    Doc# 1744-1    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 21 of 46

| **Outstanding Receivables** | Invoice Number | Date | Amount | Balance Due |
|---|---|---|---|---|
| | 3044533 | 11/13/2018 | 12,305.75 | 12,305.75 |
| | | | | 12,305.75 |

GEI Consultants, Inc. | 400 Unicorn Park Drive | Woburn, MA 01801-3341 | United States
Phone: 781-721-4000 | Website: geiconsultants.com

**3 - PFMA Review Sessions**
**Rate Labor**

| Class / Employee | Hours | Rate | Amount |
|---|---|---|---|
| **SENIOR CONSULTANT-GRADE 8** | | | |
| Gillian N. Gregory | 0.50 | 256.150 | 128.08 |
| **Total Rate Labor** | | | **128.08** |

**4 - STID Updates**
**Rate Labor**

| Class / Employee | Hours | Rate | Amount |
|---|---|---|---|
| **PROJECT PROFESSIONAL-GRADE 4** | | | |
| Isabelle A Rawlings | 22.50 | 142.070 | 3,196.59 |
| Pradnya S. Khimsara | 73.50 | 142.070 | 10,442.16 |
| **Total PROJECT PROFESSIONAL-GRADE 4** | 96.00 | | 13,638.75 |
| **SENIOR CONSULTANT-GRADE 8** | | | |
| Gillian N. Gregory | 7.00 | 256.150 | 1,793.06 |
| **SENIOR PROFESSIONAL-GRADE 5** | | | |
| Gillian M. Williams | 8.75 | 158.980 | 1,391.08 |
| **TECHNICIAN** | | | |
| Brenda D. Pinkham | 12.00 | 95.840 | 1,150.08 |
| **WORD PROCESSOR** | | | |
| Manuela C. Reyna | 0.50 | 95.840 | 47.92 |
| Hilary Trott | 10.00 | 95.840 | 958.40 |
| **Total WORD PROCESSOR** | 10.50 | | 1,006.32 |
| **Total Rate Labor** | | | **18,979.29** |
| **Total Bill Task: 4 - STID Updates** | | | **18,979.29** |

**5 - Part 12D Safety Inspection Reports**
**Rate Labor**

| Class / Employee | Hours | Rate | Amount |
|---|---|---|---|
| **PROJECT PROFESSIONAL-GRADE 4** | | | |
| Isabelle A Rawlings | 4.50 | 142.070 | 639.32 |
| **SENIOR CONSULTANT-GRADE 8** | | | |
| William A. Rettberg | 6.00 | 256.150 | 1,536.92 |
| Gillian N. Gregory | 5.25 | 256.150 | 1,344.80 |
| **Total SENIOR CONSULTANT-GRADE 8** | 11.25 | | 2,881.72 |
| **SENIOR PROFESSIONAL-GRADE 5** | | | |
| Cory A. Miyamoto | 8.00 | 158.980 | 1,271.84 |
| Gillian M. Williams | 0.25 | 158.980 | 39.75 |
| **Total SENIOR PROFESSIONAL-GRADE 5** | 8.25 | | 1,311.59 |
| **WORD PROCESSOR** | | | |
| Manuela C. Reyna | 12.00 | 95.840 | 1,150.08 |
| **Total Rate Labor** | | | **5,982.71** |

**Expenses**

| Account / Vendor | Cost | Multiplier | Amount |
|---|---|---|---|
| **Materials & Rentals** | | | |
| UPS - PA | 99.97 | 1.0700 | 106.97 |
| **Total Expenses** | | | **106.97** |
| **Total Bill Task: 5 - Part 12D Safety Inspection Reports** | | | **6,089.68** |

Case: 19-30088   Doc# 1744-1   Filed: 04/29/19   Entered: 04/29/19 13:43:30   Page 23 of 46

Total Project: 1801011 - PG&E 2018 FERC Part 12D Inspections                        25,197.05

Case: 19-30088    Doc# 1744-1    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 24
of 46





**PLEASE REMIT TO:**
**PO Box 843005**
**Boston, MA 02284-3005**

**Attention:** ACCOUNTS PAYABLE
**PACIFIC GAS & ELECTRIC COMPANY**
**ACCOUNTS PAYABLE**
**PO BOX 7760**
**SAN FRANCISCO, CA 94120-7760**
**United States**

**Invoice :** 3049289
**Invoice Date :** 2/15/2019
**Project :** 1801011
**Project Name :** PG&E 2018 FERC Part 12D
Inspections

---

**For Professional Services Rendered For 12/30/2018 Through 1/29/2019**

**Your Project :** PO# 2700076080
**Your Project Name :** CWA No. C5723

**Contract :** PG&E
**Contract Name :** 4400006370

UPLOAD TO: https://login.taulia.com/login/
E-MAIL COPY TO: Eng Sew Aw at e1a7@pge.com
CC: mreyna@geiconsultants.com

SEE PROGRESS REPORT FOR DESCRIPTION OF SERVICES

**1801011 - PG&E 2018 FERC Part 12D
Inspections**

| | | Billings | | |
|---|---|---|---|---|
| | | **To Date** | **Previous** | **Current** |
| 1 - 2018 Part12D Dam Safety Inspections | | 249,891.71 | 244,650.45 | 5,241.26 |
| *Rate Labor* | 5,241.26 | | | |

| | |
|---|---|
| **Current Billings** | 5,241.26 |
| **Amount Due This Bill** | 5,241.26 |

| | |
|---|---|
| **Total Fee :** | 279,337.00 |
| **To Date Billings :** | 249,891.71 |
| **Total Remaining :** | 29,445.29 |

**William A. Rettberg**

| **Outstanding Receivables** | Invoice Number | Date | Amount | Balance Due |
|---|---|---|---|---|
| | 3046058 | 12/13/2018 | 25,197.05 | 25,197.05 |
| | | | | 25,197.05 |

**4 - STID Updates**

**Rate Labor**

| Class / Employee | Hours | Rate | Amount |
|---|---|---|---|
| **PROJECT PROFESSIONAL-GRADE 4** | | | |
| Isabelle A Rawlings | 11.00 | 142.070 | 1,562.77 |
| **SENIOR CONSULTANT-GRADE 8** | | | |
| William A. Rettberg | 0.50 | 256.150 | 128.08 |
| Gillian N. Gregory | 7.50 | 256.150 | 1,921.13 |
| **Total SENIOR CONSULTANT-GRADE 8** | 8.00 | | 2,049.21 |
| **WORD PROCESSOR** | | | |
| Manuela C. Reyna | 17.00 | 95.840 | 1,629.28 |
| *Total Rate Labor* | | | *5,241.26* |
| **Total Bill Task: 4 - STID Updates** | | | **5,241.26** |

     **Total Project:  1801011 - PG&E 2018 FERC Part 12D Inspections**      **5,241.26**

Case: 19-30088    Doc# 1744-1    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 27 of 46





**Attention:** ACCOUNTS PAYABLE
**PACIFIC GAS & ELECTRIC COMPANY**
**ACCOUNTS PAYABLE**
**PO BOX 7760**
**SAN FRANCISCO, CA 94120-7760**
**United States**

**Invoice :** 3047088
**Invoice Date :** 1/8/2019
**Project :** 1803729
**Project Name :** PG&E-SALT SPRINGS-TIGER CREEK
TL TOWER REPLACEMENT

**For Professional Services Rendered For 12/2/2018 Through 12/29/2018**

**Your Project :** PO 2700019969

**Contract :** PG&E
**Contract Name :** 4400006370

CC: Ets&pscontractinvoicing@pge.com; mreyna@geiconsultants.com

| | Fee | % Complete | Billings To Date | Billings Previous | Billings Current |
|---|---|---|---|---|---|
| 1.1 - DRILLING SUBCONTRACTOR | 28,355.00 | 100.000 | 28,355.00 | 28,355.00 | 0.00 |
| 1.2 - LAB TESTING (11 BORINGS) | 4,119.50 | 100.000 | 4,119.50 | 4,119.50 | 0.00 |
| 1.3 - MISCELLANEOUS COSTS | 700.00 | 100.000 | 700.00 | 700.00 | 0.00 |
| 1.4 - GEOPHYSICAL SURVEY | 14,900.00 | 100.000 | 14,900.00 | 14,900.00 | 0.00 |

**2 - TIME & EXPENSES**

| | Billings To Date | Billings Previous | Billings Current |
|---|---|---|---|
| 2.1 - DRILLING PREP | 10,778.16 | 10,778.16 | 0.00 |
| 2.2 - BORINGS | 8,552.60 | 8,552.60 | 0.00 |
| 2.3 - LABORATORY TESTING | 1,517.01 | 1,517.01 | 0.00 |
| 2.4 - REPORT | 28,290.72 | 4,996.39 | 23,294.33 |
| *Rate Labor* 23,294.33 | | | |
| 2.5 - PROJECT MANAGEMENT | 217.30 | 217.30 | 0.00 |
| 2.6 - REIMBURSABLE EXPENSES | 1,687.32 | 1,687.32 | 0.00 |

Case: 19-30088    Doc# 1744-1    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 28
of 46

|  |  |
|---|---|
| **Current Billings** | 23,294.33 |
| **Amount Due This Bill** | 23,294.33 |

| | |
|---|---|
| **Total Fee :** | 104,649.94 |
| **To Date Billings :** | 99,117.61 |
| **Total Remaining :** | 5,532.33 |

**Todd A Crampton**

| **Outstanding Receivables** | Invoice Number | Date | Amount | Balance Due |
|---|---|---|---|---|
| | 3046252 | 12/17/2018 | 24,904.28 | 24,904.28 |
| | | | | 24,904.28 |

**GEI Consultants, Inc. | 400 Unicorn Park Drive | Woburn, MA 01801-3341 | United States**
**Phone: 781-721-4000 | Website: geiconsultants.com**
Case: 19-30088   Doc# 1744-1   Filed: 04/29/19   Entered: 04/29/19 13:43:30   Page 29 of 46

**2.4 - REPORT**

**Rate Labor**

| Class / Employee | Hours | Rate | Amount |
|---|---|---|---|
| **PROJECT PROFESSIONAL-GRADE 4** | | | |
| Elliott D Ticen | 104.50 | 135.300 | 14,138.85 |
| Hugo A. Velasquez | 6.00 | 135.300 | 811.80 |
| **Total PROJECT PROFESSIONAL-GRADE 4** | 110.50 | | 14,950.65 |
| **SENIOR PROFESSIONAL-GRADE 6** | | | |
| Annmarie Behan | 36.00 | 183.480 | 6,605.28 |
| **SENIOR PROFESSIONAL-GRADE 7** | | | |
| Todd A Crampton | 8.00 | 217.300 | 1,738.40 |
| *Total Rate Labor* | | | *23,294.33* |
| **Total Bill Task: 2.4 - REPORT** | | | **23,294.33** |

**Total Project: 1803729 - PG&E-SALT SPRINGS-TIGER CREEK TL TOWER REPLACEMENT**   **23,294.33**

Case: 19-30088   Doc# 1744-1   Filed: 04/29/19   Entered: 04/29/19 13:43:30   Page 30 of 46



PLEASE REMIT TO:
PO Box 843005
Boston, MA 02284-3005

**Attention:** ACCOUNTS PAYABLE
**PACIFIC GAS & ELECTRIC COMPANY**
**ACCOUNTS PAYABLE**
**PO BOX 7760**
**SAN FRANCISCO, CA 94120-7760**
**United States**

**Invoice :** 3046252
**Invoice Date :** 1/8/2019
**Project :** 1803729
**Project Name :** PG&E-SALT SPRINGS-TIGER CREEK
TL TOWER REPLACEMENT

**For Professional Services Rendered For 10/28/2018 Through 12/1/2018**

**Your Project :** PO 2700019969

**Contract :** PG&E
**Contract Name :** 4400006370

CC: Ets&pscontractinvoicing@pge.com; mreyna@geiconsultants.com

**1 - LUMP SUM**

SERVICES FOR THE PERIOD INCLUDE: PREPARATION OF
GEOTECHNICAL REPORT.

|  | Fee | % Complete | To Date | Previous | Current |
|---|---|---|---|---|---|
|  |  |  | **Billings** | | |
| 1.1 - DRILLING SUBCONTRACTOR | 28,355.00 | 100.000 | 28,355.00 | 28,355.00 | 0.00 |
| 1.2 - LAB TESTING (11 BORINGS) | 4,119.50 | 100.000 | 4,119.50 | 0.00 | 4,119.50 |
| 1.3 - MISCELLANEOUS COSTS | 700.00 | 100.000 | 700.00 | 700.00 | 0.00 |
| 1.4 - GEOPHYSICAL SURVEY | 14,900.00 | 100.000 | 14,900.00 | 0.00 | 14,900.00 |

**2 - TIME & EXPENSES**

|  |  | To Date | Previous | Current |
|---|---|---|---|---|
|  |  | **Billings** | | |
| 2.1 - DRILLING PREP |  | 10,778.16 | 10,778.16 | 0.00 |
| 2.2 - BORINGS |  | 8,552.60 | 8,552.60 | 0.00 |
| 2.3 - LABORATORY TESTING |  | 1,517.01 | 0.00 | 1,517.01 |
| *Rate Labor* | 1,517.01 |  |  |  |
| 2.4 - REPORT |  | 28,290.72 | 23,958.53 | 4,332.19 |
| *Rate Labor* | 4,332.19 |  |  |  |
| 2.5 - PROJECT MANAGEMENT |  | 217.30 | 217.30 | 0.00 |
| 2.6 - REIMBURSABLE EXPENSES |  | 1,651.74 | 1,651.74 | 0.00 |

Case: 19-30088    Doc# 1744-1    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 31
of 46

| | |
|---|---|
| **Current Billings** | 24,868.70 |
| **Amount Due This Bill** | 24,868.70 |

| | |
|---|---|
| **Total Fee :** | 104,649.94 |
| **To Date Billings :** | 99,082.03 |
| **Total Remaining :** | 5,567.91 |

**Todd A Crampton**

| **Outstanding Receivables** | Invoice Number | Date | Amount | Balance Due |
|---|---|---|---|---|
| | 3047088 | 1/8/2019 | 23,294.33 | 23,294.33 |
| | | | | 23,294.33 |

### 2.3 - LABORATORY TESTING

**Rate Labor**

| Class / Employee | Hours | Rate | Amount |
|---|---|---|---|
| **PROJECT PROFESSIONAL-GRADE 4** | | | |
| Elliott D Ticen | 8.50 | 135.300 | 1,150.05 |
| **SENIOR PROFESSIONAL-GRADE 6** | | | |
| Annmarie Behan | 2.00 | 183.480 | 366.96 |
| *Total Rate Labor* | | | *1,517.01* |
| **Total Bill Task: 2.3 - LABORATORY TESTING** | | | **1,517.01** |

### 2.4 - REPORT

**Rate Labor**

| Class / Employee | Hours | Rate | Amount |
|---|---|---|---|
| **PROJECT PROFESSIONAL-GRADE 4** | | | |
| Elliott D Ticen | 26.00 | 135.300 | 3,517.80 |
| **SENIOR PROFESSIONAL-GRADE 5** | | | |
| Sixto F Fernandez Valdez | 0.50 | 160.930 | 80.47 |
| **SENIOR PROFESSIONAL-GRADE 6** | | | |
| Christopher G Slack | 4.00 | 183.480 | 733.92 |
| *Total Rate Labor* | | | *4,332.19* |
| **Total Bill Task: 2.4 - REPORT** | | | **4,332.19** |

**Total Project: 1803729 - PG&E-SALT SPRINGS-TIGER CREEK TL TOWER REPLACEMENT**    **5,849.20**

Case: 19-30088   Doc# 1744-1   Filed: 04/29/19   Entered: 04/29/19 13:43:30   Page 33 of 46



**GEI** Consultants

**PLEASE REMIT TO:**
**PO Box 843005**
**Boston, MA  02284-3005**

**Attention:** ACCOUNTS PAYABLE
**PACIFIC GAS & ELECTRIC COMPANY**
**ACCOUNTS PAYABLE**
**PO BOX 7760**
**SAN FRANCISCO, CA 94120-7760**
**United States**

**Invoice :** 3047182
**Invoice Date :** 1/9/2019
**Project :** 1800694
**Project Name :** PG&E 2018 DSOD HIGH HAZARD
INUNDATION MAPPING
**Bill Term :** 1

**For Professional Services Rendered For 12/2/2018 Through 12/29/2018**

**Your Project :**  PO 2700070537

**Contract :**  PG&E
**Contract Name :**  4400006370

Order #8093568-CWA No. C5455
Email to:Andrew.Fisher@pge.com
and Johnny.Chan@pge.com

**1800694 - PG&E 2018 DSOD HIGH
HAZARD INUNDATION MAPPING**

| | | Billings | | |
|---|---|---|---|---|
| | | **To Date** | **Previous** | **Current** |
| 1 - PG&E 2018 DSOD HIGH HAZARD INUNDATION MAPPING | | 724,111.72 | 677,553.65 | 46,558.07 |
| *Rate Labor* | 42,708.90 | | | |
| *Expenses* | 508.37 | | | |
| *Unit Rate Expense* | 3,340.80 | | | |
| *Total Expense* | 3,849.17 | | | |

| | |
|---|---|
| **Current Billings** | 46,558.07 |
| **Amount Due This Bill** | 46,558.07 |

| | |
|---|---|
| **Total Fee :** | 872,300.00 |
| **To Date Billings :** | 724,111.72 |
| **Total Remaining :** | 148,188.28 |

**Elizabeth C. Robinson**

GEI Consultants, Inc. | 400 Unicorn Park Drive | Woburn, MA 01801-3341 | United States
Phone: 781-721-4000 | Website:  geiconsultants.com

| **Outstanding Receivables** | Invoice Number | Date | Amount | Balance Due |
|---|---|---|---|---|
| | 3045692 | 12/10/2018 | 81,609.87 | 81,609.87 |
| | | | | 81,609.87 |

**1 - PROFESSIONAL SERVICES & EXPENSES**

**Rate Labor**

*Class / Employee*

| | Hours | | Rate | Amount |
|---|---|---|---|---|
| **PROJECT PROFESSIONAL-GRADE 3** | | | | |
| Alexander G Gray | 13.50 | | 128.080 | 1,729.08 |
| **PROJECT PROFESSIONAL-GRADE 4** | | | | |
| Everett Hall | 43.50 | | 142.070 | 6,180.05 |
| **SENIOR CONSULTANT-GRADE 8** | | | | |
| William A. Rettberg | 10.50 | | 256.150 | 2,689.58 |
| **SENIOR PROFESSIONAL-GRADE 7** | | | | |
| Elizabeth C. Robinson | 94.00 | | 228.170 | 21,447.99 |
| **TECHNICIAN** | | | | |
| Dacota F Griffin | 3.25 | | 95.840 | 311.48 |
| Brenda D. Pinkham | 108.00 | | 95.840 | 10,350.72 |
| **Total TECHNICIAN** | 111.25 | | | 10,662.20 |
| | **Total Rate Labor** | | | **42,708.90** |

**Expenses**

*Account / Vendor*

| | | Cost | Multiplier | Amount |
|---|---|---|---|---|
| **Materials & Rentals** | | | | |
| Elizabeth C. Robinson | | 9.24 | 1.0700 | 9.89 |
| UPS - PA | | 465.87 | 1.0700 | 498.48 |
| **Total Materials & Rentals** | | 475.11 | | 508.37 |
| **Total Expenses** | | | | **508.37** |

**Unit Rate Expenses**

*Account / Unit*

| | Quantity | | Rate | Amount |
|---|---|---|---|---|
| **Materials & Rentals** | | | | |
| MISCELANEOUS COPY (S) | 3,340.80 | | 1.000 | 3,340.80 |
| **Total Materials & Rentals** | | | | 3,340.80 |
| | **Total Unit Rate Expenses** | | | **3,340.80** |
| **Total Bill Task: 1 - PROFESSIONAL SERVICES & EXPENSES** | | | | 46,558.07 |

**Total Project: 1800694 - PG&E 2018 DSOD HIGH HAZARD INUNDATION MAPPING**            46,558.07

Case: 19-30088    Doc# 1744-1    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 36 of 46


GEI Consultants

**PLEASE REMIT TO:**
**PO Box 843005**
**Boston, MA 02284-3005**

**Attention:** ACCOUNTS PAYABLE
**PACIFIC GAS & ELECTRIC COMPANY**
**ACCOUNTS PAYABLE**
**PO BOX 7760**
**SAN FRANCISCO, CA 94120-7760**
**United States**

**Invoice :** 3048493
**Invoice Date :** 2/5/2019
**Project :** 1800694
**Project Name :** PG&E 2018 DSOD HIGH HAZARD
INUNDATION MAPPING
**Bill Term :** 1

**For Professional Services Rendered For 12/30/2018 Through 1/26/2019**

**Your Project :** PO 2700070537

**Contract :** PG&E
**Contract Name :** 4400006370

Order #8093568-CWA No. C5455
Email to:Andrew.Fisher@pge.com
and Johnny.Chan@pge.com

**1800694 - PG&E 2018 DSOD HIGH
HAZARD INUNDATION MAPPING**

|  | | Billings | | |
|---|---|---|---|---|
|  | | **To Date** | **Previous** | **Current** |
| 1 - PG&E 2018 DSOD HIGH HAZARD INUNDATION MAPPING | | 750,021.20 | 724,111.72 | 25,909.48 |
| *Rate Labor* | 25,855.84 | | | |
| *Expenses* | 53.64 | | | |

| | |
|---|---|
| **Current Billings** | 25,909.48 |
| **Amount Due This Bill** | 25,909.48 |

| | |
|---|---|
| **Total Fee :** | 872,300.00 |
| **To Date Billings :** | 750,021.20 |
| **Total Remaining :** | 122,278.80 |

**Elizabeth C. Robinson**

| **Outstanding Receivables** | Invoice Number | Date | Amount | Balance Due |
|---|---|---|---|---|
| | 3047182 | 1/9/2019 | 46,558.07 | 46,558.07 |
| | | | | 46,558.07 |

GEI Consultants, Inc. | 400 Unicorn Park Drive | Woburn, MA 01801-3341 | United States
Phone: 781-721-4000 | Website: geiconsultants.com

Case: 19-30088    Doc# 1744-1    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 38
of 46

## 1 - PROFESSIONAL SERVICES & EXPENSES

**Rate Labor**

| Class / Employee | Hours | Rate | Amount |
|---|---|---|---|
| **PROJECT PROFESSIONAL-GRADE 3** | | | |
| Alexander G Gray | 78.50 | 128.080 | 10,054.28 |
| **PROJECT PROFESSIONAL-GRADE 4** | | | |
| Everett Hall | 19.50 | 142.070 | 2,770.38 |
| **SENIOR PROFESSIONAL-GRADE 7** | | | |
| Elizabeth C. Robinson | 38.00 | 228.170 | 8,670.46 |
| **TECHNICIAN** | | | |
| Dacota F Griffin | 1.00 | 95.840 | 95.84 |
| Brenda D. Pinkham | 44.50 | 95.840 | 4,264.88 |
| **Total TECHNICIAN** | 45.50 | | 4,360.72 |

| | | Total Rate Labor | | | 25,855.84 |
|---|---|---|---|---|---|

**Expenses**

| Account / Vendor | | Cost | Multiplier | Amount |
|---|---|---|---|---|
| **Materials & Rentals** | | | | |
| UPS - PA | | 50.13 | 1.0700 | 53.64 |

| | Total Expenses | | | 53.64 |
|---|---|---|---|---|

| **Total Bill Task: 1 - PROFESSIONAL SERVICES & EXPENSES** | **25,909.48** |
|---|---|

**Total Project:** 1800694 - PG&E 2018 DSOD HIGH HAZARD INUNDATION MAPPING     **25,909.48**

Case: 19-30088   Doc# 1744-1   Filed: 04/29/19   Entered: 04/29/19 13:43:30   Page 39 of 46



**PLEASE REMIT TO:**
**PO Box 843005**
**Boston, MA  02284-3005**

**Attention:** ACCOUNTS PAYABLE
**PACIFIC GAS & ELECTRIC COMPANY**
**ACCOUNTS PAYABLE**
**PO BOX 7760**
**SAN FRANCISCO, CA 94120-7760**
**United States**

| | |
|---|---|
| **Invoice :** | 3047078 |
| **Invoice Date :** | 1/7/2019 |
| **Project :** | 1801012 |
| **Project Name :** | PG&E BOC Services |

---

**For Professional Services Rendered Through 12/29/2018**

**Your Project :** PO# 2700076583
**Your Project Name :** CWA No. C5963

**Contract :** PG&E
**Contract Name :** 4400006370

UPLOAD TO: https://login.taulia.com/login/
EMAIL COPY TO: Eng Sew Aw at e1a7@pge.com
CC: mreyna@geiconsultants.com

| | | **Billings** | | |
|---|---|---|---|---|
| | | **To Date** | **Previous** | **Current** |
| **1801012 - PG&E BOC Services** | | | | |
| Site visit, meeting and report at 90% augmentation. Preparation, meeting and report 95% design. | | | | |
| 1 - Lake Fordyce Dam-Board of Consultants | | 107,522.75 | 100,423.64 | 7,099.11 |
| *Rate Labor* | 6,884.96 | | | |
| *Expenses* | 214.15 | | | |

| | |
|---|---|
| **Current Billings** | 7,099.11 |
| **Amount Due This Bill** | 7,099.11 |

| | |
|---|---|
| **Total Fee :** | 115,056.00 |
| **To Date Billings :** | 107,522.75 |
| **Total Remaining :** | 7,533.25 |

**Stephen W. Verigin**

GEI Consultants, Inc. | 400 Unicorn Park Drive | Woburn, MA 01801-3341 | United States
Phone: 781-721-4000 | Website: geiconsultants.com

Case: 19-30088    Doc# 1744-1    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 40 of 46

| | Invoice Number | Date | Amount | Balance Due |
|---|---|---|---|---|
| **Outstanding Receivables** | 3045671 | 12/7/2018 | 3,153.50 | 3,153.50 |
| | | | | 3,153.50 |

GEI Consultants, Inc. | 400 Unicorn Park Drive | Woburn, MA 01801-3341 | United States
Phone: 781-721-4000 | Website: geiconsultants.com

Case: 19-30088    Doc# 1744-1    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 41 of 46

**1 - Lake Fordyce BOC Services**

**Rate Labor**

| Class / Employee | Hours | Rate | Amount |
|---|---|---|---|
| **SENIOR CONSULTANT-GRADE 9** | | | |
| Stephen W. Verigin | 20.00 | 315.350 | 6,307.00 |
| **SENIOR PROFESSIONAL-GRADE 6** | | | |
| Elizabeth J. Lewis | 3.00 | 192.650 | 577.96 |
| *Total Rate Labor* | | | *6,884.96* |

**Expenses**

| Account / Vendor | | Cost | Multiplier | Amount |
|---|---|---|---|---|
| **Meals** | | | | |
| Stephen W. Verigin | | 24.73 | 1.0700 | 26.46 |
| **Travel** | | | | |
| Stephen W. Verigin | | 175.41 | 1.0700 | 187.69 |
| *Total Expenses* | | | | *214.15* |
| **Total Bill Task: 1 - Lake Fordyce BOC Services** | | | | **7,099.11** |

**Total Project: 1801012 - PG&E BOC Services**  **7,099.11**

Case: 19-30088    Doc# 1744-1    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 42 of 46



**Attention:** ACCOUNTS PAYABLE
**PACIFIC GAS & ELECTRIC COMPANY**
**ACCOUNTS PAYABLE**
**PO BOX 7760**
**SAN FRANCISCO, CA 94120-7760**
**United States**

**Invoice :** 3047236
**Invoice Date :** 1/10/2019
**Project :** 1803031
**Project Name :** PG&E Stanislaus FB PFMA

---

**For Professional Services Rendered For 12/2/2018 Through 12/29/2018**

**Your Project :**  PO 2700139589

**Contract :** PG&E
**Contract Name :** 4400006370

Email Invoice to: Jared Forbe j6fy@pge.com
cc: Nellie Reyna nreyna@geiconsultants.com

| | | **Current Billings** |
|---|---|---|
| **1803031 - PG&E Stanislaus FB PFMA** | | |
| Shipment of Final PFMA Reports to PG&E | | |
| 1 - Stanislaus Forebay LLO Mitigation | | 27.40 |
| *Expenses* | 27.40 | |

| | |
|---|---|
| **Current Billings** | 27.40 |
| **Amount Due This Bill** | 27.40 |

| | |
|---|---|
| **Total Fee :** | 22,392.00 |
| **To Date Billings :** | 19,151.01 |
| **Total Remaining :** | 3,240.99 |

**Isabelle A Rawlings**

| Outstanding Receivables | Invoice Number | Date | Amount | Balance Due |
|---|---|---|---|---|
| | 3045684 | 12/10/2018 | 2,142.93 | 2,142.93 |
| | | | | 2,142.93 |

Case: 19-30088    Doc# 1744-1    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 43
of 46

**3 - PFMA Report Preparation**

**Expenses**

*Account / Vendor* | *Cost* | *Multiplier* | *Amount*
--- | --- | --- | ---
**Materials & Rentals** | | |
UPS - PA | 25.61 | 1.0700 | 27.40
***Total Expenses*** | | | **27.40**
**Total Bill Task: 3 - PFMA Report Preparation** | | | **27.40**

**Total Project:  1803031 – PG&E Stanislaus FB PFMA** | | | **27.40**

Case: 19-30088    Doc# 1744-1    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 44 of 46



**PLEASE REMIT TO:**
**PO Box 843005**
**Boston, MA 02284-3005**

**Attention:** ACCOUNTS PAYABLE
**PACIFIC GAS & ELECTRIC COMPANY**
**ACCOUNTS PAYABLE**
**PO BOX 7760**
**SAN FRANCISCO, CA 94120-7760**
**United States**

**Invoice :** 3048581
**Invoice Date :** 2/6/2019
**Project :** 1900041
**Project Name :** PG&E Engineering Services

**For Professional Services Rendered For 12/30/2018 Through 1/29/2019**

**Your Project :**  PO 2700210553

**Contract :**  C11056
**Contract Name :**  PG&E Master Sevice Agreement

CWA No. C12846

Email Invoice Copy: engsew.aw@pge.com; j9c1@pge.com
CC: nreyna@geiconsultants.com

Static Description: Engineering Services for Dam Safety Program

|  |  | Current Billings |
| --- | --- | --- |
| **1900041 - PG&E Engineering Services** |  |  |
| 1 - Drum Req FSP Support |  | 18,493.74 |
| *Rate Labor* | 18,493.74 |  |
|  | **Current Billings** | 18,493.74 |
|  | **Amount Due This Bill** | 18,493.74 |

| **Total Fee :** | 152,785.00 |
| --- | --- |
| **To Date Billings :** | 18,493.74 |
| **Total Remaining :** | 134,291.26 |

Isabelle A Rawlings

GEI Consultants, Inc. | 400 Unicorn Park Drive | Woburn, MA 01801-3341 | United States
Phone: 781-721-4000 | Website: geiconsultants.com

**1 - Engineering Services**

**Rate Labor**

| Class / Employee | Hours | Rate | Amount |
|---|---|---|---|
| **PROJECT PROFESSIONAL-GRADE 4** | | | |
| Jessica I Mason | 127.00 | 145.620 | 18,493.74 |
| *Total Rate Labor* | | | *18,493.74* |
| **Total Bill Task: 1 - Engineering Services** | | | **18,493.74** |

**Total Project: 1900041 - PG&E Engineering Services**      **18,493.74**