# EXHIBIT B3

 **Pacific Gas and Electric Company**  *NERC Alert Project – Discrepancy Site Evaluation Form*

**Date:** October 31, 2016

**To:** Jamie Dean, PG&E
Gene Wyckoff, Burns & McDonnell

**PM#:** **74000671**

**From:** Laith Bander (Arcadis Lower North Valley Area Lead)

**Subject:** PG&E NERC Program – **Salt Springs-Tiger Creek 115kV Transmission Line –** Amador and Calaveras Counties –*Discrepancy Site Evaluation Form*

This Discrepancy Site Evaluation Form (Desktop Review) documents environmental information, impact analysis, and avoidance and minimization measure (AMM) recommendations for the planned NERC Program repairs on the **Salt Springs-Tiger Creek 115kV** transmission line circuit. NERC Program repairs have the following schedule:

### NERC Program Repair Schedule, Salt Springs-Tiger Creek 115kV

| Site Visit | Geotech Investigation | 60% Scope | RTC | Construction Start | Construction Start |
|---|---|---|---|---|---|
| 07/21/2016 07/22/2016 | 04/01/2017 | 09/01/2017 | 08/11/2017 | 09/01/2017 | 10/31/2017 |

In the preparation of this Desktop Review, individual repair actions, repair structure locations, access routes, and staging areas were evaluated. Sources reviewed include PG&E's MapGuide, video files, and Arcadis project files and GIS databases (e.g., CPAD, CNDDB, NWI/NHD, Envirostor, etc.). Key Issues identified are summarized below, followed by a review of individual repair sites and resource maps of the vicinity of repair structures.

### Key Land and Environment Issues Summary

#### Project Scope
**Geotechnical Investigation, Structures 0/3, 0/4A, 4/36, 4/41, 5/49, 6/58, 7/62, 9/74, 9/76, 9/77, 11/89, 13/103, 13/104, 13/105, 14/107, 14/108, 14/110, 14/112**
- Geotechnical soil borings are required to support engineering design and development of the final project scope. A separate Environmental Release to Construction document will be required prior to initiating the soil boring program.

#### Notice of Construction
- Due to conductor replacement, this project will require the filing of a Notice of Construction. A 60% scope is required to initiate the NOC.

#### Identify/Evaluate Landing Zone, Structures 10/87, 10/88, 11/89, 11/90, 11/91
- Helicopter access required. Identify and evaluate helicopter landing zone.

Case: 19-30088    Doc# 1744-4    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 2 of 49

## Land Rights Review, Structure 0/4A

- PG&E holds an existing easement (LD# 2108-16-0154) that grants PG&E the rights to improve, reconstruct and replace any structures with any other number or type of structures within the mapped easement. Coordinate with PG&E Land Rights Specialists to confirm that the existing easement permits the installation of a new interset TSP, or if new land rights are required.

## FERC License Coordination, Mokelumne River Project No. 137, Structures 5/45, 9/74 and Landing Zones #1, #4

- A transmission line easement was obtained by PG&E on September 8, 2011 which separated the Salt Springs-Tiger Creek 115kV transmission line out of the FERC license for the Mokelumne River Project No. 137.
- Landing Zones #1 and #4 and Structures 5/45 and 9/74 occur within overlapping portions of the FERC License Area not associated with the transmission line. Coordinate NERC repairs with FERC Project No. 137 License Coordinator Jennifer Skobrak (415-654-3955 or JF1D@pge.com) to determine applicable license conditions, expected to include the following AMMs:
  - Work outside peak recreation season;
  - Observe PALs and other wildfire AMMs;
  - Implement AMMs from Historic Properties Management Plan
  - Observe raptor LOPs;
  - Pre-construction nesting bird surveys;
  - Noxious weed AMMs;

## USFS Eldorado NF Notification, Structures Term 1, 0/1, 0/1A, 0/2, 0/3, 0/4, 4/35, 4/36, 4/37, 4/38, 4/39, 4/40, 4/41, 4/42, 4/43, 4/44, 5/45, 5/46, 5/47, 5/48, 5/49, 5/50, 6/51, 6/52, 6/53, 6/54, 6/55, 6/56, 6/57, 6/58, 7/59, 7/60, 7/61, 7/62, 7/63, 7/64, 7/65, 8/66, 8/67, 8/68, 8/69, 8/70, 8/71, 9/72, 11/91, 15/114, 15/115, and Pull Sites #1, #2 and Landing Zones #1, #2

- Structures are located within the Stanislaus NF. Notify the Stanislaus that NERC repairs are covered as Class II actions under the OMP, and no discretionary review is required. Implement AMMs from the OMP:
  - Observe LOPs within 0.25 mile of raptor nests and PACs;
  - Wash vehicles and implement other AMMs to reduce spread of noxious weeds;
  - Utilize certified weed free gravel or straw.
  - Identify rare plant and noxious weed populations to avoid;
  - Observe PALs and other AMMs for wildfire safety, May 1-October 15.

## USFS Stanislaus NF Notification, Structures 0/4A, 0/5

- Structures are located within the Stanislaus NF. Notify the Stanislaus that NERC repairs are covered as Class II actions under the OMP, and no discretionary review is required. Implement AMMs from the OMP:
  - Observe LOPs within 0.25 mile of raptor nests and PACs;
  - Wash vehicles and implement other AMMs to reduce spread of noxious weeds;
  - Utilize certified weed free gravel or straw.
  - Identify rare plant and noxious weed populations to avoid;
  - Observe PALs and other AMMs for wildfire safety, May 1-October 15.

Case: 19-30088    Doc# 1744-4    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 3 of 49

**United States Bureau of Land Management (BLM) Notification, Structures 16/122, 16/123, 16/124 and Pull Site #6**
- Structures are located on property owned by the United States Bureau of Land Management. Notify the BLM prior to repairs.

<u>Hazardous Materials</u>
**Concrete Asbestos Containing Materials (ACM) Testing, Structures 0/2, 0/3, 0/4, 4/36, 4/41, 5/45, 5/49, 6/52, 6/55, 6/58, 7/62, 7/65, 8/66, 8/69, 8/70, 9/74, 9/76, 9/77, 11/89, 13/103, 13/104, 13/105, 14/107, 14/108, 14/110, 14/112**
- Prior to initiating any repair activity on the existing tower, concrete foundations must be sampled and analyzed for asbestos containing materials. Additional AMMs may be required based on the laboratory results.

<u>Cultural Resources</u>
**Cultural Resources Tailboard**
- Prior to initiating any repair activity, including access and site preparation, a cultural resources specialist will conduct a cultural resources tailboard detailing awareness and response procedures, and provide work crews with PG&E's brochure *Cultural Resources: Awareness and Response*.

**Establish Cultural Resources ESAs and Monitoring, Structures 4/42, 4/43, 7/62, 7/65, 8/66, Landing Zone #4 and Pull Site #2.**
- Establishment of an Environmentally Sensitive Area (ESA) for work at Structures 4/42, 4/43, 7/62 and access route, 7/65 and access route and Pull Site #2, 8/66 and access route, Landing Zone #4 and access route.
- Cultural resources monitoring is recommended during work at Structures 4/42, 4/43, 7/62 and access route, 7/65 and access route and Pull Site #2.

<u>Biological Resources</u>
**Pre-Construction Nesting Bird and Raptor Survey, All Structures and Locations except TERM1**
- Conduct a pre-construction nesting bird survey if work occurs during nesting season (February 15–August 31) within 14 days prior to any work, site preparation, road improvements, and/or staging activities. The pre-construction survey shall include focused searches for raptor nests up to 0.25 miles from the repair location or out to the limits of visibility and access. If active nests are identified, Arcadis will consult with PG&E biologists to determine if construction must be delayed, work exclusion areas implemented, or if a biological monitor is required consistent with PG&E's *Avian Protection Plan*.

**Raptor Protected Activity Centers (PACs) and Limited Operating Period (LOP) Avoidance, All Structures and Locations except TERM1**
- During LOPs, establish 0.25-mile helicopter no fly zones around reported raptor nests and a 0.5-mile buffer around eagle nests, and avoid flight over PACs.
- LOPs include:
  - Great gray owl (USFS-S, SE/SSC): March 1 – August 15
  - Northern goshawk (USFS-S, SC): February 15 – September 15
  - California spotted owl (USFS-S, SSC): March 1 – August 3
  - Bald eagle (USFW-S, FP, SE): January 1 – August 3
  - Other raptors: February 15 – August 3

Case: 19-30088    Doc# 1744-4    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 4 of 49

- Ground vehicle use and other non-helicopter construction activities may be permitted during LOPs based on the type of activity, location of the nest in relation to work activities, topography, and vegetation. A biological monitor with stop work authority will be provided if work activities have potential to affect nesting activities.

**Noxious Weed AMMs, Structures 000/001 through 009/072, 011/091, 015/114, and 015/115, Landing Zones #1 and #2, and Pull Sites #1 and #2.**
- Any off-road equipment shall be cleaned or washed prior to being sent into the field and inspected to verify that the equipment is free of soil, vegetative material, or other debris that could contain seeds of invasive weeds.
- Confine all heavy equipment, vehicles, and construction activities to existing access roads, shoulders, and disturbed or designated areas.
- For erosion control and restoration – use certified weed free straw and mulch, and a native species seed mix. Contact Shannon Johnson (sxdm@pge.com, 925-719-4624) for native seed.

**Foothill Yellow-Legged Frog Surveys and Avoidance, Structures 004/035 through 004/043 and Pull Sites #1 and #2**
- Conduct a pre-construction survey for small mammal burrows or other foothill yellow-legged frog hibernation habitat within the repair area. If detected, burrows or other hibernation habitat shall be mapped or flagged in the field for avoidance.

**Western Pond Turtle Surveys and Avoidance, Structures 004/035 through 004/043 and Pull Sites #1 and #2**
- Conduct a pre-construction survey of access, staging, and repair areas for the presence of western pond turtle individuals or evidence of western pond turtle nesting (May 1– June 30) or overwintering sites (September 1–May 1). If any overwintering or migrating western pond turtle individuals are discovered, the biologist shall relocate the individual(s) to an ecologically similar location that is suitable for the life history stage and season.
- If any nesting females or nest sites are discovered during repair activities, work will be stopped at that location until PG&E can confer with a USFS biologist.

## Table 1: NERC Locations Reviewed, Salt Springs-Tiger Creek 115kV

| Structure | Work Location | Work Description/Key Issues |
|---|---|---|
| Term 1 | APN: 028-090-012-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor at the Salt Springs powerhouse. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 12.9 miles west.<br><br>Latitude: 38.497931<br>Longitude: -120.218463 | Replace dead-end insulators ahead spans only. Replace conductor on all phases between Term1 and 0/1 and 0/1 to 0/1A with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Bucket truck will access the work site from Salt Springs Reservoir Road. No new roads will be constructed.<br><br>**Key Findings:**<br>• **USFS Notification (Eldorado NF)** |
| 0/1 | APN: 028-090-012-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor just outside the Salt Springs Powerhouse. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 12.8 miles west.<br><br>Latitude: 38.49766104<br>Longitude: -120.21930425 | Install 12-foot top cage extension. Replace conductor on all phases between Term1 and 0/1 and 0/1 to 0/1A with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Re-connect wave trap on phase C. Helicopter will access the work site from Landing Zone #1. Crane will access the work site from Salt Springs Reservoir Road. No new roads will be constructed.<br><br>**Key Findings:**<br>• **USFS Notification (Eldorado NF)**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs**<br>• **Noxious Weed AMMs** |
| 0/1A | APN: 028-090-012-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor near Salt Springs Reservoir. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 12.8 miles west.<br><br>Latitude:<br>Longitude: | Replace conductor on all phases between Term1 and 0/1 and 0/1 to 0/1A with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Re-connect wave trap on phase C. Reduce tension and re-sag conductors between structure 0/1A and 0/5 per stringing drawing #091424. Bucket Truck will access the work site from Salt Springs Reservoir Road.<br><br>**Key Findings:**<br>• **USFS Notification (Eldorado NF)**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs**<br>• **Noxious Weed AMMs** |
| 0/2 | APN: 028-090-012-000<br>US Forest Service<br>Eldorado NF | Install new H-Frame suspension TSP 30' ahead stationing. Reduce tension and re-sag conductors between structure 0/1A and 0/5 per stringing |

Case: 19-30088    Doc# 1744-4    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 6 of 49

## Table 1: NERC Locations Reviewed, Salt Springs-Tiger Creek 115kV

| Structure | Work Location | Work Description/Key Issues |
|---|---|---|
|  | Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor near Salt Springs Reservoir. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 12.7 miles west.<br><br>Latitude: 38.49646966<br>Longitude: -120.22045633 | drawing #091424. Bucket truck and auger will access the work site from Salt Springs Reservoir Road. No new roads will be constructed.<br><br>**Key Findings:**<br>• **USFS Notification (Eldorado NF)**<br>• **Concrete ACM Testing**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs**<br>• **Noxious Weed AMMs** |
| 0/3 | APN: 028-130-001-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor near Salt Springs Reservoir. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 12.7 miles west.<br><br>Latitude: 38.49544626<br>Longitude: -120.22144585 | Install new H-Frame suspension TSP 15' back stationing. Reduce tension and re-sag conductors between structure 0/1A and 0/5 per stringing drawing #091424. Bucket truck and auger will access the work site from Salt Springs Reservoir Road. No new roads will be constructed.<br><br>A geotechnical boring sample will be taken at this location.<br><br>**Key Findings:**<br>• **Geotechnical Investigation**<br>• **USFS Notification (Eldorado NF)**<br>• **Concrete ACM Testing**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs**<br>• **Noxious Weed AMMs** |
| 0/4 | APN: 002-001-001-000<br>US Forest Service<br>Eldorado NF<br>Calaveras County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor near Salt Springs Reservoir. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 12.6 miles west.<br><br>Latitude: 38.494235<br>Longitude: -120.22196 | Reduce tension and re-sag conductors between structure 0/1A and 0/5 per stringing drawing #091424. Replace suspension insulators. Helicopter will access the work site from Landing Zone #1. No new roads will be constructed.<br><br>**Key Findings:**<br>• **USFS Notification (Eldorado NF)**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs**<br>• **Noxious Weed AMMs** |
| 0/4A | APN: 002-001-001-000<br>US Forest Service<br>Stanislaus NF | Install new interset H-Frame suspension TSP 300' back stationing of 0/5. Reduce tension and re-sag conductors between structure 0/1A and 0/5 per |

Case: 19-30088    Doc# 1744-4    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 7 of 49

### Table 1: NERC Locations Reviewed, Salt Springs-Tiger Creek 115kV

| Structure | Work Location | Work Description/Key Issues |
|---|---|---|
| | Calaveras County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 12.6 miles west.<br><br>Latitude: 38.49233592<br>Longitude: -120.22273349 | stringing drawing #091424. Bucket truck and auger will access the work site from Salt Springs Reservoir Road. Clear approximately 50x50-ft. vegetation within work area to facilitate equipment access and pole set.<br><br>A geotechnical boring sample will be taken at this location.<br><br>**Key Findings:**<br>• **Geotechnical Investigation**<br>• **Land Rights Review**<br>• **USFS Notification (Stanislaus NF)**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs**<br>• **Noxious Weed AMMs** |
| 0/5 | APN: 002-001-001-000<br>US Forest Service<br>Stanislaus NF<br>Calaveras County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 12.6 miles west.<br><br>Latitude: 38.491553<br>Longitude: -120.223052 | Reduce tension and re-sag conductors between structure 0/1A and 0/5 per stringing drawing #091424. Replace deadend insulators back spans only. Bucket truck will access the work site from Salt Springs Reservoir Road. No new roads will be constructed.<br><br>**Key Findings:**<br>• **USFS Notification (Stanislaus NF)**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs**<br>• **Noxious Weed AMMs** |
| 4/35 | APN: 025-070-006-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor, just north of the North Fork Mokelumne River. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 9.4 miles west.<br><br>Latitude: 38.47672485<br>Longitude: -120.28274116 | Replace conductor on all phases between 4/35 and 10/80 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Installation of required body reinforcements. Bucket truck will access the work site on an unpaved easement road from Salt Springs Reservoir Road Minor grading and vegetation removal along 1 mile of the existing overgrown access road between 4/35 and 4/43 will be required. No new roads will be constructed.<br><br>**Key Findings:**<br>• **USFS Notification (Eldorado NF)**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs**<br>• **Noxious Weed AMMs** |

Case: 19-30088   Doc# 1744-4   Filed: 04/29/19   Entered: 04/29/19 13:43:30   Page 8 of 49

## Table 1: NERC Locations Reviewed, Salt Springs-Tiger Creek 115kV

| Structure | Work Location | Work Description/Key Issues |
|---|---|---|
| | | • **Foothill Yellow-Legged Frog Surveys and Avoidance**<br>• **Western Pond Turtle Surveys and Avoidance** |
| 4/36 | APN: 025-070-006-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor, just north of the North Fork Mokelumne River. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 9.3 miles west.<br><br>Latitude: 38.47707045<br>Longitude: -120.28428588 | Install new H-Frame suspension TSP 30' ahead stationing. Replace conductor on all phases between 4/35 and 10/80 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Bucket truck and auger will access the work site on an unpaved easement road from Salt Springs Reservoir Road. Minor grading and vegetation removal along 1 mile of the existing overgrown access road between 4/35 and 4/43 will be required. No new roads will be constructed.<br><br>A geotechnical boring sample will be taken at this location.<br><br>**Key Findings:**<br>• **Geotechnical Investigation**<br>• **USFS Notification (Eldorado NF)**<br>• **Concrete ACM Testing**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs**<br>• **Noxious Weed AMMs**<br>• **Foothill Yellow-Legged Frog Surveys and Avoidance**<br>• **Western Pond Turtle Surveys and Avoidance** |
| 4/37 | APN: 025-070-006-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor, just north of the North Fork Mokelumne River. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 9.2 miles west.<br><br>Latitude: 38.477492<br>Longitude: -120.286165 | Replace conductor on all phases between 4/35 and 10/80 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Replace suspension insulators. Add 100 insulator weights per drawing #053810. Bucket truck will access the work site on an unpaved easement road from Salt Springs Reservoir Road. Minor grading and vegetation removal along 1 mile of the existing overgrown access road between 4/35 and 4/43 will be required. No new roads will be constructed.<br><br>**Key Findings:**<br>• **USFS Notification (Eldorado NF)**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs** |

Case: 19-30088    Doc# 1744-4    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 9 of 49

### Table 1: NERC Locations Reviewed, Salt Springs-Tiger Creek 115kV

| Structure | Work Location | Work Description/Key Issues |
|---|---|---|
| | | • **Noxious Weed AMMs** <br> • **Foothill Yellow-Legged Frog Surveys and Avoidance** <br> • **Western Pond Turtle Surveys and Avoidance** |
| 4/38 | APN: 025-070-006-000 <br> US Forest Service <br> Eldorado NF <br> Amador County <br><br> Located in an area of natural vegetation within a maintained transmission line corridor, just north of the North Fork Mokelumne River. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 9.1 miles west. <br><br> Latitude: 38.47782718 <br> Longitude: -120.28766226 | Replace conductor on all phases between 4/35 and 10/80 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Installation of required body reinforcements. Bucket truck will access the work site on an unpaved easement road from Salt Springs Reservoir Road. Minor grading and vegetation removal along 1 mile of the existing overgrown access road between 4/35 and 4/43 will be required. No new roads will be constructed. <br><br> **Key Findings:** <br> • **USFS Notification (Eldorado NF)** <br> • **Pre-Construction Nesting Bird and Raptor Survey** <br> • **Observe LOPs** <br> • **Noxious Weed AMMs** <br> • **Foothill Yellow-Legged Frog Surveys and Avoidance** <br> • **Western Pond Turtle Surveys and Avoidance** |
| 4/39 | APN: 025-070-006-000 <br> US Forest Service <br> Eldorado NF <br> Amador County <br><br> Located in an area of natural vegetation within a maintained transmission line corridor, just north of the North Fork Mokelumne River. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 8.9 miles west. <br><br> Latitude: 38.477833 <br> Longitude: -120.290178 | Replace conductor on all phases between 4/35 and 10/80 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Replace suspension insulators. Add 100 insulator weights per drawing #053810. Bucket truck will access the work site on an unpaved easement road from Salt Springs Reservoir Road. Minor grading and vegetation removal along 1 mile of the existing overgrown access road between 4/35 and 4/43 will be required. No new roads will be constructed. <br><br> **Key Findings:** <br> • **USFS Notification (Eldorado NF)** <br> • **Pre-Construction Nesting Bird and Raptor Survey** <br> • **Observe LOPs** <br> • **Noxious Weed AMMs** <br> • **Foothill Yellow-Legged Frog Surveys and Avoidance** <br> • **Western Pond Turtle Surveys and Avoidance** |

Case: 19-30088    Doc# 1744-4    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 10 of 49

### Table 1: NERC Locations Reviewed, Salt Springs-Tiger Creek 115kV

| Structure | Work Location | Work Description/Key Issues |
|---|---|---|
| | | |
| 4/40 | APN: 025-070-006-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor, just north of the North Fork Mokelumne River. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 8.8 miles west.<br><br>Latitude: 38.477838<br>Longitude: -120.292467 | Replace conductor on all phases between 4/35 and 10/80 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Replace suspension insulators. Add 100 insulator weights per drawing #053810. Bucket truck will access the work site on an unpaved easement road from Salt Springs Reservoir Road Minor grading and vegetation removal along 1 mile of the existing overgrown access road between 4/35 and 4/43 will be required. No new roads will be constructed.<br><br>**Key Findings:**<br>• **USFS Notification (Eldorado NF)**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs**<br>• **Noxious Weed AMMs**<br>• **Foothill Yellow-Legged Frog Surveys and Avoidance**<br>• **Western Pond Turtle Surveys and Avoidance** |
| 4/41 | APN: 025-070-006-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor, just north of the North Fork Mokelumne River. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 8.6 miles west.<br><br>Latitude: 38.47784283<br>Longitude: -120.29510343 | Install new H-Frame suspension TSP 30' back stationing. Replace conductor on all phases between 4/35 and 10/80 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Bucket truck will access the work site on an unpaved easement road from Salt Springs Reservoir Road. Minor grading and vegetation removal along 1 mile of the existing overgrown access road between 4/35 and 4/43 will be required. No new roads will be constructed.<br><br>A geotechnical boring sample will be taken at this location.<br><br>**Key Findings:**<br>• **Geotechnical Investigation**<br>• **USFS Notification (Eldorado NF)**<br>• **Concrete ACM Testing**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs**<br>• **Noxious Weed AMMs**<br>• **Foothill Yellow-Legged Frog Surveys and Avoidance**<br>• **Western Pond Turtle Surveys and** |

Case: 19-30088   Doc# 1744-4   Filed: 04/29/19   Entered: 04/29/19 13:43:30   Page 11 of 49

## Table 1: NERC Locations Reviewed, Salt Springs-Tiger Creek 115kV

| Structure | Work Location | Work Description/Key Issues |
|---|---|---|
| | | Avoidance |
| 4/42 | APN: 025-070-006-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor, just north of the North Fork Mokelumne River. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 8.5 miles west.<br><br>Latitude: 38.477848<br>Longitude: -120.296309 | Replace conductor on all phases between 4/35 and 10/80 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Bucket truck will access the work site on an unpaved easement road from Salt Springs Reservoir Road, then overland along the existing transmission line corridor. Minor grading and vegetation removal along 1 mile of the existing overgrown access road between 4/35 and 4/43 will be required. No new roads will be constructed.<br><br>**Key Findings:**<br>   • **USFS Notification (Eldorado NF)**<br>   • **Cultural ESA**<br>   • **Cultural Monitoring**<br>   • **Pre-Construction Nesting Bird and Raptor Survey**<br>   • **Observe LOPs**<br>   • **Noxious Weed AMMs**<br>   • **Foothill Yellow-Legged Frog Surveys and Avoidance**<br>   • **Western Pond Turtle Surveys and Avoidance** |
| 4/43 | APN: 025-070-006-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor . The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 8.4 miles west.<br><br>Latitude: 38.477852<br>Longitude: -120.298334 | Replace conductor on all phases between 4/35 and 10/80 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Replace deadend insulators ahead and back spans. Bucket truck will access the work site on an unpaved easement road from Salt Springs Reservoir Road, then overland along the existing transmission line corridor. Minor grading and vegetation removal along 1 mile of the existing overgrown access road between 4/35 and 4/43 will be required. No new roads will be constructed.<br><br>**Key Findings:**<br>   • **USFS Notification (Eldorado NF)**<br>   • **Cultural ESA**<br>   • **Cultural Monitoring**<br>   • **Pre-Construction Nesting Bird and Raptor Survey**<br>   • **Observe LOPs**<br>   • **Noxious Weed AMMs**<br>   • **Foothill Yellow-Legged Frog Surveys and Avoidance** |

Case: 19-30088    Doc# 1744-4    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 12 of 49

## Table 1: NERC Locations Reviewed, Salt Springs-Tiger Creek 115kV

| Structure | Work Location | Work Description/Key Issues |
|---|---|---|
| | | • **Western Pond Turtle Surveys and Avoidance** |
| **4/44** | APN: 025-070-005-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 8.2 miles west.<br><br>Latitude: 38.47786316<br>Longitude: -120.30340614 | Replace conductor on all phases between 4/35 and 10/80 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Installation of required body reinforcements. Helicopter will access the work site from Landing Zone #2. No new roads will be constructed.<br><br>**Key Findings:**<br>• **USFS Notification (Eldorado NF)**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs**<br>• **Noxious Weed AMMs** |
| **5/45** | APN: 025-070-005-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 8.1 miles west.<br><br>Latitude: 38.47786713<br>Longitude: -120.30503004 | Install new H-Frame suspension TSP 20' back stationing. Replace conductor on all phases between 4/35 and 10/80 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Hand dig foundations and set poles with helicopter. Pedestrian access to the work site is along an unpaved trail and over the flume from Salt Springs Reservoir Road. Helicopter will access the work site from Landing Zone #2. No new roads will be constructed.<br><br>**Key Findings:**<br>• **USFS Notification (Eldorado NF)**<br>• **FERC License Coordination**<br>• **Concrete ACM Testing**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs**<br>• **Noxious Weed AMMs** |
| **5/46** | APN: 025-070-005-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 8.0 miles west. | Replace conductor on all phases between 4/35 and 10/80 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Replace suspension insulators. Helicopter will access the work site from Landing Zone #2. No new roads will be constructed.<br><br>**Key Findings:**<br>• **USFS Notification (Eldorado NF)**<br>• **Pre-Construction Nesting Bird and** |

Case: 19-30088    Doc# 1744-4    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 13 of 49

## Table 1: NERC Locations Reviewed, Salt Springs-Tiger Creek 115kV

| Structure | Work Location | Work Description/Key Issues |
|---|---|---|
| | Latitude: 38.477856<br>Longitude: -120.306095 | **Raptor Survey**<br>• **Observe LOPs**<br>• **Noxious Weed AMMs** |
| 5/47 | APN: 025-070-005-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 7.9 miles west.<br><br>Latitude: 38.477884<br>Longitude: -120.307713 | Replace conductor on all phases between 4/35 and 10/80 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Replace suspension insulators. Vehicle access to the work site is on an unpaved road from Salt Springs Reservoir Road. Minor grading and vegetation removal along 0.6 mile of the existing overgrown access road between 5/47 and 5/50 will be required. Helicopter will access the work site from Landing Zone #2. No new roads will be constructed.<br><br>**Key Findings:**<br>• **USFS Notification (Eldorado NF)**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs**<br>• **Noxious Weed AMMs** |
| 5/48 | APN: 025-070-005-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 7.8 miles west.<br><br>Latitude: 38.477877<br>Longitude: -120.30906 | Replace conductor on all phases between 4/35 and 10/80 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Add insulator weights per drawing #053810. Vehicle access to the work site is on an unpaved road from Salt Springs Reservoir Road. Minor grading and vegetation removal along 0.6 mile of the existing overgrown access road between 5/47 and 5/50 will be required. Helicopter will access the work site from Landing Zone #2. No new roads will be constructed.<br><br>**Key Findings:**<br>• **USFS Notification (Eldorado NF)**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs**<br>• **Noxious Weed AMMs** |
| 5/49 | APN: 025-070-005-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line | Install new H-Frame suspension TSP 30' back stationing. Replace conductor on all phases between 4/35 and 10/80 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Track digger and track mixer will access the work site on an unpaved road from Salt Springs Reservoir Road. Helicopter will access the work site from Landing |

Case: 19-30088    Doc# 1744-4    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 14
of 49

## Table 1: NERC Locations Reviewed, Salt Springs-Tiger Creek 115kV

| Structure | Work Location | Work Description/Key Issues |
|---|---|---|
| | corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 7.7 miles west.<br><br>Latitude: 38.47788098<br>Longitude: -120.31129273 | Zone #2. Minor grading and vegetation removal along 0.6 mile of the existing overgrown access road between 5/47 and 5/50 will be required. Grade an approximately 200-ft. spur road from the existing easement access road to facilitate tracked vehicle access to the work site.<br><br>A geotechnical boring sample will be taken at this location.<br><br>**Key Findings:**<br>&bull; **Geotechnical Investigation**<br>&bull; **Concrete ACM Testing**<br>&bull; **USFS Notification (Eldorado NF)**<br>&bull; **Pre-Construction Nesting Bird and Raptor Survey**<br>&bull; **Observe LOPs**<br>&bull; **Noxious Weed AMMs** |
| 5/50 | APN: 025-070-005-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 7.6 miles west.<br><br>Latitude: 38.477885<br>Longitude: -120.313131 | Replace conductor on all phases between 4/35 and 10/80 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Vehicle access to the work site is on an unpaved road from Salt Springs Reservoir Road. Minor grading and vegetation removal to improve approximately 0.6 mile of the existing overgrown access road between 5/47 and 5/50 will be required. Helicopter will access the work site from Landing Zone #2. No new roads will be constructed.<br><br>**Key Findings:**<br>&bull; **USFS Notification (Eldorado NF)**<br>&bull; **Pre-Construction Nesting Bird and Raptor Survey**<br>&bull; **Observe LOPs**<br>&bull; **Noxious Weed AMMs** |
| 6/51 | APN: 025-070-005-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 7.5 miles west.<br><br>Latitude: 38.47788813 | Replace conductor on all phases between 4/35 and 10/80 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Installation of required body reinforcements. Helicopter will access the work site from Landing Zone #2. No new roads will be constructed.<br><br>**Key Findings:**<br>&bull; **USFS Notification (Eldorado NF)**<br>&bull; **Pre-Construction Nesting Bird and Raptor Survey** |

## Table 1: NERC Locations Reviewed, Salt Springs-Tiger Creek 115kV

| Structure | Work Location | Work Description/Key Issues |
|---|---|---|
| | Longitude: -120.314895 | • **Observe LOPs**<br>• **Noxious Weed AMMs** |
| 6/52 | APN: 025-060-015-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 7.2 miles west.<br><br>Latitude: 38.47744213<br>Longitude: -120.32039502 | Install new H-Frame deadend TSP 20' back stationing. Replace conductor on all phases between 4/35 and 10/80 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Hand dig foundations with helicopter pole set. Helicopter will access the work site from Landing Zone #2. No new roads will be constructed.<br><br>**Key Findings:**<br>• **USFS Notification (Eldorado NF)**<br>• **Concrete ACM Testing**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs**<br>• **Noxious Weed AMMs** |
| 6/53 | APN: 025-060-015-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 7.0 miles west.<br><br>Latitude: 38.47711034<br>Longitude: -120.32448183 | Replace conductor on all phases between 4/35 and 9/78 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Installation of required body reinforcements. Helicopter will access the work site from Landing Zone #2. No new roads will be constructed.<br><br>**Key Findings:**<br>• **USFS Notification (Eldorado NF)**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs**<br>• **Noxious Weed AMMs** |
| 6/54 | APN: 025-060-015-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 6.9 miles west.<br><br>Latitude: 38.476979<br>Longitude: -120.326099 | Replace conductor on all phases between 4/35 and 9/78 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Replace suspension insulators. Helicopter will access the work site from Landing Zone #2. No new roads will be constructed.<br><br>**Key Findings:**<br>• **USFS Notification (Eldorado NF)**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs**<br>• **Noxious Weed AMMs** |

Case: 19-30088    Doc# 1744-4    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 16 of 49

## Table 1: NERC Locations Reviewed, Salt Springs-Tiger Creek 115kV

| Structure | Work Location | Work Description/Key Issues |
|-----------|---------------|----------------------------|
| | | |
| 6/55 | APN: 025-060-015-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 6.8 miles west.<br><br>Latitude: 38.47685556<br>Longitude: -120.32762679 | Install new H-Frame suspension TSP 30' back stationing. Replace conductor on all phases between 4/35 and 9/78 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Track auger will access the work site from Forest Route 07N03. Minor grading and vegetation removal along the final 1000-ft. of the existing overgrown access road is required. Helicopter may access the work site from Landing Zone #2.<br><br>**Key Findings:**<br>• **USFS Notification (Eldorado NF)**<br>• **Concrete ACM Testing**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs**<br>• **Noxious Weed AMMs** |
| 6/56 | APN: 025-060-015-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 6.7 miles west.<br><br>Latitude: 38.476724<br>Longitude: -120.329249 | Replace conductor on all phases between 4/35 and 9/78 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Replace suspension insulators. Helicopter may access the work site from Landing Zone #2. No new roads will be constructed.<br><br>**Key Findings:**<br>• **USFS Notification (Eldorado NF)**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs**<br>• **Noxious Weed AMMs** |
| 6/57 | APN: 025-060-015-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 6.7 miles west.<br><br>Latitude: 38.476617<br>Longitude: -120.330562 | Replace conductor on all phases between 4/35 and 9/78 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Replace suspension insulators. Helicopter will access the work site from Landing Zone #2. No new roads will be constructed.<br><br>**Key Findings:**<br>• **USFS Notification (Eldorado NF)**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs**<br>• **Noxious Weed AMMs** |

Case: 19-30088   Doc# 1744-4   Filed: 04/29/19   Entered: 04/29/19 13:43:30   Page 17 of 49

## Table 1: NERC Locations Reviewed, Salt Springs-Tiger Creek 115kV

| Structure | Work Location | Work Description/Key Issues |
|---|---|---|
| 6/58 | APN: 025-060-015-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 6.6 miles west.<br><br>Latitude: 38.47649773<br>Longitude: -120.33201922 | Install new H-Frame suspension TSP 30' ahead stationing. Replace conductor on all phases between 4/35 and 9/78 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Track auger will access the work site on a washed out unpaved access road from Forest Route 07N03. Minor grading and vegetation removal along the final 1000-ft. of the existing overgrown access road is required. Helicopter may access the work site from Landing Zone #2.<br><br>A geotechnical boring sample will be taken at this location.<br><br>**Key Findings:**<br>• **USFS Notification (Eldorado NF)**<br>• **Concrete ACM Testing**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs**<br>• **Noxious Weed AMMs** |
| 7/59 | APN: 025-060-015-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 6.5 miles west.<br><br>Latitude: 38.47632838<br>Longitude: -120.33410902 | Replace conductor on all phases between 4/35 and 9/78 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Installation of required body reinforcements. Helicopter will access the work site from Landing Zone #2. No new roads will be constructed.<br><br>**Key Findings:**<br>• **USFS Notification (Eldorado NF)**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs**<br>• **Noxious Weed AMMs** |
| 7/60 | APN: 025-060-015-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 6.4 miles west.<br><br>Latitude: 38.476611<br>Longitude: -120.335741 | Replace conductor on all phases between 4/35 and 9/78 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Replace suspension insulators. Helicopter will access the work site from Landing Zone #2. No new roads will be constructed.<br><br>**Key Findings:**<br>• **USFS Notification (Eldorado NF)**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs** |

Case: 19-30088   Doc# 1744-4   Filed: 04/29/19   Entered: 04/29/19 13:43:30   Page 18 of 49

### Table 1: NERC Locations Reviewed, Salt Springs-Tiger Creek 115kV

| Structure | Work Location | Work Description/Key Issues |
|---|---|---|
| | | • **Noxious Weed AMMs** |
| 7/61 | APN: 025-060-014-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 6.3 miles west.<br><br>Latitude: 38.47682393<br>Longitude: -120.33696765 | Replace conductor on all phases between 4/35 and 9/78 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Installation of required body reinforcements. Add insulator weights per drawing #053810. Helicopter will access the work site from Landing Zone #2. No new roads will be constructed.<br><br>**Key Findings:**<br>    • **USFS Notification (Eldorado NF)**<br>    • **Pre-Construction Nesting Bird and Raptor Survey**<br>    • **Observe LOPs**<br>    • **Noxious Weed AMMs** |
| 7/62 | APN: 025-060-014-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 6.0 miles west.<br><br>Latitude: 38.47775533<br>Longitude: -120.34235379 | Install new H-Frame suspension TSP 30' ahead stationing. Replace conductor on all phases between 4/35 and 9/78 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Track auger will access the work site overland 250 ft. within the easement from Forest Route 07N01. Minor grading and vegetation removal along the final 200-ft. of the existing overgrown access road is required. Helicopter may access the work site from Landing Zone #2.<br><br>A geotechnical boring sample will be taken at this location.<br><br>**Key Findings:**<br>    • **Geotechnical Investigation**<br>    • **USFS Notification (Eldorado NF)**<br>    • **Concrete ACM Testing**<br>    • **Pre-Construction Nesting Bird and Raptor Survey**<br>    • **Observe LOPs**<br>    • **Noxious Weed AMMs**<br>    • **Cultural ESA**<br>    • **Cultural Monitoring** |
| 7/63 | APN: 025-060-014-000<br>US Forest Service<br>Eldorado NF<br>Amador County | Replace conductor on all phases between 4/35 and 9/78 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Add insulator weights per drawing #053810. Bucket truck may access the work site overland from Forest Route 07N01. |

Case: 19-30088    Doc# 1744-4    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 19 of 49

## Table 1: NERC Locations Reviewed, Salt Springs-Tiger Creek 115kV

| Structure | Work Location | Work Description/Key Issues |
|---|---|---|
| | Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 5.9 miles west.<br><br>Latitude: 38.478152<br>Longitude: -120.344644 | Helicopter may access the work site from Landing Zone #2. No new roads will be required.<br><br>**Key Findings:**<br>• **USFS Notification (Eldorado NF)**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs**<br>• **Noxious Weed AMMs** |
| 7/64 | APN: 025-060-014-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 5.8 miles west.<br><br>Latitude: 38.478447<br>Longitude: -120.346345 | Replace conductor on all phases between 4/35 and 9/78 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Replace suspension insulators. Helicopter will access the work site from Landing Zone #2. No new roads will be constructed.<br><br>**Key Findings:**<br>• **USFS Notification (Eldorado NF)**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs**<br>• **Noxious Weed AMMs** |
| 7/65 | APN: 025-060-014-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 5.7 miles west.<br><br>Latitude: 38.47881331<br>Longitude: -120.34846612 | Install new H-Frame suspension TSP 30' back stationing. Replace conductor on all phases between 4/35 and 9/78 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Track auger will access the work site from Panther Creek Road. Minor grading and vegetation removal along the final 650-ft. of the existing overgrown access road is required. Helicopter will access the work site from Landing Zone #2. No new roads will be constructed.<br><br>**Key Findings:**<br>• **USFS Notification (Eldorado NF)**<br>• **Concrete ACM Testing**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs**<br>• **Noxious Weed AMMs**<br>• **Cultural ESA**<br>• **Cultural Monitoring** |
| 8/66 | APN: 025-060-014-000<br>US Forest Service | Install new H-Frame suspension TSP 20' back stationing. Replace conductor on all phases |

Case: 19-30088   Doc# 1744-4   Filed: 04/29/19   Entered: 04/29/19 13:43:30   Page 20 of 49

## Table 1: NERC Locations Reviewed, Salt Springs-Tiger Creek 115kV

| Structure | Work Location | Work Description/Key Issues |
|---|---|---|
|  | Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 5.5 miles west.<br><br>Latitude: 38.47940116<br>Longitude: -120.35186912 | between 4/35 and 9/78 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Track auger will access the work site overland from Forest Route 07N03. Minor grading and vegetation removal along the final 650-ft. of the existing overgrown access road is required. A 20x20-ft. bench/pad is required at the base of the structure. Helicopter may access the work site from Landing Zone #2.<br><br>**Key Findings:**<br>• **USFS Notification (Eldorado NF)**<br>• **Concrete ACM Testing**<br>• **Cultural ESA**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs**<br>• **Noxious Weed AMMs** |
| 8/67 | APN: 025-060-011-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 5.4 miles west.<br><br>Latitude: 38.47983221<br>Longitude: -120.35435595 | Replace conductor on all phases between 4/35 and 9/78 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Installation of required body reinforcements. Helicopter will access the work site from Landing Zone #2. No new roads will be constructed.<br><br>**Key Findings:**<br>• **USFS Notification (Eldorado NF)**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs**<br>• **Noxious Weed AMMs** |
| 8/68 | APN: 025-060-011-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 5.1 miles west.<br><br>Latitude: 38.48076158<br>Longitude: -120.35972703 | Replace conductor on all phases between 4/35 and 9/78 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Installation of required body reinforcements. Helicopter will access the work site from Landing Zone #3. No new roads will be constructed.<br><br>**Key Findings:**<br>• **Identify/Evaluate Landing Zone**<br>• **USFS Notification (Eldorado NF)**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs**<br>• **Noxious Weed AMMs** |

Case: 19-30088   Doc# 1744-4   Filed: 04/29/19   Entered: 04/29/19 13:43:30   Page 21 of 49

## Table 1: NERC Locations Reviewed, Salt Springs-Tiger Creek 115kV

| Structure | Work Location | Work Description/Key Issues |
|---|---|---|
| 8/69 | APN: 025-060-002-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 5.0 miles west.<br><br>Latitude: 38.48100411<br>Longitude: -120.36113017 | Install new H-Frame suspension TSP 30' ahead stationing. Replace conductor on all phases between 4/35 and 9/78 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Track auger will access the work site on an unpaved road from Forest Route 07N03. Minor grading and vegetation removal along 750-ft. of the existing overgrown access road is required. Helicopter will access the work site from Landing Zone #3. No new roads will be constructed.<br><br>**Key Findings:**<br>   • **Identify/Evaluate Landing Zone**<br>   • **USFS Notification (Eldorado NF)**<br>   • **Concrete ACM Testing**<br>   • **Pre-Construction Nesting Bird and Raptor Survey**<br>   • **Observe LOPs**<br>   • **Noxious Weed AMMs** |
| 8/70 | APN: 025-060-002-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 4.8 miles west.<br><br>Latitude: 38.48176482<br>Longitude: -120.36553048 | Install new H-Frame suspension TSP 30' back stationing. Replace conductor on all phases between 4/35 and 9/78 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Track auger will access the work site on an unpaved road from Forest Route 07N03. Minor grading and vegetation removal along 800 feet of the existing overgrown access route is required. Helicopter will access the work site from Landing Zone #3. No new roads will be constructed.<br><br>**Key Findings:**<br>   • **Identify/Evaluate Landing Zone**<br>   • **USFS Notification (Eldorado NF)**<br>   • **Concrete ACM Testing**<br>   • **Pre-Construction Nesting Bird and Raptor Survey**<br>   • **Observe LOPs**<br>   • **Noxious Weed AMMs** |
| 8/71 | APN: 025-060-002-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road | Replace conductor on all phases between 4/35 and 9/78 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Add insulator weights per drawing #053810. Helicopter will access the work site from Landing Zone #3. No new roads will be constructed.<br><br>**Key Findings:** |

Case: 19-30088    Doc# 1744-4    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 22 of 49

## Table 1: NERC Locations Reviewed, Salt Springs-Tiger Creek 115kV

| Structure | Work Location | Work Description/Key Issues |
|---|---|---|
| | is 4.6 miles west.<br><br>Latitude: 38.48245828<br>Longitude: -120.36955649 | • **Identify/Evaluate Landing Zone**<br>• **USFS Notification (Eldorado NF)**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs**<br>• **Noxious Weed AMMs** |
| 9/72 | APN: 025-060-002-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 4.5 miles west.<br><br>Latitude: 38.4827245<br>Longitude: -120.37108995 | Replace conductor on all phases between 4/35 and 9/78 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Installation of required body reinforcements. Add insulator weights per drawing #053810. Helicopter will access the work site from Landing Zone #3. No new roads will be constructed.<br><br>**Key Findings:**<br>• **Identify/Evaluate Landing Zone**<br>• **USFS Notification (Eldorado NF)**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs**<br>• **Noxious Weed AMMs** |
| 9/73 | APN: 024-060-004-000<br>Sierra Pacific Industries<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 4.4 miles west.<br><br>Latitude: 38.482393<br>Longitude: -120.372962 | Replace conductor on all phases between 4/35 and 9/78 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Add insulator weights per drawing #053810. Helicopter will access the work site from Landing Zone #3. No new roads will be constructed.<br><br>**Key Findings:**<br>• **Identify/Evaluate Landing Zone**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs** |
| 9/74 | APN: 024-060-004-000<br>Sierra Pacific Industries<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 4.3 miles west.<br><br>Latitude: 38.48189084 | Install new H-Frame suspension TSP 30' ahead stationing. Replace conductor on all phases between 4/35 and 9/78 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Track auger will access the work site on an unpaved ROW access road from Salt Springs Road. Minor grading and vegetation removal along 200 feet of the existing overgrown access route is required.. Helicopter may access the work site from Landing Zone #3. |

Case: 19-30088    Doc# 1744-4    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 23
of 49

## Table 1: NERC Locations Reviewed, Salt Springs-Tiger Creek 115kV

| Structure | Work Location | Work Description/Key Issues |
|---|---|---|
| | Longitude: -120.37578983 | A geotechnical boring sample will be added to this location.<br><br>**Key Findings:**<br>• **Geotechnical Investigation**<br>• **Identify/Evaluate Landing Zone**<br>• **FERC License Coordination**<br>• **Concrete ACM Testing**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs** |
| 9/75 | APN: 024-060-004-000<br>Sierra Pacific Industries<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 4.1 miles west.<br><br>Latitude: 38.48145308<br>Longitude: -120.37826048 | Replace conductor on all phases between 4/35 and 9/78 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Installation of required body reinforcements. Add insulator weights per drawing #053810. Bucket truck may access the work site on an unpaved ROW access road from Salt Springs Road. Helicopter will access the work site from Landing Zone #3. No new roads will be constructed.<br><br>**Key Findings:**<br>• **Identify/Evaluate Landing Zone**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs** |
| 9/76 | APN: 024-060-010-000<br>Sierra Pacific Industries<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 4 miles west.<br><br>Latitude: 38.48036256<br>Longitude: -120.38054292 | Install new H-Frame suspension TSP 30' back stationing. Replace conductor on all phases between 4/35 and 9/78 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Bucket truck and auger will access the work site on an unpaved road from Salt Springs Road. Helicopter may access the work site from Landing Zone #3. No new roads will be constructed.<br><br>A geotechnical boring sample will be taken at this location.<br><br>**Key Findings:**<br>• **Geotechnical Investigation**<br>• **Identify/Evaluate Landing Zone**<br>• **Concrete ACM Testing**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs** |

Case: 19-30088    Doc# 1744-4    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 24 of 49

## Table 1: NERC Locations Reviewed, Salt Springs-Tiger Creek 115kV

| Structure | Work Location | Work Description/Key Issues |
|---|---|---|
| | | |
| 9/77 | APN: 024-060-010-000<br>Sierra Pacific Industries<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 3.9 miles west.<br><br>Latitude: 38.47969228<br>Longitude: -120.38194367 | Install new H-Frame suspension TSP 30' ahead stationing. Replace conductor on all phases between 4/35 and 9/78 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Bucket truck and auger will access the work site on an unpaved road from Salt Springs Road. Helicopter may access the work site from Landing Zone #3. No new roads will be constructed.<br><br>A geotechnical boring sample will be taken at this location.<br><br>**Key Findings:**<br>• **Geotechnical Investigation**<br>• **Identify/Evaluate Landing Zone**<br>• **Concrete ACM Testing**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs** |
| 9/78 | APN: 024-060-010-000<br>Sierra Pacific Industries<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 3.8 miles west.<br><br>Latitude: 38.478985<br>Longitude: -120.38342 | Replace conductor on all phases between 4/35 and 9/78 and from 9/78 to 10/80 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Replace deadend insulators back span only. Bucket truck may access the work site on an unpaved ROW access road from Salt Springs Road. Helicopter will access the work site from Landing Zone #3. No new roads will be constructed.<br><br>**Key Findings:**<br>• **Identify/Evaluate Landing Zone**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs** |
| 9/79 | APN: 024-060-010-000<br>Sierra Pacific Industries<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 3.7 miles west.<br><br>Latitude: | Replace conductor on all phases between 9/78 and 10/80 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Replace deadend insulators back span only. Bucket truck may access the work site on an unpaved ROW access road from Salt Springs Road. Helicopter will access the work site from Landing Zone #3. No new roads will be constructed.<br><br>**Key Findings:**<br>• **Identify/Evaluate Landing Zone** |

Case: 19-30088   Doc# 1744-4   Filed: 04/29/19   Entered: 04/29/19 13:43:30   Page 25 of 49

## Table 1: NERC Locations Reviewed, Salt Springs-Tiger Creek 115kV

| Structure | Work Location | Work Description/Key Issues |
|---|---|---|
| | Longitude: | <ul><li>**Pre-Construction Nesting Bird and Raptor Survey**</li><li>**Observe LOPs**</li></ul> |
| 9/80 | APN: 024-060-010-000<br>Sierra Pacific Industries<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 3.6 miles west.<br><br>Latitude:<br>Longitude: | Replace conductor on all phases between 9/78 and 10/80 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Replace deadend insulators back span only. Bucket truck may access the work site on an unpaved ROW access road from Salt Springs Road. Helicopter will access the work site from Landing Zone #3. No new roads will be constructed.<br><br>**Key Findings:**<br><ul><li>**Geotechnical Investigation**</li><li>**Identify/Evaluate Landing Zone**</li><li>**Pre-Construction Nesting Bird and Raptor Survey**</li><li>**Observe LOPs**</li></ul> |
| 10/84 | APN: 024-060-009-000<br>Sierra Pacific Industries<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 3.2 miles west.<br><br>Latitude: 38.47994<br>Longitude: -120.39568 | Reduce tension and re-sag conductors between structure 10/84 and 10/85 per stringing drawing #091424. Tension reduction will require conductor to be added to the section with full tension splices. Replace deadend insulators ahead spans only. Bucket truck may access the work site on an unpaved ROW access road from Salt Springs Road. Helicopter will access the work site from Landing Zone #3. No new roads will be constructed.<br><br>**Key Findings:**<br><ul><li>**Identify/Evaluate Landing Zone**</li><li>**Pre-Construction Nesting Bird and Raptor Survey**</li><li>**Observe LOPs**</li></ul> |
| 10/85 | APN: 024-060-009-000<br>Sierra Pacific Industries<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 3.1 miles west. | Reduce tension and re-sag conductors between structure 10/84 and 10/85 per stringing drawing #091424. Tension reduction will require conductor to be added to the section with full tension splices. Replace deadend insulators back spans only. Bucket truck may access the work site on an unpaved ROW access road from Salt Springs Road. Helicopter will access the work site from Landing Zone #3. No new roads will be constructed. |

## Table 1: NERC Locations Reviewed, Salt Springs-Tiger Creek 115kV

| Structure | Work Location | Work Description/Key Issues |
|---|---|---|
| | Latitude: 38.480945<br>Longitude: -120.397486 | **Key Findings:**<br>• **Identify/Evaluate Landing Zone**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs** |
| 10/87 | APN: 024-060-009-000<br>Sierra Pacific Industries<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 2.8 miles west.<br><br>Latitude: 38.47995596<br>Longitude: -120.40205039 | Replace conductor all phases between 010/87 and 011/91 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Installation of required body reinforcements. Bucket truck may access the work site on an unpaved ROW access road from Salt Springs Road. Helicopter will access the work site from Landing Zone #3. No new roads will be constructed.<br><br>**Key Findings:**<br>• **Identify/Evaluate Landing Zone**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs** |
| 10/88 | APN: 024-060-009-000<br>Sierra Pacific Industries<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 2.8 miles west.<br><br>Latitude: 38.479825<br>Longitude: -120.403255 | Replace conductor all phases between 010/87 and 011/91 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Bucket truck may access the work site on an unpaved ROW access road from Salt Springs Road. Helicopter will access the work site from Landing Zone #3. No new roads will be constructed.<br><br>**Key Findings:**<br>• **Identify/Evaluate Landing Zone**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs** |
| 11/89 | APN: 024-060-009-000<br>Sierra Pacific Industries<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 2.7 miles west.<br><br>Latitude: 38.47969647 | Install new transposition monopole suspension TSP 30' back stationing. Replace conductor all phases between 010/87 and 011/91 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Bucket truck may access the work site on an unpaved ROW access road from Salt Springs Road. Helicopter will access the work site from Landing Zone #3. No new roads will be constructed.<br><br>A geotechnical boring sample will be taken at this |

Case: 19-30088   Doc# 1744-4   Filed: 04/29/19   Entered: 04/29/19 13:43:30   Page 27 of 49

## Table 1: NERC Locations Reviewed, Salt Springs-Tiger Creek 115kV

| Structure | Work Location | Work Description/Key Issues |
|---|---|---|
| | Longitude: -120.4047996 | location.<br><br>**Key Findings:**<br>• **Geotechnical Investigation**<br>• **Identify/Evaluate Landing Zone**<br>• **Concrete ACM Testing**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs** |
| 11/90 | APN: 024-060-009-000<br>Sierra Pacific Industries<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 2.6 miles west.<br><br>Latitude: 38.479555<br>Longitude: -120.406127 | Replace conductor all phases between 010/87 and 011/91 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Replace deadend insulators ahead and back spans. Bucket truck may access the work site on an unpaved ROW access road from Salt Springs Road. Helicopter will access the work site from Landing Zone #3. No new roads will be constructed.<br><br>**Key Findings:**<br>• **Identify/Evaluate Landing Zone**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs** |
| 11/91 | APN: 024-060-009-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 2.2 miles west.<br><br>Latitude: 38.47883<br>Longitude: -120.413491 | Replace conductor all phases between 010/87 and 011/91 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Replace deadend insulators backs pans only. Helicopter will access the work site from Landing Zone #3. No new roads will be constructed.<br><br>**Key Findings:**<br>• **Identify/Evaluate Landing Zone**<br>• **USFS Notification (Eldorado NF)**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs**<br>• **Noxious Weed AMMs** |
| 13/101 | APN: 024-050-007-000<br>Sierra Pacific Industries<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs | Reduce tension and re-sag conductors between structure 13/101 and 15/115 per stringing drawing 091424. Tension reduction will require conductor to be added to the section with full tension splices. Replace deadend insulators ahead spans only. Bucket truck will access the work site overland from Salt Springs Reservoir |

Case: 19-30088   Doc# 1744-4   Filed: 04/29/19   Entered: 04/29/19 13:43:30   Page 28 of 49

## Table 1: NERC Locations Reviewed, Salt Springs-Tiger Creek 115kV

| Structure | Work Location | Work Description/Key Issues |
|---|---|---|
|  | Reservoir Road and Tiger Creek Road is 0.2 miles north.<br><br>Latitude: 38.472385<br>Longitude: -120.450272 | Road. Helicopter may access the work site from Landing Zone #4. No new roads will be constructed.<br><br>**Key Findings:**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs** |
| 13/102 | APN: 024-050-012-000<br>Sierra Pacific Industries<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 0.25 miles north.<br><br>Latitude: 38.470804<br>Longitude: -120.452114 | Reduce tension and re-sag conductors between structure 13/101 and 15/115 per stringing drawing 091424. Tension reduction will require conductor to be added to the section with full tension splices. Replace suspension insulators. Bucket truck will access the work site overland from Salt Springs Reservoir Road. Helicopter may access the work site from Landing Zone #4. No new roads will be constructed.<br><br>**Key Findings:**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs** |
| 13/103 | APN: 024-050-012-000<br>Sierra Pacific Industries<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 0.3 miles northeast.<br><br>Latitude: 38.46967108<br>Longitude: -120.45342678 | Install new H-Frame suspension TSP 30' back stationing. Reduce tension and re-sag conductors between structure 13/101 and 15/115 per stringing drawing 091424. Tension reduction will require conductor to be added to the section with full tension splices. Bucket truck and auger will access the work site from Salt Springs Reservoir Road. Helicopter may access the work site from Landing Zone #4. No new roads will be constructed.<br><br>A geotechnical boring sample will be taken at this location.<br><br>**Key Findings:**<br>• **Concrete ACM Testing**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs** |
| 13/104 | APN: 024-050-012-000<br>Sierra Pacific Industries<br>Amador County | Install new H-Frame suspension TSP 30' ahead stationing. Reduce tension and re-sag conductors between structure 13/101 and 15/115 per stringing drawing 091424. Tension reduction will require |

Case: 19-30088    Doc# 1744-4    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 29 of 49

## Table 1: NERC Locations Reviewed, Salt Springs-Tiger Creek 115kV

| Structure | Work Location | Work Description/Key Issues |
|---|---|---|
|  | Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 0.4 miles northeast.<br><br>Latitude: 38.46852985<br>Longitude: -120.4547587 | conductor to be added to the section with full tension splices. Bucket truck and auger will access the work site on an unpaved easement road from Salt Springs Reservoir Road. Helicopter may access the work site from Landing Zone #4. No new roads will be constructed.<br><br>A geotechnical boring sample will be taken at this location.<br><br>**Key Findings:**<br>  • **Geotechnical Investigation**<br>  • **Concrete ACM Testing**<br>  • **Pre-Construction Nesting Bird and Raptor Survey**<br>  • **Observe LOPs** |
| 13/105 | APN: 024-070-011-000<br>Sierra Pacific Industries<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 0.5 miles northeast.<br><br>Latitude: 38.46744954<br>Longitude: -120.45602046 | Install new H-Frame suspension TSP 60' ahead stationing. Reduce tension and re-sag conductors between structure 13/101 and 15/115 per stringing drawing 091424. Tension reduction will require conductor to be added to the section with full tension splices. Bucket truck and auger will access the work site on an unpaved easement road from Salt Springs Reservoir Road. Helicopter may access the work site from Landing Zone #4. No new roads will be constructed.<br><br>A geotechnical boring sample will be taken at this location.<br><br>**Key Findings:**<br>  • **Geotechnical Investigation**<br>  • **Concrete ACM Testing**<br>  • **Pre-Construction Nesting Bird and Raptor Survey**<br>  • **Observe LOPs** |
| 14/106 | APN: 024-070-011-000<br>Sierra Pacific Industries<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 0.7 miles northeast.<br><br>Latitude: 38.465373 | Reduce tension and re-sag conductors between structure 13/101 and 15/115 per stringing drawing 091424. Tension reduction will require conductor to be added to the section with full tension splices. Replace suspension insulators. Bucket truck will access the work site on an unpaved easement road from Salt Springs Reservoir Road. Helicopter may access the work site from Landing Zone #4. No new roads will be constructed. |

Case: 19-30088    Doc# 1744-4    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 30 of 49

## Table 1: NERC Locations Reviewed, Salt Springs-Tiger Creek 115kV

| Structure | Work Location | Work Description/Key Issues |
|---|---|---|
| | Longitude: -120.458521 | **Key Findings:**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs** |
| 14/107 | APN: 024-070-011-000<br>Sierra Pacific Industries<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 0.8 miles northeast.<br><br>Latitude: 38.4644465<br>Longitude: -120.45963618 | Install new H-Frame suspension TSP 30' back stationing. Reduce tension and re-sag conductors between structure 13/101 and 15/115 per stringing drawing 091424. Tension reduction will require conductor to be added to the section with full tension splices. Bucket truck will access the work site on an unpaved easement road from Salt Springs Reservoir Road. Helicopter may access the work site from Landing Zone #4. No new roads will be constructed.<br><br>A geotechnical boring sample will be taken at this location.<br><br>**Key Findings:**<br>• **Geotechnical Investigation**<br>• **Concrete ACM Testing**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs** |
| 14/108 | APN: 024-070-011-000<br>Sierra Pacific Industries<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 0.9 miles northeast.<br><br>Latitude: 38.46325973<br>Longitude: -120.46106256 | Install new H-Frame suspension TSP 80' ahead stationing. Reduce tension and re-sag conductors between structure 13/101 and 15/115 per stringing drawing 091424. Tension reduction will require conductor to be added to the section with full tension splices. Bucket truck and auger will access the work site on an unpaved easement road from Salt Springs Reservoir Road. Helicopter may access the work site from Landing Zone #4. No new roads will be constructed.<br><br>A geotechnical boring sample will be taken at this location.<br><br>**Key Findings:**<br>• **Geotechnical Investigation**<br>• **Concrete ACM Testing**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs** |
| 14/109 | APN: 024-070-011-000 | Reduce tension and re-sag conductors between |

Case: 19-30088   Doc# 1744-4   Filed: 04/29/19   Entered: 04/29/19 13:43:30   Page 31 of 49

## Table 1: NERC Locations Reviewed, Salt Springs-Tiger Creek 115kV

| Structure | Work Location | Work Description/Key Issues |
|---|---|---|
| | Sierra Pacific Industries<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 1.0 miles northeast.<br><br>Latitude: 38.461452<br>Longitude: -120.463239 | structure 13/101 and 15/115 per stringing drawing 091424. Tension reduction will require conductor to be added to the section with full tension splices. Replace suspension insulators. Bucket truck will access the work site on an unpaved easement road from Salt Springs Reservoir Road. Helicopter may access the work site from Landing Zone #4. No new roads will be constructed.<br><br>**Key Findings:**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs** |
| 14/110 | APN: 024-070-011-000<br>Sierra Pacific Industries<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 1.1 miles northeast.<br><br>Latitude: 38.46036229<br>Longitude: -120.46454919 | Install new H-Frame suspension TSP 30' ahead stationing. Reduce tension and re-sag conductors between structure 13/101 and 15/115 per stringing drawing 091424. Tension reduction will require conductor to be added to the section with full tension splices. Bucket truck and auger will access the work site on an unpaved easement road from Salt Springs Reservoir Road. Helicopter may access the work site from Landing Zone #4. No new roads will be constructed.<br><br>A geotechnical boring sample will be taken at this location.<br><br>**Key Findings:**<br>• **Geotechnical Investigation**<br>• **Concrete ACM Testing**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs** |
| 14/111 | APN: 024-070-011-000<br>Sierra Pacific Industries<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 1.25 miles northeast.<br><br>Latitude: 38.458732<br>Longitude: -120.466508 | Reduce tension and re-sag conductors between structure 13/101 and 15/115 per stringing drawing 091424. Tension reduction will require conductor to be added to the section with full tension splices. Replace suspension insulators. Bucket truck will access the work site on an unpaved easement road from Salt Springs Reservoir Road. Helicopter may access the work site from Landing Zone #4. No new roads will be constructed.<br><br>**Key Findings:**<br>• **Pre-Construction Nesting Bird and** |

Case: 19-30088    Doc# 1744-4    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 32 of 49

## Table 1: NERC Locations Reviewed, Salt Springs-Tiger Creek 115kV

| Structure | Work Location | Work Description/Key Issues |
|---|---|---|
| | | **Raptor Survey**<br>• **Observe LOPs** |
| 14/112 | APN: 024-070-011-000<br>Sierra Pacific Industries<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 1.4 miles northeast.<br><br>Latitude: 38.45760648<br>Longitude: -120.46786279 | Install new H-Frame suspension TSP 30' back stationing. Reduce tension and re-sag conductors between structure 13/101 and 15/115 per stringing drawing 091424. Tension reduction will require conductor to be added to the section with full tension splices. Bucket truck and auger will access the work site on an unpaved easement road from Salt Springs Reservoir Road. Helicopter may access the work site from Landing Zone #4. No new roads will be constructed.<br><br>A geotechnical boring sample will be taken at this location.<br><br>**Key Findings:**<br>• **Geotechnical Investigation**<br>• **Concrete ACM Testing**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs** |
| 15/113 | APN: 024-070-011-000<br>Sierra Pacific Industries<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 1.5 miles northeast.<br><br>Latitude: 38.456461<br>Longitude: -120.46924 | Reduce tension and re-sag conductors between structure 13/101 and 15/115 per stringing drawing 091424. Tension reduction will require conductor to be added to the section with full tension splices. Replace suspension insulators. Bucket truck will access the work site on an unpaved easement road from Salt Springs Reservoir Road. Helicopter may access the work site from Landing Zone #4. No new roads will be constructed.<br><br>**Key Findings:**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs** |
| 15/114 | APN: 024-070-004-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs | Reduce tension and re-sag conductors between structure 13/101 and 15/115 per stringing drawing 091424. Tension reduction will require conductor to be added to the section with full tension splices. Replace suspension insulators. Bucket truck will access the work site on an unpaved easement road from Salt Springs Reservoir Road. Helicopter may access the work |

Case: 19-30088    Doc# 1744-4    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 33 of 49

## Table 1: NERC Locations Reviewed, Salt Springs-Tiger Creek 115kV

| Structure | Work Location | Work Description/Key Issues |
|---|---|---|
| | Reservoir Road and Tiger Creek Road is 1.6 miles northeast.<br><br>Latitude: 38.455599<br>Longitude: -120.470277 | site from Landing Zone #4. No new roads will be constructed.<br><br>**Key Findings:**<br>&bull; **USFS Notification (Eldorado NF)**<br>&bull; **Pre-Construction Nesting Bird and Raptor Survey**<br>&bull; **Observe LOPs**<br>&bull; **Noxious Weed AMMs** |
| 15/115 | APN: 024-070-004-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 1.7 miles northeast.<br><br>Latitude: 38.454421<br>Longitude: -120.471696 | Reduce tension and re-sag conductors between structure 13/101 and 15/115 per stringing drawing 091424. Tension reduction will require conductor to be added to the section with full tension splices. Replace deadend insulators back spans only. Bucket truck will access the work site on an unpaved easement road from Salt Springs Reservoir Road. Helicopter may access the work site from Landing Zone #4. No new roads will be constructed.<br><br>A geotechnical boring sample will be taken at this location.<br><br>**Key Findings:**<br>&bull; **Geotechnical Investigation**<br>&bull; **USFS Notification (Eldorado NF)**<br>&bull; **Pre-Construction Nesting Bird and Raptor Survey**<br>&bull; **Observe LOPs**<br>&bull; **Noxious Weed AMMs** |
| 016/122 | APN: 033-010-026-000<br>United States Bureau of Land Management<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Tiger Creek Road and Highway 88 is 2.6 miles west.<br><br>Latitude: 38.451622<br>Longitude: -120.485381 | Replace conductor all phases between 16/122 and 16/125 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Replace deadend insulators ahead spans only. Crew and equipment will access the work site on an unpaved road from Salt Springs Reservoir Road or from the Tiger Creek Powerhouse gate. Minor grading to improve approximately 1.0 mile of the existing overgrown access road is required. Helicopter will access the work site from Landing Zone #4. No new roads will be constructed.<br><br>**Key Findings:**<br>&bull; **Pre-Construction Nesting Bird and Raptor Survey**<br>&bull; **Observe LOPs** |

Case: 19-30088    Doc# 1744-4    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 34 of 49

## Table 1: NERC Locations Reviewed, Salt Springs-Tiger Creek 115kV

| Structure | Work Location | Work Description/Key Issues |
|-----------|---------------|----------------------------|
| | | |
| 16/123 | APN: 033-010-026-000<br>United States Bureau of Land Management<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Tiger Creek Road and Highway 88 is 2.6 miles west.<br><br>Latitude: 38.450961<br>Longitude: -120.48584 | Replace conductor all phases between 16/122 and 16/125 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Replace suspension insulators. Crew and equipment will access the work site on an unpaved road from Salt Springs Reservoir Road or from the Tiger Creek Powerhouse gate. Minor grading to improve approximately 1.0 mile of the existing access road is required. Helicopter will access the work site from Landing Zone #4. No new roads will be constructed.<br><br>**Key Findings:**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs** |
| 16/124 | APN: 033-010-026-000<br>United States Bureau of Land Management<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Tiger Creek Road and Highway 88 is 2.5 miles west.<br><br>Latitude: 38.44981<br>Longitude: -120.486638 | Replace conductor all phases between 16/122 and 16/125 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Replace deadend insulators ahead and back spans. Crew and equipment will access the work site on an unpaved road from Salt Springs Reservoir Road or from the Tiger Creek Powerhouse gate. Minor grading to improve approximately 1.0 mile of the existing access road is required. Helicopter will access the work site from Landing Zone #4. No new roads will be constructed.<br><br>**Key Findings:**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs** |
| 16/125 | APN: 033-010-028-000<br>PG&E Fee Parcel<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Tiger Creek Road and Highway 88 is 2.3 miles west.<br><br>Latitude: 38.448133<br>Longitude: -120.489983 | Replace conductor all phases between 16/122 and 16/125 with 397.5 kcmil ACSR "Ibis" per stringing drawing #091423. Reduce tension and re-sag conductors between structure 16/125 and 16/126 per stringing drawing #091424. Tension reduction will require conductor to be added to the section with full tension splices. Replace deadend insulators ahead and back spans. Vehicle access from an unpaved road off Salt Springs Reservoir Road or from the Tiger Creek Powerhouse gate. Minor grading to improve approximately 1.0 mile of the existing access road is required. Helicopter may access the work site from Landing Zone #4. |

Case: 19-30088    Doc# 1744-4    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 35 of 49

### Table 1: NERC Locations Reviewed, Salt Springs-Tiger Creek 115kV

| Structure | Work Location | Work Description/Key Issues |
|---|---|---|
| | | No new roads will be constructed.<br><br>A geotechnical boring sample will be taken at this location.<br><br>**Key Findings:**<br>• **Geotechnical Investigation**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs** |
| 16/126 | APN: 033-010-028-000<br>PG&E Fee Parcel<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Tiger Creek Road and Highway 88 is 2.2 miles west.<br><br>Latitude: 38.447891<br>Longitude: -120.491122 | Reduce tension and re-sag conductors between structure 16/125 and 16/126 per stringing drawing #091424. Tension reduction will require conductor to be added to the section with full tension splices. Replace deadend insulators back spans only. Vehicle access from an unpaved road off Salt Springs Reservoir Road or from the Tiger Creek Powerhouse gate. Minor grading to improve approximately 1.0 mile of the existing access road is required. Helicopter may access the work site from Landing Zone #4. No new roads will be constructed.<br><br>**Key Findings:**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs** |
| Landing Zone #1 | APN: 028-090-012-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in a graveled lot adjacent to the Salt Springs dam and powerhouse. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 12.75 miles west.<br><br>Latitude: 38.497125<br>Longitude: -120.22040 | Landing Zone #1 will be used to stage materials and provide a helicopter access point to Structures 0/1 to 1/5. Crew and equipment will access the work site from Salt Springs Reservoir Road. No new roads will be constructed.<br><br>**Key Findings:**<br>• **FERC License Coordination**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs**<br>• **Noxious Weed AMMs** |
| Landing Zone #2 | APN: 025-070-005-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in a graveled lot within an area of natural vegetation. The intersection of | Landing Zone #2 will be used to stage materials and provide a helicopter access point to Structures 4/35 to 8/67. Crew and equipment will access the work site from Salt Springs Reservoir Road. No new roads will be constructed.<br><br>**Key Findings:** |

Case: 19-30088    Doc# 1744-4    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 36 of 49

## Table 1: NERC Locations Reviewed, Salt Springs-Tiger Creek 115kV

| Structure | Work Location | Work Description/Key Issues |
|---|---|---|
| | Salt Springs Reservoir Road and Tiger Creek Road is 8.0 miles west.<br><br>Latitude: 38.48074<br>Longitude: -120.30542 | • **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs**<br>• **Noxious Weed AMMs** |
| **Landing Zone #3** | LOCATION TBD | Landing Zone #3 will be used to stage materials and provide a helicopter access point to Structures 8/68 to 11/91.<br><br>**Key Findings:**<br>• **Identify/Evaluate Landing Zone** |
| **Landing Zone #4** | APN: 024-070-011-000<br>Sierra Pacific Industries<br>Amador County<br><br>Located in a graveled lot within an area of natural vegetation. The intersection of Salt Springs Road and Tiger Creek Road is 0.5 mile north.<br><br>Latitude: 38.46537<br>Longitude: -120.456039 | Landing Zone #4 will be used to stage materials and provide a helicopter access point to Structures 13/101 to 16/126. Crew and equipment will access the work site on an unpaved road from Salt Springs Reservoir Road. No new roads will be constructed.<br><br>**Key Findings:**<br>• **FERC License Coordination**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs**<br>• **Cultural ESA** |
| **Pull Site #1** | APN: 025-070-006-000<br>US Forest Service<br>Eldorado NF<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 9.3 miles west.<br><br>Latitude: 38.477124<br>Longitude: -120.281284 | Pull Site #1 will be utilized to stage reel trucks, bucket trucks, and other vehicles required to replace conductor between 4/35 and 9/78. Crew and equipment will access the work site on an unpaved road from Salt Springs Reservoir Road. Minor grading to improve approximately 1.0 mile of the existing easement access road between 4/35 and 4/43 will be required. No new roads will be constructed.<br><br>**Key Findings:**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs**<br>• **Noxious Weed AMMs**<br>• **Foothill Yellow-Legged Frog Surveys and Avoidance**<br>• **Western Pond Turtle Surveys and Avoidance** |
| **Pull Site #2** | APN: 025-070-006-000<br>US Forest Service<br>Eldorado NF<br>Amador County | Pull Site #2 will be utilized to stage reel trucks, bucket trucks, and other vehicles required to replace conductor between 4/35 and 10/80. Crew and equipment will access the work site on an |

Case: 19-30088    Doc# 1744-4    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 37 of 49

## Table 1: NERC Locations Reviewed, Salt Springs-Tiger Creek 115kV

| Structure | Work Location | Work Description/Key Issues |
|---|---|---|
| | Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 8.5 miles west.<br><br>Latitude: 38.477871<br>Longitude: -120.298055 | unpaved road from Salt Springs Reservoir Road. Minor grading to improve approximately 1.0 mile of the existing easement access road between 4/35 and 4/43 will be required. No new roads will be constructed.<br><br>**Key Findings:**<br>&bull; **Pre-Construction Nesting Bird and Raptor Survey**<br>&bull; **Observe LOPs**<br>&bull; **Noxious Weed AMMs**<br>&bull; **Foothill Yellow-Legged Frog Surveys and Avoidance**<br>&bull; **Western Pond Turtle Surveys and Avoidance**<br>&bull; **Cultural ESA**<br>&bull; **Cultural Monitoring** |
| Pull Site #3 | APN: 024-060-010-000<br>Sierra Pacific Industries<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 3.6 miles west.<br><br>Latitude: 38.477871<br>Longitude: -120.298055 | Pull Site #3 will be utilized to stage reel trucks, bucket trucks, and other vehicles and equipment required to replace conductor between 9/78 and 10/80. Crew and equipment will access the work site on an unpaved road from Salt Springs Reservoir Road. Minor grading to improve approximately 1.0 mile of the existing easement access road between 4/35 and 4/43 will be required. No new roads will be constructed.<br><br>**Key Findings:**<br>&bull; **Pre-Construction Nesting Bird and Raptor Survey**<br>&bull; **Observe LOPs** |
| Pull Site #4 | APN: 024-060-009-000<br>Sierra Pacific Industries<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 2.9 miles west.<br><br>Latitude: 38.480199<br>Longitude: -120.400959 | Pull Site #4 will be utilized to stage reel trucks, bucket trucks, and other vehicles and equipment required to replace conductor between 10/87 and 11/91. Crew and equipment will access the work site on an unpaved road from Salt Springs Reservoir Road. No new roads will be constructed.<br><br>**Key Findings:**<br>&bull; **Pre-Construction Nesting Bird and Raptor Survey**<br>&bull; **Observe LOPs** |
| Pull Site #5 | APN: 024-060-009-000<br>Sierra Pacific Industries<br>Amador County | Pull Site #5 will be utilized to stage reel trucks, bucket trucks, and other vehicles required to replace conductor between 010/87 and 011/91. |

Case: 19-30088    Doc# 1744-4    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 38 of 49

## Table 1: NERC Locations Reviewed, Salt Springs-Tiger Creek 115kV

| Structure | Work Location | Work Description/Key Issues |
|---|---|---|
| | Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 2.6 miles west.<br><br>Latitude: 38.479533<br>Longitude: -120.405882 | Crew and equipment will access the work site on an unpaved road from Salt Springs Reservoir Road. No new roads will be constructed.<br><br>**Key Findings:**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs** |
| **Pull Site #6** | APN: 033-010-026-000<br>United States Bureau of Land Management<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Salt Springs Reservoir Road and Tiger Creek Road is 2.3 miles northeast.<br><br>Latitude: 38.451774<br>Longitude: -120.485153 | Pull Site #6 will be utilized to stage reel trucks, bucket trucks, and other vehicles required to replace conductor between 16/122 and 16/125. Crew and equipment will access the work site on an unpaved road from Salt Springs Reservoir Road. No new roads will be constructed.<br><br>**Key Findings:**<br>• **BLM Notification**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs** |
| **Pull Site #7** | APN: 033-010-028-000<br>PG&E Fee Parcel<br>Amador County<br><br>Located in an area of natural vegetation within a maintained transmission line corridor. The intersection of Tiger Creek Road and Highway 88 is 2.2 miles west.<br><br>Latitude: 38.447918<br>Longitude: -120.490915 | Pull Site #7 will be utilized to stage reel trucks, bucket trucks, and other vehicles required to replace conductor between 16/122 and 16/125. Crew and equipment will access the work site on an unpaved road from Salt Springs Reservoir Road or from the Tiger Creek Powerhouse gate. Minor grading to level areas of pull site for vehicle staging is required. No new roads will be constructed.<br><br>**Key Findings:**<br>• **Pre-Construction Nesting Bird and Raptor Survey**<br>• **Observe LOPs** |

## Land Use

**Land Use.** The repair locations are located in an existing transmission line corridor in rural Amador and Calaveras Counties, generally following the path of the North Fork Mokelumne River from the Salt Springs Reservoir Dam to the Tiger Creek Reservoir.

**Public Lands.** Structures 0/1–0/3, 0/5, 4/35–9/72, 11/91, 15/114 and 15/115 are located on the Eldorado NF. Structures 0/4 and 0/4A are located on the Stanislaus NF. PG&E holds an existing easement (LD# 2108-16-0154) that grants the rights to operate, maintain, repair, reconstruct, replace and remove

Case: 19-30088　　Doc# 1744-4　　Filed: 04/29/19　　Entered: 04/29/19 13:43:30　　Page 39 of 49

structures on the existing transmission line under the requirements of the respective Operations and Maintenance Plans (OMPS). Per the Eldorado NF and Stanislaus NF OMPs, structure replacements, conductor replacements, and access road maintenance are considered Class II maintenance action, and no discretionary review is required. USFS review is required for any access off existing roads. Notify the Eldorado NF and Stanislaus NF of planned geotechnical boring activity, NERC repairs, and access road improvements, and implement AMMs from the OMP:

- Observe LOPs within 0.25 mile of raptor nests and PACs;
- Wash vehicles and implement other AMMs to reduce spread of noxious weeds;
- Utilize certified weed free gravel or straw.
- Identify rare plant and noxious weed populations to avoid;
- Observe PALs and other AMMs for wildfire safety, May 1-October 15.

Structures 16/122, 16/123 and 16/124 and Pull Site #6 are located on a parcel owned by the United States Bureau of Land Management (BLM). Notify the BLM of the proposed NERC repairs and schedule prior to repairs. A Notice to Proceed from the BLM will be required prior to the start of any repairs, including access improvements.

**FERC License Area.** On September 8, 2010, PG&E acquired an easement (LD# 2108-16-0154) for the Salt Springs-Tiger Creek 115kV transmission line, which was separated from PG&E's FERC License for the Mokelumne River Project No. 137. The easement grants the rights to operate, maintain, repair, reconstruct, replace and remove structures and conductors on the existing transmission line located within the Eldorado NF and Stanislaus NF. Repairs to the transmission line must be conducted under the requirements described in the OMP (see Public Lands section above). Landing Zones #1 and #4 and Structures 5/45 and 9/74 occur within overlapping portions of the FERC License Area not associated with the transmission line. Coordinate NERC repairs with FERC Project No. 137 License Coordinator Jennifer Skobrak (415-654-3955 or JF1D@pge.com) to determine applicable license conditions, expected to include the following AMMs:

- Work outside peak recreation season;
- Observe PALs and other wildfire AMMs;
- Implement AMMs from Historic Properties Management Plan
- Observe raptor LOPs;
- Pre-construction nesting bird surveys;
- Noxious weed AMMs;

**Land Rights.** NERC repairs require the installation of structure 0/4A, a new interset structure placed mid-span between structures 0/4 and 0/5. Additionally, the easement grants PG&E the right to improve, reconstruct and replace any structures with any other number or type of structures within the mapped easement. Additional land rights review is required to confirm that the existing easement permits the installation of a new interset TSP, but no modifications to the existing easement or acquisition of new rights are anticipated.

**Caltrans/Rail/Waterbody Crossings.** No railroad or navigable water body right-of-way crossings would be affected by the NERC Program repairs.

**Sensitive Receptors.** No sensitive receptors are located within 500 feet of NERC Program repairs.

**Visual Quality.** Repair structures are located in a maintained transmission line corridor in rural areas of natural vegetation and commercial forestry. The tower modifications and replacement of existing lattice steel towers with TSP H-frame structures would occur in an existing maintained transmission line corridor, and would not be visible from a designated scenic highway or scenic byway or other recreational

Case: 19-30088    Doc# 1744-4    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 40
of 49

areas. Modifications to the conductor of existing towers, and replacing some lattice steel towers with TSP H-frames is not expected to change the visual character of the area. TSPs would be constructed of weathered steel and would be less visible to the casual forest visitor than the existing uncoated galvanized steel towers.

## Hazardous Materials

**Hazardous Materials.** The transmission line is located in rural Amador and Calaveras Counties. The proposed repairs involve no excavation or other ground disturbance in urban or industrial areas; therefore, hazardous materials, including contaminated soil or ground water, is unlikely to be encountered. Subsurface work will be conducted at all 22 boring locations in Table 1. No recognized environmental concerns (RECs) were identified within 1,000 feet of the work areas per the State Water Resources Control Board's Geotracker or Department of Toxic Substances and Control's Envirostor databases.

Excavated soil encountered during construction that has gross contaminations (staining, sheen, or odor) or that cannot be used as backfill or spread on site must be stockpiled and tested for disposal characterization. Soil testing should be scheduled with Arcadis three weeks prior to generation of excavated spoils. To schedule soil sampling, contact Amanda Ricardo, Arcadis Environmental Scientist, at 770-891-2929; or email: Amanda.Ricardo@arcadis.com.

**Materials Testing.** Repairs to the Salt Springs-Tiger Creek 115kV transmission line circuit consist of installation of top cage extensions to lattice steel towers, and replacement of galvanized lattice steel towers with weathered-steel LDSPs and TSPs. No paint or other coating was observed on NERC repair structures during a July 21-22, 2015 site visit; therefore, no paint sampling and analysis for lead content is required. Replacement of structures 0/2, 0/3, 0/4, 4/36, 4/41, 5/45, 5/49, 6/52, 6/55, 6/58, 7/62, 7/65, 8/66, 8/69, 8/70, 9/74, 9/76, 9/77, 11/89, 13/103, 13/104, 13/105, 14/107, 14/108. 14/110, 14/112 will require demolition of the existing tower and removal of concrete foundations. Prior to repairs, concrete foundations and associated materials should be sampled and analyzed for asbestos containing materials.

**Naturally Occurring Asbestos.** No serpentine/ultramafic rock, which has high potential to contain naturally occurring asbestos (NOA) (CGS 2006, SR-192), is reported within 2.0 miles of project work areas. Therefore, no additional AMMs are required.

## Cultural Resources

Cultural resources analysis of discrepancy locations included a review of MapGuide GIS data and associated documents, aerial imagery, as well as review of historic USGS quadrangle maps circa 1891 to 1956 (Big Trees 1:250k 1891, 1894, 1897, 1901; Sacramento 1:250k 1947; Blue Mtn 15' 1956; Big Meadow 15' 1956). Detailed analysis was conducted as necessary based on known or potential cultural resources sensitivity and/or proposed project ground disturbance. A summary of finding and recommendations are presented at the end of the analysis.

### *No Risk Activity— No Further Study Recommended.*
The following locations are "No Risk" with regard to cultural resources as no ground disturbance is proposed or anticipated at work locations or from access. Cultural resources sensitivity is not assessed where no risk of impact is anticipated.

- Structures Term 1, 0/1, 0/1A, 0/4, 0/5, 4/44, 5/46, 6/51, 6/54, 6/56, 6/57, 7/60, 7/61, 7/64, 8/67, 8/68, 8/71, 9/72, 9/75, 9/78, 9/79, 9/80, 10/84, 10/85, 10/87, 10/88, 11/90, 11/91, 14/106, 14/109, 14/111, 15/113, 15/114, 15/115

Case: 19-30088    Doc# 1744-4    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 41
of 49

The construction activities include replacing dead-end and suspension insulators and conductors, adding insulator weights, installing top cage extensions and body reinforcements, reducing tension and re-sag conductors between structures. Access is via helicopter or ground access for bucket trucks and cranes using previously established routes.

***Low Risk/Low Prehistoric/ Historic Resource Sensitivity—No Further Study Recommended.***
The following discussion addresses structures that have been determined to have low to moderate cultural resources sensitivity. Determinations are based on location, terrain, presence/absence of resources conducive to prehistoric occupation, presence/absence of historical era resources illustrated on historical maps and previous investigations in proximity to structures.

A large percentage of structures, pull sites, landing zones and their access routes classified as minimal disturbance areas due to ground disturbance associated with preparation of and access to the work locations.

The PG&E Salt Springs-Tiger Creek Transmission Line (P-05-003660) consists of a 17-mile long transmission line, completed in 1931, which begins at the Salt Springs Powerhouse and follows the North Fork of the Mokelumne River southwest to the Tiger Creek Powerhouse. The line was recorded by Larson and Miller of JRP Historical Consulting in 2011 as part of the technical report titled *Technical Report for Historical Resources Inventory and Evaluation of the PG&E Salt Springs-Tiger Creek Transmission Line, Amador and Calaveras Counties, California.*

The site record for P-05-003660 states "Considered individually, the transmission line does not appear to meet the criteria for listing in the National Register of Historic Places (NRHP) or California Register of Historical Resources (CRHR), as elaborated further below. The transmission line does, however, does appear eligible for the NRHP and CRHR as a contributor to the existing Tiger Creek Subsystem Historic District, which was determined eligible in 2003." (Larson and Miller 2011:2). The site record references the Baker (2003) evaluation report titled "*National Register of Historic Places Evaluation, Mokelumne River Hydroelectric System, FERC No. 137, Alpine, Amador, and Calaveras Counties, California*," prepared by PAR Environmental Services, Inc.

Structures 0/2, 0/3 and 0/4A are on the opposite bank of the Mokelumne River from Salt Springs Camp, associated with the construction of Salt Springs Dam (P-05-001077). Structure 0/2 is located within the construction zone of the dam with little opportunity for the survival of prehistoric resources. No historic resources are evident through investigation of either historical maps or aerial imagery. It is assigned low cultural resource sensitivity. Structures 0/3 and 04 are located between 300 and 400 feet from the river on moderate sloped terrain outside the construction zone and are assigned moderate cultural resources sensitivity.

Structures 4/35 through 5/47 and a portion of the proposed access route were surveyed by Flint et al. in 2001. Resources have not been identified within or adjacent to Structures 4/35 through 4/41. Most of the structures are within 500 feet of the Mokelumne River and are assigned moderate cultural resources sensitivity.

Structure 5/45 is located within 40 feet of the Tiger Creek Conduit (no DPR number on file). As such, the structure is assigned moderate risk given minimal potential disturbance within a known cultural resource site.

The Flint et al. (2001) survey failed to identify cultural resources in proximity to Structure 5/47. It is located in moderately steep terrain and removed from water source. The location is assigned low cultural resource sensitivity.

Case: 19-30088    Doc# 1744-4    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 42 of 49

MapGuide does not contain survey data that includes Structures 5/48 through 5/50, but the structures are located in terrain similar to that exhibited at 5/47, i.e. moderately steep terrain removed from a water source. These structures and the proposed access route are assigned low cultural resource sensitivity.

Structure 6/52 is within the Alden (1994) survey area with no cultural resources identified in proximity to the structure. MapGuide contains no data regarding previous investigations that covered Structures 6/53 and 6/55, but terrain and distance to water justify cultural resource sensitivity as low. Structures 6/58 and 7/59 were surveyed by Bambrey in 2005 with no resources identified in proximity to the structures. Structures 6/52 through 7/59 are assigned low cultural resources sensitivity.

Structure 7/63 is located in moderately steep terrain and removed from nearby water sources. However, the location is between two previously identified cultural resource sites and is therefore assigned moderate cultural resources sensitivity.

Structures 8/69 and 8/70 are located in moderately steep to relatively level terrain, respectively and removed from nearby water sources. The area surrounding the structures was surveyed by Brown in 1980 with no resources identified in proximity to the structures. Structures 8/69 and 8/70 are assigned low cultural resources sensitivity.

Structures 9/73 and 9/74 were investigated by Thomas (2013) as part of an ongoing monitoring project. No resources were identified in proximity to the structures. Tiger Creek Conduit is located approximately beneath 9/74, but will not be affected by repairs. Terrain is relatively flat and removed from a water source with access to 9/73 immediately adjacent to the structure on Salt Springs Road and 9/74 by means of a previously established route. Structures 9/73 and 9/74 are assigned moderate cultural resources sensitivity.

MapGuide provides no data regarding previous investigations in proximity to Structures 9/76, and 9/77. Both structures are located on a knoll top removed from a water source. Similarly, Structure 11/89 is located on a gentle slope and removed from a water source. The structures are assigned low cultural resources sensitivity.

Structures 13/101 through 13/105 are located on gently sloping terrain in close proximity to Jackson Ditch (CA-AMA-424H) that crosses the circuit between 13/103 and 13/104. The resource was investigated by Compas (2003) and will not be affected by the proposed repairs. Access is off Salt Springs Reservoir Road. These structures are assigned moderate cultural resources sensitivity.

Structures 14/107 through 14/112 were investigated by Compas (2003) with no resources identified in proximity to the structures. Tiger Creek is located down a steep slope at an average of 450 feet from the structures. Surveys along the creek were also negative in proximity to the structures. These structures are assigned low cultural resources sensitivity.

Investigations by Woods in 1982, Compass in 2003 and Thomas in 2013 were in close proximity to Structures 16/122 through 16/126 with no cultural resources identified in proximity to the structures. The structures are located in steep terrain and greater than 500 feet from the nearest water source. These structures are assigned low cultural resources sensitivity.

Pull Site #1 is located to the east of Structure 04/35 along the proposed access route. The pull site is approximately 500 feet of the Mokelumne River and less than 500 feet from site CA-AMA-242. The pull site is assigned moderate cultural resources sensitivity.

Case: 19-30088    Doc# 1744-4    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 43 of 49

Pull Site #3 is located directly west of Structure 10/80, along a ridgeline and removed from a water source. MapGuide contains no data regarding previous surveys or identified cultural resources. The pull site is assigned low cultural resources sensitivity.

Pull Site #4 is located to the east of Structure 10/87 on relatively flat terrain and removed from a water source. MapGuide contains no data regarding previous surveys or identified cultural resources. The pull site is assigned low cultural resources sensitivity.

Pull Site #5 is located to the east of Structure 11/90 on a moderately steep slope and removed from a water source. MapGuide contains no data regarding previous surveys or identified cultural resources. The pull site is assigned low cultural resources sensitivity.

Pull Site #6 is located to the northeast of Structure 16/122 in steep terrain and removed from a natural water source. The Tiger Creek Penstock is located directly north of the pull site. A circa 1850 canal (CA-AMA-424H) is located downslope near Structure 16/123. Given proximity to know cultural resources, the pull site is assigned moderate cultural resources sensitivity.

Pull Site #7 is located directly adjacent and to the east of Structure 16/126. Investigations by Woods in 1982, Compass in 2003 and Thomas in 2013 were in close proximity to the pull site with no cultural resources identified in proximity to the pull site. The pull site is located in steep terrain and greater than 500 feet from the nearest water source. These pull site are assigned low cultural resources sensitivity.

Landing Zone #1 is located directly adjacent and to the west of Structure 00/01A at the base of the Salt Springs Reservoir dam within the construction zone of the dam with little opportunity for the survival of prehistoric resources. No historic resources are evident through investigation of either historical maps or aerial imagery. Minimal disturbance is anticipated a result of use as an LZ. It is assigned low cultural resource sensitivity.

Landing Zone #2 is located 0.2 miles north of Structure 05/45 in a previously cleared area directly west of Salt Springs Reservoir Road. Historical maps indicate a flume constructed prior to 1956 on the east side of the road that will not be affected by use of the LZ. The LZ as well as the proposed access route is removed from a natural source of water and on moderately sloped terrain and is therefore unlikely to contain prehistoric cultural resources. Minimal disturbance is anticipated a result of use as an LZ. Minor improvements are proposed for the access route. The LZ and the access route are assigned low cultural resource sensitivity.

The location of Landing Zone #3 has not been determined. When location is selected, a desktop review should be undertaken.

**Low Cultural Resources Sensitivity**

- Structures 0/2, 5/47, 5/48, 5/49, 5/50, 6/52, 6/53, 6/55, 6/58, 7/59, 8/69, 8/70, 9/73, 9/74, 9/76, 9/77, 11/89, 14/107, 14/108, 14/110, 14/112, 016/122, 16/123, 16/124, 16/125, 16/126, Pull Site #3, Pull Site #4, Pull Site #5, Pull Site #7, Landing Zone #1, Landing Zone #2

**Moderate Cultural Resources Sensitivity**

- Structures 0/3, 0/4A, 4/35, 4/36, 4/37, 4/38, 4/39, 4/40, 4/41, 7/63, 13/101, 13/102, 13/103, 13/104, 13/105, Pull Site #1 (near 4/35), Pull Site #6 (near 16/122), Landing Zone #4

Case: 19-30088    Doc# 1744-4    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 44 of 49

Proposed work consists of installing new transposition monopole and H-Frame suspension TSPs and/or required body reinforcements, reducing tension and re-sag conductors with bucket truck and auger, clearing vegetation. Minor grading is proposed along access roads and at pull sites and bench/pad at the base of the structure some structures. In addition, geotechnical boring samples will be obtained from specific structure locations. Construction is a low risk activity at low to moderate sensitivity locations with regard to cultural resources. No further cultural resources analysis is recommended.

***Moderate Risk: Resources Present – Further Actions Recommended***
Structures 4/42 and 4/43 are within the boundary of P-03-000149 (CA-AMA-114C), a combined prehistoric and historic cultural resources. According to PG&E documentation completed by Serin (11/24/09), "The *NRHP Evaluation of the Mokelumne River Canyon Archaeological District* includes a discussion and evaluation of significance of this site. The site was considered a contributing factor [element] to the district, which is eligible under criterion d." The area surrounding 4/42 and 4/43, including the proposed access route and Pull Site #2, is assigned a high risk given potential minimal disturbance within a known cultural resource site. Establishment of a ESA and monitoring during construction is recommended.

Structure 7/62 was encompassed by the Bambrey (2005) survey. The structure and proposed access route improvements are located within the boundary of site CA-AMA-205, a large prehistoric processing site with 14 bedrock mortars, over 100 pit and groove petroglyphs, an area of midden soil, and two concentrations of flaked stone artifacts. The area surrounding 7/62, including the proposed access route is assigned a high risk given potential minimal disturbance within a known cultural resource site. Establishment of an ESA and monitoring during construction is recommended.

Structure 7/65 is located within 20-30 feet of two historic ditches (CA-AMA-163H) and within 200 feet of a large prehistoric site (CA-AMA-203), a prehistoric archaeological site characterized by the presence of three bedrock mortar features with 22 cups, and a moderately dense lithic scatter containing both flaked stone and groundstone artifacts. The area surrounding 7/65, including the proposed access route is assigned a high risk given potential minimal disturbance within a known cultural resource site. Establishment of an ESA and monitoring during construction is recommended.

The area surrounding Structure 8/66 was previously surveyed by Brown in 1980. Two portions of site CA-AMA-163H, historic era ditches, are located 150 and 250 feet aware from the structure. The proposed access route crosses one ditch segment and the bulk of CA-AMA-203 discussed above. The area surrounding 8/66, including the proposed access route is assigned a high risk with low potential disturbance within a known cultural resource site. Establishment of an ESA is recommended.

Pull Site #2 is located directly adjacent and to the east of Structure 004/043. It is located within the boundary of P-03-000149 (CA-AMA-114C), a combined prehistoric and historic cultural resources. According to PG&E documentation completed by Serin (11/24/09), "The *NRHP Evaluation of the Mokelumne River Canyon Archaeological District* includes a discussion and evaluation of significance of this site. The site was considered a contributing factor [element] to the district, which is eligible under criterion d." The area surrounding the proposed Pull Site #2 and the access route is assigned a high risk with potential minimal disturbance within a known cultural resource site. Establishment of an ESA and monitoring during construction is recommended.

Landing Zone #4 is located midway between Structures 13/105 and 14/106 along a previously established access route. Inspection of historical maps and current aerial imagery indicates the access route has been in place at least since 1956 and is currently used as a road maintenance yard or similar function. The LZ and surrounding area were previously surveyed by Davey (1989). Identified resources adjacent to the LZ include Jackson Ditch (P-03-000545 / CA-AMA-424H).

Case: 19-30088    Doc# 1744-4    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 45 of 49

MapGuide describes Jackson Ditch as being "constructed in the mid-1850s to divert water from Sutter Creek to the placer mines near Ione and later linked to the Amador Canal aqueduct in the 1870s." The proposed access to the LZ likely crosses the ditch in at least one location. The location and access are assigned high historic era cultural resource sensitivity. The location is relatively level and overlooks Tiger Creek and is therefore assigned moderate prehistoric cultural resources sensitivity. No improvements of the access route are anticipated. Given the presence of historic era cultural resources, LZ #4 is assigned high cultural resources sensitivity and is at moderate risk of disturbing cultural resources. Establishment of an ESA is recommended.

- Structures 4/42, 4/43, 7/62, 7/65, 8/66, Pull Site #2, Landing Zone #4

*Conclusions / Recommendations*
The circuit passes through areas used during both prehistoric and historic eras. As such, a cultural resources tailboard presented by cultural resources staff is recommended at the outset of the project to acquaint workers with the types of resources present in the region, as well as protocols for avoiding impacts and appropriate procedures should resources be encountered.

The length of the analysis above necessitates are repetition of the risk assignments. Details of the analysis are recorded above.

*No Risk Activity— No Further Study Recommended.*
- Structures Term 1, 0/1, 0/1A, 0/4, 0/5, 4/44, 5/46, 6/51, 6/54, 6/56, 6/57, 7/60, 7/61, 7/64, 8/67, 8/68, 8/71, 9/72, 9/75, 9/78, 9/79, 9/80, 10/84, 10/85, 10/87, 10/88, 11/90, 11/91, 14/106, 14/109, 14/111, 15/113, 15/114, 15/115

*Low Risk/Low Prehistoric/ Historic Resource Sensitivity—No Further Study Recommended.*
**Low Cultural Resources Sensitivity**
- Structures 0/2, 5/47, 5/48, 5/49, 5/50, 6/52, 6/53, 6/55, 6/58, 7/59, 8/69, 8/70, 9/73, 9/74, 9/76, 9/77, 11/89, 14/107, 14/108, 14/110, 14/112, 016/122, 16/123, 16/124, 16/125, 16/126, Pull Site #3, Pull Site #4, Pull Site #5, Pull Site #7, Landing Zone #1, Landing Zone #2

**Moderate Cultural Resources Sensitivity**
- Structures 0/3, 0/4A, 4/35, 4/36, 4/37, 4/38, 4/39, 4/40, 4/41, 7/63, 13/101, 13/102, 13/103, 13/104, 13/105, Pull Site #1 (near 4/35), Pull Site #6 (near 16/122), Landing Zone #4

*Moderate Risk: Resources Present – Further Actions Recommended*
- Structures 4/42, 4/43, 7/62, 7/65, 8/66, Pull Site #2, Landing Zone #4

Additional location-specific measures recommended to avoid impacts to cultural resources are as follows:
- Structures 4/42, 4/43 and Pull Site #2: Establishment of an ESA and monitoring during construction
- Structure 7/62 and access route: Establishment of an ESA and monitoring during construction
- Structure 7/65 and access route: Establishment of an ESA and monitoring during construction
- Structure 8/66 and access route: Establishment of an ESA
- Landing Zone #4 and access route: Establishment of an ESA

Proposed repair structures within the circuit are located on lands administered by various federal agencies:

Case: 19-30088    Doc# 1744-4    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 46 of 49

- USFS, Eldorado NF: Structures 0/1–0/3, 0/5, 4/35–9/72, 11/91, 15/114, 15/115:
  *No Risk Activity:* 0/1, 0/1A, 0/5, 4/44, 5/46, 6/51, 6/54, 6/56, 6/57, 7/60, 7/61, 7/64, 8/67, 8/68, 8/71, 9/72, 11/91, 15/114, 15/115
  *Low Risk:* **Low Cultural Resources Sensitivity:** 0/2, 5/47, 5/48, 5/49, 5/50, 6/52, 6/53, 6/55, 6/58, 7/59, 8/69, 8/70, 9/73, 9/74, 9/76, 9/77, 11/89,
  **Moderate Cultural Resources Sensitivity:** 0/3, 4/35, 4/36, 4/37, 4/38, 4/39, 4/40, 4/41, 7/63,

- USFS, Stanislaus NF: Structures 0/1–0/3, 0/5, 4/35–9/72, 11/91, 15/114, 15/115:
  *No Risk Activity:* 0/4,
  *Low Risk:* **Moderate Cultural Resources Sensitivity:** 0/4A

- BLM: Structures 16/122-16/124:
  *Low Risk:* **Low Cultural Resources Sensitivity:** 016/122, 16/123, 16/124

Consultation with the appropriate Forest and BLM Archaeologists is recommended to ascertain whether Section 106 of the National Historic Preservation Act (36 CFR 800) applies. Sec. 106 compliance is required if a discretionary action is required by the USFS or other federal agency, or if the work is federally funded or implemented by a federal agency. Protocols are described in the Pacific Gas and Electric Company Operation and Maintenance Plan for Electric Transmission1 and Distribution Lines: Appendix A.

NERC modifications would not impact the circuit's potential eligibility for listing in the National Register of Historic Places or the California Register of Historical Resources. The proposed modifications would not alter the transmission line's integrity in the sense that its aspects of location, design, setting, feeling and association that convey its significance would not be changed. Furthermore, NERC modifications are essentially "replacement in kind" and therefore the integrity aspects of materials and workmanship are minimally affected. As such, the proposed modifications would similarly not represent a risk to the transmission line's status as a potential historic property/historical resource.

## Biological Resources

**Habitats.**
All repair locations are located within a historically cleared transmission corridor surrounded by mixed conifer forest, except for TERM1, which is part of the built hydroelectric facility at the base of the Salt Springs Reservoir Dam.

**Nesting Birds.**
Suitable habitat for nesting birds and raptors is present at all locations throughout the repair circuit. Repair activities including access, vegetation clearing, ground disturbance including grading, crane use, and helicopter use could affect nesting birds or raptors. Therefore, the following AMM is recommended:
- Conduct a pre-construction nesting bird survey if work occurs during nesting season (February 15–August 31) within 14 days prior to any work, site preparation, road improvements, helicopter use, and/or staging activities. The pre-construction survey shall include focused searches for raptor nests up to 0.25 miles from the repair location or out to the limits of visibility and access. If active nests are identified, Arcadis will consult with PG&E biologists to determine if construction must be delayed, work exclusion areas implemented, or if a biological monitor is required consistent with PG&E's *Avian Protection Plan*.

Case: 19-30088    Doc# 1744-4    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 47 of 49

Repair locations 000/001 through 009/072, 011/091, 015/114, 015/115, Landing Zones #1 and #2, and Pull Sites #1 and #2 are located on USFS land and are subject to the limited operating periods (LOPs) for helicopter use and other disturbing activities that could affect special-status nesting birds and raptors. Additionally, all other repair locations are within similar suitable habitat for the special-status bird species listed in the USFS LOPs. Therefore, the following AMMs are recommended for all repair locations:

- During LOPs, establish 0.25-mile helicopter no fly zones around reported raptor nests and a 0.5-mile buffer around eagle nests, and avoid flight over PACs.
- LOPs include:
  - Great gray owl (USFS-S, SE/SSC): March 1 – August 15
  - Northern goshawk (USFS-S, SSC): February 15 – September 15
  - California spotted owl (USFS-S, SSC): March 1 – August 31
  - Bald eagle (USFW-S, FP, SE): January 1 – August 31
  - Other raptors: February 15 – August 31
- Ground vehicle use and other non-helicopter construction activities may be permitted during LOPs based on the type of activity, location of the nest in relation to work activities, topography, and vegetation. A biological monitor with stop work authority will be provided if work activities have potential to affect nesting activities.

**Streams and Wetlands.**
No streams or wetlands are present in the proposed repair locations or along their access, and no AMMs are recommended.

**Special-Status Plants.**
No special-status plants or their habitat have been reported within the proposed repair locations, and no AMMs are recommended.

Repair activities and equipment have the potential to introduce and/or increase the spread of noxious weeds and plants into forest service lands. Therefore, the following AMMs are recommended at locations 000/001 through 009/072, 011/091, 015/114, 015/115, Landing Zones #1 and #2, and Pull Sites #1 and #2 to avoid the introduction of noxious weeds into USFS lands:

- Any off-road equipment shall be cleaned or washed prior to being sent into the field and inspected to verify that the equipment is free of soil, vegetative material, or other debris that could contain seeds of invasive weeds.
- Confine all heavy equipment, vehicles, and construction activities to existing access roads, shoulders, and disturbed or designated areas.
- For erosion control and restoration – use certified weed free straw and mulch, and a native species seed mix. Contact Shannon Johnson (sxdm@pge.com, 925-719-4624) for native seed.

**Special Status Wildlife.**
Observation records for foothill yellow-legged frog (USFS-S, SSC) have been sparsely reported along Tiger Creek and the Mokelumne River. Repair locations 004/03 through 004/043 and Pull Sites #1 and #2 are located on sloped habitat approximately 150-300 feet away from and parallel to Tiger Creek. While foothill yellow-legged frog individuals could potentially disperse upslope and into the repair areas, foothill yellow-legged frog dispersal is generally limited to the area immediately surrounding streams and their banks and therefore outside of the repair locations. To ensure activities at these locations, including overland access, vegetation clearing, pad/work area grading, and other ground disturbance do not affect dispersing or hibernating individuals, the following AMM is recommended:

- Conduct a pre-construction survey for small mammal burrows or other foothill yellow-legged frog hibernation habitat within the repair area. If detected, burrows or other hibernation habitat shall be mapped or flagged in the field for avoidance.

Case: 19-30088    Doc# 1744-4    Filed: 04/29/19    Entered: 04/29/19 13:43:30    Page 48 of 49

Additionally, repair locations 004/035 through 004/043 and Pull Sites #1 and #2 may also provide suitable upland dispersal habitat for western pond turtle (USFS-S, SSC). To ensure activities at these locations, including overland access, vegetation clearing, pad/work area grading, and other ground disturbance do not affect dispersing or overwintering western pond turtle individuals, the following AMMs are recommended:

- Conduct a pre-construction survey of access, staging, and repair areas for the presence of western pond turtle individuals or evidence of western pond turtle nesting (May 1– June 30) or overwintering sites (September 1–May 1). If any overwintering or migrating western pond turtle individuals are discovered, the biologist shall relocate the individual(s) to an ecologically similar location that is suitable for the life history stage and season.
- If any nesting females or nest sites are discovered during repair activities, work will be stopped at that location until PG&E can confer with a USFS biologist.

Case: 19-30088     Doc# 1744-4     Filed: 04/29/19     Entered: 04/29/19 13:43:30     Page 49
of 49