# EXHIBIT B4



# Salt-Springs-Tiger Creek 115kV

Counties
City

0  2.5 Miles

PG&E  ARCADIS

**Circuit Overview Map**

Z:\GIS\PROJECTS\_ENV\PGE_NERC\ARCADIS\GIS\ArcMaps\Waters and Wetlands\..._NHD.mxd

Eldorado
National
Forest

000/003

Tiger Creek Regulatory Canal

Micheluceus
River 137

Salt Spring Rd.

Tiger Creek

North Fork Mokelumne

Stanislaus
National
Forest

**NHD Line**
- ▬▬ Connector
- ▬▬ Canal/Ditch
- ▬▬ Pipeline
- ▪▪▪ Intermittent Stream
- ▬▬ Perennial Stream
- ▬▬ Artificial Path

**NHD Polygon**
- ▭ Lake/Pond Intermittent
- ▦ Lake/Pond Perennial
- ▦ Sewage Treatment Pond
- ▭ Water Storage
- ▨ Swamp/Marsh

**NWI Wetland**
- ▭ Other
- ▭ Freshwater Emergent Wetland
- ▱ Forested/Shrub Wetland
- ▭ Freshwater Pond
- ▭ Lake
- ▱ Riverine

**FERC**
- ▭ FERC License Area

**California Protected Areas**
- ▭ Public Land

**Biological Field Observation**
- ⦿ Point
- ▬ Line
- ▭ Polygon

| | 0 | 250 Feet |
| | 0 | 0.05 Miles |

**DATA SOURCE**
National Hydrography Dataset (NHD), U.S. Fish and Wildlife Service National Wetlands Inventory (NWI), US Department of Transportation,

California Protected Areas Database, Esri Imagery

**PROJECTION**
NAD 1983 California Teale Albers

| CIRCUIT | STRUCTURE |
| --- | --- |
| Salt Springs-Tiger Creek 115kV | 000/003 |



**STREAMS, WATERS & WETLANDS**
Within 500 foot radius of Structure 000/003
*PG&E NERC Program*



**NHD Line**
- • — Connector
- — Canal/Ditch
- – – Pipeline
- – – – Intermittent Stream
- — Perennial Stream
- — Artificial Path

**NHD Polygon**
- ▽ Lake/Pond Intermittent
- ▧ Lake/Pond Perennial
- ▧ Sewage Treatment Pond
- ▽ Water Storage
- ⊠ Swamp/Marsh

**NWI Wetland**
- ▭ Other
- ▨ Freshwater Emergent Wetland
- Forested/Shrub Wetland
- ▨ Freshwater Pond
- ▨ Lake
- ▨ Riverine

**FERC**
- ▭ FERC License Area

**California Protected Areas**
- Public Land

**Biological Field Observation**
- ⊙ Point
- — Line
- ▭ Polygon

**DATA SOURCE**
National Hydrography Dataset (NHD), U.S. Fish and Wildlife Service National Wetlands Inventory (NWI), US Department of Transportation.

California Protected Areas Database, Esri Imagery

**PROJECTION**
NAD 1983 California Teale Albers

| CIRCUIT | STRUCTURE |
|---|---|
| Salt Springs-Tiger Creek 115kV | 000/004A |

**STREAMS, WATERS & WETLANDS**
Within 500 foot radius of Structure 000/004A
*PG&E NERC Program*

0 — 250 Feet
0 — 0.05 Miles

ARCADIS

Z:\GISPROJECTS\_ENV\PGE_NERC\ARCADIS\GIS\ArcMaps\Waters_and_Wetlands\NHD.mxd

009/074

Moccasin
Creek 557

## NHD Line
— Connector
— Canal/Ditch
— — Pipeline
– – – Intermittent Stream
— Perennial Stream
— Artificial Path

## NHD Polygon
Lake/Pond Intermittent
Lake/Pond Perennial
Sewage Treatment Pond
Water Storage
Swamp/Marsh

## NWI Wetland
Other
Freshwater Emergent Wetland
Forested/Shrub Wetland
Freshwater Pond
Lake
Riverine

## FERC
FERC License Area

## California Protected Areas
Public Land

## Biological Field Observation
⊙ Point
— Line
Polygon

0 ————————— 250 Feet
0 ————————— 0.05 Miles

**DATA SOURCE**
National Hydrography Dataset
(NHD), U.S. Fish and Wildlife
Service National Wetlands
Inventory (NWI), US
Department of Transportation,

California Protected Areas
Database, Esri Imagery

**PROJECTION**
NAD 1983 California Teale
Albers

| CIRCUIT | STRUCTURE |
|---|---|
| Salt Springs-Tiger Creek 115kV | 009/074 |


PG&E   ARCADIS

**STREAMS, WATERS & WETLANDS**
Within 500 foot radius of Structure 009/074
*PG&E NERC Program*

009/076

009/07

McKelvie
River 115?

## NHD Line
Connector
Canal/Ditch
Pipeline
Intermittent Stream
Perennial Stream
Artificial Path

## NHD Polygon
Lake/Pond Intermittent
Lake/Pond Perennial
Sewage Treatment Pond
Water Storage
Swamp/Marsh

## NWI Wetland
Other
Freshwater Emergent Wetland
Forested/Shrub Wetland
Freshwater Pond
Lake
Riverine

## FERC
FERC License Area

## California Protected Areas
Public Land

## Biological Field Observation
Point
Line
Polygon

0        250 Feet
0        0.05 Miles

**DATA SOURCE**
National Hydrography Dataset
(NHD), U.S. Fish and Wildlife
Service National Wetlands
Inventory (NWI), US
Department of Transportation,

California Protected Areas
Database, Esri Imagery

**PROJECTION**
NAD 1983 California Teale
Albers

| CIRCUIT | STRUCTURE |
|---|---|
| Salt Springs-Tiger Creek 115kV | 009/076 |



**STREAMS, WATERS & WETLANDS**
Within 500 foot radius of Structure 009/076
*PG&E NERC Program*



009/077

009/078

Mokelumne
River, 137'

**NHD Line**
— · — Connector
—— Canal/Ditch
—— Pipeline
- - - Intermittent Stream
—— Perennial Stream
—— Artificial Path

**NHD Polygon**
⬡ Lake/Pond Intermittent
⬡ Lake/Pond Perennial
⬡ Sewage Treatment Pond
⬡ Water Storage
⬡ Swamp/Marsh

**NWI Wetland**
☐ Other
⬡ Freshwater Emergent Wetland
⬡ Forested/Shrub Wetland
⬡ Freshwater Pond
☐ Lake
⬡ Riverine

**FERC**
☐ FERC License Area

**California Protected Areas**
☐ Public Land

**Biological Field Observation**
⊙ Point
—— Line
☐ Polygon

0 _____ 250 Feet
0 _____ 0.05 Miles

**DATA SOURCE**
National Hydrography Dataset
(NHD), U.S. Fish and Wildlife
Service National Wetlands
Inventory (NWI), US
Department of Transportation,

California Protected Areas
Database, Esri Imagery

**PROJECTION**
NAD 1983 California Teale
Albers

| CIRCUIT | STRUCTURE |
|---------|-----------|
| Salt Springs-Tiger Creek 115kV | 009/077 |

**STREAMS, WATERS & WETLANDS**
Within 500 foot radius of Structure 009/077
*PG&E NERC Program*

PG&E &ARCADIS



Mokelumne
River, 137

Tiger Creek Rd.

013/103

## STREAMS, WATERS & WETLANDS
Within 500 foot radius of Structure 013/103
*PG&E NERC Program*

**NHD Line**
— Connector
— Canal/Ditch
— Pipeline
- - Intermittent Stream
— Perennial Stream
— Artificial Path

**NHD Polygon**
▽ Lake/Pond Intermittent
▦ Lake/Pond Perennial
▨ Sewage Treatment Pond
▽ Water Storage
⊠ Swamp/Marsh

**NWI Wetland**
▽ Other
▨ Freshwater Emergent Wetland
▨ Forested/Shrub Wetland
▽ Freshwater Pond
▽ Lake
▨ Riverine

**FERC**
▭ FERC License Area

**California Protected Areas**
▭ Public Land

**Biological Field Observation**
⊙ Point
— Line
▭ Polygon

**DATA SOURCE**
National Hydrography Dataset (NHD), U.S. Fish and Wildlife Service National Wetlands Inventory (NWI), US Department of Transportation,
California Protected Areas Database, Esri Imagery

**PROJECTION**
NAD 1983 California Teale Albers

0 _____ 250 Feet
0 _____ 0.05 Miles

| CIRCUIT | STRUCTURE |
|---------|-----------|
| Salt Springs-Tiger Creek 115kV | 013/103 |

ARCADIS

Z:\GIS\PROJECTS\_ENV\PGE_NERC\ARCADIS\GIS\ArcMaps\Waters and Wetlands\...NHD.mxd



013/104

## NHD Line
— Connector
— Canal/Ditch
— — Pipeline
– – • Intermittent Stream
— Perennial Stream
— Artificial Path

## NHD Polygon
⬡ Lake/Pond Intermittent
⬡ Lake/Pond Perennial
⬡ Sewage Treatment Pond
⬡ Water Storage
⬡ Swamp/Marsh

## NWI Wetland
⬡ Other
⬡ Freshwater Emergent Wetland
⬡ Forested/Shrub Wetland
⬡ Freshwater Pond
⬡ Lake
⬡ Riverine

## FERC
⬡ FERC License Area

## California Protected Areas
Public Land

## Biological Field Observation
⊙ Point
— Line
▭ Polygon

**DATA SOURCE**
National Hydrography Dataset
(NHD), U.S. Fish and Wildlife
Service National Wetlands
Inventory (NWI), US
Department of Transportation,

California Protected Areas
Database, Esri Imagery

**PROJECTION**
NAD 1983 California Teale
Albers

| CIRCUIT | STRUCTURE |
|---|---|
| Salt Springs-Tiger Creek 115kV | 013/104 |

0        250 Feet
0        0.05 Miles
N

## STREAMS, WATERS & WETLANDS
Within 500 foot radius of Structure 013/104
*PG&E NERC Program*

**ARCADIS**



**STREAMS, WATERS & WETLANDS**
Within 500 foot radius of Structure 013/105
*PG&E NERC Program*

**NHD Line**
— Connector
— Canal/Ditch
~ Pipeline
- - - Intermittent Stream
— Perennial Stream
— Artificial Path

**NHD Polygon**
Lake/Pond Intermittent
Lake/Pond Perennial
Sewage Treatment Pond
Water Storage
Swamp/Marsh

**NWI Wetland**
Other
Freshwater Emergent Wetland
Forested/Shrub Wetland
Freshwater Pond
Lake
Riverine

**FERC**
FERC License Area

**California Protected Areas**
Public Land

**Biological Field Observation**
⊙ Point
— Line
▭ Polygon

**DATA SOURCE**
National Hydrography Dataset
(NHD), U.S. Fish and Wildlife
Service National Wetlands
Inventory (NWI), US
Department of Transportation,

California Protected Areas
Database, Esri Imagery

**PROJECTION**
NAD 1983 California Teale
Albers

| CIRCUIT | STRUCTURE |
|---------|-----------|
| Salt Springs-Tiger Creek 115kV | 013/105 |

013/104

013/105

0    250 Feet
0    0.05 Miles

014/106

014/107

Mokelumne
River SkV

014/104

**NHD Line**
- Connector
- Canal/Ditch
- Pipeline
- Intermittent Stream
- Perennial Stream
- Artificial Path

**NHD Polygon**
- Lake/Pond Intermittent
- Lake/Pond Perennial
- Sewage Treatment Pond
- Water Storage
- Swamp/Marsh

**NWI Wetland**
- Other
- Freshwater Emergent Wetland
- Forested/Shrub Wetland
- Freshwater Pond
- Lake
- Riverine

**FERC**
- FERC License Area

**California Protected Areas**
- Public Land

**Biological Field Observation**
- Point
- Line
- Polygon

0      250 Feet
0      0.05 Miles

**DATA SOURCE**
National Hydrography Dataset
(NHD), U.S. Fish and Wildlife
Service National Wetlands
Inventory (NWI), US
Department of Transportation,

California Protected Areas
Database, Esri Imagery

**PROJECTION**
NAD 1983 California Teale
Albers

| CIRCUIT | STRUCTURE |
|---|---|
| Salt Springs-Tiger Creek 115kV | 014/107 |



**STREAMS, WATERS & WETLANDS**
Within 500 foot radius of Structure 014/107
*PG&E NERC Program*

ARCADIS



Z:\GIS\PROJECTS\_ENV\PGE_NERC\ARCADIS\GIS\ArcMaps\Waters and Wetlands_NHD.mxd

McKelumne
River 181

Eldorado
National
Forest

014/110

014/110

| NHD Line | NHD Polygon | NWI Wetland | California Protected Areas | |
|---|---|---|---|---|
| —— Connector | ▽ Lake/Pond Intermittent | ▢ Other | ⬚ Public Land | |
| —— Canal/Ditch | ▧ Lake/Pond Perennial | ◹ Freshwater Emergent Wetland | **Biological Field Observation** | |
| —— Pipeline | ▨ Sewage Treatment Pond | ⬚ Forested/Shrub Wetland | ⊙ Point | |
| ▪ ▪ ▪ Intermittent Stream | ▱ Water Storage | ▢ Freshwater Pond | —— Line | |
| —— Perennial Stream | ▩ Swamp/Marsh | ▽ Lake | ▢ Polygon | |
| —— Artificial Path | | ◿ Riverine | | |
| | | **FERC** | | |
| | | ▢ FERC License Area | | |

0 ————— 250 Feet

0 ————— 0.05 Miles

**DATA SOURCE**
National Hydrography Dataset
(NHD), U.S. Fish and Wildlife
Service National Wetlands
Inventory (NWI), US
Department of Transportation,

California Protected Areas
Database, Esri Imagery

**PROJECTION**
NAD 1983 California Teale
Albers

| CIRCUIT | STRUCTURE |
|---|---|
| Salt Springs-Tiger Creek 115kV | 014/110 |



**STREAMS, WATERS & WETLANDS**
Within 500 foot radius of Structure 014/110
*PG&E NERC Program*



**Pacific Gas and Electric Company**

Sourcing
March 2017
Page 1 of 1

**EXHIBIT 1A**

# Prime Supplier Subcontracting Plan

The information provided on this form may/form the basis of a Statement of Record, against which PG&E may conduct an audit or review to ensure compliance.

| Prime Contractor/Supplier: | | Name of Preparer: | |
|---|---|---|---|
| Employer Identification # (EIN): | | Telephone: ( ) - | |
| PG&E Contract Number (if any): | | E-Mail: | |
| PG&E Project/Product: | | Is Prime Contractor/Supplier CPUC Clearinghouse Certified? | Yes ☐ No ☐ VON: |
| Contract Duration (Year): From: | To: | Is Prime Contractor/Supplier a Registered Small Business? | Yes ☐ No ☐ Small Business #: |

| (1) Name of Subcontractor or Supplier | (2) / (2a) Contractor's License # / Expiration Date | (3) Union Signatory? | (4) CPUC VON# | (5) Small Business # | (6) Small Business Code | (7) / (7a) Description of Work to be Performed or Major Materials to be Supplied / Excavation Required? | | (8) Gold Shovel Status | (9) Risk Level | (10) / (10a) ISN ID# / Prequalified? | (11) Estimated Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Taber Drilling | 969927 2.28.18 | no | 15060423 | 1748097 | SBE-DGS | Geotechnical Drilling Services | Yes | Active | Med | 400-230472    yes | $ 26,500.00 |
| | | | | | | | | | | | $ |
| | | | | | | | | | | | $ |
| | | | | | | | | | | | $ |
| | | | | | | | | | | | $ |
| | | | | | | | | | | | $ |
| | | | | | | | | | | | $ |
| | | | | | | | | | | | $ |
| | | | | | | | | | | | $ |
| | | | | | | | | | | | $ |
| | | | | | | | (12) Total All Subcontractions and Suppliers | | | | $ |
| | | | | | | | (13) Total Self-Performed by Prime Contractor / Supplier: | | | | $ |
| | | | | | | | (14) Total Bid Value: | | | | $ |
| | | | | | | | (15) Total CPUC Clearinghouse Certified: | | | | $ |
| | | | | | | | (16) Total Small Business Certified: | | | | $ |

**Small Business Code List**

**SBE-DGS**   A small business certified by the California Department of General Services (DGS)

**SBE-SBA**   A small business certified by the U.S. Small Business Administration (SBA)

**SBE-OTH**   A small business certified by another agency that issues a Small Business number

Signature: _____   Date: 12.06.2017

I hereby certify that the information listed is true to the best of my knowledge

¹ Subcontractors and Suppliers may have both a CPUC Clearinghouse and a Small Business Certification. Please list both numbers.  If a company has more than one Small Business Certification, list the numbers in the following order:  (1) DGS, (2) SBA, and (3) any other small business registry where a number is issued.

**EXHIBIT 3**

**INJURY AND ILLNESS PREVENTION PROGRAM
COMPLIANCE CERTIFICATE**

The undersigned hereby certifies to PG&E as follows:

1. The Company, and any Subcontractor hired by the Company to perform any portion of the Work under this Contract, has an effective Injury and Illness Prevention Program which meets the requirements of all applicable laws and regulations, including but not limited to Section 6401.7 of the California Labor Code.

2. The undersigned is an authorized representative of the Company identified below, with the authority and responsibility for implementing and administering the Company's Injury and Illness Prevention Program.

IN WITNESS WHEREOF, the undersigned has executed this Compliance Certificate.

Company: _GEI CONSULTANTS, INC._

By: _____

Print Name: _WILLIAM RETTBERG_

Title: _SEN. VP_

Date Signed: _12/6/17_