# EXHIBIT B5

DocuSign Envelope ID: 344851D0-5C0D-47B3-B932-85A1C9BA9695



# Contract Work Authorization (CWA)

This Contract Work Authorization ("CWA") No. C9657 is issued under and pursuant to the Blanket Agreement or Master Service Agreement No. 4400006370 dated February 8, 2012 (the "MSA") between the below-named Contractor ("Contractor"), a Massachusetts Company, and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105. Contractor shall perform all Work under this CWA pursuant to and in accordance with the terms and conditions of the MSA.

| | | |
|---|---|---|
| **Contractor's Legal Name:** | GEI Consultants, In. | **Total Number of Pages:** 10 |
| **Contractor's Address:** | 180 Grand Avenue, Suite 1410<br>Oakland, CA 94612 | |

| | |
|---|---|
| **Project Name:** | Stanislaus Forebay LLO Mitigation |
| **Job Location:** | Stanislaus Forebay Dams |

**WORK:** Contractor shall, at its own risk and expense, perform the Work described in this Contract Work Authorization and furnish all labor, equipment, and materials necessary to complete the Work as summarized below and as more fully described in Attachment 1, Scope of Work.

GEI Consultants to provide the necessary engineering services to comply with the Federal Energy Regulatory Commission (FERC) requirements to complete a Potential Failure Modes Analysis (PFMA) for Stanislaus Forebay Dams project.

**ATTACHMENTS:** Each of the following documents are attached to this CWA and are incorporated herein by this reference:
Attachment 1: Scope of Work and Pricing, 6 Pages
Attachment 2: 1A General Conditions Required Exhibits, 2 Pages

| | |
|---|---|
| **CWA TERM:** | This CWA is effective upon signature by both parties and expires on December 31, 2018. Time is of the essence. |
| **CWA COMPLETION:** | Contractor shall commence performance hereof when directed to do so by PG&E and Work shall be completed by the completion date of December 31, 2018. |

**CONSIDERATION:** As full consideration for satisfactory performance of the Work under this CWA by Contractor, PG&E's total obligation to Contractor shall not exceed the following amount. This amount is inclusive of all taxes incurred in the performance of the Work. Any change to this amount shall only be authorized in writing by a PG&E CWA Change Order, fully executed by both PG&E and Contractor.

**TOTAL:** $22,392.00 (Twenty Two Thousand Three Hundred Ninety Two Dollars and No/100)

THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CONTRACT WORK AUTHORIZATION.

| | PACIFIC GAS AND ELECTRIC COMPANY | | CONTRACTOR: GEI CONSULTANTS, IN. |
|---|---|---|---|
| **Signature** | *Holly Krieg* (DocuSigned by: 86E61D4CA858457...) | **Signature** | *Bill Rettberg* (DocuSigned by: 11F9B292EC63401...) |
| **Name** | Holly Krieg | **Name** | |
| **Title** | Sr Sourcing Specialist, Generation Sourcing | **Title** | |
| **Date** | 7/24/2018 | **Date** | 7/23/2018 |

62-4229 CWA (9/26/11)    Sourcing



Contract Work Authorization

CWA No. C9657
Page 2 of 2

| ADMINISTRATION | | | | |
|---|---|---|---|---|
| PG&E Negotiator | Holly Krieg | | Contractor Represent | Bill Rettberg |
| Phone | 916-742-9543 | | Phone | 510-350-2910 |
| Email | hxkn@pge.com | | Email | |
| Accounting Reference | 74010228 | | | |
| PG&E Work Supervisor: | Trevor McGuckin-t4mf@pge.com | | Phone: 209-736-6622 | |
| INVOICE INSTRUCTIONS: Contractor shall send invoices for each payment when due, showing the CWA number, to: PACIFIC GAS AND ELECTRIC COMPANY | Send ORIGINAL Invoice to: (See note below if using PG&E's electronic invoicing system) | | PG&E Accounts Payable* PO Box 7760 San Francisco, CA 94120-7760 | |
| | Send COPY of Invoice to: | | Jared Forbes-f6fy@pge.com | |
| | For information regarding invoice status, call PG&E's Paid Help Line at (800) 756-PAID (7243) or go to AP Web Reporting site at www.pge.com/actpay. *Note: Contractors using PG&E's electronic invoicing system do not need to mail a copy of the invoice to PG&E Accounts Payable. | | | |

| INTERNAL PG&E USE ONLY | | |
|---|---|---|
| Distribution Date | | |
| Distribution of Copies: | ☐ Document Services (Signed Original Copy) Mail Code N5D 245 MARKET ST., SAN FRANCISCO | ☐ Contractor (Signed Original Copy) |
| | ☒ Work Supervisor:Trevor McGuckin-t4mf@pge.com PM:Chirag Mehta-cdmu@pge.com | ☐ Manager |
| | ☒ Invoice Approver:Jared Forbes-f6fy@pge.com | ☐ Supervisor |
| | ☐ V.P. | ☒ Sourcing/ Purchasing-Holly Krieg-hxkn@pge.com |
| | ☐ Director | ☐ Law |

62-4229 CWA (9/26/11)    Sourcing