# EXHIBIT B8

DocuSign Envelope ID: 5FCA6ED1-8A42-4E90-AE69-DBFCFC582877



Contract Work Authorization

# Contract Work Authorization (CWA)

This Contract Work Authorization ("CWA") No. C5432 is issued under and pursuant to the Blanket Agreement or Master Service Agreement No. 4400006370 dated February 8, 2012 (the "MSA") between the below-named Contractor ("Contractor"), a Massachusetts Company, and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105. Contractor shall perform all Work under this CWA pursuant to and in accordance with the terms and conditions of the MSA.

| | | |
|---|---|---|
| **Contractor's Legal Name:** | GEI Consultants, In. | **Total Number of Pages:** 3 |
| **Contractor's Address:** | 180 Grand Avenue, Suite 1410<br>Oakland, CA 94612 | |

| | |
|---|---|
| **Project Name:** | General 2018 Part 12D Support Service |
| **Job Location:** | Various |

**WORK:** Contractor shall, at its own risk and expense, perform the Work described in this Contract Work Authorization and furnish all labor, equipment, and materials necessary to complete the Work as summarized below and as more fully described in Attachment 1, Scope of Work.

GEI Consultants to provide the necessary labor for related engineering services required for the 2018 FERC P12 Issues and Responses.

**ATTACHMENTS:** Each of the following documents are attached to this CWA and are incorporated herein by this reference:
Attachment 1: Scope of Work and Pricing

| | |
|---|---|
| **CWA TERM:** | This CWA is effective upon signature by both parties and expires on December 31, 2018. Time is of the essence. |
| **CWA COMPLETION:** | Contractor shall commence performance hereof when directed to do so by PG&E and Work shall be completed by the completion date of December 31, 2018. |

**CONSIDERATION:** As full consideration for satisfactory performance of the Work under this CWA by Contractor, PG&E's total obligation to Contractor shall not exceed the following amount. This amount is inclusive of all taxes incurred in the performance of the Work. Any change to this amount shall only be authorized in writing by a PG&E CWA Change Order, fully executed by both PG&E and Contractor.

**TOTAL:** $50,000.00 (Fifty Thousand Dollars and No/100)

**THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CONTRACT WORK AUTHORIZATION.**

| PACIFIC GAS AND ELECTRIC COMPANY | | CONTRACTOR: GEI CONSULTANTS, IN. | |
|---|---|---|---|
| Signature | *Robin Kirkpatrick* (DocuSigned) | Signature | *Bill Rettberg* (DocuSigned) |
| Name | Robin Kirkpatrick | Name | |
| Title | Supervisor, Sourcing Operations | Title | |
| Date | 2/15/2018 | Date | 2/15/2018 |

62-4229 CWA (9/26/11)   Sourcing

Case: 19-30088   Doc# 1744-9   Filed: 04/29/19   Entered: 04/29/19 13:43:30   Page 2 of 3


Contract Work Authorization
DocuSign Envelope ID: 5FCA6ED1-8A42-4E90-AE69-DBFCFC582877

CWA No. C5432
Page 2 of 2

## ADMINISTRATION

| Field | Value | Field | Value |
|---|---|---|---|
| PG&E Negotiator | Holly Krieg | Contractor Represent | |
| Phone | 916-742-9543 | Phone | |
| Email | hxkn@pge.com | Email | |
| Accounting Reference | 10210267 | | |
| PG&E Work Supervisor: | Eng Sew Aw-e1a7@pge.com | Phone: | 415-973-3540 |

**INVOICE INSTRUCTIONS:** Contractor shall send invoices for each payment when due, showing the CWA number, to: PACIFIC GAS AND ELECTRIC COMPANY

**Send ORIGINAL Invoice to:** (See note below if using PG&E's electronic invoicing system)
PG&E Accounts Payable*
PO Box 7760
San Francisco, CA 94120-7760

**Send COPY of Invoice to:** Johnny Chan-j9c1@pge.com

For information regarding invoice status, call PG&E's Paid Help Line at (800) 756-PAID (7243) or go to AP Web Reporting site at www.pge.com/actpay.

*Note: Contractors using PG&E's electronic invoicing system do not need to mail a copy of the invoice to PG&E Accounts Payable.

## INTERNAL PG&E USE ONLY

**Distribution Date:**

**Distribution of Copies:**

- ☐ Document Services (Signed Original Copy) Mail Code N5D 245 MARKET ST., SAN FRANCISCO
- ☒ Work Supervisor- Eng Sew Aw-e1a7@pge.com
- ☒ Invoice Approver- Johnny Chan-j9c1@pge.com
- ☐ V.P.
- ☐ Director
- ☐ Contractor (Signed Original Copy)
- ☐ Manager
- ☐ Supervisor
- ☒ Sourcing/ Purchasing-Holly Krieg-hxkn@pge.com
- ☐ Law

62-4229 CWA (9/26/11)     Sourcing

Case: 19-30088   Doc# 1744-9   Filed: 04/29/19   Entered: 04/29/19 13:43:30   Page 3 of 3